IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | ) | Case No. 20-33948 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ATLANTIC MARITIME SERVICES LLC'S
### MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY
### AND STAY EXTENSION ORDER SOLELY FOR THE PURPOSE OF
### INSTITUTING ACTIONS AND FILING NOTICES OF LIS PENDENS
### TO PRESERVE ATLANTIC'S LIENS ON NON-DEBTOR PROPERTY
[Ref. Dkt. No. 27]

---

**This is a motion for relief from the automatic stay. If it is granted, the movant may act outside of the bankruptcy process. If you do not want the stay lifted, immediately contact the moving party to settle. If you cannot settle, you must file a response and send a copy to the moving party at least 7 days before the hearing. If you cannot settle, you must attend the hearing. Evidence may be offered at the hearing and the court may rule.**

**Represented parties should act through their attorney.**

**There will be a hearing on this matter on June 11, 2021 at 9:00 a.m. (C.S.T.) in Courtroom 404, 515 Rusk Street, Houston, TX 77002.**

---

Atlantic Maritime Services LLC ("***Atlantic***") files this Motion and respectfully asks that

the stay be modified so that Atlantic may timely commence actions against certain of the Debtors'

co-working interest owners and to file or amend related *lis pendens* notices in the appropriate

Louisiana parish mortgage records, solely to prevent Atlantic's liens arising under the Louisiana

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Oil Well Lien Act ("*LOWLA*") from potentially ceasing to have effect with regard to these non-debtors' properties. Consistent with a stipulation Atlantic has entered with the Debtors staying already-filed actions against certain of the Debtors' co-working interest owners, Atlantic does not seek to *prosecute* any LOWLA lien claim against any of these non-debtors or their properties until *after* the Debtors have exited bankruptcy. Accordingly, Atlantic asks that this Court enter an order substantially in the form of the proposed order ("*Order*"), attached hereto as **Exhibit A**, granting limited relief from the automatic stay and the Stay Extension Order for the sole purpose of allowing Atlantic to take certain limited steps to ensure the preservation of its liens on non-debtor property.

## I.   JURISDICTION, VENUE, AND STATUTORY BASES FOR RELIEF

1.      Atlantic seeks relief from the Stay Extension Order (defined below) and the automatic stay pursuant to 11 U.S.C. § 362(d)(1), Federal Rule of Bankruptcy Procedure 4001, and Local Bankruptcy Rule 4001-1.

2.      Venue is proper before this Court under 28 U.S.C. § 1409. Motions to modify the automatic stay are core matters pursuant to 28 U.S.C. § 157(b)(2)(G).

## II.   BACKGROUND

3.      Pre-petition, the Debtors ("*Fieldwood*") hired Atlantic to drill, recomplete, sidetrack or work over certain wells (the "*Services*").  Atlantic performed the Services on five leases located on the Outer Continental Shelf of the Gulf of Mexico (collectively, the "*Leases*"): OCS-G-28030 in Mississippi Canyon Area Block 948 ("*MC-948*"); OCS-G-34536 in Green Canyon Area Block 40 ("*GC-40*"); OCS-G-15445 in Viosca Knoll Area Block 926 ("*VK-926*"); OCS-G-27278 in Mississippi Canyon Area Block 519 ("*MC-519*"); and OCS-G-06888 in Viosca Knoll Area Block 826 ("*VK-826*").  Fieldwood holds a fractional working interest in each of the Leases, as do certain non-debtor third parties.

2

4.      Fieldwood did not pay Atlantic more than $14 million owed for Services performed on the Leases. *See* Proof of Claim No. 91 (setting forth Atlantic's $14,576,693 claim, including interest).  Because the Services were provided in support of oil field operations, LOWLA liens arose on certain properties belonging to Fieldwood and the other fractional working interest owners in favor of Atlantic to secure its payment. *See* La. R.S. § 9:4862 (specifying when a lien arises); *id.* § 9:4863 (specifying what property is subject to a lien); *see also Guichard Drilling Co. v. Alpine Energy Servs., Inc.*, 657 So. 2d 1307, 1312 (La. 1995) ("It is well settled under the Oil Well Lien Act that the privilege created . . . attaches to all property listed in the statute, regardless of ownership, and requires no contractual relationship between the supplier of labor, service, or equipment and the owner of the lease or equipment.").

5.      While LOWLA liens arise automatically pursuant to La. R.S. § 4862, they cease to have effect as to third persons unless the claimant complies with the three steps set forth in La. R.S. § 9:4865.  First, a lien claimant must file a statement of privilege in the mortgage records of the parish where the mineral lease is located within 180 days of last performing services, *id.* § 4865(A); second, the lien claimant must "institute[ ] an action for the enforcement of the privilege within one year after the date of the filing of the statement of privilege or financing statement," *id.* § 4865(B); and finally, the claimant must "file[ ] a notice of pendency of action in the mortgage records of the parish where the property is located or lawfully seize[ ] the property subject to the privilege within thirty days after institution of the action." *Id.* § 9:4865(C).

6.      Atlantic satisfied this first step as to all of the Leases in mid-July 2020 by timely filing and recording statements of privilege in the parishes adjacent to the Leases. Fieldwood then filed its voluntary petitions for relief under Chapter 11 of the Bankruptcy Code by August 4, 2020 (the "***Petition Date***").

7.     On November 13, 2020, Atlantic took the second step as to some of its liens by filing complaints against certain non-debtor working interest owners in the Leases. Specifically, Atlantic commenced an action against Ecopetrol America, LLC ("***Ecopetrol***"), captioned *Atlantic Maritime Services, LLC v. Ecopetrol*, No. 2:20-cv-03097 (E.D. La.), and an action against Ridgewood Katmai, LLC ("***Ridgewood***") and ILX Prospect Katmai, LLC ("***Prospect***") captioned *Atlantic Maritime Services, LLC v. Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC*, No. 2:20-cv-03099 (collectively, the "***Louisiana Non-Debtor Lawsuits***"). In the Louisiana Non-Debtor Lawsuits, Atlantic did not name Fieldwood as a defendant, acknowledged Fieldwood's bankruptcy proceeding and the automatic stay, and stated explicitly that "the Plaintiff does not seek recognition or enforcement of its Lien against [Fieldwood] or any of its property interests."[2]

8.     Atlantic did not, however, file suit against all of the non-Debtors with fractional working interests in the Leases. Specifically, Atlantic did not file suit against Houston Energy Deepwater Ventures V ("***Houston Energy***") and Red Willow Offshore, LLC ("***Red Willow***"), each of whom own fractional working interests in OCS-G-27278, located in MC-519. Nor has Atlantic named Talos Energy Offshore LLC ("***Talos***") (who owns a fractional working interest in OCS-G-28030, located in MC-948) as a defendant in a Louisiana Non-Debtor Lawsuit.[3]

9.     The below **Table 1** identifies what parties other than Fieldwood hold an interest in each Lease (each a "***WIO***") and whether Atlantic has named this WIO as a defendant (each a "***Defendant WIO***") in a Louisiana Non-Debtor Lawsuit or not (each a "***Non-Defendant WIO***"):

---

[2] Ecopetrol Complaint at 3 n.1, No. 20-3097, ECF 1, Ex. 1; Ridgewood and Prospect Complaint at 4 n.1, No. 20-3099, ECF 1, Ex. 2.
[3] Atlantic also did not file suit against persons holding fractional working interests in OCS-G-15445 (on VK-962) and OCS-G-06888 (on VK-826) because both of these Leases have expired—the former in August 2019 and the latter in May 2018.

| Table 1 | | | |
|---|---|---|---|
| Lease | OCS-G-34536 | OCS-G-28030 | OCS-G-27278 |
| Area & Block | GC-40 | MC-948 | MC-519 |
| Defendant-WIOs | Ridgewood Katmai, LLC; ILX Prospect Katmai, LLC | Ecopetrol America LLC | None |
| Non-Defendant WIOs | None | Talos Energy Offshore LLC | Houston Energy Deepwater Ventures V; Red Willow Offshore, LLC |
| Pending Louisiana WIO Lawsuit No. | 20-3097 | 20-3099 | None Pending |

10.     On November 24, 2020, Fieldwood filed an original adversary complaint seeking to extend the automatic stay to the Louisiana Non-Debtor Lawsuits.[4] The next day, the Court held a hearing and concluded that the Louisiana Non-Debtor Lawsuits are subject to the automatic stay. Since then, Atlantic has agreed to take no action with respect to the Louisiana Non-Debtor Lawsuits until Fieldwood emerges from chapter 11, which Fieldwood estimates will be on June 14, 2021 (the "**Anticipated Emergence Date**").[5] The parties' Second Stipulation and Stay Extension Order (the "**Stay Extension Order**") contemplates Atlantic may seek stay relief on the basis of cause:

> [It] is without prejudice to the Parties' rights to request further extensions or amendments to the Stay Extension Order, including a request to lift the Stay Extension Order or automatic stay to prosecute the Lawsuits or file lawsuits against other working interest owners, for good cause shown and the Parties' rights to

---

[4] Fieldwood's Original Complaint, Adv. No. 20-03476, ECF 1.
[5] *See* First Stip. and Order Ext. Stay, Adv. No. 20-03476, ECF 21; Sec. Stipulation and Order Extending Stay, Adv. No. 20-03476, ECF 27.

contest any such request(s).[6]

### III.    REQUEST FOR RELIEF

11.    As contemplated by the Stay Extension Order, Atlantic now seeks entry of the Order modifying the stay and the Stay Extension Order to permit Atlantic to institute a new action naming Houston Energy and Red Willow as defendants and amend the complaint in the Louisiana Non-Debtor Lawsuit against Ecopetrol to name Talos as an additional defendant. *See* La. R.S. § 9:4865(B). Also, Atlantic asks pursuant to the Order that this Court grant Atlantic leave to file notices of *lis pendens* noticing Atlantic's suit against Houston Energy and Red Willow and to amend the *lis pendens* noticing the Louisiana Non-Debtor Lawsuit against Ecopetrol to give supplemental notice that Talos has been named as an additional defendant. *See id.* § 9:4865(C). Atlantic asks that once it takes those actions required by section 4865, the Stay Extension Order be reinstated and extended to stay prosecution of the Louisiana Non-Debtor Lawsuits and the newly commenced lawsuit against Houston Energy and Red Willow, until the Anticipated Emergence Date.

### IV.    ARGUMENT AND AUTHORITIES

12.    Section 362(d)(1) provides that a court may terminate or modify the automatic stay upon the request of a party in interest "for cause." 11 U.S.C. § 362(d)(1). The Bankruptcy Code does not define "cause," and a determination of what constitutes "cause" is left to the court's discretion. *In re Chesnut*, 422 F.3d 298, 303 (5th Cir. 2005) (citing *In re Cueva*, 371 F.3d 232, 236 (5th Cir. 2004)); *see also In re Mirant Corp.*, 440 F.3d 238, 253 (5th Cir. 2006) ("[I]n the past we have noted that this lack of definition [of 'cause' under § 362(d)(1)] affords flexibility to the bankruptcy courts.") (internal quotations omitted). "Whether cause exists must be determined on

---

[6] Sec. Stipulation and Order Extending Stay at 3, Adv. No. 20-03476, ECF 27.

a case by case basis based on an examination of the totality of circumstances." *In re Rashad*, No. 10-34549-H3-11, 2010 WL 4976949, at *3 (Bankr. S.D. Tex. Dec. 2, 2010). Factors to be considered include: "whether lifting the stay will result in any great prejudice to the debtor or the bankruptcy estate" and "whether any hardship to a nondebtor of continuation of the stay outweighs any hardship to debtor." *In re Samshi Homes, LLC*, No. 13-37608-H3-11, 2014 WL 948475, at *2 (Bankr. S.D. Tex. Mar. 11, 2014) (citing *In re Namazi*, 106 B.R. 93 (Bankr. E.D. Va. 1989)).

13.     Here, good cause exists to modify the stay as requested because if relief is not granted, Atlantic's state law rights against non-Debtor property may be vitiated,[7] while no harm will result to Fieldwood if relief is granted because Atlantic has stipulated that it will not prosecute these actions until the Anticipated Emergence Date.

14.     Atlantic's deadline to institute actions to maintain effectiveness against third parties is one year from the date it filed its statements of privilege. La. R.S. § 9:4865(B). Atlantic filed the pertinent statements of privilege in various parish records on either July 16 or July 23, 2020,[8] so its deadline to preserve its rights vis-à-vis third parties expires, at the earliest, on July 16, 2021.

15.     At least one court has found that, notwithstanding that the party the LOWLA claimant contracted with has filed for bankruptcy protection and the automatic stay has taken effect, the claimant is still required to institute an action against the non-debtor working interest owners in order to preserve its liens as to third party property. *See Bordelon Marine, L.L.C. v. Devon Energy Prod. Co., L.P.*, No. CIV.A. 14-1784, 2015 WL 1509493, at *6 (E.D. La. Apr. 1, 2015) (Duval, J.) (finding "a properly filed action brought against the third-persons . . . would

---

[7] Atlantic has stipulated that Fieldwood's bankruptcy may delay Atlantic from proceeding against non-debtor property for a limited period (until June 14, 2021), but 11 U.S.C. § 524(e) does not allow for a non-consensual, permanent impairment of Atlantic's rights against non-debtors or their property. *See In re Monroe Well Serv., Inc.*, 67 B.R. 746, 755-57 (Bankr. E.D. Pa. 1986), *In re Monroe Well Serv., Inc.*, 80 B.R. 324, 334-35 (Bankr. E.D. Pa. 1987).

[8] Atlantic filed statements of privilege regarding OCS-G-28030 (MC-948) on July 16, 2020 in Orleans, Plaquemines, and St. Tammany Parishes and on July 23, 2020 in St. Bernard Parish. Atlantic filed statements of privilege regarding OCS-G-27278 (MC-519) on July 16, 2020 in Orleans, Plaquemines, St. Bernard, and St. Tammany Parishes.

enforce the lien and allow [the claimant] to seize the property in order to satisfy [the operator's] debt" but the claimant had "failed to timely file the requisite action and notice of lis pendens under LOWLA" and, as a consequence of this, dismissing the claimant's enforcement action against non-debtor third parties). Under *Bordelon*, if Atlantic does not timely act against the WIOs, then its liens may cease to have effect against third parties, notwithstanding Fieldwood's bankruptcy and the automatic stay.

16.     Here, Atlantic's time to institute actions against Houston Energy, Red Willow, and Talos has almost expired. Assuming the Debtor exits bankruptcy on the Anticipated Emergence Date, Atlantic will have 32 days between the termination of the stay and its earliest filing deadline under section 4865(B) to institute the required actions. However, there is a reasonable likelihood that Fieldwood does not exit bankruptcy on the Anticipated Emergence Date. To date, no confirmation order has been entered and become final and non-appealable, and the plan has not gone effective. The plan very well may be confirmed and become effective on Fieldwood's timeline. But there are significant reasons to fear that confirmation will not occur, at least not on Fieldwood's schedule.   Fieldwood itself acknowledged earlier this month that sureties are "threaten[in]g . . . to derail confirmation by raising fundamental points that must be resolved."[9] And Fieldwood's proposed date for confirmation has already been delayed once (by approximately three months).[10]

17.     Thus, the relief requested is necessary in case confirmation is delayed once again. In that circumstance, Atlantic would need to scramble to obtain stay relief on an emergency basis, distracting the Debtor unnecessarily at a critical time. The stay should be lifted now so that Atlantic

---

[9] Adversary Complaint ¶ 25, Adv. No. 21-03418, ECF 1.
[10] *Compare* Debtor's Omnibus Motion at 4, No. 20-33948, ECF 724 (setting forth a proposed confirmation hearing date of March 17, 2021) *with* Court's Scheduling Order at 2, No. 20-33948, ECF 1224 (setting forth confirmation hearing date of June 9, 2021).

may protect its rights against non-debtors and their property. No prejudice will result to Fieldwood or the estates because Atlantic stipulates that the stay shall preclude prosecution of its lawsuits until after the Anticipated Confirmation Date.

18.     WHEREFORE, Atlantic respectfully requests that the Court enter the Order: (i) modifying the stay to allow Atlantic (a) to file a lawsuit against Houston Energy and Red Willow to preserve its LOWLA rights against these parties' interests in OCS-G-27278 (in MC-519), (b) to amend Atlantic's complaint in the Louisiana Non-Debtor Lawsuit against Ecopetrol to name Talos as an additional defendant to preserve its rights in OCS-G-28030 (in MC-948), (c) to file notices of *lis pendens* noticing Atlantic's lawsuit enforcing its privilege against the WIOs' interests in OCS-G-27278 (in MC-519), and (d) to amend its *lis pendens* (or file new *lis pendens*, as may be appropriate) noticing that Talos has been added as an additional defendant in the Louisiana Non-Debtor Lawsuit against Ecopetrol; (ii) following the above-described actions by Atlantic, reinstating and extending the stay of prosecution of the Louisiana Non-Debtor lawsuits and Atlantic's lawsuit against Houston Energy and Red Willow until June 14, 2021; and (iii) granting such other and further relief to which Atlantic may be justly entitled.

DATED: **May 19, 2021.**

Respectfully Submitted,

**Counsel for Atlantic Maritime Services LLC**

*/s/  Stewart F. Peck*
**LUGENBUHL,     WHEATON,     PECK, RANKIN**
Stewart F. Peck (*pro hac vice*)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195

Email:  speck@lawla.com

*Counsel for Atlantic Maritime Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on registered parties in the case by CM/ECF service the day and time it was filed, and by e-mail to the following, and by first class U.S. Mail as follows:

/s/ *Stewart F. Peck*
Stewart F. Peck

## **CERTIFICATE OF CONFERENCE**

I hear by certify that on May 19, 2021, I conferred with Clifford Carlson and Alfredo Perez via email and telephone regarding the requested relief. The parties were unable to reach agreement concerning the requested relief.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

## Exhibit 1

**Ecopetrol Complaint**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC** | § | **CIVIL ACTION No.** |
| | § | |
| Plaintiff, | § | **SECTION " "** |
| **VS.** | § | |
| | § | **DIVISION " "** |
| | § | |
| **ECOPETROL AMERICA, LLC,** | § | |
| *in rem* | § | **JUDGE:** |
| | § | **MAGISTRATE:** |
| | § | |
| Defendant. | § | |
| | § | |

**VERIFIED COMPLAINT IN REM SEEKING RECOGNITION AND ENFORCEMENT
OF ATLANTIC MARITIME SERVICE, LLC'S LIEN AND PRIVILEGE RIGHTS
SOLELY WITH RESPECT TO THE SUBJECT INTERESTS OF ECOPETROL
AMERICA, LLC AND ENFORCING SUCH RIGHTS
BY WRIT OF SEQUESTRATION**

**NOW HERE COMES** Atlantic Maritime Services, LLC (the "***Plaintiff***") and files this

Verified Complaint seeking recognition of the Plaintiff's lien and privilege rights solely with

respect to the Subject Interests (defined hereinbelow) of Ecopetrol America, LLC ("***Ecopetrol***"),

and enforcing such rights by writ of sequestration, specifically reserving any and all rights to seek

additional legal or equitable relief against other property or persons accountable for the claims

stated herein.  In support of the Verified Complaint, the Plaintiff respectfully shows as follows:

**Parties**

1.      The Plaintiff is a Delaware limited liability company with its principal place of

business located at 5847 San Felipe Street, Suite 3300, Houston, TX 77057. The Plaintiff is a

wholly-owned subsidiary of Valaris plc, debtor-in-possession in bankruptcy case no. 20-34114,

pending before the Bankruptcy Court for the Southern District of Texas. (Bankr. S.D. Tex. 20-

34114, ECF Doc. 1).

2.      Ecopetrol is a Delaware limited liability company with a principal place of business

1

Exhibit 1 - 1

located at 2800 Post Oak Boulevard, Suite 5110, Houston, TX 77056.

## Jurisdiction and Venue

3.      This Court has jurisdiction over this matter because the case and controversy herein arises out of, and in connection with, operations conducted on the Outer Continental Shelf for the exploration, development, or production of minerals, subsoil, and seabed of the Outer Continental Shelf.      Thus, jurisdiction exists pursuant to the Outer Continental Shelf and Lands Act, 43 U.S.C. §1349(b)(1).

4.      Venue is proper in this District under 43 U.S.C. §1349(b)(1) because this is the "judicial district of the State nearest the place the cause of action arose."

## Factual Allegations

5.      The Plaintiff is lawfully engaged in the business of furnishing labor, equipment, machinery, materials, and services, including drilling services, in support of drilling, development, exploration and/or operation of oil and gas wells.

6.      Based on the records of the Bureau of Ocean Energy Management ("***BOEM***"), Ecopetrol holds a 31.5% working interest in a certain lease situated in the Outer Continental Shelf, OCS-G-28030, Mississippi Canyon Area, Block 948 (the "***Lease***"), containing Well #4 (API 608174129900) (the "***Well***"), for which Fieldwood Energy, LLC (the "***Operator***") serves as operator of record.

7.      Between June 4, 2020 and July 4, 2020, the Plaintiff furnished goods, equipment, supplies, and services for and in connection with the drilling and/or operation of the Lease and Well in the total principal amount of $5,824,744.68, as reflected in the invoices and work tickets attached hereto. *See* Exhibits 1-4, pp. 5-17, pp. 5-17, pp. 5-17, and pp. 4-16, respectively.

8.      Pursuant to La. R.S. § 9:4861, *et seq.* ("***LOWLA***"), the Plaintiff is granted a

2

Exhibit 1 - 2

privilege and lien (the "*Lien*") to secure payment owed for the goods, equipment, supplies, services, and other materials provided by the Plaintiff for the benefit of the Lease and Ecopetrol.

       9.     The Plaintiff properly preserved, perfected, and maintained the perfection of the Lien by filing and recording the following lien affidavits (the "*Lien Affidavits*") on July 16, 2020:

        (i)  Statement of Privilege in the amount of $5,824,744.68, in favor of the Plaintiff, against Lease No. OCS-G-28030, Mississippi Canyon, Block 948, filed and recorded in the mortgage records of St. Tammany Parish, as Instrument No. 2215417, Reg. No. 2705279 (attached hereto and incorporated by reference as **Exhibit 1**);

        (ii) Statement of Privilege in the amount of $5,824,744.68, in favor of the Plaintiff, against Lease No. OCS-G-28030, Mississippi Canyon, Block 948, Orleans Parish as Instrument No. 2020-24965, MIN: 1334982 (attached hereto and incorporated by reference as **Exhibit 2**);

        (iii) Statement of Privilege in the amount of $5,824,744.68, in favor of the Plaintiff, against Lease No. OCS-G-28030, Mississippi Canyon, Block 948, filed and recorded in St. Bernard Parish as File No. 633342, Book 1945, Pages 454-470 (attached hereto and incorporated by reference as **Exhibit 3**); and

        (iv) Statement of Privilege in the amount of $5,824,744.68, in favor of the Plaintiff, against Lease No. OCS-G-28030, Mississippi Canyon, Block 948, filed and recorded in Plaquemines Parish, as File #2020-00002805, Book 772, Pages 616-632 (attached hereto and incorporated by reference as **Exhibit 4**).

       10.    The Lien Affidavits were each filed within 180 days of the completion of the work, materials, tools, and equipment supplied by the Plaintiff in connection with the drilling, development, exploration and/or the operation of the Lease on July 4, 2020. The Plaintiff provided notice to the Operator by certified mail, delivered on July 20, 2020.

       11.    On August 3, 2020, the Operator filed a voluntary petition for bankruptcy relief, commencing case no. 20-33948 (the "*Bankruptcy Case*") before the United States Bankruptcy Court for the Southern District of Texas (the "*Bankruptcy Court*").[1] (Bankr. S.D. Tex. 20-33948,

---

[1] As reflected in the reservations of rights throughout this Verified Complaint, the Plaintiff does not seek recognition or enforcement of its Lien against the Operator or any of its property interests; however, the Plaintiff expressly reserves the right, to the extent necessary, to seek relief from the automatic stay in the Bankruptcy Case to enforce its rights against Ecopetrol's interest in the hydrocarbons produced with respect to the Lease and the Subject Interests, as well

**Exhibit 1 - 3**

ECF Doc. 1).

12.     The principal amount owed for the work described above, $5,824,744.68, remains

past due and owing, together with attorneys' fees up to ten percent (10%) of the amount due, costs

for preparing the Lien Affidavits and notice of *lis pendens*, and interest.

## CLAIMS FOR RELIEF

### Count I: Recognition and Enforcement of Plaintiff's Lien against the Subject Interests

13.     The Plaintiff incorporates hereinbelow all allegations in the preceding paragraphs.

14.     LOWLA grants claimants like the Plaintiff a privilege and lien to secure payment

for their work by operation of law.

15.     The lien and privilege afforded under LOWLA is established over:

(1) "The operating interest under which the operations giving rise to the claimant's privilege are conducted, together with the interest of the lessee of such interest in a:

  (a) Well, building, tank, leasehold pipeline, and other construction or facility on the well site.

  (b) Movable on a well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use.

  (c) Tract of land, servitude, and lease described in R.S. 9:4861(12)(c) covering the well site of the operating interest.

(2) Drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the privilege emanate.

(3) The interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege.

---

as the proceeds of the sales of such hydrocarbons to third-party purchasers. The Plaintiff further reserves the right to seek any other relief from the Bankruptcy Court or otherwise with respect to the Operator or any other persons or properties accountable for the claims herein.

**Exhibit 1 - 4**

(4) The proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege." (together, the "*LOWLA Properties*").

La. R.S. § 9:4683(A)(1-4).

16.     In this lawsuit, the Plaintiff seeks recognition and enforcement of its Lien solely with respect to Ecopetrol's interest in the specific property interests of Ecopetrol included within La. R.S. § 9:4683(A)(1-4) (collectively the "*Subject Interests*"), expressly reserving any and all rights to seek recovery of additional amounts associated with any sales proceeds derived from the sale of the hydrocarbons produced from the Lease, insofar as the automatic stay arguably prevents Plaintiff from seizing and garnishing such proceeds to the extent such proceeds are commingled with proceeds attributable to the sale of hydrocarbons owned by the Operator in the absence of an order from the Bankruptcy Court modifying or lifting the automatic stay as to such proceeds.

17.     Additionally, pursuant to La. R.S. § 9:4862(B)(3), the Plaintiff seeks recognition of its right to recover against the Subject Interests the cost of preparing and filing the Lien Affidavits and the notice of *lis pendens* authorized to be filed under La. R.S. § 9:4865(c), which the Plaintiff intends to file during the period allotted thereunder.

18.     Furthermore, pursuant to La. R.S. § 9:4862(B)(2) and (4), the Plaintiff seeks recognition of its right to enforce against the Subject Interests claims to recover reasonable attorneys' fees not to exceed ten percent (10%), as well as interest.

### Count II: Request for Writ of Sequestration against the Subject Interests

19.     The Plaintiff incorporates hereinbelow all allegations in the preceding paragraphs.

20.     Louisiana law recognizes that sequestration is warranted when a plaintiff claims a privilege against the property of a defendant, and "it is within the power of the defendant to conceal, dispose of, or waste the property or the revenues therefrom, or remove the property from

<center>5</center>

Exhibit 1 - 5

the parish, during the pendency of the action." La. Code Civ. P. art. 3571.

21.     Additionally, Louisiana law provides that, for liens and privileges under LOWLA, "[a] claimant may enforce his privilege by a writ of sequestration, without the necessity of furnishing security." La. R.S. § 9:4871.

22.     Through this action, the Plaintiff seeks to enforce the Lien against property of Ecopetrol, the Subject Interests, except that Plaintiff does not seek to seize any of the Subject Interests to the extent such Subject Interests are commingled with property of the Operator and the seizure thereof would potentially violate the automatic stay in the Operator's Bankruptcy Case.

23.     As holder of the Subject Interests, Ecopetrol has the power to alienate or encumber the Subject Interests.

24.     To protect the Plaintiff's Lien, it is necessary that a Writ of Sequestration issue, in accordance with La. Code Civ. P. Art. 3571, *et seq.*, and without security in accordance with La. R.S. § 9:4871, directing the United States Marshal to seize and to hold the Subject Interests until further Order from this Court, and to record the Writ of Sequestration in the records of the Clerks of Court for the Parishes of Orleans, St. Tammany, St. Bernard, and Plaquemines, and in the records of BOEM.

25.     The Plaintiff reserves the right to amend the Verified Complaint to name as defendants all other working-interest owners of the Lease, including the Operator,[2] and all purchasers of the gas, oil and distillate produced and saved from wells located on the Lease, for the purpose of this Court entering judgment against those purchasers, ordering them to turn over to the Plaintiff all proceeds derived from the Lease in an amount sufficient to pay the full amount

---

[2] Inclusion of the Operator in this lawsuit shall be subject in all respects to the automatic stay associated with the Operator's Bankruptcy Case and Plaintiff shall seek such relief as is required from the Bankruptcy Court prior to amending this Verified Complaint to include any request for relief with respect to the Operator or the Operator's property.

6

Exhibit 1 - 6

of the indebtedness owed to the Plaintiff, including principal, interest, expenses, attorneys' fees and costs, as permitted by law.

26.     The Plaintiff further reserves all rights to file a motion to lift or otherwise modify the automatic stay in the Bankruptcy Case, seeking the sequestration and garnishment of the proceeds of the other working-interest owners from sale of the hydrocarbons in connection with the Lease.

27.     Therefore, on the basis of the allegations above, verified by the Plaintiff's authorized representative, Ben Rose, and further supported by the Exhibits attached hereto, the Plaintiff respectfully prays for recognition and enforcement of its Lien and issuance of a writ of sequestration solely with respect to the Subject Interests, in substantially the same form as the Writ of Sequestration attached hereto.

**WHEREFORE**, the Plaintiff, Atlantic Maritime Services, LLC, respectfully prays that this Court:

(i)     Recognize the lien and privilege in favor of Atlantic Maritime Services, LLC in the amount of $5,824,744.68, together with interest, attorneys' fees, the costs of preparing and filing the lien affidavits, and all court costs, solely with respect to Ecopetrol America, LLC's interest in the specific property interests of Ecopetrol America, LLC included within La. R.S. § 9:4683(A)(1-4) (the "*Subject Interests*");

(ii)    Issue a writ of sequestration, the requirement of security having been dispensed with by law, directing the United States Marshal to serve or cause to be served the Writ of Sequestration on Ecopetrol America, LLC and to record the Writ of Sequestration in the records of the Clerks of Court for the Parishes of St. Tammany, Orleans, St. Bernard, and Plaquemines, and in the records of the United States of America, Bureau of Ocean Energy Management; and

(iii)   Issue final judgment in favor of Atlantic Maritime Services, LLC and against the Subject Interests in the amount of $5,824,744.68, together with interest, attorneys' fees, the costs of preparing and filing the lien affidavits, and all court costs.

**Exhibit 1 - 7**

Respectfully submitted,

LUGENBUHL, WHEATON, PECK
RANKIN & HUBBARD

*/s/ Stewart F. Peck*
STEWART F. PECK (#10403)
JAMES W. THURMAN (#38494)
601 Poydras Street Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email:speck@lawla.com;
jthurman@lawla.com

*Counsel for Atlantic Maritime Services, LLC*

**PLEASE ISSUE SUMMONS:**

**Ecopetrol America, LLC**
Care of its Registered Agent,
C T Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

8

Exhibit 1 - 8

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT
1

St. Tammany Parish 2018
Instrmnt #: 2215417
Registry #: 2705279 ptr
7/16/2020 3:30:00 PM
MB X CB    MI    UCC

Exhibit 1 - 9

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

EXHIBIT
1

2

Exhibit 1 - 10

Date: July _15_, 2020     **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary Bar Roll No. _11589836_
My Commission Expires: _4/19/2023_

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

EXHIBIT
1

3

Exhibit 1 - 11



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2007260
INVOICE DATE: 7/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM: **45 DAYS**

RIG: Resolute - DS-16
WELL NUMBER: MC-948 #4
LOCATION: MC-948 #4

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

DAYRATE EFFECTIVE

| | | DAYRATE | |
|---|---|---|---|
| 568.0 HOURS OPERATING AT | | $185,000.00 | $4,378,333.31 |
| 0.0 HOURS STANDBY AT | | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | | $166,500.00 | $0.00 |
| 16.0 HOURS REPAIR SUBSEA  RATE | | $185,000.00 | $123,333.28 |
| 0.5 HOURS REPAIR SURFACE RATE | | $185,000.00 | $3,854.17 |
| 47.5 HOURS MOVE RATE | | $181,300.00 | $ 358,822.92 |
| 0.0 HOURS FORCE MAJEURE | | $166,500.00 | $0.00 |
| 632.0 TOTAL HOURS | | | |

Crew Shortage

AMOUNT DUE:   $   4,864,343.68

REMIT ACH PAYMENTS TO:

Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

Coding: BU10079
(4,378,333.31)  10417- 110-4202-810101
-  10417- 110-4202-810102
-  10417- 110-4202-810110
(127,187.45)  10417- 110-4202-810103
(358,822.92)  10417- 110-4202-810104

ED

EXHIBIT
1

**Exhibit 1 - 12**

R202 Billing worksheet_2020 - June 4-30, 2020

HELDIVDOOD
Resource

June 2020

WELL NAME / LOCATION:

AFE

MC-848 #4
FW205014

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | MOVE RATE $181,300 | REPAIR SURFACE $185,000 | SUBSEA REPAIRS $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | | | | | | | | | | 0.0 |
| 5 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 6 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 7 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 24.0 | | | | | | | | 24.0 |
| 9 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 10 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| AMOUNTS | | $4,378,333.31 | $0.00 | $0.00 | $358,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,864,343.68 |

EXHIBIT
1

Exhibit 1 - 13

## Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE: 7300-15

BARRY GABOURIE

7-1-2020

David Pownell

Dinny Sharry

07-02-2020

EXHIBIT 1

Exhibit 1 - 14



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: **FWD2007261** |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 7/6/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM **45 DAYS** |
| | Rig: Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: MC-948#4 |
| | LOCATION: MC-948#4 |

AFE: FW205014

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 0.0 HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 725,200.00

Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

| Coding: BU10079 | |
|---|---|
| - | 10417- 110-4202-810101 |
| (725,200.00) | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| ED | |

**EXHIBIT
1**

Exhibit 1 - 15

Exhibit 1 - 16

**Valaris DS-16 MONTHLY BILLING SUMMARY**

Monthly: July 2020
Contract #: CCS-G.28930
Customer: Fieldwood
Well name: M.C. 5934 Completion, Gunflit 4

Cost Center:
AFE Number: FW 205014
Work Order:
Purchase Order:

| DATE | OPR 70% 100% | STBY 705 @ 98% | RPR SURFACE 706 (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA 706 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 99% | In-hole Subsea Equip.: 503 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | (see legend below) | (see legend below) | (see legend below) | |
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Anchi subsea with Preservation of Boys. Prep equipment for backload. Remove BOP hoses. |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Demobe rig of Fieldwood associated equipment. Offload Valaris drill pipe in preparation for Lease. Prep pads for past six weekly deck. Assist 15 with BOP Hoses preservation. |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 15.00 | 1.00 | - | | | | Offload Valaris DP. Remove Guide Arms in moonpool. Perform main on SOP #1 for preservation. Tank on fuel DS96 G. |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | - | | | | Install Blind Flanges on Dump Hose lines in moonpool. Caller Valaris Drill Pipe. Assist 15 w/BOP 4 1/4 annotation. Begin Cleaning In Detroit. |
| **TOTALS** | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 6.00% | 6.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

$ 576,00.00
100%/Dw $ 185,000.00
In NvH/Subsea 105 / Day MPD $ 200,000.00   **Total Billable for the Month.** $ 715,200.00
In NvH/Subsea 105%/Dav $ 185,000.00
102%/Hr MPD $ 8,333.33
102%/Hr $ 7,708.33
95%/Hr $ 7,054.17
95%/Hr MPD 95%/Hr MPD $ 8,166.67

DS-16 Rotating Supt.: Bobett Ray
DS-16 Rotating Supt. Signature: Bobett Ray
Date: 07-4-2020

Fieldwood Client Representative: BARRY / GASDURIE
Fieldwood Client Representative Signature:
Date: 07 / 04 / 2020

Fieldwood Drilling Supt.:

Fieldwood Drilling Supt. Signature:

Rig Manager:

Rig Manager Signature:
Date:

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE. 7300-15
7-4-2020

EXHIBIT 1

R202 Billing worksheet_2020 - July 2020

WELL NAME / LOCATION:

AFE

MC-348#4
FV205014

ELLDWOOD
Pressure

July 2020

Exhibit 1 - 17

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY REDRILL RATE $181,300 $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | 24.0 |
| 5 July 2020 | Standby as directed | | 24.0 | | | | | | 24.0 |
| 6 July 2020 | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| AMOUNTS: | | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

EXHIBIT
1

Exhibit 1 - 18

EXHIBIT
1

## Valaris DS-16 MONTHLY BILLING SUMMARY

Cost Center:
AFE Number: FW 200214
Work Order:
Purchase Order:

Monthly: July 2020
Contract #: RSA# 34090
Fieldwood
M C 1004 Completion, Gunflint 1

| DATE | OPR 704 100% | STBY 705 @ 90% | OPERATING HOURS | | | | | | | HEADCOUNT | | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comment (required for any rate other than Operating)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RPR SURFACE 706 (12 hour allowances per month) thereafter 0 rate | RPR SUBSEA 706 (12 hour allowances per month ) thereafter 0 rate | FORCE MAJEURE 707 @ 90% | Include Subsea Equip.? 903 @ 0% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | (see legend below) | (see legend below) | (see legend below) | |
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Clifford Drill Pipe, Rentals w/o Preservation of Rope. Prep equipment for backload. Remove ROV hours. |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | | | | | Demob rig of Fieldwood associated equipment. Offload Valaris drill pipe in preparation for lower. Prep rods for pool in monthly deck. Prot Q's with ROV Assist preservations. |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | | | | | Offload Valaris DP. Remove Charge Items. Re-Interconnect. Perform install on BOP #1 for preservations. Tank on Fuel 1370. Q. |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | | | | | Install steel Fingers to Single Nose lines in transport. Cutter, Valaris Drill Pipe. Assist Q's. w/BOP #1 EH preservation. Begin Chevron rl travels. |
| 7/5/2020 | | | | | | | | | | | | | | | | | |
| 7/6/2020 | | | | | | | | | | | | | | | | | |
| 7/7/2020 | | | | | | | | | | | | | | | | | |
| 7/8/2020 | | | | | | | | | | | | | | | | | |
| 7/9/2020 | | | | | | | | | | | | | | | | | |
| 7/10/2020 | | | | | | | | | | | | | | | | | |
| 7/11/2020 | | | | | | | | | | | | | | | | | |
| 7/12/2020 | | | | | | | | | | | | | | | | | |
| 7/13/2020 | | | | | | | | | | | | | | | | | |
| 7/14/2020 | | | | | | | | | | | | | | | | | |
| 7/15/2020 | | | | | | | | | | | | | | | | | |
| 7/16/2020 | | | | | | | | | | | | | | | | | |
| 7/17/2020 | | | | | | | | | | | | | | | | | |
| 7/18/2020 | | | | | | | | | | | | | | | | | |
| 7/19/2020 | | | | | | | | | | | | | | | | | |
| 7/20/2020 | | | | | | | | | | | | | | | | | |
| 7/21/2020 | | | | | | | | | | | | | | | | | |
| 7/22/2020 | | | | | | | | | | | | | | | | | |
| 7/23/2020 | | | | | | | | | | | | | | | | | |
| 7/24/2020 | | | | | | | | | | | | | | | | | |
| 7/25/2020 | | | | | | | | | | | | | | | | | |
| 7/26/2020 | | | | | | | | | | | | | | | | | |
| 7/27/2020 | | | | | | | | | | | | | | | | | |
| 7/28/2020 | | | | | | | | | | | | | | | | | |
| 7/29/2020 | | | | | | | | | | | | | | | | | |
| 7/30/2020 | | | | | | | | | | | | | | | | | |
| 7/31/2020 | | | | | | | | | | | | | | | | | |
| TOTALS | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.00 | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.20% | 50.00% | | | | | | | | | |

| | | | |
|---|---|---|---|
| 100%/Day | $ 183,000.00 | | |
| In %ivity/%clause 100 / Day (MPD) | $ 200,000.00 | Total Billable for the Month: | $ 725,200.00 |
| In %ivity/%clause 100%/Day | $ 183,000.00 | | |
| 100%/hr XPD | $ 8,333.33 | | |
| 100%/hr | $ 7,708.33 | | |
| 90%/hr | $ 7,554.17 | | |
| 90%/hr MPD | $ 8,366.67 | | |

Fieldwood Client Representative:

Fieldwood Client Representative (Signature):

Rig Manager: Dinny Sharry

Rig Manager Signature:

Date: 06-05-2020

DS-16 Rotating Supt.:

Do 16 Rotating Supt (Signature):

Date:

Fieldwood Drilling Supt.:

Fieldwood Drilling Supt. Signature:

Date:



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: **ACCOUNTS PAYABLE**

INVOICE NO: FWD2007263
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER MC-948 #4

AFE #: **FW205014**

TO INVOICE YOU FOR THIRD PARTY CATERING JULY 1-4, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | |
| . 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 3,780.00 |

AMOUNT DUE: $ 3,780.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202-110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202-110 **EXHIBIT** |
| $ | - | 919220.10417.4202.110 |

ED

**Exhibit 1 - 19**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 18 | 9 | 4 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |
| TOTAL OVER CONTRACT | 16 | 7 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 |

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

TOTAL: 0
TOTAL: 27
TOTAL BILLABLE $3,780.00

ACCT CODE 3025-45
J. Butler
7-2-2020

Sylvia Snead OIM 7/2/20

OIM APPROVAL
Company Man APPROVAL

**EXHIBIT 1**

Exhibit 1 - 20

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020  Well Name: Gunflint, AFE: FW205014  Routing#580047

Started Gunfl 1600 on 6

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwire | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | 7 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 3 | 3 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAAA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 1

Exhibit 1 - 21

C:\Users\sel5o20\Desktop\June 2020 3rd Party Bunk Meals.xlsx



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER MC-948 #4

AFE #: <u>FW205014</u>

TO INVOICE YOU FOR THIRD PARTY CATERING JUNE 5-30, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.00 |

**AMOUNT DUE:** $ 231,420.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

| | |
|---|---|
| $ (231,420.00) | 810620.10417.4202.110 |
| $ (34,089.65) | 912812.10417.4202-110 |
| $ 34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202-110 EXHIBIT |
| $43,469.00 | 919220.10417.4202.110 |

ED

**Exhibit 1 - 22**

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020  Well Name: Gunflint,  AFE: FW205014  Routing#580047**

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE 7300-45
J. Button 7-2-2002

Company Man APPROVAL:      OIM APPROVAL:

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | 6 | 6 | 6 | 6 | 3 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Oilstates | | | | | 5 | 5 | 5 | 5 | 5 | 7 | 7 | 3 | 3 | 3 | 3 | 3 | 3 | 1 | 1 | 1 | | 2 | 3 | 3 | 3 | 1 | 1 | 1 | | | |
| OFI (Oil Field Instr.) | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | |
| Premium | | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | 15 | 15 | 15 | 15 | 15 | 15 | 17 | 17 | 17 | 17 | 14 | 16 | 14 | 14 | 15 | 15 | 17 | 17 | 17 | 17 | 17 | 10 | 10 | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | 10 | | | | |
| SGS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | |
| Southern Fab | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | | | | | | | | | 2 | 2 | 2 | 2 | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 62 | 62 | 64 | 64 | 65 | 73 | 80 | 83 | 85 | 89 | 88 | 85 | 68 | 68 | 66 | 66 | 69 | 71 | 69 | 67 | 51 | 43 | 18 | 16 | 19 | 17 | 0 |

TOTAL: 1705

TOTAL: 1653

TOTAL BILLABLE $: $231,420.00

EXHIBIT 1

Exhibit 1 - 23

**Exhibit 1 - 24**

# Rowan Resolute

Started Gunfli 1600 on 6

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | 1 | | | | | 1 | 1 | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 4 | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | 8 | 8 | 8 | 8 | 6 | 14 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | | | | | | 4 | | | | | | | |
| Elite Comms | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 8 | 8 | 8 | 6 | 6 | 6 | 7 | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | 10 | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | 5 | 5 | 5 | 5 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 5 | 5 | 5 | 6 | 6 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 3 | |
| FMC | | | | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 2 | 1 | | | | | |
| FRANKS INTL | | | | | | | | | | | | 17 | 17 | 17 | 17 | 17 | 17 | 11 | 11 | 11 | 11 | 17 | 8 | 8 | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | 2 | 2 | 2 | 2 | 2 | 6 | | | | | | | | | 11 | 11 | 11 | 11 | 17 | 8 | 8 | 2 | | | 2 | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |

C:\Users\...\2020Desktop\June 2020 3rd Party Bunk Meals.xlsx

EXHIBIT 1

Exhibit 1 - 25

**EXHIBIT**

**1**

STATE OF LOUISIANA PARISH OF ST. TAMMANY
I HEREBY CERTIFY that the above is a true and
correct copy of the original as recorded at
instrument #2215417 of the original
records. Given under my hand and seal of office
this the 16 day of JULY 20 20

Dy Clerk and Ex-Officio Recorder
Jaynie Rollins, Deputy Clerk



1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112

Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2020-24965

Recording Date: 7/16/2020 01:40:54 PM

Document Type: LABOR/MATERIAL LIEN

Addtl Titles Doc Types:

Mortgage Instrument Number: 1334982

Filed by: SHER GARNER
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA 70112

## THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND SHOULD BE RETAINED WITH ANY COPIES.

EXHIBIT
2

**Exhibit 1 - 26**

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Chelsey Richard Napoleon
CLERK OF CIVIL DISTRICT COURT
INST #: 2020-24965  07/16/2020  01:40:54 PM
TYPE: LABOR 17 PG(S)

MIN#: 1334982

EXHIBIT
2

**Exhibit 1 - 27**

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

> The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

EXHIBIT
2

**Exhibit 1 - 28**

Date: July _15_, 2020          **ATLANTIC MARITIME SERVICES LLC,**
                                a Delaware limited liability company


By: _____
Name: _Jason R. Morganelli_
Title: _President_

Sworn to and subscribed before me, Notary Public,
this _5th_ day of July 2020.

_____
Notary Public
Notary Bar Roll No. _11589836_
My Commission Expires: _4/19/2023_

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

EXHIBIT 2

**Exhibit 1 - 29**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2007260 |
| INVOICE DATE: | 7/1/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |

| | |
|---|---|
| RIG: | Resolute - DS-16 |
| WELL NUMBER: | MC-948 #4 |
| LOCATION: | MC-948 #4 |

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 568.0 HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $123,333.28 |
| 0.5 HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5 HOURS MOVE RATE | $181,300.00 $ | 358,822.92 |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 4,864,343.68

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

| Coding: BU10079 | | |
|---|---|---|
| (4,378,333.31) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-B10110 |
| (127,187.45) | 10417- 110-4202-810103 |
| (358,822.92) | 10417- 110-4202-810104 |
| | ED | |

EXHIBIT
2

**Exhibit 1 - 30**

FIELDWOOD
Resolute

R202 Billing worksheet_2020 - June 4-30, 2020

WELL NAME / LOCATION:  AFE  MC-948 #4  FV205014

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | MOVE RATE $181,300 | REPAIR SURFACE $185,000 | REPAIR SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 5 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 7 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| AMOUNTS: | | $4,378,333.31 | $0.00 | $0.00 | $359,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,864,343.68 |

Exhibit 1 - 31

EXHIBIT
2

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract # OCS-G 29979
Customer: Fieldwood
Well name: M.C. 948 Completion, Gunflint 4

Cost Center:
AFE Number: FW 205014
Work Order:
Purchase Order:

| OPS | OPERATING HOURS | | | | | | | | | HEADCOUNT | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OPR 704 100% | STBY 705 @ 98% | Move Rate 706 @ 98% | RPR SURFACE: 706 (12 hour allowance per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowance per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 98% | In-hole Subsea Equip. 968 @ 75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | (see legend below) | (see legend below) | (see legend below) | Comments (required for any rate other than Operating) |
| 6/4/2020 | | | 6.00 | | | | | | 6.00 | 95.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | Pull Riser/BOP, Set BOP's Skid BOP to Port setback. Transit Rig f/ GC40 to MC948. |
| 6/5/2020 | 10.00 | | 2.00 | | 12.00 | | | | 24.00 | 95.00 | 6.00 | 19.00 | 9.00 | 58.00 | | | | Transit rig to MC 948. On Location at . Lower hydraphones. ROV Set Beacons, bottom survey & Remove Tree Cap, Offload Maggie A. WOW. Charging out Blue Mux cable. |
| 6/6/2020 | 20.00 | | | | 4.00 | | | | 24.00 | 96.00 | 6.00 | 19.00 | 7.00 | 58.00 | | | | P/U 16 stands of GTM 69 DP, Assist Cameron with TJ CCP, Assist SS w/Blue Mux Cable C/O. Function Test BOP #2. WOW Tropical storm Cristobal |
| 6/7/2020 | 24.00 | | | | | | | | 24.00 | 96.00 | 6.00 | 19.00 | 7.00 | 58.00 | | | | WOW . Function Test BOP #2 BSR's & fail safe valves f/ Primary Control Panel. Cameron Performed TJ Auto lock test for CCP. Begin Transit to MC948 @ 2000. |
| 6/8/2020 | 20.00 | | 4.00 | | | | | | 24.00 | 95.00 | 7.00 | 19.00 | 7.00 | 58.00 | | | | Begin Transit to MC948 @ 2000. |
| 6/9/2020 | 16.50 | | 7.00 | 0.50 | | | | | 24.00 | 98.00 | 7.00 | 18.00 | 8.00 | 58.00 | | | | WOW. Transit to MC948 @ 2000 on location @07:00.Deploy hydraphones on location. Prepare BOP's to splash. |
| 6/10/2020 | 24.00 | | | | | | | | 24.00 | 98.00 | 7.00 | 18.00 | 8.00 | 68.00 | | | | Run riser to 6,000'. P/U TJ & Install drape hoses. Retrieve drape hoses. Re-configure riser space out. Install drape hoses. Move rig to WC. |
| 6/11/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 9.00 | 18.00 | 6.00 | 74.00 | | | | Land and Latch BOP test BOP Auto Shear and ROV Functions Rig down riser equipment displace sea water to 11 ppg brine, transfer SSTT to Main Well and Test same RIH with landing string. |
| 6/12/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 9.00 | 18.00 | 4.00 | 71.00 | | | | RIH w/ landing string. Pick up CTLF and Flow head, Test SSTT/THRT, Pressure test BOP, Rig up Slick Line RIH w/GR pulling tool POOH and RIH w/ 3.5" Bailer tag upper Crown Plug and POOH. |
| 6/13/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 8.00 | 17.00 | 4.00 | 76.00 | | | | Clean and Inspect Bailer, M/U and RIH w/GR puller and pull upper crown plug to surface, RIH w/ GR pulling tool and pull Lower Crown Plug to surface R/D slick line and commence R/U coiled Tubing |
| 6/14/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 8.00 | 18.00 | 6.00 | 80.00 | | | | Continue to R/U coiled tubing and injector head testing same. Install injector head on CTLF and continue to test. |
| 6/15/2020 | 24.00 | | | | | | | | 24.00 | 88.00 | 9.00 | 15.00 | 8.00 | 80.00 | | | | Cut injector head M/U Baker connection and test. Pressure test coiled tubing equip. Pump NH4Cl and NH4Cl Brine Mix and displce with sea water Equal Psi FHMV and Open Coiled Tbg RIH to 19000' Pump Xylene chase with CaBr2. |
| 6/16/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 9.00 | 12.00 | 8.00 | 79.00 | - | | | Cont'd circ, RIH to 26000'Ran Through DHPT and RIH to 27035' Pump Screen wash as per FEW plan Pull up to 26885' following FEW plan and RIH to 27035 following FEW plan. |
| 6/17/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 8.00 | 12.00 | 8.00 | 77.00 | - | | | Cont'd pumping and conect M/V Blue Dolphine Perform Stimulation Job Pull up to 26992 obs leak in coiled tbg consult town POOH close SCSSV cont'd POOH to 11000' Test SCSSV as per FEW, Cont POOH to surface Close Master Valve Flush Coiled Tubing and Blow down with N2. |
| 6/18/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 5.00 | 13.00 | 6.00 | 62.00 | - | | | Rig Down coiled tubing reel displace and blow down, Rig Down injector head Demob cuttings dryer, clean pits transfer 326 bbls brine from well test tanks to brine pits |
| 6/19/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 5.00 | 13.00 | 6.00 | 60.00 | - | | | Offload injector head from supply boat and R/U same, Offload Coiled Tbg Reel and R/U same, Fill coiled tbg with 77 bbls brine and pressure test, Cleaning Pits. |
| 6/20/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 6.00 | 13.00 | 5.00 | 62.00 | | | | R/U surface line and pickle coiled tubing and displce tbg w/ 11 ppg CaBr2. M/U Baker BHA and M/U injector head and pressure test Cleaning shaker house and flushing mud pit suction lines. Coiled Tbg RIH |
| 6/21/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 7.00 | 13.00 | 5.00 | 62.00 | | | | Continued to RIH with Coiled Tbg to 27035'. R/U coflex to Frac Boat break circ and test lines. Commence Stimulation Stages 1 & 2 commence Stage 3 |
| 6/22/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 7.00 | 16.00 | 4.00 | 71.00 | | | | Complete pumping Stimulation Coiled TBG POOH, Released M/V Blue Dolphine, Perform negative test of SCSSV Clean out coiled tubing and then R/D coiled Tbg equipment |
| 6/23/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 8.00 | 14.00 | 4.00 | 63.00 | | | | Continue to R/D Coiled Tbg Equipment.R/U Slick line, Open and Flow well. |
| 6/24/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 8.00 | 14.00 | 4.00 | 63.00 | | | | Shut in and monitor build up. Follow FEW program equalizing pressure to operate valves on XMT, Flush landing string flue and test lower crown plug and test. Run Upper crown plug. |
| 6/25/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 6.00 | 16.00 | 1.00 | 42.00 | | | | Set and test upper crown plug. ROV test between crown plugs, R/D slick line, Unlatch THRT and reverse out cleaning string displace riser to sea water. L/D flow head and CTLF rigging down surface equipment. P/U OES POOH with landing string, R/D OES, Commence R/D SSTT. |
| 6/26/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 6.00 | 16.00 | 2.00 | 45.00 | | | | L/D SCM and prepare and L/D SSTT. R/D 3rd Party Equipment from Rig Floor, R/U riser pulling equip. L/D diverter, P/U Landing Jt, Unlatch BOP, R/D Slip Jt, drape hoses and goosenecks, store SJS ring, Pulling Riser. |
| 6/27/2020 | 20.50 | | 3.50 | | | | | | 24.00 | 92.00 | 5.00 | 16.00 | 3.00 | 30.00 | | | | Pulling Riser, Capture BOP in the transporter, break out double, Skid BOP to set back, L/D double riser, Go into transit 1 nm off location at 20:30 hrs. |
| 6/28/2020 | 13.00 | | 11.00 | | | | | | 24.00 | 92.00 | 5.00 | 16.00 | 3.00 | 13.00 | | | | In transit to GI 61, at anchor position @ 10:45, continue demobilization of Oceaneering equipment and gather FEW equipment for backload |
| 6/29/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 5.00 | 16.00 | 3.00 | 14.00 | | | | |
| 6/30/2020 | 12.00 | | 12.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 3.00 | 4.00 | | | | |
| TOTALS | 568.00 | 0.00 | 47.50 | 0.50 | 16.00 | 0.00 | 0.00 | 0.00 | [redacted] | 2491.00 | 184.00 | 434.00 | 151.00 | 1564.00 | | | | |
| | [illegible] | 0.00% | R 3.76% | 0.04% | I 1.27% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

[illegible]

| | | |
|---|---|---|
| 100%/Day | $ | 185,000.00 |
| In hole/Subsea 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea 100%/Day | $ | 185,000.00 |
| 100%/hr MPD | $ | 8,333.33 |
| 100%/hr | $ | 7,708.33 |
| 90%/hr 98%/hr | $ | 7,554.17 |
| 90%/hr MPD 98%/hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 4,464,341.75

DS-16 Rotating Supt.: David Donnell
DS-16 Rotating Supt. Signature: [signature]
Date: 7-1-2020

Rig Manager: Dinny Sharry
Rig Manager Signature: [signature]
Date: 07-02-2020

Fieldwood Client Representative: BARRY GABOURIE
Fieldwood Client Representative Signature: [signature]
Date: 7-1-2020

Fieldwood Drilling Supt.:
Fieldwood Drilling Supt. Signature:
Date:

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE: 7300-15

EXHIBIT 2



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: FWD2007261 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 7/6/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM 45 DAYS |

RIG: Resolute - DS-16
WELL NUMBER: MC-948#4
LOCATION: MC-948#4

ATTN: AP DEPARTMENT

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 0.0  HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0  HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0  HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0  HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0  HOURS ZERO RATE | $0.00  $ | - |
| 0.0  HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:      $   725,200.00

Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:

Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Coding: BU10079

| | | |
|---|---|---|
| | - | 10417- 110-4202-810101 |
| (725,200.00) | 10417- 110-4202-810102 |
| | - | 10417- 110-4202-810110 |
| | - | 10417- 110-4202-810103 |
| | | 10417- 110-4202-810104 |

ED

EXHIBIT
2

Exhibit 1 - 33

## Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: July 2020
Contract #
Customer:
Well name: MC_948 Completion, Gunflint

**Cost Center:**
AFE Number: FW 205014
Work Code:
Purchase Order:

| Date | OPS 794 100% | STBY 700 @ 90% | RFR SURFACE 796 (12-hour allowance per month) - thereafter 0 rate | RFR SUBSEA 796 (24-hour allowance per month) - thereafter 0 rate | FORCE MAJEURE 70? @ 90% | In-hole Subsea Banks 700 @ 90% | No-rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | 24.00 | | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Assist subsea w/rig Preservation of Ram. Prep equipment for backload. Remove BOP heads. |
| 7/2/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 3.00 | | | | | Dewater Drill Pipe and gumbo skate preparation for offload to backload. Prep junk to pass at monthly dock, man 15 with BOP tower preservation. |
| 7/3/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | | | | | Offload pallets. Oil Removal/Dewater begin in transport. Perform man-event on BOP #1 for preservation. Test on fuel 125% G. |
| 7/4/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | | | | | Install Prep of flange on Tower tree in in-transit. Color Valaris Drill Pipe, man 15 w/BOP #1 LL preservation. Begin Cleanup in transit. |
| **TOTALS** | **96.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **50.00%** | **335.00** | **16.00** | **76.00** | **5.00** | **5.00** | | | | |
| | 0.00% | | | 0.00% | | 0.00% | 0.00% | | | | | | | | | | |

$ 175,000.00  $ 175,000.00
100%/Day         $ 185,000.00
In-hole/subsea 100 / Day MPD   $ 200,000.00
In-hole/subsea 150%/Day        $ 185,000.00
100%/hr MPD    $ 8,333.33
100%/hr        $ 7,708.33
90%/hr         $ 7,504.17
90%/hr MPD     $ 8,166.67
90%/hr MPD 90%/hr MPD

Total Billable for the Month:   $  715,000.00

DS-16 Rotating Supt. Signature: _Robert Kaya_  Date: _07-4-2020_
DS-16 Rotating Supt. Signature: _07-4-2020_

Rig Manager:
Rig Manager Signature: _____  Date:

Fieldwood Client Representative: _BARRY GASOURIE_
Fieldwood Client Representative Signature: _____  Date: _07/04/2020_

Fieldwood Drilling Supt:
Fieldwood Drilling Supt. Signature: _____  Date:

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE 7300-15
7-4-2020

EXHIBIT 2

Exhibit 1 - 34

R202 Billing worksheet_2020 - July 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION:    AFE    MC-948#4
FW205014

July 2020

| DATE | DESCRIPTION OF WORK | OPERATING $186,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $186,000 | REPAIRS SUBSEA $186,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 5 July 2020 | | | | | | | | | | 0.0 |
| 6 July 2020 | | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| AMOUNTS: | | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

Exhibit 1 - 35

EXHIBIT
2

# Valaris DS-16 MONTHLY BILLING SUMMARY

Cost Center:
AFE Number: FW 900564
Work Order:
Purchase Order:

| Date | OPR PD 100% | STBY 70% @ 90% | AFE TEMPAC-ITO (15 hour daylight tool movement & cmpetition) if used | PER DIEM16-15 (6 hour placement of month) if counted | FORCE MAJEURE 70% @ 90% | In-hole Adjust 95% @70% | No rate earned All repair only in case of monthly labour hours | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | | | | Comments (required for any case other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 3.00 | 19.00 | 1.00 | 1.00 | | | | |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | 1.00 | | | | |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | | | | | |
| 7/5/2020 | | | | | | | | | | | | | | | | | |
| 7/6/2020 | | | | | | | | | | | | | | | | | |
| 7/7/2020 | | | | | | | | | | | | | | | | | |
| 7/8/2020 | | | | | | | | | | | | | | | | | |
| 7/9/2020 | | | | | | | | | | | | | | | | | |
| 7/10/2020 | | | | | | | | | | | | | | | | | |
| 7/11/2020 | | | | | | | | | | | | | | | | | |
| 7/12/2020 | | | | | | | | | | | | | | | | | |
| 7/13/2020 | | | | | | | | | | | | | | | | | |
| 7/14/2020 | | | | | | | | | | | | | | | | | |
| 7/15/2020 | | | | | | | | | | | | | | | | | |
| 7/16/2020 | | | | | | | | | | | | | | | | | |
| 7/17/2020 | | | | | | | | | | | | | | | | | |
| 7/18/2020 | | | | | | | | | | | | | | | | | |
| 7/19/2020 | | | | | | | | | | | | | | | | | |
| 7/20/2020 | | | | | | | | | | | | | | | | | |
| 7/21/2020 | | | | | | | | | | | | | | | | | |
| 7/22/2020 | | | | | | | | | | | | | | | | | |
| 7/23/2020 | | | | | | | | | | | | | | | | | |
| 7/24/2020 | | | | | | | | | | | | | | | | | |
| 7/25/2020 | | | | | | | | | | | | | | | | | |
| 7/26/2020 | | | | | | | | | | | | | | | | | |
| 7/27/2020 | | | | | | | | | | | | | | | | | |
| 7/28/2020 | | | | | | | | | | | | | | | | | |
| 7/29/2020 | | | | | | | | | | | | | | | | | |
| 7/30/2020 | | | | | | | | | | | | | | | | | |
| 7/31/2020 | | | | | | | | | | | | | | | | | |
| **TOTALS** | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.00 | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

$/rig per on $   335.00

100%/Day   $   185,000.00

In-hole/before 100% / Day MPD   $   200,000.00

In-hole/before 200%/Day   $   185,000.00

100%/hr MPD   $   8,333.33

100%/hr   $   7,708.33

50%/hr   $   7,554.17

50%/hr MPD   $   8,166.67

Total Billable for the Month   $   725,500.00

Flatbound Client Representative:

Flatbound Client Representative Signature:

OS-16 Rotating Supt I:

Flatbound Drilling Supt I:

OS-16 Rotating Supt I Signature:   Dinry Sharry

Rig Manager:   Flatbound Drilling Supt I Signature:

Rig Manager Signature:

Date:   06-05-2020   Date:

EXHIBIT 2

Exhibit 1 - 36


# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007263
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JULY 1-4, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 3,780.00 |

AMOUNT DUE:  $  3,780.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

EXHIBIT
2

**Exhibit 1 - 37**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oil States | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigMet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SGS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TNW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Viking Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 18 | 9 | 4 | 4 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |
| TOTAL OVER CONTRACT | 16 | 7 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | 27 |

TOTAL: 35
TOTAL: 27
TOTAL BILLABLE $ $3,780.00

ACCT CODE 3025-45
S. Butler
7-2-2020

Company Man APPROVAL:

Exhibit 1 - 38

EXHIBIT 2

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July, 2020  Well Name: Gunflint  AFE: FW205014  Routing#580047

Started Gunf
1600 on 6

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Choke | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecosery | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 3 | 3 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Intervel | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\ryd6\2020\Desktop\June 2020 3rd Party Bank Meals.xlsx

EXHIBIT
2

Exhibit 1 - 39



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JUNE 5-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.00 |

AMOUNT DUE: $ 231,420.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | |
|---|---|
| $  (231,420.00) | 810620.10417.4202.110 |
| $   (34,089.65) | 912812.10417.4202-110 |
| $    34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202-110 |
| $43,469.00 | 919220.10417.4202.110 |
| | ED |

EXHIBIT
2

**Exhibit 1 - 40**

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR:** June 2020  **Well Name:** Gunflint,  **AFE:** FW205014  **Routing #** 580047

| Group / Date | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | 6 | 6 | 6 | 6 | 3 | 6 | 6 | 6 | 6 | 3 | | 3 | 3 | 6 | 6 | 6 | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| OES | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | | 1 | | 1 | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasale | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | 1 | | | 1 | | | | | | 1 | 1 | 1 | | | | | | 1 | | | 1 | | | 1 | | 1 | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolin | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | 2 | | 2 | | 2 | 2 | | 2 | 2 | | 2 | 2 | | | 2 | | | 2 | 2 | 2 | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | | 1 | | 2 | 2 | | | 2 | | 1 | 2 | 2 | 2 | 1 | | 1 | | 1 | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | 1 | 1 | 1 | 1 | | 1 | | 1 | 1 | 1 | | 1 | 1 | | | 1 | | 1 | 1 | 1 | 1 | | | | | 1 | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | 15 | 15 | 15 | 15 | 15 | 15 | 17 | 17 | 17 | 17 | 15 | 17 | 14 | 14 | | 15 | 15 | 17 | 17 | 17 | 17 | 10 | 10 | | | | |
| Scientific Drilling | | | | | | | | | | | | | | 2 | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | | 2 | |
| Tetra | | 1 | | 2 | 1 | | | | | | 2 | | 2 | 2 | | | 2 | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 64 | 62 | 64 | 64 | 63 | 65 | 75 | 83 | 80 | 85 | 87 | 86 | 88 | 85 | 68 | 68 | 67 | 69 | 76 | 69 | 69 | 71 | 67 | 49 | 41 | 17 | 19 | 1653 |
| TOTAL OVER CONTRACT | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**AFE:** FW205014
**Lease:** MC-948 #4
**Project:** Gunflint (STIM)
**Engineer:** J. Perroux
**Routing #:** 580047

*(handwritten)* ACCT CODE 7300-45
J. Button 7-2-2002

**TOTAL:** 1705  **TOTAL BILLABLE $** $231,420.00

Company Man APPROVAL:

Exhibit 1 - 41

EXHIBIT 2

# Rowan Resolute

Started Gunfl on 6
1600 on 6

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020  Well Name: Gunflint, AFE: FW205914  Routing#8590047**

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABS L TD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amsol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwave | | | | | | | 2 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | | 2 | 2 | 2 | | | 2 | | | | | | |
| Burner Fire Control | | | 3 | | | 3 | 3 | 3 | | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | | 2 | 2 | 2 | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | 1 | | | | | 2 | 1 | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | 2 | | 2 | | | | 1 | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Claiant | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Denos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | 3 | | | 3 | 3 | 3 | | 2 | | 2 | 2 | 2 | 2 | 2 | 4 | | 5 | 5 | 6 | 2 | | 4 | 4 | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | 8 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | 8 | 8 | 4 | 8 | 4 | 8 | 8 | 8 | | | | 8 | 8 | 6 | 6 | 6 | | | | |
| Ecosery | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | 7 | 7 | | | | | | | | | 8 | 8 | 7 | 7 | 8 | 8 | 10 | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exxon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | 5 | 5 | 5 | 5 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 8 | 5 | 5 | 6 | 6 | 5 | 5 | 5 | 5 | 4 | 4 | | | |
| Fieldwood | | | 7 | | | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 2 | 2 | 1 | | | 3 | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | 17 | 17 | 17 | 17 | 17 | 17 | | 17 | | | | | | | 17 | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | 8 | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | 11 | 11 | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 2 | | 2 | | | 2 | 2 | 2 | | 2 | 2 | | | | 1 | | | | | | | | | 2 | 2 | | | | | 1 | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Intertek | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI SWE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISwaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 2

Exhibit 1 - 42

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112



Land Records Division
Telephone (504) 407-0005

## Chelsey Richard Napoleon
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

DOCUMENT RECORDATION INFORMATION

Instrument Number: 2020-24965

Recording Date: 7/16/2020 01:40:54 PM

Document Type: LABOR/MATERIAL LIEN
Addtl Titles Doc Types:

Mortgage Instrument Number: 1334982

Filed by: SHER GARNER
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA 70112

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

Steven Hoerner, Deputy Clerk
A True and Correct Copy
Chelsey Richard Napoleon, Clerk, Civil District Court

EXHIBIT
2

**Exhibit 1 - 43**

**St. Bernard Parish Certified Copy**

**Randy S. Nunez**
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**Received From :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

**First MORTGAGOR**

| FIELDWOOD ENERGY LLC |
|---|

**First MORTGAGEE**

| ATLANTIC MARITIME SERVICES LLC |
|---|

**Index Type :** MORTGAGES

**Type of Document :** LIEN

**File Number :** 633342

**Book :** 1945          **Page :** 454

**Recording Pages :**          17
**Description :** STATEMENT OF PRIVILEGE

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Bernard Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 12:15:50PM

Doc ID - 008075760017

CLERK OF COURT
RANDY S. NUNEZ
Parish of St. Bernard
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 12:15:50
Recorded in Book 1945 Page 454
File Number 633342

Deputy Clerk          /S/MANDY B. FLEETWOOD

**Return To :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

Do not Detach this Recording Page from Original Document

**Exhibit 1 - 44**

EXHIBIT
3

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

**Exhibit 1 - 45**

EXHIBIT
3

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)    Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Exhibit 1 - 46

EXHIBIT
3

Date: July _15_, 2020      **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4/19/2023

```
JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836
```

3

Exhibit 1 - 47

EXHIBIT 3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO:  FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2007260 |
| INVOICE DATE: | 7/1/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |

RIG:  Resolute - DS-16
WELL NUMBER: MC-948 #4
LOCATION: MC-948 #4

AFE:  FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

DAYRATE EFFECTIVE

| | | DAYRATE | |
|---|---|---|---|
| 568.0 | HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0 | HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 | HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0 | HOURS REPAIR SUBSEA  RATE | $185,000.00 | $123,333.28 |
| 0.5 | HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5 | HOURS MOVE RATE | $181,300.00 | $    358,822.92 |
| 0.0 | HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0 | TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $   4,864,343.68

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

Coding: BU10079

| | |
|---|---|
| (4,378,333.31) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (127,187.45) | 10417- 110-4202-810103 |
| (358,822.92) | 10417- 110-4202-810104 |

ED

**Exhibit 1 - 48**

EXHIBIT
3

FIELDWOOD
Resolute

R202 Billing worksheet_2020 - June 4-30, 2020

WELL NAME / LOCATION:   AFE    MC-G43 #4    FW205014

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | MOVE RATE $181,300 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 5 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 7 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| AMOUNTS: | | $4,378,333.31 | $0.00 | $0.00 | $358,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,864,343.68 |

Exhibit 1 - 49

EXHIBIT
3

**Exhibit 1 - 50**

Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE: 7300-15

BARRY GABOURIE
7-1-2020

Dinny Sharry

07-02-2020

EXHIBIT 3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2007261 |
| INVOICE DATE: | 7/6/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |
| RIG: | Resolute - DS-16 |
| WELL NUMBER: | MC-948#4 |
| LOCATION: | MC-948#4 |

AFE: FW205014

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | | DAYRATE | |
|---|---|---|---|
| 0.0 | HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 | HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 | HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 | HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 | HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 | HOURS ZERO RATE | $0.00 | $ - |
| 0.0 | HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 | TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 725,200.00

Digitally signed
*B W∫∫* by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

| Coding: BU10079 | |
|---|---|
| - | 10417- 110-4202-810101 |
| (725,200.00) | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

**Exhibit 1 - 51**

EXHIBIT
3

**Exhibit 1 - 52**

## Valaris DS-16 MONTHLY BILLING SUMMARY

Month: July 2020
Contract #: IODSC 28000
Customer: Fieldwood
Well name: M.C. 5004 Completion, Gunflint

Cost Center:
AFE Number: FW205014
Work Order:
Purchase Order:

| DATE | OPX 700 100% | STBY 705 @ 95% | | OPERATING HOURS | | | | | HEADCOUNT | | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PPR SUBRATE 706 (12 hour allowances per month) - thereafter 0 rate | PPR SUBRATE 706 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | Inside Subsea Eqslip 508 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | (see legend below) | (see legend below) | (see legend below) | |
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Assist subsea with Preservation of Bop. Prep equipment for lockdown. Remove BOP hoses. |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Dewater rig of Fieldwood provided shipment. Offload Valaris skid pipe in preparation for break. Prep pads for panel on jewelry deck. Assist 15 with BOP Maint preservation. |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Offload Valaris DP. Remove Dope hoses on transport. Perform maint on SDP #1 for preservation. Took on leaf STM G. |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | - | | | | Install Blind flanges on Dowey Floor Start in movement. Collar Valaris Drill Pipe. Assist 15 w/BOP x1 14 preservation. Begin cleaning in permit. |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| TOTALS | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00% | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | | | | | | | | | |

| | |
|---|---|
| $ | $73,599.96 |
| 100%/Day | $ 185,000.00 |
| In hole/Subsea 100 / Day MPD | $ 200,000.00 |
| In hole/Subsea 100%/Day | $ 185,000.00 |
| 100%/hr MPD | $ 8,333.33 |
| 100%/hr | $ 7,708.33 |
| 95%/hr | $ 7,054.17 |
| 95%/hr MPD | $ 8,166.67 |
| 95%/hr MPD | $ |

Total Billable for the Month: $ 725,200.00

Fieldwood Client Representative: BARRY GABOURLE

Fieldwood Client Representative Signature: _____

Date: 07 / 04 / 2020

Fieldwood Drilling Supt.:

Fieldwood Drilling Supt. Signature:

Date:

DS-16 Reserve Supt.: Robert Ray

DS-16 Reserve Supt. Signature: Robert Ray

Date: 09-04-2020

Rig Manager:

Rig Manager Signature:

Date:

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE. 7300-15
7-4-2020

EXHIBIT 3

R2O2 Billing worksheet_2020 - July 2020

FIELDWOOD
Absolute

July 2020

WELL NAME / LOCATION:     AFE     MC-84884
PV205014

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY REDRILL RATE $181,300 $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | 24.0 |
| 5 July 2020 | | | | | | | | | 0.0 |
| 6 July 2020 | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | 0.0 |
| | HOURS: | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| | AMOUNTS: | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

Exhibit 1 - 53

EXHIBIT 3

**Exhibit 1 - 54**

## Valaris DS-16 MONTHLY BILLING SUMMARY

Cost Center:
AFE Number: PW 200014
Work Order:
Purchase Order:

OPR 794 Completion, Confilit 4

| DATE | OPR 794 100% | STBY 795 @ 98% | 98% SUBTAB.706 (12 hour allowance per month) thereafter @ rate | 99% SUBTAB.706 (24 hour allowance per month) thereafter @ rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip.l 003 @70% | No rate earned: All repair rate in excess of monthly allowed hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris OFFSHORE | Valaris THIRD PARTY | OPERATOR THIRD PARTY | RELIABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Rapid subsea with Preservation of Rigs. Prep equipment for backload. Remove BOP Items. |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 3.00 | 19.00 | 1.00 | - | | | | Demobe rig of Valaris extra equipment. Offload Valaris extra pipe in preservation for rental. Prep pads for paint on laundry deck. Assist SS with BOP Spares preservation. |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Offload Valaris DP. Forward Driller Hours in manpower. Perform counts on BOP & Low preservation. Took out cut LMRS-C. |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | - | | | | Install Wind Hinges on Dryer Assy Hours in manpower. Cable Valaris Drill Pole. Assist SS w/BOP et pre preservation. Begin Cleaning on Wheels. |
| 7/5/2020 | | | | | | | | - | | | | | | | | | |
| 7/6/2020 | | | | | | | | - | | | | | | | | | |
| 7/7/2020 | | | | | | | | - | | | | | | | | | |
| 7/8/2020 | | | | | | | | - | | | | | | | | | |
| 7/9/2020 | | | | | | | | - | | | | | | | | | |
| 7/10/2020 | | | | | | | | - | | | | | | | | | |
| 7/11/2020 | | | | | | | | - | | | | | | | | | |
| 7/12/2020 | | | | | | | | - | | | | | | | | | |
| 7/13/2020 | | | | | | | | - | | | | | | | | | |
| 7/14/2020 | | | | | | | | - | | | | | | | | | |
| 7/15/2020 | | | | | | | | - | | | | | | | | | |
| 7/16/2020 | | | | | | | | - | | | | | | | | | |
| 7/17/2020 | | | | | | | | - | | | | | | | | | |
| 7/18/2020 | | | | | | | | - | | | | | | | | | |
| 7/19/2020 | | | | | | | | - | | | | | | | | | |
| 7/20/2020 | | | | | | | | - | | | | | | | | | |
| 7/21/2020 | | | | | | | | - | | | | | | | | | |
| 7/22/2020 | | | | | | | | - | | | | | | | | | |
| 7/23/2020 | | | | | | | | - | | | | | | | | | |
| 7/24/2020 | | | | | | | | - | | | | | | | | | |
| 7/25/2020 | | | | | | | | - | | | | | | | | | |
| 7/26/2020 | | | | | | | | - | | | | | | | | | |
| 7/27/2020 | | | | | | | | - | | | | | | | | | |
| 7/28/2020 | | | | | | | | - | | | | | | | | | |
| 7/29/2020 | | | | | | | | - | | | | | | | | | |
| 7/30/2020 | | | | | | | | - | | | | | | | | | |
| 7/31/2020 | | | | | | | | - | | | | | | | | | |
| **TOTALS** | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.00 | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

100%/Day  $ 185,000.00

| | |
|---|---|
| 100%/Day | $ 185,000.00 |
| In hole/Subsea 100 / Day (MPD) | $ 200,000.00 |
| In hole/Subsea 100%/Day | $ 185,000.00 |
| 100%/ hr MPD | $ 8,333.33 |
| 100%/hr | $ 7,708.33 |
| 98%/hr | $ 7,554.17 |
| 90%/hr MPD | $ |
| 90%/hr MPD | $ 8,166.67 |

Total Billable for the Month:  $ 725,000.00

Fieldwood Client Representative: _____

Fieldwood Client Representative Signature: _____

Fieldwood Drilling Supt.: _____

Fieldwood Drilling Supt. Signature: _____ Date: 06-05-2020

DS-16 Rotating Supt.: _____

On-16 Rotating Supt. Signature: _____ Date: _____

Rig Manager: Dinny Sharry

Rig Manager Signature: _____ Date: 06-05-2020

EXHIBIT 3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: **ACCOUNTS PAYABLE**

INVOICE NO:  FWD2007263
INVOICE DATE:  07/09/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  **45 DAYS**
RIG:  DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: <u>FW205014</u>

TO INVOICE YOU FOR THIRD PARTY CATERING  JULY 1-4, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | | |
|---|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | | $ | - |
| . 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | | $ | 3,780.0 |

AMOUNT DUE:  $  3,780.0

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202-110 |
| $ | - | 919220.10417.4202-110 |
| $ | - | 912814.10417.4202-110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

**Exhibit 1 - 55**

EXHIBIT 3

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020  Well Name: Gunflint,  AFE: FW205014  Routing#580047

**Exhibit 1 - 56**

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCV | 6 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 18 | 9 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL OVER CONTRACT** | 16 | 7 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | 35 |

**AFE:** FW205014
**Lease:** MC-948 #4
**Project:** Gunflint (STIM)
**Engineer:** J. Perroux
**Routing #:** 580047

ACCT CODE 3025-45

J. Button
7-2-2020

TOTAL: 27
TOTAL BILLABLE $
TOTAL BILLABLES $: $3,780.00

Company Man APPROVAL: _____ CIM _____ 7/2/2

CIM APPROVAL — Subsea Party Rank Member

**EXHIBIT**



# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

Started Gunfl 1600 on 6

| Group | Date 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwire | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | 7 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | 3 | 3 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HycroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Exhibit 1 - 57

EXHIBIT 3

C:\Users\rts0020\Desktop\June 2020 3rd Party Bunk Meals.xlsx



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JUNE 5-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.0 |

AMOUNT DUE:  $      231,420.0

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

| | |
|---|---|
| $ (231,420.00) | 810620.10417.4202.110 |
| $ (34,089.65) | 912812.10417.4202-110 |
| $ 34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202.110 |
| $43,469.00 | 919220.10417.4202.110 |
| | ED |

Exhibit 1 - 58

EXHIBIT
3

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE 7300-45
J. Button 7-2-2002

| Group |
|-------|
| WOV |
| NSI Fracturing |
| OCEANEERING |
| OES |
| Oilstates |
| One Subsea |
| OFI (Oil Field Instr.) |
| OGEC |
| One Surface |
| OTC |
| Pharmasafe |
| PHI Helicopters |
| Pinnacle |
| PetroInk |
| Precision Rental |
| Premium |
| Pyrotechnics |
| Preserve |
| Professional Rental Tools |
| PRT |
| Quality Energy |
| QES |
| Rig Chem |
| RigNet |
| RPS Group Inc. |
| Schlumberger |
| Scientific Drilling |
| SCS |
| Subsea Partners LLC |
| Subsea Solutions |
| Sunbelt |
| Superior |
| Superior Energy |
| Superior Perf. |
| Southern Fab |
| Teledyne |
| TEMS |
| Tetra |
| TW |
| Total Safety |
| Tristate |
| TSI |
| Tubular Solutions |
| Vents Global |
| Workstrings |
| Weatherford |
| Wellbore |
| Welltec |
| WFR |

TOTAL

TOTAL OVER CONTRACT

TOTAL: 1705
TOTAL: 1653
TOTAL BILLABLE $
TOTAL: $231,420.00

EXHIBIT

Exhibit 1 - 59

Daily Man APPROVAL:

CIM APPROVAL:
©HarryHires2020DailyOutlook 2020 3rd Party Room Meetings

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020  Well Name: Gunflint, AFE: FW206014  Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | 1 | | | | | | | 1 | 1 | 1 | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | 1 | | 1 | | | | | 1 | 1 | 1 | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | 2 | | | | | | | | | | | 1 | 1 | 1 | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Dril-Quip | | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 8 | 8 | 8 | 10 | 6 | 6 | 7 | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | 8 | 8 | 10 | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | 5 | 5 | 5 | 5 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 5 | 5 | 5 | 6 | 6 | 7 | 5 | 5 | 5 | 4 | | 4 | 3 | |
| Fieldwood | | | | | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | 1 | | | 1 | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | 2 | 2 | 2 | | 2 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 11 | 11 | 11 | 17 | 8 | 8 | 2 | 2 | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | |
| HycroCarbon | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Started Gunflint 1600 on 6

Exhibit 1 - 60

EXHIBIT 3

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :** 17

**File # :** 2020-00002805

**Book :** 772 **Page :** 616

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 10:47:54AM

Doc ID - 005320630017

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 10:47:54
Recorded in Book 772 Page 616
File Number 2020-00002805

Deputy Clerk

**Return To :**

Exhibit 1 - 61     Do not Detach this Recording Page from Original Document

EXHIBIT
4

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)      Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)      Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3)      Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)      Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Exhibit 1 - 62

EXHIBIT
4

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

> The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT
4

**Exhibit 1 - 63**

Date: July 15, 2020      **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____

Name: JASON R MORGANELLI

Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary Bar Roll No. 11589836
My Commission Expires: 4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

Exhibit 1 - 64

**EXHIBIT
4**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 808-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2007260 |
| INVOICE DATE: | 7/1/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |

RIG: Resolute - DS-16
WELL NUMBER: MC-948 #4
LOCATION: MC-948 #4

AFE: FW205014

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 568.0 HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $123,333.28 |
| 0.5 HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5 HOURS MOVE RATE | $181,300.00 | $ 358,822.92 |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 4,864,343.68

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

Coding: BU10079
| | |
|---|---|
| (4,378,333.31) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (127,187.45) | 10417- 110-4202-810103 |
| (358,822.92) | 10417- 110-4202-810104 |

ED

EXHIBIT
4

Exhibit 1 - 65

R202 Billing worksheet_2020 - June 4-30, 2020

FIELDWOOD
Resolute
Exhibit 1 - 66

WELL NAME / LOCATION:    AFE    MC-948 #4    FW205914

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY REDRILL RATE $181,300 | REDRILL RATE $168,500 | MOVE RATE $181,300 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $168,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 5 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 7 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| AMOUNTS: | | $4,378,333.31 | $0.00 | $0.00 | $356,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,864,343.68 |

EXHIBIT
4

Exhibit 1 - 67

**Valero DS-16 MONTHLY BILLING SUMMARY**

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE 7300-15

Dinny Sharry

07-02-2020

BARRY GABOURIE

7-1-2020

EXHIBIT 4



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| **TO:** FIELDWOOD ENERGY LLC | INVOICE NO: FWD2007261 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 7/6/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM 45 DAYS |
| | RIG: Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: MC-948#4 |
| | LOCATION: MC-948#4 |

AFE: FW205014

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 0.0 HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 725,200.00

Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

| Coding: BU10079 | |
|---|---|
| - | 10417- 110-4202-810101 |
| (725,200.00) | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

EXHIBIT
4

Exhibit 1 - 68

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: July 2020
Contract #: CCS-4 28930
Contractor: Fieldwood
Well Name: MC 5001 Completion, Gunflint 4

Exhibit 1 - 69

**Cost Center:**
AFE Number: FW 205014
Work Order:
Purchase Order:

| Date | OPR 704 100% | STBY 709 @ 95% | PFR SURFACE 704 (23 hour allowance per month) thereafter 0 rate | BPR SUBSEA 704 (24 hour allowance per month) thereafter 0 rate | FORCE MAJEURE 707 @ 90% | Inhole Subsea Equip 808 @ 95% | No rate earned; All repair rate in excess of monthly allotted hours. | Total Hours | Work | Operator | Valaris Catering | Valaris Third Party | Operator Third Party | Billable Extra Labor (as logged below) | Non Billable Extras (risk logged below) | Crew Shortages (as logged below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Operating Hours** | **Headcount**

| 7/1/2020 | 24.00 | | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Pinto's blast with Preservation of Bop. Prep equipment for lay down. Remove BHA items. |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 18.00 | 1.00 | - | | | | Demobing kit Fieldwood supplied equipment. Offload VSA drill pipe lay on deck. Prep pads for paint on jewelry deck. Assn 15 with BOP stump preventive. |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.20 | 15.00 | 1.00 | - | | | | Offload Valaris DP. Remove choke line as measured between mast on 504 #1 for preventive. Test on tool 9/9/14. |
| 7/4/2020 | | 20.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | - | | | | Installfitted flange on Drape hose lines to reconnect Collar Valve. Drill Pipe. Assn 15 w/BOP #1 LRA preventive. Depl. Cleaning in break. |
| | | | | | | | | | | | | | | | | | |
| **TOTALS** | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 333.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

$ 175,500.00 $

| 100%/Day | $ 185,000.00 |
| In hrs/Subsea 180 / Day MPD | $ 200,000.00 |
| In hrs/Subsea 100%/Day | $ 185,000.00 |
| 100%/hr MPD | $ 8,333.33 |
| 100%/hr | $ 7,708.33 |
| 95%/hr | $ 7,354.17 |
| 95%/hr MPD | 95%/hr MPD $ 8,145.83 |

Total Bill site for the Month $ 215,500.00

Fieldwood Client Representative: BARRY GABOURIE

DS-16 Routing Supt: Robert Ray

Date: 07-4-2020

DS-16 Routing Supt. Signature: Robert Ray

Fieldwood Client Representative Signature:

Date: 07/04/2020

Rig Manager:

Rig Manager Signature:

Date:

Fieldwood Drilling Supt:

Fieldwood Drilling Supt. Signature:

Date:

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE. 7300-15
7-4-2020

EXHIBIT 4

R202 Billing worksheet_2020 - July 2020

FIELDWOOD
Roadrunner
Exhibit 1 - 70

July 2020

WELL NAME / LOCATION: ATE    MC-94884    FW205014

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $165,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 5 July 2020 | | | | | | | | | | 0.0 |
| 6 July 2020 | | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 98.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 98.0 |
| AMOUNTS: | | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

EXHIBIT
4

Exhibit 1 - 71

# Valaris DS-16 MONTHLY BILLING SUMMARY

Well / Job: DS-16 Completions Credit 4

Gulf Coast
AFE Number: 700 105584
Work Order:
Purchase Order:

| DHV TO 100% | LTP 70% @ 97% | PER. SURPLUS 70% (15 hour allowance per month) - (hereafter 0 0% | RATE GREATER THAN (6 hour allowance p2 month) - (hereafter 0 0% rate free | FORCE MAJEURE 70% @ 70% | No Well (above 85% 90) 90 @ 85% | No rate warran / All rates this is part of month's allotted hours | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATION THIRD PARTY | BILLABLE EXTRA LABOR (use logical below) | NON BILLABLE EXTRAS (use logical below) | CREW SHORTAGES (use logical below) | Comment [required for any rate other than those billing] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | 24.00 | | | | | | 24.00 | 80.00 | 5.50 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Build in Back with Preservation of Rigs. Preservationing for lockout. Remove Top Sheave. |
| 7/2/2020 | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | | | | | Drawing rig? Hoisted motor for engineers. Offload if piece drill man to preservation for. Install stop pin for parts to waning dock. Install 15 with 1RD wait preservation. |
| 7/3/2020 | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | | | | | Offload DBlue 26. Remove bags from to removed. Install onto an RDP at the preservation. Install on? Install SHWA |
| 7/4/2020 | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 15.00 | 2.00 | | | | | Install Mud Pumps to Prep wait Preservationpad. Galva Valves Drill Floor. Install to add for RT alt preservation. Rigst I Remove to Remit |
| 7/5/2020 | | | | | | | | | | | | | | | | |
| 7/6/2020 | | | | | | | | | | | | | | | | |
| 7/7/2020 | | | | | | | | | | | | | | | | |
| 7/8/2020 | | | | | | | | | | | | | | | | |
| 7/9/2020 | | | | | | | | | | | | | | | | |
| 7/10/2020 | | | | | | | | | | | | | | | | |
| 7/11/2020 | | | | | | | | | | | | | | | | |
| 7/12/2020 | | | | | | | | | | | | | | | | |
| 7/13/2020 | | | | | | | | | | | | | | | | |
| 7/14/2020 | | | | | | | | | | | | | | | | |
| 7/15/2020 | | | | | | | | | | | | | | | | |
| 7/16/2020 | | | | | | | | | | | | | | | | |
| 7/17/2020 | | | | | | | | | | | | | | | | |
| 7/18/2020 | | | | | | | | | | | | | | | | |
| 7/19/2020 | | | | | | | | | | | | | | | | |
| 7/20/2020 | | | | | | | | | | | | | | | | |
| 7/21/2020 | | | | | | | | | | | | | | | | |
| 7/22/2020 | | | | | | | | | | | | | | | | |
| 7/23/2020 | | | | | | | | | | | | | | | | |
| 7/24/2020 | | | | | | | | | | | | | | | | |
| 7/25/2020 | | | | | | | | | | | | | | | | |
| 7/26/2020 | | | | | | | | | | | | | | | | |
| 7/27/2020 | | | | | | | | | | | | | | | | |
| 7/28/2020 | | | | | | | | | | | | | | | | |
| 7/29/2020 | | | | | | | | | | | | | | | | |
| 7/30/2020 | | | | | | | | | | | | | | | | |
| 7/31/2020 | | | | | | | | | | | | | | | | |
| TOTALS | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 135.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | | | | | | | | | |

OPERATING HOURS

| | |
|---|---|
| 100%/Day | $195,000.00 |
| In Rate/Subrate 100/ 2 by 97RD | $195,000.00 |
| In Rate/Subrate 100%/Day | $195,000.00 |
| 100%/+ V/PD | $8,333.33 |
| 200%/Hr | $7,708.33 |
| 98%/Hr | $7,551.17 |
| 100%/+ M/PD 98%/Hr M/PD | $4,166.67 |

Total Billable for the Month: $ 721,100.00

DS-16 Morning Supt.: _____  Date: _____

DS-16 Morning Supt. Signature: _____

Rig Manager Signature: **Danny Sharry**

Rig Manager Signature: _____  Date: 06-05-2020

Flatwood Client Representative Signature: _____

Flatwood Client Representative: _____  Date: _____

Flatwood Drilling Supt.: _____  Date: _____

Flatwood Drilling Supt. Signature: _____  Date: _____

EXHIBIT 4



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007263
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JULY 1-4, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

|  | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| . 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 3,780.0 |

AMOUNT DUE: $ 3,780.0

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202-110 |
| $ | - | 919220.10417.4202-110 |
| $ | - | 912814.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

EXHIBIT
4

**Exhibit 1 - 72**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014 Routing:580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | 1 | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | | 18 | 9 | 4 | 4 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 16 | 7 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | 35 |

TOTAL OVER CONTRACT

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE 3025 - 45
J. Butler
7-2-2020

QIM APPROVAL: J. Mac Snal CIM 7/2/2

TOTAL: 27
TOTAL BILLABLE $: $3,780.00

EXHIBIT 4

Exhibit 1 - 73

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014 Routing#560047

Started Gunfl 1600 on 6

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Celco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDP Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | 3 | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Frogo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAVA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpork | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\Vault\2020\Desktop\June 2020 3rd Party Data Meals.xlsx

EXHIBIT 4

Exhibit 1 - 74



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JUNE 5-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.0 |

AMOUNT DUE:  $  231,420.0

Rig Manager's Approval: _____

## REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (231,420.00) | 810620.10417.4202.110 |
| $ | (34,089.65) | 912812.10417.4202-110 |
| $ | 34,089.65 | 919220.10417.4202-110 |
| | ($43,469.00) | 912814.10417.4202.110 |
| | $43,469.00 | 919220.10417.4202.110 |

ED

EXHIBIT
4

**Exhibit 1 - 75**

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047**

| Group | ... (days 1–31) | TOTAL |
|---|---|---|
| NOV | | |
| NSI Fracturing | | |
| OCEANEERING | | |
| OES | | |
| Oilstates | | |
| One Subsea | | |
| CRI [Oil Field Instr.] | | |
| OGEC | | |
| One Surface | | |
| OTC | | |
| Pharmasafe | | |
| PHI Helicopters | | |
| Pinnacle | | |
| Petrolin | | |
| Precision Rental | | |
| Premium | | |
| Protechnics | | |
| Proserve | | |
| Professional Rental Tools | | |
| PRT | | |
| Quality Energy | | |
| QES | | |
| Rig Chem | | |
| RigNet | | |
| RPS Group Inc. | | |
| Schlumberger | | |
| Scientific Drilling | | |
| SCS | | |
| Subsea Partners LLC | | |
| Subsea Solutions | | |
| Sunbelt | | |
| Superior | | |
| Superior Energy | | |
| Superior Perf. | | |
| Southern Fab | | |
| Teledyne | | |
| TEMS | | |
| Tetra | | |
| TIW | | |
| Total Safety | | |
| Tristate | | |
| TSI | | |
| Tubular Solutions | | |
| Veris Global | | |
| Workstrings | | |
| Weatherford | | |
| Wellbore | | |
| Welltec | | |
| WFR | | |
| **TOTAL** | | **1705** |
| **TOTAL OVER CONTRACT** | | |

TOTAL BILLABLE $ **1663** **$231,420.00**

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE 7300-45
J. Button 7-2-2002

Competman APPROVAL:

©Maersk/Rowan/2020 Confidential ... SEE ... Rowan Resolute

**Exhibit 1 - 76**

EXHIBIT 4

I

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW206014 Routing#580047

Started Gunfl 1000 on 6

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | 1 | | | 1 | 1 | | 1 | | 1 | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | | | | | |
| Cajun Cutters | | | | | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | 4 | 4 | | | | | |
| Dril-Quip | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | | | | | | | |
| Dynamic Industries | | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 4 | 4 | 4 | 4 | 4 | 4 | | 8 | 8 | 6 | 7 | 5 | 6 | 6 | 6 | 8 | 6 | 7 | |
| Ecosery | | | | | | | | | | 7 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 8 | 8 | 8 | 10 | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FTP Pipe Washing | | | | | 5 | 5 | 5 | 6 | 6 | 6 | 8 | 8 | 8 | 3 | 8 | 8 | 7 | 6 | 5 | 5 | 6 | 6 | 7 | 5 | 5 | 5 | 4 | 4 | 4 | 3 | |
| Fieldwood | | | | | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 4 | 4 | 4 | 2 | 2 | 1 | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 8 | 17 | 8 | 8 | 8 | 17 | 17 | 11 | 11 | 5 | 11 | 17 | 8 | 8 | 2 | 2 | | | | | 1 |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 11 | 11 | 11 | 11 | 17 | 8 | 8 | 2 | 2 | 1 | 1 | 1 | 1 | 1 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | 1 | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpak | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Exhibit 1 - 77

C:\Users\jakoto2020\Desktop\June 2020 3rd Party Bunk Meals.xlsx

EXHIBIT
4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ATLANTIC MARITIME SERVICES, LLC, | § | CIVIL ACTION No. |
| | § | |
| Plaintiff, | § | SECTION " " |
| VS. | § | |
| | § | DIVISION " " |
| ECOPETROL AMERICA, LLC, | § | |
| *in rem* | § | JUDGE: |
| | § | MAGISTRATE: |
| | § | |
| Defendant. | § | |
| | § | |

## VERIFYING DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Ben Rose, declare under penalty of perjury that the following is true and correct.

I am the Vice President and Treasurer of Atlantic Maritime Services, LLC, Plaintiff herein. I have read the foregoing Verified Compliant and know the contents thereof, have examined the exhibits and evidence attached thereto, and the same are true and correct. The sources of any information and grounds for my belief as to all matters stated in the Verified Complaint are derived from the Plaintiff's books and records.

Executed in Houston, Texas, this 13th day of November, 2020.

Ben Rose
Atlantic Maritime Services, LLC
Vice President and Treasurer

**Exhibit 1 - 78**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Atlantic Maritime Services, LLC

**DEFENDANTS**

Ecopetrol America, LLC

**(b)** County of Residence of First Listed Plaintiff   Harris, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Unknown
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lugenbuhl Wheaton Peck Rankin & Hubbard; 601 Poydras St. Ste 2775, New Orleans, LA 70130; (504) 368-1990

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
43 U.S.C. § 1349(b)(1)
Brief description of cause:
Enforcement of lien rights solely against the interest of the defendant in the specific property interests included within La. R.S. § 9:4863(A)(1)-(4).

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ $5,824,744.68 (In Rem)

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
Nov 13, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Exhibit 1 - 79

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**Exhibit 1 - 80**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC** | § | **CIVIL ACTION No.** |
| | § | |
| Plaintiff, | § | **SECTION " "** |
| **VS.** | § | |
| | § | **DIVISION " "** |
| **ECOPETROL AMERICA, LLC** | § | |
| | § | **JUDGE:** |
| | § | **MAGISTRATE:** |
| *in rem* | § | |
| Defendant. | § | |

## WRIT OF SEQUESTRATION

TO:   United States Marshal
        For the United States District Court
        For the Eastern District of Louisiana

You are hereby commanded, in the name of the United States District Court for the Eastern

District of Louisiana, to seize and sequester and take into your possession and safely hold, until

further order of the Court, the following property:

> All interests held by Ecopetrol America, LLC in the specific property
> interests of Ecopetrol America, LLC included within La. R.S. § 4863(A)(1)-
> (4) associated with the operating interest covering the lease situated in the
> Outer Continental Shelf, OCS-G-28030, Mississippi Canyon Area, Block
> 948 (the "*Lease*"), containing Well #4 (API 608174129900) (the "*Well*") (the
> "*Subject Interests*").

**IT IS ORDERED** that a Writ of Sequestration is hereby issued as prayed for in the above-

captioned matter, the requirement of security having been dispensed with by law; and

**IT IS FURTHER ORDERED** that the United States Marshal is hereby directed to (i)

serve or cause to be served this Writ of Sequestration on Ecopetrol America, LLC, and (ii) record

or cause to be recorded this Writ of Sequestration in the records of the Clerks of Court for the

Parishes of Orleans, St. Tammany, St. Bernard, and Plaquemines, and in the records of the United

States of America, Bureau of Ocean Energy Management.

1

**Exhibit 1 - 81**

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
JUDGE

2

Exhibit 1 - 82

## Exhibit 2

**Ridgewood and Prospect Complaint**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC** | § | **CIVIL ACTION No.** |
| | § | |
| Plaintiff, | § | **SECTION " "** |
| **VS.** | § | |
| | § | **DIVISION " "** |
| **RIDGEWOOD KATMAI, LLC, and** | § | |
| **ILX PROSPECT KATMAI, LLC** | § | **JUDGE: MAGISTRATE:** |
| *in rem* | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**VERIFIED COMPLAINT IN REM SEEKING RECOGNITION AND ENFORCEMENT
OF ATLANTIC MARITIME SERVICE, LLC'S LIEN AND PRIVILEGE RIGHTS
SOLELY WITH RESPECT TO THE SUBJECT INTERESTS OF THE
DEFENDANTS AND ENFORCING SUCH RIGHTS
BY WRIT OF SEQUESTRATION**

**NOW HERE COMES** Atlantic Maritime Services, LLC (the "*Plaintiff*") and files this Verified Complaint seeking recognition of the Plaintiff's lien and privilege rights solely with respect to the Subject Interests (defined hereinbelow) of Ridgewood Katmai, LLC ("*Ridgewood*") and ILX Prospect Katmai, LLC ("*Prospect*," and together with Ridgewood, the "*Defendants*"), and enforcing such rights by writ of sequestration, specifically reserving any and all rights to seek additional legal or equitable relief against other property or persons accountable for the claims stated herein. In support of the Verified Complaint, the Plaintiff respectfully shows as follows:

**Parties**

1.     The Plaintiff is a Delaware limited liability company with its principal place of business located at 5827 San Felipe Street, Suite 3300, Houston, TX 77057. The Plaintiff is a wholly-owned subsidiary of Valaris plc, debtor-in-possession in bankruptcy case no. 20-34114, pending before the Bankruptcy Court for the Southern District of Texas. (Bankr. S.D. Tex. 20-

1

Exhibit 2 - 1

34114, ECF Doc. 1).

2. Ridgewood is a Delaware limited liability company with a principal place of business located at 1254 Enclave Parkway, Houston, Texas 77077.

3. Prospect is a Delaware limited liability company with a principal place of business located in Houston, Texas.

## Jurisdiction and Venue

4. This Court has jurisdiction over this matter because the case and controversy herein arises out of, and in connection with, operations conducted on the Outer Continental Shelf for the exploration, development, or production of minerals, subsoil, and seabed of the Outer Continental Shelf. Thus, jurisdiction exists pursuant to the Outer Continental Shelf and Lands Act, 43 U.S.C. §1349(b)(1).

5. Venue is proper in this District under 43 U.S.C. §1349(b)(1) because this is the "judicial district of the State nearest the place the cause of action arose."

## Factual Allegations

6. The Plaintiff is lawfully engaged in the business of furnishing labor, equipment, machinery, materials, and services, including drilling services, in support of drilling, development, exploration and/or operation of oil and gas wells.

7. Based on the records of the Bureau of Ocean Energy Management ("***BOEM***"), the Defendants together hold a 50% working interest (25% each) in a certain lease situated in the Outer Continental Shelf, OCS-G-34536, Green Canyon Area, Block 40 (the "***Lease***"), containing Well #1 (API 608114062300) (the "***Well***"), for which Fieldwood Energy, LLC ("***Operator***") serves as operator of record.

8. Between April 6, 2020 and June 4, 2020, the Plaintiff furnished goods, equipment,

2

Exhibit 2 - 2

supplies, and services for and in connection with the drilling and/or operation of the Lease and Well in the total principal amount of $7,111,706.55, as reflected in the invoices and work tickets attached hereto. *See* Exhibits 1-8, pp. 5-54, pp. 4-53, pp. 6-55, pp. 5-54, pp. 5-50, pp. 4-50, pp. 6-51, and pp. 5-50, respectively.

9.  Pursuant to La. R.S. § 9:4861, *et seq.* ("***LOWLA***"), the Plaintiff is granted a privilege and lien (the "***Lien***") to secure payment owed for the goods, equipment, supplies, services, and other materials provided by the Plaintiff for the benefit of the Lease and the Defendants.

10.  The Plaintiff properly preserved, perfected, and maintained the perfection of the Lien by filing and recording the following lien affidavits (the "***Lien Affidavits***"):

(a)  Statement of Privilege in the amount of $6,973,379.03, in favor of the Plaintiff, against Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Plaquemines Parish on July 16, 2020, as File #2020-00002808, Book 772, Pages 683-736 (attached hereto and incorporated by reference as **Exhibit 1**);

(b)  Statement of Privilege in the amount of $6,973,379.03, in favor of the Plaintiff, against Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Jefferson Parish on July 16, 2020 as Instrument No. 12032371, Book 4886, Pages 226-278 (attached hereto and incorporated by reference as **Exhibit 2**);

(c)  Statement of Privilege in the amount of $6,973,379.03, in favor of the Plaintiff, against Lease No OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Lafourche Parish on July 16, 2020 as File No. 1298859, Book 2056, Pages 519-572 (attached hereto and incorporated by reference as **Exhibit 3**);

(d)  Statement of Privilege in the amount of $6,973,379.03, in favor of the Plaintiff, against Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Terrebonne Parish on July 16, 2020, as File #1606305, Book 3165, Pages 405-458 (attached hereto and incorporated by reference as **Exhibit 4**);

(e)  Statement of Privilege in the amount of $138,327.52, in favor of the Plaintiff, against Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Plaquemines Parish on July 23, 2020, as File #2020-00002925, Book 773, Pages 76-125 (attached hereto and incorporated by reference as **Exhibit 5**);

(f)  Statement of Privilege in the amount of $138,327.52, in favor of the Plaintiff, against

3

Exhibit 2 - 3

Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Jefferson Parish on July 23, 2020 as Instrument No. 12033590, Book 4887, Pages 125-174 (attached hereto and incorporated by reference as **Exhibit 6**);

(g) Statement of Privilege in the amount of $138,327.52, in favor of the Plaintiff, against Lease No OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Lafourche Parish on July 23, 2020 as File No. 1299324, Book 2058, Pages 411-461 (attached hereto and incorporated by reference as **Exhibit 7**); and

(h) Statement of Privilege in the amount of $138,327.52, in favor of the Plaintiff, against Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Terrebonne Parish on July 23, 2020 as File # 1606885, Book 3167, Pages 464-513 (attached hereto and incorporated by reference as **Exhibit 8**).

11.     The Lien Affidavits were each filed within 180 days of the completion of the work, materials, tools, and equipment supplied by the Plaintiff in connection with the drilling, development, exploration and/or the operation of the Lease on June 4, 2020. The Plaintiff provided notice to the Operator by certified mail, delivered on July 20, 2020 and July 28, 2020.

12.     On August 3, 2020, the Operator filed a voluntary petition for bankruptcy relief, commencing case no. 20-33948 (the "***Bankruptcy Case***") before the United States Bankruptcy Court for the Southern District of Texas (the "***Bankruptcy Court***").[1] (Bankr. S.D. Tex. 20-33948, ECF Doc. 1).

13.     The principal amount owed for the work described above, $7,111,706.55, remains past due and owing, together with attorneys' fees up to 10% of the amount due, costs for preparing the Lien Affidavits and notice of *lis pendens*, and interest.

---

[1] As reflected in the reservations of rights throughout this Verified Complaint, the Plaintiff does not seek recognition or enforcement of its Lien against the Operator or any of its property interests; however, the Plaintiff expressly reserves the right, to the extent necessary, to seek relief from the automatic stay in the Bankruptcy Case to enforce its rights against the Defendants' interests in the hydrocarbons produced with respect to the Lease and the Subject Interests, as well as the proceeds of the sales of such hydrocarbons to third-party purchasers. The Plaintiff further reserves the right to seek any other relief from the Bankruptcy Court or otherwise with respect to the Operator or any other persons or properties accountable for the claims herein

4

**Exhibit 2 - 4**

## CLAIMS FOR RELIEF

### Count I: Recognition and Enforcement of Plaintiff's Lien against the Subject Interests

14.     The Plaintiff incorporates hereinbelow all allegations in the preceding paragraphs.

15.     LOWLA grants claimants like the Plaintiff a privilege and lien to secure payment for their work by operation of law.

16.     The lien and privilege afforded under LOWLA is established over:

(1) "The operating interest under which the operations giving rise to the claimant's privilege are conducted, together with the interest of the lessee of such interest in a:

    (a) Well, building, tank, leasehold pipeline, and other construction or facility on the well site.

    (b) Movable on a well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use.

    (c) Tract of land, servitude, and lease described in R.S. 9:4861(12)(c) covering the well site of the operating interest.

(2) Drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the privilege emanate.

(3) The interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege.

(4) The proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege." (together, the "*LOWLA Properties*").

La. R.S. § 9:4683(A)(1-4).

17.     In this lawsuit, the Plaintiff seeks recognition and enforcement of its Lien solely with respect to the Defendants' interests in the specific property interests of the Defendants included within La. R.S. § 9:4683(A)(1-4) (collectively, the "*Subject Interests*"), expressly

5

Exhibit 2 - 5

reserving any and all rights to seek recovery of additional amounts associated with the sales proceeds derived from the sale of the hydrocarbons produced from the Lease, insofar as the automatic stay arguably prevents the Plaintiff from seizing and garnishing such proceeds to the extent such proceeds are commingled with proceeds attributable to the sale of hydrocarbons owned by the Operator in the absence of an order from the Bankruptcy Court modifying or lifting the automatic stay as to such proceeds.

18.     Additionally, pursuant to La. R.S. § 9:4862(B)(3), the Plaintiff seeks recognition of its right to recover against the Subject Interests the cost of preparing and filing the Lien Affidavits and the notice of *lis pendens* authorized to be filed under La. R.S. § 9:4865(c), which the Plaintiff intends to file during the period allotted thereunder.

19.     Furthermore, pursuant to La. R.S. § 9:4862(B)(2) and (4), the Plaintiff seeks recognition of its right to enforce against the Subject Interests claims to recover reasonable attorneys' fees not to exceed ten percent (10%), as well as interest.

### Count II: Request for Writ of Sequestration against the Subject Interests

20.     The Plaintiff incorporates hereinbelow all allegations in the preceding paragraphs.

21.     Louisiana law recognizes that sequestration is warranted when a plaintiff claims a privilege against the property of a defendant, and "it is within the power of the defendant to conceal, dispose of, or waste the property or the revenues therefrom, or remove the property form the parish, during the pendency of the action." La. Code Civ. P. art. 3571.

22.     Additionally, Louisiana law provides that, for liens and privileges under LOWLA, "[a] claimant may enforce his privilege by a writ of sequestration, without the necessity of furnishing security." La. R.S. § 9:4871.

23.     Through this action, the Plaintiff seeks to enforce the Lien against property of the

6

Exhibit 2 - 6

Defendants, the Subject Interests, except that the Plaintiff does not seek to seize any of the Subject Interests to the extent such Subject Interests are commingled with property of the Operator and the seizure thereof would potentially violate the automatic stay in the Operator's Bankruptcy Case.

24.     As holder of the Subject Interests, the Defendants have the power to alienate or encumber the Subject Interests.

25.     To protect the Plaintiff's Lien, it is necessary that a Writ of Sequestration issue, in accordance with La. Code Civ. P. Art. 3571, *et seq.*, and without security in accordance with La. R.S. § 9:4871, directing the United States Marshal to seize and to hold the Subject Interests until further Order from this Court, and to record the Writ of Sequestration in the records of the Clerks of Court for the Parishes of Plaquemines, Jefferson, Lafourche, and Terrebonne, and in the records of BOEM.

26.     The Plaintiff reserves the right to amend the Verified Complaint to name as defendants all other working-interest owners of the Lease, including the Operator,[2] and all purchasers of the gas, oil and distillate produced and saved from wells located on the Lease, for the purpose of this Court entering judgment against those purchasers, ordering them to turn over to the Plaintiff all proceeds derived from the Lease in an amount sufficient to pay the full amount of the indebtedness owed to the Plaintiff, including principal, interest, expenses, attorneys' fees and costs, as permitted by law.

27.     The Plaintiff further reserves all rights to file a motion to lift or otherwise modify the automatic stay in the Bankruptcy Case, seeking the sequestration and garnishment of the proceeds of the other working-interest owners from sale of the hydrocarbons in connection with

---

[2] Inclusion of the Operator in this lawsuit shall be subject in all respects to the automatic stay associated with the Operator's Bankruptcy Case, and Plaintiff shall seek such relief as is required from the Bankruptcy Court prior to amending this Verified Complaint to include any request for relief with respect to the Operator or the Operator's property.

7

Exhibit 2 - 7

the Lease.

28.     Therefore, on the basis of the allegations above, verified by the Plaintiff's authorized representative, Ben Rose, and further supported by the Exhibits attached hereto, the Plaintiff respectfully prays for recognition and enforcement of its Lien and issuance of a writ of sequestration solely with respect to the Subject Interests, in substantially the same form as the Writ of Sequestration attached hereto.

**WHEREFORE**, the Plaintiff, Atlantic Maritime Services, LLC, respectfully prays that this Court:

(i)     Recognize the lien and privilege in favor of Atlantic Maritime Services, LLC in the amount of $7,111,706.55, together with interest, attorneys' fees, the costs of preparing and filing the Lien Affidavits, and all court costs, solely with respect to the interests of Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC (collectively, the "***Defendants***") in the specific property interests of the Defendants included within La. R.S. § 9:4683(A)(1-4) (the "***Subject Interests***");

(ii)    Issue a writ of sequestration, the requirement of security having been dispensed with by law, directing the United States Marshal to serve or cause to be served the Writ of Sequestration on the Defendants and to record or cause to be recorded the Writ of Sequestration in the records of the Clerks of Court for the Parishes of Plaquemines, Jefferson, Lafourche, and Terrebonne, and in the records of the United States of America, Bureau of Ocean and Energy Management; and

(iii)   Issue final judgment in favor of Atlantic Maritime Services, LLC and against the Subject Interests in the amount of $7,111,706.55, together with interest, attorneys' fees, the costs of preparing and filing the lien affidavits, and all court costs.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK
RANKIN & HUBBARD

*/s/ Stewart F. Peck*
STEWART F. PECK (#10403)
JAMES W. THURMAN (#38494)
601 Poydras Street Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email:speck@lawla.com;
jthurman@lawla.com
*Counsel for Atlantic Maritime Services, LLC*

**Exhibit 2 - 8**

## PLEASE ISSUE SUMMONSES:

**Ridgewood Katmai, LLC**
Care of its Registered Agent,
Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

AND

**ILX Prospect Katmai, LLC**
Care of its Registered Agent,
Corporation Service Company
Corporation Trust Center 1209 Orange Street
Wilmington, Delaware 19801

9

Exhibit 2 - 9

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :**  MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :**          54

**File # :** 2020-00002808

**Book :** 772          **Page :** 683

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 10:52:13AM

Doc ID - 005320660054

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 10:52:13
Recorded in Book 772 Page 683
File Number 2020-00002808

Deputy Clerk

**Return To :**

EXHIBIT
1

Exhibit 2 - 10          Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)      Name and Address of Claimant:

      Atlantic Maritime Services LLC
      5847 San Felipe, Suite 3300
      Houston, TX 77057

2)      Nature and amount of the obligation for which Claimant's privilege is claimed:

      Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)      Name and address of the person owing the amount for which Claimant's privilege is claimed:

      Fieldwood Energy LLC
      2000 W. Sam Houston Parkway South, Suite 1200
      Houston, TX 77042

4)      Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT
1

Exhibit 2 - 11

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT
1

**Exhibit 2 - 12**

Date: July 15, 2020      **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____

Name: JASON R. MORGANELLI

Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary Bar Roll No. 11589836
My Commission Expires: 4/19/2023

```
JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836
```

3

EXHIBIT 1

Exhibit 2 - 13



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: **FWD2006256**
INVOICE DATE: 6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $  - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $   678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells.Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
(678,333.33) 10417- 110-4202-810101
-        10417- 110-4202-810102
-        10417- 110-4202-810110
-        10417- 110-4202-810103
10417- 110-4202-810104

ED

EXHIBIT
1

**Exhibit 2 - 14**

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resolute

June 2020

WELL NAME / LOCATION:          AFE          G.C. 40 #1 COMPLETION
                                             FW20/2002

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | RECRILL RATE $168,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $185,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |



Exhibit 2 - 15

EXHIBIT 1

EXHIBIT
1

# Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15

6-9-20

| Date | | |
|---|---|---|
| 6-05-2020 | Robert Bay | Robert Bay |
| 6-5-2020 | | |

Total Monies for the Month: $ 478,315.21

Exhibit 2 - 16

**Valaris DS-16 MONTHLY BILLING SUMMARY**

Monthly: June 2020
Contract # OOC4-37228
Contractor: Fieldwood
Well name: A/C 40-1 Completion, stated

Cost Center:
AFE Number: IW 20202
Work Order:
Purchase Date:

| DAY | OPR 70% 100% | STBY 70% @ 99% | 99% 5QSF/CT-70%, [15 hour allowance per month] thereafter rate | 99% 5QSF/CT-70% [36 hour allowance per month's thereafter 0 rate | FORCE MAJEURE 70% @ 99% | In-hole (rates stated) 5% @ 25% | No rate earned. All repair rate in excess of monthly-allowed hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA, LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (Required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 15.00 | 8.00 | 61.00 | | | | Shut in for build up. Displace (2) w/10.0 CaCl2. |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 15.00 | 8.00 | 50.00 | | | | Set crown plug on 55. Wait test by 15# md; R/D Tunes SPM and CTLU; (2) Lake 10 V POOH with J/A; P/U SSTT. N/u MUD & Push Tool Cut; POOH with seal assy. |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 15.00 | 10.00 | 61.00 | | | | P/U seal assy + trunion on CT; N/u with J/A; Rot/wireline slur in 5#. |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 15.00 | 9.00 | 50.00 | | | | N/A wait to L seal stni. Wireline run to 5#. POOH with seals CT; N/u in floor. Latch BOP. Circ (re-inject rig. Reroute rear bars 8. Same bars. |
| **TOTALS** | **88.00** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 384.00 | 28.00 | 76.00 | 35.00 | 260.09 | | | | Pull Riser/BOP. Int BOP's SSM BOP to Port stack. Transit Rig R/C OCSD to NCSHE. |
| | 100% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

$ 34,313.11    96%
100%/Day    $ 185,000.00
In hole/Above 100/Day NPD    $ 200,000.00
In hole/below 100%/Day    $ 185,000.00
100%/hr NPD    $ 7,311.33
100%/hr    $ 7,708.33
99%/hr    $ 7,554.17
99%/hr NPD    99%/hr NPD    $ 6,195.67

Text Billable for the month:    $ 629,333.31

DS-16 Rotating Supt.    Fieldwood Client Representative:

DS-16 Rotating Supt. Signature:    Fieldwood Client Representative Signature:

Date:    Date:

Rig Manager:    Dinny Sharry    Fieldwood Drilling Supt.:

Rig Manager Signature:    Fieldwood Drilling Supt. Signature:

Date:    06-07-2020    Date:

EXHIBIT 1

Exhibit 2 - 17



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: **FWD2006254** |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 6/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM **45 DAYS** |

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

ATTN: AP DEPARTMENT

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $186,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $186,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $186,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| **744.0 TOTAL HOURS** | | |

Crew Shortage

AMOUNT DUE: $ 5,735,000.00

*Dinny Sharry*

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

| Coding: BU10079 | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| ED | |

EXHIBIT
1

**Exhibit 2 - 18**

FIELDWOOD
Resolve

R202 Billing worksheet_2020 - May 2020

WELL NAME / LOCATION    AFE    G.C. 40 #1 COMPLETION  FW202002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS EUBSEA $165,000 | MOVE $181,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| **HOURS:** | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| **AMOUNTS:** | | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

Exhibit 2 - 19

EXHIBIT 1

# Valaris DS-16 MONTHLY BILLING SUMMARY

EXHIBIT
1

Exhibit 2 - 20

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047
ACCT CODE 3060-15

Date: 6-01-2020

EXHIBIT
1

Exhibit 2 - 21

**Valaris DS-16 MONTHLY BILLING SUMMARY**

Cost Center:
AFE Number: FW 202202
Work Order:
Purchase Order:

| Date | DPR T/S LDOK | + DTRY 70% @ 97% | DPR 5597A502 70% (15 hour allowance per month) Avail ea 2 time | NPS 5595041 70% (16 hour allowance per month) avail ea 2 time | FORCE MAJEURE 70P @ 90% | Invoice Scheme (I hr) 50@ 97.5% | No rate change All repair rate is review of monthly allowed hours | TOTAL HOURS | Valaris | OPERATOR | Valaris OVERSIGHT | Valaris Rehab PARTY | OPERATOR THIRD PARTY | RIG LINE EXTRA LABOR (rate expend below) | NON BILLABLE EXTRA (rate expend below) | CREW SHORTAGES (surcharged below) | Comment (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 95.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 95.00 | 11.00 | 19.00 | 4.00 | 68.00 | | | | | 198.50 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 95.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | | 191.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 95.00 | 12.00 | 20.00 | 1.00 | 56.00 | | | | | 199.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 95.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | | 195.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 9.00 | 20.00 | 2.00 | 61.00 | | | | | 196.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | | 181.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | | 163.50 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | | 164.50 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | | 165.50 |
| 5/13/2020 | 24.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 163.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | | 164.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 52.00 | | | | | 163.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 56.00 | | | | | 176.50 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 5.00 | 66.00 | | | | | 193.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | | 188.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | 188.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | 199.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 5.00 | 47.00 | | | | | 169.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 5.00 | 47.00 | | | | | 187.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | | 186.50 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 18.00 | 10.00 | 65.00 | | | | | 134.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 72.00 | | | | | 200.00 |

EXHIBIT 1

Exhibit 2 - 22

Exhibit 2 - 23

EXHIBIT
1

| 5/27/2020 | 24.00 | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | |
| 5/28/2020 | 24.00 | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | |
| 5/29/2020 | 24.00 | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | |
| 5/30/2020 | 24.00 | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | |
| 5/31/2020 | 24.00 | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 | |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 232.00 | 335.00 | 371.00 | 1793.00 | |
| | | 0.00% | 0.13% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | |

Reviewed Client Representative:

Reviewed Client Representative Signature:

Date:

Rig Manager: Brian Hodges   Dinny Sharry   Reviewed Drilling Supt.:

Rig Manager Signature:   Reviewed Drilling Supt. Signature:

Date:   Date:



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

### TO WHOM IT MAY CONCERN

#### SUBJECT:  Delegation of Authority

I, **Brian Rodgers**, confirm that <u>**Dinny Sharry**</u> (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

<u>**Dinny**</u> will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature:  ___//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

*M. Clah.*

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: <u>**Dinny Sharry**</u>

Signature:  ___//s// Dinny Sharry___

EXHIBIT
1

Exhibit 2 - 24



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.00 |

AMOUNT DUE:  $          270,900.00

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $  (270,900.00) | 810620.10417.4202.110 |
| $   (78,092.58) | 912812.10417.4202.110 |
| $    78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

**EXHIBIT**
1

**Exhibit 2 - 25**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group | Date |
|---|---|
| TOTAL OVER CONTRACT | |
| TOTAL | |
| NOV | |
| NSI Fracturing | |
| OCEANEERING | |
| OES | |
| Oilstates | |
| One Subsea | |
| OQ (Oil Field Instr.) | |
| OQEG | |
| OTC | |
| One Surface | |
| Pharmasafe | |
| Pinnacle | |
| PHI Helicopters | |
| Periclink | |
| Precision Rental | |
| Premium | |
| Protechnics | |
| Professional Rental Tools | |
| PRT | |
| Quality Energy | |
| QPS | |
| Rig Chem | |
| RigNet | |
| RPS Group Inc. | |
| Schlumberger | |
| Scientific Drilling | |
| SCS | |
| Subsea Partners LLC | |
| Subsea Solutions | |
| Sunbelt | |
| Superior Energy | |
| Superior Perf. | |
| Southern Fab | |
| TEAMS | |
| Teledyne | |
| TIW | |
| Tota | |
| Total Safety | |
| Tristate | |
| TSI | |
| Tubular Solutions | |
| Vertis Global | |
| Weatherford | |
| Workshops | |
| Wallboro | |
| Wellteo | |
| WFR | |

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE 3060-45

Exhibit 2 - 26

EXHIBIT 1

Company Man APPROVAL: R. Button, 5-31-2020

OIM APPROVAL:

EXHIBIT
1

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Kalmal, AFE: FY202022 Routing#588047

Group / Date columns 1–31

Groups (top to bottom):
- Newpark
- NALCO
- MISTRAS Group
- MI Swaco
- Mako Fio
- Inelwell
- Lloyds Register
- Impact Selector
- HALLIBURTON/Sperry
- HycoCarbon
- Gulfstream
- GSI
- GE Oil & Gas
- GAIA
- Fagro
- FRANKS INTL
- FMC
- Fieldwood
- FDF Pipe Washing
- Expro
- EVO
- EFS
- Ellis Comins
- Eoosery
- Dynamic Industries
- DriQuip
- Diversified
- DGO
- Deep Sea DS
- Danos
- CoreLab
- Cavins
- ClairIant
- Chouest
- ChamploroX
- Celco
- Cameron
- Cajun Outters
- Butner Fire Control
- Bugwere
- BSEE
- BlackHawk
- BHGE
- Bedrock Petroleum
- Baker Hughes
- Avcher
- Balleys
- Aqua Tech
- Automated Production
- Aker
- Argas
- Ampol
- ABS
- ABB LTD

Exhibit 2 - 27

C:\Users\x06xOb\Downloads\May 2020 3rd Party Rock Meals.xlsx

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047**

| Group / Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(Company rows include: NOV, NSI Fracturing, OCEANEERING, OES, Oilsafes, One Subsea, OTS, OCLC, OGLC (Oil Field Instr.), One LC, One Surface, OTC, Quality Energy, QPS, PRT, Professional Rental Tools, Protechnics, Premium, Precision Rental, Petrolink, Pinnacle, PHI Helicopters, Pharmasafe, RPS Group Inc., RigNet, Rig Chem, Scientific Drilling, Schlumberger, SCS, Subsea Partners LLC, Subsea Solutions, Sunbelt, Superior Energy, Superior Perf., Southern Fab, Teledyne, TEMS, Tetra, TIW, TSI, Tristate, Total Safety, Tubular Solutions, Vens Global, Workstrings, Weatherford, Wellbore, Welltec, WFR, TOTAL, TOTAL OVER CONTRACT)

---

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE 3060 - 45

Company Man APPROVAL:

B. Button 5-31-2020

OIM APPROVAL:

C:\Users\ccb6020\onedriver\2020 3rd Party Bunk & Grub.xlsx

Exhibit 2 - 28

EXHIBIT 1

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baillys | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | 2 | 5 | | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | | | | 3 | 3 | 3 | 2 | | | | | 2 | | | | | | 2 | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BiGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | 2 | 2 | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Certco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | 2 | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elcsary | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EXO | | | | | | | 1 | | | | | | | | | | | | | | 1 | | | | | | | | | | |
| Exon | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | 1 | | 1 | 1 | | | | | | | | | | | | | | | | 1 | | | | | | | |
| Fleetwood | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FMC | 8 | | | | 7 | 7 | 6 | | | | 6 | 7 | 7 | | 5 | 5 | 6 | 5 | 5 | | | | | | | 8 | 8 | 8 | 8 | 8 | 8 |
| Flagro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL. | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON/Sperry | 11 | 15 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HwyCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | 1 | | 1 |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mi Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mag Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 1

Exhibit 2 - 29



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: _____//s// Brian Rodgers_____

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: _____//s// Dinny Sharry_____

EXHIBIT
1

**Exhibit 2 - 30**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

---

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545 DATED:5/06/2020                    $            6,500.00

Handling Charges @ 5%(601)                         $              325.00

AMOUNT DUE:  $           6,825.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

$  (6,500.00) 024000.10417.4202.110
$    (325.00) 810510.10417.4202.110
$  (6,500.00) 810650.10417.4202.110
$   6,500.00  919250.10417.4202.110

**EXHIBIT
1**

ED

**Exhibit 2 - 31**



# Sales Invoice

Page: 1

**HOOVER FERGUSON**

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-93545 |
| Invoice Date: | 5/6/2020 |

Bill
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | | |
|---|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-83090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

**EXHIBIT 1**

**Exhibit 2 - 32**



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

RahXell

EXHIBIT
1

**Exhibit 2 - 33**



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | ~~500.00~~ | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT
1

Exhibit 2 - 34

## Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page   1

Attention: MARINE / BARGE SUPERVISOR

REQ Type        Supply

| ITEM | QTY | GA. ACCT. Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

PURCHASING USE ONLY

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:  EAR99                   HTS NO:3923210000              UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235125 |
|-------|------------|---|---|---|
| OIM | DATE | FWF Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Larre Butler Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Larre Butler Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:  ____  NO:  _____   DATE FAXED:_____

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:   580047

ACC. CODE: 3060-15

L. Butler  4-22-2020

EXHIBIT
1

Exhibit 2 - 35

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:3000235125
Date: 04/22/2020
Page    1

Attention: MARINE / BARGE SUPERVISOR

REQ Type        Supply

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|---------------------|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99            HTS NO:3923210000        UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235125 |
|-------|------------|---|---|---|
| OIM | DATE | FWF Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____     DATE FAXED: _____

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #:  580047

ACC. CODE: 3060-15

L. Butler 4-22-2020

EXHIBIT
1

**Exhibit 2 - 36**

# VALARIS



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: FWD2005249 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 05/13/20 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM **45 DAYS** |
| ATTN: ACCOUNTS PAYABLE | RIG: DS-16 Resolute |

WELL NUMBER GC 40#1

AFE #: **FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES**

| | | |
|---|---|---|
| **NOV**<br>INVOICE#10582045 DATED:4/29/2020 | $ | 3,605.04 |
| **MARTIN ENERGY SERVICES**<br>INVOICE#729958 DATED:4/23/2020 | $ | 4,750.00 |
| Handling Charges @ 5%(601) | $ | 417.75 |

| | | |
|---|---|---|
| **AMOUNT DUE:** | $ | **8,772.79** |

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |

ED

EXHIBIT
1

**Exhibit 2 - 37**

Document References
Invoice: 10582045
Invoice Date: 2020-04-29
Due Date: 2020-06-28

Internal References
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00982593

Customer Ref ID:
Supplier Ref ID:
Rig ID      : 4202
Creation Date: 2020-04-30

Bill From:
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number:    4496880154

EXHIBIT
1

Exhibit 2 - 38



Cost Code 3060-15
S. Butler 4-13-20

AFE:      PW202002
Lease:    GC 40 #1
Project:  Katmai
Pret Gust  K.Dubois
Routing #:  560047

EXHIBIT
1

Exhibit 2 - 39

# Valaris

Exhibit 2 - 40

**Valaris Field Requisition**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

APPROVED

Business Unit: 10013
Req ID: 0000234902
Date: 04/13/2020
Page 1

Attention: WAREHOUSE

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY VENDOR, LOCATION, CONFIRM TO | PRICE | PO NO. |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865-71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99        HTS NO:8431438010        UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES.
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount:        3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL.

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.        List all Field ETRR No. by Item

| R4202 | 04/13/2020 |
|-------|-----------|
| OIM | DATE |

Operator (Print)

Rep Signature

Rep Name (Print)

RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions must be initialed        EDIT

PURCHASING ONLY  FR NO:        0000234902

BUYER        DATE

DATE FAXED:

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____



# INVOICE

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Ship To:    C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To:    ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |
| | | | | | | |
| | | | | | | |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4236936 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**    - CONTINUED -

**MESSAGES**

**PAYMENT REMITTANCE**

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

EXHIBIT 1

Exhibit 2 - 41



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |

| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
|---|---|---|---|
| 83434 | 5/23/2020 | 436525 | 12015090 |

**MARTIN** ENERGY SERVICES

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ✦ Lot/Serial: 227354 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ✦ Lot/Serial: 369532 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ✦ Lot/Serial: 100538-11,984835-13 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ✦ Lot/Serial: 100787-21,98189-8 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ✦ Lot/Serial: 97554-17,100787-17 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ✦ Lot/Serial: 98483-1,97836-4 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ✦ Lot/Serial: 98485-7,100787-1 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** $4,750.00

## MESSAGES

## PAYMENT REMITTANCE

**C H E C K**
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

**W I R E**
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

✦✦✦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v3/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ✦✦✦

**EXHIBIT 1**

DOC. CONTROL # 0423202020534

**Exhibit 2 - 42**

# Valaris

#436525

**Purchase Order**   Page 1

Dispatch via E-Mail



1D013-0000457235

| BUYER/BILL TO:<br>ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | PO NUMBER<br>PO DATE<br>RIG NAME<br>FINAL DEST. COUNTRY<br>REVISION NO.<br>REVISION DATE | 1D013-0000457235<br>04/20/2020<br>R202- RESOLUTE<br>United States |
|---|---|---|

| SELLER/SUPPLIER | SUPPLIER SHIP TO /<br>WHEN READY CONTACT | SUPPLIER SHIPPING TERMS<br>(INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>520 MOULIN ROAD<br>BROUSSARD LA 70518<br>United States   CPort 2<br>PHONE: 337 83678500<br><br>CC -200<br><br>12209 | FREIGHT TERMS:  CPT<br>NOMINATED PLACE:<br><br><br>SUPPLIER SHIP METHOD: |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER:    Ernestine Castillo<br>EMAIL:    tina.castillo@valaris.com<br>PHONE:    281/272-4043<br>FAX: | CURRENCY:    USD<br><br>REQ TYPE:    REN<br>REQ CLASS:    OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Item<br>Line  Number/ Item ID | Vendor<br>Description | Quantity  UOM | Unit<br>Price | Extended  PR<br>Amount  Code  Req # |
|---|---|---|---|---|
| 1-1   4031060 | RENTAL-TANK,MARTIN<br>ENERGY,4031060,TOTE,EMPTY,550<br>GAL,F/ USED OIL | 10.00  EA | 440.00 | 4,400.00   3   0000234936<br>Due Date 04/27/2020 |

Sch B/HTS No:          ECCN No:          GL Acct Cd:  10417-024000-4202-110          AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| 2-1   8885604 | RENTAL-SLING,MARTIN<br>ENERGY,8885604,LIFTING,F/ 550<br>GAL USED OIL TOTE TANKS | 10.00  EA | 35.00 | 350.00   3   0000234936<br>Due Date 04/27/2020 |

Sch B/HTS No:          ECCN No:          GL Acct Cd:  10417-024000-4202-110          AFE Cd:

Total PO Amount          4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT
1

Exhibit 2 - 43



# FUEL/YARD TICKET

NO 960061

**Martin Energy Services LLC**
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



JDE # 436525
Branch Plant 12015090

☐ TRANSFER ☐ REPACK ☑ SALE ☐ CO-USE

BILL TO: Encotawas
CUSTOMER NO. 3430
DATE: 4-22-20

ORDERED BY: Ernestine Castillo
PO NO./AFE: 10013-0000459235

PHONE NO. 281-242-4043
LEASE NO.

AREA/BLOCK GC-200
OCSG# 12209
WELL NO.

RIG/VESSEL Resolute Rio 202
TIME STARTED ___ AM/PM
TIME FINISHED ___ AM/PM
HOURS RT/OT

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | | |
|---|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 | Sling# 100538-11 | |
| | CRANE | TK# 212106 | Sling# 98485-13 | |
| | FORKLIFT | | Manifut# 304152 | |
| | EQUIPMENT OPERATOR | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil date | totc | 10/550 | 10 |
| 496219 | | date tank Sling | | 10 | 50 |
| | | TK# 430543.34 | Sling# 100737-21 | | |
| | | TK# 227356 | Sling# 98189-8 | | |
| | | TK# 42319.36 | Sling# 97554-11 | | |
| | | TK# 217119 | Sling# 100782-12 | | |
| | | TK# 222836 | Sling# 98483-1 | | |
| | | TK# 174078 | Sling# 97836-4 | | |
| | | TK# 227354 | Sling# 98485-7 | | |
| | | TK# 319532 | Sling# 100787-1 | | |

| DRUMS DELIVERED | | DRUMS RETURNED | | | BEFORE | AFTER |
|---|---|---|---|---|---|---|
| WATER | METER READINGS: START | STOP | GALS. | GAUGING S | | |
| TERMINAL ___ SUPPLIER ___ BOL # ___ METER TKT. # ___ TRUCK# ___ TRAILER # ___ | | | | | | |
| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 | |
| 1 CARGO TANK | | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ ___
INITIALS ___
TOTAL REC'D. $ ___

**TERMS & CONDITIONS:** THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mses/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

EPA Registered Entity #4954: Martin Energy Services LLC

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.*

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _Cody Colt_ Cody Ledet
Customer Signature

Martin Energy Services Representative _Michael Conner_

X _BG 613628384_
Martin Driver Signature

Truck and Trailer No. _4879-29207_

EXHIBIT 1

REV. 12/18
FORM NO. 107

Exhibit 2 - 44

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:0000234936
Date: 04/14/2020
Page   1

**Attention: ENGINEERING**

REQ Type    Rental

| | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 10 | 024000 4031050 | EA | RENTAL-TANK,MARTIN ENERGY,4031050,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitute    Item Desc :

ECCN NO:     HTS NO:     UNSPSC NO:

| 2 | 10 | 024000 8885604 | EA | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitute    Item Desc :

ECCN NO:     HTS NO:     UNSPSC NO:

Total Requisition Amount     4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY   FR NO:    0000234936 |
| OIM | DATE | FWE | | |
| | OIM - 4/15/20 | *Operator (Print)* | | |
| RIG MGR / OPERATIONS MGR | DATE | *Jarre Butler* | | |
| NOTES:Any additions or deletions must be initialed | | *Rep Signature* | | |
| | | *Larre Butler* | | BUYER    DATE |
| | | *Rep Name (Print)* | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____    DATE FAXED: _____

AFE:     FW202002
Lease:    GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

*Cost Code 3060 -15*
*L. Butler 4-14-2020*

| EXHIBIT |
| 1 |

**Exhibit 2 - 45**

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ● Erin Demet

① Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

↩ Reply    ↩ Reply All    → Forward    ⋯
Thu 5/14/2020 9:16 AM

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX  77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

Exhibit 2 - 46

EXHIBIT
1

**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

AMOUNT DUE:  $     265,300.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

$ (265,300.00)  810620.10417.4202.110
$   (64,816.84)  912812.10417.4202.110
$    64,816.84   919220.10417.4202.110
   ($19,115.40)  912814.10417.4202.110
    $19,115.40   919220.10417.4202.110

ED

EXHIBIT
1

Exhibit 2 - 47

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

A dense tabular chart lists vendor/company names down the left column (Group) with daily columns numbered 1 through 31 and totals. The handwritten note at right reads "Began Katmai AFE on April 8th."

Company names listed (left column) include, in order:
AB&L LTD, ASS, Ampol, Akros, Aker, Aqua Tech, Automated Production, Archer, Railway, Baker Hughes, Bedrock Petroleum, BHGE, Blackhawk, BSEE, Bugware, Burner Fire Control, Cetco, Cajun Cutters, Cameron, Cetco, ChampionX, Choquest, Claimant, Caving, CoreLab, Dance, Deep Sea DS, DGO, Diversified, Dril-Quip, Dynamic Industries, Ecosery, Elite Comms, EPS, Energy Services, Expro, EDF Pipe Washing, Fieldwood, FMC, FRANKS INTL, Fugro, GAIA, GE Oil & Gas, GIS, Gulfstream, HALLIBURTON /Scenary, HydraCap, Impact Selector, Interwell, Lloyds Register, MAKO, Master Flo, MI Swaco, NALCO, Newpark, NOV, NSI Fracturing, OCEANEERING, OES, Oilstess, One Subsea, OFI (Oil Field Instr.), OGEC, One Barton, OTG, Pharmsafe, PHI Helicopters, Pinnacle, Petronix, Precision Rental, Premium, Protechnics, Professional Rental Tools, PSE, Quality Energy, OPS, Rib Chem, Rignet, RPS Group Inc, Schlumberger, Scientific Drilling, SGS, Subsea Partners LLC, Subsea Solutions, Sunbelt, Superior, Superior Energy, Superior Perf, Southern Fab, Telephone, TEMS, Tetra, TIW, Total Safety, Tridate, TGI, Tubular Solutions, Varis Global, Workstrings, Weatherford, Wellbore, Wellrec, WTR

TOTAL row at bottom; TOTAL OVER $; TOTAL: 1945; TOTAL BILLABLE $: 255300

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE: 3060-45
S. Butler
-5-1-20

Exhibit 2 - 48

Company Man: AP

EXHIBIT 1

**Exhibit 2 - 49**

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To  ○ Evan Darwin

① Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers  |  Resource Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5730p | +1 832-205-8315m
Brian.rodgers@valaris.com

↶ Reply    ↷ Reply All    → Forward
Thu 5/14/2020 9:16 AM

EXHIBIT
1



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

**AFE #: FW202002**

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10589602 DATED:6/18/2020 | $ | 3,605.04 |
| ACUMENINTERNATIONAL<br>INVOICE#1026793 DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |

**AMOUNT DUE:** **$** **3,890.29**

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____
eneficiary: Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250.10417.4202.110 |

ED

**EXHIBIT 1**

**Exhibit 2 - 50**

Internal References
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00986726

Customer Ref ID:
Supplier Ref ID:
Rig ID       : 4202
Creation Date: 2020-06-19

Bill From:
  NATIONAL OILWELL VARCO, L.P.
  RIG SOLUTIONS SPARES
  5212 HWY 90 WEST
  NEW IBERIA, LA 70560
  USA

Bill To:
  ENSCO OFFSHORE COMPANY
  in care of: ENSCO OFFSHORE COMPANY
  P.O. Box 570788
  HOUSTON, TX 77257-0788
  USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |

|  |  | Total Net: |  |  |  | 3,605.04 |
|  |  | Gross Amt: |  |  |  | 3,605.04 USD |

Settlement Information:
  Due Date: 2020-08-17
  Discount Amount:
  Bank From: WellsFargo/HOUSTON
  Payment Method: ACH

  Payment Currency: USD
  Terms: 60
  Discount Due Date:

Remit To:        NATIONAL OILWELL VARCO, L.P.
                 SUPPORT SERVICES
                 P. O. BOX 201202
                 DALLAS, TX 75320-1202
                 USA

Beneficiary Bank:
Beneficiary Branch:
Account Number:    4496880154

EXHIBIT
1

Exhibit 2 - 51

# Valaris

Business Unit: 10013
Req ID: 0000235769    OPEN
Date: 05/19/2020
Page 1

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOLLIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Attention: WAREHOUSE

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154665 | EA | DIES,HYDRALIFT,154665+71 GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

PURCHASING USE ONLY

Line Item Exempt: N
Available Sustitutos      Item Desc:

ECCN NO: EAR99       HTS NO: 8431438010       UNSPSC NO:

NATIONAL OILWELL VARCO QUOTE# 1609931

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

AFE:       FW202002
Lease:     GC 40 #1
Project:   Katrnai
Engineer:  K.Dufrene
Routing #: 580047

Acct Code # 7060 - 15

5/19/20

Total Requisition Amount:    3,605.04

R4202    OIM    05/19/2020    DATE

Operator (Print)

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

List all Field ETRN No. by item

PURCHASING ONLY  FR NO: 0000235769

RIG MGR / OPERATIONS MGR    DATE

Rep Signature
Rep Name (Print)

BUYER        DATE

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___    DATE FAXED: ___

Exhibit 2 - 52



**NOV Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

# Sales Quote Acknowledgement

Please reference this Quote Number on all correspondance.

**Invoice To**
C0052  110  LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | | |
|---|---|---|---|---|
| **Cust Contact** | ERNESTINE CASTILLO | | | |
| **Customer eMail** | tina.castillo@valaris.com | | **Date Printed** | 04/13/2020 |
| **Ultimate Dest** | United States,Intl Waters | | **Quote Date** | 04/13/2020 |
| **Currency** | UNITED STATES DOLLAR | **Freight Terms** | **Quote Exp Date** | 05/28/2020 |
| **Quoted by** | Pringle, Jenny S. | **Payment Terms** | NET 45 FROM INVOICE DATE | |
| **Ref/Rig Name** | Valaris Rig Valaris Resolute | **Shipping Terms** | FREE CARRIER | |
| **Branch** | | **Carrier** | ENSCO MOULIN CONSOL | |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line:   MTS
Country of Origin:  NORWAY
Unit Weight:  0.16  LB       Total Weight:  3.91  LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

| | |
|---|---|
| Sub-Total | $3,605.04 |

| | |
|---|---|
| **Total Sales Quote Acknowledgement 1609931 Rev 1:** | **$3,605.04** |

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the  Buyer's
sole risk and without recourse to NOV.  The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| | | |
|---|---|---|
| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |

**EXHIBIT**
**1**

Exhibit 2 - 53

# Acumen International



EIN 76-0270480

## INVOICE

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050    **Fax** 713-896-0122
**www.Acumen.us.com**

| DATE | P O NUMBER |
|------|------------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|-----------------|-----------|-------|-----|----------|------------|-------------|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|------|-----|-----|-------------|-----------|--------|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due USD** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

EXHIBIT
1

**Exhibit 2 - 54**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
           620 MOULIN ROAD
           BROUSSARD LA 70518
           USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page   1

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type      Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99              HTS NO:8481809050              UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L.O-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99              HTS NO:9026200000              UNSPSC NO:

This item is a designated Ensco Standard = No Subsitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO.   0000236183 |
|-------|------------|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER          DATE |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED: _____

EXHIBIT
1

**Exhibit 2 - 55**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

**Business Unit:** 10013   OPEN
**Req ID:** 0000236183
**Date:** 06/03/2020
**Page** 2

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type   Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PURCHASING USE ONLY | | | | |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes       Item Desc :

ECCN NO: EAR99            HTS NO:8413919520            UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes       Item Desc :

ECCN NO: EAR99            HTS NO:8479899898            UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY FR NO:   0000236183 |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| *[signature]* | *[signature]* | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | | | | |
| NOTE: Any additions or deletions must be initieled | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____   DATE FAXED: _____

| EXHIBIT
1 |
|---|

**Exhibit 2 - 56**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type      Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------|-----|-------------|------|-----|-----|-----|-----|-----|
| | | | | | | | | | PURCHASING USE ONLY | |

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO:9026200000          UNSPSC NO:

| 6 | 6 | 024000 072270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:          HTS NO:          UNSPSC NO:

Total Requisition Amount:      4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 |
|---|---|---|---|
| OIM      DATE | Operator (Print) | | |
| Line Item Exempt : 6/5/20 | Rep Signature | | |
| RIG MGR / OPERATIONS MGR   DATE | Rep Name (Print) | | BUYER      DATE |
| NOTE: Any additions or deletions must be initialed | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

Acct Code # 3060-15
Clayton Shansie

EXHIBIT
1

**Exhibit 2 - 57**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

MATTCO
INVOICE#58061 - DATED:06/10/2020                                   $                    4,150.11

Handling Charges @ 5%(601)                                         $                       207.51

AMOUNT DUE: $          4,357.62

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$   (4,150.11)  024000.10417.4202.110
$     (207.51)  810510.10417.4202.110
$   (4,150.11)  810650.10417.4202.110
$    4,150.11   919250.10417.4202.110

**EXHIBIT
1**

ED

**Exhibit 2 - 58**



**MATTCO**

MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

| SOLD TO | SHIP TO |
|---|---|
| E06<br>VALARIS (ENSCOROWAN)<br>C/O ENSCO OFFSHORE CO.<br>PO BOX 570788<br>HOUSTON, TX 77257-0788 | 000001<br>ROWAN RESOLUTE<br>(VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD, LA 70518 |

**TOTAL DUE** 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA |
|---|---|---|---|
| NET 30 | 10013-0000458854 | | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |
| P.D. CHARGING VALVE 7,500 PSI<br>SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN | | | | | |
| PO LINE ITEM: 1-1 | | | | | |
| | | | | | |
| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
| STABILIZER<br>SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN | | | | | |
| PO LINE ITEM: 2-1 | | | | | |
| | | | | | |
| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |
| BLADDER (HNBR), 20 GAL. HYDROG. NITRILE<br>SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN | | | | | |
| S/N: 3981, 3994 | | | | | |
| PO LINE ITEM: 3-1 | | | | | |

EXHIBIT
1

**Exhibit 2 - 59**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE                2

INVOICE DATE        6/10/2020
INVOICE NO          58061

S  E06
O  VALARIS (ENSCOROWAN)
L  C/O ENSCO OFFSHORE CO.
D  PO BOX 570788
   HOUSTON, TX 77257-0788
T
O

S  000001
H  ROWAN RESOLUTE
I  (VALARIS RESOLUTE)
P  620 MOULIN ROAD
   BROUSSARD, LA 70518
T
O

TOTAL DUE       4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT   |      | 7/10/2020 | 7/10/2020    | 00035536 | 6/10/2020  | 6/10/2020 |         |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30            | 10013-0000458854 | UPS    |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6468    | EACH  | 1.00    | 1.00    | 133.6500   | 133.65    |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION
LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---------|------------|---------|-----------|------|-------|
| | 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |

EXHIBIT

TOTAL DUE       4,150.11

**Exhibit 2 - 60**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID: 0000236183
Date: 06/03/2020
Page   1

Attention: DRILL CREW / TOOLPUSHER

REQ Type      Supply

PURCHASING USE ONLY

| ITEM | QTY | GAL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,7500 PSI,F20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99            HTS NO:8481809050            UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,152937,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99            HTS NO:9026200000            UNSPSC NO:

This item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 |
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | BUYER          DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER  YES: _____   NO: _____    DATE FAXED: _____

EXHIBIT
1

**Exhibit 2 - 61**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID: J0000236183
Date: 06/03/2020
Page    2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO:8413919520                    UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO:8479899698                    UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56- 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY  FR NO:    0000236183 |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____        DATE FAXED: _____

EXHIBIT
1

**Exhibit 2 - 62**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | Valaris Field Requisition | |

Business Unit: 10013    OPEN
Req ID: 0000236183
Date: 06/03/2020
Page    3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type    Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| | | | | Available Sustitutes    Item Desc : | | | | | | | |
| | | | | ECCN NO: EAR99         HTS NO: 9026200000         UNSPSC NO: | | | | | | | |
| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-169 | 18.00 108.00 | 56 - 56-MUD PUM | C | | | | |
| | | | | Line Item Exempt : N | | | | | | | |
| | | | | Available Sustitutes    Item Desc : | | | | | | | |
| | | | | ECCN NO:         HTS NO:         UNSPSC NO: | | | | | | | |
| | | | | Total Requisition Amount    4,296.06 | | | | | | | |

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:    0000236183 | |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| Line Item Exempt : | | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | 6/5/20 DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____    DATE FAXED: _____

AFE:        FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer:  K.Dufrene
Routing #:     580047

Acct Code # 3060-15
Clayton Mangue

| EXHIBIT 1 |

**Exhibit 2 - 63**

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Exhibit 2 - 64

EXHIBIT
2

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT
2

**Exhibit 2 - 65**

Date: July _15_, 2020  **ATLANTIC MARITIME SERVICES LLC**,
a Delaware limited liability company

By: ~ R MS
Name: SASON R. MORGABELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

Juanita Floor
Notary Public
Notary Bar Roll No. _11589836_
My Commission Expires: _4|19|2023_

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

Exhibit 2 - 66

EXHIBIT
2



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 609-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: FWD2006266 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 6/8/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM 45 DAYS |
| | RIG: Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: G.C. 40 #1 COMPLETION |
| | LOCATION: G.C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells.Fargo Bank, N.A.
San Fransisco, CA
SWiFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
(678,333.33) 10417- 110-4202-810101
- 10417- 110-4202-810102
- 10417- 110-4202-810110
- 10417- 110-4202-810103
10417- 110-4202-810104

ED

EXHIBIT 2

Exhibit 2 - 67



FIELDWOOD
Resource

R202 Billing worksheet_2020 - June 2020

June 2020

WELL NAME / LOCATION:                    AFE                    G.C. 40 #1 COMPLETION
                                                                FW202002

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $165,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $191,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 5 June 2020 | Working as directed | | | | | | | | | 0.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

Exhibit 2 - 68

EXHIBIT 2

# Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15

| DATE | DAY RATE $850K | OPERATING HOURS | | | | | | TOTAL HOURS | Transit | OPERATION | Wait on Weather | OPERATION STAND BY | OPERATION STAND BY | OPERATION STAND BY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | | |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 8.00 | 16.00 | 16.00 | | | | | |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 16.00 | 10.00 | 61.00 | | | | | |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 10.00 | 9.00 | 96.00 | | | | | |
| **TOTALS** | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00% | 384.00 | 28.00 | 76.00 | 35.00 | 240.00 | | | | | |

Exhibit 2 - 70

## Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract # DO-S 17278
Customer: Fieldwood
Well name: S.C. 42 + 1 Completion, Katmai

Cost Center:
AFE Number: FW 103202
Work Order:
Purchase Order:

| Date | 19% PM 100% | CREW 75% @ 85% | RIPS 100% x 50% (12 hour allowance per month ) thereafter 0 rate | RPP SUBSEA/750 (8 hour allowance per month ) thereafter 0 rate | FORCE MAJEURE 75% @ 95% | Subsdle Subsea Code1 95% @ 75% | No rate earned All repair time is excess of monthly allowed hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTFALLS (see legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Drain for build up. Situation LD w/ LD CACIQ. |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | POH with LD, LD SSTT. Ran w/Mill & Push Tgt. On. POH with mill tools. |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 61.00 | | | | Ran & set TTC and tool. |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | Pull Avay POH and SCP to Port without. |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.00% | 384.00 | 28.00 | 76.00 | 33.00 | 245.00 | | | | |

Fieldwood Drilling Supt: Dinny Sharry    Date: 06-07-2020

EXHIBIT 2



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: FWD2006254 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 6/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM: 45 DAYS |
| | RIG: Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: G.C. 40 #1 COMPLETION |
| | LOCATION: G.C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:  $   5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

| Coding: BU10079 | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

EXHIBIT
2

Exhibit 2 - 71

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute
May 2020

**Exhibit 2 - 72**

WELL NAME / LOCATION: APE

G.C. 40 #1 COMPLETION
FW052002

| DATE | DESCRIPTION OF WORK | OPERATING $165,000 | STANDBY $181,300 | REDRILL RATE $168,500 | Zero rate $0 | REPAIR SURFACE $165,000 | REPAIRS SUBSEA $165,000 | MOVE $181,200 | FORCE MAJEURE $168,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.54 | $0.00 | $0.00 | $0.00 | $7,709.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT 2

## Valaris DS-16 MONTHLY BILLING SUMMARY

Master Key: Rig 2400
Contract #
Customer: DOS-2028
Well name: SS-001 Completion, Kaiser

| Date | Operating Hours (24.00) | Total Hours | Yearch | Operating | Yearch Catering | Yearch Third Party | Operating Third Party | Comments |
|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | 24.00 | 94.00 | 10.00 | 18.00 | 5.00 | 67.00 | |
| 5/26/2020 | 24.00 | 24.00 | 94.00 | 11.00 | 19.00 | 4.00 | 68.00 | |
| 5/25/2020 | 24.00 | 24.00 | 93.00 | 4.00 | 17.00 | 6.00 | 56.00 | |
| 5/24/2020 | 24.00 | 24.00 | 93.00 | 4.00 | 18.00 | 8.00 | 47.00 | |
| 5/23/2020 | 24.00 | 24.00 | 93.00 | 4.00 | 18.00 | 8.00 | 47.00 | |
| 5/22/2020 | 24.00 | 24.00 | 96.00 | 4.00 | 15.00 | 5.00 | 64.00 | |
| 5/21/2020 | 24.00 | 24.00 | 94.00 | 6.00 | 16.00 | 6.00 | 66.00 | |
| 5/20/2020 | 24.00 | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | |
| 5/19/2020 | 24.00 | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | |
| 5/18/2020 | 24.00 | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | |
| 5/17/2020 | 24.00 | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | |
| 5/16/2020 | 24.00 | 24.00 | 90.00 | 7.00 | 17.00 | 3.00 | 46.00 | |
| 5/15/2020 | 24.00 | 24.00 | 93.00 | 6.00 | 19.00 | 2.00 | 44.00 | |
| 5/14/2020 | 24.00 | 24.00 | 92.00 | 5.00 | 21.00 | 2.00 | 44.00 | |
| 5/13/2020 | 24.00 | 24.00 | 94.00 | 5.00 | 19.00 | 2.00 | 41.00 | |
| 5/12/2020 | 24.00 | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | |
| 5/11/2020 | 24.00 | 24.00 | 96.00 | 11.00 | 20.00 | 2.00 | 56.00 | |
| 5/10/2020 | 24.00 | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | |
| 5/9/2020 | 24.00 | 24.00 | 94.00 | 12.00 | 20.00 | 1.00 | 44.00 | |
| 5/8/2020 | 24.00 | 24.00 | 56.00 | 10.00 | 15.00 | 5.00 | 67.00 | |
| 5/7/2020 | 24.00 | 24.00 | 56.00 | 13.00 | 19.00 | 4.00 | 68.00 | |

AFE:  FW202002
Lease:  GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:  580047
ACCT CODE  3060-15

| Date | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/2020 | 24.00 | | | | | | | | | | | | | |
| 5/23/2020 | 24.00 | | | | | | | | | | | | | |
| 5/20/2020 | 24.00 | | | | | | | | | | | | | |
| 5/12/2020 | 24.00 | | | | | | | | | | | | | |
| TOTALS | 740.00 | 0.00 | 1.00 | 0.00 | 0.20 | 0.00 | 0.00 | 744.00 | 50.00% | 252.00 | $39.00 | 173.00 | 1792.00 | |

Robert Ray

Robert Ray

6-01-2020

Sean Rains

6/1/2020

EXHIBIT 2

**Exhibit 2 - 75**

EXHIBIT 2

## Valaris DS-16 Monthly Billing Summary

Monterey May 2020
Contract #
Customer
Well Name: GC-821-1 Commander, Manual

Cost Center
AFE Number: FW 201942
Work Order
Purchase Order

| bum | OPN 784 100% | STBY 703 @ 93% | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | Total POB |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | 107.00 |
| 5/2/2020 | 24.00 | | 24.00 | 95.00 | 11.00 | 19.00 | 4.00 | 68.00 | 198.00 |
| 5/3/2020 | 24.00 | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | 190.00 |
| 5/4/2020 | 24.00 | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | 191.00 |
| 5/5/2020 | 24.00 | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | 200.00 |
| 5/6/2020 | 24.00 | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | 188.00 |
| 5/7/2020 | 24.00 | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | 188.00 |
| 5/8/2020 | 24.00 | | 24.00 | 92.00 | 9.00 | 19.00 | 1.00 | 61.00 | 188.00 |
| 5/9/2020 | 24.00 | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 41.00 | 143.00 |
| 5/10/2020 | 24.00 | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | 162.00 |
| 5/11/2020 | 24.00 | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | 182.00 |
| 5/12/2020 | 24.00 | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | 164.00 |
| 5/13/2020 | 23.00 | 1.00 | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | 165.00 |
| 5/14/2020 | 24.00 | | 24.00 | 90.00 | 8.00 | 16.00 | 2.00 | 47.00 | 164.00 |
| 5/15/2020 | 24.00 | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | 164.00 |
| 5/16/2020 | 24.00 | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | 165.00 |
| 5/17/2020 | 24.00 | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | 170.00 |
| 5/18/2020 | 24.00 | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | 183.00 |
| 5/19/2020 | 24.00 | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | 284.00 |
| 5/20/2020 | 24.00 | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 48.00 | 169.00 |
| 5/21/2020 | 24.00 | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | 109.00 |
| 5/22/2020 | 24.00 | | 24.00 | 92.00 | 4.00 | 18.00 | 8.00 | 47.00 | 149.00 |
| 5/23/2020 | 24.00 | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | 167.00 |
| 5/24/2020 | 24.00 | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | 166.00 |
| 5/25/2020 | 24.00 | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | 174.00 |
| 5/26/2020 | 24.00 | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | 187.00 |

**Exhibit 2 - 76**

| 5/27/2020 | 24.00 | . | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | RIH 4-1/2" Frac Plug, RU Freas & U/U w/ 7sal LT&C CS356 assy, Tprm & run Lom w, Brm at 9.5' Plt |
| 5/28/2020 | 24.00 | . | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | | RIH 3-1/2" Mod Plat, R/D CSU, H/U Tele-Heron Tbtm & Test assm. |
| 5/29/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | | | Continue w test, Disp on Rig Water, L/D Tbtm PT & P&U/ Monitor w/FT Plus w/Water, Rig up HT equipment on TDt by 30" mesple, Confirm ACS Bkr wk, Run 4-1/2" Lohm Comp, Start prod, Plu us HRT CTU w/related staplopt bporm & 22" tab, Pln Iubertpype flow back. |
| 5/30/2020 | 24.00 | . | | | | | | | 24.00 | 91.00 | 9.00 | 15.00 | 11.00 | 69.00 | | | Cont run THU test torm, RU HCS & wait btm term to 250/100 am rm w/ 1000 psi high, Wit & pull l/stelan stms, Convert/comp & btbk of 32 hrem tubing, Catch 3pmt SG w/time, Run Test & Close in bpm. |
| 5/31/2020 | 24.00 | . | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 | | . | Flow Test & Close Up Well. |
| **TOTALS** | **744.00** | **0.00** | **1.00** | **0.00** | **0.00** | **0.00** | **744.00** | **2831.00** | **232.00** | **533.00** | **131.00** | **1783.00** | | | |
| | | **0.00%** | **0.17%** | **0.00%** | **0.00%** | **0.00%** | **50.00%** | | | | | | | | |

| | $ 3.72/bbls² | | 7.78/LB | $ | 1 | $ | |
| 100%/Day | $ 185,000.00 | | | Total Billable for | | |
| In hole/below 100 / Day MPD | $ 200,000.00 | | | this Amount: | $ 3,735,600.00 | |
| In hole/below 100%/Day | $ 185,000.00 | | | | | |
| 100%/hr MPD | $ 8,333.33 | | | | | |
| 100%/hr | $ 7,708.33 | | | | | |
| 50%/hr | $ 7,954.17 | | | | | |
| 50%/hr MPD | $ 4,166.67 | | | | | |

Daily Rentals Subt.:

Daily Rentals Subt. Signature: _____ Fieldwood Client Representative: _____

Date: _____ Fieldwood Client Representative Signature: _____

Date: _____

Rig Manager: _____ Dinny Sharry _____ Fieldwood Drilling Supt.: _____

Rig Manager Signature: _____ Sales Rodgers _____ Fieldwood Drilling Supt. Signature: _____

Date: _____ Date: _____

203.00
190.00

190.00
190.00

190.00

EXHIBIT 2



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___//s// Brian Rodgers____

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ____//s// Dinny Sharry____

EXHIBIT
2

**Exhibit 2 - 77**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.00 |

AMOUNT DUE: $ 270,900.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202.110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT
2

Exhibit 2 - 78

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai AFE: FW202002 Routing 580047

Group / Date

- NOV
- NST Fracturing
- NOE ANEERING
- OES
- Oilstates
- OFI (Oil Field Instr.)
- One Subsea
- One Surface
- OGEC
- OTC
- Pharmasafe
- PII Helicopters
- Phi Chem
- Pinnacle
- Petrolink
- Precision Rental
- Premium
- Proteclinics
- Professional Rental Tools
- Quality Energy
- QPS
- Rig Chem
- RigNet
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunheat
- Superior
- Superior Energy
- Superior Perf.
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TSI
- Tubular Solutions
- Vets Global
- Weatherford
- Workstrings
- Wellbore
- Wellforce
- Wallace
- WFR
- TOTAL
- TOTAL OVER CONTRACT

TOTAL BILLABLE $

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE 3060-45

Company Man APPROVAL: S. Britton 5-31-2020

OIM APPROVAL:

Exhibit 2 - 79

EXHIBIT 2

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Kalmai, AFE: FW202002 Routing#580047

| Group | Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| ABS LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Beder Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cairn Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Celco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Claxant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cowing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DrinQuip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fleetwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 14 | 20 | 21 | 21 | 21 | | 10 | | | | 11 | | 11 | | | | | | 10 | 10 | 10 | 18 | 11 | | 11 | 13 | | 6 | | |
| Huncaronson | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | | | | | | 1 | | 1 | 1 | | | 1 | | 1 | 1 | | 1 | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | 1 | 1 | 1 | | | 1 | 1 | | | 1 | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\rdoe\Documents\May 2020 3rd Party Room Master.xlsx

Exhibit 2 - 80

EXHIBIT 2

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020  Well Name: Katmai  AFE: FW202002  Routing#580047**

| Group | Date |
|---|---|
| NOV. | |
| NSI Fracturing | |
| OCEANEERING | |
| OES | |
| Oilstates | |
| One Subsea | |
| OPI (Oil Field Instr.) | |
| OGEC | |
| One Surface | |
| OTC | |
| Pharmasafe | |
| PHI Helicopters | |
| Pinnacle | |
| Petrolink | |
| Precision Rental | |
| Premium | |
| Protechnics | |
| Professional Rental Tools | |
| PRT | |
| Quality Energy | |
| QPS | |
| Rig Chem | |
| RigNet | |
| RPS Group Inc. | |
| Schlumberger | |
| Scientific Drilling | |
| SCS | |
| Subsea Partners LLC | |
| Subsea Solutions | |
| Sunbelt | |
| Superior | |
| Superior Energy | |
| Superior Perf. | |
| Southern Fab | |
| Teledyne | |
| TEMS | |
| Tetra | |
| TIW | |
| Tristate | |
| Total Safety | |
| TSI | |
| Tubular Solutions | |
| Vans Global | |
| Weatherford | |
| Workstrings | |
| Wellbore | |
| Welltec | |
| WFR | |
| TOTAL | |
| | |
| TOTAL | |
| TOTAL OVER CONTRACT | |

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:    580047

ACCT. CODE 3060-45

Company Man APPROVAL:  S. Britton 5-31-2020

OIM APPROVAL:

**Exhibit 2 - 81**

EXHIBIT 2

Case 20-33948-11 Document 1080-2 Filed in TXSB on 01/05/21 Page 177 of 526

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002, Routing#680047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Belleli | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | 1 | 1 | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | 1 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | | | | 3 | 3 | 3 | 2 | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BlackHawk | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | | | 2 | | | 4 | 4 | 4 | 4 | | | 1 | | | | |
| BSEE | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | 4 | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 |
| Burgware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diril-Qip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 |
| Elite Comms | | | | | | | | | | | | | | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | 2 | 2 | 2 | 2 | 2 | 2 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | 4 | 4 | 4 | 4 | 4 | 6 | 6 | 4 | 5 | 6 | 7 | 7 | 4 | 5 | 4 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 8 | 8 | 8 | 4 | 8 | 8 |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | 9 | 10 | 10 | 10 | 11 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON Sperry | | 11 | 11 | 14 | 20 | 21 | 23 | 21 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 11 | | | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | 1 | | 1 | | | | | | | | | | | | | | | | | | | | | | | | 1 | 2 | | 1 | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\...\Rowan Resolute May 2020 3rd Party Bunk Meals.xlsx

EXHIBIT 2

Exhibit 2 - 82



# VALARIS

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT:  Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature:  ___//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

_M. Clah._

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature:  ___//s// Dinny Sharry___

EXHIBIT
2

**Exhibit 2 - 83**

# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545 DATED:5/06/2020                                      $           6,500.00

Handling Charges @ 5%(601)                                          $             325.00

AMOUNT DUE:     $           6,825.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

$   (6,500.00)  024000.10417.4202.110
$     (325.00)  810510.10417.4202.110
$   (6,500.00)  810650.10417.4202.110
$    6,500.00   919250.10417.4202.110

ED

EXHIBIT
2

Exhibit 2 - 84



**HOOVER FERGUSON**

# Sales Invoice

Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-02545 |
| Invoice Date: | 5/6/2020 |

Bill
To:  EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To:  Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | | |
|---|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 | |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 | |
| P.O. Date | 4/30/2020 | Pay Terms | | |
| Sales Order No. | SO-02090 | Rig No. | | |
| SalesPerson | Sally Roberts | Well Name | | |
| Freight Terms | DEL | OSCG No. | | |
| Ship Via | HVTL | | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | | |
|---|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | | Invoice Discount: | 0.00 |
| | | | Total Sales Tax. | 0.00 |
| | | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

EXHIBIT
2

**Exhibit 2 - 85**



# Picking List by Order

**HOOVER FERGUSON**

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

RahKell

**Exhibit 2 - 86**

EXHIBIT 2



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

**Exhibit 2 - 87**

EXHIBIT 2

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013    OPEN
Req ID: 0000235125
Date: 04/22/2020
Page   1

**Attention:** MARINE / BARGE SUPERVISOR

REQ Type    Supply

| ITEM | QTY | Oil ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99      HTS NO: 3923210000      UNSPSC NO:

Total Requisition Amount:    6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235125 |
|---|---|---|---|---|
| OIM | DATE | FWF | | |
| | | Operator (Print) | | |
| Rig MGR / OPERATIONS MGR | DATE | Jimmie Butler | | |
| | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Larry Butler | | BUYER      DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____    DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

ACC. CODE : 3060-15
L. Butler 4-22-2020

EXHIBIT 2

Exhibit 2 - 88

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page   1

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type       Supply

| ITEM | QTY | Oil ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|---------|---|---|
|      |     |                  |     |             |      |              |              | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99            HTS NO:3923210000            UNSPSC NO:

Total Requisition Amount:            6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000235125 |
|-------|------------|--------------------------------------------------------------------------------|---------------------------------|-------------------------------------|
| OIM | DATE | FWF Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | 7/25/20 DATE | Lanne Butler Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Larre Butler Rep Name (Print) | | BUYER         DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _____

AFE:        FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

ACC. CODE : 3060-15

L. Butler 4-22-2020

EXHIBIT
2

**Exhibit 2 - 89**

# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
      Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

| | |
|---|---|
| INVOICE NO: | FWD2005249 |
| INVOICE DATE: | 05/13/20 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |
| RIG: | DS-16 Resolute |

WELL NUMBER GC 40#1

AFE #: FW202002

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

NOV
INVOICE#10582045 DATED:4/29/2020                                         $          3,605.04

MARTIN ENERGY SERVICES
INVOICE#729958 DATED:4/23/2020                                           $          4,750.00

Handling Charges @ 5%(601)                                               $            417.75

AMOUNT DUE:     $          8,772.79

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |

EXHIBIT
2

ED

Exhibit 2 - 90

Case 20-33948-dvec3090nt 1360 meFiled-2 TXSB on 01/05/21 Page 186 of 526

| Document References | Internal References | |
|---|---|---|
| Invoice: 10582045 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000556 | Rig ID : 4202 |
| | Voucher: 00982593 | Creation Date: 2020-04-30 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865*71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

Beneficiary Bank:
Beneficiary Branch:
Account Number: 4496880154

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

EXHIBIT
2

**Exhibit 2 - 91**

Valaris

Ship To:  JOMAX INSOLUTE (VALARIS #ERSQU1TE)
         873 HOLE A POINT
         BROUSSARD LA RIVER
         4585

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req 000000124990
Sync Dr: 20000
Feq           1

Attention: WAREHOUSE

Vate:  yes       Qty

PURCHASING USE ONLY

| ITEM | QTY | INVENT Type ID | UOM | DESCRIPTION | COST | A/C CATEGORY | COST RATING | PRICE | VENDOR LOCATION CONFIRM TO | PO NO |
|------|-----|------|-----|-------------|------|----------|------|------|------|------|
| 1 | 20 | 030133 134985 | EA | 13x36 HYDRAULIC-L1140wA (7L1240 FACE | 1432M 3.900.04 | 33 33 DRILL IN | 0 | | | |

* Tax Base Exempt : N

Available Qty all sizes    Item Desc :

GOLS NO: BARB3                    RTR INQUAN J 416012          DRM REQ NO:

FIELDWOOD RE-DILL FOR GRIT FACE DIE3

                              Teal Requisition/ringes    $400.16

FIELDWOOD RE-DILL FOR HYDRA/BACKER/SOFT GRIT DIES

| 21202 | 04/13/2022 | NOTE: CLOTHES TAKE4 REMOVAL ON 100 delivery ment of all items or Jx ad above. | 48 SERVICE | | PURCHASING UNIT TO NO: | 003000100P |
|-------|-----------|------|------|------|------|------|
| ONE | DATE | FWR Operations (Ptg) | | | | |
| [signature] | 4-14-20 | Sony Butler Rig Manager | | | | |
| THE FIELD OPERATIONS MGR | DATE | Larry Butler Warehouse (Ptg) | | | DATE | DATE |
| NOTE: Any additions or deletions must be kept jad | | | | | | |

IIAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER/OPERATIONS MANAGER YES   NN   DATE FAXED:

AFE:     FW202002
Lease:   GC 40 #1
Project: Kalmel
Engineer: K.Dufrene
Routing #: 560047

Cost Code 3060-15
S. Butler 4-13-20

EXHIBIT
2

Exhibit 2 - 92

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

**Business Unit:** 10013
**Req ID:** 0000234902
**Date:** 04/13/2020
**Page:** 1

**APPROVED**

**Attention: WAREHOUSE**

REQ Type        Supply

**Exhibit 2 - 93**

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | | | | PURCHASING USE ONLY | |
|------|-----|-------|-----|-------------|------|--------------|--------------|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. | | |
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:  EAR99                     HTS NO:8431438010                     UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES.
NATIONAL OILWELL VARCO QUOTE# 1609931

**Total Requisition Amount:**        3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

| R4202 | 04/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | | PURCHASING ONLY FR NO: | 0000234902 |
|-------|-----------|---|---|---|---|---|
| OIM | DATE | | | | | |
| | | Operator (Print) | | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED:



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

**MARTIN ENERGY SERVICES**

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

Ship To: C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To: ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4236936 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

MESSAGES

PAYMENT REMITTANCE

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

EXHIBIT 2

**Exhibit 2 - 94**



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

**MARTIN**
ENERGY SERVICES

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984635-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,98189-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97836-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** $4,750.00

| MESSAGES |
|---|
| |

**PAYMENT REMITTANCE**

C
H    MARTIN ENERGY SERVICES LLC
E    Martin Energy Services LLC
C    PO Box 95363
K    Grapevine, TX 76099-9733

W    Regions Bank
I    Account # 0114820625
R    ABA # 062005690
E    ACH # 111900785
     Swift Code: UPNBUS44

♦♦♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v94doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦♦♦

EXHIBIT

**Exhibit 2 - 95**

DOC. CONTROL #    0723020205734

# Valaris

#436525

**Purchase Order**   Page 1

Dispatch via E-Mail



10013-0000457235

| BUYER/BILL TO: | PO NUMBER | 10013-0000457235 |
|---|---|---|
| ENSCO Incorporated | PO DATE | 04/20/2020 |
| in care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202- RESOLUTE |
| P.O. Box 570788 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0788 | REVISION NO. | |
| United States | REVISION DATE | |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830 | ROWAN RESOLUTE (VALARIS RESOLUTE) | FREIGHT TERMS:  CPT |
| | 620 MOULIN ROAD | NOMINATED PLACE: |
| MARTIN ENERGY SERVICES LLC | BROUSSARD LA 70518 | |
| STACY BAGGETT | United States   CPort 2 | |
| PO BOX 96363 | PHONE: 337 83678500 | |
| GRAPEVINE TX 76099-9733 | EC -200 | SUPPLIER SHIP METHOD: |
| United States | | |
| PHONE: 337 785 3400 | 12209 | |
| DISPATCH TO: mesoffshore@martinmlp.com | | |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER:  Ernestine Castillo | CURRENCY:  USD | 1 - Hot Shot Immediate Urgent Air |
| EMAIL:  tina.castillo@valaris.com | | 2 - Next Day/Regular Air |
| PHONE:  281/272-4043 | REQ TYPE:  REN | 3 - Regular Scheduled/Regular Ocean |
| FAX: | REQ CLASS:  OPERATOR EXP. | 4 - Other see notes in PO |

| Item Line | Vendor Number / Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:         ECCN No:         GL Acct Cd: 10417-024000-4202-110         AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| 2-1 | 8885604 | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:         ECCN No:         GL Acct Cd: 10417-024000-4202-110         AFE Cd:

Total PO Amount            4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)  IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)  IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT
2

Exhibit 2 - 96



# FUEL/YARD TICKET

NO 960061

**Martin Energy Services LLC**
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



FYI

JDE # 436525
Branch Plant 19015090

☐ TRANSFER  ☐ REPACK  ☑ SALE  ☐ CO-USE

| | | |
|---|---|---|
| BILL TO: Enscofannn | CUSTOMER NO. 3430 | DATE: 4-22-20 |
| ORDERED BY Ernestine Castillo | | P.O.NO./AFE: 10013-0000457235 |
| PHONE NO. 281-242-4043 | | LEASE NO. |
| AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO. |
| RIG/VESSEL Resolute Rio 202 | TIME STARTED     AM/PM | TIME FINISHED     AM/PM  HOURS RT/OT |

| ITEM CODE | EQUIP/LABOR | | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 | Sling# 100538-11 | | | |
| | CRANE | TK# 212106 | Sling# 98485-13 | | | |
| | FORKLIFT | Manifest# 304152 | | | | |
| | EQUIPMENT OPERATOR | | | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for the exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil date | tote | 10/550 | 10 |
| 496219 | | tote tank Sling | | 10 | 10 |
| | | TK# 43054.34 | Sling# 100737-21 | | |
| | | TK# 227356 | Sling#98189-8 | | |
| | | TK# 42318.36 | Sling # 97554-11 | | |
| | | TK# 217119 | Sling# 100787-12 | | |
| | | TK# 202836 | Sling# 98483-6 | | |
| | | TK# 174098 | Sling# 97836-4 | | |
| | | TK# 227354 | Sling# 98485-7 | | |
| | | TK# 319532 | Sling# 100787-1 | | |

| DRUMS DELIVERED | | | DRUMS RETURNED | | | | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | G | | |
| WATER | METER READINGS: START | | STOP | | GALS. | A T U | | |
| TERMINAL _____ SUPPLIER _____ BOL # _____ METER TKT. # _____ TRUCK# _____ TRAILER #_____ | | | | | | A G N I | | |
| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 | K N | | |
| 1 CARGO TANK | | | | | | G S | | |

| MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $_____ | INITIALS _____ | TOTAL REC'D. $_____ |
|---|---|---|

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/moe/v3/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _____ Cody Ledet
Customer Signature

Michael Conner
Martin Energy Services Representative

4879-29207

X _____ BOL 13628384
Martin Driver Signature

4879-29207
Truck and Trailer No.

REV. 12/18
FORM NO. 107

EXHIBIT 2

**Exhibit 2 - 97**

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | Valaris |
| | Field |
| | Requisition |

Business Unit: 13013    OPEN
Req ID:0000234936
Date: 04/14/2020
Page   1

Attention: ENGINEERING

REQ Type     Rental

| ITEM | QTY | G/L ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | | |
|------|-----|------|-----|-------------|------|--------------|-------------|-------|-------|-------|-------|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | | |

Line Item Exempt : N

Available Sustitute    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| 2 | 10 | 024000 B665604 | EA | RENTAL-SLING,MARTIN ENERGY,B665604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | | |

Line Item Exempt : N

Available Sustitute    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount:        4,016.10

FIELDWOOD RE-BILL FOR 10 DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:     0000234936 |
|-------|------------|---------|---------|---------|
| OIM | DATE | FWF | | |
| *[signature]* OIM · 4/15/20 | | *Jame Butler* | | |
| RIG MGR / OPERATIONS MGR    DATE | | Operator (Print) | | |
| NOTES: Any additions or deletions must be initialed | | *Larre Butler* | | BUYER          DATE |
| | | Rep Signature | | |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

*Cost Code 3060 -15*
*L. Butler 4-14-2020*

EXHIBIT
2

**Exhibit 2 - 98**

**Exhibit 2 - 99**

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To  ●Oren Demel

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020

Reply   Reply All   → Forward

Thu 5/14/2020 9:16 AM

Approved

Brian Rodgers | Rapillure Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX. 77057
+1 713-212-5430p | +1 832-205-3315m
Brian.rodgers@valaris.com

EXHIBIT
2

# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

---

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

AMOUNT DUE:  $          265,300.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| $ (265,300.00) | 810620.10417.4202.110 |
|---|---|
| $   (64,816.84) | 912812.10417.4202.110 |
| $    64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT
2

Exhibit 2 - 100

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

The table lists company/vendor groups down the left column with daily columns 1–31 across the top showing room/meal counts. Groups listed include:

AABB LTD, ABS, Amsel, Airgas, Aker, Aqua Tech, Automated Production, Archer, Baileys, Baker Hughes, Bedrock Petroleum, Binxie, Blackhawk, BSEE, Bugware, Burrell Fire Control, Cajun Cutters, Cameron, Cetco, ChampionX, Choquet, ClaVant, Cavins, CoreLab, Dando, Deep Sea DB, DGO, Diversified, Dril-Quip, Dynamic Industries, Ecology, Elite Comms, EPI, Energy Services, Expro, FDF Pipe Washing, Fleetwood, FMC, FRANKS INTL, Fugro, GAIA, GE Oil & Gas, GGI, Gulfstream, HALLIBURTON (Baker), HydroCarbon, Impact Selector, Interwell, Lloyds Register, MAKO, Master Flo, MI Swaco, NALCO, Newpark, NOV, NSI Fracturing, OCEANEERING, OES, Oilstates, One Subsea, OFI (Oil Field Instr.), OOEC, One Surface, OTC, Pharmacia, PHI Helicopters, Pinnacle, Petrolink, Precision Rental, Premium, Protechnics, Professional Rental Tools, PRT, Quality Energy, QPS, Rig Chem, Rocket, RPS Group Inc., Schlumberger, Scientific Drilling, SCS, Subsea Partners LLC, Subsea Solutions, Sunbelt, Superior, Superior Energy, Superior Perf., Southern Fab, Teledyne, TEMS, Tetra, TNW, Total Safety, TIdalta, TGI, Tubular Solutions, Vertx Global, Workstrings, Weatherford, Wellbore, Welltec, WFR

| | | TOTAL |
|---|---|---|
| TOTAL | | 1045 |
| TOTAL OVER \$ | | 1895 |

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE: 3060-45
S. Buller
-5-1-20

Began Katmai AFE on April 8th.

TOTAL BILLABLE \$ 265300

**Exhibit 2 - 101**

EXHIBIT 2

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ⊘ Erin Dorset

ⓘ Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

↩ Reply    ↩ Reply All    → Forward
Fri 5/14/2020 9:11 AM

Approved

Brian Rodgers | Resource Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

**Exhibit 2 - 102**

EXHIBIT 2



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

---

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10589602  DATED:6/18/2020 | $ | 3,605.04 |
| ACUMENINTERNATIONAL<br>INVOICE#1026793 DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |

AMOUNT DUE:  $  3,890.29

Rig Manager's Approval:

---

REMIT ACH PAYMENTS TO:
eneficiary:  Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:   WFBIUS6S
3A #121000248
ccount # 4669481673

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250.10417.4202.110 |

ED

EXHIBIT
2

Exhibit 2 - 103

Document References
Invoice: 10589602
Invoice Date: 2020-06-18
Due Date: 2020-08-17

Internal References
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00986726

Customer Ref ID:
Supplier Ref ID:
Rig ID      : 4202
Creation Date: 2020-06-19

Bill From:
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
Due Date: 2020-08-17
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:        NATIONAL OILWELL VARCO, L.P.
                 SUPPORT SERVICES
                 P. O. BOX 201202
                 DALLAS, TX 75320-1202
                 USA

Beneficiary Bank:
Beneficiary Branch:
Account Number:   4496880154

EXHIBIT
2

Exhibit 2 - 104

# Valaris

Business Unit: 10013 OPEN
Req ID: 0000235769
Date: 05/19/2020
Page: 1

**Attention: WAREHOUSE**

REQ Type    Supply

| | | | Valaris Field Requisition | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**PURCHASING USE ONLY**

| ITEM | QTY | GL/ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154865 | EA | DIES HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO: EAR99        HTS NO:8431438010        UNSPSC NO:

NATIONAL OILWELL VARCO QUOTER# 1609931

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

**Total Requisition Amount:**    3,605.04

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

*Act Code # 7060 - 15*

*5/19/20*

| | List all Field ETRR No. by Item | | PURCHASING ONLY FR NO: 0000235769 |
|---|---|---|---|

RIG MGR / OPERATIONS MGR    DATE
R4202      05/19/2020
OIM    DATE

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

_____ Operator (Print)

_____ Rep Signature

_____ Rep Name (Print)

NOTE: Any additions or deletions must be initialed

BUYER       DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____      DATE FAXED: _____

EXHIBIT 2

Exhibit 2 - 105

 **Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400 PHONE
(337) 365-2545 NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

# Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | |
|---|---|---|---|
| Cust Contact: | ERNESTINE CASTILLO | | |
| Customer eMail | tina.castillo@valaris.com | Date Printed | 04/13/2020 |
| Ultimate Dest | United States,Intl Waters | Quote Date | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Freight Terms | Quote Exp Date 05/28/2020 |
| Quoted by | Pringle, Jenny S. | Payment Terms NET 45 FROM INVOICE DATE | |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Shipping Terms FREE CARRIER | |
| Branch | | Carrier ENSCO MOULIN CONSOL | |

## Details

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |
| | DIES GRIT FACE | | | | | | |
| | Stocking Line: MTS | | | | | | |
| | Country of Origin: NORWAY | | | | | | |
| | Unit Weight: 0.16 LB    Total Weight: 3.91 LB | | | | | | |
| | Harmonized Tariff Schedule Code: 8431390050 | | | | | | |
| | Export Control Classification Number: US-EAR99 | | | | | | |

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

Sub-Total      $3,605.04

**Total Sales Quote Acknowledgement 1609931 Rev 1:**      $3,605.04

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the Buyer's
sole risk and without recourse to NOV. The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |
|---|---|---|

EXHIBIT 2

**Exhibit 2 - 106**

# Acumen International

EIN: 76-0270480

## INVOICE

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050    Fax 713-896-0122
www.Acumen.us.com

| DATE | P O NUMBER |
|------|------------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|-----------------|-----------|-------|-----|----------|------------|-------------|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|------|-----|-----|-------------|-----------|--------|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due USD** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

EXHIBIT
2

**Exhibit 2 - 107**

# Valaris

Ship To:    ROWAN RESOLUTE (VALARIS RESOLUTE)
            620 MOULIN ROAD
            BROUSSARD LA 70518
            USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    1

Attention: DRILL CREW / TOOLPUSHER

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|---------------------|--|--|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99        HTS NO:8481809050        UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T,NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99        HTS NO: 9026200000        UNSPSC NO:

This item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:    0000236183 |
| OIM | DATE | | | |

RIG MGR / OPERATIONS MGR    DATE

NOTE: Any additions or deletions must be initialed

Operator (Print)

Rep Signature

Rep Name (Print)

BUYER        DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____   DATE FAXED: _____

EXHIBIT
2

**Exhibit 2 - 108**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |

Business Unit: 10013    OPEN
Req ID: 0000236183
Date: 06/03/2020
Page    2

Attention: DRILL CREW / TOOLPUSHER

REQ Type    Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8413919520          UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8479899698          UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL. DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000236183 |
| OIM | DATE | | | |
| _[signature]_ | 6/5/2 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED:_____

EXHIBIT
2

**Exhibit 2 - 109**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|---------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |

Available Sustitutes    Item Desc :

ECCN NO: EAR99                HTS NO:9026200000                UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 55- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                HTS NO:                UNSPSC NO:

Total Requisition Amount:        4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 |
|-------|-----------|---|---|---|
| OIM | DATE | | | |
| Line Item Exempt : | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | 6/5/20 DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

AFE:     FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:    580047

Acct Code # 3060-15
Clayton Mangin

EXHIBIT 2

Exhibit 2 - 110



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

MATTCO
INVOICE#58061 - DATED:06/10/2020                            $          4,150.11

Handling Charges @ 5%(601)                                  $            207.51

AMOUNT DUE:    $          4,357.62

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:   WFBIUS6S
BA #121000248
ccount # 4669481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$   (4,150.11) 024000.10417.4202.110
$     (207.51) 810510.10417.4202.110
$   (4,150.11) 810650.10417.4202.110
$    4,150.11  919250.10417.4202.110

ED

EXHIBIT
2

**Exhibit 2 - 111**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE          1

INVOICE DATE    6/10/2020
INVOICE NO      58061

S O L D  T O
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P  T O
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT |  | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 |  |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

P.D. CHARGING VALVE 7,500 PSI
SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN

PO LINE ITEM: 1-1

| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
|------|------|------|------|----------|--------|

STABILIZER
SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN

PO LINE ITEM: 2-1

| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |
|------|------|------|------|------------|----------|

BLADDER (HNBR), 20 GAL. HYDROG. NITRILE
SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN

S/N: 3981, 3994

PO LINE ITEM: 3-1

EXHIBIT
2

**Exhibit 2 - 112**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 2 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

S O L D
T O

E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P
T O

000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

**TOTAL DUE** 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |

EXHIBIT 2

TOTAL DUE 4,150.11

**Exhibit 2 - 113**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013    OPEN
Req ID: 0000236183
Date: 06/03/2020
Page   1

Attention: DRILL CREW / TOOLPUSHER

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,7500 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8481809050          UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:9026200000          UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:  0000236183 | |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT 2

**Exhibit 2 - 114**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    2

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

| | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCY Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99              HTS NO:8413919520              UNSPSC NO:

| 4 | 2 | 024000 6690 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99              HTS NO:8479699898              UNSPSC NO:

| 5 | 1 | 024000 6488 | EA | GAUGE,MATTCO,6488,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| _(signature)_    _6/5/2_ | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Name (Print) | | BUYER              DATE |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____  DATE FAXED:_____

EXHIBIT
2

**Exhibit 2 - 115**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 09/03/2020
Page   3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type   Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO: 9026200000              UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 16.00 108.00 | 56- 56-MUD PUM | C | | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:          HTS NO:              UNSPSC NO:

Total Requisition Amount:          4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 |
| OIM | DATE | | | |
| Line Item Exempt : | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | 6/5/20 DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

AFE:        FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer: K.Dufrene
Routing #:    580047

Acct Code # 3060-15
Clayton Mangin

EXHIBIT
2

**Exhibit 2 - 116**

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

## First MORTGAGOR

FIELDWOOD ENERGY LLC

## First MORTGAGEE

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE

**Inst Number :** 1298859

**Type of Document :** STATEMENT CLAIM

**Book :** 2056     **Page :** 519

**Recording Pages :**        54

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 11:27:51AM

Certified On : 07/16/2020

Doc ID - 033534580054

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 11:27:51
Recorded in Book  2056   Page   519
File Number    1298859

Deputy Clerk

**Exhibit 2 - 117**

EXHIBIT
3

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

### First MORTGAGOR

FIELDWOOD ENERGY LLC

### First MORTGAGEE

ATLANTIC MARITIME SERVICES LLC

| | | | |
|---|---|---|---|
| **Index Type :** MORTGAGE | | **Inst Number :** 1298859 | |
| **Type of Document :** STATEMENT CLAIM | | | |
| **Recording Pages :** 54 | | **Book :** 2056 | **Page :** 519 |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 11:27:51AM



Deputy Clerk

Doc ID - 033534580054

EXHIBIT 3

Exhibit 2 - 118

Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

> Atlantic Maritime Services LLC
> 5847 San Felipe, Suite 3300
> Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

> Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

> Fieldwood Energy LLC
> 2000 W. Sam Houston Parkway South, Suite 1200
> Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

<div align="center">1</div>

Exhibit 2 - 119

EXHIBIT
3

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Exhibit 2 - 120

EXHIBIT
3

Date: July _15_, 2020     **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R. MORGANFLUZ
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15ᵗʰ day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4|19|2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

Exhibit 2 - 121

EXHIBIT
3



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2006256 |
| INVOICE DATE: | 6/8/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:  $   678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells,Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
(678,333.33)  10417- 110-4202-810101
       -      . 10417- 110-4202-810102
       -       . 10417- 110-4202-810110
       -       . 10417- 110-4202-810103
              10417- 110-4202-810104

       ED

EXHIBIT
3

**Exhibit 2 - 122**

FIELDWOOD
Resolute

R2I2 Billing worksheet_2020 - June 2020

WELL NAME / LOCATION: APE     G.C. 40 #1 COMPLETION
FW202002

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $101,300 | FORCE MAJEURE $185,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

Exhibit 2 - 123

EXHIBIT
3

# Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K Dufrene
Routing #: 580047

| Date | Day Rate (USD) | | OPERATING HOURS | | | | | REPAIR/DOWN | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | 24.00 | 96.00 | 8.00 | 39.00 | 8.00 | 63.00 | | | |
| 6/2/2020 | 24.00 | | | | | | 24.00 | 96.00 | 8.00 | 18.00 | 8.00 | 58.00 | | | |
| 6/3/2020 | 24.00 | | | | | | 24.00 | 96.00 | 7.00 | 26.00 | 10.00 | 65.00 | | | |
| 6/4/2020 | 16.00 | | | | | | 16.00 | 95.00 | 5.00 | 16.00 | 9.00 | 59.00 | | | |
| TOTALS | 88.00 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 10.00% | 345.00 | 28.00 | 76.00 | 36.00 | 345.00 | | | |

Total Billable for the Month:   $   678,333.33

100%/Day   $  200.00
145/Day MPD   $  145,000.00
Lost/Reduced 100%/Day MPD   $  200,000.00
Lost/Reduced 100%/Day   $  200,000.00
100%/hr MPD   $  8,333.33
100%/hr   $  7,708.33
68$/hr   $  2,916.67
150$/hr MPD   $  6,666.67
150$/hr   $  6,250.00

OIM Routing (Print): Robert Day
OIM Routing (Signature): [signature]   Date: 6-05-8020

Rig Manager (Print):   Rig Manager (Signature):   Date:

DS-16 Routing (Print):   DS-16 Routing (Signature): [signature]   Date: 6-5-2020

Reviewed Client Representative (Print):   Reviewed Client Representative (Signature): [signature] Reims   Date: 6-5-2060

Reviewed Drilling Supt. (Signature):   Date:

Reviewed Drilling Supt.:

Acct Code # 3060-15
[signatures]   6-9-20

Exhibit 2 - 124

EXHIBIT
3

**Exhibit 2 - 125**

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month: June 2020
Contract #: OC4-27778
Customer: Helmerich
Well Name: G.C. 427 #1 Completion, Katmai

Cost Center:
ARE Number: FW 202202
Work Order:
Purchase Order:

| DATE | DPR 724.100%, | STDY 750 @ 90% | DPR SERVICES 700, 125/hour allowance per month > Overwhile 0 rate | DPR SERVICES 700, 100/hour allowance per month > Overwhether 0 rate | FORCE MAJEURE 700 @ 90% | In-hole Subsea 100/hr SH 1 85% 07% | No-p/w earned: All repeat rate in 4 percent of monthly subsea hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR | (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 15.00 | | 8.00 | 61.00 | | | | | Shut-in for build-up. Displaced LCS w/12.6Cacl2. |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 13.00 | | 8.00 | 59.00 | | | | | Set strings (RA) on SL and test to 15k psi. R/Down LPS and RTLJ. LPJ riser ULV. R/D w/RTC, w/circ p flush flurr. Circ. R/D w/well rinsk seas. |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 13.00 | | 10.00 | 61.00 | | | | | TIH w/p11 (3 w/spot. Section riser to 2in. R/Down w/RTC RE. P/U for Riser. Unlatch BOP. Slow Testperm ring. Pu Down slim hours & lower tools. |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 13.00 | | 10.00 | 58.00 | | | | | Pull Riser/BOP. Jet BOP's Stab BOP up to Port with lock. Transit Rig W/GC 43 to KATMAI. |
| **TOTALS** | **88.00** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 384.00 | 28.00 | 70.00 | | 35.00 | 240.00 | | | | | |
| | **[____]** | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | | |

| | | Total Billable for |
|---|---|---|
| 100%/Day | $ 630,913.52 | the Month: $ 678,332.33 |
| 100%/Day | $ 200,000.00 | |
| In-hole/Subsea 100 / Day 100% | $ 200,000.00 | |
| In-hole/Subsea 100%/Day | $ 185,000.00 | |
| 100%/hr MPD | $ 8,333.33 | |
| 100%/hr | $ 7,708.33 | |
| 90%/hr | $ 7,634.17 | |
| 50%/hr MPD, 10%/hr MPD | $ 4,166.67 | |

DS-16 Rotating Supt.:

DS-16 Rotating Supt. Signature:

DS-16 Rotating Supt. Signature:                                    Fieldwood Client Representative:

Date:                                                                      Fieldwood Client Representative Signature:

Rig Manager: __Dinny Sharry__                                      Date:

Rig Manager Signature: [signature]                               Fieldwood Drilling Supt.:

                                                                          Fieldwood Drilling Supt. Signature:

Date: 06-07-2020                                                      Date:

**EXHIBIT 3**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2006264 |
| INVOICE DATE: | 6/1/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $   6,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

| Coding: BU10079 | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

EXHIBIT
3

Exhibit 2 - 126

Exhibit 2 - 127

FIELDWOOD
Resolute

R202 Billing worksheet_2020 - May 2020

WELL NAME/LOCATION: APE

G.C. 40 #1 COMPLETION
FW020002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $191,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.84 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT
3

Valaris DS-16 MONTHLY BILLING SUMMARY

EXHIBIT
3

Exhibit 2 - 128

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047
ACCT CODE 3060-15

Reviewed Client Representative:

Date: 6-01-2020

Robert Ray

AccT Engineer Signature

Sean Rains

Exhibit 2 - 129

EXHIBIT 3

Exhibit 2 - 130

## Valaris DS-16 MONTHLY BILLING SUMMARY

| DATE | OPR 704 100% | STEP 705 SP 85% | RIG SUNRAC/706 (12 hour allowances per month) thereafter 0 rate | RIG SUNRAC/706 (24 hour allowances per month) thereafter 0 rate | PRINCE MAZEINE 707 @ 90% | Holiday Subsea Equip 003 @70% | No rate earned All rate to earned monthly allotted future. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | [see legend below] | [see legend below] | [see legend below] | CREW SHORTAGES [see legend below] | Comment (required for any row other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 3.00 | 67.00 | | | | | Attempt to Trip Running drillg, rig down BHA, R/D and L/D liner head, R/D and L/D Cr tool, change out liner jacks to other fill up P/D etc | 157.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 68.00 | | | | | Attempt to line string, R/U BHA spin RIH and Reentrs isolation Sheer POOH, R/D Cook Line R/U & Hydrat | 153.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | | Run and set Mid Open Sleeve and POOH, M/U 15 stn prep and RIH, POOH seat M/U line setter and RIH and POOH, set M/U OBG | 151.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | | Install M/U Hanger 70/70 Drilling seats 70/70 POOH, rig up and engage ISIS setting Equip / Prep and POOH | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 55.00 | | | | | M/U 70 Drilling tool and RIH seat, Install Open Sleeve and POOH, M/U Frac spin drillg and RIH cut helper tool and POOH R/D Cr line, POOH w/ Overshot M/U Fishing Assy and RIH top cut isolation sleeve | 188.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 95.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | | Attempt to free fish w/overshot, release from fish perform pipe jarring procedures and M/U Cr line drops in seat at crown POOH 70 w/ Assy and L/D Cr line find with Csnrm and other Riper | 188.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | | Import out some jumars, POOH and reverse cm 34.5 jmp Drillz 70/70 seat zero tool R/U w/OBG set and POOH seat some stnd | 154.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | | Test POOH and Chdlaw manifold, R/U test MBP w/ test Assy, M/U Helping equip and line seat test POOH M/U seat sleeve and L/D fish R/U line seat Frozez Run seat POOH | 148.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | | M/U 70 DGE change out screen blast M/U prepare test ATEAS seal RIH, Gut tubing, Take over seat 70/70 crack POOH w/lo Zone 1st 70/70 seal kit M/U stand R ATEA seat line RIH M/U ATEA Seal finsz and continue M/U 70/70 Tech seal M/U ATEA M/U M/U lip at D/o 5/10 to R/ltest seat 1st 70/70 7 | 142.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | | M/U time M/U screen R/U 70/70 Gene POOH, and RIH seat back w TEAS POOH seat M/U 7 seat, recover seal damp and continue Run line w/ 3 R/U S/T mll stns RU A/TEA M/U Subsf seal 70/70 seats | 150.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 19.00 | 3.00 | 46.00 | | | | | Screen line M/U screen, pic for stability POOH and RIH seat back w TEAS POOH seat M/U 7 RIH and RIH to fish | 144.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | | Continue M/U POOH 3 w/ 3 release magnets, step seat BHA, set Jack, RIH seat BHA, POOH and clean magnets Inner at set 130, Perf and set 15 bs! finsh seat rotate to mud beehead seat and POOH | 146.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | Continue to POOH and Inspect drill, Prepare max fishing tools and Run and well, Replace hose seat AT, POOH and spin drillg and RIH | 144.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | POOH, M/U POOH. RIH and Inserat POOH, 20 well override seal, Run Jarrlg magn etics, POOH, POOH, Poor seat POOH, RIH w pro Assy Run Jarrlg seat POOH | 144.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | | POOH Close and inspect cgll, M/U cut out 17 Line Hang BPV and M/U POOH seat Regent and, RIH seat M/U, POOH Inspect mill, M/U overshot and RIH, Pull fish at Rig surface | 145.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | | Run Overshot RIH engage fish and release, 12 torque fish, M/U POOH and line RIH w/ sequence r POOH w/REUS POOH, M/U 3 fixture fish seat POOH | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 66.00 | | | | | Work Valaris seat POOH, Recover Control line ?lbs, M/U Overshot seat RIH, M/U ATEAS and RIH w/ Camera POOH Recorfigure n ATEAS, Latch into fish 70/70 Line RIH w/70, POOH and R/D Line | 183.00 |
| 5/18/2020 | 20.30 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | | R/D line RIH w/ 70g seat R U perform, POOH, Csm a 70 cable heat, BPV and lng walk cutter R/U Crog POOH seat POOH, seat M/U seat, R/D BPV seat and Recover sub POOH, RIH line seat m/U 7 sub seat POOH w/1,25 | 184.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | | RIH w/ mechanical pipe setter, Continue set depth & run Orlg POOH & R/D Gene, POOH w/ work stifter & 12 POF of fish | 248.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | Continue POOH w/ 12 POF & & half of fish (seat fin, cannot fish, Clinser) | 195.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 48.00 | | | | | POOH RIH with P of RIH DGE equipment, RIH w/ 70/70 Gene Cleanout, Jar & Revention POOH, R/U POOH seat & tare. | 195.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | R/U POF test seat w/ R/u fss BPV seat on RIH, Test BPV & & BPV, Cr manifold & surface equipment. | 197.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | Continue testing Cr manifold & 7/28 well on valve, POOH with BPV test seat RIH w/ WBCG, Clinsup every 1,000' as per procedure Work over POF. POOH w/WBCG | 196.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | | POOH with WBCG tape & L/D, Run w/ mechanical Recorder seat & line to 20,660 / seat reverse, team & latch, Test at 1,500 psi. Recover from Orlg area, Seat Packer fluid, Bang Mat, Tark, Resolver & search POOH with seat equip | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | | Run Packer fluid, and test 30 at stn, POOH with feedthrough, RIH with feedthrough seat BP. Stnd seats WBRT, Recover link & POOH, Slic & Cr LST of Crell line, R/U Cr con connection testing P/U LST Feed Flng | 197.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 18.00 | 11.00 | 74.00 | | | | | M/U Drill P/ CRW assembly and Production packer. Symmount & test Test POF mark P/U assy & seat | 200.00 |

Exhibit 2 - 131

EXHIBIT
3

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | - | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | 200.00 |
| 5/28/2020 | 24.00 | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | 199.00 |
| 5/29/2020 | 24.00 | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | 169.00 |
| 5/30/2020 | 24.00 | - | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | 196.00 |
| 5/31/2020 | 24.00 | | | - | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 38.00 | 188.00 |

| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 223.00 | 533.00 | 171.00 | 1788.00 | 0.95 |

Total Billable for
the Month: $ 5,735,000.00

Fieldwood Client Representative:

Fieldwood Client Representative Signature:

Date:

Rig Manager: _Dinny Sharry_ Fieldwood Drilling Supt:

Rig Manager Signature: Fieldwood Drilling Supt. Signature:

Date: Date:



# VALARIS

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## <u>TO WHOM IT MAY CONCERN</u>

### SUBJECT: Delegation of Authority

I, **Brian Rodgers,** confirm that <u>**Dinny Sharry**</u> (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

<u>**Dinny**</u> will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___ //s// Brian Rodgers ___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___ //s// Dinny Sharry ___

EXHIBIT
3

**Exhibit 2 - 132**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2008255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.00 |

AMOUNT DUE: $ 270,900.00

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | | |
|---|---|---|
| $ | (270,900.00) | 810620.10417.4202.110 |
| $ | (78,092.58) | 912812.10417.4202.110 |
| $ | 78,092.58 | 919220.10417.4202.110 |
| | ($19,115.40) | 912814.10417.4202.110 |
| | $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT
3

**Exhibit 2 - 133**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May, 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

**Row labels (Group):**
- NOV
- NSI Fracturing
- OCEANEERING
- OES
- Oilstates
- Oilstates
- One Subsea
- OFI (Oil Field Instr.)
- OGEC
- One Surface
- OTC
- PRKI
- Professional Rental Tools
- Premium
- Precision Rental
- Prenium
- Petrolink
- Petrolink
- Pinnacle
- PH Helicopters
- Pharmasate
- OPS
- Quality Energy
- PRKI
- RPS Group Inc.
- ProNet
- Roc Chem
- Ros Net
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Energy
- Superior Perf
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TSI
- Tubular Solutions
- Vers Global
- Weatherford
- Workshrings
- Welltec
- Welltec
- WPR
- TOTAL
- TOTAL OVER CONTRACT

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

ACCT. CODE  3060 - 45

TOTAL BILLABLE $
TOTAL:

EXHIBIT 3

Exhibit 2 - 134

Company Man APPROVAL:

OIM APPROVAL:

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020  Well Name: Katmai, AFE: FW202000C  Routing#580047

| Group | Date |
|---|---|
| ABS LTD | |
| ABS | |
| Ampol | |
| Airgas | |
| Aker | |
| Aqua Tech | |
| Automated Production | |
| Archer | |
| Baileys | |
| Baker Hughes | |
| Bedrock Petroleum | |
| BHDGX | |
| BlackHawk | |
| BSEE | |
| Bugwara | |
| Burner Fire Control | |
| Cajun Cutters | |
| Cameron | |
| Cetco | |
| ChampionX | |
| Clariant | |
| Cliquest | |
| Cevins | |
| CoreLab | |
| Danos | |
| Deep Sea DS | |
| DGO | |
| Diversified | |
| Dril-Quip | |
| Dynamic Industries | |
| Ecosery | |
| Elite Comm | |
| EPS | |
| EVO | |
| Expro | |
| FDF Pipe Washing | |
| Fleetwood | |
| FMC | |
| FRANKS INTL | |
| Fugro | |
| GAIA | |
| GE Oil & Gas | |
| GSI | |
| Gulfstream | |
| HALLIBURTON /Sperry | |
| Hydrocarbon | |
| Impact Selector | |
| Innewell | |
| Lloyds Register | |
| MAKO | |
| Master Flo | |
| MI Swaco | |
| MISTRAS Group | |
| NALCO | |
| Newpark | |

C:\Users\...\2020\Desktop\May 2020 3rd Party Back Illustrator

Exhibit 2 - 135

EXHIBIT 3

Case 20-33948-dc-03099ent D360m Filed-8 TXSB on 05/29/2 Page 20 2355 of 526

EXHIBIT
3

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

**Group / Date** (row labels, rotated table):

NOV, NSI Fracturing, OCEANEERING, OES, Oilsates, One Subsea, OFI (Oil Field Instr), OGEC, One Surface, OTC, Pharmasafe, PHI Helicopters, Pinnacle, Petrolink, Precision Rental, Premium, Protechnics, Professional Rental Tools, PKI, Quality Energy, QPS, Rig Chem, RigNet, RPS Group Inc., Schlumberger, Scientific Drilling, SCS, Subsea Partners LLC, Subsea Solutions, Sunbelt, Superior, Superior Energy, Superior Perf., Southern Fab, Teledyne, TEMS, Tetra, TIW, Total Safety, Tristate, TSI, Tubular Solutions, Vers Global, Workstrings, Weatherford, Wellbore, Welltec, WFR, TOTAL, TOTAL, TOTAL OVER CONTRACT

TOTAL BILLABLE $

TOTAL: 1935    1997

AFE:       FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer:  K.Dufrene
Routing #: 580047

ACCT. CODE 3060 - 45

Company Man APPROVAL:

R Dillon 5-31-2020

OIM APPROVAL:

C:\Users\cvidos\2020\Desktop\May 2020 3rd Party Back up2020.xlsx

Exhibit 2 - 136

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020  Well Name: Kamal,  AFE#: FW202002,  Routing#580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amool | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | 1 | 2 | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Drill-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 8 | 8 | 8 | 8 | 8 | 8 |
| Fieldwood | | 9 | 10 | 10 | 10 | 11 | | 6 | 4 | 5 | 5 | 6 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALIBURTON /Sperry | | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAXO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\ou\[...]\Third Party Bunk Meals.xlsx

EXHIBIT 3

Exhibit 2 - 137



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___//s// Dinny Sharry___

EXHIBIT
3

**Exhibit 2 - 138**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: __FW202002__

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545 DATED:5/06/2020     $     6,500.00

Handling Charges @ 5%(601)     $     325.00

**AMOUNT DUE:**   **$**     **6,825.00**

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

| | | |
|---|---|---|
| $ | (6,500.00) | 024000.10417.4202.110 |
| $ | (325.00) | 810510.10417.4202.110 |
| $ | (6,500.00) | 810650.10417.4202.110 |
| $ | 6,500.00 | 919250.10417.4202.110 |

ED

EXHIBIT
3

Exhibit 2 - 139



**HOOVER FERGUSON**

# Sales Invoice

Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-02545 |
| Invoice Date: | 5/6/2020 |

Bill
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | | |
|---|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 | |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 | |
| P.O. Date | 4/30/2020 | Pay Terms | | |
| Sales Order No. | SO-02090 | Rig No. | | |
| SalesPerson | Sally Roberts | Well Name | | |
| Freight Terms | DEL | OSCG No. | | |
| Ship Via | HVTL | | | |

| Item/Description | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | | |
|---|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | | Invoice Discount: | 0.00 |
| | | | Total Sales Tax: | 0.00 |
| | | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

EXHIBIT 3

**Exhibit 2 - 140**



# Picking List by Order

**HOOVER FERGUSON**

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship

From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold

To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship

To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

Rahkell

EXHIBIT
3

**Exhibit 2 - 141**



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship

From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold

To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship

To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| Terms: | | | Customer PO: | 10013-0000457578 |
|---|---|---|---|---|
| Shipping Agent: | HVTL | | Customer No: | 206081 |
| Ship Via: | Delivered by Hoover | | Shipment Date: | 4/30/2020 |
| | | | Inside Salesperson: | Sally Roberts |
| | | | Outside Salesperson: | Lauren Macias |

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT 3

Exhibit 2 - 142

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000235125
Date: 04/22/2020
Page    1

Attention: MARINE / BARGE SUPERVISOR

REQ Type    Supply

| ITEM | QTY | O/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
|      |     |                  |     |             |      |              |             | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99              HTS NO:3923210000

UNSPSC NO:

Total Requisition Amount:      6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235125 | |
|-------|------------|---|---|---|---|
| OIM | DATE | FWF Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | 1/05/20 DATE | Jama Bidler Rep Signature | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | Larne Butler Rep Name (Print) | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmal
Engineer: K.Dufrene
Routing #:    580047

ACC. CODE: 3060-15

L. Bidler 4-22-2020

EXHIBIT 3

**Exhibit 2 - 143**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
           620 MOULIN ROAD
           BROUSSARD LA 70518
           USA

| Valaris
Field
Requisition |
|---|

Business Unit: 10013   OPEN
Req ID: 0000235125
Date: 04/22/2020
Page   1

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type     Supply

| | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500,LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99           HTS NO:3923210000          UNSPSC NO:

Total Requisition Amount:          6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY FR NO:   0000235125 | |
|---|---|---|---|---|---|---|
| O/M | DATE | F.W.E. Operator (Print) | | | | |
| *[signature]* | 4/25/20 | *[signature]* Rep Signature | | | | |
| RIG MGR / OPERATIONS MGR | DATE | Larrie Butler Rep Name (Print) | | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:  _____   NO: _____     DATE FAXED: _____

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

ACC. CODE: 3060-15
L. Butler 4-22-2020

| EXHIBIT 3 |
|---|

**Exhibit 2 - 144**



## VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| NOV | | |
| INVOICE#10582045 DATED:4/29/2020 | $ | 3,605.04 |
| | | |
| MARTIN ENERGY SERVICES | | |
| INVOICE#729968 DATED:4/23/2020 | $ | 4,750.00 |
| | | |
| Handling Charges @ 5%(601) | $ | 417.75 |
| | | |
| **AMOUNT DUE:** | **$** | **8,772.79** |

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250.10417.4202.110 |

ED

EXHIBIT
3

**Exhibit 2 - 145**

Document References
Invoice: 10582045
Invoice Date: 2020-04-29
Due Date: 2020-06-28

Internal References
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00982593

Customer Ref ID:
Supplier Ref ID:
Rig ID       : 4202
Creation Date: 2020-04-30

Bill From:
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

## Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+7I,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

Beneficiary Bank:
Beneficiary Branch:
Account Number:

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

4496880154

Exhibit 2 - 146

EXHIBIT
3

Valaris

Valaris
Field
Requisition

Business Unit: 10015   OPEN
Req ID: 000020234592
Rev: DW 20600

Attention: WAREHOUSE

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | DESCRIPTION | UOM | COST | AFE CATEGORY | MAS RATING | PRICE | VENDOR/LOCATION SHIP/SELL TO | PO NO |

AFE:      FW202002
Lease:   GC 40 #1
Project:  Kalmai
Engineer: K.DuBose
Routing #:   580047

Cost Code 3060-15
L. Butler 4-13-20

EXHIBIT
3

Exhibit 2 - 147

# Valaris

Business Unit: 10013  APPROVED
Req ID: 30000234902
Date: 04/13/2020
Page: 1

**Valaris Field Requisition**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Attention: WAREHOUSE**

REQ Type    Supply

Exhibit 2 - 148

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes       Item Desc :

ECCN NO: EAR99       HTS NO:8431438010       UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

**Total Requisition Amount:**       3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W442C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

| R4202 | 04/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000234902 |
|-------|-----------|---|---|---|---|
| OIM | DATE | | | | |

Operator (Print)

Rep Signature

Rep Name (Print)

RIG MGR / OPERATIONS MGR       DATE

OIM Any additions or deletions
must be initialed

BUYER       DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____       DATE FAXED: _____

EXHIBIT
3



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

**MARTIN ENERGY SERVICES**

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-862-8307

Ship To:  C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To:  ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |
| | | | | | | |
| | | | | | | |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4238938 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**  - CONTINUED -

MESSAGES

PAYMENT REMITTANCE

C
H   MARTIN ENERGY SERVICES LLC
E   Martin Energy Services LLC
C   PO Box 95363
K   Grapevine, TX 76099-9733

W   Regions Bank
I   Account # 0114820625
R   ABA # 062005690
E   ACH # 111900785
    Swift Code: UPNBUS44

EXHIBIT
3

Exhibit 2 - 149



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436625 | 12015090 |

## MARTIN ENERGY SERVICES

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984635-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,93169-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97836-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** **$4,750.00**

## MESSAGES

## PAYMENT REMITTANCE

C H E C K
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

W I R E
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v9/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

EXHIBIT 3

**Exhibit 2 - 150**

DOC. CONTROL #    0420202020573d

Case 20-33948-d0c3099 Document 3080-3 Filed in TXSB on 01/03/22 Page 246 of 526

# Valaris

#436525

**Purchase Order**    Page 1

Dispatch via E-Mail



10D13-0000457235

| BUYER/BILL TO: | PO NUMBER | 10D13-0000457235 |
|---|---|---|
| ENSCO Incorporated | PO DATE | 04/20/2020 |
| in care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202- RESOLUTE |
| P.O. Box 570788 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0788 | REVISION NO. | |
| United States | REVISION DATE | |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830 | ROWAN RESOLUTE (VALARIS RESOLUTE) 620 MOULIN ROAD BROUSSARD LA 70518 United States PHONE: 337 83678500 | FREIGHT TERMS: CPT NOMINATED PLACE: |
| MARTIN ENERGY SERVICES LLC STACY BAGGETT PO BOX 96363 GRAPEVINE TX 76099-9733 United States PHONE: 337 785 3400 DISPATCH TO: mesoffshore@martinmlp.com | *CPort 2* *EC-200* *12209* | SUPPLIER SHIP METHOD: |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER: Ernestine Castillo | CURRENCY: USD | 1 - Hot Shot Immediate Urgent Air |
| EMAIL: tina.castillo@valaris.com | | 2 - Next Day/Regular Air |
| PHONE: 281/272-4043 | REQ TYPE: REN | 3 - Regular Scheduled/Regular Ocean |
| FAX: | REQ CLASS: OPERATOR EXP. | 4 - Other see notes in PO |

| Item Line Number / | Vendor Item ID | Description | Quantity UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 EA | 440.00 | 4,400.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:    ECCN No:    GL Acct Cd: 10417-024000-4202-110    AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| 2-1 | 8885604 | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 EA | 35.00 | 350.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:    ECCN No:    GL Acct Cd: 10417-024000-4202-110    AFE Cd:

Total PO Amount      4,750.00

**Buyer**

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 3

Exhibit 2 - 151

Case 20-33948 Document 1080-3 Filed in TXSB on 05/29/21 Page 247 of 526



# FUEL/YARD TICKET

NO 960061

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



JDE # 436525
Branch Plant 13015090

☐TRANSFER ☐REPACK ☒SALE ☐CO-USE

BILL TO: Enscolawan
CUSTOMER NO. 3430    DATE: 4-22-20

ORDERED BY Ernestine Castillo
PO NO./AFE: 10013-0000457235

PHONE NO. 281-242-4043
LEASE NO.

AREA/BLOCK GC-200    OCSG# 12209
WELL NO.

RIG/VESSEL Resolute Rio 202
TIME STARTED ___ AM/PM    TIME FINISHED ___ AM/PM    HOURS RT/OT

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | ROUSTABOUTS | TR#584046 | Sling# 100538-11 | | | |
| | CRANE | TR#212106 | Sling# 98435-13 | | | |
| | FORKLIFT | Manifut# 304152 | | | | |
| | EQUIPMENT OPERATOR | | | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496219 | | tote tank Sling | | 10 | 10 |
| | | TR#4305434 | Sling# 100737-21 | | |
| | | TR#223356 | Sling#98189-8 | | |
| | | TR#42319.36 | Sling# 97554-17 | | |
| | | TR#214119 | Sling# 100787-17 | | |
| | | TR#204836 | Sling# 98483-K | | |
| | | TR#174078 | Sling# 97836-4 | | |
| | | TR#227354 | Sling#98485-7 | | |
| | | TR#369632 | Sling# 100787-1 | | |

DRUMS DELIVERED    DRUMS RETURNED

GAUGING BEFORE / AFTER

WATER    METER READINGS: START | STOP | GALS.
TERMINAL ___ SUPPLIER ___ BOL # ___ METER TKT. # ___ TRUCK# ___ TRAILER # ___

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

MEDIA OF PAYMENT ☐CREDIT CARD ☐CHECK ☐CASH $___    INITIALS ___    TOTAL REC'D. $___

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mos/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954; Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4736

APPROVED BY: X _Cody Ledet_    _Michael Conner_
Customer Signature    Martin Energy Services Representative

X _BOL13628384_    4879-29207
Martin Driver Signature    Truck and Trailer No.

REV. 12/18
FORM NO. 3

Exhibit 2 - 152

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000234936
Date: 04/14/2020
Page 1

**Attention: ENGINEERING**

REQ Type Rental

| ITEM | QTY | G/L ACCY Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 383.57 3,835.70 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                HTS NO:                UNSPSC NO:

| 2 | 10 | 024000 8865604 | EA | RENTAL-SLING,MARTIN ENERGY,8865604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                HTS NO:                UNSPSC NO:

Total Requisition Amount:    4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000234936 |
|-------|------------|---|---|---|
| OIM | DATE | F W E Operator (Print) | | |

RIG MGR / OPERATIONS MGR    OIM 4/15/20 DATE
Lonne Butler Rep Signature
Larre Butler Rep Name (Print)

NOTE: Any additions or deletions must be initialed.

BUYER        DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____    DATE FAXED: _____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

Cost Code 3060-15
L. Butler 4-14-2020

EXHIBIT 3

**Exhibit 2 - 153**

Exhibit 2 - 154

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ● Bren Denet

↶ Reply   ↞ Reply All   → Forward   |···

Thu 5/14/2020 9:16 AM

⊕ Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430m | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT
3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

---

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

AMOUNT DUE:  $    265,300.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | |
|---|---|
| $  (265,300.00) | 810620.10417.4202.110 |
| $   (64,816.84) | 912812.10417.4202.110 |
| $    64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT
3

Exhibit 2 - 155

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002, Routing#580047

Began Katmai AFE on April 6th.

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amkol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Arcas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AXIS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ballers | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bercic | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSSL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | 2 | 2 | 2 | 2 | 2 | 2 | | | | | 2 | 2 | 1 | 1 | | 1 | 1 | 1 | 1 | 2 | 2 | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | 1 | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | |
| Choyest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Drill-Quip | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Econery | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | |
| EPB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Evora | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDF Pipe Washing | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | |
| Fishbrook | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMO | | | 7 | 7 | 7 | 7 | 7 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | | | | | | | | |
| FRANKS INTL | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | 8 | 8 | 8 | 16 | 10 | 4 | 5 | 7 | | 12 | 14 | 14 | 14 | 14 | 15 | 16 | 14 | 13 | 13 | | | | | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Libulro Redyfor | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 2 | 2 | | | | | | | | |
| M Boston | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | 1 | 1 | | | | | | | | | | |
| NOV | | | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | | | |
| OBS | | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | | |
| OFI (Oil Field Instr) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ODEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmsafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrobiz | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QGS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | 1 | 1 | 1 | 1 | | | | | | | | | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | |
| Rigtest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RRS Group Inc | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | 24 | 24 | 24 | 24 | 22 | 22 | 10 | 11 | | 12 | 13 | 13 | 13 | 13 | 13 | 19 | 19 | 19 | 19 | 19 | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SGS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Swivell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf | | | 1 | 1 | 1 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Telodyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | |
| TIW | | | | | | | | | | 8 | 8 | 6 | 6 | 6 | 6 | 5 | 5 | | | | | | | | | | | | | | |
| Total Safety | | | 2 | 2 | 2 | 2 | 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TGI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Varia Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 61 | 61 | 61 | 61 | 61 | 86 | | 57 | 74 | 76 | 73 | 77 | | 76 | 76 | 76 | 77 | 76 | 66 | | | | | | | | |
| TOTAL OVER | | | | 79 | 79 | 78 | 79 | 79 | 84 | 84 | 65 | 72 | 74 | 71 | 75 | 76 | 76 | 76 | 75 | 77 | 84 | 87 | 80 | | | | | | | | 1940 |

TOTAL: 1595
TOTAL BILLABLE: 265300

Exhibit 2 - 156

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE: 3060-45
S. Butler
5-1-20

EXHIBIT 3

RE: DS-16 April 2020 Catering and reimbursable invoices.

↩ Reply    ⇄ Reply All    → Forward    ⋯

Brian Rodgers
To ⦿ Erwin Durret
Thu 5/14/2020 3:16 AM

① Yesterday, Brian Rodgers May 14, 2020. Due by Thursday May 14, 2020.

Approved

Brian Rodgers | Resolutes Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@fwlaris.com

Exhibit 2 - 157

EXHIBIT
3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

**AFE #: FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES**

| | | |
|---|---|---|
| **NOV** | | |
| INVOICE#10589602 DATED:6/18/2020 | $ | 3,605.04 |
| | | |
| **ACUMENINTERNATIONAL** | | |
| INVOICE#1026793 DATED:6/12/2020 | $ | 100.00 |
| | | |
| Handling Charges @ 5%(601) | $ | 185.25 |

**AMOUNT DUE:** $ 3,890.29

**Rig Manager's Approval:**

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250.10417.4202.110 |

ED

EXHIBIT
3

**Exhibit 2 - 158**

| Document References | | Internal References | |
|---|---|---|---|
| Invoice: 10589602 | | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-06-18 | | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-08-17 | | Remit To: 0000000556 | Rig ID    : 4202 |
| | | Voucher: 00986726 | Creation Date: 2020-06-19 |

Bill From:                                          Bill To:
  NATIONAL OILWELL VARCO, L.P.                 ENSCO OFFSHORE COMPANY
  RIG SOLUTIONS SPARES                         in care of: ENSCO OFFSHORE COMPANY
  5212 HWY 90 WEST                             P.O. Box 570788
  NEW IBERIA, LA 70560                         HOUSTON, TX 77257-0788
  USA                                          USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
  Due Date: 2020-08-17                       Remit To:      NATIONAL OILWELL VARCO, L.P.
  Discount Amount:                                          SUPPORT SERVICES
  Bank From: WellsFargo/HOUSTON                             P. O. BOX 201202
  Payment Method: ACH                                       DALLAS, TX 75320-1202
                                                            USA
  Payment Currency: USD                      Beneficiary Bank:
  Terms: 60                                  Beneficiary Branch:
  Discount Due Date:                         Account Number:   4496880154

Exhibit 2 - 159

EXHIBIT
3

# Valaris

Business Unit:10013
Req ID:0000235769    OPEN
Date: 05/19/2020
Page 1

**Valaris Field Requisition**

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Attention: **WAREHOUSE**

REQ Type    Supply

| ITEM | QTY | GL/ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99    HTS NO:8431438010    UNSPSC NO:

NATIONAL OILWELL VARCO QUOTE# 1609931

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount:    3,605.04

AFE:    FW202002
Lease:    GC 40 #1
Project:    Katmai
Engineer:  K.Dufrene
Routing #:    580047

*Act Code # 7060 - 15*
*5/19/20*

**PURCHASING USE ONLY**

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

_____
Operator (Print)

_____
Rep Signature

_____
Rep Name (Print)

List all Field ETRR No. by Item

**PURCHASING ONLY FR NO:** 0000235769

| R4202 | 05/19/2020 | | BUYER | DATE |
|-------|------------|--|-------|------|
| OIM | DATE | | | |

RIG MGR / OPERATIONS MGR    DATE

NOTE: Any additions or deletions must be initiated

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____    NO: ____    DATE FAXED: ____

Exhibit 2 - 160

EXHIBIT 3

 **Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

Please reference this Quote Number on all correspondence.

# Sales Quote Acknowledgement

**Invoice To**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| Cust Contact | ERNESTINE CASTILLO | | |
|---|---|---|---|
| Customer eMail | tina.castillo@valaris.com | | Date Printed | 04/13/2020 |
| Ultimate Dest | United States,Intl Waters | | Quote Date | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Freight Terms | Quote Exp Date | 05/28/2020 |
| Quoted by | Pringle, Jenny S. | Payment Terms | NET 45 FROM INVOICE DATE |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Shipping Terms | FREE CARRIER |
| Branch | | Carrier | ENSCO MOULIN CONSOL |

## Details

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE

Stocking Line:   MTS

Country of Origin:  NORWAY

Unit Weight:  0.16  LB        Total Weight:  3.91  LB

Harmonized Tariff Schedule Code: 8431390050

Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

| | Sub-Total | $3,605.04 |
|---|---|---|

**Total Sales Quote Acknowledgement 1609931 Rev 1:**        **$3,605.04**

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the  Buyer's
sole risk and without recourse to NOV.  The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |
|---|---|---|

EXHIBIT
3

Exhibit 2 - 161

# Acumen International



EIN: 76-0270480

## INVOICE

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050    **Fax** 713-896-0122
**www.Acumen.us.com**

| DATE | P O NUMBER |
|------|-----------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

| | |
|---|---|
| **Total US** | $100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due USD** | $100.00 |

EXHIBIT
3

**Exhibit 2 - 162**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | | Valaris<br>Field<br>Requisition |
|---|---|---|

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page    1

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type          Supply

| ITEM | QTY | GL ACCT<br>Item ID | UOM | DESCRIPTION | COST | AFE<br>CATEGORY | CRIT.<br>RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000<br>6478 | EA | VALVE,MATTCO,6478,CHARGING,750<br>0 PSI,F20 GAL DISCHARGE<br>PULSATION DAMPENER | 159.50<br>319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99              HTS NO:8481809050                  UNSPSC NO:

| 2 | 1 | 024000<br>152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293<br>7,233.50 2,5 400BAR/ PSI G1/4B<br>L,0-400 BAR + 0-6000 PSI,T-NO.<br>REQUIRED,DIAL 63 MM,CONN<br>BSP,CONN SIZE 1/4<br>IN,CERTIFICATE OF CONFORMANCE<br>INCLUDED,(WIKA 50791141) | 46.95<br>46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99              HTS NO:9026200000                  UNSPSC NO:

This item is a designated Ensco Standard – No Subsitution Allowed

| R4202 | 06/03/2020 |
|---|---|
| OIM | DATE |

RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions
      must be initialed

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Fleid
ETRR No. by item

PURCHASING ONLY FR NO:   0000236183

BUYER                          DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

Exhibit 2 - 163

EXHIBIT
3

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013 OPEN
Req ID:0000238183
Date: 06/03/2020
Page 2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8413919520          UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8479899896          UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000238183 |
|-------|------------|---|---|---|
| OIM | DATE | Operator (Print) | | |
| _[signature]_ | _[signature]_ | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER     DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _____

EXHIBIT
3

**Exhibit 2 - 164**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris
Field
Requisition**

**Business Unit:** 10013    OPEN
**Req ID:** 0000238183
**Date:** 06/03/2020
**Page** 3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | PURCHASING USE ONLY VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|--------------------|-----|-------------|------|--------------|--------------|-------|---------------------------------------------------|--------|
| | | Available Sustitutes | | Item Desc : | | | | | | |
| | | ECCN NO: EAR99 | | HTS NO:9026200000 | | | UNSPSC NO: | | | |
| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56- 56-MUD PUM | C | | | |
| | | Line Item Exempt : N | | | | | | | | |
| | | Available Sustitutes | | Item Desc : | | | | | | |
| | | ECCN NO: | | HTS NO: | | | UNSPSC NO: | | | |

Total Requisition Amount:    4,266.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 OIM | 06/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:    0000238183 |
|-----------|-----------------|--------------------------------------------------------------------------------|----------------------------------|--------------------------------------|
| Line Item Exempt : | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR    6/5/20 DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER    DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____    DATE FAXED: ____

AFE:    FW202002
Lease:    GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

Acct Code# 3060-15
Clayton Thomsie

EXHIBIT 3

**Exhibit 2 - 165**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

**AFE #: FW202002**

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

**MATTCO**
**INVOICE#58061 - DATED:06/10/2020**                                    $          4,150.11

Handling Charges @ 5%(601)                                              $            207.51

AMOUNT DUE:  $          4,357.62

Rig Manager's Approval:

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$   (4,150.11) 024000.10417.4202.110
$     (207.51) 810510.10417.4202.110
$   (4,150.11) 810650.10417.4202.110
$    4,150.11  919250.10417.4202.110

ED

EXHIBIT
3

**Exhibit 2 - 166**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

S
O
L
D
T
O

E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S
H
I
P
T
O

000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

**TOTAL DUE** 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|---|---|---|---|---|
| NET 30 | 10013-0000458854 | | UPS | |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |
| P.D. CHARGING VALVE 7,500 PSI | | | | | |
| SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN | | | | | |
| PO LINE ITEM: 1-1 | | | | | |
| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
| STABILIZER | | | | | |
| SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN | | | | | |
| PO LINE ITEM: 2-1 | | | | | |
| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |
| BLADDER (HNBR), 20 GAL. HYDROG. NITRILE | | | | | |
| SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN | | | | | |
| S/N: 3981, 3994 | | | | | |
| PO LINE ITEM: 3-1 | | | | | |

EXHIBIT
3

**Exhibit 2 - 167**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 2 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

**S O L D T O**
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

**S H I P T O**
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |

TOTAL DUE    4,150.11

**Exhibit 2 - 168**

EXHIBIT
3

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit:10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    1

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PURCHASING USE ONLY | | | | |
| 1 | 2 | 024000 9478 | EA | VALVE,MATTCO,6478,CHARGING,7500 PSI,F20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99            HTS NO:8481809050            UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99            HTS NO:9026200000            UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000236183 |
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be Initialed | | Rep Name (Print) | | BUYER                        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

EXHIBIT
3

**Exhibit 2 - 169**

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
| --- |

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 08/03/2020
Page      2

Attention:  DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT
Item ID | UOM | DESCRIPTION | COST | AFE
CATEGORY | CRIT.
RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000
6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20
GAL DISCHARGE PULSATION
DAMPENER | 261.80
523.60 | 56 - 56-MUD PUMP | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99              HTS NO:8413919520              UNSPSC NO:

| 4 | 2 | 024000
6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU
NA,HYDROGENATED,F/20 GAL
DISCHARGE PULSATION DAMPENER | 1,575.00
3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99              HTS NO:8479899898              UNSPSC NO:

| 5 | 1 | 024000
6468 | EA | GAUGE,MATTCO,6468,10000
PSI,F/7600 PSI,F/20 GAL
DISCHARGE PULSATION DAENER | 148.50
148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above. | List all Field
ETRR No. by item | PURCHASING ONLY  FR NO:   0000236183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions
must be initialed | | Rep Name (Print) | | BUYER                    DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

EXHIBIT
3

**Exhibit 2 - 170**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type       Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | | |

Available Sustitutes      Item Desc :

ECCN NO: EAR99                    HTS NO: 9026200000                    UNSP8C NO:

| 6 | 6 | 024000 072270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-C2, P-109 | 18.00 108.00 | 56- 56-MUD PUM | C | | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount:          4,296.06

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO: | 0000236183 |
| OIM | DATE | | | | |
| Line Item Exempt: | | Operator (Print) | | | |
| | 6/5/20 | | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

Acct Code # 3060-15
Clayton Mangin

EXHIBIT
3

**Exhibit 2 - 171**

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

## First MORTGAGOR

FIELDWOOD ENERGY L L C

## First MORTGAGEE

ATLANTIC MARITIME SERVICES L L C

**Index Type :** MORTGAGES

**Type of Document :** LIEN

**File # :** 1606305

**Recording Pages :** 54

**Book :** 3165  **Page :** 405

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 12:35:03PM

Doc ID - 015064940054

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 12:35:03
Recorded in Book 3165 Page 405
File Number 1606305

*Monica LaBruyere*
Deputy Clerk

**Return To :** SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

EXHIBIT
4

Exhibit 2 - 172          Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 <u>et seq.</u>, as follows:

1) Name and Address of Claimant:

   Atlantic Maritime Services LLC
   5847 San Felipe, Suite 3300
   Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

   Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

   Fieldwood Energy LLC
   2000 W. Sam Houston Parkway South, Suite 1200
   Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT
4

Exhibit 2 - 173

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT
4

**Exhibit 2 - 174**

Date: July *15*, 2020  **ATLANTIC MARITIME SERVICES LLC,**
         a Delaware limited liability company

        By: _____
        Name: JASON R. MORGANELLI
        Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary Bar Roll No. 11589836
My Commission Expires: 4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

EXHIBIT
4

Exhibit 2 - 175



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 609-0377

# INVOICE

TO:  FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:    FWD2006266
INVOICE DATE:    6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM    45 DAYS

RIG:  Resolute - DS-16
WELL NUMBER:  G.C. 40 #1 COMPLETION.
LOCATION:  G.C. 40 #1 COMPLETION

AFE:  FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

|  | DAYRATE |  |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $  - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS |  |  |

Crew Shortage

AMOUNT DUE:    $    678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells,Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
(678,333.33)  10417- 110-4202-810101
-    10417- 110-4202-810102
-    10417- 110-4202-810110
-    10417- 110-4202-810103
10417- 110-4202-810104

ED

EXHIBIT
4

**Exhibit 2 - 176**

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resource
June 2020

**Exhibit 2 - 177**

WELL NAME / LOCATION: AFE

G.C. 40 #1 COMPLETION
FW020002

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,500 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,500 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

EXHIBIT
4

# Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

| DATE | DAY RATE (DOWN) | ... | | OPERATING (DOWN) | | FORCE MAJEURE (0% DAYRATE) | | TOTAL (HOURS) | TRAVEL | OPERATION | ... | OPERATOR TRAINING (FULL RATE) | ... | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 6.00 | 63.00 | | | |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 18.00 | 8.00 | 58.00 | | | |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 7.00 | 19.00 | 10.00 | 41.00 | | | |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 55.00 | 5.00 | 18.00 | 9.00 | 59.00 | | | |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 384.00 | 15.00 | 74.00 | 55.00 | 240.00 | | | | |
| | 0.40% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

Total Minutes for the Month: $ 674,213.55

Rig Manager Signature: Robert Ray    Date: 6-05-2020

Field and Client Representative Signature:    Date: 6-5-2020

Reinhard Drilling Supt. Signature:    Date:

Handwritten: Acct Code # 3060-15    6-5-20

EXHIBIT 4

Exhibit 2 - 178

Exhibit 2 - 179

EXHIBIT
4

## Valaris DS-16 MONTHLY BILLING SUMMARY

Cost Center:
AFE Number: PW 202202
Work Order:
Purchase Order:

| DATE | OPR 70+ 100% | OTHR 75% @ 98% | MPR SUBRATE 70%, 12% hour allowance per month (-thereafter 0 rate) | | OPERATING HOURS | | | No rate earned. All repair rate is: + excess of monthly allotted hours. | | TOTAL HOURS | Valaris | OPERATOR | HEADCOUNT | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MPR SUBRATE 70% (35 hour allowance per month/-thereafter 0 rate) | MPR MACHINE 70? @ 90% | Holiday Subrate Equiv. 90% @75% | | | | | | | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | (rate legend below) | (rate legend below) | (rate legend below) | |
| 6/1/2020 | 24.00 | | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Shackle for build up. Graphen LD+/LD+CxC2. Set screen plug on CL and test to 5k psi X Pump on 5? speed CCL LUT cube kVV PDM with LR, LR SPT, N/s mill @ 4 set? On, PDM with mill min. |
| 6/2/2020 | 24.00 | | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | |
| 6/3/2020 | 24.00 | | | | | | | | 24.00 | 97.00 | 7.00 | 18.00 | 10.00 | 61.00 | | | | Mill & set CL ant set. Gasline test to 5k. PDM with CCRT, N/s hw flow. Unlatch NCP. Slow 5 minrew ring. Renew drop hose, & bore tools. |
| 6/4/2020 | 15.00 | | | | | | | | 15.00 | 85.00 | 5.00 | 13.00 | 9.00 | 59.00 | | | | Pull Rotary/BOP, lat BOP's Shot BOP to Pon testback. Transit Rig V/SCbb to H/SML. |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 384.00 | 23.00 | 76.00 | 35.00 | 240.00 | | | | |
| | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

$ 174,211.11

| | RATE | $ |
|---|---|---|
| 100%/Day | $ | 195,000.00 |
| In hole/Subrate 100 / Day MPD | $ | 200,000.00 |
| In hole/Subrate 100%/Day | $ | 195,500.00 |
| 100%/hr MPD | $ | 8,333.33 |
| 100%/hr | $ | 7,708.33 |
| 90%/hr | $ | 7,504.17 |
| 90%/hr MPD | 90%/hr MPD | $ 8,116.67 |

Total Billable for the Month: $ 678,711.11

DS-16 Rotating Subs:

Fieldwood Client Representative:

DS-16 Rotating Subs Signature:

Fieldwood Client Representative Signature:

Date:

Date:

Rig Manager: Dinny Sharry

Fieldwood Drilling Supv.:

Rig Manager Signature:

Fieldwood Drilling Supt. Signature:

Date: 06-07-2020

Date:

Total POS: 

| | 180.60 |
| | 180.00 |
| | 184.00 |
| | 187.00 |
| | 4.00 |



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 609-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2006254 |
| INVOICE DATE: | 8/1/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

| Coding: BU10079 | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

EXHIBIT
4

Exhibit 2 - 180

FIELDWOOD
Resolute
May 2020

Exhibit 2 - 181

R202 Billing worksheet_2020 - May 2020

WELL NAME / LOCATION:    AFE    G.C. 40 #1 COMPLETION
PV0202002

| DATE | DESCRIPTION OF WORK | OPERATING $195,000 | STANDBY REDRILL RATE $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $195,000 | REPAIRS SUBSEA $195,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT
4

Valaris DS-16 MONTHLY BILLING SUMMARY

| DATE | DATE PER 100% | EQUIP. 360 @ 100% | | | OPERATING BONUS | | | | TOTAL HOURS | Mobile | OPERATION | HANDOVER | | | OPERATION (TRIP) | BALANCE EXTRA LABOR | NON-BILLABLE (EXTRA) | CREW SHORTAGES | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EXHIBIT 4

Exhibit 2 - 182

AFE:　FW202002
Lease:　GC 40 #1
Project:　Katmai
Engineer:　K.Dufrene
Routing #:　580047

ACCT CODE 3060-15

| Date | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | | | | | 24.00 | | | | | | |
| 5/28/2020 | 24.00 | | | | | | | | | 24.00 | 91.00 | 9.00 | 9.00 | 14.00 | 11.00 | 69.00 |
| 5/29/2020 | 24.00 | | | | | | | | | 24.00 | 91.00 | 9.00 | 9.00 | 16.00 | 11.00 | 69.00 |
| 5/30/2020 | 24.00 | | | | | | | | | 24.00 | 91.00 | 9.00 | 9.00 | 16.00 | 11.00 | 69.00 |
| 5/31/2020 | 24.00 | | | | | | | | | 24.00 | 91.00 | 9.00 | 9.00 | 16.00 | 11.00 | 69.00 |
| TOTALS | 763.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2983.00 | 222.00 | 222.00 | 584.00 | 377.00 | 1748.00 |

Robert Roy

6-01-2020

Sega Rains
6/1/2020

Exhibit 2 - 183

EXHIBIT 4

Case 20-33948 Document 1060 Filed in TXSB on 11/05/20 Page 279 of 526

Exhibit 2 - 184

**EXHIBIT 4**

## Valaris DS-16 MONTHLY BILLING SUMMARY

Cost Center: DS-16 / PA# 255060
AFE Number: PW 250502
Work Order:
Purchase Order:

| DATE | CPR 255 LOTH | STBY 765 @ 90% | FPR SUBSEA/765 @ $0/hr | HEADCOUNT — Valaris | HEADCOUNT — OPERATOR | HEADCOUNT — Valaris CATERING | HEADCOUNT — Valaris PARTY | OPERATION (RATE DAYS) | Total POB |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | 197.95 |
| 5/2/2020 | 24.00 | | | 94.00 | 11.00 | 19.00 | 4.00 | 98.00 | 198.00 |
| 5/3/2020 | 24.00 | | | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | 198.90 |
| 5/4/2020 | 24.00 | | | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | 191.90 |
| 5/5/2020 | 24.00 | | | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | 209.90 |
| 5/6/2020 | 24.00 | | | 96.00 | 9.00 | 20.00 | 1.00 | 59.00 | 194.02 |
| 5/7/2020 | 24.00 | | | 94.00 | 8.00 | 19.00 | 1.00 | 60.00 | 198.00 |
| 5/8/2020 | 24.00 | | | 94.00 | 9.00 | 19.00 | 2.00 | 61.00 | 194.00 |
| 5/9/2020 | 24.00 | | | 93.00 | 9.00 | 19.00 | 2.00 | 41.00 | 193.00 |
| 5/9/2020 | 24.00 | | | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | 192.00 |
| 5/10/2020 | 24.00 | | | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | 193.00 |
| 5/11/2020 | 24.00 | | | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | 194.00 |
| 5/12/2020 | 24.00 | | | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | 194.00 |
| 5/13/2020 | 23.00 | | 1.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | 165.00 |
| 5/14/2020 | 24.00 | | | 102.00 | 8.00 | 16.00 | 3.00 | 47.00 | 164.00 |
| 5/15/2020 | 24.00 | | | 98.00 | 7.00 | 16.00 | 4.00 | 47.00 | 164.00 |
| 5/16/2020 | 24.00 | | | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | 170.00 |
| 5/17/2020 | 24.00 | | | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | 183.00 |
| 5/18/2020 | 24.00 | | | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | 180.00 |
| 5/19/2020 | 24.00 | | | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | 188.00 |
| 5/20/2020 | 24.00 | | | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | 188.00 |
| 5/21/2020 | 24.00 | | | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | 189.00 |
| 5/22/2020 | 24.00 | | | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | 120.00 |
| 5/23/2020 | 24.00 | | | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | 162.00 |
| 5/24/2020 | 24.00 | | | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | 166.00 |
| 5/25/2020 | 24.00 | | | 91.00 | 5.00 | 16.00 | 10.00 | 85.00 | 173.00 |
| 5/26/2020 | 24.00 | | | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | 202.00 |

*Note: The "Comments" column and additional operating-hours/billable-extra columns contain detailed handwritten-style operational notes that are not legibly reproducible.*

Exhibit 2 - 185

| | 5/27/2020 | 5/28/2020 | 5/29/2020 | 5/30/2020 | 5/31/2020 | TOTALS |
|---|---|---|---|---|---|---|
| | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 745.00 |
| | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | |
| | | | | | | |

| | Rate | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| | 0.00% | 0.00% | 0.07% | 0.00% | 0.00% | 0.00% | |

| | ITEM | $ |
|---|---|---|
| 100%/Day | $ | 185,000.00 |
| In Hole/Subsea 100 / Day MPD | $ | 700,000.00 |
| In Hole/Subsea 100%/Day | $ | 185,000.00 |
| 100%/hr MPD | $ | 8,333.33 |
| 100%/hr | $ | 7,708.33 |
| 85%/hr | $ | 7,354.17 |
| 95%/hr MPD | $ | 5,166.67 |

Total billable for the Month: $ 5,735,000.00

Dt-16 Rotating Supt.:

Dt-16 Rotating Supt. Signature:

Date:

Rig Manager: Brian Rodgers

Rig Manager Signature:

Date:

Fieldwood Client Representative:

Fieldwood Client Representative Signature:

Date:

Fieldwood Drilling Supt.: Dinny Sharry

Fieldwood Drilling Supt. Signature:

Date:

EXHIBIT 4



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ____//s// Brian Rodgers____

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ____//s// Dinny Sharry____

EXHIBIT
4

**Exhibit 2 - 186**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

---

**AFE #: FW202002**

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.00 |

AMOUNT DUE:  $  270,900.00

Rig Manager's Approval:

---

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $  (270,900.00) | 810620.10417.4202.110 |
| $   (78,092.58) | 912812.10417.4202.110 |
| $    78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |

EXHIBIT
4

ED

**Exhibit 2 - 187**

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGES-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047**

Group / Date rows (company names listed in first column):

TOTAL OVER CONTRACT
TOTAL
TOTAL
WPR
Welllec
Wellbore
Westerford
Workstrings
Vets Global
Tubular Solutions
Tristate
TSI
Total Safety
TIW
Tetra
TEMS
Teledyne
SCS
Southern Fab
Superior Perf.
Superior Energy
Superior
Sunbelt
Subsea Solutions
Subsea Partners LLC
Scientific Drilling
Schlumberger
RBS Group Inc.
Red Set.
Rig Chem
QPS
Quality Energy
PRT
Professional Rental Tools
Pharmasafe
PHI Helicopters
OTC
One Surface
OFII (Oil Field Instr.)
OGEC
Precision Rental
Petrolink
Pinnacle
Premium
Profecnics
NSI Fracturing
OCEANEERING
OES
Oilastates
NextDeep
NOV
One Subsea

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:  580047

ACCT. CODE 3060-45

Exhibit 2 - 180

Company Man APPROVAL:

Ze Britton  5-31-2020

OIM APPROVAL:

EXHIBIT 4

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

Group names (rows):
ABB LTD, ABS, Ampol, Aргas, Airgas, Aker, Aqua Tech, Automated Production, Archer, Baileys, Baker Hughes, Bedrock Petroleum, BHGE Petroleum, BlackHawk, BSEE, BSSEE, Bugware, Burner Fire Control, Cajun Cutters, Cameron, Cetco, Cevins, Clariant, ChampionX, Chouest, CoreLab, Danos, Deep Sea DS, DGO, Diversified, Dril-Quip, Dynamic Industries, Ecosery, Elite Comms, EPS, EVO, Exoro, FDF Pipe Washing, Fieldwood, FMC, FRANKS INTL, Fugro, GAIA, GE Oil & Gas, GSI, Gulfstream, HALLIBURTON /Sperry, HydroRibbon, Inspect Selector, Interwell, Lloyds Register, MAKO, Master Flo, MI Swaco, MISTRAS Group, NALCO, Newpark

C:\Users\...\Desktop\May 2020 3rd Party Rook Meals.xlsx

EXHIBIT 4

Exhibit 2 - 189

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group | Date |
|---|---|
| NOV | |
| NSI Fracturing | |
| OCEANEERING | |
| OPSS | |
| Oilstates | |
| One Subsea | |
| OGEC | |
| CFI (Oil Field instr.) | |
| One Surface | |
| OTC | |
| Quality Energy | |
| PRT | |
| Professional Rental Tools | |
| Protechnics | |
| Premium | |
| Precision Rental | |
| Petrolink | |
| Pinnacle | |
| Phil Helicopters | |
| Pharmasafe | |
| RigNet | |
| Rig Chem | |
| RPS Group Inc. | |
| Schlumberger | |
| Scientific Drilling | |
| SCS | |
| Subsea Partners LLC | |
| Subsea Solutions | |
| Sunbelt | |
| Superior | |
| Superior Energy | |
| Superior Perf. | |
| Southern Fab | |
| Teledyne | |
| TEMS | |
| Tetra | |
| TIW | |
| Tristate | |
| Total Safety | |
| TSI | |
| Tubular Solutions | |
| Verts Global | |
| Workstrings | |
| Weatherford | |
| Wellbore | |
| Welltec | |
| Wellbec | |
| WFR | |
| TOTAL | |
| TOTAL OVER CONTRACT | |

*(Table contains a grid of daily handwritten tally figures across the month; individual cell values are not legibly transcribable.)*

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE 3060-45

B. Bitton 5-31-2020

OIM APPROVAL:

Company Man APPROVAL:

Exhibit 2 - 190

EXHIBIT 4

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020, Well Name: Katmai, AFE: FW2020002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | 1 | 1 | 1 | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Alcner | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | 1 | | | | | 1 | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Belieys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | 1 | 2 | 5 | | | 3 | 3 | | 3 | | 3 | | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cejun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clarant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DrilQup | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Elite Comms | | | | | | | | | | 1 | 1 | | | 1 | | | 1 | 1 | | 1 | | | | | | | | | | | |
| EPS | | | | 1 | | | 1 | 1 | 1 | | 1 | | | 1 | | 1 | | | | | 1 | | | | | | | | | | |
| EVO | | | | | | | 1 | | | | 1 | | | | | | | | | | | | | | | | | | | | |
| Expro | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FDF Pipe Washing | 9 | 10 | 10 | 10 | 7 | 6 | 6 | 4 | 5 | | 6 | 7 | | | | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 8 |
| Fieldwood | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 | |
| HydroGarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | 1 | | | 1 | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAXO | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Sweco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\...\2020 3rd Party Earn Meals.xlsx

EXHIBIT 4

Exhibit 2 - 191



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ____//s// Brian Rodgers____

M. Clark.

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ____//s// Dinny Sharry____

EXHIBIT
4

**Exhibit 2 - 192**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545 DATED:5/06/2020                                      $                6,500.0C

Handling Charges @ 5%(601)                                           $                 325.00

AMOUNT DUE: **$                    6,825.00**

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWiFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

$      (6,500.00)  024010.10417.4202.110
$        (325.00)  810510.10417.4202.110
$      (6,500.00)  810650.10417.4202.110
$       6,500.00   919250-10417.4202.110

ED

EXHIBIT
4

**Exhibit 2 - 193**



**HOOVER FERGUSON**

# Sales Invoice
Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-02545 |
| Invoice Date: | 5/6/2020 |

Bill
To:   EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To:   Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| HV96027   BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax | 0.00 |
| | | **Total USD:** | **6,500.00** |



EXHIBIT
4

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

**Exhibit 2 - 194**



# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

**HOOVER FERGUSON**

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

Rahkell

EXHIBIT
4

**Exhibit 2 - 195**



# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship

From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold

To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship

To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | ~~500.00~~ 500 | |
| | BAG 5000 / UNV RED RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT
4

**Exhibit 2 - 196**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000235125
Date: 04/22/2020
Page    1

Attention: MARINE / BARGE SUPERVISOR

REQ Type    Supply

| ITEM | QTY | O/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|----------------------------------|--------|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99    HTS NO:3923210000    UNSPSC NO:

Total Requisition Amount:    6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO.    0000235125 | |
|-------|------------|--------------------------------------------------------------------------------|---------------------------------|-------------------------------------|--|
| OIM | DATE | FWE | | | |
| | 4/25/20 | Operator (Print) | | | |
| | | Jimmie Butler | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Larre Butler | | BUYER | DATE |
| | | Rep Name (Print) | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED:_____

AFE:    FW202002
Lease:    GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

ACC. CODE : 3060-15
L. Butler  4-22-2020

EXHIBIT
4

Exhibit 2 - 197

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

| Business Unit: 10013    OPEN |
|---|
| Req ID:0000235125 |
| Date: 04/22/2020 |
| Page    1 |

Attention: MARINE / BARGE SUPERVISOR

REQ Type            Supply

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes          Item Desc :

ECCN NO: EAR99                    HTS NO:3923210000                    UNSPSC NO:

Total Requisition Amount:          6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 |
|---|---|

O/M          DATE

RIG MGR / OPERATIONS MGR          DATE

NOTE: Any additions or deletions
must be initialed

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

F.W.F.
*Operator (Print)*

*Jamie Butler*
Rep Signature

*Lane Butler*
Rep Name (Print)

List all Field
ETRR No. by Item

PURCHASING ONLY FR NO:     0000235125

BUYER          DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____          DATE FAXED:_____

AFE:          FW202002
Lease:     GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:     580047

ACC. CODE: 3060-15

L. Butler 4-22-2020

EXHIBIT
4

Exhibit 2 - 198



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

NOV
INVOICE#10582045 DATED:4/29/2020                                  $            3,605.04

MARTIN ENERGY SERVICES
INVOICE#729958 DATED:4/23/2020                                    $            4,750.00

Handling Charges @ 5%(601)                                       $              417.75

AMOUNT DUE:   $            8,772.79

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

$     (8,355.04) 024000.10417.4202.110
$       (417.75) 810510.10417.4202.110     EXHIBIT
$     (8,355.04) 810650.10417.4202.110        4
$      8,355.04  919250.10417.4202.110

ED

**Exhibit 2 - 199**

Document References
Invoice: 10582045
Invoice Date: 2020-04-29
Due Date: 2020-06-28

Internal References
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00982593

Customer Ref ID:
Supplier Ref ID:
Rig ID      : 4202
Creation Date: 2020-04-30

Bill From:
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

Beneficiary Bank:
Beneficiary Branch:
Account Number:     4496880154

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

EXHIBIT
4

**Exhibit 2 - 200**

Valaris

| Valaris FIELD Requisition |
| --- |

Buckley Matl. 100013  OPEN
Req 2050002254002

Attention: WAREHOUSE

| ITEM | QTY | U/M | DESCRIPTION | CODE | CATEGORY | RATING | PRICE | PO NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 24 | EA | | | | 0 | | |

RCCI NO. EAR94

FIELD TO CORE DRILL FOR ONE PACE DIES

Total Requisition Amount:

FIELD WOOD RE-DILL FOR HYDRA RACKER SOFT DRIT DIES

| R4202 | DATE | NOTE | | FW6 Operator (Print) | REQUISITION TERM. No. by item | FOUNDATION UNIT FD NO. |  |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CUST | DATE | | | | | | |
| | | | | Larry Butler | | | |

BAR FIELD REQUISITION INFOR FAXED TO RIG MANAGER / OPERATIONS MANAGER TEL.

AFE: FW202002
Lease: GC 40 81
Project: Kulmai
Engineer: K.Dufrene
Routing #: 580047

Cost Code 3060-15
S. Butler 4-13-20

EXHIBIT
4

Exhibit 2 - 201

# Valaris

**Valaris Field Requisition**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOLLIN ROAD
BROUSSARD LA 70518
USA

Business Unit: 10013
Req ID: 0000234902
Date: 04/13/2020
Page 1

**APPROVED**

Attention: WAREHOUSE

REQ Type    Supply

**PURCHASING USE ONLY**

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154885 | EA | DIES,HYDRALIFT,154885+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                        HTS NO: 8431438010        UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

**Total Requisition Amount:**        3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.        List all Field ETRR No. by item

_____
Operator (Print)

_____
Rep Signature

_____
Rep Name (Print)

PURCHASING ONLY FR NO:        0000234902

_____
BUYER

_____
DATE

DATE FAXED:

| R4202 | 04/13/2020 |
|-------|------------|
| OIM | DATE |

_____        _____
RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___

Exhibit 2 - 202



**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Ship To: C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To: ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4236936 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

MESSAGES

PAYMENT REMITTANCE

EXHIBIT 4

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

**Exhibit 2 - 203**



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

**MARTIN**
ENERGY SERVICES

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984635-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,98189-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97836-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** **$4,750.00**

**MESSAGES**

**PAYMENT REMITTANCE**

| CHECK | MARTIN ENERGY SERVICES LLC | WIRE | Regions Bank |
|---|---|---|---|
| | Martin Energy Services LLC | | Account # 0114820625 |
| | PO Box 95363 | | ABA # 062005690 |
| | Grapevine, TX 76099-9733 | | ACH # 111900785 |
| | | | Swift Code: UPNBUS44 |

EXHIBIT 4

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlogaldocs.com/sales/tc/v9/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

**Exhibit 2 - 204**

DOC. CONTROL #    0423202020205724



# Valaris

**#436 525**

**Purchase Order**   Page 1

Dispatch via E-Mail



10013-0000457235

| BUYER/BILL TO: | PO NUMBER | 10013-0000457235 |
|---|---|---|
| ENSCO Incorporated | PO DATE | 04/20/2020 |
| in care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202- RESOLUTE |
| P.O. Box 570788 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0788 | REVISION NO. | |
| United States | REVISION DATE | |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830 | ROWAN RESOLUTE (VALARIS RESOLUTE) | FREIGHT TERMS: CPT |
| | 520 MOULIN ROAD | NOMINATED PLACE: |
| MARTIN ENERGY SERVICES LLC | BROUSSARD LA 70518 | |
| STACY BAGGETT | United States   *CPort 2* | |
| PO BOX 96363 | PHONE: 337 83678500 | |
| GRAPEVINE TX 76099-9733 | | SUPPLIER SHIP METHOD: |
| United States | *CC-200* | |
| PHONE: 337 785 3400 | | |
| DISPATCH TO: mesoffshore@martinmlp.com | *12209* | |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER: Ernestine Castillo | CURRENCY: USD | 1 - Hot Shot Immediate Urgent Air |
| EMAIL: tina.castillo@valaris.com | | 2 - Next Day/Regular Air |
| PHONE: 281/272-4043 | REQ TYPE: REN | 3 - Regular Scheduled/Regular Ocean |
| FAX: | REQ CLASS: OPERATOR EXP. | 4 - Other see notes in PO |

| Item Line Number / | Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:          ECCN No:          GL Acct Cd: 10417-024000-4202-110          AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| 2-1 | 8885604 | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:          ECCN No:          GL Acct Cd: 10417-024000-4202-110          AFE Cd:

Total PO Amount          4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)  IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)  IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT
4

**Exhibit 2 - 205**



# FUEL/YARD TICKET

NO 960061



Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525

JDE # 436525
Branch Plant 1301509D

☐ TRANSFER ☐ REPACK ☑ SALE ☐ CO-USE

BILL TO: Enscolonwan
ORDERED BY: Ernestine Castillo
PHONE NO. 281-242-4043
AREA/BLOCK GC-200
RIG/VESSEL Resolute Rig 202

CUSTOMER NO. 3430  DATE: 4-22-20
PO NO./AFE: 10013-0000457235
LEASE NO.
OCSG# 12209
WELL NO.
TIME STARTED ___ AM/PM  TIME FINISHED ___ AM/PM
HOURS RT/OT

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | | | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| | ROUSTABOUTS | TK#584046 | Sling# 100533-11 | | | | |
| | CRANE | TK#212106 | Sling# 98485-13 | | | | |
| | FORKLIFT | | Manifut# 304152 | | | | |
| | EQUIPMENT OPERATOR | | | | | | |

| PRODUCT CODE | HM | DESCRIPTION | | | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NA DYED 15 PPM SULFUR... | | | | | |
| 502815 | | used oil date | | | tote | 10/550 | 10 |
| 496219 | | date tank Sling | | | | 10 | 50 |
| | | TK#43054.34 | Sling# 100787-21 | | | | |
| | | TK#227356 | Sling#98189-8 | | | | |
| | | TK#42368.36 | Sling# 97554-11 | | | | |
| | | TK#217119 | Sling# 100787-12 | | | | |
| | | TK#206836 | Sling# 98483-K | | | | |
| | | TK#174078 | Sling# 97836-4 | | | | |
| | | TK#227354 | Sling#98485-7 | | | | |
| | | TK#319532 | Sling# 100787-1 | | | | |

DRUMS DELIVERED          DRUMS RETURNED

WATER | METER READINGS: START | STOP | GALS.
TERMINAL ___ SUPPLIER ___ BOL# ___ METER TKT.# ___ TRUCK# ___ TRAILER#
CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5
1 CARGO TANK

GAUGE: BEFORE / AFTER

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ ___  INITIALS ___  TOTAL REC'D. $ ___

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mse/v3/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS. (800) 421-4738

APPROVED BY: X _____ Cody Ledet
Customer Signature

Martin Energy Services Representative Michael Conner

X _____ BOL 13628384  4879-29207
Martin Driver Signature  Truck and Trailer No.

REV. 12/18 FORM NO. 107

EXHIBIT 4

Exhibit 2 - 206

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000234936
Date: 04/14/2020
Page    1

Attention: ENGINEERING

REQ Type      Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------|-----|-------------|------|----------|--------|-------|-----------|--------|
| 1 | 10 | 024000 4031050 | EA | RENTAL-TANK,MARTIN ENERGY,4031050,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitute      Item Desc :

ECCN NO:                 HTS NO:                 UNSPSC NO:

| 2 | 10 | 024000 8885604 | EA | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitute      Item Desc :

ECCN NO:                 HTS NO:                 UNSPSC NO:

Total Requisition Amount:        4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:    0000234936 |
|-------|-----------|-----|-----|-----|
| OIM | DATE | FWE | | |
| | | Operator (Print) | | |
| _OIM_ · 4/15/20 | | Larre Butler | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Larre Butler | | BUYER            DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____  DATE FAXED: _____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

Cost Code 3060-15
L. Butler 4-14-2020

EXHIBIT
4

**Exhibit 2 - 207**

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To @ Eren Demet

⊙ Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

↩ Reply   ↩ Reply All   → Forward

Thu 5/14/2020 9:15 AM

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@phiterx.com

Exhibit 2 - 208

EXHIBIT
4



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | |
|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ 265,300.00 |

AMOUNT DUE: $ 265,300.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | | |
|---|---|---|
| $ | (265,300.00) | 810620.10417.4202.110 |
| $ | (64,816.84) | 912812.10417.4202-110 |
| $ | 64,816.84 | 919220.10417.4202-110 |
| | ($19,115.40) | 912814.10417.4202-110 |
| | $19,115.40 | 919220.10417.4202.110 |

EXHIBIT
4

ED

Exhibit 2 - 209

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aureol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Armat | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baltive | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blanchawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bioware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | 2 | 2 | 2 | | 2 | | 2 | | 2 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | 2 | 2 | | | | |
| Cameras | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Champlonx | | | | | 1 | | 1 | | 1 | | 1 | | | | | | | | | | 1 | | 1 | | 1 | | | | | | |
| Choteet | | | | | | | | | | | | | | | | | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | | |
| Chalant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | | | |
| Daos Rea DP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DXG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | 1 | | 1 | | 1 | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 2 | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecosery | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | 1 | 7 | 7 | 7 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 6 | 8 | 8 | 8 | 7 | 6 | 9 | 9 | 9 | 9 | 9 | | | | |
| FRANKS INTL | | | | | 8 | 8 | 4 | 4 | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | 4 | 4 | 4 | 4 | 4 | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | 8 | 8 | 8 | 8 | 10 | 10 | 10 | 4 | 8 | 7 | 7 | 12 | 14 | 14 | 14 | 14 | 14 | 16 | 16 | 13 | 13 | 13 | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | 1 | 1 | 1 | | 1 | | 1 | | 1 | | 1 | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | | | | |
| M Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OBS | | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | | | | |
| Oilseres | | | | | 7 | 7 | 7 | 7 | 7 | | 7 | | 7 | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 7 | 7 | 7 | | | | | |
| OFI (Oil Field Instr.) | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | | | | | |
| OOEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmesafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | 4 | 4 | 4 | | | | | | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | | | | | |
| Proteghnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | 2 | | | | | |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | 1 | | 1 | | 1 | | 1 | | | | | | | | | | | 1 | | 1 | | 1 | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | 24 | 24 | 24 | 22 | 22 | 22 | | 10 | 11 | 14 | 12 | 13 | 13 | 19 | 13 | 13 | 19 | 19 | 19 | 19 | 18 | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SGS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TDMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | 2 | 2 | 2 | 2 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | |
| Trelleb | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TGI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vets Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wedco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 80 | 65 | 74 | 78 | 73 | 77 | 78 | 78 | 77 | 79 | 80 | 86 | 79 | 82 | 84 | 74 | 0 | | | | | | |
| **TOTAL OVER** | | | | | 75 | 78 | 76 | 79 | 64 | 64 | 65 | 72 | 74 | 71 | 75 | 76 | 74 | 76 | 76 | 77 | 77 | 77 | 80 | 82 | 84 | 72 | | | | | | |

Began Katmai AFE on April 8th.

TOTAL: 1945

TOTAL BILLABLE: 1695

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

**Exhibit 2 - 210**

ACCT. CODE: 3060-45
L. Butler
-5-1-20

EXHIBIT 4

RE: DS-16 April 2020 Catering and reimbursable invoices.

↩ Reply | ↩ Reply All | → Forward
Thu 5/14/2020 3:16 AM

Brian Rodgers
To @Brian Durnet

① Follow-up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5450 | +1 832-206-8315m
Brian.rodgers@Valaris.com

Exhibit 2 - 211

EXHIBIT
4



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

**AFE #:** FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| **NOV**<br>INVOICE#10589602  DATED:6/18/2020 | $ | 3,605.04 |
| **ACUMENINTERNATIONAL**<br>INVOICE#1026793  DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |

AMOUNT DUE: $ 3,890.29

Rig Manager's Approval:

**REMIT ACH PAYMENTS TO:**
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:  WFBIUS6S
BA #121000248
ccount # 4669481673

| $ | (3,705.04) | 024000.10417.4202.110 |
|---|---|---|
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250.10417.4202.110 |

ED

EXHIBIT
4

**Exhibit 2 - 212**

```
Document References                Internal References
  Invoice: 10589602                 Buyer: 10013                 Customer Ref ID:
  Invoice Date: 2020-06-18          Supplier: 0000000556         Supplier Ref ID:
  Due Date: 2020-08-17              Remit To: 0000000556         Rig ID     : 4202
                                    Voucher: 00986726            Creation Date: 2020-06-19
```

```
Bill From:                                  Bill To:
  NATIONAL OILWELL VARCO, L.P.                ENSCO OFFSHORE COMPANY
  RIG SOLUTIONS SPARES                        in care of: ENSCO OFFSHORE COMPANY
  5212 HWY 90 WEST                            P.O. Box 570788
  NEW IBERIA, LA 70560                        HOUSTON, TX 77257-0788
  USA                                         USA
```

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

```
Settlement Information:
  Due Date: 2020-08-17                Remit To:          NATIONAL OILWELL VARCO, L.P.
  Discount Amount:                                       SUPPORT SERVICES
  Bank From: WellsFargo/HOUSTON                          P. O. BOX 201202
  Payment Method: ACH                                    DALLAS, TX 75320-1202
                                                         USA
  Payment Currency: USD               Beneficiary Bank:
  Terms: 60                           Beneficiary Branch:
  Discount Due Date:                  Account Number:    4496880154
```

EXHIBIT
4

**Exhibit 2 - 213**

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN RD.
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID: 0000235769
Date: 05/19/2020
Page   1

Attention: WAREHOUSE
REQ Type    Supply

PURCHASING USE ONLY

| ITEM | QTY | GL/ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|-------------|-------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO:  EAR99                    HTS NO:8431438010          UNSPSC NO:

NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount:          3,605.04

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   580047

Act Code # 3060-15
5/19/20

| R4202 | 05/19/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000235769 |
| OIM | DATE | Operator (Print) / Operator (Print) | | | |
| RIG MGR./OPERATIONS MGR | DATE | Rep Signature / Rep Name (Print) | | BUYER | DATE |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___  NO: ___        DATE FAXED: ___

EXHIBIT 4

Exhibit 2 - 214



Rig Technologies

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

## Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To**
C0052  110  LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | |
|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | |
| Customer eMail | tina.castillo@valaris.com | Date Printed | 04/13/2020 |
| Ultimate Dest | United States,Intl Waters | Quote Date | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Quote Exp Date | 05/28/2020 |
| Quoted by | Pringle, Jenny S. | Freight Terms | |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Payment Terms | NET 45 FROM INVOICE DATE |
| Branch | | Shipping Terms | FREE CARRIER |
| | | Carrier | ENSCO MOULIN CONSOL |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |
| | DIES GRIT FACE | | | | | | |
| | Stocking Line:  MTS | | | | | | |
| | Country of Origin:  NORWAY | | | | | | |
| | Unit Weight:  0.16  LB     Total Weight: 3.91  LB | | | | | | |
| | Harmonized Tariff Schedule Code: 8431390050 | | | | | | |
| | Export Control Classification Number: US-EAR99 | | | | | | |

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

**Sub-Total**      $3,605.04

**Total Sales Quote Acknowledgement 1609931 Rev 1:**      $3,605.04

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the Buyer's
sole risk and without recourse to NOV. The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |
|---|---|---|

EXHIBIT
4

**Exhibit 2 - 215**

# Acumen International

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050    Fax  713-896-0122
www.Acumen.us.com

EIN: 76-0270480

## INVOICE

1026793

| DATE | P O NUMBER |
|------|-----------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|-----------------|-----------|-------|-----|----------|------------|-------------|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|------|-----|-----|-------------|-----------|--------|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

| **Payments/Credits** | $0.00 |
|---|---|

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

| **Balance Due USD** | $100.00 |
|---|---|

EXHIBIT 4

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2%  PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

**Exhibit 2 - 216**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
|---|
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:0000238183
Date: 06/03/2020
Page    1

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,5476,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes          Item Desc :

ECCN NO: EAR99              HTS NO:8481809050              UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR = 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes          Item Desc :

ECCN NO: EAR99              HTS NO:9026200000              UNSPSC NO:

This item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000238183 |
|---|---|---|---|---|
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED:_____

EXHIBIT
4

**Exhibit 2 - 217**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID: 0000236183
Date: 06/03/2020
Page: 2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type      Supply

| ITEM | QTY | GA. ACCY Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitute    Item Desc :

ECCN NO: EAR99      HTS NO: 8413919520      UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRLE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitute    Item Desc :

ECCN NO: EAR99      HTS NO: 8479899898      UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO: 0000236183 |
|-------|------------|-----|-----|-----|
| OIM | DATE | | | |
| | 6/5/2 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER     DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _____

EXHIBIT
4

**Exhibit 2 - 218**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
           620 MOULIN ROAD
           BROUSSARD LA 70518
           USA

| Valaris |
|---------|
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type     Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
|--|--|--|--|--|--|--|--|--|--|--|--|
| ITEM | QTY | GL ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |

Available Sustitutes    Item Desc :

ECCN NO:  EAR99          HTS NO:9026200000          UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56- 56-MUD PUM | C | | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:              HTS NO:              UNSPSC NO:

Total Requisition Amount:        4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:    0000236183 |
|--|--|--|--|--|
| OIM | DATE | | | |
| Line Item Exempt | 6/5/20 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED:_____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

Acct Code# 3060-15
Clayton Shansie

| EXHIBIT |
|---------|
| 4 |

**Exhibit 2 - 219**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

MATTCO
INVOICE#58061 - DATED:06/10/2020                                 $            4,150.11

Handling Charges @ 5%(601)                                       $              207.51

AMOUNT DUE:  $            4,357.62

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$   (4,150.11) 024000.10417.4202.110
$     (207.51) 810510.10417.4202.110
$   (4,150.11) 810650.10417.4202.110
$    4,150.11  919250-10417.4202.110

EXHIBIT
4

ED

**Exhibit 2 - 220**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| PAGE | 1 |
|---|---|

| INVOICE DATE | 6/10/2020 |
|---|---|
| INVOICE NO | 58061 |

S O L D T O
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P T O
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

**TOTAL DUE    4,150.11**

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|---|---|---|---|---|
| NET 30 | 10013-0000458854 | | UPS | |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

P.D. CHARGING VALVE 7,500 PSI
SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN

PO LINE ITEM: 1-1

| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
|---|---|---|---|---|---|

STABILIZER
SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN

PO LINE ITEM: 2-1

| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |
|---|---|---|---|---|---|

BLADDER (HNBR), 20 GAL., HYDROG. NITRILE
SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN

S/N: 3981, 3994

PO LINE ITEM: 3-1

EXHIBIT
4

**Exhibit 2 - 221**



**MATTCO MANUFACTURING, INC.**
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | | |
|---|---|---|
| PAGE | | 2 |
| INVOICE DATE | | 6/10/2020 |
| INVOICE NO | | 58061 |

**SOLD TO**
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

**SHIP TO**
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|---|---|---|---|---|
| NET 30 | 10013-0000458854 | | UPS | |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

EXHIBIT
4

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

**Exhibit 2 - 222**

# Valaris

Ship To:    ROWAN RESOLUTE (VALARIS RESOLUTE)
            620 MOULIN ROAD
            BROUSSARD LA 70518
            USA

| Valaris Field Requisition |
|---|

**Business Unit:** 10013    OPEN
**Req ID:** 0000236183
**Date:** 06/03/2020
**Page** 1

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type    Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99            HTS NO: 8481809050            UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2,5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99            HTS NO: 9026200000            UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000236183 |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT 4

**Exhibit 2 - 223**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA



Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID: 0000236183
Date: 06/03/2020
Page    2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | PURCHASING USE ONLY | | | | |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO: 8413919520          UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO: 8479698898          UNSPSC NO:

| 5 | 1 | 024000 6488 | EA | GAUGE,MATTCO,6488,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

R4202          06/03/2020

OIM          DATE

RIG MGR / OPERATIONS MGR     DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO:    0000236183

BUYER          DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER: YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT
4

**Exhibit 2 - 224**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   3

Attention: DRILL CREW / TOOLPUSHER

REQ Type   Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|

PURCHASING USE ONLY

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO:9026200000              UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0670-02, P-109 | 18.00 106.00 | 56- 56-MUD PUM | C | | | |

Line item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:              HTS NO:              UNSPSC NO:

Total Requisition Amount:      4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO.   0000236183 |
| OIM | DATE | Operator (Print) | | |

Line Item Exempt :

RIG MGR / OPERATIONS MGR    DATE

NOTE: Any additions or deletions must be initialed

Operator (Print)

Rep Signature

Rep Name (Print)

BUYER          DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____   DATE FAXED: _____

AFE:        FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:    580047

Acct Code # 3060-15
Clayton Shansie

| EXHIBIT 4 |

**Exhibit 2 - 225**

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE        **File # :** 2020-00002925

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :** 50        **Book :** 773    **Page :** 76

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/23/2020

At (Recorded Time) : 12:47:01PM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/23/2020 at 12:47:01
Recorded in Book 773 Page 76
File Number 2020-00002925

Deputy Clerk



Doc ID - 005325390050

Return To :

EXHIBIT
5

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)     Name and Address of Claimant:

> Atlantic Maritime Services LLC
> 5847 San Felipe, Suite 3300
> Houston, TX 77057

2)     Nature and amount of the obligation for which Claimant's privilege is claimed:

> Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)     Name and address of the person owing the amount for which Claimant's privilege is claimed:

> Fieldwood Energy LLC
> 2000 W. Sam Houston Parkway South, Suite 1200
> Houston, TX 77042

4)     Name and address of the operator of the well as shown by the records of the Commission of Conservation:

<div align="center">1</div>

EXHIBIT
5

**Exhibit 2 - 227**

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

> The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT
5

**Exhibit 2 - 228**

Date: July 23, 2020

_____

NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR
ATLANTIC MARITIME SERVICES LLC**, a
Delaware limited liability company

Sworn to and subscribed before me, Notary Public,
this 23rd day of July 2020.

_____

Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

3

EXHIBIT
5

Exhibit 2 - 229



## VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007271
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER GC 40 KATMAI

AFE #: FW191015

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

WELLBORE INTEGRITY
INVOICE#IN11857611 DATED:6/23/2020                          $            20,070.00

Handling Charges @ 5%(601)                                  $             1,003.50

**AMOUNT DUE:**    $        **21,073.50**

Rig Manager's Approval:

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.15
14:52:30 -05'00'

$   (20,070.00)   024000.10417.4202.110
$    (1,003.50)   810510.10417.4202.110
$   (20,070.00)   810650.10417.4202.110
$    20,070.00    919250.10417.4202.110

ED

EXHIBIT
5

**Exhibit 2 - 230**

EXHIBIT
5

Exhibit 2 - 231

Wellbore
integrity
SOLUTIONS
TEL:+1 800 889 0500
8000-Wellbore Integrity Solutions LLC-OU.

**BILLED TO:** ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

**CUSTOMER#:** EN0151
**ORDERED BY:**

**INVOICE NO:** IN11857611

**DISC CODE:**
**SERVICE GRP:** Tubulars and Surface
Products
**TAX JOB TYPE:** [None]
**EXPORT:**
**DT / RA /BL #:** J1009211
**BILLED BY:** JHENLEY

**PAGE NO:** Page 1 of 2
**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

| RIG:<br>ROWAN<br>RESOLUTE | FIELD / BLOCK:<br>// | JOB #:<br>1256595125 | CUSTOMER ORDER # :<br>10013-0000458130 | AREA/DIST:<br>1256 | SHIP TO:<br>ENSCO OFFSHORE COMPANY, US | LEASE:<br>OCSG 12209 |
| COUNTY/PARISH:<br>OFFSHORE | STATE:<br>LA | WELL #:<br>GC 200 TA-3 | TWNSHP: | INV LOC:<br>1256 | SHIP #:<br>EN0151 | SEC: |

| LINE<br>NO | SERIAL NO./<br>PART NO. | SERVICE /<br>TOOL DESCRIPTION | QTY | CHARGE<br>TYPE | CHARGE<br>UNIT | UNIT<br>COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.00 | | JOB# J1009211 - WO# W1013419 | | | | | |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5 /8 FH Box x 6 5 /8<br>FH Pin | | | | | 0.00 |
| | | | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/ 1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10<br>HOURS | | | | | 4,250.00 |
| 4.01 | | | 10 | UNIT CHARGE | PER HOUR | 425.00 | |
| 5.00 | | UNSLING W/ 1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR,<br>3 RIGGERS @ 12 HOURS | | | | | 6,780.00 |
| 5.01 | | | 12 | UNIT CHARGE | PER HOUR | 565.00 | |
| 6.00 | | Waterblast ID, OD & Brush OD | | | | | 1,200.00 |
| 6.01 | | | 80 | INSPECTION | EACH | 15.00 | |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | | | | | 6,560.00 |
| 7.01 | | | 80 | INSPECTION | EACH | 82.00 | |
| 8.00 | | Flapping of Connections | | | | | 1,280.00 |
| 8.01 | | | 160 | INSPECTION | EACH | 8.00 | |
| 9.00 | | | | | | | 0.00 |

**CURRENCY:** USD

This Invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX<br>75063 |

**Wellbore Integrity SOLUTIONS**

TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

**Exhibit 2 - 232**

| | |
|---|---|
| BILLED TO: | ENSCO OFFSHORE COMPANY<br>P.O. BOX 570788<br><br>HOUSTON, TX 77257 -- UNITED STATES |
| CUSTOMER# :<br>ORDERED BY: | EN0151 |

|  |  |  |  |
|---|---|---|---|
| RIG:<br>ROWAN<br>RESOLUTE | FIELD / BLOCK:<br>// | JOB #:<br>1256595125 | CUSTOMER ORDER # :<br>10013-0000456130 |
| COUNTY/PARISH:<br>OFFSHORE | STATE:<br>LA | WELL #:<br>GC 200 TA-3 | TWNSHP: |

| | |
|---|---|
| INVOICE NO: | IN11857611 |
| PAGE NO: | Page 2 of 2 |
| DATE: | 23-JUN-20 |
| TERMS: | 30 NET |
| TKT DATE: | |
| SALESPERSON#: | WANOUS, AJ |
| OFF SALES REP: | NONE |

| | |
|---|---|
| DISC CODE: | |
| SERVICE GRP: | Tubulars and Surface Products |
| TAX JOB TYPE: | [None] |
| EXPORT: | |
| DT / RA /BL # : | J1009211 |
| BILLED BY: | JHENLEY |

| AREA/DIST: | 1256 |
|---|---|
| INV LOC: | 1256 |

| SHIP TO: | ENSCO OFFSHORE COMPANY, US |
|---|---|
| SHIP #: | EN0151 |

| LEASE: | OCSG 12209 |
|---|---|
| SEC: | |

| LINE NO | SERIAL NO./<br>PART NO. | SERVICE /<br>TOOL DESCRIPTION | QTY | CHARGE<br>TYPE | CHARGE<br>UNIT | UNIT<br>COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | |
| | | | | TOTAL DISCOUNT : | | 0.00 | 0.00 |
| | | | | SUBTOTAL : | | | 20,070.00 |
| | | | | TAXABLE AMOUNT : | | | 0.00 |
| | | | | CITY TAX : | | 0.00% | 0.00 |
| | | | | COUNTY/PARISH TAX : | | 0.00% | 0.00 |
| | | | | STATE TAX : | | 0.00% | 0.00 |
| | | | | FREIGHT : | | | 0.00 |
| | | | | TOTAL AMOUNT DUE: | | | 20,070.00 |

This invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/aboutgovernance/

**CURRENCY:** USD

| PLEASE REMIT TO: | P.O. BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX<br>75063 |

EXHIBIT 5

# Valaris

**Purchase Order** Page 1

Dispatch via E-Mail



10013-0000458130

| | |
|---|---|
| **BUYER/BILL TO:**<br>ENSCO Incorporated<br>In care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | **PO NUMBER**  10013-0000458130<br>**PO DATE**  05/18/2020<br>**RIG NAME**  R202- RESOLUTE<br>**FINAL DEST. COUNTRY**  United States<br>**REVISION NO.**<br>**REVISION DATE** |

**SELLER/SUPPLIER**

ID: 0000000238

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70518
United States
PHONE:
EMAILID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

**SUPPLIER SHIP TO /
WHEN READY CONTACT**
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
United States
PHONE: 337 83678500

**SUPPLIER SHIPPING TERMS
(INCOTERMS 2010)**
FREIGHT TERMS: EXW
NOMINATED PLACE:

**SUPPLIER SHIP METHOD:**

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER: Kenya Akeen Abdul Maxie | CURRENCY: USD | 1 - Hot Shot Immediate Urgent Air |
| EMAIL: kenya.maxie@valaris.com | | 2 - Next Day/Regular Air |
| PHONE: 346/342-8072 | REQ TYPE: ONR | 3 - Regular Scheduled/Regular Ocean |
| FAX: | REQ CLASS: OPERATOR EXP. | 4 - Other see notes in PO |

| Item<br>Line | Vendor<br>Number / Item ID | Description | Quantity | UOM | Unit<br>Price | Extended<br>Amount | PR<br>Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00 | EA | 425.00 | 4,250.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00 | EA | 565.00 | 6,780.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |
| 3-1 | 6625DPR30PCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00 | EA | 15.00 | 1,200.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | | AFE Cd: | | |
| 6-5/8",47.05#,WATERBLAST CLEANING | | | | | | | | |
| 4-1 | 6625DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00 | EA | 82.00 | 6,560.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | | AFE Cd: | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 160.00 | EA | 8.00 | 1,280.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |

EXHIBIT
5

Exhibit 2 - 233

# Valaris

**Dispatch via E-Mail**

**Purchase Order**    Page 2

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

* PO NUMBER
* PO DATE
* RIG NAME
  FINAL DEST. COUNTRY
  REVISION NO.
* REVISION DATE

: 10013-0000458130
: 05/18/2020
: R202-RESOLUTE
: United States

QUOTE: 313
DRILCO JOB: J1009211

                                                      **Total PO Amount**                 **25,070.00**

**Buyer**

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1) IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2) IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS
INCLUDE PURCHASE ORDES IDENTIFIED AS 'P1' - URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.

EXHIBIT
5

Exhibit 2 - 234



# DRILCO

| Company/Rig: | Valaris Resolute DS-16 | | Date : | 5/6/2020 |
|---|---|---|---|---|
| Attention: | Joe Cooper | | Drilco Contact: | Raymond Bradberry |
| Telephone: | 281-619-7479 | | Telephone: | 985-303-6399 |
| Quote# : | 313 | | Location: | Port Fourchon |
| Email: | r0S16RDS@valaris.com | | Email: | Raymond.Bradberry@wellboreintegrity.com |
| PO# : | 1013-0000 458130 | | Drilco Job# : | J1009211 |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|---|---|---|---|---|---|
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.0S# Drill Pipe [ONLY IF NEEDED] | 160 | $8.00 | Each | $1,280.00 |

| Estimated Total | | | | | $20,070.00 |

Customer Signature: _____

Date: _____

Exhibit 2 - 235

EXHIBIT 5

GENERAL TERMS AND CONDITIONS



THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND
CHOICE OF LAW PROVISIONS – READ CAREFULLY.

1. **ACCEPTANCE** By requesting Wellbore's services, equipment, or products, Customer
consents and elects to enter into and be bound by these General Terms and Conditions, along
with any commercial documents that accompany the Order

2. **DEFINITIONS.**
   a. Chemicals – any chemicals, substances, and fluids, used or unused, or considered as waste or by-products, cuttings, or savings, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and including but not limited to any packaging, transportation or storage containers and/or materials) and residue resulting from, or incident to, Wellbore's performance of the Work.
   b. Claim(s) – Damage, loss, expense, liability, claims, demands and causes of action of every kind and character (including special and unusual matters, all costs and expenses, and reasonable attorney fees associated therewith) including, but not limited to, special, punitive exemplary, general, compensatory, direct, indirect, incidental or consequential damages, either under common law, equity, statute or otherwise, whether based on tort, contract, strict liability, or statutes, that may or could be asserted or, under, without limitation, actions in rem or in personam, in rem or in rem in law and/or causes of action however caused by
   c. Customer – the person, firm, or other entity to which any Work is supplied or provided by Wellbore
   d. Fluids – chemicals, emulsions, or chemically treated fluids, and residue, including but not limited to drilling fluids, completion fluids, displacement fluids, wellbore fluids, wellbore treatments, stimulation fluids, whether water, oil, or synthetic based.
   e. Group – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees, co-venturers, co-owners, partners, investors, joint venturers, co-lessors, co-working interest owners, lessors, Customer's clients (as part of Customer Group), and its and their parents, affiliates, subsidiaries, and each of their respective officers, directors, managers, shareholders, members, representatives, servants, consultants, agents, employees and invitees.
   f. Order – an oral or written request for Work, a Wellbore quotation accepted by Customer and/or a service or purchase order document issued by Customer and accepted by Wellbore, which together with these General Terms and Conditions constitute the Contract between Wellbore and Customer. Wellbore shall not be obligated to provide any Work before an Order is agreed to by both parties
   g. Products – equipment, goods, materials, tools, supplies, Chemicals and/or products or equipment sold or otherwise provided by Wellbore to Customer
   h. Rentals – Customer's hiring of Products and/or equipment from Wellbore for a time frame
      Wellbore – the entity providing Work to Customer which may be Wellbore Integrity Solutions, LCC, a Texas limited liability company for and on behalf of itself and its US and Canada affiliates, and/or Thermat Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates
   i. Services – services provided by Wellbore to Customer including Products and personnel customarily required to provide such services
   j. Work – Products, Services and or Rentals

3. **INVOICING AND PAYMENT TERMS** Customer acknowledges that Wellbore's payment terms are cash in advance unless otherwise at the time of the Work is represented by Customer and is approved by Wellbore prior to the transaction. Customer also acknowledges that Wellbore at its sole discretion, may refuse to grant Customer the right to request Work on credit and/or may rescind the right to request Work on credit at any time. In the event that Customer's credit account with Wellbore becomes delinquent, Wellbore shall have the right to require at its sole discretion, payment in advance on irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

For transactions not supported by Wellbore approved credit, Wellbore's invoice will be issued upon receipt of full payment from Customer. If Customer requires any supporting documents or information (e.g. order # AFE #, etc.) to be submitted with Wellbore's invoices, then such requirements must be agreed in the Order before the Work is provided. Unless otherwise specifically agreed in an Order, the following invoicing conditions shall apply to Work for which credit has been approved

   a. Wellbore may invoice Customer for each portion or stage of the Work, as direct bid and priced in the Order as soon as practicable and without frequency restrictions
   b. Wellbore may invoice Customer for Rentals as follows fifty percent (50%) of the sale price immediately upon receipt and acceptance of an Order and the remaining fifty percent (50%) invoiced daily upon delivery of the Products
   c. Wellbore may invoice Customer for Rentals in advance as follows, one hundred percent (100%) of the rental price for the initial rental period immediately upon receipt and acceptance of an Order. In the event the rentals is extended beyond the initial rental period or the scope is expanded, Wellbore will submit a

subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded scope
   d. Wellbore may invoice Customer for any and all remunerable items in advance

Wellbore's invoices shall be deemed correct and shall all evidence Customer's acceptance of Work delivered, unless Wellbore receives prompt written notice of any disputed items within five (5) business days after the date of the invoice. Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute. If an invoice disputed, however Customer agrees to pay Wellbore any undisputed portion of that invoice as set forth below and without delay. Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing, as applicable a credit or debit note to Customer. Customer shall have no right to withhold or offset payments, except in the event it is agreed as a result of the foregoing dispute resolution procedure. Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) where Work has not received written notification of a disputed item within two (2) years from the date such Work is actually provided

Customer shall pay the total invoice amount without any payment or provisions (other than taxes which must be withheld as mandated by tax legislation). Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by other payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice. The payment for any transaction for which credit has been approved shall be due, and received by, Wellbore on or before the thirtieth (30th) day from the date of the invoice

When payment is electronic, e-commerce, Customer and Wellbore may agree to mutually beneficial electronic processes for executing business transactions, which all not be limited to the system to system exchange of purchase orders, field tickets bills of lading, invoices and electronic catalogs. Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange (PIDX)). Customer, Wellbore, and any contracted third party technology providers will execute a standard Electronic Data Agreement between Customer and OFS Portal LLC are mutually agreed upon Electronic Data Agreement developed around the OFS Portal LLC agreement to govern all electronic transactions

Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (including amounts that are disputed by Customer but are found to be due and owing) at the rate of 1.5% per month or the maximum interest allowable by applicable law or federal laws, if such laws limit interest to a lesser amount. If Wellbore employs a collection agency or attorneys to collect any outstanding invoice(s) or enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, all collection agency fees, and all attorneys' fees and court costs, including, but not limited to attorneys' fees incurred in connection with litigation, mediation, arbitration, bankruptcy or other proceedings. In the event that Customer's payment of Wellbore's invoice is not made by Wellbore after the due date, in part or deducted and be recovered, and Wellbore has the right to revoke any of all discounts previously applied in arriving at the net invoice price. Upon revocation, the full invoice price (without discount) becomes immediately due and owing and subject to collection

As used herein the term "Receivables" shall mean all of Customer rights and interests in all accounts and all of generated entities whether now existing or hereafter arising, and all proceeds thereof, relating to the properties for which Wellbore provides Work. Customer hereby grant a security interest in Customer's Receivables to secure Customer obligations to Wellbore, whether now existing or hereafter arising. Customer shall promptly support Wellbore as may be necessary to file all instruments (including financing statements), in order to perfect, preserve, protect and renew the security interests granted herein on all Receivables

4. **TAXES.** Customer shall pay or reimburse Wellbore for to the extent allowed by applicable laws and regulations, any and all taxes or other levies (other than Wellbore's income taxes) imposed by any government, governmental unit, or similar authority with respect to the charges made at payment received by Wellbore in connection with the Work.

5. **INDEPENDENT CONTRACTOR** Wellbore and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part thereof. Wellbore's employees (defined to include Wellbore's direct, borrowed, special, or statutory employees are covered by the Louisiana Workers Compensation Act, La R.S. 23:1021 et seq., Customer and Wellbore agree that all Work and operations performed by Wellbore and its employees pursuant to the Contract are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La.R.S. 23:1061 (A"1). Furthermore, Customer and Wellbore agree that Customer is the statutory employer of Wellbore employees for purposes of La R.S. 23:1061(A)(3)

EXHIBIT
5

Exhibit 2 - 236

GENERAL TERMS AND CONDITIONS

Wellbore Integrity

6. OBLIGATIONS OF CUSTOMER

7. WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.

EXHIBIT
5

Exhibit 2 - 237

## GENERAL TERMS AND CONDITIONS

**1. TITLE AND RISK OF LOSS**

**5. Delivery, Storage, Shipment, Insurance and Freight**

**10. Stacking of Contractor's New or Used Equipment**

**11. Cancellation, Returns and Claims.**

(a) Orders for Products of special design, size or materials are not subject to cancellation. No Products may be returned, credited or replaced, unless approved in writing by Wellbore and may be subject up to a twenty percent (20%) restocking charge, plus all freight, fees and other costs relating to such return. Claims for shortages or damage, or deductions for erroneous charges must have Wellbore's prior written approval and must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b) Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice to do so, or the institution of legal proceedings, to take and remove its rentals, tools, equipment, or materials wherever they may be found. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS, EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO WELLBORE FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.

**12. Modification of Tools.**

(a) Standard tools, materials, or equipment altered for a specific job will be sold to the Customer at the current Wellbore's sales price, and an additional charge equal to the cost of the alterations plus twenty five percent (25%)

(b) Special tools, materials, or equipment built for a specific job shall be furnished at a minimum rental equal to the manufacturing cost, plus fifty percent (50%) of such cost. Additional modifications requested will be charged in the same manner.

**13. INDEMNITY**

• **Personnel and Property**

**a.** Special Indemnity.

Exhibit 2 - 238

EXHIBIT 5

GENERAL TERMS AND CONDITIONS

c. *[illegible fine print]*

d. *[illegible fine print]*

14. **INCIDENTAL OR CONSEQUENTIAL DAMAGES.** *[illegible fine print]*

15. **INSURANCE.** *[illegible fine print]*

16. **LIMITATION OF LIABILITY** *[illegible fine print]*

17. **EMPLOYEE SOLICITATION.** *[illegible fine print]*

18. **INTELLECTUAL PROPERTY.** *[illegible fine print]*

*[Wellbore Integrity logo — top right]*

*[illegible fine print]*

19. **MISCELLANEOUS.**

a. *Orders* *[illegible fine print]*

b. *Force Majeure* *[illegible fine print]*

c. *Government Law* *[illegible fine print]*

d. *Severability* *[illegible fine print]*

e. *[illegible fine print]*

20. **GENERAL COMMERCIAL CONDITIONS.** *[illegible fine print]*

a. *Product sales are final* *[illegible fine print]*

b. *Return of Rentals* *[illegible fine print]*

c. *Buy-Back of Fluids* *[illegible fine print]*

d. *[illegible fine print]*

e. *Pricing* *[illegible fine print]*

f. *Additional Work* *[illegible fine print]*

21. **EXPORT COMPLIANCE.** *[illegible fine print]*

Exhibit 2 - 239

EXHIBIT 5



**GENERAL TERMS AND CONDITIONS**

revoked, or denied Customer's export privileges. Customer agrees not to use or transfer the Work for any use relating to nuclear chemical, or biological weapons, or missile technology unless authorized by the U.S. government by regulation or specific written license.

22. PUBLICITY. Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group to, issue or publish any press release or make any public statements or publicize any information with respect to (i) the contents of these General Terms and Conditions, (ii) the Work contemplated to be performed under the Contract, and/or (iii) any transaction or occurrence arising as a result of the Work, without the prior written approval of the other party. Furthermore, the parties agree to confer with each other prior to any publication of any such information and to set forth such agreement in a separate writing.

23. CONFIDENTIALITY. Customer agrees to hold in strict confidence all information provided by Wellbore Group and Customer shall not disclose such confidential information Customer not disclose such confidential information to any third party without written authorization from Wellbore, or except as required by law or legal process.

24. WELLBORE ENTITIES. In the event that the parties enter into an Order subject to these General Terms and Conditions Customer and Wellbore agree, and it is the intent of these General Terms and Conditions that the parties identified herein as Wellbore shall not be jointly liable and shall only be severally liable to the extent of their respective obligations and liabilities hereunder. The specific party identified as Wellbore in the applicable Order shall be the party responsible for the applicable Work Each Wellbore entity shall not be deemed a guarantor or surety with respect to the other Wellbore entities' obligations and liabilities. This provision shall not impair Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein

Exhibit 2 - 240

EXHIBIT
5

MRT_M1011667 2020-05-06 09 11 21.pdf

# DRILCO

Material Receiving Ticket

**Job #: J1009211**

**MRT #: M1011667**

**Customer Ref #: R# 202-769**

Customer Name: 1001800B-FIELDWOOD ENERGY, LLC

| | |
|---|---|
| Operator: | Rig (Name/No): Rowan Resolute |
| Contact Person: Ken Kimble | Bill Inspection to: FIELDWOOD ENERGY, LLC |
| Contact Phone: 713-969-1129 | Bill Repairs to: FIELDWOOD ENERGY, LLC |
| Created Date: Thu Oct 10 15:06:12 GMT 2019 | Email: ken.kimble@fwllc.com |
| Rig Operator: | DRILCO Location: Port Fourchon |
| | Bill Welding to: FIELDWOOD ENERGY, LLC |

**Special Instructions**

**Equipment Details**

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Days Type |
|---|---|---|---|---|---|---|
| 1 | 80 | Drill Pipe-STD 6 5/8 47.05 /.750 V-150 83 - 6 5/8 FH Box x 6 5/8 FH Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment (or tool type received:

Summary of services to be provided on Item 1:

| Shop Inspection | | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|---|
| | | | | Box | 0 | |
| | | | | Pin | 0 | |

Page 1 of 2

EXHIBIT 5

Exhibit 2 - 241

MRT M1001667 2020-05-06 09 11 21.pdf

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dept Type |
|------|-----|-----------------|------------|-------|--------------------------|-----------|
| 2 | 76 | Drill Pipe-STD S 19.50# / 3.62 S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on item 2:

| Shop Inspection | Repair | Welding | Storage | Mising Protectors | |
|-----------------|--------|---------|---------|-------------------|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dept Type |
|------|-----|-----------------|------------|-------|--------------------------|-----------|
| 3 | 94 | Drill Pipe-STD S 25.60# S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on item 3:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|-----------------|--------|---------|---------|--------------------|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

Page 2 of 2

EXHIBIT 5

Exhibit 2 - 242



# DRILCO

INSPECTION SERVICES

BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| | | | DATE: | 6/15/2020 | P.O. NO. | | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|
| CUSTOMER: VALARIS | | | OPERATOR | TOWANCE CLASSIFIED | CUSTOMER CODE | | | |
| | | | CONTRACTOR/RIG: ROWAN RESOLUTE | STATE CODE | 3256 | AREA 05 | | |
| WORK ORDER # J1009211 | | | LOCATION | GC-200 | | | | |
| AUTHORIZED BY KRIS KIMBLE | | | COUNTY | LAFOURCHE | | | | |
| QTY | ACCOUNTING CODE | | DESCRIPTION | | | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.05 # V-150 RANGE-3 DRILL PIPE | | | | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL. | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TIME BREAK DOWN: | | | | | | SUBTOTAL | | |
| | | | | | | | | $6,560.00 |

| DEPART FOR JOB: | AM | ARRIVE AT JOB: | AM PM | INSPECTION REPORT(S): |
|---|---|---|---|---|
| SERVICE HOURS: | | | | SHOP ORDER J1009211 |
| DEPART FOR JOB: | AM | CHARGEABLE: | HRS | |
| | | NON-CHARGEABLE: | HRS | |
| CUSTOMER'S SIGNATURE: | | DATE: 6/15/2020 | | INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH |

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT

COMMENTS

**THANK YOU**

EXHIBIT
5

Exhibit 2 - 243

1001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DF 06-15-20 2020-06-15_16_17_53 V4.2.pdf Summary Report

# DRILCO

## Summary Report #: 1001382

Job #: J1009211

Work Order #: W101J419

Customer Ref #: R# 202-769

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-150 RANGE-3 DRILL PIPE
WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS
WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 3
WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) BUT
NEED CONNECTION REPAIRS.

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

### NOTES

HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RASIED)
ID COATING CLASSIFIED #1 CONDITION
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

EXHIBIT
5

Exhibit 2 - 244

1000382 HELDWOOD ENERGY, LLC Rowan Resolute 80 ITS 6.625 47.05   750 V-150 RG III DP 06-15-20 2020-06-15_16_21 21V4 2.pdf Final

# DRILCO

Final Inspection Report #: 10001382

Job #: 1100921

Work Order #: W1013419

Customer Ref #: R# 202-769

## Billing Information

| | | Tube Spec's |
|---|---|---|
| Due | 06/15/2020 | |
| Customer Name | 1001.8008 FHELDWOOD ENERGY, LLC | |
| Ordered By | Kris Kimble | |
| Rig Name | Rowan Resolute | |
| Location | GC-200 | |
| Well | TA-3 | |
| OCS-G | 12209 | |

| | | Tube Spec's |
|---|---|---|
| Size | 6 5/8 | |
| Grade | V-150 | |
| Weight | 47.05 / 7.50 | |
| Nominal Wall | 0.750 | |
| Min Wall | 0.712 | |

| | Tool Joint Spec's |
|---|---|
| AFE | New OD | 8 1/2 |
| WDS | Min OD | 8 5/64 |
| Quote# | Min TS Box | 6 9/8 |
| Work Order # | W1013419 | Min TS Pin | 6 1/16 |
| PO# | Recommend HB | Yes |
| Inspected @ | Port Fourchon | Range II III | II |
| | Connection | 6 5 /8 FH |

## Inspection & Services Performed

| | |
|---|---|
| Total Indicated Runout (TIR) of connections performed | |
| Cleaning Service Brush OD / ID Full Length | |
| Wet Magnetic Inspection Stress Area's Box and Pin Ends ( OD) | |
| Cleaning Service Waterblast OD / ID Full Length | |
| Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Js | |
| Visual Tube Body, OD Gaqs, UT Center Wall, Ultrasonic Tube Full Length | |
| Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Js | |
| Wet Magnetic Inspection of Re-Machined Connections | |
| Visual Tube Body, OD Gaqs, UT Center Wall, EMI Tube Full Length | |
| Dry Magnetic Inspection Stress Area's Box and Pin Ends ( ID) | |
| Reverse Magnetic Field Full Length | |
| Ultrasonic Inspection Tube Area's Box and Pin Ends ( OD) | X |

## Box Tool Joint / Pin Tool Joint

| Box Tool Joint | | | Pin Tool Joint | | | Total Counts |
|---|---|---|---|---|---|---|
| OK DRILCO | OK | 56 | OK DRILCO | OK | 60 | OK DRILCO |
| Machine Re-face | MRF | 8 | Machine Re-face | MRF | 14 | OK DRILCO 116 |
| Galled Thread(s) | GT | 0 | Galled Thread(s) | GT | 0 | Machine Re-face 22 |
| Damage Thread(s) | DT | 0 | Damage Thread(s) | DT | 1 | Galled Thread(s) 1 |
| Worn Thread(s) | WT | 1 | Worn Thread(s) | WT | 0 | Damage Thread(s) 1 |
| Pitted Thread(s) | PT | 13 | Pitted Thread(s) | PT | 4 | Worn Thread(s) 1 |
| Swelled Tool Joint | SWB | 0 | Swelled Nose | SWN | 0 | Pitted Thread(s) 17 |
| Cracked Thread(s) | CT | 0 | Cracked Thread(s) | CT | 0 | Class #2 Rejected Joints 0 |
| Damage Shoulder | DS | 1 | Damage Shoulder | DS | 0 | Total Premium Joints 80 |
| Benchmark at Min | BM | 0 | Benchmark at Min | BM | 1 | Total DownGrade Joints 0 |
| Pitted Seal(s) | PS-M | 0 | Pitted Seal(s) | PS-M | 0 | Total Repair Joints 42 |
| Damaged Seal(s) | DS-M | 0 | Damaged Seal(s) | DS-M | 0 | Total Premium Ready Joints 38 |
| Heat Checking | HC | 0 | Heat Checking | HC | 0 | Rehardband Joints 0 |
| Flush Hardband | F | 0 | Flush Hardband | F | 0 | Total DBR Joints 0 |
| Worn Hardband | W | 0 | Worn Hardband | W | 0 | Current Premium Ready 42 |
| Broken Hardband | B | 0 | Broken Hardband | B | 0 | Outstanding Repair Joints 38 |
| | | | Flaking ID Coating | | 0 | Current Downgrade Joints 0 |

## MRF Classifications

| | | Box | Pin | Totals |
|---|---|---|---|---|
| Cut Shoulder | MRF-CS | 0 | 0 | 0 |
| Pitted Shoulder | MRF-PS | 0 | 3 | 3 |
| Stabbing Damage | MRF-SD | 2 | 0 | 2 |
| Un-square Shoulder | MRF-UNS | 0 | 0 | 0 |
| Galled Shoulder | MRF-GS | 6 | 11 | 17 |

### Joint Class Entries

| | |
|---|---|
| Premium | P |
| Bent Tube | BT |
| Class 2 Reject | |
| Class 3 Reject | |

## Total Count

| | |
|---|---|
| Total Joints Inspected | 80 |
| 100% And Greater Remaining Wall | 9 |
| 95.0% - 99.9% Remaining Wall | 71 |
| 90.0% - 94.9% Remaining Wall | 0 |
| 80.0% - 89.9% Remaining Wall | 0 |
| Bent Tube(s) - NOT INSPECTED | 0 |
| Class #2 Rejected Joints | 0 |
| Class #3 Rejected Joints | 0 |

Specifications Used
DS-: Category 5-FLUT 2

| | |
|---|---|
| Inspected by | Joshua Ritter |
| | Dominic Patterson |
| Re-Inspected by | Terrance Crashfield |
| | Ron Leblanc |

Inspector's Comments

Material Belongs To ROWAN
White Lite Reading: 50-51
U. V. Meter Reading: 1750-2360

Note : Trunk New Nut Effects Not Covered.

Page 1 of 5

Exhibit 2 - 245

EXHIBIT 5

1000 1382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.DS - 750 V 150 RG III DP 06-15-20 2020-06-15_16_21_21VA2.pdf Final

Note: (1) marcd when Seal (1) Pipe de has perfonal.

| JT Run No. | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Floating ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW % | S - S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAR 06941 | AACGND 0141 | 0.737 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 3/4 | OK | | | | | | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.27 | 43.87 | RPR | PRM |
| 2 | NAR 06975 | AACGND 0173 | 0.350 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 8 1/4 | OK | | | | | | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 100.00 | 43.74 | RPR | PRM |
| 3 | NAR 06872 | AACGND 0072 | 0.717 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 | OK | | | | | | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 11 1/4 | MRF-GS | | | | OK | | P | 95.40 | 43.91 | RPR | PRM |
| 4 | NAR 06912 | AACGND 0112 | 0.727 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 | GT | | | | | | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.80 | 43.84 | RPR | PRM |
| 5 | NAR 07003 | AACGND 0111 | 0.737 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 11 | GT | | | | | | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 98.27 | 43.64 | RPR | PRM |
| 6 | NAR 07012 | AACGND 0012 | 0.743 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 3/4 | OK | | | | | | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 98.67 | 43.66 | RPR | PRM |
| 7 | NAR 06817 | AACGND 0017 | 0.741 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 3/4 | OK | | | | | | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.07 | 43.94 | RPR | PRM |
| 8 | NAR 06816 | AACGND 0016 | 0.744 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 99.00 | 43.87 | RPR | PRM |
| 9 | NAR 06999 | AACGND 0082 | 0.722 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 1/2 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/2 | OK | | | | OK | | P | 98.67 | 43.83 | RPR | PRM |
| 10 | NAR 06882 | AACGND 0159 | 0.733 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 1/4 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 98.13 | 43.90 | RPR | PRM |
| 11 | NAR 06999 | AACGND 0172 | 0.732 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 1/4 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 97.60 | 43.94 | RPR | PRM |
| 12 | NAR 06972 | AACGND 0038 | 0.733 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 1/4 | WT | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 99.33 | 43.59 | RPR | PRM |
| 13 | NAR 06850 | AACGND 0050 | 0.734 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 3/4 | PT | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 98.33 | 43.89 | RPR | PRM |
| 14 | NAR 06900 | AACGND 0100 | 0.735 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 3/4 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 | OK | | | | OK | | P | 99.47 | 43.87 | RPR | PRM |
| 15 | NAR 06818 | AACGND 0181 | 0.747 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 1/4 | PT | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | PT | | | | OK | | P | 100.27 | 43.88 | RPR | PRM |
| 16 | NAR 06850 | AACGND 0110 | 0.734 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 1/4 | PT | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 3/4 | PT | | | | OK | | P | 97.73 | 43.80 | RPR | PRM |
| 17 | NAR 06910 | AACGND 0021 | 0.747 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 3/4 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 9 3/4 | OK | | | | OK | | P | 97.60 | 43.39 | RPR | PRM |
| 18 | NAR 06897 | AACGND 0138 | 0.734 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 1/4 | PT | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 97.40 | 43.83 | RPR | PRM |
| 19 | NAR 07051 | AACGND 0150 | 0.732 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 1/4 | PT | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/2 | OK | | | | OK | | P | 97.73 | 43.83 | RPR | PRM |
| 20 | NAR 06910 | AACGND 0156 | 0.732 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 3/4 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/2 | OK | | | | OK | | P | 99.60 | 43.83 | RFR | PRM |
| 21 | NAR 06895 | AACGND 0097 | 0.735 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 11 | PT | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.27 | 43.94 | RFR | PRM |
| 22 | NAR 06944 | AACGND 0144 | 0.735 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 1/4 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 98.27 | 43.52 | RFR | PRM |
| 23 | NAR 07023 | AACGND 0220 | 0.734 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 1/2 | PT | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | CK | | | | OK | | P | 98.27 | 43.80 | RFR | PRM |
| 24 | NAR 06860 | AACGND 0034 | 0.743 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 1/4 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | CK | | | | OK | | P | 99.60 | 43.87 | RFR | PRM |
| 25 | NAR 07008 | AACGND 0008 | 0.737 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 3/4 | PT | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.40 | 43.87 | RFR | PRM |
| 26 | NAR 06915 | AACGND 0060 | 0.724 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 11 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.27 | 43.69 | RFR | RPR |
| 27 | NAR 06935 | AACGND 0115 | 0.724 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 3/4 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 | OK | | | | OK | | P | 99.73 | 43.69 | RFR | RPR |
| 28 | NAR 07032 | AACGND 0183 | 0.719 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 1/2 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 33.87 | 43.58 | RPR | RPR |
| 29 | NAR 06818 | AACGND 0155 | 0.722 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 3/4 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 | OK | | | | OK | | P | 97.40 | 44.10 | RFR | RPR |
| 30 | NAR 06955 | AACGND 0059 | 0.352 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 1/4 | OS | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 11 1/4 | BM | | | | OK | | P | 97.60 | 43.89 | RPR | RPR |
| 31 | NAR 06818 | AACGND 0032 | 0.350 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 9 3/4 | DS | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 98.40 | 43.87 | RPR | RPR |
| 32 | NAR 07053 | AACGND 0185 | 0.722 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 | PT | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 3/4 | PT | | | | OK | | P | 96.53 | 43.91 | RPR | RPR |
| 33 | NAR 06988 | AACGND 0188 | 0.350 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 96.53 | 43.75 | RPR | RPR |
| 34 | NAR 06915 | AACGND 0115 | 0.230 | 1 | | 8 1/2 | 4 1/4 | 7.4564 | 5 7/8 | 10 | OK | | | | | OK | 8 1/2 | 4 1/4 | 7.4564 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 97.33 | 43.85 | RPR | RPR |

EXHIBIT 5

**Exhibit 2 - 246**

I00013021 FIELDWOOD ENERGY, LLC Rowan Resolve 80 JTS 6 GLS 47.65 / 750 V-150 RO III DP 66-15-20 2020-06-15_16_21_21 V4 2.pdf Final

**Exhibit 2 - 247**

EXHIBIT 5

100D1382 /FIELDWOOD ENERGY, LLC Rewzn Resolut 80 JTS 6.625 47.05 / 7.50 V-150 RG 1H DP 06-15-20 2020-06-15_16_21_21 V4.2.pdf Final

| 80 | NAR 06837 | A.CGND 0037 | 0.730 | 1 | 8 1 2 | 4 1 4 | 17.45 64 | 5.7 8 | 9.3 4 | 0K | | | | 0K | | 8 1/2 | 4 1 4 | 7.45 64 | 4 15 16 | 10.1 4 | 0K | | | | 0K | | P | 97.33 | 43.77 | PRM | PRM |

Note: (1*) Mark above use (Effect No. for comment)

EXHIBIT
5

Exhibit 2 - 248

# DRILCO

INSPECTION SERVICES
BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| CUSTOMER: | VALARIS | | DATE: | 6/11/2020 | | P.O NO | | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|---|
| | | | OPERATOR | | | CUSTOMER CODE: | | | |
| JOB # | J1009211 | | CONTRACTOR/RIG: | RESOLUTE | | STATE CODE | S | | |
| WORK ORDER # | | | LOCATION | GC 200 | | AREA | 1256 | | |
| AUTHORIZED BY | KRIS KIMBLE | | COUNTY/STATE | LAFOURCHE,LA | | CUSTOMER REF# | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE | CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|---|
| 160 | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | | 160 | $8.00 | $1,280.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

| TIME BREAK DOWN: | | | | | SUBTOTAL | |
|---|---|---|---|---|---|---|
| | | | | | | $1,280.00 |

DEPART FOR JOB:_____ ☐ AM ☐ PM ARRIVE AT JOB:_____ AM PM
SERVICE HOURS:
DEPART FOR JOB:_____ ☐ AM ☐ PM CHARGEABLE_____ HRS
NON-CHARGEABLE _____ HRS

INSPECTION REPORT(S):
J1009211

CUSTOMER'S SIGNATURE:_____ DATE:_____ INSPECTED BY NICK, JOSH

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.

COMMENTS _____

RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR INDIRECTLY FROM SERVICES PROVIDED

EXHIBIT
5

Exhibit 2 - 249

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit:10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page   1

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type      ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 10 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 425.00 4,250.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

| 2 | 12 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 565.00 6,780.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235550 |
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER            DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED:_____

EXHIBIT
5

**Exhibit 2 - 250**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |

Business Unit:10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page    2

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type        ONSHORE REPAIR

| | | | | | | | | | **PURCHASING USE ONLY** | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235550 | |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| | | Operator (Print) | | | |
| | | | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED:_____

EXHIBIT
5

**Exhibit 2 - 251**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013    OPEN
Req ID:0000235550
Date: 05/09/2020
Page    3

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type        ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 2 DRILCO JOB: J1009211 | | | | | | |
| 3 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,WATERBLAST CLEANING | 15.00 1,200.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:                      HTS NO:                      UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 3
DRILCO JOB: J1009211

| 4 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,INSPECT TO DS-1 CAT-5 SPECS | 82.00 6,560.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000235550 |
|-------|------------|------------------------------------------------------------------------------------|-------------------------------------|----------------------------------------|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Name (Print) | | BUYER                    DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____    DATE FAXED: _____

EXHIBIT
5

**Exhibit 2 - 252**

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
| --- |

Business Unit:10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page    4

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type   ONSHORE REPAIR

| | | | | | | | **PURCHASING USE ONLY** | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION HTS NO: | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 4 DRILCO JOB: J1009211 | | | | | | |
| 5 | 160 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 8.00 1,280.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO:          HTS NO:          UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount:         20,070.00

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

AFE: *Fw 191015*
LEASE: *GC-40 Katmai*
RIG: *Rowan Resolute*
ENGINEER: *K. Castille*
    *Routing # 58048*
*Acct Code # 3025-15*

| R4202N NO: | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY FR NO:   0000235550 |
| --- | --- | --- | --- | --- | --- |
| OIM | DATE | *FwE* Operator (Print) | | | |
| | | *RTCP* Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | *Brent Primeaux* Rep Name (Print) | | BUYER          DATE | |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

EXHIBIT 5

**Exhibit 2 - 253**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER GC 40 #1
KATMAI

AFE #: FW2020002

TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD USAGE ON THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S REP.

The support is Cameron Inv#916459063 - Dated:03/15/2019

| ITEM ID | DESCRIPTION | | |
|---------|-------------|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

AMOUNT DUE: $ 111,367.50

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date: 2020.07.16
13:57:18 -05'00'

$ (111,367.50) 810650.10417.4202.110

ED

EXHIBIT
5

Exhibit 2 - 254

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

```
┌─────────────────┐
│   Valaris       │
│   Field         │
│   Requisition   │
└─────────────────┘
```

Business Unit: 10013    OPEN
Req ID:0000236908
Date: 07/03/2020
Page 1

**Attention: SUBSEA**

REQ Type    Supply

| | | | | | | | | CRIT. | PURCHASING USE ONLY | | |
| | | | | | | | | RATING | | | |
|ITEM|QTY|G/L ACCT Item ID|UOM|DESCRIPTION|COST|AFE CATEGORY| | |PRICE|VENDOR, LOCATION, CONFIRM TO|PO NO.|
|1|4|024000 223154403|EA|PACKER-SIDE,CAMERON,2231544-03 ,18-3/4IN,15K,L CDVS AND CDVS II,U II/TT/L/EVO AND 10-15K BOPS,TEMP CLASS EF|4,925.25 19,701.00|95- 95-SUBSEA| |VC| | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8431438090          UNSPSC NO:

|2|4|024000 223154703|EA|PACKER-SIDE,CAMERON,2231547-03 ,18-34IN,15K,RT CDVS AND CDVSII,U II/TT/L/EVO AND 10-15-K BOPS,TEMP CLASS EF|4,925.25 19,701.00|95- 95-SUBSEA| |VC| | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8431438090          UNSPSC NO:

|3|2|024000 223154101|EA|PACKER,CAMERON,2231541-01,BLAD E F/ 18-3/4 IN-15M BOP CDVS U II RAM BLOCK CDVS RAM|2,464.50 4,929.00|09- 09-BLOW OU| |VC| | | |

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236908 |
| OIM | DATE | Operator (Print) | | |
| | | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED: _____

EXHIBIT
5

**Exhibit 2 - 255**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
520 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013  OPEN
Req ID:0000236908
Date: 07/03/2020
Page  2

**Attention: SUBSEA**

REQ Type     Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------|-----|-------------|------|-----|------|------|------|------|
| | | | | **PURCHASING USE ONLY** | | | | | | |

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO:8431438090              UNSPSC NO:

| 4 | 4 | 024000 64436903 | EA | SEAL,CAMERON,844369-03,TOP,F/ DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U II RAM BLOCK | 8,114.25 32,457.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO:8484200000              UNSPSC NO:

| 5 | 2 | 024000 644404010003 | EA | PACKER,CAMERON,844404010003,VA RIABLE BORE RAM,5.875 IN PIPE,CAMERON BOP TP U4I | 14,843.25 29,686.50 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:  0000236908 |
|-------|-----|-----|-----|-----|
| OIM | DATE | Operator (Print) | | |
| Line Item Exempt : | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Name (Print) | | BUYER          DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____  DATE FAXED:_____

EXHIBIT
5

**Exhibit 2 - 256**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

Business Unit:10013    OPEN
Req ID:0000236908
Date: 07/03/2020
Page    3

**Attention: SUBSEA**

REQ Type        Supply

| | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | GL ACCT
Item ID | UOM | DESCRIPTION
HTS NO:6481905090 | COST | AFE
CATEGORY
UNSPSC NO: | CRIT.
RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 6 | 2 | 024000
645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-
02,18-3/4IN,API 16A TEMP CLASS
EF,W/ 8-HR EXCURSION TO 350
DEG F | 975.00
1,950.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN : EAR99         HTS NO:4016930000           UNSPSC NO:

| 7 | 6 | 024000
645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-
00-01,F/18-3/4 IN,10M,U II-B,U
II-B,U II,AND,15M U-II,15M
18-3/4 TL BOP,PER API 16A TEMP
RATING -50 TO 350 DEG F | 490.50
2,943.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99         HTS NO:8431438090          UNSPSC NO:

Total Requisition Amount        111,367.50

| ECCN NO:
R-4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.
D. GABOURIE FWE | List all Field
ETRR No. by Item | PURCHASING ONLY FR NO:    0000236908 | |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| [signature] | 7/3/20 | [signature] | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature
BARRY GABOURIE | | BUYER | DATE |
| NOTE: Any additions or deletions
must be initialed | | Rep Name (Print) | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____        DATE FAXED:_____

AFE:        FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

ACCT CODE 3060-15

7-3-2020

| EXHIBIT
5 |

**Exhibit 2 - 257**



# CAMERON
A Schlumberger Company

## INVOICE

| | |
|---|---|
| Invoice No | : 916459063 |
| Invoice Date | : MAR 15 2019 |
| Page | : 1 of 3 |

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: 831144704
ABA No: 021000021
Swift No: CHASUS33

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

| | |
|---|---|
| Payment Terms | : Net 45 Days |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : Free Carrier |
| | HOUSTON DC |
| Ship From | : HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | : MAR 15 2019 |

**Invoice To :** 60001776
EMAIL
ATLANTIC MARITIME SERVICE LLC EMAIL
ATTN ACCTS PAYABLE
2800 POST OAK BLVD STE 5450
HOUSTON TX 77056-6189
USA

**Ship To :** 43242011
ATLANTIC MARITIME SERVICES LLC
13627 WEST HARDY
HOUSTON TX 77060
USA

| | | |
|---|---|---|
| Inside Sales Contact : Johnny Olachia | 832-787-8686 | Sales Order : 3685599    Delivery Number : 88188457 |
| Outside Sales Contact : ALAN THIBODEAUX | 281-753-2922 | |

| | |
|---|---|
| Customer Reference | : 4500506400 |
| Functional location | : 10943607 |
| Description | : ROWAN RESOLUTE RIG 202 |
| Placed by | : Tina Castillio |
| Project Name | : RIG 202 |
| Project/Reference | : RIG 202 |

| Item | Material Number<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | 644369-03 | 4.000 EA | 8,330.63 | 33,322.52 |
| | Customer Material :80492<br>TOP SEAL, 18-3/4" 15K (CDVS) 'TL' BOP<br>TEMP CLASS 'XX'<br><br>Frame Agreement Price : 8,330.63 | FR#236908 – Item Number 4 - 64436903 - 4 EA | | |
| 30 | 2231541-01 | 2.000 EA | 2,530.22 | 5,060.44 |
| | Customer Material :78134<br>PACKER, BLADE, CDVS RAM,<br>18-3/4" 15M 'UII' AND 'T/TL' BOP's<br>API 16A TEMP "XX" (NOT API 16A 4TH ED)<br><br>SERIAL NUMBER: 00000000000000001<br>SERIAL NUMBER: 00000000000000002<br>Frame Agreement Price : 2,530.22 | FR#236908 – Item Number 3 - 223154101 - 2 EA | | |

EXHIBIT
5

**Exhibit 2 - 258**

**CAMERON**
A Schlumberger Company

Invoice No : 916459063

Page : 2 of 3

Serial No : 1 2

| 40 | 2231547-03 | 4.000 EA | 5,056.59 | 20,226.36 |

Customer Material :80491
SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 – Item Number 2 - 223154703 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 50 | 2231544-03 | 4.000 EA | 5,056.59 | 20,226.36 |

Customer Material :80490
SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 – Item Number 1 - 223154403 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 60 | 645484-01-00-01 | 28.000 EA | 503.58 | 14,100.24 |

Customer Material :23001
BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND
18-3/4" 15K
"TL" BOP (NOT API 16A 4TH ED)

FR#236908 – Item Number 7 - 645484010001 - 6 EA

Frame Agreement Price : 503.58

| 70 | 2247012-02 | 1.000 EA | 7,408.17 | 7,408.17 |

Customer Material :129474
BODY, S-AX GASKET, 18-3/4 10/15 K

Frame Agreement Price : 7,408.17

| 80 | 644404-01-00-03 | 8.000 EA | 15,239.07 | 121,912.56 |

Customer Material :74683
PACKER, VBR - CAMRAM (TM) 18-3/4"-15M

FR#236908 – Item Number 5 - 644404010003 - 2 EA

T/TL BOP, 7-5/8" TO 3-1/2" OD
PIPE, AND 5-7/8" TO 3-1/2" OD PIPE
PER API 16A, TEMP CLASS "E,X"
DUAL DUROMETER (NOT API 16A 4TH ED)
Frame Agreement Price : 15,239.07

EXHIBIT 5

**Exhibit 2 - 259**



**CAMERON**
A Schlumberger Company

Invoice No   : 916459063

Page       : 3 of 3

| 90 | 645068-01-00-02 | 8.000 EA | 1,001.00 | 8,008.00 |

Customer Material :23134
TOP SEAL, 18-3/4"-15M 'T/TL' BOP
API 16A TEMP CLASS "EF"
WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH ED)
Frame Agreement Price : 1,001.00

FR#236908 – Item Number 6 – 645068010002 - 2 EA

Price summary :

| | |
|---|---|
| Total Price : | 230,264.65 USD |
| State Tax : | 14,391.53 USD |
| City Tax : | 2,302.65 USD |
| Transit Tax : | 2,302.65 USD |
| Total Invoice Value : | 249,261.48 USD |

**Exhibit 2 - 260**

EXHIBIT 5



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007278
INVOICE DATE: 07/20/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| INSPECTION OF 6-3/4IN DRILL COLLARS<br>PO#458846 - FR#23066 | $ | 225.00 |
| 10-DIRTY OIL TOTE TANKS<br>PO#458710 - FR#236175 | $ | 1,500.00 |
| CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL<br>PO#458579 - FR#235606 | $ | 1,611.21 |
| WELLHEAD RING GASKETS AND SEALS<br>PO#457100 - FR#234615 | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |

AMOUNT DUE: $ 5,886.52

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

| | | |
|---|---|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250.10417.4202.110 |

ED

EXHIBIT
5

**Exhibit 2 - 261**

Case 20-33948-c Document 1080-5 Filed in TXSB on 01/05/21 Page 357 of 526

ORACLE VALARIS

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home | Worklist | Add to Favorites | Sign out

Purchase Order Inquiry

## Purchase Order

### Header

| | |
|---|---|
| Business Unit: | 10010 |
| PO ID: | 0000045846 |

| | |
|---|---|
| PO Date: | 05/06/2020 |
| Vendor Name: | DRILLDOGONA001 |
| Vendor ID: | 0000000235 |
| Buyer: | Kenya |
| | Akeem |
| | Abdul |
| | Moxie |

Vendor Details

PO Status: Dispatched

Backorder Status: Not Backordered
Receipt Status: Not Recvd
☐ Hold From Further Processing

Amount Summary
Merchandise: 225.00
Freight/Tax/Misc.: 0.00
Total: 225.00 USD

PO Reference: 0000026066 SERVICE

Header Details | Matching | Activity Summary

Document Status

Change Order

### Lines

| Line ▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount ▲ | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | 6750COC92PRN | INSPECTION-ONSHORE COLLARS REN | 95 | 15.0000 | EA | 225.00 USD | Approved | 6750COC92PRN |

Personalize | Find | View All | First 1 of 1 Last

View Approvals

Return to Search | Notify

EXHIBIT 5

**Exhibit 2 - 262**

## Valaris

Ship-To: ROWAN RESOLUTE RIG #... (VALARIS RESOLUTE)
ROUNDS IN ROAD
BROUSSARD LA 70518
USA

Business Unit: 00013
Date: 000202200
Page: 1

Attention: DRILL CREW / TOOLPUSHER

CHEM/OBSERRPVAR

**Valaris Field Requisition**

PURCHASING USE ONLY

| RECD Type | VENDOR LOCATION CONFIRM TO | PO NO. |
|---|---|---|

| ITEM | QTY | COLL ACCT/Item No | UOM | DESCRIPTION | QUANT | A-E CATEGORY | DRIL RATING | FRIEGE | VENDOR LOCATION CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14 | 004004 / 8750004?P90N | EA | INSPECTION-CHOR/INSPECTION OF COLLARS-PAN INSPECTION GET 8-9AN IN OIL/COST/REPAIR INSPECTION | 10.00 / 150.00 | 85- 85-TUBULAR | G | | | |

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Line Item Exempt: N

Available Facilities    Item Desc:

ACCT. CODE 30LD-15
5-29-2020

ECCN NO:    HTS NO:    UNSPSC NO:    19000

Total Item/Labor Amount:

FIELDWOOD REBILL FOR INSPECTION OF 8-9/4IN DRILL COLLARS, ET/OR RX09-2020-5-29-4021. COLLARS WILL GO TO WELL/BORE INTEGRITY SOLUTION PO TX-300004
SERIAL #'S 220000, 230902, 220072, 230342, 230903, 230904, 230051, 230082, 230954, 230905, 230906, 230951, &
230904

| EX/POOL | 05/29/2020 | NOTE: Operator hereby authorizes FWDO reimbursement of all items referred above. | By-H FROM ET/OR No. by item | PURCHASING ONLY FR NO: 000200069 |
|---|---|---|---|---|
| CIM | DATE | Operator (Print) FWE | | |
| | | J. B.-Mon | | |
| REQ MGR / OPER/DIVISION TECH   DATE | | Rig Supervisor | | |
| NOTE: Any additions or deletions must be initialled | | Larce Pautier | | ENTER _____ DATE _____ |
| | | Rig Name (Print) | NO: _____ | DATE FAXED: _____ |

HAS FIELD REQUISITION ITEM FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____

Exhibit 2 - 263

EXHIBIT 5

# VALARIS

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home | Worklist | Add to Favorites | Sign out

## Purchase Order Inquiry
### Purchase Order

Business Unit: 10013
PO ID: 0000458710

**Header**

| | | | |
|---|---|---|---|
| PO Date: | 06/30/2020 | PO Status: | Dispatched |
| Vendor Name: | AMERICANN-003 | POA Status: | Acknowledged |
| Vendor ID: | 0000017294 | | |
| Buyer: | Ernestine Castillo | Backorder Status: | Not Backordered |
| | | Receipt Status: | Received |
| PO Reference: | | ☐ Hold From Further Processing | |

Vendor Details

**Amount Summary**

| | |
|---|---|
| Merchandise: | 1,500.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 1,500.00 USD |

Header Details    All REV
Matching
Header Comments          Document Status
Change Order    Activity Summary

**Lines**

Personalize | Find | View All |          First 1 of 1 Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Origin-al Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | SERVOILCISS60GAR | SERVICE-ONSHORE AMERICAN RECOV | 30 | 10.0000 | EA | 1,500.00 USD | Approved | SERVOILCISS60GAR |

View Approvals

Return to Search      Notify

Related Links

Exhibit 2 - 264

EXHIBIT 5

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

```
Valaris
Field
Requisition
```

Business Unit: 10013    OPEN
Req ID: 0000236175
Date: 06/02/2020
Page   1

**Attention: ENGINEERING**

REQ Type        Rental

**PURCHASING USE ONLY**

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 10 | 024000 SERVOILDIS550GA | EA | SERVICE-ONSHORE,AMERICAN RECOVERY,DISPOSAL,USED OIL,NON-HAZ,RATE INCLUDES 550 GAL TOTE,DISPOSAL,TRANSPORTATION AND 30 DAY TOTE RENTAL | 135.00 1,350.00 | 90- 90-ENVIRON | S | | | |

Line Item Exempt : N

Available Sustitute     Item Desc :

ECCN NO: EAR99          HTS NO:7310100050          UNSPSC NO:

Total Requisition Amount:          1,350.00

FIELDWOOD RE-BILL FOR 10 DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202 | 06/02/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000236175 |
|-------|-----------|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | 6/3/2 DATE | Rep Signature | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED: _____

EXHIBIT
5

Exhibit 2 - 265

VALARIS

Purchase Order Inquiry

## Purchase Order

### Header

Business Unit: 92US
PO ID: 0000036579

PO Date: 06/01/2020
Vendor Name: SWN/ECOLE-001
Vendor ID: 0000000012    Vendor Details
Buyer: Ernestine Castillo

PO Reference:

Header Details          AII RTV
Header Comments          Matching      [Document Status]
Change Order          Activity Summary

PO Status:          - Dispatched

Backorder Status:   Not Backordered
Receipt Status:     Received
☐ Hold From Further Processing

**Amount Summary**
Merchandise:        1,511.21
Freight/Tax/Misc.:     0.00
Total:              1,511.21 USD

### Lines

Personalize | Find | View All |   First   1-3 of 3   Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Item ID |
|-------|---------|------------------|----------|--------|-----|--------------------|--------|------------------|
| 1 | 🖼 | SERVICE-ONSHORE SWABE OILFIELD | 82 | 1.0000 | EA | 375.00 USD | Approved | | 🔍 📄 |
| 2 | 🖼 | SERVICE-ONSHORE SWABE OILFIELD | 82 | 1.0000 | EA | 750.00 USD | Approved | | 🔍 📄 |
| 3 | 🖼 | SERVICE-ONSHORE SWABE OILFIELD | 82 | 1.0000 | EA | 486.21 USD | Approved | | 🔍 📄 |

View Approvals

Return to Search      Notify          Related Links

EXHIBIT
5

Exhibit 2 - 266

VALARIS

Favorites  Main Menu

Purchasing  Purchase Orders  Review PO Information  Purchase Orders  Activity Summary

Home  Worklet  Add to Favorites  Sign out

## Activity Summary

| | |
|---|---|
| Business Unit: | 10013 |
| Purchase Order: | 0000408079 |
| Merchandise Amount: | 1,611.21 USD |
| Merchandise Receipt: | 1,611.21 USD |
| Merchandise Returned: | 0.00 USD |
| Merchandise Invoice: | 0.00 USD |
| Merchandise Matched: | 0.00 USD |

PO Status: Dispatched

Vendor: SWIRE OILFIELD SERVICES LIMITED

### Lines

Details | Receipt | Invoice | Matched | RTV

Personalize | Find | View All |  First  1-3 of 3  Last

| Line▲ | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Currency | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | USD | 1.0000 | 375.000 | USD |
| 2 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | USD | 1.0000 | 750.000 | USD |
| 3 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | USD | 1.0000 | 486.210 | USD |

Return to Search    Notify

Exhibit 2 - 267

EXHIBIT 5

# Valaris

Ship To:

ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MCGLIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013
Req ID: 000235606    OPEN
Date: 05/12/2020
Page    1

REQ Type    ONSHORE REPAIR

**Attention: MARINE / BARGE SUPERVISOR**

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR. LOCATION. CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 1 | 024000 | EA | SERVICE-ONSHORE SWIRE OILFIELD SERVICES,DISPOSE OF 75 GALLONS OF HELICOPTER FUEL. | 375.00 375.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:                                    HTS NO:                         UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL

| 2 | 1 | 024000 | EA | SERVICE-ONSHORE SWIRE OILFIELD SERVICE,CLEAN INTERIOR OF HELI-FUEL TANK WITH THREE PART PROCESS | 750.00 750.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:                                    HTS NO:                         UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
CLEAN INTERIOR OF HELI-FUEL TANK WITH A THREE-PART PROCESS, 1-RINSE TANK OUT COMPLETELY, 2-STEAM CLEAN INSIDE OF TANK

R4202

| OIM | 05/12/2020 | | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 000235606 |

DATE

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

_____        _____
Operator (Print)                                    PURCHASING ONLY FR NO:    000235606

RIG MGMT / OPERATIONS MGR        DATE

_____        _____
Rep Signature                                      BUYER

NOTE: Any additions or deletions must be initialed

_____        _____
Rep Name (Print)                                  DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____        DATE FAXED: _____

**EXHIBIT 5**

Exhibit 2 - 268

# Valaris

EXHIBIT
5

|  | Valaris Field Requisition |
| --- | --- |

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Business Unit: 10013   OPEN
Req ID: 0000235606
Date: 05/12/2020
Page 2

Attention: MARINE / BARGE SUPERVISOR

REQ Type   ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | GL/ACCT | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,TRANSPORTATION FROM SWIRE YARD IN HOUMA FROM FOURCHON, LA. | 486.21 486.21 | 82 - THIRD PART | S | | | |

COMPLETELY WITH HOT WATER AND SOAP 3-RINSE THE INSIDE WITH CLEAN HOT WATER, CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL
HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP

Line Item Exempt : N
Available Sustitutes   Item Desc :

ECCN NO:   HTS NO:   UNSPSC NO:

SWIRE OILFIELD SERVICES QUOTE# 05112020-001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA FOR WORK TO BE DONE

Total Requisition Amount:   1,611.21

FIELDWOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

AFE:   FW202002
Lease:   GC 40 #1
Project:   Katmai
Engineer:   K.Dufrene
Routing #:   580047

Act Code # 3060 - 15

| | List all Field ETRR No. by Item | |
| --- | --- | --- |

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

_EWE_ Operator (Print)
_Brent Primeaux_ Rep Signature
_Brent Primeaux_ Rep Name (Print)

| R4202 | 05/12/2020 |
| --- | --- |
| O/M | DATE |

RIG MGR / OPERATIONS MGR   DATE

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

| PURCHASING ONLY   FR NO: | 0000235606 |
| --- | --- |
| BUYER | DATE |

Exhibit 2 - 269

VALASIS

Favorites   Main Menu        Purchasing    Purchase Orders    Review PO Information    Purchase Orders                                                                                 Home    Worklist    Add to Favorites    Sign out

Purchase Order Inquiry

## Purchase Order

| Business Unit: | 10018 | | PO Status: | | Dispatched |
|---|---|---|---|---|---|
| PO ID: | 0000457100 | | | | |
| Change Order: | 1 | | POA Status: | | Responded, Awaits Review |

**Header**

| PO Date: | 09/15/2020 | | | Backorder Status: | | Not Backordered |
|---|---|---|---|---|---|---|
| Vendor Name: | HYDRIL-001 | | | Receipt Status: | | Received |
| Vendor ID: | 0000000074 | Vendor Details | | Hold From Further Processing | | |
| Buyer: | Enns,Eric | | | Amount Summary | | |
| | Castillo | | | Merchandise: | | 2270.30 |
| PO Reference | | | | Freight/Tax/Misc: | | 0.00 |
| Header Details | Activity | Comment Status | | Total: | | 2270.30 USD |
| Header Comments | Matching | | | | | |
| Change Order | Activity Summary | | | | | |

**Lines**                                                                                        Personalize | Find | View All |    First   1-4 of 4   Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Line ID | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 34108032 | GASKET,VETCO H10985-2 VGX-2-18 | EA | | EA | 0.20 USD | Canceled | H105932 | ⊙ | 📄 |
| 2 | 41303051 | SEAL,VETCO H' 2295-11,IP HYDRIL | EA | | EA | 0.20 USD | Canceled | H129251 | ⊙ | 📄 |
| 3 | | FEE,RESTOCKING,VETCO,H10983-2 | EA | - 0000 | EA | 2,133.57 USD | Approved | | ⊙ | 📄 |
| 4 | | FEE,RESTOCKING,VETCO,H1295-1 | EA | - 0000 | EA | 136.33 USD | Approved | | ⊙ | 📄 |

View Approvals

Return to Search        Notify                                                                                                  Related Links

EXHIBIT
5

**Exhibit 2 - 270**



EXHIBIT
5

EXHIBIT
5

# Valaris

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013
Req ID:000023461'5    OPEN
Date: 04/02/2020
Page    1

Attention: WAREHOUSE

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 2 | 024C00 H108932 | EA | GASKET,VETCO,H10932-2,V3X2,18 -3/4 IN,16K PSI,F/H4 CONNECTOR | 4,161.60 8,323.00 | 95 - 95-SUBSEA | VC | | | |

Line Item Exempt : N
Available Substitutes        Item Desc :

ECCN NO: EAR99        HTS NO:4016930000        UNSPSC NO:

SEE ATTACHED GE CONTRACT PRICING

| 2 | 1 | 024000 H120251 | EA | SEAL,VETCO,H12025-*,LIP,HYDRAT E/FH4 CONNECTOR,27 IN WELL HEAD | 531.93 531.93 | 00 - 00-BLOW OU | VC | | | |

Line Item Exempt : N
Available Substitutes        Item Desc :

ECCN NO: EAR99        HTS NO:4016930000        UNSPSC NO:

DATED GOODS - EXPIRATION DATE— ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE, 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE, 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT **FAILURE

NOTE: Operator hereby authorizes
reimbursement of all Items ordered above.

List all Field
ETRR No. by Item        PURCHASING ONLY  FR NO:    000023461'5

R4202
O/M _____    04/02/2020
DATE

Operator (Print)

Rep Signature

RIG MGR / OPERATIONS MGR _____    DATE

NOTE: Any additions or deletions
must be initiated

Rep Name (Print)        BUYER        DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____        DATE FAXED: _____

Exhibit 2 - 272

# Valaris

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MCQUIN ROAD
BROUSSARD LA 72618
USA

Valaris
Field
Requisition

Business Unit:10013
Req ID:000002346I5    OPEN
Date: 04/02/2020
Page     2

**Attention: WAREHOUSE**

REQ Type          Supply

PURCHASING USE ONLY

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST CATEGORY | AFE RATING | CRIT. | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------|-----|-------------|------|------|------|------|------|------|
| | | | | TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE. | | | | | | |

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

Total Requisition Amount:          8,854.83

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmal
Engineer:   K.Dufrene
Routing #:  580047

Acct Code # 3060-15

419120

| R4202 | 04/02/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    000023461S |
|------|------|------|------|------|
| OIM | DATE | Operator (Print) | | |

_L.L._  Operator (Print)

_Rap Signature_

Breal Primeaux
Rep Name (Print)

RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____          DATE FAXED: _____

| BUYER | DATE |
|------|------|

Exhibit 2 - 273

EXHIBIT
5

1/2/2020             shopDrilling :Current Quote

Help     ENSCO 🔍     Kenya Maxile

Home | SPARES > | AVAILABLE INVENTORY >

Current Quote  | Saved Quotes  | Shopping Lists

Search [All Products  ▼]   Keyword(s): Search by Part #, Product Name or Keyword   [ Go ]   Search Multiple Parts

**Current Quote**

[ Delete ]    Actions Save Quote  [ ▼ ][ Go ]   [ Proceed to Checkout ]

☑ Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date.

| Select | Part Number | Description | UOM | Quantity | Stand Lead Time (Weeks) | Unit List Price | Unit Discount | Unit Net Price | Total Extended Price | Discontinued Parts? | Remove |
|--------|-------------|-------------|-----|----------|-------------------------|-----------------|---------------|----------------|----------------------|---------------------|--------|
| ☐ | H10993-2 | GASKET, VGX-2, 18.750, 17-4PH, 15000 PSI RWP | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | 🗑 |
| ☐ | H12025-1 | SEAL,LIP,NOM 27, ANTI-HYDRATE/SILTING,H4 CONNECTOR (PURCHASE PER DRAWING) DIMENSIONS: A = 27.875 B = 27.355 | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | 🗑 |

[ Recalculate ]    Sub-Total:   $11,350.03

Taxes, Shipping and Handling Extra

Total: $11,350.03

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.

CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING. IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"], CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
**********************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED. CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
**********************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
**********************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
**********************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
**********************************************************************
FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSalesAdminPCB@bhge.com
Phone : +1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

[ Continue Shopping ][ Delete ]    Actions Save Quote  [ ▼ ][ Go ]   [ Proceed to Checkout ]

EXHIBIT 5

**Exhibit 2 - 274**

VALARIS

Favorites    Main Menu

Purchasing    Purchase Orders    Purchase Orders    Review PO Information    Purchase Orders

Home    Worklist    Add to Favorites    Sign out

## Purchase Order Inquiry

### Purchase Order

| | |
|---|---|
| Business Unit: | 10013 |
| PO ID: | 0000267100 |
| Change Order: | |

**Header**

| | |
|---|---|
| PO Date: | 04/15/2020 |
| Vendor Name: | H112026L-001 |
| Vendor ID: | 0000000024 |
| Buyer: | Ernestine Castillo |

Vendor Details

| | |
|---|---|
| PO Reference: | |
| Header Details | |
| Header Comments | Document Status |
| Change Order | |

All RTV
Matching
Activity Summary

| | |
|---|---|
| PO Status: | Dispatched |
| POA Status: | Responded, Awaits Review |

| | |
|---|---|
| Backorder Status: | Not Backordered |
| Receipt Status: | Received |
| ☐Hold From Further Processing | |

**Amount Summary**

| | |
|---|---|
| Merchandise: | 2,270.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 2,270.00 USD |

**Lines**

Personalize | Find | View All | | First | 1-4 of 4 | Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H109392 | GASKET,VETCO,H109392-2,VGX-2.16 | 85 | | EA | 0.00 USD | Cancelled | H109392 | ⊞ | 💷 |
| 2 | H122051 | SEAL,VETCO,H122005-1,LP HYDRAT | 09 | | EA | 0.00 USD | Cancelled | H122051 | ⊞ | 💷 |
| 3 | | FEE, RESTOCKING,VETCO,H109392-2 | 95 | 1.0000 | EA | 2,133.67 USD | Approved | | ○ | 💷 |
| 4 | | FEE, RESTOCKING,VETCO,H122005-1 | 09 | 1.0000 | EA | 136.33 USD | Approved | | ○ | 💷 |

View Approvals

Return to Search    Notify

Related Links

**Exhibit 2 - 275**

EXHIBIT
5

07/23/2020 01:18:21 PM JEFF PAR 6384746 aam $305.00
INST. 12033590 MORTGAGE BOOK 4887 PAGE 125

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

   Atlantic Maritime Services LLC
   5847 San Felipe, Suite 3300
   Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

   Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

   Fieldwood Energy LLC
   2000 W. Sam Houston Parkway South, Suite 1200
   Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT
6

Exhibit 2 - 276

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT
6

Exhibit 2 - 277

Date: July 23, 2020

_____

NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR
ATLANTIC MARITIME SERVICES LLC**, a
Delaware limited liability company

Sworn to and subscribed before me, Notary Public,
this 23rd day of July 2020.

_____

Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

3

EXHIBIT
6

Exhibit 2 - 278



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007271
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER GC 40 KATMAI

AFE #: FW191015

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

WELLBORE INTEGRITY
INVOICE#IN11857611 DATED:6/23/2020                         $            20,070.00

Handling Charges @ 5%(601)                                 $             1,003.50

AMOUNT DUE:   $            21,073.50

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.15
14:52:30 -05'00'

$   (20,070.00)  024000.10417.4202.110
$    (1,003.50)  810510.10417.4202.110
$   (20,070.00)  810650.10417.4202.110
$    20,070.00   919250.10417.4202.110

ED

EXHIBIT
6

**Exhibit 2 - 279**

![Wellbore Integrity Solutions logo]

TEL:+1 800 899 0500
6000-Wellbore Integrity Solutions LLC-OU.

**Exhibit 2 - 280**

| | |
|---|---|
| **BILLED TO:** | ENSCO OFFSHORE COMPANY |
| | P.O. BOX 570788 |
| | HOUSTON, TX 77257 -- UNITED STATES |
| **CUSTOMER# :** | EN0151 |
| **ORDERED BY:** | |

**INVOICE NO:** IN11857611
**PAGE NO:** Page 1 of 2
**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

| DISC CODE: | |
|---|---|
| SERVICE GRP: | Tubulars and Surface Products |
| TAX-JOB TYPE: | [None] |
| EXPORT: | |
| DT / RA /BL #: | J1009211 |
| BILLED BY: | JHENLEY |

| RIG: | FIELD / BLOCK: | JOB #: | CUSTOMER ORDER # : | AREA/DIST: | SHIP TO: | LEASE: |
|---|---|---|---|---|---|---|
| ROWAN | // | 1256595125 | 10013-0000458130 | 1256 | ENSCO OFFSHORE COMPANY, US | OCSG 12209 |
| RESOLUTE | | | | | | |
| COUNTY/PARISH: | STATE: | WELL #: | TWNSHP: | INV LOC: | SHIP #: | SEC: |
| OFFSHORE | LA | GC 200 TA-3 | | 1256 | EN0151 | |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| | | JOB# J1009211 - WO# W1013419 | | | | | |
| 1.00 | | | | | | | 0.00 |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 5 5/8 47.05 / .750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/ 1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10 HOURS | | | | | 4,250.00 |
| 4.01 | | | 10 | UNIT CHARGE | PER HOUR | 425.00 | |
| 5.00 | | UNSLING W/ 1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR, 3 RIGGERS @ 12 HOURS | | | | | 6,780.00 |
| 5.01 | | | 12 | UNIT CHARGE | PER HOUR | 565.00 | |
| 6.00 | | Waterblast ID, OD & Brush OD | | | | | 1,200.00 |
| 6.01 | | | 80 | INSPECTION | EACH | 15.00 | |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | | | | | 6,560.00 |
| 7.01 | | | 80 | INSPECTION | EACH | 82.00 | |
| 8.00 | | Flapping of Connections | | | | | 1,280.00 |
| 8.01 | | | 160 | INSPECTION | EACH | 8.00 | |
| 9.00 | | | | | | | 0.00 |

**CURRENCY:** USD

This invoice is subject to Wellbore Integrity Solutions -- Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306 |
|---|---|
| | DALLAS, TX 75320-8306 |
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A. |
| | ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470 |
| | SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX |
| | 75063 |

**EXHIBIT 6**

Wellbore Integrity Solutions
TEL+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-CUL

**Exhibit 2 - 281**

| | |
|---|---|
| BILLED TO: | ENSCO OFFSHORE COMPANY |
| | P.O. BOX 570788 |
| | HOUSTON, TX 77257 -- UNITED STATES |
| CUSTOMER#: | EN0151 |
| ORDERED BY: | |

DISC CODE:
SERVICE GRP: Tubulars and Surface Products
TAX JOB TYPE: [None]
EXPORT:
DT / RA /BL #: J1009211
BILLED BY: JHENLEY

INVOICE NO: IN11857611
PAGE NO: Page 2 of 2
DATE: 23-JUN-20
TERMS: 30 NET
TKT DATE:
SALESPERSON#: WANOUS, AJ
OFF SALES REP: NONE

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: // | JOB #: 12565S5125 | CUSTOMER ORDER # : 10013-0000458130 | AREA/DIST: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US | LEASE: OCSG 12209 |
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | TWNSHP: | INV LOC: 1256 | SHIP #: EN0151 | SEC: |

| LINE NO | SERIAL NO/ PART NO. | SERVICE/ TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | |

| | | |
|---|---|---|
| | TOTAL DISCOUNT : | 0.00 |
| | SUBTOTAL : | 20,070.00 |
| | TAXABLE AMOUNT : | 0.00 |
| | CITY TAX : 0.00% | 0.00 |
| | COUNTY/PARISH TAX : 0.00% | 0.00 |
| | STATE TAX : 0.00% | 0.00 |
| | FREIGHT : | 0.00 |
| | TOTAL AMOUNT DUE: | 20,070.00 |

CURRENCY: USD

This invoice is subject to Wellbore Integrity Solutions -- Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306 |
| | DALLAS, TX 75320-8306 |
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A. |
| | ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470 |
| | SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX |
| | 75063 |

EXHIBIT 6

# Valaris

Dispatch via E-Mail

**Purchase Order** Page 1



10013-0000458130

**BUYER/BILL TO:**
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| PO NUMBER | 10013-0000458130 |
| PO DATE | 05/18/2020 |
| RIG NAME | R202- RESOLUTE |
| FINAL DEST. COUNTRY | United States |
| REVISION NO. | |
| REVISION DATE | |

**SELLER/SUPPLIER**

ID: 0000000238

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70518
United States
PHONE:
EMAILID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

**SUPPLIER SHIP TO /
WHEN READY CONTACT**
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
United States
PHONE: 337 83670500

**SUPPLIER SHIPPING TERMS**
(INCOTERMS 2010)
FREIGHT TERMS: EXW
NOMINATED PLACE:

**SUPPLIER SHIP METHOD:**

**BUYER REPRESENTATIVE**
BUYER: Kenya Akeem Abdul Maxile
EMAIL: kenya.maxile@valaris.com
PHONE: 346/342-8072
FAX:

**ADDITIONAL ORDER DETAIL**
CURRENCY: USD

REQ TYPE: ONR
REQ CLASS: OPERATOR EXP.

**PR CODE (Mode of Transport)**
1 - Hot Shot Immediate Urgent Air
2 - Next Day/Regular Air
3 - Regular Scheduled/Regular Ocean
4 - Other see notes in PO

| Item Number / Line | Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00 | EA | 425.00 | 4,250.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | | Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd: | | | | | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00 | EA | 565.00 | 6,780.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | | Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd: | | | | | | |
| 3-1 | 6525DPR3DPCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00 | EA | 15.00 | 1,200.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | | Sch B/HTS No: ECCN No: GL Acct Cd: 10417-910848-4202-110 AFE Cd: 6-5/8",47.05#,WATERBLAST CLEANING | | | | | | |
| 4-1 | 6525DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00 | EA | 82.00 | 6,560.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | | Sch B/HTS No: ECCN No: GL Acct Cd: 10417-910848-4202-110 AFE Cd: | | | | | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 160.00 | EA | 8.00 | 1,280.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | | Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd: | | | | | | |

EXHIBIT
6

Exhibit 2 - 282

# Valaris

**Dispatch via E-Mail**

**Purchase Order**  Page 2

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

PO NUMBER
PO DATE
RIG NAME
FINAL DEST. COUNTRY
REVISION NO.
REVISION DATE

10013-0000458130
05/18/2020
R202- RESOLUTE
United States

QUOTE: 313
DRILCO JOB: J1009211

**Total PO Amount**          20,070.00

**Buyer**

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ('ORDER'), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS;
(1)  IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)  IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS
INCLUDE PURCHASE ORDES IDENTIFIED AS 'P1' - URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.

EXHIBIT
6

Exhibit 2 - 283

## Wellbore Integrity

# DRILCO

| Company/Rig: | Valaris Resolute DS-16 | | Date : | 5/6/2020 |
|---|---|---|---|---|
| Attention: | Joe Cooper | | Drilco Contact: | Raymond Bradberry |
| Telephone: | 281-619-7479 | | Telephone: | 985-303-6399 |
| Quote# : | 313 | | Location: | Port Fourchon |
| Email: | rDS16RDS@vzjaris.com | | Email: | Raymond.Bradberry@wellboreintegrity.com |
| PO# : | 1001 3-0000459130 | | Drilco Job# : | J1009211 |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|---|---|---|---|---|---|
| |  | | | | |
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.05# Drill Pipe [ONLY IF NEEDED] | 160 | $8.00 | Each | $1,280.00 |
| | | | | | --- |

**Estimated Total** — $20,070.00

Customer Signature: _____

Date: _____

Exhibit 2 - 284

EXHIBIT 6



## GENERAL TERMS AND CONDITIONS

THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND CHOICE OF LAW PROVISIONS - READ CAREFULLY.

1. **ACCEPTANCE** By requesting Wellbore's services, equipment, or products, Customer agrees to enter into and be bound by these General Terms and Conditions, along with any commercial documents that accompany the Order.

2. **DEFINITIONS.**
   a. Chemicals – any chemicals, substances, and fluids, used or unused, or considered as waste or by-products, surface, or storage, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and excluding but not limited to any packaging, transportation or storage containers and/or materials) and render resulting from, or incident to, Wellbore's performance of the Work.
   b. Claim(s) – Damages, loss, expense, liability claims, demands and causes of action of every kind and character (including general and punitive damages, all costs and expenses, and reasonable attorney fees associated therewith) including, but not limited to, special, punitive exemplary, general, compensatory, direct, indirect, incidental, or consequential damages, either under common law or equity, statute or otherwise, whether based on tort contract, strict liability, or statutes, that may or could be asserted or arising out of such creation, actions or transportation, and/or transmission and/or be caused of action however accruing.
   c. Customer – the person, firm, or other entity to which any Work is supplied or provided by Wellbore
   d. Fluids – chemicals, emulsions, or chemically treated fluids, and residue, including but not limited to drilling fluids, completion fluids, displacement fluids, wellbore fluids, wellbore treatments, stimulation fluids, whether water oil, or synthetic based.
   e. Group – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees co-ventures, co-owners, partners investors, joint ventures or licensees, co-working interest owners, lessors, Customer's (with respect to Customer Group), and its and their parents, affiliates subsidiaries, and each of their respective officers, directors managers shareholders, members, representatives, servants, consultants, agents, employees and invitees.
   f. Order – an oral or written request for Work, a Wellbore quotation accepted by Customer and/or a service or purchase order document issued by Customer and accepted by Wellbore, which together with these General Terms and Conditions constitute the Contract between Wellbore and Customer Wellbore shall not be obligated to provide any Work before an Order is agreed to by both parties.
   g. Products – equipment, goods, materials, tools, supplies, Chemicals and/or products or equipment sold or otherwise provided by Wellbore to Customer
   h. Rentals – Customer's leasing of Products and/or equipment from Wellbore for a brief time
   i. Wellbore – the entity providing Work to Customer which may be Wellbore Integrity Solutions, LLC, a Texas limited liability company (or and on behalf of itself and its US and Canada affiliates, and/or Thomas Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates
   j. Services – services provided by Wellbore to Customer including Products and possibly Rentals if required to provide such services
   k. Work – Products Services and or Rentals

3. **INVOICING AND PAYMENT TERMS** Customer acknowledges that Wellbore's payment terms are cash in advance unless the value of the Work is supported by Customer approved by Wel has prior to the transaction Customer also acknowledges that Wellbore at its sole discretion, may refuse to grant Customer the right to proceed Work on credit and/or may rescind the right to extend Work on credit at any time. In the event that Customer's credit account with Wellbore becomes delinquent, Wellbore shall have the right to require at its sole discretion, payment in advance an irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

   For transactions not supported by Wellbore approved credit Wellbore's invoice will be issued upon receipt of full payment from Customer If Customer requires any supporting documents or information (e.g. order # AFE #, etc) to be submitted with Wellbore s invoices, then such requirements must be agreed at the Order before the Work is provided Unless otherwise specifically agreed in an Order the following invoicing conditions shall apply to Work for which credit has been approved

   a. Wellbore may invoice Customer for each portion or stage of the Work, as direct bed and priced in the Order as soon as practicable and without frequency restrictions
   b. Wellbore may invoice Customer for Products as follows fifty percent (50%) of the sale price immediate upon receipt and acceptance of an Order and the remaining fifty percent (50% owned shall upon delivery of the Products
   c. Wellbore may invoice Customer for Rentals in advance as follows, one hundred percent (100%) of the rental price for the initial rental period immediately upon receipt and acceptance of an Order In the event that the rentals extended beyond the initial rental period or the scope is expanded, Wellbore will submit a

   subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded scope
   d. Wellbore may invoice Customer for any and all reimbursable items in advance

   Wellbore's invoice shall be deemed correct and thus Customer's acceptance of Work delivered, unless Wellbore receives prompt written notice of any disputed items within five (5) business days after the date of the invoice. Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute If an invoice disputed, however Customer agrees to pay any undisputed portion of that invoice as set forth below and without delay Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing, as applicable a creditor debit note to Customer Customer shall have no right to withhold or offset payments, except in the event we agreed a result of the foregoing dispute resolution procedure. If Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) whose Wellbore has not received written notification of a disputed item within two (2) years from the date Work is actually provided

   Customer shall pay the total invoice amount without any payment retentions (other than liens which must be withheld as mandated by tax legislation) Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by other payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice The payment for any transaction for which credit has been approved due be due to, and received by, Wellbore on or before the thirtieth (30th) day from the date of the invoice

   When payment is electronic e-commerce), Customer and Wellbore may agree to mutually beneficial electronic processes for executing business transactions, including but not limited to the system to-system exchange of purchase orders, field tickets bills of lading, invoices and electronic catalogs Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange (PIDX)) Customer, Wellbore, and any contracted third party technology providers will execute a standard Electronic Data Agreement between Customer and OFS Portal LLC or a mutually agreed upon Electronic Data Agreement developed around the OFS Portal LLC agreement to govern said electronic transaction

   Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (excluding amounts that are disputed by Customer but are found to be due and owing) at the rate of 1.5% per month on the maximum rate then allowable by applicable law or federal law, if such laws limit interest to a lesser amount If Wellbore employs a collection agency or attorneys to collect any outstanding amount(s) to enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, collection agency fees, and all attorneys fees and court costs, including, but not limited to attorneys' fees incurred in connection with litigation, mediation, arbitration bankruptcy (in either proceeding). In the event that Customer's payment of Wellbore's invoice are received by Wellbore after the due date, any prior discount not been earned, and Wellbore has the right to revoke any and all discounts previously applied in serving all the net invoice price Upon transactions, the full invoice price without discounts, will become immediately due and owing and subject to collection

   As used herein the term "Receivables" shall mean all of Customer rights and interests in all Receivables and its all general intangibles whether now existing or hereafter arising and all proceed thereof, relating to the proportion for which Wellbore provides Work Customer hereby grant a security interest to Customer ("Receivables") to secure Customer obligations to Wellbore, whether now existing or hereafter arising Customer shall promptly support Wellbore as may be necessary to file all instruments (including financing statements), in order to perfect, preserve, protect and renew the security interests granted herein on all Receivables

4. **TAXES.** Customer shall pay or reimburse Wellbore for, to the extent allowed by applicable laws and regulations, any and all taxes or other levies (other than Wellbore s income taxes) imposed by any government, governmental unit or similar authority with respect to the charges made or payment incurred by Wellbore in connection with the Work.

5. **INDEPENDENT CONTRACTOR** Wellbore in and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part thereof When Wellbore employees (defined to include Wellbore s direct, borrowed, special, or statutory employees as covered by the Louisiana Workers Compensation Act, La R S 23 1021 et seq., Customer and Wellbore agree that all Work and operations performed by Wellbore and its employees pursuant to this Contract are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La R.S 23 1061 (A*)) Furthermore Customer and Wellbore agree that Customer is the statutory employer of Wellbore - employees for purposes of La R S 23 1061(A)(3)

EXHIBIT 6

Exhibit 2 - 285

GENERAL TERMS AND CONDITIONS

Irrespective of Customer's status as the statutory employer or special employer (as defined  in La R S 23 1031 (C)) of Wellbore's employees, Wellbore shall remain primarily responsible for the payment of Louisiana workers compensation benefits to its employees, and it's  not be entitled to  seek contribution for any such payments from Customer

6.  OBLIGATIONS OF CUSTOMER

•   Well Conditions, Notification of Hazardous Conditions. Customer having custody and control of the  use  and superior knowledge of the conditions in and surrounding  it, shall provide Wellbore with all necessary information to enable Wellbore to perform its Services safely and efficiently. Wellbore's Products, Rentals and Services are designed to operate under conditions normally encountered in the well bore; however if hazardous or unusual conditions exist, Customer shall notify Wellbore in advance and make special arrangements for servicing such wells.  NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 6(a).

•   Chemicals. The handling, transportation, treatment and/or disposal of any Chemicals, used in or resulting from Wellbore's performance of the Work as  the sole responsibility of Customer, including when such Chemicals is recovered to the surface of the last or has been below the rotary table   In no event shall Wellbore be considered the generator of Chemicals or samples irrespective of any handling, transportation, treatment or disposal provided by Wellbore   Customer understands and agrees that all Chemicals and samples are the property of Customer and that Customer is the generator of the Chemicals and samples irrespective of any handling, transportation or treatment by Wellbore   Unless Customer has a separate agreement with Wellbore for the storage of samples Wellbore may return samples to Customer upon completion of Wellbore  analysis or disposal of samples at Customer's cost  in accordance with Customer's instructions. All Chemicals and fluids in the drilling rig's tanks, piping, valves and  pumps, and on the location and reserves pits (for tanks where there is no reserve  pit) are not in Wellbore's possession or control, and the Work is  not  responsible for such Customer agrees that it will handle, transport and dispose of  any such Chemicals and samples under Customer's name and waste generator number, in accordance with all applicable federal, state and local laws and regulations CUSTOMER HEREBY AGREES NOT TO ASSERT ANY CLAIM OR BRING ANY  COST RECOVERY ACTION AGAINST WELLBORE GROUP AND SHALL WAIVE, RELEASE,  PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND  AGAINST ANY AND ALL CLAIMS IN CONNECTION WITH THE USE, HANDLING, TREATMENT,  STORAGE, TRANSPORTATION AND/OR DISPOSAL OF CHEMICALS, REGARDLESS OF THE  SOLE, JOINT, ACTIVE, PASSIVE, CAUSE OR CONCURRENT NEGLIGENCE, STRICT LIABILITY,  BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE  GROUP. Wellbore shall not be responsible for the signing of manifests or for the  storage transportation, treatment or disposal of Chemicals.

•   Radioactive Sources. If any radioactive source is lodged or lost in a well or at the well site or while being transported by or while under the custody or control of Customer Group, Customer shall immediately notify Wellbore and exert its best efforts to locate and recover the source and take all necessary precautions to avoid leakage, damaging or rupturing the source   If the source is irrecoverable or if its container is damaged or ruptured, Customer shall immediately notify Wellbore and comply with all applicable laws and regulations including isolating and marking the location of the source  Customer shall not attempt to recover a sealed source in a manner that (a) Wellbore's opinion could result in  any rupture   if the source ruptures, Customer shall minimize any resulting contamination and radiation exposure and decontaminate the environment, movement and personnel.

•   Fishing Operations. Customer shall assume the entire responsibility for operation in which Customer Group or a third party fails or attempts to fish for the equipment of any member of Wellbore Group or perform any operation that may jeopardize the recoverability or the integrity of equipment consist  ng radioactive sources, Wellbore will, without assuming liability and if so requested by Customer, tender assistance for the recovery of such equipment, customer  to  commercially reasonable effort to attempt recovery of Wellbore Group equipment.

•   Change Orders. Customer may with reasonable notice request to change the Work to be performed under an Order by issuing a written change order authorization document (referred to herein as the "Change Order")  Upon receiving a Change Order, Wellbore determines that there is any impact that increases the cost or affects the time to perform or provide the Work Wellbore shall submit a proposal to Customer specifying the pricing and scheduling changes needed to execute the Change Order  Customer shall review the proposal and may accept, reject or modify the proposal, subject to mutual agreement; however, Customer  be  deemed to have accepted such proposal once We bore proceeds as specified in the Change Order We bore may at its sole discretion decline to execute the Change Order and such declination to execute shall not prejudice Wellbore's rights under the applicable Order

7.  WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.

•   Wellbore warrants that it  Services provided hereunder shall be  performed in a good and workmanlike manner in accordance with good oilfield practices and that it shall exercise diligence to ensure the correctness and safe execution of all Services, test and other data  Wellbore will give Customer the  benefit of its best judgment based on  it  experience interpreting information and making written or  oral recommendations concerning logs or tests or other data, type or amount of material or service required, manner of performance or predicting results Nevertheless, all such recommendations or predictions are opinions only and, in view of the unpredictability of obtaining first hand knowledge  of the many variable conditions, the reliance on inferences  measurements and assumptions which are not available, and/or the necessity of relying on facts and supporting services furnished by others,  NO WARRANTY IS GIVEN CONCERNING THE ACCURACY OR COMPLETENESS OF ANY LOG, TEST, RECEMMON OR SEISMIC DATA (INCLUDING SOFTWARE MODELS), OR OTHER DATA, THE EFFECTIVENESS OF MATERIAL USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES RENDERED. WELLBORE   SHALL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE    RESULTS AND/OR RECOMMENDATIONS SUGGESTED BY SUCH WORK, NOR IS THE WORK INTENDED TO  PROVIDE THE BASIS FOR ANY DECISIONS NORMALLY ONLY MADE BY CUSTOMER, WHICH  ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. WELLBORE WILL NOT BE RESPONSIBLE FOR ACCIDENTAL OR INTENTIONAL INTERCEPTION OF OR TAMPERING  WITH DATA BY OTHERS, NOR DOES WELLBORE GUARANTEE THE   SAFE STORAGE OR  THE LENGTH OF TIME OF STORAGE OR AGAINST LOSS OF ANY DIGITAL TAPES, OPTICAL DISKS, COMPONENTS, OR OTHER SIMILAR PRODUCTS OR MATERIALS.  Any warranty claim for Services must be made prior to Wellbore's demobilization from  the well site or  for Services to repair equipment, within seventy-two (72) hours after installation of  such repaired equipment

•   Wellbore warrants that Products from final hereunder  be  uniform as the type  and specifications represented by Wellbore   Wellbore reserves the right,  at its  sole discretion, to use new, used or refurbished parts in the assembly of its  Products  Wellbore warrants all its Products to be free of material defects  in material and workmanship for a period of twelve (12) months from the date of delivery to the location stated in the Order provided that none of any defects  is  received by Wellbore within the warranty period   Rentals are warranted only  for the rental period  The above warranty does not apply to Products that have been  affected by normal wear and tear, modified in Customer's request, supplied by  Customer or purchased by Wellbore at Customer's request, subjected to  proper handling, storage, application, installation, operation or maintenance by  anyone other than Wellbore and/or damaged by aggressive fluids, lightning,  vibration, or improper voltage supply to force majeure  No warranty is given in respect of repairs, Products or consumables.  Wellbore does not warrant or guarantee  the results of the use of Rentals   Well conditions which prevent satisfactory operation  (these do not relieve Customer of its responsibilities for  payment of  the rental prices and other costs) agreed upon in the applicable Order

Wellbore's sole  liability and  customer's exclusive remedy under the foregoing warranties is expressly limited to the repair, replacement or the refund of an equitable portion of the applicable purchase or rental price, at Wellbore  sole  option, of Products, Rentals or Services which prove to be defective within the warranty period and shall not include any labor costs, non-productive time expenses of Customer resulting from such defects, including but not limited to removal or reinstallation of Products or the costs of any fishing or vessel  rig time recovery under general tort law or strict liability or for damages result  ng from delays loss of use, or other consequential or incidental consequence of damages  of any kind.  A Customer claim pursuant to  this warranty shall be made immediately upon discovery and confirmed in writing within thirty (30) days after discovery of the defect   Where items claimed to be defective are determined not to be defective or to be defective as a result of Customer Group's use of the item, Wellbore may invoice the service call to Customer  Defective items must be held for inspection or returned to the original Wellbore delivery point upon request  Wellbore  shall have the right to inspect the Products claimed to be defective and shall have  the right to determine the cause of such defect.  Returned Products shall become the  property of Wellbore, in no event  but  Wellbore be liable for the cost of   substitute products services or items obtained by Customer from other sources   the Product, Service or Rental which   defective or otherwise met in compliance  with the applicable Order

•   Notwithstanding anything to the contrary herein  with regard to any services, materials, products or equipment furnished by contractor, LLC,  vendors, vendors and/or suppliers of Wellbore Group, Wellbore's liability shall be  limited to the assignment of such contractors, subcontractors  vendors and/or suppliers warranties to Customer to the extent such warranties are assignable

THE FOREGOING WARRANTIES FOR SERVICES, PRODUCTS AND RENTALS ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY,  IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY  BEING NOT AFFIX.   WELLBORE'S  WARRANTY OBLIGATIONS AND CUSTOMER'S  REMEDIES THEREUNDER (EXCEPT AS TO TITLE) ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN.

EXHIBIT
6

Exhibit 2 - 286

## GENERAL TERMS AND CONDITIONS

**1. TITLE AND RISK OF LOSS**

a. Unless otherwise agreed between the parties in an applicable Order title to and risk of loss for Products sold, other than Fluids, will pass to Customer upon the seller of payment, factory acceptance test (or other acceptance testing) or delivery to Customer's designated carrier at Wellbore's manufacturing facility. The prices of Products exclude any costs of transportation, handling, insurance or any other costs for delivery beyond Wellbore's manufacturing facility set forth in the quotation or applicable Order or other documents agreed to by Customer. At Customer's request, Wellbore may arrange for shipment of Products to a location designated by Customer, and Customer will pay or reimburse Wellbore for all freight, preparation, and insurance expenses so incurred by Wellbore. At Customer's request, subject to storage space availability and upon mutual agreement on storage fees, Wellbore may agree to a bill-and-hold arrangement where Wellbore would temporarily store Products sold to Customer but Customer agrees that in such a case the title and risk of loss for Products sold and stored will pass to and remain with Customer upon delivery to Wellbore's designated storage facility, regardless of when the Products are ultimately delivered to Customer. In the event that purchased or repaired Products are subject to a bill-and-hold arrangement are left at a Wellbore facility for over thirty (30) days, Wellbore reserves the right at its sole discretion to charge storage fees to Customer and/or to consider the Products abandoned and sell them for scrap or otherwise dispose of in any Customer's cost.

b. Title to and risk of loss for cement and stimulation fluids sold will transfer to Customer upon blending or deployment into the well or Customer's equipment connected to the well. Title to and risk of loss for Fluids, other than cement and stimulation aids, will transfer to Customer (piped and/or invoice Customer's carrier (x) upon delivery to Customer's location, or (w) upon blending, whichever occurs first. Title to and risk of loss for cement Fluids will transfer back to Wellbore upon Wellbore's written acceptance into its inventory provided returned Fluids meet the minimum specifications set forth in the Order however if the specifications are not met Customer shall pay Wellbore the full sale price for the rented Fluids as would be applicable in case of a sale of the same.

The time method, place or medium of payment or notice to Wellbore implies in and to the Products until payment has been received in full. On a Orders Wellbore shall retain a security interest in the Products irrespective of attachment as kind of equipment of Customer or any third party to the extent of any unpaid balance of the purchase price therefor, and Wellbore may use all reasonable efforts to retain and/or obtain possession of such Products until such unpaid balance has been received in full accepted by Wellbore

**2. Delivery, Storage, Shipment, Insurance and Freight**

Delivery dates are estimated and are not guaranteed. If Customer is not able to accept the Products on the scheduled delivery date, Wellbore reserves the right to either cause the Order to be or store the Products at Customer's expense. Method and route of shipment are at Wellbore's discretion, unless Customer supplies explicit written instructions. Customer shall pay all costs for insurance and freight. Wellbore may fill an Order by separate shipments of various portions of the Products, and an Order is severable as to each such shipment. Packing, crating, shipment to port or to dock safe, customs charges and all other costs relating to shipment exportation and importation shall in all Customer's expense

**3. Stacking of Customer's New or Used Equipment.**

In the event that Customer goods or equipment are stored at Wellbore's facility for any reason, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE FROM ANY CLAIM, LIABILITY OR OBLIGATION ARISING DIRECTLY OR INDIRECTLY FROM THE STORAGE, REMOVAL, RETURN, SALE, TRANSFER, OR DISPOSAL OF SUCH GOOD OR EQUIPMENT NOTWITHSTANDING THE SOLE OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE, FAULT OR STRICT LIABILITY OF WELLBORE.

**11. Cancellation, Returns and Claims.**

(a) Orders for Products of special design, size or materials are not subject to cancellation. No Products may be returned, credited or replaced, unless approved in writing by Wellbore and may be subject up to a twenty percent (20%) restocking charge, plus all freight, fees and other costs relating to such return. Claims for shortages or damage, or deductions for erroneous charges must have Wellbore's prior written approval and must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b) Should Customer undate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice has by, or the institution of legal proceedings, to take and remove its rentals, tools, equipment, or materials wherever they may be found. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS, EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO WELLBORE FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.

**12. Modification of Tools.**

(a) Standard tools, materials, or equipment altered for a specific job will be sold to the Customer at the current Wellbore's sales price, and an additional charge equal to the cost of the alteration, plus twenty five percent    (25%)

(b) Special tools, materials, or equipment built for a specific job shall be furnished at a minimum rental equal to the manufacturing cost, plus fifty percent (50%) of each rental. Additional modifications requested will    be charged in the same manner.

**13. INDEMNITIES**

a.   **Personnel and Property**

i.   WELLBORE SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF WELLBORE GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

ii.   CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

b.   **Special Indemnity.** NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER ASSUMES ALL LIABILITY FOR AND AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ALL CLAIMS BROUGHT BY OR ON BEHALF OF ANY MEMBER OF CUSTOMER GROUP, WELLBORE GROUP OR ANY THIRD PARTY ARISING OUT OF OR IN CONNECTION HEREWITH FOR PROPERTY DAMAGE, PERSONAL INJURY, ILLNESS, DEATH OR LOSS THAT RESULTS FROM: (i) FIRE, EXPLOSION, SEEPAGE, BLOW-OUT, CRATERING, PRESSURE CONTROL OPERATIONS, INDUCED SEISMICITY EVENTS, WILD-WELL OR WORK PERFORMED TO CONTROL A WILD-WELL HOWSOEVER, BUT NOT LIMITED TO; DAMAGE TO, LOSS OF, DESTRUCTION AND/OR REPLACEMENT OF, OR RELEASE OR ESCAPE OF SUBSTANCES FROM, ANY PROPERTY, EQUIPMENT, DRILLING RIG/LINE/VESSEL/PLATFORM OR OTHER FIXED OR FLOATING STRUCTURE, INCLUDING OIL/GAS PRODUCTION FACILITIES OR PIPELINES, AT OR AROUND A SITE [INCLUDING ANY DOWNHOLE, REMEDIATION, OR RECOVERY TOOLS]; [ii] POLLUTION, AND/OR CONTAMINATION EMANATING FROM ANY AND ALL WELLS, WELL BORES AND/OR RESERVOIRS OR RESULTING FROM FRACTURING SERVICES OR ANY WORK, OR RADIATION DAMAGE [INCLUDING CONTAMINATION, CONTAMINATION OR DAMAGE] RESULTING FROM ANY RADIOACTIVE TOOL OR EQUIPMENT WHILE BELOW THE SURFACE OF THE LAND OR, IN THE EVENT OF CONTAMINATION ORIGINATING ABOVE THE SURFACE OF THE LAND, WHEN THE RADIOACTIVE SOURCE IS UNDER THE CUSTODY OR AT THE CONTROL OF ANY MEMBER OF THE CUSTOMER GROUP; AND POLLUTION OR CONTAMINATION, CAUSED BY CUSTOMER GROUP'S FAILURE TO PROPERLY HANDLE, TREAT, TRANSPORT, USE OR DISPOSE OF ANY CHEMICALS AS REQUIRED BY SECTION 8.B HEREOF OR OTHERWISE, INCLUDING CONTAMINATION, CLEAN-UP, DISPOSAL AND REMEDIATION OF THE POLLUTANT AND CONTAMINATION, WHETHER AS NOT REQUIRED BY AN APPLICABLE FEDERAL, STATE OR LOCAL LAW OR REGULATION; [iv] DAMAGE TO WELL(S), BOREHOLE(S), RESERVOIRS OR UNDERGROUND DAMAGE, INCLUDING BUT NOT LIMITED TO DAMAGE OR INJURY RESULTING FROM FRACTURING SERVICES, LOSS OF OIL, GAS, OTHER MINERAL SUBSTANCE OR WATER, OR THE WELLBORE ITSELF, SURFACE DAMAGE ARISING SUBSURFACE OR SURFACE DAMAGE, INCLUDING TRESPASS, AND DAMAGE TO DOWN-HOLE EQUIPMENT; [v] COST TO CALCIS CONTROL A WILD-WELL, UNDERGROUND OR ABOVE THE SURFACE, INCLUDING ANY LOST DRILLING, FISHING, REDRILLING OR REWORKING AND RELATED CLEAN-UP COSTS; [vi] DAMAGE TO PROPERTY OWNED BY, IN THE POSSESSION OF, OR LEASED BY CUSTOMER GROUP OR THE WELL OWNER, IF DIFFERENT FROM CUSTOMER [THE TERM "WELL OWNER" SHALL INCLUDE WORKING AND ROYALTY INTEREST OWNERS AND THE OWNER OF ANY LAND AND OIL/GAS PRODUCTION FACILITIES OR PIPELINES, DRILLING RIG/VESSEL, PLATFORM OR OTHER STRUCTURE AT OR WITHIN 500 METERS OF THE WELL SITE] AND THIRD PARTY(S); [vii] LOSS OR DAMAGE RESULTING FROM A FAILURE OF CUSTOMER GROUP'S PRESSURE CONTROL EQUIPMENT AND/OR DEVIATIONS FROM WELLBORE'S PRESSURE CONTROL STANDARD AS CUSTOMER'S REQUEST; OR [viii] LOSS OF OR DAMAGE TO WELLBORE GROUP'S PROPERTY OR PRODUCTS, INCLUDING BUT NOT LIMITED TO, RECOVERY, REPAIR AND REPLACEMENT EXPENSES, WHEN SUCH LOSS OR DAMAGE OCCURS: [A] IN THE HOLE OR BELOW THE ROTARY TABLE, [B] WHILE IN TRANSIT OR SOME MOVED OR ANY FORM OF TRANSPORTATION OWNED OR FURNISHED BY CUSTOMER, [C] WHILE LOCATED AT THE WELL SITE OVER WELLBORE PERSONNEL ARE NOT PRESENT, [D] AS A RESULT OF IMPROPERLY MAINTAINED PRIVATE ACCESS ROADS TO THE WELL SITE OR AS A RESULT OF THE INFERIOR CONDITION OF SUCH ROADS OR THE SITE, OR [E] WHILE BEING USED BY OR WHILE UNDER THE CUSTODY OR CONTROL OF ANY PERSON OTHER THAN A WELLBORE EMPLOYEE, WHETHER IN AN EMERGENCY OR OTHERWISE. WITH RESPECT TO [A] ABOVE, THE PROPERTY AND PRODUCTS WILL BE VALUED AT THEIR RESPECTIVE NEW LANDED REPLACEMENT COST OR, IF REPAIRABLE, AT REPAIR COST PLUS HANDLING AND TRANSPORTATION TO WELLBORE'S DESIGNATED LOCATION. RENTAL CHARGES ON THE EQUIPMENT LOST OR DAMAGED IN THE HOLE SHALL CONTINUE TO BE PAID UP TO AND INCLUDING THE DATE ON WHICH WELLBORE RECEIVES NOTICE IN WRITING OF THE LOSS OR DAMAGE.

EXHIBIT
6

Exhibit 2 - 287

GENERAL TERMS AND CONDITIONS

c. Application of Indemnities. ...

14. INCIDENTAL AND CONSEQUENTIAL DAMAGES. ...

15. INSURANCE. Each party, as indemnitor ...

16. LIMITATION OF LIABILITY. Notwithstanding anything to the contrary herein except as provided under section 9.a.1 above, Wellbore's liability arising from or in connection with the Contract ...

17. EMPLOYEE SOLICITATION. ...

18. INTELLECTUAL PROPERTY. Wellbore owns all right to the proprietary intellectual property embodied or as Work or which are created in the course of providing such Work to Customer. ...

19. MISCELLANEOUS.

a. Orders. ...
b. Force Majeure. ...
c. Governing Law. ...
d. Severability. ...
e. Compliance with Laws. ...

20. GENERAL COMMERCIAL CONDITIONS. Commercial conditions, prices and technical specifications for the Work shall be documented in an Order. Unless otherwise set forth in the relevant Order or otherwise agreed to in writing by Wellbore, the following commercial conditions shall apply:

a. Product sales are final. ...
b. Returns of Rentals. ...
c. Buy-Back of Fluids. ...
d. Pricing Changes. ...
e. Pricing exclusions. ...
f. Additional Work. ...

21. EXPORT COMPLIANCE. Customer is advised that Work provided under the Contract is subject to the U.S. Export Administration Regulations and other laws and regulations ...

**GENERAL TERMS AND CONDITIONS**

revoked, or denied Customer's export privileges. Customer agrees not to use or transfer the Work for any use relating to nuclear, chemical, or biological weapons, or missile technology unless authorized by the U.S. government by regulation or specific written license.



22    PUBLICITY. Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group to, issue or publish any press releases or make any public statements or publicize any information with respect to (i) the contents of these General Terms and Conditions, (iv) the Work contemplated to be performed under the Contract, and/or (vi) any transactions or occurrences arising as a result of the Work, without the prior written approval of the other party. Furthermore, the parties agree to confer with each other prior to any publication of any such information and to set forth such agreement in a separate writing.

23.    CONFIDENTIALITY. Customer agrees to hold in strict confidence all information provided by Wellbore Group's customer. All of which a Wellbore confidential information. Customer will not disclose such confidential information to any third party without written authorization from Wellbore, or except as required by law or legal process.

24.    WELLBORE ENTITIES. In the event that the parties enter into an Order subject to these General Terms and Conditions. Customer and Wellbore agree, and it is the intent of these General Terms and Conditions that the parties identified herein as Wellbore shall not be jointly liable and shall only be severally liable to the extent of their respective obligations and liabilities hereunder. The specific party identified as Wellbore in the applicable Order shall be the party responsible for the applicable Work. Each Wellbore entity shall not be deemed a guarantor or surety with respect to the other Wellbore entities' obligations and liabilities. This provision shall not impact Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein.

Exhibit 2 - 289

EXHIBIT
6

MRT_M1011667 2020-05-06 00 11 21.pdf

# DRILCO

Material Receiving Ticket

Job #:J1009211

MRT #:M1011667

Customer Ref #: R# 202-759

Customer Name: 10816086-FIELDWOOD ENERGY, LLC

| | |
|---|---|
| Operator: | Bill Inspection to: FIELDWOOD ENERGY, LLC | Rig (Name/No): Rowan Resolute |
| Contact Person: Kris Kimble | Contact Phone: 713-569-1329 | Bill Repairs to: FIELDWOOD ENERGY, LLC |
| Created Date: Thu Oct 10 15:08:12 GMT 2019 | | Email: Kris.Kimble@fwellc.com |
| Created By: Alonzo Brown | | Email: brian.landess@fwellc.com |
| Rig Operator: | Bill Welding to: FIELDWOOD ENERGY, LLC | DRILCO Location: Fort Fourchon |
| | | DRILCO Location: Fort Fourchon |

## Special Instructions

## Equipment Details

### Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dept Type |
|---|---|---|---|---|---|---|
| 1 | 40 | Drill Pipe-STD 6 5/8 47.05'/.750 V-150 S3 - 6 5/8 FH Box x 6 5/8 FH Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on item 1:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

Page 1 of 2

Exhibit 2 - 290

EXHIBIT 6

MRT M1011667 2020-05-06 09 11 21.pdf

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|------|-----|------------------|------------|-------|--------------------------|-----------|
| 2 | 70 | Drill Pipe STD 5 19.50# 25Cr S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on item 2:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors |
|-----------------|--------|---------|---------|--------------------|
| | | | Box | 0 |
| | | | Pin | 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|------|-----|------------------|------------|-------|--------------------------|-----------|
| 3 | 94 | Drill Pipe STD 5 25.60# S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on item 3:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors |
|-----------------|--------|---------|---------|--------------------|
| | | | Box | 0 |
| | | | Pin | 0 |

Exhibit 2 - 291

EXHIBIT 6



# DRILCO
INSPECTION SERVICES

BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| | | | | | | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|
| CUSTOMER: VALARIS | | DATE: | 6/15/2020 | P.O. NO. | | | |
| | | OPERATOR | TERRACE OAKSFIELD | CUSTOMER CODE: | | | |
| | | CONTRACTOR/RIG: ROWAN RESOLUTE | STATE CODE | 1256 | AREA 05 | | |
| WORK ORDER # J1009211 | | LOCATION | GC-200 | | | | |
| AUTHORIZED BY KRIS KIMBLE | | COUNTY | LAFOURCHE | | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.05 # V-150 RANGE-3  DRILL PIPE | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL. | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

TIME BREAK DOWN:

| | | | | SUBTOTAL | |
|---|---|---|---|---|---|
| | | | | | $6,560.00 |

| DEPART FOR JOB: | AM | ARRIVE AT JOB: | AM | PM | INSPECTION REPORT(S): |
|---|---|---|---|---|---|
| SERVICE HOURS: | | | | | SHOP ORDER J1009211 |
| DEPART FOR JOB: | AM | CHARGEABLE: | HRS | | |
| | | NON-CHARGEABLE: | HRS | | |
| CUSTOMER'S SIGNATURE: | | DATE: | 6/15/2020 | | INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH |

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS
CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONTRACT

COMMENTS

## THANK YOU_____

EXHIBIT
6

Exhibit 2 - 292

10001382-FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-13_16_17_SSV4_2.pdf Summary Report

Summary Report #: 10001382

# DRILCO

Job #: J1009211

Work Order #: W101J419

Customer Ref #: R# 202-769

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-150 RANGE-3 DRILL PIPE
WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS
WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 3
WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) BUT
NEED CONNECTION REPAIRS.

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

NOTES
HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RASIED)
ID COATING CLASSIFIED #1 CONDITION
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

EXHIBIT
6

**Exhibit 2 - 293**

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 750 V-150 RG III DP 06-15-20 2020-06-15_16_21 21V4 2.pdf Final

# DRILCO

## Final Inspection Report #: 10001382

Job #: 10009211  Work Order #: WI013419  Customer Ref #: Ref 202-769

### Billing Information

| Field | Value |
|---|---|
| Date | 06/15/2020 |
| Customer Name | 10018008-FIELDWOOD ENERGY, LLC |
| Ordered By | Kris Kimble |
| Rig Name | Rowan Resolute |
| Location | GC-200 |
| Well | TA-3 |
| OCS-G | 1209 |
| AFE | |
| WBS | |
| Quota# | |
| Work Order # | WI013419 |
| PO # | |
| Inspected @ | Port Fourchon |

### Tube Spec's

| Field | Value |
|---|---|
| Size | 6 5/8 |
| Grade | V-150 |
| Weight | 47.05 / 750 |
| Nominal Wall | 0.750 |
| Min Wall | 0.712 |

### Tool Joint Spec's

| Field | Value |
|---|---|
| New OD | 8 1/2 |
| Min OD | 8 5/64 |
| Min TS Box | 6 5/8 |
| Min TS Pin | 6 1/16 |
| Recommend HB | Yes |
| Range | II III |
| Connection | 6 5 /8 FH |

### Box Tool Joint / Pin Tool Joint

| Box Tool Joint | | | Pin Tool Joint | | |
|---|---|---|---|---|---|
| OK DRILCO | OK | 55 | OK DRILCO | OK | 60 | 
| Machine Re-face | MRF | 8 | Machine Re-face | MRF | 14 |
| Galled Thread(s) | GT | 1 | Galled Thread(s) | GT | 0 |
| Damage Thread(s) | DT | 0 | Damage Thread(s) | DT | 0 |
| Worn Thread(s) | WT | 1 | Worn Thread(s) | WT | 0 |
| Pitted Thread(s) | PT | 13 | Pitted Thread(s) | PT | 4 |
| Swelled Tool Joint | SWB | 0 | Swelled Nose | SWN | 0 |
| Cracked Thread(s) | CT | 0 | Cracked Thread(s) | CT | 0 |
| Damage Shoulder | DS | 1 | Damage Shoulder | DS | 0 |
| Benchmark at Min | BM | 0 | BM at Minimum | BM | 1 |
| Pitted Seal(s) | PS-M | 0 | Pitted Seal(s) | PS-M | 0 |
| Damaged Seal(s) | DS-M | 0 | Damaged Seal(s) | DS-M | 0 |
| Heat Checking | HC | 0 | HC/Tool Jt | HC | 0 |
| Flush Hardband | F | 0 | HB Repairs | F | 0 |
| Worn Hardband | W | 0 | Bent Joint(s) | W | 0 |
| Broken Hardband | B | 0 | Flaking ID Coating | B | 0 |

### MRF Classifications

| | | Box | Pin | Totals |
|---|---|---|---|---|
| Cut Shoulder | MRF-CS | 0 | 0 | 0 |
| Pitted Shoulder | MRF-PS | 0 | 3 | 3 |
| Stabbing Damage | MRF-SD | 2 | 0 | 2 |
| Un-square Shoulder | MRF-UNS | 0 | 0 | 0 |
| Galled Shoulder | MRF-GS | 6 | 11 | 17 |

Machined by  N/A

### Joint Class Entries

| | | |
|---|---|---|
| Premium | P | |
| Bent Tube | BT | |
| Class 2 Reject | | 2 |
| Class 3 Reject | | 3 |

### Total Count

| | |
|---|---|
| Total Joints Inspected | 80 |
| 100% And Greater Remaining Wall | 9 |
| 95.0% - 99.9% Remaining Wall | 71 |
| 90.0% - 94.9% Remaining Wall | 0 |
| 80.0% - 89.9% Remaining Wall | 0 |
| Best Tube(s) - NOT INSPECTED | 0 |
| Class # 2 Rejected Joints | 0 |
| Class # 3 Rejected Joints | 0 |
| Total Premium Joints | 80 |
| Tool DownGrade Joints | 0 |
| Total Premium Ready Joints | 42 |
| Total Repair Joints | 38 |
| Rehardband Joints | 0 |
| Total DBR Joints | 0 |
| Current Premium Ready | 42 |
| Outstanding Repair Joints | 38 |
| Current Downgrade Joints | 0 |

Total Conns 116 / 22

### Inspection & Service Performed

- [X] Tool Indicated Runout (TIR) of connections performed
- [X] Cleaning Service Brush OD / ID Full Length
- [X] Wet Magnetic Inspection Stress Area's Box and Pin Ends (OD)
- [X] Cleaning Service Waterblast OD / ID Full Length
- [X] Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Jts
- [X] Visual Tube Body, OD Gage, UT Center Wall, Ultrasonic Tube Full Length
- [X] Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Jts
- [X] Wet Magnetic Inspection of Re-Machined Connections
- [X] Visual Tube Body, OD Gage, UT Center Wall, EMI Tube Full Length
- [X] Dry Magnetic Inspection Stress Area's Box and Pin Ends (OD)
- [X] Reverse Magnetic Field Full Length
- [X] Ultrasonic Inspection Tube Area's Box and Pin Ends (OD)

Specifications Used
DS-1 Category 3-4 FLUT 2

### Inspected by

Dominic Patterson
Terance Crushfield

Re-Inspected by

Inspector's Comments
Material Belongs To ROWAN
White Lite Reading .50-.51
U. V. Meter Reading 1750-2360

Joshua Ruter
Ron Leblanc

EXHIBIT 6

Exhibit 2 - 294

D000382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.25 - 750 V - 150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

| JT Run No. | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Flaking ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia. | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW% | S - S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAR 06941 | AACGND 0141 | 0.737 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 99.27 | 43.97 | RZR | RZR |
| 2 | NAR 06975 | AACGND 0175 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 8 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 | OK | | | | OK | | P | 100.00 | 43.85 | RPR | RPR |
| 3 | NAR 06972 | AACGND 0072 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 97.33 | 43.55 | PRM | PRM |
| 4 | NAR 06912 | AACGND 0112 | 0.724 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | MRF-PS | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 94.53 | 43.72 | RPR | RPR |
| 5 | NAR 07001 | AACGND 0211 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | GT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | PT | | | | OK | | P | 99.73 | 43.74 | PRM | PRM |
| 6 | NAR 07012 | AACGND 0212 | 0.743 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/2 | OK | | | | OK | | P | 97.20 | 43.74 | PRM | PRM |
| 7 | NAR 06817 | AACGND 0017 | 0.741 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.60 | 43.64 | RPR | RPR |
| 8 | NAR 06835 | AACGND 0017 | 0.743 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | | | | OK | | P | 98.27 | 43.56 | PRM | PRM |
| 9 | NAR 06816 | AACGND 0036 | 0.744 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 98.80 | 43.55 | PRM | PRM |
| 10 | NAR 06982 | AACGND 0016 | 0.740 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 1/2 | OK | | | | OK | | P | 99.20 | 43.65 | PRM | PRM |
| 11 | NAR 06959 | AACGND 0159 | 0.727 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 98.67 | 43.90 | RPR | RPR |
| 12 | NAR 06962 | AACGND 0159 | 0.732 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 96.93 | 43.83 | PRM | PRM |
| 13 | NAR 06833 | AACGND 0172 | 0.752 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | | | | OK | | P | 97.60 | 43.83 | PRM | PRM |
| 14 | NAR 06838 | AACGND 0100 | 0.739 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 98.53 | 43.85 | PRM | PRM |
| 15 | NAR 06830 | AACGND 0038 | 0.735 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | PT | | | | OK | | P | 98.00 | 43.75 | PRM | PRM |
| 16 | NAR 06891 | AACGND 0050 | 0.746 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | | | | OK | | P | 97.73 | 43.83 | PRM | PRM |
| 17 | NAR 06897 | AACGND 0181 | 0.753 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.47 | 43.81 | PRM | PRM |
| 18 | NAR 07031 | AACGND 0097 | 0.742 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.87 | 43.83 | PRM | PRM |
| 19 | NAR 07051 | AACGND 0110 | 0.734 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 | OK | | | | OK | | P | 96.93 | 43.88 | PRM | PRM |
| 20 | NAR 06916 | AACGND 0231 | 0.747 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | | | | OK | | P | 99.60 | 43.92 | PRM | PRM |
| 21 | NAR 06910 | AACGND 0156 | 0.737 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 97.40 | 43.66 | PRM | PRM |
| 22 | NAR 06944 | AACGND 0150 | 0.715 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 100.27 | 43.80 | PRM | PRM |
| 23 | NAR 06938 | AACGND 0138 | 0.748 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | | | | OK | | P | 98.00 | 43.70 | RPR | RPR |
| 24 | NAR 07020 | AACGND 0220 | 0.734 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 98.87 | 43.75 | RPR | RPR |
| 25 | NAR 06840 | AACGND 0060 | 0.743 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | MRF-PS | | | | OK | | P | 97.37 | 43.87 | RPR | RPR |
| 26 | NAR 07004 | AACGND 0054 | 0.724 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 95.07 | 43.87 | RPR | RPR |
| 27 | NAR 07008 | AACGND 0208 | 0.748 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 96.53 | 43.88 | PRM | PRM |
| 28 | NAR 06995 | AACGND 0155 | 0.719 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 99.73 | 43.74 | PRM | PRM |
| 29 | NAR 06858 | AACGND 0185 | 0.729 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | DS | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 92.20 | 43.74 | PRM | PRM |
| 30 | NAR 07032 | AACGND 0058 | 0.732 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 95.87 | 43.58 | PRM | PRM |
| 31 | NAR 07052 | AACGND 0022 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | DS | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | BM | | | | OK | | P | 97.60 | 44.10 | RPR | RPR |
| 32 | NAR 06698 | AACGND 0188 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | | | | OK | | P | 97.20 | 43.58 | PRM | PRM |
| 33 | NAR 06915 | AACGND 0188 | 0.724 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 97.33 | 43.88 | PRM | PRM |
| 34 | NAR 06698 | AACGND 0168 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.27 | 43.87 | RZR | RZR |

Note: (1) track show Dist. (2) Box No. not present.

Exhibit 2 - 295

EXHIBIT 6

10001382 PIELDWOOD ENERGY, LLC Rowan Resolute 80 JT5 6 625 47.0SI / 750 V-150 RG 111 DP 06-15-20 2020-06-15_16_21_21 V4 2.pdf.final

| # | NAR | AACOND | val | qty | | | | | | | | OK | | | | | | | | | | | OK | val | P | val | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | NAR 06991 | AACOND 0191 | 0.732 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/2 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | | OK | 97.60 | P | 43.80 | PRM | PRM |
| 35 | NAR 06876 | AACOND 0076 | 0.724 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | | OK | 96.15 | P | 43.94 | PRM | PRM |
| 37 | NAR 06930 | AACOND 0120 | 0.731 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | | OK | 43.15 | | | PRM | PRM |
| 38 | NAR 06964 | AACOND 0164 | 0.749 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | MRF-GS | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | OK | 99.17 | P | 43.80 | PRM | RPR |
| 39 | NAR 06994 | AACOND 0194 | 0.755 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | PT | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 9 1/2 | MRF-GS | | OK | 100.80 | P | 43.94 | PRM | RPR |
| 40 | NAR 06913 | AACOND 0113 | 0.738 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | PT | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | OK | 98.60 | P | 43.82 | PRM | RPR |
| 41 | NAR 07028 | AACOND 0228 | 0.733 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | OK | 96.67 | P | 43.84 | PRM | PRM |
| 42 | NAR 07029 | AACOND 0229 | 0.734 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | MRF-GS | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 9 1/2 | OK | | OK | 97.87 | P | 43.16 | PRM | RPR |
| 44 | NAR 06934 | AACOND 0134 | 0.736 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 8 1/2 | OK | | OK | 99.87 | P | 43.73 | PRM | PRM |
| 46 | NAR 06971 | AACOND 0071 | 0.749 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 9 1/2 | OK | | OK | 97.20 | P | 43.72 | PRM | RPR |
| 47 | NAR 06975 | AACOND 0075 | 0.759 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/2 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 8 1/2 | MRF-PS | | OK | 97.47 | P | 43.87 | RPR | PRM |
| 48 | NAR 06961 | AACOND 0161 | 0.733 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 9 1/2 | OK | | OK | 99.60 | P | 43.54 | PRM | PRM |
| 50 | NAR 06662 | AACOND 0162 | 0.731 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | OK | 100.00 | P | 43.80 | PRM | PRM |
| 51 | NAR 06668 | AACOND 0168 | 0.730 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 8 3/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | OK | 100.00 | P | 43.13 | PRM | PBM |
| 52 | NAR 06990 | AACOND 0190 | 0.747 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 | MRF-GS | | OK | 99.60 | P | 43.83 | PRM | PRM |
| 53 | NAR 06894 | AACOND 0094 | 0.759 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 11 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 | MRF-GS | | OK | 98.25 | P | 44.00 | PRM | PBM |
| 54 | NAR 06973 | AACOND 0173 | 0.755 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | OK | 98.25 | P | 44.00 | PRM | PBM |
| 55 | NAR 06841 | AACOND 0041 | 0.726 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | OK | 98.00 | P | 43.74 | PRM | FRM |
| 56 | NAR 06807 | AACOND 0007 | 0.739 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 8 3/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 3/4 | OK | | OK | 96.80 | P | 43.79 | FRM | FRM |
| 57 | NAR 07024 | AACOND 0224 | 0.742 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | PT | | 9 1/2 | +1/4 | 7.45/64 | 4.15/16 | 11 1/2 | OK | | OK | 98.53 | P | 43.80 | PRM | RPR |
| 59 | NAR 06948 | AACOND 0148 | 0.733 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | | OK | 97.87 | P | 43.30 | RPR | R2R |
| 60 | NAR 06960 | AACOND 0166 | 0.740 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 4.15/16 | OK | | OK | 96.50 | P | 43.53 | RPR | RPR |
| 61 | NAR 06844 | AACOND 0044 | 0.718 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | MRF-GS | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | | OK | 98.33 | P | 43.83 | RPR | RPR |
| 62 | NAR 06811 | AACOND 0011 | 0.715 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | PT | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/2 | PT | | OK | 98.80 | P | 43.94 | PRM | FRM |
| 63 | NAR 06862 | AACOND 0062 | 0.741 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | | OK | 98.00 | P | 43.75 | R2R | XPR |
| 64 | NAR 06816 | AACOND 0016 | 0.742 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 | PT | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 | OK | | OK | 98.67 | P | 43.87 | RPR | RPR |
| 65 | NAR 06899 | AACOND 0099 | 0.742 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | MRF-GS | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/2 | MRF-GS | | OK | 92.83 | P | 43.78 | RPR | RPR |
| 66 | NAR 06888 | AACOND 0088 | 0.716 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | OK | 100.60 | P | 43.83 | PRM | PRM |
| 68 | NAR 06879 | AACOND 0079 | 0.733 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/2 | DT | | OK | 98.15 | P | 43.83 | RPR | RPR |
| 69 | NAR 06823 | AACOND 0023 | 0.745 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 8 3/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 | OK | | OK | 96.80 | P | 43.74 | PRM | FRM |
| 70 | NAR 06846 | AACOND 0046 | 0.744 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 | MRF-GS | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 8 3/4 | OK | | OK | 100.10 | P | 43.65 | RPR | RPR |
| 71 | NAR 06976 | AACOND 0176 | 0.733 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 9 3/4 | PT | | OK | 98.65 | P | 43.83 | XPR | XPR |
| 72 | NAR 07000 | AACOND 0200 | 0.735 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 8 3/4 | OK | | OK | 99.20 | P | 43.78 | PRM | PRM |
| 73 | NAR 06904 | AACOND 0104 | 0.737 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 9 | OK | | OK | 96.57 | P | 43.33 | PRM | RPR |
| 74 | NAR 06853 | AACOND 0053 | 0.713 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | MRF-GS | | OK | 96.93 | P | 43.69 | XPR | XPR |
| 75 | NAR 06833 | AACOND 0033 | 0.726 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | PT | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | PT | | OK | 95.07 | P | 43.44 | RPR | RPR |
| 74 | NAR 06854 | AACOND 0154 | 0.733 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | PT | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | PT | | OK | 96.80 | P | 43.34 | RPR | RPR |
| 74 | NAR 07015 | AACOND 0215 | 0.741 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | MRF-SD | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 11 | OK | | OK | 97.73 | P | 43.34 | RPR | RPR |
| 74 | NAR 06871 | AACOND 0071 | 0.748 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | OK | 96.80 | P | 44.02 | PRM | FRM |
| 75 | NAR 06970 | AACOND 0170 | 0.750 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | OK | 95.75 | P | 43.87 | PRM | FRM |
| 76 | NAR 07017 | AACOND 0217 | 0.744 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 8 1/2 | OK | | OK | 100.00 | P | 43.69 | PRM | PBM |
| 77 | NAR 06893 | AACOND 0093 | 0.735 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | | OK | 99.20 | P | 43.50 | PBM | PBM |
| 78 | NAR 06802 | AACOND 0002 | 0.724 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | PT | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 | OK | | OK | 98.00 | P | 43.54 | FRM | FRM |
| 79 | NAR 06978 | AACOND 0178 | 0.745 | 1 | 8 1/2 | +1/4 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | OK | | 8 1/2 | +1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | OK | 99.33 | P | 43.79 | RPR | R2R |

Note: O mark where box No has someone.

EXHIBIT
6

Exhibit 2 - 296

1000.1382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21 V4.2.pdf Final

| 80 | NAR 06837 | LA-CCIND 0037 | 0.730 | 1 | 81.2 | 41.4 | 7.45 64 | 5.78 | 93.4 | 0K | | | 0K | 8.12 | 4.13 | 7.45364 | 4.15 16 | 101.4 | 0K | | | 0K | P | 97.33 | 43.77 | PRM | PRM |

Note: [*] mark shows total ITfrom Ns. has contract

EXHIBIT
6

Exhibit 2 - 297

# DRILCO

INSPECTION SERVICES
BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| CUSTOMER: | VALARIS | DATE: | 6/11/2020 | P.O. NO | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | OPERATOR | | CUSTOMER CODE: | | |
| JOB # | J1009211 | CONTRACTOR/RIG: | RESOLUTE | STATE CODE | S | |
| WORK ORDER # | | LOCATION | GC 200 | AREA | 125G | |
| AUTHORIZED BY | KRIS KIMBLE | COUNTY/STATE | LAFOURCHELA | CUSTOMER REF# | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE | CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|---|
| 160 | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | | 160 | $8.00 | $1,280.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

TIME BREAK DOWN: | | SUBTOTAL | | $1,280.00 |

DEPART FOR JOB:_____ ☐AM  PM   ARRIVE AT JOB:_____   AM   PM
SERVICE HOURS:
DEPART FOR JOB:_____ ☐AM  PM   CHARGEABLE:_____ HRS
                     NON-CHARGEABLE _____ HRS

INSPECTION REPORT(S):
J1009211

CUSTOMER'S SIGNATURE:_____ DATE:_____

INSPECTED BY  NICK, JOSH

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.

COMMENTS _____

RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR INDIRECTLY FROM SERVICES PROVIDED

EXHIBIT
6

Exhibit 2 - 298

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:0000235550
Date: 05/09/2020
Page    1

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type        ONSHORE REPAIR

| | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 10 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 425.00 4,250.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

| 2 | 12 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 565.00 6,780.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000235550 | |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| | | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED:_____

EXHIBIT
6

**Exhibit 2 - 299**

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page    2

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type        ONSHORE REPAIR

| | | | | | | | PURCHASING USE ONLY | | |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000235550 | |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED:_____

EXHIBIT
6

**Exhibit 2 - 300**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

```
Valaris
Field
Requisition
```

Business Unit:10013    OPEN
Req ID:0000235550
Date: 05/09/2020
Page    3

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type        ONSHORE REPAIR

| | | | | | | | | PURCHASING USE ONLY | | |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 2 DRILCO JOB: J1009211 | | | | | | |
| 3 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,WATERBLAST CLEANING | 15.00 1,200.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                        HTS NO:                        UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 3
DRILCO JOB: J1009211

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/9,47.05#,INSPECT TO DS-1 CAT-5 SPECS | 82.00 6,560.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRK No. by Item | PURCHASING ONLY  FR NO:    0000235550 | |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name [Print] | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____    DATE FAXED: _____

EXHIBIT
6

**Exhibit 2 - 301**

EXHIBIT
6

Exhibit 2 - 302

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page :   4

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type     ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION HTS NO: | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|----------------------|------|---------------------------|--------------|-------|-------------------------------|--------|
| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 4 DRILCO JOB: J1009211 | | | | | | |
| 5 | 160 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 8.00 1,280.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                          HTS NO:                          UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount:          20,070.00

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

AFE: _Fw 191015_
LEASE: _GC-40 Katmai_
RIG: _Rowan Resolute_
ENGINEER: _K. Castille_
_Routing # 580048_
_Act Code # 3025-15_

| R4202 N NO: | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000235550 |
|-------------|-----------|-----------------------------------------------------------------------------------|----------------------------------|-------------------------------------|
| OIM | DATE | _FwF_ Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR   DATE | | _Brent Primeaux_ Rep Name (Print) | | BUYER                          DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

EXHIBIT
6

**Exhibit 2 - 303**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: Resolute

WELL NUMBER: GC 40 #1
KATMAI

---

AFE #: FW2020002

TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD USAGE ON
THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S
REP.

The support is Cameron Inv#916459063 - Dated:03/15/2019

| ITEM ID | DESCRIPTION | | |
|---------|-------------|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER  CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

AMOUNT DUE: $ 111,367.50

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:          WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date: 2020.07.16
13:57:18 -05'00'

$ (111,367.50)  810650.10417.4202.110

ED

EXHIBIT
6

**Exhibit 2 - 304**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA



Valaris
Field
Requisition

**Business Unit:** 10013    OPEN
**Req ID** 0000236908
Date: 07/03/2020
Page    1

**Attention: SUBSEA**

REQ Type    Supply

| ITEM | QTY | GA ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|---------------------|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 4 | 024000 223154403 | EA | PACKER-SIDE,CAMERON,2231544-03 ,18-3/4IN,15K,L CDVS AND CDVS U,U II/TT/L/EVO AND 10-15K BOPS,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8431438090          UNSPSC NO:

| 2 | 4 | 024000 223154703 | EA | PACKER-SIDE,CAMERON,2231547-03 ,18-3/4IN,15K,RT CDVS AND CDVSU,U II/TT/L/EVO AND 10-15K BOPS,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8431438090          UNSPSC NO:

| 3 | 2 | 024000 223154101 | EA | PACKER,CAMERON,2231541-01,BLAD E F/ 18-3/4 IN-15M BOP CDVS U II RAM BLOCK CDVS RAM | 2,464.50 4,929.00 | 09- 09-BLOW OU | VC | | | |

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:    0000236908 |
|-------|-----------|---|---|---|
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER    DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____     DATE FAXED: _____

EXHIBIT
6

**Exhibit 2 - 305**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |

Business Unit:10013   OPEN
Req ID:0000236908
Date: 07/03/2020
Page   2

**Attention: SUBSEA**

REQ Type      Supply

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|----------------|-----|-------------|------|-------------|-------------|-------|------------------------------|--------|
| | | | | | | | | | PURCHASING USE ONLY | |

Available Sustitutes    Item Desc :

ECCN NO: EAR99                HTS NO:8431438090                    UNSPSC NO:

| 4 | 4 | 024000
64436903 | EA | SEAL,CAMERON,844369-03,TOP,F/
DRILLING SYSTEM 18-3/4 IN-15M
BOP CDVS U II RAM BLOCK | 8,114.25
32,457.00 | 09- 09-BLOW OU | | VC | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                HTS NO:8484200000                    UNSPSC NO:

| 5 | 2 | 024000
644404010003 | EA | PACKER,CAMERON,844404010003,VA
RIABLE BORE RAM,5.875 IN
PIPE,CAMERON BOP TP U-II | 14,843.25
29,686.50 | 09- 09-BLOW OU | | VC | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

| R4202 | 07/03/2020 |
| OIM | DATE |
| Line Item Exempt : |

| RIG MGR / OPERATIONS MGR | DATE |
NOTE: Any additions or deletions
must be initialed

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field
ETRR No. by item

PURCHASING ONLY  FR NO:    0000236908

BUYER                    DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____   DATE FAXED:_____

EXHIBIT
6

**Exhibit 2 - 306**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit:10013 OPEN
Req ID:0000236908
Date: 07/03/2020
Page 3

Attention: SUBSEA

REQ Type Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| | | EAR99 | | HTS NO:8481909090 | | | UNSPSC NO: | | | | |
| 6 | 2 | 024000 645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 16A TEMP CLASS EF,W 6-HR EXCURSION TO 350 DEG F | | 975.00 1,950.00 | 09- 09-BLOW OU | VC | | | |
| | | | | Line Item Exempt : N | | | | | | | |
| | | | | Available Sustitutes Item Desc : | | | | | | | |
| | | ECCN NO: EAR99 | | HTS NO:4016930000 | | | UNSPSC NO: | | | | |
| 7 | 6 | 024000 645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-H,U II-B,U II-LAND,15M U-II,15M 18-3/4 TL BOP,PER API 16A,TEMP RATING -50 TO 350 DEG F | | 490.50 2,943.00 | 09- 09-BLOW OU | VC | | | |
| | | | | Line Item Exempt : N | | | | | | | |
| | | | | Available Sustitutes Item Desc : | | | | | | | |
| | | ECCN NO: EAR99 | | HTS NO:8431438090 | | | UNSPSC NO: | | | | |

Total Requisition Amount: 111,367.50

| ECCN NO: R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. D. GABOURIE FWE Operator (Print) | List all Field ETRR No. by item | PURCHASING ONLY FR NO: 0000236908 |
|---|---|---|---|---|
| O/M _(signature)_ | DATE 7/3/20 | Rep Signature _(signature)_ | | |
| RIG MGR / OPERATIONS MGR | DATE | BARRY GABOURIE Rep Name (Print) | | BUYER        DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _____

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15
7-3-2020

EXHIBIT 6

**Exhibit 2 - 307**



**CAMERON**
A Schlumberger Company

## INVOICE

| | |
|---|---|
| Invoice No | : 916459063 |
| Invoice Date | : MAR 15 2019 |
| Page | : 1 of 3 |

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: 831144704
ABA No: 021000021
Swift No: CHASUS33

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

**ACH Remit to:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

| | |
|---|---|
| Payment Terms | : Net 45 Days |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : Free Carrier |
| | HOUSTON DC |
| Ship From | : HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | : MAR 15 2019 |

---

| Invoice To : 60001776 | Ship To : 43242011 |
|---|---|
| EMAIL | ATLANTIC MARITIME SERVICE LLC |
| ATLANTIC MARITIME SERVICE LLC EMAIL | 13627 WEST HARDY |
| ATTN ACCTS PAYABLE | HOUSTON TX 77060 |
| 2800 POST OAK BLVD STE 5450 | USA |
| HOUSTON TX 77056-6189 | |
| USA | |

---

| Inside Sales Contact : Johnny Olachia | 832-787-8686 | Sales Order : 3685599 | Delivery Number : 88188457 |
|---|---|---|---|
| Outside Sales Contact : ALAN THIBODEAUX | 281-753-2922 | | |

| | |
|---|---|
| Customer Reference | : 4500506400 |
| Functional location | : 10943607 |
| Description | : ROWAN RESOLUTE RIG 202 |
| Placed by | : Tina Castillio |
| Project Name | : RIG 202 |
| Project/Reference | : RIG 202 |

---

| Item | Material Number Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | 644369-03 | 4.000 EA | 8,330.63 | 33,322.52 |
| | Customer Material :80492 | | | |
| | TOP SEAL, 18-3/4" 15K (CDVS) 'TL' BOP | | | |
| | TEMP CLASS 'XX' | | FR#236908 – Item Number 4 - 64436903 - 4 EA | |
| | Frame Agreement Price : 8,330.63 | | | |
| 30 | 2231541-01 | 2.000 EA | 2,530.22 | 5,060.44 |
| | Customer Material :78134 | | | |
| | PACKER, BLADE, CDVS RAM, | | | |
| | 18-3/4" 15M 'Ull' AND 'T/TL' BOP's | | FR#236908 – Item Number 3 - 223154101 - 2 EA | |
| | API 16A TEMP "XX" (NOT API 16A 4TH ED) | | | |
| | SERIAL NUMBER: 000000000000000001 | | | |
| | SERIAL NUMBER: 000000000000000002 | | | |
| | Frame Agreement Price : 2,530.22 | | | |

EXHIBIT
6



**CAMERON**
A Schlumberger Company

Invoice No : 916459063

Page : 2 of 3

Serial No : 1 2

| 40 | 2231547-03 | 4.000 EA | 5,056.59 | 20,226.36 |
|---|---|---|---|---|

Customer Material :80491
SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 - Item Number 2 - 223154703 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 50 | 2231544-03 | 4.000 EA | 5,056.59 | 20,226.36 |
|---|---|---|---|---|

Customer Material :80490
SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 - Item Number 1 - 223154403 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 60 | 645484-01-00-01 | 28.000 EA | 503.58 | 14,100.24 |
|---|---|---|---|---|

Customer Material :23001
BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND
18-3/4" 15K

FR#236908 - Item Number 7 - 645484010001 - 6 EA

"TL" BOP (NOT API 16A 4TH ED)
Frame Agreement Price : 503.58

| 70 | 2247012-02 | 1.000 EA | 7,408.17 | 7,408.17 |
|---|---|---|---|---|

Customer Material :129474
BODY, S-AX GASKET, 18-3/4 10/15 K

Frame Agreement Price : 7,408.17

| 80 | 644404-01-00-03 | 8.000 EA | 15,239.07 | 121,912.56 |
|---|---|---|---|---|

Customer Material :74683
PACKER, VBR - CAMRAM (TM) 18-3/4"-15M
T/TL BOP, 7-5/8" TO 3-1/2" OD

FR#236908 - Item Number 5 - 644404010003 - 2 EA

PIPE, AND 5-7/8" TO 3-1/2" OD PIPE
PER API 16A, TEMP CLASS "E,X"
DUAL DUROMETER (NOT API 16A 4TH ED)
Frame Agreement Price : 15,239.07

EXHIBIT
6

**Exhibit 2 - 309**



**CAMERON**
A Schlumberger Company

Invoice No  : 916459063

Page        : 3 of 3

| 90 | 645068-01-00-02 | | 8.000 EA | 1,001.00 | 8,008.00 |
|----|-----------------|---|----------|----------|----------|

Customer Material :23134
TOP SEAL, 18-3/4"-15M 'T/TL' BOP
API 16A TEMP CLASS "EF"
WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH ED)
Frame Agreement Price  : 1,001.00

FR#236908 - Item Number 6 - 645068010002 - 2 EA

Price summary :

| | |
|---|---|
| Total Price : | 230,264.65 USD |
| State Tax : | 14,391.53 USD |
| City Tax : | 2,302.65 USD |
| Transit Tax : | 2,302.65 USD |
| Total Invoice Value : | 249,261.48 USD |

EXHIBIT
6

Exhibit 2 - 310

Cameron Intl Corp

# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007278
INVOICE DATE: 07/20/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| INSPECTION OF 6-3/4IN DRILL COLLARS<br>PO#458846 - FR#23066 | $ | 225.00 |
| 10-DIRTY OIL TOTE TANKS<br>PO#458710 - FR#236175 | $ | 1,500.00 |
| CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL<br>PO#458579 - FR#235606 | $ | 1,611.21 |
| WELLHEAD RING GASKETS AND SEALS<br>PO#457100 - FR#234615 | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |

AMOUNT DUE: $ 5,886.52

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
Jells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:  WFBIUS6S
BA #121000248
ccount # 4669481673

| | | |
|---|---|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250.10417.4202.110 |
| | ED | EXHIBIT 6 |

Exhibit 2 - 311

Exhibit 2 - 312

EXHIBIT
6

**VALARIS**

Favorites   Main Menu

Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Home   Worklist   Add to Favorites   Sign out

## Purchase Order Inquiry

### Purchase Order

| Business Unit: | 10013 |
|---|---|
| PO ID: | 0000458046 |

**Header**

| PO Date: | 06/09/2020 |
|---|---|
| Vendor Name: | DRILCOCOM-001 |
| Vendor ID: | 0000000038 |
| Buyer: | Kenya Akeem Abdul Moses |

Vendor Details

| PO Status | Dispatched |
|---|---|

| Backorder Status: | Not Backordered |
|---|---|
| Receipt Status: | Not Recvd |
| ☐ Hold From Further Processing | |

| PO Reference: | 000028089 SERVICE |
|---|---|

Header Details      ALL RTV
Header Comments      Matching
Change Order      Activity Summary

Document Status

**Amount Summary**

| Merchandise: | 225.00 |
|---|---|
| Freight/Tax/Misc.: | 0.00 |
| Total: | 225.00 USD |

**Lines**

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | 5750COR2PRN | INSPECTION-ONSHORE-COLLARS-RAN | 60 | 15.0000 | EA | 225.00 USD | Approved | 5750COR2PRN |

Personalize | Find | View All |   First   1 of 1   Last

View Approvals

Return to Search

Related Links

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
650 Octave Road
Broussard LA 70518
USA

Business John 10013
Reqd 05/28/2020
Date: 05/28/2020
Page

**Valaris Field Requisition**

Attention: DRILL CREW / TOOL PUSHER
REQ Type: ONSHORE REPAIR

PURCHASING USE ONLY
VENDOR LOCATION, CONFIRM TO
PO NO.

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE 3060-15
5-29-2020

| ITEM QTY | BLANKET BOND | LOM | DESCRIPTION | COST | ALT CATEGORY | OBL RATING | PRICE |
|---|---|---|---|---|---|---|---|
| 1 | 15 026095 5750CC-ROPRIN | EA | INSPECTION-COMPLETE INSPECTION OF 6-5/8IN DRILL COLLARS, RAN SEE BELOW ON COOKOUT REPAIR INSPECTION | 10.00 150.00 | B5 - 86-TUBULAR | 0 | |

Live Item Exempt: N
Available Quantities

Item Desc:

ECGN NO:                    MTB NO:                    UNSPSC NO:                    100.00

Total Requisition Amount

FIELDWOOD REBILL FOR INSPECTION OF 6-5/8IN DRILL COLLARS. STK#H R4202, 230043, 230048, 230040, 230051, 230052, 230454, 230458, 230459, 230459, 230060, 230051.A
S/N.LUTONI F.FL30-301
SERIAL#S230005, 230002, 230072, 230042, 230043, 230044, 230051, 230052, 230454, 230458, 230459, 230060, 230051.A
230064

---

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

PWE
David or (Print)
J. Button
Reg Signature
Larce Butler
Reg Name (Print)

List of Field
ETR&R No. by item

**B4202**
OM

05/28/2020
DATE

THIS FIELD OPERATIONS SIGN                    DATE
NOTE: Any additions or deletions
       must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____    NO: ____

PURCHASING ONLY FR NO: 0000295099

BUYER                    DATE

DATE FAXED: ____

Exhibit 2 - 313

EXHIBIT 6

VALARIS

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home | Wavelet | Add to Favorites | Sign out

## Purchase Order Inquiry

### Purchase Order

| | |
|---|---|
| Business Unit: | 10013 |
| PO ID: | 0000456710 |

**Header**

| | | | |
|---|---|---|---|
| PO Date: | 06/03/2020 | PO Status: | Dispatched |
| Vendor Name: | AMERICAN/AMR-003 | POA Status: | Acknowledged |
| Vendor ID: | 0000017294 | | |
| Buyer: | Ernestine Castillo | Vendor Details | |

| | | | |
|---|---|---|---|
| PO Reference: | | Backorder Status: | Not Backordered |
| | | Receipt Status: | Received |
| | | ☐ Hold From Further Processing | |

Header Details
Header Comments
Change Order
AH RTV Matching
Activity Summary

Document Status

**Amount Summary**

| | |
|---|---|
| Merchandise: | 1,500.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 1,500.00 USD |

### Lines

Personalize | Find | View All | First 1 of 1 Last

| Line ▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount ▲ | Status | Original Item ID | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SERVO\LDS5003AR | SERVICES\ONSHORE AMERICAN R&DCV | 30 | 10.0000 | EA | 1,500.00 USD | Approved | SERVO\LDS5003AR | ⊕ 📷 |

View Approvals    Notify
Return to Search

Related Links

Exhibit 2 - 314

EXHIBIT 6

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

| Business Unit: 10013    OPEN |
| Req ID:0000236175 |
| Date: 05/02/2020 |
| Page    1 |

**Attention: ENGINEERING**

REQ Type          Rental

| PURCHASING USE ONLY |

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 10 | 024000 SERVOILDIS550GA | EA | SERVICE-ONSHORE,AMERICAN RECOVERY,DISPOSAL,USED OIL,NON-HAZ,RATE INCLUDES 550 GAL TOTE,DISPOSAL,TRANSPORTATION AND 30 DAY TOTE RENTAL | 135.00 1,350.00 | 90- 90-ENVIRON | S | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99                    HTS NO:7310100050                    UNSPSC NO:

Total Requisition Amount:          1,350.00

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202 | 06/02/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY FR NO:   0000236175 |
| OIM | DATE | Operator (Print) | | | |
| | 6/3/2 | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:  _____  NO: _____      DATE FAXED: _____

EXHIBIT 6

Exhibit 2 - 315

Exhibit 2 - 316

VALARIS

Favorites   Main Menu   Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Home   Worklist   Add to Favorites   Sign out

Purchase Order Inquiry
**Purchase Order**

| | |
|---|---|
| Business Unit: | 10013 |
| PO ID: | 0000456079 |

**Header**

| | |
|---|---|
| PO Date: | 06/01/2020 |
| Vendor Name: | SWAREON F-001 |
| Vendor ID: | 0000000012 |
| Buyer: | Ernestine Castillo |

PO Status:                    Dispatched

Backorder Status:   Not Backordered
Receipt Status:       Received
☐ Hold From Further Processing

PO Reference:

Vendor Details

Header Details
Header Comments...
Change Order

ALRTV
Matching
Activity Summary

Document Status

**Amount Summary**

| | |
|---|---|
| Merchandise: | 1,511.21 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 1,511.21 USD |

**Lines**

Personalize | Find | View All    First 1-3 of 3 Last

| Line▲ | Item ID | Item Description | Category | Prd Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 🔍 | SERVICE-ONSHORE SWARE OILFIELD | 82 | 1.0000 | EA | 375.00 USD | Approved | | 🔍 | 📷 |
| 2 | 🔍 | SERVICE-ONSHORE SWARE OILFIELD | 82 | 1.0000 | EA | 750.00 USD | Approved | | 🔍 | 📷 |
| 3 | 🔍 | SERVICE-ONSHORE SWARE OILFIELD | 82 | 1.0000 | EA | 486.21 USD | Approved | | 🔍 | 📷 |

View Approvals

Return to Search      Notify                                                      Related Links

EXHIBIT
6

https://people3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder=...     7/20/2020

VALARIS

Favorites  Main Menu

Purchasing  Purchase Orders  Review PO Information  Purchase Orders  Activity Summary

Home  Worklist  Add to Favorites  Sign out

## Activity Summary

| | |
|---|---|
| Business Unit: | 10013 |
| Purchase Order: | 0000405579 |
| Merchandise Amount: | 1,611.21 USD |
| Merchandise Receipt: | 1,611.21 USD |
| Merchandise Returned: | 0.00 USD |
| Merchandise Invoice: | 0.00 USD |
| Merchandise Matched: | 0.00 USD |

PO Status: Dispatched
Vendor: SWIRE OILFIELD SERVICES LIMITED

Lines

Details | Receipt | Invoice | Matched | RTV [icon]

Personalize | Find | View All |   First  1-3 of 3  Last

| Line | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-invoiced Quantity | Un-invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 376.000 | USD |
| 2 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 750.000 | USD |
| 3 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 485.210 | USD |

Return to Search  Notify

EXHIBIT 6

Exhibit 2 - 317

# Valaris

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:000023560 6
Date: 05/12/2020
Page    1

Attention: MARINE / BARGE SUPERVISOR

REQ Type    ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 1 | 024000 | EA | SERVICE-ONSHORE SWIRE OILFIELD SERVICES DISPOSE OF 75 GALLONS OF HELICOPTER FUEL. | 375.00 375.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO:    HTS NO:    UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE#:0511 2020-001
SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL

| 2 | 1 | 024000 | EA | SERVICE-ONSHORE SWIRE OILFIELD SERVICE CLEAN INTERIOR OF HELI-FUEL TANK WITH THREE PART PROCESS | 750.00 750.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO:    HTS NO:    UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
CLEAN INTERIOR OF HELI-FUEL TANK WITH A THREE-PART PROCESS. 1-RINSE TANK OUT COMPLETELY. 2-STEAM CLEAN INSIDE OF TANK

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

List all Field
ETRR No. by Item

| R4202 | 05/12/2020 | | | PURCHASING ONLY  FR NO:    0000235606 |
| DIM | DATE | | | |

RIG MGR / OPERATIONS MGR         DATE

Operator (Print)

NOTE: Any additions or deletions
must be initialed

Rep Signature

Rep Name (Print)

BUYER                    DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NC: _____    DATE FAXED: _____

EXHIBIT 6

Exhibit 2 - 318

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit:10013
Req ID:000235606
Date: 05/12/2020
Page 2

Attention: MARINE / BARGE SUPERVISOR

REQ Type: ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,TRANSPORTATION FROM SWIRE YARD IN HOUMA FROM FOURCHON, LA. | 466.21 466.21 | 82 - THIRD PART | S | | | |

COMPLETELY WITH HOT WATER AND SOAP. 3-RINSE THE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL
HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

SWIRE OILFIELD SERVICES QUOTE# 05112020-001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA FOR WORK TO BE DONE

FIELDWOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

Total Requisition Amount:                    1,611.21

AFE:          FW202002
Lease:        GC 40 #1
Project:      Katmai
Engineer:    K.Dufrene
Routing #:   580047

Act Code# 3060-15

| R4202 | 05/12/2020 | NOTE: Operator / hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 00002335606 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR./ OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____                    DATE FAXED: _____

EXHIBIT 6

Exhibit 2 - 319

VALARIS

Favorites    Main Menu    Purchasing    Purchase Orders    Review PO Information    Purchase Orders

Home    Workfat    Add to Favorites    Sign out

Purchase Order Inquiry

### Purchase Order

| Business Unit | 10013 | | PO Status: | Dispatched |
|---|---|---|---|---|
| PO ID: | 0000467100 | | | |
| Change Order: | 1 | | POA Status: | Requested, Awaits Review |

Header

| PO Date: | 04/16/2020 | | | | |
|---|---|---|---|---|---|
| Vendor Name: | HYDRIL-601 | | Backorder Status: | Not Backordered | |
| Vendor ID: | 0000500006 | Vendor Details | Receipt Status: | Received | |
| Buyer: | Bravo Ine | | Hold From Further Processing | | |
| | Cost In | | Amount Summary | | |
| PO Reference: | | | Merchandise: | 2,270.30 | |
| Header Details | All RTV | Document Status | Freight/Tax/Misc: | 0.00 | |
| Header Comments | Activity | | Total: | 2,270.30 USD | |
| Change Order | Activity Summary | | | | |

Lines

Personalize | Find | View All |    First  1-4 of 4  Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | H100939 | GASKET,VETCO,H10093-2,VGX-2-1B | G5 | | EA | 0.00 USD | Canceled | H109937 | | |
| 2 | | H120154 | SEAL,VETCO,H 2375-11,IP HYDRAT | G9 | | EA | 0.00 USD | Canceled | H120C1 | | |
| 3 | | | FEE,REST,CONH9,VETCO,H10093-2 | G5 | - 0000 EA | | 2,133.97 USD | Approved | | | |
| 4 | | | FEE,REST,CONH9,VETCO,H10093-1 | G9 | - 0000 EA | | 136.33 USD | Approved | | | |

View Approvals

Return to Search    Notify

Related Links

**Exhibit 2 - 320**

EXHIBIT
6



Exhibit 2 - 321

EXHIBIT
6

# Valaris

EXHIBIT 6

**Business Unit:** 110013    OPEN
**Req ID:** D0002344615
**Date:** 04/02/2020
**Page:** 1

**Attention: WAREHOUSE**

REQ Type    Supply

Valaris
Field
Requisition

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MCGIL'N ROAD
BROUSSARD LA 70518
USA

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 2 | 02400D H1108X2 | EA | GASKET,VETCO,H10983-21,V3X-2,18 -3/4 IN,15K PSI,FH4 CONNECTOR | 4,161.60 8,323.00 | 95 - 95-SUBSEA | VC | | | |

Line Item Exempt : N
Available Substitutes    Item Desc :

ECCN NO: EAR99      HTS NO:4016930000      UNSPSC NO:

SEE ATTACHED GE CONTRACT PRICING

| 2 | 1 | 02400D H120251 | EA | SEAL,VETCO,H12025-1,LIP,HYDRAT E,FH4 CONNECTOR,27 IN WELL HEAD | 531.93 531.93 | 95 - 95-BLOW OU | VC | | | |

Line Item Exempt : N
Available Substitutes    Item Desc :

ECCN NO: EAR99      HTS NO:4016930000      UNSPSC NO:

DATED GOODS - EXPIRATION DATE— ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OR DAMAGE TO PRODUCT **FAILURE**

**R4202**    04/02/2020
OIM      DATE

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

**List all Flag**
**ETRR No. by Item**
List all Flag
ETRR No. by Item

PURCHASING ONLY FR NO:    D0002346'15

Operator (Print)

Rep Signature

RIG MGR / OPERATIONS MGR      DATE

Rep Name (Print)

**BUYER**

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____      DATE FAXED: _____      DATE

Exhibit 2 - 322

# Valaris

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOLLIN ROAD
BROUSSARD LA 70518
USA.

Business Unit: 10013
Req ID: 3000023461 5   OPEN
Date: 04/02/2020
Page   2

**Attention: WAREHOUSE**

REQ Type        Supply

| Valaris Field Requisition |
| --- |

### PURCHASING USE ONLY

TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

Total Requisition Amount:        8,885.93

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #:  580047

Acct Code # 3060 -15

419/20

| R4202 | 04/02/2020 |
| --- | --- |
| OIM | DATE |

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

| RIG MGR / OPERATIONS MGR | DATE |
| --- | --- |

NOTE: Any additions or deletions must be initialed

List all Field ETRR No. by Item

PURCHASING ONLY FR NO:  0000234615

| BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___    DATE FAXED: ___

Exhibit 2 - 323

EXHIBIT 6

1/2/2020

shopDrilling :Current Quote

Hele ENSCO 🔍 Kenya Maxile

Home | SPARES > | AVAILABLE INVENTORY >

Current Quote | Saved Quotes | Shopping Lists

Search All Products ▼ Keyword(s): Search by Part #, Product Name or Keyword [ Go ] Search Multiple Parts

**Current Quote**

[ Delete ]  Actions Save Quote ▼ [ Go ]  [ Proceed to Checkout ]

✓ Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date

| Select | Part Number | Description | UOM | Quantity | Quoted Lead Time (Weeks) | Your List Price | Unit Discount | Each Net Price | Total Extended Price | Discontinued Part(s) | Remove |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | H10993-2 | GASKET, VGX-2, 18.750, 17-4PH, 15000 PSI RWP | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | 🗑 |
| | H12025-1 | SEAL,LIP,NOM 27, ANTI-HYDRATE/SILTING,H4 CONNECTOR (PURCHASE PER DRAWING) DIMENSIONS· A = 27.875 B = 27.355 | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | 🗑 |

[ Recalculate ]  Sub-Total: $11,350.03

Taxes, Shipping and Handling Extra

Total: $11,350.03

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.
*************************************************************************************************************
CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD
TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF
WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING.
IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN
SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"],
CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
*************************************************************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED.
CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
*************************************************************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE
PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED
ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
*************************************************************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
*************************************************************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
*************************************************************************************************************
FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSalesAdminPCB@bhge.com
Phone : +1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

[ Continue Shopping ] [ Delete ]  Actions Save Quote ▼ [ Go ]  [ Proceed to Checkout ]

EXHIBIT
6

**Exhibit 2 - 324**

VALARIS

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home | Worklist | Add to Favorites | Sign out

## Purchase Order Inquiry

### Purchase Order

| | |
|---|---|
| Business Unit: | 10013 |
| PO ID: | 0000457100 |
| Change Order: | 1 |

**Header**

| | |
|---|---|
| PO Date: | 04/16/2020 |
| Vendor Name: | HYDRIL-001 |
| Vendor ID: | 0000000324 |
| Buyer: | Ernestine Castillo |

Vendor Details

| PO Status: | Dispatched |
|---|---|
| POA Status: | Responded, Awaits Review |

| Backorder Status: | Not Backordered |
|---|---|
| Receipt Status: | Received |

☐ Hold From Further Processing

**Amount Summary**

| | |
|---|---|
| Merchandise: | 2,270.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 2,270.00 USD |

PO Reference:

Header Details | Document Status
Header Comments
Change Order

All Qty
Matching
Activity Summary

### Lines

Personalize | Find | View All | First 1-4 of 4 Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H109932 | GASKET,VETCO,H10932-2,VC5X-2,18 | 96 | | EA | 0.00 USD | Canceled | H109932 | 🖫 | 🖬 |
| 2 | H12025-1 | SEAL,VETCO,H12025-1,LIP,HYDRIL | 09 | | EA | 0.00 USD | Canceled | H12025-1 | 🖫 | 🖬 |
| 3 | | FEE,RESTOCKING,VETCO,H10932.2 | 06 | 1.0000 EA | | 2,133.67 USD | Approved | | 🖫 | 🖬 |
| 4 | | FEE,RESTOCKING,VETCO,H12025-1 | 09 | 1.0000 EA | | 136.33 USD | Approved | | 🖫 | 🖬 |

View Approvals

Return to Search | Notify

Related Links

**Exhibit 2 - 325**

EXHIBIT
6

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

## First MORTGAGOR

FIELDWOOD ENERGY LLC

## First MORTGAGEE

ATLANTIC MARITIME SERVICES LLC

Index Type : MORTGAGE

Type of Document : STATEMENT CLAIM

Recording Pages : 50

Inst Number : 1299324

Book : 2058    Page : 411

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/23/2020

At (Recorded Time) : 1:47:27PM

Certified On : 07/23/2020

Doc ID - 033539360050

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/23/2020 at 1:47:27
Recorded in Book 2058 Page 411
File Number 1299324

Deputy Clerk

EXHIBIT
7

**Exhibit 2 - 326**

Do not Detach this Recording Page from Original Document

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

| | |
|---|---|
| **Index Type :** MORTGAGE | **Inst Number :** 1299324 |
| **Type of Document :** STATEMENT CLAIM | |
| **Recording Pages :** 50 | **Book :** 2058 **Page :** 411 |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/23/2020

At (Recorded Time) : 1:47:27PM


Deputy Clerk

Doc ID - 033539360050

EXHIBIT
7

**Exhibit 2 - 327**

<div align="right">(Green Canyon 40 #1)</div>

## <u>STATEMENT OF PRIVILEGE</u>

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 <u>et seq.</u>, as follows:

1) Name and Address of Claimant:

> Atlantic Maritime Services LLC
> 5847 San Felipe, Suite 3300
> Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

> Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

> Fieldwood Energy LLC
> 2000 W. Sam Houston Parkway South, Suite 1200
> Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

<div align="center">1</div>

EXHIBIT
7

**Exhibit 2 - 328**

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)  Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT
7

**Exhibit 2 - 329**

Date: July 23, 2020

_____
NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR
ATLANTIC MARITIME SERVICES LLC**, a
Delaware limited liability company

Sworn to and subscribed before me, Notary Public,
this 23rd day of July 2020.

_____
Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

3

EXHIBIT
7

**Exhibit 2 - 330**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
　　Phone:　(281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
　　2000 W.SAM HOUSTON PARKWAY SOUTH
　　SUITE 1200
　　HOUSTON, TX 77042
ATTN: **ACCOUNTS PAYABLE**

INVOICE NO: FWD2007271
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER　GC 40 KATMAI

---

AFE #: <u>FW191015</u>

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

WELLBORE INTEGRITY
INVOICE#IN11857611 DATED:6/23/2020

$　　　　　　20,070.00

Handling Charges @ 5%(601)

$　　　　　　1,003.50

AMOUNT DUE:　$　　　　**21,073.50**

Rig Manager's Approval:

---

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:　WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.15
14:52:30 -05'00'

| | |
|---|---|
| $　(20,070.00) | 024000.10417.4202.110 |
| $　(1,003.50) | 810510.10417.4202.110 |
| $　(20,070.00) | 810650.10417.4202.110 |
| $　20,070.00 | 919250-10417.4202.110 |

EXHIBIT
**7**

ED

**Exhibit 2 - 331**

**wellbore Integrity SOLUTIONS**

TEL:+1 800 889 0500

500-Wellbore Integrity Solutions LLC-OU.

**BILLED TO:** ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

**CUSTOMER#:** EN0151
**ORDERED BY:**

| RIG: | ROWAN RESOLUTE | | |
|---|---|---|---|
| FIELD / BLOCK: // | JOB #: 1256595125 | | |
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | |

**CUSTOMER ORDER # :** 10013-0000458130
**TWNSHP:**

**DISC CODE:**
**SERVICE GRP:** Tubulars and Surface Products
**TAX JOB TYPE:** [None]
**EXPORT:**
**DT / RA /BL #:** J1009211
**BILLED BY:** JHENLEY

| AREA/DIST.: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US |
|---|---|
| INV LOC: 1256 | SHIP #: EN0151 |

**INVOICE NO:** IN11857611

**PAGE NO:** Page 1 of 2
**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

**LEASE:** OCSG 12209
**SEC:**

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.00 | | JOB# J1009211 - WO# W1013419 | | | | | |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/ 1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10 HOURS | | | | | 0.00 |
| 4.01 | | | 10 | UNIT CHARGE | PER HOUR | 425.00 | 4,250.00 |
| 5.00 | | UNSLING W/1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR, 3 RIGGERS @ 12 HOURS | | | | | |
| 5.01 | | | 12 | UNIT CHARGE | PER HOUR | 565.00 | 6,780.00 |
| 6.00 | | Waterblast ID, OD & Brush OD | | | | | |
| 6.01 | | | 80 | INSPECTION | EACH | 15.00 | 1,200.00 |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | | | | | |
| 7.01 | | | 80 | INSPECTION | EACH | 82.00 | 6,560.00 |
| 8.00 | | Flapping of Connections | | | | | |
| 8.01 | | | 160 | INSPECTION | EACH | 8.00 | 1,280.00 |
| 9.00 | | | | | | | 0.00 |

**CURRENCY:** USD

This invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

**PLEASE REMIT TO:** P.O. BOX 208306 - Overnight: Lockbox Services 208306
DALLAS, TX 75320-8306

**WIRING INSTRUCTIONS:** WELLS FARGO BANK N.A.
ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470
SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX
75063

EXHIBIT
7

Exhibit 2 - 332

Wellbore
Integrity
SOLUTIONS

TEL:+1 800 889 0500
©2000-Wellbore Integrity Solutions LLC-OU.

**INVOICE NO:** IN11857611

**BILLED TO:** ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

**DISC CODE:**
**SERVICE GRP:** Tubulars and Surface Products

**TAX JOB TYPE:**
**EXPORT:** [None]
**DT / RA /BL #:** J1009211
**BILLED BY:** JHENLEY

**PAGE NO:** Page 2 of 2
**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

**CUSTOMER#:** EN0151
**ORDERED BY:**

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: // | JOB #: 1256595125 | CUSTOMER ORDER # : 10013-0000458130 | AREA/DIST.: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US | LEASE: OCSG 12209 |
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | TWNSHP: | INV LOC: 1256 | SHIP #: EN0151 | SEC: |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | 0.00 |

| | |
|---|---|
| TOTAL DISCOUNT : | 0.00 |
| SUBTOTAL : | 20,070.00 |
| TAXABLE AMOUNT : | 0.00 |
| CITY TAX : 0.00% | 0.00 |
| COUNTY/PARISH TAX : 0.00% | 0.00 |
| STATE TAX : 0.00% | 0.00 |
| FREIGHT : | 0.00 |
| **TOTAL AMOUNT DUE:** | **20,070.00** |

This Invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/    **CURRENCY:** USD

**PLEASE REMIT TO:** P.O. BOX 208306 - Overnight: Lockbox Services 208306
DALLAS, TX 75320-8306

**WIRING INSTRUCTIONS:** WELLS FARGO BANK N.A.
ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470
SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063

EXHIBIT 7

Exhibit 2 - 333

# Valaris

Dispatch via E-Mail

**Purchase Order**   Page 1



10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

PO NUMBER          10013-0000458130
PO DATE            05/18/2020
RIG NAME           R202- RESOLUTE
FINAL DEST. COUNTRY  United States
REVISION NO.
REVISION DATE

SELLER/SUPPLIER

ID: 0000000238

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70518
United States
PHONE:
EMAILID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

SUPPLIER SHIP TO /
WHEN READY CONTACT
ROWAN RESOLUTE (VALARIS RESOLUTE)
520 MOULIN ROAD
BROUSSARD LA 70518
United States
PHONE: 337 83678500

SUPPLIER SHIPPING TERMS
(INCOTERMS 2010)
FREIGHT TERMS:  EXW
NOMINATED PLACE:

SUPPLIER SHIP METHOD:

BUYER REPRESENTATIVE
BUYER:   Kenya Akeem Abdul Maxie
EMAIL:   kenya.maxie@valaris.com
PHONE:   346/342-8072
FAX:

ADDITIONAL ORDER DETAIL
CURRENCY:    USD

REQ TYPE:    ONR
REQ CLASS:   OPERATOR EXP.

PR CODE (Mode of Transport)
1 - Hot Shot Immediate Urgent Air
2 - Next Day/Regular Air
3 - Regular Scheduled/Regular Ocean
4 - Other see notes in PO

| Item Line | Vendor Number / Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00 | EA | 425.00 | 4,250.00 | 3 | 0000235550 |
| | | | | | | Due Date 07/01/2020 | | |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00 | EA | 565.00 | 6,780.00 | 3 | 0000235550 |
| | | | | | | Due Date 07/01/2020 | | |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |
| 3-1 | 6625DPR3DPCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00 | EA | 15.00 | 1,200.00 | 3 | 0000235550 |
| | | | | | | Due Date 07/01/2020 | | |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | | AFE Cd: | | |
| 6-5/8",47.05#,WATERBLAST CLEANING | | | | | | | | |
| 4-1 | 6625DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00 | EA | 82.00 | 6,560.00 | 3 | 0000235550 |
| | | | | | | Due Date 07/01/2020 | | |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | | AFE Cd: | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 160.00 | EA | 8.00 | 1,290.00 | 3 | 0000235550 |
| | | | | | | Due Date 07/01/2020 | | |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |

EXHIBIT
7

Exhibit 2 - 334

# Valaris

**Dispatch via E-Mail**

**Purchase Order**   Page  2

|||||||||||||||||||||||||||||||||||
10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| PO NUMBER | 10013-0000458130 |
| PO DATE | 05/18/2020 |
| RIG NAME | R202- RESOLUTE |
| FINAL DEST. COUNTRY | United States |
| REVISION NO. | |
| REVISION DATE | |

QUOTE: 313
DRILCO JOB: J1009211

Total PO Amount        20,070.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS;
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS
INCLUDE PURCHASE ORDES IDENTIFIED AS 'P1' - URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.

EXHIBIT
7

Exhibit 2 - 335

**Wellbore Integrity**

# DRILCO

| | |
|---|---|
| Company/Rig: | Valaris Resolute DS-16 |
| Attention: | Joe Cooper |
| Telephone: | 281-619-7479 |
| Quote#: | 313 |
| Email: | r0516RDS@valaris.com |
| PO#: | 10013-0000 459130 |

| | |
|---|---|
| Date: | 5/6/2020 |
| Drilco Contact: | Raymond Bradberry |
| Telephone: | 985-303-6399 |
| Location: | Port Fourchon |
| Email: | Raymond.Bradberry@wellboreintegrity.com |
| Drilco Job#: | J1009211 |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|---|---|---|---|---|---|
| |  | | | | |
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.05# Drill Pipe [ONLY IF NEEDED] | 160 | $8.00 | Each | $1,280.00 |
| | | | | | |
| **Estimated Total** | | | | | **$20,070.00** |

Customer Signature:
Date:

EXHIBIT
7

Exhibit 2 - 336

GENERAL TERMS AND CONDITIONS

THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND CHOICE OF LAW PROVISIONS – READ CAREFULLY.

1. **ACCEPTANCE** – By requesting Wellbore's services, equipment, or products, Customer agrees to enter into and be bound by these General Terms and Conditions, along with any commercial documents that accompany the Order.

2. **DEFINITIONS.**

   a. Chemicals – any chemicals, substances, and Fluids, used or unused, or considered as waste or by-products, cuttings, or casings, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and including but not limited to any packaging, transportation or storage containers and/or materials) and residue resulting from, or related to, Wellbore's performance of the Work.

   b. Claim(s) – Damage, loss, expense, liability, claims, demands and causes of action of every kind and character (including special and punitive actions), all costs and expenses, and reasonable attorney fees associated therewith including, but not limited to, special, punitive, exemplary, general, compensatory, direct, indirect, incidental, or consequential damages, either under common law, equity, statute or otherwise, whether based on tort, contract, strict liability, or statutes that may or could be asserted or, arising without limitation, actions in rem or in personam, in rem or criminal actions and/or causes of action howsoever arising.

   c. Customer – the person, firm or other entity to which any Work is supplied or provided by Wellbore.

   d. Fluids – chemicals, emulsions, or chemically treated fluids, and residue, including but not limited to drilling fluids, completion fluids, displacement fluids, wellbore fluids, wellbore treatments, stimulation fluids, whether water, oil, or synthetic based.

   e. Group – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees, co-venturers, co-owners, partners, investors, joint venturers, co-lessees, co-working interest owners, lessors, Customer's clients (as part of Customer Group), and its and their parents, affiliates, subsidiaries, and each of their respective officers, directors, managers, shareholders, members, representatives, servants, consultants, agents, employees and invitees.

   f. Order – an oral or written request for Work, a Wellbore quotation accepted by Customer, and/or a service or purchase order document issued by Customer and accepted by Wellbore, with together with these General Terms and Conditions constitute the Contract between Wellbore and Customer. Wellbore shall not be obligated to provide any Work before an Order is agreed to by Wellbore.

   g. Products – equipment, goods, materials, tools, supplies, Chemicals and/or products or equipment sold or otherwise provided by Wellbore to Customer.

   h. Rentals – Customer's hiring of Products and/or equipment from Wellbore for a term / time.

   i. Wellbore – the entity providing Work to Customer which may be Wellbore Integrity Solutions, LLC, a Texas limited liability company for and on behalf of itself and its US and Canada affiliates, and/or Thomas Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates.

   j. Services – services provided by Wellbore to Customer including Products and sometimes customarily required to provide such services.

   k. Work – Products, Services and or Rentals

3. **INVOICING AND PAYMENT TERMS** Customer acknowledges that Wellbore's payment terms are cash in advance unless the value of the Work is supported by Customer credit approved by Wellbore prior to the transaction. Customer also acknowledges that Wellbore, at its sole discretion, may refuse to grant Customer the right to request Work on credit and/or may extend the right to request Work on credit at any time. In the event that Customer's credit account with Wellbore becomes delinquent, Wellbore shall have the right to require at its sole discretion, payment in advance an irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

   For transactions not supported by Wellbore approved credit Wellbore's invoice will be issued upon receipt of full payment from Customer. If Customer requires any supporting documents or information (e.g. order # AFE #, etc.) to be submitted with Wellbore's invoices, then such requirements must be agreed in the Order before the Work is provided. Unless otherwise specifically agreed in an Order, the following invoicing conditions shall apply to Work for which credit has been approved:

   a. Wellbore may invoice Customer for each portion or stage of the Work, as direct bid and priced in the Order as soon as practicable and without frequency restrictions

   b. Wellbore may invoice Customer for Products as follows fifty percent (50%) of the sale price immediately upon receipt and acceptance of an Order and the remaining fifty percent (50%) owned ably upon delivery of the Products

   c. Wellbore may invoice Customer for Rentals in advance. As follows, one hundred percent (100%) of the rental price for the metal rental period immediately upon receipt and acceptance of an Order. In the event the rental is extended beyond the initial rental period or the scope is expanded, Wellbore will submit a

subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded scope

   d. Wellbore may invoice Customer for any and all reimbursable items in advance

   Wellbore's invoice shall be deemed correct and will evidence Customer's acceptance of Work delivered, unless Wellbore receives proper written notice of any disputed items within five (5) business days after the date of the invoice. Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute. If an invoice disputed, however Customer agrees to pay Wellbore any undisputed portion of that invoice as set forth below and without delay. Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing, as applicable a credit or debit note to Customer. Customer shall have no right to withhold or offset payments, except to the extent it is agreed as a result of the foregoing dispute resolution procedure. Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) where Wellbore has not received written notification of a disputed item within two (2) years from the date such Work is actually provided.

   Customer shall pay the total invoice amount without any payment retentions (other than taxes which must be withheld as mandated by tax legislation). Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by other payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice. The payment for any transaction for which credit has been approved shall be due to, and received by, Wellbore on or before the thirtieth (30th) day from the date of the invoice

   When payment is electronic or commercial, Customer and Wellbore may agree to mutually beneficial electronic processes for executing business transactions, including but not limited to the system to system exchange of purchase orders, field tickets, bills of lading, invoices and electronic catalogs. Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange (PIDX)). Customer, Wellbore, and any contracted third party technology providers will execute a standard Electronic Data Agreement between Customer and OFS Portal LLC as a mutually agreed upon Electronic Data Agreement developed around the OFS Portal LLC agreement to govern said electronic transactions

   Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (including amounts that are disputed by Customer but are found to be due and owing) at the rate of 1.5% per month or the maximum interest allowable by applicable state or federal laws, if such laws limit interest to a lesser amount. If Wellbore employs a collection agency or attorneys to collect any outstanding invoice(s) or enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, all collection agency fees, and all attorneys' fees and court costs, including, but not limited to attorneys' fees incurred in connection with litigation, mediation, arbitration, bankruptcy or other proceedings. In the event that Customer's payment of Wellbore's invoice is not received by Wellbore after the due date, any price discount will be returned, and Wellbore has the right to revoke any and all discounts previously applied in arriving at the net invoice price. Upon revocation, the full invoice price without discount, will become immediately due and owing and subject to collection.

   As used herein, the term "Receivables" shall mean all of Customer's rights and interests in all accounts and/or all general intangibles, whether now existing or hereafter arising, and all proceed thereof, relating to the properties for which Wellbore provides Work. Customer hereby grants a security interest in Customer's Receivables to secure Customer's obligations to Wellbore, whether now existing or hereafter arising. Customer shall promptly support Wellbore as may be necessary to file all instruments (including financing statements), in order to perfect, preserve, protect and renew the security interest granted herein on all Receivables.

4. **TAXES.** Customer shall pay or reimburse Wellbore for, to the extent allowed by applicable laws and regulations, any and all taxes or other levies (other than Wellbore's income taxes) imposed by any government, governmental unit or similar authority with respect to the charges made or payments received by Wellbore in connection with the Work.

5. **INDEPENDENT CONTRACTOR** Wellbore is and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part thereof. When Wellbore's employees (defined to include Wellbore's direct, borrowed, special, or statutory employees are covered by the Louisiana Workers' Compensation Act, La R.S 23:1021 et seq., Customer and Wellbore agree that all Work and operations performed by Wellbore and its employees pursuant to this Contract are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La R.S. 23:1061 (A*). Furthermore Customer and Wellbore agree that Customer is the statutory employer of Wellbore employees for purposes of La R.S. 23:1061(A)(3)



EXHIBIT
7

Exhibit 2 - 337

GENERAL TERMS AND CONDITIONS

*Weatherford Integrity*

meaning of Customer's status as the statutory employer or special employer (as defined in La R.S. 23:1031 (C)) of Weatherford's employees. Weatherford shall remain primarily responsible for the payment of Louisiana workers compensation benefits to its employees, and it's not be entitled to seek contribution for any such payments from Customer.

6. **OBLIGATIONS OF CUSTOMER**

a. **Well Conditions, Hazardous Conditions.** Customer, having custody and control of the site and superior knowledge of the conditions in and surrounding it, shall provide Weatherford with all necessary information to enable Weatherford to perform its Services safely and efficiently. Weatherford's Products, Rentals and Services are designed to operate under conditions normally encountered in the well bore; however if hazardous or unusual conditions exist, Customer shall notify Weatherford in advance and make special arrangements for servicing such wells. NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, WEATHERFORD GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 6(a).

b. **Chemicals.** The handling, transportation, treatment and/or disposal of any Chemicals, used in or resulting from Weatherford's performance of the Work at the sole responsibility of Customer, including when such Chemicals are returned to the surface of the line or are from below the rotary table. In no event shall Weatherford be considered the generator of Chemicals or samples irrespective of any handling transportation, treatment, or disposal provided by Weatherford. Customer understands and agrees that all Chemicals and samples are the property of Customer and that Customer is the generator of the Chemicals and samples irrespective of any handling, transportation or treatment by Weatherford. Unless Customer has a separate agreement with Weatherford for the storage of samples, Weatherford may return samples to Customer upon completion of Weatherford's analysis or disposal of samples in accordance with Customer's instructions. All Chemicals and fluids in the drilling rig's tanks, piping, valves and pumps, and in the borehole and reserve pit (or fracture) where these are not at reserve pit are not in Weatherford's possession or control, and that Weatherford is not responsible for such Customer agrees that it will handle, transport and dispose of any such Chemicals and samples under Customer's name and waste generator number, in accordance with all applicable federal, state and local laws and regulations. CUSTOMER HEREBY AGREES NOT TO ASSERT ANY CLAIM OR BRING ANY COST RECOVERY ACTION AGAINST WEATHERFORD GROUP AND SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WEATHERFORD GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN CONNECTION WITH THE USE, HANDLING, TREATMENT, STORAGE, TRANSPORTATION AND/OR DISPOSAL OF CHEMICALS, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WEATHERFORD GROUP. Weatherford shall not be responsible for the signing of manifests or for the storage, transportation, treatment or disposal of Chemicals.

c. **Radioactive Sources.** If any radioactive source is lodged or lost in a well or at the well site or while being transported by or while under the custody or control of Customer Group, Customer shall immediately notify Weatherford and use best efforts to locate and recover the source and take all necessary precautions to avoid breaking, damaging or rupturing the source If the source is not recoverable or if it's its container is damaged or ruptured, Customer shall immediately notify Weatherford and comply with all applicable laws and regulations including notifying and making the location of the source Customer shall not attempt to recover a sealed source in a manner that in Weatherford's opinion could result in rupture. If the source ruptures, Customer shall minimize any resulting contamination and radiation exposure and decontaminate the environment, equipment and personnel.

d. **Fishing Operations.** Customer shall assume the entire responsibility for operations in which Customer Group or a third-party fish or attempt to fish for the equipment of any member of Weatherford Group or perform any operation that may jeopardize the retrievability or the integrity of equipment create rig indicates or sources. Weatherford will, without assuming liability and if so required by Customer, render assistance for the recovery of such equipment. Customer hereby commercially reasonable efforts to attempt recovery of Weatherford Group equipment.

e. **Change Orders.** Customer may with reasonable notice request to change the Work to be provided under an Order by issuing a written change order authorization document (referred to herein as the "Change Order"). Upon receiving a Change Order, Weatherford determines that there is any impact that increases the cost or affects the time to perform or provide the Work Weatherford shall submit a proposal to Customer specifying the pricing and scheduling changes needed to execute the Change Order. Customer shall review the proposal and may accept, reject or modify the proposal, subject to mutual agreement; however, Customer shall be deemed to have accepted such proposal once We have proceeds as specified in the Change Order. We have may in its sole discretion decline to execute the Change Order and such declination to execute shall not prejudice Weatherford's rights under the applicable Order.

7. **WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.**

a. Weatherford warrants that its Services provided hereunder shall be performed in a good and workmanlike manner in accordance with good oilfield practices and that it shall exercise diligence to ensure the correctness and safe transport of all long, test and other data Weatherford will give Customer the benefit of its best judgment based on its experience interpreting information and making written or oral recommendations concerning logs or tests or other data, type or amount of material or service required, manner of performance or predicting results. Nevertheless, all such recommendations or predictions are opinions only and, in view of the unpredictability of obtaining first-hand knowledge of the many variable conditions, the reliance on inferences measurements and assumptions which are not available, and/or the necessity of relying on facts and supporting services furnished by others, NO WARRANTY IS GIVEN CONCERNING THE ACCURACY OR COMPLETENESS OF ANY LOG, TEST, RESERVOIR OR SEISMIC DATA (INCLUDING SOFTWARE MODELS), OR OTHER DATA, THE EFFECTIVENESS OF MATERIAL USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES PREDICTED. WEATHERFORD SHALL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE RESULTS AND/OR RECOMMENDATIONS SUGGESTED BY SUCH WORK, NOR IS THE WORK INTENDED TO PROVIDE THE BASIS FOR ANY DECISIONS INDEPENDENTLY MADE BY CUSTOMER, WHICH ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. WEATHERFORD SHALL NOT BE RESPONSIBLE FOR ACCIDENTAL OR INTENTIONAL INTERCEPTION OF OR TAMPERING WITH DATA BY OTHERS, NOR DOES WEATHERFORD WARRANT THE SAFE STORAGE OR THE LENGTH OF TIME OF STORAGE OR AGAINST LOSS OF ANY DIGITAL TAPES, OPTICAL DISKS OR PRINTS, OR OTHER SIMILAR PRODUCTS OR MATERIALS. Any warranty claim for Services must be made prior to Weatherford's demobilization from the well site or for Services to repair equipment, within seventy-two (72) hours after installation of such repaired equipment.

b. Weatherford warrants that Products form hereunder that conform to the type and specifications represented by Weatherford Weatherford reserves the right, at its sole discretion, to use new, used or refurbished parts in the assembly of its Products Weatherford warrants all its Products not to be free of material defects in material and workmanship for a period of twelve (12) months from the date of delivery to the location stated in the Order provided that notice of any defects is received by Weatherford within the warranty period Rentals are warranted only for the rental period The above warranty does not apply to Products that have been affected by normal wear and tear, misuse at Customer's request, supplied by Customer or purchased by Weatherford at Customer's request, subjected to improper handling, storage, application, installation, operation or maintenance by anyone other than Weatherford and/or damaged by aggressive fluids, lightning, vibration, or improper voltage supply or force majeure Flow or any equipment readily wearing Products or consumables. Weatherford does not warrant or guarantee the results of the use of Rentals. Well conditions which prevent satisfactory operation of Rentals do not relieve Customer of its responsibilities for payment of the rental prices and other costs agreed upon in the applicable Order.

Weatherford's sole ability and customer's exclusive remedy under the foregoing warranties is expressly limited to the repair, replacement or the refund of an equitable portion of the applicable purchase or rental price, at its sole option of Products, Rentals or Services which prove to be defective or then the warranty period and shall not exclude items for labor costs, non-productive time expenses of Customer resulting from such defects, including but not limited to removal or reinstallation of Products or the cost of heavy lifting or vessel rig time recovery under general tort law or strict liability or for damages resulting from delays loss of use, or other direct or indirect incidental or consequential damages of any kind. A Customer claim pursuant to the warranty shall be made immediately upon discovery and confirmed in writing within thirty (30) days after discovery of the defect. Where items claimed to be defective are determined not to be defective or to be defective as a result of Customer Group's use of the item, Weatherford may invoke the service call to Customer Defective items must be held for inspection or returned to the original Weatherford delivery point upon request Weatherford shall have the right to inspect the Products claimed to be defective and shall have the right to determine the cause of such defect. Returned Products shall become the property of Weatherford. In no event has Weatherford be liable for the cost of substitute products services, or rentals obtained by Customer from other sources Any Product, Service or Rental which defective or otherwise not in compliance with the applicable Order

d. Notwithstanding anything to the contrary herein with regard to any services, materials, products or equipment furnished by contractors, subcontractors, vendors, and/or suppliers of Weatherford Group, Weatherford is hereby shall be limited to the assignment of such contractors, subcontractors vendors and/or suppliers warranties to Customer to the extent such warranties are assignable.

THE FOREGOING WARRANTIES FOR SERVICES, PRODUCTS AND RENTALS ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY. IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY SHALL NOT APPLY. WEATHERFORD'S WARRANTY OBLIGATIONS AND CUSTOMER'S REMEDIES THEREUNDER (EXCEPT AS TO TITLE) ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN.

EXHIBIT
7

Exhibit 2 - 338

## GENERAL TERMS AND CONDITIONS

**1. TITLE AND RISK OF LOSS**

a. Unless otherwise agreed between the parties in an applicable Order, title to and risk of loss for Products shall, other than F.o.b., will pass to Customer upon the seller of payment, factory acceptance test (or other acceptance testing) or delivery to Customer's designated carrier at Wellbore's manufacturing facility. The prices of Products exclude any costs of transportation, handling, insurance or any other costs for delivery beyond Wellbore's manufacturing facility set forth in the quotation or applicable Order or other document as agreed to by Customer. At Customer's request, Wellbore may arrange for shipment of Products to a location designated by Customer, and Customer will pay or reimburse Wellbore for all freight, preparation, and in-transit insurance costs so incurred by Wellbore. If Customer requests, subject to storage space availability and upon mutual agreement on storage fees Wellbore may agree to a bill-and-hold arrangement where Wellbore would temporarily store Products sold to Customer but Customer agrees that in such a case the title to and risk of loss for Products sold and stored would pass to and remain with Customer upon delivery to Wellbore's designated storage facility, regardless of when the Products are ultimately delivered to Customer. In the event that purchased or repaired Products not subject to a bill-and-hold arrangement are left at a Wellbore facility for over thirty (30) days, Wellbore reserves the right at its sole discretion to charge storage fees to Customer and/or to consider the Products abandoned and sell them for scrap or otherwise dispose of them at Customer's cost.

b. Title to and risk of loss for cement and stimulation fluids sold will transfer to Customer upon blending or deployment into the well or Customer's equipment connected to the well. Title to and risk of loss for Fluids, other than cement and stimulation fluids, will transfer to Customer (a) upon delivery to Customer's carrier (b) upon delivery to Customer's location, or (w) upon blending, whichever occurs first. Title to and risk of loss for unmixed Fluids will transfer back to Wellbore upon Wellbore's written acceptance into its inventory provided returned fluids meet the minimum specifications set forth in the Order however if the specifications are not met Customer shall pay Wellbore the full sale price for the rented Fluids as would be applicable in case of a sale of the same.

The time method, place or medium of payment is nothing Wellbore rights in and to the Products until payment has been received in full. On a Orders Wellbore shall retain a security interest in the Products respective of attachments to the land or equipment of Customer or any third party to the extent of any unpaid balance of the purchase price therefor, and Wellbore may use all reasonable efforts to retain and/or obtain possession of such Products until such unpaid balance has been received in full and accepted by Wellbore.

**2. Delivery, Storage, Shipment, Insurance and Freight**

Delivery dates are estimated and are not guaranteed. If Customer is not able to accept the Products on the scheduled delivery date, Wellbore reserves the right to either cause the Order to b. or store the Products at Customer's expense. Method and route of shipment are at Wellbore's discretion, unless Customer supplies explicit written instructions. Customer shall pay all costs for insurance and freight. Wellbore may bill an Order by separate shipments of various portions of the Products and an Order is severable as to all such shipments. Packing, crating, shipment to port or to dock only, customs charges and all other costs relating to shipment exportation and importation shall be at Customer's expense.

**3. Stacking of Customer's New or Used Equipment.**

In the event that Customer goods or equipment are stowed at Wellbore's facility for any reason, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE FROM ANY CLAIM, LIABILITY OR OBLIGATION ARISING DIRECTLY OR INDIRECTLY, FROM THE STORAGE, REMOVAL, RETURN, SALE, TRANSFER, OR DISPOSAL OF SUCH GOOD OR EQUIPMENT NOTWITHSTANDING THE SOLE OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE, FAULT OR STRICT LIABILITY OF WELLBORE.

**11. Cancellation, Returns and Claims.**

(a) Orders for Products of special design, form or materials are not subject to cancellation. No Products may be returned, credited or replaced, unless approved in writing by Wellbore and may be subject up to a twenty percent (20%) restocking charge, plus all freight, fees and other costs relating to such return. Claims for shortages or damage, or deductions for erroneous charges must have Wellbore's prior written approval and must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b) Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice kab ley, or the institution of legal proceedings, to take and remove its rentals, tools, equipment, or materials wherever they may be found. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS, EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO WELLBORE FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.

**12. Modification of Tools.**

(a) Standard tools, materials, or equipment altered for a specific job will be sold to the Customer at the current Wellbore's sales price, and an additional charge equal to the cost of the alterations plus twenty four percent (25%)

(b) Special tools, materials, or equipment built for a specific job shall be furnished at a maximum rental equal to the manufacturing cost, plus fifty percent (50%) of such cost. Additional modifications requested c. ll be charged in the same manner.

**13. INDEMNITIES**

a. **Personnel and Property**

1. WELLBORE SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF WELLBORE GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

2. CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF OR IN CONNECTION WITH THIS CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

b. **Special Indemnity.** NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER ASSUMES ALL LIABILITY FOR, AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ALL CLAIMS BROUGHT BY OR ON BEHALF OF ANY MEMBERS OF CUSTOMER GROUP, WELLBORE GROUP OR ANY THIRD PARTY ARISING OUT OF OR IN CONNECTION HEREWITH FOR PROPERTY DAMAGE, PERSONAL INJURY, ILLNESS, DEATH OR LOSS THAT RESULTS FROM: (i) FIRE, EXPLOSION, SEEPAGE, BLOW-OUT, CRATERING, PRESSURE CONTROL, OPERATIONS, INDUCED SEISMICITY EVENTS, WHICH WILL OR WORK PERFORMED TO CONTROL A WILD-WELL INCLUDING, BUT NOT LIMITED TO: DAMAGE TO, LOSS OF, DESTRUCTION AND/OR REPLACEMENT OF, OR RELEASE OR ESCAPE OF SUBSTANCE FROM, ANY PROPERTY, EQUIPMENT, DRILLING RIG/UNIT/VESSEL/PLATFORM OR OTHER FIXED OR FLOATING STRUCTURE, INCLUDING OIL/GAS PRODUCTION FACILITIES OR PIPELINES, AT OR AROUND A SITE [INCLUDING ANY DOWNHOLE, REMEDIATION, OR RECOVERY TIME]; (ii) POLLUTION, AND/OR CONTAMINATION [WHATEVER FROM ANY AND ALL WELL, WELL BORES AND/OR RESERVOIRS OR RESULTING FROM FRACTURING SERVICES OR ANY WORK, OR RADIATION DAMAGE [INCLUDING ENVIRONMENTAL POLLUTION, CONTAMINATION OR DAMAGE] RESULTING FROM ANY RADIOACTIVE TOOL OR EQUIPMENT WHILE BELOW THE SURFACE OF THE LAND OR, IN THE EVENT OF CONTAMINATION ORIGINATING ABOVE THE SURFACE OF THE LAND, WHEN THE RADIOACTIVE SOURCE IS UNDER THE CUSTODY OR IN THE CONTROL OF ANY MEMBER OF THE CUSTOMER GROUP; AND POLLUTION OR CONTAMINATION, CAUSED BY CUSTOMER GROUP'S FAILURE TO PROPERLY HANDLE, TREAT, TRANSPORT, USE OR DISPOSE OF ANY CHEMICALS AS REQUIRED BY SECTION 8.5 HEREOF OR OTHERWISE, INCLUDING CONTAINMENT, CLEANUP, DISPOSAL AND REMEDIATION OF THE POLLUTANT AND CONTAMINATION, WHETHER ON WATER SUBMERGED BY AN APPLICABLE FEDERAL, STATE OR LOCAL LAW OR REGULATION; [iii DAMAGE TO WELL(S), BOREHOLE(S), RESERVOIRS OR UNDERGROUND DAMAGE, INCLUDING BUT NOT LIM TED TO DAMAGE OR INJURY RESULTING FROM FRACTURING SERVICES, LOSS OF OIL, GAS, OTHER MINERAL SUBSTANCES OR WATER, OR THE WELL-BORE ITSELF, SURFACE DAMAGE ARISING SUBSURFACE OR SUBSEA DAMAGE, INCLUDING THEREAT, AND DAMAGE TO DOWN-HOLE EQUIPMENT] [iv] COST TO KILL OR CONTROL A WILD-WELL, UNDERGROUND OR ABOVE THE SURFACE, INCLUDING ANY SUBTERRANEAN, FISHING, RECOVERY OR OTHERWISE AND RELATED CLEAN-UP COSTS; [v] DAMAGE TO PROPERTY OWNED BY, IN THE POSSESSION OF, OR LEASED BY CUSTOMER GROUP OR THE WELL OWNER, IF DIFFERENT FROM CUSTOMER [THE TERM "WELL OWNER" SHALL INCLUDE WORKING AND ROYALTY INTEREST OWNERS AND THE OWNER OF ANY LAND AND OIL/GAS PRODUCTION FACILITIES OR PIPELINES, DRILLING RIG/VESSEL, PLATFORM OR OTHER STRUCTURE AT OR WITHIN 500 METERS OF THE WELL SITE] AND THIRD PARTIES; [vi] LOSS OR DAMAGE RESULTING FROM FAILURE OF CUSTOMER GROUP'S PRESSURE CONTROL EQUIPMENT AND/OR DEVIATION FROM WELLBORE'S PRESSURE CONTROL STANDARDS AT CUSTOMER'S REQUEST [OR] [vii] LOSS OF OR DAMAGE TO WELLBORE GROUP'S PROPERTY OR PRODUCTS, INCLUDING BUT NOT LIMITED TO, RECOVERY, REPAIR AND REPLACEMENT EXPENSE, WHEN SUCH LOSS OR DAMAGE OCCURS: [A] IN THE HOLE OR BELOW THE ROTARY TABLE, [B] WHILE IN TRANSIT [IS BEING MOVED ON ANY FORM OF TRANSPORTATION OWNED OR FURNISHED BY CUSTOMER, [C] WHILE LOCATED AT THE WELL SITE WITH WELLBORE PERSONNEL ARE NOT PRESENT, [D] AS A RESULT OF IMPROPERLY MAINTAINED SERVICE LOCATE ROADS TO THE WELL SITE OR AS A RESULT OF THE INFERIOR CONDITION OF LEASE ROADS ON THE SITE, OR [E] WHILE BEING USED BY OR WHILE UNDER THE CUSTODY OR CONTROL OF ANY PERSON OTHER THAN A WELLBORE EMPLOYEE, WHETHER IN AN EMERGENCY OR OTHERWISE. WITH RESPECT TO [A] ABOVE, THE PRODUCTS AND PRODUCTS WILL BE VALUED AT THEIR RESPECTIVE NEW LANDED REPLACEMENT COST OR, IF IMPAIRABLE, AT REPAIR COST PLUS HANDLING AND TRANSPORTATION TO MATERIALS DESIGNATED LOCATION. RENTAL CHARGES ON THE EQUIPMENT LOST OR DAMAGED IN THE HOLE SHALL CONTINUE TO BE PAID UP TO AND INCLUDING THE DATE ON WHICH WELLBORE RECEIVES NOTICE IN WRITING OF THE LOSS OR DAMAGE.


Wellbore Integrity

EXHIBIT
7

Exhibit 2 - 339

## GENERAL TERMS AND CONDITIONS

c. **APPLICATION OF INDEMNITIES.** THE ASSUMPTION OF LIABILITY AND INDEMNITIES IN SECTIONS 9.a AND 9.b ABOVE SHALL APPLY TO ANY INJURY, ILLNESS, DEATH OR CLAIM ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER, WITHOUT REGARD TO THE CAUSE(S) THEREOF INCLUDING, WITHOUT LIMITATION, UNSEAWORTHINESS, STRICT LIABILITY, ULTRA HAZARDOUS ACTIVITY, BREACH OF EXPRESS OR IMPLIED WARRANTY, IMPERFECTION OF MATERIAL, DEFECT OR FAILURE OF EQUIPMENT, DEFECT OR "RUIN" OR OTHER CONDITION OF PREMISES, INCLUDING ANY CONDITIONS THAT PRE-EXIST THESE GENERAL TERMS AND CONDITIONS OR THE CONTRACT, OR THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF OTHER PARTY'S GROUP.

d. **Antiindemnity and Insurance Saving Clause.** If any deferral, indemnity or insurance provision contained in the Contract conflicts with, is prohibited by or violates public policy under any law determined to be applicable to a particular situation arising from or involving any Work hereunder it is understood and agreed that the conflicting, prohibited, or violating provision shall be deemed automatically amended in that situation to the extent, but only to the extent, necessary to be in compliance with such applicable law.

14. **INCIDENTAL OR CONSEQUENTIAL DAMAGES.** IT IS EXPRESSLY AGREED THAT THE WELLBORE GROUP SHALL NOT BE LIABLE TO THE CUSTOMER GROUP FOR ANY PUNITIVE, INCIDENTAL, CONSEQUENTIAL, INDIRECT OR SPECIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, ANY LOSS OF PROFITS, BUSINESS INTERRUPTION, OR LOSS OF USE, LOSS OR DEFERRAL OF PRODUCTION, LOSS OF THE TIME, LOSS OF DATA OR SAMPLES, OR LOSS RESULTING FROM DELAY, WHETHER DIRECT OR INDIRECT, SUFFERED BY CUSTOMER GROUP, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN VIOLATION OF THIS SECTION 10.

15. **INSURANCE.** Each party, as indemnitor agrees to support its indemnity obligations it assumes under these General Terms and Conditions, by obtaining at its own cost, adequate insurance for the benefit of the other party and its Group as indemnitees with contractual indemnity endorsements. To the extent each party assumes liability hereunder, such insurance shall waive subrogation against the indemnified Group and its insurers and name the indemnified Group as additional insured(s) and be primary but only to the extent of liabilities assumed herein by the indemnifying party, and to the same extent each party ... shall be primary to that carried by the indemnified Group Customer shall not self-insure without the written consent of Wellbore. Notwithstanding the above, to the extent, and only to the extent, that the Texas Oilfield Anti-Indemnity Act (TOAIA) applies to these General Terms and Conditions, the Contract or the Work, and would render void, unenforceable or void any obligations hereunder, including those set forth in section 9 above each party agrees t carry supporting insurance in equal amounts of the types and in the maximum amount required by the TOAIA. Where a party's insurance - deficient or unavailable for any reason, then such party agrees and shall be deemed to have approved self-funded or self-insurance to the extent of the parties herein to that the party to whom indemnity is owed hereunder will receive the benefit of such indemnity regardless of events that may happen, which could affect the insurance required to be obtained by the indemnifying party, after the Contract is entered into by Wellbore and Customer.

16. **LIMITATION OF LIABILITY** Notwithstanding anything to the contrary herein except as provided under section 9.a.) above, Wellbore's liability arising from or in connection with the Contract (whether for indemnity, breach of contract or duty, negligence (whether sole, joint, active, passive, gross or concurrent), strict liability or otherwise) shall not in any circumstances exceed the full value of the consideration owed to Wellbore under the Contract.

17. **EMPLOYEE SOLICITATION.** Except with the prior written consent of Wellbore Customer shall not directly, indirectly or through third parties solicit, recruit or induce any Wellbore employee, consultant or representative to leave, terminate or otherwise end his/her association with Wellbore in order to become an employee, consultant or representative of Customer Group until at least one (1) year has elapsed from Customer's receipt of the final invoice for the Work

18. **INTELLECTUAL PROPERTY.** Wellbore owns all rights to the proprietary intellectual property embodied in all its Work or which are created in the course of providing such Work to Customer. Wellbore does not transfer any ownership rights in such intellectual property to Customer and Customer shall not reverse engineer or cause any Wellbore property or Products to be reverse engineered without Wellbore's express written consent. Wellbore will be liable for intellectual property infringements arising out of Customer's normal use of Wellbore's Work but will not be liable for infringement that arises: (i) out of Customer's use of Wellbore Work in combination with work products or services not provided by Wellbore (ii) where Wellbore Work has

been specially modified, designed and/or manufactured to meet Customer's specifications; [ ] out of unauthorized additions or modifications to Wellbore Work, or (m) where Customer's use of Wellbore Work does not correspond to Wellbore published standards or specifications Any Claim for intellectual property infringement shall be brought to Wellbore in writing within ten (10) calendar days of service on Customer or this indemnity shall be void

19. **MISCELLANEOUS.**

a. **Orders** Wellbore reserves the right to accept or reject any Order issued by Customer or any request for Work under a previously agreed Order

b. **Force Majeure** Wellbore shall not be liable for any delays or non-performance due to government and regulation, labor disputes hostile action, weather for acts of God or any other causes beyond the reasonable control of Wellbore.

c. **Governing Law** If Work is furnished offshore or on navigable waters, General Maritime laws sha govern the Contract, in those instances where the General Maritime Law does not apply the laws of the State of Texas sha apply and govern the validity, interpretations, and performance of the Contract.

d. **Severability** Should any clause, sentence, or part of these General Terms and Conditions be held invalid, such holding shall not invalidate the remainder, and the General Terms and Conditions shall be interpreted as if the invalid clause, sentence, or part has been modified or omitted, if necessary, as required to conform to the jurisdiction purporting to limit such provision

e. **Compliance with Laws, Customer and Wellbore respectively agree to comply with all own statutes, codes, rules, and regulations, which are now or may become applicable to operations covered by these General Terms and Conditions or arising out of the performance of the Work

20. **GENERAL COMMERCIAL CONDITIONS.** Commercial conditions prices and technical specifications for the Work shall be documented in an Order Unless otherwise set forth in the relevant Order or otherwise agreed to in writing by Wellbore, the following commercial conditions shall apply.

a. **Product sales are final** Orders placed by Customer and accepted by Wellbore can only be canceled with Wellbore's written consent

b. **Return of Rentals.** Rentals must meet the specifications set forth in the Order for return at the end of the rental period, and Wellbore may verify compliance at the time of return to Wellbore's designated facility If Rentals do not meet the specifications at the time of return, they shall, at Wellbore's sole discretion, be sold to Customer AS-IS, WHERE IS AND WITHOUT WARRANTY, at then current rates for sale of the same and will be returned to Customer at Customer's cost Any waste found in Rentals upon return to Wellbore will be returned to Customer at disposed of at Customer's cost.

c. **Buy Back of Fluids** Where buy back of Fluids is agreed, buy back is conditioned on Fluids meeting the minimum specifications upon return to Wellbore's designated facility Buy-back is also subject to space availability at Wellbore's designated facility. Fluids not meeting the minimum specifications will be returned to Customer at Customer's cost

d. **Pricing Changes.** Wellbore has the right to revise pricing applicable to the Work at any time, excluding without limitation (i) whenever Wellbore determines that market conditions support such revisions, and (ii) whenever Wellbore determines it has been impacted by an increase in the cost of providing products and/or services including commodities, trucking, labor, materials and/or ancillary products, materials or services related thereto (as well as in associated taxes and tariffs), regardless of variation from any pre-job quotes, orders, estimates or the like that may have been submitted by Wellbore Such revisions may be adjusted post job in accordance with the actual costs.

e. **Pricing exclusions** Quoted prices do not include any of the following items, which may be charged as determined by Wellbore for a given scope of work, and shall not be considered an exhaustive list. (i) mobilization and demobilization fees; a) stand-by (or crew and equipment) fees and demurrage (incurred by Wellbore Group which shall apply in any and all circumstances other than when due to the sole fault of Wellbore, or third party reimbursable fee of 20% [ + as may otherwise be specified - Wellbore's applicable price at will full sur harges (as may be specified - Wellbore's applicable pricing and subject to further adjustment based on the US Energy Information Administration - n (EIA) (or US Retail On-Highway Diesel) and transportation/mileage fees, and (iv) cancellation fees, return/restocking fees and buy-back fees.

f. **Additional Work**. Backup tools, additions service s, products and new technology items that are not specifically included n the work scope descr bed the Order sha be quoted upon request

21. **EXPORT COMPLIANCE.** Customer is advised that Work provided under the Contract subject to the U.S. Export Administration Regulations and other laws contrary to U.S. laws and regulations is prohibited. Customer agrees not to directly or indirectly export, import, or transmit the Work to any country or end user or for any end use that is prohibited by any applicable U.S. law or regulation (including without limitation to those countries, from time to time subject to embargo by the U S government) Additionally Customer agrees not to directly or indirectly export, import, transmit, or use the Work contrary to the laws or regulations of any other governmental entity that has jurisdiction over such export, import, transmission, or use Customer represents and warrants that neither the United States Bureau of Industry and Security nor any other governmental agency has suspended,

EXHIBIT
7

Exhibit 2 - 340



## GENERAL TERMS AND CONDITIONS

revoked, or denied Customer's export privileges. Customer agrees not to use or transfer the Work for any use relating to nuclear, chemical, or biological weapons, or missile technology unless authorized by the U.S. government by regulation or specific written license.

22. PUBLICITY. Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group to, issue or publish any press releases or make any public statements or publicize any information with respect to (i) the contents of these General Terms and Conditions, (ii) the Work contemplated to be performed under the Contract, and/or (iii) any transactions or occurrences arising as a result of the Work, without the prior written approval of the other party. Furthermore, the parties agree to confer with each other prior to any publication of any such information and to set forth such agreement in a separate writing.

23. CONFIDENTIALITY. Customer agrees to hold in strict confidence all information provided by Wellbore Group to customer. All of which a Wellbore confidential information. Customer nor disclose such confidential information to any third party without written authorization from Wellbore, or except as required by law or legal process.

24. WELLBORE ENTITIES. In the event that the parties enter into an Order subject to these General Terms and Conditions. Customer and Wellbore agree, and it is the intent of these General Terms and Conditions that the parties identified herein as Wellbore shall not be jointly liable and shall only be severally liable to the extent of their respective obligations and liabilities hereunder. The specific party identified as Wellbore in the applicable Order shall be the party responsible for the applicable Work. Each Wellbore entity shall not be deemed a guarantor or surety with respect to the other Wellbore entities' obligations and liabilities. This provision shall not impair Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein.

Exhibit 2 - 341

EXHIBIT
7

MRT_M1011667 2020-05-06 09 11 21.pdf

# DRILCO

Material Receiving Ticket

MRT #: M1011667

Customer Ref #: R# 202-769

## Job #: J1009211

| Customer Name: 1001808-FIELDWOOD ENERGY, LLC | Bill Inspection to: FIELDWOOD ENERGY, LLC | Rig (Name/No): Rowan Resolute |
|---|---|---|
| Operator: | Contact Person: Kris Kimble | Bill Repair to: FIELDWOOD ENERGY, LLC |
| Contact Person: Kris Kimble | Contact Phone: 713-969-1329 | Email: kris.kimble@fwellc.com |
| Created Date: Thu Oct 10 15:08:12 GMT 2019 | Created By: Alonzo Brown | DRILCO Location: Port Fourchon |
| Rig Operator: | Bill Welding to: FIELDWOOD ENERGY, LLC | |

### Special Instructions

### Equipment Details

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dept Type |
|---|---|---|---|---|---|---|
| 1 | 80 | Drill Pipe-STD 6 5/8 47.035 / .750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comments for tool type received:

Summary of services to be provided on Item 1:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

Page 1 of 2

EXHIBIT 7

Exhibit 2 - 342

MRT M101607 2020-05-06 09 11 21 pdf

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|------|-----|------------------|------------|-------|--------------------------|-----------|
| 2 | 70 | Drill Pipe-STD 5 19.50# / 3½ S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on Item 2:

| Shop Inspection | | Repair | | Welding | | Storage | | Missing Protectors | |
|-----------------|---|--------|---|---------|---|---------|---|--------------------|---|
| | | | | | | | Box | | 0 |
| | | | | | | | Pin | | 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|------|-----|------------------|------------|-------|--------------------------|-----------|
| 3 | 94 | Drill Pipe-STD 5 25.60# S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on Item 3:

| Shop Inspection | | Repair | | Welding | | Storage | | Missing Protectors | |
|-----------------|---|--------|---|---------|---|---------|---|--------------------|---|
| | | | | | | | Box | | 0 |
| | | | | | | | Pin | | 0 |

EXHIBIT
7

Exhibit 2 - 343

# DRILCO

INSPECTION SERVICES

BILLING AUTHORIZATION

AUTHORIZATION NUMBER



| CUSTOMER: | VALARIS | | DATE: | 6/15/2020 | P.O. NO. | | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | OPERATOR | TENENCE OAKSFIELD | CUSTOMER CODE: | | | |
| | | | CONTRACTOR/RIG: | ROWAN RESOLUTE | STATE CODE | 1256 | AREA 05 | |
| WORK ORDER # | J1009211 | | LOCATION | GC-200 | | | | |
| AUTHORIZED BY | KRIS KIMBLE | | COUNTY | LAFOURCHE | | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|---|
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.05 # V-150 RANGE-3 DRILL PIPE | | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL. | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

TIME BREAK DOWN:

| | | | SUBTOTAL | |
|---|---|---|---|---|
| | | | | $6,560.00 |

| DEPART FOR JOB: | AM | ARRIVE AT JOB: | AM  PM | INSPECTION REPORT(S): |
|---|---|---|---|---|
| SERVICE HOURS: | | | | SHOP ORDER J1009211 |
| DEPART FOR JOB: | AM  PM | CHARGEABLE: | HRS | |
| | | NON-CHARGEABLE: | HRS | |
| CUSTOMER'S SIGNATURE: | | DATE: 6/15/2020 | INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH | |

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.

COMMENTS

## THANK YOU _____

EXHIBIT
7

Exhibit 2 - 344

I000I382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15_16_17_S3V4-2.pdf Summary Report

Summary Report #: I000I382

# DRILCO

Job #: J1009211

Work Order #: WI0J3419

Customer Ref #: R# 202-769

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-150 RANGE-3 DRILL PIPE
WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS
WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 3
WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS A ARE GREATER THAN 95%) BUT
NEED CONNECTION REPAIRS.

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

## NOTES
HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RAISED)
ID COATING CLASSIFIED #1 CONDITION)
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

EXHIBIT
7

Exhibit 2 - 345

1001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05  750 V-150 RG III DP 06-15-20 2020-06-15_16_21 21V4 2.pdf Final

# DRILCO

## Final Inspection Report #: 1001382

Job #: 1100921     Work Order #: W1011419     Customer Ref #: R# 202-769

### Billing Information

| Date | 06/15/2020 |
|---|---|
| Customer Name | 1001 8008-FIELDWOOD ENERGY, LLC |
| Ordered By | Kris Krenzke |
| Rig Name | Rowan Resolute |
| Location | GC-200 |
| Well | TA-3 |
| OCS-G | 12209 |
| AFE | |
| WBS | |
| Quote# | |
| Work Order # | W1011419 |
| PO # | |
| Inspected @ | Port Fourchon |

### Tube Spec's

| Size | 6 5/8 |
|---|---|
| Grade | V-150 |
| Weight | 47.05 / 750 |
| Nominal Wall | 0.750 |
| Min Wall | 0.712 |

### Tool Joint Spec's

| New OD | 8 1/2 |
|---|---|
| Min OD | 8.5/64 |
| Min TS Box | 6 5/8 |
| Min TS Pin | 6 1/16 |
| Recommend HB | Yes |
| Range II III | III |
| Connection | 6 5 /8 FH |

### Inspection & Services Performed

| | |
|---|---|
| X | Total Indicated Runout (TIR) of connections performed |
| X | Cleaning Service Brush OD / ID Full Length |
| X | Wet Magnetic Inspection Stress Area's Box and Pin Ends ( OD ) |
| X | Snubbing Damage |
| X | Cleaning Service Waterblast OD / ID Full Length |
| X | Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Js |
| X | Visual Tube Body, OD Gage, UT Center Wall, Ultrasonic Tube Full Length |
| X | Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Js |
| X | Wet Magnetic Inspection of Re-Machined Connections |
| X | Visual Tube Body, OD Gage, UT Center Wall, EMI Tube Full Length |
| X | Dry Magnetic Inspection Stress Area's Box and Pin Ends ( ID ) |
| X | Reverse Magnetic Field Full Length |
| X | Ultrasonic Inspection Tube Area's Box and Pin Ends ( OD ) |

### Box Tool Joint

| | | |
|---|---|---|
| OK | 56 | OK DRILCO |
| MRF | 8 | Machine Re-face |
| GT | 1 | Galled Thread(s) |
| DT | 0 | Damage Thread(s) |
| WT | 1 | Worn Thread(s) |
| PT | 13 | Pitted Thread(s) |
| WT | 0 | Damage Thread(s) |
| SWB | 0 | Swelled Tool Joint |
| CT | 0 | Cracked Thread(s) |
| DS | 1 | Damage Shoulder |
| BM | 0 | Benchmark at Min |
| FS-M | 0 | Pitted Seal(s) |
| DS-M | 0 | Damaged Seal(s) |
| HC | 0 | Heat Checking |
| F | 0 | Flush Hardband |
| W | 0 | Worn Hardband |
| B | 0 | Broken Hardband |

### Pin Tool Joint

| | | |
|---|---|---|
| OK | 60 | Total Conns |
| MRF | 14 | OK DRILCO |
| GT | 0 | Machine Re-face |
| DT | 1 | Galled Thread(s) |
| WT | 0 | Damage Thread(s) |
| PT | 4 | Worn Thread(s) |
| SWN | 0 | Pitted Thread(s) |
| CT | 0 | Swelled Nose |
| DS | 0 | Cracked Thread(s) |
| BM | 1 | Damage Shoulder |
| FS-M | 0 | BM at Minimum |
| DS-M | 0 | Pitted Seal(s) |
| HC | 0 | Damaged Seal(s) |
| F | 0 | HC Tool Jt |
| W | 0 | HB Repairs |
| B | 0 | Bent Joint(s) |
| | 0 | Flaking ID Coating |

### MRF Classifications

| | Cut Shoulder |
|---|---|
| | Pitted Shoulder |
| | Subbing Damage |
| | Un-square Shoulder |
| | Galled Shoulder |
| N/A | Modified By |

| MRF Classifications | Box | Pin | Totals |
|---|---|---|---|
| MRF-CS | 0 | 0 | 0 |
| MRF-FS | 0 | 3 | 3 |
| MRF-SD | 0 | 2 | 2 |
| MRF-US | 0 | 0 | 0 |
| MRF-UNS | 6 | 11 | 17 |
| MRF-GS | 0 | 0 | 0 |

### Joint Class Entries

| Premium | P | |
|---|---|---|
| Bent Tube | BT | |
| Class 2 Reject | 2 | |
| Class 3 Reject | 3 | |

Specification Used
DS-1 Category 5+FLUTT 2

### Total Count

| | | |
|---|---|---|
| Total Joints Inspected | | 80 |
| 100% And Greater Remaining Wall | | 9 |
| 95.0% - 99.9% Remaining Wall | | 71 |
| 90.0% - 94.9% Remaining Wall | | 0 |
| 80.0% - 89.9% Remaining Wall | | 0 |
| Bent Tube(s) | | 0 |
| Bent Tube(s) - NOT INSPECTED | | 0 |
| Class # 2 Rejected Joints | | 0 |
| Class # 3 Rejected Joints | | 0 |
| Total Premium Joints | | 0 |
| Total Premium Joints | | 80 |
| Total DownGrade Joints | | 0 |
| Total Premium Ready Joints | | 42 |
| Total Repair Joints | | 38 |
| Rehardband Joints | | 0 |
| Total DBR Joints | | 0 |
| Current Premium Ready | | 42 |
| Outstanding Repair Joints | | 38 |
| Current Downgrade Joints | | 0 |

### Inspected by

| Inspected by | Donnie Patterson |
|---|---|
| | Terrance Chatfield |
| | Ron LeBlanc |

Re-Inspected by

### Inspector's Comments

Material Belongs To ROWAN
White Lite Reading 50-51
U.V. Meter Reading 1750-2360

EXHIBIT 7

Exhibit 2 - 346

Note: (*) mark show that JT Runs No has corrected.

1000 J 82 FIELDWOOD ENERGY, LLC Rowan Realtine 80 JTS 6.625 47.05 750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

| JT Run No | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Flaking ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia. | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW"o | S - S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAR 06941 | AACGND 0141 | 0.737 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-GS | | | OK | | 8 1/2 | P | 98.27 | 43.87 | PRM | RFR |
| 2 | NAR 06975 | AACGND 0175 | 0.717 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 1/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-PS | | | OK | | 8 1/2 | P | 100.00 | 43.94 | PRM | RFR |
| 3 | NAR 06872 | AACGND 0072 | 0.747 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | GT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-PS | | | OK | | 8 1/2 | P | 95.80 | 43.94 | PRM | RFR |
| 4 | NAR 06912 | AACGND 0112 | 0.743 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | OK | | 8 1/2 | P | 99.60 | 43.94 | PRM | RFR |
| 5 | NAR 07012 | AACGND 0011 | 0.741 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | OK | | 8 1/2 | P | 98.72 | 43.68 | PRM | RFR |
| 6 | NAR 07011 | AACGND 0011 | 0.740 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | 8 1/2 | P | 99.27 | 43.68 | PRM | RFR |
| 7 | NAR 07012 | AACGND 0012 | 0.744 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | MRF-GS | | | OK | | 8 1/2 | P | 99.27 | 43.68 | PRM | RFR |
| 8 | NAR 06817 | AACGND 0007 | 0.743 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | OK | | 8 1/2 | P | 98.80 | 43.66 | PRM | RFR |
| 9 | NAR 06816 | AACGND 0016 | 0.729 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | OK | | 8 1/2 | P | 99.30 | 43.85 | PRM | RFR |
| 10 | NAR 06882 | AACGND 0036 | 0.733 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | 8 1/2 | P | 99.20 | 43.85 | PRM | RFR |
| 11 | NAR 06899 | AACGND 0159 | 0.732 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | 8 1/2 | P | 98.61 | 43.87 | PRM | RFR |
| 12 | NAR 06972 | AACGND 0172 | 0.752 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | OK | | 8 1/2 | P | 97.60 | 43.87 | PRM | RFR |
| 13 | NAR 06890 | AACGND 0100 | 0.739 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | 8 1/2 | P | 97.00 | 43.82 | PRM | RFR |
| 14 | NAR 06900 | AACGND 0003 | 0.723 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | 8 1/2 | P | 100.27 | 43.83 | PRM | RFR |
| 15 | NAR 06818 | AACGND 0050 | 0.733 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | 8 1/2 | P | 98.00 | 43.75 | PRM | RFR |
| 16 | NAR 06981 | AACGND 0181 | 0.732 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | OK | | 8 1/2 | P | 99.47 | 43.83 | PRM | RFR |
| 17 | NAR 06897 | AACGND 0097 | 0.723 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | VPT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | 8 1/2 | P | 99.73 | 43.89 | PRM | RFR |
| 18 | NAR 06910 | AACGND 0110 | 0.712 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | PT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | OK | | 8 1/2 | P | 98.13 | 43.88 | PRM | RFR |
| 19 | NAR 07031 | AACGND 0031 | 0.743 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | 8 1/2 | P | 97.87 | 43.86 | PRM | RFR |
| 20 | NAR 06956 | AACGND 0156 | 0.712 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | OK | | 8 1/2 | P | 99.13 | 43.66 | PRM | RFR |
| 21 | NAR 06950 | AACGND 0150 | 0.717 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | OK | | 8 1/2 | P | 99.60 | 43.68 | PRM | RFR |
| 22 | NAR 06944 | AACGND 0144 | 0.724 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-PS | | | OK | | 8 1/2 | P | 99.20 | 43.66 | PRM | RFR |
| 23 | NAR 06938 | AACGND 0113 | 0.748 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | PT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | OK | | 8 1/2 | P | 97.68 | 43.68 | PRM | RFR |
| 24 | NAR 07020 | AACGND 0220 | 0.743 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | 8 1/2 | P | 100.00 | 43.74 | PRM | RFR |
| 25 | NAR 06860 | AACGND 0060 | 0.724 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | OK | | 8 1/2 | P | 97.20 | 43.98 | PRM | RFR |
| 26 | NAR 07064 | AACGND 0094 | 0.748 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | BM | | | OK | | 8 1/2 | P | 99.37 | 43.88 | PRM | RPR |
| 27 | NAR 07008 | AACGND 0100 | 0.729 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | DS | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | MRF-GS | | | OK | | 8 1/2 | P | 98.53 | 43.98 | PRM | RPR |
| 28 | NAR 06938 | AACGND 0208 | 0.732 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | OK | | 8 1/2 | P | 98.60 | 43.91 | PRM | RPR |
| 29 | NAR 06985 | AACGND 0155 | 0.729 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | OK | | 8 1/2 | P | 99.73 | 43.98 | PRM | RPR |
| 30 | NAR 06998 | AACGND 0183 | 0.750 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | 8 1/2 | P | 100.00 | 43.88 | PRM | RPR |
| 31 | NAR 07032 | AACGND 0212 | 0.719 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | OK | | 8 1/2 | P | 44.10 | 43.75 | PRM | RPR |
| 32 | NAR 06988 | AACGND 0188 | 0.750 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | MRF-GS | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | OK | | 8 1/2 | P | 94.53 | 43.92 | PRM | RPR |
| 33 | NAR 06915 | AACGND 0115 | 0.730 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | 8 1/2 | P | 97.33 | 43.85 | PRM | RPR |
| 34 | NAR 06998 | AACGND 0168 | 0.730 | 1 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | OK | | 8 1/2 | P | 97.33 | 43.85 | PRM | RPR |

Page 2 of 5

EXHIBIT 7

Exhibit 2 - 347

1000382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JT8 6 623 47.65 / 750 V-130 RG III DP 06-15-20 2020-06-15_16_21_21V4 2 pdf rnd

| # | NAR | AACOND | val | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | NAR 06978 | AACOND 0178 | 0.745 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 99.33 | 43.79 | PRM | RPR |
| 78 | NAR 06855 | AACOND 0095 | 0.735 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | FT | OK | 8 1/2 | 4 1/4 | 4 15/16 | 11 | OK | OK | P | 96.53 | 43.85 | PRM | RPR |
| 77 | NAR 06895 | AACOND 0002 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 8 1/2 | OK | OK | P | 98.00 | 43.94 | PRM | RPR |
| 76 | NAR 07017 | AACOND 0217 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 99.20 | 43.90 | PRM | RPR |
| 75 | NAR 06970 | AACOND 0170 | 0.790 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 100.00 | 43.69 | PRM | RPR |
| 74 | NAR 06871 | AACOND 0071 | 0.748 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 | OK | OK | P | 97.73 | 43.64 | PRM | RPR |
| 73 | NAR 06811 | AACOND 0215 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 11 | OK | OK | P | 98.60 | 43.87 | PRM | RPR |
| 72 | NAR 06894 | AACOND 0094 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | DT | OK | P | 97.73 | 43.83 | PRM | RPR |
| 71 | NAR 06904 | AACOND 0104 | 0.726 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/2 | OK | OK | P | 95.80 | 43.84 | PRM | RPR |
| 70 | NAR 06904 | AACOND 0104 | 0.713 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/2 | OK | OK | P | 94.93 | 43.69 | PRM | RPR |
| 69 | NAR 07000 | AACOND 0200 | 0.727 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | OK | 8 1/2 | 4 1/4 | 4 15/16 | 8 3/4 | FT | OK | P | 96.67 | 43.65 | PRM | RPR |
| 68 | NAR 06846 | AACOND 0046 | 0.725 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 9 3/4 | OK | OK | P | 99.20 | 43.79 | PRM | RPR |
| 67 | NAR 06825 | AACOND 0025 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 9 3/4 | OK | OK | P | 99.20 | 43.65 | PRM | RPR |
| 66 | NAR 06888 | AACOND 0088 | 0.753 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 100.40 | 43.85 | PRM | RPR |
| 65 | NAR 06835 | AACOND 0035 | 0.745 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | MRF-GS | OK | P | 98.93 | 43.78 | PRM | RPR |
| 64 | NAR 06899 | AACOND 0099 | 0.742 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 98.67 | 43.83 | PRM | RPR |
| 63 | NAR 06850 | AACOND 0050 | 0.740 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | MRF-PS | OK | P | 95.73 | 43.87 | PRM | RPR |
| 62 | NAR 06850 | AACOND 0068 | 0.718 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 11 1/2 | OK | OK | P | 97.87 | 43.80 | PRM | RPR |
| 61 | NAR 06841 | AACOND 0044 | 0.718 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/2 | OK | OK | P | 98.00 | 43.80 | PRM | RPR |
| 60 | NAR 06860 | AACOND 0073 | 0.730 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 9 1/4 | OK | OK | P | 98.93 | 43.80 | PRM | RPR |
| 59 | NAR 06882 | AACOND 0011 | 0.735 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 9 3/4 | OK | OK | P | 99.53 | 44.00 | PRM | RPR |
| 58 | NAR 07016 | AACOND 0216 | 0.742 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | PT | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 | PT | OK | P | 98.93 | 44.00 | PRM | RPR |
| 57 | NAR 06948 | AACOND 0148 | 0.723 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 97.87 | 43.75 | PRM | RPR |
| 56 | NAR 06566 | AACOND 0166 | 0.710 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | MRF-SD | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | MRF-GS | OK | P | 96.40 | 43.94 | PRM | RPR |
| 55 | NAR 06598 | AACOND 0161 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 99.60 | 43.94 | PRM | RPR |
| 54 | NAR 06807 | AACOND 0041 | 0.755 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 | OK | OK | P | 99.87 | 43.73 | PRM | RPR |
| 53 | NAR 06894 | AACOND 0094 | 0.759 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | PT | OK | 8 1/2 | 4 1/4 | 4 15/16 | 9 1/4 | OK | OK | P | 100.00 | 43.73 | PRM | RPR |
| 52 | NAR 06973 | AACOND 0173 | 0.759 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 9 3/4 | MRF-GS | OK | P | 99.60 | 43.83 | PRM | RPR |
| 51 | NAR 06990 | AACOND 0190 | 0.719 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 9 3/4 | OK | OK | P | 100.00 | 43.73 | PRM | RPR |
| 50 | NAR 06566 | AACOND 0166 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | MRF-SD | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | MRF-GS | OK | P | 99.60 | 43.94 | PRM | RPR |
| 49 | NAR 06848 | AACOND 0161 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 96.40 | 43.80 | PRM | RPR |
| 48 | NAR 06913 | AACOND 0148 | 0.723 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/2 | OK | OK | P | 97.20 | 43.80 | PRM | RPR |
| 47 | NAR 06902 | AACOND 0224 | 0.754 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 96.87 | 43.77 | RPR | RPR |
| 46 | NAR 06864 | AACOND 0064 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/2 | OK | OK | P | 98.80 | 43.70 | PRM | RPR |
| 45 | NAR 06692 | AACOND 0075 | 0.731 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 9 1/2 | OK | OK | P | 99.87 | 43.77 | PRM | RPR |
| 44 | NAR 06971 | AACOND 0171 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 9 1/2 | OK | OK | P | 98.13 | 43.73 | PRM | RPR |
| 43 | NAR 06914 | AACOND 0134 | 0.736 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 9 1/2 | OK | OK | P | 99.60 | 43.76 | PRM | RPR |
| 42 | NAR 07029 | AACOND 0229 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 99.40 | 43.82 | PRM | RPR |
| 41 | NAR 07028 | AACOND 0228 | 0.725 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 96.57 | 43.79 | PRM | RPR |
| 40 | NAR 06913 | AACOND 0113 | 0.738 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 98.40 | 43.82 | PRM | RPR |
| 39 | NAR 06994 | AACOND 0094 | 0.756 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/4 | OK | OK | P | 100.80 | 43.94 | PRM | RPR |
| 38 | NAR 06994 | AACOND 0164 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 9 1/2 | OK | OK | P | 99.87 | 43.85 | PRM | RPR |
| 37 | NAR 06930 | AACOND 0120 | 0.731 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 1/2 | OK | OK | P | 96.53 | 43.94 | PRM | RPR |
| 36 | NAR 06876 | AACOND 0076 | 0.724 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 | OK | OK | P | 96.53 | 43.80 | PRM | RPR |
| 35 | NAR 06991 | AACOND 0191 | 0.712 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 4 15/16 | 10 | OK | OK | P | 97.60 | 43.80 | PRM | RPR |

Note: (*) mark above line 79 has no comments.

EXHIBIT
7

Note: (1) mark show one Tiltan No. bar correct.

| 80 | NAR 06837 | AACGND 0037 | 0.730 | 1 | 8 1 2 | 4 1 4 | 7 45 64 | 5 7 8 | 9 34 | 0K | | | 0K | 8 1/2 | 4 1/4 | 7 45 64 | 4 15 16 | 10 1 4 | 0K | | | 0K | P | 97 33 | PRM | PRM |

1001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG H1 DP 06-15-20 2020-06-15_16_21_2J V4.2.pdf Final

EXHIBIT 7

Page 4 of 5

Exhibit 2 - 349

# DRILCO

**INSPECTION SERVICES
BILLING AUTHORIZATION**

| CUSTOMER: | VALARIS | | | DATE: | 6/11/2020 | | P.O  NO | AUTHORIZATION NUMBER | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | OPERATOR | | | CUSTOMER CODE: | | OFFICE USE ONLY | |
| JOB # | J3009211 | | | CONTRACTOR/RIG: | RESOLUTE | | STATE CODE | S | | |
| WORK ORDER # | | | | LOCATION | GC 200 | | AREA | 1256 | | |
| AUTHORIZED BY | KRIS KIMBLE | | | COUNTY/STATE | LAFOURCHE LA | | CUSTOMER REF# | | | |
| QTY | ACCOUNTING CODE | | | DESCRIPTION | | | CHARGE | CODE | UNIT PRICE | TOTAL   EXTENSION |
| 160 | | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | | | | 160 | $8.00 | $1,280.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |

**TIME BREAK DOWN:**

| | | | | | | SUBTOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | | | | $1,280.00 |

DEPART FOR JOB:_____ ☐ AM   PM    ARRIVE AT JOB._____  AM   PM   INSPECTION REPORT(S):
SERVICE HOURS:                                                                              J3009211
DEPART FOR JOB:_____ ☐ AM   PM    CHARGEABLE _____ HRS
                                       NON-CHARGEABLE _____ HRS
CUSTOMER'S SIGNATURE,_____ DATE,_____        INSPECTED BY  NICK, JOSH

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S
TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.
COMMENTS _____

RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR
INDIRECTLY FROM SERVICES PROVIDED

EXHIBIT
7

**Exhibit 2 - 350**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013    OPEN
Req ID: 0000235550
Date: 05/09/2020
Page    1

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type    ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 425.00 4,250.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                         UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

| 2 | 12 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 565.00 6,780.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                         UNSPSC NO:

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY  FR NO:    0000235550 |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| | | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED: _____

| EXHIBIT 7 |
|---|

**Exhibit 2 - 351**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris
Field
Requisition**

Business Unit: 10013    OPEN
Req ID: 0000235550
Date: 05/09/2020
Page    2

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type    ONSHORE REPAIR

| | | | | | | | | | PURCHASING USE ONLY | |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item |
| OIM | DATE | | |
| | | Operator (Print) | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | |

PURCHASING ONLY FR NO:    0000235550

BUYER    DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____    DATE FAXED: _____

EXHIBIT
7

**Exhibit 2 - 352**

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris
Field
Requisition**

**Business Unit:** 10013  OPEN
**Req ID:** 0000235550
**Date:** 05/09/2020
**Page** 3

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type   ONSHORE REPAIR

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 2
DRILCO JOB: J1009211

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,WATERBLAST CLEANING | 15.00 1,200.00 | 82 - THIRD PART | S | | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO:                HTS NO:                    UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 3
DRILCO JOB: J1009211

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8,47.05#,INSPECT TO DS-1 CAT-5 SPECS | 82.00 6,560.00 | 82 - THIRD PART | S | | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all Items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO: 0000235550 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Name (Print) | | BUYER            DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____   DATE FAXED: _____

**EXHIBIT
7**

**Exhibit 2 - 353**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

**Business Unit:** 10013   OPEN
**Req ID:** 0000235550
**Date:** 05/09/2020
**Page** 4

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type        ONSHORE REPAIR

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT
Item ID | UOM | DESCRIPTION
HTS NO: | COST | AFE
CATEGORY
UNSPSC NO: | CRIT.
RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| | | | | REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 4
DRILCO JOB: J1009211 | | | | | | | |
| 5 | 160 | 024000 | EA | SERVICE-ONSHORE,WELLBORE
INTEGRITY
SOLUTIONS(DRILCO),DRILL
PIPE,6-5/8",47.05#,FLAPPED
(160) FH CONNECTIONS ON (80)
JOINTS,ONLY IF NEEDED | 8.00
1,280.00 | 82- THIRD PART | S | | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount:        20,070.00

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

AFE: _Fw 19l015_
LEASE: _GC·40 Ketmai_
RIG: _Rowan Resolute_
ENGINEER: _K. Castille_
_Routing # 58048_
_Act Code #3025-15_

| R4202 NO: | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

_FWF_
Operator (Print)

_BPF_
Rep Signature

_Brent Primeaux_
Rep Name (Print) | List all Field
ETRR No. by Item | PURCHASING ONLY FR NO:   0000235550 | |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| RIG MGR / OPERATIONS MGR | DATE | | | | |
| NOTE: Any additions or deletions
must be initialed | | | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

EXHIBIT
7

**Exhibit 2 - 354**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: **ACCOUNTS PAYABLE**

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER GC 40 #1
KATMAI

AFE #: <u>FW2020002</u>

TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD USAGE ON
THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S
REP.

The support is Cameron Inv#916459063 - Dated:03/15/2019

| ITEM ID | DESCRIPTION | | |
|---|---|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER  CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

AMOUNT DUE: $ 111,367.50

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date: 2020.07.16
13:57:18 -05'00'

$ (111,367.50)  810650.10417.4202.110

EXHIBIT
7

ED

**Exhibit 2 - 355**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013   OPEN
Req ID: 0000236908
Date: 07/03/2020
Page: 1

**Attention: SUBSEA**

REQ Type          Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 4 | 024000 223154403 | EA | PACKER-SIDE,CAMERON,2231544-03 ,18-3/4IN,15KL CDVS AND CDVS II,U II/T/TL/EVO AND 10-15K BOPS,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | PURCHASING USE ONLY | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO: 8431438090              UNSPSC NO:

| 2 | 4 | 024000 223154703 | EA | PACKER-SIDE,CAMERON,2231547-03 ,18-3/4IN,15K,RT CDVS AND CDVSII,U II/T/TL/EVO AND 10-15.K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO: 8431438090              UNSPSC NO:

| 3 | 2 | 024000 223154101 | EA | PACKER,CAMERON,2231541-01,BLAD E F/ 18-3/4 IN-15M BOP CDVB U II RAM BLOCK CDVS RAM | 2,464.50 4,929.00 | 09- 09-BLOW OU | VC | | | |

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY FR NO: | 0000236908 |
|-------|-----------|---------|---------|---|---|---|
| OIM | DATE | Operator (Print) | | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED: _____

EXHIBIT 7

**Exhibit 2 - 356**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID: 0000236908
Date: 07/03/2020
Page      2

**Attention: SUBSEA**

REQ Type        Supply

| | | | | | | | | PURCHASING USE ONLY | | |
|ITEM|QTY|G/L ACCT Item ID|UOM|DESCRIPTION|COST|AFE CATEGORY|CRIT. RATING|PRICE|VENDOR, LOCATION, CONFIRM TO|PO NO.|
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |
| | Available Sustitutes | Item Desc : | | | | | | | | |
| | ECCN NO: EAR99 | | | HTS NO:8431438090 | | UNSPSC NO: | | | | |
|4|4|024000 64436903|EA|SEAL,CAMERON,844369-03,TOP,F/ DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U II RAM BLOCK|8,114.25 32,457.00|09- 09-BLOW OU|VC| | | |
| | Line Item Exempt : N | | | | | | | | | |
| | Available Sustitutes | Item Desc : | | | | | | | | |
| | ECCN NO: EAR99 | | | HTS NO:9484200000 | | UNSPSC NO: | | | | |
|5|2|024000 844404010003|EA|PACKER,CAMERON,844404010003,VA RIABLE BORE RAM,5.875 IN PIPE,CAMERON BOP TP U-II|14,843.25 29,686.50|09- 09-BLOW OU|VC| | | |
| | Line Item Exempt : N | | | | | | | | | |
| | Available Sustitutes | Item Desc : | | | | | | | | |

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:    0000236908 | |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| Line Item Exempt : | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT
7

**Exhibit 2 - 357**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit:10013    OPEN
Req ID:0000236908
Date: 07/03/2020
Page    3

**Attention: SUBSEA**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID EAR99 | UOM | DESCRIPTION HTS NO:8481909090 | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **PURCHASING USE ONLY** | | |
| 6 | 2 | 024000 645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 18A TEMP CLASS EF,W/ 6-HR EXCURSION TO 350 DEG F | 975.00 1,950.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99                  HTS NO:4016930000                          UNSPSC NO:

| 7 | 6 | 024000 645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-B,U II-B,U-II,AND,15M U-II,15M 18-3/4 TL BOP,PER API 18A,TEMP RATING -50 TO 350 DEG F | 490.50 2,943.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99                  HTS NO:8431438090                          UNSPSC NO:

ECCN NO:
R4202

Total Requisition Amount        111,367.50

07/03/2020
OIM                DATE

7/3/20
RIG MGR / OPERATIONS MGR      DATE
NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
D. KABOURIE FWE
Operator (Print)

Rep Signature
BARRY GABOURIE
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO:    0000236908

BUYER            DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   580047

ACCT CODE 3060-15
7-3-2020

EXHIBIT
7

**Exhibit 2 - 358**



## CAMERON
A Schlumberger Company

### INVOICE

| | |
|---|---|
| Invoice No | : **916459063** |
| Invoice Date | : MAR 15 2019 |
| Page | : 1 of 3 |

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Wire Transfer to:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: 831144704
ABA No: 021000021
Swift No: CHASUS33

**ACH Remit to:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

| | |
|---|---|
| Payment Terms | : Net 45 Days |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : Free Carrier |
| | HOUSTON DC |
| Ship From | : HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | : MAR 15 2019 |

| | |
|---|---|
| Invoice To : | 60001776 |
| EMAIL | |
| ATLANTIC MARITIME SERVICE LLC EMAIL | |
| ATTN ACCTS PAYABLE | |
| 2800 POST OAK BLVD STE 5450 | |
| HOUSTON TX 77056-6189 | |
| USA | |

Ship To : 43242011
ATLANTIC MARITIME SERVICES LLC
13627 WEST HARDY
HOUSTON TX 77060
USA

| | | | |
|---|---|---|---|
| Inside Sales Contact : Johnny Olachia | 832-787-8686 | Sales Order : 3685599 | Delivery Number : 88188457 |
| Outside Sales Contact : ALAN THIBODEAUX | 281-753-2922 | | |

| | |
|---|---|
| Customer Reference | : 4500506400 |
| Functional location | : 10943607 |
| Description | : ROWAN RESOLUTE RIG 202 |
| Placed by | : Tina Castillio |
| Project Name | : RIG 202 |
| Project/Reference | : RIG 202 |

| Item | Material Number / Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | 644369-03 | 4.000 EA | 8,330.63 | 33,322.52 |
| | Customer Material :80492 | | | |
| | TOP SEAL, 18-3/4" 15K (CDVS) 'TL' BOP | | | |
| | TEMP CLASS 'XX' | | FR#236908 - Item Number 4 - 64436903 - 4 EA | |
| | Frame Agreement Price : 8,330.63 | | | |
| 30 | 2231541-01 | 2.000 EA | 2,530.22 | 5,060.44 |
| | Customer Material :78134 | | | |
| | PACKER, BLADE, CDVS RAM, | | | |
| | 18-3/4" 15M 'UII' AND 'T/TL' BOP's | | FR#236908 - Item Number 3 - 223154101 - 2 EA | |
| | API 16A TEMP "XX" (NOT API 16A 4TH ED) | | | |
| | SERIAL NUMBER: 000000000000000001 | | | |
| | SERIAL NUMBER: 000000000000000002 | | | |
| | Frame Agreement Price : 2,530.22 | | | |

EXHIBIT
7



**CAMERON**
A Schlumberger Company

Invoice No : 916459063

Page : 2 of 3

Serial No : 1 2

| 40 | 2231547-03 | | | | |
| | Customer Material :80491 | 4.000 EA | 5,056.59 | 20,226.36 |
| | SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF' | | | |

FR#236908 - Item Number 2 - 223154703 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 50 | 2231544-03 | | | | |
| | Customer Material :80490 | 4.000 EA | 5,056.59 | 20,226.36 |
| | SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF' | | | |

FR#236908 - Item Number 1 - 223154403 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 60 | 645484-01-00-01 | | | | |
| | Customer Material :23001 | 28.000 EA | 503.58 | 14,100.24 |
| | BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND 18-3/4" 15K | | | |

FR#236908 - Item Number 7 - 645484010001 - 6 EA

"TL" BOP (NOT API 16A 4TH ED)
Frame Agreement Price : 503.58

| 70 | 2247012-02 | | | | |
| | Customer Material :129474 | 1.000 EA | 7,408.17 | 7,408.17 |
| | BODY, S-AX GASKET, 18-3/4 10/15 K | | | |

Frame Agreement Price : 7,408.17

| 80 | 644404-01-00-03 | | | | |
| | Customer Material :74683 | 8.000 EA | 15,239.07 | 121,912.56 |
| | PACKER, VBR - CAMRAM (TM) 18-3/4"-15M T/TL BOP, 7-5/8" TO 3-1/2" OD | | | |

FR#236908 - Item Number 5 - 644404010003 - 2 EA

PIPE, AND 5-7/8" TO 3-1/2" OD PIPE
PER API 16A, TEMP CLASS "E,X"
DUAL DUROMETER (NOT API 16A 4TH ED)
Frame Agreement Price : 15,239.07

EXHIBIT
7

**Exhibit 2 - 360**

Cameron Intl Corp



| 90 | 645068-01-00-02 | 8.000 EA | 1,001.00 | 8,008.00 |

Customer Material :23134
TOP SEAL, 18-3/4"-15M 'T/TL' BOP
API 16A TEMP CLASS "EF"
WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH ED)

FR#236908 - Item Number 6 - 645068010002 - 2 EA

Frame Agreement Price  : 1,001.00

**Price summary :**

| | | |
|---|---:|---|
| Total Price : | 230,264.65 | USD |
| State Tax : | 14,391.53 | USD |
| City Tax : | 2,302.65 | USD |
| Transit Tax : | 2,302.65 | USD |
| Total Invoice Value : | 249,261.48 | USD |

EXHIBIT
7

**Exhibit 2 - 361**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: **ACCOUNTS PAYABLE**

INVOICE NO: FWD2007278
INVOICE DATE: 07/20/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| INSPECTION OF 6-3/4IN DRILL COLLARS<br>PO#458846 - FR#23066 | $ | 225.00 |
| 10-DIRTY OIL TOTE TANKS<br>PO#458710 - FR#236175 | $ | 1,500.00 |
| CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL<br>PO#458579 - FR#235606 | $ | 1,611.21 |
| WELLHEAD RING GASKETS AND SEALS<br>PO#457100 - FR#234615 | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |

AMOUNT DUE: $ 5,886.52

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250.10417.4202.110 |

**EXHIBIT 7**

ED

Exhibit 2 - 362

Purchase Orders

Page 1 of 1

## VALARIS

Purchase Order Inquiry

### Purchase Order

| Business Unit: | 10013 |
| PO ID: | 0000458846 |

**PO Status:** Dispatched

#### Header

| PO Date: | 06/03/2020 |
| Vendor Name: | DRILCOCONA-001 |
| Vendor ID: | 0000000238 |

Vendor Details

| Buyer: | Kenya |
| | Akeem |
| | Abdul |
| | Maxie |

**Backorder Status:** Not Backordered
**Receipt Status:** Not Rec'vd
☐ Hold From Further Processing

| PO Reference: | 0000236066 SERVICE |

Header Details     All RTV
Header Comments    Matching       Document Status
Change Order       Activity Summary

**Amount Summary**

| Merchandise: | 225.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 225.00 USD |

### Lines

Personalize | Find | View All | First ⊙ 1 of 1 ⊙ Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | 6750DCR2PRIN | INSPECTION,ONSHORE,COLLARS,RAN | 85 | 15.0000 | EA | 225.00 USD | Approved | 6750DCR2PRIN |

View Approvals

Return to Search     Notify

Related Links

Exhibit 2 - 363

https://people3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder=...     7/20/2020

EXHIBIT
7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
200 MCCLIN ROAD
BROUSSARD, LA 70518
USA

Business Unit: US213
Red ID: 56-US213-0013
Revised: 05/28/2020
Date: 05/28/2020
Page: 1

**Attention: DRILL CREW / TOOLPUSHER**

RED Type:          ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | UOM | G/L ACCT Item ID | DESCRIPTION | COST | DRL'G CATEGORY | AFE CATEGORY | DRL'G RATING | PRICE | VENDOR LOCATION, CONFIRM ID | PO NO. |
|------|-----|-----|------------------|-------------|------|----------------|--------------|--------------|-------|------------------------------|--------|
| 1 | 15 | EA | 024000 6F50DCR2PP/N | INSPECTION-OVERSHORE COLLARS,RAN GE2,2-3/4 IN OD,POST-REPAIR INSPECTION | 10.00 150.00 | | 85: 85-TUBULAR | C | | | |

Line Item Exempt : N          Item Desc :

Available Subtitutes

ECCN NO:          HTS NO:          UNSPSC NO:          150.00

Total Requisition Amount:

FIELDWOOD RE-BILL FOR INSPECTION OF 6-3/4IN DRILL COLLARS. ETRNH R#202-2020-5-28-1501. COLLARS WILL GO TO WELLBORE INTEGRITY.
SOLUTIONS IN PURCHON
SERIAL #RL37000E, 239583, 239072, 239043, 239044, 239049, 239501, 239061, 239509, 239068, 239509, 239590, 239063, &
239504

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15
5-29-2020

| | | |
|---|---|---|
| R4202 | 05/28/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. |
| OM | DATE | |
| | | PWE |
| | | Operator (Print) |
| RIG MGMT / OPERATIONS MGR | DATE | J. Button |
| | | Rig Signature |
| NOTE: Any additions or deletions must be initialed | | Larrie Butler |
| | | Rig Name (Print) |

LNI all Prior ETRR No. by item          NO:

PURCHASING ONLY FR NO: 0000235088

BUYER                    DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:    NO:          DATE FAXED:

Exhibit 2 - 364

EXHIBIT 7

Case 20-33948 Document 1060 Filed in TXSB on 05/20/21 Page 460 of 526

Purchase Orders

VALARIS

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home | Worklist | Add to Favorites | Sign out

## Purchase Order Inquiry

### Purchase Order

| Business Unit: | 10013 | PO Status: | Dispatched |
| PO ID: | 0000456710 | POA Status: | Acknowledged |

#### Header

| PO Date: | 06/03/2020 | Backorder Status: | Not Backordered |
| Vendor Name: | AMERICANR-003 | Receipt Status: | Received |
| Vendor ID: | 0000017294 | ☐ Hold From Further Processing | |
| Buyer: | Ernestine Castillo | Amount Summary | |
| PO Reference: | | Merchandise: | 1,500.00 |
| Header Details | All RTV | Freight/Tax/Misc.: | 0.00 |
| Header Comments | Matching | Total: | 1,500.00 USD |
| Change Order | Activity Summary | | |

Vendor Details

Document Status

#### Lines

Personalize | Find | View All | First 1 of 1 Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | SERVOILDISS0GAR | SERVICE-ONSHORE AMERICAN RECOV | 90 | 10.0000 | EA | 1,500.00 USD | Approved | SERVOILDISS0GAR |

View Approvals

Return to Search | Notify

Related Links

EXHIBIT 7

**Exhibit 2 - 365**

## Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013    OPEN
Req ID:0000236175
Date: 06/02/2020
Page    1

Attention: ENGINEERING

REQ Type    Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 10 | 024000 SERVOILDIS550GA | EA | SERVICE-ONSHORE,AMERICAN RECOVERY,DISPOSAL,USED OIL,NON-HAZ,RATE INCLUDES 550 GAL TOTE,DISPOSAL,TRANSPORTATION AND 30 DAY TOTE RENTAL | 135.00 1,350.00 | 90- 90-ENVIRON | S | | | |

PURCHASING USE ONLY

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99            HTS NO:7310100050            UNSPSC NO:

Total Requisition Amount:        1,350.00

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

AFE:       FW202002
Lease:    GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202 | 06/02/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY FR NO: 000023E175 |
|-------|------------|--|--|--|--|
| OIM | DATE | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____    DATE FAXED: _____

EXHIBIT
7

**Exhibit 2 - 366**

Purchase Orders

VALARIS

## Purchase Order

Purchase Order Inquiry

| Business Unit: | 10013 |
| PO ID: | 0000456679 |

**Header**

| PO Date: | 06/01/2020 | | PO Status: | Dispatched |
| Vendor Name: | SWIREOILF-001 | |
| Vendor ID: | 0000000512 | Vendor Details |
| Buyer: | Ernestine |
| | Castillo |

| Backorder Status: | Not Backordered |
| Receipt Status: | Received |
| ☐ Hold From Further Processing |

| PO Reference: | | Document Status |

Header Details
Header Comments...
Change Order

All RTV
Matching
Activity Summary

**Amount Summary**

| Merchandise: | 1,611.21 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 1,611.21 USD |

**Lines**

Personalize | Find | View All | First | 1-3 of 3 | Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Item ID | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 📷 | SERVICE-ONSHORE SWIRE OILFIELD | 82 | 1.0000 | EA | 375.00 USD | Approved | | 📷 |
| 2 | 📷 | SERVICE-ONSHORE SWIRE OILFIELD | 82 | 1.0000 | EA | 750.00 USD | Approved | | 📷 |
| 3 | 📷 | SERVICE-ONSHORE SWIRE OILFIELD | 82 | 1.0000 | EA | 486.21 USD | Approved | | 📷 |

View Approvals

Return to Search      Notify

Related Links

EXHIBIT
7

**Exhibit 2 - 367**

Activity Summary

Page 1 of 1

Favorites   Main Menu   Purchasing   Purchase Orders   Review PO Information   Purchase Orders   Activity Summary

VALARIS

## Activity Summary

| | |
|---|---|
| Business Unit: | 10013 |
| Purchase Order: | 0000045679 |
| Merchandise Amount: | 1,611.21 USD |
| Merchandise Receipt: | 1,611.21 USD |
| Merchandise Returned: | 0.00 USD |
| Merchandise Invoice: | 0.00 USD |
| Merchandise Matched: | 0.00 USD |

| PO Status: | Dispatched |
|---|---|
| Vendor: | SIMRE OILFIELD SERVICES LIMITED |

Details   Receipt   Invoice   Matched   RTV

Lines

Personalize | Find | View All |    First  1-3 of 3  Last

| Line | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVICE-ONSHORE SIMRE OILFIELD | EA | 0.0000 | ☐ | 0.000 USD | 1.0000 | 375.000 USD | | USD |
| 2 | | SERVICE-ONSHORE SIMRE OILFIELD | EA | 0.0000 | ☐ | 0.000 USD | 1.0000 | 750.000 USD | | USD |
| 3 | | SERVICE-ONSHORE SIMRE OILFIELD | EA | 0.0000 | ☐ | 0.000 USD | 1.0000 | 486.210 USD | | USD |

Return to Search          Notify

EXHIBIT 7

**Exhibit 2 - 368**

# Valaris

| | | |
|---|---|---|
| | **Valaris Field Requisition** | **Business Unit:** 10013 OPEN<br>**Req ID:** 0000235606<br>**Date:** 05/12/2020<br>**Page** 1 |

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type    ONSHORE REPAIR

| | PURCHASING USE ONLY | |
|---|---|---|

EXHIBIT 7

| ITEM | QTY | GIL ACCT<br>Item ID | UOM | DESCRIPTION | COST | AFE<br>CATEGORY | CRIT.<br>RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD<br>SERVICES,DISPOSE OF 75 GALLONS<br>OF HELICOPTER FUEL | 375.00<br>375.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO:          HTS NO:          UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL

| 2 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD<br>SERVICE,CLEAN INTERIOR OF<br>HELI-FUEL TANK WITH THREE PART<br>PROCESS | 750.00<br>750.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO:          HTS NO:          UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
CLEAN INTERIOR OF HELI-FUEL TANK WITH A THREE-PART PROCESS. 1-RINSE TANK OUT COMPLETELY. 2-STEAM CLEAN INSIDE OF TANK

| R4202 | | 05/12/2020 | | NOTE: Operator hereby authorizes ENSCO<br>reimbursement of all Items ordered above. | List all Field<br>ETRR No. by Item | | | PURCHASING ONLY  FR NO: | 0000235606 |
|---|---|---|---|---|---|---|---|---|---|
| OIM | | DATE | | Operator (Print) | | | | | |

RIG MGR / OPERATIONS MGR          DATE          Rep Signature                    BUYER

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____          Rep Name (Print)          DATE FAXED: _____          DATE

Exhibit 2 - 369

**Valaris**

Business Unit: 10013
Req ID: 0000235606 OPEN
Date: 05/12/2020
Page: 2

EXHIBIT
7

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Attention: MARINE / BARGE SUPERVISOR

REQ Type     ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 3 | 1 | 024000 | EA | COMPLETELY WITH HOT WATER AND SOAP. 3-RINSE THE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL. HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP. SERVICE-ONSHORE SWIRE OILFIELD SERVICES, TRANSPORTATION FROM SWIRE YARD IN HOUMA FROM FOURCHON, LA. | 486.21 486.21 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

SWIRE OILFIELD SERVICES QUOTE# 05112020-001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA, FROM FOURCHON, LOUISIANA, FROM WORK TO BE DONE

FIELDWOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

Total Requisition Amount:        1,611.21

AFE:         FW202002
Lease:       GC 40 #1
Project:     Katmai
Engineer:    K.Dufrene
Routing #:   580047

Act Code # 3060-15

| R4202 | | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235606 |
|-------|--|--|--|--|
| OIM | 05/12/2020 DATE | *(signature)* Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | *(signature)* Rep Signature | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | Brent Primeaux Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____    DATE FAXED: ____

Exhibit 2 - 370

Purchase Orders

**VALARIS**

Favorites   Main Menu   Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Home   Worklist   Add to Favorites   Sign out

Purchase Order Inquiry

## Purchase Order

| Business Unit: | 10013 | | PO Status: | Dispatched |
|---|---|---|---|---|
| PO ID: | 000U437100 | | POA Status: | Responded, Awaits Render |
| Change Order | 1 | | | |

**Header**

| PO Date: | 04/15/2020 | | Backorder Status: | Not Backordered |
|---|---|---|---|---|
| Vendor Name: | HYTER... 001 | Vendor Details | Receipt Status: | Received |
| Vendor ID: | 0000100034 | | ☐ Hold From Further Processing | |
| Buyer: | Brian Z... | | Amount Summary | |
| | Cod... llo | | Merchandise: | 2,270.30 |
| PO Reference | | | Freight/Tax/Misc: | 0.00 |
| Header Details | All RTV | Document Status | Total: | 2,270.30 USD |
| Header Comments | Matching | | | |
| Change Order | Activity Summary | | | |

Personalize | Find | View All   First   1-4 of 4   Last

| Lines | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lines | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Item ID | |
| 1 | H100037 | GASKET,VETCO,H100V3-2-1/GX-2.18 | 06 | | EA | 0.20 USD | Cancelled | H100037 | |
| 2 | H120251 | SEAL,VETCO,H'2/2Z-1 LIP HYDRAT | 03 | 1 | EA | 0.30 USD | Cancelled | H120251 | |
| 3 | | FEE,RESTOCKING,VETCO,H10063-2 | 80 | .0000 EA | | 2,133.57 USD | Approved | | |
| 4 | | FEE,RESTOCKING,VETCO,H120Z-1 | 03 | .0000 EA | | 130.33 USD | Approved | | |

View Approvals

Return to Search      Notify

Related Links

EXHIBIT
7

**Exhibit 2 - 371**

VALARIS

Favorites  Main Menu  Purchasing  Purchase Orders  Review PO Information  Purchase Orders  Activity Summary

Home   WorkList   Add to Favorites   Sign out

## Activity Summary

| | | | | |
|---|---|---|---|---|
| Business Unit: | 1033 | PO Status: | Dispatched | |
| Purchase Order: | 1000467100 | Vendor: | HYDRIL SUBCO OF BAKER HUGHES | |
| Merchandise Amount: | 2,770.00 USD | | | |
| Merchandise Receipt: | 2,770.00 USD | | | |
| Merchandise Returned: | 0.00 USD | | | |
| Merchandise Invoice: | 0.00 USD | | | |
| Merchandise Matched: | 0.00 USD | | | |

Lines

| Detail | Receipt | Order | Matched | RTV | [ ] |
|---|---|---|---|---|---|

Personalize | Find | View All |   |   First  1-2 of 2  Last

| Lines | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | 3 LU, RG-3 HOOKING, FCD PROASSY | EA | 0.0000 | [ ] | 0.000 USD | | 1.0000 | 2,632.00 USD | |
| 4 | | FCP, RG-3 LOOKING, VET FCD PROASS-1 | EA | 0.0000 | [ ] | 0.000 USD | | 1.0000 | 138.000 USD | |

Return to Search   Notify

EXHIBIT
7

**Exhibit 2 - 372**

**Valaris**

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID: 0000234615
Date: 04/02/2020
Page: 1

Attention: WAREHOUSE

REQ Type        Supply

EXHIBIT
7

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 024000 H109832 | EA | GASKET,VETCO,H10983-2,VGX-2,18 -3/4 IN,15K PSI,FH4 CONNECTOR | 4,161.50 8,323.00 | 95 - 95-SUBSEA | VC | | | |

PURCHASING USE ONLY

Line Item Exempt: N
Available Susbtiutes          Item Desc:

ECCN NO: EAR99                HTS NO: 4016300000          UNSPSC NO:

| 2 | 1 | 024000 H120251 | EA | SEAL,VETCO,H120251,LIP,HYDRAT E,FH4 CONNECTOR,27 IN WELL HEAD | 531.93 531.93 | 09 - 09-BLOW OU | VC | | | |

SEE ATTACHED GE CONTRACT PRICING

Line Item Exempt: N
Available Susbtiutes          Item Desc:

ECCN NO: EAR99                HTS NO: 4016300000          UNSPSC NO:

DATED GOODS-- EXPIRATION DATE-- ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY
WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT
LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT. *FAILURE
NOTE: Operator hereby authorizes EN$CO
reimbursement of all items ordered above.    List all Field
ETRR No. by item

R4202    04/02/2020
OIM      DATE
                                    Operator (Print)
                                    Rep Signature
                                    Rep Name (Print)

RIG MGR / OPERATIONS MGR    DATE

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____  NO: ____

PURCHASING ONLY  FR NO:    00002346`5

BUYER                DATE

DATE FAXED: _____

Exhibit 2 - 373

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013
Req ID: 000002234615    OPEN
Date: 04/02/2020
Page    2

Attention: WAREHOUSE

REQ Type    Supply

EXHIBIT 7

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR LOCATION CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|----------------------------|--------|

TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

PURCHASING USE ONLY

Total Requisition Amount:    8,854.93

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

AFE:    FW202002
Lease:    GC 40 #1
Project:    Katmai
Engineer:    K.Dufrene
Routing #:    58004.7

Acct Code # 3060 -15
419120

| ITEM | | |
|------|---|---|
| R4202 | 04/02/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. |
| OIM | DATE | |

Operator (Print)    E.W.F

Rep Signature

Rep Name (Print)

NOTE: Any additions or deletions must be initialed

RIG MGR / OPERATIONS MGR    DATE

List all Field ETRR No. by Item

PURCHASING ONLY FR NO:    0000234615

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___    DATE FAXED: ___

BUYER    DATE

Exhibit 2 - 374

1/2/2020                                    shopDrilling :Current Quote

Help        ENSCO 🔍        Kenya Maxile

Home | SPARES › | AVAILABLE INVENTORY ›

Current Quote | Saved Quotes | Shopping Lists

Search  All Products        ▼  Keyword(s): Search by Part #, Product Name or Keyword        Go    Search Multiple Parts

Current Quote

☑ Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date

Select       Actions   Save Quote    ▼  Go        Proceed to Checkout

| Select | Part Number | Description | UOM | Quantity | Quoted Lead Time (Weeks) | Unit List Price | Unit Discount | Unit Net Price | Total Extended Price | Discontinued Part(s) | Remove |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | H10993-2 | GASKET, VGX-2, 18.750, 17-4PH, 15000 PSI RWP | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | 🗑 |
| | H12025-1 | SEAL,LIP,NOM 27, ANTI-HYDRATE/SILTING,H4 CONNECTOR (PURCHASE PER DRAWING) DIMENSIONS: A = 27.875 B = 27.355 | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | 🗑 |

Recalculate    Sub-Total:   $11,350.03

Taxes, Shipping and Handling Extra

Total: $11,350.03

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.
*****************************************************************************************************************************
CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD
TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF
WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING.
IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN
SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"],
CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
*****************************************************************************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED.
CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
*****************************************************************************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE
PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED
ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
*****************************************************************************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
*****************************************************************************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
*****************************************************************************************************************************
FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSalesAdminPCB@bhge.com
Phone :+1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

Continue Shopping    Order    Actions   Save Quote    ▼  Go        Proceed to Checkout        EXHIBIT 7

**Exhibit 2 - 375**

Purchase Orders

**VALARIS**

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home | Worklist | Add to Favorites | Sign out

Purchase Order Inquiry

## Purchase Order

### Header

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| PO ID: | 0000467100 | | |
| Change Order: | 1 | POA Status: | Responded, Awaits Review |

| | | |
|---|---|---|
| PO Date: | 04/15/2020 | |
| Vendor Name: | HYDRIL-001 | Backorder Status: | Not Backordered |
| Vendor ID: | 0000000324 | Receipt Status: | Received |
| Buyer: | Ernestine Castillo | ☐ Hold From Further Processing |

Vendor Details

PO Reference:

Header Details | All RTV
Header Comments | Matching
Change Order | Activity Summary

Document Status

**Amount Summary**

| | |
|---|---|
| Merchandise: | 2,270.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 2,270.00 USD |

### Lines

Personalize | Find | View All | First 1-4 of 4 Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | H109932 | GASKET,VETCO,H10993-2,VGX-2.18 | 95 | | EA | 0.00 USD | Canceled | H109932 |
| 2 | H120251 | SEAL,VETCO,H12025-1,UP-HYDRAT | 09 | | EA | 0.00 USD | Canceled | H120251 |
| 3 | | FEE,RESTOCKING,VETCO,H109932-2 | 95 | 1.0000 | EA | 2,133.67 USD | Approved | |
| 4 | | FEE,RESTOCKING,VETCO,H12025-1 | 09 | 1.0000 | EA | 136.33 USD | Approved | |

View Approvals

Return to Search | Notify

Related Links

**Exhibit 2 - 376**

EXHIBIT 7

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**

SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY L L C

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES L L C

| | | | |
|---|---|---|---|
| **Index Type :** MORTGAGES | | **File # :** 1606885 | |
| **Type of Document :** LIEN | | | |
| | | **Book :** 3167 | **Page :** 464 |
| **Recording Pages :** 50 | | | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 07/23/2020

At (Recorded Time) : 2:39:06PM

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/23/2020 at 2:39:06
Recorded in Book 3167 Page 464
File Number 1606885

*Lisa B Laupe*
Deputy Clerk

Doc ID - 015072300050

**Return To :** SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

EXHIBIT 8

**Exhibit 2 - 377**

Do not Detach this Recording Page from Original Document

<div align="right">(Green Canyon 40 #1)</div>

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

   Atlantic Maritime Services LLC
   5847 San Felipe, Suite 3300
   Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

   Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

   Fieldwood Energy LLC
   2000 W. Sam Houston Parkway South, Suite 1200
   Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

<div align="center">1</div>

EXHIBIT
8

**Exhibit 2 - 378**

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)     Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT
8

**Exhibit 2 - 379**

Date: July 23, 2020

NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR
ATLANTIC MARITIME SERVICES LLC**, a
Delaware limited liability company

Sworn to and subscribed before me, Notary Public,
this 23rd day of July 2020.

Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

3

EXHIBIT
8

**Exhibit 2 - 380**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007271
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER GC 40 KATMAI

AFE #: <u>FW191015</u>

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

WELLBORE INTEGRITY
INVOICE#IN11857611 DATED:6/23/2020                              $            20,070.00

Handling Charges @ 5%(601)                                     $             1,003.50

AMOUNT DUE:   $            21,073.50

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.15
14:52:30 -05'00'

| | |
|---|---|
| $ (20,070.00) | 024000.10417.4202.110 |
| $ (1,003.50) | 810510.10417.4202.110 |
| $ (20,070.00) | 810650.10417.4202.110 |
| $ 20,070.00 | 919250-10417.4202.110 |

ED

EXHIBIT
8

**Exhibit 2 - 381**

Exhibit 2 - 382

**Wellbore Integrity Solutions**
TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

| | |
|---|---|
| **BILLED TO:** | ENSCO OFFSHORE COMPANY<br>P.O. BOX 570788<br><br>HOUSTON, TX 77257 -- UNITED STATES |
| **CUSTOMER# :** | EN0151 |
| **ORDERED BY:** | |

| RIG: | ROWAN RESOLUTE |
|---|---|
| COUNTY/PARISH: | OFFSHORE |

| FIELD / BLOCK: | // |
|---|---|
| STATE: | LA |

| JOB #: | 1256595125 |
|---|---|
| WELL #: | GC 200 TA-3 |

| CUSTOMER ORDER # : | 10013-0000458130 |
|---|---|
| TWNSHP: | |

**INVOICE NO:** IN11857611
**PAGE NO:** Page 1 of 2
**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

| DISC CODE: | |
|---|---|
| SERVICE GRP: | Tubulars and Surface Products |
| TAX JOB TYPE: | [None] |
| EXPORT: | |
| DT / RA /BL #: | J1009211 |
| BILLED BY: | JHENLEY |

| AREA/DIST: | 1256 |
|---|---|
| INV LOC: | 1256 |

| SHIP TO: | ENSCO OFFSHORE COMPANY, US |
|---|---|
| SHIP #: | EN0151 |

| LEASE: | OCSG 12209 |
|---|---|
| SEC: | |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.00 | | JOB# J1009211 - WO# W1013419 | | | | | |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5 /8 FH Box x 6 5/8 FH Pin | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/ 1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10 HOURS | 10 | UNIT CHARGE | PER HOUR | 425.00 | 4,250.00 |
| 4.01 | | | | | | | |
| 5.00 | | UNSLING W/ 1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR, 3 RIGGERS @ 12 HOURS | 12 | UNIT CHARGE | PER HOUR | 565.00 | 6,780.00 |
| 5.01 | | | | | | | |
| 6.00 | | Waterblast ID, OD & Brush OD | 80 | INSPECTION | EACH | 15.00 | 1,200.00 |
| 6.01 | | | | | | | |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | 80 | INSPECTION | EACH | 82.00 | 6,560.00 |
| 7.01 | | | | | | | |
| 8.00 | | Flapping of Connections | 160 | INSPECTION | EACH | 8.00 | 1,280.00 |
| 8.01 | | | | | | | |
| 9.00 | | | | | | | 0.00 |

**CURRENCY:** USD

This Invoice is subject to Wellbore Integrity Solutions -- Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governental/

| PLEASE REMIT TO: | P.O. BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX<br>75063 |

EXHIBIT 8

wellbore
integrity
SOLUTIONS

TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

**Exhibit 2 - 383**

**INVOICE NO:** IN1185761

**PAGE NO:** Page 2 of 2

**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

BILLED TO:
ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

**CUSTOMER# :** EN0151
**ORDERED BY:**

**DISC CODE:**
**SERVICE GRP:** Tubulars and Surface Products
**TAX JOB TYPE:**
**EXPORT:** [None]
**DT / RA /BL #:**
**BILLED BY:** J1009211 JHENLEY

**SHIP TO:**
ENSCO OFFSHORE COMPANY, US

**SHIP #:** EN0151

| | | | |
|---|---|---|---|
| **RIG:** ROWAN RESOLUTE | **FIELD / BLOCK:** // | **JOB #:** 1256595125 | **AREA/DIST:** 1256 |
| **COUNTY/PARISH:** OFFSHORE | **STATE:** LA | **WELL #:** GC 200 TA-3 | **INV LOC:** 1256 |

**CUSTOMER ORDER # :** 10013-0000458130
**TWNSHP:**

**LEASE:** OCSG 12209
**SEC:**

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | |

| | | |
|---|---|---|
| TOTAL DISCOUNT : | | 0.00 |
| SUBTOTAL : | 0.00 | 20,070.00 |
| TAXABLE AMOUNT : | | 0.00 |
| CITY TAX : | 0.00% | 0.00 |
| COUNTY/PARISH TAX : | 0.00% | 0.00 |
| STATE TAX : | 0.00% | 0.00 |
| FREIGHT : | | 0.00 |
| TOTAL AMOUNT DUE: | | 20,070.00 |

**CURRENCY:** USD

This invoice is subject to Wellbore Integrity Solutions -- Terms and Conditions which can be found at https://www.wellboreintegrity.com/aboutgovernance/

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306 DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A. ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470 SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063 |

EXHIBIT 8

# Valaris

**Purchase Order**  Page 1

Dispatch via E-Mail



10013-0000458130

| | |
|---|---|
| **BUYER/BILL TO:**<br>ENSCO Incorporated<br>In care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | **PO NUMBER** 10013-0000458130<br>**PO DATE** 05/18/2020<br>**RIG NAME** R202- RESOLUTE<br>**FINAL DEST. COUNTRY** United States<br>**REVISION NO.**<br>**REVISION DATE** |

**SELLER/SUPPLIER**

ID: 0000000238

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70516
United States
PHONE:
EMAILID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

**SUPPLIER SHIP TO /
WHEN READY CONTACT**
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70516
United States
PHONE: 337 83678500

**SUPPLIER SHIPPING TERMS
(INCOTERMS 2010)**
FREIGHT TERMS: EXW
NOMINATED PLACE:

**SUPPLIER SHIP METHOD:**

**BUYER REPRESENTATIVE**
BUYER: Kenya Akeem Abdul Maxlie
EMAIL: kenya.maxlie@valaris.com
PHONE: 346/342-8072
FAX:

**ADDITIONAL ORDER DETAIL**
CURRENCY: USD
REQ TYPE: ONR
REQ CLASS: OPERATOR EXP.

**PR CODE (Mode of Transport)**
1 - Hot Shot Immediate Urgent Air
2 - Next Day/Regular Air
3 - Regular Scheduled/Regular Ocean
4 - Other see notes in PO

| Item<br>Line | Vendor<br>Number / Item ID | Description | Quantity UOM | Unit<br>Price | Extended<br>Amount | PR<br>Code | Req # |
|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00 EA | 425.00 | 4,250.00 | 3 | 0000235550 |
| | | | | | Due Date 07/01/2020 | | |
| **Sch B/HTS No:** | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00 EA | 565.00 | 6,780.00 | 3 | 0000235550 |
| | | | | | Due Date 07/01/2020 | | |
| **Sch B/HTS No:** | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | |
| 3-1 | 6625DPR3DPCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00 EA | 15.00 | 1,200.00 | 3 | 0000235550 |
| | | | | | Due Date 07/01/2020 | | |
| **Sch B/HTS No:** | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | AFE Cd: | | |
| 6-5/8",47.05#,WATERBLAST CLEANING | | | | | | | |
| 4-1 | 6625DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00 EA | 82.00 | 6,560.00 | 3 | 0000235550 |
| | | | | | Due Date 07/01/2020 | | |
| **Sch B/HTS No:** | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | AFE Cd: | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 160.00 EA | 8.00 | 1,280.00 | 3 | 0000235550 |
| | | | | | Due Date 07/01/2020 | | |
| **Sch B/HTS No:** | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | |

EXHIBIT 8

Exhibit 2 - 384

# Valaris

**Dispatch via E-Mail**

**Purchase Order**  Page 2

10013-0004458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

PO NUMBER     10013-0000458130
PO DATE       05/18/2020
RIG NAME      R202- RESOLUTE
FINAL DEST. COUNTRY   United States
REVISION NO.
REVISION DATE

QUOTE: 313
DRILCO JOB: J1009211

**Total PO Amount**          20,070.00

**Buyer**

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS;
(1)  IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)  IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS
INCLUDE PURCHASE ORDES IDENTIFIED AS 'P1' - URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.

EXHIBIT
8

Exhibit 2 - 385



# DRILCO

| Company/Rig: | Valaris Resolute DS-16 | | Date : | 5/6/2020 |
|---|---|---|---|---|
| Attention: | Joe Cooper | | Drilco Contact: | Raymond Bradberry |
| Telephone: | 281-619-7479 | | Telephone: | 985-303-6399 |
| Quote# : | 313 | | Location: | Port Fourchon |
| Email: | rDS16RDS@valaris.com | | Email: | Raymond.Bradberry@wellboreintegrity.com |
| PO#: | 1D013-0000459130 | | Drilco Job# : | J1009211 |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|---|---|---|---|---|---|
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.0S# Drill Pipe (ONLY IF NEEDED) | 160 | $8.00 | Each | $1,280.00 |

**Estimated Total**      $20,070.00

Customer Signature:

Date:

EXHIBIT
8

Exhibit 2 - 386

GENERAL TERMS AND CONDITIONS



THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND
CHOICE OF LAW PROVISIONS – READ CAREFULLY.

1. **ACCEPTANCE** – By requesting Wellbore's services, equipment, or products, Customer voluntarily elects to enter into and be bound by these General Terms and Conditions, along with any commercial documents that accompany the Order.

2. **DEFINITIONS.**

   a. **Chemicals** – any chemicals, substances, and Fluids, used or unused, or considered as waste or by-products, cuttings, or cavings, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and including but not limited to any packaging, transportation or storage containers and/or materials) and residue resulting from, or incident to, Wellbore's performance of the Work.

   b. **Claim(s)** – Damage, loss, expense, liability, claims, demands and causes of action of every kind and character (including special and punitive damages, all costs and expenses, and reasonable attorney fees associated therewith) including, but not limited to, special, punitive, exemplary, general, compensatory, direct, indirect, incidental, or consequential damages, either under common law, equity, statute, or otherwise, whether based on tort, contract, strict liability, or statutes that may or could be asserted and arising without limitation, actions in rem or in personam, real or criminal actions and/or causes of action howsoever arising.

   c. **Customer** – the person, firm or other entity to which any Work is supplied or provided by Wellbore.

   d. **Fluids** – chemicals, emulsions, or chemically treated fluids and residue, including but not limited to drilling fluids, completion fluids, displacement fluids, well bore fluids, wellbore treatments stimulation fluids, whether water, oil, or synthetic based.

   e. **Group** – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees co-venturers, co-owners, partners, investors, joint venturers co-lessees, co-working interest owners, lessors, Customer's clients (as part of Customer Group), and its and their parents, affiliates, subsidiaries, and each of their respective officers, directors managers shareholders, members, representatives, servants, consultants, agents, employees and invitees.

   f. **Order** – an oral or written request for Work, a Wellbore quotation accepted by Customer and/or a service or purchase order document issued by Customer and accepted by Wellbore, which together with these General Terms and Conditions constitute the Contract between Wellbore and Customer. Wellbore shall not be obligated to provide any Work before an Order is agreed to by both parties.

   g. **Products** – equipment, goods, materials, tools, supplies, Chemicals and/or products or equipment sold or otherwise provided by Wellbore to Customer.

   h. **Rentals** – Customer's hiring of fixtures and/or equipment from Wellbore for a time frame.

   **Wellbore** – the entity providing Work to Customer which may be Wellbore Integrity Solutions, LLC, a Texas limited liability company located on behalf of itself and its US and Canada affiliates, and/or Thomas Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates.

   i. **Services** – services provided by Wellbore to Customer including Products and persons customarily required to provide such services.

   j. **Work** – Products Services and or Rentals

3. **INVOICING AND PAYMENT TERMS** – Customer acknowledges that Wellbore's payment terms are cash in advance unless the value of the Work is supported by Customer credit approved by Wellbore prior to the transaction. Customer also acknowledges that Wellbore at its sole discretion, may refuse to grant Customer the right to request Work on credit and/or may rescind the right to request Work on credit at any time. In the event that Customer's credit account with Wellbore becomes delinquent, Wellbore shall have the right to require at its sole discretion, payment in advance an irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

   For transactions not supported by Wellbore approved credit, Wellbore's invoice will be issued upon receipt of full payment from Customer. If Customer requires any supporting documents or information (e.g. order# AFE #, etc.) to be submitted with Wellbore's invoices, then such requirements must be agreed in the Order before the Work is provided. Unless otherwise specifically agreed in an Order the following invoicing conditions shall apply to Work for which credit has been approved:

   a. Wellbore may invoice Customer for each portion or stage of the Work, as determined and priced in the Order as soon as practicable and without frequency restrictions.

   b. Wellbore may invoice Customer for Products as follows. Mty percent (50%) of the sale price immediately upon receipt and acceptance of an Order and the remaining fifty percent (50% shereof sht y upon delivery of the Products

   c. Wellbore may invoice Customer for Rentals in advance. If Rentals are hundred percent (100%) at the rental price for the initial rental period and immediately upon receipt and acceptance of an Order. In the event the rentals are extended beyond the initial rental period or the scope is expanded, Wellbore will submit a

---

subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded scope

   d. Wellbore may invoice Customer for any and all reimbursable items in advance

Wellbore's invoices shall be deemed correct and shall evidence Customer's acceptance of Work delivered, unless Wellbore receives prompt written notice of any disputed items within five (5) business days after the date of the invoice. Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute. If an invoice disputed, however Customer agrees to pay Wellbore any undisputed portion of that invoice as set forth below and without delay. Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing as applicable a creditor debit note to Customer. Customer shall have no right to withhold or offset payments, except to the extent it is agreed as a result of the foregoing dispute resolution procedure. Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) where Wellbore has not received written notification of a disputed item within two (2) years from the date such Work is actually provided

Customer shall pay the total invoice amount without any payment retentions (other than taxes which must be withheld as mandated by tax legislation). Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by other payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice. The payment for any transaction for which credit has been approved shall be due to, and received by, Wellbore on or before the thirtieth (30") day from the date of the invoice

When payment is electronic e-commerce), Customer and Wellbore may agree to mutually beneficial electronic processes for executing business transactions, including but not limited to the system to system exchange of purchase orders, field tickets, bills of lading, invoices and electronic catalogs. Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange [PIDX]). Customer, Wellbore, and any contracted third party technology providers will execute a standard Electronic Data Agreement between Customer and DFS Portal LLC or a mutually agreed upon Electronic Data Agreement developed around the DFS Portal LLC agreement to govern said electronic transactions

Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (including amounts that are disputed by Customer but are found to be due and owing at the rate of 1.5% per month or the maximum interest allowed by applicable state or federal laws, if such laws limit interest to a lesser amount If Wellbore employs a collection agency or attorneys to collect any outstanding amount(s) or enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, all collection agency fees, and all attorneys fees and court costs, including, but not limited to attorneys' fees incurred in connection with litigation, mediation, arbitration, bankruptcy or other proceedings. In the event that Customer's payment of Wellbore's invoice is received by Wellbore after the due date, any price discounts will be reversed, and Wellbore has the right to revoke any and all discounts previously applied in arriving at the net invoice price. Upon revocation, the full invoice price without discount, w become immediately due and owing and subject to collection

As used herein, the term "Receivables" shall mean all of Customer rights and interests in all accounts and [b all general intangibles whether now existing or hereafter arising, and all proceed thereof, relating to the properties for which Wellbore provides Work Customer hereby grant a security interest in Customer's Receivables to secure Customer obligations to Wellbore, whether now existing or hereafter arising Customer shall promptly support Wellbore as may be necessary to f le all instruments (including financing statements), n order to perfect, preserve, protect and renew the security interest granted herein on all Receivables

4. **TAXES.** Customer shall add or reimburse Wellbore for in the extent allowed by applicable laws and regulations, any and all taxes or other levies (other than Wellbore's income taxes) imposed by any government, governmental unit or similar authority with respect to the charges made or payment received by Wellbore in connection with the Work.

5. **INDEPENDENT CONTRACTOR.** Wellbore is and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part thereof. When Wellbore's employees (defined to include Wellbore's direct, borrowed, special, or statutory employees are covered by the Louisiana Workers' Compensation Act, La R S 23:1021 et seq., Customer and Wellbore agree that all Work and operations performed by Wellbore and its employees pursuant to the Contract are an integra part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La R.S. 23:1061 (A"). Furthermore, Customer and Wellbore agree that Customer is the statutory employer of Wellbore employees for purposes of La R.S. 23:1061(A)(3)

EXHIBIT
8

Exhibit 2 - 387

## GENERAL TERMS AND CONDITIONS

in respect ve of Customer's status as the statutory employer or special employer (as defined in La R.S. 23:1031 3(1) of Wellbore's employees. Wellbore shall remain primarily responsible for the payment of Louisiana workers compensation benefits to its employees, and if it is not barred and it seek contribution for any such payments from Customer

### 6. OBLIGATIONS OF CUSTOMER

- **Well Conditions; Notification of Hazardous Conditions.** Customer having custody and control of the site and superior knowledge of the conditions in and surrounding it, shall provide Wellbore with all necessary information to enable Wellbore to perform its Services safely and efficiently. Wellbore's Products, Rentals and Services are designed to operate under conditions normally encountered in the well bore; however if hazardous or unusual conditions exist, Customer shall notify Wellbore in advance and make special arrangements for servicing such wells. NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 6(a).

- **Chemicals.** The handling, transportation, treatment and/or disposal of any Chemicals, used in or resulting from Wellbore's performance of the Work is the sole responsibility of Customer, including when such Chemicals are returned to the surface off the land or sea from below the rotary table. In no event shall Wellbore be considered the generator of Chemicals or samples irrespective of any handling temperatures, treatment, or disposal provided by Wellbore. Customer understands and agrees that all Chemicals and samples are the property of Customer and that Customer is the generator of the Chemicals and samples irrespective of any handling, transportation or treatment by Wellbore. Unless Customer has a separate agreement with Wellbore for the storage of samples Wellbore may return samples to Customer upon completion of Wellbore's analysis or disposal of samples at Customer's cost in accordance with Customer's instructions. All Chemicals and fluids in the drilling rig's tanks, piping, valves and pumps, and in the borehole and reserve pit/pit tanks where there is not a reserve pit are not in Wellbore's possession or control, and that Wellbore is not responsible for such Customer agrees that it will handle, transport and dispose of any such Chemicals and samples under Customer's name and waste generator number, in accordance with all applicable federal, state and local laws and regulations CUSTOMER HEREBY AGREES NOT TO ASSERT ANY CLAIM OR BRING ANY COST RECOVERY ACTION AGAINST WELLBORE GROUP AND SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN CONNECTION WITH THE USE, HANDLING, TREATMENT, STORAGE, TRANSPORTATION AND/OR DISPOSAL OF CHEMICALS, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE Group. Wellbore shall not be responsible for the signing of manifests or for the storage transportation, treatment or disposal of Chemicals.

- **Radioactive Sources.** If any radioactive source is lodged or lost in a well or at the well site or while being transported by or while under the custody or control of Customer Group, Customer shall immediately notify Wellbore and exert its best efforts to locate and recover the source and take all necessary precautions to avoid breaking, damaging or rupturing the source. I the source is recoverable or I e in it container is damaged or ruptured, Customer shall immediately notify Wellbore and comply with all applicable laws and regulations including isolating and making the location of the source Customer shall not attempt to recover a sealed source in a manner that is Wellbore s opinion could result in its rupture. I the source ruptures, Customer shall minimize any resulting contamination and radiation exposure and decontaminate the environment, movement and personnel.

- **Fishing Operations.** Customer shall assume the entire responsibility for operations in which Customer Group or a third party fish or attempt to fish for the movement of any member of Wellbore Group or perform any operation that may jeopardize the recoverability or the integrity of equipment contai ng, radioactive sources. Wellbore will, without assuming liability and if so requested by Customer, tender assistance for the recovery of such equipment, customer ha se commercially reasonable effort to attempt recovery of Wellbore Group equipment.

- **Change Orders.** Customer may with reasonable notice request to change the Work to be pro ded under an Order by issuing a written change order authorization document (referred to herein as the "Change Order") upon receiving a Change Order, Wellbore determines that there is any impact that increases the tot or affects the time to perform or provide the Work Wellbore shall submit a proposal to Customer specifying the pricing and scheduling changes needed to execute the Change Order Customer shall review the proposal and may accept, reject or modify the proposal, subject to mutual agreement; however, Customer ha te deemed to have accepted such proposal on a Wor bore proceeds as specified in the Change Order. We bore may at its sole discretion decline to execute the Change Order and such declination to execute shall not prejudice Wellbore's rights under the applicable Order.

### 7. WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.

- Wellbore warrants that its Services provided hereunder shall be performed in a good and workmanlike manner in accordance with good industrial practices and that it shall exercise diligence to ensure the correctness and safeness prior to all eng, test and other data Wellbore will give Customer the benefit of its best judgment based on ts experience interpreting information and making written or oral recommendations concerning logs or tests or other data, type or amount of material or service required, manner of performance or predicting results Nevertheless, all such recommendations or predictions are opinions only and, in view of the unpredictability of obtaining first-hand knowledge of the many variable conditions, the reliance on information measurements and assumptions which are not available, and/or the necessity of relying on facts and supporting services furnished by others, NO WARRANTY IS GIVEN CONCERNING THE ACCURACY OR COMPLETENESS OF ANY LOG, TEST, RESERVOIR OR SEISMIC DATA INCLUDING SOFTWARE MODELS), OR OTHER DATA, THE EFFECTIVENESS OF MATERIAL USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES RENDERED. WELLBORE SHALL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE RESULTS AND/OR RECOMMENDATIONS SUGGESTED BY SUCH WORK, NOR IS THE WORK INTENDED TO PROVIDE THE BASIS FOR ANY DECISIONS SUBSEQUENTLY MADE BY CUSTOMER, WHICH ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. WELLBORE WILL NOT BE RESPONSIBLE FOR ACCIDENTAL OR INTENTIONAL INTERCEPTION OF OR TAMPERING WITH DATA BY OTHERS, NOR DOES WELLBORE GUARANTEE THE TAPE STORAGE OR THE LENGTH OF TIME OF STORAGE OR AGAINST LOSS OF ANY DIGITAL TAPES, OPTICAL LOGS OR PRINTS, OR OTHER SIMILAR PRODUCTS OR MATERIALS. Any warranty claim for Services must be made prior to Wellbore's demobilization and in the well site or for Services to repair equipment, within seventy-two (72) hours after installation of such repaired equipment.

- Wellbore warrants that Products then held hereunder but on are on the type and specifications reprinted by Wellbore Wellbore reserves the right, at its ole d scretion, to use new, used or refurbished parts in the manufacture of its Products Wellbore warrants all its Products told to be free of material defects in material and workmanship for a period of twelve (12) months from the date of delivery to the location stated in the Order provided that notice of any defects s received by Wellbore within the warranty period Rental s are warranted only for the rental period The above warranty does not apply to Products that have been affected by normal wear and tear, modified in Customer's request, supplied by Customer or pu rchased by Wellbore at Customer's request, subjected to rept per handling, storage, application, installation, operation or maintenance by anyone other than Wellbore and/or damaged by aggressive fluids, lightning, vibration, or improper voltage supply or bore exposure No warranty is given to rapidly wearing Products or consumables. Wellbore does not warrant or guarantee the results of the use of Renta s. Well conditions which prevent satisfactory operation I Renta s do not relieve Customer of its responsibilities for payment of the rental price s and other costs agreed upon in the applicable Order.

  Wellbore's sole ob e able p and ustomer's exclusive remedy under the foregoing warranties is expressly limited to the repair, replacement or the refund of an equitable portion of the applicable purchase or rental price, at We bore sole opinion of Products, Rentals or Services which prove to be defective w thin the warranty period and shall not exclude t ems for labor costs, non-productive time expenses of Customer resulting from such defects, including but not limited to removal or re-installation of Products or the cost of heavy lifting or vessel ng time recovery under general tort law or strict liab lity or for damages resulting from delays loss of use, or other direct or indirect incidental or consequent al damages of any kind. A Customer claim pursuant to this warranty shall be made immediately upon discovery and continued in writing within thirty (30 days after discovery of the defect Where items claimed to be defective are determined not to be defective or to be defective as a result of Customer Group's use of the tem, Wellbore may invoke the service cad to Customer Defective tems must be held for inspection or returned to the original Wellbore delivery point upon request Wellbore shall have the right to inspect the Products claimed to be defective and shall have the right to determine the cause of such defect. Returned Products shall become the property of Wellbore, In no event ha Wellbore be liable lest the cost of substitute products services, or rentals obtained by Customer from others to cover any Product, Service or Rental which defective or otherwise not in compliance with the applicable Order

- Notwithstanding anything to the contrary herein with regard to any services, materials, products or equipment furnished by Wellbore such, third parties, vendors and/or suppliers of Wellbore Group, Wellbore s liab lity shall be imited to the assignment of such contractors, subcontractors vendors and/or suppliers warranties to Customer to the extent such warrances are assignable

  THE FOREGOING WARRANTIES FOR SERVICES, PRODUCTS AND RENTALS ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY. IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY SHALL NOT APPLY. WELLBORE'S WARRANTY OBLIGATIONS AND CUSTOMER'S REMEDIES THEREUNDER (EXCEPT AS TO TITLE) ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN.

EXHIBIT 8

Exhibit 2 - 388

## GENERAL TERMS AND CONDITIONS

**1. TITLE AND RISK OF LOSS**

a. Unless otherwise agreed between the parties in an applicable Order, title to and risk of loss for Products sold, other than Fuels, will pass to Customer upon the earlier of payment, factory acceptance test (or other acceptance testing) or delivery to Customer's designated carrier at Wellbore's manufacturing facility. The prices of Products exclude any costs of transportation, handling, insurance or any other costs for delivery beyond Wellbore's manufacturing facility set forth in the quotation or applicable Order or other document as agreed to by Customer. At Customer's request, Wellbore may arrange the shipment of Products to a location designated by Customer, and Customer will pay or reimburse Wellbore for all freight, preparation, and in-transit insurance costs so incurred by Wellbore. At Customer's request, subject to storage space availability and upon mutual agreement on storage fees, Wellbore may agree to a bill-and-hold arrangement where Wellbore would temporarily store Products sold to Customer but Customer agrees that in such a case the title to and risk of loss for Products sold and stored will pass to and remain with Customer upon delivery to Wellbore's designated storage facility, regardless of when the Products are ultimately delivered to Customer. In the event that purchased or repaired Products not subject to a bill-and-hold arrangement are left at a Wellbore facility for over thirty (30) days, Wellbore reserves the right at its sole discretion to charge storage fees to Customer and/or to consider the Products abandoned and sell them for scrap or otherwise dispose of them at Customer's cost.

b. Title to and risk of loss for cement and stimulation fluids sold will transfer to Customer upon blending or deployment into the well or Customer's equipment connected to the well. Title to and risk of loss for Fluids, other than cement and stimulation fluids, will transfer to Customer (s) upon delivery to Customer's carrier (x) upon delivery to Customer's location, or (x) upon blending, whichever occurs first. Title to and risk of loss for rented Fluids will transfer back to Wellbore upon Wellbore's written acceptance into its inventory provided returned fluids meet the minimum specifications set forth in the Order however if the specifications are not met Customer shall pay Wellbore the full sale price for the rented Fluids as would be applicable in case of a sale of the same.

The time, method, place or medium of payment is not lien Wellbore or gits on and to the Products une payment has been received in full. On a Orders Wellbore shall retain a security interest in the Products respective of attachment to the land or equipment of Customer or any third party to the extent of any unpaid balance of the purchase price therefor, and Wellbore may use all reasonable efforts to retain and/or obtain possession of such Products until such impending once has been concrealed until it accepted by Wellbore

**3. Delivery, Storage, Shipment, Insurance and Freight**

Delivery dates are estimated and are not guaranteed. If Customer is not able to accept the Products on the scheduled delivery date, Wellbore reserves the right to either cause the Order in fu or store the Products at Customer's expense. Method and route of shipment are at Wellbore's discretion, unless Customer supplies explicit written instructions. Customer shall pay all costs for insurance and freight Wellbore may fill an Order by separate shipments of various portions of the Products and an Order as severable as to all such shipments. Packing, carting, shipment to port or to dock side, customs charges and all other costs relating to shipment, export and sale and importation shall be at Customer's expense

**10. Stacking of Customer's New or Used Equipment.**

In the event that Customer agrees to have equipment are stowed at Wellbore's facility for any reason, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE FROM ANY CLAIM, LIABILITY OR OBLIGATION ARISING DIRECTLY OR INDIRECTLY, FROM THE STORAGE, REMOVAL, RETURN, SALE, TRANSFER, OR DISPOSAL OF SUCH GOOD OR EQUIPMENT NOTWITHSTANDING THE SOLE OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE, FAULT OR STRICT LIABILITY OF WELLBORE.

**11. Cancellation, Returns and Claims.**

(a) Orders for Products of special design, size or materials are not subject to cancellation. No Products may be returned, credited or replaced, unless approved in writing by Wellbore and may be subject up to a twenty percent (20%) restocking charge, plus all freight, fees and other costs relating to such return. Claims for shortage or damage, or deductions for erroneous charges must have Wellbore's prior written approval and must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b) Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice kab sly, or the institution of legal proceedings, to take and remove its rentals, tools, equipment, or materials wherever they may be found. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS, EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO WELLBORE FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.



**12. Modification of Tools.**

(a) Standard tools, materials, or equipment altered for a specific job shall be sold to the Customer as the current Wellbore's sales price, and an additional charge equal to the cost of the alterations plus twenty five percent (25%)

(b) Special tools, materials, or equipment built for a specific job shall be furnished at a minimum rental equal to the manufacturing cost, plus fifty percent (50%) of such cost. Additional modifications requested will be charged in the same manner.

**13. INDEMNITIES**

a. **Personnel and Property**

1. WELLBORE SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF WELLBORE GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

2. CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

b. **Special Indemnity.** NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER ASSUMES ALL LIABILITY FOR AND AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ALL CLAIMS BROUGHT BY OR ON BEHALF OF ANY MEMBER OF CUSTOMER GROUP OR ANY WELLBORE GROUP OR ANY THIRD PARTY ARISING OUT OF OR LOSS THAT RESULTS FROM (i) FIRE, EXPLOSION, SEEPAGE, BLOW-OUT, CRATERING, PRESSURE CONTROL, OPERATIONS, INDUCED SEISMICITY EVENTS, WILD-WELL OR WORK PERFORMED TO CONTROL A WILD-WELL INCLUDING, BUT NOT LIMITED TO: DAMAGE TO, LOSS OF, DESTRUCTION AND/OR REPLACEMENT OF, OR RELEASE OR ESCAPE OF SUBSTANCES FROM, ANY PROPERTY, EQUIPMENT, PIPELINE (INCLUDING/VESSEL/PLATFORM OR OTHER FIXED OR FLOATING STRUCTURE, INCLUDING ON/AND PRODUCTION FACILITIES OR PIPELINES, AT OR AROUND A SITE (INCLUDING ANY DOWNHOLE, REMEDIATION, OR RECOVERY TIME); (iv) POLLUTION, AND/OR CONTAMINATION EMANATING FROM ANY AND ALL WELL, WELL BORES AND/OR RESERVOIRS OR RESULTING FROM FRACTURING SERVICES OR ANY WORK, OR RADIATION DAMAGE (INCLUDING ENVIRONMENTAL POLLUTION, CONTAMINATION OR DAMAGE) RESULTING FROM ANY RADIOACTIVE TOOL OR EQUIPMENT WHILE BELOW THE SURFACE OF THE LAND OR, IN THE EVENT OF CONTAMINATION EMANATING ABOVE THE SURFACE OF THE LAND, WHILE THE RADIOACTIVE SOURCE IS UNDER THE CUSTODY OR IN THE CONTROL OF ANY MEMBER OF THE CUSTOMER GROUP; AND POLLUTION OR CONTAMINATION, CAUSED BY CUSTOMER GROUP'S FAILURE TO PROPERLY HANDLE, TREAT, TRANSPORT, USE OR DISPOSE OF ANY CHEMICALS AS REQUIRED BY SECTION 8.b HEREOF OR OTHERWISE, INCLUDING CONTAINMENT, CLEANUP, DISPOSAL AND REMEDIATION OF THE POLLUTANT AND CONTAMINATION, WHETHER OR NOT REQUIRED BY AN APPLICABLE FEDERAL, STATE OR LOCAL LAW OR REGULATION; (iv) DAMAGE TO WELL(S), BOREHOLE(S), RESERVOIRS OR UNDERGROUND DAMAGE, INCLUDING BUT NOT LIMITED TO DAMAGE OR INJURY RESULTING FROM FRACTURING SERVICES, LOSS OF OIL, GAS, OTHER MINERAL SUBSTANCES OR WATER, OR THE WELLBORE ITSELF, SURFACE DAMAGE ARISING SUBSURFACE OR SUBSEA DAMAGE, INCLUDING TRESPASS, AND DAMAGE TO DOWN-HOLE EQUIPMENT; (iv) COST TO KILL OR CONTROL A WILD-WELL, UNDERGROUND OR ABOVE THE SURFACE, INCLUDING ANY SIDETRACKING, REPAIR, REDRILLING OR REWORKING AND RELATED CLEAN-UP COSTS; (v) DAMAGE TO PROPERTY OWNED BY, IN THE POSSESSION OF, OR LEASED BY CUSTOMER GROUP OR THE WELL OWNER, IF DIFFERENT FROM CUSTOMER (THE TERM "WELL OWNER" SHALL INCLUDE WORKING AND ROYALTY INTEREST OWNERS AND THE OWNER OF ANY LAND AND OIL/GAS PRODUCTION FACILITIES OR PIPELINES, DRILLING RIG/WELL, PLATFORMS OR OTHER STRUCTURE AT OR WITHIN 500 METERS OF THE WELL SITE) AND THIRD PARTIES; (vi) LOSS OR DAMAGE RESULTING FROM FAILURE OF CUSTOMER GROUP'S PRESSURE CONTROL EQUIPMENT AND/OR DEVIATION FROM WELLBORE'S PRESSURE CONTROL STANDARD AT CUSTOMER'S REQUEST; OR (vii) LOSS OF OR DAMAGE TO WELLBORE GROUP'S PROPERTY OR PRODUCTS, INCLUDING BUT NOT LIMITED TO, RECOVERY, REPAIR AND REPLACEMENT EXPENSES, WHEN SUCH LOSS OR DAMAGE OCCURS: (A) IN THE HOLE OR BELOW THE ROTARY TABLE, (B) WHILE IN TRANSIT OR BEING MOVED ON ANY FORM OF TRANSPORTATION OWNED OR FURNISHED BY CUSTOMER, (C) WHILE LOCATED AT THE WELL SITE WHEN WELLBORE PERSONNEL ARE NOT PRESENT, (D) AS A RESULT OF IMPROPERLY MAINTAINED PRIVATE ACCESS ROADS TO THE WELL SITE OR AS A RESULT OF THE INFERIOR CONDITION OF ROADS AROUND THE SITE, OR (E) WHILE BEING USED BY OR WHILE UNDER THE CUSTODY OR CONTROL OF ANY PERSON OTHER THAN A WELLBORE EMPLOYEE, WHETHER IN AN EMERGENCY OR OTHERWISE. WITH RESPECT TO (A) ABOVE, THE PROPERTY AND PRODUCTS WILL BE VALUED AT THEIR RESPECTIVE NEW LANDED REPLACEMENT COST IF, IN REPARABLE, AT REPAIR COST PLUS HANDLING AND TRANSPORTATION TO WELLBORE'S DESIGNATED LOCATION. RENTAL CHARGES ON THE EQUIPMENT LOST OR DAMAGED IN THE HOLE SHALL CONTINUE TO BE PAID UP TO AND INCLUDING THE DATE ON WHICH WELLBORE RECEIVES NOTICE IN WRITING OF THE LOSS OR DAMAGE.

EXHIBIT
8

Exhibit 2 - 389

## GENERAL TERMS AND CONDITIONS

c. **Application of Indemnities.** [fine print, illegible]

d. **Anti-Indemnity and Insurance Savings Clause.** [fine print, illegible]

14. **INCIDENTAL OR CONSEQUENTIAL DAMAGES.** [fine print, illegible]

15. **INSURANCE.** [fine print, illegible]

16. **LIMITATION OF LIABILITY.** [fine print, illegible]

17. **EMPLOYEE SOLICITATION.** [fine print, illegible]

18. **INTELLECTUAL PROPERTY.** [fine print, illegible]


Wellbore Integrity

[fine print, illegible]

19. **MISCELLANEOUS.**

a. **Orders.** [fine print, illegible]

b. **Force Majeure.** [fine print, illegible]

c. **Governing Law.** [fine print, illegible]

d. **Severability.** [fine print, illegible]

e. Compliance with Laws, Customer and Wellbore [fine print, illegible]

20. **GENERAL COMMERCIAL CONDITIONS.** [fine print, illegible]

a. **Product sales are final.** [fine print, illegible]

b. **Return of Rentals.** [fine print, illegible]

c. **Buy Back of Fluids.** [fine print, illegible]

d. **Freight Charges.** [fine print, illegible]

e. **Pricing exclusions.** [fine print, illegible]

f. **Additional Work.** [fine print, illegible]

21. **EXPORT COMPLIANCE.** [fine print, illegible]

Exhibit 2 - 390

EXHIBIT
8



GENERAL TERMS AND CONDITIONS

invoked, or denied Customer's export privileges. Customer agrees not to use or transfer the Work for any use relating to nuclear, chemical, or biological weapons, or missile technology unless authorized by the U.S. government by regulation or specific written license.

22. **PUBLICITY.** Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group ie, issue or publish any press release or make any public statements or publicize any information with respect to (i) the contents of these General Terms and Conditions, (ii) the Work contemplated to be performed under the Contract, and/or (iii) any transactions or occurrences arising as a result of the Work, without the prior written approval of the other party. Furthermore, the parties agree to confer with each other prior to any publication of any such information and to set forth such agreement in a separate writing.

23. **CONFIDENTIALITY.** Customer agrees to hold in strict confidence all information provided by Wellbore Group i customer all of which is Wellbore confidential information. Customer shall not disclose such confidential information to any third party without written authorization from Wellbore, or except as required by law or legal process.

24. **WELLBORE ENTITIES.** In the event that the parties enter into an Order subject to these General Terms and Conditions, Customer and Wellbore agree, and it is the intent of these General Terms and Conditions that the parties identified herein as Wellbore shall not be jointly liable and shall only be severally liable to the extent of their respective obligations and liabilities hereunder. The specific party identified as Wellbore in the applicable Order shall be the party responsible for the applicable Work. Each Wellbore entity shall not be deemed a guarantor or surety with respect to the other Wellbore entities' obligations and liabilities. This provision shall not impair Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein.

EXHIBIT
8

**Exhibit 2 - 391**

MRT_M1011667 2020-05-06 09 11 21.pdf

# DRILCO

## Material Receiving Ticket

**MRT #:M1011667**

**Customer Ref #: R# 202-769**

**Job #:J1009211**

| | |
|---|---|
| Customer Name: 100180N8-FIELDWOOD ENERGY, LLC | |
| Operator: | Bill Inspection to: FIELDWOOD ENERGY, LLC |
| Contact Person: Kris Kimble | Contact Phone: 713-969-1129 |
| Created Date: Thu Oct 10 15:08:12 GMT 2019 | Email: kris.kimble@fwelll.com |
| Rig/Operator: | DRILCO Location: Port Fourchon |
| | Bill Welding to: FIELDWOOD ENERGY, LLC |

| | | |
|---|---|---|
| | | Rig (Name/No): Rowan Resolute |
| | | Bill Repairs to: FIELDWOOD ENERGY, LLC |

**Special Instructions**

**Equipment Details**

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 1 | 80 | Drill Pipe-STD/ 6 5/8 47/.55/ .750 V/.50 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment (for tool type received:

Summary of services to be provided on Item 1:

| | | | | | |
|---|---|---|---|---|---|
| Shop Inspection | Repair | Welding | Storage | Milling Protectors | |
| | | | | Box | 0 |
| | | | | Pin | 0 |

Page 1 of 2

EXHIBIT 8

Exhibit 2 - 392

MRT M101167 2020-05-06 09 11 21.pdf

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 2 | 70 | Drill Pipe-STD 5 19.50# /.362 S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on item 2:

| Shop Inspection | Repair | Welding | Storage | Milling Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 3 | 94 | Drill Pipe-STD 5 25.60# S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on item 3:

| Shop Inspection | Repair | Welding | Storage | Milling Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

Page 2 of 2

Exhibit 2 - 393

EXHIBIT 8



# DRILCO
INSPECTION SERVICES

BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| | | | | | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| CUSTOMER: VALARIS | | DATE: | 6/15/2020 | P.O. NO. | | |
| | | OPERATOR | TERRANCE GUISHFIELD | CUSTOMER CODE | | |
| | | CONTRACTOR/RIG: | ROWAN RESOLUTE | STATE CODE | 1256 | AREA 05 |
| WORK ORDER # J1009211 | | LOCATION | GC-200 | | | |
| AUTHORIZED BY KRIS KIMBLE | | COUNTY | LAFOURCHE | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.05 # V-150 RANGE-3 DRILL PIPE | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL. | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

| TIME BREAK DOWN: | | SUBTOTAL | |
|---|---|---|---|
| | | | $6,560.00 |

| DEPART FOR JOB: | AM | ARRIVE AT JOB: | AM PM | INSPECTION REPORT(S): |
|---|---|---|---|---|
| SERVICE HOURS: | | | | SHOP ORDER J1009211 |
| DEPART FOR JOB: | AM | PM CHARGEABLE: | HRS | |
| | | NON-CHARGEABLE: | HRS | |
| CUSTOMER'S SIGNATURE: | | DATE: 6/15/2020 | | INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH |

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT

COMMENTS

## THANK YOU_____

EXHIBIT
8

Exhibit 2 - 394

1000I382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15 _16 _17 _33V4_2.pdf Summary Report

# DRILCO

Summary Report #: I0001382

Job #: J1009211

Work Order #: W1013419

Customer Ref #: R# 202-769

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-150 RANGE-3 DRILL PIPE
WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS
WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 1
WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) BUT
NEED CONNECTION REPAIRS.

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

NOTES
HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RASIED)
ID COATING CLASSIFIED #1 CONDITION
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

Page 1 of 1

EXHIBIT
8

**Exhibit 2 - 395**

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 730 V-150 RG III DP 06-15-20 2020-06-15_16_21 21 V4 2.pdf Final

# DRILCO

## Final Inspection Report #: 10001382

Job #: 1100021i

Work Order #: W103419

Customer Ref #: RW 202-769

### Billing Information

| Date | 06/15/2020 |
|---|---|
| Customer Name | 1001 800# FIELDWOOD ENERGY, LLC |
| Ordered By | Kris Kimble |
| Rig Name | Rowan Resolute |
| Location | GC-200 |
| Well | TA-3 |
| OCS-G | 12209 |
| AFE | |
| WBS | |
| Quota# | |
| Work Order # | W103419 |
| PO # | |
| Inspected @ | Port Fourchon |

### Tube Spec's

| Size | 6 5/8 |
|---|---|
| Grade | V-150 |
| Weight | 47.05 / .750 |
| Nominal Wall | 0.750 |
| Min Wall | 0.712 |

### Tool Joint Spec's

| New OD | 8 1/2 |
|---|---|
| Min OD | 8 5/64 |
| Min TS Box | 6 5/8 |
| Min TS Pin | 6 1/16 |
| Range II III | III |
| Recommend H3 | Yes |
| Connection | 6 5/8 FH |

### Inspection & Services Performed

| | |
|---|---|
| Total Indicated Runout (TIR) of connections performed | |
| Cleaning Service Brush OD / ID Full Length | X |
| Wet Magnetic Inspection Stress Area's Box and Pin Ends ( OD ) | X |
| Cleaning Service Watchlast OD / ID Full Length | X |
| Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Jts | X |
| Visual Tube Body, OD Gauge, UT Center Wall, Ultrasonic Tube Full Length | X |
| Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Jts | X |
| Wet Magnetic Inspection of Re-Machined Connections | X |
| Visual Tube Body, OD Gauge, UT Center Wall, EMI Tube Full Length | X |
| Dry Magnetic Inspection Stress Area's Box and Pin Ends ( ID ) | |
| Reverse Magnetic Field Full Length | X |
| Ultrasonic Inspection Tube Area's Box and Pin Ends ( OD ) | |

### Box Tool Joint

| | | |
|---|---|---|
| OK DRILCO | OK | 56 |
| Machine Re-face | MRF | 8 |
| Galled Thread(s) | GT | 0 |
| Damage Thread(s) | DT | 0 |
| Worn Thread(s) | WT | 0 |
| Pitted Thread(s) | PT | 13 |
| Swelled Tool Joint | SWB | 0 |
| Cracked Thread(s) | CT | 0 |
| Damage Shoulder | DS | 0 |
| Benchmark at Min | BM | 0 |
| Pitted Seal(s) | BN | 0 |
| Damaged Seal(s) | DS-M | 0 |
| Heat Checking | HC | 0 |
| Flush Hardband | F | 0 |
| Worn Hardband | W | 0 |
| Broken Hardband | B | 0 |

### Pin Tool Joint

| | | |
|---|---|---|
| OK DRILCO | MRF | 14 |
| Machine Re-face | GT | 0 |
| Galled Thread(s) | DT | 1 |
| Damage Thread(s) | WT | 0 |
| Worn Thread(s) | PT | 4 |
| Pitted Thread(s) | SWN | 0 |
| Swelled Nose | CT | 0 |
| Cracked Thread(s) | DS | 1 |
| Damage Shoulder | BM | 1 |
| BM at Minimum | FS-M | 0 |
| Pitted Seal(s) | DS-M | 0 |
| Damaged Seal(s) | HC | 0 |
| HC Tool Jt | F | 0 |
| Flush Hardband | W | 0 |
| Worn Hardband | B | 0 |
| Bent Joint(s) | | 0 |
| Flaking ID Coating | | 0 |

### MRF Classifications

| | | |
|---|---|---|
| Cut Shoulder | MRF-CS | 0 |
| Pitted Shoulder | MRF-PS | 0 |
| Stubbing Damage | MRF-SD | 0 |
| Un-square Shoulder | MRF-UNS | 0 |
| Galled Shoulder | MRF-GS | 6 |

### Jount Class Entries

| | Box Pin Totals |
|---|---|
| Premium | P |
| Bent Tube | BT |
| Class 3 Reject | |

### Total Count

| Total Joints Inspected | 80 |
|---|---|
| 100% And Greater Remaining Wall | 9 |
| 93.0% - 99.9% Remaining Wall | 71 |
| 90.0% - 94.9% Remaining Wall | 0 |
| 80.0% - 89.9% Remaining Wall | 0 |
| Best Tube(s) - NOT INSPECTED | 0 |
| Class # 2 Rejected Joints | 0 |
| Class # 3 Rejected Joints | 0 |
| Total Premium Joints | 80 |
| Total DownGrade Joints | 0 |
| Total Premium Ready Joints | 42 |
| Total Repair Joints | 38 |
| Rehardband Joints | 0 |
| Total DBR Joints | 0 |
| Current Premium Ready | 42 |
| Outstanding Repair Joints | 38 |
| Current Downgrade Joints | 0 |

### Specifications Used

DS-1 Category 5=FL UT 2

### Inspected by

| Joshua Riner | Dominic Patterson |
|---|---|
| Ron Leblanc | Terance Crutchfield |

Re-Inspected by

Inspector's Comments

Material Belongs to ROWAN

White Lite Reading, 50-51

U. V. Meter Reading, 1750-2360

Exhibit 2 - 396

EXHIBIT 8

1000382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.0S - 750 V 150 RG III DP 06-15-20 2020-06-15_16_21_21 V4.2.pdf Final

| JT Run No. | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Flaking ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia. | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW % | S - S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | NAR 06941 | AACGND 0141 | 0.737 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.27 | 43.87 | RPR | PRM |
| 33 | NAR 06975 | AACGND 0175 | 0.730 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 97.33 | 43.74 | RPR | PRM |
| 32 | NAR 06981 | AACGND 0217 | 0.724 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 94.55 | 43.92 | RPR | PRM |
| 31 | NAR 06972 | AACGND 0072 | 0.759 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | PT | | | | OK | | P | 100.00 | 44.10 | RPR | PRM |
| 30 | NAR 07052 | AACGND 0232 | 0.748 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | BM | | | | OK | | P | 97.60 | 43.88 | RPR | RPR |
| 29 | NAR 06995 | AACGND 0155 | 0.729 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 93.87 | 43.88 | RPR | PRM |
| 28 | NAR 06985 | AACGND 0185 | 0.719 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | NRF-GS | | | | OK | | P | 95.87 | 43.74 | RPR | RPR |
| 27 | NAR 07008 | AACGND 0208 | 0.748 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 96.33 | 43.87 | PRM | PRM |
| 26 | NAR 06860 | AACGND 0060 | 0.743 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 95.07 | 43.86 | RPR | PRM |
| 25 | NAR 07004 | AACGND 0204 | 0.743 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/2 | MRF-PS | | | | OK | | P | 99.73 | 43.85 | RPR | PRM |
| 24 | NAR 07020 | AACGND 0220 | 0.734 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 98.00 | 43.70 | RPR | PRM |
| 23 | NAR 06938 | AACGND 0138 | 0.748 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 98.00 | 43.66 | PRM | PRM |
| 22 | NAR 06958 | AACGND 0144 | 0.715 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 98.27 | 43.55 | RPR | RPR |
| 21 | NAR 06941 | AACGND 0021 | 0.732 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 | OK | | | | OK | | P | 97.60 | 43.75 | PRM | PRM |
| 20 | NAR 06950 | AACGND 0156 | 0.747 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.87 | 43.82 | PRM | PRM |
| 19 | NAR 06956 | AACGND 0110 | 0.732 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 | OK | | | | OK | | P | 99.60 | 43.81 | RPR | PRM |
| 18 | NAR 06910 | AACGND 0101 | 0.746 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 100.27 | 43.81 | RPR | PRM |
| 17 | NAR 06897 | AACGND 0050 | 0.746 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | WT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | PT | | | | OK | | P | 99.47 | 43.72 | RPR | PRM |
| 16 | NAR 06877 | AACGND 0039 | 0.713 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | MRF-PS | | | | OK | | P | 99.00 | 43.75 | RPR | PRM |
| 15 | NAR 06913 | AACGND 0038 | 0.722 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | | | | OK | | P | 96.53 | 43.78 | RPR | PRM |
| 14 | NAR 06972 | AACGND 0172 | 0.732 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.20 | 43.83 | PRM | PRM |
| 13 | NAR 06990 | AACGND 0100 | 0.727 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.30 | 43.83 | PRM | PRM |
| 12 | NAR 06959 | AACGND 0159 | 0.739 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 98.93 | 43.64 | PRM | PRM |
| 11 | NAR 06882 | AACGND 0016 | 0.744 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 1/2 | MRF-GS | | | | OK | | P | 99.07 | 43.27 | PRM | PRM |
| 10 | NAR 06816 | AACGND 0036 | 0.740 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 1/2 | MRF-GS | | | | OK | | P | 99.07 | 43.19 | PRM | PRM |
| 9 | NAR 06817 | AACGND 0036 | 0.744 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 1/2 | MRF-GS | | | | OK | | P | 99.80 | 43.44 | RPR | PRM |
| 8 | NAR 07012 | AACGND 0017 | 0.741 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 1/2 | OK | | | | OK | | P | 99.80 | 43.27 | PRM | PRM |
| 7 | NAR 07011 | AACGND 0112 | 0.743 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 11 | GT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/2 | OK | | | | OK | | P | 99.07 | 43.64 | PRM | PRM |
| 6 | NAR 06922 | AACGND 0211 | 0.737 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.07 | 43.64 | PRM | PRM |
| 5 | NAR 06912 | AACGND 0112 | 0.737 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.60 | 43.54 | PRM | PRM |
| 4 | NAR 06912 | AACGND 0112 | 0.710 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | MRF-PS | | | | OK | | P | 95.80 | 43.54 | RPR | RPR |
| 3 | NAR 06972 | AACGND 0217 | 0.717 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 96.47 | 43.74 | RPR | RPR |
| 2 | NAR 06981 | AACGND 0217 | 0.717 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 14 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | MRF-FS | | | | OK | | P | 96.33 | 43.74 | RPR | RPR |
| 1 | NAR 06975 | AACGND 0141 | 0.730 | 1 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.27 | 43.87 | RPR | PRM |

Note: (*) mark know as (*)Run No Not connected.

EXHIBIT 8

**Exhibit 2 - 397**

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.051 750 V 150 RG 111 DP 06-15-20 2020-06-15_16_21_21 V4 2.pdf Final

| No. | NAR | AACGND | | | | | | | | | | | | | | | | | RFR/PRM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | NAR 06991 | AACGND 0191 | 0.712 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 1/2 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | P | 97.60 | 43.80 | RFR |
| 36 | NAR 06876 | AACGND 0076 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 1/2 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | P | 96.53 | 43.94 | RFR |
| 37 | NAR 06920 | AACGND 0120 | 0.731 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | P | 97.47 | 43.83 | RFR |
| 38 | NAR 06994 | AACGND 0194 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 3/4 | OK | MRF-GS | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | P | 99.87 | 43.80 | PRM |
| 40 | NAR 06913 | AACGND 0113 | 0.718 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 | PT | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/4 | OK | P | 100.00 | 43.94 | PRM |
| 41 | NAR 07028 | AACGND 0228 | 0.715 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 1/2 | PT | MRF-GS | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | P | 96.67 | 43.80 | PRM |
| 42 | NAR 07029 | AACGND 0229 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | P | 99.40 | 43.83 | RFR |
| 44 | NAR 06931 | AACGND 0134 | 0.716 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 1/2 | PT | MRF-GS | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | P | 96.47 | 43.84 | PRM |
| 46 | NAR 06875 | AACGND 0075 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/4 | PT | P | 97.87 | 43.76 | RFR |
| 47 | NAR 06911 | AACGND 0171 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 1/2 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | P | 99.87 | 43.73 | RFR |
| 48 | NAR 06884 | AACGND 0064 | 0.713 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | P | 97.20 | 43.77 | PRM |
| 49 | NAR 06882 | AACGND 0162 | 0.731 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 | MRF-SD | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | MRF-PS | P | 96.40 | 43.70 | PRM |
| 50 | NAR 06961 | AACGND 0161 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 8 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | P | 99.60 | 43.54 | RFR |
| 51 | NAR 06971 | AACGND 0068 | 0.730 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 1/4 | OK | MRF-GS | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | P | 100.00 | 43.73 | PRM |
| 53 | NAR 06973 | AACGND 0173 | 0.755 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 11 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | OK | P | 98.80 | 44.00 | PRM |
| 55 | NAR 06934 | AACGND 0041 | 0.755 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 3/4 | OK | MRF-GS | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | P | 98.00 | 43.79 | PRM |
| 55 | NAR 06941 | AACGND 0444 | 0.739 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | P | 98.55 | 43.80 | PRM |
| 57 | NAR 06887 | AACGND 0007 | 0.739 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | OK | P | 98.53 | 43.80 | PRM |
| 58 | NAR 06948 | AACGND 0224 | 0.723 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 3/4 | PT | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | P | 97.87 | 43.80 | PRM |
| 59 | NAR 07024 | AACGND 0216 | 0.723 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 | PT | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | P | 97.33 | 43.73 | PRM |
| 60 | NAR 00016 | AACGND 0002 | 0.742 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 | PT | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | P | 96.40 | 43.73 | PRM |
| 61 | NAR 06882 | AACGND 0062 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | P | 98.93 | 43.73 | RFR |
| 62 | NAR 06411 | AACGND 0011 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | DT | P | 99.13 | 43.73 | RFR |
| 63 | NAR 06844 | AACGND 0044 | 0.718 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 1/4 | MRF-GS | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | P | 98.00 | 43.73 | PRM |
| 64 | NAR 06960 | AACGND 0160 | 0.760 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 | MRF-GS | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | P | 98.73 | 43.87 | PRM |
| 66 | NAR 06899 | AACGND 0099 | 0.742 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | P | 98.93 | 43.78 | RFR |
| 67 | NAR 06888 | AACGND 0088 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 8 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | P | 100.00 | 43.87 | PRM |
| 68 | NAR 06879 | AACGND 0079 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 3/4 | MRF-GS | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | P | 99.33 | 43.78 | PRM |
| 69 | NAR 06846 | AACGND 0046 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | P | 99.20 | 43.83 | RFR |
| 70 | NAR 06825 | AACGND 0025 | 0.743 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 3/4 | OK | P | 99.20 | 43.65 | RFR |
| 71 | NAR 06900 | AACGND 0103 | 0.714 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 3/4 | PT | MRF-GS | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | P | 96.93 | 43.65 | PRM |
| 72 | NAR 06853 | AACGND 0104 | 0.713 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 1/4 | OK | MRF-GS | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | PT | P | 95.07 | 43.64 | PRM |
| 74 | NAR 06894 | AACGND 0154 | 0.726 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 1/4 | MRF-SD | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | PT | P | 96.80 | 43.84 | RFR |
| 75 | NAR 06876 | AACGND 0003 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | P | 97.73 | 43.44 | RFR |
| 76 | NAR 07015 | AACGND 0215 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 1/2 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | P | 98.80 | 44.02 | RFR |
| 77 | NAR 06871 | AACGND 0071 | 0.748 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | P | 98.00 | 44.02 | RFR |
| 78 | NAR 06970 | AACGND 0170 | 0.750 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/2 | OK | P | 100.00 | 43.69 | RFR |
| 79 | NAR 06917 | AACGND 0317 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | P | 99.20 | 43.69 | PRM |
| | NAR 06855 | AACGND 0200 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | P | 100.00 | 43.83 | RFR |
| | NAR 07017 | AACGND 0095 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 1/2 | OK | P | 98.00 | 43.90 | PRM |
| | NAR 06822 | AACGND 0002 | 0.724 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 10 3/4 | OK | PT | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 | OK | P | 96.51 | 43.83 | PRM |
| | NAR 06802 | AACGND 0178 | 0.745 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5.7/8 | 9 1/2 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | P | 99.33 | 43.79 | RFR |
| | NAR 06978 | AACGND 0178 | 0.745 | | | | | | | | | | | | | | | OK | P | | | RFR |

EXHIBIT 8

| 80 | NAR 06837 | A ACOND 0037 | 0.230 | 1 | 8 1 2 | 4 1 4 | 7 45 64 | 5 78 | 9 3 4 | OK | | | | OK | 8 1/2 | 4 1 4 | 7 45/64 | 4 15 16 | 10 1 4 | OK | | | | OK | P | 97.33 | 43.77 | PRM | PRM |

I0001382 FIELDWOOD ENERGY, LLC Ruwon Resolute 80 JTS 6.625 47.05 / 750 V-150 RG III DF 06-15-20 2020-06-15_16_21_21V4 2.pdf Final

Note: (1) Pinch Above size (T)Size No. has continued)

EXHIBIT
8

Exhibit 2 - 399

# DRILCO

INSPECTION SERVICES
BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| CUSTOMER: | VALARIS | | DATE: | 6/11/2020 | P.O NO | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|
| | | | OPERATOR | | CUSTOMER CODE: | | |
| JOB # | J1009211 | | CONTRACTOR/RIG: | RESOLUTE | STATE CODE | S | |
| WORK ORDER # | | | LOCATION | GC 200 | AREA | 1256 | |
| AUTHORIZED BY | KRIS KIMBLE | | COUNTY/STATE | LAFOURCHE,LA | CUSTOMER REF# | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE | CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|---|
| 160 | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | | 160 | $8.00 | $1,280.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

TIME BREAK DOWN:

| | SUBTOTAL | |
|---|---|---|
| | | $1,280.00 |

| | | | INSPECTION REPORT(S): |
|---|---|---|---|
| DEPART FOR JOB: | ☐ AM ☐ PM | ARRIVE AT JOB: ___ AM PM | J1009211 |
| SERVICE HOURS: | | | |
| DEPART FOR JOB: | ☐ AM PM | CHARGEABLE: ___ HRS | |
| | | NON-CHARGEABLE ___ HRS | |
| CUSTOMER'S SIGNATURE: | | DATE: | INSPECTED BY  NICK, JOSH |

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.

COMMENTS _____

RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR INDIRECTLY FROM SERVICES PROVIDED

EXHIBIT
8

**Exhibit 2 - 400**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page   1

**Attention:** SERVICE-RIG / ASSET MANAGE

REQ Type        ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 10 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 425.00 4,250.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                HTS NO:                UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

| 2 | 12 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 565.00 6,780.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                HTS NO:                UNSPSC NO:

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235550 |
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR     DATE | | Rep Name (Print) | | BUYER                    DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____   DATE FAXED: _____

EXHIBIT
8

**Exhibit 2 - 401**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID: 0000235550
Date: 05/09/2020
Page   2

**Attention:** SERVICE-RIG / ASSET MANAGE

REQ Type        ONSHORE REPAIR

| | | | | | | | | | PURCHASING USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

| | | | | | |
|---|---|---|---|---|---|
| R4202 OIM | 05/09/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000235550 |
| | | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____  DATE FAXED: _____

EXHIBIT
8

**Exhibit 2 - 402**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit:10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page    3

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type      ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 2 DRILCO JOB: J1009211 | | | | | | |
| 3 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,WATERBLAST CLEANING | 15.00 1,200.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 3 DRILCO JOB: J1009211 | | | | | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 4 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8,47.05#,INSPECT TO DS-1 CAT-5 SPECS | 82.00 6,560.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235550 |
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Signature | | BUYER              DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT 8

**Exhibit 2 - 403**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID: 0000235550
Date: 05/09/2020
Page     4

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type     ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | HTS NO: | | UNSPSC NO: | | | | |
| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 4 DRILCO JOB: J1009211 | | | | | | |
| 5 | 160 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 8.00 1,280.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:                    HTS NO:                         UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount:        20,070.00

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

AFE: *Fw 191015*
LEASE: *GC-40 Ketmai*
RIG: *Rowan Resolute*
ENGINEER: *K. Castille*
*Routing # 580048*
*Act Code # 3025-15*

| REQION NO: | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000235550 |
|------|------|------|------|------|------|
| OIM | DATE | *F w E* Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | *Brent Primeaux* Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____  DATE FAXED: _____

EXHIBIT
8

**Exhibit 2 - 404**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
        Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER  GC 40 #1
             KATMAI

AFE #: FW2020002

TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD  USAGE ON
THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S
REP.

The support is Cameron Inv#916459063 - Dated:03/15/2019

| ITEM ID | DESCRIPTION | | |
|---|---|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER  CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

AMOUNT DUE:  $            111,367.50

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:

Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:        WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date: 2020.07.16
13:57:18 -05'00'

$  (111,367.50)  810650.10417.4202.110

ED

EXHIBIT
8

**Exhibit 2 - 405**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | |
|---|---|
| Valaris Field Requisition | |

**Business Unit:** 10013    OPEN
**Req ID:** 0000236908
**Date:** 07/03/2020
**Page**   1

**Attention: SUBSEA**

REQ Type     Supply

| ITEM | QTY | GA. ACCT. Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 024000 223154403 | EA | PACKER-SIDE,CAMERON,2231544-03 ,18-3/4IN,15K,LL CDVS AND COVS II,U II/T7/TL/EVO AND 10-15K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99      HTS NO:8431438090      UNSPSC NO:

| 2 | 4 | 024000 223154703 | EA | PACKER-SIDE,CAMERON,2231547-03 ,18-3/4IN,15K,RT CDVS AND CDVSII,U II/T7/TL/EVO AND 10-15.K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99      HTS NO:8431438090      UNSPSC NO:

| 3 | 2 | 024000 223154101 | EA | PACKER,CAMERON,2231541-01,BLAD E F/ 18-3/4 IN-16M BOP CDVS U II RAM BLOCK CDVS RAM | 2,464.50 4,929.00 | 09- 09-BLOW OU | VC | | | |

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236908 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR     DATE | | Rep Signature | | BUYER        DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____     DATE FAXED: _____

EXHIBIT
8

**Exhibit 2 - 406**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000236908
Date: 07/03/2020
Page    2

**Attention: SUBSEA**

REQ Type        Supply

| | | | | | | | | | PURCHASING USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| | | N | | | | | | | | |

Available Sustitutes    Item Desc :

ECCN NO: EAR99                HTS NO:8431438090                UNSPSC NO:

| 4 | 4 | 024000 64436903 | EA | SEAL,CAMERON,644369-03,TOP,F/ DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U II RAM BLOCK | 8,114.25 32,457.00 | 09- 09-BLOW OU | | VC | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                HTS NO:8484200000                UNSPSC NO:

| 5 | 2 | 024000 644404010003 | EA | PACKER,CAMERON,644404010003,VA RIABLE BORE RAM,5.875 IN PIPE,CAMERON BOP TP U-II | 14,843.25 29,686.50 | 09- 09-BLOW OU | | VC | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:    0000236908 |
|---|---|---|---|---|
| OIM | DATE | | | |
| Line Item Exempt : | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER            DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED:_____

EXHIBIT
8

**Exhibit 2 - 407**

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013    OPEN
Req ID: 0000236908
Date: 07/03/2020
Page    3

**Attention: SUBSEA**

REQ Type          Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | EAR99 | | HTS NO: 8481909090 | | UNSPSC NO: | | | | |
| 6 | 2 | 024000 645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 16A TEMP CLASS EF,W/ 8-HR EXCURSION TO 350 DEG F | 975.00 1,950.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:  EAR99                    HTS NO: 4016930000              UNSPSC NO:

| 7 | 6 | 024000 645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-B,U II-B,U-II,AND,15M U-II,15M 18-3/4 TL BOP,PER API 16A,TEMP RATING -50 TO 350 DEG F | 490.50 2,943.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:  EAR99                    HTS NO: 8431438090             UNSPSC NO:

Total Requisition Amount:          111,367.50

| ECCN NO: R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. D. GABOURIE FWE | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:    0000236908 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | 7/3/20 | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | BARRY GABOURIE Rep Name (Print) | | BUYER          DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____  DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

ACCT CODE 3060-15
7-3-2020

EXHIBIT 8

**Exhibit 2 - 408**



**A Schlumberger Company**

## INVOICE

| | | |
|---|---|---|
| Invoice No | : 916459063 | **Remit to:** |
| Invoice Date | : MAR 15 2019 | Cameron International Corporation |
| Page | : 1 of 3 | P.O. Box 731412 |
| | | Dallas, Texas 75373-1412 |
| | | Federal Tax ID: 76-0451843 |

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: 831144704
ABA No: 021000021
Swift No: CHASUS33

Payment Terms : Net 45 Days
Terms & Conditions : As Attached/Included
Freight Terms : Free Carrier
      HOUSTON DC
Ship From : HOUSTON - 4800 WEST GREENS ROA
Shipped Date : MAR 15 2019

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

Invoice To : 60001776
EMAIL
ATLANTIC MARITIME SERVICE LLC EMAIL
ATTN ACCTS PAYABLE
2800 POST OAK BLVD STE 5450
HOUSTON TX 77056-6189
USA

Ship To : 43242011
ATLANTIC MARITIME SERVICES LLC
13627 WEST HARDY
HOUSTON TX 77060
USA

| Inside Sales Contact | : | Johnny Olachia | 832-787-8686 | Sales Order : 3685599 | Delivery Number : 88188457 |
|---|---|---|---|---|---|
| Outside Sales Contact | : | ALAN THIBODEAUX | 281-753-2922 | | |

Customer Reference : 4500506400
Functional location : 10943607
Description : ROWAN RESOLUTE RIG 202
Placed by : Tina Castillio
Project Name : RIG 202
Project/Reference : RIG 202

| Item | Material Number<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | 644369-03<br>Customer Material :80492<br>TOP SEAL, 18-3/4" 15K (CDVS) 'TL' BOP<br>TEMP CLASS 'XX'<br><br>Frame Agreement Price : 8,330.63 | 4.000 EA | 8,330.63 | 33,322.52 |
| | FR#236908 - Item Number 4 - 64436903 - 4 EA | | | |
| 30 | 2231541-01<br>Customer Material :78134<br>PACKER, BLADE, CDVS RAM,<br>18-3/4" 15M 'UII' AND 'T/TL' BOP's<br>API 16A TEMP "XX" (NOT API 16A 4TH ED)<br><br>SERIAL NUMBER: 000000000000000001<br>SERIAL NUMBER: 000000000000000002<br>Frame Agreement Price : 2,530.22 | 2.000 EA | 2,530.22 | 5,060.44 |
| | FR#236908 - Item Number 3 - 223154101 - 2 EA | | | |

EXHIBIT
8

**Exhibit 2 - 409**



A Schlumberger Company

Invoice No : 916459063

Page : 2 of 3

Serial No : 1 2

| 40 | 2231547-03 | 4.000 EA | 5,056.59 | 20,226.36 |

Customer Material :80491
SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 – Item Number 2 - 223154703 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 50 | 2231544-03 | 4.000 EA | 5,056.59 | 20,226.36 |

Customer Material :80490
SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K  BOP'S TEMP CLASS 'EF'

FR#236908 – Item Number 1 - 223154403 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 60 | 645484-01-00-01 | 28.000 EA | 503.58 | 14,100.24 |

Customer Material :23001
BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND 18-3/4" 15K

FR#236908 – Item Number 7 - 645484010001 - 6 EA

"TL" BOP (NOT API 16A 4TH ED)
Frame Agreement Price : 503.58

| 70 | 2247012-02 | 1.000 EA | 7,408.17 | 7,408.17 |

Customer Material :129474
BODY, S-AX GASKET, 18-3/4 10/15 K

Frame Agreement Price : 7,408.17

| 80 | 644404-01-00-03 | 8.000 EA | 15,239.07 | 121,912.56 |

Customer Material :74683
PACKER, VBR - CAMRAM (TM) 18-3/4"-15M

FR#236908 – Item Number 5 - 644404010003 - 2 EA

T/TL BOP, 7-5/8" TO 3-1/2" OD
PIPE, AND 5-7/8" TO 3-1/2" OD PIPE
PER API 16A, TEMP CLASS "E,X"
DUAL DUROMETER (NOT API 16A 4TH ED)
Frame Agreement Price : 15,239.07

EXHIBIT
8



A Schlumberger Company

Invoice No : 916459063

Page : 3 of 3

| 90 | 645068-01-00-02 | 8.000 EA | 1,001.00 | 8,008.00 |

Customer Material :23134
TOP SEAL, 18-3/4"-15M 'T/TL' BOP
API 16A TEMP CLASS "EF"
WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH ED)
Frame Agreement Price : 1,001.00

FR#236908 - Item Number 6 - 645068010002 - 2 EA

**Price summary :**

| | |
|---|---|
| Total Price : | 230,264.65 USD |
| State Tax : | 14,391.53 USD |
| City Tax : | 2,302.65 USD |
| Transit Tax : | 2,302.65 USD |
| Total Invoice Value : | 249,261.48 USD |

EXHIBIT
8

**Exhibit 2 - 411**

Cameron Intl Corp

# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007278
INVOICE DATE: 07/20/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

---

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| INSPECTION OF 6-3/4IN DRILL COLLARS<br>PO#458846 - FR#23066 | $ | 225.00 |
| 10-DIRTY OIL TOTE TANKS<br>PO#458710 - FR#236175 | $ | 1,500.00 |
| CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL<br>PO#458579 - FR#235606 | $ | 1,611.21 |
| WELLHEAD RING GASKETS AND SEALS<br>PO#457100 - FR#234615 | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |

AMOUNT DUE: $ 5,886.52

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250-10417.4202.110 |

ED


EXHIBIT
8

**Exhibit 2 - 412**

ORACLE VALARIS

Favorites  Main Menu

Purchasing  Purchase Orders  Review PO Information  Purchase Orders

Home   Worklet   Add to Favorites   Sign out

Purchase Order Inquiry

## Purchase Order

| | |
|---|---|
| Business Unit: | 10013 |
| PO ID: | 0000456846 |

PO Status: Dispatched

### Header

| | |
|---|---|
| PO Date: | 06/09/2020 |
| Vendor Name: | DRILCOCOM-001 |
| Vendor ID: | 0000000238   Vendor Details |
| Buyer: | Kenya |
| | Ateem |
| | Abdul |
| | Moole |

| | |
|---|---|
| Backorder Status: | Not Backordered |
| Receipt Status: | Not Recvd |
| | ☐ Hold From Further Processing |

PO Reference: 0000235695 SERVICE

Header Details       All RTV
Header Comments       Matching
Change Order       Activity Summary

Document Status

### Amount Summary

| | |
|---|---|
| Merchandise: | 225.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 225.00 USD |

### Lines

Personalize | Find | View All |   First   1 of 1   Last

| Line ▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount ▲ | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | 🔍 6750DCR2PRIN | INSPECTION-ONSHORE COLLARS RAN | 85 | 15.0000 | EA | 225.00 USD | Approved | 6750DCR2PRIN |

View Approvals

Return to Search       Notify

Related Links

https://neople3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder=...   7/20/2020

EXHIBIT
8

**Exhibit 2 - 413**

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
920 MEMORIAL DRIVE
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013
Req ID: 000025361068
Date: 05/28/2020
Page: 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type: ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT Item No | UOM | DESCRIPTION | COST | PRI CATEGORY | DRILL RATING | PRICE | VENDOR LOCATION, CONFIRM TO | PO NO. |
|------|-----|------|-----|-------------|------|------|------|------|------|------|
| 1 | 15 | 084500 BSS5DC42PPN | EA | INSPECTION-ONSHORE COLLARS, RAN GE 2,5-5/4 (I.D.) OD, POST-REPAIR INSPECTION | 10.00 150.00 | RS - RS-TUBULAR | C | | | |

AFE:      FW202002
Lease: GC 40 #1
Project: Kaimai
Engineer: K.Dufrene
Routing #: 580047

Line Item Exempt : N
Available Subtitles    Item Desc : :

ACCT. CODE 3060-15
5-29-2020

ECON NO:                    HTS NO:                    UNSPEC NO:            150.00

Total Requisition Amount

FIELDWOOD RE-BILL FOR INSPECTION OF 6-3/4IN DRILL COLLARS, ETRR# R4202.2020-5-26-1001. COLLARS WILL GO TO WELLBORE INTEGRITY
SOLUTIONS IN FOURCHON.
SERIAL#S:239006, 239051, 239072, 239842, 239943, 239948, 239051, 239092, 239954, 239058, 239059, 239090, 239053, &
239054

| R4202 | 05/28/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List #1 Field ETRR No. by item | PURCHASING ONLY FRND: 000025361068 |
|------|------|------|------|------|
| OIM | DATE | FWE Operator (Print) | | |
| | | J. Button Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Larry Butler Rep Name (Print) | BUYER | DATE |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____        DATE FAXED: _____

EXHIBIT 8

**Exhibit 2 - 414**

Purchase Orders

VALARIS

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home | Worklist | Add to Favorites | Sign out

## Purchase Order Inquiry

### Purchase Order

Business Unit: 10013
PO ID: 0000456710

PO Status: Dispatched
POA Status: Acknowledged

#### Header

PO Date: 06/03/2020
Vendor Name: AMERICANR-003
Vendor ID: 0000017294    Vendor Details
Buyer: Ernestine
Castillo

PO Reference:

Header Details
Header Comments    Document Status
Change Order

Matching
Activity Summary
All RTV

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

Amount Summary
Merchandise: 1,500.00
Freight/Tax/Misc.: 0.00
Total: 1,500.00 USD

### Lines

Personalize | Find | View All | First | 1 of 1 | Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SERVOILDS560GAR | SERVICE-ONSHORE AMERICAN RECOV | 90 | 10.0000 | EA | 1,500.000 USD | Approved | SERVOILDS560GAR | 🗗 |

View Approvals

Return to Search

Related Links

https://people3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder=...    7/20/2020

Exhibit 2 - 415

EXHIBIT
8

## Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | Valaris Field Requisition |
| --- | --- |

Business Unit:10013  OPEN
Req ID:0000236175
Date: 06/02/2020
Page     1

**Attention: ENGINEERING**

REQ Type          Rental

**PURCHASING USE ONLY**

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 10 | 024000 SERVOILDISS50GA | EA | SERVICE-ONSHORE,AMERICAN RECOVERY,DISPOSAL,USED OIL,NON-HAZ,RATE INCLUDES 550 GAL TOTE,DISPOSAL,TRANSPORTATION AND 30 DAY TOTE RENTAL | 135.00 1,350.00 | 90- 90-ENVIRON | S | | | |

Line Item Exempt : N

Available Sustitutes          Item Desc :

ECCN NO: EAR99          HTS NO:7310100050          UNSPSC NO:

Total Requisition Amount:          1,350.00

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer:  K.Dufrene
Routing #:    580047

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202 | 06/02/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:  000023E175 |
| --- | --- | --- | --- | --- |
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER          DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____     DATE FAXED:_____

EXHIBIT
8

**Exhibit 2 - 416**

Purchase Orders

**VALARIS**

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home   Worklist   Add to Favorites   Sign out

## Purchase Order Inquiry

### Purchase Order

Business Unit: 10013
PO ID: 0000458579

PO Status: Dispatched

#### Header

| | | |
|---|---|---|
| PO Date: | 05/01/2020 | |
| Vendor Name: | SWIREOLFC-001 | |
| Vendor ID: | 0000000512 | Vendor Details |
| Buyer: | Emestine Castillo | |

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

| PO Reference: | | |
|---|---|---|
| Header Details | All RTV | |
| Header Comments... | Matching | Document Status |
| Change Order | Activity Summary | |

**Amount Summary**
Merchandise: 1,611.21
Freight/Tax/Misc.: 0.00
Total: 1,611.21 USD

#### Lines

Personalize | Find | View All | First 1-3 of 3 Last

| Line▲ | Item ID | Item Description | Category | Po Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 📷 | SERVICE-ONSHORE,SWIRE OILFIELD | R2 | 1.0000 | EA | 375.00 USD | Approved | | ⊙ | | 📷 |
| 2 | 📷 | SERVICE-ONSHORE,SWIRE OILFIELD | R2 | 1.0000 | EA | 750.00 USD | Approved | | ⊙ | | 📷 |
| 3 | 📷 | SERVICE-ONSHORE,SWIRE OILFIELD | R2 | 1.0000 | EA | 486.21 USD | Approved | | ⊙ | | 📷 |

View Approvals

Return to Search   Notify

Related Links

https://people3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder=...   7/20/2020

**Exhibit 2 - 417**

EXHIBIT
8

**VALARIS**

## Activity Summary

| | |
|---|---|
| Business Unit: | 10013 |
| Purchase Order: | 0000455579 |
| Merchandise Amount: | 1,611.21 USD |
| Merchandise Receipt: | 1,611.21 USD |
| Merchandise Returned: | 0.00 USD |
| Merchandise Invoice: | 0.00 USD |
| Merchandise Matched: | 0.00 USD |

| | |
|---|---|
| PO Status: | Dispatched |
| Vendor: | SWIRE OILFIELD SERVICES LIMITED |

Lines

| Details | Receipt | Invoice | Matched | RTV |
|---|---|---|---|---|

Personalize | Find | View All |    First    1-3 of 3    Last

| Line ▲ | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 USD | | 1.0000 | 375.000 USD | |
| 2 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 USD | | 1.0000 | 750.000 USD | |
| 3 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 USD | | 1.0000 | 486.210 USD | |

Return to Search    Notify

EXHIBIT
8

**Exhibit 2 - 418**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

**Business Unit:** 10013  OPEN
**Req ID:** 0000235606
**Date:** 05/12/2020
**Page:** 1

**Attention: MARINE / BARGE SUPERVISOR**
REQ Type    ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 024000 | EA | SERVICE-ONSHORE SWIRE OILFIELD SERVICES.DISPOSE OF 75 GALLONS OF HELICOPTER FUEL | 375.00 375.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL

| 2 | 1 | 024000 | EA | SERVICE-ONSHORE SWIRE OILFIELD SERVICE.CLEAN INTERIOR OF HELI-FUEL TANK WITH THREE PART PROCESS | 750.00 750.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
CLEAN INTERIOR OF HELI-FUEL TANK WITH A THREE-PART PROCESS. 1-RINSE TANK OUT COMPLETELY. 2-STEAM CLEAN INSIDE OF TANK

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.    List all Field ETRR No. by Item

| R4202 | 05/12/2020 | | | PURCHASING ONLY  FR NO: | 0000235606 |
| OIM | DATE | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANGER YES: _____  NO: _____    DATE FAXED: _____

EXHIBIT 8

Exhibit 2 - 419

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013
Req ID: 0000235606    OPEN
Date: 05/12/2020
Page: 2

REQ Type    ONSHORE REPAIR

**Attention: MARINE / BARGE SUPERVISOR**

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST CATEGORY | AFE CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO |
|------|-----|------------------|-----|-------------|---------------|------------------|-------|------------------------------|
| 3 | 1 | 024000 | EA | COMPLETELY WITH HOT WATER AND SOAP. 3-RINSE THE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL. HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP | 486.21 486.21 | 82 - THIRD PART | S | |

SERVICE-ONSHORE.SWIRE OILFIELD
SERVICES TRANSPORTATION FROM
SWIRE YARD IN HOUMA FROM
FOURCHON, LA.

Line Item Exempt : N

Available Stutsites    Item Desc :

HTS NO:

ECCN NO:                                    UNSPSC NO:

SWIRE OILFIELD SERVICES QUOTE# 05112020-001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA FOR WORK TO BE DONE

**Total Requisition Amount:**    1,611.21

FIELDWOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL.
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #:  580047

Acc T Code # 3060-15

**PURCHASING USE ONLY**

PO NO.

PURCHASING ONLY  FR NO:    0000235606

| | | |
|---|---|---|
| **R4202** | | List all Field ETRR No. by Item |
| OIM | 05/12/2020 | |
| | DATE | |

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)    _w E_

Rep Signature    _Brent Primeaux_

Rep Name (Print)    _Brent Primeaux_

RIG MGR / OPERATIONS MGR    DATE

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____    DATE FAXED: _____

BUYER    DATE

EXHIBIT 8

**Exhibit 2 - 420**

EXHIBIT
8



EXHIBIT
8

**Exhibit 2 - 422**

# Valaris

Business Unit: 10013
Req ID: 00002234615    OPEN
Date: 04/02/2020
Page 1

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Attention: WAREHOUSE

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| 1 | 2 | 024000 H109532 | EA | GASKET,VETCO,H10993-2,VGX-2,18 -3/4 IN,15K PSI,F/H4 CONNECTOR | 4,161.50 8,323.00 | 95- 95-SUBSEA | VC | | | |
| | | | | Available Sustitutes    Item Desc : | | | | | | |
| | | | | Line Item Exempt : N | | | | | | |
| | | | | ECCN NO: EAR99         HTS NO: 4016930000          UNSPSC NO: | | | | | | |
| 2 | 1 | 024000 H120251 | EA | SEAL,VETCO,H12026-, UP,HYDRAT E,F/H4 CONNECTOR,27 IN WELL HEAD | 531.93 531.93 | 09- 09-BLOW OU | VC | | | |
| | | | | Available Sustitutes    Item Desc : | | | | | | |
| | | | | Line Item Exempt : N | | | | | | |
| | | | | ECCN NO: EAR99         HTS NO: 4016930000          UNSPSC NO: | | | | | | |
| | | | | SEE ATTACHED GE CONTRACT PRICING | | | | | | |

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.
List all Field
ETRR No. by Item

PURCHASING ONLY  FR NO:    00002346'5

DATED GOODS - EXPIRATION DATE--- ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OR DAMAGE TO PRODUCT. **FAILURE

| R4202 | | 04/02/2020 | |
|-------|--|------------|--|
| OIM | | DATE | |
| | | Operator (Print) | |
| RIG MGR / OPERATIONS MGR | | DATE | |
| | | Rep Signature | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | |

| Operator (Print) | | PURCHASING ONLY |
| BUYER | | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____   NO: ____        DATE FAXED: ____

EXHIBIT 8

**Exhibit 2 - 423**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013 OPEN
Req ID: 0000234615
Date: 04/02/2020
Page 2

Attention: WAREHOUSE

REQ Type     Supply

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

Total Requisition Amount: _____ 8,854.93

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

AccT Code # 3060-15
4/9/20

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

_____
Operator (Print)

_____
Rep Signature

Brent Primeaux
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO.  0000234615

| ITEM | QTY |
|---|---|
| R4202 | |
| OIM | 04/02/2020 |
| | DATE |

RIG MGR / OPERATIONS MGR _____ DATE _____

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _____

BUYER _____ DATE _____

EXHIBIT
8

**Exhibit 2 - 424**

1/2/2020 shopDrilling :Current Quote

ENSCO 🔍   Kenya Maxile

Home | SPARES › | AVAILABLE INVENTORY ›

Current Quote | Saved Quotes | Shopping Lists

Search  All Products  ▼  Keyword(s): Search by Part #, Product Name or Keyword   Go   Search Multiple Parts

Current Quote

✓ Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date

| Select | Part Number | Description | UOM | Quantity | Lead Time (weeks) | Unit List Price | Unit Discount | Unit Net Price | Total Extended Price | Discontinued Part(s) | Remove |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | H10993-2 | GASKET, VGX-2, 18.750, 17-4PH, 15000 PSI RWP | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | 🗑 |
| | H12025-1 | SEAL,LIP,NOM 27, ANTI-HYDRATE/SILTING,H4 CONNECTOR (PURCHASE PER DRAWING) DIMENSIONS  A = 27.875 B = 27.355 | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | 🗑 |

Recalculate   Sub-Total: $11,350.03

Taxes, Shipping and Handling Extra

Total: $11,350.03

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.
*************************************************************************************************
CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD
TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF
WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING.
IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN
SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"],
CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
*************************************************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED.
CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
*************************************************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE
PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED
ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
*************************************************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
*************************************************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
*************************************************************************************************
FOR QUESTIONS REGARDING THE ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSalesAdminPCB@bhge.com
Phone : +1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

Continue Shopping   Delete   Actions  Save Quote  ▼  Go   Proceed to Checkout

**Exhibit 2 - 425**


EXHIBIT 8

**VALARIS**

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home | Worklet | Add to Favorites | Sign out

Purchase Order Inquiry

## Purchase Order

### Header

| | |
|---|---|
| Business Unit: | 10013 |
| PO ID: | 0000467100 |
| Change Order: | 1 |

| | |
|---|---|
| PO Status: | Dispatched |
| POA Status: | Responded, Awaits Review |

| | |
|---|---|
| PO Date: | 04/15/2020 |
| Vendor Name: | HYDRIL-001 |
| Vendor ID: | 0000000324 |
| Buyer: | Ernestina Castillo |

Vendor Details

| | |
|---|---|
| Backorder Status: | Not Backordered |
| Receipt Status: | Received |
| ☐ Hold From Further Processing | |

| | |
|---|---|
| PO Reference: | |
| Header Details | |
| Header Comments | Document Status |
| Change Order | |
| All RTV | |
| Matching | |
| Activity Summary | |

**Amount Summary**

| | |
|---|---|
| Merchandise: | 2270.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 2270.00 USD |

### Lines

Personalize | Find | View All | Frst | 1-4 of 4 | Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | H109932 | GASKET,VETCO,H109932-2,VGX-2,18 | 95 | | EA | 0.00 USD | Canceled | H109932 | 📷 |
| 2 | H120051 | SEAL,VETCO,H120051-1,UP,HYDRAT | 09 | | EA | 0.01 USD | Canceled | H120051 | 📷 |
| 3 | H109932 | FEE,RESTOCKING,VETCO,H109932-2 | 95 | 1.0000 EA | | 2,133.67 USD | Approved | | 📷 |
| 4 | | FEE,RESTOCKING,VETCO,H120051-1 | 09 | 1.0000 EA | | 136.33 USD | Approved | | 📷 |

View Approvals

Return to Search | Notify

Related Links

EXHIBIT 8

Exhibit 2 - 426

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC** § | | **CIVIL ACTION No.** |
| § | | |
| Plaintiff, § | | **SECTION " "** |
| **VS.** § | | |
| § | | **DIVISION " "** |
| **RIDGEWOOD KATMAI, LLC, and** § | | |
| **ILX PROSPECT KATMAI, LLC** § | | **JUDGE: MAGISTRATE:** |
| *in rem* § | | |
| § | | |
| § | | |
| Defendants. § | | |

## VERIFYING DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Ben Rose, declare under penalty of perjury that the following is true and correct.

I am the Vice President and Treasurer of Atlantic Maritime Services, LLC, Plaintiff herein. I have read the foregoing Verified Compliant and know the contents thereof, have examined the exhibits and evidence attached thereto, and the same are true and correct. The sources of any information and grounds for my belief as to all matters stated in the Verified Complaint are derived from the Plaintiff's books and records.

Executed in Houston, Texas, this 13th day of November, 2020.

Ben Rose
Atlantic Maritime Services, LLC
Vice President and Treasurer

**Exhibit 2 - 427**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC** | § | **CIVIL ACTION No.** |
| | § | |
| Plaintiff, | § | **SECTION " "** |
| **VS.** | § | |
| | § | **DIVISION " "** |
| **RIDGEWOOD KATMAI, LLC, and** | § | |
| **ILX PROSPECT KATMAI, LLC** | § | **JUDGE: MAGISTRATE:** |
| *in rem* | § | |
| | § | |
| | § | |
| Defendants. | § | |

## WRIT OF SEQUESTRATION

TO:   United States Marshal
        For the United States District Court
        For the Eastern District of Louisiana

You are hereby commanded, in the name of the United States District Court for the Eastern

District of Louisiana, to seize and sequester and take into your possession and safely hold, until

further order of the Court, the following property:

> All interests held by Ridgewood Katmai, LLC and ILX Prospect Katmai,
> LLC (the "***Defendants***") in the specific property interests of the Defendants
> included within La. R.S. § 4863(A)(1)-(4) associated with the operating
> interest covering the lease situated in the Outer Continental Shelf, OCS-G-
> 34536, Green Canyon Area, Block 40 (the "***Lease***"), containing Well #1 (API
> 608114062300) (the "***Well***") (the "***Subject Interests***").

**IT IS ORDERED** that a Writ of Sequestration is hereby issued as prayed for in the above-

captioned matter, the requirement of security having been dispensed with by law; and

**IT IS FURTHER ORDERED** that the United States Marshal is hereby directed (1) to

serve or cause to be served this Writ of Sequestration on Ridgewood Katmai, LLC and ILX

Prospect Katmai, LLC, and (2) to record or cause to be recorded this Writ of Sequestration in the

records of the Clerks of Court for the Parishes of Plaquemines, Jefferson, Lafourche, and

Exhibit 2 - 428

Terrebonne, and in the records of the United States of America, Bureau of Ocean Energy Management.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
JUDGE

Exhibit 2 - 429

JS 44 (Rev. 10/20)
Case 2:20-cv-03080-DPC Document 1-30 Filed 11/13/20 Page 525 of 526
Case 2:20-cv-03080-DPC Document 1-3 Filed 11/13/20 Page 1 of 2

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Atlantic Maritime Services, LLC

**DEFENDANTS**

Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC

**(b)** County of Residence of First Listed Plaintiff  Harris, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Unknown
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lugenbuhl Wheaton Peck Rankin & Hubbard; 601 Poydras St. Ste. 2775, New Orleans, LA 70130; (504) 368-1990

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane — [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability — [ ] 367 Health Care/ Pharmaceutical | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander — Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability — Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine — [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle — **PERSONAL PROPERTY** [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability — [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury — [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice — [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions [x] |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights — **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting — [ ] 463 Alien Detainee | | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment — [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations — [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment — [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other — **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education — [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
43 U.S.C. § 1349(b)(1)

Brief description of cause:
Enforcement of lien rights solely against the interest of the defendant in the specific property interests included within La. R.S. § 9:4863(A)(1)-(4).

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ $7,111,706.55 (IN REM)

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE
Nov 13, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  Exhibit 2 AMOUNT 430  APPLYING IFP  JUDGE  MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**Exhibit 2 - 431**