IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | **Chapter 11** |
| § | |
| **FIELDWOOD ENERGY LLC,** *et al* § | **Case No. 20-33948 (MI)** |
| § | |
| **Debtors.** § | **(Jointly Administered)** |

## MOTION FOR LEAVE TO LATE FILE OBJECTION TO PLAN

COMES NOW, Deepsea Quality Consulting, Inc. ("Deepsea) and moves this Court for leave to late file its objection to Plan.

1.  Claimant filed an objection on May 12, 2021 at Document 1366 five days after the due date. Claimant has never been able to locate Debtor's Plan on the Court's docket sheet. Claimant has for three months requested Debtor to advise of any objection to Claimant's Secured Claim and Administrative Claim heretofore filed.

WHEREFORE, Claimant prays this Court to allow it to late file its objection to Plan.

    Respectfully submitted,

    **COATS ROSE, P.C.**

By:  /s/*Ben L. Aderholt*_____
      Ben L. Aderholt
      State Bar No. 00909000
      9 Greenway Plaza, Suite 1000
      Houston, Texas 77046
      713-651-0111 – Telephone
      713-651-0220 – Facsimile
      baderholt@coatsrose.com

      *Attorney for Deepsea Quality Consulting, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 24, 2021, the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept the Notice as Service of the attached document by electronic means.

                                                            */s/ Ben L. Aderholt*
                                                            Ben L. Aderholt