UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

NOTICE OF SERVICE
OF REBUTTAL EXPERT REPORTS

Please take notice that BP Exploration & Production Inc. ("BP") has served its rebuttal expert reports (the "BP Rebuttal Reports") on the Debtors. If you wish to receive a copy of the BP Rebuttal Reports, please contact Gail Jamrok by email at jamrokg@gtlaw, with a copy of the request sent to by email to Nicole Bakare at bakaren@gtlaw.com.

The BP Rebuttal Reports are designated as Highly Confidential. Please be advised that if you request copies of the BP Rebuttal Reports, you will be asked to provide proof that you have executed **Exhibit A** of the Amended Stipulated Protective Order [Docket No. 989] dated March 12, 2021.

*(Signature page follows.)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Date: May 24, 2021       Respectfully submitted,

            **GREENBERG TRAURIG, LLP**

            By: */s/ Karl D. Burrer*
            Shari L. Heyen
            Texas State Bar Number 09564750
            HeyenS@gtlaw.com
            Karl D. Burrer
            Texas State Bar Number 24043584
            BurrerK@gtlaw.com
            Nicole S. Bakare
            Texas State Bar Number 24056017
            BakareN@gtlaw.com
            1000 Louisiana Street, Suite 1700
            Houston, Texas 77002
            Telephone: (713) 374-3500
            Facsimile: (713) 374-3505

            – and –

            Craig A. Duewall (admitted *pro hac vice*)
            Texas State Bar Number 24025334
            DuewallC@gtlaw.com
            300 West 6th Street, Suite 2050
            Austin, Texas 78701
            Telephone: (512) 320-7200
            Facsimile: (512) 320-7210

            – and –
            David B. Kurzweil (*admitted pro hac vice*)
            KurzweilD@gtlaw.com
            3333 Piedmont Road, NE, Suite 2500
            Atlanta, Georgia 30305
            Telephone: (678) 553-2100
            Facsimile: (678) 553-2212

            ***Counsel for BP Exploration & Production Inc.***

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on May 24, 2021, I caused a copy of the foregoing to be served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas by electronic mail.

            By: */s/ Karl D. Burrer*
            Karl D. Burrer