**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **FIELDWOOD ENERGY, LLC,** *et al.*, | § | |
| | § | **Case No. 20-33948 (MI)** |
| Debtors. | § | |
| | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF SERVICE OF
EXPERT REPORT**

TO ALL PARTIES IN INTEREST AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that certain sureties[1] have served their expert report on the Debtors.  If you wish to receive a copy of this expert report, please contact Jase Brown, jbrown@csglaw.com.

The expert report is designated as Highly Confidential, and thus anyone requesting a copy of the report will be asked to provide proof that you have executed Exhibit A to the Amended Stipulated Protective Order [Dkt No. 989] dated March 12, 2021.

---

[1]Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, HCC International Insurance Company PLC, Lexon Insurance Company, Philadelphia Indemnity Insurance Company, Sirius America Insurance Company and Zurich American Insurance Company.

Dated: May 24, 2021

Respectfully submitted,

HUSCH BLACKWELL LLP

By: _/s/ Randall A. Rios_
　　　Randall A. Rios
　　　State Bar No. 16935865
　　　Timothy A. Million
　　　State Bar No. 24051055
　　　600 Travis, Suite 2350
　　　Houston, Texas  77002
　　　Tel:  713-525-6226
　　　Fax:  713-647-6884
　　　Email:  randy.rios@huschblackwell.com
　　　　　　　tim.million@huschblackwell.com

**CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

-AND-

Armen Shahinian, Esq. (admitted *pro hac vice*) (ashahinian@csglaw.com)
Scott A. Zuber, Esq. (admitted *pro hac vice*) (szuber@csglaw.com)
Darren Grzyb, Esq. (admitted *pro hac vice*) (dgrzyb@csglaw.com)
Terri Jane Freedman, Esq. (admitted *pro hac vice*) (tfreedman@csglaw.com)

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange New Jersey 07052

**ATTORNEYS FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

HB: 4834-0680-7275.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 24, 2021, a copy of this document was served by electronic service on all parties listed as receiving notice *via* the Court's CM/ECF system.

/s/ *Timothy A. Million*
Timothy A. Million

HB: 4834-0680-7275.1