## Exhibit A-2

**FLTL Rights Offering Subscription Form**

# RIGHTS OFFERING SUBSCRIPTION FORM
# FOR
# HOLDERS OF ALLOWED FLTL CLAIMS

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED OR SPECIFICALLY REFERENCED IN THE MATERIALS MAILED WITH THESE INSTRUCTIONS AND THE ATTACHED RIGHTS OFFERING SUBSCRIPTION FORM.**

## INSTRUCTIONS TO RIGHTS OFFERING SUBSCRIPTION FORM
## IN CONNECTION WITH THE RESTRUCTURING OF
## FIELDWOOD ENERGY LLC AND ITS AFFILIATED DEBTORS

### SUBSCRIPTION EXPIRATION DEADLINE

The expiration date for the exercise of Subscription Rights pursuant to the FLTL Rights Offering is 5:00 p.m., New York City time, on June 21, 2021, unless otherwise extended as described in the FLTL Rights Offering Procedures (the "**Subscription Expiration Deadline**").

To Eligible Holders:

As disclosed in the *Disclosure Statement for the Fourth Amended Chapter 11 Plan of Fieldwood Energy LLC* filed by the Debtors (as defined therein) with the Bankruptcy Court (as defined therein) on April 15, 2021 [Docket No. 1285] (including any exhibits and schedules thereto and as may be further amended, supplemented, or modified, the "**Disclosure Statement**"), the Debtors are seeking to implement a proposed restructuring pursuant to the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Fieldwood Energy LLC*, filed with the Court on April 15, 2021 [Docket No. 1284] (including any exhibits and schedules thereto and as may be further amended, supplemented, or modified, the "**Plan**"). A copy of the Disclosure Statement prepared in connection with the solicitation of votes to accept or reject the Plan is available on the Debtors' restructuring website at https://cases.primeclerk.com/fieldwoodenergy/ or upon request from the Subscription Agent (as defined below). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the FLTL Rights Offering Procedures and the Plan.

Eligible Holders (as defined below), including the Backstop Parties (as defined in the FLTL Equity Backstop Commitment Agreement), will be granted Subscription Rights (as defined below) entitling such Eligible Holder to purchase up to their respective *pro rata* share of 360,214 shares of New Equity Interests issued by NewCo (the "**Rights Offering Shares**") at a purchase price equal to $55.53 per share. An "**Eligible Holder**" is any holder of Allowed FLTL Claims, as defined in the Plan, as of May 31, 2021 (the "**Subscription Record Date**"). The "**Subscription Rights**" are non-certificated subscription rights to purchase Rights Offering Shares in connection

with the FLTL Rights Offering on the terms and subject to the conditions set forth in the Plan, the Plan Supplement, the FLTL Rights Offering Procedures and this Rights Offering Subscription Form.

The Disclosure Statement sets forth important information that should be carefully read and considered by each Eligible Holder prior to making a decision to participate in the FLTL Rights Offering.

To exercise the Subscription Rights with respect to its Eligible Claims, each Eligible Holder that is not a Backstop Party must (i) return (x) this duly completed Rights Offering Subscription Form and (y) Internal Revenue Service ("**IRS**") Form W-9 or W-8 (as applicable, either of which can be found on the IRS website (www.irs.gov)) to the Subscription Agent so that such documents are *actually received* by the Subscription Agent on or before the Subscription Expiration Deadline and (ii) pay directly to the Subscription Agent the Aggregate Purchase Price, in no event later than the Subscription Expiration Deadline, by wire transfer only of immediately available funds, so that payment of the Aggregate Purchase Price is *actually received* by the Subscription Agent on or before the Subscription Expiration Deadline.

To exercise the Subscription Rights with respect to its Eligible Claims, Eligible Holders that are Backstop Parties must deliver payment of the Aggregate Purchase Price directly to the Subscription Agent pursuant to the wire instructions above no later than the Backstop Funding Deadline in accordance with the FLTL Rights Offering Procedures and the FLTL Equity Backstop Commitment Agreement.

### TRANSFER RESTRICTIONS FOR ELIGIBLE HOLDERS

EXCEPT AS SET FORTH IN THE FLTL EQUITY BACKSTOP COMMITMENT AGREEMENT, THE SUBSCRIPTION RIGHTS ARE NOT TRANSFERABLE AND THE BENEFIT OF THE SUBSCRIPTION RIGHTS ARE NOT DETACHABLE FROM THE ELIGIBLE CLAIMS.  AFTER THE SUBSCRIPTION RECORD DATE, AN ELIGIBLE HOLDER SHALL NOT TRANSFER OR ASSIGN ITS SUBSCRIPTION RIGHTS, EXCEPT FOR TRANSFERS BY AN ELIGIBLE HOLDER THAT IS A BACKSTOP PARTY IN ACCORDANCE WITH THE FLTL EQUITY BACKSTOP COMMITMENT AGREEMENT.  THE SUBSCRIPTION RIGHTS CORRESPONDING TO ANY ELIGIBLE CLAIMS THAT ARE TRANSFERRED AFTER THE SUBSCRIPTION RECORD DATE WILL BE CANCELLED AUTOMATICALLY AND SHALL NOT BE EXERCISABLE BY EITHER THE ELIGIBLE HOLDER OR THE TRANSFEREE WITH RESPECT TO ELIGIBLE CLAIMS, EXCEPT AS OTHERWISE PROVIDED IN THE FLTL RIGHTS OFFERING PROCEDURES OR PERMITTED BY THE FLTL EQUITY BACKSTOP COMMITMENT AGREEMENT.

\*\*\*

**THIS RIGHTS OFFERING SUBSCRIPTION FORM MUST BE DELIVERED TO THE SUBSCRIPTION AGENT BY THE SUBSCRIPTION EXPIRATION DEADLINE OR THE EXERCISE SHALL BE VOID AND SUBSCRIPTION RIGHTS WILL TERMINATE AND BE CANCELLED.**

All questions relating to this Rights Offering Subscription Form should be directed to Prime Clerk LLC, the subscription agent (the "**Subscription Agent**") retained by the Company at:

**Fieldwood Energy LLC Rights Offering Processing**
**c/o Prime Clerk, LLC**
**One Grand Central Place**
**60 East 42nd Street, Suite 1440**
**New York, NY 10165**
Tel: 917-460-0913 (international) or 855-631-5346 (domestic, toll free)

**Questions may be directed to fieldwoodsubscription@primeclerk.com**
**(please reference "Fieldwood Energy Rights Offering" in the subject line)**

**RIGHTS OFFERING SUBSCRIPTION FORM FOR USE BY ELIGIBLE HOLDERS FOR THE FLTL RIGHTS OFFERING IN CONNECTION WITH THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF FIELDWOOD ENERGY LLC AND ITS AFFILIATED DEBTORS**

---

**SUBSCRIPTION EXPIRATION DEADLINE**

**The Subscription Expiration Deadline is 5:00 p.m. New York City Time on June 21, 2021.**

**Please note that your Rights Offering Subscription Form (with accompanying IRS Form W-9 or appropriate IRS Form W-8, as applicable) must be received by the Subscription Agent along with a wire transfer of the Aggregate Purchase Price (with respect to Eligible Holders (as defined below) that are not Backstop Parties) to the Subscription Agent by the Subscription Expiration Deadline or the subscription represented by your Rights Offering Subscription Form will not be counted and will be deemed forever relinquished and waived.**

**Eligible Holders that are Backstop Parties must deliver the appropriate funding directly to the Subscription Agent by the deadline specified in the FLTL Equity Backstop Commitment Agreement (the "Backstop Funding Deadline").**

**The Rights Offering Shares are being distributed and issued without registration under the Securities Act, nor any State or local law requiring registration for offer or sale of a security, pursuant to the exemption from registration set forth in Section 1145 of the Bankruptcy Code and in compliance with any applicable State or local laws pursuant to registration or exemption therefrom, except as provided in the FLTL Equity Backstop Commitment Agreement with respect to certain interests acquired thereunder, and no Rights Offering Shares may be sold or transferred except pursuant to an effective registration statement or exemption from registration under the Securities Act or the securities laws of any State.**

**Please consult the Plan, the Disclosure Statement, the FLTL Rights Offering Procedures and the Rights Offering Instructions for additional information with respect to this Rights Offering Subscription Form.**

**The record date for the FLTL Rights Offering is May 31, 2021 (the "Subscription Record Date").**

**Terms used and not defined herein shall have the meaning assigned to them in the FLTL Rights Offering Procedures and the Plan.**

---

4

Each Eligible Holder is entitled to subscribe for one (1) Rights Offering Share per $3,172.25 of Eligible Claims, subject to the individual limits included in the calculations in Item 2. To subscribe, fill out Items 1, 2a, 2b, 3 (if applicable), 4, and 6 and read, complete and sign Item 7 below.

If an Eligible Holder wishes to have the Rights Offering Shares issued in the name of a (i) Related Fund, or (ii) custodian (or a party serving in such similar role as custodian), such Eligible Holder shall complete Exhibit A hereto.

"**Related Fund**": has the meaning set forth in Exhibit A hereto.

**Item 1.  Amount of Claim.**

The undersigned certifies that the undersigned holds or beneficially owns Eligible Claims in the following amount as of the date hereof (insert amount on the lines below) or that the undersigned is the authorized signatory of such Person.  The undersigned holds or beneficially owns only those Eligible Claims that are properly reflected below.

*Name of Eligible Holder as of the Subscription Record Date*

_____

*Insert principal amount of Eligible Claims held as of the Subscription Record Date*

$_____

**Item 2.  Rights.**

**2a. Calculation of Maximum Number of Rights Offering Shares**.  The maximum number of Rights Offering Shares for which you may subscribe is calculated as follows:

| _____ (Insert Eligible Claims principal amount from Item 1 above) | / | $3,172.25 | = | _____ (Maximum Number of Rights Offering Shares) (Round down to nearest whole number) |
|---|---|---|---|---|

**2b. Aggregate Purchase Price**.  By filling in the following blanks, you are indicating that the undersigned Eligible Holder is committing to purchase the number of Rights Offering Shares specified below (specify a number of Rights Offering Shares, which is not greater than the Maximum Number of Rights Offering Shares calculated in Item 2a above), at a purchase price equal to $55.53 per share, on the terms and subject to the conditions set forth in the FLTL Rights Offering Procedures.

5

| _____ <br> (Indicate number of Rights Offering Shares you elect to purchase) | X | $55.53 | = | $_____ <br> Aggregate Purchase Price |
|---|---|---|---|---|

**Item 3.  Backstop Party Representation.**
*(This section is only for Backstop Parties, each of whom is aware of its status as a Backstop Party. Please note that checking the box below if you are not a Backstop Party may result in forfeiture of your rights to participate in the FLTL Rights Offering.)*

> The undersigned or a Related Fund is a Backstop Party identified in the FLTL Equity Backstop Commitment Agreement.

**Item 4.  Payment and Delivery Instructions**

Eligible Holders that did not check the box in Item 3, must submit payment of the Aggregate Purchase Price calculated pursuant to Item 2b to the Subscription Agent by wire transfer ONLY in accordance with the following wire instructions.  Please note that the failure to include the Name of Eligible Holder Subscribing or Form Number in the reference field of any domestic or international wire payment will result in a delay in the processing of the payment and may result in the rejection of the corresponding rights offering submission.  Please also note that payments cannot be aggregated, and one wire should be sent per Subscription Form.

*Domestic wire*:

| Account Name : | Fieldwood Energy Rights Offering |
|---|---|
| **Bank Account No.:** | [●] |
| **ABA/Routing No.:** | [●] |
| **Bank Name:** | [●] |
| **Bank Address:** | [●] |
| **Reference:** | Name of Eligible Holder Subscribing or Form Number*: |

*Upon submission of your Subscription Form, the Subscription Agent will provide a form number that should be included in the wire's memo or special instructions field.

*International wire*:

| Correspondent/Intermediary Bank SWIFT | [●] |
|---|---|
| Correspondent/Intermediary Bank Name | [●] |
| Correspondent/Intermediary Bank Address | [●] |
| Beneficiary Account Number | [●] |
| Beneficiary Name | [●] |
| Beneficiary Address | [●] |
| Memo, Special Instructions, Originator to Beneficiary Information, Bank to Bank Information | Fieldwood Energy Rights Offering Account #: Name of Eligible Holder Subscribing or Form Number*: |

```
*Upon submission of your Subscription Form, the Subscription Agent will provide a form
 number that should be included in the wire's memo or special instructions field.
```

**For Eligible Holders Not Backstop Parties.** In order to validly exercise its Subscription Rights, Eligible Holders that are not Backstop Parties must: (i) return (x) this duly completed and executed Rights Offering Subscription Form, and (y) IRS Form W-9 or W-8 (as applicable, either of which can be found on the IRS website (www.irs.gov)), to the Subscription Agent so that such documents are actually received by the Subscription Agent by the Subscription Expiration Deadline; and (ii) pay directly to the Subscription Agent the Aggregate Purchase Price set forth in Item 2b of this Rights Offering Subscription Form, in no event later than the Subscription Expiration Deadline, by wire transfer only of immediately available funds. No interest shall be payable under any circumstances on any such payment of the Aggregate Purchase Price.

If, on the Subscription Expiration Deadline, the Subscription Agent for any reason has not received your duly completed Rights Offering Subscription Form and applicable IRS Form W-9 or W-8, and (other than for Backstop Parties) or for any reason has not received your payment in immediately available funds in an amount equal to your Aggregate Purchase Price, or if you otherwise do not comply with the procedures applicable to the FLTL Rights Offering, you will be deemed to have irrevocably relinquished and waived your Subscription Rights.

In the event that the funds received by the Subscription Agent from any Eligible Holder that is not a Backstop Party do not correspond to the Aggregate Purchase Price payable for the Rights Offering Shares elected to be purchased by such Eligible Holder (as set forth in Item 2b of this Rights Offering Subscription Form), the number of Rights Offering Shares deemed to be purchased by such Eligible Holder will be the lesser of (i) the number of Rights Offering Shares elected to be purchased by such Eligible Holder (set forth in Item 2b of such Eligible Holder's Rights Offering Subscription Form) and (ii) a number of Rights Offering Shares determined by dividing the amount of the funds received or deemed to be received by the Per Share Price. If the

amount the Eligible Holder may purchase is reduced pursuant to these terms, the Subscription Agent will return any funds received by it in excess of the reduced purchase price upon settlement of the FLTL Rights Offering.  For the avoidance of doubt, the Subscription Agent shall not be required to return funds received by it in excess of an Eligible Holder's Aggregate Purchase Price where such funds do not exceed twenty dollars ($20).

**For Backstop Parties.**  If the Eligible Holder or a Related Fund is a Backstop Party (or a Permitted Transferee), such Eligible Holder (or Related Fund) must (i) return this duly completed and executed Rights Offering Subscription Form to the Subscription Agent so that such documents are actually received by the Subscription Agent by the Subscription Expiration Deadline and (ii) deliver payment of the Aggregate Purchase Price for such Rights Offering Shares set forth in Item 2b of this Rights Offering Subscription Form directly to the Subscription Agent pursuant to the wire instructions above, by wire transfer only of immediately available funds, in no event later than the Backstop Funding Deadline and pursuant to the terms and conditions set forth in the FLTL Equity Backstop Commitment Agreement.  No interest shall be payable under any circumstances on any such payment of the Aggregate Purchase Price.

**Item 5.  Refund Information**

Please use the chart below to provide the appropriate wire information in the event the Subscription Agent must refund of any (or all) of your subscription payment.

| Account Name: | |
|---|---|
| Bank Account No.: | |
| ABA/Routing No.: | |
| Bank Name: | |
| Bank Address: | |
| Reference: | |

**Item 6. Registration Information for Rights Offering Shares**

**PLEASE COMPLETE THE <u>SECTIONS BELOW</u> IF RIGHTS OFFERING SHARES ARE TO BE ISSUED TO THE ELIGIBLE HOLDER.**

**IF THE ELIGIBLE HOLDER IS DESIGNATING ANY RELATED FUND OR CUSTODIAN TO RECEIVE THE RIGHTS OFFERING SHARES ON ITS BEHALF, PLEASE COMPLETE <u>EXHIBIT A</u> TO THIS RIGHTS OFFERING SUBSCRIPTION FORM.**

"Related Fund" has the meaning set forth in Exhibit A hereto.

Please indicate on the lines provided below the Registration Name of the Eligible Holder in whose name the Rights Offering Shares should be issued:

Registration Line 1:_____

Registration Line 2 (if needed):_____

Address 1:_____

Address 2:_____

Address 3:_____

Address 4:_____

Telephone:_____

Email:_____

**ACCOUNT TYPE:**
  Individual Account;
  IRA Account;
  Corporations (S-Corp): (Associated, Associates, Association, Co, Co., Company, Corp, Corporate, Enterprise(s), Fund, Group, Incorporated, Inc, International, Intl, Limited, Ltd, Lifetime Limited Company, LLC, L.L.C., PLC, Public Limited Company);
  Partnership (LP, L P, L.P., LLP, Limited Partnership, Lifetime Limited Partnership)
  Bank;
  Nominee accounts;
  C-Corporations;
  Non-profit: (Cemetery, Church, College, Commission for Children With, Commission for Handicapped, Commission Ministries Inc, Commission of Public Works, Commission of Banking & Foundations, Hospital, School, Synagogue, University);
  Fiduciary Account: (Custodian, Co-trustee, Estate, Executor, Executrix FBO, F/B/O, FAO, Fiduciary Trust, ITF, Life Ten, Pension Plan, Individual Name Profit Sharing Plan, Retirement Plan, 401K Plan, Sell Transfer Pledge, State Uniform Transfer RO Minor's Act, TTEE, TTEES, UW, UTMA, UGMA, USUFRUCT, UNIFIED, UNIF Gif Min Act, UNIF Trust Min Act, Unified Gift to Minors Act, Uniform Gift to Minors, Uniform Transfer to Minors, GRAT (Granted Annuity Trusts);
  Tenants in common;
  Tenants by entirety (Ten Ent, Tenants Ent, Tenants Entirety, Tenants by Entirety, Tenants by Entireties)
  Joint Tenants (JT Ten, JT Ten Wros, JT Wros, J/T/W/R/S, Joint Tenancy, Joint Tenants With Right of Survivorship, JT Ownership, If JT Account with TOD); or
  Community Property: (Com Prop, Comm Prop, Com Property, Comm Property, Marital Property, HWACP, Husband & Wife as Community Property).

**Item 7.  Certification.**

By returning this Rights Offering Subscription Form, the undersigned hereby certifies that: (A) the undersigned or a Related Fund whom the undersigned has designated to receive the Rights Offering Shares pursuant to Exhibit A is an Eligible Holder, or the authorized signatory of an Eligible Holder, of Eligible Claims with respect to the number of shares of Eligible Claims listed under Item 1 above; (B) the undersigned agrees, or such Eligible Holder agrees, to be bound by all the terms and conditions described in the instructions and as set forth in this Rights Offering Subscription Form; (C) the undersigned has, or such Eligible Holder has, reviewed a copy of the Disclosure Statement, the Plan (including the exhibits thereto), and the FLTL Rights Offering Procedures and understand that the exercise of Subscription Rights pursuant to the FLTL Rights Offering is subject to all the terms and conditions set forth therein and in the accompanying

documents; and (D) the undersigned, or such Eligible Holder, held and hold the FLTL Claims associated with the Subscription Rights as of the Subscription Record Date and as of the date hereof.

By returning this Rights Offering Subscription Form, the undersigned further certifies that the undersigned (i) recognizes and understands that the Subscription Rights are not transferable and that the benefit of the Subscription Rights are not separable from the claim with respect to which such Subscription Rights have been granted and (ii) represents and warrants that the undersigned will not accept a distribution of Rights Offering Shares if at such time, the undersigned or a Related Fund whom the undersigned has designated to receive the Rights Offering Shares pursuant to Exhibit A does not hold all of the FLTL Claims associated with its Subscription Rights and that by accepting a distribution of Rights Offering Shares, the undersigned will be deemed to be the owner thereof.

The undersigned recognizes and understands that the Rights Offering Shares issued to the Eligible Holders participating in the FLTL Rights Offering will be exempt from registration under the Securities Act of 1933, as amended (the "**Securities Act**"), and any other applicable federal and state securities laws pursuant to Section 1145 of the Bankruptcy Code, and may be resold, without registration under the Securities Act or other applicable federal and state securities laws, unless the holder is an "underwriter" with respect to such securities, as that term is defined in Section 1145(b) of the Bankruptcy Code, except as provided in the FLTL Equity Backstop Commitment Agreement with respect to certain interests acquired thereunder.

The undersigned acknowledges that no federal or state agency has made or will make any finding or determination as to the adequacy or accuracy of any information provided to the undersigned in connection with its consideration of its investment in the Rights Offering Shares or as to the fairness of the FLTL Rights Offering for investment, nor any recommendation or endorsement of the Rights Offering Shares, except that the Bankruptcy Court has approved the Disclosure Statement. The undersigned further understands that the Rights Offering Shares have not been registered under the Securities Act nor qualified under any state securities laws.

The undersigned acknowledges that, by executing this Rights Offering Subscription Form, (i) the undersigned Eligible Holder has elected to subscribe for the number of Rights Offering Shares designated under Item 2b above and will be bound to pay for the Rights Offering Shares it has subscribed for and that it may be liable to the Debtors to the extent of any nonpayment and that the subscription will not be valid if the corresponding payment is not made or the applicable IRS Form W-9 or W-8 is not received, and (ii) that the Rights Offering Shares issued to the undersigned will be initially issued in the name and at the address set forth in Item 6 or Exhibit A to the Rights Offering Subscription Form, as applicable.

Date: _____

Name of Eligible Holder (please list the name of the holder of the Allowed FLTL Claim as of the Subscription Record Date): _____

U.S. Federal Tax EIN/SSN (optional for Non-U.S. persons): _____

If Non-U.S. person, check here and attach appropriate IRS Form W- 8 ☐

If U.S. person, check here and attach IRS Form W-9 ☐

Signature: _____

Name of Signatory: _____

Title: _____

Telephone Number: _____

Fax: _____

Email: _____

**PLEASE RETURN THIS RIGHTS OFFERING SUBSCRIPTION FORM (WITH ACCOMPANYING IRS FORM W-9 OR APPROPRIATE IRS FORM W-8, AS APPLICABLE) TO THE SUBSCRIPTION AGENT.**

**PLEASE COMPLETE <u>EXHIBIT A</u> IF YOU ARE DESIGNATING ANY RELATED FUND(S) OR A CUSTODIAN TO RECEIVE THE RIGHTS OFFERING SHARES.**

> **PLEASE NOTE: NO SUBSCRIPTION WILL BE VALID UNLESS THIS RIGHTS OFFERING SUBSCRIPTION FORM, ALONG WITH THE APPROPRIATE FUNDS (SOLELY WITH RESPECT TO ELIGIBLE HOLDERS THAT ARE NOT BACKSTOP PARTIES) ARE VALIDLY SUBMITTED TO THE SUBSCRIPTION AGENT BY THE SUBSCRIPTION EXPIRATION DEADLINE.**
>
> **FORMS MAY BE SUBMITTED TO THE PHYSICAL ADDRESS BELOW OR VIA EMAIL AT FIELDWOODSUBSCRIPTION@PRIMECLERK.COM.**
>
> **FIELDWOOD ENERGY LLC RIGHTS OFFERING PROCESSING**
> **C/O PRIME CLERK, LLC**
> **ONE GRAND CENTRAL PLACE**
> **60 EAST 42ND STREET, SUITE 1440**
> **NEW YORK, NY 10165**
>
> **ELIGIBLE HOLDERS THAT ARE BACKSTOP PARTIES MUST DELIVER THE APPROPRIATE FUNDING DIRECTLY TO THE SUBSCRIPTION AGENT NO LATER THAN THE BACKSTOP FUNDING DEADLINE.**

**EXHIBIT A**

**Special Delivery Instructions**

**IF THERE IS MORE THAN ONE DESIGNEE, COMPLETE A SEPARATE FORM FOR <u>EACH</u> DESIGNEE.**
**YOU MUST SPECIFY THE NUMBER OF RIGHTS OFFERING SHARES FOR <u>EACH</u> DESIGNEE.**

**Please complete ONLY if Rights Offering Shares are to be issued in the name of a Related Fund or a custodian (or a party serving in such similar role as custodian) (each, in its capacity as custodian of the Eligible Holder) rather than the Eligible Holder. Any such Related Fund(s) must also complete an IRS Form W-8 or IRS Form W-9, as applicable. Any such custodian should complete the items below, as applicable. A "Related Fund" is an account or investment vehicle controlled, managed, advised or sub-advised by the Eligible Holder, an affiliate of the Eligible Holder or the same investment manager, advisor or subadvisor of the Eligible Holder or an affiliate of such investment manager, advisor or subadvisor.**

Issue Rights Offering Shares in the name of: _____

Number of Rights Offering Shares (please only populate whole numbers in this field – do not provide allocation percentages):_____

Name: _____

U.S. Federal Tax EIN/SSN (optional for Non-U.S. persons): _____

If Non-U.S. person, check here and attach appropriate IRS Form W- 8 ☐

If U.S. person, check here and attach IRS Form W-9 ☐

**A. Please indicate on the lines provided below the Registration Name of the designee in whose name the Rights Offering Shares should be issued:**

Registration Line 1:_____

Registration Line 2:_____
(if needed)

Address 1:_____

Address 2:_____

Address 3:_____

Address 4:_____

Telephone:_____

Email: _____
**ACCOUNT TYPE:**

Individual Account;

IRA Account;

Corporations (S-Corp): (Associated, Associates, Association, Co, Co., Company, Corp, Corporate, Enterprise(s), Fund, Group, Incorporated, Inc, International, Intl, Limited, Ltd, Lifetime Limited Company, LLC, L.L.C., PLC, Public Limited Company);

Partnership (LP, L P, L.P., LLP, Limited Partnership, Lifetime Limited Partnership)

Bank;

Nominee accounts;

C-Corporations;

Non-profit: (Cemetery, Church, College, Commission for Children With, Commission for Handicapped, Commission Ministries Inc, Commission of Public Works, Commission of Banking & Foundations, Hospital, School, Synagogue, University);

Fiduciary Account: (Custodian, Co-trustee, Estate, Executor, Executrix FBO, F/B/O, FAO, Fiduciary Trust, ITF, Life Ten, Pension Plan, Individual Name Profit Sharing Plan, Retirement Plan, 401K Plan, Sell Transfer Pledge, State Uniform Transfer RO Minor's Act, TTEE, TTEES, UW, UTMA, UGMA, USUFRUCT, UNIFIED, UNIF Gif Min Act, UNIF Trust Min Act, Unified Gift to Minors Act, Uniform Gift to Minors, Uniform Transfer to Minors, GRAT (Granted Annuity Trusts);

Tenants in common;

Tenants by entirety (Ten Ent, Tenants Ent, Tenants Entirety, Tenants by Entirety, Tenants by Entireties)

Joint Tenants (JT Ten, JT Ten Wros, JT Wros, J/T/W/R/S, Joint Tenancy, Joint Tenants With Right of Survivorship, JT Ownership, If JT Account with TOD); or

Community Property: (Com Prop, Comm Prop, Com Property, Comm Property, Marital Property, HWACP, Husband & Wife as Community Property).

**B. Wire information in the event a refund is needed:**

| Account Name: | |
|---|---|
| Bank Account No.: | |
| ABA/Routing No.: | |
| Bank Name: | |
| Bank Address: | |
| Reference: | |