# **EXHIBIT 3**

# SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FIRST INTERIM FEE APPLICATION
## (JANUARY 20, 2021 THROUGH APRIL 30, 2021)

| NAME | TITLE OR POSITION | DEPARTMENT GROUP, OR SECTION | DATE OF FIRST ADMISSION | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN PREVIOUS INTERIM APPLICATIONS | |
| Michael D. Warner | Member | Bankruptcy & Restructuring | 1984 | $174,195.00 | 142.2 | $1,225 | n/a | 0 |
| Ayala A. Hassell | Special Counsel | Bankruptcy & Restructuring | 1986 | $49,880.00 | 68.8 | $725 | n/a | 0 |
| Benjamin L. Wallen | Associate | Bankruptcy & Restructuring | 2016 | $4,800.00 | 6.4 | $750 | n/a | 0 |
| Kerri L. LaBrada | Paralegal | Bankruptcy & Restructuring | n/a | $11,224.00 | 24.4 | $460 | n/a | 0 |
| | | | Sub-Total: | $240,099.00 | 241.8 | | | |
| | | | Courtesy Reduction: | ($46,215.00) | | | | |
| | | | Total: | $193,884.00[1] | | | | |

---

[1] This amount includes a voluntary reduction of $46,215.00. As stated in the *Declaration of Michael D. Warner, Esq., in Support of the Application for Approval of the Employment of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors, Effective January 20, 2021*, Exhibit B to the *Application for Approval of the Employment of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors, Effective January 20, 2021* [Docket. No. 894], PSZJ agreed with the Committee that, with respect to the hourly rate of Michael Warner for the balance of 2021, such rate will remain at $900 as such was the hourly rate at the time Michael Warner left his prior firm and became employed by PSZJ. Other attorneys providing services in this case are charging their current hourly rates.