# **<u>EXHIBIT 5</u>**

**SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY FOR
TIME PERIOD FROM JANUARY 20, 2021 THROUGH APRIL 30, 2021**

| Expense Category | Total Expenses |
|---|---|
| Pacer | $6.00 |
| Photocopying/Scanning | $1.10 |
| **Total** | **$7.10** |