## **EXHIBIT B**

Details of Fees and Expenses

Exhibit B-1

| Summary of Timekeepers Included in this Fee Application ||||||| 
|---|---|---|---|---|---|---|
| Name of Professional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
| Cota, Alexandro | Partner | Financial Restructuring | 2005 | 22.9 | 1,300 | $ 29,770.00 |
| Hansen, Kristopher M. | Partner | Financial Restructuring | 1996 | 114.5 | 1,795 | 205,527.50 |
| Merola, Frank A. | Partner | Financial Restructuring | 1988 | 69.6 | 1,600 | 111,360.00 |
| Pasquale, Kenneth | Partner | Financial Restructuring | 1990 | 180.8 | 1,600 | 289,280.00 |
| Sasson, Gabriel | Partner | Financial Restructuring | 2010 | 46.6 | 1,195 | 55,687.00 |
| Storz, John F. | Partner | Financial Restructuring | 1996 | 8.3 | 1,350 | 11,205.00 |
| Ashuraey, Sam N. | Associate | Financial Restructuring | 2017 | 56.6 | 970 | 54,902.00 |
| Gargano, Charles E. | Associate | Financial Restructuring | 2020 | 27.5 | 685 | 18,837.50 |
| Iaffaldano, John F. | Associate | Financial Restructuring | 2020 | 99.8 | 685 | 68,363.00 |
| Isaacson, Marni M. | Associate | Financial Restructuring | 2014 | 11.0 | 1,045 | 11,495.00 |
| Lau, Joanne | Associate | Financial Restructuring | 2014 | 9.2 | 1,045 | 9,614.00 |
| Millman, Sherry J. | Special Counsel | Financial Restructuring | 1985 | 273.1 | 1,100 | 300,410.00 |
| Sadler, Tess M. | Associate | Financial Restructuring | 2019 | 18.6 | 775 | 14,415.00 |
| Santana, Alexandra | Associate | Financial Restructuring | 2017 | 0.5 | 865 | 432.50 |
| **Totals for Attorneys** | | | | **939.0** | | **$ 1,181,298.50** |

Exhibit B-2

| Name of Paraprofessional | Position | Department | Years in Position | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Laskowski, Mathew D. | Paralegal | Financial Restructuring | 23 | 2.3 | 460 | 1,058.00 |
| Magzamen, Michael | Paralegal Supervisor | Financial Restructuring | 18 | 45.8 | 460 | 21,068.00 |
| Mohamed, David | Paralegal | Financial Restructuring | 30 | 1.4 | 400 | 560.00 |
| Rivera, Johnny | Project Manager | Litigation Support | 15 | 5.2 | 400 | 2,080.00 |
| Tholen, Daniel J. | Project Manager | Litigation Support | 9 | 0.5 | 400 | 200.00 |
| **Total for Paraprofessionals** | | | | **55.2** | | **$ 24,966.00** |
| **Total** | | | | **994.2** | | **$1,206,264.50** |

Exhibit B-3

| Summary of Compensation Requested by Project Category ||||
|---|---|---|---|
| Matter Code | Project Category | Hours | Amount |
| 0001 | Case Administration | 38.1 | $ 20,404.00 |
| 0002 | Meetings & Communications with Debtors | 35.8 | 48,494.00 |
| 0004 | Relief from Stay / Adequate Protection Matters | 2.9 | 4,340.00 |
| 0005 | Court Hearings | 56.1 | 70,163.50 |
| 0006 | Creditors Committee Meetings and Communications | 181.6 | 233,328.50 |
| 0007 | Case Analysis/ Pleading Analysis and Responses | 14.9 | 14,738.00 |
| 0009 | Stroock Fee Applications | 25.8 | 20,184.00 |
| 0010 | Other Professional Retention | 3.7 | 3,530.50 |
| 0011 | Other Professional Fee Applications | 10.8 | 9,628.00 |
| 0012 | Lien Review | 10.0 | 12,431.00 |
| 0015 | Litigation & Adversary Proceedings | 101.2 | 118,794.50 |
| 0016 | Business Operations | 8.2 | 11,370.50 |
| 0021 | Schedules/SoFAs/UST Reports | 1.1 | 1,485.50 |
| 0022 | Claims Administration & Objections | 14.3 | 17,050.00 |
| 0023 | Plan & Disclosure Statement | 489.7 | 620,322.50 |
| | **Total** | **994.2** | **$ 1,206,264.50** |

Exhibit B-4

| Summary of Expense Reimbursement Requested by Category ||
|---|---|
| Category | Amount |
| O/S Information Services | $ 306.10 |
| Westlaw | 174.24 |
| Courtlink | 59.42 |
| Long Distance Telephone | 84.10 |
| **Total** | **$ 623.86** |