# **EXHIBIT D**

Monthly Fee Statements

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| FIELDWOOD ENERGY LLC, *et al.,*[1] | § | Case No. 20-33948 (MI) |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |

**COVERSHEET TO THIRD INTERIM FEE APPLICATION OF STROOCK & STROOCK
& LAVAN LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF FIELDWOOD ENERGY LLC, *ET AL*., FOR THE
<u>PERIOD FROM FEBRUARY 1, 2021 THROUGH AND INCLUDING APRIL 30, 2021</u>**

| | |
|---|---|
| **Name of Applicant:** | Stroock & Stroock & Lavan LLP |
| **Applicant's Role in Case / Name of Client:** | Counsel to the Official Committee of Unsecured Creditors |
| **Interim or Final Application:** | Third Interim Fee Application |
| **Petition Date:** | August 3, 2020 |
| **Retention Date:** | August 19, 2020 |
| **Date Order of Employment Signed:** | October 16, 2020 [Docket No. 471] |

| **Time period covered by this Application:** | **Beginning of Period** | **End of Period** |
|---|---|---|
| | February 1, 2021 | April 30, 2021 |
| **Time period covered by any prior Application:** | August 19, 2020 | January 31, 2021 |
| **Total amounts awarded in all prior Applications:** | $2,940,817.84 | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| **Total fees requested in this Third Interim Application Period:** | $1,206,264.50 |
| **Total actual professional hours covered by this Third Interim Application Period:** | 939 |
| **Average hourly rate for professionals:** | $1,258 |
| **Total paraprofessional fees requested in this Third Interim Application Period:** | $24,966.00 |
| **Total actual paraprofessional hours covered by this Third Interim Application Period:** | 55.2 |
| **Average hourly rate for paraprofessionals:** | $452 |
| **Reimbursable expenses sought in this Third Interim Application Period:** | $623.86 |
| **Total to be Paid to Priority Unsecured Creditors:** | Not yet determined. |
| **Anticipated % Dividend to Priority Unsecured Creditors:** | Not yet determined. |
| **Total to be Paid to General Unsecured Creditors:** | Not yet determined. |
| **Anticipated % Dividend to General Unsecured Creditors:** | Not yet determined. |
| **Date of Confirmation Hearing:** | June 9, 2021 |
| **Indicate whether plan has been confirmed:** | No. |
| **Total allowed expenses paid to date:** | $18,682.84 |
| **Compensation sought in this application already paid pursuant to the Interim Compensation Order, as defined in this Application, but not yet allowed:** | $771,462.80 |
| **Expenses sought in this application already paid pursuant to the Interim Compensation Order, as defined in this Application, but not yet allowed:** | $317.76 |

| | |
|---|---|
| **Number of professionals included in this application:** | 14 |
| **If applicable, number of professionals in this application not included in a staffing plan approved by client:** | N/A |
| **If applicable, difference between fees budgeted and compensation sought for this period:** | N/A |
| **Number of professionals billing fewer than 15 hours to the case during this period:** | 4 |
| **Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application.** | Yes.<br><br>$1,188,058.50 |

Dated:  May 27, 2021

Respectfully submitted,

*/s/  Kenneth Pasquale*

Kenneth Pasquale (admitted *Pro Hac Vice*)
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5562
Fax No. (212) 806-6006
kpasquale@stroock.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**THIRD INTERIM FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIELDWOOD ENERGY LLC, *ET AL*., FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH AND INCLUDING APRIL 30, 2021**

> **THIS APPLICATION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 14 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Stroock & Stroock & Lavan LLP ("Stroock"), counsel for the Official Committee of

Unsecured Creditors (the "Committee") of Fieldwood Energy LLC, *et al.* (the "Debtors"), hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

submits its third interim fee application (this "Application") for allowance and payment of compensation for services rendered in the amount of $1,206,264.50 and reimbursement of expenses in the amount of $623.86 that Stroock incurred for the period from February 1, 2021 through and including April 30, 2021 (the "Fee Period"). In support of this Application, Stroock submits the declaration of Kenneth Pasquale (the "Pasquale Declaration"), which is attached hereto as **Exhibit A** and incorporated by reference. In further support of this Application, Stroock respectfully states as follows:

**PRELIMINARY STATEMENT**

1.      By this Application, Stroock seeks allowance of its reasonable fees as well as the actual and necessary expenses incurred by Stroock during the period from February 1, 2021 through and including April 30, 2021. In that time, Stroock, acting on behalf of the Committee, continued to work towards the goals of maximizing value for general unsecured creditors and facilitating the efficient administration of the Chapter 11 Cases.

2.      The Committee was appointed on August 19, 2020, and Stroock was retained the same day. During this Fee Period, Stroock continued its analysis of the pre-petition lenders' collateral package and researched various issues related to the validity of their liens. As a result of the Committee's investigation, various unencumbered assets and potential claims were identified that would serve as potential challenges to certain of the lenders' asserted liens (together the "Preserved Claims"). Stroock engaged in discussions with the prepetition lenders' counsel regarding the Preserved Claims and entered into stipulations extending the deadline established pursuant to the *Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11. U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b)* [Docket

2

No. 346] (the "Final DIP Order") for the Committee to assert such Preserved Claims.   In connection with the Preserved Claims, Stroock attorneys devoted time during this Fee Period to considering and drafting a potential motion for standing (the "Standing Motion") to prosecute such claims. Although the Standing Motion was ultimately not filed, the Committee's positions and arguments developed in the motion's preparation were the foundation for the negotiation of such extensions, and ultimately for the Committee's settlement with the Debtors and lenders, as described in more detail below.

3.      During this Fee Period, Stroock attorneys devoted substantial effort to analyzing the proposed plan of reorganization (the "Plan") and disclosure statement (the "Disclosure Statement"), advanced by the Debtors and the transactions contemplated thereby, and considering potential avenues for maximizing unsecured creditors' recoveries. This analysis included continued review of the agreements between the Debtors and Apache Corporation, touted by the Debtors as the cornerstone of the Plan (the "Apache Transaction"), as well as the other structures pursuant to which certain assets would be acquired by certain of the prepetition lenders, other assets would be abandoned and the remainder would be retained by the reorganized debtors and "wound down." Stroock also researched various issues concerning implementation and feasibility of the Plan. A significant portion of the Plan review process focused on the claims of the various categories of unsecured claims and their proposed treatment under the Plan, as well as consideration of other viable alternatives.

4.      On behalf of the Committee, Stroock engaged with both the Debtors' and the prepetition lenders' advisors in an effort to discuss and negotiate meaningful treatment for the unsecured creditor constituency. Through these efforts and negotiations, Stroock successfully negotiated a Plan settlement on behalf of the Committee (the "Committee Settlement") which

3

significantly improved the recoveries for general unsecured and trade creditors, as compared to that which was contemplated in the Debtors' originally proposed plan of reorganization.

5.     Also during the Fee Period, Stroock attorneys continued to monitor the Debtors' activities, including, most significantly, the progress of the Debtors' program to pay pre-petition amounts outstanding to vendors (the "Vendor Program"), to ensure that the claims of the trade community that services the Debtors' ongoing business were being addressed in a reasonable manner, as proposed by the Debtors in obtaining their "First Day" relief.

6.     Additionally, in order to ensure efficient administration of the Chapter 11 Cases as well as administration of the estates post-confirmation, Stroock assisted the Committee during the Fee Period in interviewing candidates for and selecting a plan administrator (the "Plan Administrator").

7.     These and other efforts undertaken by Stroock advanced the interests and protected the rights of the Committee and of general unsecured creditors in these Chapter 11 Cases. For these reasons, and as further demonstrated below, Stroock's fees and expenses are reasonable in the circumstances of these Chapter 11 Cases and Stroock's services to the Committee greatly benefitted the estates. Accordingly, Stroock respectfully requests that the Court approve the Application.

## JURISDICTION

8.     The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of Texas*, dated May 24, 2012 (the "Amended Standing Order"). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b).

9.      The statutory bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), with recognition of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "U.S. Trustee Guidelines").

## **BACKGROUND**

10.      On August 3, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court (the "Chapter 11 Cases"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. As of the date hereof, no request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases.

11.      On August 18, 2020, the Office of the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed the Committee. The Committee is currently comprised of the following entities: (i) Sea Robin Pipeline, LLC; (ii) Aggreko, LLC; and (iii) Partco, LLC.[2]

12.      On August 19, 2020, the Committee selected Strook to serve as its counsel, subject to this Court's approval. On August 20, 2020, the Committee selected Cole Schotz P.C. ("Cole Schotz") to serve as co-counsel and Conway MacKenzie, LLC ("Conway MacKenzie"), to serve as financial advisor. Subsequently, on February 19, 2021, the Committee authorized Pachulski

---

[2] On January 5, 2021 the U.S. Trustee filed a *Notice of Reconstitution of Official Committee of Unsecured Creditors* [Docket No. 744] noting the addition of Partco, LLC to the Committee. On February 19, 2021, the U.S. Trustee filed a *Notice of Reconstitution of Official Committee of Unsecured Creditors* [Docket No. 895] noting the addition of Sea Robin Pipeline, LLC and Aggreko, LLC to the Committee.

Stang Ziehl & Jones LLP ("Pachulski", and together with Stroock, Cole Schotz, and Conway MacKenzie, the "Committee Professionals") to replace Cole Schotz as co-counsel to the Committee, effective as of January 20, 2021.

13.     On September 17, 2020, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 367] ("Interim Compensation Order").

14.     On September 18, 2020, the Committee filed the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Stroock & Stroock & Lavan LLP as Counsel, Effective as of August 19, 2020* [Docket No. 375] (the "Retention Application"). On October 16, 2020, the Court entered the *Order Authorizing Employment and Retention of Stroock & Stroock & Lavan LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of August 19, 2020* [Docket No. 471] (the "Retention Order"). The Retention Order authorizes Stroock's employment and allows for compensation for Stroock's services and reimbursement of its expenses in accordance with 11 U.S.C. §§ 330 and 331, the applicable provisions of the Bankruptcy Rules and the Bankruptcy Local Rules, and any orders of this Court.

15.     On November 30, 2020, Stroock filed its *First Interim Application of Stroock & Stroock & Lavan LLP, as Counsel to the Official Committee of Unsecured Creditors of Fieldwood Energy LLC, et al., for the Period from August 19, 2020 Through and Including October 31, 2020* [Docket No. 619] (the "First Interim Fee Application"). The Court entered an order approving the First Interim Fee Application on December 30, 2020 [Docket No. 709].

16.     On March 1, 2021, Stroock filed its *Second Interim Application of Stroock & Stroock & Lavan LLP, as Counsel to the Official Committee of Unsecured Creditors of Fieldwood*

*Energy LLC, et al., for the Period from November 1, 2020 Through and Including January 31, 2021* [Docket No. 925] (the "Second Interim Fee Application"). The Court entered an order approving the Second Interim Fee Application on March 29, 2021 [Docket No. 1180].

17.     Pursuant to the Interim Compensation Order, Stroock has submitted three monthly fee statements for services rendered and expenses incurred during the Fee Period: the first for the period covering February 1, 2021 through and including February 28, 2021; the second for the period covering March 1, 2021 through and including March 31, 2021; and the third for the period covering April 1, 2021 through and including April 30, 2021. As of the date of the Application, Stroock has not received any objections to any of its monthly fee statements.

18.     In accordance with the Interim Compensation Order, Stroock received payment of 80% of fees and 100% of expenses with respect to the first two monthly statements. The Debtors have not yet remitted payment for the month of April, 2021. A summary of the amounts paid to Stroock in accordance with the Interim Compensation Order for the monthly statements related to the Fee Period is as follows:

| Monthly Statement Fee Period | Fees Incurred | Fees Paid (80%) | Expenses Incurred | Expenses Paid (100%) | Balance (Fees & Expenses) |
|---|---|---|---|---|---|
| February 1, 2021 – February 28, 2021 | $419,081.00 | $335,264.80 | $233.66 | $233.66 | $83,816.20 |
| March 1, 2021 – March 31, 2021 | $545,247.50 | $436,198.00 | $84.10 | $84.10 | $109,049.50 |
| April 1, 2021 – April 30, 2021 | $241,936.00 | $0.00 | $306.10 | $0.00 | $242,242.10 |
| **Balance Owing:** | | | | | **$435,107.80** |

## RELIEF REQUESTED

19.     Stroock requests that the Court enter an order (the "Order"), substantially in the form attached hereto as **Exhibit E**: (a) granting the interim allowance of compensation for the actual, reasonable and necessary professional and paraprofessional services that Stroock provided during the Fee Period in the amount of $1,206,264.50 and reimbursement for Stroock's actual, reasonable and necessary expenses in the amount of $623.86; and (b) authorizing and directing the Debtors to remit payment to Stroock for all approved but unpaid fees and expenses in the aggregate amount of $435,107.80. In support of this Application, attached are the following exhibits:

- **Exhibit A**: Declaration of Kenneth Pasquale
- **Exhibit B**: Summary of Stroock's Fees and Expenses
- **Exhibit C**: Customary and Comparable Compensation Disclosures
- **Exhibit D**: Seventh, Eighth and Ninth Monthly Fee Statements
- **Exhibit E**: Proposed Order Granting Third Interim Fee Application

## SUMMARY OF SERVICES PROVIDED BY STROOCK DURING THE FEE PERIOD

20.     As set forth in the Summary Cover Sheet to the Third Interim Fee Application submitted herewith, Stroock rendered a total of 994.2 hours of professional services during the Fee Period, for which it seeks compensation of $1,206,264.50, calculated in accordance with Stroock's normal hourly rates in effect at the time the services were rendered and/or as agreed upon by the Debtors and Stroock.

21.     The fees and expenses incurred by Stroock are reasonable based on the nature and extent of the services rendered, the size and complexity of these Chapter 11 Cases, the time, labor, and special expertise brought to bear on the questions presented and other related factors. During the Fee Period, the professional services performed by Stroock were necessary and appropriate to

protect the rights and fulfill the obligations of the Committee given the nature and complexity of the issues at hand, were in the best interests of the Committee, all general unsecured creditors and other parties in interest, and were performed in an expeditious and efficient manner. In addition, Stroock coordinated with the Committee's other advisors, so as not to duplicate effort. Accordingly, Stroock submits that the compensation sought herein is reasonable within the meaning of sections 330 and 331 of the Bankruptcy Code.

22.    The following summary of services rendered during the Fee Period is not intended to be a detailed description of the work performed. Rather, it is merely an attempt to highlight certain of those areas in which services were rendered to the Committee, as well as to identify some of the issues to which Stroock was required to direct its attention.[3]

### Case Administration – Matter No. 0001

23.    Time in this category includes, but is not limited to, organizational and administrative matters concerning the Committee and its functioning. Specifically, during the Fee Period, Stroock attorneys conferred with the Office of the United States Trustee regarding the resignation of existing Committee members and the appointment of new members, onboarded new Committee members appointed by the Office of the United States Trustee and attended to other administrative matters that were necessary to its efficient and effective participation in these Chapter 11 Cases.

24.    Stroock routinely reviewed the docket in the Chapter 11 Cases and reviewed and analyzed the various pleadings filed. Stroock also maintained an ongoing calendar of important

---

[3] Pursuant to the U.S. Trustee Guidelines, Stroock classified all services performed for which compensation is sought into twenty-three (23) categories. Stroock attempted to place the services performed in the category that best relates to the services provided. However, because certain services may relate to one or more categories, services pertaining to one category may be included in another category. Timekeeping entries, attached hereto as **Exhibit D**, provide detailed descriptions of all services rendered with respect to each of these categories.

dates, deadlines and tasks relevant to these cases, including meetings, hearings and other dates of critical importance.

25.     Stroock expended 38.1 hours in this category, for a total of $20,404.00 during the Fee Period.

### Meetings & Communications with Debtors – Matter No. 0002

26.     Time in this category includes, but is not limited to, conference calls and other communications with the Debtors' professionals. During this Fee Period, Stroock worked with the Debtors' professionals to obtain information, evaluate and, as appropriate, negotiate concerning various developments in these Chapter 11 Cases, including those related to the Debtors' proposed Plan and the Committee Settlement. Additionally, Stroock conferred with the Debtors' professionals regarding the positions of other parties-in-interest, including the sureties and predecessors in interest, the status of any negotiations and the Debtors' positions with respect to such parties.

27.     Stroock expended 35.8 hours in this category, for a total of $48,494.00 during the Fee Period.

### Court Hearings – Matter No. 0005

28.     Time in this category includes preparation for and telephonic or video attendance at numerous hearings before the Bankruptcy Court. During the Fee Period, Stroock attorneys attended several court hearings, which took place on February 1, February 2, February 22, February 26, March 24, March 29, April 1, April 9, April 14, and April 16, including hearings in respect of the Debtors' Disclosure Statement, the Debtors' motion to extend their exclusive plan filing and solicitation periods, and various discovery conferences.

29.     Stroock expended 56.1 hours in this category, for a total of $70,163.50 during the Fee Period.

**Creditors Committee Meetings and Communications – Matter No. 0006**

30.     Time in this category includes, but is not limited to, coordinating and participating in telephonic conference calls with the Committee, and with individual Committee members, as well as with the Committee's other professionals. As a result of the numerous issues to be resolved during the Fee Period, Stroock coordinated and conducted regularly scheduled weekly status calls with the Committee and its advisors to apprise the Committee members of real-time developments in these Chapter 11 Cases related to, among other things, ongoing discussions and negotiations regarding the Debtors' proposed Plan, the Committee Settlement, and selection of the Plan Administrator, to discuss such matters with the Committee, and to facilitate the efficient administration of these Chapter 11 Cases.

31.     In preparation for these calls and meetings, Stroock prepared agendas, reviewed pending matters to be discussed with the Committee, and reviewed and reported on underlying documentation in connection with pending matters. Stroock and the other Committee Professionals also conducted a regular all-hands conference call in advance of the weekly Committee meetings in order to prepare for the Committee meetings and to discuss agenda items, presentations to the Committee and various ongoing issues including pleadings, issues arising in the ordinary course of the Debtors' operations, and overall case strategies. During the Fee Period, Stroock attorneys also drafted memoranda to the Committee summarizing the relief requested in various motions, analyzing legal and factual issues when appropriate, and providing recommendations for the Committee's consideration.  Through such telephone conferences and correspondence, Stroock assisted the Committee in fulfilling its statutory duties to make informed decisions regarding the various issues that arose in these cases and to monitor closely the Debtors' administration of these Chapter 11 Cases.

32.     Stroock also responded to inquiries of various creditors regarding proposed Plan treatment as well as their other concerns about these cases.

33.     Stroock expended 181.6 hours in this category, for a total of $233,328.50 during the Fee Period.

### Case Analysis / Pleading Analysis and Responses – Matter No. 0007

34.     Time in this category includes, but is not limited to, time spent reviewing and analyzing various pleadings filed by the Debtors and other parties in the Chapter 11 Cases. Stroock attorneys drafted memoranda to the Committee summarizing the relief requested in various motions, including certain motions related to unexpired leases, the Debtors' motion to approve a non-prosecution agreement with the United States Attorney's Office, controversies with various parties in interest, such as BP Exploration & Production Inc., and various settlement motions pursuant to Bankruptcy Rule 9109, analyzing legal and factual issues when appropriate, and providing, in conjunction with the other Committee Professionals, recommendations for the Committee's consideration.

35.     Stroock expended 14.9 hours in this category, for a total of $14,738.00 during the Fee Period.

### Stroock Fee Application – Matter No. 0009

36.     Time in this category includes, but is not limited to, the review of Stroock's fee statements and invoices and preparation of Stroock's fee applications.

37.     Stroock expended 25.8 hours in this category, for a total of $20,184.00 during the Fee Period.

### Other Professional Retention – Matter No. 0010

38.     Time in this category includes, but is not limited to, Stroock's review of the retention applications of the Debtors' ordinary course professionals and of supplemental

declarations submitted by certain of the Debtors' professionals in connection with already filed retention applications.

39.     Stroock expended 3.7 hours in this category, for a total of $3,530.50 during the Fee Period.

## Other Professional Fee Applications – Matter No. 0011

40.     Time in this category includes, but is not limited to, the review of the Debtors' professionals' fee statements and invoices, as well as and analysis and discussion related to the order establishing interim compensation procedures for professionals in these Chapter 11 Cases [Docket No. 367]. In addition, in accordance with the DIP Order [Docket No. 346], Stroock received and reviewed the invoices of the lenders' professionals distributed during this period.

41.     Stroock expended 10.8 hours in this category, for a total of $9,628.00 during the Fee Period.

## Lien Review – Matter No. 0012

42.     Time in this category includes, but is not limited to, reviewing and investigating the liens and collateral packages of the prepetition lenders to determine the extent and validity of their liens and security interests and the extent to which such liens were properly perfected, within the challenge period set forth in the Final DIP Order. In connection with the Committee's investigation and analysis, Stroock continued its review and analysis of numerous debt documents and various other instruments, including security agreements, mortgages, deposit account control agreements and UCC financing statements and with the other UCC professionals devoted significant attention to the values which might be ascribed to the unencumbered assets available for unsecured creditors. Stroock attorneys also coordinated with co-counsel in connection with their review of the pre-petition lenders' interest in the oil and gas leases and the value of those leases not subject to the prepetition lenders' liens. In addition, Stroock reviewed and tracked the

various notices of mechanics' and materialmens' liens filed and analyzed the merits of such purported liens.

43.     During the Fee Period, Stroock also engaged in  negotiations with the lenders and Debtors to extend the Committee's Challenge Period for assertion of the Preserved Claims, resulting in the drafting and filing of the various stipulations to that effect.

44.     Stroock expended 10.0 hours in this category, for a total of $12,431.00 during the Fee Period.

### Litigation & Adversary Proceedings – Matter No. 0015

45.     Time in this category primarily includes, but is not limited to, Stroock's review of materials provided by the Debtors via a virtual data room, and analysis of potential causes of action available to the estates and/or the Committee. Through such analysis, Stroock identified several colorable estate causes of action and prepared a Standing Motion to obtain authority for the Committee to prosecute such claims.

46.     Additionally, Stroock reviewed, analyzed and summarized various pleading filed in the adversary proceedings, including the Debtors' adversary complaints against Valero Marketing and Supply Company, Atlantic Maritime Services LLC, and Everest Reinsurance Company.

47.     Stroock expended 101.2 hours in this category, for a total of $118,794.50 during the Fee Period.

### Business Operations  – Matter No. 0016

48.      Time in this category primarily includes, but is not limited to, review and analysis of Joint Interest Billing and Vendor Program payments and analysis of predecessors' plugging and abandonment liability and related issues.

49.     Stroock expended 8.2 hours in this category, for a total of $11,370.50 during the Fee Period.

### Claims Administration & Objections – Matter No. 0022

50.     Time in this category includes, but is not limited to, review and analysis of various claims filed against the Debtors in response to the bar date established by this Court for the filing of claims and research conducted in connection with certain significant filed claims.

51.     Stroock expended 14.3 hours in this category, for a total of $17,050.00 during the Fee Period.

### Plan & Disclosure Statement – Matter No. 0023

52.     Time in this category relates to, among other things, Stroock's communications with the Debtors' and lenders' advisors concerning Plan structure, timing and, importantly, treatment, and discussions with the Committee regarding same. Stroock also spent significant time reviewing and analyzing the Debtors' proposed Plan and Disclosure Statement, related discovery produced by the Debtors, and attending to other Plan and Disclosure Statement-related issues, including negotiating, on behalf of the Committee, the Committee Settlement, which significantly improved the expected recovery for unsecured creditors in these Chapter 11 Cases. Stroock provided comments to the various versions of the Plan, Disclosure Statement and other Plan related documents circulated by the Debtors to ensure that they accurately reflected the Committee Settlement and otherwise comported with the Committee's understanding of the restructuring. Stroock reviewed and commented on a proposed settlement with the Second Lien Term Loan Lenders (the "SLTLs") and discussed the matter with counsel to the lenders and the Debtors, as well as with the Committee.  Stroock obtained modifications to the Committee Settlement that further improved the consideration to general unsecured creditors based upon the terms of the Plan settlement with the SLTLs.  Stroock also drafted a letter on behalf of the Committee to unsecured

creditors in support of the Plan and scrutinized the ballots and other solicitation materials being sent to the unsecured creditor constituency including a form of trade agreement provided to those electing to participate in a trade creditor class.

53.     During the Fee Period, Stroock attorneys also reviewed and analyzed various objections filed by creditors to the Debtors' Disclosure Statement and Plan. In addition, attention was devoted to researching issues including, but not limited to those which were raised in the filed Disclosure Statement and Plan objections, which might affect the treatment or recovery of general unsecured creditors in a plan, such as plugging and abandonment and surety bond issues, among others. Stroock also communicated with representatives of the federal government as well as counsel to various sureties and predecessors in interest who had objected to the Disclosure Statement and/or indicated their opposition to the Plan to assess the issues and determine if a consensual resolution might be achievable.

54.     Stroock expended 489.7 hours in this category, for a total of $620,322.50 during the Fee Period.

**BASIS FOR RELIEF REQUESTED**

55.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under sections 327 or 1103 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered…and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall

16

consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—

A.    the time spent on such services;

B.    the rates charged for such services;

C.    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

D.    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

E.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

F.    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

56.    The Fifth Circuit considers the following twelve factors set forth in *First Colonial* in determining the validity of awards of attorneys' fees in bankruptcy cases: (i) time and labor required; (ii) the novelty and difficulty of the questions; (iii) the skill required to perform the legal services properly; (iv) the preclusion of other employment by the professional due to acceptance of the case; (v) the customary fee; (vi) whether the fee is contingent or fixed; (vii) time limitations imposed by the client or the circumstances; (viii) the amount involved and the results obtained; (ix) the experience, reputation and ability of the attorneys; (x) the "undesirability" of the case; (xi) the nature and length of the professional relationship with the client; and (xii) awards in similar cases. *In re First Colonial Corp. of America,* 544 F.2d 1291, 1298-99 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977). These factors were adopted from *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), a non-bankruptcy case, and are commonly referred to as the

"*Johnson* factors." The original *Johnson* factors, as embraced by *First Colonial,* remain applicable to the determination of reasonableness of fees awarded under the Bankruptcy Code. *See* 15 King, *Collier on Bankruptcy*, ¶ 330.04[3] at 330-35 to 330-41.

57.    The Fifth Circuit has rejected the "hindsight" or "material benefit" standard that was originally set forth in *In re Pro-Snax Distributors, Inc.*, 157 F.3d 414 (5th Cir. 1998). Instead, the Fifth Circuit enunciated a prospective standard based on whether the services of counsel were reasonably likely to benefit the estate at the time they were rendered. *See In re Woerner*, 783 F.3d 266, 276 (5th Cir. 2015).

58.    Stroock respectfully submits that it has met its burden under both section 330 of the Bankruptcy Code and the *Johnson* factors, and the services for which it seeks compensation in this Application were, at the time rendered, necessary for and beneficial to the Committee and the general unsecured creditors of the estates, and were rendered to protect and preserve the Debtors' estates. Stroock further believes that it performed the services for the Committee economically, effectively, efficiently, and the results obtained benefited not only the Committee, but also the Debtors' estates and the Debtors' constituents. Stroock further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee and all parties in interest.

59.    As demonstrated below, Stroock has satisfied the *Johnson* factors. Accordingly, it is respectfully requested that the Court allow the requested fees and expenses.

60.    **The Time and Labor Required**. Firm attorneys and paraprofessionals expended a total of 994.2 hours during the Fee Period. The names of the attorneys and paraprofessionals who worked on these Chapter 11 Cases during the Fee Period appear in the Monthly Statements, attached as **Exhibit D**, along with detail regarding the specific services performed by each

18

individual. Many of the services rendered required a high degree of professional competence and expertise in order to be skillfully and expeditiously administered. When more routine tasks were involved, Stroock used its paraprofessionals to reduce the total fees incurred without sacrificing the quality of the services rendered. All professionals involved in rendering services to the Committee made a deliberate effort to avoid any unnecessary duplication of work and time expended.

61.     **The Novelty and Difficulty of Legal Problems Involved**. These Chapter 11 Cases have presented numerous difficult and complex legal issues that have been considered and addressed by Stroock, all of which have required knowledge of the circumstances of these Chapter 11 Cases and application of the Bankruptcy Code, the Bankruptcy Rules and court decisions interpreting the same. Stroock's diligence and effective advocacy with respect to these issues have been beneficial to the Committee in these Chapter 11 Cases.

62.     **The Skill Required for Performance of Legal Services**. The number of difficult issues and matters addressed in these Chapter 11 Cases required a high degree of skill and expertise. Stroock's attorneys, with varying levels of experience and seniority, have been used effectively and efficiently to perform the necessary tasks and have provided valuable and effective assistance to the Committee. A thorough understanding of the Bankruptcy Code and Bankruptcy Rules was applied along with Stroock's subject matter and industry expertise to assist the Committee. The compensation requested by Stroock is consistent with the compensation awarded in other cases of similar size and complexity.

63.     **Preclusion of Other Employment Due to Acceptance of the Case**. Stroock's representation of the Committee has not precluded the acceptance of new clients because of the size of Stroock's financial restructuring department and the firm as a whole. Stroock has not

19

declined any representation solely because it serves as counsel for the Committee in these Chapter 11 Cases. However, the issues that have arisen in these proceedings have required attention on an ongoing and often expedited basis and the commitment of significant portions of time by Stroock attorneys and paraprofessionals.

64.     **The Customary Fee**. Stroock has computed the amount of compensation it seeks in this Application according to its customary rates for services of this kind, except as otherwise described herein.[4] The fees charged by Stroock are similar to the fees charged by comparable law firms. The amount of work involved in these cases, the level of skill necessary to perform the work, and the results obtained by Stroock justify an allowance of compensation in the requested amount. The compensation sought herein is not unusual given the magnitude of these Chapter 11 Cases and the time dedicated by Stroock to the representation of the Committee during the Fee Period.

65.     **Whether the Fee is Contingent or Fixed**. Stroock's fees for services rendered in these Chapter 11 Cases are based on its regular hourly rates (as adjusted periodically), subject in all respects to this Court's approval. Stroock has not requested any contingent fee in these Chapter 11 Cases, and the allowance of Stroock's fees is not outcome-dependent.

66.     **Time Limitations Imposed by the Client or Other Circumstances**. At times during the Fee Period, as detailed above, the circumstances of these Chapter 11 Cases have imposed significant time constraints requiring attorneys and paraprofessionals assigned to these Chapter 11 Cases to work evenings and on weekends. Stroock is working diligently and efficiently, with the assistance of the Committee's other advisors, to ensure that the Committee and its constituency are well represented and their interests protected.

---

[4] On December 18, 2020, Stroock filed its *Notice of Rate Increase Pursuant to Order Authorizing Retention and Employment of Stroock & Stroock & Lavan LLC as Attorneys for the Official Committee of Unsecured Creditors Effective as of January 1, 2021* [Docket No. 672]. Stroock has implemented the rate increases set forth in such notice, but has voluntarily charged a lower rate than set forth in the notice for certain counsel, at the request of the Debtors.

67. **The Results Obtained**. As described in this Application, Stroock's analysis, investigatory work and actions, thus far, have been valuable to the Committee and the constituency it represents in preserving and protecting the interests of the unsecured creditors as these Chapter 11 Cases develop. Stroock, on behalf of the Committee, has greatly contributed to the efficient administration of the Chapter 11 Cases.

68. **The Experience, Reputation, and Ability of the Attorneys**. Stroock possesses extensive experience, expertise and resources in all practice areas relevant to these Chapter 11 Cases, and is well versed in all substantive and procedural aspects of chapter 11 proceedings. Stroock is nationally recognized for having represented numerous official committees of unsecured creditors, ad hoc committees, individual creditors and investors in many chapter 11 cases in this district and others. Further, Stroock attorneys, including those who have provided legal services in these Chapter 11 Cases, have actively participated in leadership positions in bar associations and other organizations, have written for local and national publications, and have spoken on panels involving creditors' rights and bankruptcy areas. Stroock's attorneys are experienced in all aspects of bankruptcy matters, possess a high level of expertise, and have an excellent reputation in the business and legal communities. Furthermore, Stroock has particular experience in the areas of insolvency, workout and corporate reorganization.

69. **The "Undesirability" of the Case**. Serving as counsel to the Committee in these Chapter 11 Cases has not been undesirable for Stroock.

70. **The Nature and Length of the Professional Relationship with the Client**. Stroock was selected as the Committee's counsel shortly after the Committee's formation, on August 19, 2020, and was retained effective as of that date pursuant to an order of the Court dated October 16, 2020. Stroock has been rendering services continuously to the Committee since the

Committee was formed, and Stroock has rendered such services in a necessary and appropriate manner.

71.     **Awards in Similar Cases**. Stroock believes that its fees are consistent with fees allowed in similar proceedings for similar services rendered and results obtained. Stroock respectfully requests that the Court take notice of the awards made in similar cases of this size and complexity.

72.     Bankruptcy Code section 330 also authorizes "reimbursement for actual, necessary expenses" incurred by a retained professional. 11 U.S.C. §330(a)(1)(B). Stroock seeks reimbursement for actual and unpaid out-of-pocket expenses incurred in connection with its representation of the Committee during the Fee Period in the amount of $623.86. These expenses were incurred in accordance with Stroock's normal practice of charging clients for expenses related to particular matters, including transportation, photocopying, delivery service, postage and package delivery, vendor charges, court fees, transcript costs, computer-aided research and other out-of-pocket expenses incurred in providing professional services. Stroock has endeavored to minimize these expenses to the fullest extent possible and has provided a detailed summary of the expenses in the Monthly Statements attached hereto as **Exhibit D**.

73.     For the reasons set forth herein, Stroock has satisfied the *Johnson* factors. Accordingly, it is respectfully requested that the Court allow the requested fees and expenses in the amount of $1,206,888.36 for the period from February 1, 2021 through and including April 30, 2021, which amount consists of $1,206,264.50 in fees and $623.86 in expenses.

## STATEMENT PURSUANT TO U.S. TRUSTEE GUIDELINES

74.     The following statement is provided pursuant to ¶ C.5. of the Appendix B Guidelines.

a.   **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period.

**Answer:** Yes; see discussion in footnote 4 hereof.

b.   **Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client**.**

**Answer**: Not applicable.

c.   **Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case**.**

**Answer**: No.

d.   **Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees.

**Answer**: No.

e.   **Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Answer**: No.

f.   **Question**: If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer**: Yes. With the authority of the Committee, on December 18, 2020, Stroock filed its *Notice of Rate Increase Pursuant to Order Authorizing Retention and Employment of Stroock & Stroock & Lavan LLC as Attorneys for the Official Committee of Unsecured Creditors Effective as of January 1, 2021* [Docket No. 672], and implemented such increases as set forth in the Second Interim Fee Application and in footnote 4 hereof.

## <u>RESERVATION OF RIGHTS</u>

75.     Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses may not be included in this Application due to delays in accounting and processing of such time and expenses. Accordingly, Stroock reserves the opportunity to make further application to this Court for the allowance of any such fees and expenses incurred during the Fee Period but not included herein.

## <u>NO PRIOR REQUEST</u>

76.     No prior request for the relief sought in this Application has been made to this or any other court.

24

## CONCLUSION

**WHEREFORE**, Stroock respectfully requests that the Court:

(a)      approve interim allowance for the Fee Period of $1,206,264.50 for services rendered to the Committee and $623.86 for expenses that Stroock incurred in connection with the rendering of such services during the period from February 1, 2021 through and including April 30, 2021;

(b)      authorize the Debtors to immediately pay to Stroock any unpaid portion of such allowed fees and expenses; and

(c)      award such other relief as the Court deems just and proper under the circumstances.


Dated: May 27, 2021                          Respectfully submitted,


                                             /s/  Kenneth Pasquale
                                             Kenneth Pasquale
                                             Stroock & Stroock & Lavan LLP
                                             180 Maiden Lane
                                             New York, NY 10038-4982
                                             (212) 806-5562
                                             Fax No. (212) 806-6006
                                             kpasquale@stroock.com

**CERTIFICATE OF SERVICE**

I certify that on _____ __, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/_ _____

# **EXHIBIT A**

Pasquale Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,*[1] | § § | Case No. 20-33948 (MI) |
| Debtors. | § § § | (Jointly Administered) |

**DECLARATION OF KENNETH PASQUALE IN SUPPORT OF**
**THIRD INTERIM FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP,**
**AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**FIELDWOOD ENERGY LLC, *ET AL.*, FOR THE PERIOD FROM FEBRUARY 1, 2021**
**THROUGH AND INCLUDING APRIL 30, 2021**

I, Kenneth Pasquale, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a member of Stroock & Stroock & Lavan LLP ("Stroock"), which maintains offices for the practice of law at 180 Maiden Lane, New York, New York 10038. I am an attorney-at-law, duly admitted and in good standing to practice in the State of New York, and numerous courts including the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York. I am admitted *pro hac vice* before this Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2.      I have reviewed the foregoing Third Interim Fee Application of Stroock, counsel

for the Official Committee of Unsecured Creditors (the "Committee") of Fieldwood Energy LLC,

*et al.* (the "Debtors"), for the period from February 1, 2021 through and including April 30, 2021

(the "Application"). To the best of my knowledge, information and belief, the statements contained

in the Application are true and correct. In addition, I believe that the Application complies with

Bankruptcy Local Rule 2016-1.

3.      In connection therewith, I hereby certify that:

a.      to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b.      except to the extent disclosed in the Application, the fees and disbursements sought in the Application are billed at rates customarily employed by Stroock and generally accepted by Stroock's clients;

c.      in providing a reimbursable expense, Stroock does not make a profit on that expense, whether the service is performed by Stroock in-house or through a third party;

d.      in accordance with Bankruptcy Rule 206(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Stroock and any other person for the sharing of compensation to be received in connection with the above case except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Bankruptcy Local Rules; and

e.      all services for which compensation is sought were professional services on behalf of the Committee and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated: May 27, 2021

*/s/ Kenneth Pasquale*
Kenneth Pasquale

Exhibit A-2

**EXHIBIT B**

Details of Fees and Expenses

| Summary of Timekeepers Included in this Fee Application | | | | | | |
|---|---|---|---|---|---|---|
| **Name of Professional** | **Position** | **Department** | **Bar Admission Date** | **Hours** | **Rate** | **Amount** |
| Cota, Alexandro | Partner | Financial Restructuring | 2005 | 22.9 | 1,300 | $      29,770.00 |
| Hansen, Kristopher M. | Partner | Financial Restructuring | 1996 | 114.5 | 1,795 | 205,527.50 |
| Merola, Frank A. | Partner | Financial Restructuring | 1988 | 69.6 | 1,600 | 111,360.00 |
| Pasquale, Kenneth | Partner | Financial Restructuring | 1990 | 180.8 | 1,600 | 289,280.00 |
| Sasson, Gabriel | Partner | Financial Restructuring | 2010 | 46.6 | 1,195 | 55,687.00 |
| Storz, John F. | Partner | Financial Restructuring | 1996 | 8.3 | 1,350 | 11,205.00 |
| Ashuraey, Sam N. | Associate | Financial Restructuring | 2017 | 56.6 | 970 | 54,902.00 |
| Gargano, Charles E. | Associate | Financial Restructuring | 2020 | 27.5 | 685 | 18,837.50 |
| Iaffaldano, John F. | Associate | Financial Restructuring | 2020 | 99.8 | 685 | 68,363.00 |
| Isaacson, Marni M. | Associate | Financial Restructuring | 2014 | 11.0 | 1,045 | 11,495.00 |
| Lau, Joanne | Associate | Financial Restructuring | 2014 | 9.2 | 1,045 | 9,614.00 |
| Millman, Sherry J. | Special Counsel | Financial Restructuring | 1985 | 273.1 | 1,100 | 300,410.00 |
| Sadler, Tess M. | Associate | Financial Restructuring | 2019 | 18.6 | 775 | 14,415.00 |
| Santana, Alexandra | Associate | Financial Restructuring | 2017 | 0.5 | 865 | 432.50 |
| **Totals for Attorneys** | | | | **939.0** | | **$ 1,181,298.50** |

Exhibit B-2

| Name of Paraprofessional | Position | Department | Years in Position | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Laskowski, Mathew D. | Paralegal | Financial Restructuring | 23 | 2.3 | 460 | 1,058.00 |
| Magzamen, Michael | Paralegal Supervisor | Financial Restructuring | 18 | 45.8 | 460 | 21,068.00 |
| Mohamed, David | Paralegal | Financial Restructuring | 30 | 1.4 | 400 | 560.00 |
| Rivera, Johnny | Project Manager | Litigation Support | 15 | 5.2 | 400 | 2,080.00 |
| Tholen, Daniel J. | Project Manager | Litigation Support | 9 | 0.5 | 400 | 200.00 |
| **Total for Paraprofessionals** | | | | **55.2** | | **$ 24,966.00** |
| **Total** | | | | **994.2** | | **$1,206,264.50** |

| Summary of Compensation Requested by Project Category | | | |
|---|---|---|---|
| Matter Code | Project Category | Hours | Amount |
| 0001 | Case Administration | 38.1 | $      20,404.00 |
| 0002 | Meetings & Communications with Debtors | 35.8 | 48,494.00 |
| 0004 | Relief from Stay / Adequate Protection Matters | 2.9 | 4,340.00 |
| 0005 | Court Hearings | 56.1 | 70,163.50 |
| 0006 | Creditors Committee Meetings and Communications | 181.6 | 233,328.50 |
| 0007 | Case Analysis/ Pleading Analysis and Responses | 14.9 | 14,738.00 |
| 0009 | Stroock Fee Applications | 25.8 | 20,184.00 |
| 0010 | Other Professional Retention | 3.7 | 3,530.50 |
| 0011 | Other Professional Fee Applications | 10.8 | 9,628.00 |
| 0012 | Lien Review | 10.0 | 12,431.00 |
| 0015 | Litigation & Adversary Proceedings | 101.2 | 118,794.50 |
| 0016 | Business Operations | 8.2 | 11,370.50 |
| 0021 | Schedules/SoFAs/UST Reports | 1.1 | 1,485.50 |
| 0022 | Claims Administration & Objections | 14.3 | 17,050.00 |
| 0023 | Plan & Disclosure Statement | 489.7 | 620,322.50 |
| | **Total** | **994.2** | **$ 1,206,264.50** |

| Summary of Expense Reimbursement Requested by Category | |
|---|---|
| Category | Amount |
| O/S Information Services | $     306.10 |
| Westlaw | 174.24 |
| Courtlink | 59.42 |
| Long Distance Telephone | 84.10 |
| **Total** | **$     623.86** |

Exhibit B-5

## **EXHIBIT C**

Customary and Comparable Compensation Disclosures

Exhibit C-1

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Non-Bankruptcy Blended Hourly Rate for New York Timekeepers | Blended Hourly Rate for This Fee Application |
| Partner | $ 1371 | $ 1588 |
| Of Counsel | 1135 | N/A |
| Associate/ Special Counsel | 935 | 964 |
| Paralegal | 413 | 452 |
| All Timekeepers Aggregated | 958 | 1213 |

As reflected in the chart above, the blended hourly rate for all Stroock timekeepers located in the New York office (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the period beginning on February 1, 2021 through and including April 30, 2021 (the "Comparable Period") was, in the aggregate, approximately $958 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

The blended hourly rate for all Stroock timekeepers (including both professionals and paraprofessionals) who billed to the Chapter 11 Cases during the Fee Period was approximately $1213 per hour (the "Blended Hourly Rate for This Fee Application").[3]

---

[1] Stroock has a vibrant practice representing hedge funds, private equity funds, banks, and other financial institutions in complex out-of-court restructuring transactions and distressed M&A transactions. It is the nature of this practice that the professionals and paraprofessionals who work primarily within Stroock's Financial Restructuring Group work on engagements in bankruptcy proceedings and outside of bankruptcy. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Stroock's New York timekeepers represented a client in a matter other than an in-court bankruptcy proceeding, and the Non-Bankruptcy Matters include time billed by Stroock's New York timekeepers who work primarily within Stroock's Financial Restructuring Group.

[2] Stroock calculated the blended rate for Non-Bankruptcy Matters by dividing the total dollar amount billed by Stroock's New York timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the total number of hours billed by Stroock's New York timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] Stroock calculated the blended rate for timekeepers who billed to the Chapter 11 Cases by dividing the total dollar amount billed by such timekeepers during the Fee Period by the total number of hours billed by such timekeepers during the Fee Period.

Exhibit C-2

**EXHIBIT D**

Monthly Fee Statements

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC, *et al.*,**[1] | **Case No. 20-33948 (MI)** |
| **Debtors.** | **(Jointly Administered)** |
| | **Objection Deadline: April 12, 2021** |

**SEVENTH MONTHLY STATEMENT OF SERVICES RENDERED**
**AND EXPENSES INCURRED FOR THE PERIOD FEBRUARY 1, 2021**
**THROUGH FEBRUARY 28, 2021 BY STROOCK & STROOCK & LAVAN LLP**
<u>**AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**</u>

Stroock & Stroock & Lavan LLP ("<u>Stroock</u>")[2], counsel for the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), hereby submits this Seventh Monthly Statement of Services Rendered and Expenses Incurred (the "<u>Monthly Fee Statement</u>") for the period February 1, 2021 through February 28, 2021 (the "<u>Statement Period</u>"), in accordance with the Court's order, dated September 17, 2020, establishing interim compensation procedures for this case (the "<u>Compensation Order</u>") [Docket No. 367].  In support of the Monthly Fee Statement, Stroock respectfully represents as follows:

**Relief Requested**

1.      Stroock respectfully submits this Monthly Fee Statement for: (i) compensation of fees for reasonable, actual and necessary services rendered by Stroock on behalf of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Order.

Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Stroock on behalf of the Committee during the Statement Period.

2.      Stroock seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $335,264.80    (80% of $419,081.00) |
|---|---|
| Total Expenses: | $233.66 |
| Total: | $335,498.46 |

3.      A detailed statement of hours spent rendering legal services to the Committee during the Statement Period is attached hereto as Exhibit A.  A detailed list of disbursements made or incurred by Stroock in connection with services performed on behalf of the Committee during the Statement Period is attached hereto as Exhibit B.

4.      Pursuant to the Compensation Order, Stroock seeks payment of $335,498.46 from the Debtors for the Statement Period, representing (a) 80% of Stroock's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

**Notice**

5.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Notice Parties"): (i) the Debtors; (ii) counsel to the Debtors; (iii) counsel to the Ad Hoc Group of Secured Lenders; and (iv) the Office of the United States Trustee for the Southern District of Texas.

6.      Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including Stroock, no later than **April 12, 2021 (the**

"**<u>Objection Deadline</u>**"**)**, setting forth the nature of the objection and the specific amounts of fees and expenses at issue.

7.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors shall pay Stroock the amounts of fees and expenses identified in the Monthly Fee Statement.

8.      To the extent an objection to the Monthly Fee Statement is received on or prior to the Objection Deadline, the Debtors may withhold payment of that portion of the payment requested to which the objection is directed, and shall promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:      March 29, 2021
            New York, New York                   **STROOCK & STROOCK & LAVAN LLP**

                                                 /s/ Kenneth Pasquale
                                                 Kristopher M. Hansen
                                                 Kenneth Pasquale
                                                 Sherry J. Millman
                                                 180 Maiden Lane
                                                 New York, NY 10038
                                                 Telephone: (212) 806-5400
                                                 Facsimile: (212) 806-6006

                                                 *Counsel to the Official Committee of Unsecured Creditors*

**FIELDWOOD ENERGY LLC,** *et al.*
**SUMMARY OF FEES**
**FEBRUARY 1, 2021 – FEBRUARY 28, 2021**

| Name of Professional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Cota, Alexandro | Partner | Financial Restructuring | 2005 | 6.0 | $1,300 | $7,800.00 |
| Hansen, Kristopher M. | Partner | Financial Restructuring | 1996 | 34.6 | 1,795 | 62,107.00 |
| Merola, Frank A. | Partner | Financial Restructuring | 1988 | 21.0 | 1,600 | 33,600.00 |
| Pasquale, Kenneth | Partner | Financial Restructuring | 1990 | 71.5 | 1,600 | 114,400.00 |
| Sasson, Gabriel | Partner | Financial Restructuring | 2010 | 29.3 | 1,195 | 35,013.50 |
| Ashuraey, Sam N. | Associate | Financial Restructuring | 2017 | 24.1 | 970 | 23,377.00 |
| Gargano, Charles E. | Associate | Financial Restructuring | 2020 | 17.9 | 685 | 12,261.50 |
| Iaffaldano, John F. | Associate | Financial Restructuring | 2019 | 31.9 | 685 | 21,851.50 |
| Isaacson, Marni M. | Associate | Financial Restructuring | 2014 | 2.2 | 1,045 | 2,299.00 |
| Millman, Sherry J. | Special Counsel | Financial Restructuring | 1985 | 82.4 | 1,100 | 90,640.00 |
| Sadler, Tess M. | Associate | Financial Restructuring | 2019 | 10.2 | 775 | 7,905.00 |
| Santana, Alexandra | Associate | Financial Restructuring | 2019 | 0.5 | 865 | 432.50 |
| **Totals for Attorneys** | | | | **331.6** | | **$411,687.00** |

| Name of Paraprofessional | Position | Department | Years of Experience | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Laskowski, Mathew D. | Paralegal | Financial Restructuring | 23 | 0.3 | 460 | 138.00 |
| Magzamen, Michael | Paralegal Supervisor | Financial Restructuring | 18 | 15.6 | 460 | 7,176.00 |
| Mohamed, David | Paralegal | Financial Restructuring | 30 | 0.2 | 400 | 80.00 |
| **Total for Paraprofessionals** | | | | **16.1** | | **$7,394.00** |
| **Total** | | | | **347.7** | | **$419,081.00** |

**FIELDWOOD ENERGY LLC,** *et al.*
**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2021 – DECEMBER 31, 2021**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0001 | Case Administration | 11.8 | $    7,279.50 |
| 0002 | Meetings & Communications with Debtors | 16.6 | 23,713.00 |
| 0004 | Relief from Stay / Adequate Protection Matters | 0.8 | 1,130.00 |
| 0005 | Court Hearings | 18.2 | 24,094.00 |
| 0006 | Creditors Committee Meetings and Communications | 69.3 | 84,447.50 |
| 0007 | Case Analysis/ Pleading Analysis and Responses | 12.0 | 11,230.00 |
| 0009 | Stroock Fee Applications | 19.3 | 15,608.00 |
| 0010 | Other Professional Retention | 2.7 | 2,356.50 |
| 0011 | Other Professional Fee Applications | 3.5 | 3,231.50 |
| 0012 | Lien Review | 5.1 | 7,088.00 |
| 0015 | Litigation & Adversary Proceedings | 77.3 | 91,392.50 |
| 0016 | Business Operations | 3.9 | 5,515.00 |
| 0021 | Schedules/SoFAs/UST Reports | 0.2 | 320.00 |
| 0022 | Claims Administration & Objections | 14.0 | 16,720.00 |
| 0023 | Plan & Disclosure Statement | 93.0 | 124,955.50 |
| | **Total** | **347.7** | $    **419,081.00** |

**FIELDWOOD ENERGY LLC,** *et al.*
**DISBURSEMENT SUMMARY**
**DECEMBER 1, 2020 – DECEMBER 31, 2020**

| Disbursement | Amount |
|---|---|
| Westlaw | $ 174.24 |
| Courtlink | 59.42 |
| **Total** | **$    233.66** |

## Exhibit  A

**Detailed Time Entries**

# STROOCK

## INVOICE

| | |
|---|---|
| INVOICE NO. | 785164 |
| CLIENT | Official Committee of Unsecured Creditors of Fieldwood Energy LLC, *et al.* |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2021, including:

| | |
|---|---|
| RE | Case Administration<br>007168 0001 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2021 | Update task list. | Gargano, C.E. | 0.1 |
| 02/01/2021 | Obtain, archive and circulate ECF filed documents (.2); review docket and update working group (.2). | Magzamen, M.S. | 0.4 |
| 02/02/2021 | Update task list. | Gargano, C.E. | 0.1 |
| 02/02/2021 | Update PSZJ re: BP hearing matters (.2); review docket, calendars update and update working group (.3). | Magzamen, M.S. | 0.5 |
| 02/02/2021 | Obtain, archive and circulate ECF filed documents. | Magzamen, M.S. | 0.1 |
| 02/03/2021 | Obtain, archive and circulate ECF filed documents; calendar updates. | Magzamen, M.S. | 0.4 |
| 02/04/2021 | Update task list. | Gargano, C.E. | 0.1 |
| 02/04/2021 | Review dockets, update calendars and send update working group. | Magzamen, M.S. | 0.2 |
| 02/05/2021 | Update task list. | Gargano, C.E. | 0.1 |
| 02/05/2021 | Circulate morning docket and calendars update to working group (.2); obtain and circulate ECF filings (.1); review docket and update working | Magzamen, M.S. | 0.5 |

# STROOCK

| | | | |
|---|---|---|---|
| | group (.2). | | |
| 02/05/2021 | Confer with C. Gargano re admin issues. | Millman, S.J. | 0.1 |
| 02/08/2021 | Catch up on latest issues, workstreams resignation (.5); communications on same (.1). | Cota, A. | 0.6 |
| 02/08/2021 | Update task list. | Gargano, C.E. | 0.1 |
| 02/08/2021 | Emails w/ S. Millman re scheduling professionals and UCC meetings. | Iaffaldano, J.F. | 0.2 |
| 02/08/2021 | Discuss PHV w/ G. Sasson (.1); obtain, archive and circulate ECF filed documents (.1); confirm dates w/ local counsel (.1) review docket, update calendars and circulate among working group (.2). | Magzamen, M.S. | 0.5 |
| 02/09/2021 | Update task list. | Gargano, C.E. | 0.1 |
| 02/09/2021 | Review dockets, update calendars and circulate among working group. | Magzamen, M.S. | 0.4 |
| 02/09/2021 | Review of various case assignments. | Millman, S.J. | 0.2 |
| 02/10/2021 | Obtain, archive and circulate ECF filed documents (.1); confer w/ K. LaBrada (PSZJ) re: randomly assigned hearing (.2); review docket and update working group (.2). | Magzamen, M.S. | 0.5 |
| 02/11/2021 | Update task list. | Gargano, C.E. | 0.1 |
| 02/11/2021 | Further correspondence w/ K. LaBrada (PSZJ) re: hearing appearing on Judge's calendar. | Magzamen, M.S. | 0.1 |
| 02/11/2021 | Obtain, archive and circulate ECF filed documents (.2); review docket and update working group (.2). | Magzamen, M.S. | 0.4 |
| 02/12/2021 | Update task list. | Gargano, C.E. | 0.1 |
| 02/12/2021 | Calendar updates (.2); circulate ECF filings (.1); review docket and update working group re: filings (.2). | Magzamen, M.S. | 0.5 |
| 02/16/2021 | Update task list. | Gargano, C.E. | 0.3 |
| 02/16/2021 | Corr w/ C. Gargano re daily task list updates. | Iaffaldano, J.F. | 0.1 |

# STROOCK

| | | | |
|---|---|---|---|
| 02/16/2021 | Obtain, archive and circulate ECF filed documents and calendars updates. | Magzamen, M.S. | 0.5 |
| 02/17/2021 | Update task list. | Gargano, C.E. | 0.2 |
| 02/17/2021 | Review docket and update working group. | Magzamen, M.S. | 0.2 |
| 02/17/2021 | Confer internally re assignments (.1); review of upcoming matters for hearing (.1). | Millman, S.J. | 0.2 |
| 02/17/2021 | Emails & confer w/ team re status items. | Pasquale, K. | 0.3 |
| 02/18/2021 | Obtain, archive and circulate ECF filed documents; confer w/ S. Millman re: make-up of UCC notice to be filed; review dockets and circulate update among working group. | Magzamen, M.S. | 0.4 |
| 02/19/2021 | Obtain, archive and circulate ECF filed documents. | Magzamen, M.S. | 0.1 |
| 02/22/2021 | Obtain, archive and circulate ECF filed documents. | Magzamen, M.S. | 0.3 |
| 02/23/2021 | Organize Conway presentations (.4); emails w/ S. Millman and M. Magzamen re same (.2). | Iaffaldano, J.F. | 0.6 |
| 02/23/2021 | Organize docs; confer w/ S. Millman, K. Pasquale, J. Iaffaldano and C. Gargano re: same. | Magzamen, M.S. | 0.3 |
| 02/24/2021 | Update task list. | Gargano, C.E. | 0.2 |
| 02/24/2021 | Discuss committee working group w/ G. Gargano (.2); update roll call list for committee calls (.1); review bylaws (.3); review task list (.1). | Iaffaldano, J.F. | 0.7 |
| 02/24/2021 | Dockets review and calendars update. | Magzamen, M.S. | 0.2 |
| 02/25/2021 | Research USDOJ contacts for K. Pasquale; docket/calendars update and circulation. | Magzamen, M.S. | 0.4 |
| 02/26/2021 | Review docket and update working group. | Magzamen, M.S. | 0.2 |
| 02/26/2021 | Obtain and circulate recently docketed pleadings. | Mohamed, D. | 0.2 |

# STROOCK

PAGE: 4

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Cota, Alexandro | 0.6 | $ 1,300 | $ 780.00 |
| Gargano, Charles E. | 1.5 | 685 | 1,027.50 |
| Iaffaldano, John F. | 1.6 | 685 | 1,096.00 |
| Magzamen, Michael | 7.1 | 460 | 3,266.00 |
| Millman, Sherry J. | 0.5 | 1,100 | 550.00 |
| Mohamed, David | 0.2 | 400 | 80.00 |
| Pasquale, Kenneth | 0.3 | 1,600 | 480.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,279.50 |
|---|---|

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Westlaw | $ 174.24 |
| Courtlink | 59.42 |

| TOTAL DISBURSEMENTS/CHARGES | $ 233.66 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,513.16 |
|---|---|

# STROOCK

PAGE: 5

| RE | Meetings & Communications with Debtors<br>007168 0002 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2021 | Review Weil correspondence re Pre-Petition claims. | Merola, F.A. | 0.2 |
| 02/01/2021 | Follow up with J. Liou (Weil), M. Magzamen and with Conway re government claims. | Millman, S.J. | 0.2 |
| 02/02/2021 | Review Weil correspondence re Joint Interest Billing. | Merola, F.A. | 0.2 |
| 02/05/2021 | Review Weil correspondence re Committee Challenge Stipulation. | Merola, F.A. | 0.2 |
| 02/05/2021 | Confer with J. Liou (Weil) re government claims and related issues. | Millman, S.J. | 0.1 |
| 02/08/2021 | Call with J. Liou (Weil) to discuss plan status and related issues and follow up discussions internally re same. | Millman, S.J. | 0.4 |
| 02/09/2021 | T/c A. Perez (Weil) re database status (.2); emails re same (.2). | Pasquale, K. | 0.4 |
| 02/12/2021 | Call with J. Liou (Weil) re status of proposal and plan process. | Millman, S.J. | 0.2 |
| 02/15/2021 | Call with J. Liou (Weil) to discuss plan/ds related issues and confer with K. Pasquale re same. | Millman, S.J. | 0.5 |
| 02/18/2021 | Review Weil call re counter. | Merola, F.A. | 0.1 |
| 02/18/2021 | Confer with J. Liou (Weil) re discussion points. | Millman, S.J. | 0.4 |
| 02/18/2021 | Review & revise issues list for Plan discussions w/ debtors (.9); conf call w/ Conway in prep for call w/debtors (.5); review debtors' documents re same (.8). | Pasquale, K. | 2.2 |

# STROOCK

| PAGE: 6 | | | |
|---|---|---|---|
| 02/19/2021 | Attend call with Debtors' professionals re Plan. | Ashuraey, S.N. | 0.8 |
| 02/19/2021 | Call with Debtor reps re Plan counterproposal. | Merola, F.A. | 1.0 |
| 02/19/2021 | Prep for (.6) & conf call w/debtors (1.0) re plan issues & counter proposal; follow-up with team (.5). | Pasquale, K. | 2.1 |
| 02/21/2021 | Correspondence with Weil re Plan exhibits. | Merola, F.A. | 0.2 |
| 02/22/2021 | Correspondence with Weil re Plan due diligence. | Merola, F.A. | 0.2 |
| 02/22/2021 | Finalize and forward to Debtors list of plan implementation issues and schedule call. | Millman, S.J. | 0.7 |
| 02/23/2021 | Review Weil correspondence re Joint Interest Billing payments. | Merola, F.A. | 0.2 |
| 02/23/2021 | Review of JIB/Vendor information and confer with Weil re same and messages to Conway re same. | Millman, S.J. | 0.4 |
| 02/24/2021 | Corresp with Debtors' counsel re: challenge stipulation (.4); corresp. with SSL team re: same (.2). | Sasson, G. | 0.6 |
| 02/25/2021 | Review Weil correspondence re surety engagement tracker. | Merola, F.A. | 0.2 |
| 02/25/2021 | Prep for (.6) & conf call w/ debtors (1.0) re Plan issues; debrief w/ team (.4); review documents & spreadsheets from debtors (1.5). | Pasquale, K. | 3.5 |
| 02/28/2021 | Discussions with Debtors' re proposal and confer with Conway and internally re same (1.0); review of draft response (.3). | Millman, S.J. | 1.3 |
| 02/28/2021 | Conf call w/ debtors counsel re plan proposal. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.8 | $ 970 | $ 776.00 |
| Merola, Frank A. | 2.5 | 1,600 | 4,000.00 |
| Millman, Sherry J. | 4.2 | 1,100 | 4,620.00 |

# STROOCK

PAGE: 7

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 8.5 | 1,600 | 13,600.00 |
| Sasson, Gabriel | 0.6 | 1,195 | 717.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 23,713.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 23,713.00 |
|---|---|

# STROOCK

PAGE: 8

| RE | Relief from Stay / Adequate Protection Matters<br>007168  0004 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/10/2021 | Review of O'Neill lift stay matter and follow up re hearing date issue. | Millman, S.J. | 0.3 |
| 02/11/2021 | Review Daniels relief from stay stipulation (.1); review Stipulation re O'Neill relief from stay (.1). | Merola, F.A. | 0.2 |
| 02/26/2021 | Review Stipulation re O'Neil relief from stay (.1); review Wild relief from stay (.2). | Merola, F.A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Merola, Frank A. | 0.5 | $ 1,600 | $ 800.00 |
| Millman, Sherry J. | 0.3 | 1,100 | 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,130.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,130.00 |
|---|---|

# STROOCK

| RE | Court Hearings |
|----|----------------|
|    | 007168 0005 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2021 | Monitor hearing re motion to compel BP. | Iaffaldano, J.F. | 1.0 |
| 02/01/2021 | Confer w/ SSL and PSZJ teams re: hearing coverage. | Magzamen, M.S. | 0.2 |
| 02/01/2021 | Review Notice of Adjournment of DS hearing. | Merola, F.A. | 0.1 |
| 02/01/2021 | Review Supplement to Emergency BP Motion (.2); participate in hearing re Motion to Compel BP (.8). | Merola, F.A. | 1.0 |
| 02/01/2021 | Monitor portions of BP status conference. | Millman, S.J. | 0.5 |
| 02/01/2021 | Review debtors' supplemental documents in advance of status conf (.4); participate in court status conf re BP motion (.7). | Pasquale, K. | 1.1 |
| 02/02/2021 | Attend hearing re: BP motion to compel. | Ashuraey, S.N. | 0.8 |
| 02/02/2021 | Monitor hearing re motion to compel BP. | Iaffaldano, J.F. | 2.1 |
| 02/02/2021 | Review BP Objection re Motion to Compel (.3); review W&E lists (.2); monitor hearing re BP Motion to Compel (1.5). | Merola, F.A. | 2.0 |
| 02/02/2021 | Monitor portions of BP hearing. | Millman, S.J. | 1.5 |
| 02/02/2021 | Review BP response, witness lists in prep for hearing (.5); participate in court hearing re BP motion (6.3). | Pasquale, K. | 6.8 |
| 02/11/2021 | Review Notice re Emergency for BP Hearing. | Merola, F.A. | 0.1 |
| 02/16/2021 | Review Notice of Adjournment of Hearing for BP. | Merola, F.A. | 0.1 |
| 02/18/2021 | Review W&E lists for upcoming hearing. | Merola, F.A. | 0.2 |

# STROOCK

PAGE: 10

| 02/21/2021 | Review agenda for hearing re BP. | Merola, F.A. | 0.2 |
| 02/22/2021 | Attend hearing on motion to amend sublease. | Iaffaldano, J.F. | 0.4 |
| 02/26/2021 | Monitor hearing re automatic stay. | Iaffaldano, J.F. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.8 | $ 970 | $ 776.00 |
| Iaffaldano, John F. | 3.6 | 685 | 2,466.00 |
| Magzamen, Michael | 0.2 | 460 | 92.00 |
| Merola, Frank A. | 3.7 | 1,600 | 5,920.00 |
| Millman, Sherry J. | 2.0 | 1,100 | 2,200.00 |
| Pasquale, Kenneth | 7.9 | 1,600 | 12,640.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,094.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 24,094.00 |
|---|---|

# STROOCK

| RE | Creditors Committee Meetings and Communications<br>007168 0006 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2021 | Attend weekly professionals call. | Ashuraey, S.N. | 0.3 |
| 02/01/2021 | Weekly professionals call. | Gargano, C.E. | 0.4 |
| 02/01/2021 | Attend Committee professionals weekly call. | Iaffaldano, J.F. | 0.3 |
| 02/01/2021 | Participate in professionals call. | Isaacson, M.M. | 0.4 |
| 02/01/2021 | Review Committee correspondence re Disclosure Statement continuance (.1); participate in Committee professional call (.3); review correspondence to Committee re call agenda (.2). | Merola, F.A. | 0.6 |
| 02/01/2021 | Prepare agenda for Committee meeting and confer internally and forward to Committee (.5); provide case update to committee (.3); prepare for and participate in Committee professionals call and confer with Conway in advance (.5). | Millman, S.J. | 1.3 |
| 02/01/2021 | Prep meeting for Committee call. | Pasquale, K. | 0.3 |
| 02/01/2021 | Weekly call with Committee professionals re status and analysis. | Sadler, T.M. | 0.5 |
| 02/02/2021 | Attend weekly Committee call. | Ashuraey, S.N. | 0.2 |
| 02/02/2021 | Committee meeting (.3); prep for same (1.3); follow up re same (.8). | Hansen, K.M. | 2.4 |
| 02/02/2021 | Prepare for (.1) and participate in weekly Committee call (.3). | Iaffaldano, J.F. | 0.4 |
| 02/02/2021 | Call with Committee. | Merola, F.A. | 0.3 |
| 02/02/2021 | Prepare for (.2) and participate in Committee meeting (.2) and follow up discussions with Committee member (.1). | Millman, S.J. | 0.5 |

# STROOCK

PAGE: 12

| | | | |
|---|---|---|---|
| 02/02/2021 | Committee meeting. | Pasquale, K. | 0.3 |
| 02/02/2021 | Weekly update and status call with Committee and Committee professionals (.3) and prepare for the same (.2). | Sadler, T.M. | 0.5 |
| 02/03/2021 | Review Committee update re BP. | Merola, F.A. | 0.2 |
| 02/03/2021 | Review of reports re hearing and respond to inquiry and confer with K. Pasquale re same; (.2) prepare report to committee re same; (.2) respond to inquiry from committee member re same (.3). | Millman, S.J. | 0.7 |
| 02/04/2021 | Confer with M. Warner (PSZJ) and Conway re Committee issues. | Millman, S.J. | 0.2 |
| 02/05/2021 | Discuss committee resignation with SSL team. | Hansen, K.M. | 0.5 |
| 02/05/2021 | Review Committee resignation. | Merola, F.A. | 0.1 |
| 02/05/2021 | Review of notice of resignation, communication to Committee member counsel (.4); provide notice re same and confer with other Committee professionals re same (.2). | Millman, S.J. | 0.6 |
| 02/08/2021 | Correspondence with Committee re cancelled meeting. | Merola, F.A. | 0.2 |
| 02/08/2021 | Call of local counsel and Conway team and K. Pasquale to discuss Committee issues (.4); review of schedules and notices of appearance and follow up with various creditors (.8);  memo to Committee and follow up emails from Committee member re financial data (.3). | Millman, S.J. | 1.5 |
| 02/08/2021 | Conf call w/ professionals re Committee issues (.5); confer w/ S. Millman re same (.3); emails re same (.3). | Pasquale, K. | 1.1 |
| 02/08/2021 | Weekly Committee professionals status call. | Sadler, T.M. | 0.5 |
| 02/09/2021 | Committee process update (.5); committee call (.6). | Hansen, K.M. | 1.1 |
| 02/09/2021 | Follow up with creditors re inquiries re Committee. | Millman, S.J. | 1.0 |

# STROOCK

| | | | |
|---|---|---|---|
| 02/09/2021 | Conf call w/ creditor re status. | Pasquale, K. | 0.5 |
| 02/10/2021 | Communication with Committee member re cash flow information and confer with Conway re same. | Millman, S.J. | 0.3 |
| 02/10/2021 | Emails & conf call w/ creditor re Committee service. | Pasquale, K. | 0.7 |
| 02/11/2021 | Review Committee correspondence re Apache sublease. | Merola, F.A. | 0.2 |
| 02/11/2021 | Respond to inquiries from two trade creditors. | Millman, S.J. | 0.5 |
| 02/11/2021 | Coordinate with co-counsel re information to interested applicants (.3); respond to one creditor candidate (.3). | Millman, S.J. | 0.6 |
| 02/11/2021 | Emails w/ team re committee issues. | Pasquale, K. | 0.3 |
| 02/12/2021 | Review correspondence cancelling Committee professional call. | Merola, F.A. | 0.1 |
| 02/12/2021 | Call with K. Pasquale and Conway to discuss current status, issues for Tuesday's Committee call and claims status and follow up with email to Committee professionals (.4); discussion with creditor interested in joining Committee (.2). | Millman, S.J. | 0.6 |
| 02/12/2021 | Emails & conf call w/ S. Millman, Conway in prep for next Committee meeting. | Pasquale, K. | 0.5 |
| 02/14/2021 | Review Conway Committee presentation. | Iaffaldano, J.F. | 0.2 |
| 02/15/2021 | Review Committee professional correspondence (.2); review Conway Committee materials (.2). | Merola, F.A. | 0.4 |
| 02/15/2021 | Review of Conway presentation and confer with A. Bekker (Conway) re same (.8); prepare memo to Committee re tomorrow's call (.2); follow up communication with Committee member (.2). | Millman, S.J. | 1.2 |
| 02/16/2021 | Weekly conf call w/ clients. | Cota, A. | 0.4 |

# STROOCK

| | | | |
|---|---|---|---|
| 02/16/2021 | Weekly Committee call. | Gargano, C.E. | 0.3 |
| 02/16/2021 | Committee meeting (.3) and prep for the same (.3). | Hansen, K.M. | 0.6 |
| 02/16/2021 | Prepare for (.1) and participate in weekly UCC call (.3). | Iaffaldano, J.F. | 0.4 |
| 02/16/2021 | Participate in committee call. | Isaacson, M.M. | 0.4 |
| 02/16/2021 | Review Conway Committee update (.3); participate in Committee call (.3). | Merola, F.A. | 0.6 |
| 02/16/2021 | Call with counsel to claim holder to be appointed to Committee (.3); review of by-laws and NDA to be executed upon appointment (.2); prepare for and participate in Committee call (.3). | Millman, S.J. | 0.8 |
| 02/16/2021 | Prep for (.5) & Committee meeting (.3); confer w/ S. Millman re same (.3); conf call w/ creditor re status (.3). | Pasquale, K. | 1.4 |
| 02/17/2021 | Call with creditor potentially interested in joining Committee (.3); respond to creditor submitting application for membership (.1); communicate with Committee member resigning and confer with Committee professionals re same (.2); confer with M. Warner (PSZJ) re UST process (.2); messages from M. Warner team re their application and address mechanics of signoff (.3). | Millman, S.J. | 1.1 |
| 02/17/2021 | Emails re member resignation issues. | Pasquale, K. | 0.3 |
| 02/18/2021 | Confer with co counsel re US Trustee appointment of new members (.4); respond to inquiries re Committee membership from interested creditors (.3). | Millman, S.J. | 0.7 |
| 02/19/2021 | Review and provide comments to Committee bylaws (1.5) and incorporate K. Pasquale comments re same (.5). | Gargano, C.E. | 2.0 |
| 02/19/2021 | Review Notice of Reconstituted Committee. | Merola, F.A. | 0.1 |
| 02/19/2021 | Review of notice of reconstitution of Creditors' Committee and seek to connect with new | Millman, S.J. | 1.1 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | Committee members and resigning member (.8); confer with C. Gargano re bylaws and NDA and review emails (.3). |  |  |
| 02/20/2021 | Prep NDA and Bylaws for new Committee members (1.1); and coordinate w/ each member re signature (.4). | Gargano, C.E. | 1.5 |
| 02/20/2021 | Review of materials to new Committee members (.4) and confer with C. Gargano and K. Pasquale re same (.2). | Millman, S.J. | 0.6 |
| 02/22/2021 | Attend weekly UCC professionals call. | Ashuraey, S.N. | 0.8 |
| 02/22/2021 | Professionals call (.8) and catchup on latest updates (.1). | Cota, A. | 0.9 |
| 02/22/2021 | Committee professionals call (.8); call w/ Sea Robin to discuss Committee (.7); coordinate signature of Bylaws/NDA for new Committee members (.2). | Gargano, C.E. | 1.7 |
| 02/22/2021 | Prep for committee meeting. | Hansen, K.M. | 1.0 |
| 02/22/2021 | Attend weekly UCC professionals call (partial). | Iaffaldano, J.F. | 0.4 |
| 02/22/2021 | Participate in professionals call (partial). | Isaacson, M.M. | 0.5 |
| 02/22/2021 | Participate in Committee professionals call (.8); review Committee correspondence re meeting reschedule (.1). | Merola, F.A. | 0.9 |
| 02/22/2021 | Obtain new Committee member signoff on docs (.2); call with new Committee member to provide overview and prepare materials for Committee member review (1.2); seek to connect with additional new Committee member (.2); communications with resigning member and Conway team re same (.3); confer internally re meetings and  memo to Committee re meetings (.3); call of Committee professionals to discuss plan issues (.8). | Millman, S.J. | 3.0 |
| 02/22/2021 | Conf call w/ professionals re Committee proposal/meeting prep (.7); prep for (.8) & conf call w/ Sea Robin team re Committee and case issues (.7). | Pasquale, K. | 2.2 |

# STROOCK

| PAGE: 16 | | | |
|---|---|---|---|
| 02/22/2021 | Weekly professionals call re case strategy and issues and review correspondence re same. | Sadler, T.M. | 0.8 |
| 02/23/2021 | Revise and review updated bylaws for Committee (.9) and review NDA for new members (.4). | Gargano, C.E. | 1.3 |
| 02/23/2021 | Review Conway materials. | Merola, F.A. | 0.3 |
| 02/23/2021 | Calls with Committee members and follow up re NDA and by laws and re scheduling of Committee call. | Millman, S.J. | 1.0 |
| 02/23/2021 | Review materials for presentation to new Committee members (.8); confer w/ S. Millman re same (.3); review draft settlement deck (.8). | Pasquale, K. | 1.9 |
| 02/24/2021 | Finalize revised execution version of bylaws and circulate to Committee (.5); send out executed NDAs to new Committee members (.5). | Gargano, C.E. | 1.0 |
| 02/24/2021 | Provide updates on case to new committee members. | Hansen, K.M. | 1.0 |
| 02/24/2021 | Review correspondence re Committee materials and meeting (.2); review revised Conway materials (.3); review summary re Chevron discussions (.2). | Merola, F.A. | 0.7 |
| 02/24/2021 | Prepare additional materials for new Committee member (.3); finalize deck with Conway for presentation to the Committee (.5); email to Committee (.2); confer with C. Gargano re messages to Committee members and re setting up admin matters (.2). | Millman, S.J. | 1.2 |
| 02/24/2021 | Prep for (.3) & conf call w/ creditor (.5 ) re case issues; debrief call w/ Committee team (.7); conf call w/ Committee member re plan issues (.3); review deck to Committee (.5) & confer w/ team re same (.5). | Pasquale, K. | 2.8 |
| 02/25/2021 | Attend weekly call with Committee (.9); review materials for same (.2). | Ashuraey, S.N. | 1.1 |
| 02/25/2021 | Review materials for Committee member call (.1); call w/ Committee members (.7). | Cota, A. | 0.8 |

# STROOCK

| | | | |
|---|---|---|---|
| 02/25/2021 | Weekly Committee call. | Gargano, C.E. | 0.8 |
| 02/25/2021 | Prepare for (.4) and participate in Committee update call (.8). | Iaffaldano, J.F. | 1.2 |
| 02/25/2021 | Participate in Committee call (partial). | Isaacson, M.M. | 0.5 |
| 02/25/2021 | Participate in Committee meeting (.8); correspondence with Committee re counter (.3). | Merola, F.A. | 1.1 |
| 02/25/2021 | Prepare for and participate in Committee call (.7); follow up discussions with new Committee member to discuss questions related to proposal (.5); discussions with Conway and with K. Hansen re modification of information in Conway deck (.3) follow up email to members (.2). | Millman, S.J. | 1.7 |
| 02/25/2021 | Prep for (.6) & Committee meeting (.8). | Pasquale, K. | 1.4 |
| 02/25/2021 | Weekly update call with Committee and Committee professionals (.8) and prep (.2). | Sadler, T.M. | 1.0 |
| 02/25/2021 | Attend weekly committee meeting call (partial). | Santana, A. | 0.5 |
| 02/26/2021 | Confer with K. Pasquale re coordination of efforts to speak to government; (.3); respond to inquiry from creditor (.2). | Millman, S.J. | 0.5 |
| 02/26/2021 | Confer with A. Bekker (Conway) re by-laws point and schedule further discussion (.2); respond to inquiry of new Committee member (.3). | Millman, S.J. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 2.4 | $ 970 | $ 2,328.00 |
| Cota, Alexandro | 2.1 | 1,300 | 2,730.00 |
| Gargano, Charles E. | 9.0 | 685 | 6,165.00 |
| Hansen, Kristopher M. | 6.6 | 1,795 | 11,847.00 |
| Iaffaldano, John F. | 2.9 | 685 | 1,986.50 |
| Isaacson, Marni M. | 1.8 | 1,045 | 1,881.00 |
| Merola, Frank A. | 5.8 | 1,600 | 9,280.00 |
| Millman, Sherry J. | 21.2 | 1,100 | 23,320.00 |

# STROOCK

PAGE: 18

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 13.7 | 1,600 | 21,920.00 |
| Sadler, Tess M. | 3.3 | 775 | 2,557.50 |
| Santana, Alexandra | 0.5 | 865 | 432.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 84,447.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 84,447.50 |
|---|---|

# STROOCK

| RE | Case Analysis/ Pleading Analysis and Responses |
| | 007168  0007 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/03/2021 | Review BP Order; review Valero Case Order. | Merola, F.A. | 0.4 |
| 02/09/2021 | Review Weil invoice re Joint Interest Billing. | Merola, F.A. | 0.2 |
| 02/10/2021 | Review Emergency Motion re Apache Sublease Agreement. | Merola, F.A. | 0.3 |
| 02/10/2021 | Review emergency sublease motion. | Pasquale, K. | 0.5 |
| 02/11/2021 | Review motion filed by debtors re sublease amendment (.8) and share summary notes with J. Iaffaldano (.2). | Gargano, C.E. | 1.0 |
| 02/11/2021 | Review Debtors' motion to assume office lease (.8); prepare summary of same (1.6); emails w/ internal team re same (.2). | Iaffaldano, J.F. | 2.6 |
| 02/11/2021 | Review of motion re sublease and confer with J. Iaffaldano re same. | Millman, S.J. | 0.4 |
| 02/17/2021 | Review Weil Joint Interest Billing reporting. | Merola, F.A. | 0.2 |
| 02/19/2021 | Review and summarize debtors' motion to enter into non-prosecution agreement (3.1); internal emails re same (.3); email C. Carlson (Weil) re same (.2). | Iaffaldano, J.F. | 3.6 |
| 02/19/2021 | Review summary of non-prosecution agreement motion. | Merola, F.A. | 0.1 |
| 02/19/2021 | Review Motion re Non Prosecution Agreement. | Merola, F.A. | 0.2 |
| 02/19/2021 | Review of motion re resolution of investigations and  confer with J. Iaffaldano re summary and additional questions (.7); review memo re same (.2). | Millman, S.J. | 0.9 |
| 02/19/2021 | Review debtors' motion re non-prosecution. | Pasquale, K. | 0.5 |

# STROOCK

PAGE: 20

| 02/22/2021 | Prepare summary of hearing (.7); emails w/ S. Millman re same (.1). | Iaffaldano, J.F. | 0.8 |
| 02/22/2021 | Review summary of BP Sublease hearing. | Merola, F.A. | 0.2 |
| 02/23/2021 | Review Notice of withdrawal of BP Emergency Motion. | Merola, F.A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Gargano, Charles E. | 1.0 | $ 685 | $ 685.00 |
| Iaffaldano, John F. | 7.0 | 685 | 4,795.00 |
| Merola, Frank A. | 1.7 | 1,600 | 2,720.00 |
| Millman, Sherry J. | 1.3 | 1,100 | 1,430.00 |
| Pasquale, Kenneth | 1.0 | 1,600 | 1,600.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,230.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 11,230.00 |
|---|---|

# STROOCK

PAGE: 21

| RE | Stroock Fee Applications |
|---|---|
| | 007168  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/24/2021 | Emails w/ M. Magzamen and S. Millman re fee application (.3); call w/ S. Millman re same (.1); emails w/ T. Sadler re same (.1). | Iaffaldano, J.F. | 0.5 |
| 02/24/2021 | Draft SSL Second Interim fee application (1.9); discussions re: same (.2); finalize SSL and Conway January fee statements (.4); confer w/ T. Sadler re: SSL draft 2d interim fee application (.3). | Magzamen, M.S. | 2.8 |
| 02/24/2021 | Review of procedures and coordinate preparation of interim fee app (.4); messages M. Magzamen, T. Sadler, and t/cs J. Iaffaldano re same (.5). | Millman, S.J. | 0.9 |
| 02/25/2021 | Provide detail for summary of work performed in interim fee app. | Ashuraey, S.N. | 0.3 |
| 02/25/2021 | Emails and discussion w/ T. Sadler re second interim fee application. | Iaffaldano, J.F. | 0.3 |
| 02/25/2021 | Draft Stroock Second Interim Fee Application; confer w/ T. Sadler and Billing: same. | Magzamen, M.S. | 2.4 |
| 02/26/2021 | Correspondence w/ T. Sadler re interim fee application for SSL. | Gargano, C.E. | 0.3 |
| 02/26/2021 | Correspond with T. Sadler (.1); assist interim fee application (.2). | Laskowski, M.D. | 0.3 |
| 02/26/2021 | Confer w/ C. Gargano re: timing of fee application. | Magzamen, M.S. | 0.1 |
| 02/26/2021 | Coordination re work on fee application (.3); review of charts and comments re same (.4). | Millman, S.J. | 0.7 |
| 02/26/2021 | Draft second interim fee application (3.0) and correspondence re same (.5). | Sadler, T.M. | 3.5 |

# STROOCK

| 02/27/2021 | Work on review of draft and revisions re same. | Millman, S.J. | 1.3 |
| 02/27/2021 | Draft second interim fee application (1.9) and correspondence re same (.2). | Sadler, T.M. | 2.1 |
| 02/28/2021 | Work on revisions to application and confer with K. Pasquale and T. Sadler re same. | Millman, S.J. | 1.1 |
| 02/28/2021 | Review and revise interim fee application. | Pasquale, K. | 1.4 |
| 02/28/2021 | Revise draft second interim fee application and correspondence re same. | Sadler, T.M. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Ashuraey, Sam N. | 0.3 | $ 970 | $ 291.00 |
| Gargano, Charles E. | 0.3 | 685 | 205.50 |
| Iaffaldano, John F. | 0.8 | 685 | 548.00 |
| Laskowski, Mathew D. | 0.3 | 460 | 138.00 |
| Magzamen, Michael | 5.3 | 460 | 2,438.00 |
| Millman, Sherry J. | 4.0 | 1,100 | 4,400.00 |
| Pasquale, Kenneth | 1.4 | 1,600 | 2,240.00 |
| Sadler, Tess M. | 6.9 | 775 | 5,347.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,608.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 15,608.00 |
| --- | --- |

# STROOCK

PAGE: 23

| RE | Other Professional Retention |
| | 007168  0010 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2021 | Call with Weil re: OCP retention (.2); review application for same (.1). | Ashuraey, S.N. | 0.3 |
| 02/02/2021 | Communications with S. Ashuraey re retention of ordinary course professional. | Millman, S.J. | 0.1 |
| 02/04/2021 | Review and provide comments to revised order re retention of professional(.8); draft emails to Weil re: same (.4). | Ashuraey, S.N. | 1.2 |
| 02/05/2021 | Follow up with S. Ashuraey re Ryan retention. | Millman, S.J. | 0.2 |
| 02/18/2021 | Assist w/ PSZJ retention application and coordinate signatures for application. | Gargano, C.E. | 0.7 |
| 02/24/2021 | Confer w/ C. Gargano re: Conway bill/fee app. | Magzamen, M.S. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Ashuraey, Sam N. | 1.5 | $ 970 | $ 1,455.00 |
| Gargano, Charles E. | 0.7 | 685 | 479.50 |
| Magzamen, Michael | 0.2 | 460 | 92.00 |
| Millman, Sherry J. | 0.3 | 1,100 | 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,356.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,356.50 |
|---|---|

# STROOCK

| RE | Other Professional Fee Applications<br>007168 0011 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2021 | Review Rothschild invoice. | Merola, F.A. | 0.1 |
| 02/05/2021 | Review Stipulation re Ryan Application. | Merola, F.A. | 0.1 |
| 02/05/2021 | Review Davis Polk invoice. | Merola, F.A. | 0.1 |
| 02/05/2021 | Review of Davis Polk invoice. | Millman, S.J. | 0.1 |
| 02/08/2021 | Review Opportune invoice. | Merola, F.A. | 0.1 |
| 02/09/2021 | Confer w/ Cole Schotz re: monthly fee statement; submit and circulate Cole Schotz monthly fee statement. | Magzamen, M.S. | 0.4 |
| 02/09/2021 | Confer with Magzamen re CS applications and review same. | Millman, S.J. | 0.4 |
| 02/11/2021 | Review AHG January invoices. | Merola, F.A. | 0.2 |
| 02/12/2021 | Follow-up with Mani Little re: outstanding fees. | Magzamen, M.S. | 0.2 |
| 02/16/2021 | Coordinate invoice payment for Committee professional advisors. | Gargano, C.E. | 0.6 |
| 02/16/2021 | Follow-up w/ E. Wortmann (MLW) re: payment of Mani Little Fees. | Magzamen, M.S. | 0.2 |
| 02/18/2021 | Review of Pachulski application and seek to arrange for Committee signature. | Millman, S.J. | 0.4 |
| 02/24/2021 | Review Houlihan Fee Application. | Merola, F.A. | 0.1 |
| 02/26/2021 | Call w/ Cole Schotz team re interim fee application and monthly fee statements (.3) and prep for same (.2). | Gargano, C.E. | 0.5 |

# STROOCK

PAGE: 25

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Gargano, Charles E. | 1.1 | $ 685 | $ 753.50 |
| Magzamen, Michael | 0.8 | 460 | 368.00 |
| Merola, Frank A. | 0.7 | 1,600 | 1,120.00 |
| Millman, Sherry J. | 0.9 | 1,100 | 990.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,231.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,231.50 |
|---|---|

# STROOCK

| RE | Lien Review<br>007168  0012 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2021 | Review correspondence with Lenders re Challenge Stipulation. | Merola, F.A. | 0.2 |
| 02/03/2021 | Participate in call re: bank accounts. | Isaacson, M.M. | 0.4 |
| 02/03/2021 | Correspondence with Lender re Lien Challenge extension. | Merola, F.A. | 0.2 |
| 02/03/2021 | Review collateral agreements (.4) & confer w/ team re lien review issues (.5). | Pasquale, K. | 0.9 |
| 02/04/2021 | Review comments to Lien Challenge Stipulation. | Merola, F.A. | 0.2 |
| 02/04/2021 | Emails re challenge extension stip. | Pasquale, K. | 0.2 |
| 02/05/2021 | Exchange correspondence re Committee Challenge Stipulation. | Merola, F.A. | 0.2 |
| 02/05/2021 | Review of revised draft complaint and comments re same (1.2); review of communications re extension of challenge period (.3). | Millman, S.J. | 1.5 |
| 02/07/2021 | Review correspondence with Lenders re Committee Challenge Stipulation. | Merola, F.A. | 0.2 |
| 02/08/2021 | Review filed Challenge Stipulation. | Merola, F.A. | 0.1 |
| 02/17/2021 | Communications with G. Sasson re disclosure statement deadline extension and re extension of challenge period stipulation and confer with K. Pasquale re same. | Millman, S.J. | 0.2 |
| 02/18/2021 | Review correspondence with Lenders re Challenge Stipulation Extension. | Merola, F.A. | 0.2 |
| 02/23/2021 | Exchange Lender correspondence re Lien | Merola, F.A. | 0.2 |

# STROOCK

| PAGE: 27 | | | |
|---|---|---|---|
| | Challenge Stipulation. | | |
| 02/24/2021 | Review Lender correspondence re Lien Challenge Stipulation. | Merola, F.A. | 0.2 |
| 02/25/2021 | Exchange Lender correspondence re Challenge Stipulation. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Isaacson, Marni M. | 0.4 | $ 1,045 | $ 418.00 |
| Merola, Frank A. | 1.9 | 1,600 | 3,040.00 |
| Millman, Sherry J. | 1.7 | 1,100 | 1,870.00 |
| Pasquale, Kenneth | 1.1 | 1,600 | 1,760.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,088.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,088.00 |
|---|---|

# STROOCK

PAGE: 28

| RE | Litigation & Adversary Proceedings |
| --- | --- |
| | 007168  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/01/2021 | Internal call re standing motion (.5); internal follow up call with G. Sasson and J. Iaffaldano re: same (.3); review precedent standing motions (1.7); begin drafting standing motion (3.6). | Ashuraey, S.N. | 6.1 |
| 02/01/2021 | Call w/ G. Sasson and K. Pasquale re STN. | Iaffaldano, J.F. | 0.5 |
| 02/01/2021 | Draft STN motion. | Iaffaldano, J.F. | 2.1 |
| 02/01/2021 | Call to discuss challenge period and next steps (.4); review of pleadings and confer internally re timing and structure (.8). | Millman, S.J. | 1.2 |
| 02/01/2021 | Conf call & emails w/ team re standing motion issues (.9); draft lien challenge complaint (5.4). | Pasquale, K. | 6.3 |
| 02/01/2021 | Draft and revise stipulation (.6); emails re: same (.4); review precedent re: standing motion (1.8); call re: same with SSL team (.3). | Sasson, G. | 3.1 |
| 02/02/2021 | Continue drafting argument section of STN motion (3.8); review facts section and compiled STN motion (1.6); internal correspondence re: STN motion (.4). | Ashuraey, S.N. | 5.8 |
| 02/02/2021 | Draft STN motion. | Iaffaldano, J.F. | 4.2 |
| 02/02/2021 | Review of draft complaint and prepare comments re same (1.0); communicate with G. Sasson and K. Pasquale re challenge period extension (.2). | Millman, S.J. | 1.2 |
| 02/02/2021 | Continue drafting lien challenge complaint. | Pasquale, K. | 3.8 |
| 02/02/2021 | Review and revise stipulation (.4); emails re: same (.2); review and revise standing motion (2.1). | Sasson, G. | 2.7 |

# STROOCK

| 02/03/2021 | Review and revise STN motion (.6); internal emails re: same (.2). | Ashuraey, S.N. | 0.6 |
|---|---|---|---|
| 02/03/2021 | Review lit analysis for complaint and Art 9 Committee research (.8); conf call w/ K. Pasquale, S. Milliman, G. Sasson and M. Isaacson (.4); correspondence regarding same (.1). | Cota, A. | 1.3 |
| 02/03/2021 | Review STN proposed complaint (.6); emails w/ G. Sasson and S. Ashuraey re motion (.2). | Iaffaldano, J.F. | 0.8 |
| 02/03/2021 | Further review of complaint and discussions with K. Pasquale re proposed changes to complaint (.5); review of loan documents and amendments in connection with complaint; (2.1); discussions with team re provisions of documents (.4); review of and comments to standing motion (.9). | Millman, S.J. | 3.9 |
| 02/03/2021 | Confer w/ S. Millman re draft lien challenge complaint (.3); revisions to draft complaint (2.2); review & revise standing motion (1.4). | Pasquale, K. | 3.9 |
| 02/03/2021 | Review and revise standing motion. | Sasson, G. | 2.1 |
| 02/04/2021 | Further comments to complaint and standing motion. | Millman, S.J. | 0.6 |
| 02/04/2021 | Revise & revise draft complaint & standing motion. | Pasquale, K. | 1.8 |
| 02/04/2021 | Review complaint (1.1); review and revise standing motion (1.7). | Sasson, G. | 2.8 |
| 02/05/2021 | Further revisions to lien complaint. | Pasquale, K. | 1.6 |
| 02/05/2021 | Review and revise stipulation (.4); emails with agents and debtors re: same (.4). | Sasson, G. | 0.8 |
| 02/11/2021 | Review filing of replacement Choi exhibit (.2); review Chevron protective order stipulation (.1). | Merola, F.A. | 0.3 |
| 02/11/2021 | Revisions to draft standing motion & complaint. | Pasquale, K. | 1.2 |
| 02/11/2021 | Review standing complaint (1.1); draft standing | Sasson, G. | 2.1 |

# STROOCK

|            |                                                             |                   |     |
|------------|-------------------------------------------------------------|-------------------|-----|
|            | motion (1.0).                                               |                   |     |
| 02/12/2021 | Review complaint (.9); review and revise standing motion (1.2). | Sasson, G.        | 2.1 |
| 02/13/2021 | Revise STN motion.                                          | Iaffaldano, J.F.  | 0.2 |
| 02/16/2021 | Revise STN motion (.5); emails w/ G. Sasson re same (.1).   | Iaffaldano, J.F.  | 0.6 |
| 02/16/2021 | Draft and revise standing motion.                           | Sasson, G.        | 2.6 |
| 02/17/2021 | Draft and revise standing motion.                           | Sasson, G.        | 2.1 |
| 02/18/2021 | Revise STN motion (.9); prepare exhibits for complaint (.5). | Iaffaldano, J.F.  | 1.4 |
| 02/18/2021 | Draft and revise standing motion.                           | Sasson, G.        | 2.7 |
| 02/18/2021 | Draft stipulation extending lien review.                    | Sasson, G.        | 0.8 |
| 02/22/2021 | Review and revise standing motion.                          | Sasson, G.        | 1.8 |
| 02/24/2021 | Prepare exhibits for STN complaint.                         | Iaffaldano, J.F.  | 0.6 |
| 02/25/2021 | Draft and revise standing motion.                           | Sasson, G.        | 1.6 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 12.5 | $ 970 | $ 12,125.00 |
| Cota, Alexandro | 1.3 | 1,300 | 1,690.00 |
| Iaffaldano, John F. | 10.4 | 685 | 7,124.00 |
| Merola, Frank A. | 0.3 | 1,600 | 480.00 |
| Millman, Sherry J. | 6.9 | 1,100 | 7,590.00 |
| Pasquale, Kenneth | 18.6 | 1,600 | 29,760.00 |
| Sasson, Gabriel | 27.3 | 1,195 | 32,623.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 91,392.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 91,392.50 |
|---|---|

# STROOCK

PAGE: 32

RE          Business Operations
            007168  0016

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/02/2021 | Review of vendor information and communicate with Conway re analysis. | Millman, S.J. | 0.4 |
| 02/04/2021 | Emails re vendor payments (.3); confer w/ S. Millman re same (.2). | Pasquale, K. | 0.5 |
| 02/09/2021 | Follow up discussion on legacy P&A issues. | Hansen, K.M. | 0.8 |
| 02/11/2021 | Review/discuss P&A legacy issues. | Hansen, K.M. | 1.2 |
| 02/26/2021 | Review data room materials (.4); emails w/ C. Gargano and K. Pasquale re same (.1). | Iaffaldano, J.F. | 0.5 |
| 02/28/2021 | Review data room materials re various restructuring updates. | Iaffaldano, J.F. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Hansen, Kristopher M. | 2.0 | $ 1,795 | $ 3,590.00 |
| Iaffaldano, John F. | 1.0 | 685 | 685.00 |
| Millman, Sherry J. | 0.4 | 1,100 | 440.00 |
| Pasquale, Kenneth | 0.5 | 1,600 | 800.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,515.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,515.00 |
|-----------------------|-----------|

# STROOCK

PAGE: 33

| RE | Schedules/SoFAs/UST Reports |
|----|------------------------------|
|    | 007168  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2021 | Review Monthly Operating Report. | Merola, F.A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Merola, Frank A. | 0.2 | $ 1,600 | $ 320.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 320.00 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 320.00 |
|-----------------------|----------|

# STROOCK

| RE | Claims Administration & Objections<br>007168  0022 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/01/2021 | Confer w/ Prime Clerk re: claims (.3); report re: same to S. Millman (.1); review report and claims and confer w/ S. Millman re: same (.4). | Magzamen, M.S. | 0.8 |
| 02/02/2021 | Confer w/ Prime Clerk (.1); review new claims and update S. Millman re: same (,3); forward relevant claims and register to Conway (.2); confer w/ S. Millman re: PDFs of claims (.6). | Magzamen, M.S. | 1.2 |
| 02/02/2021 | Review claim report. | Merola, F.A. | 0.2 |
| 02/02/2021 | Review of government claims filed and report. | Millman, S.J. | 0.4 |
| 02/04/2021 | Work on claims analysis re government claims and other large filed claims; (3.3) review of vendor claim information and confer with A. Bekker (Conway) re same (.5). | Millman, S.J. | 3.8 |
| 02/04/2021 | Review data re vendor program (.3) & confer w/ S. Millman re same (.2); emails re same (.2). | Pasquale, K. | 0.7 |
| 02/05/2021 | Confer with A. Bekker re government claims and next steps. | Millman, S.J. | 0.2 |
| 02/05/2021 | Confer w/ S. Millman re gov't claims (.2); review filed gov't claims (.6). | Pasquale, K. | 0.8 |
| 02/08/2021 | Review Conway correspondence re claims and liquidity. | Merola, F.A. | 0.2 |
| 02/08/2021 | Work on claims analysis. | Millman, S.J. | 0.9 |
| 02/09/2021 | Analysis of precedent & issues re gov't claims. | Pasquale, K. | 1.4 |
| 02/10/2021 | Further review of government filed claims and confer with Conway re same. | Millman, S.J. | 0.5 |
| 02/17/2021 | Emails w/ team re Joint Interest Billing report. | Pasquale, K. | 0.2 |

# STROOCK

| | | | |
|---|---|---|---|
| 02/25/2021 | Review of rejection damage claim issues. | Millman, S.J. | 1.0 |
| 02/26/2021 | Emails w/gov't counsel re meeting (.3); review gov't proofs of claim & documentation in prep for meeting (1.4). | Pasquale, K. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Magzamen, Michael | 2.0 | $ 460 | $ 920.00 |
| Merola, Frank A. | 0.4 | 1,600 | 640.00 |
| Millman, Sherry J. | 6.8 | 1,100 | 7,480.00 |
| Pasquale, Kenneth | 4.8 | 1,600 | 7,680.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,720.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,720.00 |
|---|---|

# STROOCK

| | |
|---|---|
| R E | Plan & Disclosure Statement |
| | 007168  0023 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2021 | Discussions re plan implementation issues (1.0) and analysis re same (.9); analysis re issues for committee meeting (.8). | Hansen, K.M. | 2.7 |
| 02/02/2021 | Discussions re plan implementation issues (.7) and analysis re same (.9). | Hansen, K.M. | 1.6 |
| 02/03/2021 | Discussions re debtor plan process (1.0); analysis re same (.5). | Hansen, K.M. | 1.5 |
| 02/04/2021 | Plan administrator discussion and update re same. | Hansen, K.M. | 0.8 |
| 02/04/2021 | Update issue in DS objection. | Millman, S.J. | 0.2 |
| 02/05/2021 | Discuss cash position and impact on plan funding (.5); and calls re settlement status (.5). | Hansen, K.M. | 1.0 |
| 02/07/2021 | Emails w/ lenders' counsel, Committee team re proposed deal issues. | Pasquale, K. | 0.3 |
| 02/08/2021 | Discuss settlement status (.4); committee process update (.5). | Hansen, K.M. | 0.9 |
| 02/08/2021 | Review Davis Polk correspondence re settlement clarification. | Merola, F.A. | 0.2 |
| 02/09/2021 | Discuss settlement status. | Hansen, K.M. | 0.4 |
| 02/10/2021 | Discuss DS/plan process issues (1.0); analysis re implementation issues (.8). | Hansen, K.M. | 1.8 |
| 02/12/2021 | Discuss DS/plan process issues (.7); analysis re implementation issues and settlement strategy (1.0). | Hansen, K.M. | 1.7 |
| 02/12/2021 | Review Chevron Objection to DS. | Merola, F.A. | 0.2 |

# STROOCK

| | | | |
|---|---|---|---|
| 02/12/2021 | Review of Chevron objection to disclosure statement and analysis of issues raised and re news information reported therein (2.8); review of Committee' draft objection and work on potential revisions thereto (1.1). | Millman, S.J. | 3.9 |
| 02/12/2021 | Review Chevron objection to DS & cited precedent. | Pasquale, K. | 1.1 |
| 02/13/2021 | Review Chevron Disclosure Statement objection. | Iaffaldano, J.F. | 0.3 |
| 02/14/2021 | Review and summarize disclosure statement objection filed by Chevron. | Gargano, C.E. | 2.3 |
| 02/15/2021 | Discuss/analyze DS and plan process issues. | Hansen, K.M. | 1.0 |
| 02/15/2021 | Review Weil materials re settlement counteroffer. | Merola, F.A. | 0.4 |
| 02/15/2021 | Review of proposals sent by Weil team and related analyses (3.2); confer with S. Ashuraey and C. Gargano re ds objection analyses and tracking (.3); confer with K. Pasquale re Chevron objection (.3); confer with M. Magzamen and library re information in objection (.2). | Millman, S.J. | 4.0 |
| 02/15/2021 | Begin review of valuation & POR information provided by debtors (1.4); review Plan settlement counter proposal (.8). | Pasquale, K. | 2.2 |
| 02/16/2021 | Review various objections to Disclosure Statement order and summarize/review summaries of same. | Ashuraey, S.N. | 2.2 |
| 02/16/2021 | Review latest objections (.6); review latest plan draft (.8). | Cota, A. | 1.4 |
| 02/16/2021 | Plan settlement and implementation discussions and analysis. | Hansen, K.M. | 2.0 |
| 02/16/2021 | Summarize disclosure statement objections (1.7); email S. Ashuraey re same (.1). | Iaffaldano, J.F. | 1.8 |
| 02/16/2021 | Review Adjournment of DS Hearing. | Merola, F.A. | 0.2 |
| 02/16/2021 | Review of objections to disclosure statement | Millman, S.J. | 3.7 |

# STROOCK

|  | and of internal analysis of same and prepare modifications thereto (1.6); review of plan as revised and further review of materials forwarded by Weil with counter (1.8); confer with J. Liou (Weil) re extension of deadline and follow up with creditor who inquired re same (.3). |  |  |
|---|---|---|---|
| 02/16/2021 | Analysis of valuation & POR information provided by debtors (1.6); further analysis of Chevron DS objection (1.2). | Pasquale, K. | 2.8 |
| 02/17/2021 | Continue reviewing objections to plan confirmation and revising summaries of same. | Ashuraey, S.N. | 3.2 |
| 02/17/2021 | Plan settlement and implementation discussions and analysis. | Hansen, K.M. | 1.1 |
| 02/17/2021 | Review Committee summary re Chevron Disclosure Statement Objection. | Merola, F.A. | 0.2 |
| 02/17/2021 | Further review of plan as amended and confer with K. Pasquale re changes (1.5); communications with J. Liou (Weil) re call to walk through proposal and documents and confer with K. Pasquale re same (.4); t/cs with A. Bekker (Conway) re issues related to documents forwarded (.3); memo in connection with plan implementation and memos K. Hansen and K. Pasquale re same, and communicate with S. Ashuraey re same (1.4). | Millman, S.J. | 3.6 |
| 02/17/2021 | Review draft revised Plan provided by debtors (.5); review draft memo re DS objections (.2); emails re counter proposal (.3). | Pasquale, K. | 1.0 |
| 02/18/2021 | Plan settlement and implementation discussions and analysis. | Hansen, K.M. | 1.3 |
| 02/18/2021 | Further work on implementation issues and confer with Conway re same (1.2); call with Conway team in advance of call with Weil and team re plan issues (.5). | Millman, S.J. | 1.7 |
| 02/19/2021 | Plan settlement and implementation discussions. | Hansen, K.M. | 0.7 |
| 02/19/2021 | Analyze issues re distribution of warrants (.3); | Merola, F.A. | 0.5 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | review Conway sensitivity table (.2). |  |  |
| 02/19/2021 | Prepare for and participate in discussion of plan related materials with Debtors' advisors and follow up discussions internally (1.8); review of additional objections to disclosure statement filed (.7); modification to plan implementation memo (.8). | Millman, S.J. | 3.3 |
| 02/20/2021 | Review plan materials and provide analysis. | Hansen, K.M. | 0.6 |
| 02/20/2021 | Review of liquidation analysis and other materials forwarded by Debtors. | Millman, S.J. | 0.7 |
| 02/21/2021 | Review draft liquidation analysis. | Merola, F.A. | 0.3 |
| 02/22/2021 | Analysis of settlement and implementation issues. | Hansen, K.M. | 1.3 |
| 02/22/2021 | Review HHE Energy DS Opposition (.2); review XTO offshore DS Objection (.2). | Merola, F.A. | 0.4 |
| 02/22/2021 | Work on unsecured creditor treatment issues with Conway and internally (1.5); review of docs re PEO designation and confer with J. Liou (Weil) re same and emails re designation and confirm (.2). | Millman, S.J. | 1.7 |
| 02/22/2021 | Analysis of settlement proposal/issues (1.0); confer w/ S. Millman re same (.3). | Pasquale, K. | 1.3 |
| 02/23/2021 | Settlement discussion/analysis. | Hansen, K.M. | 0.8 |
| 02/23/2021 | Review GUC recovery analysis. | Iaffaldano, J.F. | 0.4 |
| 02/23/2021 | Review of additional materials summarizing plan objections; (.8); follow up re scheduling call with predecessor in interest to discuss plan related issues (.2); review of Conway plan related materials and discussions with K. Pasquale re same (.8); follow up discussions with A. Bekker (Conway) re claims analysis for purposes of plan (.3); further discussion internally re treatment issue (.3). | Millman, S.J. | 2.4 |
| 02/24/2021 | Review Disclosure Statement objection and summary of same and provide comments. | Ashuraey, S.N. | 0.4 |

# STROOCK

| | | | |
|---|---|---|---|
| 02/24/2021 | Review Conway analysis (.4); review various correspondence regarding latest settlement discussions (.2). | Cota, A. | 0.6 |
| 02/24/2021 | Prep for (.7) and participate in call w/ outside objector to DS (.5) and prepare summary of notes re same (.8). | Gargano, C.E. | 2.0 |
| 02/24/2021 | DS objection discussions. | Hansen, K.M. | 0.6 |
| 02/24/2021 | Review XTO disclosure statement objection (.9); prepare summary of same (.9); circulate summary to internal team (.1). | Iaffaldano, J.F. | 1.9 |
| 02/24/2021 | Further discussions with K. Pasquale and with Conway team re plan proposal issues and revisions to materials (1.2); call with predecessor in interest counsel re plan issues (.5); further review of claims materials related to plan docs (1.0). | Millman, S.J. | 2.7 |
| 02/25/2021 | Implementation call (.8); follow up and game plan (1.0). | Hansen, K.M. | 1.8 |
| 02/25/2021 | Review revised DS schedules (.3); review Conway draft settlement proposal (.2); review correspondence with Weil re settlement proposal (.2). | Merola, F.A. | 0.7 |
| 02/25/2021 | Review of abandonment/ownership issue raised by K. Pasquale (.3); call with Debtors' counsel to discuss plan implementation issues and review of documentation forwarded on liabilities and related issues (2.6). | Millman, S.J. | 2.9 |
| 02/25/2021 | Confer w/ S. Millman & Conway re settlement issues. | Pasquale, K. | 0.8 |
| 02/25/2021 | Review plan and ds (.6); review settlement proposal (.8). | Sasson, G. | 1.4 |
| 02/26/2021 | Review plan and DS and consider implementation analysis. | Hansen, K.M. | 1.1 |
| 02/26/2021 | Review of disclosure statement objection. | Millman, S.J. | 0.4 |
| 02/26/2021 | Review Plan documents and drafts provided by | Pasquale, K. | 2.2 |

# STROOCK

| | | | |
|---|---|---|---|
| | debtors. | | |
| 02/27/2021 | Review debtors' settlement counterproposal. | Iaffaldano, J.F. | 0.2 |
| 02/27/2021 | Review Weil correspondence re counteroffer. | Merola, F.A. | 0.2 |
| 02/27/2021 | Review of revised proposal and internal discussions re same. | Millman, S.J. | 0.7 |
| 02/27/2021 | Review Plan counterproposal (.3); emails w/ debtors, team re same (.3). | Pasquale, K. | 0.6 |
| 02/28/2021 | Plan settlement and implementation discussions. | Hansen, K.M. | 1.3 |
| 02/28/2021 | Confer w/ S. Millman, team re plan settlement issues (.9); conf call w/ Conway re same (.5). | Pasquale, K. | 1.4 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 5.8 | $ 970 | $ 5,626.00 |
| Cota, Alexandro | 2.0 | 1,300 | 2,600.00 |
| Gargano, Charles E. | 4.3 | 685 | 2,945.50 |
| Hansen, Kristopher M. | 26.0 | 1,795 | 46,670.00 |
| Iaffaldano, John F. | 4.6 | 685 | 3,151.00 |
| Merola, Frank A. | 3.3 | 1,600 | 5,280.00 |
| Millman, Sherry J. | 31.9 | 1,100 | 35,090.00 |
| Pasquale, Kenneth | 13.7 | 1,600 | 21,920.00 |
| Sasson, Gabriel | 1.4 | 1,195 | 1,673.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 124,955.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 124,955.50 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

## Exhibit B

**Expense Detail**

# STROOCK

## DISBURSEMENT REGISTER

| INVOICE NO. | 785164 |
|---|---|

| CLIENT | Official Committee of Unsecured Creditors of Fieldwood Energy LLC, *et al.* |
|---|---|

FOR DISBURSEMENT SERVICES RENDERED in the captioned matter for the period through February 28, 2021, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Westlaw** | | |
| 02/02/2021 | Duration 0:0:0; by Pasquale, Kenneth | 71.28 |
| 02/24/2021 | Duration 0:0:0; by Pasquale, Kenneth | 102.96 |
| **Westlaw Total** | | **174.24** |
| **Courtlink** | | |
| 02/02/2021 | VENDOR: LexisNexis; INVOICE#: 3093066460; DATE: 1/31/2021; Courtlink for January 2021 | 59.42 |
| **Courtlink Total** | | **59.42** |

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Westlaw | $ 174.24 |
| Courtlink | 59.42 |
| TOTAL DISBURSEMENTS/CHARGES | $ 233.66 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| **FIELDWOOD ENERGY LLC,** *et al.,*[1] | **Case No. 20-33948 (MI)** |
| Debtors. | **(Jointly Administered)** |
| | **Objection Deadline: May 13, 2021** |

### EIGHTH MONTHLY STATEMENT OF SERVICES RENDERED
### AND EXPENSES INCURRED FOR THE PERIOD MARCH 1, 2021
### THROUGH MARCH 31, 2021 BY STROOCK & STROOCK & LAVAN LLP
### AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Stroock & Stroock & Lavan LLP ("Stroock")[2], counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this Seventh Monthly Statement of Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period March 1, 2021 through March 31, 2021 (the "Statement Period"), in accordance with the Court's order, dated September 17, 2020, establishing interim compensation procedures for this case (the "Compensation Order") [Docket No. 367].  In support of the Monthly Fee Statement, Stroock respectfully represents as follows:

### Relief Requested

1.     Stroock respectfully submits this Monthly Fee Statement for: (i) compensation of fees for reasonable, actual and necessary services rendered by Stroock on behalf of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Order.

Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Stroock on behalf of the Committee during the Statement Period.

2.      Stroock seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $436,198.00   (80% of $545,247.50) |
|---|---|
| Total Expenses: | $84.10 |
| Total: | $436,282.10 |

3.      A detailed statement of hours spent rendering legal services to the Committee during the Statement Period is attached hereto as Exhibit A.  A detailed list of disbursements made or incurred by Stroock in connection with services performed on behalf of the Committee during the Statement Period is attached hereto as Exhibit B.

4.      Pursuant to the Compensation Order, Stroock seeks payment of $436,282.10 from the Debtors for the Statement Period, representing (a) 80% of Stroock's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

**Notice**

5.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Notice Parties"): (i) the Debtors; (ii) counsel to the Debtors; (iii) counsel to the Ad Hoc Group of Secured Lenders; and (iv) the Office of the United States Trustee for the Southern District of Texas.

6.      Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including Stroock, no later than **May 13, 2021 (the**

**"Objection Deadline")**, setting forth the nature of the objection and the specific amounts of fees and expenses at issue.

7.     If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors shall pay Stroock the amounts of fees and expenses identified in the Monthly Fee Statement.

8.     To the extent an objection to the Monthly Fee Statement is received on or prior to the Objection Deadline, the Debtors may withhold payment of that portion of the payment requested to which the objection is directed, and shall promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:     April 29, 2021
           New York, New York               **STROOCK & STROOCK & LAVAN LLP**

                                            /s/ Kenneth Pasquale
                                            Kristopher M. Hansen
                                            Kenneth Pasquale
                                            Sherry J. Millman
                                            180 Maiden Lane
                                            New York, NY 10038
                                            Telephone: (212) 806-5400
                                            Facsimile: (212) 806-6006

                                            *Counsel to the Official Committee of Unsecured Creditors*

**FIELDWOOD ENERGY LLC,** *et al.*
**SUMMARY OF FEES**
**MARCH 1, 2021 – MARCH 31, 2021**

| Name of Professional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Cota, Alexandro | Partner | Financial Restructuring | 2005 | 13.9 | $1,300 | 18,070.00 |
| Hansen, Kristopher M. | Partner | Financial Restructuring | 1996 | 54.3 | 1,795 | 97,468.50 |
| Merola, Frank A. | Partner | Financial Restructuring | 1988 | 31.4 | 1,600 | 50,240.00 |
| Pasquale, Kenneth | Partner | Financial Restructuring | 1990 | 78.8 | 1,600 | 126,080.00 |
| Sasson, Gabriel | Partner | Financial Restructuring | 2010 | 17.3 | 1,195 | 20,673.50 |
| Storz, John F. | Partner | Financial Restructuring | 1996 | 8.3 | 1,350 | 11,205.00 |
| Ashuraey, Sam N. | Associate | Financial Restructuring | 2017 | 25.6 | 970 | 24,832.00 |
| Gargano, Charles E. | Associate | Financial Restructuring | 2020 | 7.9 | 685 | 5,411.50 |
| Iaffaldano, John F. | Associate | Financial Restructuring | 2019 | 41.1 | 685 | 28,153.50 |
| Isaacson, Marni M. | Associate | Financial Restructuring | 2014 | 8.5 | 1,045 | 8,882.50 |
| Lau, Joanne | Associate | Financial Restructuring | 2015 | 9.2 | 1,045 | 9,614.00 |
| Millman, Sherry J. | Special Counsel | Financial Restructuring | 1985 | 119.3 | 1,100 | 131,230.00 |
| Sadler, Tess M. | Associate | Financial Restructuring | 2019 | 6.6 | 775 | 5,115.00 |
| **Totals for Attorneys** | | | | **422.2** | | **$536,975.50** |

| Name of Paraprofessional | Position | Department | Years of Experience | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Laskowski, Mathew D. | Paralegal | Financial Restructuring | 23 | 1.6 | 460 | 736.00 |
| Magzamen, Michael | Paralegal Supervisor | Financial Restructuring | 18 | 15.6 | 460 | 7,176.00 |
| Mohamed, David | Paralegal | Financial Restructuring | 30 | 0.9 | 400 | 360.00 |
| **Total for Paraprofessionals** | | | | **18.1** | | **$8,272.00** |
| **Total** | | | | **440.3** | | **$545,247.50** |

**FIELDWOOD ENERGY LLC,** *et al.*
**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2021 – MARCH 31, 2021**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0001 | Case Administration | 11.8 | $     7,279.50 |
| 0002 | Meetings & Communications with Debtors | 16.6 | 23,713.00 |
| 0004 | Relief from Stay / Adequate Protection Matters | 0.8 | 1,130.00 |
| 0005 | Court Hearings | 18.2 | 24,094.00 |
| 0006 | Creditors Committee Meetings and Communications | 69.3 | 84,447.50 |
| 0007 | Case Analysis/ Pleading Analysis and Responses | 12.0 | 11,230.00 |
| 0009 | Stroock Fee Applications | 19.3 | 15,608.00 |
| 0010 | Other Professional Retention | 2.7 | 2,356.50 |
| 0011 | Other Professional Fee Applications | 3.5 | 3,231.50 |
| 0012 | Lien Review | 5.1 | 7,088.00 |
| 0015 | Litigation & Adversary Proceedings | 77.3 | 91,392.50 |
| 0016 | Business Operations | 3.9 | 5,515.00 |
| 0021 | Schedules/SoFAs/UST Reports | 0.2 | 320.00 |
| 0022 | Claims Administration & Objections | 14.0 | 16,720.00 |
| 0023 | Plan & Disclosure Statement | 93.0 | 124,955.50 |
|  | **Total** | **347.7** | $     **419,081.00** |

**FIELDWOOD ENERGY LLC,** *et al.*
**DISBURSEMENT SUMMARY**
**MARCH 1, 2021 – MARCH 31, 2021**

| Disbursement | Amount |
|---|---|
| Conferencing Services | $84.10 |
| **Total** | **$    84.10** |

## Exhibit  A

**Detailed Time Entries**

# STROOCK

## INVOICE

| INVOICE NO. | 786808 |
|---|---|
| CLIENT | Official Committee of Unsecured Creditors of Fieldwood Energy LLC, *et al.* |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2021, including:

| RE | Case Administration<br>007168  0001 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2021 | Confer w/ C. Gargano re task list. | Iaffaldano, J. F. | 0.1 |
| 03/01/2021 | Obtain and circulate recently docketed pleadings to SSL internal team. | Mohamed, D. | 0.3 |
| 03/02/2021 | Update task list. | Gargano, C. E. | 0.1 |
| 03/02/2021 | Review docket and update working group. | Magzamen, M. S. | 0.2 |
| 03/02/2021 | Confer with Gargano re tasks. | Millman, S. J. | 0.2 |
| 03/03/2021 | Review docket and update working group. | Magzamen, M. S. | 0.2 |
| 03/03/2021 | Review of tasks internally (.2); review of current reporting on FWE (.2). | Millman, S. J. | 0.4 |
| 03/03/2021 | Obtain and circulate recently docketed pleading to SSL internal team. | Mohamed, D. | 0.1 |
| 03/04/2021 | Review case dockets and update working group/calendars. | Magzamen, M. S. | 0.2 |
| 03/05/2021 | Obtain, archive and circulate ECF filed documents | Magzamen, M. S. | 0.2 |
| 03/08/2021 | Obtain, archive and circulate ECF filed documents | Magzamen, M. S. | 0.4 |

# STROOCK

| | | | |
|---|---|---|---|
| 03/08/2021 | Review of matters to be addressed by team. | Millman, S. J. | 0.2 |
| 03/09/2021 | Obtain, archive and circulate ECF filed documents; review case dockets and update working group/calendars. | Magzamen, M. S. | 0.3 |
| 03/10/2021 | Update task list. | Gargano, C. E. | 0.1 |
| 03/10/2021 | Review docket and update working group. | Magzamen, M. S. | 0.2 |
| 03/11/2021 | Update task list. | Gargano, C. E. | 0.1 |
| 03/11/2021 | Calendar critical dates (.3); ECF circulation (.3); dockets review and team update (.2). | Magzamen, M. S. | 0.8 |
| 03/11/2021 | Obtain and circulate recently docketed pleadings to SSL internal team. | Mohamed, D. | 0.3 |
| 03/12/2021 | Obtain, archive and circulate ECF filed documents (.3); dockets review and working group update (.2). | Magzamen, M. S. | 0.5 |
| 03/15/2021 | Update task list. | Gargano, C. E. | 0.3 |
| 03/15/2021 | Obtain, archive and circulate ECF filed documents; review case dockets and update working group. | Magzamen, M. S. | 0.3 |
| 03/15/2021 | Review of work streams by team. | Millman, S. J. | 0.1 |
| 03/16/2021 | Confer w/ S. Millman and K. Pasquale (.2); arrange for share file containing revised Plan and Disclosure Statement with related documents (.5); confer w/ internal team re: same (.2); discuss adjournment of DS hearing w/ working group (.1); discussion w/ J. Iaffaldano re: distribution (.1); review case dockets and update working group (.2). | Magzamen, M. S. | 1.3 |
| 03/16/2021 | Obtain, archive and circulate ECF filed documents (.4); calendar adjustments (.2). | Magzamen, M. S. | 0.6 |
| 03/17/2021 | Review docket and update working group. | Magzamen, M. S. | 0.2 |
| 03/18/2021 | Obtain and distribute ECF filings; review case dockets and update working group. | Magzamen, M. S. | 0.4 |
| 03/19/2021 | Follow-up w/ C. Gargano re: outstanding items | Magzamen, M. S. | 1.7 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | (.2); circulate ECF filings (.6); inventory DS objections (.5); attend to Aubrey motion for relief from stay (.2); dockets and calendars update (.2). |  |  |
| 03/22/2021 | Circulate ECF filed docs; review case dockets and update working group. | Magzamen, M. S. | 0.5 |
| 03/23/2021 | Obtain, archive and circulate ECF filed documents (.6); arrange for FTP of filings for Committee (.7); review case and related dockets and update working group and calendars (.2). | Magzamen, M. S. | 1.5 |
| 03/23/2021 | Obtain and circulate recently docketed pleadings to SSL internal team. | Mohamed, D. | 0.2 |
| 03/24/2021 | Obtain, archive and circulate ECF filed documents (.7); arrange for sharefile to Committee (.3); break out exhibits (.1); confer w/ S. Millman re: same (.1); review case and related dockets and update working group/calendars (.2). | Magzamen, M. S. | 1.4 |
| 03/25/2021 | Confer w/ S. Ashuraey re: fifth challenge stip (.2); review/revise same (.4); review case dockets and update working group and calendars (.2). | Magzamen, M. S. | 0.8 |
| 03/26/2021 | Obtain, archive and circulate ECF filed documents | Magzamen, M. S. | 0.3 |
| 03/29/2021 | Calendar professionals call (.1); emails w/ K. Pasquale re same (.1). | Iaffaldano, J. F. | 0.2 |
| 03/29/2021 | Obtain, archive and circulate ECF filed documents (.5); dockets review and working group/calendars update (.2). | Magzamen, M. S. | 0.7 |
| 03/30/2021 | Calendar critical dates; review case dockets and update working group. | Magzamen, M. S. | 0.3 |
| 03/30/2021 | Discussions internally re workstreams and review of critical date calendar. | Millman, S. J. | 0.3 |
| 03/31/2021 | Obtain, archive and circulate ECF filed documents; review docket and update working group. | Magzamen, M. S. | 0.3 |

# STROOCK

**PAGE: 4**

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Gargano, Charles E. | 0.6 | $ 685 | $ 411.00 |
| Iaffaldano, John F. | 0.3 | 685 | 205.50 |
| Magzamen, Michael | 13.3 | 460 | 6,118.00 |
| Millman, Sherry J. | 1.2 | 1,100 | 1,320.00 |
| Mohamed, David | 0.9 | 400 | 360.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,414.50 |
|---|---|

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Long Distance Telephone | $ 84.10 |

| TOTAL DISBURSEMENTS/CHARGES | $ 84.10 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,498.60 |
|---|---|

# STROOCK

| RE | Meetings & Communications with Debtors |
|---|---|
| | 007168  0002 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2021 | Call with C. Carlson (Weil) to discuss plan filing and blow out and confer internally (.3); follow up call C. Carlson to discuss extensions and follow docket re same (.2). | Millman, S. J. | 0.5 |
| 03/02/2021 | Review Weil correspondence re Plan settlement (.2); exchange correspondence with Weil clarifying settlement offer (.2). | Merola, F. A. | 0.4 |
| 03/02/2021 | Review Weil correspondence re JIB. | Merola, F. A. | 0.2 |
| 03/02/2021 | Confer with J. Liou (Weil) re plan related issues and internal memo re same. | Millman, S. J. | 0.4 |
| 03/02/2021 | Emails w/debtors re Plan proposal. | Pasquale, K. | 0.2 |
| 03/03/2021 | Review Weil correspondence re Wage Matrix. | Merola, F. A. | 0.2 |
| 03/04/2021 | Correspondence with Weil re settlement motion. | Merola, F. A. | 0.2 |
| 03/05/2021 | Review correspondence to Weil re counteroffer. | Merola, F. A. | 0.2 |
| 03/05/2021 | Emails w/debtors re plan settlement issues. | Pasquale, K. | 0.4 |
| 03/06/2021 | Correspondence with Weil re plan settlement negotiations (.2); review correspondence re AHG Plan negotiations (.2). | Merola, F. A. | 0.4 |
| 03/07/2021 | Review Weil correspondence re settlement negotiations. | Merola, F. A. | 0.2 |
| 03/08/2021 | Review Weil correspondence re Plan Admin (.2); review Weil correspondence re Plan mark-up (.1). | Merola, F. A. | 0.3 |
| 03/08/2021 | Emails w/debtors re Plan issues. | Pasquale, K. | 0.3 |

# STROOCK

| | | | |
|---|---|---|---|
| **PAGE: 6** | | | |

| | | | |
|---|---|---|---|
| 03/09/2021 | Exchange Weil correspondence re plan mark-up (.2); exchange Weil correspondence re settlement approval (.2). | Merola, F. A. | 0.4 |
| 03/09/2021 | Call with J. Liou (Weil) and team re plan related issues in advance of committee call. | Millman, S. J. | 0.6 |
| 03/09/2021 | Emails w/debtors re Plan issues. | Pasquale, K. | 0.4 |
| 03/10/2021 | Emails w/debtors re Plan issues & language. | Pasquale, K. | 0.4 |
| 03/11/2021 | Update call with J. Liou re plan (Weil). | Millman, S. J. | 0.3 |
| 03/12/2021 | Update calls from J. Liou (Weil) and confer internally with team. | Millman, S. J. | 0.4 |
| 03/15/2021 | Confer with J. Liou (Weil) and Weil team re Committee modifications to plan and outstanding issues, second lien group and status and  timing and confer internally re same. | Millman, S. J. | 0.9 |
| 03/17/2021 | Call with Weil re settlement. | Millman, S. J. | 0.2 |
| 03/22/2021 | Calls and emails with Weil regarding timing, and status of documents, DS hearing. | Millman, S. J. | 0.4 |
| 03/22/2021 | Emails & t/c J. Liou/Weil re plan. | Pasquale, K. | 0.4 |
| 03/23/2021 | Call w/ Debtors' counsel re trade agreement. | Gargano, C. E. | 0.2 |
| 03/23/2021 | Review Weil correspondence re further revised DS Order. | Merola, F. A. | 0.2 |
| 03/23/2021 | Numerous discussions and emails with Weil team regarding disclosure statement hearing and plan documents. | Millman, S. J. | 1.9 |
| 03/23/2021 | Multiple emails, conf calls w/debtors re DS hearing, Plan documents. | Pasquale, K. | 1.4 |
| 03/24/2021 | Review Weil correspondence re JIB payments. | Merola, F. A. | 0.2 |
| 03/31/2021 | Review Weil correspondence re JIB payments. | Merola, F. A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Gargano, Charles E. | 0.2 | $ 685 | $ 137.00 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 7

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 3.1 | 1,600 | 4,960.00 |
| Millman, Sherry J. | 5.6 | 1,100 | 6,160.00 |
| Pasquale, Kenneth | 3.5 | 1,600 | 5,600.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,857.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,857.00 |
|---|---|

# STROOCK

PAGE: 8

| RE | Relief from Stay / Adequate Protection Matters<br>007168  0004 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/08/2021 | Review Stipulation re Gonsoulin relief from stay. | Merola, F. A. | 0.1 |
| 03/09/2021 | Review Lewis relief from stay motion. | Merola, F. A. | 0.4 |
| 03/09/2021 | Review Valero relief from stay. | Merola, F. A. | 0.2 |
| 03/22/2021 | Review Stipulation re Wild relief from stay. | Merola, F. A. | 0.1 |
| 03/22/2021 | Review of Aubrey Wild lift stay docs. | Millman, S. J. | 0.2 |
| 03/25/2021 | Review Wild relief from stay stipulation. | Merola, F. A. | 0.1 |
| 03/26/2021 | Review Landry relief from stay. | Merola, F. A. | 0.2 |
| 03/29/2021 | Review Stipulation re Gonsoulin relief from stay. | Merola, F. A. | 0.1 |
| 03/31/2021 | Review Notice of Hearing re relief from stay. | Merola, F. A. | 0.1 |
| 03/31/2021 | Review of Brock Gonsoulin relief from stay stip. | Millman, S. J. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Merola, Frank A. | 1.3 | $ 1,600 | $ 2,080.00 |
| Millman, Sherry J. | 0.3 | 1,100 | 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,410.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,410.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Court Hearings |
|----|----------------|
|    | 007168  0005   |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/11/2021 | Emails w/ S. Millman re: DS hearing prep. | Magzamen, M. S. | 0.1 |
| 03/15/2021 | Review agenda of DS Hearing. | Merola, F. A. | 0.2 |
| 03/22/2021 | Discuss hearing prep w/ S. Millman and K. Pasquale. | Magzamen, M. S. | 0.2 |
| 03/23/2021 | Coordinate logistics for Court hearing. | Magzamen, M. S. | 0.2 |
| 03/23/2021 | Review witness and exhibit lists (.2); review agenda (.2). | Merola, F. A. | 0.4 |
| 03/24/2021 | Participate in disclosure statement hearing (2.1); review filings for same (.4). | Ashuraey, S. N. | 2.5 |
| 03/24/2021 | DS hearing prep (1.5); DS hearing (2.0); follow up re same (.8). | Hansen, K. M. | 4.3 |
| 03/24/2021 | Participate in Disclosure Statement hearing. | Iaffaldano, J. F. | 2.2 |
| 03/24/2021 | Confer w/ local counsel and SSL team re: appearances. | Magzamen, M. S. | 0.1 |
| 03/24/2021 | Monitor disclosure statement hearing and confer internally with S. Ashuraey and K. Pasquale. | Millman, S. J. | 2.3 |
| 03/24/2021 | Prep for (1.1) & participate in DS court hearing (2.0); debrief w/K. Hansen (.3). | Pasquale, K. | 3.4 |
| 03/29/2021 | Telephonically participate in discovery hearing. | Ashuraey, S. N. | 0.8 |
| 03/29/2021 | Confer w/ S. Millman re: hearing. | Magzamen, M. S. | 0.1 |
| 03/29/2021 | Review notice re exclusivity hearing. | Merola, F. A. | 0.1 |
| 03/29/2021 | Monitor discovery conference and confer with K.Pasquale in advance. | Millman, S. J. | 0.8 |

# STROOCK

| 03/29/2021 | Prep for (.2) & participate in discovery conference (.7). | Pasquale, K. | 0.9 |
|---|---|---|---|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 3.3 | $ 970 | $ 3,201.00 |
| Hansen, Kristopher M. | 4.3 | 1,795 | 7,718.50 |
| Iaffaldano, John F. | 2.2 | 685 | 1,507.00 |
| Magzamen, Michael | 0.7 | 460 | 322.00 |
| Merola, Frank A. | 0.7 | 1,600 | 1,120.00 |
| Millman, Sherry J. | 3.1 | 1,100 | 3,410.00 |
| Pasquale, Kenneth | 4.3 | 1,600 | 6,880.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,158.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 24,158.50 |
|---|---|

# STROOCK

| RE | Creditors Committee Meetings and Communications |
|----|--------------------------------------------------|
|    | 007168  0006                                     |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2021 | Review Conway Committee presentation (.2); review Committee meeting agenda (.2). | Merola, F. A. | 0.4 |
| 03/01/2021 | Review of Conway materials in advance of Committee meeting and confer internally re proposed changes to materials (.5); memo to Committee re tomorrow's meeting (.1); review of by law issue with A. Bekker (Conway) (.2). | Millman, S. J. | 0.8 |
| 03/01/2021 | Conf call w/Conway, team re prep for Committee meeting (.3); review draft Conway deck to Committee (.2). | Pasquale, K. | 0.5 |
| 03/02/2021 | Attend weekly Committee meeting. | Ashuraey, S. N. | 0.4 |
| 03/02/2021 | Committee call (.4) and prep same (.1). | Gargano, C. E. | 0.5 |
| 03/02/2021 | Committee meeting (.5); prep for committee call (.5). | Hansen, K. M. | 1.0 |
| 03/02/2021 | Prepare for (.1) and participate in weekly Committee call (.4). | Iaffaldano, J. F. | 0.5 |
| 03/02/2021 | Participate in Committee meeting. | Merola, F. A. | 0.4 |
| 03/02/2021 | Prepare for and participate in Committee call (.5); follow up with counsel to Committee member re proposal issue (.2). | Millman, S. J. | 0.7 |
| 03/02/2021 | T/c trade creditor re plan status. | Millman, S. J. | 0.2 |
| 03/02/2021 | Prep for (.3) & conf call w/Committee (.4). | Pasquale, K. | 0.7 |
| 03/02/2021 | Weekly call with Committee and Committee professionals (.4) and correspondence re same (.4). | Sadler, T. M. | 0.8 |
| 03/03/2021 | Exchange correspondence re Plan | Merola, F. A. | 0.2 |

# STROOCK

| | | | |
|---|---|---|---|
| | Administrator. | | |
| 03/03/2021 | Call with creditor re plan status. | Millman, S. J. | 0.3 |
| 03/04/2021 | Correspondence with Committee re counteroffer. | Merola, F. A. | 0.2 |
| 03/05/2021 | T/c creditor re Plan issues & status. | Pasquale, K. | 0.4 |
| 03/07/2021 | Prepare memo to Committee (.3); call with A. Bekker (Conway) re same and messages internally (.2). | Millman, S. J. | 0.5 |
| 03/08/2021 | Attend weekly professionals call. | Ashuraey, S. N. | 0.3 |
| 03/08/2021 | Professionals conf call (.3); review various settlement proposal materials (.6). | Cota, A. | 0.9 |
| 03/08/2021 | UCC professionals meeting (.3) and prep (.2). | Hansen, K. M. | 0.5 |
| 03/08/2021 | Attend weekly professionals call (.3); review materials re settlement proposal in preparation for same (.2). | Iaffaldano, J. F. | 0.5 |
| 03/08/2021 | Participate in professionals call. | Isaacson, M. M. | 0.3 |
| 03/08/2021 | Archive UCC materials. | Magzamen, M. S. | 0.1 |
| 03/08/2021 | Review Conway analysis re settlement proposal (.2); call with Committee professionals (.3); review correspondence re Committee agenda and meeting (.2). | Merola, F. A. | 0.7 |
| 03/08/2021 | Call from creditor re timing of plan process and voting process. | Millman, S. J. | 0.3 |
| 03/08/2021 | Prepare for and participate in Committee professionals call to discuss plan issues (.3); review of and changes to Conway materials for presentation to Committee tomorrow and email Committee re same (1.0). | Millman, S. J. | 1.3 |
| 03/08/2021 | Prep meeting w/Committee professionals for meeting (.3); follow-up emails re same (.3). | Pasquale, K. | 0.6 |
| 03/09/2021 | Attend weekly Committee meeting. | Ashuraey, S. N. | 0.3 |
| 03/09/2021 | Weekly Committee call. | Cota, A. | 0.3 |

# STROOCK

PAGE: 13

| | | | |
|---|---|---|---|
| 03/09/2021 | Committee call (.3); prep for same (.8); follow up on same (.3). | Hansen, K. M. | 1.4 |
| 03/09/2021 | Prepare for (.1) and attend weekly Committee meeting (.4). | Iaffaldano, J. F. | 0.5 |
| 03/09/2021 | Participate in Committee meeting. | Merola, F. A. | 0.3 |
| 03/09/2021 | Prepare for and participate in Committee call (.4); follow up with Debtors' following Committee call re plan proposal (.2). | Millman, S. J. | 0.6 |
| 03/09/2021 | Prep for (.2) & Committee meeting (.3). | Pasquale, K. | 0.5 |
| 03/09/2021 | Prepare for (.2) and weekly call with Committee (.3). | Sadler, T. M. | 0.5 |
| 03/10/2021 | Conf call w/plan administrator candidate (.5); internal emails re same (.3); t/c w/creditor re Plan status (.4). | Pasquale, K. | 1.2 |
| 03/11/2021 | Review correspondence to committee regarding settlement and resulting issues. | Cota, A. | 0.9 |
| 03/15/2021 | Attend weekly professionals' call. | Ashuraey, S. N. | 0.6 |
| 03/15/2021 | Committee professionals conf call (.5); related items of review (.3). | Cota, A. | 0.8 |
| 03/15/2021 | Review Committee call agenda. | Merola, F. A. | 0.1 |
| 03/15/2021 | Discussion with Committee professional group in advance of tomorrow meeting (.5); review of materials prepared by Conway (.5); memos to Committee (.2). | Millman, S. J. | 1.2 |
| 03/15/2021 | Conf call w/Committee professionals re status (.5); prep for UCC meeting (.1). | Pasquale, K. | 0.6 |
| 03/15/2021 | Committee professionals strategy and planning call (.5) and preparing for the call (.3). | Sadler, T. M. | 0.8 |
| 03/16/2021 | Attend weekly Committee call. | Ashuraey, S. N. | 0.5 |
| 03/16/2021 | Conf call w/ Committee (.6); review materials in connection therewith (.3). | Cota, A. | 0.9 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| Date | Description | Name | Hours |
|---|---|---|---|
| 03/16/2021 | Committee meeting (.6); prep for same (.5); discuss settlement issues and DS issues (.9). | Hansen, K. M. | 2.0 |
| 03/16/2021 | Prepare for (.1) and participate in weekly Committee meeting (.6). | Iaffaldano, J. F. | 0.7 |
| 03/16/2021 | Participate in committee call. | Isaacson, M. M. | 0.5 |
| 03/16/2021 | Review Conway presentation (.3); participate in Committee call (.5). | Merola, F. A. | 0.8 |
| 03/16/2021 | Discussion with K. Pasquale and with Conway team in advance of Committee call re valuation issues (.4); review revised Conway materials and forward to Committee and participate in Committee call (.5); call with potential Plan Administrator candidate and review of materials forwarded by candidates for Committee consideration (1.0). | Millman, S. J. | 1.9 |
| 03/16/2021 | Prep for (.5) & conf call w/Committee (.5); email Committee members re plan administrator process (.2). | Pasquale, K. | 1.2 |
| 03/16/2021 | Emails & t/c's w/Plan Administrator candidates re process. | Pasquale, K. | 1.0 |
| 03/16/2021 | Weekly update call with Committee and Committee professionals. | Sadler, T. M. | 0.6 |
| 03/18/2021 | Calls with Committee member counsel re status (.4); attention to plan administrator selection and presentation process (.4). | Millman, S. J. | 0.8 |
| 03/18/2021 | T/c w/plan administrator candidate re process, role (.4); review qualifications from PA candidate (.4). | Pasquale, K. | 0.8 |
| 03/19/2021 | Review correspondence re Committee update. | Merola, F. A. | 0.2 |
| 03/19/2021 | Draft update to Committee and discussion with K. Pasquale re same (.3); follow up on plan administrator presentations (.3). | Millman, S. J. | 0.6 |
| 03/19/2021 | Emails & t/c's w/PA candidates re proposals & schedule. | Pasquale, K. | 0.4 |
| 03/20/2021 | Attend committee call re: ongoing negotiations | Ashuraey, S. N. | 0.6 |

# STROOCK

PAGE: 15

|  |  |  |  |
|---|---|---|---|
|  | with SLTL lenders (.5); attention to emails re: same (.1). |  |  |
| 03/20/2021 | Conf call w/ committee. | Cota, A. | 0.5 |
| 03/20/2021 | Call w/ Committee re case updates. | Gargano, C. E. | 0.5 |
| 03/20/2021 | Review correspondence re Committee call (.2); participate in Committee call (.6). | Merola, F. A. | 0.8 |
| 03/20/2021 | Confer re scheduling meeting (.2); follow up with members re need for call and participate on call (.4). | Millman, S. J. | 0.6 |
| 03/20/2021 | Prep for (.3) & conf call w/Committee re Plan deal (.5); post-call w/advisors re same (.5). | Pasquale, K. | 1.3 |
| 03/20/2021 | Call with Committee and Committee professionals. | Sadler, T. M. | 0.6 |
| 03/21/2021 | Call w/ Committee re case updates (.6); emails w/ T. Sadler and C. Gargano re same (.2). | Iaffaldano, J. F. | 0.8 |
| 03/22/2021 | Attend weekly professionals call. | Ashuraey, S. N. | 0.2 |
| 03/22/2021 | Attend weekly Committee professionals call (.3) and prep (.1). | Iaffaldano, J. F. | 0.4 |
| 03/22/2021 | Call with Committee professionals (.3); review Conway analysis re case updates (.3); review Committee correspondence re meeting (.2). | Merola, F. A. | 0.8 |
| 03/22/2021 | Review of Conway materials and discussions re proposed modifications with Conway team (.4); participate in Committee professionals call (.4); draft memo to Committee (.2). | Millman, S. J. | 1.0 |
| 03/22/2021 | Conf call w/ Committee professionals re status, Committee meeting (.3); emails w/S. Millman re same (.1). | Pasquale, K. | 0.4 |
| 03/22/2021 | Weekly Committee professionals call. | Sadler, T. M. | 0.3 |
| 03/23/2021 | Conf call w/ clients (.4); review materials in connection therewith (.1). | Cota, A. | 0.5 |
| 03/23/2021 | Participate in Committee meeting. | Merola, F. A. | 0.3 |

# STROOCK

| | | | |
|---|---|---|---|
| 03/23/2021 | Prepare for (.2) and participate in Committee call (.3); call with outside creditor counsel re plan inquiry (.3); review of A. Bekker (Conway) response to creditor seeking Committee participation and respond (.1). | Millman, S. J. | 0.9 |
| 03/23/2021 | Prep for (.3) & conf call w/ Committee (.5). | Pasquale, K. | 0.8 |
| 03/23/2021 | Weekly update call with Committee and Committee professionals. | Sadler, T. M. | 0.7 |
| 03/24/2021 | Email to Committee updating them re: DS. | Ashuraey, S. N. | 0.8 |
| 03/24/2021 | Review Committee update correspondence. | Merola, F. A. | 0.2 |
| 03/25/2021 | Review revised materials from plan administrator candidates. | Pasquale, K. | 0.5 |
| 03/29/2021 | Review Committee weekly update. | Iaffaldano, J. F. | 0.3 |
| 03/29/2021 | Review Conway materials (.3); review correspondence with Conway re professionals call (.1); correspondence with Conway re revised deck (.2); review Committee correspondence re agenda (.2). | Merola, F. A. | 0.8 |
| 03/29/2021 | Review of Conway materials and prepare comments re same (.4); memo to Committee re tomorrow's call and prepare for same (.3); respond to inquiry re plan administrator selection (.3). | Millman, S. J. | 1.0 |
| 03/30/2021 | Attend weekly Committee call (.3); review Conway case summary (.2). | Ashuraey, S. N. | 0.5 |
| 03/30/2021 | Review Committee materials from Conway (.2); conf call w/ clients on updates (.3). | Cota, A. | 0.5 |
| 03/30/2021 | Weekly Committee discussion (.3) and review for call (.2). | Hansen, K. M. | 0.5 |
| 03/30/2021 | Prepare for (.1) and attend weekly Committee meeting (.3). | Iaffaldano, J. F. | 0.4 |
| 03/30/2021 | Participate in Committee call. | Merola, F. A. | 0.3 |
| 03/30/2021 | Respond to inquiry by creditor. | Millman, S. J. | 0.1 |

# STROOCK

| 03/30/2021 | Prepare for and participate on Committee call (.3) and follow up discussion K. Pasquale re same (.2); follow up communications with Committee member re deadlines (.2); review of communications with plan administrator candidates (.2). | Millman, S. J. | 0.9 |
|---|---|---|---|
| 03/30/2021 | Prep for (.2) & Committee meeting (.3); email plan administrator candidates re schedule (.2). | Pasquale, K. | 0.7 |
| 03/30/2021 | Weekly call with Committee and Committee professionals. | Sadler, T. M. | 0.5 |
| 03/31/2021 | Contact from creditor re Committee membership and follow up re: same. | Millman, S. J. | 0.2 |
| 03/31/2021 | T/c w/creditor re plan issues. | Pasquale, K. | 0.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI · WASHINGTON, DC

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 4.2 | $ 970 | $ 4,074.00 |
| Cota, Alexandro | 5.3 | 1,300 | 6,890.00 |
| Gargano, Charles E. | 1.0 | 685 | 685.00 |
| Hansen, Kristopher M. | 5.4 | 1,795 | 9,693.00 |
| Iaffaldano, John F. | 4.1 | 685 | 2,808.50 |
| Isaacson, Marni M. | 0.8 | 1,045 | 836.00 |
| Magzamen, Michael | 0.1 | 460 | 46.00 |
| Merola, Frank A. | 6.5 | 1,600 | 10,400.00 |
| Millman, Sherry J. | 13.9 | 1,100 | 15,290.00 |
| Pasquale, Kenneth | 12.0 | 1,600 | 19,200.00 |
| Sadler, Tess M. | 4.8 | 775 | 3,720.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 73,642.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 73,642.50 |
|---|---|

# STROOCK

PAGE: 19

| RE | Case Analysis/ Pleading Analysis and Responses<br>007168  0007 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2021 | Review Motion to Extend Removal. | Merola, F. A. | 0.2 |
| 03/02/2021 | Review 2nd Motion re 365(d)(4). | Merola, F. A. | 0.2 |
| 03/02/2021 | Review Surety Stipulation Proposed Order. | Merola, F. A. | 0.2 |
| 03/18/2021 | Review Motion re Renaissance 9019 Motion (.2); review Sanare 9019 Motion (.2). | Merola, F. A. | 0.4 |
| 03/24/2021 | Review Kasowitz 9019. | Merola, F. A. | 0.1 |
| 03/26/2021 | Review of motion to approve exit financing and declaration. | Millman, S. J. | 0.4 |
| 03/29/2021 | Review motion re exit financing. | Iaffaldano, J. F. | 0.6 |
| 03/31/2021 | Review order extending time to reject leases. | Iaffaldano, J. F. | 0.1 |
| 03/31/2021 | Review Order re 365(d)(4). | Merola, F. A. | 0.1 |
| 03/31/2021 | Review of monthly operating report and of extension re time to assume leases. | Millman, S. J. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Iaffaldano, John F. | 0.7 | $ 685 | $ 479.50 |
| Merola, Frank A. | 1.2 | 1,600 | 1,920.00 |
| Millman, Sherry J. | 0.7 | 1,100 | 770.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,169.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,169.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Stroock Fee Applications |
|----|--------------------------|
|    | 007168  0009             |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2021 | Correspond with T. Sadler re: fee application (.2); provide assistance re: interim fee application (.3); correspond with local counsel re assistance with finalizing interim fee application (.3); confer with S. Millman re status of the fee application (.1); correspond with M. Magzamen re finalization of the 2nd interim fee application (.2). | Laskowski, M. D. | 1.1 |
| 03/01/2021 | Confer w/ working group re: status of interim fee app and process for filing. | Magzamen, M. S. | 0.2 |
| 03/01/2021 | Review of final changes to interim fee app and finalize for filing. | Millman, S. J. | 0.3 |
| 03/01/2021 | Review and revise fee application and correspondence re same. | Sadler, T. M. | 1.8 |
| 03/29/2021 | Email Debtors' counsel re holdback payment (.4) and review compensation orders re same (.4). | Gargano, C. E. | 0.8 |
| 03/29/2021 | Finalize SSL bill and forward per compensation order. | Magzamen, M. S. | 0.5 |
| 03/29/2021 | Review of order and discussions internally re request for payment. | Millman, S. J. | 0.3 |

# STROOCK

PAGE: 21

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Gargano, Charles E. | 0.8 | $ 685 | $ 548.00 |
| Laskowski, Mathew D. | 1.1 | 460 | 506.00 |
| Magzamen, Michael | 0.7 | 460 | 322.00 |
| Millman, Sherry J. | 0.6 | 1,100 | 660.00 |
| Sadler, Tess M. | 1.8 | 775 | 1,395.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,431.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,431.00 |
|---|---|

# STROOCK

PAGE: 22

| RE | Other Professional Retention<br>007168 0010 |
|----|---------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2021 | Follow up re Cole Schotz application (.2); review of Alix application (.3). | Millman, S. J. | 0.5 |
| 03/04/2021 | Review Motion to Retain Ryan LCC. | Merola, F. A. | 0.2 |
| 03/15/2021 | Review revised Ryan retention application (.1); communications with debtors re same (.1). | Ashuraey, S. N. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Ashuraey, Sam N. | 0.2 | $ 970 | $ 194.00 |
| Merola, Frank A. | 0.2 | 1,600 | 320.00 |
| Millman, Sherry J. | 0.5 | 1,100 | 550.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,064.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,064.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Other Professional Fee Applications<br>007168  0011 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2021 | Coordinate w/ Committee professionals re filing of fee applications (.3); review and provide comments to fee applications (.8). | Iaffaldano, J. F. | 1.1 |
| 03/01/2021 | Review Rothschild invoice. | Merola, F. A. | 0.1 |
| 03/01/2021 | Review of Conway fee application and ready for filing. | Millman, S. J. | 0.2 |
| 03/02/2021 | Correspond, call with M. Magzamen re Cole Schotz final fee application status. | Laskowski, M. D. | 0.2 |
| 03/18/2021 | Review HB invoice. | Merola, F. A. | 0.1 |
| 03/25/2021 | Confer w/ CM and PSZJ re: form of order for CNO (.3); confer w/ case teams re status of monthly fee apps (.2). | Magzamen, M. S. | 0.5 |
| 03/26/2021 | Review Jackson Walker Fee Application (.1); review CNO re Fee Applications (.1). | Merola, F. A. | 0.2 |
| 03/29/2021 | Organize Conway and PSZJ fee statements and forward per Compensation Order. | Magzamen, M. S. | 0.3 |
| 03/29/2021 | Review HL Fee Order. | Merola, F. A. | 0.1 |
| 03/30/2021 | Review of orders approving HL application and UCC professionals applications. | Millman, S. J. | 0.2 |
| 03/31/2021 | Review AP Fee Application. | Merola, F. A. | 0.2 |

# STROOCK

PAGE: 24

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Iaffaldano, John F. | 1.1 | $ 685 | $ 753.50 |
| Laskowski, Mathew D. | 0.2 | 460 | 92.00 |
| Magzamen, Michael | 0.8 | 460 | 368.00 |
| Merola, Frank A. | 0.7 | 1,600 | 1,120.00 |
| Millman, Sherry J. | 0.4 | 1,100 | 440.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,773.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,773.50 |
|---|---|

# STROOCK

PAGE: 25

RE         Lien Review
           007168  0012

| DATE | DESCRIPTION | NAME | HOURS |
|------|------------|------|-------|
| 03/18/2021 | Work on issues related to unresolved lien issue. | Millman, S. J. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Millman, Sherry J. | 0.6 | $ 1,100 | $ 660.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 660.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 660.00 |
|-----------------------|----------|

# STROOCK

| RE | Litigation & Adversary Proceedings<br>007168 0015 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2021 | Review and revise standing motion (1.6); emails with SSL team re: same (.2). | Sasson, G. | 1.8 |
| 03/05/2021 | Review Motion to File Am. Answer to Counterclaim. | Merola, F. A. | 0.2 |
| 03/10/2021 | Review correspondence to Lenders re Challenge Stipulation Extension. | Merola, F. A. | 0.2 |
| 03/10/2021 | Review challenge stip status (.3); emails with SSL team re: same (.3). | Sasson, G. | 0.6 |
| 03/11/2021 | Coordinate internally re: filing challenge period stipulation and review same. | Ashuraey, S. N. | 0.3 |
| 03/11/2021 | Draft stipulation to extend challenge period (.7); emails w. G. Sasson re same (.2). | Iaffaldano, J. F. | 0.9 |
| 03/11/2021 | Correspondence with Lenders re Stipulation re Lien Challenge (.2); review edits to Challenge Stipulation (.2). | Merola, F. A. | 0.4 |
| 03/11/2021 | Review W&E lists – McMoran & Lexon. | Merola, F. A. | 0.1 |
| 03/11/2021 | Review and revise lien stipulation (.7); call with SSL team re: same (.4). | Sasson, G. | 1.1 |
| 03/12/2021 | Coordinate internally and with debtors and agents re: challenge period stipulation. | Ashuraey, S. N. | 0.4 |
| 03/12/2021 | Revise draft stipulation (.3); emails w/ Weil, Davis Polk, Vinson Elkins, et al. re consent to committee challenge deadline (2.5). | Iaffaldano, J. F. | 2.8 |
| 03/12/2021 | Exchange correspondence with Lenders RE Challenge Stipulation. | Merola, F. A. | 0.2 |
| 03/15/2021 | Review W&E lists. | Merola, F. A. | 0.2 |

# STROOCK

PAGE: 27

| | | | |
|---|---|---|---|
| 03/18/2021 | Follow up on stipulation extension status and review of updated info on unencumbered asset values. | Millman, S. J. | 0.4 |
| 03/19/2021 | Review entered Stipulation re Lien Challenge. | Merola, F. A. | 0.1 |
| 03/22/2021 | Review W&E lists. | Merola, F. A. | 0.2 |
| 03/23/2021 | Review Chevron Information Stipulation. | Merola, F. A. | 0.2 |
| 03/24/2021 | Review amended agenda. | Merola, F. A. | 0.2 |
| 03/25/2021 | Draft stipulation extending committee challenge period (1.4); emails internally and with agents/DPW/Weil re: extension (.8). | Ashuraey, S. N. | 2.2 |
| 03/25/2021 | Exchange correspondence with lenders re Lien Challenge Stipulation. | Merola, F. A. | 0.2 |
| 03/25/2021 | Review standing stipulation (.4); emails with SSL team re: same (.3); emails with DPW re: same (.4). | Sasson, G. | 1.1 |
| 03/26/2021 | Follow up w/ DPW/Weil/agents re: stipulation (.8); finalize stipulation and arrange for filing of same (.6). | Ashuraey, S. N. | 1.4 |
| 03/26/2021 | Exchange correspondence with Lenders re Lien Challenge Stipulation. | Merola, F. A. | 0.2 |
| 03/26/2021 | Review Notice of Disc Conf (.1); review Response to Valero Motion for Summary Judgment (.2). | Merola, F. A. | 0.3 |
| 03/26/2021 | Follow up on finalizing of stipulation.. | Millman, S. J. | 0.2 |
| 03/26/2021 | Emails re: stipulation with SSL team (.2); emails re: same with DPW (.3); emails with agents re: same (.3). | Sasson, G. | 0.8 |
| 03/29/2021 | Review stipulation extending Committee challenge period. | Iaffaldano, J. F. | 0.1 |
| 03/30/2021 | Review of stipulation as filed extending challenge period and internal communication re dates going forward. | Millman, S. J. | 0.2 |

# STROOCK

PAGE: 28

| 03/31/2021 | Review/analyze information in data room provided to sureties, predecessors. | Pasquale, K. | 1.8 |
|---|---|---|---|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 4.3 | $ 970 | $ 4,171.00 |
| Iaffaldano, John F. | 3.8 | 685 | 2,603.00 |
| Merola, Frank A. | 2.7 | 1,600 | 4,320.00 |
| Millman, Sherry J. | 0.8 | 1,100 | 880.00 |
| Pasquale, Kenneth | 1.8 | 1,600 | 2,880.00 |
| Sasson, Gabriel | 5.4 | 1,195 | 6,453.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,307.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 21,307.00 |
|---|---|

# STROOCK

PAGE: 29

| RE | Business Operations<br>007168  0016 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2021 | Review of vendor/JIB documents and wage documents and inquiries to Conway re various issues raised. | Millman, S. J. | 0.5 |
| 03/09/2021 | Review WEIL JIB matrix. | Merola, F. A. | 0.2 |
| 03/17/2021 | Review of JIB summary from Debtors and confer with Conway team re same. | Millman, S. J. | 0.3 |
| 03/25/2021 | Follow up re P&A issues for predecessors. | Hansen, K. M. | 0.9 |
| 03/30/2021 | Review of vendor report and communications to team re same. | Millman, S. J. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Hansen, Kristopher M. | 0.9 | $ 1,795 | $ 1,615.50 |
| Merola, Frank A. | 0.2 | 1,600 | 320.00 |
| Millman, Sherry J. | 1.1 | 1,100 | 1,210.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,145.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,145.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 30

| RE | Schedules/SoFAs/UST Reports |
|---|---|
| | 007168  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2021 | Review Monthly Operating Report. | Merola, F. A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.2 | $ 1,600 | $ 320.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 320.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 320.00 |
|---|---|

# STROOCK

| RE | Plan & Disclosure Statement<br>007168  0023 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2021 | Review and summarize DS objection filing by Marathon. | Gargano, C. E. | 2.0 |
| 03/01/2021 | Plan settlement and implementation discussions and analysis (1.8); meetings re same (.8). | Hansen, K. M. | 2.6 |
| 03/01/2021 | Correspond with S. Millman re plan documents (.1); research same (.1); advise of status (.1). | Laskowski, M. D. | 0.3 |
| 03/01/2021 | Call with USA re remediation (.6); review Marathon Oil DS Objection (.2). | Merola, F. A. | 0.8 |
| 03/01/2021 | Discussions with Conway team re plan treatment and related matters (.5); call with government to discussion P&A liability issues and confer internally (.5). | Millman, S. J. | 1.0 |
| 03/01/2021 | Prep for (.4) and conf call w/gov't representatives re Plan issues & status (.5); meetings w/team, Conway re plan settlement issues (.8); continued review of documents re P&A and related Plan issues (1.4); review Marathon DS objection (.3). | Pasquale, K. | 3.4 |
| 03/01/2021 | Review settlement emails. | Sasson, G. | 0.6 |
| 03/02/2021 | Plan settlement and implementation discussions and analysis. | Hansen, K. M. | 1.5 |
| 03/02/2021 | Review 2nd motion re exclusivity extension. | Merola, F. A. | 0.2 |
| 03/02/2021 | Review of amended plan, disclosure statements and related documents and confer with K. Pasquale re same (2.4); review of proposal to send to Debtors and comments re same (.4); review of additional disclosure statement objections and analyses (1.2); confer with J. Iaffaldano re updated schedules re O&G leases | Millman, S. J. | 4.3 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | (.3). |  |  |
| 03/02/2021 | Review Lexon objection to disclosure statement & authorities (.8); review exclusivity motion (.3); review draft Plan documents from debtors (1.1). | Pasquale, K. | 2.2 |
| 03/03/2021 | Review recent DS objections and summaries of same. | Ashuraey, S. N. | 0.3 |
| 03/03/2021 | Settlement analysis and discussion. | Hansen, K. M. | 1.4 |
| 03/03/2021 | Review liquidation analysis (.4); review valuation analysis (.5). | Iaffaldano, J. F. | 0.9 |
| 03/03/2021 | Review Eni USA Objection to Plan (.2); review revised Plan, DS and related material (.6); review response to settlement proposal (.2). | Merola, F. A. | 1.0 |
| 03/03/2021 | Continued negotiations on plan treatment and review of plan related documents. | Millman, S. J. | 1.4 |
| 03/03/2021 | Review draft disclosure statement & exhibits from debtors (2.0); review Plan counter-proposal (.5). | Pasquale, K. | 2.5 |
| 03/03/2021 | Review plan and DS (.8); review emails re: proposals (.3). | Sasson, G. | 1.1 |
| 03/04/2021 | Review latest correspondence regarding plan negotiation and proposals. | Cota, A. | 0.9 |
| 03/04/2021 | Settlement analysis and discussion. | Hansen, K. M. | 2.0 |
| 03/04/2021 | Review settlement proposal. | Iaffaldano, J. F. | 0.2 |
| 03/04/2021 | Review and summarize disclosure statement objections. | Iaffaldano, J. F. | 1.8 |
| 03/04/2021 | Review correspondence re plan settlements. | Merola, F. A. | 0.2 |
| 03/04/2021 | Review of plan related documentation and work on plan treatment issues (2.4); research related to certain GUC claims (1.0). | Millman, S. J. | 3.4 |
| 03/04/2021 | Analyze plan counterproposal (.4); confer w/S. Millman, team re same (.6); emails w/debtors re same (.2); review ENI objection to DS (.6); | Pasquale, K. | 2.6 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | continued review of draft revised plan & DS (.8). |  |  |
| 03/05/2021 | Review revised plan and disclosure statement (.7); review settlement response and counter (.6); various correspondence regarding latest case updates (.5). | Cota, A. | 1.8 |
| 03/05/2021 | Settlement analysis and discussion (1.2); related issues discussion (.6). | Hansen, K. M. | 1.8 |
| 03/05/2021 | Exchange correspondence with Conway re plan counter offer (.2); review draft counter-proposal (.2). | Merola, F. A. | 0.4 |
| 03/05/2021 | Review of additional objections to disclosure statement (1.0); work on issues related plan proposals and discussions with each of J. Liou (Weil), A. Bekker (Conway), K. Pasquale re same (1.4); review of Conway materials (.4). | Millman, S. J. | 2.0 |
| 03/05/2021 | Confer w/team & analyze Plan settlement issues. | Pasquale, K. | 1.5 |
| 03/05/2021 | Review settlement docs (.6); review emails to Committee and Weil re: same (.5). | Sasson, G. | 1.1 |
| 03/06/2021 | Settlement follow up and discussions. | Hansen, K. M. | 1.0 |
| 03/06/2021 | Further discussions on plan treatment and review of draft plan exhibits circulated. | Millman, S. J. | 1.5 |
| 03/06/2021 | Multiple emails w/team, debtors re plan settlement (.9); t/c D. Schiable (DPW) re plan proposal (.2). | Pasquale, K. | 1.1 |
| 03/07/2021 | Continued discussions re settlement. | Hansen, K. M. | 0.8 |
| 03/07/2021 | Review Weil Plan mark-up (.3); review SC OG Lease Exhibit (.2). | Merola, F. A. | 0.5 |
| 03/07/2021 | Coordinate plan discussions and begin review of revised plan of reorganization (3.2); review of lease schedules provided (.4). | Millman, S. J. | 3.6 |
| 03/07/2021 | Confer w/team re Plan proposal issues. | Pasquale, K. | 0.4 |
| 03/08/2021 | Review revised plan and settlement agreement. | Ashuraey, S. N. | 0.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI · WASHINGTON, DC

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| 03/08/2021 | Settlement analysis and discussions. | Hansen, K. M. | 1.0 |
| 03/08/2021 | Review comments to draft plan. | Iaffaldano, J. F. | 0.2 |
| 03/08/2021 | Review mark-up draft Plan (.3); review Sea Robin Pipeline Objection to DS (.2); review Evren Energy Joinder re DS Objection (.1). | Merola, F. A. | 0.6 |
| 03/08/2021 | Ongoing negotiation with debtors re plan treatment and related issues and internal discussions re same (1.3); review of further plan language and provide proposed edits (1.1); review of summaries of disclosure statement objections (1.0); and review of certain revised plan docs (1.0). | Millman, S. J. | 4.4 |
| 03/08/2021 | Review & revise further revised draft Plan from debtors (2.8); emails & confer w/team re same (1.1). | Pasquale, K. | 3.9 |
| 03/08/2021 | Review plan proposals (1.2); emails with SSL team re: same (.4). | Sasson, G. | 1.6 |
| 03/09/2021 | Review credit bid PSA and exit T/S (.6) and various conf calls w/ M. Isaacson on comments (.5). | Cota, A. | 1.1 |
| 03/09/2021 | Discuss/analyze settlement related issues. | Hansen, K. M. | 1.4 |
| 03/09/2021 | Review plan revisions (.4); review settlement proposal (.2); review credit bid PSA (.4); review 2L commitment letter (.3). | Iaffaldano, J. F. | 1.3 |
| 03/09/2021 | Review 2L commitment letter (1.4); review plan (.6); prepare issues list (.8). | Isaacson, M. M. | 2.8 |
| 03/09/2021 | Review plan/credit bid background (.5); call with S. Millman and J. Storz (.4); review APA (.6). | Lau, J. | 1.7 |
| 03/09/2021 | Review Weil correspondence re Credit Bid PSA and Exit Commitment (.2); review further revised Plan (.3). | Merola, F. A. | 0.5 |
| 03/09/2021 | Review of revised plan documents and credit bid purchase agreement and 2L Commitment letter (1.2) and coordinate with team re same | Millman, S. J. | 1.6 |

# STROOCK

| | | | |
|---|---|---|---|
| | (.4). | | |
| 03/09/2021 | Confer w/team re Plan issues (.8); review further revised draft Plan (1.0); review credit bid PSA & 2L commitment letter (.7). | Pasquale, K. | 2.5 |
| 03/09/2021 | Calls with S. Millman and J. Lau re: credit bid purchase agreement (.4); review credit bid purchase agreement (.5). | Storz, J. F. | 0.9 |
| 03/10/2021 | Settlement analysis and discussion. | Hansen, K. M. | 1.3 |
| 03/10/2021 | Review disclosure statement objections. | Iaffaldano, J. F. | 0.5 |
| 03/10/2021 | Confer re: 2L commitment letter. | Isaacson, M. M. | 0.5 |
| 03/10/2021 | Review Purchase and Sale Agreement. | Lau, J. | 3.1 |
| 03/10/2021 | Continued work on language in plan and review of plan related documents. | Millman, S. J. | 3.3 |
| 03/10/2021 | Review/analysis of draft Plan and related documents (credit bid; commitment letter). | Pasquale, K. | 1.4 |
| 03/10/2021 | Review Plan provisions relating to credit bid transaction (.7); review purchase agreement (.7). | Storz, J. F. | 1.4 |
| 03/11/2021 | Review/discuss process and docs re settlement/plan and credit bid. | Hansen, K. M. | 1.5 |
| 03/11/2021 | Review Purchase and Sale Agreement and compile issues list re: same. | Lau, J. | 1.4 |
| 03/11/2021 | Review Allied Maritime RoR (.1); review Objection of Freeport re DS (.2); review McMoran Objection re DS (.1); review Conoco Objection to DS (.1); review Hunt Objection re DS (.1); review Nippon Objection to DS (.1). | Merola, F. A. | 0.7 |
| 03/11/2021 | Review of additional objections to disclosure statement (1.3); review of various plan related documents (1.6). | Millman, S. J. | 2.9 |
| 03/11/2021 | Confer w/S. Millman re Plan issues (.5); review newly filed DS objections (1.2). | Pasquale, K. | 1.7 |
| 03/11/2021 | Review credit bid purchase agreement. | Storz, J. F. | 3.1 |

# STROOCK

| 03/12/2021 | Review docs and process (1.0); discussions re same (.5). | Hansen, K. M. | 1.5 |
| 03/12/2021 | Prepare summary of filed disclosure statement objections. | Iaffaldano, J. F. | 5.8 |
| 03/12/2021 | Confer re: 2L commitment letter. | Isaacson, M. M. | 1.0 |
| 03/12/2021 | Review Samson Contour Objection to DS (.1); review LLOG Exp Objection to DS (.1); review Hess Joinder re DS Objection (.2). | Merola, F. A. | 0.4 |
| 03/12/2021 | Further review of credit bid purchase agreement and related documents and confer with team (2.0); review of objections to disclosure statement and research re issue raised (3.2). | Millman, S. J. | 5.2 |
| 03/12/2021 | Review newly filed DS objections (.5); analyze potential treatment issues (.6). | Pasquale, K. | 1.1 |
| 03/13/2021 | Review revised PoR and DS from S. Milliman (.9); review correspondence regarding 2L CL (.3); analysis regarding 2L CL and plan treatment triggers / terminations (.3); various communications regarding same (.3). | Cota, A. | 1.8 |
| 03/13/2021 | Review and analysis of process/timing considerations. | Hansen, K. M. | 1.0 |
| 03/13/2021 | Confer with Conway re: 2L commitment letter. | Isaacson, M. M. | 0.4 |
| 03/13/2021 | Review DS Schedules (.2); review redlined Plan (.3); review Credit Bid PSA (.3); review projections, valuation and liquidation analysis (.2). | Merola, F. A. | 1.0 |
| 03/13/2021 | Review of plan, valuation and other analyses (5.4); confer with K. Pasquale and Conway team; review of issues related to M. Isaacson comments (1.3). | Millman, S. J. | 6.7 |
| 03/14/2021 | Review draft disclosure statement and provide comments. | Ashuraey, S. N. | 1.4 |
| 03/14/2021 | Plan/ds/1L docs analysis and discussion. | Hansen, K. M. | 0.9 |
| 03/14/2021 | Review revised Purchase and Sale Agreement | Lau, J. | 1.6 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | (.6); update issues list re: same (1.0). |  |  |
| 03/14/2021 | Review revised DS. | Merola, F. A. | 0.3 |
| 03/14/2021 | Review of disclosure statement and additional plan materials (4.5); coordinate comments to disclosure statement with K. Pasquale (.8); review of Committee draft objection to evaluate issues as addressed in disclosure statement (.7); review of summary of various disclosure statement objections prepared by J. Iaffaldano (.7). | Millman, S. J. | 6.7 |
| 03/14/2021 | Review & comment to revised draft DS, plan and exhibits provided by Debtors (3.6); confer w/team re same (.6). | Pasquale, K. | 4.2 |
| 03/15/2021 | 2L organization discussion (.4); plan/DS/1L docs discussion/analysis (.8). | Hansen, K. M. | 1.2 |
| 03/15/2021 | Review comments to plan and disclosure statement. | Iaffaldano, J. F. | 0.5 |
| 03/15/2021 | Review issues list (.4); call with J. Storz re: same (.6); send comments to Weil (.2); correspondence re: TSA (.2). | Lau, J. | 1.4 |
| 03/15/2021 | Review revised Credit Bid PSA (.3); review Plan and DS mark-up (.3); review Heils O&G Response re DS (.2). | Merola, F. A. | 0.8 |
| 03/15/2021 | Review of additional plan and disclosure statement revisions and confer internally (2.5); review of further revised exhibits to plan documents and discuss internally (2.1); review of additional objections to disclosure statement and issues raised therein (1.4). | Millman, S. J. | 6.0 |
| 03/15/2021 | Emails & t/c's w/K. Hansen, S. Millman re Plan issues (1.0); conf call w/Davis Polk re Plan, 2L issues (.3); analyze Plan & 2L issues (.8); review and revise further drafts of Plan and DS provided by debtors (2.0). | Pasquale, K. | 4.1 |
| 03/15/2021 | Review revised drafts of credit bid purchase agreement and related documents (1.7); call with J. Lau re: same (.6). | Storz, J. F. | 2.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI · WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| 03/16/2021 | Review DS objections and summaries of same. | Ashuraey, S. N. | 1.3 |
| 03/16/2021 | Coordinate w/ M. Isaacson on comments to 2L exit CL (.4); review same and comments (.5). | Cota, A. | 0.9 |
| 03/16/2021 | Review revised plan and disclosure statement (.6); review and analyze backstop commitment motion (1.8); prepare summary of same (.7); emails w/ S. Ashuraey and K. Pasquale re same (.2). | Iaffaldano, J. F. | 3.3 |
| 03/16/2021 | Confer with Conway (.4); confer re: revisions to 2L commitment letter (.4). | Isaacson, M. M. | 0.8 |
| 03/16/2021 | Review Motion and Declaration re Backstop (.2); review NA Specialty Ins DS Objection (.2); review Zurich Repr re DS (.1); review Liberty Objection re DS (.2); review Phil Indem Objection re DS (.1); review DS Objection re W&T (.1); review HHC Ins DS Objection (.1); review Sureties Objection re DS (.2). | Merola, F. A. | 1.2 |
| 03/16/2021 | Review of plan, DS and other documents filed in connection with plan and back stop commitment, internal comments re same (3.3); review of additional objections to disclosure statement (.8). | Millman, S. J. | 4.1 |
| 03/16/2021 | Review as-filed Plan, DS & related pleadings (.8); review various sureties' newly filed DS objections (.6); analyze SLTL proposal (.8) & confer w/team re same (.9). | Pasquale, K. | 3.1 |
| 03/16/2021 | Review revisions to plan and DS and settlement presentation. | Sasson, G. | 1.3 |
| 03/16/2021 | Review commitment letter with focus on closing conditions and termination rights. | Storz, J. F. | 0.6 |
| 03/17/2021 | Draft Committee letter in support of confirmation (1.4); review precedents of same (.4). | Ashuraey, S. N. | 1.8 |
| 03/17/2021 | Review and provide input on 2L CL markup (.6); various correspondence on same (.3). | Cota, A. | 0.9 |
| 03/17/2021 | Follow up discussions re settlement related issues (1.0); analysis re same (2.1). | Hansen, K. M. | 3.1 |

# STROOCK

| | | | |
|---|---|---|---|
| 03/17/2021 | Revise 2L commitment letter. | Isaacson, M. M. | 0.3 |
| 03/17/2021 | Discussions with Davis Polk re SLTL settlement and follow up internally and with Conway team (.8); analyses of package and of plan treatment points (1.1); review of additional disclosure statement objections (1.0). | Millman, S. J. | 2.9 |
| 03/17/2021 | Conf call w/AHG counsel re SLTL proposal (.3); analyze issues re same (1.2). | Pasquale, K. | 1.5 |
| 03/17/2021 | Emails & t/c's w/Conway & team re SLTL issues. | Pasquale, K. | 1.1 |
| 03/18/2021 | Revise Committee letter in support of confirmation. | Ashuraey, S. N. | 0.9 |
| 03/18/2021 | Follow up discussions re settlement related issues (1.5); analysis re same (2.3). | Hansen, K. M. | 3.8 |
| 03/18/2021 | Review and summarize disclosure statement objections. | Iaffaldano, J. F. | 6.5 |
| 03/18/2021 | Review HCC Intl DS Objection (.1); review Shell Offshore DS Opposition (.2). | Merola, F. A. | 0.3 |
| 03/18/2021 | Work on issues related to SLTL settlement and impact on GUC treatment (3.0); review of additional disclosure statement objections (.8). | Millman, S. J. | 3.8 |
| 03/18/2021 | Conf call w/Conway re 2L proposal (.3); emails & t/c DPW re same (.3); confer w/K. Hansen, S. Millman re same (.5). | Pasquale, K. | 1.1 |
| 03/19/2021 | Review summary of objections to DS (1.0); emails with J. Iaffaldano re: same (.2). | Ashuraey, S. N. | 1.2 |
| 03/19/2021 | Follow up discussions re settlement related issues (1.2); analysis re same (2.7). | Hansen, K. M. | 3.9 |
| 03/19/2021 | Review and summarize disclosure statement objections (6.2); emails w/ S. Ashuraey re same (.2). | Iaffaldano, J. F. | 6.4 |
| 03/19/2021 | Review CNOC Objection re DS (.2); review Chevron RoR re DS (.1); review RLI Ins Objection re DS (.1); review BP Objection re | Merola, F. A. | 0.8 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | DS (.1); review ENI Objection re DS (.1); review Samson RoR re DS (.1); review Cox Oil Joinder re DS Objection (.1). |  |  |
| 03/19/2021 | Review of additional disclosure statement objections and summaries and review of issues raised in several objections (2.0); further analysis and discussion in connection with proposed SLTL settlement and warrant issues (2.9). | Millman, S. J. | 4.9 |
| 03/19/2021 | Review analyses (.6) and multiple emails & t/c's w/Conway, team re plan settlement issues (1.4); review & analyze issues in additional newly filed objections to DS (1.3). | Pasquale, K. | 3.3 |
| 03/19/2021 | Review 2L settlement (.6); review UCC settlement (.6); emails with SSL team re: same and stipulation (.4). | Sasson, G. | 1.6 |
| 03/20/2021 | Review 2L settlement proposal and related materials. | Cota, A. | 0.3 |
| 03/20/2021 | 2L settlement discussions (2.5); analysis re same (1.4). | Hansen, K. M. | 3.9 |
| 03/20/2021 | Review warrant analysis. | Merola, F. A. | 0.2 |
| 03/20/2021 | Review warrant issues with DP, and separately with Conway and internal team (1.3); review of different analyses with respect to warrants; follow up discussions (1.3); review of treatment research (.6). | Millman, S. J. | 3.2 |
| 03/20/2021 | Prep for (.8) & conf call w/AHG professionals re 2L proposal issues (.6); confer w/team re same (.3); analysis of GUC warrants & proposal (.5). | Pasquale, K. | 2.2 |
| 03/21/2021 | 2L settlement follow up and discussion. | Hansen, K. M. | 1.2 |
| 03/21/2021 | Revise summary of disclosure statement objections (.6); email K. Pasquale re same (.2). | Iaffaldano, J. F. | 0.8 |
| 03/22/2021 | 2L settlement follow up and analysis. | Hansen, K. M. | 1.6 |
| 03/22/2021 | Review Supplemental Objection HHE Energy (.1); review XTO Objection re exclusivity (.2); | Merola, F. A. | 1.1 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | review Eno Objection to exclusivity (.1); review revised DS and Plan (.3); review Department of Interior Objection re DS (.2); correspondence with CM re Plan amendment (.2). |  |  |
| 03/22/2021 | Review of plan proposal and discuss with team (.6); review and comment on numerous plan documents including the revised plan and disclosure statement and exhibits and discuss plan language with team (4.4); review of additional objections filed including government objection (1.2). | Millman, S. J. | 6.2 |
| 03/22/2021 | Confer w/team re Plan proposal (.6); review & revise drafts of revised Plan, DS, certain exhibits (4.8). | Pasquale, K. | 5.4 |
| 03/22/2021 | Review updated settlement/plan docs (1.6); emails with SSL team re: timing (.3). | Sasson, G. | 1.9 |
| 03/23/2021 | Review/provide comments to draft trade agreement (1.8), DS order (.6) and draft emails re same (.5); review and revise DS ballots and exhibits (3.2); review recent filings (.4). | Ashuraey, S. N. | 6.5 |
| 03/23/2021 | Review revised Disclosure Statement Approved Order & Trade Agreement. | Gargano, C. E. | 3.3 |
| 03/23/2021 | DS hearing prep. | Hansen, K. M. | 1.5 |
| 03/23/2021 | Confer re: 2L commitment papers. | Isaacson, M. M. | 0.2 |
| 03/23/2021 | Review draft DS Order (.3); review Class 6A Trade Agreement (.2); review redline DS (.2); review redline Plan (.2); review Marathon Supplemental Objection (.2); review Supp. ENI Objection (.1); review Notice of Abandonment (.2). | Merola, F. A. | 1.4 |
| 03/23/2021 | Confer with team re plan issues (.9); review and provide comments to numerous plan documents including the proposed disclosure statement order, ballots, trade agreement (4.0). | Millman, S. J. | 4.9 |
| 03/23/2021 | Confer w/team re Plan issues (1.0); review & revise multiple Plan documents, including DS, DS order, exhibits to DS (3.4). | Pasquale, K. | 4.4 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 42 |
| --- |

| | | | |
|---|---|---|---|
| 03/24/2021 | Review further revised Plan and DS (.3); review Debtor Reply re DS Objection (.3); review Aspen Objection re exclusivity, amended backstop (.2); review ERO Objection re exclusivity (.1); review NA Spec Ins Joinder re exclusivity (.1); review AHG statement in Support of backstop (.1); review joinder of Endurance Ins re exclusivity (.1); review Lexon Ins joinder re backstop objection (.1); review Nippon Oil Joinder (.1); review XTO Objection re exclusivity (.1). | Merola, F. A. | 1.5 |
| 03/24/2021 | Review additional plan and disclosure statement documents as revised and filed. | Millman, S. J. | 2.4 |
| 03/24/2021 | Review debtors' DS reply (.7) & AHG statement in support (.2); review as-filed plan documents (1.2). | Pasquale, K. | 2.1 |
| 03/24/2021 | Review revised plan and status (1.1); emails with DPW re: stipulation (.3); emails with SSL team re: same (.2). | Sasson, G. | 1.6 |
| 03/25/2021 | Continued review of numerous documents filed in connection with yesterday's hearing. | Millman, S. J. | 2.3 |
| 03/26/2021 | Review filings and exit financing commitment papers (.7); correspondence related to same (.2). | Cota, A. | 0.9 |
| 03/26/2021 | Discuss plan process. | Hansen, K. M. | 0.8 |
| 03/26/2021 | Review updated DS Ex – ROW, RUE and O&G leases (.2); review Emergency Motion re Exit Facility and related pleadings (.3). | Merola, F. A. | 0.5 |
| 03/26/2021 | Review of recently filed plan related documents financing motion. | Millman, S. J. | 0.6 |
| 03/26/2021 | Review exit financing motion. | Pasquale, K. | 0.4 |
| 03/26/2021 | Review updated plan and discovery schedule. | Sasson, G. | 1.1 |
| 03/29/2021 | Discuss discovery and plan process. | Hansen, K. M. | 1.0 |
| 03/29/2021 | Review proposed confirmation schedule. | Iaffaldano, J. F. | 0.2 |
| 03/29/2021 | Review Debtors' reply to DS objections (.4); review backstop objections (.1). | Iaffaldano, J. F. | 0.5 |

# STROOCK

| | | |
|---|---|---|
| **PAGE: 43** | | |

| | | | |
|---|---|---|---|
| 03/29/2021 | Review 1L exit commitment papers (1.2) confer re: same (.5). | Isaacson, M. M. | 1.7 |
| 03/29/2021 | Review Notice of Proposed Conf Schedule. | Merola, F. A. | 0.2 |
| 03/29/2021 | Internal discussions re exit facility review and comments. | Millman, S. J. | 0.3 |
| 03/30/2021 | Plan and discovery process discussion. | Hansen, K. M. | 1.2 |
| 03/30/2021 | Discussions internally re exit facility documents and issues raised, and review of language. | Millman, S. J. | 0.4 |
| 03/31/2021 | Discovery and plan discussions. | Hansen, K. M. | 0.8 |
| 03/31/2021 | Review of updated information in schedules to be attached to DS (.4); seek to connect with debtor to discuss status (.1). | Millman, S. J. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 13.6 | $ 970 | $ 13,192.00 |
| Cota, Alexandro | 8.6 | 1,300 | 11,180.00 |
| Gargano, Charles E. | 5.3 | 685 | 3,630.50 |
| Hansen, Kristopher M. | 43.7 | 1,795 | 78,441.50 |
| Iaffaldano, John F. | 28.9 | 685 | 19,796.50 |
| Isaacson, Marni M. | 7.7 | 1,045 | 8,046.50 |
| Laskowski, Mathew D. | 0.3 | 460 | 138.00 |
| Lau, Joanne | 9.2 | 1,045 | 9,614.00 |
| Merola, Frank A. | 14.6 | 1,600 | 23,360.00 |
| Millman, Sherry J. | 90.5 | 1,100 | 99,550.00 |
| Pasquale, Kenneth | 57.2 | 1,600 | 91,520.00 |
| Sasson, Gabriel | 11.9 | 1,195 | 14,220.50 |
| Storz, John F. | 8.3 | 1,350 | 11,205.00 |

| | |
|---|---|
| **TOTAL FOR PROFESSIONAL SERVICES RENDERED** | $ 383,894.50 |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | $ 383,894.50 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC

180 MAIDEN LANE, NEW YORK, NY 10038–4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

**<u>Exhibit  B</u>**

**Expense Detail**

# STROOCK

## DISBURSEMENT REGISTER

| INVOICE NO. | 786808 |
|---|---|
| CLIENT | Official Committee of Unsecured Creditors of Fieldwood Energy LLC, *et al.* |

FOR DISBURSEMENT SERVICES RENDERED in the captioned matter for the period through March 31, 2021, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Conferencing Services** | | |
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2128065475 for 121 Minutes; Invoice # 2128065400-032821 | 6.81 |
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2128066689 for 508 Minutes; Invoice # 2128065400-032821 | 28.61 |
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 3105565802 for 70 Minutes; Invoice # 2128065400-032821 | 3.96 |
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 6466707605 for 124 Minutes; Invoice # 2128065400-032821 | 6.99 |
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 6465914232 for 122 Minutes; Invoice # 2128065400-032821 | 6.88 |
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 7139897020 for 20 Minutes; Invoice # 2128065400-032821 | 1.13 |
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2128065481 for 66 Minutes; Invoice # 2128065400-032821 | 3.70 |
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2128065531 for 85 Minutes; Invoice # 2128065400-032821 | 4.79 |
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2128066689 for 51 Minutes; Invoice # 2128065400-032821 | 2.87 |
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 4155951132 for 25 Minutes; Invoice # 2128065400-032821 | 1.41 |
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 2128067036 for 174 Minutes; Invoice # 2128065400-032821 | 9.80 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/24/2021 | SoundPath Conferencing Services by Mathew Laskowski to 9403008296 for 127 Minutes; Invoice # 2128065400-032821 | 7.15 |

**Conferencing Services Total**                                    **84.10**

MATTER DISBURSEMENT SUMMARY

Conferencing Services                              $ 84.10

TOTAL DISBURSEMENTS/CHARGES              $ 84.10

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC, _et al._,**[1] | **Case No. 20-33948 (MI)** |
| **Debtors.** | **(Jointly Administered)** |
| | **Objection Deadline: June 9, 2021** |

### NINTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD APRIL 1, 2021 THROUGH APRIL 30, 2021 BY STROOCK & STROOCK & LAVAN LLP <u>AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

Strook & Strook & Lavan LLP ("<u>Strook</u>")[2], counsel for the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), hereby submits this Ninth Monthly Statement of Services Rendered and Expenses Incurred (the "<u>Monthly Fee Statement</u>") for the period April 1, 2021 through April 30, 2021 (the "<u>Statement Period</u>"), in accordance with the Court's order, dated September 17, 2020, establishing interim compensation procedures for this case (the "<u>Compensation Order</u>") [Docket No. 367].  In support of the Monthly Fee Statement, Strook respectfully represents as follows:

### Relief Requested

1.     Strook respectfully submits this Monthly Fee Statement for: (i) compensation of fees for reasonable, actual and necessary services rendered by Strook on behalf of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Order.

Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by Stroock on behalf of the Committee during the Statement Period.

2.     Stroock seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $193,548.80    (80% of $241,936.00) |
| Total Expenses: | $306.10 |
| Total: | $193,854.90 |

3.     A detailed statement of hours spent rendering legal services to the Committee during the Statement Period is attached hereto as Exhibit A.  A detailed list of disbursements made or incurred by Stroock in connection with services performed on behalf of the Committee during the Statement Period is attached hereto as Exhibit B.

4.     Pursuant to the Compensation Order, Stroock seeks payment of $193,854.90 from the Debtors for the Statement Period, representing (a) 80% of Stroock's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

**Notice**

5.     In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Notice Parties"): (i) the Debtors; (ii) counsel to the Debtors; (iii) counsel to the Ad Hoc Group of Secured Lenders; and (iv) the Office of the United States Trustee for the Southern District of Texas.

6.     Pursuant to the Compensation Order, objections to the Monthly Fee Statement, if any, must be served upon the Notice Parties, including Stroock, no later than **June 9, 2021 (the**

**"Objection Deadline")**, setting forth the nature of the objection and the specific amounts of fees and expenses at issue.

7.     If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors shall pay Stroock the amounts of fees and expenses identified in the Monthly Fee Statement.

8.     To the extent an objection to the Monthly Fee Statement is received on or prior to the Objection Deadline, the Debtors may withhold payment of that portion of the payment requested to which the objection is directed, and shall promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:     June 26, 2021
           New York, New York                    **STROOCK & STROOCK & LAVAN LLP**

                                                 /s/ Kenneth Pasquale
                                                 Kristopher M. Hansen
                                                 Kenneth Pasquale
                                                 Sherry J. Millman
                                                 180 Maiden Lane
                                                 New York, NY 10038
                                                 Telephone: (212) 806-5400
                                                 Facsimile: (212) 806-6006

                                                 *Counsel to the Official Committee of Unsecured*
                                                 *Creditors*

**FIELDWOOD ENERGY LLC,** *et al.*
**SUMMARY OF FEES**
**APRIL 1, 2021 – APRIL 30, 2021**

| Name of Professional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Cota, Alexandro | Partner | Financial Restructuring | 2005 | 3.0 | $1,300 | $3,900.00 |
| Hansen, Kristopher M. | Partner | Financial Restructuring | 1996 | 25.6 | 1,795 | 45,952.00 |
| Merola, Frank A. | Partner | Financial Restructuring | 1988 | 17.2 | 1,600 | 27,520.00 |
| Pasquale, Kenneth | Partner | Financial Restructuring | 1990 | 30.5 | 1,600 | 48,800.00 |
| Ashuraey, Sam N. | Associate | Financial Restructuring | 2017 | 6.9 | 970 | 6,693.00 |
| Gargano, Charles E. | Associate | Financial Restructuring | 2020 | 1.7 | 685 | 1,164.50 |
| Iaffaldano, John F. | Associate | Financial Restructuring | 2020 | 26.8 | 685 | 18,358.00 |
| Isaacson, Marni M. | Associate | Financial Restructuring | 2014 | 0.3 | 1,045 | 313.50 |
| Millman, Sherry J. | Special Counsel | Financial Restructuring | 1985 | 71.4 | 1,100 | 78,540.00 |
| Sadler, Tess M. | Associate | Financial Restructuring | 2019 | 1.8 | 775 | 1,395.00 |
| **Totals for Attorneys** | | | | **185.2** | | **$232,636.00** |

| Name of Paraprofessional | Position | Department | Years of Experience | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Laskowski, Mathew D. | Paralegal | Financial Restructuring | 23 | 0.4 | 460 | 184.00 |
| Magzamen, Michael | Paralegal Supervisor | Financial Restructuring | 18 | 14.6 | 460 | 6,716.00 |
| Mohamed, David | Paralegal | Financial Restructuring | 30 | 0.3 | 400 | 120.00 |
| Rivera, Johnny | Project Manager | Litigation Support | 15 | 5.2 | 400 | 2,080.00 |
| Tholen, Daniel J. | Project Manager | Litigation Support | 9 | 0.5 | 400 | 200.00 |
| **Total for Paraprofessionals** | | | | **21.0** | | **$9,300.00** |
| **Total** | | | | **206.2** | | **$241,936.00** |

**FIELDWOOD ENERGY LLC**, *et al.*
**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2021 – APRIL 30, 2021**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0001 | Case Administration | 10.0 | $    4,710.00 |
| 0002 | Meetings & Communications with Debtors | 6.8 | 7,924.00 |
| 0004 | Relief from Stay / Adequate Protection Matters | 0.5 | 800.00 |
| 0005 | Court Hearings | 19.3 | 21,911.00 |
| 0006 | Creditors Committee Meetings and Communications | 54.2 | 75,238.50 |
| 0007 | Case Analysis/ Pleading Analysis and Responses | 0.3 | 338.50 |
| 0009 | Stroock Fee Applications | 1.5 | 1,145.00 |
| 0010 | Other Professional Retention | 0.1 | 110.00 |
| 0011 | Other Professional Fee Applications | 4.1 | 3,623.00 |
| 0012 | Lien Review | 4.3 | 4,683.00 |
| 0015 | Litigation & Adversary Proceedings | 5.1 | 6,095.00 |
| 0016 | Business Operations | 2.1 | 2,710.00 |
| 0021 | Schedules/SoFAs/UST Reports | 0.7 | 845.50 |
| 0022 | Claims Administration & Objections | 0.3 | 330.00 |
| 0023 | Plan & Disclosure Statement | 96.9 | 111,472.50 |
| | **Total** | **206.2** | **$    241,936.00** |

**FIELDWOOD ENERGY LLC,** *et al.*
**DISBURSEMENT SUMMARY**
**APRIL 1, 2021 – APRIL 30, 2021**

| Disbursement | Amount |
|---|---|
| O/S Information Services | $306.10 |
| **Total** | **$    306.10** |

## Exhibit  A

**Detailed Time Entries**

# STROOCK

## INVOICE

| INVOICE NO. | 788584 |
|---|---|
| CLIENT | Official Committee of Unsecured Creditors of Fieldwood Energy LLC, *et al.* |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through April 30, 2021, including:

| RE | Case Administration 007168 0001 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2021 | Obtain, archive and circulate ECF filed documents (.2); calendar adjustments (.1); review case dockets and update working group (.2). | Magzamen, M. S. | 0.5 |
| 04/02/2021 | Calendar critical dates (.1); obtain and circulate article for S. Millman (.1); review scheduling order and update calendar (.3); review case dockets and circulate update to team (.2). | Magzamen, M. S. | 0.7 |
| 04/02/2021 | Internal discussions re workstreams and access to document sites. | Millman, S. J. | 0.2 |
| 04/05/2021 | Review case dockets and update working group/calendars. | Magzamen, M. S. | 0.2 |
| 04/06/2021 | Review case dockets and update working group/calendars. | Magzamen, M. S. | 0.2 |
| 04/07/2021 | Review case dockets and update working group. | Magzamen, M. S. | 0.2 |
| 04/08/2021 | Obtain, archive and circulate ECF filed documents (.3); review case dockets and update working group and calendars (.2). | Magzamen, M. S. | 0.5 |
| 04/09/2021 | Review notice of filing of voluminous pleadings | Laskowski, M. D. | 0.4 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | (.1); obtain, organize filings (.2); forward to team for review (.1). |  |  |
| 04/09/2021 | Obtain, archive and circulate ECF filed documents (.5); review case dockets and update working group and calendars (.2). | Magzamen, M. S. | 0.7 |
| 04/12/2021 | Obtain, archive and circulate ECF filed documents; review case dockets and update working group/calendars. | Magzamen, M. S. | 0.4 |
| 04/13/2021 | Calendars update; ECF circulation; review case dockets and update working group. | Magzamen, M. S. | 0.4 |
| 04/14/2021 | Obtain, archive and circulate ECF filed documents. | Magzamen, M. S. | 0.2 |
| 04/14/2021 | Obtain, archive and circulate ECF filed documents; review case dockets and update working group/calendars. | Magzamen, M. S. | 0.4 |
| 04/14/2021 | Obtain and circulate recently docketed pleadings to SSL internal team. | Mohamed, D. | 0.3 |
| 04/15/2021 | Confer w/ T. Sadler re: data room updates (.1) obtain, archive and circulate ECF filed documents (.5); calendars adjustments (.2); review case dockets and update working group (.2). | Magzamen, M. S. | 1.0 |
| 04/16/2021 | Obtain, archive and circulate ECF filed documents; review case dockets and update working group. | Magzamen, M. S. | 0.3 |
| 04/19/2021 | Circulate media case coverage. | Magzamen, M. S. | 0.1 |
| 04/19/2021 | Respond to attorney requests for documents; obtain, archive and circulate ECF filed documents. | Magzamen, M. S. | 0.3 |
| 04/20/2021 | Obtain, archive and circulate ECF filed documents. | Magzamen, M. S. | 0.1 |
| 04/21/2021 | Obtain, archive and circulate ECF filed documents; review case dockets and update working group. | Magzamen, M. S. | 0.3 |

# STROOCK

| | | | |
|---|---|---|---|
| 04/22/2021 | Obtain, archive and circulate ECF filed documents (.2); revise case calendars (.2); review case dockets and update working group (.2). | Magzamen, M. S. | 0.3 |
| 04/23/2021 | Review media coverage of case and discuss w/ S. Millman. | Magzamen, M. S. | 0.1 |
| 04/26/2021 | Review media coverage of case and confer w/ S. Millman re: same; obtain, archive and circulate ECF filed documents. | Magzamen, M. S. | 0.3 |
| 04/27/2021 | Obtain and circulate media coverage of case (.2); review and pull DS attachment for S. Millman (.3); review docket and update working group (.2). | Magzamen, M. S. | 0.7 |
| 04/28/2021 | Review docket and update working group. | Magzamen, M. S. | 0.2 |
| 04/29/2021 | Review case media coverage and discuss w/ S. Millman (.2); review VDR alerts and discuss w/ T. Sadler (.2); calendar critical dates (.1); obtain and circulate VDR contents (.3). | Magzamen, M. S. | 0.8 |
| 04/30/2021 | Review docket and update working group. | Magzamen, M. S. | 0.2 |

# STROOCK

PAGE: 4

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Laskowski, Mathew D. | 0.4 | $ 460 | $ 184.00 |
| Magzamen, Michael | 9.1 | 460 | 4,186.00 |
| Millman, Sherry J. | 0.2 | 1,100 | 220.00 |
| Mohamed, David | 0.3 | 400 | 120.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,710.00 |
|---|---|

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| O/S Information Services | $ 306.10 |

| TOTAL DISBURSEMENTS/CHARGES | $ 306.10 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,016.10 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| RE | Meetings & Communications with Debtors<br>007168 0002 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2021 | Review WGM correspondence re taxes, insurance and wages. | Merola, F. A. | 0.2 |
| 04/02/2021 | Emails w/Weil re discovery. | Pasquale, K. | 0.2 |
| 04/07/2021 | Prepare for (.1) and participate in call with J. Liou (Weil) and team to discuss plan administrator reserve and FEW III p&a obligations and re case status (.3) and report internally and to A. Bekker (Conway) re same (.2). | Millman, S. J. | 0.6 |
| 04/07/2021 | Prep for (.2) & conf call w/debtors re Plan Administrator responsibilities (.3) | Pasquale, K. | 0.5 |
| 04/09/2021 | Confer with J. Liou (Weil) re issue raised at hearing re: proposed changes to plan related documents including Apache implementation agreement and stand by loan agreement and credit bid purchase agreement and discussions internally following J. Liou call. | Millman, S. J. | 0.4 |
| 04/12/2021 | Confer with C. Carlson (Weil) re government position, temporary allowance of claim and related issues and follow up with K. Pasquale re same. | Millman, S. J. | 0.3 |
| 04/15/2021 | Communication from company re emergency motion and confer with C. Carlson (Weil) re same and re Atlantic matter and general status issues and report internally re same. | Millman, S. J. | 0.7 |
| 04/19/2021 | Message to Weil team re Plan Administrator selection and follow up communication to Weil provide background and fee structure following communication with D. Dunn (Province). | Millman, S. J. | 0.3 |

# STROOCK

| 04/20/2021 | Emails and calls with Weil and counsel for agents re: extension of challenge period. | Ashuraey, S. N. | 0.6 |
| 04/20/2021 | Discussion with J. Liou (Weil) re plan administrator follow up and re general status update (.7) and follow up internally re same (.2). | Millman, S. J. | 0.9 |
| 04/22/2021 | Communication to J. Liou (Weil) re presentations of additional candidates and review of material and updates (.3) and confer internally re same (.2). | Millman, S. J. | 0.5 |
| 04/28/2021 | Written Communications with each of counsel for Weil and the lenders re plan administrator , call with J. Liou (Weil) and K. Pasquale (.8)and follow up internally re same (.2). | Millman, S. J. | 1.0 |
| 04/28/2021 | Conf call w/Weil re Plan Admin selection (.2); t/c D. Dunn/Province re same (.2) | Pasquale, K. | 0.4 |
| 04/29/2021 | Email Weil (C. Carlson, et al.) re: access to VDR. | Magzamen, M. S. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Ashuraey, Sam N. | 0.6 | $ 970 | $ 582.00 |
| Magzamen, Michael | 0.2 | 460 | 92.00 |
| Merola, Frank A. | 0.2 | 1,600 | 320.00 |
| Millman, Sherry J. | 4.7 | 1,100 | 5,170.00 |
| Pasquale, Kenneth | 1.1 | 1,600 | 1,760.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,924.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 7,924.00 |
| --- | --- |

# STROOCK

| RE | Relief from Stay / Adequate Protection Matters |
|---|---|
| | 007168  0004 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2021 | Review stipulations re relief from stay motions. | Merola, F. A. | 0.1 |
| 04/07/2021 | Review LLOG Exploration relief from stay Order. | Merola, F. A. | 0.1 |
| 04/15/2021 | Review Stipulation re Lewis relief from stay (.1); review Landry Stipulation re relief from stay (.1). | Merola, F. A. | 0.2 |
| 04/30/2021 | Review Stipulation re Wild relief from stay. | Merola, F. A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.5 | $ 1,600 | $ 800.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 800.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 800.00 |
|---|---|

# STROOCK

| RE | Court Hearings<br>007168 0005 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2021 | Telephonically participate in discovery and scheduling hearing. | Ashuraey, S. N. | 0.5 |
| 04/01/2021 | Participate in hearing re discovery status. | Gargano, C. E. | 0.5 |
| 04/01/2021 | Participate in discovery conference. | Iaffaldano, J. F. | 0.5 |
| 04/01/2021 | Review Notice of Cancelled Hearing re relief from stay. | Merola, F. A. | 0.1 |
| 04/01/2021 | Prepare for and monitor discovery hearing and review report thereof (.6) follow up with K. Pasquale re participation in discovery process (.2). | Millman, S. J. | 0.8 |
| 04/01/2021 | Prep for (.2) & participate in court hearing re plan discovery (.6). | Pasquale, K. | 0.8 |
| 04/02/2021 | Review Scheduling Order. | Merola, F. A. | 0.1 |
| 04/05/2021 | Confer w/ S. Millman re: hearing needs. | Magzamen, M. S. | 0.1 |
| 04/07/2021 | Review W&E List for 4/9 hearing. | Merola, F. A. | 0.2 |
| 04/08/2021 | Confer w/ S. Millman re: 4/9 hearing and prep. re: same. | Magzamen, M. S. | 0.2 |
| 04/08/2021 | Review agenda for 4/9 hearing. | Merola, F. A. | 0.2 |
| 04/09/2021 | Participate in hearing on backstop motion. | Ashuraey, S. N. | 0.6 |
| 04/09/2021 | Participate in hearing re exclusivity and backstop. | Iaffaldano, J. F. | 0.7 |
| 04/09/2021 | Review agenda (.2); review DPW 2019 (.1); participate in exclusivity and backstop hearing (.7). | Merola, F. A. | 1.0 |

# STROOCK

| PAGE: 9 | | | |
|---|---|---|---|
| 04/09/2021 | Review motion re exit facilities and re exclusive periods  (.8) prepare for and monitor portion of meet and confer and hearing on exit facilities and exclusive period (.8) and confer with K. Pasquale re same (.3). | Millman, S. J. | 1.9 |
| 04/09/2021 | Participate in court hearing. | Pasquale, K. | 0.8 |
| 04/12/2021 | Review Expert and Witness List (.2); review Order re Sanare 9019 (.1); review Order re Renaissance Offshore (.1). | Merola, F. A. | 0.4 |
| 04/13/2021 | Confer w/ K. LaBrada (PSZJ), S. Millman and K. Pasquale re: appearances at 4/14 hearing. | Magzamen, M. S. | 0.1 |
| 04/13/2021 | Review W&E list (.2); review agenda (.2). | Merola, F. A. | 0.4 |
| 04/14/2021 | Telephonically participate in disclosure statement hearing. | Ashuraey, S. N. | 1.0 |
| 04/14/2021 | Listen to Disclosure Statement hearing. | Cota, A. | 0.9 |
| 04/14/2021 | Participate in DS hearing (1.0); review DS in preparation for same (.3); prepare summary of hearing for Committee (1.0); exchange emails w/ S. Millman and K. Pasquale re same (.8). | Iaffaldano, J. F. | 3.1 |
| 04/14/2021 | Review W&E list for 4/14 hearing re DS. | Merola, F. A. | 0.1 |
| 04/14/2021 | Prepare for and monitor hearing to consider approval of disclosure statement (1.1); review of revisions to documents made at hearing (.3). | Millman, S. J. | 1.4 |
| 04/14/2021 | Prep for (.9) & participate in court hearing (1.1). | Pasquale, K. | 2.0 |
| 04/15/2021 | Confer w/ K. LaBrada (PSZJ) re: hearing appearances and calendars. | Magzamen, M. S. | 0.2 |
| 04/16/2021 | Review agenda for Arena hearing. | Merola, F. A. | 0.2 |
| 04/16/2021 | Monitor Arena hearing and follow up re Atlantic matter and confer with K. Pasquale re same. | Millman, S. J. | 0.5 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 2.1 | $ 970 | $ 2,037.00 |
| Cota, Alexandro | 0.9 | 1,300 | 1,170.00 |
| Gargano, Charles E. | 0.5 | 685 | 342.50 |
| Iaffaldano, John F. | 4.3 | 685 | 2,945.50 |
| Magzamen, Michael | 0.6 | 460 | 276.00 |
| Merola, Frank A. | 2.7 | 1,600 | 4,320.00 |
| Millman, Sherry J. | 4.6 | 1,100 | 5,060.00 |
| Pasquale, Kenneth | 3.6 | 1,600 | 5,760.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,911.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 21,911.00 |
|---|---|

# STROOCK

| RE | Creditors Committee Meetings and Communications<br>007168  0006 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/02/2021 | Review Committee update correspondence. | Merola, F. A. | 0.2 |
| 04/02/2021 | Memo to Committee re plan schedule (.2); communicate internally re request by Committee member to monitor hearings (.1). | Millman, S. J. | 0.3 |
| 04/05/2021 | Review Plan Administrator decks in prep for Committee meeting. | Hansen, K. M. | 1.0 |
| 04/05/2021 | Review Conway Committee presentation (.2); review Committee correspondence re meeting (.2). | Merola, F. A. | 0.4 |
| 04/05/2021 | Review of Conway presentation for Committee meeting(.3) and confer with A. Bekker (Conway) re same (.7); memo to Committee (.3). | Millman, S. J. | 1.3 |
| 04/05/2021 | Emails w/professionals re Committee meeting (.1) & review draft deck in prep for same (.2) | Pasquale, K. | 0.3 |
| 04/06/2021 | Participate in weekly Committee call. | Ashuraey, S. N. | 0.3 |
| 04/06/2021 | Review Conway deck (.3); weekly conf call w/ clients (.3). | Cota, A. | 0.6 |
| 04/06/2021 | Committee meeting (.3) and prep for same (.2). | Hansen, K. M. | 0.5 |
| 04/06/2021 | Prepare for (.1); and attend weekly Committee meeting (2.0). | Iaffaldano, J. F. | 0.2 |
| 04/06/2021 | Prepare for and attend weekly Committee meeting. | Isaacson, M. M. | 0.3 |
| 04/06/2021 | Participate in Committee meeting. | Merola, F. A. | 0.3 |
| 04/06/2021 | Participate in Committee call (.2) and internal | Millman, S. J. | 0.8 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | discussions regarding same (.1); follow up discussions with Conway (.5). |  |  |
| 04/06/2021 | Prep for (.2) & participate in committee meeting (.3). | Pasquale, K. | 0.5 |
| 04/06/2021 | Weekly update call with Committee and Committee professionals. | Sadler, T. M. | 0.3 |
| 04/08/2021 | Emails & t/c's re Plan Administrator pitches to UCC (.4); review draft deck from Conway (.4). | Pasquale, K. | 0.8 |
| 04/09/2021 | Review Committee correspondence re meeting and Plan Admin. (.2); review Plan Admin. presentations (.4). | Merola, F. A. | 0.6 |
| 04/09/2021 | Prepare for and participate in Call with candidate to serve as plan administrator and discussion of issues related thereto. | Millman, S. J. | 0.5 |
| 04/09/2021 | Confer with T. Sadler and K. Pasquale re presentations for upcoming Committee meeting and with candidates re scheduling (.6) review of materials from each of the prospective Plan Administrator candidates and memo to committee re presentations (1.0). | Millman, S. J. | 1.6 |
| 04/09/2021 | Conf call w/D. Abell (VCORT) re Plan Administrator pitch (.5); emails re logistics for Plan Administrator pitches (.4). | Pasquale, K. | 0.9 |
| 04/12/2021 | Discuss plan administrator presentations for UCC and process (.8); review materials (.5). | Hansen, K. M. | 1.3 |
| 04/12/2021 | Review Committee professional correspondence re Plan Admin. | Merola, F. A. | 0.1 |
| 04/12/2021 | Memo to Committee re upcoming Plan Admin presentation and confer with counsel for Committee member re same. | Millman, S. J. | 0.3 |
| 04/12/2021 | Review Plan Administrator pitch books in prep for Committee meeting (1.0); review precedent Plan Administrator agreement (.3); t/c Plan Administrator candidate re pitch (.3). | Pasquale, K. | 1.6 |

# STROOCK

| Date | Description | Name | Hours |
|---|---|---|---|
| 04/13/2021 | Review decks (.3) and pitches for plan administrator (.6). | Cota, A. | 0.9 |
| 04/13/2021 | Plan Administrator presentations (.8); follow up re same (1.0); discussions re case status and timing related issues (.8). | Hansen, K. M. | 2.6 |
| 04/13/2021 | Participate in Committee call re plan administrator. | Iaffaldano, J. F. | 1.1 |
| 04/13/2021 | Review Committee professional correspondence re Plan Admin. | Merola, F. A. | 0.1 |
| 04/13/2021 | Call with Committee re Plan Admin selection process. | Merola, F. A. | 1.2 |
| 04/13/2021 | Prepare for and participate in Committee meeting (1.3); follow up with co-counsel and with Committee member (.4); provide contact info at request of Committee members (.2); follow up on questions re plan administrator through review of plan docs (.5); memo to Committee regarding disclosure statement hearing (.1). | Millman, S. J. | 2.5 |
| 04/13/2021 | Prep for (.5) & participate in Committee meeting (1.1); confer w/team post-meeting re status (.3). | Pasquale, K. | 1.9 |
| 04/13/2021 | Calls re plan administrator pitches with Committee. | Sadler, T. M. | 1.3 |
| 04/14/2021 | Review Committee correspondence re DS hearing. | Merola, F. A. | 0.1 |
| 04/14/2021 | Confer with J. Iaffaldano re memo to Committee regarding disclosure statement hearing and review same (.3); call from Committee member re disclosure statement hearing and schedule (.2); follow up from candidate re Plan Administrator role (.2). | Millman, S. J. | 0.7 |
| 04/15/2021 | Plan Administrator selection discussion w/ UCC advisors. | Hansen, K. M. | 0.5 |
| 04/15/2021 | Review Committee correspondence re | Merola, F. A. | 0.2 |

# STROOCK

solicitation letter.

| | | | |
|---|---|---|---|
| 04/15/2021 | Review of communication from Committee re plan administrator issues and discussions internally re same (.4); call with re plan issue (.2) and review of plan related documents to address issues raised (.7) and follow up email to Committee re same (.2). | Millman, S. J. | 1.5 |
| 04/15/2021 | Review of each of plan and other disclosure documents in form refiled/approved by court (.4) and communications with Committee members re same (1.5). | Millman, S. J. | 1.9 |
| 04/15/2021 | Address Plan Administrator selection issues & Committee questions. | Pasquale, K. | 1.3 |
| 04/16/2021 | Plan Administrator discussions w/ UCC advisors and creditors. | Hansen, K. M. | 1.0 |
| 04/16/2021 | Discussions with K. Pasquale and with M. Warner (PSZJ) (.2) and follow up call creditors re plan administrator issues/questions (1.0) and follow up communications with plan administrator candidates (.2). | Millman, S. J. | 1.2 |
| 04/16/2021 | Conf call w/ M. Warner (PSZJ), D. Stewart (Stewart Robbins), S. Millman re Plan Administrator selection issues (1.1); address same (.5); emails re same (.1). | Pasquale, K. | 1.6 |
| 04/19/2021 | Plan Administrator discussions (1.0) and committee admin follow up (.2). | Hansen, K. M. | 1.2 |
| 04/19/2021 | Review Committee correspondence re meeting (.1); review Committee correspondence re Plan Admin. (.2). | Merola, F. A. | 0.3 |
| 04/19/2021 | Communications with Committee professionals re upcoming meetings (.2) and memo to Committee re same and respond to Committee member inquiry re same (.3); discussions with M. Warner (PSZJ), K. Pasquale and other professionals re P.A. selection (.3) and review of final selection, review materials on the candidate and revised compensation proposal | Millman, S. J. | 1.8 |

# STROOCK

|            |                                                                                                                                                                                                                                                          |                  |     |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-----|
|            | (1.0).                                                                                                                                                                                                                                                    |                  |     |
| 04/19/2021 | Respond to inquiry by creditor re plan.                                                                                                                                                                                                                   | Millman, S. J.   | 0.3 |
| 04/19/2021 | Emails w/Committee, professionals re status (.2); emails & t/c's w/Committee members re Plan Administrator (.4); emails & t/c's w/ Plan Administrator candidates (.8); multiple t/c's & emails w/team re same logistics (.8).                              | Pasquale, K.     | 2.2 |
| 04/20/2021 | Conf call w/M. Warner (PSZJ), K. Hansen re Plan Admin issues (.5); emails w/ team re same (.3); address Plan Admin selection issues (.3).                                                                                                                  | Pasquale, K.     | 1.1 |
| 04/21/2021 | Exchange correspondence re UCC meeting.                                                                                                                                                                                                                   | Merola, F. A.    | 0.2 |
| 04/21/2021 | Discussions with K. Pasquale re plan administrator selection points and participate in call with M. Warner (PSZJ), K. Hansen and K. Pasquale re same (.5); seek to schedule call with committee and email re same and coordinate with C. Gargano re same (.5). | Millman, S. J.   | 1.0 |
| 04/21/2021 | Conf call w/M. Warner (PSZJ), K. Hansen, S. Millman re Plan Admin issues.                                                                                                                                                                                 | Pasquale, K.     | 0.4 |
| 04/22/2021 | Call with Committee re: plan administrator.                                                                                                                                                                                                               | Ashuraey, S. N.  | 0.3 |
| 04/22/2021 | Committee call (.3) and prep for same (.7).                                                                                                                                                                                                               | Hansen, K. M.    | 1.0 |
| 04/22/2021 | Prepare for (.1) and participate in Committee meeting re plan administration (.3).                                                                                                                                                                        | Iaffaldano, J. F.| 0.4 |
| 04/22/2021 | Correspondence with Committee re meeting (.1); participate in Committee meeting re Plan Admin (.4).                                                                                                                                                        | Merola, F. A.    | 0.5 |
| 04/22/2021 | Coordinate and participate in Committee call and connect with Committee member in advance of call (.5); review commutations to plan administrator candidates (.2).                                                                                         | Millman, S. J.   | 0.7 |
| 04/22/2021 | Committee meeting (.3); emails re Plan Admin selection (.3).                                                                                                                                                                                              | Pasquale, K.     | 0.6 |
| 04/26/2021 | Call w/ Committee professionals re case status.                                                                                                                                                                                                          | Iaffaldano, J. F.| 0.1 |

# STROOCK

| | | | |
|---|---|---|---|
| 04/26/2021 | Review Conway materials for Committee (.2); review Committee correspondence re Plan Admin (.1); review correspondence re Committee agenda (.1). | Merola, F. A. | 0.4 |
| 04/26/2021 | Review of Conway presentation to Committee and confer with A. Bekker (Conway) re same (.4); prepare for and participate in UCC professionals' call and follow up with K. Pasquale re same (.2); communicate with Committee re meeting (.1) ; call with  trade creditor counsel  with questions on plan (.3); review and respond to email inquiry of  trade creditor counsel re plan issues (.3). | Millman, S. J. | 1.3 |
| 04/26/2021 | Confer w/ S. Millman re Plan Admin issues (.2); t/c D. Dunn (Province) re same (.2). | Pasquale, K. | 0.4 |
| 04/27/2021 | Committee call (.2); prep re same (.7) and follow up re same (.1). | Hansen, K. M. | 1.0 |
| 04/27/2021 | Prepare for (.1) and participate weekly Committee meeting (.2). | Iaffaldano, J. F. | 0.3 |
| 04/27/2021 | Participate in Committee call. | Merola, F. A. | 0.2 |
| 04/27/2021 | Prepare for and participate in call with Committee and follow up with K. Pasquale re same. | Millman, S. J. | 0.4 |
| 04/27/2021 | Prep for (.2) and Committee meeting (.2); t/c D. Dunn (Province) re Plan Admin (.2); confer w/S. Millman re same (.2). | Pasquale, K. | 0.8 |
| 04/27/2021 | Weekly status call with UCC and UCC professionals. | Sadler, T. M. | 0.2 |
| 04/29/2021 | Conf call w/M. Warner (PSZJ) re status issues. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.6 | $ 970 | $ 582.00 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 17

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Cota, Alexandro | 1.5 | 1,300 | 1,950.00 |
| Hansen, Kristopher M. | 10.1 | 1,795 | 18,129.50 |
| Iaffaldano, John F. | 2.1 | 685 | 1,438.50 |
| Isaacson, Marni M. | 0.3 | 1,045 | 313.50 |
| Merola, Frank A. | 4.8 | 1,600 | 7,680.00 |
| Millman, Sherry J. | 18.1 | 1,100 | 19,910.00 |
| Pasquale, Kenneth | 14.9 | 1,600 | 23,840.00 |
| Sadler, Tess M. | 1.8 | 775 | 1,395.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 75,238.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 75,238.50 |
|---|---|

# STROOCK

PAGE: 18

| RE | Case Analysis/ Pleading Analysis and Responses<br>007168  0007 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/02/2021 | Review order extending removal time. | Iaffaldano, J. F. | 0.1 |
| 04/09/2021 | Review AHG 2019. | Merola, F. A. | 0.1 |
| 04/13/2021 | Confer with team re pleadings to be reviewed. | Millman, S. J. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Iaffaldano, John F. | 0.1 | $ 685 | $ 68.50 |
| Merola, Frank A. | 0.1 | 1,600 | 160.00 |
| Millman, Sherry J. | 0.1 | 1,100 | 110.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 338.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 338.50 |
|-----------------------|----------|

# STROOCK

PAGE: 19

| RE | Stroock Fee Applications<br>007168  0009 |
|----|------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/02/2021 | Follow up with C. Gargano and D. Azrilen re amounts owed and timing of payment of holdback. | Millman, S. J. | 0.3 |
| 04/16/2021 | Follow up re order granting allowance and amounts due and timing of payment. | Millman, S. J. | 0.2 |
| 04/19/2021 | Email correspondence re fees for SSL. | Gargano, C. E. | 0.3 |
| 04/27/2021 | Correspondence re SSL bill. | Gargano, C. E. | 0.3 |
| 04/29/2021 | Draft March SSL fee statement (.3); confer w/ C. Gargano re: same (.1). | Magzamen, M. S. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|-------------------|-------|------|-------|
| Gargano, Charles E. | 0.6 | $ 685 | $ 411.00 |
| Magzamen, Michael | 0.4 | 460 | 184.00 |
| Millman, Sherry J. | 0.5 | 1,100 | 550.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,145.00 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,145.00 |
|------------------------|------------|

# STROOCK

PAGE: 20

RE | Other Professional Retention
007168 0010

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/21/2021 | Review of updated Alix declaration. | Millman, S. J. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Millman, Sherry J. | 0.1 | $ 1,100 | $ 110.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 110.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 110.00 |
|-----------------------|----------|

# STROOCK

| RE | Other Professional Fee Applications |
| | 007168 0011 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2021 | Review Rothschild invoice. | Merola, F. A. | 0.1 |
| 04/05/2021 | Review Davis Polk invoice. | Merola, F. A. | 0.1 |
| 04/05/2021 | Review of Davis Polk and Rothschild invoices. | Millman, S. J. | 0.2 |
| 04/14/2021 | Coordinate payment for UCC professionals. | Gargano, C. E. | 0.6 |
| 04/16/2021 | Review Haynes & Boone invoice. | Merola, F. A. | 0.1 |
| 04/19/2021 | Review of invoices submitted by lenders' professionals pursuant to DIP order. | Millman, S. J. | 0.3 |
| 04/28/2021 | Follow-up w/ Committee professionals re: submission or March 2021 invoices. | Magzamen, M. S. | 0.2 |
| 04/28/2021 | Review Ryan invoice. | Merola, F. A. | 0.1 |
| 04/29/2021 | Finalize March fee statements and circulate same among required parties. | Magzamen, M. S. | 1.5 |
| 04/29/2021 | Review Jones Walker invoice. | Merola, F. A. | 0.1 |
| 04/29/2021 | Review Vinson Elkins invoice. | Merola, F. A. | 0.1 |
| 04/29/2021 | Review of Conway invoice (.2); review of Alix invoice and of invoices from lender professionals (.2). | Millman, S. J. | 0.4 |
| 04/30/2021 | Review Weil Fee Application. | Merola, F. A. | 0.2 |
| 04/30/2021 | Review Rothschild invoice. | Merola, F. A. | 0.1 |

# STROOCK

PAGE: 22

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Gargano, Charles E. | 0.6 | $ 685 | $ 411.00 |
| Magzamen, Michael | 1.7 | 460 | 782.00 |
| Merola, Frank A. | 0.9 | 1,600 | 1,440.00 |
| Millman, Sherry J. | 0.9 | 1,100 | 990.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,623.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,623.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 23

| RE | Lien Review |
|---|---|
| | 007168 0012 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/14/2021 | Review previous committee challenge period stipulation and correspondence (.4); internal emails re next steps for same (.3); draft email to collateral agents, debtors and DPW re: same (.4). | Ashuraey, S. N. | 1.1 |
| 04/14/2021 | Review Lender correspondence re Stipulation Ext. | Merola, F. A. | 0.2 |
| 04/14/2021 | Communications from S. Ashuraey, G. Sasson re extension of challenge period (.1); review of plan/disclosure statement reference to waiver on effective date and continuation of stipulation (.2). | Millman, S. J. | 0.3 |
| 04/16/2021 | Draft stipulation extending committee challenge period (.5); correspondence with DPW and internally re: extension (.3). | Ashuraey, S. N. | 0.8 |
| 04/16/2021 | Exchange correspondence re Lender ext. | Merola, F. A. | 0.1 |
| 04/19/2021 | Correspondence with agents re: extension of challenge period (.4); correspondence with Weil re: same (.2). | Ashuraey, S. N. | 0.6 |
| 04/19/2021 | Correspondence with Lenders re Lien Challenge Stipulation. | Merola, F. A. | 0.2 |
| 04/19/2021 | Follow up with S. Ashuraey re extension of challenge period stip. and review of comments re same. | Millman, S. J. | 0.2 |
| 04/20/2021 | Arrange logistics for filing of stipulation re same (.2); revise stipulation (.1). | Ashuraey, S. N. | 0.3 |
| 04/20/2021 | Review Lender correspondence re Stipulation Ext. | Merola, F. A. | 0.2 |

# STROOCK

PAGE: 24

| 04/21/2021 | Review stipulation to extend challenge period. | Iaffaldano, J. F. | 0.2 |
|---|---|---|---|
| 04/22/2021 | Review entered Lien Challenge Stipulation. | Merola, F. A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 2.8 | $ 970 | $ 2,716.00 |
| Iaffaldano, John F. | 0.2 | 685 | 137.00 |
| Merola, Frank A. | 0.8 | 1,600 | 1,280.00 |
| Millman, Sherry J. | 0.5 | 1,100 | 550.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,683.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,683.00 |
|---|---|

# STROOCK

| RE | Litigation & Adversary Proceedings<br>007168 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2021 | Review Aspen proposed discovery schedule. | Iaffaldano, J. F. | 0.1 |
| 04/01/2021 | Review Surety Conference Schedule. | Merola, F. A. | 0.2 |
| 04/02/2021 | Review Order Extending Removal Deadline. | Merola, F. A. | 0.1 |
| 04/08/2021 | Review Debtors reply re exclusivity (.2), backstop amendment (.2), and Arena 9019 motion (.2). | Iaffaldano, J. F. | 0.6 |
| 04/08/2021 | Review Emergency 9019 Motion re Arena. | Merola, F. A. | 0.2 |
| 04/08/2021 | Review of Arena settlement (.2); review of LLOG order re adequate protection (.1) review of predecessor in interest objections to extension of exclusive periods (.3) and Debtors reply in support of extension (.2); review of Ecopetral reservation of rights; (.1); review of joinder in support of approval of exit facility motion and agenda for upcoming hearing (.2). | Millman, S. J. | 1.1 |
| 04/09/2021 | Conf call re meet & confer w/DS objectors. | Pasquale, K. | 0.3 |
| 04/14/2021 | Review of response in Valero matter (.2); review of amended complaint in Atlantic adversary and related motion to proceed with adversary proceeding (.5); and confer internally re same (.1). | Millman, S. J. | 0.8 |
| 04/14/2021 | Review amended complaint v. Atlantic. | Pasquale, K. | 0.4 |
| 04/15/2021 | Review of Arena settlement on for hearing and further review of Atlantic docs. | Millman, S. J. | 0.4 |
| 04/16/2021 | Review Order re Arena 9019. | Merola, F. A. | 0.1 |
| 04/21/2021 | Review Aspen Ins. subpoena. | Merola, F. A. | 0.2 |

# STROOCK

| 04/30/2021 | Review Apache letter to quash subpoena. | Iaffaldano, J. F. | 0.3 |
| 04/30/2021 | Review Apache Letter brief re discovery dispute (.1); review Sureties Notice of Deposition (.2). | Merola, F. A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Iaffaldano, John F. | 1.0 | $ 685 | $ 685.00 |
| Merola, Frank A. | 1.1 | 1,600 | 1,760.00 |
| Millman, Sherry J. | 2.3 | 1,100 | 2,530.00 |
| Pasquale, Kenneth | 0.7 | 1,600 | 1,120.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,095.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,095.00 |
|---|---|

# STROOCK

| RE | Business Operations<br>007168 0016 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/13/2021 | Review Weil correspondence re JIB payments. | Merola, F. A. | 0.2 |
| 04/13/2021 | Review of vendor matrix and confer with Conway re current status. | Millman, S. J. | 0.2 |
| 04/21/2021 | Review Weil correspondence re JIB. | Merola, F. A. | 0.2 |
| 04/21/2021 | Review of critical vendor related information and communicate to Conway team re same. | Millman, S. J. | 0.3 |
| 04/22/2021 | Review Weil correspondence re employee payments. | Merola, F. A. | 0.2 |
| 04/22/2021 | Review of wage related information and communicate with Conway team re same. | Millman, S. J. | 0.3 |
| 04/27/2021 | Review Weil correspondence re JIB Order. | Merola, F. A. | 0.2 |
| 04/27/2021 | Review of report on Fieldwood Mexico projections and confer with Conway team re same. | Millman, S. J. | 0.2 |
| 04/27/2021 | Review of vendor matrix and confer with Conway team re same. | Millman, S. J. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Merola, Frank A. | 0.8 | $ 1,600 | $ 1,280.00 |
| Millman, Sherry J. | 1.3 | 1,100 | 1,430.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,710.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,710.00 |
|---|---|

# STROOCK

PAGE: 28

| RE | Schedules/SoFAs/UST Reports<br>007168 0021 |
|----|--------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2021 | Review monthly operating report. | Iaffaldano, J. F. | 0.2 |
| 04/01/2021 | Review Monthly Operating Report. | Merola, F. A. | 0.2 |
| 04/30/2021 | Review Monthly Operating Report. | Iaffaldano, J. F. | 0.1 |
| 04/30/2021 | Review Monthly Operating Report. | Merola, F. A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Iaffaldano, John F. | 0.3 | $ 685 | $ 205.50 |
| Merola, Frank A. | 0.4 | 1,600 | 640.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 845.50 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 845.50 |
|-----------------------|----------|

# STROOCK

| RE | Claims Administration & Objections<br>007168 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/08/2021 | Review withdrawal of claim re SBM gulf production and follow with A. Bekker (Conway) re vendor program status and questions. | Millman, S. J. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Millman, Sherry J. | 0.3 | $ 1,100 | $ 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 330.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 330.00 |
|---|---|

# STROOCK

| RE | Plan & Disclosure Statement<br>007168  0023 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2021 | Confirmation discovery discussions. | Hansen, K. M. | 0.9 |
| 04/01/2021 | Review Conference Hearing scheduling. | Merola, F. A. | 0.2 |
| 04/01/2021 | Review of prior filings by sureties and other parties objecting to DS and related issues. | Millman, S. J. | 2.2 |
| 04/02/2021 | Confirmation progress discussions. | Hansen, K. M. | 0.5 |
| 04/02/2021 | Plan Administrator discussions internally with SSL team. | Hansen, K. M. | 0.8 |
| 04/02/2021 | Review confirmation discovery (.5); internal emails re relativity doc review (.2). | Iaffaldano, J. F. | 0.7 |
| 04/02/2021 | Review  trade/ucc ballots re  election and address related issues (1.3) review of scheduling order in connection with confirmation process; (.2) review of materials produced by Debtors (2.1). | Millman, S. J. | 3.6 |
| 04/02/2021 | Spot review of documents produced by debtors to sureties. | Pasquale, K. | 0.5 |
| 04/02/2021 | Create new Relativity database and upload confirmation discovery documents. | Rivera, J. | 1.4 |
| 04/04/2021 | Review of J. Iaffaldano summary of docs accessed. | Millman, S. J. | 0.2 |
| 04/05/2021 | Discuss Plan Administrator role and options. | Hansen, K. M. | 0.5 |
| 04/05/2021 | Review confirmation discovery production (1.6); prepare summary of same and circulate to K. Pasquale and S. Millman (.8). | Iaffaldano, J. F. | 2.4 |
| 04/05/2021 | Review summary & select documents produced | Pasquale, K. | 0.3 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | by debtors in discovery |  |  |
| 04/06/2021 | Discussions re plan timing and discovery (.5); claim treatment objections (.8). | Hansen, K. M. | 1.3 |
| 04/06/2021 | Emails w/ Conway team re discovery (.3); internal emails re same (.2); review document production (.2). | Iaffaldano, J. F. | 0.7 |
| 04/06/2021 | Review of plan and related documents re plan administrator funding matters and functions (.8); gather materials re treatment points for disclosure statement hearing/confirmation issues (1.1). | Millman, S. J. | 1.9 |
| 04/06/2021 | Prepare and send FTP of production documents to expert. | Rivera, J. | 1.0 |
| 04/07/2021 | Discuss timing re plan and discovery. | Hansen, K. M. | 0.5 |
| 04/07/2021 | Review DS supplements (.6); review OG lease exhibit (.2). | Iaffaldano, J. F. | 0.8 |
| 04/07/2021 | Review revised Plan and DS (.4); review revised DS Exhibits (.2). | Merola, F. A. | 0.6 |
| 04/07/2021 | Review of certain revised plan and related documents and confer with K. Pasquale re same (.6); confer with Conway team re revised Lease, ROW and RUE exhibits; (.3) review of Plan Administrator agreements (.7). | Millman, S. J. | 1.6 |
| 04/07/2021 | Review draft further revised POR from debtors. | Pasquale, K. | 0.5 |
| 04/08/2021 | Review Debtors Reply re Exc (.2); review Joinder and Am re Backstop Letter (.2). | Merola, F. A. | 0.4 |
| 04/08/2021 | Review of revised disclosure statement and related documents; (2.4) and confer with K.Pasquale re same; (.3) follow up discussions with Plan Administrator candidates (.8). | Millman, S. J. | 3.5 |
| 04/08/2021 | Review draft further revised DS from debtors (.6); review debtors' exclusivity reply (.2). | Pasquale, K. | 0.8 |

# STROOCK

| PAGE: 32 | | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 04/09/2021 | Review revised DS supplements (.7); coordinate with team internally re: review of same (.1). | Ashuraey, S. N. | 0.8 |
| 04/09/2021 | Discuss/review plan/DS revisions and process issues (.9). | Hansen, K. M. | 0.9 |
| 04/09/2021 | Review revised disclosure statement (.8), apache agreement (.5), standby loan agreement (.5), credit bid purchase agreement (1.0). | Iaffaldano, J. F. | 2.8 |
| 04/09/2021 | Review Nippon Withdrawal of Objection (.1); review Eco Petrol Statement re Exit Financing (.2); review redline DS (.2); review DS Exhibits (.3); review 4th Am Plan (.2). | Merola, F. A. | 1.0 |
| 04/09/2021 | Begin review of plan related documents from Weil (1.0) and discussion and internal discussions re same (.8); calls with Conway team iand email re plan issues and other plan points and amendments (.5). | Millman, S. J. | 2.3 |
| 04/09/2021 | Review further draft revised plan documents from Debtors, including FWE I agreements. | Pasquale, K. | 1.4 |
| 04/10/2021 | Review plan/ds related issues. | Hansen, K. M. | 0.5 |
| 04/10/2021 | Summarize changes to disclosure statement (1.2), Apache agreement (.7) and Credit bid Purchase Agreement (.9). | Iaffaldano, J. F. | 2.8 |
| 04/10/2021 | Review amended Plan and DS. | Merola, F. A. | 0.3 |
| 04/10/2021 | Review of revised plan and disclosure statement as filed with Court compared to prior versions ; d(1.3) review of J. Iaffaldano summary of amended plan related documents and continue review of the underlying documents related to Apache and credit bid (2.0). | Millman, S. J. | 3.3 |
| 04/12/2021 | Review precedent plan admin agreements. | Iaffaldano, J. F. | 0.3 |
| 04/12/2021 | Research re: plan administrator agreement; | Magzamen, M. S. | 0.2 |

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | confer w/ S. Millman re: same. |  |  |
| 04/12/2021 | Review of revised liquidation, valuation analysis and projections and confer with Conway team re same (.8); review of remaining objections and reservations of rights (.6); review of plan of merger docs and further revisions to plan, disclosure statement and exhibits (1.5). | Millman, S. J. | 2.9 |
| 04/12/2021 | Review revised drafts of DS exhibits from debtors | Pasquale, K. | 1.1 |
| 04/13/2021 | Review revised plan and DS matters. | Cota, A. | 0.6 |
| 04/13/2021 | Review of revised documents in connection with disclosure statement including order approving disclosure statement and solicitation materials and revised exhibits in connection with disclosure statement (2.3); confer with Conway team and internally re same and respond to Weil team (.5). | Millman, S. J. | 2.8 |
| 04/14/2021 | Discuss DS hearing (.8); follow up on discovery and confirmation related issues (1.0). | Hansen, K. M. | 1.8 |
| 04/14/2021 | Review Debtors' document production re plan confirmation. | Iaffaldano, J. F. | 2.8 |
| 04/14/2021 | Confer w/ K. Pasquale re: confirmation data room (.2); contact Weil re: same (.1); obtain data room contents (.5); confer w/ Litigation Support re: same (.2). | Magzamen, M. S. | 1.0 |
| 04/14/2021 | Review proposed DS Order (.2): review Japex DS Objection (.2); review amended DS (.2); participate DS hearing (1.1). | Merola, F. A. | 1.7 |
| 04/14/2021 | Review of discovery documents forwarded in connection with confirmation and confer internally to set up process of review (.9); review of final versions of all remaining documents forwarded by Weil to be filed in connection with upcoming disclosure statement hearing and confer with Conway re projection/valuation edits (2.7). | Millman, S. J. | 3.6 |

# STROOCK

| | | | |
|---|---|---|---|
| 04/14/2021 | Review further revised drafts of DS and DS exhibits from debtors. | Pasquale, K. | 0.8 |
| 04/14/2021 | Analyze debtor's document production and process to Relativity for review per K. Pasquale. | Tholen, D. J. | 0.5 |
| 04/15/2021 | Discuss confirmation timing. | Hansen, K. M. | 0.5 |
| 04/15/2021 | Review committee voting recommendation letter (.4); review confirmation discovery (2.5); prepare summary of same for internal review (1.1); emails re same w/ K. Pasquale and S. Millman (.2). | Iaffaldano, J. F. | 4.2 |
| 04/15/2021 | Review JX Nippon Objection to DS (.2); review redline Plan and DS (.5). | Merola, F. A. | 0.7 |
| 04/15/2021 | Review of communication from Weil re Committee letter to accompany solicitation materials and confer with K. Pasquale re same and review of communication with Committee to approve form of letter. | Millman, S. J. | 0.2 |
| 04/15/2021 | Finalize Committee support letter (.2); emails re same to Committee, debtors (.2); review revised DS order (.2); review filed plan documents (.5). | Pasquale, K. | 1.1 |
| 04/16/2021 | Review of summary of documents and of certain documents in the production and confer internally re same. | Millman, S. J. | 0.9 |
| 04/16/2021 | Review certain documents produced by debtors in confirmation discovery. | Pasquale, K. | 1.1 |
| 04/19/2021 | Message to Lenders' counsel re plan administrator selection and follow up communication with Sturm. | Millman, S. J. | 0.3 |
| 04/20/2021 | Plan Administrator discussions. | Hansen, K. M. | 1.4 |
| 04/20/2021 | Review of documents related to FWE IV, Apache and other p&a related issues as follow up to call with debtors' counsel (1.9); review of | Millman, S. J. | 2.1 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

|  |  |  |  |
|---|---|---|---|
|  | discovery related request regarding Apache (.2). |  |  |
| 04/20/2021 | Review certain documents produced in discovery by debtors (.9); emails w/team re status of Plan discussions (.2) | Pasquale, K. | 1.1 |
| 04/21/2021 | Plan administrator discussion and analysis (1.0); FW4 scope analysis (1.0). | Hansen, K. M. | 2.0 |
| 04/21/2021 | Follow up on discovery related documents in site. | Millman, S. J. | 0.2 |
| 04/22/2021 | Review confirmation expert materials. | Iaffaldano, J. F. | 0.7 |
| 04/22/2021 | Obtain and distribute confirmation data room contents. | Magzamen, M. S. | 0.3 |
| 04/22/2021 | Review of expert reports and other confirmation related documentation. | Millman, S. J. | 1.4 |
| 04/22/2021 | Review debtors' confirmation expert reports & backup documentation | Pasquale, K. | 1.5 |
| 04/23/2021 | Review confirmation related discovery. | Iaffaldano, J. F. | 0.6 |
| 04/23/2021 | Review of discovery related documents and reports. | Millman, S. J. | 1.2 |
| 04/23/2021 | Stage and upload debtor's production documents on Relativity. | Rivera, J. | 2.8 |
| 04/26/2021 | Discuss Plan Administrator status internally. | Hansen, K. M. | 0.5 |
| 04/26/2021 | Obtain and archive confirmation discovery materials. | Magzamen, M. S. | 0.3 |
| 04/26/2021 | Communicate with lenders' counsel on Plan Administrator selection and confer with K. Pasquale re same (.2); review of communications with debtors' counsel re same (.1); communications with Committee re same (.2); review of documents produced in discovery (.4). | Millman, S. J. | 0.9 |
| 04/28/2021 | Internal Plan administrator discussions. | Hansen, K. M. | 1.4 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 36

| 04/28/2021 | Communication with P. Jansen (Conway) re plan issues and confer with K. Pasquale re same and review of disclosure statement. | Millman, S. J. | 0.4 |
|---|---|---|---|
| 04/29/2021 | Plan administrator discussions internally. | Hansen, K. M. | 1.0 |
| 04/29/2021 | Review of documents related to FWE IV, operation of additional properties, funding of FWE III (.9); review of latest discovery documents (.5). | Millman, S. J. | 1.4 |
| 04/30/2021 | Plan administrator discussions internally. | Hansen, K. M. | 1.0 |
| 04/30/2021 | Obtain and distribute confirmation data room documents | Magzamen, M. S. | 0.8 |
| 04/30/2021 | Review of documents in discovery site. | Millman, S. J. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Ashuraey, Sam N. | 0.8 | $ 970 | $ 776.00 |
| Cota, Alexandro | 0.6 | 1,300 | 780.00 |
| Hansen, Kristopher M. | 15.5 | 1,795 | 27,822.50 |
| Iaffaldano, John F. | 18.8 | 685 | 12,878.00 |
| Magzamen, Michael | 2.6 | 460 | 1,196.00 |
| Merola, Frank A. | 4.9 | 1,600 | 7,840.00 |
| Millman, Sherry J. | 37.8 | 1,100 | 41,580.00 |
| Pasquale, Kenneth | 10.2 | 1,600 | 16,320.00 |
| Rivera, Johnny | 5.2 | 400 | 2,080.00 |
| Tholen, Daniel J. | 0.5 | 400 | 200.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 111,472.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 111,472.50 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

## **Exhibit  B**

**Expense Detail**

# STROOCK

# DISBURSEMENT REGISTER

| INVOICE NO. | 788584 |
|---|---|
| CLIENT | Official Committee of Unsecured Creditors of Fieldwood Energy LLC, *et al.* |

FOR DISBURSEMENT SERVICES RENDERED in the captioned matter for the period through April 30, 2021, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **O/S Information Services** | | |
| 04/28/2021 | Pacer Search Service for period ending March 31, 2021. | 306.10 |
| | **O/S Information Services Total** | **306.10** |

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| O/S Information Services | $ 306.10 |

| TOTAL DISBURSEMENTS/CHARGES | $ 306.10 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# **EXHIBIT E**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF STROOCK &**
**STROOCK & LAVAN LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS OF FIELDWOOD ENERGY LLC, *ET AL*., FOR THE**
**PERIOD FROM FEBRUARY 1, 2021 THROUGH AND INCLUDING APRIL 30, 2021**

Upon the Third Interim Fee Application (the "Application")[2] of Stroock & Stroock & Lavan LLP ("Stroock"), for Allowance of Compensation for Services Rendered as Counsel to the Official Committee of Unsecured Creditors (the "Committee") of Fieldwood Energy LLC, *et al.*, (the "Debtors") for the Period from February 1, 2021 through and including April 30, 2021**;** and the Court having jurisdiction over the Application; and due and adequate notice of the Application having been given pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; and the Court having read and considered the Application; objections to the Application, if any, and arguments of counsel, if any; and any objections to the Application having been resolved or overruled; and after due deliberation and for good cause shown, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

Exhibit E-2

4.      Stroock is hereby awarded, on an interim basis, the allowance of $1,206,264.50 for compensation of services rendered to the Official Committee of Unsecured Creditors and $623.86 for reimbursement of expenses incurred during the period from February 1, 2021 through and including April 30, 2021.

5.      The Debtors are hereby authorized and directed to immediately pay Stroock any unpaid portion of such allowed fees and expenses.

6.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation of this Order.

SIGNED this ____ day of _____, 2021.

_____
**THE HONORABLE MARVIN ISGUR,**
**UNITED STATES BANKRUPTCY JUDGE**

Exhibit E-3