IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**DEBTORS' AMENDED WITNESS AND EXHIBIT LIST
FOR HEARING ON MAY 28, 2021**

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **May 28, 2021 at 11:00 a.m. (Prevailing Central Time)** before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas (the "**Hearing**")[2]:

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. John-Paul Hanson, Managing Director, Houlihan Lokey Capital, Inc. ("**Houlihan**");

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Exhibits in bold text are additions to the exhibits listed on the Debtors' witness and exhibit list dated May 26, 2021 (Docket No. 1393).

**EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Debtors' Emergency Motion for Order (I) Approving Rights Offering Procedures and Related Forms, (II) Authorizing Debtors to Conduct Rights Offerings in Connection with Debtors' Plan of Reorganization, (III) Authorizing Entry into Equity Backstop Commitment Agreements, (IV) Approving Obligations Thereunder, and (V) Granting Related Relief (Docket No. 1384) | | | | |
| 2. | Declaration of John-Paul Hanson in Support of Emergency Motion for Order (I) Approving Rights Offering Procedures and Related Forms, (II) Authorizing Debtors to Conduct Rights Offerings in Connection with Debtors' Plan of Reorganization, (III) Authorizing Entry into Equity Backstop Commitment Agreements, (IV) Approving Obligations Thereunder, and (V) Granting Related Relief (Docket No. 1385) | | | | |
| 3. | FLTL Rights Offering Procedures (Docket No. 1384-1 Ex. A-1) | | | | |
| 4. | FLTL Rights Offering Subscription Form (Docket No. 1384-1 Ex. A-2) | | | | |
| 5. | SLTL Rights Offering Procedures (Docket No. 1384-1 Ex. A-3) | | | | |
| 6. | SLTL Rights Offering Subscription Form (Docket No. 1384-1 Ex. A-4) | | | | |
| 7. | FLTL Equity Backstop Commitment Agreement (Docket No. 1384-1 Ex. B-1) | | | | |
| 8. | SLTL Equity Backstop Commitment Agreement (Docket No. 1384-1 Ex. B-2) | | | | |
| 9. | **Executed FLTL Backstop Commitment Agreement (Docket No. 1403 Ex. A-1)** | | | | |
| 10. | **Executed SLTL Backstop Commitment Agreement (Docket No. 1403 Ex. B-1)** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 11. | Any exhibit designated by any other party | | | | |
| 12. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 13. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: May 27, 2021
      Houston, Texas

Respectfully submitted,

  /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
         Jessica.Liou@weil.com

*Attorneys for Debtors and Debtors in Possession*

**Certificate of Service**

I hereby certify that on May 27, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                         /s/  Alfredo R. Pérez
                                                         Alfredo R. Pérez