IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: § | § | Chapter 11 |
| § |   |   |
| **FIELDWOOD ENERGY LLC**, *et al.*, § | § | Case No. 20-33948 (MI) |
| § |   |   |
| Debtors.[1] § | § | (Jointly Administered) |
| § |   |   |

NOTICE OF AGENDA OF MATTERS SET FOR
HEARING ON MAY 28, 2021 AT 11:00 A.M. (PREVAILING CENTRAL TIME)

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Hearing on **May 28, 2021 at 11:00 a.m. (Prevailing Central Time)** before the Honorable Marvin Isgur.

1. **Emergency Motion of Debtors for Order (I) Approving Rights Offering Procedures and Related Forms, (II) Authorizing Debtors to Conduct Rights Offerings in Connection with Debtors' Plan of Reorganization, (III) Authorizing Entry into Equity Backstop Commitment Agreements, (IV) Approving Obligations Thereunder, and (V) Granting Related Relief (Docket No. 1384)**

    Status: This matter is going forward on an uncontested basis.

    Responses: None.

    Related Documents:

    A. Declaration of John-Paul Hanson in Support of Emergency Motion of Debtors for Order (I) Approving Rights Offering Procedures and Related Forms, (II) Authorizing Debtors to Conduct Rights Offerings in Connection with Debtors' Plan of Reorganization, (III) Authorizing Entry into Equity

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Backstop Commitment Agreements, (IV) Approving Obligations Thereunder, and (V) Granting Related Relief **(Docket No. 1385)**

B. Debtors' Witness and Exhibit List for Hearing on May 28, 2021 **(Docket No. 1393)**

C. Ad Hoc Group of Secured Lenders' Witness and Exhibit List for Hearing on May 28, 2021 at 11:00 A.M. **(Docket No. 1398)**

D. Notice of Filing of Executed Equity Backstop Commitment Agreements **(Docket No. 1403)**

E. Debtors' Amended Witness and Exhibit List for Hearing on May 28, 2021 **(Docket No. 1404)**

Dated: May 27, 2021
Houston, Texas

Respectfully submitted,

_/s/ Alfredo R. Pérez_
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

    I hereby certify that, on May 27, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/  Alfredo R. Pérez*
                                                Alfredo R. Pérez