# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Friday, May 28, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Matthew | Barr | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Charles | Beckham | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Clifford | Carlson | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Clifford | Carlson | Weil, Gotshal & Manges LLP | Fieldwood Energy LLC, et al. |
| Kevin | Chiu | Baker Botts L.L.P. | EnVen Energy Ventures, LLC |
| Catherine | Diktaban | Hunton Andrews Kurth LLP | Apache Corporation |
| Emanuel | Grillo | Baker Botts L.L.P. | EnVen Energy Ventures, LLC |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Jessica | Liou | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Jessica | Liou | Weil, Gotshal, & Manges LLP | Fieldwood Energy LLC, et al. |
| Sherry | Millman | Stroock & Stroock & Lavan | The Official Committee of Unsecured Creditors |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U>S>A) Ltd. |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Kenneth | Pasquale | Stroock & Stroock & Lavan | The Official Committee of Unsecured Creditors |
| Alfredo | Pérez | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Randall | Rios | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk & Wardwell, LLP | Ad Hoc Group of Secured Lenders |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Group of Secured Lenders |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Company |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Everest, Aspen, Berkley and Sirius |