IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket Nos. 293 & 413 |

NOTICE OF PAYMENTS TO ORDINARY COURSE
PROFESSIONALS DURING QUARTER ENDING APRIL 30, 2021

**PLEASE TAKE NOTICE THAT**, on September 3, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 293) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 413) (the "**Order**") granting the Motion. Pursuant to the Order, at three-month intervals during the pendency of their chapter 11 cases (each, a "**Quarter**") beginning with the Quarter ending October 31, 2020, the Debtors are required to file with the Court and serve on the Reviewing Parties[2] no later than 30 days after the conclusion of a Quarter a statement including the following information for each Ordinary Course Professional: (a) the name of the Ordinary Course Professional; (b) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that Ordinary Course Professional during the reported Quarter; (c) the aggregate amount of postpetition payments made to that Ordinary Course Professional to date; and (d) a general description of the services rendered by that Ordinary Course Professional (each such statement, a "**Quarterly Report**").

**PLEASE TAKE FURTHER NOTICE THAT**, annexed hereto as **Exhibit A** is the Quarterly Report for the quarter ending April 30, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Dated: May 28, 2021
      Houston, Texas

Respectfully submitted,

*/s/ Jessica Liou*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Matt.Barr@weil.com
         Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

## **Certificate of Service**

I hereby certify that on May 28, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Jessica Liou*
                                                Jessica Liou

**Exhibit A**

**Fieldwood Energy LLC**
Ordinary Course Professional Payments (2/1/21 - 4/30/21)

| Ordinary Course Professional | Aggregate Amount Paid during Reported Quarter | Aggregate Amount Paid to Date | Service |
|---|---|---|---|
| ERNST & YOUNG LLP | 450,000.00 | 900,000.00 | Services related to 2020 Fieldwood Energy Inc. audit |
| RYDER SCOTT COMPANY LP | 253,775.00 | 260,500.00 | Year end reserves studies, mid-year and/or off cycle evaluation services |
| LISKOW & LEWIS APLC | 131,860.37 | 158,660.37 | Legal services related to consideration of objections to proof of claims |
| PRICEWATERHOUSECOOPERS LLP | 116,432.00 | 132,008.04 | Services related to 2019 tax return filing |
| BUCK KEENAN LP | 26,002.57 | 26,350.57 | Legal services related to various contracts and joint operating agreements |
| THOMPSON COBURN LLP | 15,027.64 | 15,027.64 | Legal services related to Five-Year Review of Oil Pipeline Index |
| WILLIS TOWERS WATSON US, LLC | 14,387.55 | 14,972.55 | Provide benefits and compensation consulting services |
| CAPITELLI & WICKER | 14,130.00 | 42,560.19 | Legal services related to ongoing litigation |
| SUSMAN GODFREY LLP | 10,818.32 | 106,247.61 | Legal services related to ongoing litigation |
| STANCIL PROPERTY TAX, LLC. | 7,500.00 | 19,728.26 | Property tax services |
| HOLMAN FENWICK WILLAN USA LLP | 6,478.80 | 17,898.98 | Legal services related to regulatory investigation |
| OPPORTUNE LLP | 3,540.00 | 3,540.00 | Accounting services and supporting software services |
| HARTLINE DACUS BARGER DREYER LLP | 1,995.00 | 1,995.00 | Legal services related to ongoing litigation |
| MILLER & CHEVALIER CHARTERED | 1,600.00 | 3,735.00 | Legal services relating to anti-corruption compliance |
| CAPITOL SERVICES, INC | 1,290.00 | 1,290.00 | Provide commercial registered agent, corporate, and UCC filing services |
| JOHN & HENGERER | 1,227.27 | 1,227.27 | Professional services related to drafting monitoring reports |
| CHAFFE MCCALL, LLP | 840.00 | 2,234.91 | Representing Fieldwood employees in government investigation |
| FLOOM ENERGY LAW PLLC | 351.00 | 775.75 | Legal services related to negotiated rate agreements and monitoring memos |
| LAW OFFICE OF KEVIN M SWEENEY | 170.51 | 280.50 | Prepare memo to Monitoring Group |
| SCHIFFER HICKS JOHNSON PLLC | 75.00 | 2,337.16 | Legal services related to drafting Notice of Bankruptcy |
| BLANK ROME LLP | 35.83 | 35.83 | Legal services related to Discovery Monitoring |
| BECK REDDEN LLP | – | 2,809.06 | Legal services related to ongoing litigation |
| JACKSON LEWIS P.C. | – | 401.80 | Legal services related to employment issues |
| LOYENS & LOEFF | – | 16,898.91 | Specified services based on article 44/59 sub c. of the VAT Directive |
| THOMPSON & KNIGHT LLP | – | 7,315.61 | Legal services related to various tax matters |