# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

### ORDER GRANTING MOTION OF BP EXPLORATION & PRODUCTION INC. FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d) AUTHORIZING RELIEF FROM THE AUTOMATIC STAY TO COMMENCE ARBITRATION AGAINST THE DEBTORS

This matter comes before the Court on the *Motion of BP Exploration & Production Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief from the Automatic Stay to Commence and Proceed with Arbitration Against the Debtors* (the "Motion")[2] [Docket No. [●]]*,* filed by BP Exploration & Production, Inc. ("BP"). The Court, having reviewed the Motion and having considered the statements therein, finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and, (b) notice of the Motion was sufficient or not required under the circumstances. Having considered the evidence, arguments of counsel at a hearing before the Court, if any (the "Hearing"), and responses, if any, the Court is of the opinion that the Motion is meritorious and establishes sufficient grounds for the relief requested therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them later in the Motion.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The automatic stay under 11 U.S.C. § 362(a) is hereby modified to permit the disputes between Fieldwood and BP arising from and relating to Fieldwood invoking Article 3.02(a) of LSPS OA, as evidenced by the Removal Notice, to be submitted to binding arbitration (the "Arbitration"), in accordance with the terms of the LSPS OA, including the Dispute Resolution Procedures, and to otherwise take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion and the LSPS OA.

3. Upon commencement of the arbitration, the parties are compelled to arbitrate all disputes arising out of, relating to, or connected with the LSPS OA.

4. Upon completion of the Arbitration, the parties shall file a notice of the outcome, after which this Court or other court of competent jurisdiction shall enter such orders as necessary and appropriate to enforce the findings and conclusions of the Arbitration.

5. The fourteen-day stay provided under Bankruptcy Rule 4001(a)(3) shall not apply to the terms of this Order.

6. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

7. This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

Dated _____, 2021.        SO ORDERED.

                                                                                                 _____
                                                                                                 Hon. Marvin Isgur
                                                                                                 United States Bankruptcy Judge