# EXHIBIT A4

```
 1                IN THE UNITED STATES BANKRUPTCY COURT

 2                FOR THE SOUTHERN DISTRICT OF TEXAS

 3                         HOUSTON DIVISION

 4   IN RE:                           §    CASE NO. 20-33948-11
                                      §    HOUSTON, TEXAS
 5   FIELDWOOD ENERGY, LLC,           §    THURSDAY,
                                      §    MAY 6, 2021
 6          DEBTOR.                   §    3:57 P.M. TO 5:04 P.M.

 7
                       MOTIONS HEARING (VIA ZOOM)
 8
                 BEFORE THE HONORABLE MARVIN ISGUR
 9                  UNITED STATES BANKRUPTCY JUDGE

10


11


12        APPEARANCES:                     SEE NEXT PAGE

13


14

15       (Recorded via CourtSpeak; No log notes)

16


17


18


19


20                    TRANSCRIPTION SERVICE BY:

21            JUDICIAL TRANSCRIBERS OF TEXAS, LLC
                      935 Eldridge Road, #144
22                     Sugar Land, TX 77478
                          281-277-5325
23                  www.judicialtranscribers.com

24
         Proceedings recorded by electronic sound recording;
25        transcript produced by transcription service.



                    JUDICIAL TRANSCRIBERS OF TEXAS, LLC
```

```
 1                    APPEARANCES (VIA ZOOM):

 2

 3  FOR THE MOVANT:              CHIESA SHAHINIAN & GIANTOMASI,
                                 PC
 4                               Darren Grzyb, Esq.
                                 One Boland Drive
 5                               West Orange, NJ  07052

 6

 7  FOR HCCI:                    LOCKE LORD, LLP
                                 Philip Eisenberg, Esq.
 8                               600 Travis, Suite 3400
                                 Houston, TX  77002
 9

10  FOR APACHE CORPORATION:      HUNTON ANDREWS KURTH, LLP
                                 Robin Russell, Esq.
11                               Michael D. Morfey, Esq.
                                 600 Travis, Ste. 4200
12                               Houston, TX  77002

13  FOR ZURICH AMERICAN
    INSURANCE COMPANY:           CLARK HILL STRASBURGER
14                               Duane J. Brescia, Esq.
                                 720 Brazos St., Ste. 700
15                               Austin, TX  78701

16  FOR PHILADELPHIA INDEMNITY
    INSURANCE COMPANY:           MANIER & HEROD
17                               Robert W. Miller, Esq.
                                 1201 Demonbreun St., Ste. 900
18                               Nashville, TN  37203

19  FOR BP EXPLORATION &
    PRODUCTION, INC.:            GREENBERG TRAURIG, LLP
20                               Craig Duewall, Esq.
                                 1000 Louisiana, Ste. 1800
21                               Houston, TX  77002

22

23

24  (Please also see Electronic Appearances.)

25
```

1   may be.

2              I want to hear from them.  I mean, this is me
3   talking and not them talking.  But I'm -- that's why -- I'm
4   just probing what you really needed here.

5              If you had anything else, I'd go ahead,
6   Mr. Duewall, otherwise, I want to hear from Mr. Perez.

7              MR. DUEWALL:  That's it, Your Honor.  I won't
8   repeat myself, except for just to remind the Court that our
9   expert deadlines are Monday.  And so that's the reason we
10  needed to -- to emphasize these issues with the Court today.

11             THE COURT:  Happy you're here.

12             Mr. Perez?

13             MR. DUEWALL:  Thank you, Judge.

14             MR. PEREZ:  Good afternoon, Your Honor.  Alfredo
15  Perez.

16             Your Honor, first, let me start by saying that to
17  our knowledge, BP has not filed a proof of claim in this
18  case.  They are a contract counter-party.  And as the Court
19  knows we've had disputes with them.  And -- and
20  unfortunately, I think we're going to have disputes with
21  them in the future regarding the operations of the -- the
22  Galapagos area, which is where the Genovesa (phonetic) well
23  is.

24             And so -- and they're also a -- a predecessor
25  with respect to some of the properties.  So I -- I actually

1  bit of extra time to populate these fields, we will -- we'll
2  work with them.  Thank you, Judge.
3              THE COURT:  Thank you.  Thank you all.
4              I'm not going to do a written order, it's just
5  going to be a docket entry.
6              We are in adjournment.
7          (Proceeding adjourned at 5:04 p.m.)
8                            * * * * *
9              *I certify that the foregoing is a correct*
10 *transcript to the best of my ability due to the condition of*
11 *the electronic sound recording of the ZOOM/telephonic*
12 *proceedings in the above-entitled matter.*
13 */S/ MARY D. HENRY*
14 *CERTIFIED BY THE AMERICAN ASSOCIATION OF*
15 *ELECTRONIC REPORTERS AND TRANSCRIBERS, CET**337*
16 *JUDICIAL TRANSCRIBERS OF TEXAS, LLC*
17 *JTT TRANSCRIPT #63964*
18 *DATE FILED:  MAY 14, 2021*
19
20
21
22
23
24
25