# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[5] | § | (Jointly Administered) |

ORDER GRANTING MOTION OF
BP EXPLORATION & PRODUCTION, INC. TO
QUASH DEBTORS' BANKRUPTCY RULE 2004 DISCOVERY REQUESTS

This matter comes before the Court on the *Motion of BP Exploration & Production Inc. to Quash Debtors' Bankruptcy Rule 2004 Discovery Requests* (the "Motion")[6] [Docket No. [●]*,* filed by BP Exploration & Production, Inc. ("BP"). The Court, having reviewed the Motion and having considered the statements therein, finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and, (b) notice of the Motion was sufficient or not required under the circumstances. Having considered the evidence, arguments of counsel at a hearing before the Court, if any (the "Hearing"), and responses, if any, the Court is of the opinion that the Motion is meritorious and establishes sufficient grounds for the relief requested therein.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[6] Capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them later in the Motion.

2. *Debtors' Rule 2004 Request for Production of Documents from BP Exploration & Production Inc.* is hereby quashed in its entirety.

3. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4. This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

Dated _____, 2021.                    SO ORDERED.

_____
Hon. Marvin Isgur
United States Bankruptcy Judge