# EXHIBIT B3

```
 1                IN THE UNITED STATES BANKRUPTCY COURT
 2                 FOR THE SOUTHERN DISTRICT OF TEXAS
 3                           HOUSTON DIVISION
 4   IN RE:                         §     CASE NO. 20-33948-11
                                    §     HOUSTON, TEXAS
 5   FIELDWOOD ENERGY, LLC,         §     THURSDAY,
                                    §     MAY 6, 2021
 6            DEBTOR.               §     3:57 P.M. TO 5:04 P.M.
 7
                       MOTIONS HEARING (VIA ZOOM)
 8
                 BEFORE THE HONORABLE MARVIN ISGUR
 9                 UNITED STATES BANKRUPTCY JUDGE
10
11
12       APPEARANCES:                       SEE NEXT PAGE
13
14
15       (Recorded via CourtSpeak; No log notes)
16
17
18
19
20                     TRANSCRIPTION SERVICE BY:
21             JUDICIAL TRANSCRIBERS OF TEXAS, LLC
                       935 Eldridge Road, #144
22                      Sugar Land, TX 77478
                           281-277-5325
23                 www.judicialtranscribers.com
24
        Proceedings recorded by electronic sound recording;
25         transcript produced by transcription service.


                    JUDICIAL TRANSCRIBERS OF TEXAS, LLC
```

```
 1                    APPEARANCES (VIA ZOOM):

 2

 3   FOR THE MOVANT:              CHIESA SHAHINIAN & GIANTOMASI,
                                  PC
 4                                Darren Grzyb, Esq.
                                  One Boland Drive
 5                                West Orange, NJ  07052

 6

 7   FOR HCCI:                    LOCKE LORD, LLP
                                  Philip Eisenberg, Esq.
 8                                600 Travis, Suite 3400
                                  Houston, TX  77002
 9

10   FOR APACHE CORPORATION:      HUNTON ANDREWS KURTH, LLP
                                  Robin Russell, Esq.
11                                Michael D. Morfey, Esq.
                                  600 Travis, Ste. 4200
12                                Houston, TX  77002

13   FOR ZURICH AMERICAN
     INSURANCE COMPANY:           CLARK HILL STRASBURGER
14                                Duane J. Brescia, Esq.
                                  720 Brazos St., Ste. 700
15                                Austin, TX  78701

16   FOR PHILADELPHIA INDEMNITY
     INSURANCE COMPANY:           MANIER & HEROD
17                                Robert W. Miller, Esq.
                                  1201 Demonbreun St., Ste. 900
18                                Nashville, TN  37203

19   FOR BP EXPLORATION &
     PRODUCTION, INC.:            GREENBERG TRAURIG, LLP
20                                Craig Duewall, Esq.
                                  1000 Louisiana, Ste. 1800
21                                Houston, TX  77002

22

23

24   (Please also see Electronic Appearances.)

25
```

1  may be.

2              I want to hear from them.  I mean, this is me
3  talking and not them talking.  But I'm -- that's why -- I'm
4  just probing what you really needed here.

5              If you had anything else, I'd go ahead,
6  Mr. Duewall, otherwise, I want to hear from Mr. Perez.

7              MR. DUEWALL:  That's it, Your Honor.  I won't
8  repeat myself, except for just to remind the Court that our
9  expert deadlines are Monday.  And so that's the reason we
10 needed to -- to emphasize these issues with the Court today.

11             THE COURT:  Happy you're here.

12             Mr. Perez?

13             MR. DUEWALL:  Thank you, Judge.

14             MR. PEREZ:  Good afternoon, Your Honor.  Alfredo
15 Perez.

16             Your Honor, first, let me start by saying that to
17 our knowledge, BP has not filed a proof of claim in this
18 case.  They are a contract counter-party.  And as the Court
19 knows we've had disputes with them.  And -- and
20 unfortunately, I think we're going to have disputes with
21 them in the future regarding the operations of the -- the
22 Galapagos area, which is where the Genovesa (phonetic) well
23 is.

24             And so -- and they're also a -- a predecessor
25 with respect to some of the properties.  So I -- I actually

1 bit of extra time to populate these fields, we will -- we'll
2 work with them.  Thank you, Judge.
3            THE COURT:  Thank you.  Thank you all.
4            I'm not going to do a written order, it's just
5 going to be a docket entry.
6            We are in adjournment.
7       (Proceeding adjourned at 5:04 p.m.)
8                         * * * * *
9            *I certify that the foregoing is a correct*
10 *transcript to the best of my ability due to the condition of*
11 *the electronic sound recording of the ZOOM/telephonic*
12 *proceedings in the above-entitled matter.*
13 */S/ MARY D. HENRY*
14 *CERTIFIED BY THE AMERICAN ASSOCIATION OF*
15 *ELECTRONIC REPORTERS AND TRANSCRIBERS, CET\*\*337*
16 *JUDICIAL TRANSCRIBERS OF TEXAS, LLC*
17 *JTT TRANSCRIPT #63964*
18 *DATE FILED:  MAY 14, 2021*
19
20
21
22
23
24
25