# EXHIBIT B9

**Weil, Gotshal & Manges LLP**

200 Crescent Court, Suite 300
Dallas, TX 75201-6950
+1 214 746 7700 tel
+1 214 746 7777 fax

**Paul R. Genender**
+1 214 746 7877
Paul.Genender@weil.com

May 24, 2021

<u>Via E-Mail</u> – duewallc@gtlaw.com
Greenberg Traurig, LLP
300 West Sixth Street
Suite 2050
Austin, TX 78701
Attn.: Craig Duewall

Re:   Fieldwood's Notice of Removal of Operator for Cause

Dear Craig:

    Fieldwood Energy LLC ("**Fieldwood**") has BP Exploration & Production Inc.'s ("**BP**") letter dated May 21, 2021, which responds to Fieldwood's May 21, 2021 letter regarding notice of removal of BP as operator of the Loop Subsea Production System (the "**LSPS**"). Fieldwood disagrees with BP's positions set forth in BP's May 21, 2021 letter and reserves all of its rights.

    To reiterate, BP has been properly removed as operator of the LSPS. BP's efforts to invoke the dispute resolution procedures of the LSPS Construction and Operating Agreement's dispute resolution procedures are misplaced.

    Fieldwood also reiterates that Mike Dane is available to speak with Richard Eaton, but not under the dispute resolution procedures that BP is trying to improperly invoke. Please advise if you are willing for that conversation to take place.

Sincerely,

*/s/ Paul R. Genender*

Paul R. Genender

WEIL:\97985671\3\45327.0007