## Exhibit A

**Retention Application**

## FIN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIELDWOOD ENERGY LLC, *et al.*, | ) | Case No. 20-33948 (MI) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |

## APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTIONS 328(a), 330 AND 1103 OF THE BANKRUPTCY CODE, FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014(a) AND 2016, AND LOCAL RULES 2014-1 AND 2016-1 FOR AUTHORIZATION TO RETAIN AND EMPLOY CONWAY MACKENZIE, LLC AS <u>FINANCIAL ADVISOR EFFECTIVE AS OF AUGUST 20, 2020</u>

---

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors in possession (collectively, the "Debtors") hereby applies to the Court (this "Application") pursuant to sections 328(a), 330, and 1103(a) of title 11 of the U.S. Code (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure 2014(a) and 2016 ('the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules of the U.S. Bankruptcy Court for the Southern District of Texas (the "Local Rules") for the entry of an order, in substantially the form as attached as Exhibit A (the "Proposed Order"), (i) authorizing them to retain and employ Conway MacKenzie, LLC, together with its agents and independent contractors (collectively "Conway MacKenzie"), as financial advisor to the Committee in the Debtors' chapter 11 cases, effective as of August 20, 2020; and (ii) granting certain related relief. In support of the Application, the Committee submits the declaration of John T. Young, Jr. (the "Young Declaration"), attached hereto as Exhibit B and incorporated herein by reference. In support of the Application, the Committee respectfully represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The relief sought with this Application is based upon Sections 328(a), 330, and 1103(a) of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.

## Statement of Facts

3.     Commencing on August 3, 2020 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court"), thereby commencing these chapter 11 cases (the "Cases").  The Debtors continue in possession of their property and are operating and managing their business as debtors in possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108.  No trustee or examiner has been appointed in the Debtors' Cases.

4.     On August 18, 2020, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.  The Committee consists of the following five (5) members: (i) Oceaneering International, Inc.; (ii) Subsea 7 US LLC; (iii) Halliburton Energy Services, Inc.; (iv) TETRA Technologies, Inc.; and (v) Workstrings International, L.L.C.

## Relief Requested

5.     By this Application, the Committee respectfully requests that the Court enter an order, substantially in the form annexed hereto as Exhibit A, pursuant to sections 328(a), 330, and 1103(a) of the Bankruptcy Code, Bankruptcy Rule, and Local Rules, authorizing the Committee to employ and retain Conway MacKenzie as its financial advisor in the Cases in accordance with the terms and conditions set forth in this Application.  The Committee has selected Conway MacKenzie in furtherance of the efficient administration of the estates on behalf of the Committee. The Committee seeks to retain Conway MacKenzie effective as of August 20, 2020 because Conway MacKenzie began providing services to the Committee as of such date.  The Committee

3

believes that such retention is appropriate in these Cases because the Committee required Conway

MacKenzie's assistance prior to such time as a retention application could be submitted to the

Court due to the exigencies of these Cases, and Conway MacKenzie has been providing services

to the Committee since August 20, 2020.

### **Services to Be Provided**

6.      Subject to further Order of this Court, Conway MacKenzie is expected to render,

among other services, the following services to the Committee:

a.      Assistance in the analysis, review and monitoring of the restructuring process, including, but not limited to an assessment of potential recoveries for general unsecured creditors;

b.      Assistance in the assessment and monitoring of any sales process conducted on behalf of the Debtors and analysis of proposed consideration;

c.      Assistance in the review of financial information prepared by the Debtors, including, but not limited to, cash flow projections and budgets, business plans, cash receipts and disbursement analysis, asset and liability analysis, and the economic analysis of proposed transactions for which Court approval is sought;

d.      Assistance in the review of the Debtors' prepetition financing structure, including but not limited to, evaluating the Debtors' capital structure, financing agreements, defaults under any financing agreement and forbearances;

e.      Assistance in the review of the Debtors' debtor in possession facility ("DIP Facility"), including but not limited to, evaluating liquidity needs and DIP sizing;

f.      Assistance with review of any tax issues associated with, but not limited to, preservation of net operating losses, refunds due to the Debtors, plans of reorganization, and asset sales;

g.      Assistance with the review of the Debtors' analysis of core and non-core business assets, the potential disposition or liquidation of the same, and assistance regarding the review and assessment of any sales process relating to same;

h.      Attendance at meetings and assistance in discussions with the Debtors, potential investors, banks, other secured lenders, the Committee and any other official committees organized in these chapter 11 proceedings, the

61542/0001-21316974v2

U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

i.     Assistance in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

j.     Assistance with the review of the affirmation or rejection of various executory contracts and leases;

k.     Assistance with the review and identification of unencumbered assets and lien perfection analysis;

l.     Assistance with the review and evaluation of Debtor employee retention and compensation plans;

m.     Assistance in the review and/or preparation of information and analysis necessary for the preparation, proposal and confirmation of a plan and related disclosure statement in these Cases;

n.     Assistance in the evaluation, analysis and forensic investigation of avoidance actions, including fraudulent conveyances and preferential transfers and certain transactions between the Debtors and affiliated entities;

o.     Assistance in the prosecution of Committee responses/objections to the Debtors' motions, including attendance at depositions and provision of expert reports/testimony on case issues as required by the Committee;

p.     Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding;

q.     Assistance and support in the evaluation of restructuring, sale and liquidation alternatives.

r.     Provide valuations of the Debtors' total enterprise value, value of the Debtors on an entity by entity basis, or any of the Debtors' assets or businesses, as requested by the Committee or the Committee's counsel; and

s.     Assistance with the review and analysis of the Debtors' plugging and abandonment and decommissioning obligations.

## Professional Compensation

7.     Bankruptcy Code section 328(a) provides, in relevant part, that a committee appointed under Bankruptcy Code section 1102 "with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 of this title on any

5

reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

8. Subject to the Court's approval, and in accordance with section 328(a) of the Bankruptcy Code, Conway MacKenzie proposes to render its services on an hourly fee basis according to its customary hourly rates in effect when the services are rendered. Conway MacKenzie professionals will be billed at their respective standard hourly rates with the following ranges:

| **Professionals** | **Per Hour (USD)** |
| --- | --- |
| Senior Managing Directors | $915 - $1,285 |
| Managing Directors | $825 - $1,070 |
| Directors | $640 - $750 |
| Senior Associates | $490 - $570 |
| Analysts | $350 - $450 |

9. Conway MacKenzie periodically reviews and revises billing rates. If changes in applicable hourly rates are made, such changes will be noted on the invoice in the first time period in which the revised rates become effective.

10. Conway MacKenzie and the Committee expressly reserve their rights pursuant to section 1129(a)(9)(A) of the Bankruptcy Code for Conway MacKenzie to receive the full amount of compensation based on the foregoing notwithstanding the terms of any cash collateral order or secured financing order now or hereafter entered in these Cases providing for a limitation on the amount of fees payable to Conway MacKenzie for specified or general purposes.

11. Conway MacKenzie will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger and telephone charges. Conway

MacKenzie will charge for these expenses at rates consistent with charges made to other Conway MacKenzie clients, and subject to the guidelines of the United States Trustee.

12.     Conway MacKenzie will maintain detailed records of fees and expenses incurred in connection with the rendering of the financial advisory services described above, in accordance with applicable rules and guidelines.

13.     In light of the foregoing, the Committee believes that Conway MacKenzie's fee structure is reasonable, market-based, and designed to fairly compensate Conway MacKenzie for its work in these Cases and to cover fixed and routine overhead expenses.

## Disinterestedness; Lack of Adverse Interest

14.     To the best of the Committee's knowledge and based on the Young Declaration, the Committee submits that Conway MacKenzie is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14).  The Committee submits that Conway MacKenzie currently neither holds nor represents any interest adverse to the Debtors' estate or the Committee, except as set forth in the Young Declaration.  Further, except as set forth in the Young Declaration, Conway MacKenzie has no connection with any Debtor, creditor, other party-in-interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

15.     Conway MacKenzie will not, while employed by the Committee, represent any other entity having an adverse interest in connection with the Debtors' Cases.

16.     The Committee has been informed that Conway MacKenzie is conducting an ongoing review of its files to ensure that no disqualifying circumstances arise.  To the extent that

Conway MacKenzie discovers any connection with any interested party or enters into any new relationship with any interested party, Conway MacKenzie will promptly supplement its disclosure to the Court.

17.     Fieldwood Energy LLC ("Fieldwood") engaged Riveron Consulting, LLC (an affiliate of Conway MacKenzie, LLC) on April 15, 2019 to provide services related to cost allocations and implementation of a procurement system. The project ended on April 17, 2020 and no services have been performed since under this engagement letter. Fieldwood engaged Riveron Consulting, LLC on August 27, 2019 to provide accounting support. The project ended on March 31, 2020 and no services have been performed since under this engagement letter. Conway MacKenzie, LLC employees were not involved in these engagements. The Debtors did not pay Riveron Consulting, LLC any monies in the 90 days prior to the Debtors bankruptcy filing. Riveron Consulting, LLC terminated both engagements and wrote off and waived the associated pre-petition receivable of $283,453.27. Riveron Consulting, LLC has an information barrier in place that prevents employees from Conway MacKenzie LLC to access information received and work-product prepared by Riveron Consulting, LLC. Conway MacKenzie, LLC will not use any Riveron Consulting, LLC employees.

18.     The Committee submits that the employment of Conway MacKenzie on the terms and conditions set forth herein is in the best interests of the Debtors, their creditors, the Committee and all parties in interest.

## Indemnification

19.     Conway MacKenzie requests that the Debtors will indemnify, hold harmless and pay the reasonable out-of-pocket legal or other expenses of Conway MacKenzie or any of its affiliates, partners, officers, directors, shareholders, agents, employees or controlling persons (collectively, the "Indemnified Persons") under certain circumstances, as described more specifically in Exhibit C hereto (the "Indemnification Provisions").

20.     Financial advisors seek indemnification for a variety of reasons.  The performance of Conway MacKenzie's responsibilities requires the exercise of professional judgment regarding difficult business and financial issues, as to which many persons may have diverse financial interests.  Conway MacKenzie intends to rely on the accuracy and completeness of the financial information and other information to be provided by the Debtors.  The Committee notes that, in the event an Indemnified Person acts with gross negligence or willful misconduct, the estates will be entitled to recover amounts paid pursuant to the Indemnification Provisions.

21.     The Committee and Conway MacKenzie believe that the proposed Indemnification Provisions are customary and reasonable for financial advisory engagements, both out-of-court and in chapter 11 proceedings.  Similar indemnification arrangements have been approved and implemented in other large chapter 11 cases.  *See, e.g.*, *In re Dune Energy, Inc.*, No. 15-10336 (Bankr. W.D. Tex. May 18, 2015); *In re Pilgrim's Pride Corp.*, No. 08- 45664 (Bankr. N.D. Tex. Jan. 9, 2009); *In re New Century TRS Holdings, Inc.*, No. 07- 10416 (Bankr. D. Del. Apr. 26, 2007); *In re Foamex Int'l, Inc.*, No. 05-12685 (PJW) (Bankr. D. Del. Oct. 15, 2005); *In re United Artists Theatre Co.*, 315 F.3d 217 (3d Cir. 2003); *In re Joan & David Halpern, Inc.*, 248 B.R. 43

(Bankr. S.D.N.Y. 2000), *aff'd sub nom. United States Tr. v. Newmark Retail Fin. Advisors LLC (In re Joan & David Halpern, Inc.)*, No. 00 Civ. 3601(JSM), 2000 WL 1800690 (S.D.N.Y. Dec. 6, 2000).

22.     The proposed Indemnification Provisions are also consistent with the standards that normally govern trustees and committees in chapter 11 cases.  *See Sherr v. Winkler*, 552 F.2d 1367, 1375 (10th Cir. 1977) (holding that a trustee is "(a) not liable, in any manner, for mistake in judgment where discretion is allowed, (b) liable personally only for acts determined to be willful and deliberate in violation of his duties and (c) liable, in his official capacity, for acts of negligence."); *In re Chi. Pac. Corp.*, 773 F.2d 909, 915 (7th Cir. 1985) (bankruptcy trustee can be personally liable only "for a willful and deliberate violation of his fiduciary duties"); *Yadkin Valley Bank & Trust Co. v. McGee (In re Hutchinson)*, 5 F.3d 750, 752–53 (4th Cir. 1993) (collecting cases).  Members of creditors' committees are also protected from liability in the absence of gross negligence.  *In re PWS Holding Corp.*, 228 F.3d 224, 246 (3d Cir. 2000).  In fact, the Third Circuit has held that professionals employed by creditors' committees similarly should be protected from liability in the absence of gross negligence.  *Id.*

23.     For these reasons, indemnification agreements are common market practice, both inside and outside of bankruptcy cases, and it is the standard practice for firms like Conway MacKenzie to obtain indemnities of the kind outlined above.

## **Request for Retroactive Relief**

24.      In light of the myriad motions and dealings pending as of the date of the Committee's selection of Conway MacKenzie, the Committee required the immediate assistance

of Conway MacKenzie commencing on August 20, 2020 (the date on which the Committee

selected Conway MacKenzie as its financial advisor).  The Committee, therefore, requests that the

Committee's retention of Conway MacKenzie be effective retroactive to that date.  *See In re*

*Arkansas Co.*, 798 F.2d 645, 648 (3d Cir. 1986) ("bankruptcy courts have the power to authorize

retroactive employment of counsel and other professionals under their broad equity power").

24.    25.    An order authorizing retroactive employment is required to ensure Conway

MacKenzie is adequately compensated for the financial advisor services it has rendered.  No

parties in interest will be prejudiced by Conway MacKenzie's retroactive retention.

26.    Courts routinely grant retroactive relief in this and other jurisdictions.  *See, e.g.*, *In*

*re Energy XXI Ltd.*, Case No. 16-31928 (Bankr. S.D. Tex. June 7, 2016); *In re SandRidge Energy,*

*Inc.*, Case No. 16-32488 (S.D. Tex. June 23, 2016); *In re Sherwin Alumina Co., LLC*, Case No.

16-20012 (Bankr. S.D. Tex. Feb. 2, 2016); *In re Allied Nev. Gold Corp.*, Case No. 15-10503

(Bankr. D. Del. Apr. 15, 2015); *In re GSE Envtl., Inc.*, Case No. 14-11126 (Bankr. D. Del. May

30, 2014); *In re Sorenson Commc'ns, Inc.*, Case No. 14-10454 (Bankr. D. Del. Mar. 25, 2014); *In*

*re ATP Oil & Gas Corp.*, No. 12-36187 (Bankr. S.D. Tex. Dec. 21, 2012).

**Basis for Relief**

27.    By this Application, the Committee requests that the Court approve the

compensation arrangements set forth herein pursuant to Bankruptcy Code sections 328(a), 330,

and 1103(a).  The compensation arrangements are highly beneficial to the Debtors' estate as they

provide the proper inducement for Conway MacKenzie to act expeditiously and prudently with

respect to the matters for which it will be employed.  The compensation of Conway MacKenzie

shall be subject to the standard of review only as set forth in Bankruptcy Code section 328 and not subject to any other standard of review; *provided*, *however*, that the U.S. Trustee shall retain the right to review Conway MacKenzie's compensation based on the reasonableness standard provided for in Section 330 of the Bankruptcy Code.

28.     The Committee has specifically selected Conway MacKenzie to serve as its financial advisor because of its extensive experience in advising debtors, individual creditors, creditors' committees, and other constituents in large Chapter 11 cases.

29.     Pursuant to Bankruptcy Code section 328(a), the Committee may retain Conway MacKenzie on reasonable terms and conditions.  The Committee submits that Conway MacKenzie's terms of compensation and expense reimbursement as set forth herein are reasonable.

## Notice

30.     Notice of this Application has been provided to all parties listed on the Debtors' Master Service List.  The Committee submits that, in light of the nature of the relief requested, no other or further notice need be given.

## No Prior Request

31.     No prior request for the relief sought in this Application has been made to this or any other Court.

61542/0001-21316974v2

**WHEREFORE**, the Committee respectfully requests entry of an order, substantially in the form attached hereto as <u>Exhibit A</u>, granting the relief requested herein and granting such other relief as is just and proper.

Dated: September 18, 2020

Respectfully submitted,

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR
FIELDWOOD ENERGY LLC, *et al.*

By:     <u>*/s/ Elba Parra*</u>
        Halliburton Energy Services, Inc., solely in its
        capacity as Co-Chair of the Official Committee
        of Unsecured Creditors of Fieldwood Energy
        LLC, *et al*.

# **EXHIBIT A**

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIELDWOOD ENERGY LLC, *et al.*, | ) | Case No. 20-33948 (MI) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF CONWAY
MACKENZIE, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS RETROACTIVE TO AUGUST 20, 2020**

Upon the *Official Committee of Unsecured Creditor' Application for an Order Authorizing
the Retention and Employment of Conway MacKenzie, LLC, as Financial Advisor, Retroactive to
August 20, 2020* (the "Application"),[2] filed on September 18, 2020 and upon consideration of
the Declaration of John T. Young, Jr. filed in support thereof (the "Young Declaration"); and the
Court being satisfied with the representations made in the Application and the Young Declaration
that Conway MacKenzie is a disinterested person to the extent required by Bankruptcy Code
section 101(14), that Conway MacKenzie represents no interest adverse to any of the Debtors'
estates and that Conway MacKenzie's employment is necessary and in the best interests of the
Debtors, their creditors, the Committee, and all parties in interest; and it appearing that proper and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood
Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD
Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, LLC (8440); GOM Shelf LLC (8107);
Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston
Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000
W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing, therefore, it is hereby:

ORDERED, that the Application is granted as set forth herein; and it is further

ORDERED, that, pursuant to Bankruptcy Code sections 328(a), 330, and 1103, the Committee is authorized to employ and retain Conway MacKenzie as financial advisor effective as of August 20, 2020, pursuant to and on the terms and conditions set forth in the Application, which is hereby approved in all respects, as modified by this Order. In the alternative, to the extent retention of Conway MacKenzie as of August 20, 2020 is not permitted under applicable law, Conway MacKenzie shall be retained as of the earliest date permitted under law; provided, however, that Conway MacKenzie may seek compensation for work performed and expenses incurred as of and after August 20, 2020 even where the effective date of its retention occurs thereafter. Subject to Court approval, Conway MacKenzie may be compensated for services rendered and reimbursed for expenses incurred beginning on August 20, 2020; and it is further

ORDERED, that the Indemnifications Provisions identified on **Exhibit C** to the Application are hereby approved; subject to the following:

      (a)    Conway MacKenzie shall not be entitled to indemnification, contribution or reimbursement pursuant to the Application, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

      (b)    The Debtors shall have no obligation to indemnify Conway MacKenzie, or provide contribution or reimbursement to Conway MacKenzie, for any claim or expense that is either: (i) judicially determined (the determination having become final) to have arisen from Conway MacKenzie's gross negligence, willful misconduct, fraud, breach of fiduciary duty, if any, bad faith or self-dealing, or (ii) settled prior to a judicial determination as to Conway MacKenzie's gross negligence, willful misconduct, breach of fiduciary duty, bad faith or self-dealing but determined by this Court, after notice and a hearing to be a claim or expense for which Conway MacKenzie should not receive

indemnity, contribution or reimbursement under the terms of the Indemnification Provisions as modified by this Order; and

(c)      If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, Conway MacKenzie believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Indemnification Provisions (as modified by this Application), including without limitation the advancement of defense costs, Conway MacKenzie must file an application therefore in this Court, and the Debtors may not pay any such amounts to Conway MacKenzie before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by Conway MacKenzie for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Conway MacKenzie. All parties in interest shall retain the right to object to any demand by Conway MacKenzie for indemnification, contribution or reimbursement; and it is further

ORDERED that Conway MacKenzie shall file interim and final fee applications for allowance of its compensation and expenses subject to the jurisdiction and approval of this Court under section 328(a) of the Bankruptcy Code and in accordance with the Bankruptcy Rules, the Local Rules, the guidelines established by the Office of the U.S. Trustee, and any applicable orders of the Court.  The fees payable to Conway MacKenzie shall be subject to review only pursuant to the standards set forth in section 328(a) of the Bankruptcy Code and shall not be subject to the standard of review set forth in section 330 of the Bankruptcy Code, provided, however, that the U.S. Trustee shall retain the right to object to the fees payable to Conway MacKenzie based on the reasonableness standard provided for in section 330 of the Bankruptcy Code. For billing purposes, Conway MacKenzie shall keep its time in one tenth (1/10) hour increments in accordance with the US Trustee Guidelines; and it is further

3

ORDERED that Conway MacKenzie shall provide ten-business-days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the hourly rates set forth in the Application are implemented. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code; and it is further

ORDERED that in the event that, during the pendency of these cases, Conway MacKenzie seeks reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be included in Conway MacKenzie's fee applications and such invoices and time records shall be in compliance with the Local Rules, and shall be subject to the U.S. Trustee Guidelines and approval of the Court under the standards of Bankruptcy Code sections 330 and 331, without regard to whether such attorney has been retained under Bankruptcy Code section 327; provided, however, that Conway MacKenzie shall not seek reimbursement from the Debtors' estates for any fees incurred in defending any of Conway MacKenzie's fee applications in these bankruptcy cases; and it is further

ORDERED that notwithstanding anything in the Application to the contrary, to the extent that Conway MacKenzie uses the services of non-affiliated independent or third party contractors or subcontractors (the "Contractors") in these cases and Conway MacKenzie seeks to pass through the fees and/or costs of the Contractors to the Debtors, Conway MacKenzie shall (i) pass through the fees of such Contractors to the Debtors at the same rate that Conway MacKenzie pays the Contractors; and (ii) seek reimbursement for actual costs of the Contractors only. In addition,

4

Conway MacKenzie shall ensure that the Contractors perform the conflicts checks and file such disclosures as required by Bankruptcy Code and Bankruptcy Rules; and it is further

ORDERED that Conway MacKenzie will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Conway MacKenzie will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Federal Rules of Bankruptcy Procedure 2014(a); and it is further

ORDERED that to the extent there is inconsistency between the terms of the Application, the Young Declaration and this Order, the terms of this Order shall govern; and it is further

ORDERED that Conway Mackenzie shall use its best efforts, and will coordinate with the Debtors and its other retained professionals, not to duplicate any of the services provided to the Debtors by any of its other retained professionals, and it is further

ORDERED, that the Committee is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED, that to the extent the Committee wishes to expand the scope of Conway MacKenzie's services beyond those services set forth in the Application, or this Order, the Committee shall be required to seek further approval from this Court. The Committee shall file notice of any proposed additional services (the Proposed Additional Services) with the Court and serve such notice on the U.S. Trustee, any official committee appointed in these chapter 11 cases, and any party requesting notice under Bankruptcy Rule 2002. If no such party files an objection

61542/0001-21316974v2

within 21 days of the Committee filing such notice, the Proposed Additional Services may be approved by the Court by further order without further notice or hearing; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

ORDERED, that Conway Mackenzie will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Conway Mackenzie will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by FED. R. BANKR. P. 2014(a).

Dated: _____, 2020

_____
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

6

**<u>EXHIBIT B</u>**

**(Young Declaration)**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIELDWOOD ENERGY LLC, *et al.*, | ) Case No. 20-33948 (MI) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

## DECLARATION OF JOHN T. YOUNG, JR. IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF CONWAY MACKENZIE, LLC, AS FINANCIAL ADVISOR EFFECTIVE AS OF AUGUST 20, 2020

I, John T. Young, Jr., being duly sworn, deposes and says:

1.     I am a Senior Managing Director at Conway MacKenzie, LLC ("Conway MacKenzie"), and am duly authorized to execute this declaration on behalf of Conway MacKenzie. I submit this declaration, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in support of the *Official Committee of Unsecured Creditor' Application for an Order Authorizing the Retention and Employment of Conway MacKenzie, LLC as Financial Advisor Effective as of August 20, 2020* (the "Application")[2]. Unless otherwise stated, I have personal knowledge of the facts stated herein. To the extent any information disclosed herein requires amendment or modification upon Conway MacKenzie's completion of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

further review or as additional party-in-interest information becomes available to it, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

## Conway MacKenzie's Qualifications

2.      Conway MacKenzie has been asked to serve as financial advisor to the Committee appointed in the Cases of the above-captioned debtors in possession (the "Debtors").

3.      Conway MacKenzie is a restructuring advisory firm specializing in corporate restructurings, operations improvement, dispute resolution and valuation. Conway MacKenzie has extensive experience working with and for distressed companies in complex financial and operational restructurings, both out-of-court and in chapter 11 proceedings throughout the United States. Conway MacKenzie professionals have advised debtors, creditors and equity constituents in numerous reorganizations, which advisory services have included financial analysis and budgeting, forecasting, cash management, operational assessments and improvements, dispute and litigation advisory and interim management services. Conway MacKenzie has been involved in numerous oil and gas bankruptcies in capacities including (i) advisor to official committees of creditors in the chapter 11 cases of, among others, *Alta Mesa Resources Inc., Chisholm Oil and Gas Operating, LLC, CJ Holding Co. (C&J Energy), Cobalt International Energy Inc., Dune Energy, Inc., Edgemarc Energy Holdings, LLC, Erin Energy Corporation, Francis' Drilling Fluids, Ltd., HVI Cat Canyon (Greka), LINN Energy, LLC, Midstates Petroleum Company, Inc., PES Holdings LLC (Philadelphia Energy Solutions), R.E. Gas Development, LLC (Rex Energy), Sable Permian Resources, LLC, Shoreline Energy, LLC, Southland Royalty Company, LLC, Weatherly Oil & Gas, LLC, White Star Petroleum, LLC,* and *Whiting Petroleum Corporation,* ii)

2

advisor to secured and unsecured holders of debt in the chapter 11 cases of, among others, *Antinum MidCon I, Black Elk Energy, Bigler LP, Cal Dive International, Foresight Energy LP, Knight Oilfield Tools, Quicksilver Resources Inc.*, *TriDimension Energy LP,* and *Triangle USA Petroleum Corp.,* iii) advisor to the debtor in the chapter 11 cases of, among others, *Buccaneer Energy Ltd., Delta Petroleum Corporation, MTE Holdings LLC, Ravn Air Group, Inc., Remora Petroleum LP, Saratoga Resources, Inc., Trinity River Resources, LP*, and iv) serving as a Chief Restructuring Officer in the chapter 11 cases of, among others, *Buccaneer Energy Ltd., Delta Petroleum Corporation, MTE Holdings LLC, Ravn Air Group, Inc., Remora Petroleum LP, and Saratoga Resources, Inc*.

4.     In light of the size and complexity of this chapter 11 Cases, the Committee requires the services of a seasoned and experienced financial advisor familiar with the industry to, among other things, assist the Committee in: (i) understanding the Debtors' businesses and operations; (ii) executing its fiduciary duties; and (iii) maximizing the value of the Debtors' estate.  Therefore, the Committee respectfully submits that the services of Conway MacKenzie are necessary and appropriate to ensure that the Committee's interests are protected.

5.     The Committee has selected Conway MacKenzie as its financial advisor based upon, among other things: (a) the Committee's need to retain a financial advisory firm to provide advice with respect to the Debtors' restructuring activities; (b) Conway MacKenzie's senior professionals' extensive experience and excellent reputation in providing financial advisory services in chapter 11 cases such as these Cases; and (c) Conway MacKenzie's knowledge of the industry as well as the Debtors' businesses, operations, and capital structure.  Furthermore, the

Committee believes that Conway MacKenzie is well-qualified to provide its services in a cost-effective, efficient, and timely manner. The Committee submits that the employment and retention of Conway MacKenzie would be in the best interests of the Debtors, their estate and their creditors. Conway MacKenzie has agreed to provide financial advisory services to the Committee in the Debtors' chapter 11 Cases, pursuant to the terms and conditions set forth in the Application.

<u>**Professional Compensation**</u>

Subject to the Court's approval, and in accordance with section 328(a), 330, and 1103 of the Bankruptcy Code, Conway MacKenzie proposes to render its services on an hourly fee basis according to its customary hourly rates in effect when the services are rendered. Conway MacKenzie professionals will be billed at their respective standard hourly rates with the following ranges

| Professionals | Per Hour (USD) |
| --- | --- |
| Senior Managing Directors | $915 - $1,285 |
| Managing Directors | $825 - $1,070 |
| Directors | $640 - $750 |
| Senior Associates | $490 - $570 |
| Analysts | $350 - $450 |

6.      Conway MacKenzie periodically reviews and revises billing rates. If changes in applicable hourly rates are made, such changes will be noted on the invoice in the first time period in which the revised rates become effective.

7.      Conway MacKenzie will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger and telephone charges. Conway

4

MacKenzie shall seek reimbursement for these expenses at cost consistent with Conway MacKenzie business practices, and subject to the guidelines of the United States Trustee.

8.      Conway MacKenzie will maintain detailed records of fees and expenses incurred in connection with the rendering of the services described above, in accordance with applicable rules and guidelines.

9.      The Committee believes that the fee structure is reasonable, market-based, and designed to fairly compensate Conway MacKenzie for its work in these Chapter 11 Cases and to cover fixed and routine overhead expenses.

10.     According to Conway MacKenzie's books and records, during the ninety-day period prior to the Debtors' Petition Date, Conway Mackenzie performed no professional services or incurred any reimbursable expenses on behalf of the Debtors.

11.     To the best of my knowledge, (a) no commitments have been made or received by Conway Mackenzie with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, and (b) Conway MacKenzie has no agreement with any other entity to share with such entity any compensation received by Conway MacKenzie in connection with these Chapter 11 Cases.

**Disinterestedness**

12.     Conway MacKenzie, (together with its affiliate, Conway MacKenzie Management Services, LLC and each of their respective subsidiaries, "the "Firm"), utilize certain procedures ("Firm Procedures") to determine the Firm's relationships, if any, to parties that may have a

connection to the Debtors.  In implementing the Firm Procedures, the following actions were taken

to identify parties that may have connections to the Debtors, and the Firm's relationship with such

parties:

      (a)     Conway MacKenzie requested and obtained from the Debtors extensive lists of interested parties and significant creditors (the "Potential Parties-in-Interest").  The list of Potential Parties-in-Interest that Conway MacKenzie reviewed is annexed hereto as **Schedule 1**.  The Potential Parties-in-Interest reviewed include, among others, the Debtors, affiliated entities/shareholders, joint ventures and joint venture partners, current and former officers, directors, and managers for the past four years, RBL lenders, hedging counterparties, the top 30 largest unsecured creditors of the Debtors, the largest royalty interest owners and working interest owners of the Debtors, top 50 vendors, largest customers, major contract counterparties, insurers, beneficiaries of guarantees, and utilities.  Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Conway MacKenzie and are based on information provided by them.

      (b)     Conway MacKenzie then compared the names of each of the Potential Parties-in-Interest to the names in its master electronic database of the Firm's current and recent clients, vendors and referral sources (the "Client Database").  The Client Database generally includes the name of each current and former client of the Firm.

      (c)     An email was issued to all Firm professionals requesting disclosure of information regarding:  (i) any known personal connections between the respondent and/or the Firm on the one hand, and either the Potential Parties-in-Interest or the Debtors, on the other hand; (ii) any known connections or representations by the respondent and/or the Firm of any of the Potential Parties-in-Interest in matters relating to the Debtors; and (iii) any other conflict or reason why Conway MacKenzie may be unable to represent the Committee.

      (d)     Known connections between former or recent clients of the Firm and the Potential Parties-in-Interest were compiled for purposes of preparing this Declaration.  These connections are listed in **Schedule 2** annexed hereto.

13.     Note that a non-retained affiliate of Conway MacKenzie, Conway MacKenzie

Investment Advisors, LLC ("CMIA") has third-party assets under management.  CMIA is an

Exempt Reporting Adviser pursuant to the private fund adviser exemption of the Dodd-Frank Wall

Street Reform and Consumer Protection Act.  After reviewing the list of Potential Parties in Interest

in these Cases against each of the names of the assets under management, I believe to the best of

my knowledge that there are no connections between the assets under management and the list of interested parties.

14.     On December 20, 2019, the Firm was purchased by a subsidiary of Riveron Parent Holdings, LP ("Holdco", and collectively with its subsidiaries other than the Firm, "Riveron"). Holdco is controlled by an investment vehicle that is majority owned by H.I.G. Capital Partners V, L.P. and H.I.G. Growth Buyouts & Equity Fund III, L.P. ("Fund V and Fund III"), investment funds managed by H.I.G. Capital, LLC (together with its affiliates other than Riveron and the Firm "H.I.G."). Riveron is a business advisory firm specializing in providing accounting, finance, and operations services. Upon completion of Riveron's acquisition of the Firm, Riveron and the Firm commenced operations as a combined business. As a result of the transaction, the Firm, Riveron, and H.I.G. are affiliates under applicable law.

15.     In addition to the Firm Procedures set forth above, in connection with the combination of the Firm and Riveron, Conway MacKenzie has conducted a review of Riveron's contacts with the Debtors and the Potential Parties in Interest to determine Riveron's connections, if any to the Potential Parties in Interest. The following actions were taken to identify parties that may have connections to the Debtors, and Riveron's relationship with such parties (the "Riveron Procedures").

     (a)     Conway MacKenzie compared the names of each of the Potential Parties-in-Interest to the names in Riveron's master electronic database of Riveron's current and recent clients, vendors and referral sources (the "Riveron Database"). The Riveron Database generally includes the name of each current and former client of Riveron.

     (b)     An email was issued to all Riveron professionals requesting disclosure of information regarding: (i) any known personal connections between the respondent and/or

7

Riveron on the one hand, and either the Potential Parties-in-Interest or the Debtors, on the other hand; (ii) any known connections or representation by the respondent and/or Riveron of any of the Potential Parties-in-Interest in matters relating to the Debtors; and (iii) any other conflict or reason why Conway MacKenzie may be unable to represent the Committee.

(c)     Known connections between former or recent clients of Riveron and the Potential Parties-in-Interest were compiled for purposes of preparing this Declaration. These connections are listed in **Schedule 3** annexed hereto.

16.     On April 15, 2019, Fieldwood Energy LLC ("Fieldwood") engaged Riveron Consulting, LLC (an affiliate of Conway MacKenzie, LLC) to provide services related to cost allocations and implementation of a procurement system. The project ended on April 17, 2020 and no services have been performed since under this engagement letter. On August 27, 2019, Fieldwood engaged Riveron Consulting, LLC to provide accounting support. The project ended on March 31, 2020 and no services have been performed since under this engagement letter. Conway MacKenzie, LLC employees were not involved in these engagements. The Debtors did not pay Riveron Consulting, LLC any monies in the 90 days prior to the Debtors' bankruptcy filing.  Riveron Consulting, LLC terminated both engagements and wrote off and waived the associated pre-petition receivable of $283,453.27. Riveron Consulting, LLC has an information barrier in place that prevents employees from Conway MacKenzie LLC to access information received and work-product prepared by Riveron Consulting, LLC. Conway MacKenzie, LLC will not use any Riveron Consulting, LLC employees.

17.     The following additional disclosures regarding the Firm's review process with respect to H.I.G. is made out of an abundance of caution in an effort to comply with the Bankruptcy

Code and Bankruptcy Rules.  Note that H.I.G. is not on the list of potential parties in interest in this Case as of the date hereof, except to the extent disclosed herein.

(a)     H.I.G. is a private equity and alternative assets investment firm with over $34 billion of equity capital under management.  The firm operates a network of various investment funds that invest in private equity, growth equity, credit/special situations, primary lending, syndicated credit, and real estate.  The company provides both debt and equity capital to small and mid-sized companies.  Each of H.I.G.'s various investment funds (collectively, the "Funds") are managed independently from each other and requires its own approval process for investment decisions.  Those funds listed on **Schedule 4**, attached hereto, are funds specializing in private equity investments (collectively, the "PE Funds") each of which are owned by a diverse group of limited partners, which limited partners exert no control over Fund V and Fund III's investment decisions, and a general partner affiliated with H.I.G.  All of Fund V and Fund III's investment professionals involved with the Firm are dedicated solely to Fund V and Fund III and are not involved in the management or investment decision-making of the credit and lending, special situations, real estate, bio health, or international funds (which comprise all of the Funds other than the PE Funds and are hereinafter referred to as the "Other H.I.G. Funds"), although, from time to time, one or more PE Funds investment professionals may receive information on various investments of the other PE Funds.

(b)     Designees of Fund V and Fund III are members of the Board of Managers of the general partner of Holdco ("Holdco Board Designees").  Holdco wholly owns Riveron Intermediate Holdings, Inc. ("Intermediate Co"), which wholly owns Riveron Acquisition Holdings, Inc. ("Acquisition Co"), which wholly owns the Firm.  No H.I.G. designees are Board members of the Firm, Intermediate Co, or Acquisition Co.  Further, the Firm and Fund V and Fund III have the following precautionary restrictions in place designed to prevent confidential client information, including the names of clients reasonably likely to be involved in reorganization proceedings under the Bankruptcy Code, from being shared with H.I.G. or their Holdco Board Designees (collectively, the "Barrier"): (i) the Firm will not furnish any material nonpublic information about the Debtors or the Committee, including the Committee's engagement of the Firm for a potential in-court restructuring, to Fund V and Fund III, the Holdco Board Designees, or any H.I.G. entity or personnel; (ii) no Fund V and Fund III personnel nor any other H.I.G. personnel work on the Firm  client matters or have access to Firm client information, client files, or client personnel; (iii) Riveron personnel do not have access to the Committee's client information or client files; (iv) all H.I.G. personnel, Riveron personnel, and Firm personnel have been or will be provided a written description of this Barrier and the importance thereof; (v) no Fund V and Fund III personnel nor any other H.I.G. personnel work in the Firm's  offices or Riveron's offices; (vi) other than the Holdco Board Designees, the Firm and Riveron operate independently from H.I.G., including that they do not share any employees, officers, or other management with H.I.G., have separate offices in separate buildings, have separate email addresses, and have separate IT systems;

9

and (vii) no Firm or Riveron executive or employee is a director, officer, or employee of H.I.G. Capital, LLC or the Funds (or vice versa other than the Holdco Board Designees).

(c)     Conway MacKenzie has searched the names of the Debtors and the names of the potential parties in interest provided by the Debtors against: (i) the names of Fund V and Fund III and their respective investments as provided by HIG; (ii) the names of H.I.G.'s other PE Funds; and (iii) the names of the Other H.I.G. Funds.  Conway MacKenzie also has searched the names of the Debtors against the publicly-known investments of the other PE Funds as set forth in the list most recently provided by H.I.G.  Fund V and Fund III make independent investment decisions from the other PE Funds and the H.I.G. Funds.  Further, H.I.G. maintains an internal information barrier between its PE Funds and the Other H.I.G. Funds.  Accordingly, the conflicts search does not include Other H.I.G. Funds' investments, nor does it include any portfolio companies of any of the PE Funds (other than those of Fund V and Fund III and the other PE Funds as described above). Based solely on the foregoing search, Conway MacKenzie believes, to the best of its knowledge, that there are no material connections that require disclosure. To the extent Conway MacKenzie learns of any material connections between the funds or investments included in the above described conflicts search and the Debtors, Conway MacKenzie will promptly file a supplemental disclosure.

(d)     Because of the information Barrier described above, the sheer size of the investment portfolios of the PE Funds, and any applicable securities laws, prior to the transaction date Conway MacKenzie was unable to further investigate any potential or actual connections between the PE Funds, the Debtors, and any potential parties in interest in these Cases.  Conway MacKenzie will promptly request H.I.G.'s internal compliance department provide the names of the PE Funds' respective investments that were not previously searched pre-transaction and search the names of the Debtors against those investments.  To the extent Conway MacKenzie learns of any material connections involving the Debtors and such investments after H.I.G. Compliance has searched such names, Conway MacKenzie will promptly file a supplemental disclosure.

(e)     Other than as specifically noted herein as to the PE Funds, one or more of the other Funds may, in the ordinary course and from time to time, hold, control and/or manage loans to, or investments in, the Debtors and/or potential parties in interest and/or may trade debt and/or equity securities in the Debtors and/or potential parties in interest. In addition, other than as specifically noted herein as to the PE Funds, the Funds also may have had, currently have, or may in the future have business relationships or other connections with the Debtors or other potential parties in interest.  Other than as specifically noted herein as to the PE Funds, Conway MacKenzie has not undertaken to determine the existence, nature, and/or full scope of any business relationships or other connections that any H.I.G. entity may have with the Debtors and their affiliates or the potential parties in interest in these Cases.

(f)     In addition, Conway MacKenzie may have had, may currently have or may in the future have business relationships unrelated to the Debtors with one or more H.I.G. entities including, among others, portfolio companies of H.I.G.

18.     The list of Potential Parties-in-Interest is expected to be updated during the Cases. Conway MacKenzie continues to review the relationships the Firm, Riveron and their professionals may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist.  As may be necessary, Conway MacKenzie will supplement this Declaration if it becomes aware of a relationship that may adversely affect Conway MacKenzie's retention in the Cases or discovers additional parties-in-interest through the filing of statements of financial affairs or statements under Bankruptcy Rule 2019.  Conway MacKenzie will update this disclosure if it is advised of any trading of claims against or interests in the Debtors that may relate to Conway MacKenzie's retention or otherwise requires such disclosure.

19.     In reviewing its records and the relationships of its professionals, neither Conway MacKenzie nor Riveron sought information as to whether any Conway MacKenzie or Riveron professional or member of his/her immediate family:  (a) indirectly owns, through a public mutual fund or through partnerships in which certain Conway MacKenzie or Riveron professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest.  If any such relationship does exist, I do not believe it would impact Conway MacKenzie's disinterestedness or otherwise give rise to a finding that Conway MacKenzie holds or represents an interest adverse to the Debtors' estates.

11

20.    As a result of the Firm Procedures, the Riveron Procedures and the other review

disclosed herein, I have thus far ascertained that, except as may be set forth herein, upon

information and belief, Conway MacKenzie:

(a)    is not a creditor of the Debtors (including by reason of unpaid fees for
prepetition services), an equity security holder of the Debtors (except certain Firm
employees may own de minimis amounts representing not more than 0.01% of the equity
interests in the related entity), or an "insider" of the Debtors, as that term is defined by
Section 101(31) of the Bankruptcy Code;

(b)    is not, and has not been, within two years before the Petition Date, a
director, officer, or employee of the Debtors'; and

(c)    does not have an interest materially adverse to the interests of the Debtors'
estates, or of any class of creditors or equity security holders, by reason of any direct or
indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

21.    As can be expected with respect to any national professional services firm such as

Conway MacKenzie, the Firm provides services to many clients with interests in the Debtors'

chapter 11 Cases.  To the best of my knowledge, except as indicated below, the Firm's services

for such clients do not relate to the Debtors' chapter 11 Cases.  In addition, Conway MacKenzie

appears in numerous cases, proceedings, and transactions that involve many different lenders,

creditors and other entities that may be parties in interest in these chapter 11 Cases.  In those

matters, Conway MacKenzie may have represented borrowers, debtors, or other related parties to

the parties in interest in this chapter 11 Case.  In addition, certain of the lenders, creditors and other

parties in interest may have referred work to Conway MacKenzie or Conway MacKenzie may

have referred work to such parties in interest.  Based on Conway MacKenzie's current knowledge

of the lenders involved, and to the best of my knowledge, none of these relationships create

12

interests materially adverse to the Debtors in matters upon which Conway MacKenzie is to be employed, and none are in connection with these Cases.

22. The Firm or Riveron may perform services for their clients that relate to the Debtors merely because such clients may be creditors or counterparties to transactions with the Debtors and whose assets and liabilities may thus be affected by the Debtors' status. The disclosures set forth herein do not include specific identification of such services. If such clients of the Firm or Riveron are parties-in-interest in these Cases, the exhibits hereto indicate that they are also clients of the Firm or Riveron, respectively. Should additional significant relationships with parties-in-interest become known to Conway MacKenzie, a supplemental declaration will be filed by Conway MacKenzie with the Court.

23. Further, as part of its diverse practice, the Firm appears in cases and proceedings and participates in transactions that involve many different professionals, attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Debtors' chapter 11 Case. Further, the Firm has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which Conway MacKenzie is to be employed, and none are in connection with this Case.

24. To the best of my knowledge, no employee of the Firm or Riveron is a relative of or has been connected with the U.S. Trustee in this district or its employees.

13

25.     Accordingly, to the best of my knowledge, Conway MacKenzie is a "disinterested person" as that term is defined by section 101(14) of the Bankruptcy Code, in that Conway MacKenzie:  (a) is not a creditor, equity security holder, or insider of the Debtors; (b) was not, within two (2) years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and (c) does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders.

26.     If any new material relevant facts or relationships are discovered or arise, Conway MacKenzie will promptly file a supplemental declaration.

27.     On the basis of the above, I believe Conway MacKenzie to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

14

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 18, 2020

/s/ John T. Young, Jr.
John T. Young, Jr.
Senior Managing Director

# Schedule 1

# Parties in Interest

(Certain parties on this list fall under numerous categories herein but are listed one time only)

**Debtors**
Bandon Oil and Gas GP, LLC
Bandon Oil and Gas, LP
Dynamic Offshore Resources NS, LLC
Fieldwood Energy Inc.
Fieldwood Energy LLC
Fieldwood Energy Offshore LLC
Fieldwood Energy SP LLC
Fieldwood Offshore LLC
Fieldwood Onshore LLC
Fieldwood SD Offshore LLC
FW GOM Pipeline, Inc.
Galveston Bay Pipeline LLC
Galveston Bay Processing LLC
GOM Shelf LLC

**Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)**
Apache GOM Pipeline, Inc.
Beryl Oil & Gas GP LLC
Beryl Oil and Gas LP
Coldren Resources GP LLC
Coldren Resources LP
ColdrenSPN Resources GP, LLC
ColdrenSPN Resources, L.P.
Dynamic Offshore Resources, LLC
Fieldwood Managing Member LLC
Galveston Bay Pipeline Company
Galveston Bay Processing Corporation
National Offshore LP
National Onshore LP
Northstar GOM, LLC
Northstar Gulfsands, LLC
SandRidge Energy Offshore, LLC
SandRidge Offshore, LLC
SandRidge Onshore, LLC
SPN Resources, LLC

**Bankruptcy Judges and Staff (for the Southern District of Texas)**
Chief Judge David R. Jones
Judge Christopher M. Lopez
Judge Eduardo V. Rodriguez
Judge Jeffrey P. Norman
Judge Marvin Isgur
Albert Alonzo
Ana Castro

Jeannie Andresen
Jeannie Chavez
Kimberly Picota
LinhThu Do
Mario Rios
Rosario Sfproaldana
Tracey Conrfproad
Tyler Laws
Vriana Portillo
Eduardo V. Rodriguez

**Clerk of the Court**
David J. Bradley (Clerk of the Court)
Darlene Hansen (Clerk of the Court)

**U.S. Attorney's Office (for the Southern District of Texas)**
Ryan Patrick

**Banks**
ABN AMRO Bank N.V.
American Express
BBVA Bancomer, S.A.
Capital One, N.A.
Deutsche Bank AG
J.P. Morgan Chase Bank, N.A.
JPMorgan Chase Bank, N.A
US Bank N.A.
Wilmington Trust, N.A.

**Bondholders/Noteholders/ Indenture Trustees**
None – N/A

**Bonding and Permitting Authorities**
Alabama Department of Conservation and Natural Resources
Bureau of Ocean Energy Management
Bureau of Safety and Environmental Enforcement
Department of Transportation - Pipeline and Hazardous Materials Safety Administration
Florida Department of Environmental Protection
Louisiana Department of Natural Resources
Louisiana Office of Conservation
Mississippi Department of Marine Resources
National Marine Fisheries Services
National Oceanic and Atmospheric Administration
Railroad Commission of Texas
State of Texas, Railroad Commission
Texas General Land Office
The City of Texas City
United States Army Corps of Engineers
United States Coast Guard
US Army Corp. of Engineers
US Bureau of Ocean Energy Management

61542/0001-21316974v2

US Dept. of Homeland Security
US Office of Natural Resources Revenue

**<u>Contract & Joint Venture Counterparties</u>**
Acadian Contractors, Inc.
Amerada Hess
American Eagle Logistics, LLC
Anadarko Petroleum Corporation
Apache Corporation
Apache Corporation Co
Apache Deepwater LLC
Apache GOM Pipeline, Inc.
Apache Shelf Exploration LLC
Apache Shelf, Inc.
A-Port LLC
Black Elk Energy Offshore Operations
Black Elk Energy Offshore Operations, LLC
BNP Paribas Trading
BP America Production Company
BP Energy Company
BP Exploration & Oil Inc.
Cardinal Services, LLC
Catapult Exploration, L.L.C
Catapult Exploration, LLC
Chevron Corporation
Chevron U.S.A. Inc.
Coastal Chemical Co., LLC
Comision Nacional de Hidrocarburos (National Hydrocarbons Committee)
ConocoPhillips Company
Cypress Point Marine
Davis Offshore Partners, LLC
Davis Offshore, L.P.
Davis Petroleum Acquisition Corp.
Deutsche Bank AG New York Branch
Deutsche Bank Commodities
Dynamic Industries, Inc.
Dynamic Offshore Resources, LLC
Energy XXI GOM, LLC
Energy XXI Onshore, LLC
ENI Petroleum US LLC
Ensco Offshore Company
Enterprise Gas Processing, LLC
Exterran Energy Solutions, L.P.
Fluid Crane & Construction, Inc.
Foothill Capital Corporation
Gulf Crane Services
HCC International Insurance Company PLC
Hunt Oil Company.
Intertek USA, Inc.
Island Operating Co., Inc.
J. Aron & Company

3

Jerel Exploration, Inc.
JX Nippon Oil Exploration
Kilgore Marine Services, LLC
Lime Rock Resources
Linear Controls, Inc.
Louisiana Safety Systems, Inc.
LRR Energy, LP
Magnum Hunter Resources
Marathon Oil Company
Martin Energy Services LLC
Matthew Dundrea (Trustee)
Monson Gulf, L.L.C.
Multiklient Invest AS
Noble Energy, Inc.
Noble Energy, Inc.
Noble Energy, Inc.
Northwestern Mutual Life Insurance Company
Offshore Services of Acadiana, LLC
Olympic Seismic Ltd.
ORX Exploration, Inc.
ORX Resources, L.L.C.
Pacific Enterprises
Palace Exploration Company
Panaco, Inc.
Petrobal (subsidiary of Grupo Bal)
Petrobal Upstream Delta 1, S.A. de C.V.
PHI, Inc.
Quality Energy Services, Inc.
Riverstone Holdings LLC
Riverstone Holdings LLC
Riverstone Sparta Cooperatief U.A.
RLI Insurance Company
Sandridge Energy, Inc.
SEI
Seismic Exchange, Inc. ("SEI")
Seital Data Corp.
Seital Data, Ltd.
Seital Offshore Corp
Shamrock Management LLC (d/b/a Shamrock Energy Solutions)
Shell Consolidated Energy Resources Inc.
Shell Deepwater Development Inc.
Shell Energy North American (US), L.P.
Shell Exploration & Production Company
Shell Frontier Oil & Gas Inc.
Shell Gulf of Mexico Inc.
Shell Land & Energy Company
Shell Land & Energy Company
Shell Offshore Inc.
Shell Oil Company
Shell Trading Risk Management, LLC
Solar Turbines Incorporated

4

Stone Energy Offshore, L.L.C.
Targa Resources
TDC/Petrobas
Texaco
TGS-NOPEC Geophysical Company
Total Safety U.S., Inc.
U.S. Recovery Systems, Inc.
WesternGeco L.L.C.
Wood Group PSN, Inc.
XTO Energy Inc.
Zenergy, Inc.
Zurich American Insurance Company

**Current Directors**
Bartow Jones
James LaChance
James Painter
Jason Dillow
Jason Mudrick
Mark S. Boyadjian
N. John Lancaster, Jr.

**Current Officers**
Bart Neighbors
Brandon DeWolfe
Gary G. Janik
Gary Mitchell
James P. Brysch
John Deck
John Dwyer
John H. Smith
John Pritchett
John Seeger
Kelly Frazier
Mark Mozell
Michael T. Dane
Patrick Eiland
Thomas R. Lamme
William "Bill" Swingle

**Known Affiliations of Board Members**
4Gas BV
A. Hak inTANK Services LLC
Abaco Energy Technologies LLC
AG Global Canada, L.P.
Apache
aPriori Capital Partners L.P.
Atlas Barnett, LLC
Belden & Blake Corp.
Bounty Minerals II LLC
Bounty Minerals LLC

5

Buckeye GP Holdings L.P.
Buckeye Partners, L.P.
Capital C Energy, LLC
Carlyle/Riverstone Global Energy and Power Fund I, L.P.
Carlyle/Riverstone Global Energy and Power Fund II, L.P.
Carlyle/Riverstone Global Energy and Power Fund III, L.P.
CDM Resource Management LLC
Centennial Resource Development, Inc.
Cobalt International Energy, Inc.
Credit Suisse
DLJ Merchant Banking Partners
Dresser, Inc.
Dynamic Energy Services International LLC
Dynamic Offshore Resources, LLC
Enduro Resource Partners LLC
EP Energy Corporation
EP Energy LLC
Frontier Drilling ASA
Goldman Sachs & Co. LLC
Green Earth Fuels, LLC
Hudson Products Corp.
Kerogen Exploration LLC
Kinder Morgan Kansas, Inc.
Legend Natural Gas II, L.P.
Legend Natural Gas III, LP
Legend Natural Gas, LP
Liberty Oilfield Services Holdings LLC
Liberty Oilfield Services LLC
Liberty Resources II
Liberty Resources LLC
Magellan GP, LLC
Magellan Midstream Partners, L.P.
MainLine Management LLC
Mariner Energy, Inc.
Maritech Resources
Niska Gas Storage Ltd.
Northstar Offshore Group LLC
Permian Tank & Manufacturing, Inc.
Plains Gas Solutions, LLC
Plains Resource
Quorum Business Solutions, Inc.
Red Technology Alliance, LLC
Riverstone Energy Limited
Riverstone Holdings LLC
Riverstone/Carlyle Global Energy and Power Fund IV, L.P.
Seabulk International, Inc.
Shelter Bay Energy, Inc.
Stallion Oilfield Services Ltd.
Targe Energy LLC
The Carlyle Group L.P.
The Goldman Sachs Group, Inc.

6

Titan Specialties, Ltd.
Topaz Power Group LLC
Trinity River Energy, LLC
Tuck School of Business at Dartmouth
UTEX Industries
Vantage Energy Inc.
Ward Lake Drilling Inc.
Wayne Fueling Systems
XTO Energy Inc.

**Debtors Professionals (law firms, accountants and other professionals)**
AlixPartners, LLP
Houlihan Lokey Capital, Inc.
Jones Walker LLP
Prime Clerk LLC
Simpson Thacher & Bartlett LLP
Thompson & Knight LLP
Weil, Gotshal & Manges LLP

**Former Officers and Directors (include senior management) and Affiliations**
David M. Leuschen
David McBride
Doug MacAfee
G.M. McCarroll
Howard Tate
James P. Ulm
Jill Curry
Joel Plauche
John Nicholson
Michael T. Dane
Paul Gluth
Pierre F. Lapeyre Jr.
R. Cris Sherman
Richard Black
Shannon Savoy

**Insurance/Insurance Provider**
AEGIS
AIG OIL Rig
Aliant, Inc.
Alliance Global Corporate and Specialty SE
Alliant, Inc. CAC Specialty
American International Group UK Ltd.
Anco Insurance Services of Houston, Inc.
Antares
Apollo Marine & Energy Consortium
Appollo Syndicate Management
Arch Insurance (UK) Limited
Arch Insurance Company
Arch Insurance International
Argo

7

Ark
Ascot Syndicate 1414 at Lloyd
AXA XL
AXIS
Berkley Offshore Underwriting
Berkley Offshore Underwriting (StarNet Insurance Company)
Berkshire Hathaway
Berkshire Hathaway Specialty Insurance Company
Bishopsgate Insurance Brokers
CAC Specialty
Canopius Managing Agents Limited
Chubb
Chubb Limited
CNA Hardy
Convex Insurance UK Limited
CV Starr
Europe SE
European Company Operations
Great American Insurance Group
Hamilton / Hamilton Insurance DAC
HCC International Insurance Company PLC
HDI Global Specialty SE
Hiscox
Houston Casualty Company (UK Branch)
Ironshore
Kersey Specialty Limited
Liberty Mutual Insurance Europe SE
Liberty Specialty Markets
Lloyd's of London
Lloyd's Syndicates & Companies
Lloyd's Syndicates & Companies (including Starstone)
Lloyd's Syndicates and Companies
Markel Insurance International Limited
Markel International Insurance Company Limited
Markel International Limited
MRS
MS Amlin Underwriting Limited
Munich Re Syndicate Limited
National Union Fire Ins. Co. of PA (through AIG Oil Rig)
Navigators Underwriting Agency Ltd
NOA
OIL Casualty Insurance
Old Republic
Old Republic Insurance Company
Price Forbes & Partners Ltd
QBE
SOMPO International
Starr Aviation
Starr Indemnity & Liability Company
Swiss Re International
Swiss Re International SE UK Branch

Talbot Underwriting Ltd
The Chaucer Group
The Great American Insurance Company
Thomas Miller Specialty
Tokio Marine
Traveler's Lloyd's Insurance Company
Travelers Lloyd's Insurance Company
U.S. Specialty Insurance Company
USI Southwest
Willis Towers Watson
Willis Towers Watson US, LLC
XL Catlin
XL Specialty Insurance Company
Zurich American Insurance Company
Zurich American Insurance Company of Illinois

**Surety Bonds**
Alliant - Aspen
Alliant - Berkley
Alliant - Everest Re
Alliant - Everest Re /HCCI
Alliant - Hanover
Alliant - Liberty Mutual
Alliant - Philadelphia
Alliant - Sirius
Alliant - Tokio
Alliant - Tokio Marine HCC
Alliant - Travelers
Alliant – XL Specialty Ins. Co
Alliant- Everest Re /HCCI
Anadarko
Apache Corporation
Apache Shelf, Inc.
Aspen
AXA
Berkley Insurance Company
Berkley Offshore
Berkshire Hathaway Specialty Insurance
BP Exploration & Oil Inc.
Chevron U.S.A. Inc.
ConocoPhillips Company
Department of Homeland Security
Deutsche Bank AG
Deutsche Bank AG New York Branch
Endurance American Insurance
ENI
ENI Petroleum US LLC
EOG Resources, Inc.
Everest Re
Evergreen National Indemnity Company
Hanover Insurance Company

9

Houston Casualty Company
IndemCo - HCC
IndemCo - Ironshore
IndemCo - Lexon
IndemCo - Swiss Re
Ironshore Europe Limited
Ironshore Indemnity Company
Ironshore Specialty Insurance Company
JX Nippon Oil Exploration (USA) Limited
Lexon Insurance Company
Liberty
Liberty Mutual Europe
Liberty Mutual Insurance Company
Louisiana Office of Conservation
Manta Ray Offshore Gathering Company, L.L.C.
Marathon Oil Company
McMoran Oil & Gas, LLC
Noble Energy
Noble Energy, Inc.
Petrobas Americas Inc.
Philadelphia Indemnity Insurance Company
RLI
Shell Offshore Inc.
Sirius Americas Insurance Co.
SOMPO International
State of Texas, Railroad Commission
TDC Energy LLC
The City of Texas City
Tokio Marine
Travelers
Travelers Casualty & Surety Co.
Union Oil Company
Union Oil Company
US Army Corp. of Engineers
US Bureau of Ocean Energy Management
US Dept. of Interior Bureau of Ocean Energy Management
US Office of Natural Resources Revenue
Williams Companies (Gulfstar One LLC)
Willis - Evergreen
Willis - Zurich
XL Catlin
XL Specialty Insurance Company
XTO Offshore Inc.
Zurich American

**Landlords and parties to leases**
Apache Corporation
Behringer Harvard Briarlake Plaza Owner, LLC
Cheyenne Services, LLC
The Lubrizol Corporation
One BriarLake Plaza Owner, LLC

61542/0001-21316974v2

Ronnie White Custom Homes, L.L.C.

**Lenders (Term/Revolver/Administrative and Collateral Agents)**
Aegon Asset Management
Apex Credit Partners LLC
Babson (Barings)
Bank of America, N.A.
Bardin Hill
Bardin Hill Loan Management LLC
Blackrock Financial
Bluebay Asset Management
Brown University
Canaras Capital
Cantor Fitzgerald
CIFC Asset Management
Citibank, N.A.
Cohanzick Management, LLC
Columbia Management Inv.
Continental Casualty Co.
Eaton Vance Management
Ellington Management Group LLC
Federated Investment
Franklin
Goldman
Graham Capital Management
Highland Capital / Highland Capital Management, L.P.
Hotchkis N Wiley Cap Mgt.
Invesco Senior Secured
Invesco Senior Secured Management, Inc.
Jefferies Holdings
JPMorgan Chase Bank, N.A.
Monroe Capital Management LLC
Morgan Stanley
Mudrick Capital /Mudrick Capital Management, L.P.
Newfleet * Hartford
Nexbank
Oaktree Capital
P.Schoenfeld Asset Management
Pretium Credit Mgmt., LLC
SI Capital LLC
Silvermine Capital Management LLC
Stifel Financial Corp.
Swiss Life Asset Management
Symphony Asset Management
Symphony Asset Management LLC
THL Credit Advisors LLC
Thrivent Financial
Wellington Management
Z Capital Group L.L.C.
Zais Group LLC

11

**Administrative and Collateral Agents**
Cantor Fitzgerald Securities
Citibank, N.A.
Cortland Capital Market Services LLC

**Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation**
Antonio Smith, Jr.
Arnulfo Garcia
Aspen American Insurance Company
Bowie Lumber
Bowie Lumber Associates
Calvin Abshire
Clayborne Lewis
Contango Operators, Inc.
Derrick Daniels
Edward Randall
Gilberto Gomez Rojas
Glenn Gibson
Gulf Resource Management, Inc.
Hoactzin Partners, L.P.
JamesDerrick, III
Kevin Gray
Knight Energy Holdings, LLC
Lee Bob Rose
Lionel Every and Shawn Philbeck
Nicholas Verdin
Northstar Offshore Group, LLC
Peregrine Oil & Gas II, LLC
Peregrine Oil & Gas, LP
Ray Sam
Regis Southern
Rodi Marine, LLC
Ronald Williams
Tana Exploration Company
The Bureau of Safety and Environmental Enforcement (BSEE)
The Parish of Cameron
Timothy Tores
Tomas Arce Perez
Tomas Perez
Toys O'Neil
Travelers Casualty and Surety Company of America
U.S. Department of the Interior
U.S. Department of the Interior - Office of Inspector General
U.S. Department of the Interior - Office of Inspector General, Energy Investigations Unit
U.S. Department of the Interior- Office of the Solicitor
US Attorney's Office Eastern District of Louisiana
US Attorney's Office Western District of Louisiana
US Department of Interior - Office of Inspector General
US Department of Interior - Office of Inspector General - Energy Investigations Unit
US Trustee (Texas)
Valero Marketing and Supply Company

12

**Material Royalties in Suspense (Greater than $100,000)**
Diverse Operating Company
Hal G Kuntz Estate
Office of Natural Resources Revenue
Sybil Maria Calhoun

**Material Suppliers and Vendors (greater than $1 million spend in the last 6 months)**
Duplicative = See Vendors/Suppliers

**Members of Any Ad Hoc Committee**
Not available at this time

**Non- Debtor Affiliates/Parent/Subsidiaries**
Fieldwood Coöperatief U.A. (Non-debtor subsidiary)
Fieldwood Energy de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Energy E&P Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Energy Services de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Management LLC (Not an affiliate or parent; holds immaterial number of shares of Fieldwood Energy Inc. stock)
Fieldwood Managing Member LLC (Converted to Fieldwood Energy Inc. and is a debtor)
Fieldwood Mexico B.V. (Not a subsidiary or affiliate; controlled by Riverstone)
GOM P&A Services LLC
REP Management Company V, LLC (Riverstone Management)
Riverstone Credit Opportunities
Riverstone Fund V
Riverstone Holdings, LLC
Riverstone Investment Group LLC
Riverstone Sparta Coöperatief U.A.
Riverstone V FW Holdings, LLC
SP 49 Pipeline LLC

**Non-Debtors Professionals (law firms, accountants, and other professionals)**
Davis Polk & Wardwell LLP
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
Haynes and Boone, LLP
Holland & Knight LLP
Intrepid Partners, LLC
Opportune LLP
Rothschild & Co US Inc.
Shipman & Goodwin LLP
Vinson & Elkins LLP

**Ordinary Course Professionals**
Adams and Reese LLP
Beck Redden LLP
Blank Rome LLP
BRI Consulting Group, Inc.
Briney Foret Correy, LLP

61542/0001-21316974v2

Buck Keenan LP
C.H. Fenstermaker & Associates
Capitelli & Wicker
Capitol Services, Inc.
Corbett & Schreck, PC
Daigle Fisse & Kessenich, PLC
Deutser, LLC
Ernst & Young LLP
Ernst & Young Product Sales LLC
Gieger Laborde & Laperouse LLC
Hartline Barger LLP
Hill and Knowlton Strategies LLC
Holman Fenwick Willan USA LLP
Jackson Lewis P.C.
John & Hengerer
Johnson, Yacoubian & Paysse
Jones Walker LLP
King & Jurgens, LLC
King Krebs & Jurgens
KPMG LLP
Law Office of Kevin M Sweeney
Liskow & Lewis APLC
Matthew Schreck
Mayer Brown, LLP
Mouledoux Bland Legrand Brackett
N Darlene Walker & Associates
PricewaterhouseCoopers LLP
ROP Ventures LP
Ryan, LLC
Ryder Scott Company LP
Schiffer Odom Hicks & Johnson, PLLC
Sirius Solutions, LLP
Skinner Law Firm, LLC
Thompson Coburn LLP
Wood Mackenzie Inc.

**Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)**
Atlantic Maritime Services LLC
Deutsche Bank AG
Diverse Safety & Scaffolding LLC
Goldman Sachs Bank USA

**Other Potential Parties in Interest**
Adobe Resources Corporation, et al.
Alfred Wagner, Jr.
Alliance Operating Corporation
Amerada Hess Corporation
Amoco Production Company
Anadarko Petroleum Corporation
Apache Corporation
Arkansas Fuel Oil Corp.

14

Ashland Oil, Inc., et al.
Atlantic Richfield Company
Barrett Resources Corporation
BP Exploration & Oil Inc.
BP Exploration & Production Inc.
C.A. Black, Jr.
Cabot Corporation, et al.
Cabot Oil & Gas Corporation
California Oil Company
Callon Petroleum Operating Company, et al.
Case-Pomeroy Oil Corporation
Castex Offshore, Inc.
Castex Offshore, LLC
Chevron Oil Company
Chevron U.S.A. Inc.
Chieftain International (U.S.) Inc., et al.
Cities Service Company, et al.
Cities Service Oil Company, et al.
City Services Oil Company, et al.
CNG Producing Company
Coastal Oil & Gas Corporation, et al.
Conoco Inc.
Continental Oil Company
Corpus Christi Exploration Company
Crown Central Petroleum Corporation, et al.
Devon Energy Production Company, L.P.
Diamond Shamrock Offshore Partners Limited Partnership
Dominion Exploration & Production, Inc., et al.
Elf Aquitaine Operating, Inc.
Elf Exploration, Inc., et al.
Energy Development Corporation, et al.
EPL of Louisiana, L.L.C.
Exxon Corporation
Flores & Rucks, Inc.
Forcenergy Gas Exploration, Inc.
Forcenergy Inc.
Forest Oil Corporation
General Crude Oil Company, et al.
Getty Oil Company, et al.
Gulf Coast Oil Properties,
Gulf Oil Corporation
Gulf Refining Company
Hall-Houston Exploration III, L.P.
Hall-Houston Oil Company
Hamilton Brothers Oil Company, et al.
Harbert Energy Corporation
Hardy Oil & Gas USA Inc., et al.
Helis Oil & Gas Company, L.L.C., et al.
Howell Petroleum Corporation
Humble Oil & Refining Company
Hunt Oil Co.

15

IP Petroleum Company, Inc., et al.
Kerr-McGee Corporation, et al.
Kerr-McGee Oil Industries, Inc.
LLOG Exploration Offshore, Inc.
Macquarie Group
Magnolia Petroleum Company
Magnum Hunter Production, Inc.
Marathon Oil Company, et al.
Mariner Energy, Inc.
Mark Producing, Inc., et al.
Mesa Petroleum Co., et al.
Mobil Oil Corporation
Mobil Oil Exploration & Producing Southeast, Inc.
Mobil Oil Exploration & Producing Southwest, Inc.
Murphy Oil USA, Inc., et al.
Myrna McLeroy
Newfield Exploration Company
Norcen Explorer, Inc.
Odeco Oil & Gas Company, et al.
OEDC Exploration & Production, L.P.
Pan American Petroleum Corporation
Pelto Oil Company
Pennzoil Exploration and Production Company
Pennzoil Louisiana and Texas Offshore, Inc.
Pennzoil Offshore Gas Operators, Inc., et al.
Pennzoil Oil & Gas, Inc., et al.
Pennzoil Producing Co.
Petsec Energy Inc.
Phillips Oil Company
Phillips Petroleum Company
Phoenix Exploration Company LP
Pogo Producing Company
Prisma Capital Partners LP
Ranger Oil Limited
Remington Oil and Gas Corporation, et al.
Saltex Exploration Inc.
Samedan Oil Corporation
Seneca Resources Corporation
Shell Offshore, Inc.
Shell Oil Company
Signal Oil & Gas Company, et al.
Signal Oil and Gas Company
Sinclair Oil & Gas Co., et al.
Skelly Oil Company, et al.
Sohio Petroleum Company
Sonat Exploration Company, et al.
Spinnaker Exploration Co. LLC
Spinnaker Exploration Company, L.L.C.
Standard Oil Company of Texas
Stone Energy Corporation
Sun Oil Company

16

Superior Oil Company, et al.
Tenneco Oil Company
Tennessee Gas Transmission Company
Texaco Exploration and Production Inc.
Texaco, Inc.
Texasgulf Inc., et al.
Texoma Production Company, et al.
The British-American Oil Producing Company
The Houston Exploration Company
The Louisiana Land and Exploration Company
The Superior Oil Company
The William G. Helis Company, L.L.C., et al.
Trade & Development Corporation
Transco Exploration Company, et al.
TransOcean Oil, Inc., et al.
TXP Operating Co.
TXP Operating Company
Union Exploration Partners, Ltd.
Union Oil Company of California
Union Oil Company, et al.
Union Pacific Resources Company
Union Production Company
Vastar Resources, Inc.
Vastar Resources, Inc., et al.
William T. Burton

**Parties to Material Contracts with the Debtors (>$1 Million in value remaining)**
Duplicative See Contract & Joint Venture Counterparties; Partnerships; Significant Customers

**Parties to Material Unexpired Leases with the Debtors (Landlords)**
Duplicative See Landlords and Parties to Leases

**Partnerships (if debtors is a partnership, its general and limited partners)**
Energy XXI GOM, LLC
Stone Energy Offshore, L.L.C.

**Material Royalty and Other Interest Owners (Over $1MM in Annual Distributions)**
Ecopetrol America LLC
Houston Energy Deepwater Ventures I
Office of Natural Resources Revenue
Red Willow Offshore LLC
State of Louisiana
Talos Energy Offshore, LLC
TGS-Nopec Geophysical Co LP
Wild Well Control Inc.

**Regulatory and Government (Federal, State, and Local)**
Alabama Department of Conservation & Natural Resources
Alabama Dept. of Environmental Mgmt.
American Bureau of Shipping
American Petroleum Institute

61542/0001-21316974v2

Bonnie R Higgins
Bureau of Land Management ("BLM")
Bureau of Ocean Energy Management ("BOEM")
Bureau of Safety and Environmental Enforcement ("BSEE")
Cameron Parish Clerk Of Court
Cameron Parish Water District #9
City of Texas City, Texas
Delaware Secretary of State
Department of Finance State Comptroller's Office
Department of Interior
Department of Justice
Dolphin Land and Sea
U.S. Environmental Protection Agency ("EPA")
Environmental Protection Agency- Region 7
Federal Energy Regulatory Commission ("FERC")
Federal Trade Commission
Federal Wage and Labor Law Institute Ltd
FINRA
Ground Water Protection Council
Gulf of Mexico Outer Continental Shelf (OCS) Region
Independent Petroleum Association of America
Internal Revenue Service
International Association of Defense Counsel
U.S. Internal Revenue Service ("IRS")
Interstate Oil and Gas Compact Commission (IOGCC)
Jefferson Davis Parish
Jefferson Parish Department of Water
Jefferson Parish Pooled Cash
Jerry J. Larpenter Sheriff and Tax Collector
Lafourche Parish Clerk
Leland Falcon
Louisiana Department of Environmental Quality
Louisiana Department of Natural Resources
Louisiana Department of Revenue
Louisiana Department of Wildlife and Fisheries
Louisiana Dept. of Natural Resources Office of Conservation
Louisiana Environmental Monitoring, Inc.
Louisiana Income and Franchise tax
Louisiana Mid-Continent Oil & Gas Association
Louisiana Office of Conservation
Louisiana Office of Mineral Resources
Louisiana Property Tax
Louisiana State Land Office
Louisiana State Police
MARPOL
Minerals Management Service (MMS)
National Ocean Industries Association
Occupational Safety and Health Administration ("OSHA")
Office of Natural Resources Revenue ("ONRR")
Pipeline and Hazardous Materials Safety Administration ("PHMSA")
Plaquemines Parish Clerk of Court

Plaquemines Parish Government
Plaquemines Parish Sheriff Office
Railroad Commission of Texas
Roma Independent School District
Secretary of State for Texas
Southwest Louisiana Elect Membership Corp
St. Bernard Parish Clerk of Court
St. Martin Parish Sheriff's Office
St. Mary Parish Government
State Bar of Texas
Texas A&M Research Foundation
Texas Commission on Environmental Quality (TCEQ)
Texas Comptroller of Public Accounts
Texas Franchise Tax
Texas General Land Office
Texas local property taxes
Texas Parks & Wildlife
The Bureau of Ocean Energy Management
The Federal Water Pollution Control Act or the Clean Water Act (the "CWA")
The International Convention for the Prevention of Pollution from Ships
The International Maritime Organization (IMO)
The National Transportation Safety Board
The Outer Continental Shelf Advisory Board
The Railroad Commission of Texas (RRC)
The Secretary of Transportation
U.S. Department of Energy (DOE)
U.S. Department of the Interior
U.S. Office of Natural Resources Revenue
U.S. Securities and Exchange Commission
United States Coast Guard
United States Custom and Border Protection (CBP),
United States Department of Justice Civil Division - Bureau of Land Management
U.S. Army Corp. of Engineers
U.S. Dept. of Interior / BOEM
U.S. Office of Natural Resources Revenue
United States Department of The Treasury
Us Dept. of Commerce - NOAA
Vermilion Parish Police Jury
Vermillion Parish Clerk of Court
World Affairs Council of Greater Houston

**Significant Competitors**
Amerada Hess
Anadarko Petroleum Corporation
Antero Resources
Arena Energy
BHP
BP Energy Company
Bridge
Bridger Trading LLC
Buckeye Partner LP

19

CanEra
Chevron Corporation
Chevron U.S.A. Inc.
Cobalt International Energy
Consol Energy
Davis Offshore Partners LLC
Davis Petroleum Acquisition Corp
Dresser
Dynamic Offshore Resources
Energy XXI
ENI Petroleum US LLC
EnVen
EP Energy
EQT
Equinor
ExxonMobil
ExxonMobil Corporation
Foresight Energy LLC
Freeport-McMoRan
Gibsons
Gulfport Energy Corporation
Kinder Morgan
LLOG Exploration Company
Murphy Oil Company
Noble Energy, Inc.
Northern Resources Inc.
Northwestern Mutual Life Insurance Company
Phillips 66
Phoenix Exploration
Ridgewood Energy ILX Holdings
SandRidge Energy Inc
Shell Exploration & Production Company
Shell Trading (US) Company
Stone Energy Offshore, L.L.C.
Talos Energy LLC
Three Rivers Operating Company LLC
UTEX
Vantage Energy
W&T Offshore Inc.
Walter Oil & Gas Corporation

**Significant Customers**
Air Liquide Large Industries U.S. LP
Ankor Energy LLC
Apache Corporation
Arena Energy
BP America Production Company
BP Energy Company
BP Exploration & Oil Inc.,
Catapult Exploration, LLC
Chaparral Energy Inc.

Chevron USA Inc.
Cimarex Energy Co
Cintas Corporation No 2
ConocoPhillips Company
DTE Energy Trading, Inc.
Dugas Oil Co.
Duke Energy Carolinas, LLC
Encino Operating, LLC
Energy XXI
ENI Petroleum US LLC
ENI US Operating Co.
EOG Resources
ExxonMobil Corporation
Freeport McMoran Oil & Gas LLC
GOM Offshore Exploration I LLC
Helis Oil & Gas Company LLC
Hilcorp Energy Company
Linder Oil Co, A Partnership
LLOG Exploration Company
Marathon Oil Company
Maritech Resources Inc.
Monforte Exploration LLC
Montco Oilfield Contractors LLC
NJR Energy Services Co.
Noble Energy, Inc.
Osprey Petroleum Partners LP
Petsec Energy Inc.
Placid Refining Company
Plains Marketing LP
Probe Resources Us Ltd
Renaissance Offshore, LLC
Rooster Petroleum LLC
Scana Energy Marketing Inc.
South Jersey Resources Group, LLC
Southern Natural Gas Co. LLC
Statoil Gulf Services LLC
Stone Energy Corporation
Talos Energy LLC
Tana Exploration Company LLC
Tenaska
Tenkay Resources Inc.
Texla Energy Management, Inc.
The Energy Authority
TMR Exploration Inc.
TR Offshore LLC
Venice Energy Services Company LLC
Venice Energy Services Company LLC
Vitol, Inc.
W&T Offshore Inc.
Walter Oil & Gas Corporation
WGL Midstream, Inc.

21

Williams Energy Marketing
Williams Energy Services Company
Williams Gas Pipeline

**Shareholders/Equity Holders:**
ACIS CLO 2013-1, Ltd.
ACIS CLO 2014-3, Ltd.
ACIS CLO 2014-4, Ltd.
ACIS CLO 2014-5, Ltd.
AGF Floating Rate Income Fund c/o Eaton Vance Management
Arrowood Indemnity Company
Arrowood Indemnity Company as Admin for the Pension Plan of Arrowood Indemnity Company
Ascension Alpha Fund LLC
Ascension Alpha Fund LLC c/o Halcyon Loan Management LLC
Ascension Alpha Fund, LLC c/o Halcyon Loan Management LLC
Ascension Health Master Pension Trust c/o Halcyon Loan Management LLC
AZL Blackrock Global Allocation Fund
Baloise Senior Secured Loan Fund I
Barclays Capital Inc.
Bardin Hill
Barings Corporate Investors
Barings Global Credit Income Opp. Fund A Series of Barings Funds Tr.
Barings Global Credit Income Opportunities Fund
Barings Global Floating Rate Fund
Barings Global Floating Rate Fund, A Series Of Barings Funds Trust
Barings Global High Yield Credit Strategies Limited
Barings Global Loan and High Yield Bond Fund
Barings Global Loan and High Yield Bond Limited
Barings Global Loan Limited
Barings Global Multi-Credit Strategy 2 Limited
Barings Global Short Duration High Yield Fund
Barings Global Special Situations Credit 3 S A R L
Barings Global Special Situations Credit 3 S.A.R.L.
Barings U.S. High Yield Bond Fund
Barings U.S. High Yield Fund, A Series of Barings Funds Trust
Barings US High Yield Fund
Barings US Loan Fund
Baycity Alternative Investment Funds
Baycity Alternative Investment Funds SICAV-SIF-Baycity US Senior Loan Fund
Baycity Senior Loan Master Fund, Ltd.
Baycity Senior Loan Master Fund, Ltd. B c/o Intertrust Corp Serv. (Cayman) Ltd
Baycity Senior Loan Master Fund, Ltd. c/o Intertrust Corp Serv. (Cayman) Ltd
BCGSS 2 S.A.R.L.
BCGSS 2 SARL
BCM 2014-I ETB, Inc. c/o Barings LLC
BCM 2014-II ETB, Inc. c/o Barings LLC
BCM 2015-I ETB, Inc. c/o Barings LLC
Blackrock Global Allocation Collective Fund
Blackrock Global Allocation Fund Aust
Blackrock Global Allocation Fund Aust. Level 26
Blackrock Global Allocation Fund, Inc.

22

Blackrock Global Allocation Port of The Blackrock Series Fund. Inc.
Blackrock Global Allocation Portfolio of The Blackrock Series Fund Inc.
Blackrock Global Allocation V.I. Fund of The Blackrock VAR Series FD Inc.
Blackrock Global Allocation VI Fund of Blackrock Variable Series Funds Inc.
Blackwell Partners LLC - Series A c/o Mudrick Capital Management LP
Blackwell Partners, LLC - Series A
BLLC 2013-I ETB, Inc. c/o Barings LLC
BOC Pension Investment Fund
BOC Pension Investment Fund c/o Invesco Senior Secured Management Inc.
BofA Securities Inc.
Boston Patriot Battery March St. LLC
Boston Patriot Batterymarch St LLC B c/o Mudrick Capital Management LP
Brandon Dewolfe
Brian Logan
Brighthouse Funds Trust I
Brighthouse Funds Trust I c/o Eaton Vance Management
Brown University
Brown University - Sound Point
C.M. Life Insurance Company
California Street CLO IX Limited Partnership LP
California Street CLO IX Tax Subsidiary Ltd.
California Street CLO XII Tax Subsidiary Ltd
California Street CLO XII, Ltd.
CENT CLO 19 Limited c/o Columbia Mgmt. Invest. Advise LLC
Citigroup Global Markets Inc.
City of New York Group Trust
CM Life Insurance Co
Columbia Floating Rate Fund, A Series of Columbia Funds Trust II
Columbia Strategic Income Fund, A Series of Columbia Funds
Columbia Strategic Income Fund, A Series of Columbia Funds Series TR I
Columbia VAR Portfolio Strat Income FD A Series of Columbia Funds VAR INS TR
Columbia Var Portfolio Strat Income FD Series Tr I A Series Of Columbia Funds Var Ins Tr
Crown Managed Accounts SPC Acting for and on Behalf of Crown /BA SP
Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP
Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP
Crown Point CLO III, Ltd.
David B. Buddrus
David Richard Pfister
DB TR Co. Americas as Cust. for HLAF 2014-1 Blocker Subsidiary IV Ltd.
Diversified Credit Portfolio Ltd
Diversified Credit Portfolio Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Diversified Income Fund
Diversified Real Asset CIT
Douglas MaCafee
Eaton Vance CLO 2013-1 Ltd. c/o Eaton Vance Management
Eaton Vance Floating Rate Income Plus Fund
Eaton Vance Floating Rate Portfolio
Eaton Vance Floating Rate Portfolio c/o Eaton Vance Management
Eaton Vance Floating-Rate Income Plus Fund
Eaton Vance Floating-Rate Income Trust
Eaton Vance Floating-Rate Income Trust c/o Eaton Vance Management

Eaton Vance Institutional Senior Loan Fund
Eaton Vance International (Cayman Islands) Flt Rate Income Port
Eaton Vance International Cayman Islands Floating Rate Income Portfolio
Eaton Vance Limited Duration Income Fund
Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Floating-Rate Trust c/o Eaton Vance Management
Eaton Vance Senior Income Trust
Eaton Vance Senior Income Trust c/o Eaton Vance Management
Eaton Vance Voting Floating-Rate Income Fund
Eaton Vance VT Floating-Rate Income E Fund
Eaton Vance VT Floating-Rate Income Fund
Eugene S. Wissinger
Eversource Retirement Plan Master
Eversource Retirement Plan Master c/o Halcyon Loan Management LLC
Eversource Retirement Plan Master Tr.
Fieldwood Energy Inc.
Fieldwood Management LLC
First Trust Senior Floating Rate Income Fund II
Florida Power & Light Company
Florida Power & Light Company c/o Eaton Vance Management
Franciscan Alliance Inc. c/o Halcyon Loan Mngmt. LLC
Franciscan Alliance, Inc.
G. M. McCarroll
Gary G. Janik
Gary Mitchell
General Organization for Social Insurance
General Organization for Social Insurance Oaktree
Government of Guam Retirement Fund
Government of Guam Retirement Fund c/o Hotchkis &Wiley Capital Management
Halcyon Asset Management LP
Halcyon Energy Loan Series
Halcyon FWE DE LLC
Halcyon FWE DE LLC c/o Halcyon Loan Management LLC
Halcyon FWE LLC
Halcyon FWE LLC c/o Halcyon Asset Management LP
Halcyon FWE LLC c/o Halcyon Loan Management LLC
Halcyon Loan Trading Fund LLC
Halcyon Loan Trading Fund LLC c/o Halcyon Loan Management LLC
HFRO Sub, LLC
Highland CLO Funding, Ltd
Highland Floating Rate Opportunities Fund
Hotchkis and Wiley Capital Income Fund
Hotchkis and Wiley Capital Income Fund c/o Hotchkis and Wiley Capital Mgmt.
Hotchkis and Wiley High Yield Fund
Hotchkis and Wiley High Yield Fund c/o Hotchkis and Wiley Capital Mgmt.
Invesco BL Fund, Ltd
Invesco BL Fund, Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Invesco Credit Partners Fund A LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund-A LP
Invesco Dynamic Credit Opportunities Fund

24

Invesco Dynamic Credit Opportunity Fund
Invesco European Senior Loan Fund
Invesco Floating Rate Fund
Invesco Floating Rate Income Fund
Invesco Gemini US Loan Fund LLC
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Loan Fund c/o Estera Trust (Cayman) Limited
Invesco SSL Fund LLC
Invesco SSL Fund LLC c/o Invesco Private Capital Inc.
Invesco US Invesco Credit Partners Fund LP
Invesco US Senior Loan Fund
Invesco WLR Credit Partners Fund, L.P.
Invesco WLR Credit Partners Fund, LP
Invesco WLR Credit Partners Fund-A L.P.
Invesco WLR Credit Partners Fund-A, LP
Invesco WLR Credit Partners Fund-A, LP c/o Estera Trust (Cayman) Limited
Invesco Zodiac Funds
Invesco Zodiac Funds - Invesco European Senior Loan Fund
Invesco Zodiac Funds - Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco European Senior Loan Fund
Invesco Zodiac Funds Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco US Senior Loan Fund
Invesco Zodiac Funds-I Senior Loan Fund
Invesco Zodiac Funds-Invesco US Senior Loan Fund
James Brysch
James Patrick Eiland
Jefferies LLC
JLP Credit Opportunity IDF Series Int. of The Sali Multi-Series Fund, L.P.
JLP Credit Opportunity IDF Series Interests of The Sali Multi-Series Fund, L.P
JLP Credit Opportunity Master Fund Ltd c/o Phoenix Investment Adviser LLC
JLP Credit Opportunity Master Fund Ltd.
JLP Credit Opportunity Master Fund Ltd. c/o Phoenix Investment Adviser LLC
JNL Blackrock Global Allocation Fund
JNL/ Blackrock Global
John H. Smith
John P. Seeger
John Pritchett
John W. Deck
Kaiser Foundation Hospitals
Kaiser Foundation Hospitals c/o Invesco Senior Secured Mgmt. Inc.
Kaiser Permanente Group
Kaiser Permanente Group Trust c/o Invesco Senior Secured Mgmt. Inc.
Kapitalforeningen Investin Pro. US Leveraged Loans I
Kelly Frazier
Kenneth W. Bramlett
LP Credit Opportunity Master Fund Ltd.
LVIP Blackrock Global Allocation Fund c/o Blackrock Advisors LLC
Mark Magner
Mark R. Mozell
Mary L. Kaiser

Massachusetts Mutual Life Insurance Company
MassMutual Premier Funds on Behalf of MassMutual Premier High Yield Fund
MassMutual Premier High Yield Fund
MassMutual Select Blackrock Global Allocation Fund
Menard Inc.
Menard, Inc.
Mercer
Mercer MFP Partners, L.P.
Mercer QIF Fund PLC
Mercer QIF Fund PLC – Investment Fund I
Mercer QIF Fund Plc – Mercer Investment Fund I
Mercer QIF Fund PLC Investment Fund 1
Mercer QIF Fund PLC
MFP Partners, L.P.
Michael Clark
Michael Dane
Michael Greenspoon
MJX Asset Management LLC
MML Series Investment Fund II
MML Series Investment Fund II on Behalf of MML High Yield Fund
Mudrick
Mudrick Distressed Opportunity Drawdown Fund, LP
Mudrick Distressed Opportunity Fund Global LP
Mudrick Distressed Opportunity Specialty Fund, L.P.
Municipal Employees Annuity and Benefit Fund of Chicago
Municipal Employees' Annuity and Benefit Plan of Chicago
National Elevator Industry Pension Fund
National Elevator Industry Pension Plan
Nexpoint Credit Strategies Fund
Nuveen Credit Strategies Income Fund
Nuveen Diversified Dividend and Income Fund
Nuveen Diversified Dividend and Income Plan
Nuveen Floating Rate Income Fund
Nuveen Floating Rate Income Opportunities Fund
Nuveen Floating Rate Income Opportunity Fund
Nuveen Senior Income Fund
Nuveen Short Duration Credit Opportunities Fund
Nuveen Symphony Credit Opportunities Fund
Nuveen Symphony Floating Rate Income Fund
Nuveen Tax-Advantaged Total Return Strategy Fund
Oaktree
Partners Capital Osprey Fund, L.P. Halcyon Energy Loan Series
Partners Capital Phoenix Fund II Ltd Diversified Income Fund
Partners Capital Phoenix Fund II Ltd.
Paul Gluth
Paul Wilen
Pensiondanmark
Pensiondanmark Pensionsforsikringsaktieselskab
Phoenix Fund II Ltd. Pensionsforsikringsaktieselskab
Principal Diversified Real Asset CIT c/o Principal Global Investors Tr. Co.
Principal Diversified Real Asset IT c/o Principal Global Investors TR Co.

26

Principal Funds Inc. - Diversified Real Asset Fund
REL Batavia Partnership LP
REL US Partnership LLC
Richard H. Gartner
Richard Haralson
Brighthouse Funds Trust I C/O Eaton Vance Management
Riverstone
Riverstone Energy V FW II Holdings-D LP
Riverstone Energy V FW Partnership (Cayman) LP
Riverstone Energy V RCO Investment Partnership LP
Riverstone Energy VFW II Holdings, LP
Riverstone Energy VFW II Holdings-D LP
Riverstone Fieldwood Partners -B, L.P.
Riverstone Fieldwood Partners LP
Riverstone Global Energy and Power Fund V (FT) LP
Riverstone Global Energy and Power Fund V AIV-A LP
Riverstone Global Energy and Power Fund V AIV-B LP
Riverstone V FW Coinvest Holdings LP
Riverstone V FW Holdings Sub LLC
Robert Moore
Robert Sergesketter
Roche U.S. Retirement Plan Master Trust
Rock Bluff Strategic Fixed Income Partnership LP
San Diego County Employees Retirement Association
San Diego County Employees Retirement Association c/o Hotchkis & Wiley Capital Mgmt. LLC
Santa Barbara County Employees' Retirement System LLC
SCOF-2 Ltd.
SCOF-2 Tax Subsidiary, Ltd. P.
Scott Schmidt
Senior Debt Portfolio c/o Eaton Vance Management
Sentry Insurance A Mutual Company
Sentry Insurance a Mutual Company c/o Invesco Senior Secured Mgmt. Inc.
SICAV-SIF- Baycity US Senior Loan Fund
SICAV-SIF-BAYCITY US Senior Loan Fund
Simon Charitable Private LLC
Simon Marketable LP
Simon Marketable, L.P.
South Carolina Retirement Systems Group Trust
Stuart Douglas Lunn
Symphony CLO V, Ltd.
Symphony CLO XIV Tax Subsidiary Ltd.
Symphony CLO XIV, Ltd.
Symphony CLO XV Tax Subsidiary Ltd.
Symphony CLO XV, Ltd.
Symphony CLO XVI Tax Subsidiary Ltd.
Symphony CLO XVI, Ltd.
Symphony CLO XVII Tax Subsidiary Ltd.
Symphony CLO XVII, Ltd
Symphony Floating Rate Senior Loan Fund
Teachers' Retirement Allowances Fund
Texas County and District Retirement System

The BNY Mellon Tr. Co., NA as Cust for HLAF 2012-1 Blocker Subsidiary IV Ltd.
The BNY Mellon Tr. Co., NA as Cust. for HLAF 2012-2 Blocker Subsidiary IV Ltd.
The Event Driven Credit (Master) Fund Ltd. c/o Blue Boy Asset Management LLP
Thomas R. Lamme
Transam Blackrock Global Alloc VP of Transam Series Tr.
Transam Blackrock Global Alloc.
Transamerica Blackrock Global Allocation VP
U.S. Bank NA as Cust for HLAF 2014-3 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-1 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-2 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. for HLAF 2014-2 Blocker Subsidiary IV Ltd.
University of Dayton
University of Dayton c/o Hotchkis & Wiley Capital Mgmt. LLC
Valcour Credit Income Partners Master Fund Ltd.
Venture VII CDO Limited
Venture XII CLO, Limited
Venture XIII CLO, Limited
Venture XIV CLO Limited
Venture XVI CLO, Limited
Venture XVII CLO Limited
Versource Retirement Plan Master c/o Halcyon Loan Management LLC
Virtu Americas LLC
William B. Swingle

**Sponsors**
REL US Partnership LLC
Riverstone Energy Coinvestment V (Cayman), L.P.
Riverstone Energy V FW Partnership LP
Riverstone Fieldwood Internal Coinvest, LP
Riverstone Fieldwood Internal Coinvest-B, LP
Riverstone Fieldwood Partners - B, L.P.
Riverstone Fieldwood Partners LP
Riverstone Global Energy and Power Fund V (FT), LP
Riverstone V FW Holdings Sub, LLC
Riverstone V RCO Loan Investment AIV, LLC

**Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)**
Aldine I.S.D (TX)
Alabama Department of Revenue
Ann Harris Bennett Harris County Tax Assessor
Atascosa County
Baldwin County Judge of Probate (AL)
Brazoria County (TX)
Brazoria County Tax Assessor (TX)
Bureau of Revenue and Taxation (LA)
Burleson Tax Collector
Calhoun County Clerk (TX)
Cameron Parish (LA)
Chambers County (TX)
Charterwood MUD
City of Corpus Christi/Nueces County (TX)

28

City of Lafayette (LA)
City of New Iberia
Colorado County Central Appraisal District (TX)
Colorado County Clerk
County of Galveston, Texas
County of Morton (KS)
Cypress Fairbanks Independent School District
Daniel Hutter, Tax Assessor/Collector
Denton County
Galveston County Clerk of Courts (TX)
Galveston County Tax Assessor- Collector (TX)
Generation Park Mgmt. Dist.
Greater Houston Women's Chamber of Commerce
Greens Parkway M.U.D.
Harris County
Harris County Tax Assessor-Collector (TX)
Iberia Parish Clerk of Court (LA)
Iberia Parish Tax Collector (LA)
Internal Revenue Service
Jefferson County Clerk (TX)
Jefferson County Tax Office (TX)
Jefferson Parish (LA)
Kenedy County Tax Collector (TX)
Klein ISD
LA Department of Motor Vehicles (LA)
Lafayette Parish LA
Lafayette Parish Sheriff's Office (LA)
Lafourche Parish Sheriff's Office (LA)
Lavaca County (TX)
Lee County Tax Collector
Leland Falcon, Sheriff & Ex Officio Tax Collector
Live Oak County Appraisal District
Live Oak County TX
Louisiana Department of Revenue
Louisiana Dept. of Natural Resources
Matagorda County Clerk (TX)
Matagorda County Tax Assessor - Collector (TX)
Mike Sullivan, Tax Assessor- Collector (TX)
Mississippi Department of Revenue
Mississippi Secretary of State
MS Department of Revenue
Nueces County Clerk (TX)
Office Pavilion- Houston (TX)
Offshore Operators Committee
Oscar Vasquez, RTA
Palacios ISD Tax Assessor-Collector (TX)
Plaquemines Parish (LA)
Probate Court of Mobile County
Refugio County Tax Assessor- Collector (TX)
Rio Grande City CISD Tax Office (TX)
Sheldon Independent School District (TX)

29

Sheriff & Ex-Officio Tax Collector
Spring Branch I.S.D (TX)
St Mary Parish Clerk of Court (LA)
St. Bernard Parish (LA)
St. Landry's Parish (LA)
St. Mary Parish (LA)
Starr County (TX)
State of Alabama
State of Louisiana
State of Louisiana, Department of Natural Resources
State of Texas
Terrebonne Parish Clerk of Court (LA)
Texas Comptroller of Public Accounts
Texas Department of Revenue
Town of Grand Isle (LA)
Vermilion Parish (LA)
West Harris County Mud# 1 (TX)
Wharton County Clerk (TX)
Wharton County Tax Assessor- Collector (TX)

**Third Party Benefits Provider**
ADP, LLC
AHS Walk in Clinic, Inc.
BlueCross BlueShield of Texas
Center for Work Rehabilitation, Inc.
CVS Caremark
Delta Dental
Disa Inc.
Fidelity Investments
Kronos, International
Symetra Life Insurance Company
Taxsaver Plan Flexible Benefit Plan
Teladoc, Inc.
The Guardian Life Insurance Company
Vision Service Plan Insurance Company
Zurich American Insurance Company

**Top 50 Unsecured Creditors**
Acadian Contractors Inc.
AGI Industries Inc.
Aker Solutions Inc.
Alliant Insurance Services, Inc.
American Eagle Logistics LLC
Anadarko US Offshore LLC
A-Port LLC
Atlantic Maritime Services Inc.
Baker Hughes Oilfield Operations Inc.
Chevron USA Inc.
Clariant Corporation
Coastal Chemical Co. LLC
Cox Operating LLC

Davis Polk & Wardwell LLP
Diverse Safety and Scaffolding LLC
Dynamic Industries Inc.
E&C Finfan, Inc.
Fluid Crane & Construction Inc.
FMC Technologies Inc.
Gate
Gulf Crane Services, Inc.
Halliburton Energy Services, Inc.
Hunting Energy Services, LLC
Island Operating Company Inc.
Kilgore Marine Services Inc.
Linear Controls Inc.
LLOG Exploration Company
Long View Systems Corp
Louisiana Safety Systems Inc.
Oceaneering International Inc.
Offshore Energy Services, Inc.
Onesubsea LLC
Petroleum Helicopters Inc.
Petrophysical Solutions Inc.
Pharmasafe Industrial Services Inc.
Prime Tank LLC
Professional Rental Tools LLC
<u>Rignet Inc.</u>
Schlumberger Technology Corporation
Solar Turbines Incorporated
Subsea 7 US LLC
Superior Energy Services LLC
Tana Exploration Company LLC
Tetra Applied Technologies, Inc.
Trendsetter Engineering Inc.
W&T Offshore Inc.
Warrior Energy Services Corporation
Wood Group PSN Inc.
Workstrings International, LLC
XTO Energy Inc.

**<u>UCC (Lien Search Results)</u>**
Anadarko Petroleum Corporation
Ankor E&P Holdings Corporation
Apache Corporation
Apache Offshore Investment GP
Apache Shelf Exploration
Apache Shelf Exploration LLC
Arena Energy LP
Arena Offshore LP
Badger Oil Corporation
Bandon Oil and Gas LP
Bennu Oil & Gas LLC
Bennu Oil & Gas, LLC

31

BP America Production Company
Calypso Exploration, LLC
Calypso Exploration, LLC
Canon Financial Services, Inc.
Cantor Fitzgerald Securities
Castex Offshore, Inc.
Castex Offshore, Inc.
Castex Offshore, Inc.
Challenger Minerals Inc.
Chevron U.S.A. Inc.
Citibank, N.A
CL&F Resources LP
Corporation Service Company, as Representative
Cortland Capital Market Services LLC
Cortland Capital Market Services, LLC
Davis Offshore, L.P.
Davis Offshore, L.P.
Dorado Deep GP, LLC
Dynamic Offshore Resources LP
Dynamic Offshore Resources NS, LC
Dynamic Offshore Resources NS, LLC
El Paso Production Company
Energy Resource Technology GOM Inc.
Energy XXI GOM LLC
Entech Enterprises, Inc.
Enven Energy Ventures LLC
Field Energy LLC
Fieldwood Energy LLC
Fieldwood Energy Offshore
Fieldwood Energy Offshore
Fieldwood Energy Offshore LLC
Fieldwood Energy SP LLC
FW Finco LLC
GOM Shelf LLC
Gome 1271 LLC
Gulfsands Petroleum
HE&D Offshore LP
HEDV King Cake, LLC
Helis Oil & Gas Company LLC
Hillcrest GOM, Inc
Houston Energy LP
ILX Prospect King Cake, LLC
Imagenet Consulting, LLC
Knight Resources, LLC
Lamar Hunt Trust Estate
LLOG Bluewater Holdings LLC
LLOG Bluewater Holdings, L.L.C.
LLOG Bluewater Holdings, LLC
LLOG Energy L.L.C.
LLOG Energy, L.L.C.
LLOG Exploration Company

32

LLOG Exploration Company, L.L.C.
LLOG Exploration Offshore, L.L.C.
M21K LLC
Macquarie Corporate and Asset Funding Inc.
Maritech Resources Inc.
Monforte Exploration LLC
Murphy Exploration & Production Company – USA
Northstar Offshore Group LLC
Northwestern Mutual Life
Online Resources Inc.
Palm Energy Offshore LLC
Peregrine Oil and Gas LP
Petrobras America Inc.
Petroquest Energy LLC
Pisces Energy LLC
Red Willow Offshore, LLC
Ridgewood King Cake, LLC
SCL Resources LLC
STX Energy E&P Offshore Mgmt LLC
Talos Energy Offshore LLC
Talos Energy Offshore, LLC
Talos Resources LLC
Tammany Oil & Gas LLC
Tana Exploration Company LLC
TC Oil Louisiana LLC
The Louisiana Land & Exploration Co LLC
W & T Energy VI
W & T Offshore Inc.
W&T Energy VI, LLC
W&T Offshore, Inc.
W&T Offshore, LLC
Walter Oil & Gas Corporation

**Unions**
None – N/A

**United States Trustee and Staff (Southern District of Texas)**
Henry G. Hobbs, Jr., US Trustee
Alicia McCullar, Trial Attorney
Barbara Griffin (Bankruptcy Analyst)
Christine March, Trial Attorney
Christy Simmons (Bankruptcy Analyst)
Clarissa Waxton (Bankruptcy Analyst)
Diane Livingstone, Assistant U.S. Trustee
Glenn Otto (Bankruptcy Analyst)
Gwen Smith (Legal Assistant (Bankruptcy/OA)
Gwen Smith (Legal Assistant (Bankruptcy/OA))
Hector Duran, Trial Attorney
Jacqueline Boykin (Legal Data Technician)
Jayson B. Ruff, Trial Attorney
Linda Motton (Paralegal Specialist)

33

Luci Johnson-Davis (Paralegal Specialist)
Patricia Schmidt (Legal Assistant (Bankruptcy/OA))
Stephen Statham, Trial Attorney

**Utility Providers/Utility Brokers**
AT&T Corp.
AT&T Mobility
Cameron Telephone Company
Coastal Environmental Services, LLC
Elite Communication Services Inc.
Entergy Louisiana LLC
Granite Telecommunications
Jackson Electric Coop Inc.
Jefferson Davis Electric Cooperative Inc.
Knight Security Systems LLC
Logix Fiber Networks
Long View Systems Corp.
Reliant Energy Retail Services, LLC
Rig Net Inc.
San Leon Municipal Utility District
Southwest Louisiana Elect Membership Corp.
Texas Excavation Safety Systems, Inc.
Total Waste Solutions, LLC
Town of Grand Isle
Verizon Wireless
 Waste Connections Bayou, Inc.
Waste Management, Inc.

**Vendors/Suppliers**
1 Diamond, LLC
2M Oilfield Group Inc.
3D At Depth, Inc.
3D International Custom Sign & Design Inc.
3GIG LP
5Aimes LLC
A & E Engine and Compression Inc.
A Fare Extraordinaire Inc.
A&A Graphics Supply Inc.
A2D Technologies Inc.
Aaron Oil Company Inc.
AB Trafton Inc.
Abrado Inc.
ABSG Consulting Inc.
Acadian Ambulance Service
Acadiana Oil & Environmental Corporation
Acadiana Valve Services & Supply LLC
Accountemps
Accurate Measurement Controls Inc.
Accurate N.D.E & Inspection
Acme Truck Line Inc.
ACS Flooring Group Inc.

34

ACS Maintenance Solutions, Inc.
Action Specialties LLC
Adapt Concepts, LLC
Add Energy LLC
Adrian Dawn Limbreck Savoy
Adrienne Schexnayder Madise
Adroit Partners LLC
Advanced E-Line Solutions
Advanced Graphic Engraving LLC
Advanced Logistics LLC
Advantage Resourcing
Aggreko LLC
Agilink Technologies Inc.
Agnes Mae Lee
AHS Walk in Clinic, Inc.
Aida G Medrano
Aire Technologies, Compressed Air Systems
Airgas USA LLC
Alabama Dept. of Environmental Mgmt.
Alan C. McClure Associates, Inc.
Albert Gilliam
Albert Hebert
Aldine ISD
Alert Weather Services Inc.
Alex Saburov
Alexander Falls
Alexander Ryan Marine and Safety LLC
Alexander/Ryan Marine & Safety Co of LA
Alexander's Mobility Services
Alexandra Ferguson
Alfred Archon Jr.
Ali Ghazi Alsalmani
Alice Faye Sabine
All Fabrications, Inc.
All Industrial Medical Services
Allen Berlin
Alliance Offshore LLC
Alliant Insurance Services, Inc.
Allocation Specialist, LLC
Alltec Lifting Systems, LLC
Alonti Cafe & Catering
Alpheus Data Services
Alston & Bird LLP
Altec, Inc.
Alvin Archon Jr.
Amberjack Pipeline Company LLC
Ambius
Amega West Services, LLC
Amelia Gilliam Watts
American Erecting Co
American Pollution Control, Corp. (AMPOL)

35

American Recovery LLC
American Stock Transfer & Trust Company LLC
American Tank Co, Inc.
Amy Marie Gray-Filer
Andre Bernard
Andre Falls
Andrews Kurth Kenyon LLP
Angel Marie Mitchell-Kimble
Angela Chaumont
Angela Tuttle
Angelia Marie Berry Myles
Anne Shannon Spiller
Annette Moore Moss
Annette Washington Davies
Annie Berard Rideaux
ANR Pipeline Company
Answering Bureau Inc.
Anthony James Johnson
Aok Windshields, Inc.
Aon Risk Services
Apex Oil & Gas, Inc.
A-PORT LLC
Appsmiths Ventures LP
Aqua-Zyme Services Inc.
Aqueos Corporation
Ara Thersa Gray
Arachiel Dannyell Hamilton Williams
Arc Energy Equipment LLC
Archer Oiltools, LLC
Archrock Partners Operating LP
Archrock Services, LP
Arctic Pipe Inspection Inc. - Houston
Ardell Marie Lee Bruno
Arena Offshore LLC
Argus Media, Inc.
Aries Marine Corporation
Arkos Field Services, LP
Arlanda Marie Owens
Aro Solutions, LLC
Arrow Magnolia International, Inc.
Arthur Derouen III
Arthur J. Gallagher Risk Management Svc, Inc.
Ascende Inc.
Ash Limited
Ashley Haynes
Ashley Wennerstrom
Ashutosh Sapru
Asrc Energy Services Omega, LLC
Assai Software Services BV
Assured Flow Solutions, LLC
AT & T Corp.

36

Atchafalaya Measurement, Inc.
Athena Consulting Inc.
At-Tech
Aubrey "Alan" Matthews
Audrey Mae Archon Francis
Auto - Comm Engineering Corp.
Automatic Access Gates LLC
Avtech Capital, LLC
Axio Global, Inc.
Axip Energy Services LP
Axis Compressor Services
Axis Oilfield Rentals LLC
Ayana Eyvette Lee
B & B Oilfield Services LLC
B & B Services
B & J Martin Inc.
B&B Rentals & Mfg., Inc.
B&L Pipeco Services Inc.
B&T Oilfield Products
Baker, Donelson, Bearman, Caldwell, Berkowit
Bankdirect Capital Finance
Barbara J. Perkins
Barbara Jean Richard Lemaire
Barbara Sabine Thomas
Barracuda Oil Tools, LLC
Barron Bullock
Barron Keith Davison
Barry Gabourie
Barry Neal Davison
Bart Meredith
Bart Neighbors
Bartlett Engineering LLC
Baudoin Family Trust
Bayou Star Energy, LLC
Baywater Drilling LLC
Beacon Rental & Supply Inc.
Beck Redden LLP
Becnel Rental Tools, LLC
Bedrock Petroleum Consultants LLC
Belinda H Harris
Belinda Joyce Preston Kendrick
Belzona Houston / Offshore
Ben Aris LLC
Ben Golson
Ben Rhoden
Benjamin C. Welch Sr. and Linda Gale Welch
Benjamin Kirkland
Benjilina Claire Johnson Guidry
Bennu Oil & Gas, LLC
Benny Mora
Benoit Premium Threading LLC

37

Benton Completion Services, Inc.
Berger Geosciences, LLC
Bernard J Patout
Bernard Rochon & Sons
Betty Gray Dugas
Beverly Mitchell Hills
Beverly Sabine Mitchell
BG Strategic Services LLC
BHP Billiton Petroleum (Deepwater) Inc.
Bico Drilling Tools Inc.
Bill Horne Jr.
Bill J. Horne Trust
Bill Swingle
Billie Neuhaus
Billy Greig & Deborah DeLee Nicholson
Black Elk Energy Offshore Operation, LLC
Blackhawk Datacom
Blackhawk Specialty Tool, LLC
Blade Energy Partners, Ltd.
Blaine Lejeune
Blaine Schexnayder
Blake International Rigs, LLC.
Blake Istre
Blake Jude Landry Trust
Blanchard Contractors, Inc.
Blue Fin Services LLC
Blue Latitudes, LLC
Blue Marble Geographics
Blue Water Solutions, LLC
Bluewater Rubber & Gasket Co
BMT Commercial USA, Inc.
Bobbie Gotte
Bobby J. Cotton II
Bobcat Metering-Calibration Services, LLC
Bodie Marion
Bois D'Arc Exploration, LLC
Bolttech Mannings Inc.
Boots & Coots
Bosarge Boats Inc.
Bosarge Diving Inc.
Bosco Oilfield Services LLC
Boulet Family, L.L.C.
Bourbon St
Bradley Arant Boult Cummings LLP
Bradley Wachsmuth
Brandon Vacek
Brandon Wall
Brandsafway LLC
Brandy Ware
Brenda Marie Mitchell Allen
Brenda Montalvo

61542/0001-21316974v2

Brent Bryant
Bret Stucker
Brett Willmon
Brian Hester
Brian Keith Moncriffe
Brian Logan
Brian P Richard Sr
Brian Saltzman
Brian Terry Mitchell
Brian Wolf
Bridget Harris
Bristow Us LLC
Broussard Brothers Inc.
BRS Consulting
Bruce Carolton Suggs
Bruce Cornelson
Bruce Suggs Decendants Trust
Brunita Flores
Bryan Cave Leighton Paisner LLP
Bryan East
Bryan Mack
Bryan Molaison
Bryan Sumpter
Bryson Mayronne
Buddy Arton
Bugware, Inc.
Bureau of Ocean Energy Management
Bureau Veritas North America, Inc.
Buren Gray
Burke Demaret Inc.
Burnard Sims
Burner Fire Control Inc.
Butch Properties LLC
Butcher Air Conditioning
BWB Controls, Inc.
Byrdene M. Tucker Life Estate
Byron Energy Inc.
Byron Sigler
C Dive LLC
C Innovation LLC
C&B Pumps and Compressors LLC
C&D Wireline
Cactus Pipe & Supply, LLC
Cadwalader, Wickersham & Taft LLP
Cajun Breakers Inc.
Cal Dive International
Calvin Jerome Grant
Cambelyn Consulting, LLC.
Camejo LLC
Cameron Highway Oil Pipeline Co.
Cameron International Corporation

39

Cameron Pilot
Cameron Solutions Inc.
Camors Family LLC
Canal Diesel Service, Inc.
Canon Business Solution, Inc.
Canon Financial Services, Inc.
Cantium LLC
Capital Corporate Services, Inc.
Capital One N.A.
Caprock Communications
Carber Holdings Inc.
Cardinal Coil Tubing LLC
Cardinal Slickline LLC
Cardno PPI LLC
Carey International Inc.
Carl Gene Linzer
Carl N Reynolds Jr.
Carlisle Energy Group, Inc.
Carliss Nadene Fontenette
Carlos A. Buenrostro Gutierrez
Carlos Cerna
Carlos Monroe Welch
Carmen Gordon Williams
Carol Ann Richards
Carol Hills Jr
Carol Spiller Gros
Carolyn Harper
Carolyn Parker Fontenette
Carolyn R. Dansby
Carrier Corporation
Cartodyne
Cased Hole Well Services LLC
Casey Foreman
Castex Energy, Inc.
Catherine Dietlein
Catherine Grant Alexis
Cecile Honore Villere Colhoun
Cederick Schexnayder
CEI
Center for Work Rehabilitation, Inc.
Central Power & Light Co
Century Exploration New Orleans, LLC
Century Technical Services LLC
Certex USA, Inc.
Cesar Alanis
Cetco Energy Services Company LLC
CGG Services (U.S.) Inc.
Cgnmb LLP.
Chad Mudd
Chalmers, Collins & Alwell Inc.
Champagne'S Supermarket

40

Champions Pipe & Supply Co
Championx LLC
Chandeleur Pipeline LLC
Chandeleur Pipeline LLC
Chantal Brown
Chantal Renee Alexander
Chante Nichole Williams
Chapman Consulting Inc.
Charles Holston Inc.
Charles Hotard
Charles J Provost Jr
Charles Randall Nicholson
Charles Ray Moncriffe Jr.
Charles Ryan
Charter Supply Company
Checkpoint Pumps & Systems
Chemtrec
Cherrenonda Orelia Lee
Cheryl Harris
Chester Crawford
Chet Morrison Contractors, LLC
Chevron Natural Gas
Chevron Natural Gas Pipe Line LLC
Chevron North America E & P Co
Chevron Pipe Line Company
Chevron USA Inc.
Cheyenne Petroleum Company
Cheyenne Services LLC
Chondia Renee Young
Chris Ledoux
Chris Mata
Chris Mullins
Christina Claire Londo
Christina Marie Gordon
Christine Marie Charles Johnson
Christine Renee' Archon
Christine Sabine Willis
Christopher Charles
Christopher Claeys
Christopher Jouban
Chuan Yin
Chuntel Mcclought
Church Point Wholesale
Churchill Drilling Tools US, Inc.
Cics Americas Inc.
Cima Energy, LP
Cindy M. Turner Trustee
Cintas Corporation No.2
City Central Courier Co
City Club at River Ranch, LLC
CJC Enterprises LLC

41

C-K Associates LLC
CL&F Resources LP
Clariant Corporation
Clarivate Analytics (US) LLC
Clarus Subsea Integrity Inc.
Classic Business Products, Inc.
Claude A Thomas
Claudia Porter Morgan
Clay's Glass Service Inc.
Clayton Belanger
Clean Gulf Associates
Clean Gulf Associates Services LLC
Clifford Alan Wilson
C-Logistics LLC
Coastal Chemical Co LLC
Cobbs Allen Capital, LLC
Coby Griffin
Cody Contreras
Cody Global Consulting Inc.
Cody Turner
Cogency Global Inc.
Cokinos Energy LLC
Colleen Armstrong
Community Coffee Company
Comp of Public Accts-Fran Tax
Comp of Public Accts-Royalty
Complete Occupational Health Services, LLC
Complete Turf Care
Compliance Technology Group, LLC
Compressed Air System LLC
Concentric Pipe and Tool Rentals
Congressional Leadership Fund, Inc.
Contango Operators Inc.
Controlworx LLC
Copy & Camera Technologies Inc.
Cora Lee Crain Byrd
Corbett & Schreck, P.C.
Core Industries, Inc.
Core Laboratories Inc.
Core Mineralogy, Inc.
Corey Fontenette
Corita Vaughns
Cornelius Schexnayder Sr.
Corporate Catering Concierge, Inc.
Corporate Outfitters Ltd
Corporate Relocation International
Cortec LLC
Cortex Business Solutions USA, LLC
Coupa Software, Inc.
Courtland M. Porter
C-Port/Stone LLC

42

Craig Strickland
Crain Brothers Inc
Cranford Equipment Co.
Credera Enterprises Company LLC
Creel & Associates, Inc.
Creig Charles
Crescent Energy Services LLC
Crested Butte Petrophysical Consultants
Crimson Gulf LLC
Cristo Rey Work Study Program, Inc.
Cronus Technology Inc.
Crosby Dredging LLC
Crosby Tugs Inc.
Cross Border Transactions LLC
Crumpton Group LLC
Csi Compressco Sub, Inc.
Csi Technologies LLC
Cunningham Art Services Inc.
Curri Loupe
Curtis Blackmon
Curtis Mccurry
Cusip Global Services
Custom Compression Systems, LLC
Custom Process Equipment LLC
CVS/Caremark
Cynthia D Fisher
Cynthia Grant Harrison
Cynthia Provost Adams
Cynthia R. Reynolds
Cynthia Robinson Tremblay
Cynthia Sabine Gregoire
Cypress Engine Accessories LLC
Cypress Pipline and Process Service, LLC
Cypress Point Fresh Market
Cyrus J Guidry & Associates
D.E. Bourgeois Family LLC
D'Andrea Coleman Hubbard
D'Anna Mcneil, LLC
Dagen Personnel
DAI Engineering Management Group Inc.
Daley Tower Service, Inc.
Dallas Pryor
Damel McKinnely Wilson
Dane Motty
Daniel Cowan
Daniel Manship Spiller
Daniel Wesley III
Dannay Christopher Gray
Danny Spreafico
Darell Washington
Darla B Steagall

43

Darlene Fontenette Rodriguez
Darrell Thomas Mitchell
Darryl L. Johnson Sr.
Dart Energy Services LLC
Datavox, Inc.
Datawatch Corporation
Dauphin Island Gathering Partners
David (Blaine) Marcantel
David Dean
David Dugas
David Guillory
David Mitchell-Ryhmes
David P Thomas
David Trahan
David Viviano
David Wayne Grant
Davis Graham & Stubbs LLP
Davis Petroleum Corp
DCP Midstream LP
DCP Mobile Bay Processing LLC
Dean Omar & Branham LLP
Dean Paul Rexer
Debbie Shaw
Deborah Duncan
Debra Ann Bouie
Debra Leona Drake Ambroise
Debra Mitchell
Deep Down Inc.
Deep Sea Development Services, Inc.
Deep South Chemical Inc.
Deep South Equipment Company
Deepsea Quality Consulting Inc.
Deeptrend, Inc.
Deepwater Abandonment Alternatives Inc.
Deepwater Corrosion Services Inc.
Deepwell Rentals Inc.
Deidre Carrier
Delena Cahee Chavis
Delge
Deligans Valves Inc.
Delmar Systems, Inc.
Deloitte Tax LLP
Deloitte Transactions Business Analytics LLP
Delores Garrett Christopher
Delreize Edwards
Delta Dental Insurance Company
Delta Rigging & Tools
Delta Screens
Delta Subsea, LLC
Delta World Tire
Demex International Inc.

44

Denise Marie Roman Thomas
Denise Moneaux Gage
Denise Ray Drake Turner
Dennis Sims
Denton C Vincent
Department of Natural Resources
Department of The Army
Department of The Interior-Plans Unit
Department of The Treasury
Derek Crusan
Derek Fuller
Derrick Corp.
Destin Pipeline Company, LLC
Detechtion Technologies
Deutsche Bank AG - Global Trade Finance Oper.
Deutsche Bank Trust Company Americas
Devall Diesel Services, LLC
Devin M Mccomb
Devon Energy Production Company LP
Dewayne Gaught
Dexter Dickey
Diamond Oilfield Supply Inc.
Diamond Petroleum Ventures LLC
Diamond Service Corporation
Diann Marie Drake Foster
Dinetta Derouen
Dipuma
Directv
Dirk Dailey
Disa Inc.
Discovery Gas Transmission LLC
Discovery Land Group
Discovery Producer Services
Discovery Producer Services LLC
Dishman & Bennet Specialty Co
Distribution Now
Diversified Well Logging, LLC
DLS LLC
DNV GL Noble Denton USA LLC
Docherty Consulting LLC
Docvue LLC
Dof Subsea USA Inc.
Dolphin Energy Equipment LLC
Dominic Mitchell
Don Bertrand
Donald Breaux
Donald Duplantis
Donald Edward Johnson
Donald James Young
Donato, Minx, Brown & Pool, P.C.
Donna Hunt

61542/0001-21316974v2

Donnelley Financial Solutions
Donovan Controls LLC
Dorothy Fontenette
Dorothy Sims Crawford
Doubletree by Hilton - Lafayette
Douglas Coon
Douglas Dornak
Douglas Seal
Doveco LLC
Downhole Solutions, Inc.
Dragon Deepwater Development, Inc.
Dresser-Rand Co.
Drill Cuttings Disposal Company LLC
DriLLChem Drilling Solutions
Drilling Info, Inc.
Drilling Services of America
Dril-Quip Inc.
Drinkwater Products LLC
Drivetrain Advisors Ltd
Ds Services of America, Inc.
DTN LLC
DTN LLC
Dudley Phelps Spiller Jr.
Dugas Oil Company, Inc.
Durham's Inspection Services, Inc.
Dustin Besson
Dustin Broussard
Dustin Lalonde
Dustin Stracener
Dwain Michael Johnson
Dwayne Archangel
Dwight W Andrus Insurance Co.
DXP Enterprises, Inc.
Dynaenergetics US, Inc.
Dynamics Search Partners
Dynell Jones
E&C Finfan, Inc.
Eagle Consulting LLC
Eagle Pipe, LLC
Earl Vigne
Earth Science Associates
East Bayside LLC
East Cameron Gathering LLC
Easy Money / Hugh A. Winfree
Eaton Oil Tools Inc.
EBI Liftboats LLC
Ecad, Inc.
Echo Offshore, LLC
Ecopetrol America LLC
Ecoserv, LLC
Edgen Murray Corporation

46

Edmund A Weinheimer Jr.
Edwanda Kaye Rogers
Edward Flanagan
Edward Gilliam Sr.
Edward P. Labruyere Jr.
Edwards & Floom LP
Efax Corporate
Effective Compensation Inc.
EKM, L.L.C.
Element Materials Technology Lafayette LLC
Eliis Inc.
Elise Dietlein Hays
Elite Communication Services Inc.
Elizabeth Dietlein
Ellen Smith Walker
Elnora Ann Wiltz
Embarque
Eminent Oilfield Services, LLC
Emission Advisors Inc
Emma Derouen Harding
Emma Mae Fontenette Leon
Enchantra Latrelle Verrett
Encino Operating, LLC
Encore Food Services, LLC
Encore Wellhead Systems LLC
Endymion Oil Pipeline Company LLC
Enercom Inc.
Enerflex Energy Systems Inc.
Energage, LLC
Energy Completion Services LP
Energy Data Solutions
Energy Fishing & Rental Services
Energy Graphics Inc.
Energy Information Inc.
Energy Intelligence
Energy Resource Technology GOM Inc.
Energy Risk Consulting
Energy XXI Gulf Coast Inc.
Energy XXI Pipeline II LLC
Energy XXI Pipeline LLC
Energylink Holdings, LLC
Enerjetex Technology LLC
Enervest Ltd.
Enginuity Global LLC
Engrave It Houston
ENI BB Petroleum Inc.
ENI US Operating Co Inc.
Enlink Processing Services, LLP
Enpro Subsea Limited
Enrique Rivera
Entech

47

Entergy Gulf States Louisiana LLC
Enterprise Crude Pipeline, LLC
Enterprise Field Services LLC
Enterprise Field Services LLC
Enterprise Gas Processing
Enterprise GC LLC
Enterprise Intrastate LLC
Enterprise Offshore Drilling LLC
Enterprise Products Operating, LLC
Enterprise Texas Pipeline LP
Enven Energy Ventures, LLC
Enventure Global Technology, Inc.
Environmental Enterprises
Environmental Safety & Health
Environmental Science Services, Inc.
Environmental Systems Research Institute, Inc.
Enviro-Tech Systems Inc.
Epic Companies, LLC
Epic Insurance Brokers & Consultants
EPL Oil & Gas, Inc.
Era Helicopters LLC
Eric Dwayne Villere
Eric Jones Lee
Eric Kubera
Eric Lanza
Eric Moore
Eric Prevost
Ermis Vacuum Service, LLC
Ernest Mitchell Andrews
Errol Lucien Moncriffe
Es&H Production Group LLC
Esau Velazquez
Esbee Sign Systems
Eseis, Inc.
Essi Corporation
Essie L. Leslie
Estate of Lucille Doxey Crosby
Ethel Gilliam Haynes
Ethel Marie Wesley
Ethos Energy Light Turbines LLC
Etrade Financial Corporate Services, Inc.
Evans Equipment & Environmental Inc.
Evans Rentals, Inc.
Evelyn Gilliam
Evercore Group LLC
Everythingbenefits
Evo Incorporated
Exline Inc.
Expeditors & Production Services Co., Inc.
Expert E&P Consultants LLC
Exploitation Technologies LLC

48

Explore Enterprises of America, LLC
Explosive Service International
Express Supply & Steel LLC
Express Weld LLC
Expro Americas LLC
Expro Midstream Service, Inc.
Exterran Energy Solutions, L.P.
Extreme Energy Services LLC
Exxon Mobil Corporation
Exxonmobil Pipeline Company
F.A.D. Flange Acciaio E Derivati S.P.A.
F.A.S. Environmental Services LLC
Facilities Consulting Group LLC
Factset Research Systems Inc.
Fairfield Industries Inc.
Fastorq LLC
FDF Energy Services
FDF Energy Services, LLC
Federal Energy Regulatory Commission
Federal Express Corporation
Felicia Archangel
Felicia Faye Linzer Cleary
Felicia Marie Samuel
Felicima Reedus
Felix Rhymes
Ferrellgas LP
Fidelity Investments Institutional
File Trail Inc.
Filemaker
Filetrail Inc.
Fire & Safety Specialists, Inc.
Firetron, Inc.
First Choice Coffee Services
First Insurance Funding Corp
Fitch Ratings, Inc.
Fitzgerald Inspection, Inc.
Fleet Supply Warehouse Inc.
Flexlife Limited
Floom Energy Law PLLC
Floquip Inc.
Florence Patrice Schilder
Flow Control Equipment LLC
Flow Control Services LLC
Floyd Guidry Jr.
Fluid Technology Service International LLC
FMC Technologies Surface Integrated Services
Folds of Honor Foundation
Foley & Lardner LLP
Foley Engineering LLC
Force Power Systems
Ford Peters

49

Forefront Emergency Management LP
Forrest Shrader
Forum US Inc.
Forum Us Inc.
Foster Davison Johnson
Frances L. Welch Perry and Charles Perry
Francheska Marie Lee
Francis A Fortier
Francis Janitorial Services Inc.
Francis Lejeune
Francis Torque Service
Frank Beaullieu Sr. LLC
Frank Cornay
Frank Munsey
Frank Wesley
Frank'S International LLC
Fred Ludwig Rexer Jr.
Freddy J. Moore
Freepor Oil & Gas LLC
Fritz D. Farrar
Fugro Geoservices, Inc.
Fugro Geospatial Inc.
Fugro Marine Geoservices, Inc.
Fugro USA Marine, Inc.
G. Matt Mccarroll
Gabriel A Fortier III
Gaia Earth Sciences Limited
Gail Marie Young Hutchison
Gallant Builders LLC
Galveston County Tax Assessor-Collector
Galvotec Corrosion Svcs.
Gardere Wynne Sewell LLP
Gary Crone
Gary Hearn
Gary Janik
Gary Wayne Conley
Gary'S Body and Paint Shop
Gator Equipment Rentals LLC
Gaugings Unlimited LLC
Gavin Fontenot
Gayle Easton Landry
GB Premium Octg Services
GE Oil & Gas Compression Systems, LLC
GE Oil & Gas Logging Services Inc.
GE Oil & Gas Pressure Control LP
Gel Offshore Pipeline LLC
Gemini Insurance Company
Gemini Solutions, Inc.
Gena Felice Davison
Gene Bays
Gene Hitter Jefferson

General Office Supply Co, Inc.
General Power Limited, Inc.
Generation Park Management District
Genesis Offshore Holdings, LLC
Geneva Moneaux Gray
Geneva Williams Hagger
Gensler Houston
Geo Heat Exchangers LLC
Geocomputing Group LLC
Geological & Geophysical Intergrated Modeling
Geologix Limited
George Fucik
George Hitter II
George Morris Kirby
Georgia Muniza Krenek Kincer
Geoscience Earth & Marine Services
Gerald Cosse Jr.
Gerard Patrick Krenek
GHX Industrial LLC
Gibson Applied Technology & Engineering, LLC
Gir Solutions LLC
Girl Scouts of San Jacinto Council
Gl Noble Denton International Inc.
Gladys Ozenne Lowry Estate
Glassdoor. Inc.
Glen Dale Linzer
Glen Oskin Memorial Foundation
Global Compressor LP
Global Vessel & Tank, LLC
Gloria Washington Blount
Gloster Lee Jr.
Glytech Services Inc.
Golden Nugget Lake Charles
Goldman Sachs Specialty Lending Holdings
Governor Control System, Inc.
Grainger
Grand Isle Shipyard  LLC (f/k/a Grand Isle S)
Grant M Gremillion
Gravcap Inc.
Greene's Energy Group, LLC
Greenes Holding Corporation
Greg Kaldis
Gregory Andrew Davison
Gregory Chustz
Gregory Labove
Gregory Monte
Groquip
Gulf Coast Chemical Inc.
Gulf Coast Manufacturing LLC
Gulf Coast Training Technologies, LLC
Gulf Island Services, LLC

61542/0001-21316974v2

Gulf Land Structures LLC
Gulf Offshore Rentals LLC
Gulf South Pipeline Co.
Gulf South Services Inc.
Gulf-Pro Services
Gulfstar One LLC
Gulfstream Services Inc.
Gurrola Reprographics, Inc.
Gyrodata, Inc.
H. Dewayne Corley Registered Professional Geo
H.O.I.S.T.
H2Wr
Hadley Energy Services LLC
Hall-Houston Exploration Iv, L.P.
Hamilton Engineering Inc.
Hannah Alexander
Hapl
Hardy Oilfield Service LLC
Harold C Dietein
Harold Willard Parker
Harrison Edelman
Harry Bernard III
Harry Goudeau Family Partnership
Hart Energy Publishing, LLP
Hartline Dacus Barger Dreyer LLP
Harvest Pipeline Co.
Harvey Hebert
Hazeltine Advisors, LLC
HB Rentals LC
HCC International Insurance Company, Plc
HCL Mechanical Services. LLC
Health Care Service Corp.
Heartland Compression Services
Heat Transfer System, Inc.
Heather Elizabeth Delcambre
Helen Johnson Smith
Helen Thompson Watkins Childs
Helix Energy Solutions Group Inc.
Helmerich & Payne Int'l Drilling Co.
Henrietta Rae Richard
Henry Andrew Griffen
Henry Matulich
Herbert Albert Wilson
Herbert Wiltz Jr.
Herman  Mitchell Sr.
Herman Ray Bouie
Hess Trading Corporation
HGC Consulting
HGI Consulting LLC
Hicks Davis Wynn, P.C.
High Island Offshore System LLC

52

High Point Gas Gathering LLC
High Point Gas Transmission LLC
Hilda Mae Villere Martin
Hilton Houston Westchase
Hilton Lafayette
Hi-Tech Electric Inc.
HLP Engineering Inc.
Hoactzin Partners LP
Hole Opener Corp
Holland & Knight LLP
Holloway Houston
Homewood Suites by Hilton
Hongliu H Zeng
Hoover Offshore, LLC
Hortense Garrett
Hose Specialty & Supply
Hot Shot Delivery Inc.
Houlihan Lokey Capital Inc.
Houma Armature Works & Supply
Houston Association of Professional Landmen
Houston Delyea
Houston Energy Deepwater Ventures V, LLC
Houston Energy LP
Houston Methodist Hospital
Howard Risk Advisors LLC
Hoya Optical Labs of America Inc.
Hub International Gulf South Limited
Hudson Services Inc.
Hugo Rodriguez
Hunt Oil Company
Hunting Titan, Inc.
HWCG LLC
Hyatt Regency Lost Pines Resort and Spa
Hydrocarbon Data Systems, Inc.
Iberia Parish School Board
Ice Data LP
Icims, Inc.
Ideal Energy Solutions LLC
Ignacio Rodon
Ignition System & Controls Inc.
IHS Global Inc.
Imagenet Consulting LLC
Immi Turbines Inc.
Impact Selector Inc.
Indemco LP
In-Depth Geophysical Inc.
Industrial & Oilfield Services, Inc.
Industrial Welding Supply Co. of Harvey Inc.
Industrial Welding Supply of Houma Ltd.
Infinity Valve & Supply
Innovex Downhole Solutions, Inc.

53

Instanext Inc.
Insulation Technologies, Inc.
Integeos, LLC
International Paint LLC
International Snubbing Services LLC
Intertek Asset Integrity Management Inc.
Intertek Technical Services Inc.
Interwell US LLC
Intracoastal Liquid Mud Inc.
Intrado Enterprise Collaboration, Inc.
Ipreo Data Inc.
IPT Global LLC
Irma Jan Villere Bourgeois
Iron Mountain
Irongate Rental Services LLC
Irongate Tubular Services, LLC
iSIMS LLC
Ismael Alcaraz Jr.
ISN Software Corporation
ITC Global
ITT C'Treat LLC
IWS Gas & Supply of Texas Ltd.
J & J Marine Pest Solutions, LLC
J Aron & Company LLC
J Carlyle Bourgeois Jr 2 LLC
J Connor Consulting Inc.
J Rynd Consulting LLC
J Schneider and Associates Ltd.
J. Boone Koonce
J. Clay Rivers & Giuliana C. Rivers
J. Paulin Duhe L.L.C.
Jab Energy Solutions II LLC
Jace Baddock
Jack Shelledy
Jackson Electric Coop Inc.
Jackson Spencer Law, PLLC
Jackson Walker LLP
Jacqueline Griffen Keyes
Jacquelyn Francis Malone
Jacquelyn Schexnayder Bastian
James "Mike" Hill
James A Crocker
James Adams
James Bruyninckx
James Brysch
James Conner
James Crocker III
James Dinkins Robinson Jr Trust
James Dinkins Robinson Trust
James Dobbs
James Donald Richard

54

James Dwight Mitchell
James Fisher Subsea Excavation Inc.
James Galloway
James Gray Jr.
James H. Painter
James Henry
James Kyzar
James Pena
James Pratt Jr.
James R. Hamby
James Sonnier
James Vines
James Zeringue
Jamey Seaward
Jamie Lafaye Bouie
Jamila Rinetta Bouie
Janet Donell Morgan
Janet Lovett August
Janet Marie P Cornay
Janic Directional Survey Inc.
Jared Bergeron
Jarrett Levesh
Jarrod Boudreaux
Jason Brantley
Jason Jinright
Jason P. Fruge
Jason Tarver
Javeler Marine Services, LLC
Jay Horne
JD Rush Corporation
Jean Philippe Kouassi
Jeana Berry
Jeane D Mceachern Ind Exe
Jeanerette Minerals LLC
Jeanette M Dietlein
Jeanne Carlyle Bourgeois Roane
Jeanne Mithcell Lopez
Jeff Lowe
Jeff Nelson
Jeff Nutter
Jefferson Davis Electric Cooperative Inc.
Jeffery Washington
Jenero Monica Monique Delcambre Milton
Jennifer Vincent
Jerad Bloom
Jeremiah Kendale Washington
Jeremy Dugas
Jeremy Jack Sanders
Jeremy King
Jeremy Swanzy
Jerolyn Fontenette

55

Jerome Thomas Mackey
Jerrie Lee Jacobs
Jesse Lyons
Jesse Shaw
Jessica Desiree Johnson
Jet Linx Aviation LLC
Jewelene Fayette Gordon-Crawford
Jim Camel Sales
Jim Churches
Jimmie Jones Jr.
JLT Specialty Insurance Services Inc.
JMS Consultants LP
Jo Ann Harris
Jo Anna Bouie Declouet
Joan Yvette Moore Thomas
Jocelyn Perroux
Jodi Braham
Joe Bruce Hancock Jr.
Joe Hamilton Koonce
Joel Davenport
Joes Septic Contractors Inc.
John Allen Mitchell Jr.
John Andrew Loomis
John C Healy Jr Consulting LLC
John Chance Land Surveys Inc.
John Deck
John Fitzgerald Wiltz
John Gilliam Sr.
John H Carter Co., Inc.
John Hocutt
John L. Broussard III
John Lafleur
John Marler
John P Crain Qtip Trust FBO Neil R Crain
John Penton
John Poole
John Pouncy
John Price
John Qualia
John R Sanford (Jack)
John Raney Mitchell
John Riley
John Smith
John W Stone Oil Distributor LLC
Johnaton James Mczeal
Johnithan Cook
Johnny Gray
Joncade Thomas Clemons
Joseph Anthony Jefferson
Joseph Anthony Moore
Joseph Bronson

Joseph Craig Sanders
Joseph Gilliam
Joseph Granger
Joseph Porche
Joshua Benoit
Joshua Hunsucker
Joshua Mitchell
Joshua Ryan Hancock
Joyce Elaine Conley Sloan
JP Morgan Chase Bank NA
Juliet Delcambre Cowan
June Broussard Richard
Jurlean Garrett Hill
Justin Romero
Juston Tucker
JX Nippon Oil Exploration (U.S.A.) Limited
K Camp & Associates Inc.
K&B Industries
Kaitlyn Smith
Kalisa Junice Perkins
Karin Ann Johnson
Karl Castille Jr.
Karsten Interior Services
Kasey Sonnier
Kathryn Mangum
Kathryn Sue Dozier
Kathy Marie Derouen Key
Katina Young
Katten Muchin Rosenman LLP
Kayla Janae Washington
Kayla Marshall Eschete
Kayla Renee' Johnson
Kaylyb Jones
KBC Advanced Technologies, Inc.
Keith A Provost
Keith Sims
Keller and Heckman LLP
Kelly Beatty
Kelly J Vincent
Kelly Morris Kirby Sr.
Kelsey Paulk
Ken Bramlett
Kenan Aviation, LLC
Kendall Harlan Johnson
Kenneth Faulk
Kenneth Gray
Kenneth James Sabine
Kenneth Michael John Spiller
Kenneth Young
Kenny Lane Fontenette
Kerney Hammond Johnson

61542/0001-21316974v2

Keven Lee Smith
Kevin Bruce
Kevin Fontenot
Kevin Guillot
Kevin Linier Johnson
Kevin Racca
Kevin Troy Thompson
Key Operating and Production Company LLC
Kharuma Youngblood
Kilmer Crosby & Quadros PLLC
Kim Bernard
Kim Marella Linzer Johnson
Kim Mettes
Kimberley Michelle Villere Eugene
Kimberly Denise Johnson
Kimberly Joyce Young
Kinder Morgan Operating LP "A"
Kinetica Deepwater Express , LLC
Kinetica Energy Express LLC
Kinetica Gator Energy LLC
Kinetica Midstream Energy LLC
Kinetica Partners LLC
Kira Debus
Kirk Morris Kirby
K-Jon, Inc
Knight Oil Tools
Knighten Industries
Kosmos Energy Gulf of Mexico Operations, LLC
Kramer-Shows Oilfield Services, LLC
Krauter & Company LLC
Krenek Family Trust
Kristen Janea Jones
Kronos
Kronos Saashr, Inc.
Kurt Anthony Bouie Sr.
Kurtis Melcher
Kyle "James" Lafleur
Kyle Gray
Kyle Miller
L & M Botruc Rental Inc.
L&J Technologies d/b/a Shand and Jurs
La 1 Coalition, Inc.
La Energy Services of Iberia, LLC
Lacy Clark
Lafayette Delivery Systems
Lafayette Parish Sheriff's Office
Lafayette Utilities System
Lafleur's Florist & Gifts
Lafourche Parish School Board
Lafourche Parish Sheriff's Office
Lagcoe

61542/0001-21316974v2

Lakeyta Charell Moore
Lana Sabine
Landa Mobile Systems
Landmark Graphics Corp.
Landon "Sam" O'Pry
Langlinais Tractor Inc.
Language Direct Inc.
LaQuinta Inn by Wyndham #0687-53303
Laredo Construction, Inc.
Laredo Offshore Services, Inc.
Larissa Brown
Larry C Teter
Larry Clark
Larry Doiron, LLC
Larry James Fontenette Sr.
Larry Lougon
Larry Nichols
Larson Software Technology, Inc.
Latham & Watkins LLP
Latonya Falls
Latrice Rose McNeil
Laura Ann Derouen
Laura Kay Ethetton
Lauren Jones
Laurence Taylor Vannier
Law 360
Lawana Marie Johnson Stokes
Lawrence Edward Hutchin
Lawrence R Bourgeois 5 LLC
Leasequery, LLC
Lebil Investments
Lee Graphics
Lee Hecht Harrison LLC
Lee Lemaire
Lei Inc.
Leiser Silva
Lejeune Brothers LLC
Lennet Marie Johnson Darby
Leonard Mitchell
Leroyal Tillman
Lester Francis
Letha Gray
Levick Strategic Communications
Lexco Data Systems, LP
Lexy Sanford
Liberty Commercial Finance LLC
Life Saving Equipment Repair Co., LLC
Lillian L. Arceneaux
Lillian Patout Holleman
Linda Faubion
Linda Landreth

Linden Interests LLC
Lindsey Hodson
Lionel Gilliam
Lisa Bonin
Lisa K Bone
Lisa Patout Morris
Little Prairie Properties, LLC
Llox, LLC
Lloyd Warwick International (Houston) Inc.
Lloyd Willard Lee
LLP Property Management Inc.
LMK Resources Inc.
Loadmaster Industries
Lobo Operating Inc.
Localjobnetwork.Com
Lockton Companies LLC
Locust Street Group
Lofton Security Services
Lognormal Solutions Inc.
Loise Marie Conley Owens
Lone Star NGL LLC
Longnecker & Associates, Inc.
Lonie Johnson Jr.
Lonnie Glenn Harper
Loraine Morris Kirby Seales
Loren Brown
Lori Mauzy
Loriel Brown
Louis D Muniza Jr.
Louis Gilbert & Associates Inc.
Louise Labruyere
Louisiana Cat
Louisiana Citizens for Job Creators, Inc.
Louisiana Dept. of Natural Resources
Louisiana Dept. of Wildlife and Fisheries
Louisiana Environmental Monitoring, Inc.
Louisiana Explosive Training LLC
Louisiana Jordan Oil Company, Inc.
Louisiana Legacy Policy Solutions, Inc.
Louisiana Oil & Gas Association
Louisiana One Call System, Inc.
Louisiana Scrap Processors
Louisiana Valve Source, LLC
Louvenia Kirby McGriff
Loyens & Loeff
LQ Management LLC
LQT Industries, LLC
LSE Crane and Transportation
LSU Foundation
Lubriport Laboratories, Inc.
Lucile B Randol Heirs LLC

Luther D. Copeland
Luther Hano
Lutricia Lynette Davis
Lydia Alexander Matthews
Lynn Vincent
M & A Safety Services, LLC
M & H Enterprises Inc.
M & J Valve Services Inc.
M&R Management, LLC
M.R. Harlan, Inc.
M21K, LLC
Mac Nett Environmental Service
Macdermid Offshore Solutions
Macquarie Corporate & Asset Funding, Inc.
Madcon Corporation
Maddens Cable Service Inc.
Madeline Washington
Madison Tigers LLC
Maersk Training, Inc.
Magdalene Johnson Armstead
Magellan Marine International LLC
Magnolia Torque & Testing Inc.
Magnum Mud Equipment Co. Inc.
Main Pass Oil Gathering LLC
Major Equipment & Remediation Services
Majorie N. Wallace Mgmnt. Trust
Makisicha Lee
Manson Construction Co.
Manson Gulf
Manta Ray Offshore Gathering Company, LLC
Marcus J Spacek & Eleanor Spacek
Marcus Keith Lee
Marcus Meaux
Marian Elizabeth Turner Davis
Maricela Vazquez-Cano
Marie Diane Miller, L.L.C.
Marine Chemist of Louisiana, LLC
Marine Corps Scholarship Foundation
Marine Preservation Association
Mark Anthony Krenek
Mark Boyadjian
Mark Gray Sr.
Mark J Richard
Mark Magner
Mark Pleasant
Mark Wilson
Markeith Sterling
Marla Begnaud
Marlin Oilfield Divers Inc.
Mars Offshore Technology Inc.
Marsh USA Inc.

61

Marshall Brantley IV
Marshall W Guidry
Martin Holdings, LLC
Martin International Inc. of Louisiana
Martin Noel
Martin O. Miller II, L.L.C.
Martin Trahan
Martin'S Airboat Pipeline Patrol, Inc.
Marubeni Oil & Gas (USA) Inc.
Marvenda Lee Sengal
Mary Ann Conques
Mary Ann Gant
Mary Ann Gordon Narcisse
Mary Ann Wilson
Mary Dudley Roger Alfonso
Mary Fran Comer
Mary Frances Gilbert Kelly
Mary Hancock Post
Mary Joan Spiller Wilson
Mary Kaiser
Mary Louise Krenek
Mary Odessa Johnson Butler
Masco Operators Inc.
Master Flo Valve (USA) Inc.
Master Valve and Wellhead Service, Inc.
Matagorda County Tax Assessor - Collector
Matherne Instrumentation Specialists, Inc.
Matthew Alan Newport
Matthew Ford
Matthew Foret
Matthew Gatlin
Matthew Mann
Matthews-Daniel Company
Maverick Energy Solutions, LLC
Maxie Baronaske
McDermott Inc.
McGinnis Lochridge LLP
McGriff Insurance Services
McGriff, Seibels & Williams of Texas, Inc.
McKinsey & Company Inc.
McMoran Oil & Gas LLC
MD Anderson Cancer Center
Measurement Technologies Inc.
Mechanical & Performance Analysis
Mech-Tech Engineering, LLC
Melancon's Welding & Repair, LLC
Melanie Banks Burnett
Melanie Naquin Mayberry
Melba Moneaux Edwards
Melba Trahan
Melissa Ann Gray

61542/0001-21316974v2

Melissa Guidry
Melissa Jinks
Melissa Marie Jacquet-Olivier
Melton Young Jr.
Mercer (US) Inc.
Meridian Compensation Partners, LLC
M-I Swaco
Micah Fabacher
Michael Barre
Michael Breaux
Michael Grant
Michael Gray Jr.
Michael Greenspoon
Michael Hart
Michael Jadick
Michael James Lee
Michael King
Michael Kinzel
Michael L Provost
Michael Louis Conley
Michael Pham
Michael Reeves
Michael Sean Leblanc
Michael Seghers
Michael Wayne Roman
Michael Wombacher
Michael Yearick
Michel A Fortier
Michelle R Reppond
Michion Denise Schexnayder Bynum
Microsoft Licensing, GP
Miculyn Joan Berry
Mid-South Control Line, LLC
Mike and Marie Johnston
Mike Sullivan
Mikell Windham
Millard Harlan Spiller
Miller & Chevalier Chartered
Miller Consulting Inc.
Miller-Green Limited Partnership
Mineral Tech LLC
Minuteman Press Northwest
Minuteman Press Westchase
Miquela Rhymes
Miranda Jay Moncriffe Sr.
Miranda Lewis
Mirex Aquapure Solutions
Missouri Fox Trot Minerals, LLC
Mistras Group, Inc.
MIT International of LA, Inc.
Mitchel Kelley

63

Mitchell Veh Jr.
MJ Systems, LLC
Mobius Risk Group, LLC
Modern American Recycling Services Inc.
Modspace
Mohammad Masalmah
Moncla Workover & Drilling Operations, LLC
Monica Ramirez
Monique Mitchell Young
Montco Offshore Inc.
Moodys Investors Service
Moores Pump & Services, Inc.
Morgan City Rentals
Moses & Singer
MP Gulf of Mexico LLC
MPS Group, Inc.
MSAM LLC
Mudrick Capital Management, LP
Murphy Exploration & Production Company - USA
Murphy Oil Corporation
Myers Namie, LLC
Myra Mitchell Zeno
Myriam Sue Robinson
Myrna Faye Mitchell Pennington
Myrtle Ruth Mitchell Batiste
Nabors Offshore Corporation
Nalco Champion
Nalco Company
Nancy Cornelson Ryan
Nancy Hancock Sanders
Narciso Jesus Aguilar
Natasha Prevost
Nathan Ray Preston
Nathan Sinyangwe
Nathan Vaughn
Nathaniel Johnson
National Assoc. of Lease and Title Analysts
National Oilwell Varco, LP
National Response Corporation
Nautilus Pipeline Company, LLC
Nemo Gathering Company LLC
Neo Products
Neuralog LP
New Century Fabricators Inc.
New Orleans Airport Lessee, LLC
New Tech Global Ventures LLC
Newlin Rental-Repair & Supplies Inc.
Newman Crane Service Inc.
Newpark Drilling Fluids LLC
Ni Welding Supply LLC
Nichole Simon

64

Nicolle Patout
Nikolaus M Hilder 2011 Trust
Nolan Power Group LLC
Nondestructive & Visual Inspect
Nord-Sud Shipping, Inc.
Norsafe Marine & Offshore Services LLC
Northern Natural Gas Company
Northwestern Pipeline, Inc.
Nov Process & Flow Technologies US, Inc.
Nov Rigsystems
NS Lifting America Inc.
NSI Fracturing LLC
Nutec, Inc.
NW Pipeline, Inc.
NYSE Market Inc.
O'Melveny & Myers LLP
O'Brien's Response Management
OCC-Med of Lafayette
Ocean Edge Services Inc.
Ocean Flow International LLC
Oceanweather, Inc.
OCS Advisory Board
OEG Offshore, Inc.
Office Depot Inc.
Offshore Air & Refrigeration, Inc.
Offshore Cleaning Systems
Offshore Equipment Solutions
Offshore Liftboats, LLC
Offshore Oil Scouts Association
fOffshore Process Services, Co.
Offshore Services of Acadiana LLC
Offshore Staffing Svcs. of Acadiana
Offshore Support Services, LLC
Offshore Technical Compliance, LLC
Offshore Technical Solutions LLC
Offshore Technology Conference, Inc.
OGCS Americas, Inc.
Oil & Gas Evaluations and Consulting LLC
Oil & Gas Informations Systems, Inc.
Oil Center Research
Oil Distribution Services Inc.
Oil Price Information Service, LLC
Oil States Energy Services
Oil States QCS
Oil States Skagit Smatco
Oilfield Instrumentation USA
Oilfield Pipe of Texas LLC
Okeanos Gas Gathering Co LLC
Ola Mae Lee Hennings
Oliver Theriot Jr.
Olivier International, LLC

65

Ollie Gray
OMI Environmental Solutions
Omimex Resources Inc.
One Call Now
Opal Faye Johnson Lee
Optimized Process Furnaces Inc.
OQSCG
Orkin LLC
Orlando Gomez
Osisoft LLC
Owen Oil Tools LP
P & M USA LLC
P2 Energy Solutions
Paintmire LLC
Palacios ISD Tax Assessor-Collector
Paleo Data
Palfinger Marine USA Inc.
Paloma Energy Consultants
Pamela Anderson
Pamela Bernard Davis
Pandell Technology USA Corporation
Panther Interstate Pipeline Energy LLC
Panther Operating Company, LLC (Hips)
Panther Pipeline LLC
Paradigm
Parker Hannifin Corporation
Parkman Whaling LLC
Partco Inc.
Party Central
Passco Raveneaux LLC
Pat McDonald
Patrice Roslyn McNeil
Patricia Ann Gordon
Patricia Anne L. Crail
Patricia G. Duncan
Patricia Power Koonce Family Trust
Patrick Burch
Patrick Huse
Patrick Wade Linzer
Patterson Rental Tools, Patterson Fishing Too
Patti Drisko
Paul J Patout
Paul Landry
Paul Washington
Paul Washington
Paul's Insurance Services LLC
Paula Lynn Preston
Paws Energy Services Inc.
PDI Solutions, LLC
Pelican Oilfield Rentals, LLC
Pellerin Energy Rentals, LLC

66

Pelstar LLC
Peninsula Marine Inc.
Penroc Oil Corporation
Perc Engineering LLC
Percy Jones
Percy Lougon
Peregrine Oil & Gas, LP
Peregrine Oil and Gas II, LLC
Pernell Williams McKee
Peter Gray
Peter Ortego
Petra Consultants, Inc.
Petram Consulting, LLC.
Petricore
Petro Amigos Supply Inc.
Petro Pull LLC
Petroflow, Inc.
Petroleum Accountants Society of OKC-Tulsa Ch
Petroleum Club of Houston
Petroleum Co-Ordinators
Petroleum Equipment & Services Association
Petroleum Experts, Inc.
Petroleum Geo Services Inc.
Petroleum Laboratories Inc.
Petroleum Solutions International LLC
Petrolink Data Services, Inc.
Petrophysical Applications International, Inc.
Petroplan USA LLC
Petroquest Energy LLC
Petroquip
Petroquip Energy Services LLC
Petroseismic Software
Petrostar Services, LLC
Petrostream LP
PHI Helipass, LLC
Philip Shane Koonce
Philomenia Roberta Johnson
Phoenix International Holding, Inc.
Phyllis Labruyere Toledano
Pierre Blaise Villere II
Pinhook Tower
Pinnacle Engineering Inc.
Pinnacle Project Services LLC
Pioneer Coiled Tubing Services, LLC
Pioneer Contract Services Inc.
Pioneer Wireline Services
Pipeco Services
Pipeline and Hazardous Materials Safety Admin
Piracle Inc.
Pisces Energy LLC
Pitney Bowes Global Financial

67

Pitney Bowes Postage by Phone
PJT Partners LP
Plains Gas Solutions
Planning Thru Completion, LLC
Plant Machinery, Inc.
PLS Inc./Pls Inc.
Plus Signs Inc.
PMB Safety and Regulatory, Inc.
PNK (Lake Charles), LLC
Pogne Family Trust
Point Eight Power Inc.
Politico LLC
Poseidon Oil Pipeline Co LLC
Post & Schell PC
Powell Electrical Systems, Inc.
Power Performance Inc.
Powerpro Texas
PPI Quality & Engineering, LLC
Precision Energy Services, Inc.
Precision Pump & Valve II, Inc.
Precision Rental Services, LLC
Premiere, Inc.
Premium Oilfield Services, Premium Wireline
Preng & Associates LLC
Preston Thomas Lively
Price Forbes & Partners Limited
Pride Oil & Gas Properties
Prime Capital Investment Advisors LLC
Priority Artificial Lift Services, LLC
Pro Unlimited Inc.
Process Level Technology, Ltd
Process Piping Materials Inc.
Process Solutions & Products LLC
Procor Chemicals Inc.
Produced Water Solutions, LLC
Production Management Industries LLC
Production Technology & Services, Inc.
Professional Fluid Services, LLC
Professional Landemens Association of New Orleans
Professional Rental Tools LLC
Professional Wireline Rentals
Progress Machine Inc.
Prompt Inc.
Proserv Operations Inc.
Prosper Operators, Inc.
Proteus Oil Pipeline Company LLC
Provisions Energy & Marine Support
Pruet Offshore Company
PSC Industrial Outsourcing LP
Puffer Sweiven LP
Pyramid Tubular Products LP

68

Quail Tools LP
Quality Construction & Production L
Quality Energy Services, Inc.
Quality Preheat & Pressure Washers Inc.
Quality Process Services LLC
Quality Production Mgmt. LLC
Quality Rental Tools Inc.
Quality Wireline & Cable Inc.
Quanta Energy Services LLC
Quanta Marine Service, LLC
Quest Integrity USA LLC
Questor Pipeline Venture
Quorum Business Solutions (USA), Inc.
R & R Rig Service, Inc.
R&R Energy Services LLC
R360 Environmental Solutions LLC
Rachel Demmer
Rachel Deseanne Mitchell
Rae-Dorcas Schexnayder Mays-Stoglin
Ramona Lynn Sims Taylor
Randal Granger
Randall Benson
Randall Lewald Bouie Sr.
Rapid Drilling LLC
Ray Allen Fueche
Ray Cornelson
Ray Oil Tool Co. Inc.
Rayford Anthony Gordon
Raymond Albert Muniza
Raymond Mitchell
Raymond Sabine Jr.
RCI Consultants Inc.
Reagan Power & Compression LLC
Rebecca Guess
Red Dog Systems Inc.
Red Fox Environmental Service Inc.
Red Paw Technologies, Inc.
Red Willow Offshore LLC
Redfish Rental of Orange
Refinitiv US LLC
Refugio County Tax Assessor-Collector
Reginald Keith Berard
Reginald Paul Green
Reginald Quinn
Regions Insurance, Inc.
Regulatory Economics Group LLC
Relevant Industrial, LLC
Reliable Machine Services Inc.
Reliable Packer Sales & Services Tools LLC
Relyon Nutec USA, LLC
Renardo Gray

69

Rentier Inc.
Reorg Research Limited
Republic Services Inc.
Republic Title of Texas, Inc.
Reservoir Data Systems LLC
Resman AS
Resource Rental Tools LLC
Retif Oil & Fuel
Revenew International LLC
Revolutionary Security LLC
Reynolds Frizzell LLP
Richard A Lee & Nancy J Lee
Richard Berard
Richard Crain
Richard Ducote
Richard Haralson
Richard Johnson
Richard Louis Gant
Richard Perkins
Richard's Restaurant Supply
Richards Layton & Finger
Ricky Chapman
Ricky Deville
Ridgelake Energy, Inc.
Ridgewood Energy Corporation
Rig Qa International Inc.
Right Hand Oilfield Associates, LLC
Rino-K&K Compression, Inc.
Rio Fuel & Supply
Risher Land Services Inc.
Risk Management & Engineering, Ltd
Ritter Forest Products
River Rental Tools Inc.
Rivers Lee Jr Agent & Aif Rivers Lee III
Riverstone Capital Services LLC
RLC, LLC
RLI Insurance Co.
Rob Pearce
Robert A Schroeder Inc.
Robert D Reynolds Trust
Robert D. Abell
Robert Half Technology
Robert L. Broussard
Robert Lance Mudd
Robert McQurter
Robert Norman Caballero
Robert Ray Young
Robert Selby Jr.
Robert Sergesketter
Robert Sinclair
Robert Voorhies Spiller

70

Robert W. Krenek
Robert Wayne Mitchell Sr.
Roberta Thomas Bienvenu
Robin Girouard
Robin Instrument & Specialty Inc.
Robin Marie Johnson
Rock Solid Images, Inc.
Rocky Robbins
Roger Lynn Fontenette Sr.
Rogue Industrial Group LLC
Roland Matthew Johnson
Ron Kirk Berard
Ron Landry
Ronald Bonin
Ronald E Dauterive
Ronald James Perry
Ronald Washington
Ronald Wayne Young
Rosa Thompson Gray
Rosalind Ann Wesley
Rose & Associates LLP
Rose G Patout Usufruct
Rose Marie Johnson Obrien
Rosita Rhymes Stanczak
Rosita Rhymes Stanzak
Rothschild & Co US Inc.
Rowan Companies, Inc.
Roy Conley Johnson Jr.
Roy J Patout Jr.
Royal Fontenette III
Royal Service and Rentals Inc.
Royce Anderson
Rpa Advisors LLC
RPS
Ruby Nell Fontenette Green
Rusco Operating, LLC
Russell Coats
Rustic
Ryan Broussard
Ryan Minick
S & N Pump Company Inc.
S&P Global Inc.
S.O.S Survival-Craft Offshore Servi
Sabine Environmental Services, LLC
Sabine Hub Services Company
Sabine Oil and Gas Corporation
Safety & Training Consultants, LLC
Safety Management Systems LLC
Safezone Safety Systems, LLC
Saia Motor Freight Line Inc.
Salazar Express

71

Sam Boyar
Sam Young
Samantha M Hilder 2011 Trust
Samel Bradford
Samson Offshore Mapleleaf, LLC
Sanare Energy Partners, LLC
Sandra Bricker
Sandra Jean Moore Carr
Sandra Musachio
Sandra Sabine
Sandridge Energy Offshore LLC
Sandy Nadine Johnson Thomas
Sarita Lee Gunter
SBM Gulf Production LLC
SBS Energy Services, LLC.
Schambo Manufacturing LLC
Schiffer Hicks Johnson PLLC
Scientific Drilling International, Inc.
Scott Armature Sales & Storage LLC
Scott Saunders
Scott Stringer
Scott Trahan
Sea Robin Pipeline Company LLC
Sea Robin Pipeline Company, LLC
Seacor Liftboats LLC
Seacor Marine LLC
Seahorse Energy
Seal Legacy Foundation
Seal-Tite International
Sean Bernard
Seatrax Inc.
Secon Inc.
Securance Corporation Agency
Seismic Exchange Inc.
Select Oilfield Services LLC
Send Word Now
Sentoria Staffing Solutions LLC
Service Fasteners
Service Rigging
Setpoint Integrated Solutions Inc.
Settoon Towing LLC
Seven C'S Properties, L.L.C.
SGS North America, Inc.
Shamrock Energy Solutions
Shannon Chavez
Shannon Mouton
Shannon Soudelier
Shannon Travelle Thompson Robinson
Sharika Gray
Sharon Ann Wilson Whitehead
Sharon Gardner

72

Sharon Welch Jeffers Conner and Warren Conner
Sharon White Robinson
Shawn Fontenot
Shawn Lee Davison
Shawn Rushton
Shayne Avant
Shelby Burton
Shelia Faye Washington Connor
Shelia Linzer Davis
Shelia Marie Grant Williams
Shell Exploration and Production Company
Shell GOM Pipeline Company LLC
Shell Offshore Inc.
Shell Pipeline Company LP
Shelving Exchange Inc.
Sheraton North Houston
Sherri Ali Perkins
Sherril Fontenette
Sherry Lynn Perkins Brown
Shivishie Lashauna Wilson
Shore Offshore Service LLC
Shoreline Southeast, LLC
Shred-It USA LLC
Sidney Charles Sims III
Siemens Energy Inc.
Signa Engineering Corp
Sikica D. Crosby
Simone Patout Palmer
Simpson Thacher & Bartlett LLP
Sinor Engine Company Inc.
Skinner Law Firm LLC
Skoflo Industries, Inc.
Sky High
Skyspring Oil & Gas Services, Inc.
Smartzoft Decision Tools, LLC
Smith International Inc.
Smith Mason & Company LLC
Sojitz Energy Venture Inc.
Solex
Solstice Consulting Group LLC
Sonia Conner
Sonja Leblanc
Sonoco
Sooner Pipe Inc.
Soreap LLC
Southcross Energy
Southern Couture Weddings
Southern Gas and Supply Inc.
Southern Natural Gas Company LLC
Southfield LC
Southwest Energy, L.P.

73

SP Plus Corporation
Sparrows Offshore LLC
Spartan Offshore Drilling, LLC
Specialty Equipment Sales
Specialty RTP LLC
Spectro Scientific, Inc.
Spectro-Scan Inc.
Spiller Coates & Company LLC
SPL - Southern Petroleum Labs, Inc.
Spring Branch ISD
Squire Patton Boggs (US) LLP
Squires & Company
St. Bernard Parish Sheriff's Department
St. Landry's Parish Sheriff
St. Mary Parish Clerk of Court
St. Mary Parish Sheriff
Stabil Drill
Stacey Nguyen
Stacy Fontenot
Stacy Granger
Stacy M Miller
Stalanad Inc.
Stallion Oilfield Services Ltd.
Stancil Property Tax, LLC.
Stanley Cudarry Linzer
Star Measurement
Starlet Bathsheba Perkins
Starr County Tax Office
State of Alabama Department
State of Louisiana Department of Environ. Qua
State of Louisiana Dept. of Natural Resources
State of Louisiana Dept. Natural Resources
State of Louisiana State Land Office
State Police
Steel Service Oilfield Tubular Inc.
Stella Faye Mitchell Johnson
Stella Maris
Stenning Murphy
Stephani Mitchell
Stephanie Moneaux Allen
Stephen Griesbach
Stephen Sprague
Stephen W Curry
Sterling First Aid & Safety
Sterling Linzer Jr.
Sterling Relocation
Sterling Sugars LLC
Steve Fontenette Jr.
Steve Horne
Steve Pellegrin
Steve Stagg

74

Steven Gray
Steven Walter & Lori Lynn Nicholson
Stewart Robbins & Brown LLC
Stewart Tubular Products Inc.
Stingray Pipeline Co LLC
Stingray Pipeline Company, LLC
Stoebner Enterprises, L.L.C.
Stokes & Spiehler Offshore Inc.
Stokes & Spiehler Regulatory Services, Inc.
Strategic Business Communications
Strategy Engineering & Consulting LLC
Stratum Reservoir Isotech LLC
Stratum Reservoir, LLC
Stress Engineering Services, Inc.
Subsea Development Solutions, Inc.
Subsea Solutions, LLC
Sullexis, LLC
Sulzer Turbo Services New Orleans
Sun Drilling Products Corp
Superior Energy Services LLC
Superior Natural Gas Corporation
Superior Performance Inc.
Superior Rack & Shelving, Inc.
Superior Supply & Steel
Supreme Service & Specialty Co Inc.
Surface Systems Cameron
Susman Godfrey LLP
Svoboda Family Trust
Swagelok Louisiana
Sweet Lake Land & Oil Co, L.L.C.
Swiftwater Consultants LLC
Swire Oilfield Services LLC
Swivel Rental & Supply LLC
Sybil Kelly Boseman
Sylvia Marie Rose
T&B Repairs Inc.
T. Baker Smith, LLC
T.T. & Associates Inc.
Tab Products Co LLC
Tad Little
Talos ERT LLC
Talos Production LLC
Talus Technologies Inc.
Tam International
Tammany Oil & Gas LLC
Tammi A. Schenk and Fred W. Schenk
Tammy Bernard
Tampnet Inc.
Tananna Baldwin
Targa Gas Marketing LLC
Targa Midstream Services LP

75

Tave Peruzzi
Tawona Marie Archon Londo
Taylors International Services Inc.
TC Offshore LLC
TCB Fabrication, Inc.
Tech Oil Products Inc.
Technical and Quality Solutions Inc.
Technical Engineering Consulting LLC
Tejas Office Products, Inc.
Telesis Geophysical Services, LLC
Temple Gordon Koonce
Tenaris Global Services USA Corp
Tennessee Gas Pipeline
Terri Latonya Perkins
Terry Guidry
Terry Maxwell
Terry Teague
Terry Thibodeaux
Tetra Technologies, Inc.
Texas Eastern Transmission LP
Texas Gas Transmission, LLC
Texas Lehigh Cement Company LP
Texas Marine Shipyard LLC
Texas Tickids
Texflow Oilfield Specialty, Inc.
Tex-Isle Supply Inc.
Texla Energy Management
TH1, LLC
The Bank of New York Mellon
The Bolton Group, LLC
The Cavins Corporation
The Chateau Hotel
The L Group Inc.
The Lubrizol Corporation
The Response Group LLC
The University of Texas at Austin
Thelma Gordon
Theopolis Baldwin Jr.
Theresa L. Beam Doucet and Roland Doucet Jr.
Theresa Moore Glover
Thomas Church Farnsworth III
Thomas Energy Services LLC
Thomas Lamme
Thomas Moses Jr.
Thomas Poncik
Thomas Tools
Thomas Trammell
Thomas W. Rivers
Thomson Reuters (Tax & Accounting) Inc.
Thomson Reuters-West
Thru-Tubing Systems

76

Tibco Software, Inc.
Tierra Lease Service, LLC
Tiffani Nycole Hughes
Tiffany Williams Jones
Tiffanye Brooks
Tiger Safety
Tiger Tanks
Timbalier Sales & Rental Inc.
Timken Gears & Services Inc.
Timothy John Ryhmes
Timothy Morgan
Timothy Ray Krenek
Timothy Smith
Tioram Subsea Inc.
Tish Coleman
TMR Exploration Inc.
Toby McCullough
Todd Avery Little
Todd Dragulski
Todd Duet
Todd's Car Wash LLC
Tom Young Jr.
Tomeka Reshea Wilson
Tommy Combs
Tony Craven Jr.
Toshiba Financial Services
Total Production Supply, LLC
Total System Integrators
Touchet Contractors
Towers Watson Delaware Inc.
Tracy Lynn Bourque
Tracy Marion
Transcontinental Gas Pipeline Co, LLC
Travis Cantrell
Travis Hough
Travis Mire
Trejour Hurst
Tremichael Hurst
Trend Services Inc.
Trey O'Neal Thompson
Trey Sandoz
Trinity Consultants Inc.
Trinity Tool Rentals LLC
Tripoint
Trisha Hackett
Tri-Star Protector Svc. Co.
Tri-Star Protectors
Triton Diving Services Inc.
Troy Allen
Troy Clark
Troy Dequincy Linzer

77

Troy Gant
Troy Lee Mitchell
Troy Racca
Troy Wayne Brashear
Troylond Malon Wise
Truitt Smith
Trunkline Field Services LLC
Trunkline Gas Company LLC
Trussco, Inc.
Trustee for Ester &William Grady Trust
TSB Offshore Inc.
Ttl Subsea, Inc.
Tuboscope
Tubular Solutions, Inc.
Tumi Agboola
Turbo Power System Inc.
Turnkey Environment Management Services LLC
Tw Telecom Holdings LLC
Tyler Maris Lewis
Tylor Fontenot
Tymara Gray
Tyrone C. Moncriffe
Tyrone Morris Kirby
U S Coast Guard
U.S. Army Corp of Engineers
U.S. Environmental Protection Agency
U.S. Trustee
UBS Financial Services, Inc.
Uceta Lanay Derouen Bogan
Uline, Inc.
Ultra Sales Association, Inc.
Unisource Supply, Inc.
United Energy Trading, LLC
United Fire & Safety LLC
United States K-9 Unlimited, LLC
United States Treasury
Universal Equipment Inc.
Universal Glass
University of Houston Law Foundation
Unocal Pipeline Co.
Ups Midstream Service Inc.
Upstream
Upstream Exploration LLC
US Bank Corporate Trust Services
US Bank National Association
US Dept. of Commerce - NOAA
Valerie Ann Moncriffe Simon
Valerie Walker
Vallourec Tube Alloy, LLC
Vam USA LLC
Van Raynard Preston

78

Vanessa Ann Linzer Davis
Vanessa Ann Sims Bailey
Vanessa Mendez
Variable Bore Rams Inc.
Vashon Evette Archon
Vegetation Mgt. Specialists Inc.
Velocity Databank Inc.
Venice Gathering System LLC
Venkatesh Bhat
Verified Controls, LLC
Veriforce LLC
Veris Global, LLC
Vermilion Abstract Co
Vermilion Corporation
Vermilion Parish Sheriff's Office
Versa Integrity Group Inc.
Versabar Inc.
Versabuild LLC
Versalis Americas Inc.
Versamarine, LLC
Versatech Automation Services LLC
Vesco Rental & Pressure Control LLC
Vetco Gray Inc.
Victoria Rhymes Potts
Viking Engineering LC
Viking Fabricators LLC
Viking Life Saving Equipment America, Inc.
Vision Service Plan Insurance Company
Vistra Management Services
Viviana Bravo-Rojas
Vme Process, Inc.
Von Magee
Voorhies Supply Co.
Vwp Jr Inc.
Wade "Don" Ballard
Wade Bruce Cornelson
Wade Willie Clark Jr.
Wageworks Inc.
Wagner Oil Company
Walbert G. Levy Revocable Trust
Wallace John Francis
Walter C English Jr Estate
Walter Jones Jr.
Walter Jones, Jr.
Walter Mark Dietlein
Walter Prevost
Ward Leonard
Waste Auditors Inc.
Waste Connections Bayou, Inc.
Waste Corporation of Texas
Waveland Services, Inc.

79

Weatherford Artificial Lift Systems
Weatherford Gemoco
Weatherford International
Weatherford U.S., L.P.
Weaver
Weeks Family LLC
Weir Seaboard
Weiser-Brown Operating Company
Well Control School
Wellbore Fishing & Rental Tools LLC
Wellez Information Management, LLC
Wellhead & Valve Services, LLC
Wells Fargo Financial Leasing Inc.
Welltec Inc.
Wendy Fontenette Gambles
West Cameron Dehydration Co LLC
West Harris County Mud # 1
West Jefferson Industrial Medicine LLC
Westchase Fairfield Inn & Suites
Westerngeco, LLC
Wet Tech Energy Inc.
Wharton County Tax A/C
Whitco Pump & Equipment LLC
Whitco Supply LLC
White Oak Operating Co., LLC
White Oak Resources VI, LLC
White Rock Oil & Gas LLC
Whitecap Pipeline Company LLC
Whitley Penn LLP
Whitney Fontenette
Whitney Oil & Gas, LLC
Wilbert Dale Gant
Wild Well Control Inc.
Wilkens Weather Technologies Inc.
Wilkerson Transportation, Inc.
Wilkinson Technologies, Ltd
Will Paulsen
Willard James Thompson
William L Welch and Patricia Cogley Welch
William Moore
William Pickett
William Pogue
William R Suggs Jr.
Williams Field Services Company
Williams Oil Gathering, LLC
Willie Mitchell III
Willis of Tennessee, Inc.
Willkie Farr and Gallagher LLP
Wilmer J Baudoin Jr.
Wilson Rodriguez
Wilton Mitchell

80

W-Industries Inc. - Texas
W-Industries of Louisiana, LLC
Winnie Antoinette Johnson Dupree
Winnifred Joyce Bouie
Wireline Control Systems, LLC
Wireline Repair Services Inc.
WME IMG Holdings
Wolfepak Software, LLC
Wonderware West
Wood Group Kenny Inc.
Wood Group USA Inc.
Woods Hole Group, Inc.
Woody Hunt
Work Designs LLC
Workover Equipment Rental
Worldwide Energy Services Inc.
Worldwide Express Investment Holdings, LLC
Wren Lemmon
Wright Wade Adams III
WTS Well Test Solution Inc.
Wyatt Steen
XL Systems LP
X-Pro LLC
Yetter Coleman LLP
Youngsville Sports Complex
Yvonda Lynn Young Randolph
Zachry Exploration LLC
Zee Medical Service Co.
Zelma Thompson Gabriel
Zenergy Offshore Operating Co., LLC
Zenetta Kyung Lee
Zeno Digital Solutions, LLC
Zetaware Inc.
Zinc Consultants Ltd.

**Notice of Appearance Party/Interested Party**
A2D Technologies, Inc. d/b/a TGS Geological Products and Services
Acadian Contractors, Inc.
Apache Corporation
A-Port LLC
Archrock Partners Operating, LLC
Archrock Service LP
Cantor Fitzgerald Securities
CCG Services (U.S.) Inc.
C-Dive, L.L.C.
CETCO Energy Services Company, LLC
Chevron U.S.A. Inc.
Cypress-Fairbanks ISD
Discovery Gas Transmission LLC
Endurance American Insurance Company
ENI Petroleum US LLC

81

ENI US Operating Co. Inc.
Facilities Consulting Group, LLC
Goldman Sachs Bank USA
Gulfstar One LLC
Halliburton Energy Services, Inc.
Harris County
Helis Oil & Gas Company, LLC
Island Operating Company Inc.
Jefferson County
JX Nippon Oil Exploration (U.S.A.) Limited
Lavaca County
Lexon Insurance Company
Liberty Mutual Insurance Company
Linear Controls, Inc.
Live Oak CAD
Matagorda County
Partco, LLC
Petro Amigos Supply, Inc.
Philadelphia Indemnity Insurance Company
Railroad Commission of Texas
Red Willow Offshore, LLC
Renaissance Offshore, LLC
Rio Grande City CISD
RLI Insurance Company
SBM Gulf Production LLC
Seitel Data, Ltd.
Sheldon Independent School District
Starr County
State of Louisiana, Department of Natural Resources
Subsea 7 LLC
Tana Exploration Company, LLC
TC Oil Louisiana, LLC
Tetra Applied Technologies, Inc.
TGS AP Investments AS
TGS-NOPEC Geophysical Company
TGS-NOPEC Geophysical Company ASA
The Hanover Insurance Company
Transcontinental Gas Pipe Line Company, LLC
U.S. Department of the Interior
U.S. Specialty Insurance Company
Westerngeco LLC
WFS Liquids LLC
Williams Field Services-Gulf Coast Company LLC
Zurich American Insurance Company

**Official Committee of Unsecured Creditors (Members and Professionals)**
Oceaneering International, Inc.
Subsea 7 US LLC
Halliburton Energy Services, Inc.
TETRA Technologies. Inc.
Workstrings International, L.L.C.

61542/0001-21316974v2

83

## Schedule 2

## Conway MacKenzie Past and Present Representation of and Contacts with Parties in Interest

Conway MacKenzie, LLC. has represented and/or had contacts with the following Parties in Interest, in matters wholly unrelated to the Debtors and their bankruptcy Cases:

| Party Details | Description |
|---|---|
| A Fare Extraordinaire Inc. | A Fare Extraordinaire Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Abaco Energy Technologies LLC | Abaco Energy Technologies LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| ACS Maintenance Solutions, Inc. | ACS Maintenance Solutions, Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| ADP, LLC | ADP, LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Airgas USA LLC | Airgas USA LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Alston & Bird LLP | Alston & Bird LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| American Express | American Express and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Andrews Kurth Kenyon LLP | Andrews Kurth Kenyon LLP and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Ann Harris Bennett Harris County Tax Assessor | Ann Harris Bennett Harris County Tax Assessor and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Antares | Antares and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| AON Risk Services | AON Risk Services and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| AT&T Corp. | AT&T Corp. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| AT&T Mobility | AT&T Mobility and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |

| Babson (Barings) | Babson (Barings) and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
|---|---|
| **Baker Hughes Oilfield Operations Inc.** | Baker Hughes Oilfield Operations Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Baker, Donelson, Bearman, Caldwell, Berkowit** | Baker, Donelson, Bearman, Caldwell, Berkowit and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Bank of America, N.A.** | Bank of America, N.A. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Barings Corporate Investors** | Barings Corporate Investors or certain of its affiliates are an equityholder of a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Blank Rome LLP** | Blank Rome LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Bolttech Mannings Inc.** | Bolttech Mannings Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Bryan Cave Leighton Paisner LLP** | Bryan Cave Leighton Paisner LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Bryan East** | Bryan East and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Capital One, N.A.** | Capital One, N.A. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **CEI** | CEI and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Cobalt International Energy** | Cobalt International Energy and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Cobalt International Energy, Inc.** | Cobalt International Energy, Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Credit Suisse** | Credit Suisse and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Daigle Fisse & Kessenich, PLC** | Daigle Fisse & Kessenich, PLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |

2

| Davis Polk & Wardwell LLP | Davis Polk & Wardwell LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
|---|---|
| Delaware Secretary Of State | Delaware Secretary Of State and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Department Of Finance State Comptroller'S Office | Department Of Finance State Comptroller'S Office and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Department of Justice | Department of Justice and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| DirecTV | DirecTV and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Energage, LLC | Energage, LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Ernst & Young LLP | Ernst & Young LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Ernst & Young Product Sales LLC | Ernst & Young Product Sales LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Federal Express Corporation | Federal Express Corporation and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Federal Trade Commission | Federal Trade Commission and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| FINRA | FINRA and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| First Choice Coffee Services | First Choice Coffee Services and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| First Insurance Funding Corp | First Insurance Funding Corp and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Foley & Lardner LLP | Foley & Lardner LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Gardere Wynne Sewell LLP | Gardere Wynne Sewell LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Glassdoor. Inc. | Glassdoor. Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |

61542/0001-21316974v2

| | |
|---|---|
| **Goldman** | Goldman and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Goldman Sachs & Co. LLC** | Goldman Sachs & Co. LLC and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Goldman Sachs Bank USA** | Goldman Sachs Bank USA and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Halliburton Energy Services, Inc.** | Halliburton Energy Services, Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Hamilton Engineering Inc.** | Hamilton Engineering Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Hart Energy Publishing, LLP** | Hart Energy Publishing, LLP and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Haynes And Boone, LLP** | Haynes And Boone, LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Hcl Mechanical Services. LLC** | Hcl Mechanical Services. LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Holland & Knight LLP** | Holland & Knight LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Houlihan Lokey Capital Inc.** | Houlihan Lokey Capital Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **IHS Global Inc.** | IHS Global Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Iron Mountain** | Iron Mountain and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **J.P. Morgan Chase Bank, N.A.** | J.P. Morgan Chase Bank, N.A. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Jackson Walker LLP** | Jackson Walker LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **John H Carter Co., Inc.** | John H Carter Co., Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |

| JP Morgan Chase Bank NA | JP Morgan Chase Bank NA and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
|---|---|
| Katten Muchin Rosenman LLP | Katten Muchin Rosenman LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| KPMG LLP | KPMG LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Latham & Watkins LLP | Latham & Watkins LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Matthew Foret | Matthew Foret and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Mayer Brown, LLP | Mayer Brown, LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Michael Barre | Michael Barre and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Michael King | Michael King and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Michael Kinzel | Michael Kinzel and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Michael Yearick | Michael Yearick and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Microsoft Licensing, GP | Microsoft Licensing, GP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Mike Sullivan | Mike Sullivan and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Mike Sullivan, Tax Assessor-Collector (TX) | Mike Sullivan, Tax Assessor- Collector (TX) and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Monroe Capital Management LLC | Monroe Capital Management LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Morgan Stanley | Morgan Stanley and certain of its affiliates are a current or former advisory client of the Firm in connection with situations unrelated to the Debtors. |
| Moses & Singer | Moses & Singer and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |

5

| Newfield Exploration Company | Newfield Exploration Company and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
|---|---|
| O'Melveny & Myers LLP | O'Melveny & Myers LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Oaktree | Oaktree and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Oaktree Capital | Oaktree Capital and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Ocean Flow International LLC | Ocean Flow International LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Office Depot Inc. | Office Depot Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Opportune LLP | Opportune LLP and certain of its affiliates are a current or former advisory client of the Firm in connection with situations unrelated to the Debtors. |
| Paradigm | Paradigm and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Pitney Bowes Global Financial | Pitney Bowes Global Financial and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Pitney Bowes Postage By Phone | Pitney Bowes Postage By Phone and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| PLS Inc./PLS Inc. | PLS Inc./PLS Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Refinitiv US LLC | Refinitiv US LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Reorg Research Limited | Reorg Research Limited and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Richard Haralson | Richard Haralson is a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Shred-It Usa LLC | Shred-It Usa LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Simpson Thacher & Bartlett LLP | Simpson Thacher & Bartlett LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |

6

| | |
|---|---|
| **Sirius Solutions, LLP** | Sirius Solutions, LLP and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Sky High** | Sky High and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **SP Plus Corporation** | SP Plus Corporation and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Squire Patton Boggs (US) LLP** | Squire Patton Boggs (US) LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Texas Comptroller Of Public Accounts** | Texas Comptroller Of Public Accounts and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **The Carlyle Group L.P.** | The Carlyle Group L.P. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **The Goldman Sachs Group, Inc.** | The Goldman Sachs Group, Inc. and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| **The Guardian Life Insurance Company** | The Guardian Life Insurance Company and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **The University of Texas at Austin** | The University of Texas at Austin and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **THL Credit Advisors LLC** | THL Credit Advisors LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Thompson & Knight LLP** | Thompson & Knight LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Thompson Coburn LLP** | Thompson Coburn LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Thomson Reuters (Tax & Accounting) Inc.** | Thomson Reuters (Tax & Accounting) Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Thomson Reuters-West** | Thomson Reuters-West and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Timothy Smith** | Timothy Smith is a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Travelers** | Travelers and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |

7

| Uline, Inc. | Uline, Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
|---|---|
| United States Treasury | United States Treasury and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| University Of Dayton | University Of Dayton and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| US Bank Corporate Trust Services | US Bank Corporate Trust Services and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| US Bank N.A. | US Bank N.A. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| US Bank National Association | US Bank National Association and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Verizon Wireless | Verizon Wireless and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Vinson & Elkins LLP | Vinson & Elkins LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Weil, Gotshal & Manges LLP | Weil, Gotshal & Manges LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| White Oak Resources VI, LLC | White Oak Resources VI, LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Whitley Penn LLP | Whitley Penn LLP and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Willis Towers Watson | Willis Towers Watson and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Willis Towers Watson US, LLC | Willis Towers Watson Us, LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Willkie Farr And Gallagher LLP | Willkie Farr And Gallagher LLP and certain of its affiliates are a current or former advisory client of the Firm in connection with situations unrelated to the Debtors. |

## Schedule 3

## Riveron Past and Present Representation of and Contacts with Parties in Interest

Riveron has represented and/or had contacts with the following Parties in Interest, in matters wholly unrelated to the Debtors and their bankruptcy Cases:

| Party Details | Description |
|---|---|
| Accountemps | Accountemps and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |
| American Express | American Express and certain of its affiliates are a current or former vendor and referral source of Riveron in connection with situations unrelated to the Debtors. |
| Andre Bernard | Andre Bernard is a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Andrews Kurth Kenyon LLP | Andrews Kurth Kenyon LLP is a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| AON Risk Services | AON Risk Services and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| AT& T Corp. | AT& T Corp. and certain of its affiliates are a current or former client and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| AT&T Mobility | AT&T Mobility and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| B & B Oilfield Services LLC | B & B Oilfield Services LLC and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Bank Of America, N.A. | Bank Of America, N.A. and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Barclays Capital Inc. | Barclays Capital Inc. and certain of its affiliates are a current or former advisory client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| Bill Swingle | Bill Swingle and certain of its affiliates are a current or former advisory clients and referral sources ofRiveron in connection with situations unrelated to the Debtors. |
| Boc Pension Investment Fund C/O Invesco Senior Secured Management Inc. | Boc Pension Investment Fund C/O Invesco Senior Secured Management Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Canon Financial Services, Inc. | Canon Financial Services, Inc. and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |

9

| Capital Corporate Services, Inc. | Capital Corporate Services, Inc. and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
|---|---|
| Championx LLC | Championx LLC and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Citibank, N.A | Citibank, N.A and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Credit Suisse | Credit Suisse and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Cristo Rey Work Study Program, Inc. | Cristo Rey Work Study Program, Inc. and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| Davis Graham & Stubbs LLP | Davis Graham & Stubbs LLP and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| Deloitte Tax LLP | Deloitte Tax LLP and certain of its affiliates are a current or former auditor and referral source of Riveron and a referral source in connection with situations unrelated to the Debtors. |
| Deloitte Transactions Business Analytics LLP | Deloitte Transactions Business Analytics LLP and certain of its affiliates are a current or former auditor of Riveron and a referral source in connection with situations unrelated to the Debtors. |
| Deutsche Bank Ag | Deutsche Financial Servicesis a current or former advisory client of Riveron in connection with situations unrelated to the Debtors. |
| Donnelley Financial Solutions | Donnelley Financial Solutions and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| Dresser | Dresser and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Ecoserv, LLC | Ecoserv, LLC and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Encino Operating, LLC | Encino Operating, LLC and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| Enven Energy Ventures LLC | Enven Energy Ventures LLC and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| Ernst & Young LLP | Ernst & Young LLP and certain of its affiliates are a current or former auditor of the Riveron and a referral source in connection with situations unrelated to the Debtors. |
| Fidelity Investments | Fidelity Investments and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |

10

| | |
|---|---|
| **Fieldwood Energy LLC** | Fieldwood Energy LLC and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Frank Cornay** | Frank Cornay and certain of its affiliates are a current or former referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Glassdoor. Inc.** | Glassdoor. Inc. and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |
| **Goldman** | Goldman and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Goldman Sachs & Co. LLC** | Goldman Sachs & Co. LLC and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Goldman Sachs Bank USA** | Goldman Sachs Bank USA and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Goldman Sachs Specialty Lending Holdings** | Goldman Sachs Specialty Lending Holdings and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Great American Insurance Group** | Great American Insurance Group and certain of its affiliates are a current or former referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Greene's Energy Group, LLC** | Greene'S Energy Group, LLC and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Gyrodata, Inc.** | Gyrodata, Inc. and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Hanover Insurance Company** | Hanover Insurance Company and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |
| **Highland Capital / Highland Capital Management, L.P.** | Highland Capital / Highland Capital Management, L.P. and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Houlihan Lokey Capital Inc.** | Houlihan Lokey Capital Inc. and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Hub International Gulf South Limited** | Hub International Gulf South Limited and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Hudson Products Corp.** | Hudson Products Corp. and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |

11

| Hyatt Regency Lost Pines Resort and Spa | Hyatt Regency Lost Pines Resort and Spa and certain of its affiliates are a current or former referral sources of the Riveron in connection with situations unrelated to the Debtors. |
|---|---|
| Impact Selector Inc. | Impact Selector Inc. and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| Internal Revenue Service | Internal Revenue Service and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |
| Invesco | Invesco and certain affiliates are a current or former client or referral source of Riveron in connection with situations unrelated to the Debtors. |
| Iron Mountain | Iron Mountain and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| Jefferies Holdings | Jefferies Holdings and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Jefferies LLC | Jefferies LLC and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Jerad Bloom | Jerad Bloom is a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Jo Ann Harris | Jo Ann Harris is a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Joel Davenport | Joel Davenport and certain of its affiliates aris a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| John P. Seeger | John P. Seeger is a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| John Smith | John Smith is a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Jurlean Garrett Hill | Jurlean Garrett Hill is a current or former referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| Juston Tucker | Juston Tucker is a current or former advisory clients and referral source of the Riveron in connection with situations unrelated to the Debtors. |
| Kosmos Energy Gulf of Mexico Operations, LLC | Kosmos Energy Gulf Of Mexico Operations, LLC and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| KPMG LLP | KPMG LLP and certain of its affiliates are a current or former auditor of the Riveron and a referral source in connection with situations unrelated to the Debtors. |
| Lee Hecht Harrison LLC | Lee Hecht Harrison LLC and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |

61542/0001-21316974v2

| | |
|---|---|
| **Lime Rock Resources** | Lime Rock Resources and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Linear Controls Inc.** | Linear Controls Inc. and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Macquarie Group** | Macquarie Group and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Mario Rios** | Mario Rios is a current or former advisory client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Mark Wilson** | Mark Wilson is a current or former advisory client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Melba Trahan** | Melba Trahan and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Mercer** | Mercer and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Mercer (US) Inc.** | Mercer (US) Inc. and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Michael James Lee** | Michael James Lee is a current or former referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Michael Yearick** | Michael Yearick is a current or former advisory client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Mike Sullivan** | Mike Sullivan is a current or former advisory client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Mike Sullivan, Tax Assessor-Collector (TX)** | Mike Sullivan, Tax Assessor- Collector (TX) is a current or former advisory clients and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Monroe Capital Management LLC** | Monroe Capital Management LLC and certain of its affiliates are a current or former clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Morgan Stanley** | Morgan Stanley and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Nexbank** | Nexbank and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Northwestern Mutual Life** | Northwestern Mutual Life and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Northwestern Mutual Life Insurance Company** | Northwestern Mutual Life Insurance Company and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |

13

| Oaktree Capital | Oaktree Capital and certain of its affiliates are a current or former clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
|---|---|
| Office Depot Inc. | Office Depot Inc. and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Opportune LLP | Opportune LLP and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Paradigm | Paradigm and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Permian Tank Manufacturing | Permian Tank Manufacturing is a former client of Riveron in connection with situations unrelated to the Debtors. |
| Pitney Bowes Global Financial | Pitney Bowes Global Financial and certain of its affiliates are a current or former vendor ofRiveron in connection with situations unrelated to the Debtors. |
| Pricewaterhousecoopers LLP | Pricewaterhousecoopers LLP and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| Quorum Business Solutions (USA), Inc. | Quorum Business Solutions (USA), Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Quorum Business Solutions, Inc. | Quorum Business Solutions, Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Reorg Research Limited | Reorg Research Limited and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| Resman AS | Resman AS and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Rignet Inc. | Rignet Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Riverstone | Riverstone and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Riverstone Holdings LLC | Riverstone Holdings LLC and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Robert D. Abell | Robert D. Abell and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Robert Half Technology | Robert Half Technology and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |

14

| | |
|---|---|
| **Royce Anderson** | Royce Anderson and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Ryan, LLC** | Ryan, LLC and certain of its affiliates are a current or former referral source of the Riveron in connection with situations unrelated to the Debtors. |
| **Sentry Insurance A Mutual Company C/O Invesco Senior Secured Mgmt. Inc.** | Sentry Insurance A Mutual Company C/O Invesco Senior Secured Mgmt. Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Southcross Energy** | Southcross Energy and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Stallion Oilfield Services Ltd.** | Stallion Oilfield Services Ltd. and certain of its affiliates are a current or former client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Stifel Financial Corp.** | Stifel Financial Corp. and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Superior Energy Services LLC** | Superior Energy Services LLC and certain of its affiliates are a current or former client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Tenneco Oil Company** | Tenneco Oil Company and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Texas Comptroller Of Public Accounts** | Texas Comptroller Of Public Accounts and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **The Carlyle Group L.P.** | The Carlyle Group L.P. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **The Goldman Sachs Group, Inc.** | The Goldman Sachs Group, Inc. and certain of its affiliates are a current or former clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **The Hanover Insurance Company** | The Hanover Insurance Company and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Tiffanye Brooks** | Tiffanye Brooks and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Total Safety U.S., Inc.** | Total Safety U.S., Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Trinity Consultants Inc.** | Trinity Consultants Inc. and certain of its affiliates are a current or former client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Tripoint** | Tripoint and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |

15

| | |
|---|---|
| **U.S. Internal Revenue Service ("IRS")** | U.S. Internal Revenue Service ("IRS") and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Uline, Inc.** | Uline, Inc. and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **United States Treasury** | United States Treasury and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Waste Management, Inc.** | Waste Management, Inc. and certain of its affiliates are a current or former client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Weatherford International** | Weatherford International and certain of its affiliates are a current or former referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Weaver** | Weaver and certain of its affiliates are a current or former advisory clients and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Wells Fargo Financial Leasing Inc.** | Wells Fargo Financial Leasing Inc. and certain of its affiliates are a current or former client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Whitley Penn LLP** | Whitley Penn LLP and certain of its affiliates are a current or former vendor and referral source of Riveron in connection with situations unrelated to the Debtors. |

16

## **Schedule 4**

### **HIG Funds**

H.I.G. Advantage Buyout Fund, L.P.

H.I.G. Bayside Debt & LBO Fund II, L.P.

H.I.G. Brazil & Latin America Partners, L.P.H.I.G. Capital Partners II, L.P.

H.I.G. Capital Partners III, L.P.

H.I.G. Capital Partners IV, L.P.

H.I.G. Capital Partners V, L.P.

H.I.G. Europe Capital Partners, L.P.

H.I.G. Europe Capital Partners II, L.P.

H.I.G. Growth Buyouts & Equity Fund II, L.P.

H.I.G. Growth Buyouts & Equity Fund III, L.P.

H.I.G. Middle Market LBO Fund II, L.P.

H.I.G. Middle Market LBO Fund III, L.P.

rive

61542/0001-21316974v2

# EXHIBIT C

## (Indemnification Provisions)

In the event that Conway MacKenzie, LLC. ("Conway MacKenzie") or any of its affiliates, partners, officers, directors, shareholders, agents, employees or controlling persons (collectively, the "Indemnified Persons" and each, an "Indemnified Person") becomes involved in any capacity in any claim, action, proceeding or investigation (collectively, "Actions") brought by or against any person, including equity holders of the Debtor, in connection with or as a result of Conway MacKenzie's engagement as financial advisor to the Official Unsecured Creditors' Committee (the "Committee"), the Debtors periodically will advance to the Indemnified Persons amounts necessary to pay their reasonable out-of-pocket legal and other expenses (including the cost of any investigation and preparation) incurred in connection therewith; provided, however, that if it is finally found (in a non-appealable judgment) by a court of competent jurisdiction that any loss, claim, judgment, damage or liability of an Indemnified Person has resulted primarily from the gross negligence or willful misconduct of such Indemnified Person in performing the services on behalf of the Committee, such Indemnified Person shall repay such portion of the advanced amounts that is attributable to expenses incurred in relation to the act or omission of such Indemnified Person that is the subject of such non-appealable judgment. The Debtors also will indemnify and hold the Indemnified Persons harmless from and against any and all losses, claims, judgments, damages or liabilities to which such Indemnified Person may become subject under any applicable law, or otherwise, that is related to, arising out of, or in connection with Conway MacKenzie's engagement on behalf of the Committee and without regard to the exclusive or contributory negligence of any Indemnified Person except to the extent that it is finally found (in a non-appealable judgment) that any such loss, claim, damage of liability resulted primarily from the gross negligence, willful misconduct or bad faith of the Indemnified Persons in performing the services on behalf of the Committee.

Upon receipt by an Indemnified Person of actual notice of an Action against such Indemnified Person with respect to which indemnity may be sought, such Indemnified Person shall promptly notify the Debtors in writing; provided that failure to so notify the Debtors shall not relieve the Debtors from any liability that the Debtors may have on account of this indemnity or otherwise, except to the extent the Debtors shall have been materially prejudiced by such failure. The Debtors shall, if requested by the Indemnified Person, assume the defense of any such Action, including the employment of counsel reasonably satisfactory to the Indemnified Person. An Indemnified Person may retain separate counsel to represent it in the defense of any Action, which shall be at the expense of the Debtors if (i) the Indemnified Party does not request the Debtors to assume the defense of any such Action or the Debtors does not assume the defense of the Action within a reasonable period of time after being requested to assume the defense of the Action, or (ii) the Indemnified Person is advised by counsel in writing that there is an actual or potential conflict in the Debtors' and the Indemnified Person's respective interests or additional defenses are available to the Indemnified Person, which makes representation by the same counsel inappropriate; provided that in no event shall the Debtors be obligated to pay expenses for more than one counsel in any one jurisdiction for all Indemnified Persons in connection with any Action.

No Indemnified Person shall have any liability (whether direct or indirect, in contract or tort or otherwise) to the Debtors or its equity holders or creditors related to, arising out of, or in connection with, advice or services rendered or to be rendered by any Indemnified Person on behalf of the Committee, the transactions contemplated in this Case or any Indemnified Person's actions or inactions in connection with any such advice, services or transactions except to the extent any loss, claim, judgment, damage or liability is finally found (in a non-appealable judgment) by a court of competent jurisdiction to have resulted from the Indemnified Person's gross negligence or willful misconduct.

If for any reason, the foregoing indemnification is unavailable to an Indemnified Person or insufficient to hold it harmless, then the Debtors shall contribute to the amount paid or payable by the Indemnified Person as a result of such loss, claim, damage or liability in such proportion as is appropriate to reflect (i) the relative economic benefits to the Debtors and its equity holders, on the one hand, and to the Indemnified Persons, on the other hand, of the matters covered by this engagement; or (ii) if the allocation provided by the immediately preceding clause is not permitted by applicable law, not only such relative economic benefits but also the relative fault of the Debtors, on the one hand, and the Indemnified Persons, on the other hand, with respect to such loss, claim, damage or liability and any other relevant equitable considerations. For purposes of this paragraph, the relative economic benefits to the Indemnified Persons of the matters contemplated on behalf of the Committee, shall be deemed to be the fees paid or to be paid to Conway MacKenzie; provided, however, that, to the extent permitted by applicable law, in no event shall the Indemnified Persons be required to contribute an aggregate amount in excess of the aggregate fees actually paid to Conway MacKenzie.

The reimbursement, indemnity and contribution obligations of the Debtors in this Exhibit C shall be in addition to any liability which the Debtors may otherwise have, shall extend upon the same terms and conditions to any affiliate of the Indemnified Persons, and shall be binding upon and inure to the benefit of any successors, heirs and personal representatives of the Debtors, the Indemnified Persons, any such affiliate and any such person.

The Debtors shall not be required to indemnify an Indemnified Person for any amount paid or payable by the Indemnified Person in the settlement of any action, proceeding or investigation without the written consent of the Debtors, which consent shall not be unreasonably withheld.

2