**<u>Exhibit C-3</u>**

**April 1, 2021 through April 30, 2021 Fee Statement**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | **Chapter 11** |
| | **Case No. 20-33948 (MI)** |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | **Objection Deadline**: June 14, 2021 |
| **Debtors.** | |

**SUMMARY OF NINTH MONTHLY STATEMENT OF CONWAY MACKENZIE, LLC FOR PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2021 THROUGH APRIL 30, 2021**

| | Beginning of Period | End of Period |
|---|---|---|
| **Name of Applicant:** | Conway MacKenzie, LLC | |
| **Applicant's Role in Case:** | Financial Advisor to Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | October 16, 2020 (Retroactive to August 20, 2020) [Docket No. 472] | |
| **Time period covered by this Application:** | 4/1/2021 | 4/30/2021 |
| **Time period covered by prior Applications:** | 8/20/2020 | 3/31/2021 |
| **Total fees requested in all prior Applications:** | | $3,435,251.20 |
| **Total fees requested in this Application:** | | $190,757.20 (80% of $238,446.50) |
| **Total professional fees requested in this Application:** | | $237,694.50 |
| **Total actual professional hours covered by this Application:** | | 352.5 |
| **Average hourly rate for professionals:** | | $674.31 |
| **Total paraprofessional fees requested in this Application:** | | $752.00 |
| **Total actual paraprofessional hours covered by this Application:** | | 3.2 |
| **Average hourly rate for paraprofessionals:** | | $235.00 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| Reimbursable expenses sought in this application: | $1,963.75 |
|---|---|
| **Indicate whether plan has been confirmed:** | No |

This is a __X__ monthly ____ interim ____ final application.

The Conway MacKenzie, LLC professionals who rendered services in these cases during the Ninth Application Period are:

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---:|---:|---:|
| John T. Young, Jr. | Senior Managing Director | $1,285.00 | 19.8 | $25,443.00 |
| Paul F. Jansen | Managing Director | $1,025.00 | 32.7 | $33,517.50 |
| Andrew J. Bekker | Director | $760.00 | 107.1 | $81,396.00 |
| Arjun N. Patel | Senior Associate | $570.00 | 105.0 | $59,850.00 |
| Christopher A. Winter | Associate | $440.00 | 48.3 | $21,252.00 |
| Ethan J. Stanley | Associate | $410.00 | 39.6 | $16,236.00 |
| Natalie J. Klein | Administrative Assistant | $235.00 | 3.2 | $752.00 |
| **Total Hours and Fees** | | | **355.7** | **$238,446.50** |
| **Blended Rate** | | **$670.36** | | |

The total hours and fees incurred, by Task Code, during the Ninth Application Period are:

| Task Code | Hours | Amount |
|---|---|---|
| Business Analysis | 16.9 | $9,311.00 |
| Case Administration | 12.0 | $10,930.00 |
| Cash Flow Analysis/Reporting | 42.9 | $27,159.00 |
| Claims Analysis | 40.1 | $28,090.50 |
| Fee/Employment Applications | 31.5 | $14,069.00 |
| Meetings and Communications | 4.4 | $2,934.00 |
| Monthly Operating Reports | 10.2 | $5,471.00 |
| Plan and Disclosure Statement | 197.7 | $140,481.50 |
| **Total Fees** | **355.7** | **$238,446.50** |

The total amounts of expenses, by expense category, during the Ninth Application Period are:

| Expense Category | Amount |
|---|---|
| Research | $1,963.75 |
| **Total Out-of-Pocket Expenses** | **$1,963.75** |

Expense detail by professional during the Ninth Application Period are:

| Date | Expense Category | Description | Cost |
|---|---|---|---|
| 4/16/2021 | Research | Research Software Subscription | $1,963.75 |
| **Total Expenses** | | | **$1,963.75** |

Time detail by professional during the Ninth Application Period are:

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 4/1/2021 | Christopher A. Winter | Business Analysis | Internal call among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss case updates and workstream | 0.7 |
| 4/1/2021 | Arjun N. Patel | Business Analysis | Internal call among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss case updates and workstream | 0.7 |
| 4/1/2021 | Andrew J. Bekker | Business Analysis | Internal call among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss case updates and workstream | 0.7 |
| 4/1/2021 | Ethan J. Stanley | Business Analysis | Internal call among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss case updates and workstream | 0.7 |
| 4/6/2021 | Christopher A. Winter | Business Analysis | Analyze the two uploaded reserve reports for variance comparisons to mid-year reports | 1.8 |
| 4/7/2021 | Arjun N. Patel | Business Analysis | Analysis of new reserve reports to get an updated view P&A by reorganized entity | 2.1 |
| 4/8/2021 | Christopher A. Winter | Business Analysis | Update and modify the commodity slides to run more efficiently in the weekly liquidity update with Bloomberg formulas to create automation | 0.8 |
| 4/9/2021 | Christopher A. Winter | Business Analysis | Internal telephonic meeting among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss case updates | 0.3 |
| 4/9/2021 | Arjun N. Patel | Business Analysis | Internal telephonic meeting among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss case updates | 0.3 |
| 4/9/2021 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss case updates | 0.3 |
| 4/9/2021 | Ethan J. Stanley | Business Analysis | Internal telephonic meeting among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss case updates | 0.3 |
| 4/12/2021 | Arjun N. Patel | Business Analysis | Internal call between A. Patel and E. Stanley to discuss case updates and workstream for the week | 0.3 |
| 4/12/2021 | Ethan J. Stanley | Business Analysis | Internal call between A. Patel and E. Stanley to discuss case updates and workstream for the week | 0.3 |
| 4/23/2021 | Arjun N. Patel | Business Analysis | Internal telephonic meeting among A. Bekker, A. Patel, and E. Stanley to discuss case updates | 0.3 |
| 4/23/2021 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting among A. Bekker, A. Patel, and E. Stanley to discuss case updates | 0.3 |
| 4/23/2021 | Ethan J. Stanley | Business Analysis | Internal telephonic meeting among A. Bekker, A. Patel, and E. Stanley to discuss case updates | 0.3 |
| 4/27/2021 | Andrew J. Bekker | Business Analysis | Review updates related to Fieldwood Mexico production | 0.7 |
| 4/29/2021 | Arjun N. Patel | Business Analysis | Analysis of Fieldwood Mexico data to validate projections with estimates provided in press article | 1.8 |
| 4/29/2021 | Arjun N. Patel | Business Analysis | Analysis of NewCo financial model to review projected revenues and production from Fieldwood Mexico | 2.0 |
| 4/29/2021 | Christopher A. Winter | Business Analysis | Prepare the updated commodity slides in the weekly UCC presentation | 1.0 |
| 4/29/2021 | Andrew J. Bekker | Business Analysis | Review forecast for Fieldwood Mexico in order to benchmark public production levels | 0.6 |
| 4/29/2021 | Arjun N. Patel | Business Analysis | Review of press article related to Fieldwood Mexico | 0.2 |
| 4/30/2021 | Arjun N. Patel | Business Analysis | Internal telephonic meeting between A. Bekker and A. Patel to discuss case updates and continued diligence workstreams | 0.2 |
| 4/30/2021 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting between A. Bekker and A. Patel to discuss case updates and continued diligence workstreams | 0.2 |
| 4/4/2021 | John T. Young, Jr. | Case Administration | Review and edit workplan related to confirmation issues | 1.1 |
| 4/6/2021 | Christopher A. Winter | Case Administration | Download and upload of all new documents received from the Stroock database regarding confirmation documents | 0.6 |
| 4/6/2021 | Christopher A. Winter | Case Administration | Review of the documentation in the Stroock database and drafting correspondence to the CM team regarding included documentation | 0.7 |
| 4/7/2021 | Arjun N. Patel | Case Administration | Review of new items posted to data room from discovery requests | 1.3 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 4/9/2021 | John T. Young, Jr. | Case Administration | Review of case workstreams and team allocation | 1.4 |
| 4/9/2021 | Andrew J. Bekker | Case Administration | Update workplan and coordinate among team | 0.5 |
| 4/16/2021 | John T. Young, Jr. | Case Administration | Review updated workplan and edit planning for confirmation issues | 1.3 |
| 4/19/2021 | Arjun N. Patel | Case Administration | Drafting of case milestones presentation to incorporate deadlines from the docket (scheduling order and amended order approving the disclosure statement) | 1.0 |
| 4/23/2021 | Andrew J. Bekker | Case Administration | Update workplan for CM team and coordinate staffing | 0.3 |
| 4/26/2021 | Christopher A. Winter | Case Administration | Internal telephonic meeting between A. Bekker and C. Winter to discuss weekly case workstreams | 0.2 |
| 4/26/2021 | Andrew J. Bekker | Case Administration | Internal telephonic meeting between A. Bekker and C. Winter to discuss weekly case workstreams | 0.2 |
| 4/28/2021 | John T. Young, Jr. | Case Administration | Review updated workplan and provide edits to structure | 1.7 |
| 4/28/2021 | Andrew J. Bekker | Case Administration | Review case calendar and update workplan | 1.0 |
| 4/29/2021 | Christopher A. Winter | Case Administration | Upload of new docs received from the Box data room to the CM internal drive | 0.5 |
| 4/29/2021 | Andrew J. Bekker | Case Administration | Prepare list of diligence items for discussion with Houlihan Lokey and AlixPartners | 0.2 |
| 4/5/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Prepare sources and uses analysis for UCC presentation | 2.1 |
| 4/5/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Reconcile updated sources and uses with prior version received from Debtors in order to prepare UCC presentation | 0.6 |
| 4/6/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Prepare formatting and adjustments to the weekly UCC liquidity updates and draft email correspondence with A. Bekker | 0.5 |
| 4/6/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Prepare the 13-week cash flow variance analysis | 2.0 |
| 4/6/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Prepare the financial covenant testing analysis | 2.1 |
| 4/8/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Update the internal check systems in the 13-week cash flow variance model as part of review for the liquidity update | 0.6 |
| 4/13/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Internal call between A. Bekker and C. Winter to discuss the liquidity analysis related to the 13-week cash flow report and February monthly operating report | 0.3 |
| 4/13/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal call between A. Bekker and C. Winter to discuss the liquidity analysis related to the 13-week cash flow report and February monthly operating report | 0.3 |
| 4/13/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review 13-week cash flow forecast and budget versus actual analysis for report to UCC | 1.5 |
| 4/13/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review updated commodity price forecasts in order to assess cash flow forecast | 0.5 |
| 4/13/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Revise the 13-week cash flow and February monthly operating report analysis per comments from A. Bekker | 2.3 |
| 4/14/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Prepare observations based on detail provided by AlixPartners regarding the 13-week cash flow and the February monthly operating report | 1.3 |
| 4/14/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review updated 13-week cash flow and MOR presentation for UCC | 0.7 |
| 4/15/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Prepare newly provided 13-week cash flow variance analysis and bridge | 1.7 |
| 4/15/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review new 13-week cash flow budget | 0.3 |
| 4/15/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review updated 13-week cash flow analysis and UCC presentation | 1.0 |
| 4/15/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Revise assumptions and ensuing changes to the 13-week cash flow and illustrative cash bridge per comments from A. Bekker | 1.8 |
| 4/16/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review drivers of cash flow variance in 13-week budget versus actual | 1.0 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 4/16/2021 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of updated 13-week cash flow forecast to analyze liquidity upon emergence | 0.8 |
| 4/16/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review updated 13-week cash flow presentation of rollforward cash at emergence analysis | 0.5 |
| 4/19/2021 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review 13-week cash flow model understanding drivers of the variance from prior projections | 1.4 |
| 4/22/2021 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review payments as required by the wages order related to the employee bonus program and KERP | 0.5 |
| 4/26/2021 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of changes to trade claims update and 13-week cash flow analysis in UCC presentation | 1.5 |
| 4/26/2021 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Supervisory review of the weekly liquidity update and cash flow at exit analysis | 1.0 |
| 4/26/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Update 13-week cash flow analysis presentation for weekly UCC meeting and distribute to counsel for review | 1.7 |
| 4/26/2021 | Arjun N. Patel | Cash Flow Analysis/Reporting | Updates to UCC presentation to incorporate supervisory comments from A. Bekker | 1.4 |
| 4/27/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Internal call between A. Patel and C. Winter to discuss drivers of variance in 13-week cash flow | 0.4 |
| 4/27/2021 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal call between A. Patel and C. Winter to discuss drivers of variance in 13-week cash flow | 0.4 |
| 4/27/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Internal telephonic meeting between P. Jansen and C. Winter to discuss the weekly liquidity update in preparation for the weekly meeting with the UCC | 0.1 |
| 4/27/2021 | Paul F. Jansen | Cash Flow Analysis/Reporting | Internal telephonic meeting between P. Jansen and C. Winter to discuss the weekly liquidity update in preparation for the weekly meeting with the UCC | 0.1 |
| 4/27/2021 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review and analysis of 13-week cash flow and changes from previous weeks models | 1.3 |
| 4/27/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review post-petition build in 13-week cash flow forecast and related variances to assess drivers | 1.5 |
| 4/27/2021 | Arjun N. Patel | Cash Flow Analysis/Reporting | Update analysis of 13-week cash flow model for changes in UCC presentation | 0.8 |
| 4/29/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Prepare the analysis of the 13-week cash flow and variance report | 2.0 |
| 4/29/2021 | Christopher A. Winter | Cash Flow Analysis/Reporting | Prepare the financial covenant test from the 13-week cash flow analysis | 2.1 |
| 4/29/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Update exit financing sources and uses table, including rollforward, to reflect updated cash flow forecast | 2.1 |
| 4/30/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Reconcile build in Debtors updated 13-week cash flow forecast from 4/29 versus 4/14 in order to assess liquidity | 1.6 |
| 4/30/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review 13-week cash flow compliance certificate | 0.5 |
| 4/30/2021 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review Debtors' updated presentation on 13-week cash flow budget versus actual | 0.6 |
| 4/1/2021 | Andrew J. Bekker | Claims Analysis | Update analysis of Disclosure Statement claims estimates and reconcile with internal estimates of claims ranges | 2.1 |
| 4/5/2021 | Arjun N. Patel | Claims Analysis | Review of relativity database for comments regarding P&A for leases of reorganized entities | 0.8 |
| 4/5/2021 | Andrew J. Bekker | Claims Analysis | Review predecessor in interest detail to update claims analysis | 1.5 |
| 4/5/2021 | Andrew J. Bekker | Claims Analysis | Review updated claims analysis to size 6B claims and update estimates | 0.3 |
| 4/5/2021 | Andrew J. Bekker | Claims Analysis | Update claims analysis to assess potential claims by all sureties and make adjustments based on exposure by field | 2.3 |
| 4/6/2021 | Arjun N. Patel | Claims Analysis | Analysis of surety claims and identification of disallowed amounts | 2.2 |
| 4/6/2021 | Andrew J. Bekker | Claims Analysis | Update P&A analysis to assess claims in Class 6B | 2.1 |
| 4/7/2021 | Arjun N. Patel | Claims Analysis | Analysis of litigation claims and potential disallowed amounts | 1.2 |
| 4/8/2021 | Arjun N. Patel | Claims Analysis | Analysis of the predecessors' claims (Hess) to reconcile potential disallowed amounts based on leases and P&A | 2.1 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 4/8/2021 | Andrew J. Bekker | Claims Analysis | Review issues related to surety bond litigation and potential claims | 0.2 |
| 4/8/2021 | Arjun N. Patel | Claims Analysis | Updates to claim analysis to incorporate newly withdrawn claims | 0.8 |
| 4/9/2021 | Arjun N. Patel | Claims Analysis | Analysis of the predecessors' claims (McMoran) to reconcile potential disallowed amounts based on leases and P&A | 1.6 |
| 4/9/2021 | Arjun N. Patel | Claims Analysis | Analysis of the predecessors' claims (Merit) to reconcile potential disallowed amounts based on leases and P&A | 1.2 |
| 4/12/2021 | Arjun N. Patel | Claims Analysis | Analysis of late filed claims and impact on Class 6 claims | 1.2 |
| 4/13/2021 | Arjun N. Patel | Claims Analysis | Update to claims analysis to incorporate updated vendor payments | 1.7 |
| 4/16/2021 | Andrew J. Bekker | Claims Analysis | Prepare analysis by number of claims of the potential creditors in each class under Fourth Amended Plan of Reorganization | 1.3 |
| 4/16/2021 | Andrew J. Bekker | Claims Analysis | Revise claims analysis in order to reflect updated assumptions on potentially late filed claims and resize claims pool under Fourth Amended Plan of Reorganization | 2.2 |
| 4/16/2021 | Andrew J. Bekker | Claims Analysis | Update claims analysis of Trade Class based on updated AP ledger and rollforward of prior period assumptions | 1.8 |
| 4/19/2021 | Andrew J. Bekker | Claims Analysis | Review predecessor in interest proof of claim and reconcile versus Debtors' estimate in Disclosure Statement | 2.1 |
| 4/19/2021 | John T. Young, Jr. | Claims Analysis | Supervisory review of revised trade claims analysis in conjunction with disclosure statement schedules | 1.5 |
| 4/19/2021 | Andrew J. Bekker | Claims Analysis | Update analysis of claims pool count by type of claim, based on diligence of proof of claim | 2.2 |
| 4/19/2021 | Andrew J. Bekker | Claims Analysis | Update analysis of Class 6A - Trade Class sizing based on updated communication from AlixPartners | 0.9 |
| 4/19/2021 | Andrew J. Bekker | Claims Analysis | Update presentation for the UCC to reflect updated analysis of Class 6A - Trade Claims | 1.6 |
| 4/21/2021 | Arjun N. Patel | Claims Analysis | Updates to claims analysis to incorporate additional trade payments | 2.1 |
| 4/27/2021 | Arjun N. Patel | Claims Analysis | Updates to claims analysis to incorporate additional trade payments from outstanding accounts payable data | 1.8 |
| 4/30/2021 | Andrew J. Bekker | Claims Analysis | Review claims file in order to assess pre-petition vendor payments and potential reductions to Class 6A and 6B claims pool | 1.3 |
| 4/1/2021 | Natalie J. Klein | Fee/Employment Applications | Drafting March invoicing and exporting internal billing timekeepers | 1.6 |
| 4/5/2021 | Ethan J. Stanley | Fee/Employment Applications | Drafting correspondence with N. Klein for invoicing related to February total billed hours for the team compared to internal billing tracker | 0.7 |
| 4/5/2021 | Ethan J. Stanley | Fee/Employment Applications | Email correspondence with team members for March time detail | 0.1 |
| 4/5/2021 | Ethan J. Stanley | Fee/Employment Applications | Prepare March monthly fee model for team time detail compilation | 0.6 |
| 4/6/2021 | Ethan J. Stanley | Fee/Employment Applications | Compile CM professionals time detail in March monthly fee model | 1.1 |
| 4/6/2021 | Ethan J. Stanley | Fee/Employment Applications | Follow up email correspondence with team members for time detail | 0.2 |
| 4/7/2021 | Ethan J. Stanley | Fee/Employment Applications | Comparison and revisions of team time detail in March fee statement against internal billing timekeeper | 2.3 |
| 4/7/2021 | Ethan J. Stanley | Fee/Employment Applications | Review of team time detail for March monthly fee application for meeting attendance | 2.2 |
| 4/8/2021 | Ethan J. Stanley | Fee/Employment Applications | Continue preparation of team time detail and meeting attendance for March monthly fee application | 2.3 |
| 4/9/2021 | Ethan J. Stanley | Fee/Employment Applications | Continue review of all task codes, time details, and recorded time entries from CM professionals | 1.9 |
| 4/9/2021 | Ethan J. Stanley | Fee/Employment Applications | Review of all task codes, time details, and recorded time entries from CM professionals | 2.2 |
| 4/12/2021 | Ethan J. Stanley | Fee/Employment Applications | Prepare the March monthly fee statement draft with finalized charts, amounts, and language and drafting correspondence to send to supervisory review | 2.3 |
| 4/12/2021 | Ethan J. Stanley | Fee/Employment Applications | Prepare updates of March monthly fee model | 2.0 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 4/13/2021 | Ethan J. Stanley | Fee/Employment Applications | Review of check systems and formulas in the March monthly statement model | 1.9 |
| 4/14/2021 | Arjun N. Patel | Fee/Employment Applications | Internal working session between A. Patel and E. Stanley to discuss revisions to task codes in March fee statement | 0.4 |
| 4/14/2021 | Ethan J. Stanley | Fee/Employment Applications | Internal working session between A. Patel and E. Stanley to discuss revisions to task codes in March fee statement | 0.4 |
| 4/14/2021 | Ethan J. Stanley | Fee/Employment Applications | Update March monthly statement based on A. Patel comments | 1.1 |
| 4/14/2021 | Arjun N. Patel | Fee/Employment Applications | Review of March monthly statement | 2.0 |
| 4/21/2021 | Andrew J. Bekker | Fee/Employment Applications | Initial supervisory review of the March fee statement | 2.3 |
| 4/21/2021 | Andrew J. Bekker | Fee/Employment Applications | Review updated March monthly fee statement | 0.9 |
| 4/21/2021 | Ethan J. Stanley | Fee/Employment Applications | Update final draft of March fee statement based on comments from A. Bekker | 0.6 |
| 4/28/2021 | Andrew J. Bekker | Fee/Employment Applications | Review updated March monthly fee statement and communication with counsel | 0.6 |
| 4/29/2021 | Natalie J. Klein | Fee/Employment Applications | Preparing April internal timekeeper and expense reports for internal team distribution | 1.6 |
| 4/30/2021 | Ethan J. Stanley | Fee/Employment Applications | Communication with N. Klein (CM) for final draft of March fee application | 0.2 |
| 4/1/2021 | Arjun N. Patel | Meetings and Communications | Weekly telephonic meeting between CM and the UCC professionals to discuss case updates regarding settlement and the amended plan | 0.3 |
| 4/1/2021 | Christopher A. Winter | Meetings and Communications | Weekly telephonic meeting between CM and the UCC professionals to discuss case updates regarding settlement and the amended plan | 0.3 |
| 4/1/2021 | Andrew J. Bekker | Meetings and Communications | Weekly telephonic meeting between CM and the UCC professionals to discuss case updates regarding settlement and the amended plan | 0.3 |
| 4/6/2021 | Paul F. Jansen | Meetings and Communications | Participate in the weekly call with the UCC professionals and committee to discuss exit financing and case timeline updates | 0.2 |
| 4/6/2021 | Andrew J. Bekker | Meetings and Communications | Participate in the weekly call with the UCC professionals and committee to discuss exit financing and case timeline updates | 0.2 |
| 4/8/2021 | Christopher A. Winter | Meetings and Communications | Weekly telephonic meeting between CM (A. Bekker, A. Patel, and C. Winter) and UCC professionals to discuss the revised disclosure statement and upcoming hearing | 0.3 |
| 4/8/2021 | Arjun N. Patel | Meetings and Communications | Weekly telephonic meeting between CM (A. Bekker, A. Patel, and C. Winter) and UCC professionals to discuss the revised disclosure statement and upcoming hearing | 0.3 |
| 4/8/2021 | Andrew J. Bekker | Meetings and Communications | Weekly telephonic meeting between CM (A. Bekker, A. Patel, and C. Winter) and UCC professionals to discuss the revised disclosure statement and upcoming hearing | 0.3 |
| 4/15/2021 | Andrew J. Bekker | Meetings and Communications | Participate in weekly meeting with Houlihan Lokey and Alix Partners to discuss case updates and export report | 0.3 |
| 4/22/2021 | Andrew J. Bekker | Meetings and Communications | External telephonic meeting of professionals between CM (A. Bekker, A. Patel), Houlihan Lokey, and AlixPartners to discuss case updates | 0.3 |
| 4/22/2021 | Arjun N. Patel | Meetings and Communications | External telephonic meeting of professionals between CM (A. Bekker, A. Patel), Houlihan Lokey, and AlixPartners to discuss case updates | 0.3 |
| 4/27/2021 | Andrew J. Bekker | Meetings and Communications | Weekly telephonic meeting with UCC professionals to discuss liquidity and case updates | 0.2 |
| 4/27/2021 | Paul F. Jansen | Meetings and Communications | Weekly telephonic meeting with UCC professionals to discuss liquidity and case updates | 0.2 |
| 4/29/2021 | Christopher A. Winter | Meetings and Communications | External call (A. Bekker, A. Patel, and C. Winter) with AlixPartners and Houlihan Lokey to discuss predecessor settlements, surety litigation and Plan case updates | 0.3 |
| 4/29/2021 | Arjun N. Patel | Meetings and Communications | External call (A. Bekker, A. Patel, and C. Winter) with AlixPartners and Houlihan Lokey to discuss predecessor settlements, surety litigation and Plan case updates | 0.3 |
| 4/29/2021 | Andrew J. Bekker | Meetings and Communications | External call (A. Bekker, A. Patel, and C. Winter) with AlixPartners and Houlihan Lokey to discuss predecessor settlements, surety litigation and Plan case updates | 0.3 |
| 4/1/2021 | Christopher A. Winter | Monthly Operating Reports | Export the February monthly MOR to excel | 0.5 |
| 4/1/2021 | Christopher A. Winter | Monthly Operating Reports | Prepare liquidity update shell to prepare for addition of monthly operating report | 1.2 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 4/5/2021 | Christopher A. Winter | Monthly Operating Reports | Prepare the February monthly operating report analysis and observations in the weekly liquidity update | 2.0 |
| 4/5/2021 | Christopher A. Winter | Monthly Operating Reports | Prepare the monthly operating report analysis for February | 2.3 |
| 4/5/2021 | Arjun N. Patel | Monthly Operating Reports | Review of February's monthly operating report and changes to prior month's MORs | 1.9 |
| 4/12/2021 | Andrew J. Bekker | Monthly Operating Reports | Review February MOR financial results in order to build out updates to internal analysis for UCC presentation | 0.8 |
| 4/13/2021 | Andrew J. Bekker | Monthly Operating Reports | Review February MOR financial results analysis for UCC presentation | 1.5 |
| 4/1/2021 | Arjun N. Patel | Plan and Disclosure Statement | Analysis and summarization of the key terms of the 1L exit facility | 1.4 |
| 4/1/2021 | Arjun N. Patel | Plan and Disclosure Statement | Analysis and summarization of the key terms of the 2L exit facility | 1.7 |
| 4/1/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Analysis of comparable company rights offering benchmarking | 2.1 |
| 4/1/2021 | Arjun N. Patel | Plan and Disclosure Statement | Analysis of pro forma capital structure of NewCo | 2.2 |
| 4/1/2021 | Christopher A. Winter | Plan and Disclosure Statement | Continue preparation of equity rights offering benchmark analysis | 1.9 |
| 4/1/2021 | Christopher A. Winter | Plan and Disclosure Statement | Internal working session between C. Winter and E. Stanley to discuss debt benchmarking and updates to comps | 0.2 |
| 4/1/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Internal working session between C. Winter and E. Stanley to discuss debt benchmarking and updates to comps | 0.2 |
| 4/1/2021 | Christopher A. Winter | Plan and Disclosure Statement | Prepare benchmark analysis slides in UCC deck and review for formatting and footnote adjustments | 1.5 |
| 4/1/2021 | Christopher A. Winter | Plan and Disclosure Statement | Prepare benchmarking analysis shell for the equity rights offering and backstop commitments | 1.2 |
| 4/1/2021 | Christopher A. Winter | Plan and Disclosure Statement | Prepare comparative offering details for benchmarking analysis | 2.0 |
| 4/1/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Prepare illustrative slides of debt backstop fee analysis for weekly UCC slide deck | 1.9 |
| 4/1/2021 | Christopher A. Winter | Plan and Disclosure Statement | Prepare scatter plot analysis of benchmark analysis | 0.6 |
| 4/1/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Research comparable E&P and oilfield service companies to prepare debt backstop fee relativity analysis for FWE | 2.1 |
| 4/1/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review exit financing terms and prepare workplan for analysis of exit facility | 2.3 |
| 4/1/2021 | Christopher A. Winter | Plan and Disclosure Statement | Review of debt offering benchmarking analysis | 1.6 |
| 4/1/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of the equity rights offering terms and summarization for UCC presentation | 1.2 |
| 4/1/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review screen of comparable cases in order to assess terms of exit facility financing | 1.4 |
| 4/1/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Revisions to debt offering analysis and slides based on comments from C. Winter and A. Patel | 1.6 |
| 4/1/2021 | Arjun N. Patel | Plan and Disclosure Statement | Supervisory review of backstop rights backstop offering analysis | 1.0 |
| 4/1/2021 | Arjun N. Patel | Plan and Disclosure Statement | Supervisory review of equity rights backstop offering benchmark analysis | 1.4 |
| 4/2/2021 | Christopher A. Winter | Plan and Disclosure Statement | Analysis in the disclosure statements regarding various comps to prepare footnotes related to discounts | 2.3 |
| 4/2/2021 | Christopher A. Winter | Plan and Disclosure Statement | Continue disclosure statement research for various comps to prepare footnotes related to discounts | 2.0 |
| 4/2/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Continue illustrative slides in UCC presentation of debt backstop fee analysis | 1.9 |
| 4/2/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Continue research of comparable E&P and oilfield service companies to prepare debt backstop fee relativity analysis for FWE | 1.2 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 4/2/2021 | Arjun N. Patel | Plan and Disclosure Statement | Drafting of footnotes related to exit facility backstop comp set | 2.1 |
| 4/2/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Finalize UCC presentation on exit financing | 0.5 |
| 4/2/2021 | Arjun N. Patel | Plan and Disclosure Statement | Internal call between A. Patel and E. Stanley to discuss debt backstop fee analysis and presentation for weekly UCC slide deck | 0.2 |
| 4/2/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Internal call between A. Patel and E. Stanley to discuss debt backstop fee analysis and presentation for weekly UCC slide deck | 0.2 |
| 4/2/2021 | Christopher A. Winter | Plan and Disclosure Statement | Internal telephonic meeting among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss revisions to weekly UCC slide deck and workstream for backstop analysis | 0.9 |
| 4/2/2021 | Arjun N. Patel | Plan and Disclosure Statement | Internal telephonic meeting among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss revisions to weekly UCC slide deck and workstream for backstop analysis | 0.9 |
| 4/2/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Internal telephonic meeting among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss revisions to weekly UCC slide deck and workstream for backstop analysis | 0.9 |
| 4/2/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Internal telephonic meeting among A. Bekker, A. Patel, C. Winter, and E. Stanley to discuss revisions to weekly UCC slide deck and workstream for backstop analysis | 0.9 |
| 4/2/2021 | Arjun N. Patel | Plan and Disclosure Statement | Internal telephonic meeting between A. Bekker and A. Patel to discuss rights offering and backstop analysis | 0.3 |
| 4/2/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Internal telephonic meeting between A. Bekker and A. Patel to discuss rights offering and backstop analysis | 0.3 |
| 4/2/2021 | Arjun N. Patel | Plan and Disclosure Statement | Internal working session among A. Bekker, A. Patel and E. Stanley to discuss final touches on weekly UCC slide deck | 0.6 |
| 4/2/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Internal working session among A. Bekker, A. Patel and E. Stanley to discuss final touches on weekly UCC slide deck | 0.6 |
| 4/2/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Internal working session among A. Bekker, A. Patel and E. Stanley to discuss final touches on weekly UCC slide deck | 0.6 |
| 4/2/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Prepare analysis of equity rights offering for UCC presentation | 0.6 |
| 4/2/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Prepare footnotes and cross reference sources as checking procedure for illustrative slides of debt backstop fee analysis in UCC presentation | 0.4 |
| 4/2/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Prepare slide on loan market in order to benchmark exit financing terms for presentation to the UCC | 1.1 |
| 4/2/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Research comparable companies Disclosure Statement to find TEV and equity value on pre-petition date | 0.2 |
| 4/2/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review 1L / 2L exit financing summary slides for presentation to the UCC | 1.4 |
| 4/2/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review benchmarking analysis of exit facility comparables in order to assess proposed exit financing terms | 0.9 |
| 4/2/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review equity rights offering benchmarking analysis | 1.7 |
| 4/2/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of benchmarking comp to validate exit backstop facility terms | 1.9 |
| 4/2/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review source documents for benchmarking analysis of rights offering | 1.9 |
| 4/2/2021 | Christopher A. Winter | Plan and Disclosure Statement | Revise metrics pertaining to the equity rights offering benchmark analysis per comments from A. Bekker | 2.3 |
| 4/2/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Revisions based on A. Bekker comments to weekly UCC presentation | 1.8 |
| 4/2/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Update summary of pro forma capital structure at emergence for UCC presentation | 0.8 |
| 4/2/2021 | Arjun N. Patel | Plan and Disclosure Statement | Updates to weekly presentation to incorporate comments from A. Bekker | 2.2 |
| 4/5/2021 | Paul F. Jansen | Plan and Disclosure Statement | Drafting of changes to the exit facility table and equity rights offering summary in the weekly UCC presentation | 1.8 |
| 4/5/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Prepare illustrative slide of 15-year bond yield analysis for weekly UCC slide deck | 1.2 |
| 4/5/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Prepare updates to summary of exit financing terms and summary term sheet | 0.8 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 4/5/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Research data of US high bond yield index over the last 15 years in the Federal Reserve Economic Data for bond yield analysis | 0.4 |
| 4/5/2021 | Paul F. Jansen | Plan and Disclosure Statement | Review and draft changes to exit financing benchmarking for CM analysis | 2.2 |
| 4/5/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review market loan pricing and yield to assess exit financing terms | 1.3 |
| 4/5/2021 | John T. Young, Jr. | Plan and Disclosure Statement | Supervisory review exit financing benchmark analysis and claims analysis | 2.1 |
| 4/5/2021 | Christopher A. Winter | Plan and Disclosure Statement | Review weekly UCC deck for grammar and formatting | 0.4 |
| 4/5/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Update exit financing presentation for Committee for comments from Stroock | 0.6 |
| 4/5/2021 | Arjun N. Patel | Plan and Disclosure Statement | Updates to weekly presentation to incorporate comments from P. Jansen | 1.7 |
| 4/6/2021 | Arjun N. Patel | Plan and Disclosure Statement | Analysis of Chevron leases and related P&A per BSEE and Debtors estimates | 2.2 |
| 4/6/2021 | Arjun N. Patel | Plan and Disclosure Statement | Drafting of presentation summarizing Fieldwood IV and capitalization | 1.5 |
| 4/6/2021 | Paul F. Jansen | Plan and Disclosure Statement | Preparation of UCC presentation with the UCC professionals and committee | 0.9 |
| 4/6/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review analysis related to implementation of plan at reorganized Debtor entities, including addressing P&A obligations | 1.5 |
| 4/6/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review and summarization of the key terms of Fieldwood IV | 1.7 |
| 4/7/2021 | Arjun N. Patel | Plan and Disclosure Statement | Analysis of changes to lease exhibits of disclosure statement incorporating FWE IV and impact on other reorganize entities by lease | 1.4 |
| 4/7/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Call with J. Pupkin (AlixPartners) regarding Disclosure Statement exhibits | 0.4 |
| 4/7/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review updated lease schedule for Disclosure Statement | 0.7 |
| 4/8/2021 | Arjun N. Patel | Plan and Disclosure Statement | Analysis of proposed Fourth Amended Plan of Reorganization | 0.4 |
| 4/8/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of proposed Fourth Amended Disclosure Statement | 0.6 |
| 4/8/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review Plan terms and definitions in order to assess implementation structure | 0.7 |
| 4/8/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Update analysis of predecessors in interest by reorganized entity | 2.1 |
| 4/9/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Call with M. Haney (Houlihan Lokey) regarding Disclosure Statement recovery percentage | 0.5 |
| 4/9/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Prepare calculation of recovery percentages under updated disclosure statement assumptions | 0.6 |
| 4/9/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Prepare list of potential open issues related to exclusivity | 0.2 |
| 4/9/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of revised exhibits (Credit Bid, Apache, Standby Loan, etc.) to disclosure statement | 1.8 |
| 4/9/2021 | Paul F. Jansen | Plan and Disclosure Statement | Review revisions to the Disclosure Statement | 1.5 |
| 4/9/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review updated Backstop Commitment letter terms | 0.6 |
| 4/9/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review updated draft of Disclosure Statement | 0.4 |
| 4/10/2021 | John T. Young, Jr. | Plan and Disclosure Statement | Review the Fourth Amended Plan and Disclosure Statement | 2.3 |
| 4/12/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Call with M. Haney (Houlihan Lokey) to discuss updates to Disclosure Statement exhibits | 0.3 |
| 4/12/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review Disclosure Statement valuation exhibit in order to assess draft updates received from Houlihan Lokey | 0.9 |
| 4/12/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of Apache term sheet's transition service agreement related to P&A | 1.2 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 4/12/2021 | Paul F. Jansen | Plan and Disclosure Statement | Review of changes to valuation and recovery assumptions | 2.1 |
| 4/12/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of Chevrons term sheet regarding any transition services for Fieldwood IV properties | 0.9 |
| 4/12/2021 | Paul F. Jansen | Plan and Disclosure Statement | Review of revised liquidation plan in Disclosure Statement | 2.1 |
| 4/12/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review the Fourth Amended Disclosure Statement | 2.1 |
| 4/12/2021 | Paul F. Jansen | Plan and Disclosure Statement | Review the Fourth Amended Plan | 2.3 |
| 4/12/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review updated Disclosure Statement exhibits, including revised draft liquidation exhibit | 1.2 |
| 4/12/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review updated Fourth Amended Plan of Reorganization | 1.5 |
| 4/12/2021 | Arjun N. Patel | Plan and Disclosure Statement | Updates to weekly presentation to incorporate comments from A. Bekker | 1.2 |
| 4/13/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Prepare communication with counsel regarding revised exhibits | 0.2 |
| 4/13/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review and analysis of amended financial projections exhibit | 0.8 |
| 4/13/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review and analysis of amended valuation exhibit | 0.5 |
| 4/13/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review and analysis of liquidation exhibit | 0.2 |
| 4/13/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review redlines to valuation and financial projections filed as exhibits to Fourth Amended Disclosure Statement | 1.6 |
| 4/14/2021 | Christopher A. Winter | Plan and Disclosure Statement | Attending adjourned disclosure statement hearing | 0.7 |
| 4/14/2021 | Paul F. Jansen | Plan and Disclosure Statement | Attending adjourned disclosure statement hearing | 0.7 |
| 4/14/2021 | Arjun N. Patel | Plan and Disclosure Statement | Attending adjourned disclosure statement hearing | 0.7 |
| 4/14/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Attending adjourned disclosure statement hearing | 0.7 |
| 4/14/2021 | Paul F. Jansen | Plan and Disclosure Statement | Call with J. Bloom (FWE) to discuss various components in the matrix data | 0.2 |
| 4/14/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Call with M. Haney (Houlihan Lokey) regarding updates to Disclosure Statement valuation and financial projection exhibits | 0.5 |
| 4/14/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of docket and updates to disclosure statement objection tracker | 1.9 |
| 4/14/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of revised disclosure statement exhibits had an impact on financial projections | 0.9 |
| 4/14/2021 | Paul F. Jansen | Plan and Disclosure Statement | Review of revised valuation in Disclosure Statement | 1.9 |
| 4/14/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review updates Disclosure Statement valuation and projection exhibits | 1.5 |
| 4/15/2021 | Arjun N. Patel | Plan and Disclosure Statement | Drafting of presentation highlighting variances from previously filed financial projections exhibit | 1.4 |
| 4/15/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review Committee Support Letter for Plan Solicitation Package | 0.5 |
| 4/15/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review updated exhibits to Disclosure Statement | 0.5 |
| 4/15/2021 | Arjun N. Patel | Plan and Disclosure Statement | Updates to financial projections analysis to incorporate amended values from exhibit | 1.1 |
| 4/16/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Diligence of cash balance at emergence and potential impact on reducing sizing of exit financing for updating sources and uses analysis | 0.4 |
| 4/16/2021 | Paul F. Jansen | Plan and Disclosure Statement | Drafting of revisions to weekly UCC presentation | 1.2 |
| 4/16/2021 | Arjun N. Patel | Plan and Disclosure Statement | Internal telephonic meeting between A. Bekker and A. Patel to discuss case updates from adjourned disclosure statement hearing | 0.2 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 4/16/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Internal telephonic meeting between A. Bekker and A. Patel to discuss case updates from adjourned disclosure statement hearing | 0.2 |
| 4/16/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review impact on exit costs from revised claims analysis, including potential funding cost of Administrative and Priority claims | 0.7 |
| 4/18/2021 | John T. Young, Jr. | Plan and Disclosure Statement | Supervisory review of revised plan and funding for claims analysis | 1.8 |
| 4/22/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Reconcile AlixPartners expert report on liquidation analysis versus liquidation analysis filed with Fourth Amended Disclosure Statement | 1.1 |
| 4/22/2021 | Paul F. Jansen | Plan and Disclosure Statement | Research and analysis related to Hanson expert report | 1.7 |
| 4/22/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review AlixPartners expert report | 1.3 |
| 4/22/2021 | Paul F. Jansen | Plan and Disclosure Statement | Review and comparison of the Hanson and Brown expert reports | 2.2 |
| 4/22/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Review Houlihan Lokey export report | 0.8 |
| 4/22/2021 | Ethan J. Stanley | Plan and Disclosure Statement | Review Marc Brown export report | 0.5 |
| 4/22/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of FWE I valuation net asset value and comparison to internally prepared analysis | 2.0 |
| 4/22/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of FWE I valuation precedent transactions and comparison to internally prepared analysis | 1.3 |
| 4/22/2021 | John T. Young, Jr. | Plan and Disclosure Statement | Review of Hanson and Brown expert reports | 2.3 |
| 4/22/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review of Houlihan Lokey expert report | 2.3 |
| 4/22/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of NewCo valuation net asset value and comparison to internally prepared analysis | 2.2 |
| 4/22/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of NewCo valuation precedent transactions and comparison to internally prepared analysis | 1.5 |
| 4/22/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of NewCo valuation public comps and comparison to internally prepared analysis | 1.8 |
| 4/23/2021 | Arjun N. Patel | Plan and Disclosure Statement | Analysis of FWE I P&A schedule to reconcile to source documents provided by Debtors | 1.6 |
| 4/23/2021 | Paul F. Jansen | Plan and Disclosure Statement | Drafting of email correspondence to SSL team | 0.6 |
| 4/23/2021 | Paul F. Jansen | Plan and Disclosure Statement | Research related to Apache subpoena | 1.0 |
| 4/23/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of FWE III & IV valuation and comparison to internally prepared analysis | 0.7 |
| 4/23/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review of public comps and precedent transactions in order to assess Houlihan Lokey expert report underlying valuation assumptions | 2.3 |
| 4/23/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of residual distributable value equity value inputs and comparison to internally prepared analysis | 2.3 |
| 4/23/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of residual distributable value strike inputs and comparison to internally prepared analysis | 1.8 |
| 4/23/2021 | Paul F. Jansen | Plan and Disclosure Statement | Supervisory review and drafting of revisions to weekly UCC presentation | 1.6 |
| 4/23/2021 | John T. Young, Jr. | Plan and Disclosure Statement | Supervisory review of expert report, residual distributable value, and P&A analyses | 2.2 |
| 4/23/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Update analysis of Houlihan Lokey expert report on FWE I valuation | 2.0 |
| 4/23/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Update analysis of Houlihan Lokey expert report on NewCo valuation | 2.3 |
| 4/26/2021 | Paul F. Jansen | Plan and Disclosure Statement | Drafting of analysis related to BP exposure with FWE | 1.9 |
| 4/26/2021 | Andrew J. Bekker | Plan and Disclosure Statement | External call among CM (P. Jansen, A. Bekker) with SSL and Pachulski regarding predecessor settlements and case updates | 0.1 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 4/26/2021 | Paul F. Jansen | Plan and Disclosure Statement | External call among CM (P. Jansen, A. Bekker) with SSL and Pachulski regarding predecessor settlements and case updates | 0.1 |
| 4/26/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Reconcile analysis of NewCo valuation derived from Houlihan expert report with NewCo valuation imputed by GUC settlement and associated warrant valuation analysis | 2.3 |
| 4/26/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review and analysis of liquidation analysis expert report and source documents | 1.8 |
| 4/26/2021 | Andrew J. Bekker | Plan and Disclosure Statement | Review of assumptions underlying build of residual distributable value calculation in Houlihan Lokey expert report | 2.3 |
| 4/26/2021 | Paul F. Jansen | Plan and Disclosure Statement | Review of BP matters regarding P&A obligations and working interest with FWE | 2.1 |
| 4/26/2021 | Paul F. Jansen | Plan and Disclosure Statement | Review of Plan related to FWE I | 1.8 |
| 4/26/2021 | John T. Young, Jr. | Plan and Disclosure Statement | Review of settlement analysis in weekly UCC presentation | 1.1 |
| 4/29/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of HCC surety bonds and associated leases by reorganized entity | 1.5 |
| 4/29/2021 | Arjun N. Patel | Plan and Disclosure Statement | Updates to Fieldwood IV presentation to incorporate changes from approved disclosure statement | 1.4 |
| 4/29/2021 | Arjun N. Patel | Plan and Disclosure Statement | Updates to sources and uses analysis to incorporate Fieldwood IV and proposed Eni terms | 1.9 |
| 4/30/2021 | Arjun N. Patel | Plan and Disclosure Statement | Analysis and reconciliation of surety bonds attached to predecessors and capitalization vs decommissioning liabilities | 2.0 |
| 4/30/2021 | Arjun N. Patel | Plan and Disclosure Statement | Drafting of presentation outlining the proposed Eni settlement | 2.2 |
| 4/30/2021 | Arjun N. Patel | Plan and Disclosure Statement | Review of relativity database to identify leases associated with predecessor Eni | 1.4 |

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 367] entered by the Court on September 17, 2020 (the "Interim Compensation Order"), Conway MacKenzie, LLC ("Conway MacKenzie"), submits the Ninth monthly statement of services rendered and expenses incurred in this case for the period from April 1, 2021 through April 30, 2021 (the "Statement Period").

WHEREFORE, pursuant to the Interim Compensation Order, Conway MacKenzie respectfully requests payment of compensation for the Committee in the amount of (i) $190,757.20 (which equals 80% of $238,446.50) on account of actual, reasonable and necessary professional services Conway MacKenzie rendered to the Committee and (ii) reimbursement of the actual and necessary expenses in the amount of $1,963.75 incurred on behalf of the Committee by Conway MacKenzie, for the total amount of **$192,720.95.**

Dated: May 31, 2021

**CONWAY MACKENZIE, LLC**

/s/ *John T. Young, Jr.*
John T. Young, Jr.
909 Fannin Street, Suite 4000
Houston, TX. 77010
Telephone: (713) 650-0500
E-mail: JYoung@ConwayMacKenzie.com

*Financial Advisor to the Official Committee of Unsecured Creditors*