**Exhibit E**

**Expense Summary and Detail from February 1, 2021 through April 30, 2021**

## Exhibit E

**Expense Summary and Detail from February 1, 2021 through April 30, 2021**

| Expense Category | Amount |
|---|---|
| Research | $5,911.25 |
|  |  |
| **Total Out-of-Pocket Expenses** | **$5,911.25** |

| Date | Expense Category | Description | Cost |
|---|---|---|---|
| 1/1/2021 | Research | Software for mortgage related research | $10.00 |
| 2/1/2021 | Research | Software for mortgage related research | $10.00 |
| 2/16/2021 | Research | Research Software Subscription | $1,963.75 |
| 3/16/2021 | Research | Research Software Subscription | $1,963.75 |
| 4/16/2021 | Research | Research Software Subscription | $1,963.75 |
| **Total Expenses** |  |  | **$5,911.25** |