## SUPPLEMENT NO. CGG-GOM-003

This Supplement No. CGG-GOM-003 ("Supplement"), effective November 28, 2018, is made between Fieldwood Energy LLC ("Licensee") and **CGG Services (U.S.) Inc.** ("CGG"). Upon execution by the parties hereto, this Supplement will become a part of and subject to the terms of the Master Geophysical Data-Use License ("License") between CGG Services (U.S.) Inc. and Fieldwood Energy LLC dated June 27, 2014. Unless stated otherwise, capitalized terms used herein have the same meaning as specified in the License.

### ARTICLE 1 – THE DATA AND DELIVERY

1.01   Licensee selects to license approximately 158.64 square kilometers (approximately 6.8 OCS blocks) of migration data from CGG's MPVK I-IV survey (the "Licensed Data") located in the Gulf of Mexico, and CGG hereby grants Licensee a license to the Licensed Data referenced in this article 1.01. Exhibit "A", attached hereto and made a part of this Supplement, consists of one map showing the location and pattern for the survey and listing the coordinate points for the area selected by Licensee. CGG will provide the following product to Licensee for the area selected on USB disk:

    (a) Conventional Migration

1.02   Licensee selects to license approximately 158.64 square kilometers (approximately 6.8 OCS blocks) of Pre-Stack Time Migration data from CGG's MPVK Reprocessing survey (also, the "Licensed Data") located in the Gulf of Mexico, and CGG hereby grants Licensee a license to the Licensed Data referenced in this article 1.02. Exhibit "B", attached hereto and made a part of this Supplement, consists of one map showing the location and pattern for the survey and listing the coordinate points for the area selected by Licensee. CGG will provide the following products to Licensee for the area selected on USB disk:

    (a) Final Kirchhoff Pre-Stack Time Migration Stack (Filtered)
    (b) Final Kirchhoff Pre-Stack Time Migration Stack (Raw)
    (c) Final Velocity Model
    (d) Final Kirchhoff Pre-Stack Time Migration Gathers – Raw (with RMO)

EXHIBIT A-4

(e) Processing Report

1.04    CGG shall deliver the Licensed Data in articles 1.01 and 1.02 to Licensee as soon as possible upon execution of this Supplement, addressed as follows:

Laura Kay Ethetton
Fieldwood Energy
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX   77042
Laurakay.ethetton@fwellc.com
713 969 1200

1.05    If Licensee discovers any defect in the media and notifies CGG thereof in writing within thirty days of receipt of the Licensed Data, CGG will promptly send corrected media.

## ARTICLE 2 – COMPENSATION AND PAYMENT

2.01    In consideration for the data-use license granted by CGG to Licensee and the products provided under this Supplement, Licensee shall pay CGG the total amount of FOUR HUNDRED THOUSAND U.S. DOLLARS ($400,000.00). CGG will invoice Licensee for this amount upon execution of this Supplement.

2.02    CGG will send the invoice to Licensee at the following address:

Laura Kay Ethetton
Fieldwood Energy
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX   77042
Laurakay.ethetton@fwellc.com
713 969 1200

2.03    Licensee shall pay all undisputed charges invoiced hereunder in U.S. dollars by a wire transfer not later than thirty (30) days from the date of invoice. The wire transfer instructions are as follows:

| | |
|---|---|
| **BANK NAME:** | BANK OF TEXAS, A DIVISION OF BOKF, NA. |
| **BANK ADDRESS:** | PO BOX 2300 |
| | TULSA, OK 74102-9904 |
| **ROUTING NUMBER:** | 111014325 **(DOMESTIC WIRES ONLY)** |
| **SWIFT CODE:** | BAOKUS44 **(INT'L. WIRES ONLY)** |
| **ACCOUNT NAME:** | CGG SERVICES (U.S.) INC. |
| **ACCOUNT NUMBER:** | 8096441435 |
| **LOCKBOX MAILING:** | CGG SERVICES (U.S.) INC. |

DEPT # 41962
PO BOX 650020
DALLAS, TX 75265-0020

## ARTICLE 3 – OTHER MATTERS

3.01    CGG and Licensee shall hold the terms of this Supplement in confidence. Each party agrees not to discuss with or divulge to any third party the terms hereof.

3.02    The terms and conditions appearing on any purchase order or any other document issued by Licensee will not modify the License or this Supplement and will be null and void.

The parties have executed this Supplement in duplicate originals.

Fieldwood Energy LLC

By     *(signature)*
Name   JOHN PRITCHETT
Title  V.P. GEOSCIENCE
Date   NOVEMBER 28, 2018

2000 W. Sam Houston Pkwy, S. Suite 1200
Houston, Texas 77042
Attn: Paul Wilen

CGG Services (U.S.) Inc.

By     *(signature)*
Name   Matthew L. Bognar
Title  SVP MCNV Western Hemisphere
Date   November 29, 2018

10300 Town Park Drive
Houston, Texas 77072
Attn: Bill Skinner – Sales Manager





"Exhibit A"
Fieldwood Energy, LLC.
Supplement No. GOM-CGG-003

MPVK I-IV
Gulf of Mexico

Non-Exclusive 3D Data

NAD27 UTM Zone 16N

| X | Y |
|---|---|
| 407514.83 | 3239615.98 |
| 394031.99 | 3239615.92 |
| 394484.25 | 3251631.40 |
| 407958.61 | 3251123.85 |



- CGG Survey
- Previously Licensed
- Licensed Data

Supplement CGG-GOM-003
Fieldwood Energy LLC

4

CGG Control Number 11192018
MPVK I-IV & MPVK Reprocessing

Exhibit A



"Exhibit B"
Fieldwood Energy, LLC.
Supplement No. GOM-CGG-003

MPVK Reprocessing
Gulf of Mexico

Non-Exclusive 3D Data

NAD27 UTM Zone 16N

| X | Y |
|---|---|
| 407514.83 | 3239615.98 |
| 394031.99 | 3239615.92 |
| 394484.25 | 3251631.40 |
| 407958.61 | 3251123.85 |

Exhibit B



- CGG Survey
- Previously Licensed
- Licensed Data 158.54 SqKm

Supplement CGG-GOM-003
Fieldwood Energy LLC

5

CGG Control Number 11192018
MPVK I-IV & MPVK Reprocessing