IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | § | Chapter 11 |
| FIELDWOOD ENERGY, LLC, *et al*,[1] § | § | Case No. 20-33948 (MI) |
| Debtor. § | § | (Jointly Administered) |

### NOTICE OF DEPOSITION OF JOHN-PAUL HANSON

**PLEASE TAKE NOTICE** that the undersigned counsel for HCC International Insurance Company Plc ("HCCI") in the above-captioned case will take the deposition of **John-Paul Hanson on June 4, 2021 at 3:30 p.m. (prevailing Central Time)** pursuant to Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure.

The deposition testimony will be given before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by stenographic means.

**The deposition will be taken remotely** via an online platform due to the coronavirus pandemic such that no one will need to be in the same location as anyone else in order to participate in the deposition. Parties who wish to participate in the deposition should contact Brad Knapp, bknapp@lockelord.com **no fewer than 12 hours before the start of the deposition** for more information regarding participating in this deposition remotely.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2390); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Under separate cover, HCCI will forward to the Debtors the technical information for the videoconference connection using the Zoom platform (http://www.zoom.us).

1

Dated:  June 2, 2021.

Respectfully submitted,

*/s/ Philip G. Eisenberg*
Philip G. Eisenberg
Texas Bar Number 24033923
Elizabeth M. Guffy
Texas Bar Number 8592525
Simon R. Mayer
Texas Bar Number 24060243
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone:  (713) 226-1200
Facsimile:  (713) 223-3717
Email:  peisenberg@lockelord.com
           eguffy@lockelord.com
           simon.mayer@lockelord.com

Bradley C. Knapp
Texas Bar Number 24060101
**LOCKE LORD LLP**
601 Poydras St., Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5210
Email: bknapp@lockelord.com

*Attorneys for HCC International Insurance Company Plc*

### CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served via the Court's ECF system on those parties consenting to service through same on June 2, 2021.

*/s/ Philip G. Eisenberg*
Philip G. Eisenberg

92293850v.1