IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, et al. | § § | Case No. 20-33948 (MI) |
| Debtors. | § § § § § | (Jointly Administered) |

**ORDER GRANTING ZURICH AMERICAN INSURANCE COMPANY'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING IT TO FILE PORTIONS OF THE OBJECTION AND CERTAIN EXHIBITS <u>UNDER SEAL</u>**

The Court, having considered Zurich American Insurance Company's *Motion for Entry of an Order Authorizing It to File Portions of the Objection and Certain Exhibits Under Seal* (the "**Motion**"), notice of the Motion having been adequate and appropriate under the circumstances, and after due deliberation and sufficient cause appearing therefore, hereby ORDERED that:

1. The Motion is hereby GRANTED as set forth herein;

2. Zurich American Insurance Company is authorized to file under seal unredacted versions of its exhibits for its *Objection of Zurich American Insurance Company to Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* (the "**Objection**") and portions of the Objection;

3. This Order is without prejudice to the rights of any party-in-interest or the U.S. Trustee to seek to unseal the exhibits and portions of the Objections or any part thereof;

4. The Zurich American Insurance Company is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: _____ , 2021

_____
Marvin Isgur
United States Bankruptcy Judge