# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors[1]. | § | (Jointly Administered) |
| | § | |

## FREEPORT-MCMORAN OIL & GAS LLC AND MCMORAN OIL & GAS LLC'S[2] NOTICE OF OPT OUT

Freeport-McMoRan Oil & Gas LLC ("FMOG") and McMoRan Oil & Gas LLC (collectively, "McMoRan") submit this notice (the "Opt Out Notice") of opt out of the releases set forth in Section 10.7(b) of the *Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 1284] (as may be amended, revised, or supplemented, the "Plan") filed by the above-captioned debtors (collectively, the "Debtors").

McMoRan opted out by ballot but out of an abundance of caution and for the avoidance of any doubt, McMoRan does not consent to, affirmatively opts out of, and elects not to grant the third-party releases and related injunctions contained in the Plan and reserves all rights with respect to any such parties.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042

[2] By agreement McMoRan's deadline to object to confirmation has been extended. McMoRan reserves all rights and objections with respect to Debtors' Fourth Amended Plan

PAGE 1

.

Dated:  June 2, 2021        Respectfully submitted,

*/s/ Omer F. "Rick" Kuebel, III*
**Omer F. "Rick" Kuebel , III**
  Federal Bar No. 32595
**Bradley C. Knapp**
  Texas Bar No. 24060101
**LOCKE LORD, LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
bknapp@lockelord.com

**ATTORNEYS FOR FREEPORT-MCMORAN OIL & GAS LLC AND MCMORAN OIL & GAS LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served via the Court's ECF system on those parties consenting to service through same on June 2, 2021.

*/s/ Omer F. "Rick" Kuebel, III*
Omer F. Kuebel, III