## APPENDIX A

### Confidential Exhibits

| Exhibit | Description |
|---|---|
| A | Decommissioning Agreement |
| C | Conformed Decommissioning Agreement |
| F | Michael Dane Deposition Transcript |
| G | Lily Cheung, P.E. Expert Report |
| H | Geoffrey Roberts Expert Report |
| I | Purchase Offers |
| J | Debtors' Interrogatory Responses |