IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | ) | CASE NO. 20-33948 (MI) |
| | ) | |
| DEBTORS. | ) | JOINTLY ADMINISTERED |
| | ) | |

**ORDER AUTHORIZING PHILADELPHIA INDEMNITY INSURANCE COMPANY TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**

Before the Court is *Philadelphia Indemnity Insurance Company's Emergency Motion for Entry of an Order Authorizing Philadelphia Indemnity Insurance Company to File Confidential Documents Under Seal* (the "Motion") and the Court having concluded that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (iv) good and sufficient notice of the Motion has been given and a reasonable opportunity to object to, or be heard has been afforded to all interested persons and entities, (v) any objections to the relief requested in the Motion have been withdrawn or overruled, and (vi) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein,

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

2

2. Philadelphia is authorized, but not directed, pursuant to 11 U.S.C. §§ 105(a) and 107(b), Federal Rule of Bankruptcy Procedure 9018, and Local Rule 9037-1, to file the Confidential Documents[2] under seal.

3. The Confidential Documents are confidential and shall remain under seal and unredacted copies shall only be served on the Debtors.

4. Any party who receives the sealed versions of the Confidential Documents in accordance with this Order shall not disclose or otherwise disseminate them, or the information contained therein, to any other person or entity without the prior written consent of Philadelphia.

5. Notwithstanding any provision in the Bankruptcy Rules to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. Philadelphia is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

7. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2021
Houston, Texas

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms used but otherwise undefined in this Order shall have the meanings ascribed to them in the Motion.

Approved for Entry By:

MANIER & HEROD, P.C.

/s/ Michael E. Collins
Michael E. Collins (TX Bar No. 24029006)
Robert W. Miller (admitted *pro hac vice*)
1201 Demonbreun St., Suite 900
Nashville, TN  37203
Telephone:     (615) 742-9350
Facsimile:     (615) 242-4203
E-mail:        mcollins@manierherod.com
               rmiller@manierherod.com

*Attorneys for Philadelphia Indemnity Insurance Company*