## Exhibit B

**Ecopetrol's Joint Interest Billing Table**

| Document Number | Document Date | Posting Date | Amount in Local Currency | Payment Date | Clearing Date | Description |
|---|---|---|---|---|---|---|
| 1700000194 | 7/3/2019 | 7/3/2019 | 24,060.54 | 8/19/2019 | 9/5/2019 | Fieldwood 06/2019 JIB |
| 1500003054 | 8/6/2019 | 8/19/2019 | (76,785.54) | 8/19/2019 | 9/5/2019 | Fieldwood 07/2019 JIB |
| 800009882 | 9/6/2019 | 9/6/2019 | 52,725.00 | 9/6/2019 | 9/6/2019 | |
| 1500003110 | 9/6/2019 | 9/13/2019 | (31,854.42) | 9/13/2019 | 10/15/2019 | Fieldwood 08/2019 JIB |
| 2000004878 | 10/15/2019 | 10/15/2019 | 31,854.42 | 10/15/2019 | 10/15/2019 | |
| 1500003172 | 10/3/2019 | 10/17/2019 | (20,004.47) | 10/17/2019 | 11/7/2019 | Fieldwood 09/2019 JIB |
| 2000004951 | 11/7/2019 | 11/7/2019 | 20,004.47 | 11/7/2019 | 11/7/2019 | |
| 1500003235 | 11/1/2019 | 11/8/2019 | (31,339.45) | 11/8/2019 | 12/5/2019 | Fieldwood 10/2019 JIB |
| 2000005020 | 12/5/2019 | 12/5/2019 | 31,339.45 | 12/5/2019 | 12/5/2019 | |
| 1500003313 | 12/3/2019 | 12/14/2019 | (70,107.80) | 12/14/2019 | 1/10/2020 | Fieldwood 11/2019 JIB |
| 2000005112 | 1/10/2020 | 1/10/2020 | 70,107.80 | 1/10/2020 | 1/10/2020 | |
| 1700000228 | 11/30/2019 | 1/28/2020 | 537,485.62 | 1/28/2020 | 6/8/2020 | Fieldwood: 2019 Gunflint Inventory Transfer |
| 1500003375 | 1/8/2020 | 1/13/2020 | (39,270.61) | 1/13/2020 | 6/8/2020 | Fieldwood 12/2019 JIB |
| 1500003433 | 2/5/2020 | 2/10/2020 | (113,795.81) | 2/10/2020 | 6/8/2020 | Fieldwood 01/2020 JIB |
| 1500003495 | 3/3/2020 | 3/10/2020 | (31,643.88) | 3/10/2020 | 6/8/2020 | Fieldwood 02/2020 JIB |
| 1500003557 | 4/2/2020 | 4/12/2020 | (97,367.69) | 4/12/2020 | 6/8/2020 | Fieldwood 03/2020 JIB |
| 1500003618 | 5/5/2020 | 5/14/2020 | (86,531.36) | 5/14/2020 | 6/8/2020 | Fieldwood 04/2020 JIB |
| 1500003674 | 6/2/2020 | 6/15/2020 | (255,026.43) | 6/15/2020 | 7/8/2020 | Fieldwood 05/2020 JIB |
| 800011106 | 7/8/2020 | 7/8/2020 | 86,150.16 | 7/8/2020 | 7/8/2020 | To Net Invoices |
| 1500003721 | 6/29/2020 | 7/14/2020 | (50,553.21) | 7/14/2020 | 8/21/2020 | Fieldwood 06/2020 JIB |
| 2000005686 | 8/21/2020 | 8/21/2020 | 50,553.21 | 8/21/2020 | 8/21/2020 | |
| 1500003767 | 8/4/2020 | 8/13/2020 | (11,088.86) | 8/13/2020 | 9/11/2020 | Fieldwood 07/2020 JIB |
| 2000005731 | 9/11/2020 | 9/11/2020 | 11,088.86 | 9/11/2020 | 9/11/2020 | |
| 1500003834 | 9/2/2020 | 9/14/2020 | (8,554.32) | 9/14/2020 | 10/9/2020 | Fieldwood 08/2020 JIB |
| 2000005784 | 10/9/2020 | 10/9/2020 | 8,554.32 | 10/9/2020 | 10/9/2020 | |
| 1500003888 | 10/2/2020 | 10/9/2020 | (12,149.15) | 10/9/2020 | 11/6/2020 | Fieldwood 09/2020 JIB |
| 2000005836 | 11/6/2020 | 11/6/2020 | 12,149.15 | 11/6/2020 | 11/6/2020 | |
| 1500003947 | 11/3/2020 | 11/13/2020 | (18,343.45) | 11/13/2020 | 12/4/2020 | Fieldwood 10/2020 JIB |
| 2000005900 | 12/4/2020 | 12/4/2020 | 18,343.45 | 12/4/2020 | 12/4/2020 | |
| 1500003993 | 12/2/2020 | 12/14/2020 | (54,451.22) | 12/14/2020 | 1/15/2021 | Fieldwood 11/2020 JIB |
| 2000006022 | 1/15/2021 | 1/15/2021 | 54,451.22 | 1/15/2021 | 1/15/2021 | |
| 1500004044 | 1/6/2021 | 1/20/2021 | (55,969.80) | 1/20/2021 | 2/5/2021 | Fieldwood 12/2020 JIB |
| 2000006066 | 2/5/2021 | 2/5/2021 | 55,969.80 | 2/5/2021 | 2/5/2021 | |
| 1500004091 | 2/3/2021 | 2/13/2021 | (206,096.48) | 2/13/2021 | 3/5/2021 | Fieldwood 01/2021 JIB |
| 2000006119 | 3/5/2021 | 3/5/2021 | 206,096.48 | 3/5/2021 | 3/5/2021 | |
| 1500004135 | 3/8/2021 | 3/19/2021 | (14,435.24) | 3/19/2021 | 4/9/2021 | Fieldwood 02/2021 JIB |
| 2000006183 | 4/9/2021 | 4/9/2021 | 14,435.24 | 4/9/2021 | 4/9/2021 | |
| 1500004191 | 4/8/2021 | 4/18/2021 | (393,344.48) | 4/18/2021 | 5/19/2021 | Fieldwood 03/2021 |
| 1700000299 | 5/17/2021 | 5/19/2021 | 229,225.54 | 5/19/2021 | 5/19/2021 | To Apply Cash Call Credit to Fieldwood 03/2021 JIB |
| 800012059 | 5/19/2021 | 5/19/2021 | 164,118.94 | 5/19/2021 | 5/19/2021 | To Apply Cash Call Credit to Fieldwood 03/2021 JIB |
| 1500003612 | 4/28/2020 | 5/10/2020 | (297,990.00) | 5/10/2020 | 5/15/2020 | Fieldwood:Cash Call AFE FW202000 MC 992 #1 Complet |
| 1500003613 | 4/28/2020 | 5/10/2020 | (1,498,455.00) | 5/10/2020 | 5/15/2020 | Fieldwood:Cash Call AFE FW193031 MC 992 #1 Subsea |
| 2000005479 | 5/15/2020 | 5/15/2020 | 1,796,445.00 | 5/15/2020 | 5/15/2020 | |
| 1500003673 | 6/10/2020 | 6/14/2020 | (3,109,050.00) | 6/14/2020 | 7/10/2020 | Fieldwood:Cash Call AFE FW205014 MC 948 #4 Stimual |
| 1500003696 | 6/11/2020 | 6/21/2020 | (592,200.00) | 6/21/2020 | 7/10/2020 | Fieldwood:Cash Call AFE FW191024 MC 992 #1 Drillin |
| 1500003697 | 6/11/2020 | 6/21/2020 | (1,594,845.00) | 6/21/2020 | 7/10/2020 | Fieldwood:Cash Call AFE FW202000 MC 992 #1 Complet |
| 2000005596 | 7/10/2020 | 7/10/2020 | 5,296,095.00 | 7/10/2020 | 7/10/2020 | |
| 1500003708 | 6/23/2020 | 6/25/2020 | (3,170,475.00) | 6/25/2020 | 7/24/2020 | Fieldwood:Cash Call AFE FW205014 MC 948 #4 Stimual |
| 2000005629 | 7/24/2020 | 7/24/2020 | 3,170,475.00 | 7/24/2020 | 7/24/2020 | |
| 1500003795 | 8/17/2020 | 8/21/2020 | (297,459.86) | 8/21/2020 | 9/18/2020 | Fieldwood:Cash Call AFE FW206588 MC 948 #2 |
| 2000005749 | 9/18/2020 | 9/18/2020 | 297,459.86 | 9/18/2020 | 9/18/2020 | |