UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Florence Bonaccorso-Saenz<br>Louisiana Department of Revenue<br>617 North Third Street, Office 780<br>Baton Rouge, LA 70802<br>(225) 219-2083<br>Louisiana Bar No. 25493 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Louisiana Department of Revenue |

Has applicant been sanctioned by any bar association or court?   Yes __   No ■

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 06/02/2021 | Signed: */s/ Florence Bonaccorso-Saenz* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States Bankruptcy Judge