# EXHIBIT K

# Brown, Jase A.

| | |
|---|---|
| **From:** | Brown, Jase A. |
| **Sent:** | Tuesday, May 11, 2021 12:39 PM |
| **To:** | 'Choi, Erin' |
| **Cc:** | Perez, Alfredo; Carlson, Clifford; Liou, Jessica; Zuber, Scott A.; Knapp, Bradley C.; Eisenberg, Philip; FWE Lit Team; 'Brescia, Duane J.'; 'Jon Ord'; 'T. Scott Leo'; 'Keith Langley'; 'Lee Woodard'; Shahinian, Armen; Grzyb, Darren; 'Brandon Bains'; 'Randy.Rios@huschblackwell.com'; 'rmiller@manierherod.com'; 'Ward, Christopher R.'; 'mcollins@manierherod.com'; 'Million, Tim'; 'Chad L. Schexnayder'; 'Eisenberg, Philip'; 'Elliot Scharfenberg'; 'Brian D. Roy'; 'SRoberts@ClarkHill.com' |
| **Subject:** | RE: Fieldwood - 4-14-21 Joint Surety Interrogatories and Requests for Production |
| **Attachments:** | FWE-0045280_CONFIDENTIAL.pdf |

Erin,

With respect to the attached document that you sent us on May 6, the sureties expect that the Debtors will produce any subsequent e-mails to the sureties as soon as they are received/sent. To the extent any further e-mails have been exchanged between the Debtors and the government related to this e-mail and/or otherwise within the scope of our discovery requests, please provide them as soon as possible.

Thank you,

**JASE A. BROWN**
Associate



973.530.2182
jbrown@csglaw.com

**Chiesa Shahinian & Giantomasi PC**
One Boland Drive | West Orange, NJ 07052

**WEBSITE | VCARD**

---

**From:** Choi, Erin <Erin.Choi@weil.com>
**Sent:** Thursday, May 6, 2021 1:24 AM
**To:** Brown, Jase A. <jbrown@csglaw.com>
**Cc:** Perez, Alfredo <alfredo.perez@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Liou, Jessica <jessica.liou@weil.com>; Shahinian, Armen <AShahinian@csglaw.com>; Zuber, Scott A. <szuber@csglaw.com>; Grzyb, Darren <dgrzyb@csglaw.com>; Knapp, Bradley C. <bknapp@lockelord.com>; Eisenberg, Philip <peisenberg@lockelord.com>; FWE Lit Team <fwe.lit.team@weil.com>
**Subject:** RE: Fieldwood - 4-14-21 Joint Surety Interrogatories and Requests for Production

\* External Message \*

Jase,

Attached please find the Debtors' responses and objections to the sureties' discovery requests, as well as four additional documents being produced in connection therewith.

1

Best,
Erin



**Erin M. Choi**

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
erin.choi@weil.com
+1 214 746 8184 Direct
+1 732 357 5080 Cell
+1 214 746 7777 Fax

---

**From:** Choi, Erin <Erin.Choi@weil.com>
**Sent:** Tuesday, May 4, 2021 10:12 PM
**To:** Brown, Jase A. <jbrown@csglaw.com>
**Cc:** Perez, Alfredo <alfredo.perez@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Liou, Jessica <jessica.liou@weil.com>; Shahinian, Armen <AShahinian@csglaw.com>; Zuber, Scott A. <szuber@csglaw.com>; Grzyb, Darren <dgrzyb@csglaw.com>; Knapp, Bradley C. <bknapp@lockelord.com>; Eisenberg, Philip <peisenberg@lockelord.com>; FWE Lit Team <fwe.lit.team@weil.com>
**Subject:** RE: Fieldwood - 4-14-21 Joint Surety Interrogatories and Requests for Production

Jase,

Attached please find documents responsive to Interrogatory Nos. 7 & 8 (FWE-0045265) and 13 (FWE-0045267), and Request for Production No. 9 (FWE-0045267).  We are still working on the formal responses and objections, and will get those to you as soon as possible.

Best,
Erin



**Erin M. Choi**

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
erin.choi@weil.com
+1 214 746 8184 Direct
+1 732 357 5080 Cell
+1 214 746 7777 Fax

---

**From:** Choi, Erin
**Sent:** Monday, May 3, 2021 10:40 PM
**To:** 'Brown, Jase A.' <jbrown@csglaw.com>
**Cc:** Perez, Alfredo <alfredo.perez@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Liou, Jessica <jessica.liou@weil.com>; Shahinian, Armen <AShahinian@csglaw.com>; Zuber, Scott A. <szuber@csglaw.com>; Grzyb,

Darren <dgrzyb@csglaw.com>; Knapp, Bradley C. <bknapp@lockelord.com>; Eisenberg, Philip <peisenberg@lockelord.com>
**Subject:** RE: Fieldwood - 4-14-21 Joint Surety Interrogatories and Requests for Production

Jase,

As discussed, the Debtors have already provided most of what these requests seek, and we will provide formal responses and objections and any additional documents as soon as possible, on a rolling basis, starting tomorrow.

Best,
Erin



**Erin M. Choi**

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
erin.choi@weil.com
+1 214 746 8184 Direct
+1 732 357 5080 Cell
+1 214 746 7777 Fax

---

**From:** Brown, Jase A. <jbrown@csglaw.com>
**Sent:** Monday, May 3, 2021 5:46 PM
**To:** Choi, Erin <Erin.Choi@weil.com>
**Cc:** Perez, Alfredo <alfredo.perez@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Liou, Jessica <jessica.liou@weil.com>; Shahinian, Armen <AShahinian@csglaw.com>; Zuber, Scott A. <szuber@csglaw.com>; Grzyb, Darren <dgrzyb@csglaw.com>; Knapp, Bradley C. <bknapp@lockelord.com>; Eisenberg, Philip <peisenberg@lockelord.com>
**Subject:** FW: Fieldwood - 4-14-21 Joint Surety Interrogatories and Requests for Production

Erin,

I don't think we have received Debtors' responses to these. Have they been produced? I looked in Box but did not see responses in there either.

Thank you,

**JASE A. BROWN**
Associate



973.530.2182
jbrown@csglaw.com

**Chiesa Shahinian & Giantomasi PC**
One Boland Drive | West Orange, NJ 07052

WEBSITE | VCARD

3

**From:** Brown, Jase A.
**Sent:** Wednesday, April 14, 2021 1:42 PM
**To:** 'Perez, Alfredo' <alfredo.perez@weil.com>
**Cc:** 'Carlson, Clifford' <Clifford.Carlson@weil.com>; 'DBrescia@ClarkHill.com' <DBrescia@ClarkHill.com>; Zuber, Scott A. <szuber@csglaw.com>; 'Eisenberg, Philip' <peisenberg@lockelord.com>; 'rmiller@manierherod.com' <rmiller@manierherod.com>; Grzyb, Darren <dgrzyb@csglaw.com>; 'Liou, Jessica' <jessica.liou@weil.com>; 'Choi, Erin' <Erin.Choi@weil.com>; 'James, Hillarie' <Hillarie.James@weil.com>; 'George, Jason' <Jason.George@weil.com>; 'Jon Ord' <jord@krebsfarley.com>; 'T. Scott Leo' <sleo@leolawpc.com>; 'Keith Langley' <klangley@l-llp.com>; 'Lee Woodard' <lwoodard@HarrisBeach.com>; Shahinian, Armen <AShahinian@csglaw.com>; Grzyb, Darren <dgrzyb@csglaw.com>; 'Brandon Bains' <bbains@l-llp.com>; 'Knapp, Bradley C.' <bknapp@lockelord.com>; 'Randy.Rios@huschblackwell.com' <Randy.Rios@huschblackwell.com>; 'rmiller@manierherod.com' <rmiller@manierherod.com>; 'DBrescia@ClarkHill.com' <DBrescia@ClarkHill.com>; 'cward@clarkhill.com' <cward@clarkhill.com>; 'mcollins@manierherod.com' <mcollins@manierherod.com>; Zuber, Scott A. <szuber@csglaw.com>; 'Million, Tim' <Tim.Million@huschblackwell.com>; 'Chad L. Schexnayder' <CLS@jhc.law>; 'Eisenberg, Philip' <peisenberg@lockelord.com>; 'Elliot Scharfenberg' <escharfenberg@krebsfarley.com>; 'Brian D. Roy' <broy@HarrisBeach.com>
**Subject:** Fieldwood - 4-14-21 Joint Surety Interrogatories and Requests for Production

Alfredo,

Attached please find joint surety interrogatories and requests for production.  Please note that certain sureties may also be serving their own separate discovery requests.  We also just received a document production from the Debtors last night, so it's possible some of the requests may be moot at this point.


Thank you,

**JASE A. BROWN**
Associate



973.530.2182
jbrown@csglaw.com

**Chiesa Shahinian & Giantomasi PC**
One Boland Drive | West Orange, NJ 07052

WEBSITE | vCARD

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.