**Exhibit A**
LLOG Abandoned Properties

| Area / Block | Lease Number |
|---|---|
| SM 102 | OCS-G24872 |
| VR 272 | OCS-G23829 |
| VR 273 | OCS-G14412 |
| SM 87 | OCS-G24870 |
| GC 157 | OCS-G24154 |
| GC 201 | OCS-G12210 limited to NE/4 |

[End of Exhibit A]