## EXHIBIT 6

## CASH ADVANCE PAYMENTS

```
REPORT :   R234-2                        AUTOMATED CLEARING HOUSE                                              SYS
DATE: 06/10/20
LOCATION:  0000                              ENTRY PROOF LIST                                                  SYS
TIME: 10:52

ENTRY REFERENCE NUMBER: 00000099277
PAGE:       88809


FILE ID: EDIMN00004  FILE NAME: ELECTRONIC COMMERCE SERVICES         FILEKEY: 046200148
****************************************************************************************************
**************
 EFF  DATE    COMPANY NAME             COMPANY I.D   CLASS  ENTRY DESC STAT CODE   OLD---TRACE
NUMBER---NEW     BATCH    S
   200612  RIDGEWOOD ENERGY             2760036506    PPD    PAYABLES      1      021200020000001
091000013986783 00001
****************************************************************************************************
**************
 T/C TRANSIT/ABA  BANK ACCOUNT NBR/          AMOUNT/                        DATA     OLD---TRACE
NUMBER---NEW     BATCH MPS
                  CUSTOMER NAME           CUSTOMER ID
 22  ██████████  ██████████              2,480,000.00                               021200020000001
091000013986784 00001
                  FIELDWOOD ENERGY, LLC    FIELDWOOD


                     BATCH TOTALS    ITEM CT       DOLLAR AMOUNT    REMARKS
                                        1            2,480,000.00   DDA CREDITS
                                        1            2,480,000.00   TOTAL CREDITS


FILE ID: EDIMN00004  FILE NAME: ELECTRONIC COMMERCE SERVICES         FILEKEY: 045499546
****************************************************************************************************
**************
 EFF  DATE    COMPANY NAME             COMPANY I.D   CLASS  ENTRY DESC STAT CODE   OLD---TRACE
NUMBER---NEW     BATCH    S
   200506  RIDGEWOOD ENERGY             2760036506    PPD    PAYABLES      1      021200020000001
091000011223773 00001
****************************************************************************************************
**************
 T/C TRANSIT/ABA  BANK ACCOUNT NBR/          AMOUNT/                        DATA     OLD---TRACE
NUMBER---NEW     BATCH MPS
                  CUSTOMER NAME           CUSTOMER ID
 22  ██████████  ██████████             20,825,000.00                               021200020000001
091000011223774 00001
                  FIELDWOOD ENERGY, LLC    FIELDWOOD


                     BATCH TOTALS    ITEM CT       DOLLAR AMOUNT    REMARKS
                                        1           20,825,000.00   DDA CREDITS
                                        1           20,825,000.00   TOTAL CREDITS



FILE ID: EDIMN00004  FILE NAME: ELECTRONIC COMMERCE SERVICES         FILEKEY: 046476360
****************************************************************************************************
**************
 EFF  DATE    COMPANY NAME             COMPANY I.D   CLASS  ENTRY DESC STAT CODE   OLD---TRACE
NUMBER---NEW     BATCH    S
   200626  RIDGEWOOD ENERGY             2760036506    PPD    PAYABLES      1      021200020000001
091000017911607 00001
****************************************************************************************************
**************
 T/C TRANSIT/ABA  BANK ACCOUNT NBR/          AMOUNT/                        DATA     OLD---TRACE
NUMBER---NEW     BATCH MPS
                  CUSTOMER NAME           CUSTOMER ID
 22  ██████████  ██████████              6,250,000.00                               021200020000001
091000017911608 00001
                  FIELDWOOD ENERGY, LLC    FIELDWOOD


                     BATCH TOTALS    ITEM CT       DOLLAR AMOUNT    REMARKS
                                        1            6,250,000.00   DDA CREDITS
                                        1            6,250,000.00   TOTAL CREDITS
```

System: 5/4/2020 11:27:29 AM  RE Ridgewood Energy Corporation  Page: 1
User Date: 5/4/2020  EFT Payment Register  User ID: Infina
Payables Management

Case 20-33948  Document 1465-6  Filed in TXSB on 06/02/21  Page 3 of 5  Exhibit 6-A

Batch ID: 050620-KATMAI

| Payment Number | EFT/Check Number | Vendor ID | Vendor Name | Document Date | Payment Amount |
|---|---|---|---|---|---|
| 00000000000123052 | EFT000000007163 | FIELDWOOD | Fieldwood Energy, LLC | 5/6/2020 | $20,825,000.00 |

Bank Account Details:
- Bank Country/Region: United States
- Bank Name: Capital One Bank
- Transit Routing Number: ▇▇▇▇▇▇
- Bank Account No: ▇▇▇▇▇▇
- Roll No:
- IBAN:
- Bank Branch:
- GIRO Post Type:
- Bank Code:
- Bank Branch Code:
- Bank Check Digit:

**Total Payments:** 1  **Total Batch Value:** $20,825,000.00

System: 6/10/2020 9:43:52 AM    RE Ridgewood Energy Corporation    Page: 1
User Date: 6/10/2020    EFT Payment Register    User ID: Infina    Exhibit 6-B
Payables Management

Case 20-33948   Document 1465-6   Filed in TXSB on 06/02/21   Page 4 of 5

Batch ID: 061220-KATMAI

| Payment Number | EFT/Check Number | Vendor ID | Vendor Name | Document Date | Payment Amount |
|---|---|---|---|---|---|
| 00000000000123369 | EFT000000007347 | FIELDWOOD | Fieldwood Energy, LLC | 6/12/2020 | $2,480,000.00 |

Bank Account Details:
   Bank Country/Region   United States        Bank Code:
   Bank Name:   Capital One Bank        Bank Branch Code:
   Transit Routing Number:   ■■■■■■■        Bank Check Digit:
   Bank Account No:   ■■■■■■■
   Roll No:
   IBAN:
   Bank Branch:
   GIRO Post Type:

**Total Payments:** 1 **Total Batch Value:** $2,480,000.00

System: 6/24/2020 10:13:41 AM　　RE Ridgewood Energy Corporation　　Page: 1
User Date: 6/24/2020　　EFT Payment Register　　User ID: Infina
Payables Management

Case 20-33948    Document 1465-6    Filed in TXSB on 06/02/21    Page 5 of 5    Exhibit 6-C

Batch ID: 062620-KATMAI

| Payment Number | EFT/Check Number | Vendor ID | Vendor Name | Document Date | Payment Amount |
|---|---|---|---|---|---|
| 00000000000123409 | EFT000000007366 | FIELDWOOD | Fieldwood Energy, LLC | 6/26/2020 | $6,250,000.00 |

Bank Account Details:
   Bank Country/Region   United States   Bank Code:
   Bank Name:   Capital One Bank   Bank Branch Code:
   Transit Routing Number:   ▮▮▮▮▮▮▮   Bank Check Digit:
   Bank Account No:   ▮▮▮▮▮▮▮
   Roll No:
   IBAN:
   Bank Branch:
   GIRO Post Type:

**Total Payments:** 1    **Total Batch Value:**    $6,250,000.00