## EXHIBIT 8

**CASH ADVANCE RECONCILIATIONS**

**Reconciliation of Cash Advances paid to Fieldwood Energy, LLC**
**Ridgewood Katmai, LLC (RID114) and ILX Prospect Katmai, LLC (ILX101)**
**GC40#1 - Completion AFE -  FW202002**

Exhibit 8-A    Exhibit 8-B

| | Ridgewood Katmai, LLC (RID114) | | | | | ILX Prospect Katmai, LLC (ILX101) | | | | | RID114 and ILX101 Combined Totals | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GC40#1 Completion - AFE: FW202002 | | | | | GC40#1 Completion - AFE: FW202002 | | | | | GC40#1 Completion - AFE: FW202002 | | |
| JIB Invoice Date | Net Amount Billed Via Joint Interest Billing Invoice (EXH 7-A, 7-C, 7-E) | Cash Call Payments (EXH 4-A, 4-B, 4-C) | Cash Advance Balance after Net Amount Billed less Cash Call Payment | Cumulative Walkdown Balance | | JIB Invoice Date | Net Amount Billed Via Joint Interest Billing Invoice (EXH 7-B, 7-D, 7-F) | Cash Call Payments (EXH 5-A, 5-B, 5-C) | Cash Advance Balance after Net Amount Billed less Cash Call Payment | Cumulative Walkdown Balance | JIB Invoice Date | Net Amount Billed Via Joint Interest Billing Invoice | Cash Call Payments (EXH 4 thru 6) |
| 04/2020 | $ 375,810.01 | $ (10,412,500.00) | $ (10,036,689.99) | $ (10,036,689.99) | | 04/2020 | $ 375,810.12 | $ (10,412,500.00) | $ (10,036,689.88) | $ (10,036,689.88) | 04/2020 | $ 751,620.13 | $ (20,825,000.00) |
| 05/2020 | $ 2,541,052.72 | $ (4,365,000.00) | $ (1,823,947.28) | $ (11,860,637.27) | | 05/2020 | $ 2,541,053.31 | $ (4,365,000.00) | $ (1,823,946.69) | $ (11,860,636.57) | 05/2020 | $ 5,082,106.03 | $ (8,730,000.00) |
| 06/2020 | $ 5,771,326.91 | $ - | $ 5,771,326.91 | $ (6,089,310.36) | | 06/2020 | $ 5,771,327.45 | $ - | $ 5,771,327.45 | $ (6,089,309.12) | 06/2020 | $ 11,542,654.36 | $ - |
| 07/2020 | $ 2,235,558.55 | $ - | $ 2,235,558.55 | $ (3,853,751.81) | | 07/2020 | $ 2,235,558.98 | $ - | $ 2,235,558.98 | $ (3,853,750.14) | 07/2020 | $ 4,471,117.53 | $ - |
| 08/2020 | $ 293,586.81 | $ - | $ 293,586.81 | $ (3,560,165.00) | | 08/2020 | $ 293,586.92 | $ - | $ 293,586.92 | $ (3,560,163.22) | 08/2020 | $ 587,173.73 | $ - |
| 09/2020 | $ 406,989.29 | $ - | $ 406,989.29 | $ (3,153,175.71) | | 09/2020 | $ 406,989.42 | $ - | $ 406,989.42 | $ (3,153,173.80) | 09/2020 | $ 813,978.71 | $ - |
| 10/2020 | $ 340,695.67 | $ - | $ 340,695.67 | $ (2,812,480.04) | | 10/2020 | $ 340,695.81 | $ - | $ 340,695.81 | $ (2,812,477.99) | 10/2020 | $ 681,391.48 | $ - |
| 11/2020 | $ 31,134.63 | $ - | $ 31,134.63 | $ (2,781,345.41) | | 11/2020 | $ 31,134.75 | $ - | $ 31,134.75 | $ (2,781,343.24) | 11/2020 | $ 62,269.38 | $ - |
| 12/2020 | $ 1,617,185.46 | $ - | $ 1,617,185.46 | $ (1,164,159.95) | | 12/2020 | $ 1,617,185.46 | $ - | $ 1,617,185.46 | $ (1,164,157.78) | 12/2020 | $ 3,234,370.92 | $ - |
| CC Refund | $ 1,037,135.34 | $ - | $ 1,037,135.34 | $ (127,024.61) | | CC Refund | $ 1,037,135.34 | $ - | $ 1,037,135.34 | $ (127,022.44) | CC Refund | $ 2,074,270.68 | $ - |
| 01/2021 | $ 61,835.19 | $ - | $ 61,835.19 | $ (65,189.42) | | 01/2021 | $ 61,835.20 | $ - | $ 61,835.20 | $ (65,187.24) | 01/2021 | $ 123,670.39 | $ - |
| 02/2021 | $ 912.37 | $ - | $ 912.37 | $ (64,277.05) | | 02/2021 | $ 912.37 | $ - | $ 912.37 | $ (64,274.87) | 02/2021 | $ 1,824.74 | $ - |
| 03/2021 | $ 17,008.15 | $ - | $ 17,008.15 | $ (47,268.90) | | 03/2021 | $ 17,008.15 | $ - | $ 17,008.15 | $ (47,266.72) | 03/2021 | $ 34,016.30 | $ - |
| | $ 14,730,231.10 | $ (14,777,500.00) | $ (47,268.90) | | | 04/2021 | $ 1,605.05 | $ - | $ 1,605.05 | $ (45,661.67) | 04/2021 | $ 1,605.05 | $ - |
| | | | | | | | $ 14,731,838.33 | $ (14,777,500.00) | $ (45,661.67) | | | $ 29,462,069.43 | $ (29,555,000.00) |