IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| **FIELDWOOD ENERGY, LLC, et *al.*,** § | |
| § | **Case No. 20-33948 (MI)** |
| Debtors. § | |
| § | **(Jointly Administered)** |
| § | |

**SUPPLEMENTAL NOTICE OF DEPOSITION**

TO ALL PARTIES IN INTEREST AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the 30(b)(6) deposition of Apache Corp. ("Apache"), which was originally noticed to creditors and other parties in interest on April 21, 2021 (ECF Dkt. No. 1305), with a supplemental notice served on May 21, 2021 (ECF Dkt. No. 1386), will take place tomorrow, June 3, 2021 at 10:00 a.m. (CST). The 30(b)(6) deposition is being conducted by the sureties.[1] Parties in interest who wish to attend the deposition should contact Jase Brown, jbrown@csglaw.com for more information regarding attending this deposition remotely.

PLEASE TAKE FURTHER NOTICE that the original 30(b)(6) topic list has been revised by agreement of the parties. The revised topic list is attached hereto as **Exhibit A**.

---

[1] Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, Sirius America Insurance Company, U.S. Specialty Insurance Company, HCCI, Lexon Insurance Company, Philadelphia Indemnity Insurance Company, North American Specialty Insurance Company, Zurich American Insurance Company, RLI Insurance Company, The Hanover Insurance Company, Liberty Mutual Insurance Company, Travelers Casualty & Surety Company of America, XL Specialty Insurance Company, Berkley Insurance Company, Aspen American Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company.

Dated: June 2, 2021

Respectfully submitted,

HUSCH BLACKWELL LLP

By: _/s/ Timothy A. Million_
    Randall A. Rios
    State Bar No. 16935865
    Timothy A. Million
    State Bar No. 24051055
    600 Travis, Suite 2350
    Houston, Texas 77002
    Tel: 713-525-6226
    Fax: 713-647-6884
    Email: randy.rios@huschblackwell.com
           tim.million@huschblackwell.com

**CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

-AND-

Armen Shahinian, Esq. (admitted *pro hac vice*)
(ashahinian@csglaw.com)
Scott A. Zuber, Esq. (admitted *pro hac vice*)
(szuber@csglaw.com)
Darren Grzyb, Esq. (admitted *pro hac vice*)
(dgrzyb@csglaw.com)
Terri Jane Freedman, Esq. (admitted *pro hac vice*)
(tfreedman@csglaw.com)

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange New Jersey 07052

**ATTORNEYS FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2021, a copy of this document was served by electronic service on all parties listed as receiving notice *via* the Court's CM/ECF system.

> */s/ Timothy A. Million*
> Timothy A. Million