# Exhibit A

**REVISED TOPIC LIST FOR APACHE 30(B)(6) Deposition**

1. Business plans of Apache for FWE I, including decommissioning plans; capital projects; plans to obtain new bonding, if any; the regulatory and/or governmental bonds that are in place with respect to the FWE I Assets; and the Trust A Surety Bonds and Trust A Cash.

2. All communications between Apache, Fieldwood and/or the secured lenders related to FWE I, including all negotiations related to the creation of FWE I and subsequent discussions and negotiations related to FWE I, and the creation and modification of all agreements to which Apache is or will be a party under the Plan of Reorganization.

3. Any studies, analyses or financial projections conducted by Apache or on Apache's behalf related to FWE I.

4. Post-confirmation operations and plans of Apache with respect to all agreements to which Apache is a party or to which Apache will be a party under the Plan of Reorganization or with respect to any right granted to Apache under the Plan of Reorganization.

**5.** Marketing efforts for the FWE I Assets and any communications between Apache and prospective purchasers and/or parties that are asserting a right of first refusal with respect to any of the FWE I Assets.