IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | (Jointly Administered) |

**ORDER DENYING CONFIRMATION OF THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF FIELDWOOD ENERGY LLC AND ITS AFFILIATED DEBTORS**

**[Relates to Doc. 1284]**

The Court considered Atlantic Maritime Services LLC's Objection to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors, any responses thereto, and the arguments of counsel, if any, at the June 9, 2021 hearing.  It is

ORDERED that confirmation of the Debtors' plan is DENIED.

_____
Marvin Isgur
United States Bankruptcy Judge

9

29145356v.7