**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On May 27, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached here to as **Exhibit A**:

- Notice of Filing of Plan Supplement in Connection with Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors [Docket No. 1394]

- Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts [Docket No. 1395]

- Notice of Filing of Redlines of (I) Credit Bid Purchase Agreement and (II) Oil and Gas Schedules [Docket No. 1396]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: June 1, 2021

*/s/ Shunte Jones*
Shunte Jones

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 1, 2021, by Shunte Jones, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 54033

## __Exhibit A__

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO MILORAD RAICEVIC | ALEXANDER DUBOSE& JEFFERSON LLP | ATTN: WILLIAM J. BOYCE, KEVIN DUBOSE<br>1844 HARVARD STREET<br>HOUSTON TX 77008 | KDUBOSE@ADJTLAW.COM | Email |
| COUNSEL TO FACILITIES CONSULTING GROUP, LLC | ALLEN & GOOCH, A LAW CORPORATION | ATTN: EMILE JOSEPH, JR.<br>2000 KALISTE SALOOM ROAD, SUITE 400<br>P.O. BOX 81129<br>LAFAYETTE LA 70598-1129 | EMILEJOSEPH@ALLENGOOCH.COM | Email |
| COUNSEL TO ARCHROCK PARTNERS OPERATING LLC AND ARCHROCK SERVICE LP | ANDERSON, LEHRMAN, BARRE & MARAIST, LLP | ATTN: KEVIN M. MARAIST<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI TX 78404 | KMARAIST@ALBMLAW.COM | Email |
| COUNSEL TO CHEVRON U.S.A. INC. | ANDREWS MYERS, P.C | ATTN: EDWARD L. RIPLEY & PATRICK A. KELLY<br>1885 SAINT JAMES PLACE<br>15TH FLOOR<br>HOUSTON TX 77056 | ERIPLEY@ANDREWSMYERS.COM<br>PKELLY@ANDREWSMYERS.COM | Email |
| COUNSEL TO ENVEN ENERGY VENTURES, LLC | BAKER BOTTS L.L.P. | ATTN: EMANUEL C. GRILLO<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112-4498 | EMANUEL.GRILLO@BAKERBOTTS.COM | Email |
| COUNSEL TO HUNT OIL COMPANY, CHIEFTAIN INTERNATIONAL (U.S.) L.L.C., AND HUNT CHIEFTAIN DEVELOPMENT, L.P. | BAKER BOTTS L.L.P. | ATTN: JAMES R. PRINCE<br>2001 ROSS AVENUE<br>SUITE 900<br>DALLAS TX 75201-2980 | JIM.PRINCE@BAKERBOTTS.COM | Email |
| COUNSEL TO ENVEN ENERGY VENTURES, LLC | BAKER BOTTS L.L.P. | ATTN: KEVIN CHIU<br>2001 ROSS AVENUE<br>SUITE 900<br>DALLAS TX 75201-2980 | KEVIN.CHIU@BAKERBOTTS.COM | Email |
| COUNSEL TO SAMSON OFFSHORE MAPLELEAF, LLC & SAMSON CONTOUR ENERGY E & P, LLC | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC | ATTN: JAN M. HAYDEN<br>201 ST. CHARLES AVENUE<br>SUITE 3600<br>NEW ORLEANS LA 70170 | JHAYDEN@BAKERDONELSON.COM | Email |
| COUNSEL TO ITC GLOBAL, INC. | BALCH & BINGHAM LLP | ATTN: LLOYD A. KIM & RACHEL T. KUBANDA<br>811 LOUISIANA STREET<br>SUITE 1010<br>HOUSTON TX 77002 | LLIM@BALCH.COM<br>RKUBANDA@BALCH.COM | Email |
| COUNSEL TO RED WILLOW OFFSHORE, LLC | BARNET B. SKELTON, JR. | BARNET B. SKELTON, JR.<br>815 WALKER, SUITE 1502<br>HOUSTON TX 77002 | BARNETBJR@MSN.COM | Email |
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: SHRADDHA BHARATIA<br>PO BOX 3001<br>MALVERN PA 19355-0701 | | First Class Mail |
| COUNSEL TO MARATHON OIL COMPANY AND EOG RESOURCES, INC. | BONDS ELLIS EPPICH SCHAFER JONES LLP | ATTN: CLAY M. TAYLOR, J. ROBERTSON CLARKE, JOSHUA N. EPPICH<br>420 THROCKMORTON STREET, SUITE 1000<br>FORT WORTH TX 76102 | CLAY.TAYLOR@BONDSELLIS.COM<br>ROBBIE.CLARKE@BONDSELLIS.COM<br>JOSHUA@BONDSELLIS.COM | Email |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: MARK E. DENDINGER<br>185 ASYLUM STREET<br>CITYPLACE I, 34TH FLOOR<br>HARTFORD CT 06103 | MARK.DENDINGER@BRACEWELL.COM | Email |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: WILLIAM A. (TREY) WOOD III & BOB P. GRATTAN<br>711 LOUISIANA STREET<br>SUITE 2300<br>HOUSTON TX 77002 | TREY.WOOD@BRACEWELL.COM<br>BOB.GRATTAN@BRACEWELL.COM | Email |
| COUNSEL TO THE DEBTORS | BUCK KEENAN LLP | ATTN: HELEN H. MCLAUGHLIN<br>2229 SAN FELIPE, SUITE 1000<br>HOUSTON TX 77019 | HMCLAUGHLIN@BUCKKEENAN.COM | Email |
| BRIAN CLOYD | CAIN & SKARNULIS PLLC | ATTN: RYAN E. CHAPPLE, CHELSEA L. SCHELL<br>400 W. 15TH STREET, SUITE 900<br>AUSTIN TX 78701 | RCHAPPLE@CSTRIAL.COM<br>CSCHELL@CSTRIAL.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO C-DIVE, L.L.C. | CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX L. L. C. | ATTN: LEANN OPOTOWSKY MOSES & PETER J. SEGRIST 1100 POYDRAS STREET SUITE 3100 NEW ORLEANS LA 70163 | MOSES@CARVERDARDEN.COM SEGRIST@CARVERDARDEN.COM | Email |
| CETCO ENERGY SERVICES COMPANY, LLC | CETCO ENERGY SERVICES COMPANY, LLC | ATTN: RUDY URBAN, CREDIT MANAGER 635 BRAKE RIDGE COURT SEYMOUR TN 37865 | | First Class Mail |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI | ATTN: DARREN M. GRZYB, ARMEN SHAHINIAN, TERRI JANE FREEDMAN & SCOTT ZUBER ONE BOLAND DRIVE WEST ORANGE NJ 07052 | ASHAHINIAN@CSGLAW.COM TFREEDMAN@CSGLAW.COM SZUBER@CSGLAW.COM | Email |
| COUNSEL TO ZURICH AMERICAN INSURANCE COMPANY | CLARK HILL | ATTN: DUANE J. BRESCIA, STEPHEN A. ROBERTS 720 BRAZOS SUITE 700 AUSTIN TX 78701 | DBRESCIA@CLARKHILL.COM SROBERTS@CLARKHILL.COM | Email |
| COUNSEL TO SEITEL DATA, LTD. | CLARK HILL STRASBURGER | ATTN: DUANE J. BRESCIA 720 BRAZOS SUITE 700 AUSTIN TX 78701 | DBRESCIA@CLARKHILL.COM | Email |
| COUNSEL TO MARTIN ENERGY SERVICES, LLC | CLARK HILL STRASBURGER | ATTN: ROBERT P. FRANKE & AUDREY L. HORNISHER 901 MAIN STREET, SUITE 6000 DALLAS TX 75202-3794 | BFRANKE@CLARKHILL.COM AHORNISHER@CLARKHILL.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER 301 COMMERCE STREET SUITE 1700 FORT WORTH TX 76102 | MWARNER@COLESCHOTZ.COM | Email |
| COUNSEL TO REPUBLIC HELICOPTERS, INC. | CRADY JEWETT MCCULLEY & HOUREN LLP | ATTN: SHELLEY BUSH MARMON & WILLIAM SUDELA 2727 ALLEN PARKWAY SUITE 1700 HOUSTON TX 77019 | SMARMON@CJMHLAW.COM WSUDELA@CJMHLAW.COM | Email |
| COUNSEL TO UNIVERSAL EQUIPMENT, INC. | DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT,GIDEON & EDWARDS | ATTN: CHRISTOPHER J. PIASECKI 810 SOUTH BUCHANAN STREET PO BOX 2908 LAFAYETTE LA 70502-2908 | CPIASECKI@DAVIDSONMEAUX.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, NATASHA TSIOURIS,  JOSHUA Y. STURM AND MICHAEL P. PERA 450 LEXINGTON AVENUE NEW YORK NY 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM NATASHA.TSIOURIS@DAVISPOLK.COM MICHAEL.PERA@DAVISPOLK.COM JOSHUA.STURM@DAVISPOLK.COM | First Class Mail and Email |
| COUNSEL TO DLS, LLC | DLS, LLC | ATTN: H. KENT AGUILLARD 141 S. 6TH STREET EUNICE LA 70535 | KENT@AGUILLARDLAW.COM | Email |
| COUNSEL TO TETRA APPLIED TECHNOLOGIES, INC. | DORE ROTHBERG MCKAY, P.C. | ATTN: ZACHARY S. MCKAY 17171 PARK ROW SUITE 160 HOUSTON TX 77084 | MBARTLETT@DORELAW.COM ZMCKAY@DORELAW.COM | Email |
| MOODY'S INVESTORS SERVICE, INC. | DUANE MORRIS LLP | ATTN: CHRISTOPHER R. BELMONTE, PAMELA A. BOSSWICK 230 PARK AVENUE, SUITE 1130 NEW YORK NY 10169-0079 | CRBELMONTE@DUANEMORRIS.COM PABOSSWICK@DUANEMORRIS.COM | Email |
| MOODY'S INVESTORS SERVICE, INC. | DUANE MORRIS LLP | ATTN: NICOLETTE J. ZULLI 1330 POST OAK BOULEVARD, SUITE 800 HOUSTON TX 77056-3166 | NJZULLI@DUANEMORRIS.COM | Email |
| COUNSEL TO MAGNUM MUD EQUIPMENT CO., INC. | DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKINS | ATTN: STANWOOD R. DUVAL 101 WILSON AVENUE (70364) PO BOX 3017 HOUMA LA 70361 | STAN@DUVALLAWFIRM.COM | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT ATLANTA FEDERAL CENTER, 61 FORSYTH STREET ATLANTA GA 30303-3104 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 6 (AR, LA, NM, OK, TX) | ATTN: BANKRUPTCY DEPARTMENT 1445 ROSS AVENUE SUITE 1200 DALLAS TX 75202-2733 | | First Class Mail |
| COUNSEL TO NAUTILUS PIPELINE COMPANY, L.L.C. AND  MANTA RAY OFFSHORE GATHERING COMPANY, L.L.C | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL 1001 FANNIN STREET SUITE 3700 HOUSTON TX 77002 | MARKSHERRILL@EVERSHEDS-SUTHERLAND.US | Email |
| COUNSEL TO MACQUARIE CORPORATE AND ASSET FUNDING INC | FARRIMOND CASTILLO & BRESNAHAN, PC | ATTN: JOHN M. CASTILLO 130 E. TRAVIS ST SUITE 350 SAN ANTONIO TX 78205 | JCASTILLO@FCBTXLAW.COM | Email |
| COUNSEL TO OIL STATES ENERGY SERVICES, LLC | FISHERBROYLES, LLP | ATTN: LISA A. POWELL 2925 RICHMOND AVE. SUITE 1200 HOUSTON TX 77098 | LISA.POWELL@FISHERBROYLES.COM | Email |
| COUNSEL TO OCEANEERING INTERNATIONAL INC. | FOLEY & LARDNER LLP | ATTN: DAVID S. ELDER 1000 LOUISIANA STREET, SUITE 2000 HOUSTON TX 77002-2099 | DSELDER@FOLEY.COM | Email |
| COUNSEL TO XTO ENERGY INC., EXXONMOBIL CORPORATION AND ANY SUBS OR AFFILIATED COMPANIES | FORSHEY & PROSTOCK, LLP | ATTN: J. ROBERT FORSHEY, LYNDA L. LANKFORD, SUZANNE K. ROSEN 777 MAIN STREET SUITE 1550 FORT WORTH TX 76102 | BFORSHEY@FORSHEYPROSTOK.COM LLANKFORD@FORSHEYPROSTOK.COM SROSEN@FORSHEYPROSTOK.COM | Email |
| COUNSEL TO XTO ENERGY INC., EXXONMOBIL CORPORATION AND ANY SUBS OR AFFILIATED COMPANIES | FORSHEY & PROSTOK, LLP | ATTN: DEIRDRE CAREY BROWN 1990 POST OAK BLVD SUITE 2400 HOUSTON TX 77056 | DBROWN@FORSHEYPROSTOK.COM | Email |
| COUNSEL TO CGG SERVICES (US) | FROST BROWN TODD LLC | ATTN: MARK A. PLATT 900 ROSEWOOD COURT 2101 CEDAR SPRINGS ROAD DALLAS TX 75201 | MPLATT@FBTLAW.COM | Email |
| COUNSEL TO WESTERNGECO LLC, THE TGS ENTITIES, AND JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: ANDREW A. BRAUN 701 POYDRAS STREET SUITE 4800 NEW ORLEANS LA 70139-4800 | ABRAUN@GLLLAW.COM | Email |
| COUNSEL TO LLOG EXPLORATION OFFSHORE, L.L.C., LLOG ENERGY, L.L.C. | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: JOHN E. W. BAAY II 701 POYDRAS STREET SUITE 4800 NEW ORLEANS LA 70139-4800 | JBAAY@GLLLAW.COM | Email |
| COUNSEL TO WESTERNGECO LLC AND THE TGS ENTITIES, LLOG EXPLORATION OFFSHORE, L.L.C. | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: JOHN E. W. BAAY II 701 POYDRAS STREET, SUITE 4800 NEW ORLEANS LA 70139-4800 | JBAAY@GLLLAW.COM | Email |
| COUNSEL TO JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: LAMBERT M. LAPEROUSE 5151 SAN FELIPE SUITE 750 HOUSTON TX 77056 | LAPEROUSE@GLLLAW.COM | Email |
| COUNSEL TO BP EXPLORATION & PRODUCTION INC. | GREENBERG TRAURIG, LLP | ATTN: P. WILLIAM STARK 2200 ROSS AVENUE SUITE 5200 DALLAS TX 75201 | STARKB@GTLAW.COM | Email |
| COUNSEL TO BP EXPLORATION & PRODUCTION INC. | GREENBERG TRAURIG, LLP | ATTN: SHARI L. HEYEN, KARL D. BURNER, KATIE TIPPER-MCWHORTER 1000 LOUISIANA STREET SUITE 1700 HOUSTON TX 77002 | HEYENS@GTLAW.COM BURRERK@GTLAW.COM TIPPERK@GTLAW.COM | Email |
| COUNSEL TO TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, DISCOVERY GAS TRANSMISSION LLC, WFS LIQUIDS LLC, GULFSTAR ONE LLC AND WILLIAMS FIELD SERVICES-GULF COAST COMPANY LLC | HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | ATTN: STEVEN W. SOULÉ 320 SOUTH BOSTON AVENUE, SUITE 200 TULSA OK 74103-3706 | SSOULE@HALLESTILL.COM | Email |

In re: Fieldwood Energy LLC, et al.
Case No. 20-33948 (MI)

Page 3 of 9

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO LEXON INSURANCE COMPANY, IRONSHORE INDEMNITY INC., IRONSHORE SPECIALTY INSURANCE COMPANY, AND ENDURANCE AMERICAN INSURANCE COMPANY | HARRIS BEACH LLC | ATTN: LEE E. WOODARD<br>333 W. WASHINGTON STREET, SUITE 200<br>SYRACUSE NY 13202 | BKEMAIL@HARRISBEACH.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS AND CANTOR FITZGERALD SECURITIES, AS DIP AGENT | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE SLTL CREDIT AGREEMENT | HOLLAND & KNIGHT LLP | ATTN: JOSHUA SPENCER, ESQ. AND ANASTASIA SOTIROPOLOUS, ESQ.<br>150 N. RIVERSIDE PLAZA<br>CHICAGO IL 60606 | JOSHUA.SPENCER@HKLAW.COM<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | First Class Mail and Email |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC | HOLLAND & KNIGHT LLP | ATTN: PHILLIP W. NELSON<br>150 N. RIVERSIDE PLAZA, SUITE 2700<br>CHICAGO IL 60606 | PHILLIP.NELSON@HKLAW.COM | Email |
| COUNSEL TO GENESIS ENERGY, L.P. | HOWLEY LAW PLLC | ATTN: TOM A. HOWLEY & ERIC TERRY<br>PENNZOIL PLACE – SOUTH TOWER<br>711 LOUISIANA ST, SUITE 1850<br>HOUSTON TX 77002 | TOM@HOWLEY-LAW.COM<br>ERIC@HOWLEY-LAW.COM | Email |
| COUNSEL TO PETRO AMIGOS SUPPLY, INC. | HUGHES WATTERS ASKANASE, L.L.P. | ATTN: WAYNE KITCHENS & ALEXANDER PEREZ<br>TOTAL PLAZA<br>1201 LOUISIANA, 28TH FLOOR<br>HOUSTON TX 77002 | WKITCHENS@HWA.COM<br>APEREZ@HWA.COM | Email |
| COUNSEL TO APACHE CORPORATION | HUNTON ANDREWS KURTH LLP | ATTN: ROBIN RUSSELL, TIMOTHY A. ("TAD") DAVIDSON II, CATHERINE A. DIKTABAN<br>600 TRAVIS STREET<br>SUITE 4200<br>HOUSTON TX 77002 | RRUSSELL@HUNTONAK.COM<br>TADDAVIDSON@HUNTONAK.COM<br>CDIKTABAN@HUNTONAK.COM | Email |
| COUNSEL TO 2M OILFIELD GROUP, INC. | HUSCH BLACKWELL LLP | ATTN: BUFFEY E. KLEIN<br>1900 N. PEARL, SUITE 1800<br>DALLAS TX 75201 | BUFFEY.KLEIN@HUSCHBLACKWELL.COM | Email |
| COUNSEL TO 2M OILFIELD GROUP, INC. | HUSCH BLACKWELL LLP | ATTN: JAMESON J. WATTS<br>111 CONGRESS AVENUE, SUITE 1400<br>AUSTIN TX 78701 | JAMESON.WATTS@HUSCHBLACKWELL.COM | Email |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | HUSCH BLACKWELL LLP | ATTN: RANDALL A. RIOS<br>600 TRAVIS STREET<br>SUITE 2350<br>HOUSTON TX 77002 | RANDY.RIOS@HUSCHBLACKWELL.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO AKER SOLUTIONS, INC. | JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY & VICTORIA N. ARGEROPLOS<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON TX 77010 | BRUZINSKY@JW.COM<br>VARGEROPLOS@JW.COM | Email |
| COUNSEL TO RLI INSURANCE COMPANY | JENNINGS HAUG CUNNINGHAM | ATTN: CHAD L. SCHEXNAYDER<br>2800 NORTH CENTRAL AVENUE<br>SUITE 1800<br>PHOENIX AZ 85004 | CLS@JHC.LAW | Email |
| COUNSEL TO MULTIKLIENT INVEST AS | KANE RUSSELL COLEMAN LOGAN PC | ATTN: MICHAEL P. RIDULFO<br>5051 WESTHEIMER RD., 10TH FLOOR<br>HOUSTON TX 77056 | MRIDULFO@KRCL.COM | Email |
| COUNSEL TO SLTL AD HOC COMMITTEE | KASOWITZ BENSON TORRES LLP | ATTN: CONSTANTINE Z. PAMPHILIS<br>1415 LOUISIANA<br>SUITE 2100<br>HOUSTON TX 77002 | DPAMPHILIS@KASOWITZ.COM | Email |
| COUNSEL TO SLTL AD HOC COMMITTEE | KASOWITZ BENSON TORRES LLP | ATTN: DAVID S. ROSNER, MATTHEW B. STEIN<br>1633 BROADWAY<br>NEW YORK NY 10019 | DROSNER@KASOWITZ.COM<br>MSTEIN@KASOWITZ.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: ELLIOT SCHARFENBERG & JON ORD<br>400 POYDRAS STREET<br>SUITE 250<br>NEW ORLEANS LA 70130 | ESCHARFENBERG@KREBSFARLEY.COM<br>JORD@KREBSFARLEY.COM | Email |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: RYAN D. DRY<br>909 18TH STREET<br>PLANO TX 75074 | RDRY@KREBSFARLEY.COM | Email |
| COUNSEL TO AUBREY WILD | LANDWEHR LAW FIRM | ATTN: DARRYL T. LANDWEHR<br>935 GRAVIER STREET<br>SUITE 835<br>NEW ORLEANS LA 70112 | DTLANDWEHR@ATT.NET | Email |
| COUNSEL TO THE HANOVER INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY | LANGLEY LLP | ATTN: BRANDON K. BAINS<br>P.O. BOX 94075<br>SOUTHLAKE TX 76092 | BBAINS@L-LLP.COM | Email |
| COUNSEL TO PLAINS GAS SOLUTIONS | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE COURT<br>NAVASOTA TX 77868 | PWP@PATTIPREWITTLAW.COM | Email |
| COUNSEL TO INTRACOASTAL LIQUID MUD, INC. AND PROCESSING PIPING MATERIALS | LAW OFFICES OF JOHN A. MOUTON, III | ATTN: JOHN A. MOUTON, III<br>P.O. BOX 82438<br>LAFAYETTE LA 70598 | JOHN@JMOUTONLAW.COM | Email |
| COUNSEL TO DEEP SEA DEVELOPMENT SERVICES, INC. | LAW OFFICES OF LARRY P. WALTON | ATTN: LARRY P. WALTON<br>4001 NORTH SHEPHERD DRIVE<br>SUITE 109<br>HOUSTON TX 77018-5510 | LARRYPWALTON@LARRYPWALTON.COM | Email |
| COUNSEL TO LAVACA COUNTY, LIVE OAK CAD, STARR COUNTY, RIO GRANDE CITY CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@PUBLICANS.COM | Email |
| COUNSEL TO HARRIS COUNTY, JEFFERSON COUNTY, CYPRESS-FAIRBANKS ISD, MATAGORDA COUNTY AND GALVESTON COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@PUBLICANS.COM | Email |
| COUNSEL TO COX OIL, LLC, COX OPERATING LLC, ENERGY XXI GOM, LLC, ENERGY XXI GULF COAST, INC., ENERGY XXI ONSHORE, LLC, ENERGY XXI PIPELINE, LLC, ENERGY XXI PIPELINE I, LLC, ENERGY XXI PIPELINE II, LLC, M21K, LLC AND EPL OIL & GAS, INC. | LOCKE LORD LLP | ATTN: CHELSEY ROSENBLOOM<br>200 VESEY STREET<br>NEW YORK NY 10281 | CHELSEY.ROSENBLOOM@LOCKELORD.COM | Email |
| COUNSEL TO COX OIL, LLC, COX OPERATING LLC, ENERGY XXI GOM, LLC, ENERGY XXI GULF COAST, INC., ENERGY XXI ONSHORE, LLC, ENERGY XXI PIPELINE, LLC, ENERGY XXI PIPELINE I, LLC, ENERGY XXI PIPELINE II, LLC, M21K, LLC AND EPL OIL & GAS, INC. | LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG<br>111 HUNTINGTON AVE.<br>BOSTON MA 02199 | JONATHAN.YOUNG@LOCKELORD.COM | Email |
| COUNSEL TO COX OIL, LLC, COX OPERATING LLC, ENERGY XXI GOM, LLC, ENERGY XXI GULF COAST, INC., ENERGY XXI ONSHORE, LLC, ENERGY XXI PIPELINE, LLC, ENERGY XXI PIPELINE I, LLC, ENERGY XXI PIPELINE II, LLC, M21K, LLC AND EPL OIL & GAS, INC. | LOCKE LORD LLP | ATTN: MICHAEL B. KIND<br>111 SOUTH WACKER DRIVE<br>CHICAGO IL 60606 | MICHAEL.KIND@LOCKELORD.COM | Email |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: OMER F. KUEBEL, III & BRADLEY C. KNAPP<br>601 POYDRAS ST<br>SUITE 2660<br>NEW ORLEANS LA 70130 | RKUEBEL@LOCKELORD.COM<br>BKNAPP@LOCKELORD.COM | Email |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: PHILIP G. EISENBERG, ELIZABETH GUFFY, SIMON MAYER & ERIC BOYLAN<br>600 TRAVIS STREET<br>SUITE 2800<br>HOUSTON TX 77002 | PEISENBERG@LOCKELORD.COM<br>EGUFFY@LOCKELORD.COM<br>SIMON.MAYER@LOCKELORD.COM<br>ERIC.BOYLAN@LOCKELORD.COM | Email |
| COUNSEL TO COX OIL, LLC, COX OPERATING LLC, ENERGY XXI GOM, LLC, ENERGY XXI GULF COAST, INC., ENERGY XXI ONSHORE, LLC, ENERGY XXI PIPELINE, LLC, ENERGY XXI PIPELINE I, LLC, ENERGY XXI PIPELINE II, LLC, M21K, LLC AND EPL OIL & GAS, INC. | LOCKE LORD LLP | ATTN: STEPHEN J. HUMENIUK<br>600 CONGRESS AVE<br>SUITE 2200<br>AUSTIN TX 78701 | STEPHEN.HUMENIUK@LOCKELORD.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO LLOG EXPLORATION COMPANY, LLC, ANKOR ENERGY LLC AND ANKOR E&P HOLDINGS CORPORATION, AND APACHE CORPORATION | LOOPER GOODWINE P.C. | ATTN: PAUL J. GOODWINE, TAYLOR P. MOULEDOUX, LINDSEY M. JOHNSON, TAYLOR P. GAY & ADDIE L. DANOS 650 POYDRAS STREET, SUITE 2400 NEW ORLEANS LA 70130 | PGOODWINE@LOOPERGOODWINE.COM TMOULEDOUX@LOOPERGOODWINE.COM LJOHNSON@LOOPERGOODWINE.COM TGAY@LOOPERGOODWINE.COM ADANOS@LOOPERGOODWINE.COM | Email |
| COUNSEL TO THE STATE OF LOUISIANA, OFFICE OF MINERAL RESOURCES | LOUISIANA DEPARTMENT OF JUSTICE | ATTN: RYAN M. SEIDEMANN CIVIL DIVISION/LANDS & NATURAL RESOURCES P.O. BOX 94005 BATON ROUGE LA 70804-9005 | | First Class Mail |
| COUNSEL TO ATLANTIC MARITIME SERVICES, L.L.C. | LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | ATTN: STEWART F. PECK 601 POYDRAS ST., SUITE 2775 NEW ORLEANS LA 70130 | SPECK@LAWLA.COM | Email |
| COUNSEL TO MACQUARIE CORPORATE AND ASSET FUNDING INC | MACQUARIE CORPORATE AND ASSET FUNDING INC | ATTN: KRYSTEN AUGELLO 3100 WEST END AVE SUITE 325 NASHVILLE TN 37203 | | First Class Mail |
| CO-COUNSEL TO KILGORE MARINE | MAHTOOK & LAFLEUR, LLC | ATTN: WARD LAFLEUR 600 JEFFERSON ST., 10TH FLOOR LAFAYETTE LA 70501 | WLAFLEUR@MANDLLAW.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS & ROBERT W. MILLER 1201 DEMONBREUN ST SUITE 900 NASHVILLE TN 37203 | MCOLLINS@MANIERHEROD.COM RMILLER@MANIERHEROD.COM | Email |
| COUNSEL TO CORE INDUSTRIES, INC. | MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C. | ATTN: RICHARD M. GAAL 11 NORTH WATER STREET (36602), SUITE 13290 P.O. BOX 350 MOBILE AL 36601 | RGAAL@MCDOWELLKNIGHT.COM | Email |
| COUNSEL TO MILORAD RAICEVIC | MORROW SHEPPARD LLP | ATTN: JOHN D. SHEPPARD 3701 KIRBY DRIVE SUITE 1000 HOUSTON TX 77098 | JSHEPPARD@MORROWSHEPPARD.COM | Email |
| COUNSEL TO SHELL OFFSHORE, INC., SHELL OIL COMPANY, SHELL GOM PIPELINE COMPANY, LLC AND SHELL PIPELINE, LLC | NORTON ROSE FULBRIGHT US, LLP | ATTN: RYAN E. MANNS, EMMA L. PERSSON 2200 ROSS AVENUE SUITE 3600 DALLAS TX 75201 | RYAN.MANNS@NORTONROSEFULBRIGHT.COM EMMA.PERSSON@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS | O'MELVENY & MYERS LLP | ATTN: DANIEL S. SHAMAH, ADAM P. HABERKORN, KAI ZHU TIMES SQUARE TOWER SEVEN TIMES SQUARE NEW YORK NY 10036 | DSHAMAH@OMM.COM AHABERKORN@OMM.COM KAIZHU@OMM.COM | Email |
| COUNSEL TO THE RAILROAD COMMISSION OF TEXAS, TEXAS GENERAL LAND OFFICE | OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD P. O. BOX 12548 MC008 AUSTIN TX 78711-2548 | JASON.BINFORD@OAG.TEXAS.GOV | Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM 515 RUSK AVE. STE. 3516 HOUSTON TX 77002 | STEPHEN.STATHAM@USDOJ.GOV HECTOR.DURAN.JR@USDOJ.GOV USTPREGION07.HU.ECF@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO CALLON PETROLEUM COMPANY | ONEBANE LAW FIRM | ATTN: ROGER E. ISHEE, CRAIG A. RYAN 1200 CAMELLIA BOULEVARD SUITE 300, POST OFFICE BOX 2507 LAFAYETTE LA 70502-3607 | ISHEER@ONEBANE.COM RYANC@ONEBANE.COM | Email |
| COUNSEL TO ALDINE INDEPENDENT SCHOOL DISTRICT | PAMELA H. WALTERS | ATTN: PAMELA H. WALTERS 2520 W.W. THORNE DRIVE HOUSTON TX 77073 | BNKATTY@ALDINEISD.ORG | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO ISLAND OPERATING COMPANY | PARKINS LEE & RUBIO LLP | ATTN: CHARLES M. RUBIO<br>PENNZOIL PLACE<br>700 MILAM STREET, SUITE 1300<br>HOUSTON TX 77002 | CRUBIO@PARKINSLEE.COM | Email |
| COUNSEL TO COLORADO COUNTY TAX OFFICE | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: JOHN T. BANKS<br>3301 NORTHLAND DRIVE<br>SUITE 505<br>AUSTIN TX 78731 | JBANKS@PBFCM.COM | Email |
| COUNSEL TO SHELDON INDEPENDENT SCHOOL DISTRICT AND ANAHUAC INDEPENDENT SCHOOL DISTRICT, BAY CITY INDEPENDENT SCHOOL DISTRICT, CHAMBERS COUNTY, DICKINSON INDEPENDENT SCHOOL DISTRICT AND TRINITY BAY CONSERVATION DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ & OWEN M. SONIK<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | MVALDEZ@PBFCM.COM<br>OSONIK@PBFCM.COM | Email |
| COUNSEL TO LINEAR CONTROLS, INC. & A-PORT LLC | PHELPS DUNBAR LLP | ATTN: PATRICK "RICK" M. SHELBY<br>365 CANAL STREET<br>SUITE 2000<br>NEW ORLEANS LA 70130-6534 | RICK.SHELBY@PHELPS.COM | Email |
| COUNSEL TO GIBSON APPLIED TECHNOLOGY & ENGINEERING (TEXAS), LLC, AND VIKING ENGINEERING, LC. | PORTER & POWERS, PLLC | ATTN: J. ROBERT MACNAUGHTON<br>1776 YORKTOWN SUITE 300<br>HOUSTON TX 77056 | ROBERT@PORTERPOWERS.COM | Email |
| COUNSEL FOR TALOS ENERGY INC. AND TALOS ENERGY LLC | PORTER HEDGES LLP | ATTN: ERIC M. ENGLISH<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON TX 77002 | EENGLISH@PORTERHEDGES.COM | Email |
| COUNSEL TO KILGORE MARINE AND SUBSEA 7 LLC | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN N. YOUNG-JOHN & AARON J. POWER<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON TX 77002 | JHIGGINS@PORTERHEDGES.COM<br>SJOHNSON@PORTERHEDGES.COM<br>MYOUNG-JOHN@PORTERHEDGES.COM<br>APOWER@PORTERHEDGES.COM | Email |
| COUNSEL TO HESS CORPORATION | REED SMITH LLP | ATTN: OMAR J. ALANIZ<br>2850 N. HARWOOD STREET<br>DALLAS TX 75201 | OALANIZ@REEDSMITH.COM | Email |
| COUNSEL TO SOLAR TURBINES INCORPORATED | ROSS, BANKS, MAY, CRON & CAVIN, P.C. | ATTN: JOHN MAYER<br>7700 SAN FELIPE<br>SUITE 550<br>HOUSTON TX 77063 | JMAYER@ROSSBANKS.COM | Email |
| COUNSEL TO DIAMOND OIL FIELD SUPPLY, INC. | RUSH, RUSH & CALOGERO | ATTN: CHARLES M. RUSH<br>202 MAGNATE DRIVE<br>LAFAYETTE LA 70508 | CMRUSH@CHARLESMRUSHESQ.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN:  BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | First Class Mail and Email |
| COUNSEL TO GENESIS ENERGY, L.P. | SENIOR COUNSEL - GENESIS ENERGY, L.P. | ATTN: ANTHONY SHIH<br>919 MILAM<br>STE. 2100<br>HOUSTON TX 77002 | TONY.SHIH@GENLP.COM | Email |
| COUNSEL TO HELIS OIL & GAS COMPANY, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | ATTN: J. DAVID FORSYTH<br>400 POYDRAS STREET<br>SUITE 2550<br>NEW ORLEANS LA 70130 | JDF@SESSIONS-LAW.COM | Email |
| COUNSEL TO TRENDSETTER ENGINEERING, INC. | SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. | ATTN: MARK S. FINKELSTEIN, REGAN S. JONES<br>1001 MCKINNEY STREET, SUITE 1100<br>HOUSTON TX 77002-6424 | MFINKELSTEIN@SMFADLAW.COM<br>RJONES@SMFADLAW.COM | Email |

In re: Fieldwood Energy LLC, et al.<br>Case No. 20-33948 (MI)

Page 7 of 9

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CANTOR FITZGERALD SECURITIES, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE FLTL CREDIT AGREEMENT | SHIPMAN & GOODWIN LLP | ATTN:  NATHAN PLOTKIN, ESQ.<br>445 PARK AVE, 9TH FLOOR<br>NEW YORK NY 10022 | NPLOTKIN@GOODWIN.COM | First Class Mail and Email |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, AS DIP AGENT | SHIPMAN & GOODWIN LLP | ATTN: KATHLEEN LAMANNA, KIMBERLY COHEN<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919 | KLAMANNA@GOODWIN.COM<br>KCOHEN@GOODWIN.COM | Email |
| COUNSEL TO RIDGEWOOD ENERGY CORPORATION | SIDLEY AUSTIN LLP | ATTN: DUSTON K. MCFAUL & MICHAEL FISCHEL<br>1000 LOUISIANA ST., SUITE 5900<br>HOUSTON TX 77002 | DMCFAUL@SIDLEY.COM<br>MFISHEL@SIDLEY.COM | Email |
| COUNSEL TO SBM GULF PRODUCTION, LLC | SNOW SPENCE GREEN LLP | ATTN: KENNETH P. GREEN<br>P. O. BOX 549<br>HOCKLEY TX 77447 | KGREEN@SNOWSPENCELAW.COM | Email |
| COUNSEL TO SUPREME SERVICE & SPECIALTY CO., INC. | SPENCE, DESENBERG & LEE, PLLC | ATTN: ROSS SPENCE; HENRY W KNIGHT<br>1770 SAINT JAMES PLACE<br>SUITE 625<br>HOUSTON TX 77056 | ROSS@SDLLAW.COM<br>HENRY@SDLLAW.COM | Email |
| COUNSEL TO CORTEX BUSINESS SOLUTIONS USA LLC | SPROUSE LAW FIRM | ATTN: MARVIN E. SPROUSE III<br>901 MOPAC EXPRESSWAY SOUTH<br>BUILDING 1, SUITE 300<br>AUSTIN TX 78746 | MSPROUSE@SPROUSEPLLC.COM | Email |
| COUNSEL TO RENAISSANCE OFFSHORE, LLC AND NATIONAL OILWELL VARCO, L.P., XP SYSTEMS, L.P.,  AND NOV PROCESS & FLOW TECHNOLOGIES US, INC. | STACY & BAKER, P.C. | ATTN: BRIAN A. BAKER, DOUGLAS S. FRIEDMAN, CYNTHIA CASTANON<br>1010 LAMAR STREET<br>SUITE 550<br>HOUSTON TX 77002 | BRIAN.BAKER@STACYBAKERLAW.COM<br>DOUG.FRIEDMAN@STACYBAKERLAW.COM<br>CYNTHIA.CASTANON@STACYBAKERLAW.COM | Email |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT<br>1400 COLISEUM BOULEVARD<br>MONTGOMERY AL 36110-2400 | PERMITSMAIL@ADEM.STATE.AL.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>602 N. FIFTH STREET<br>BATON ROUGE LA 70802 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 2261<br>JACKSON MS 39225 | | First Class Mail |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>P O BOX 13087<br>AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV | First Class Mail and Email |
| COUNSEL TO PARTCO, LLC | STEWART ROBBINS BROWN & ALTAZAN, LLC | ATTN: WILLIAM S. ROBBINS & PAUL DOUGLAS STEWART, JR.<br>301 MAIN STREET, SUITE 1640<br>P. O. BOX 2348<br>BATON ROUGE LA 70821-2348 | WROBBINS@STEWARTROBBINS.COM<br>DSTEWART@STEWARTROBBINS.COM | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER M. HANSEN, FRANK A. MEROLA, JONATHAN D. CANFIELD, SHERRY J. MILLMAN & KENNETH PASQUALE<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | KHANSEN@STROOCK.COM<br>FMEROLA@STROOCK.COM<br>JCANFIELD@STROOCK.COM<br>SMILLMAN@STROOCK.COM<br>KPASQUALE@STROOCK.COM | Email |
| COUNSEL TO CNOOC PETROLEUM OFFSHORE U.S.A. INC. | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C. | ATTN: PETER C. D'APICE<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS TX 75201 | DAPICE@SBEP-LAW.COM | Email |
| SUPREME SERVICE & SPECIALTY CO., INC. | SUPREME SERVICE & SPECIALTY CO., INC. | FREDDY BOURGEOIS, CONTROLLER<br>204 INDUSTRIAL AVE C<br>HOUMA LA 70363 | | First Class Mail |
| COUNSEL TO IGNITION SYSTEMS & CONTROLS, INC. | TODD, BARRON, THOMASON, HUDMAN & BEBOUT, P.C. | ATTN: RAFAEL RODRIGUEZ<br>3800 E. 42ND STREET, SUITE 409<br>ODESSA TX 79762 | RRODRIGUEZ@TODDLAWFIRM.COM | Email |
| COUNSEL TO UNITED STATES OF AMERICA, ON BEHALF OF THE UNITED STATES DEPARTMENT OF THE INTERIOR | U.S. DEPARTMENT OF JUSTICE | ATTN: SERAJUL F. ALI, J. ZACHARY BALASKO<br>P.O. BOX 875-BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | SERAJUL.ALI@USDOJ.GOV<br>JOHN.Z.BALASKO@USDOJ.GOV | Email |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK<br>1000 LOUISIANA, STE 2300<br>HOUSTON TX 77002 | | First Class Mail |
| COUNSEL TO ACADIAN CONTRACTORS, INC. AND BROUSSARD BROTHERS, INC | VICTORIA V. THERIOT | ATTN: VICTORIA V. THERIOT<br>P.O. BOX 1740<br>ABBEVILLE LA 70511 | TTHERIOT@ACADIANCONTRACTORS.COM<br>TORIET@BROUSSARDBROTHERS.COM | Email |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN:  CHRISTOPHER J. DEWAR, ESQ. WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ.<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE SUITE 3700<br>DALLAS TX 75201 | CDEWAR@VELAW.COM<br>BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM | First Class Mail and Email |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN:  WILLIAM L. WALLANDER, BRADLEY R. FOXMAN & MATTHEW J. PYEATT<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE, SUITE 3900<br>DALLAS TX 75201 | BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM<br>MPYEATT@VELAW.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ<br>700 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON TX 77002 | ALFREDO.PEREZ@WEIL.COM<br>BRENDA.FUNK@WEIL.COM<br>CLIFFORD.CARLSON@WEIL.COM<br>JUSTIN.PITCHER@WEIL.COM<br>RENE.OLVERA@WEIL.COM<br>CHRISTOPHER.JALOMO@WEIL.COM<br>ERIN.CHOI@WEIL.COM<br>JAKE.RUTHERFORD@WEIL.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | MATT.BARR@WEIL.COM<br>JESSICA.LIOU@WEIL.COM | Email |
| COUNSEL TO HALLIBURTON ENERGY SERVICES, INC. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH<br>11 GREENWAY PLAZA<br>SUITE 1400<br>HOUSTON TX 77046 | JCARRUTH@WKPZ.COM | Email |
| COUNSEL TO TANA EXPLORATION COMPANY, LLC AND TC OIL LOUISIANA, LLC | WICK PHILLIPS GOULD & MARTIN, LLP | ATTN: JASON M. RUDD, SCOTT LAWRENCE<br>3131 MCKINNEY AVENUE, SUITE 100<br>DALLAS TX 75204 | JASON.RUDD@WICKPHILLIPS.COM<br>SCOTT.LAWRENCE@WICKPHILLIPS.COM | Email |
| COUNSEL TO SM ENERGY COMPANY | WINSTEAD PC | ATTN: Sean B. Davis, Steffen R. Sowell<br>600 Travis Street<br>Suite 5200<br>HOUSTON TX 77002 | SBDAVIS@WINSTEAD.COM<br>SSOWELL@WINSTEAD.COM | Email |