IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| FIELDWOOD ENERGY, LLC, *et al.*, § | |
| § | Case No. 20-33948 (MI) |
| Debtors. § | |
| § | (Jointly Administered) |
| § | |

### CERTIFICATE OF SERVICE

Pursuant to General Order 2021-1.2(f), on June 3, 2021 or June 4, 2021, undersigned counsel caused an unredacted version of the *Objection of Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company to the Fourth Amended Chapter 11 Plan* [Docket No. 1461] and copies of Exhibits D, G, H, J and N thereto, which were filed under seal, to be served to the parties set forth on the attached *Service List via* electronic mail.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Timothy A. Million*
    Randall A. Rios
    State Bar No. 16935865
    Timothy A. Million
    State Bar No. 24051055
    600 Travis, Suite 2350
    Houston, Texas  77002
    Tel:  713-525-6226
    Fax:  713-647-6884
    Email:  randy.rios@huschblackwell.com
           tim.million@huschblackwell.com

**CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

-AND-

Armen Shahinian, Esq. (admitted *pro hac vice*)
(ashahinian@csglaw.com)
Scott A. Zuber, Esq. (admitted *pro hac vice*)
(szuber@csglaw.com)
Darren Grzyb, Esq. (admitted *pro hac vice*)
(dgrzyb@csglaw.com)
Terri Jane Freedman, Esq. (admitted *pro hac vice*)
(tfreedman@csglaw.com)

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange New Jersey 07052

**ATTORNEYS FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I certify that on June 4, 2021, a copy of this document was served by electronic service on all parties listed as receiving notice *via* the Court's CM/ECF system.

*/s/ Timothy A. Million*
Timothy A. Million

HB: 4840-3803-3133.2

# SERVICE LIST

| Served on June 3, 2021 ||
|---|---|
| **Debtors & Counsel for the Debtors**<br><br>alfredo.perez@weil.com<br>jessica.liou@weil.com<br>Paul.Genender@weil.com<br>Erin.Choi@weil.com<br>Clifford.Carlson@weil.com<br>Ron.Miller@weil.com<br>Kevin.Simmons@weil.com<br>Samantha.Smith@weil.com<br>MDane@fwellc.com | **Counsel for BP Exploration & Production Inc.**<br><br>duewallc@gtlaw.com<br>bakaren@gtlaw.com<br>weirj@gtlaw.com<br>HeyenS@gtlaw.com<br>burrerk@gtlaw.com<br>KurzweilD@GTLAW.com<br>HuttonJ@gtlaw.com |
| **Counsel for RLI Insurance Company**<br><br>jord@krebsfarley.com<br>escharfenberg@krebsfarley.com<br>CLS@jhc.law | **Counsel for The Hanover Insurance Company, Liberty Mutual Insurance Company, Travelers Casualty and Surety Company, and XL Specialty Insurance Co.**<br><br>klangley@l-llp.com<br>bbains@l-llp.com |
| **Counsel for Ad Hoc Group Of Secured Lenders**<br><br>elliot.moskowitz@davispolk.com<br>andy.parrott@davispolk.com<br>natasha.tsiouris@davispolk.com<br>damian.schaible@davispolk.com<br>michael.pera@davispolk.com | **Counsel for Lexon Insurance Company, Endurance American Insurance Company, Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company**<br><br>lwoodard@HarrisBeach.com<br>broy@HarrisBeach.com |
| **Counsel for US Specialty Insurance Company**<br><br>bknapp@lockelord.com<br>peisenberg@lockelord.com | **Counsel for Philadelphia Indemnity Insurance Company**<br><br>rmiller@manierherod.com<br>mcollins@manierherod.com |
| **Counsel for Zurich American Insurance Company**<br><br>CWard@ClarkHill.com<br>SRoberts@ClarkHill.com | **Counsel for Chevron**<br><br>LNorman@andrewsmyers.com<br>eripley@andrewsmyers.com<br>kdubose@andrewsmyers.com |

HB: 4840-3803-3133.2

| | |
|---|---|
| **Served on June 3, 2021** ||
| **Counsel for The Official Committee of Unsecured Creditors**<br><br>mmagzamen@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com | **Counsel for Apache Corp**<br><br>RRussell@andrewskurth.com<br>MichaelMorfey@andrewskurth.com<br>CDiktaban@hunton.com |
| **Counsel for CNOOC Petroleum Offshore U.S.A. Inc.**<br><br>dapice@sbep-law.com | **Counsel for C-Dive, L.L.C.**<br><br>moses@carverdarden.com |
| **Counsel for A2D Technologies, Inc.**<br><br>laperouse@glllaw.com | **Counsel for Superior Energy Services, L.L.C. and Warrior Energy Services Corporation**<br><br>bkadden@lawla.com |
| **Counsel for North American Specialty**<br><br>sleo@leolawpc.com | **Counsel for Goldman Sachs Bank USA**<br><br>bfoxman@velaw.com |
| **Served on June 4, 2021** ||
| **Counsel for United States Department of the Interior**<br><br>Serajul.Ali@usdoj.gov<br>ryan.lamb@sol.doi.gov<br>John.Z.Balasko@usdoj.gov<br>heewon.kim@sol.doi.gov<br>Kayci.Hines@usdoj.gov | **Office of the United States Trustee**<br><br>Stephen.Statham@usdoj.gov |

HB: 4840-3803-3133.2