UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|----------|---------|------------------|----------|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _New York (No. 4831897) and New Jersey (No. 236862017)_ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Brian J. Kim<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ  07052<br>973-530-2176<br>NY (No. 4831897) and NJ (No. 236862017) |

Seeks to appear as the attorney for this party:

| Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company |
|---|
| Dated: June 4, 2021    Signed: /s/ Brian J. Kim |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                              United States Bankruptcy Judge