IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| FIELDWOOD ENERGY, LLC, *et al.*[1] | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | |

**AKER SOLUTIONS INC.'S OBJECTION TO CURE
AMOUNT FOR TO BE ASSUMED CONTRACT**

Aker Solutions Inc. ("Aker") files this Objection to Cure Amount for to be Assumed Contract, and in support thereof respectfully represents as follows:

1.  The Notice of Assumed Contracts and Cure Amounts in the Plan Supplement (Dkt. #1394), the Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts (Dkt. #1395), and the Notice of Filing Amended Schedule of Assumed Contracts and Cure Amounts (Dkt. #1456), each list the Technical Services Contract between Aker and the Debtor Fieldwood Energy LLC as a contract to be assumed and assigned to the Credit Bid Purchaser with a zero dollar cure amount.

2.  Aker objects to the proposed zero dollar cure amount. The correct cure amount is approximately $380,612.20, as more fully described below in the following chart:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| PO Number | PO Date | Scope | Total Amount | |
|---|---|---|---|---|
| 69443 | 4/6/21 | FWE Droshky TA2 LOC Troubleshooting & In | $ | 9,800.00 |
| 62537 | 2/24/21 | FWE Spares Droshky MCS-Reconciled quote | $ | 163,940.64 |
| 50291 | 12/16/20 | Fieldwood-Refurbishment of Droshky MCS | Approx. $ | 100,000.00[2] |
| 49426 | 12/12/20 | FWE Droshky Spare IPCs | $ | 37,821.56 |
| 48519 | 12/8/20 | FWE Droshky MCS TA-2/TA-2 Software & Doc | $ | 45,800.00 |
| [3] | | Storage of Customer Owned Property | Approx. $ | 3,000.00 |
| 29773 | 8/17/20 | FWE - Thunderhawk MCS Operator's Guide | Approx. $ | 20,000.00[4] |
| **TOTALS** | | | **$** | **333,532.20** |

| Invoice # | Invoice Date | | Amount | |
|---|---|---|---|---|
| 917028923 | 5/11/21 | | $ | 10,680.00 |
| 917028909 | 5/6/21 | | $ | 22,700.00 |
| 917028911 | 5/6/21 | | $ | 10,685.00 |
| 917028910 | 5/6/21 | | $ | 3,015.00 |
| **TOTAL** | | | **$** | **47,080.00** |

3.      The correct cure amount (approximately $380,612.20) must be paid to Aker as part of any assumption and assignment of the Technical Services Contract.

Dated:  June 4, 2021                                                   /s/ *Bruce J. Ruzinsky*
Houston, Texas                                                         Bruce J. Ruzinsky (TX Bar No. 17469425)
                                                                       **JACKSON WALKER LLP**
                                                                       1401 McKinney Street, Suite 1900
                                                                       Houston, TX 77010
                                                                       Telephone:   (713) 752-4200
                                                                       Facsimile:   (713) 752-4221
                                                                       Email: bruzinsky@jw.com
                                                                       ***Counsel for Aker Solutions Inc.***

---

[2] Original purchase order amount was $60,270.00.  However, because of multiple Covid cases and shutting down and reopening the platform, and with the approval of Michael Kinzel at Fieldwood, the amount increased to approximately $100,000.00.  The exact number will be available within the next 10-14 days.

[3] A new purchase order is issued each calendar quarter for the storage of Debtor owned property.  Aker continues to store Debtor owned property, and the Q-2 purchase order will be issued in July.  Each quarterly charge is approximately $3,000.00.

[4] Original purchase order amount was $12,900.00.  However, after additional work requested by Michael Kinzel at Fieldwood was performed, the amount increased to approximately $20,000.00.  The exact number will be available within the next 10-14 days.

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 4th day of June 2021, a true and correct copy of the foregoing was served via the Court's CM/ECF electronic notification system for the Southern District of Texas.

                                           /s/ *Bruce J. Ruzinsky*
                                            Bruce J. Ruzinsky

29175216v.2 136683/00017