**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

**XTO OFFSHORE, INC., HHE ENERGY COMPANY, AND XH LLC'S**
**WITNESS AND EXHIBIT LIST FOR HEARINGS SCHEDULED FOR**
**JUNE 18, 2021 AT 9:30 A.M.**

| **Bankruptcy Case No.** 20-33948 | **DEBTOR:** FIELDWOOD ENERGY, LLC AND ITS AFFILIATED DEBTORS |
|---|---|
| **Witness(es):** | |
| 1. One or more representatives of XTO Offshore, Inc., HHE Energy Company, XH, LLC, ExxonMobil, or any affiliates, predecessors or successors thereof<br>2. Any witness called or designated by any other party.<br>3. Any witness necessary to rebut the evidence or testimony or any witness offered or designated by any other party. | **Judge:** Honorable Marvin Isgur |
| | **Hearing Date:** June 18, 2021 |
| | **Hearing Time:** 9:30 A.M. |
| | **Location:** Courtroom 400, 4th Fl.<br>515 Rusk Ave.<br>Houston, TX 77002 |
| | **Party's Name:** XTO Offshore, Inc., HHE Energy Company, and XH LLC |
| | **Attorney's Name:** J. Robert Forshey |
| | **Attorney's Phone:** (817) 877-8855 |
| | **Nature of Proceeding:**<br>Confirmation Hearing (Dkt. No. 1284) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**EXHIBITS**

| Respondent's Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | *Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1284] | | | | |
| 2. | *Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1285] | | | | |
| 3. | Order Approving Disclosure Statement [Docket No. 1286] | | | | |
| 4. | *Plan Supplement in Connection with the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1394] | | | | |
| 5. | *Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1395] | | | | |
| 6. | *Amended Schedule of Assumed Contracts* [Docket No. 1456] | | | | |
| 7. | *Objection of XTO Offshore, Inc., HHE Energy Company, and XH, LLC to the Joint Chapter 11 Plan of Fieldwood Energy, LLC and its Affiliated Debtors* [Docket No. 759] | | | | |

| Respondent's Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 8. | *Amended Supplemental Objection By XTO Offshore, Inc., HHE Energy Company, and XH, LLC to (A) the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors, (B) Plan Supplement relating to the Assumption of Executory Contracts, and (C) Amended Schedule of Assumed Contracts* [Docket No. 1476] | | | | |
| | Any additional objection or joinder filed by any other party | | | | |
| | Any document or pleading filed in the above captioned case. | | | | |
| | Any exhibit designated by any other party. | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party. | | | | |

XTO Offshore, Inc., HHE Energy Company and XH LLC reserve any and all rights to amend or supplement this Exhibit and Witness List, to call any witnesses designated by any other party and use any other Exhibit designated by any other party to the hearing.

DATED:  June 4, 2021

Respectfully Submitted,

/s/ J. Robert Forshey
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
Lynda L. Lankford
State Bar No. 11935020
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile:  (817) 877-4151
bforshey@forsheyprostok.com
srosen@forsheyprostok.com
llankford@forsheyprostok.com

ATTORNEYS FOR XTO OFFSHORE, INC., HHE
ENERGY COMPANY, AND XH LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties receiving electronic notice via the Court's CM/ECF system on June 4, 2021.

/s/ J. Robert Forshey
J. Robert Forshey