ENTERED
06/07/2021

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of New York (No. 4831897) and New Jersey (No. 236862017):

| | |
|---|---|
| Name | Brian J. Kim |
| Firm | Chiesa Shahinian & Giantomasi PC |
| Street | One Boland Drive |
| City & Zip Code | West Orange, NJ  07052 |
| Telephone | 973-530-2176 |
| Licensed: State & Number | NY (No. 4831897) and NJ (No. 236862017) |

Seeks to appear as the attorney for this party:

Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company

Dated: June 4, 2021    Signed: /s/ Brian J. Kim

COURT USE ONLY: The applicant's state bar reports their status as: Active.

Dated:    Signed: _____
                   Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: June 07, 2021

Marvin Isgur
United States Bankruptcy Judge