Exhibit A  Genesis Energy, L.P.  Contracts and Cure Costs

**High Island Offshore Systems, L.L.C.**

| # | Contract Date | Contract Category | Contract Description [1][2] | Known Contract Counterparties [3] | Debtor Entities [4] | Associated Leases [5] | Related Lease Parties [6] | Cure Estimate [7] | Proposed Contract Treatment [8] | FW I | Credit Bid Purchaser | FW III | FW IV | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 755 | 11/1/1995 | Marketing - Transportation | IT Transport Contract by and between Fieldwood Energy LLC and HIGH ISLAND OFFSHORE SYSTEM, llc and HIGH ISLAND OFFSHORE SYSTEM, llc | Fieldwood Energy LLC and HIGH ISLAND OFFSHORE SYSTEM, llc and HIGH ISLAND OFFSHORE SYSTEM, llc | Fieldwood Energy LLC | EB 159 Lease G02646, EB 160 Lease G02647, EB 165 Lease G06280, HI A- 341 Lease G25605, HI A-365 G02750 Lease G02750, HI A-376 G02754 Lease G02754, HI A545 Lease G17199, HI A-550 Lease G04081, HI A-563 Lease G02388, HI A-382 Lease G02757, HI A-573 Lease G02393, HI A-595 Lease G02721, HI A-596 Lease G02722 | APACHE DEEPWATER LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | x | Cure amount: $25,779.32 |
| 81 | | Marketing - Construction, Operations, Management, Ownership Agreements | Owners constructed and own the Lateral Line which is used to connect Gas supplies in the High Island Area to s trunk pipeline system owned by High Island Offshore System. Theis Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy LLC and and (sic)** | Apache Corporation, Enterprise GTM Offshore Operating Company, LLC | Fieldwood Energy LLC | HI A-376 G02754, HI A-376 G02754, HI A-573, WC 290, WC 172 | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | x | | | | Cure amount: $45,529.47 |
| 443 | | Marketing - Construction, Operations, Management, Ownership Agreements | Owners constructed and own the Lateral Line which is used to connect Gas supplies in the High Island Area to s trunk pipeline system owned by High Island Offshore System. Theis Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy Offshore LLC and and (sic)** | Dynamic Offshore Resources, LLC, Enterprise GTM Offshore Operating Company, LLC | Fieldwood Energy Offshore LLC | HI A-446, HI A-447, HI A-550 Lease G04081 | TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x | Cure amount: $131,578.75 |
| 1543 | | Marketing - Construction, Operations, Management, Ownership Agreements | Owners constructed and own the Lateral Line which is used to connect Gas supplies in the High Island Area to s trunk pipeline system owned hy High Island Offshore System. Theis Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy Offshore LLC and and (sic)** | Sandridge Offshore, LLC, Enterprise GTM Offshore Operating Company, LLC | Fieldwood Energy Offshore LLC | EB 160 Lease G02647, EB 165 Lease G06280 | WALTER OIL & GAS CORPORATION | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x | Cure amount: $131,578.75 |
| Genesis believes this is a contract separate from and independent of line item 1543 above and should be included. | | Marketing - Construction, Operations, Management, Ownership Agreements | Owners constructed and own the Lateral Line which is used to connect Gas supplies in the High Island Area to s trunk pipeline system owned hy High Island Offshore System. Theis Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy Offshore LLC and and (sic)** | | Fieldwood Energy Offshore LLC | EB 165 Lease G06280 | WALTER OIL & GAS CORPORATION | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x | Cure amount: $113,993.88 |

**(sic) As pulled directly from Fieldwood's schedule.*

**Poseidon Oil Pipeline Company, L.L.C.**

| # | Contract Date | Contract Category | Contract Description [1][2] | Known Contract Counterparties [3] | Debtor Entities [4] | Associated Leases [5] | Related Lease Parties [6] | Cure Estimate [7] | Proposed Contract Treatment [8] | FW I | Credit Bid Purchaser | FW III | FW IV | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 851 | 7/15/2003 | Marketing - Transportation | Crude Oil Purchase and Sale/Transport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC | ST 316 Lease G22762 | W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | Cure amount: $39,179.07 |
| 848 | 12/23/1995 | Marketing - Transportation | Crude Oil Purchase and Sale/Transport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC | EI 346 Lease G14482 | BRISTOW US LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | Cure amount: $14,517.21 |
| 845 | 9/1/2004 | Marketing - Transportation | Crude Oil Purchase and Sale/Transport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | | Cure amount: $35,462.66 |
| 847 | 5/1/2006 | Marketing - Transportation | Crude Oil Purchase and Sale/Transport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | | |
| 846 | 4/10/2012 | Marketing - Transportation | Crude Oil Purchase and Sale/Transport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company | Fieldwood Energy LLC | VR 380 Lease G02580 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 849 | 3/15/2020 | Marketing - Transportation | Crude Oil Purchase and Sale/Transport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company | Fieldwood Energy LLC | GC 040 Lease G34536 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | | Cure amount: $147,357.78 |
| 850 Genesis believes this constitutes one agreement with line 849 and therefore asserts the same cure amount for each. | 3/15/2020 | Marketing - Transportation | Crude Oil Purchase and Sale/Transport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company | Fieldwood Energy LLC | GC 040 Lease G34536 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | | Cure amount: $147,357.78 |

**Manta Ray Gathering Company, L.L.C.**

| # | Contract Date | Contract Category | Contract Description [1][2] | Known Contract Counterparties [3] | Debtor Entities [4] | Associated Leases [5] | Related Lease Parties [6] | Cure Estimate [7] | Proposed Contract Treatment [8] | FW I | Credit Bid Purchaser | FW III | FW IV | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 792 | 2/1/2006 | Marketing - Gathering | Crude Oil Transport. by and between Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | | Cure amount: $23,411.61 |
| 793 | 3/15/2020 | Marketing - Gathering | Crude Oil Transport. by and between Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC | GC 040 Lease G34536 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | | Cure mount: $89,676.00 |
| 794 Genesis believes this constitutes one agreement with line 793 and therefore asserts the same cure amount for each. | 3/15/2020 | Marketing - Gathering | Crude Oil Transport. by and between Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC | GC 040 Lease G34536 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | | Cure mount: $89,676.00 |
| 796 | 9/1/2004 | Marketing - Gathering | Crude Oil Transport. by and between Fieldwood Energy LLC and Manta Ray Gathering Company LLC and Manta Ray Gathering Company LLC | Fieldwood Energy LLC and Manta Ray Gathering Company LLC and Manta Ray Gathering Company LLC | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | | Cure amount: $728.24 |
| 481 Genesis believes this to be two separate agreements being assumed (Memorandum & Gas Gathering Agreements). | 2/1/2006 | Marketing - Transportation | Memorandum of Agreement in addition to the Gas Gathering between Enterprise Field Services company, LLC and Noble Energy, Inc. - Dedication of production | Enterprise Field Services company, LLC and Noble Energy, Inc. - Dedication of production | | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | | Cure amount: $9,720.19 |
| 795 | 6/1/2003 | Marketing - Gathering | Crude Oil Transport. by and between Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC | ST 316 Lease G22762 | W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | Genesis looking for this agreement |