IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*[1] | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | Jointly Administered |

### NOTICE OF OPT-OUT OF PLAN RELEASES BY CHEVRON U.S.A. INC., NOBLE ENERGY, INC., TEXACO INC., UNION OIL COMPANY OF CALIFORNIA, AND UNOCAL PIPELINE COMPANY

Pursuant to the Amended Order (i) Approving Disclosure Statement and Form of Notice of Disclosure Statement Hearing, (ii) Establishing Solicitation and Voting Procedures, (iii) Scheduling Confirmation Hearing; (iv) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (v) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (vi) Approving Procedures for Objections to the Assignment and Transfer of Property of the Estate; and (vii) Granting Related Relief (Docket No. 1286) and the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its affiliated debtors (the "Plan") (Docket No. 1284), Chevron U.S.A. Inc., Noble Energy, Inc., Texaco Inc., Union Oil Company of California, and Unocal Pipeline Company (and their parents and affiliates) (collectively "Chevron") provide notice that each entity opts-out of the releases set forth in Section 10.7 of the Plan. Chevron does not consent to, and hereby opts-out of, the Releases contained in the Plan.

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

Dated: June 7, 2021.

        Respectfully submitted,

**ANDREWS MYERS, P.C.**

*/s/    Edward L. Ripley*
EDWARD L. RIPLEY
Texas Bar No. 16935950
LISA M. NORMAN
Texas Bar No. 24037190
PATRICK A. KELLY
Texas Bar No. 24105273
1885 St. James Place, 15th Floor
Houston, Texas  77056
713-850-4200 – Telephone
713-850-4211 – Facsimile
eripley@andrewsmyers.com
lnorman@andrewsmyers.com
pkelly@andrewsmyers.com

**ATTORNEYS FOR CHEVRON U.S.A. INC., NOBLE ENERGY, INC., TEXACO INC., UNION OIL COMPANY OF CALIFORNIA, AND UNOCAL PIPELINE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, a true and correct copy of the foregoing document was served via the Court's Electronic Notification System on all parties entitled to such notice.

        By: */s/ Edward L. Ripley*
            Edward L. Ripley