IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that Millard A. Johnson, George A. Kurisky and Sara J. Sherman, counsel for a parties interested in the case, namely Ankor Energy LLC and Ankor E&P Holdings LLC (collectively, "Ankor")  (collectively referred to herein as the "Interested Party"), requests that, pursuant to Rule 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served to the following:

Millard A. Johnson
mjohnson@jdkglaw.com
Sara J. Sherman
ssherman@jdkglaw.com
George A. Kurisky, Jr.
gkurisky@jdkglaw.com
Johnson DeLuca Kurisky & Gould, P.C.
1221 Lamar Street, Suite 1000
Houston, Texas 77010

Please take further noted that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and includes, without limitation, any plants of reorganization, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to this proceeding, whether formal or informal,

whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of Interested Party (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs, or recoupments to which Interested Party is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

JOHNSON DELUCA KURISKY & GOULD
A Professional Corporation

By: */s/ Millard A. Johnson*
Millard A. Johnson
mjohnson@jdkglaw.com
Texas Bar No. 10772500
Fed ID No. 245
George A. Kurisky
gkurisky@jdkglaw.com
Texas Bar No. 11767700
Fed. ID No. 12892
Sara S. Sherman
ssherman@jdkglaw.com
Texas Bar No. 24068168
Fed. ID No. 1890039
Four Houston Center
1221 Lamar St., Suite 1000
Houston, Texas 77010
(713) 652-2525 – Telephone
(713) 652-5130 – Fax
***Attorneys for Ankor Energy LLC and Ankor E&P Holdings LLC***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents was served on June 7, 2021 via the Court's CM/ECF electronic service of process.

*/s/ Millard A. Johnson*
Millard A. Johnson