IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Fed. R. Bankr. P. 9010 and 11 U.S.C.A. § 1109, Paul J. Goodwine and Lindsey M. Johnson of Looper Goodwine P.C. hereby enter their appearances as counsel for Marubeni Oil & Gas (USA) LLC ("MOGUS"), a creditor and party-in-interest in the above-captioned bankruptcy case. Counsel request that their names be added to the mailing list maintained by the Clerk in this case and that notice of all matters arising in this case of which notice is sent to any creditor, party-in-interest, creditors' committee or any member of the creditors' committee be sent to:

> Paul J. Goodwine
> pgoodwine@loopergoodwine.com
> Lindsey M. Johnson
> ljohnson@loopergoodwine.com
> 650 Poydras Street, Suite 2400
> New Orleans, Louisiana 70130
> Telephone: (504) 503 – 1500
> Facsimile: (504) 503 – 1501

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

291001v1

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 3017 of the Federal Rules of Bankruptcy Procedure, in addition to the notices and papers referred to in the rules specified above, the foregoing request covers all other notices and papers, including, but not limited to: notices of any application, motion, petition, plan, disclosure statement, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, facsimile, or otherwise filed with regard to the above-captioned bankruptcy case and all proceedings therein.

Dated:  June 7, 2021.

        Respectfully Submitted,

        **LOOPER GOODWINE P.C.**

        */s/ Paul J. Goodwine*
        Paul J. Goodwine (La. Bar No. 23757)
        SDTX Federal ID No. 437800
        Lindsey M. Johnson (La. Bar No. 34610)
        SDTX Federal ID No. 2127344
        650 Poydras Street, Suite 2400
        New Orleans, Louisiana 70130
        Telephone: (504) 503-1500
        Facsimile:  (504) 503-1501
        Email: pgoodwine@loopergoodwine.com
        Email: ljohnson@loopergoodwine.com

        ***Attorneys Marubeni Oil & Gas (USA) LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2021 a true and correct copy of the foregoing document was served via this Court's CM/ECF system on all parties having consented to such electronic service in this case.

        */s/ Paul J. Goodwine*
        Paul J. Goodwine

291001v1