## EXHIBIT A - UNLISTED TARGA AGREEMENTS

| CONTRACT (BASE CONTRACT ID) | Fieldwood Entity | Targa Entity | Title | Dated | Effective |
|---|---|---|---|---|---|
| 001688 | DYNAMIC OFFSHORE RESOURCES NS LLC | TARGA MIDSTREAM SERVICES LLC | NATURAL GAS PROCESSING AGREEMENT TEXACO SUCCESSOR | 01/01/2000 | 01/01/2000 |
| 019493 | DYNAMIC OFFSHORE RESOURCES NS LLC | VENICE ENERGY SERVICES COMPANY, L.L.C. | GAS PROCESSING AGREEMENT | 11/01/2006 | 11/01/2006 |
| 001041 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | NATURAL GAS PROCESSING AGREEMENT | 07/01/2000 | 07/01/2000 |
| 018602 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | AN SUB-SEA INTERCONNECT AGREEMENT | 02/06/2006 | 02/06/2006 |
| 019771 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | SUB-SEA INTERCONNECT AGREEMENT | 06/14/2007 | 06/14/2007 |
| 024882 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | GAS PROCESSING AGREEMENT | 10/01/2013 | 10/01/2013 |
| 025031 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | NATURAL GAS PROCESSING AGREEMENT | 06/01/2002 | 06/01/2002 |
| 025035 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | GAS PROCESSING AGREEMENT | 09/30/1992 | 09/30/1992 |
| 025038 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | SUCCESSOR NATURAL GAS PROCESSING AGREEMENT | 06/01/2004 | 06/01/2004 |
| 025045 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | GAS PROCESSING AGREEMENT | 04/01/2011 | 04/01/2011 |
| 025060 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | NATURAL GAS PROCESSING AGREEMENT | 01/01/2002 | 01/01/2002 |
| 025061 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | NATURAL GAS PROCESSING AGREEMENT | 01/01/2002 | 01/01/2002 |
| 25081 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | SUCCESSOR NATURAL GAS PROCESSING AGREEMENT | 03/01/2012 | 03/01/2012 |
| 025088 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | NATURAL GAS PROCESSING AGREEMENT | 07/01/2000 | 07/01/2000 |
| 025090 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | SUCCESSOR NATURAL GAS PROCESSING AGREEMENT GULF OF MEXICO | 10/01/2004 | 10/01/2004 |
| 025104 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | NATURAL GAS PROCESSING AGREEMENT | 07/01/2000 | 07/01/2000 |
| 025105 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | SUCCESSOR NATURAL GAS PROCESSING AGREEMENT | 11/01/2011 | 11/01/2011 |
| 025820 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | GAS PROCESSING AGREEMENT | 10/01/2014 | 10/01/2014 |
| 025940 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | GAS PROCESSING AGREEMENT | 10/01/2014 | 10/01/2014 |
| 012464 | FIELDWOOD ENERGY LLC | VENICE ENERGY SERVICES COMPANY, L.L.C. | SALTWATER DISPOSAL AGREEMENT | 02/11/2000 | 01/01/2000 |
| 012567 | FIELDWOOD ENERGY LLC | VENICE ENERGY SERVICES COMPANY, L.L.C. | SALTWATER DISPOSAL AGREEMENT | 03/20/2000 | 01/01/2000 |
| 015322 | FIELDWOOD ENERGY LLC | VENICE ENERGY SERVICES COMPANY, L.L.C. | SOUTH PASS DEHYDRATOR SERVICE AGREEMENT | 04/01/2004 | 04/01/2004 |
| 025569 | FIELDWOOD ENERGY LLC | VENICE ENERGY SERVICES COMPANY, L.L.C. | GAS PROCESSING AGREEMENT | 07/01/2014 | 07/01/2014 |
| 024010 | FIELDWOOD ENERGY OFFSHORE LLC | TARGA MIDSTREAM SERVICES LLC | GAS PURCHASE CONTRACT | 03/01/2001 | 03/01/2001 |
| 026608 | FIELDWOOD ENERGY OFFSHORE LLC | TARGA MIDSTREAM SERVICES LLC | SUCCESSOR NATURAL GAS PROCESSING AGREEMENT | 06/01/2015 | 06/01/2015 |
| 026607 | FIELDWOOD SD OFFSHORE LLC | TARGA MIDSTREAM SERVICES LLC | SUCCESSOR NATURAL GAS PROCESSING AGREEMENT | 06/01/2015 | 06/01/2015 |
| 017189 | GOM SHELF LLC | TARGA MIDSTREAM SERVICES LLC | SUCCESSOR NATURAL GAS PROCESSING AGREEMENT | 03/01/2005 | 03/01/2005 |
| 023381 | GOM SHELF LLC | TARGA MIDSTREAM SERVICES LLC | NATURAL GAS PROCESSING AGREEMENT | 01/01/2002 | 01/01/2002 |
| 025124 | GOM SHELF LLC | VENICE ENERGY SERVICES COMPANY, L.L.C. | GAS PROCESSING AGREEMENT | 02/01/2013 | 02/01/2013 |
| 023026 | SANDRIDGE ENERGY OFFSHORE, LLC | TARGA GAS MARKETING LLC | BASE CONTRACT FOR SALE AND PURCHASE OF NATURAL GAS | 10/01/2011 | 10/01/2011 |
| 022167 | SANDRIDGE ENERGY OFFSHORE, LLC | TARGA MIDSTREAM SERVICES LLC | GATHERING AGREEMENT | 05/01/2011 | 05/01/2011 |
| 026132 | SANDRIDGE ENERGY, INC. | TARGA LIQUIDS MARKETING AND TRADE LLC | GUARANTY | 07/09/2014 | 07/09/2014 |
| 021099 | SANDRIDGE OFFSHORE RESOURCES LLC | TARGA MIDSTREAM SERVICES LLC | NATURAL GAS PROCESSING AGREEMENT TEXACO SUCCESSOR | 01/01/2000 | 01/01/2000 |
| 017413 | SPN RESOURCES, LLC | TARGA MIDSTREAM SERVICES LLC | NATURAL GAS PROCESSING AGREEMENT | 07/01/2000 | 07/01/2000 |
| 024848 | SPN RESOURCES, LLC | VENICE ENERGY SERVICES COMPANY, L.L.C. | CAPACITY LEASE AGREEMENT | 09/01/2013 | 09/01/2013 |
| 31938 | FIELDWOOD ENERGY LLC | TARGA MIDSTREAM SERVICES LLC | GAS GATHERING AGREEMENT | 12/01/2020 | 12/01/2020 |