**Exhibit A**



# FIELDWOOD ENERGY

Fieldwood Energy LLC
2000 W. Sam Houston Pkwy South, Suite 1200
Houston, Texas 77042
713-969-1000

Please note new Payment Instructions

**PAYMENT INSTRUCTIONS:**

by check: FIELDWOOD ENERGY LLC
Attn: Treasury Dept
2000 W. Sam Houston Pkwy South, Suite 1200
Houston, Texas 77042

## ORIGINAL INVOICE

Marubeni Oil & Gas (USA) Inc.
777 North Eldridge Parkway, Suite 900
Houston, Texas 77079

by wire: CAPITAL ONE BANK
HOUSTON, TX
ABA: 111901014
FIELDWOOD ENERGY, LLC
**ACCOUNT:** ▉▉▉▉▉

| Invoice Number | Date | Delivery Mo/Yr | Customer Number | For questions concerning this invoice contact |
|---|---|---|---|---|
| NGLBNK072041 | August 31, 2020 | Jul-20 | | Paula Scott paula.scott@fwellc.com |

Payment Due: Upon Receipt

| Platform | Location | | | $/Amount |
|---|---|---|---|---|
| THUNDERHAWK | THUNDER HAWK Administration Fee | | | ($1,786.11) $54.67 |

To bill you for gas delivered to Thunderhawk platform for purpose to mitigate material increases or decreases in each Facility Producer's respective Gas Processing value due to commingling of Gas that may contain different NGLs compositions per the NGL Bank Thunder Hawk agreement.

Total  Due Marubeni  ($1,731.44)

PLEASE REFERENCE INVOICE NUMBER WITH REMITTANCE

0720

*PJA approved 08.21.2020*