

# FIELDWOOD ENERGY

**2000 W SAM HOUSTON PARKWAY S., STE 1200
HOUSTON, TX 77042
ATTN: REVENUE ACCOUNTING**

## Platform Imbalance for GREEN CANYON 65

**Bill To:** Marubeni Oil and Gas USA Inc
777 North Eldridge, Suite 900
Houston, TX 77079

**INVOICE:** 0620GC65MARU
**INVOICE DATE:** 8/20/2020

**Email:** mary@mogus.com

| Month | Imbalance Volume MMBTU | Net Price | Imbalance Value |
|---|---|---|---|
| Jun-20 | 5,911 | $ 1.3600 | $8,038.96 |
| **DEBIT due Marubeni / (CREDIT) due Fieldwood:** | **5,911** | | **$8,038.96** |

FOR INQUIRIES OR IF PAYING AN AMOUNT DIFFERENT FROM INVOICE PLEASE CONTACT REVENUE ACCOUNTING:
Kamuel.Poon@Fwallc.com
(713) 969-1095

PLEASE INDICATE THE INVOICE REFERENCE ON THE PAYMENT

Send Payment To:
FIELDWOOD ENERGY, LLC
CAPITAL ONE BANK
HOUSTON, TX
ABA: 111901014
ACCOUNT: ▮▮▮▮▮

Send Written Correspondence To:
FIELDWOOD ENERGY, LLC
2000 W SAM HOUSTON PARKWAY S., STE 1200
HOUSTON, TX 77042
ATTN: REVENUE ACCOUNTING

Fieldwood Energy
THE GREEN CANYON 65 PLATFORM
Platform Imbalance & Pricing Statement
MMBTU Basis

Pricing Basis

| Date | | Description | Currency | Units | Index Price | Transportation | Settlement Price |
|---|---|---|---|---|---|---|---|
| Jun-20 | Argus, Droshky | S. LA Regional Avg | USD | MMB | $ 1.5813 | $ 0.2213 | $ 1.3600 |
| Jun-20 | Aspen | S. LA Regional Avg | USD | MMB | $ 1.5813 | $ 0.1913 | $ 1.3900 |

| Production MM/YY | Pipeline Deliveries (ACTUALS) | | | | | | Fieldwood Allocations (ENTITLEMENTS) | | | | | | Current Imbalance (Over) / Under | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FW | DAA | Marubeni | Walter | Nexen | TOTAL MMBTU | | FW | DAA | Marubeni | Walter | Nexen | TOTAL MMBTU | FW | DAA | Marubeni | Walter | Nexen | Total MMBTU |
| Jun-20 | 162,959 | 2,903 | 21,884 | 6,186 | 5,065 | 198,997 | | 154,581 | 5,242 | 27,795 | 6,258 | 5,121 | 198,997 | (8,378) | 2,339 | 5,911 | 72 | 56 | 0 |



# FIELDWOOD ENERGY

2000 W SAM HOUSTON PARKWAY S., STE 1200
HOUSTON, TX 77042
ATTN: REVENUE ACCOUNTING

## Platform Imbalance for GREEN CANYON 65

Bill To: Marubeni Oil and Gas USA Inc.
777 North Eldridge, Suite 900
Houston, TX 77079

INVOICE: 0720GC65MARU
INVOICE DATE: 9/22/2020

Email: mary@mogus.com

| | Month | Imbalance Volume MMBTU | Net Price | Imbalance Value |
|---|---|---|---|---|
| | Jul-20 | 30,697 | $ 1.4112 | $43,319.61 |
| **DEBIT due Marubeni / (CREDIT) due Fieldwood:** | | 30,697 | | $43,319.61 |

FOR INQUIRIES OR IF PAYING AN AMOUNT DIFFERENT FROM INVOICE PLEASE CONTACT REVENUE ACCOUNTING.
Kamuel.Poon@Fwellc.com
(713) 969-1095

PLEASE INDICATE THE INVOICE REFERENCE ON THE PAYMENT

Send Payment To:
FIELDWOOD ENERGY, LLC
CAPITAL ONE BANK
HOUSTON, TX
ABA: 111901014
ACCOUNT: ███████

Send Written Correspondence To:
FIELDWOOD ENERGY, LLC
2000 W SAM HOUSTON PARKWAY S., STE 1200
HOUSTON, TX 77042
ATTN: REVENUE ACCOUNTING



**2000 W SAM HOUSTON PARKWAY S., STE 1200**
**HOUSTON, TX 77042**
**ATTN:  REVENUE ACCOUNTING**

## Platform Imbalance for GREEN CANYON 65

**Bill To:** Marubeni Oil and Gas USA Inc.
777 North Eldridge, Suite 900
Houston, TX  77079

**INVOICE:** 0820GC65MARU
**INVOICE DATE:** 10/16/2020

**Email:** mary@mogus.com

| Month | Imbalance Volume MMBTU | Net Price | Imbalance Value |
|---|---|---|---|
| Aug-20 | 4,021 | $ 1.8375 | $7,388.59 |
| **DEBIT due Marubeni / (CREDIT) due Fieldwood:** | **4,021** | | **$7,388.59** |

FOR INQUIRIES OR IF PAYING AN AMOUNT DIFFERENT FROM INVOICE PLEASE CONTACT REVENUE ACCOUNTING:
Kamuel.Poon@Fwellc.com
(713) 969-1095

PLEASE INDICATE THE INVOICE REFERENCE ON THE PAYMENT

| Send Payment To: | Send Written Correspondence To: |
|---|---|
| FIELDWOOD ENERGY, LLC | FIELDWOOD ENERGY, LLC |
| CAPITAL ONE BANK | 2000 W SAM HOUSTON PARKWAY S., STE 1200 |
| HOUSTON, TX | HOUSTON, TX 77042 |
| ABA: | ATTN:  REVENUE ACCOUNTING |
| ACCOUNT: | |

**Fieldwood Energy**
**THE GREEN CANYON 65 PLATFORM**
**Platform Imbalance & Pricing Statement**
**MMBTU Basis**

| Pricing Basis Date | Description | | Currency | Units | | Index Price | Transportation | Settlement Price |
|---|---|---|---|---|---|---|---|---|
| Aug-20 | Angus, Droshky | A Regional | USD | MMB | | $ 2.0588 | $ 0.2213 | $ 1.8375 |
| Aug-20 | Aspen | A Regional | USD | MMB | | $ 2.0588 | $ 0.1913 | $ 1.8675 |

| Production MM/YY | Pipeline Deliveries (ACTUALS) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | FW | DAA | Marubeni | Walter | Nexen | Talos | Red Willow | TOTAL MMBTU |
| Aug-20 | 243,396 | 5,824 | 85,682 | 6,221 | 5,020 | 16,461 | 7,769 | 370,373 |

| Fieldwood Allocations (ENTITLEMENTS) | | | | | | | |
|---|---|---|---|---|---|---|---|
| FW | DAA | Marubeni | Walter | Nexen | Talos | Red Willow | TOTAL MMBTU |
| 232,350 | 11,874 | 89,703 | 8,164 | 6,680 | 13,990 | 7,612 | 370,373 |

| Current Imbalance (Over) / Under | | | | | | | |
|---|---|---|---|---|---|---|---|
| FW | DAA | Marubeni | Walter | Nexen | Talos | Red Willow | Total MMBTU |
| (11,046) | 6,050 | 4,021 | 1,943 | 1,660 | (2,471) | (157) | 0 |