IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

## MASTER SERVICE LIST AS OF JUNE 7, 2021

Pursuant to the *Order Granting Complex Chapter 11 Case Treatment* [Docket No. 18], attached hereto is the consolidated Master Service List, as of June 7, 2021, for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"). A copy of the Master Service List can be accessed on the website established by the Debtors' court-approved claims, noticing and solicitation agent, Prime Clerk LLC, at https://cases.primeclerk.com/FieldwoodEnergy/.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: June 7, 2021
      Houston, Texas

                                                     Respectfully submitted,

                                                     */s/  Alfredo R. Pérez*
                                                      WEIL, GOTSHAL & MANGES LLP
                                                      Alfredo R. Pérez (15776275)
                                                      Clifford Carlson (24090024)
                                                      700 Louisiana Street, Suite 1700
                                                      Houston, Texas  77002
                                                      Telephone: (713) 546-5000
                                                      Facsimile:  (713) 224-9511
                                                      Email:  Alfredo.Perez@weil.com
                                                                   Clifford.Carlson@weil.com

                                                      -and-

                                                      WEIL, GOTSHAL & MANGES LLP
                                                     Matthew S. Barr (admitted *pro hac vice*)
                                                     Jessica Liou (admitted *pro hac vice*)
                                                     767 Fifth Avenue
                                                     New York, New York 10153
                                                     Telephone:  (212) 310-8000
                                                     Facsimile:  (212) 310-8007
                                                     Email:   Matt.Barr@weil.com
                                                                  Jessica.Liou@weil.com

                                                     *Attorneys for Debtors*
                                                     *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on June 7, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                     */s/ Alfredo R. Pérez*
                                                     Alfredo R. Pérez

In re: Fieldwood Energy LLC, *et al.*
Master Service List
Case No. 20-33948 (MI)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO ENERGY TRANSFER OPERATING, L.P., SEA ROBIN PIPELINE COMPANY, LLC, TRUNKLINE GAS COMPANY, LLC, FLORIDA GAS TRANSMISSION, COMPANY, LLC, AND STINGRAY PIPELINE COMPANY, LLC | AKERMAN LLP | ATTN: JOHN E. MITCHELL | 2001 ROSS AVENUE, SUITE 3600 | | DALLAS | TX | 75201 | | 214-720-4300 | 214-981-9339 | |
| COUNSEL TO MILORAD RAICEVIC | ALEXANDER DUBOSE & JEFFERSON LLP | ATTN: WILLIAM J. BOYCE, KEVIN DUBOSE | 1844 HARVARD STREET | | HOUSTON | TX | 77008 | | 713-523-2358 | 713-522-4553 | KDUBOSE@ADJTLAW.COM |
| COUNSEL TO FACILITIES CONSULTING GROUP, LLC | ALLEN & GOOCH, A LAW CORPORATION | ATTN: EMILE JOSEPH, JR. | 2000 KALISTE SALOOM ROAD, SUITE 400 | P.O. BOX 81129 | LAFAYETTE | LA | 70598-1129 | | 337-291-1310 | 337-291-1315 | EMILEJOSEPH@ALLENGOOCH.COM |
| COUNSEL TO ARCHROCK PARTNERS OPERATING LLC AND ARCHROCK SERVICE LP | ANDERSON, LEHRMAN, BARRE & MARAIST, LLP | ATTN: KEVIN M. MARAIST | GASLIGHT SQUARE | 1001 THIRD STREET, STE 1 | CORPUS CHRISTI | TX | 78404 | | 361-884-4891 | 361-884-1286 | KMARAIST@ALBMLAW.COM |
| COUNSEL TO CHEVRON U.S.A. INC. | ANDREWS MYERS, P.C | ATTN: EDWARD L. RIPLEY & PATRICK A. KELLY | 1885 SAINT JAMES PLACE | 15TH FLOOR | HOUSTON | TX | 77056 | | 713-850-4200; 713-850-8218 | 713-850-4211; 832-786-4877 | ERIPLEY@ANDREWSMYERS.COM PKELLY@ANDREWSMYERS.COM |
| COUNSEL TO ENVEN ENERGY VENTURES, LLC | BAKER BOTTS L.L.P. | ATTN: EMANUEL C. GRILLO | 30 ROCKEFELLER PLAZA | | NEW YORK | NY | 10112-4498 | | 212-408-2519 | 212-259-2519 | EMANUEL.GRILLO@BAKERBOTTS.COM |
| COUNSEL TO HUNT OIL COMPANY, CHIEFTAIN INTERNATIONAL (U.S.) L.L.C., AND HUNT CHIEFTAIN DEVELOPMENT, L.P. | BAKER BOTTS L.L.P. | ATTN: JAMES R. PRINCE | 2001 ROSS AVENUE | SUITE 900 | DALLAS | TX | 75201-2980 | | 214-953-6417 | 214-661-4417 | JIM.PRINCE@BAKERBOTTS.COM |
| COUNSEL TO ENVEN ENERGY VENTURES, LLC | BAKER BOTTS L.L.P. | ATTN: KEVIN CHIU | 2001 ROSS AVENUE | SUITE 900 | DALLAS | TX | 75201-2980 | | 214-953-6417 | 214-661-4417 | KEVIN.CHIU@BAKERBOTTS.COM |
| COUNSEL TO SAMSON OFFSHORE MAPLELEAF, LLC & SAMSON CONTOUR ENERGY E & P, LLC | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC | ATTN: JAN M. HAYDEN | 201 ST. CHARLES AVENUE | SUITE 3600 | NEW ORLEANS | LA | 70170 | | 504-566-5200 | 504-636-4000 | JHAYDEN@BAKERDONELSON.COM |
| COUNSEL TO ITC GLOBAL, INC. | BALCH & BINGHAM LLP | ATTN: LLOYD A. KIM & RACHEL T. KUBANDA | 811 LOUISIANA STREET | SUITE 1010 | HOUSTON | TX | 77002 | | 713-362-2550 | | LLIM@BALCH.COM RKUBANDA@BALCH.COM |
| COUNSEL TO RED WILLOW OFFSHORE, LLC | BARNET B. SKELTON, JR. | BARNET B. SKELTON, JR. | 815 WALKER, SUITE 1502 | | HOUSTON | TX | 77002 | | 713-516-7450 | | BARNETBJR@MSN.COM |
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: SHRADDHA BHARATIA | PO BOX 3001 | | MALVERN | PA | 19355-0701 | | | | |
| COUNSEL TO MARATHON OIL COMPANY AND EOG RESOURCES, INC. | BONDS ELLIS EPPICH SCHAFER JONES LLP | ATTN: CLAY M. TAYLOR, J. ROBERTSON CLARKE, JOSHUA N. EPPICH | 420 THROCKMORTON STREET, SUITE 1000 | | FORT WORTH | TX | 76102 | | 817-405-6900 | 817-405-6902 | CLAY.TAYLOR@BONDSELLIS.COM ROBBIE.CLARKE@BONDSELLIS.COM JOSHUA@BONDSELLIS.COM |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: MARK E. DENDINGER | 185 ASYLUM STREET | CITYPLACE I, 34TH FLOOR | HARTFORD | CT | 06103 | | 860-947-9000 | 860-404-3970 | MARK.DENDINGER@BRACEWELL.COM |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: WILLIAM A. (TREY) WOOD III & BOB P. GRATTAN | 711 LOUISIANA STREET | SUITE 2300 | HOUSTON | TX | 77002 | | 713-221-1166 | 800-404-3970 | TREY.WOOD@BRACEWELL.COM BOB.GRATTAN@BRACEWELL.COM |
| COUNSEL TO THE DEBTORS | BUCK KEENAN LLP | ATTN: HELEN M. MCLAUGHLIN | 2229 SAN FELIPE, SUITE 1000 | | HOUSTON | TX | 77019 | | 713-225-4500 | 713-225-3719 | HMCLAUGHLIN@BUCKKEENAN.COM |
| BRIAN CLOYD | CAIN & SKARNULIS PLLC | ATTN: RYAN E. CHAPPLE, CHELSEA L. SCHELL | 400 W. 15TH STREET, SUITE 900 | | AUSTIN | TX | 78701 | | 512-477-5000 | 512-477-5011 | RCHAPPLE@CSTRIAL.COM |
| COUNSEL TO C-DIVE, L.L.C. | CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX L. L. C. | ATTN: LEANN OPOTOWSKY MOSES & PETER J. SEGRIST | 1100 POYDRAS STREET | SUITE 3100 | NEW ORLEANS | LA | 70163 | | 504-585-3800 | 504-585-3801 | MOSES@CARVERDARDEN.COM SEGRIST@CARVERDARDEN.COM |
| CETCO ENERGY SERVICES COMPANY, LLC | CETCO ENERGY SERVICES COMPANY, LLC | ATTN: RUDY URBAN, CREDIT MANAGER | 635 BRAKE RIDGE COURT | | SEYMOUR | TN | 37865 | | | | |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI | ATTN: DARREN M. GRZYB, ARMEN SHAHINIAN, TERRI JANE FREEDMAN & SCOTT ZUBER | ONE BOLAND DRIVE | | WEST ORANGE | NJ | 07052 | | 973-530-2077; 973-530-2002; 973-530-2152; 973-530-2046 | 973-325-1501 | ASHAHINIAN@CSGLAW.COM TFREEDMAN@CSGLAW.COM SZUBER@CSGLAW.COM |
| COUNSEL TO ZURICH AMERICAN INSURANCE COMPANY | CLARK HILL | ATTN: DUANE J. BRESCIA, STEPHEN A. ROBERTS | 720 BRAZOS | SUITE 700 | AUSTIN | TX | 78701 | | 512-499-3647; 512-499-3624 | 512-499-3660 | DBRESCIA@CLARKHILL.COM SROBERTS@CLARKHILL.COM |
| COUNSEL TO SEITEL DATA, LTD. | CLARK HILL STRASBURGER | ATTN: DUANE J. BRESCIA | 720 BRAZOS | SUITE 700 | AUSTIN | TX | 78701 | | 512-499-3647 | 512-499-3660 | DBRESCIA@CLARKHILL.COM |
| COUNSEL TO MARTIN ENERGY SERVICES, LLC | CLARK HILL STRASBURGER | ATTN: ROBERT P. FRANKE & AUDREY L. HORNISHER | 901 MAIN STREET, SUITE 6000 | | DALLAS | TX | 75202-3794 | | 214-651-4300 | 214-651-4330 | BFRANKE@CLARKHILL.COM AHORNISHER@CLARKHILL.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER | 301 COMMERCE STREET | SUITE 1700 | FORT WORTH | TX | 76102 | | 817-810-5250 | 817-810-5255 | MWARNER@COLESCHOTZ.COM |
| COUNSEL TO REPUBLIC HELICOPTERS, INC. | CRADY JEWETT MCCULLEY & HOUREN LLP | ATTN: SHELLEY BUSH MARMON & WILLIAM SUDELA | 2727 ALLEN PARKWAY | SUITE 1700 | HOUSTON | TX | 77019 | | 713-739-7007 | 713-739-8403 | SMARMON@CJMHLAW.COM WSUDELA@CJMHLAW.COM |
| COUNSEL TO UNIVERSAL EQUIPMENT, INC. | DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT, GIDEON & EDWARDS | ATTN: CHRISTOPHER J. PIASECKI | 810 SOUTH BUCHANAN STREET | PO BOX 2908 | LAFAYETTE | LA | 70502-2908 | | 337-237-1660 | 337-237-3676 | CPIASECKI@DAVIDSONMEAUX.COM |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | 212-450-4580; 212-450-4361; 212-450-4000 | 212-701-5800 | DAMIAN.SCHAIBLE@DAVISPOLK.COM NATASHA.TSIOURIS@DAVISPOLK.COM MICHAEL.PERA@DAVISPOLK.COM JOSHUA.STURM@DAVISPOLK.COM |
| COUNSEL TO DLS, LLC | DLS, LLC | ATTN: H. KENT AGUILLARD | 141 S. 6TH STREET | | EUNICE | LA | 70535 | | 337-457-9331 | 337-457-2917 | KENT@AGUILLARDLAW.COM |
| COUNSEL TO TETRA APPLIED TECHNOLOGIES, INC. | DORE ROTHBERG MCKAY, P.C. | ATTN: ZACHARY S. MCKAY | 17171 PARK ROW | SUITE 160 | HOUSTON | TX | 77084 | | 281-829-1555 | 281-200-0751 | MBARTLETT@DORELAW.COM ZMCKAY@DORELAW.COM |
| MOODY'S INVESTORS SERVICE, INC. | DUANE MORRIS LLP | ATTN: CHRISTOPHER R. BELMONTE, PAMELA A. BOSSWICK | 230 PARK AVENUE, SUITE 1130 | | NEW YORK | NY | 10169-0079 | | 212-818-9200 | 212-818-9606 | CRBELMONTE@DUANEMORRIS.COM PABOSSWICK@DUANEMORRIS.COM |
| MOODY'S INVESTORS SERVICE, INC. | DUANE MORRIS LLP | ATTN: NICOLETTE J. ZULLI | 1330 POST OAK BOULEVARD, SUITE 800 | | HOUSTON | TX | 77056-3166 | | 713-402-3922 | 713-583-8892 | NJZULLI@DUANEMORRIS.COM |
| COUNSEL TO MAGNUM MUD EQUIPMENT CO., INC. | DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKINS | ATTN: STANWOOD R. DUVAL | 101 WILSON AVE (70364) | PO BOX 3017 | HOUMA | LA | 70361 | | 985-876-6410 | 985-851-1490 | STAN@DUVALLAWFIRM.COM |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT | ATLANTA FEDERAL CENTER, 61 FORSYTH STREET | | ATLANTA | GA | 30303-3104 | | 404-562-9900 | 404-562-8174 | |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 6 (AR, LA, NM, OK, TX) | ATTN: BANKRUPTCY DEPARTMENT | 1445 ROSS AVENUE | SUITE 1200 | DALLAS | TX | 75202-2733 | | 214-665-2200 | | |
| COUNSEL TO NAUTILUS PIPELINE COMPANY, L.L.C. AND MANTA RAY OFFSHORE GATHERING COMPANY, L.L.C. | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL | 1001 FANNIN STREET | SUITE 3700 | HOUSTON | TX | 77002 | | 713-470-6100 | 713-654-1301; 713-637-3593 | MARKSHERRILL@EVERSHEDS-SUTHERLAND.US |
| COUNSEL TO MACQUARIE CORPORATE AND ASSET FUNDING INC | FARRIMOND CASTILLO & BRESNAHAN, PC | ATTN: JOHN M. CASTILLO | 130 E. TRAVIS ST | SUITE 350 | SAN ANTONIO | TX | 78205 | | 210-231-0919 | 210-231-0004 | JCASTILLO@FCBTXLAW.COM |
| DEBTORS | FIELDWOOD ENERGY LLC | ATTN: MIKE DANE & TOMMY LAMME | | | | | | | | | MDANE@FWELL TLAMME@FWELLC.COM |
| COUNSEL TO OIL STATES ENERGY SERVICES, LLC | FISHERBROYLES, LLP | ATTN: LISA A. POWELL | 2925 RICHMOND AVE. | SUITE 1200 | HOUSTON | TX | 77098 | | 713-955-3302 | 512-488-9412 | LISA.POWELL@FISHERBROYLES.COM |
| COUNSEL TO OCEANEERING INTERNATIONAL INC. | FOLEY & LARDNER LLP | ATTN: DAVID S. ELDER | 1000 LOUISIANA STREET, SUITE 2000 | | HOUSTON | TX | 77002-2099 | | 713-276-5500 | | DSELDER@FOLEY.COM |
| COUNSEL TO XTO ENERGY INC., EXXONMOBIL CORPORATION AND ANY SUBS OR AFFILIATED COMPANIES | FORSHEY & PROSTOK, LLP | ATTN: J. ROBERT FORSHEY, LYNDA L. LANKFORD, SUZANNE K. ROSEN | 777 MAIN STREET | SUITE 1550 | FORT WORTH | TX | 76102 | | 817-877-8855 | 817-877-4151 | BFORSHEY@FORSHEYPROSTOK.COM LLANKFORD@FORSHEYPROSTOK.COM SROSEN@FORSHEYPROSTOK.COM |
| COUNSEL TO XTO ENERGY INC., EXXONMOBIL CORPORATION AND ANY SUBS OR AFFILIATED COMPANIES | FORSHEY & PROSTOK, LLP | ATTN: DEIRDRE CAREY BROWN | 1990 POST OAK BLVD | SUITE 2400 | HOUSTON | TX | 77056 | | 832-536-6910 | 832-310-1172 | DBROWN@FORSHEYPROSTOK.COM |
| COUNSEL TO CGG SERVICES (US) | FROST BROWN TODD LLC | ATTN: MARK A. PLATT | 900 ROSEWOOD COURT | 2101 CEDAR SPRINGS ROAD | DALLAS | TX | 75201 | | 214-580-5852 | 214-545-3473 | MPLATT@FBTLAW.COM |
| COUNSEL TO WESTERNGECO LLC, THE TGS ENTITIES, AND JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: ANDREW A. BRAUN | 701 POYDRAS STREET | SUITE 4800 | NEW ORLEANS | LA | 70139-4800 | | 504-561-0400 | 504-561-0100 | ABRAUN@GLLLAW.COM |
| COUNSEL TO LLOG EXPLORATION OFFSHORE, L.L.C., LLOG ENERGY, L.L.C. | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: JOHN E. W. BAAY II | 701 POYDRAS STREET | SUITE 4800 | NEW ORLEANS | LA | 70139-4800 | | 504-561-0400 | 504-561-0100 | JBAAY@GLLLAW.COM |
| COUNSEL TO WESTERNGECO LLC AND THE TGS ENTITIES, LLOG EXPLORATION OFFSHORE, L.L.C. | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: JOHN E. W. BAAY II | 701 POYDRAS STREET, SUITE 4800 | | NEW ORLEANS | LA | 70139-4800 | | 504-561-0400 | 504-561-0100 | JBAAY@GLLLAW.COM |
| COUNSEL TO JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: LAMBERT M. LAPEROUSE | 5151 SAN FELIPE | SUITE 750 | HOUSTON | TX | 77056 | | 832-255-6002 | 832-255-6001 | LAPEROUSE@GLLLAW.COM |
| COUNSEL TO BP EXPLORATION & PRODUCTION INC. | GREENBERG TRAURIG, LLP | ATTN: P. WILLIAM STARK | 2200 ROSS AVENUE | SUITE 5200 | DALLAS | TX | 75201 | | 214-665-3600 | 214-665-3601 | STARKB@GTLAW.COM |
| COUNSEL TO BP EXPLORATION & PRODUCTION INC. | GREENBERG TRAURIG, LLP | ATTN: SHARI L. HEYEN, KARL D. BURNER, KATIE TIPPER-MCWHORTER | 1000 LOUISIANA STREET | SUITE 1700 | HOUSTON | TX | 77002 | | 713-374-3500 | 713-374-3505 | HEYENS@GTLAW.COM BURRERK@GTLAW.COM TIPPERK@GTLAW.COM |
| COUNSEL TO TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, DISCOVERY GAS TRANSMISSION LLC, WFS LIQUIDS LLC, GULFSTAR ONE LLC AND WILLIAMS FIELD SERVICES-GULF COAST COMPANY LLC | HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | ATTN: STEVEN W. SOULÉ | 320 SOUTH BOSTON AVENUE, SUITE 200 | | TULSA | OK | 74103-3706 | | 918-594-0400 | 918-594-0505 | SSOULE@HALLESTILL.COM |
| COUNSEL TO LEXON INSURANCE COMPANY, IRONSHORE INDEMNITY INC., IRONSHORE SPECIALTY INSURANCE COMPANY, AND ENDURANCE AMERICAN INSURANCE COMPANY | HARRIS BEACH LLC | ATTN: LEE E. WOODARD | 333 W. WASHINGTON STREET, SUITE 200 | | SYRACUSE | NY | 13202 | | 315-423-7100 | | BKEMAIL@HARRISBEACH.COM |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS AND CANTOR FITZGERALD SECURITIES, AS DIP AGENT | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK | 1221 MCKINNEY STREET, SUITE 4000 | | HOUSTON | TX | 77010 | | 713-547-2000 | 713-547-2600 | CHARLES.BECKHAM@HAYNESBOONE.COM MARTHA.WYRICK@HAYNESBOONE.COM |

In re: Fieldwood Energy LLC, et al.
Master Service List
Case No. 20-33948 (MI)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE SLTL CREDIT AGREEMENT | HOLLAND & KNIGHT LLP | ATTN: JOSHUA SPENCER, ESQ. AND ANASTASIA SOTIROPOLOUS, ESQ. | 150 N. RIVERSIDE PLAZA | | CHICAGO | IL | 60606 | | 312-715-5709;312-928-6036 | 312-578-6666 | JOSHUA.SPENCER@HKLAW.COM ANASTASIA.SOTIROPOULOS@HKLAW.COM |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC | HOLLAND & KNIGHT LLP | ATTN: PHILLIP W. NELSON | 150 N. RIVERSIDE PLAZA, SUITE 2700 | | CHICAGO | IL | 60606 | | 312-263-3600 | 312-578-6666 | PHILLIP.NELSON@HKLAW.COM |
| COUNSEL TO GENESIS ENERGY, L.P. | HOWLEY LAW PLLC | ATTN: TOM A. HOWLEY & ERIC TERRY | PENNZOIL PLACE – SOUTH TOWER | 711 LOUISIANA ST, SUITE 1850 | HOUSTON | TX | 77002 | | 713-333-9125 | 713-659-9601 | TOM@HOWLEY-LAW.COM ERIC@HOWLEY-LAW.COM |
| COUNSEL TO PETRO AMIGOS SUPPLY, INC. | HUGHES WATTERS ASKANASE, L.L.P. | ATTN: WAYNE KITCHENS & ALEXANDER PEREZ | TOTAL PLAZA | 1201 LOUISIANA, 28TH FLOOR | HOUSTON | TX | 77002 | | 713-759-0818 | 713-759-6834 | WKITCHENS@HWA.COM APEREZ@HWA.COM |
| COUNSEL TO APACHE CORPORATION | HUNTON ANDREWS KURTH LLP | ATTN: ROBIN RUSSELL, TIMOTHY A. ("TAD") DAVIDSON II, CATHERINE A. DIKTABAN | 600 TRAVIS STREET | SUITE 4200 | HOUSTON | TX | 77002 | | 713-220-4200 | 713-220-4285 | RRUSSELL@HUNTONAK.COM TADDAVIDSON@HUNTONAK.COM CDIKTABAN@HUNTONAK.COM |
| COUNSEL TO 2M OILFIELD GROUP, INC. | HUSCH BLACKWELL LLP | ATTN: BUFFEY E. KLEIN | 1900 N. PEARL, SUITE 1800 | | DALLAS | TX | 75201 | | 214-999-6100 | 214-999-6170 | BUFFEY.KLEIN@HUSCHBLACKWELL.COM |
| COUNSEL TO 2M OILFIELD GROUP, INC. | HUSCH BLACKWELL LLP | ATTN: JAMESON J. WATTS | 111 CONGRESS AVENUE, SUITE 1400 | | AUSTIN | TX | 78701 | | 512-479-1179 | 512-479-1101 | JAMESON.WATTS@HUSCHBLACKWELL.COM |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | HUSCH BLACKWELL LLP | ATTN: RANDALL A. RIOS | 600 TRAVIS STREET | SUITE 2350 | HOUSTON | TX | 77002 | | 713-525-6226 | 713-647-6884 | RANDY.RIOS@HUSCHBLACKWELL.COM |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST. | | PHILADELPHIA | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| COUNSEL TO AKER SOLUTIONS, INC. | JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY & VICTORIA N. ARGEROPLOS | 1401 MCKINNEY STREET, SUITE 1900 | | HOUSTON | TX | 77010 | | 713-752-4200 | 713-752-4221 | BRUZINSKY@JW.COM VARGEROPLOS@JW.COM |
| COUNSEL TO RLI INSURANCE COMPANY | JENNINGS HAUG CUNNINGHAM | ATTN: CHAD L. SCHEXNAYDER | 2800 NORTH CENTRAL AVENUE | SUITE 1800 | PHOENIX | AZ | 85004 | | 602-234-7800 | 602-277-5595 | CLS@JHC.LAW |
| COUNSEL TO MULTIKLIENT INVEST AS | KANE RUSSELL COLEMAN LOGAN PC | ATTN: MICHAEL P. RIDULFO | 5051 WESTHEIMER RD., 10TH FLOOR | | HOUSTON | TX | 77056 | | 713-425-7400 | 713-425-7700 | MRIDULFO@KRCL.COM |
| COUNSEL TO SLTL AD HOC COMMITTEE | KASOWITZ BENSON TORRES LLP | ATTN: CONSTANTINE Z. PAMPHILIS | 1415 LOUISIANA | SUITE 2100 | HOUSTON | TX | 77002 | | 713-220-8851 | 713-583-6006 | DPAMPHILIS@KASOWITZ.COM |
| COUNSEL TO SLTL AD HOC COMMITTEE | KASOWITZ BENSON TORRES LLP | ATTN: DAVID S. ROSNER, MATTHEW B. STEIN | 1633 BROADWAY | | NEW YORK | NY | 10019 | | 212-506-1700 | 212-506-1800 | DROSNER@KASOWITZ.COM MSTEIN@KASOWITZ.COM |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: ELLIOT SCHARFENBERG & JON ORD | 400 POYDRAS STREET | SUITE 250 | NEW ORLEANS | LA | 70130 | | 504-299-3570 | 504-299-3582 | ESCHARFENBERG@KREBSFARLEY.COM JORD@KREBSFARLEY.COM |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: RYAN D. DRY | 909 18TH STREET | | PLANO | TX | 75074 | | 972-737-2530 | 972-737-2543 | RDRY@KREBSFARLEY.COM |
| COUNSEL TO AUBREY WILD | LANDWEHR LAW FIRM | ATTN: DARRYL T. LANDWEHR | 935 GRAVIER STREET | SUITE 835 | NEW ORLEANS | LA | 70112 | | 504-561-8086 | 504-561-8088 | DTLANDWEHR@ATT.NET |
| COUNSEL TO THE HANOVER INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY | LANGLEY LLP | ATTN: BRANDON K. BAINS | P.O. BOX 94075 | | SOUTHLAKE | TX | 76092 | | 214-722-7171; 214-722-7160 | | BBAINS@L-LLP.COM |
| COUNSEL TO PLAINS GAS SOLUTIONS | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | 10953 VISTA LAKE COURT | | NAVASOTA | TX | 77868 | | 936-825-8705 | 713-583-2833 | PWP@PATTIPREWITTLAW.COM |
| COUNSEL TO INTRACOASTAL LIQUID MUD, INC. AND PROCESSING PIPING MATERIALS | LAW OFFICES OF JOHN A. MOUTON, III | ATTN: JOHN A. MOUTON, III | P.O. BOX 82438 | | LAFAYETTE | LA | 70598 | | 337-988-6499 | | JOHN@JMOUTONLAW.COM |
| COUNSEL TO DEEP SEA DEVELOPMENT SERVICES, INC. | LAW OFFICES OF LARRY P. WALTON | ATTN: LARRY P. WALTON | 4001 NORTH SHEPHERD DRIVE | SUITE 109 | HOUSTON | TX | 77018-5510 | | 713- 699-0545 | 713-699-4732 | LARRYPWALTON@LARRYPWALTON.COM |
| COUNSEL TO LAVACA COUNTY, LIVE OAK CAD, STARR COUNTY, RIO GRANDE CITY CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | PO BOX 17428 | | AUSTIN | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | AUSTIN.BANKRUPTCY@PUBLICANS.COM |
| COUNSEL TO HARRIS COUNTY, JEFFERSON COUNTY, CYPRESS-FAIRBANKS ISD, MATAGORDA COUNTY AND GALVESTON COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| COUNSEL TO COX OIL, LLC, COX OPERATING LLC, ENERGY XXI GOM, LLC, ENERGY XXI GULF COAST, INC., ENERGY XXI ONSHORE, LLC, ENERGY XXI PIPELINE, LLC, ENERGY XXI PIPELINE I, LLC, ENERGY XXI PIPELINE II, LLC, M21K, LLC AND EPL OIL & GAS, INC. | LOCKE LORD LLP | ATTN: CHELSEY ROSENBLOOM | 200 VESEY STREET | | NEW YORK | NY | 10281 | | 212-912-2824 | 212-812-8394 | CHELSEY.ROSENBLOOM@LOCKELORD.COM |
| COUNSEL TO COX OIL, LLC, COX OPERATING LLC, ENERGY XXI GOM, LLC, ENERGY XXI GULF COAST, INC., ENERGY XXI ONSHORE, LLC, ENERGY XXI PIPELINE, LLC, ENERGY XXI PIPELINE I, LLC, ENERGY XXI PIPELINE II, LLC, M21K, LLC AND EPL OIL & GAS, INC. | LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG | 111 HUNTINGTON AVE. | | BOSTON | MA | 02199 | | 617-239-0367 | 855-595-1190 | JONATHAN.YOUNG@LOCKELORD.COM |
| COUNSEL TO COX OIL, LLC, COX OPERATING LLC, ENERGY XXI GOM, LLC, ENERGY XXI GULF COAST, INC., ENERGY XXI ONSHORE, LLC, ENERGY XXI PIPELINE, LLC, ENERGY XXI PIPELINE I, LLC, ENERGY XXI PIPELINE II, LLC, M21K, LLC AND EPL OIL & GAS, INC. | LOCKE LORD LLP | ATTN: MICHAEL B. KIND | 111 SOUTH WACKER DRIVE | | CHICAGO | IL | 60606 | | 312-443-0700 | 312-443-0336 | MICHAEL.KIND@LOCKELORD.COM |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: OMER F. KUEBEL, III & BRADLEY C. KNAPP | 601 POYDRAS ST | SUITE 2660 | NEW ORLEANS | LA | 70130 | | 504-558-5210 | 504-558-5200 | RKUEBEL@LOCKELORD.COM BKNAPP@LOCKELORD.COM |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: PHILIP G. EISENBERG, ELIZABETH GUFFY, SIMON MAYER & ERIC BOYLAN | 600 TRAVIS STREET | SUITE 2800 | HOUSTON | TX | 77002 | | 713-226-1200 | 713-223-3717 | PEISENBERG@LOCKELORD.COM EGUFFY@LOCKELORD.COM SIMON.MAYER@LOCKELORD.COM ERIC.BOYLAN@LOCKELORD.COM |
| COUNSEL TO COX OIL, LLC, COX OPERATING LLC, ENERGY XXI GOM, LLC, ENERGY XXI GULF COAST, INC., ENERGY XXI ONSHORE, LLC, ENERGY XXI PIPELINE, LLC, ENERGY XXI PIPELINE I, LLC, ENERGY XXI PIPELINE II, LLC, M21K, LLC AND EPL OIL & GAS, INC. | LOCKE LORD LLP | ATTN: STEPHEN J. HUMENIUK | 600 CONGRESS AVE | SUITE 2200 | AUSTIN | TX | 78701 | | 512-305-4700 | 512-305-4800 | STEPHEN.HUMENIUK@LOCKELORD.COM |
| COUNSEL TO LLOG EXPLORATION COMPANY, LLC, ANKOR ENERGY LLC AND ANKOR E&P HOLDINGS CORPORATION, AND APACHE CORPORATION | LOOPER GOODWINE P.C. | ATTN: PAUL J. GOODWINE, TAYLOR P. MOULEDOUX, LINDSEY M. JOHNSON, TAYLOR P. GAY & ADDIE L. DANOS | 650 POYDRAS STREET, SUITE 2400 | | NEW ORLEANS | LA | 70130 | | 504-503-1500 | 504-503-1501 | PGOODWINE@LOOPERGOODWINE.COM TMOULEDOUX@LOOPERGOODWINE.COM LJOHNSON@LOOPERGOODWINE.COM TGAY@LOOPERGOODWINE.COM ADANOS@LOOPERGOODWINE.COM |
| COUNSEL TO THE STATE OF LOUISIANA, OFFICE OF MINERAL RESOURCES | LOUISIANA DEPARTMENT OF JUSTICE | ATTN: RYAN M. SEIDEMANN | CIVIL DIVISION/LANDS & NATURAL RESOURCES | P.O. BOX 94005 | BATON ROUGE | LA | 70804-9005 | | 225-326-6000 | 225-326-6099 | |
| COUNSEL TO ATLANTIC MARITIME SERVICES, L.L.C. | LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | ATTN: STEWART F. PECK | 601 POYDRAS ST., SUITE 2775 | | NEW ORLEANS | LA | 70130 | | 504-568-1990 | 504-310-9195 | SPECK@LAWLA.COM |
| COUNSEL TO MACQUARIE CORPORATE AND ASSET FUNDING INC | MACQUARIE CORPORATE AND ASSET FUNDING INC | ATTN: KRYSTEN AUGELLO | 222 SECOND SOUTH AVE | L12 SUITE 1250 | NASHVILLE | TN | 37201 | | | | |
| CO-COUNSEL TO KILGORE MARINE | MAHTOOK & LAFLEUR, LLC | ATTN: WARD LAFLEUR | 600 JEFFERSON ST., 10TH FLOOR | | LAFAYETTE | LA | 70501 | | 337-266-2189 | 337-226-2303 | WLAFLEUR@MANDLLAW.COM |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS & ROBERT W. MILLER | 1201 DEMONBREUN ST | SUITE 900 | NASHVILLE | TN | 37203 | | 615-742-9350 | 615-242-4203 | MCOLLINS@MANIERHEROD.COM RMILLER@MANIERHEROD.COM |
| COUNSEL TO CORE INDUSTRIES, INC. | MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C. | ATTN: RICHARD M. GAAL | 11 NORTH WATER STREET (36602), SUITE 13290 | P.O. BOX 350 | MOBILE | AL | 36601 | | 251-432-5300 | 251-432-5303 | RGAAL@MCDOWELLKNIGHT.COM |
| COUNSEL TO MILORAD RAICEVIC | MORROW SHEPPARD LLP | ATTN: JOHN D. SHEPPARD | 3701 KIRBY DRIVE | SUITE 1000 | HOUSTON | TX | 77098 | | 713-489-1206 | 713-893-8370 | JSHEPPARD@MORROWSHEPPARD.COM |
| COUNSEL TO SHELL OFFSHORE, INC., SHELL OIL COMPANY, SHELL GOM PIPELINE COMPANY, LLC AND SHELL PIPELINE, LLC | NORTON ROSE FULBRIGHT US, LLP | ATTN: RYAN E. MANNS, EMMA L. PERSSON | 2200 ROSS AVENUE | SUITE 3600 | DALLAS | TX | 75201 | | 214-855-7166 | 214-855-8200 | RYAN.MANNS@NORTONROSEFULBRIGHT.COM EMMA.PERSSON@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS | O'MELVENY & MYERS LLP | ATTN: DANIEL S. SHAMAH, ADAM P. HABERKORN, KAI ZHU | TIMES SQUARE TOWER | SEVEN TIMES SQUARE | NEW YORK | NY | 10036 | | 212-326-2000 | 212-326-2061 | DSHAMAH@OMM.COM AHABERKORN@OMM.COM KAIZHU@OMM.COM |
| COUNSEL TO THE RAILROAD COMMISSION OF TEXAS, TEXAS GENERAL LAND OFFICE | OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD | P. O. BOX 12548 MC008 | | AUSTIN | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | JASON.BINFORD@OAG.TEXAS.GOV |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM | 515 RUSK AVE. | STE. 3516 | HOUSTON | TX | 77002 | | 713-718-4650 | 713-718-4670 | STEPHEN.STATHAM@USDOJ.GOV HECTOR.DURAN.JR@USDOJ.GOV USTPREGION07.HU.ECF@USDOJ.GOV |
| COUNSEL TO CALLON PETROLEUM COMPANY | ONEBANE LAW FIRM | ATTN: ROGER E. ISHEE, CRAIG A. RYAN | 1200 CAMELLIA BOULEVARD | SUITE 300, POST OFFICE BOX 2507 | LAFAYETTE | LA | 70502-3607 | | 337-237-2660 | 337-266-1232 | ISHEER@ONEBANE.COM RYANC@ONEBANE.COM |
| COUNSEL TO ALDINE INDEPENDENT SCHOOL DISTRICT | PAMELA H. WALTERS | ATTN: PAMELA H. WALTERS | 2520 W.W. THORNE DRIVE | | HOUSTON | TX | 77073 | | 281-985-6319 | 281-985-6321 | BNKATTY@ALDINEISD.ORG |
| COUNSEL TO ISLAND OPERATING COMPANY | PARKINS LEE & RUBIO LLP | ATTN: CHARLES M. RUBIO | PENNZOIL PLACE | 700 MILAM STREET, SUITE 1300 | HOUSTON | TX | 77002 | | | | CRUBIO@PARKINSLEE.COM |
| COUNSEL TO COLORADO COUNTY TAX OFFICE | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: JOHN T. BANKS | 3301 NORTHLAND DRIVE | SUITE 505 | AUSTIN | TX | 78731 | | 512-302-0190 | 512-302-1802 | JBANKS@PBFCM.COM |
| COUNSEL TO SHELDON INDEPENDENT SCHOOL DISTRICT AND ANAHUAC INDEPENDENT SCHOOL DISTRICT, BAY CITY INDEPENDENT SCHOOL DISTRICT, CHAMBERS COUNTY, DICKINSON INDEPENDENT SCHOOL DISTRICT AND TRINITY BAY CONSERVATION DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ & OWEN M. SONIK | 1235 NORTH LOOP WEST | SUITE 600 | HOUSTON | TX | 77008 | | 713-862-1860 | 713-862-1429 | MVALDEZ@PBFCM.COM OSONIK@PBFCM.COM |
| COUNSEL TO LINEAR CONTROLS, INC. & A-PORT LLC | PHELPS DUNBAR LLP | ATTN: PATRICK "RICK" M. SHELBY | 365 CANAL STREET | SUITE 2000 | NEW ORLEANS | LA | 70130-6534 | | 504-566-1311 | 504-568-9130 | RICK.SHELBY@PHELPS.COM |
| COUNSEL TO GIBSON APPLIED TECHNOLOGY & ENGINEERING (TEXAS), LLC, AND VIKING ENGINEERING, LC | PORTER & POWERS, PLLC | ATTN: J. ROBERT MACNAUGHTON | 1776 YORKTOWN SUITE 300 | | HOUSTON | TX | 77056 | | 713-621-0700 | 713-621-0709 | ROBERT@PORTERPOWERS.COM |

In re: Fieldwood Energy LLC, et al.
Master Service List
Case No. 20-33948 (MI)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL FOR TALOS ENERGY INC. AND TALOS ENERGY LLC | PORTER HEDGES LLP | ATTN: ERIC M. ENGLISH | 1000 MAIN STREET, 36TH FLOOR | | HOUSTON | TX | 77002 | | 713-226-6000 | 713-226-6248 | EENGLISH@PORTERHEDGES.COM |
| COUNSEL TO KILGORE MARINE AND SUBSEA 7 LLC | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN N. YOUNG-JOHN & AARON J. POWER | 1000 MAIN STREET, 36TH FLOOR | | HOUSTON | TX | 77002 | | 713-226-6000 | 713-226-6248 | JHIGGINS@PORTERHEDGES.COM; SJOHNSON@PORTERHEDGES.COM; MYOUNG-JOHN@PORTERHEDGES.COM; APOWER@PORTERHEDGES.COM |
| CLAIMS AGENT | PRIME CLERK, LLC | ATTN: JORDAN SEARLES | ONE GRAND CENTRAL PLACE | 60 EAST 42ND STREET, SUITE 1440 | NEW YORK | NY | 10165 | | 212-257-5450 | 646-328-2851 | JSEARLES@PRIMECLERK.COM; SERVICEQA@PRIMECLERK.COM; FIELDWOODTEAM@PRIMECLERK.COM |
| COUNSEL TO HESS CORPORATION | REED SMITH LLP | ATTN: OMAR J. ALANIZ | 2850 N. HARWOOD STREET | | DALLAS | TX | 75201 | | 469-680-4200 | 469-680-4299 | OALANIZ@REEDSMITH.COM |
| COUNSEL TO SOLAR TURBINES INCORPORATED | ROSS, BANKS, MAY, CRON & CAVIN, P.C. | ATTN: JOHN MAYER | 7700 SAN FELIPE | SUITE 550 | HOUSTON | TX | 77063 | | 713-626-1200 | 713-623-6014 | JMAYER@ROSSBANKS.COM |
| COUNSEL TO DIAMOND OIL FIELD SUPPLY, INC. | RUSH, RUSH & CALOGERO | ATTN: CHARLES M. RUSH | 202 MAGNATE DRIVE | | LAFAYETTE | LA | 70508 | | 337-235-2425 | 337-235-4709 | CMRUSH@CHARLESMRUSHESQ.COM |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 100 F ST NE | | WASHINGTON | DC | 20549 | | 202-942-8088 | | SECBANKRUPTCY@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR | BURNETT PLAZA | 801 CHERRY ST., STE. 1900 UNIT 18 | FORT WORTH | TX | 76102 | | 817-978-3821 | | |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BROOKFIELD PLACE | 200 VESEY STREET STE 400 | NEW YORK | NY | 10281-1022 | | 212-336-1100 | | BANKRUPTCYNOTICESCHR@SEC.GOV |
| COUNSEL TO GENESIS ENERGY, L.P. | SENIOR COUNSEL - GENESIS ENERGY, L.P. | ATTN: ANTHONY SHIH | 919 MILAM | STE. 2100 | HOUSTON | TX | 77002 | | 713-860-2659 | | TONY.SHIH@GENLP.COM |
| COUNSEL TO HELIS OIL & GAS COMPANY, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | ATTN: J. DAVID FORSYTH | 400 POYDRAS STREET | SUITE 2550 | NEW ORLEANS | LA | 70130 | | 504-582-1521 | 504-582-1555 | JDF@SESSIONS-LAW.COM |
| COUNSEL TO TRENDSETTER ENGINEERING, INC. | SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. | ATTN: MARK S. FINKELSTEIN, REGAN S. JONES | 1001 MCKINNEY STREET, SUITE 1100 | | HOUSTON | TX | 77002-6424 | | 713-646-5503; 713-646-5581 | 713.752.0337 | MFINKELSTEIN@SMFADLAW.COM; RJONES@SMFADLAW.COM |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE FLTL CREDIT AGREEMENT | SHIPMAN & GOODWIN LLP | ATTN: NATHAN PLOTKIN, ESQ. | 445 PARK AVE, 5TH FLOOR | | NEW YORK | NY | 10022-8606 | | 860-251-5320 | 860-251-5212 | NPLOTKIN@GOODWIN.COM |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, AS DIP AGENT | SHIPMAN & GOODWIN LLP | ATTN: KATHLEEN LAMANNA, KIMBERLY COHEN | ONE CONSTITUTION PLAZA | | HARTFORD | CT | 06103-1919 | | 860-251-5000 | 860-251-5099 | KLAMANNA@GOODWIN.COM; KCOHEN@GOODWIN.COM |
| COUNSEL TO RIDGEWOOD ENERGY CORPORATION | SIDLEY AUSTIN LLP | ATTN: DUSTON K. MCFAUL & MICHAEL FISCHEL | 1000 LOUISIANA ST., SUITE 5900 | | HOUSTON | TX | 77002 | | 713-495-4500 | 713-495-7799 | DMCFAUL@SIDLEY.COM; MFISHEL@SIDLEY.COM |
| COUNSEL TO SBM GULF PRODUCTION, LLC | SNOW SPENCE GREEN LLP | ATTN: KENNETH P. GREEN | P. O. BOX 549 | | HOCKLEY | TX | 77447 | | 713-335-4800; 713-335-4832 | 713-335-7878; 713-335-4848 | KGREEN@SNOWSPENCELAW.COM |
| COUNSEL TO SUPREME SERVICE & SPECIALTY CO., INC. | SPENCE, DESENBERG & LEE, PLLC | ATTN: ROSS SPENCE; HENRY W KNIGHT | 1770 SAINT JAMES PLACE | SUITE 625 | HOUSTON | TX | 77056 | | 713-275-8440; 713-275-8474 ; 713-275-8443 | 713-275-8445 | ROSS@SDLLAW.COM; HENRY@SDLLAW.COM |
| COUNSEL TO CORTEX BUSINESS SOLUTIONS USA LLC | SPROUSE LAW FIRM | ATTN: MARVIN E. SPROUSE III | 901 MOPAC EXPRESSWAY SOUTH | BUILDING 1, SUITE 300 | AUSTIN | TX | 78746 | | 512-658-1915 | | MSPROUSE@SPROUSEPLLC.COM |
| COUNSEL TO RENAISSANCE OFFSHORE, LLC AND NATIONAL OILWELL VARCO, L.P., XP SYSTEMS, L.P., AND NOV PROCESS & FLOW TECHNOLOGIES US, INC. | STACY & BAKER, P.C. | ATTN: BRIAN A. BAKER, DOUGLAS S. FRIEDMAN, CYNTHIA CASTANON | 1010 LAMAR STREET | SUITE 550 | HOUSTON | TX | 77002 | | 713-527-9991 | 713-527-9992 | BRIAN.BAKER@STACYBAKERLAW.COM; DOUG.FRIEDMAN@STACYBAKERLAW.COM; CYNTHIA.CASTANON@STACYBAKERLAW.COM |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 | | 334-242-7300 | 334-242-2433 | |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT | 1400 COLISEUM BOULEVARD | | MONTGOMERY | AL | 36110-2400 | | 334-271-7700 | 334-271-7950 | PERMITSMAIL@ADEM.STATE.AL.US |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 94095 | | BATON ROUGE | LA | 70804-4095 | | 225-326-6000 | 225-326-6499 | |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT | 602 N. FIFTH STREET | | BATON ROUGE | LA | 70802 | | | | |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200, P.O. BOX 220 | JACKSON | MS | 39201 | | 601-359-3680 | | |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 2261 | | JACKSON | MS | 39225 | | 601-961-5171 | 601-961-5337 | |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CAPITOL STATION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT | BUILDING LETTER | P O BOX 13087 | AUSTIN | TX | 78711-3087 | | 512-239-1000 | | AC@TCEQ.TEXAS.GOV |
| COUNSEL TO PARTCO, LLC | STEWART ROBBINS BROWN & ALTAZAN, LLC | ATTN: WILLIAM S. ROBBINS & PAUL DOUGLAS STEWART, JR. | 301 MAIN STREET, SUITE 1640 | P. O. BOX 2348 | BATON ROUGE | LA | 70821-2348 | | 225-231-9998 | 225-709-9467 | WROBBINS@STEWARTROBBINS.COM; DSTEWART@STEWARTROBBINS.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER M. HANSEN, FRANK A. MEROLA, JONATHAN D. CANFIELD, SHERRY J. MILLMAN & KENNETH PASQUALE | 180 MAIDEN LANE | | NEW YORK | NY | 10038 | | 212-806-5400 | 212-806-6006 | KHANSEN@STROOCK.COM; FMEROLA@STROOCK.COM; JCANFIELD@STROOCK.COM; SMILLMAN@STROOCK.COM; KPASQUALE@STROOCK.COM |
| COUNSEL TO CNOOC PETROLEUM OFFSHORE U.S.A. INC. | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C. | ATTN: PETER C. D'APICE | 2323 BRYAN STREET, SUITE 2200 | | DALLAS | TX | 75201 | | 214-969-4900 | 214-969-4999 | DAPICE@SBEP-LAW.COM |
| SUPREME SERVICE & SPECIALTY CO., INC. | SUPREME SERVICE & SPECIALTY CO., INC. | FREDDY BOURGEOIS, CONTROLLER | 204 INDUSTRIAL AVE C | | HOUMA | LA | 70363 | | | | |
| COUNSEL TO IGNITION SYSTEMS & CONTROLS, INC. | TODD, BARRON, THOMASON, HUDMAN & BEBOUT, P.C. | ATTN: RAFAEL RODRIGUEZ | 3800 E. 42ND STREET, SUITE 409 | | ODESSA | TX | 79762 | | 432-363-2128 | 432-363-2158 | RRODRIGUEZ@TODDLAWFIRM.COM |
| COUNSEL TO UNITED STATES OF AMERICA, ON BEHALF OF THE UNITED STATES DEPARTMENT OF THE INTERIOR | U.S. DEPARTMENT OF JUSTICE | ATTN: SERAJUL F. ALI, J. ZACHARY BALASKO | P.O. BOX 875-BEN FRANKLIN STATION | | WASHINGTON | DC | 20044 | | 202-307-0488 | 202-514-9163 | SERAJUL.ALI@USDOJ.GOV; JOHN.Z.BALASKO@USDOJ.GOV |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK | 1000 LOUISIANA, STE 2300 | | HOUSTON | TX | 77002 | | 361-888-3111 | 713-567-9000 | |
| COUNSEL TO ACADIAN CONTRACTORS, INC. AND BROUSSARD BROTHERS, INC | VICTORIA V. THERIOT | ATTN: VICTORIA V. THERIOT | P.O. BOX 1740 | | ABBEVILLE | LA | 70511 | | 337-892-4149 | 337-893-7148 | TTHERIOT@ACADIANCONTRACTORS.COM; TORIET@BROUSSARDBROTHERS.COM |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN: CHRISTOPHER J. DEWAR, ESQ. WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ. | TRAMMELL CROW CENTER | 2001 ROSS AVENUE SUITE 3700 | DALLAS | TX | 75201 | | 214-220-7965 | 214-999-7965 | CDEWAR@VELAW.COM; BWALLANDER@VELAW.COM; BFOXMAN@VELAW.COM |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN: WILLIAM L. WALLANDER, BRADLEY R. FOXMAN & MATTHEW J. PYEATT | TRAMMELL CROW CENTER | 2001 ROSS AVENUE, SUITE 3900 | DALLAS | TX | 75201 | | 214-220-7700 | 214-220-7716 | BWALLANDER@VELAW.COM; BFOXMAN@VELAW.COM; MPYEATT@VELAW.COM |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ | 700 LOUISIANA STREET | SUITE 1700 | HOUSTON | TX | 77002 | | 713-546-5000 | 713-224-9511 | ALFREDO.PEREZ@WEIL.COM; BRENDA.FUNK@WEIL.COM; CLIFFORD.CARLSON@WEIL.COM; JUSTIN.PITCHER@WEIL.COM; RENE.OLVERA@WEIL.COM; CHRISTOPHER.JALOMO@WEIL.COM; ERIN.CHOI@WEIL.COM; JAKE.RUTHERFORD@WEIL.COM |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU | 767 FIFTH AVENUE | | NEW YORK | NY | 10153 | | 212-310-8000 | 212-310-8007 | MATT.BARR@WEIL.COM; JESSICA.LIOU@WEIL.COM |
| COUNSEL TO HALLIBURTON ENERGY SERVICES, INC. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH | 11 GREENWAY PLAZA | SUITE 1400 | HOUSTON | TX | 77046 | | 713-341-1158 | 866-666-5322 | JCARRUTH@WKPZ.COM |
| COUNSEL TO TANA EXPLORATION COMPANY, LLC AND TC OIL LOUISIANA, LLC | WICK PHILLIPS GOULD & MARTIN, LLP | ATTN: JASON M. RUDD, SCOTT LAWRENCE | 3131 MCKINNEY AVENUE, SUITE 100 | | DALLAS | TX | 75204 | | 214-692-6200 | 214-692-6255 | JASON.RUDD@WICKPHILLIPS.COM; SCOTT.LAWRENCE@WICKPHILLIPS.COM |
| COUNSEL TO SM ENERGY COMPANY | WINSTEAD PC | ATTN: Sean B. Davis, Steffen R. Sowell | 600 Travis Street | Suite 5200 | HOUSTON | TX | 77002 | | 713-650-8400 | 713-650-2400 | SBDAVIS@WINSTEAD.COM; SSOWELL@WINSTEAD.COM |