# EXHIBIT A

**Schedule of BP Contracts**

| No. | Date | Contract Description | BP Entities | Debtor Counterparties | Assignee |
|---|---|---|---|---|---|
| 125 | 1/1/1989 | WD/GI UOA - CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | BP Exploration & Production Inc. | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | FW I then Credit Bid Purchaser |
| 128 | 5/1/1995 | Amendment-to Unit Operating Agreement, dated effective May 1, 1995, by and between Conoco Inc.,Vastar Resources, Inc., Texaco Exploration and Production Inc. and Oxy USA Inc. | BP America Production Company | Fieldwood Energy Offshore LLC; GOM Shelf LLC | FW I then Credit Bid Purchaser |
| 129 | 1/1/1989 | CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | BP Exploration & Production Inc. | Fieldwood Energy Offshore LLC; GOMShelf LLC | FW I |
| 130 | 1/1/1989 | GI CATCO UOA - CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL Unit No. 891002021 | BP Exploration & Production Inc. | Fieldwood Energy Offshore LLC; GOMShelf LLC | FW I then Credit Bid Purchaser |
| 132 | 11/21/1955 | West Delta-Grand Isle Unit Agreement, dated November 21,1955, between Continental Oil Company, as unit operator, and The Atlantic Refining Company, Tidewater Associated Oil Company and Cities Service Production Company, as non-operators, as amended ; Unit No. 891002454 | BP Exploration & Production Inc. | Fieldwood Energy Offshore LLC; GOM Shelf LLC | FW I then Credit Bid Purchaser |
| 210 | 4/1/2004 | AMENDMENT OF JOINT OPERATING AGREEMENT DATED APRIL 1, 2004, BY AND BETWEEN BP AMERICA PRODUCTION COMPANY AND STONE ENERGY CORPORATION. | BP America Production Company | Fieldwood Energy Offshore LLC | FW I |
| 211 | 12/31/2007 | Company Agreement, dated effective December 31, 2007, between BP America Production Company ,Chevron USA Inc. and GOM Shelf LLC, amending the Operating Agreements for certain jointly-owned Facilities and Wells in GI 40, 41, 47, 48 and | BP America Production Company | Fieldwood Energy Offshore LLC | FW I then Credit Bid Purchaser |

| No. | Date | Contract Description | BP Entities | Debtor Counterparties | Assignee |
|---|---|---|---|---|---|
| | | WD 69 and 70 damaged by Hurricane Katrina. | | | |
| 212 | 9/26/2002 | WATER SATURATION AGREEMENT BP AMERICA AND CMS TRUNKLINE GAS COMPANY, LLC | BP America Production Company | | FW I |
| 213 | 10/3/2019 | Letter Agreement re BP Project Team for Genovesa by and between BP and FW dated 3 Oct 2019 | BP and FW dated 3 Oct 2019 | | Credit Bid Purchaser |
| 214 | 5/14/2018 | Final Notification Letter Memo-Well Payout, elated May 14, 2008, EB 160 #A-13 well paid out on March 3, 2008. | BP E&P | Fieldwood SD Offshore LLC | FW IV |
| 215 | 1/1/1989 | EI 266 Unit Operating Agreement | BP E&P, EPL O&G, Apache Shelf | Fieldwood Energy LLC | FW I |
| 216 | 1/1/2012 | Lease Rental and Minimum Royalty Payment Agreement by and between BP Exploraiton and Produciton, Inc, Marathon Oil Cmpany and Noble Energy, Inc dated 9 March 2012, but effective 1 Jan 12 | BP Exploration and Production, Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 217 | 1/1/1994 | BP EXPLORATION & OIL INC. AND SHELL OFFSHORE INC ET AL | BP Exploration & Oil Inc. | Fieldwood Energy LLC | FW I |
| 218 | 4/2/2007 | Joint Operating Agreement – Isabella Prospect, dated effective April 2, 2007, by and between BP Exploration & Production Inc., as Operator and Noble Energy, Inc (predecessor in interest to Fieldwood Energy LLC) as Non-Operator, governing the Mississippi Canyon Block 562 (OCS-G19966) as amended by the first amendment to the Isabella Prospect JOperating Agreement dated 25 October 2018, but made effective as of 15 Oct 2018; the second amendment to the Isabella Prospect JOperating Agreement dated 10 Dec 2018, but made effective as of 15 Oct 2018; b) that certain LEase Exchange and Well Participation Agreement by and between BP | BP Exploration & Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |

2

| No. | Date | Contract Description | BP Entities | Debtor Counterparties | Assignee |
|---|---|---|---|---|---|
| | | Exploration and Production and FIeldwood Energy LLC dated and effective 20 Jan 20 | | | |
| 219 | 6/3/2014 | "Bright" Joint Operating Agreement made part of the "Bright Participation Agreement" dated 3 June 2014 by and between Noble Energy, Inc and BP Exploration and Production, Inc. | BP Exploration & Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 220 | 10/3/2019 | Letter Agreement by and between Fieldwood Energy LLC and BP Exploration and Production dated 3 Oct 19 agreeing the method for renumeration of BP for its costs incurred facilitating the tie-in into the BP operated Loop and Na Kika Platform | BP Exploration & Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 221 | 1/28/2020 | Letter Agreement by and between Fieldwood Energy LLC and BP Exploration and Production dated 28 Jan 20 permitting Fieldwood to operate certain tie-in opreations into the Loop. | BP Exploration & Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 222 | 5/27/2005 | Operating Agmt eff. 5-27-2005 b/b BP Exploration & Production Inc. and EOG Resources, Inc. | BP Exploration & Production Inc. | Fieldwood Energy Offshore LLC | FW I |
| 223 | 5/28/2005 | Participation Agmt eff. 5-28-2005 b/b BP Exploration & Production Inc. and EOG Resources, Inc. | BP Exploration & Production Inc. | Fieldwood Energy Offshore LLC | FW I |
| 224 | 1/19/2006 | Letter Agreement, - dated January 19, 2006, between BP Exploration & Production Inc. and Union Oil Company of California: | BP Exploration & Production Inc. | Fieldwood SD Offshore LLC | FW IV |
| 225 | 12/1/2011 | Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective December 1, 2011 (as amended) by and between BP Exploration & Production Inc., Fieldwood Energy LLC, Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC as amended by that certain First Amendment of the Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective as of October 10, 2014, by that certain Second | BP Exploration & Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |

3

| No. | Date | Contract Description | BP Entities | Debtor Counterparties | Assignee |
|-----|------|---------------------|-------------|----------------------|----------|
| | | Amendment of the Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective as of October 15, 2018, by that certain Third Amendment of the Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective as of 1 May 2019, | | | |
| 226 | 5/1/2019 | MC 519 DEEP Joint Operating Agreement dated effective May 1, 2019, by and between Fieldwood, Red Willow and HEDV, which governs the operating rights interest on that certain oil and gas lease OCS-G 27278 (MC 519) as amended (a) by that certain First Amendment to the MC 519 DEEP JOperating Agreement made effective 31 May 2019 by and between Fieldwood, Red Willow, BP and HEDV | BP Exploration & Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 227 | 10/1/2002 | First Amendment to Orion (MC 110) Platform Access, Operating Services and Production Handling Agreement by and between BP Exploration & Production Inc.; Stone Energy Corporation and Shell Offshore Inc.; Stone Energy Corporation; Ocean Energy, Inc.; Devon SFS Operating, Inc. : Desire to install gas lift system on Amberjack Patform | BP Exploration & Production Inc. | | FW I then Credit Bid Purchaser |
| 228 | 10/15/2018 | Cash Consideraton Exchange Agreement by and between BP Exploration and Production Inc and Fieldwood Energy LLC dated 25 October effective 15 October 2018 | BP Exploration and Production Inc | Fieldwood Energy LLC | Credit Bid Purchaser |
| 229 | 12/15/2011 | MP 296 MP 296 B19 ST2 Slot & Well Bore Acq Agmt | BP Exploration and Production, Inc | | FW I |
| 307 | 1/7/2004 | FARMOUT AGREEMENT BY AND BETWEEN CHEVRON U.S.A. INC., ET AL. AND BP AMERICA PRODUCTION COMPANY, ET AL. | BP America Production Company | Fieldwood Energy LLC | Credit Bid Purchaser |

4

| No. | Date | Contract Description | BP Entities | Debtor Counterparties | Assignee |
|---|---|---|---|---|---|
| 324 | 11/2/1964 | EI 266 Unit Agreement | BP E&P | Fieldwood Energy LLC | FW I |
| 325 | 1/1/2004 | FARMOUT AGREEMENT DATED JANUARY 21, 2004, BY AND BETWEEN CHEVRON USA INC. AND BP AMERICA PRODUCTION COMPANY. | BP America Production Company | Fieldwood Energy Offshore LLC | FW I |
| 400 | 10/3/2014 | Letter Agreement dated 3 Oct 14 by and between Deep Gulf Energy III, LLC, Noble Energy, Inc, BP Exploration and Produciton, Inc, Red Willow Offshore and Houston Energy Deepwater Ventures I, LLC designating Depp Gulf as Operator of the Interval from 0-19,000' TVDSS | BP Exploration and Production, Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 438 | 12/19/1997 | Shell Offshore Inc. (SOI) as owner and operator of GC 65 Platform and BP Exploration & Oil Inc., Marathon Oil Company, and Shell Deepwater Development Inc., successor in interest to Shell Offshore Inc. | BP Exploration & Oil Inc | | Credit Bid Purchaser |
| 450 | 7/1/2006 | Joint Operating Agreement by and between Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.) and Samson Offshore Company effective as of July 1, 2006, including any memorandums or financial statements of the same, as amended by the: A.       Ratification and Amendment of Gunflint Joint Operating Agreement by and among Noble Energy, Inc., Samson Offshore Company, BP Exploration & Production Inc., and Marathon Oil Company dated effective November 1, 2008. B.       Amendment of the Gunflint Joint Operating Agreement dated effective July 7, 2009 by and between Noble Energy, Inc., Samson Offshore Company, BP Exploration & Production Inc., and Marathon Oil Company. | BP Exploration & Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |

5

| No. | Date | Contract Description | BP Entities | Debtor Counterparties | Assignee |
|---|---|---|---|---|---|
| | | C.     Ratification, Amendment and Re-Designation of the Gunflint JOperating Agreement as the Gunflint Voluntary Unit Operating Agreement dated effective January 1, 2011 by and between Noble Energy Inc., BP Exploration & Production Inc., Samson Offshore Company, Marathon Oil Company and BHP Billiton Petroleum (Deepwater) Inc. | | | |
| 530 | 9/21/2010 | MC 519-Santiago;MC 563-Santa Cruz;MC 562-Isabella MC 563 by and between Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | BP Exploration and Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 531 | 9/21/2010 | MC 562 and MC 519 at MC 474(Genovesa) by and between Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | BP Exploration and Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 532 | 9/21/2010 | MC 519-Santiago;MC 563-Santa Cruz;MC 562-Isabella MC 563 by and between Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | BP Exploration and Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 533 | 9/21/2010 | MC 562 and MC 519 at MC 474(Genovesa) by and between Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | BP Exploration and Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 640 | 11/1/2014 | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and BP Energy Company | BP Energy Company | Fieldwood Energy LLC | Credit Bid Purchaser |
| 641 | 1/1/2020 | Lease Exchange and Well Participation Agreement dated effective 20 January 2020 by and between Fieldwood Energy LLC and BP Exploration and Production Inc covering MC 474 / 518 | BP Exploration and Production Inc | Fieldwood Energy LLC | Credit Bid Purchaser |
| 642 | 6/1/2020 | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |

ACTIVE 58011568v1

| No. | Date | Contract Description | BP Entities | Debtor Counterparties | Assignee |
|---|---|---|---|---|---|
| 643 | 6/1/2020 | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 644 | 4/1/2021 | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 645 | 11/30/2017 | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | FW I |
| 646 | 5/19/2020 | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply | Fieldwood Energy LLC | Credit Bid Purchaser |
| 647 | 6/1/2020 | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 648 | 7/1/2020 | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 1018 | 10/15/2018 | Assingment and Bill of Sale dated 10/25/2018 but effective 10/15/2018 by and between | BP Exploration & Production as Assignee | Fieldwood Energy LLC | Credit Bid Purchaser |

7

| No. | Date | Contract Description | BP Entities | Debtor Counterparties | Assignee |
|-----|------|---------------------|-------------|----------------------|----------|
| | | Fieldwood Energy LLC as Assignor and BP Exploration & Production as Assignee | | | |
| 1083 | 4/17/1996 | Plan of Development by and between Shell Offshore Inc, BP Exploration and Oil, Inc and marathon oil compnay dated effective 17 Apr 1996. | BP Exploration and Oil, Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 1156 | 10/15/2018 | Joint Operating Agreement by and among BP Exploration & Production Inc., Fieldwood Energy LLC, Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC made effective as of October 15, 2018 and as amended by<br>a) that First Amendment to the CPN Joint Operating Agreement made effective 31 May 2019. | BP Exploration & Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |
| 1159 | 5/1/2007 | Joint Operating Agreement - Santiago Prospect, dated effective 1 May 2007 by and between Noble Energy, Inc (as predecessor in interest to Fieldwood Energy LLC) as Operator and Red Willow Offshore, LLC and HE&D Offshore, L.P. covering MC 519 and MC 563 and superseded by that certain Unit Operating Agreement (Offshore Operating Agreement) dated dated effective January 1, 2009, originally by and between Noble Energy, Inc. (as predecessor in interest of Fieldwood), as Operator, and BP, Red Willow and HE&D Offshore, L.P. as Non-Operators, as amended<br>(a)        by that certain First Amendment of the Unit Operating Agreement and Establishment of Lease Offshore Operating Agreements, dated effective as of October 10, 2014, by and among BP, Red Willow, HEDV, Noble Energy, Inc. (as predecessor in interest of Fieldwood), Deep Gulf Energy III, LLC, Ridgewood South Santa Cruz, LLC and ILX Prospect South Santa Cruz, LLC and | BP Exploration & Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |

ACTIVE 58011568v1

| No. | Date | Contract Description | BP Entities | Debtor Counterparties | Assignee |
|-----|------|---------------------|-------------|----------------------|----------|
| | | (b)　　by that certain Second Amendment of the Offshore Operating Agreement, dated effective as of October 15, 2018, by and among BP, Red Willow, HEDV and Fieldwood and<br>(c)　　by by that certain Third Amendment of the Offshore Operating Agreement, dated effective as of 1 May 2019, by and among BP, Red Willow, HEDV and Fieldwood and<br>(d)　　by that certain Fourth Amendment of the Offshore Operating AGreement, dated effective as of 31 MAy 2019 by and among Red Willow, HEDV and Fieldwood | | | |
| 1366 | 1/1/2013 | Unit Operating Agreement, Gunflint Prospect, Gunflint Unit, Offshore Louisiana, by and among Noble Energy, Inc. (Fieldwood is successor- in-interest to Noble Energy, Inc.), Samson Offshore, LLC, Marathon Oil Company, BP Exploration & Production Inc., and BHP Billiton Petroleum (Deepwater) Inc., dated effective January 1, 2013, including any memorandums or financial statements of the same, as amended by:<br>A.　　Ratification and First Amendment of the MC 948 Unit Operating Agreement dated effective January 1, 2013 by and among Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company.<br>B.　　Second Amendment to the MC 948 Unit Operating Agreement dated effective May 23, 2013 by and between Noble Energy Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company.<br>C.　　Ratification and Third Amendment to the MC 948 Unit Operating Agreement dated effective November 30, 2018 by and between Fieldwood Energy LLC, Samson Offshore Mapleleaf, LLC and Ecopetrol America Inc. | BP Exploration & Production Inc. | Fieldwood Energy LLC | Credit Bid Purchaser |

*ACTIVE 58011568v1*

| No. | Date | Contract Description | BP Entities | Debtor Counterparties | Assignee |
|-----|------|---------------------|-------------|----------------------|----------|
| 1368 | 10/10/2014 | Assignment Agreement dated 10 Oct 14 by and between Noble Energy, Inc, BP Exploration and Produciton, Inc and Houston Energy Deepwater Ventures I, LLC whereby Noble and BP assigned their combined 69.75% WI from 0-19,000'TVDSS on MC 563 in return for 2% (proportionately reduced) ORRI in S Santa Cruz Well and retained back in rights for its WI in 19,001-99,999 TVDSS on MC 563 and Noble/FW retained operatorship in such 19,001-99,999 TVDSS interval if back in was excercised | BP Exploration and Production, Inc | Fieldwood Energy LLC | Credit Bid Purchaser |
| 1369 | 1/1/2009 | Unit Operating Agreement (Offshore Operating Agreement) dated dated effective January 1, 2009, originally by and between Noble Energy, Inc. (as predecessor in interest of Fieldwood), as Operator, and BP, Red Willow and HE&D Offshore, L.P. as Non-Operators, as amended by that certain First Amendment of the Unit Operating Agreement and Establishment of Lease Offshore Operating Agreements, dated effective as of October 10, 2014, by and among BP, Red Willow, HEDV, Noble Energy, Inc. (as predecessor in interest of Fieldwood), Deep Gulf Energy III, LLC, Ridgewood South Santa Cruz, LLC and ILX Prospect South Santa Cruz, LLC and by that certain Second Amendment of the Offshore Operating Agreement, dated effective as of October 15, 2018, by and among BP, Red Willow, HEDV and Fieldwood and by by that certain Third Amendment of the Offshore Operating Agreement, dated effective as of 1 May 2019, by and among BP, Red Willow, HEDV and Fieldwood and by that certain Fourth Amendment of the Offshore Operating AGreement, dated effective as of 31 | BP, as Non-Operators | Fieldwood Energy LLC | Credit Bid Purchaser |

10

| No. | Date | Contract Description | BP Entities | Debtor Counterparties | Assignee |
|---|---|---|---|---|---|
| | | MAy 2019 by and among Red Willow, HEDV and Fieldwood. | | | |
| 1572 | 11/1/1997 | Shell Offshore Inc. (SOI) as owner and operator of GC 65 Platform and BP Exploration & Oil Inc., Marathon Oil Company, and Shell Deepwater Development Inc., successor in interest to Shell Offshore Inc. | BP Exploration & Oil Inc. | N/A | Credit Bid Purchaser |
| 1574 | 2/11/1993 | Letter Agreement by and between Shell Offshore Inc. and BP Exploration & Oil Inc. : btw BP and Shell in Lieu of PHA with Apache, exploration area | BP Exploration & Oil Inc. | | Credit Bid Purchaser |
| 1629 | 6/29/2004 | LETTER AGREEMENT DATED JUNE 29, 2004, BY AND BETWEEN STONE ENERGY CORPORATION AND BP AMERICA PRODUCTION COMPANY. | BP America Production Company. | Fieldwood Energy Offshore LLC | FW I |
| 1710 | 6/16/1991 | CONNECTION AND LATERAL LINE INTERCONNECT | BP EXPLORATION INC | | FW I |
| 1748 | 11/16/2001 | N/2 Gi 52 #L-8 ST 1 Well by and between Vastar Resources, Inc, a part of BP America Inc. Spinnaker Exploration Company, L.L.C. | Vastar Resources, Inc, a part of BP America Inc. | | Credit Bid Purchaser |

11

### Schedule of BP Leases Related to the Assumed and Assigned Contracts

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|---|---|---|---|---|---|---|
| 124 | 8/19/2019 | Negative Pref election associated with Apache Shelf to Juneuau by and between Apache Shelf Exploration LLC Fieldwood Energy Offshore LLC & GOM Shelf LLC | Fieldwood Energy Offshore LLC; GOM Shelf LLC | GI 46 Lease 132 | BP America Production Company | Credit Bid Purchaser |
| 125 | 1/1/1989 | WD/GI UOA - CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | GI 32 Lease 174, GI 42 Lease 131, GI 43 Lease 175, GI 44 Lease 176, GI 67 Lease 179, WD 68 Lease 180, WD 69 Lease 181, WD 70 Lease 182, WD 71 Lease 838 | BP America Production Company | FW I then Credit Bid Purchaser |
| 128 | 5/1/1995 | Amendment-to Unit Operating Agreement, dated effective May 1, 1995, by and between Conoco Inc., Vastar Resources, Inc., Texaco Exploration and Production Inc. and Oxy USA Inc. | Fieldwood Energy Offshore LLC; GOM Shelf LLC | GI 46 Lease 132 | BP America Production Company | FW I then Credit Bid Purchaser |
| 130 | 1/1/1989 | GI CATCO UOA - CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL Unit No. 891002021 | Fieldwood Energy Offshore LLC; GOM Shelf LLC | GI 39 Lease 126, GI 39 Lease 127, GI 40 Lease 128, GI 41 Lease 129, GI 41 Lease 130, GI 46 Lease 132, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177 | BP America Production Company | FW I then Credit Bid Purchaser |
| 132 | 11/21/1955 | West Delta-Grand Isle Unit Agreement, dated November 21,1955, between Continental Oil Company, as unit operator, and The Atlantic Refining Company, Tidewater Associated Oil Company and.Cities Service Production Company, as non-operators, as amended ; Unit No. 891002454 | Fieldwood Energy Offshore LLC; GOM Shelf LLC | GI 32 Lease 174, GI 42 Lease 131, GI 43 Lease 175, GI 44 Lease 176, WD 67 Lease 179, WD 68 Lease 180, WD 69 Lease 181, WD 70 Lease 182, WD 71 Lease 838 | BP America Production Company | FW I then Credit Bid Purchaser |

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|---|---|---|---|---|---|---|
| 211 | 12/31/2007 | Company Agreement, dated effective December 31, 2007, between BP America Production Company, Chevron USA Inc. and GOM Shelf LLC, amending the Operating Agreements for certain jointly-owned Facilities and Wells in GI 40, 41, 47, 48 and WD 69 and 70 damaged by Hurricane Katrina. | Fieldwood Energy Offshore LLC | WD 69 Lease 181 | BP America Production Company | FW I then Credit Bid Purchaser |
| 213 | 10/3/2019 | Letter Agreement re BP Project Team for Genovesa by and between BP and FW dated 3 Oct 2019 | | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 220 | 10/3/2019 | Letter Agreement by and between Fieldwood Energy LLC and BP Exploration and Production dated 3 Oct 19 agreeing the method for renumeration of BP for its costs incurred facilitating the tie-in into the BP operated Loop and Na Kika Platform | Fieldwood Energy LLC | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 221 | 1/28/2020 | Letter Agreement by and between Fieldwood Energy LLC and BP Exploration and Production dated 28 Jan 20 permitting Fieldwood to operate certain tie-in opreations into the Loop. | Fieldwood Energy LLC | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 225 | 12/1/2011 | Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective December 1, 2011 (as amended) by and between BP Exploration & Production Inc., Fieldwood Energy LLC, Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC as amended by | Fieldwood Energy LLC | MC 519 Lease G27278, MC 562 Lease G19966, MC 563 Lease G21176 | BP Exploration & Production Inc. | Credit Bid Purchaser |

2

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|---|---|---|---|---|---|---|
| | | that certain First Amendment of the Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective as of October 10, 2014, by that certain Second Amendment of the Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective as of October 15, 2018, by that certain Third Amendment of the Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective as of 1 May 2019, | | | | |
| 226 | 5/1/2019 | MC 519 DEEP Joint Operating Agreement dated effective May 1, 2019, by and between Fieldwood, Red Willow and HEDV, which governs the operating rights interest on that certain oil and gas lease OCS-G 27278 (MC 519) as amended (a) by that certain First Amendment to the MC 519 DEEP JOperating Agreement made effective 31 May 2019 by and between Fieldwood, Red Willow, BP and HEDV | Fieldwood Energy LLC | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 233 | 10/27/1954 | Grand Isle CATCO Unit Agreement, dated October 27, 1954, between Continental Oil Company and The Atlantic Refining Company, Tide Water Associated Oil Company and Cities Service Oil Company.; Unit No. 891002021 | Fieldwood Energy Offshore LLC; GOM Shelf LLC | GI 39 Lease 126, GI 39 Lease 127, GI 40 Lease 128, GI 41 Lease 129, GI 41 Lease 130, GI 46 Lease 132, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177 | BP America Production Company | FW I then Credit Bid Purchaser |

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|---|---|---|---|---|---|---|
| 234 | 6/1/2010 | Approval.of Revision of Participation Area, effective June 1, 2010, whereby the Grand Isle CATCO Unit was revised. | Fieldwood Energy Offshore LLC | GI 39 Lease 127, GI 46 Lease 132, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177 | BP America Production Company | Credit Bid Purchaser |
| 235 | 4/1/2012 | Approval of. Revision of Participation Area, effective April 1, 2012, whereby the Grand, Isle CATCO Unit was revised. | Fieldwood Energy Offshore LLC | GI 39 Lease 127, GI 46 Lease 132, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177 | BP America Production Company | Credit Bid Purchaser |
| 303 | 9/4/2010 | Transfer interest N1 well and line, etc. by and between Chevron U.S.A. Inc. GOM SHELF LLC | GOM Shelf LLC | GI 46 Lease 132 | BP America Production Company | Credit Bid Purchaser |
| 305 | 12/31/2007 | Agreement for Purchase and Sale, effective December 31, 2007, between Chevron U.S.A. Inc., as Seller, and Wild Well Control, Inc., as Buyer, conveying Chevron's undivided interest in certain Facilities and Wells in Gl 40, 41, 47, 48 and WD 69 and 70 to Wild Well Control for the purpose of decommissioning | Fieldwood Energy Offshore LLC | WD 69 Lease 181 | BP America Production Company | FW I then Credit Bid Purchaser |
| 307 | 1/7/2004 | FARMOUT AGREEMENT BY AND BETWEEN CHEVRON U.S.A. INC., ET AL. AND BP AMERICA PRODUCTION COMPANY, ET AL. | Fieldwood Energy LLC | GI 52 Lease 177 | BP America Production Company | Credit Bid Purchaser |
| 326 | 9/14/2010 | CHEVRON USA INC. AND GOM SHELF LLC | Fieldwood Energy LLC | GI 46 Lease 132 | BP America Production Company | Credit Bid Purchaser |
| 368 | 5/1/1995 | Grand Isle CATCO Unit Operating Agreement Amendment for the Gl 41 A Platform, dated May 1,1995, between Conoco Inc., Atlantic Richfield Company, Texaco Producing Inc. and OXY USA Inc. | Fieldwood Energy Offshore LLC | GI 41 Lease 129, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177 | BP America Production Company | FW I then Credit Bid Purchaser |

*ACTIVE 58012891v1*

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|---|---|---|---|---|---|---|
| 371 | 8/1/1960 | Amendment to GI/WD Unit Agmt by and between Continental Oil Company, Et al. Cities Service Production Company | | WD 68 Lease 180, WD 69 Lease 181, WD 70 Lease 182, WD 71 Lease 838 | BP America Production Company | FW I then Credit Bid Purchaser |
| 372 | 10/1/1969 | Amends both GI/WD Unit and CATCO Unit by and between Continental Oil Company, Et al. Cities Service Production Company, Et al. | | GI 32 Lease 174, GI 39 Lease 127, GI 40 Lease 128, GI 41 Lease 129, GI 41 Lease 130, GI 42 Lease 131, GI 43 Lease 175, GI 47 Lease 133, GI 46 Lease 132, GI 48 Lease 134, GI 52 Lease 177, WD 68 Lease 180, WD 69 Lease 181, WD 70 Lease 182, WD 71 Lease 838 | BP America Production Company | FW I then Credit Bid Purchaser |
| 532 | 9/21/2010 | MC 519-Santiago;MC 563-Santa Cruz;MC 562-Isabella MC 563 by and between Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | Fieldwood Energy LLC | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 533 | 9/21/2010 | MC 562 and MC 519 at MC 474(Genovesa) by and between Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | Fieldwood Energy LLC | MC 519 Lease G27278, MC 474 Lease G35825 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 579 | 8/12/2019 | TAM102-LOPS-7 by and between Fieldwood and TAMPNET | Fieldwood Energy LLC | GI 43 Lease 175 | BP America Production Company | Credit Bid Purchaser |
| 628 | 2/1/2012 | Galapagos, Santiago/Santa Cruz Reserve Commitment between Fieldwood Energy LLC (Successor to Noble Energy, Inc) and Destin Pipeline Company, LLC and Destin Pipeline Company, LLC | Fieldwood Energy LLC | MC 519 Lease G27278, MC 562 Lease G19966, MC 563 Lease G21176 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 668 | 7/8/2011 | Galapagos, FT 2 - plus 5 amendments-MDQ changes by and between Fieldwood Energy LLC and Destin Pipeline Company, | Fieldwood Energy LLC | MC 519 Lease G27278, MC 562 Lease G19966, MC 563 Lease G21176 | BP Exploration & Production Inc. | Credit Bid Purchaser |

*ACTIVE 58012891v1*

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|---|---|---|---|---|---|---|
| | | LLC and Destin Pipeline Company, LLC | | | | |
| 707 | 11/1/2011 | (.5/GPM*100) or $.10 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | MC 519 Lease G27278, MC 563 Lease G21176, MC 562 Lease G19966 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 747 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATION | Fieldwood Energy LLC | GI 43 Lease 175 | BP America Production Company | Credit Bid Purchaser |
| 780 | 12/1/2013 | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC | GI 43 Lease 175, GI 47 Lease 133, EI 224 Lease G05504, SS 169 Lease 820, SS 182 Lease G03998, SS 193 Lease G13917, SS 198 Lease 593, SS 198 Lease 593, SM 106 Lease G02279, VR 196 Lease G19760, VR 229 Lease G27070, VR 261 Lease G03328, EC 2 SL16473 Lease 16473, EC 2 SL16473 Lease 16473, ST 53 Lease G04000 | BP America Production Company | FW I, FW IV, then Credit Bid Purchaser |
| 831 | 7/8/2011 | Galapagos, Gas Gathering, Okeanos Gas Dedication within Gathering - plus 5 amendments- MDQ changes by and between Fieldwood Energy LLC and Okeanos Gas Gathering Company, LLC and Okeanos Gas Gathering Company, LLC | Fieldwood Energy LLC | MC 519 Lease G27278, MC 562 Lease G19966, MC 563 Lease G21176 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 836 | 6/18/2020 | Phillips 66 Petroleum Company buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Phillips 66 | Fieldwood Energy LLC | GI 43 Lease 175 | BP America Production Company | Credit Bid Purchaser |

6

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|---|---|---|---|---|---|---|
| | | Company and Phillips 66 Company | | | | |
| 855 | 5/1/2019 | Purchase and Sale Agreement by and between Fieldwood Energy LLC and Red Willow Offshore dated 10 Jun 2019, but effective 1 May 2019 | Fieldwood Energy LLC | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 903 | 8/19/2020 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 938 | 1/1/2003 | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | BP America Production Company | FW I then Credit Bid Purchaser |
| 939 | 1/1/2009 | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | BP America Production Company | FW I then Credit Bid Purchaser |
| 940 | 3/31/2009 | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | BP America Production Company | FW I then Credit Bid Purchaser |
| 941 | 9/1/2009 | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | BP America Production Company | FW I then Credit Bid Purchaser |

7

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|-----|------|---------------------|-----------------|-------------------|----------------------|----------|
| 942 | 11/1/2009 | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | BP America Production Company | FW I then Credit Bid Purchaser |
| 943 | 8/11/2010 | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | BP America Production Company | FW I then Credit Bid Purchaser |
| 944 | 11/1/2010 | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | BP America Production Company | FW I then Credit Bid Purchaser |
| 945 | 2/1/2013 | GREATER OF FEE OR POL 85%/15% OR $.15 / MMBTU PLUS dgs FEE by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | GI 47 Lease 133, SS 198 Lease 593, GI 48 Lease 134, SM 106 Lease G02279, SP 75 Lease G05051, EI 224 Lease G05504, SS 129 Lease G12941, SS 130 Lease 453 | BP America Production Company | FW I then Credit Bid Purchaser |
| 946 | 2/1/2013 | GREATER OF FEE OR POL 85%/15% OR $.15 / MMBTU PLUS dgs FEE by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | GI 43 Lease 175, ST 53 Lease G04000, VR 229 Lease G27070, GI 32 Lease 174, GI 39 Lease 126, GI 40 Lease 128, GI 41 Lease 129, GI 42 Lease 131, GI 44 Lease 176, GI 46 Lease 132, GI 52 Lease 177, WD 94 Lease 839, WD 95 Lease G01497, WD 96 Lease G01498, GI 43 Lease 175, GI 47 Lease 133, GI 48 Lease 134 | BP America Production Company | FW I then Credit Bid Purchaser |

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|---|---|---|---|---|---|---|
| 947 | 4/1/2013 | Greater of Fee or POL (85%/15%) min Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual exclation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | GI 32 Lease 174, GI 39 Lease 126, GI 40 Lease 128, GI 41 Lease 129, GI 42 Lease 131, GI 44 Lease 176, GI 46 Lease 132, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177, WD 67 Lease 179, WD 68 Lease 180, WD 69 Lease 181, WD 70 Lease 182, WD 71 Lease 838, WD 94 Lease 839, WD 95 Lease G01497, WD 96 Lease G01498 | BP America Production Company | FW I then Credit Bid Purchaser |
| 948 | 4/1/2013 | Greater of Fee or POL (85%/15%) min Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual exclation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | GI 43 Lease 175 | BP America Production Company | FW I then Credit Bid Purchaser |
| 1031 | 8/19/2019 | Terminates Master Use Agreement and JEA by and between Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; GOM Shelf LLC Juneau Oil & Gas LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; GOM Shelf LLC | GI 46 Lease 132 | BP America Production Company | Credit Bid Purchaser |
| 1032 | 11/1/2019 | Agree to prospect area; elects not to aquire GI 46 AMI; elects not to participate, etc. by and between Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; GOM Shelf LLC Juneau Oil & Gas LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; GOM Shelf LLC | GI 46 Lease 132 | BP America Production Company | Credit Bid Purchaser |
| 1109 | 12/31/2007 | PURCHASE AND SALE AGREEMENT BY AND BETWEEN GOM SHELF LLC AND WILD WELL CONTROL INC. | Fieldwood Energy LLC | GI 40 Lease 128, GI 41 Lease 129, GI 41 Lease 130, GI 47 Lease 133, GI 48 Lease 134, WD 69 Lease 181, WD 70 Lease 182 | BP America Production Company | FW I then Credit Bid Purchaser |

9

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|---|---|---|---|---|---|---|
| 1111 | 12/19/2007 | Retention of 2007 AFEs rather than issue 2008 AFEs by and between GOM Shelf LLC Chevron U.S.A. Inc. | GOM Shelf LLC | GI 39 Lease 127, GI 40 Lease 128, GI 41 Lease 129, GI 41 Lease 130, GI 47 Lease 133, GI 46 Lease 132, GI 48 Lease 134, GI 52 Lease 177 | BP America Production Company | Credit Bid Purchaser |
| 1112 | 7/18/2007 | Renewal of term Contract No. 194 with State of LA by and between GOM Shelf LLC State of LA State Land Office | GOM Shelf LLC | GI 43 Et al. Lease 175 | BP America Production Company | Credit Bid Purchaser |
| 1113 | 7/2/2012 | Renewal of term Contract No. 194 with State of LA by and between GOM Shelf LLC State of LA State Land Office | GOM Shelf LLC | AREA 5 GI 43 Lease 175 | BP America Production Company | Credit Bid Purchaser |
| 1114 | 7/6/2017 | Renewal of term Contract No. 194 with State of LA by and between GOM Shelf LLC State of LA State Land Office | GOM Shelf LLC | GI 43 Et al. Lease 175 | BP America Production Company | Credit Bid Purchaser |
| 1155 | 5/1/2019 | Santiago / Santa Cruz Joint Operating Agreement dated effective May 1, 2019, by and between Fieldwood, Red Willow and HEDV, which governs the operating rights interest on that certain oil and gas lease OCS-G 27278 (MC 519) as amended (a) by that certain First Amendment to the Santiago / Santa Cruz JOperating Agreement made effective 31 May 2019 by and between Fieldwood, Red Willow and HEDV | Fieldwood Energy LLC | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 1156 | 10/15/2018 | Joint Operating Agreement by and among BP Exploration & Production Inc., Fieldwood Energy LLC, Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC made effective as | Fieldwood Energy LLC | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |

10

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|-----|------|----------------------|-----------------|-------------------|------------------------|----------|
| | | of October 15, 2018 and as amended by a) that First Amendment to the CPN Joint Operating Agreement made effective 31 May 2019. | | | | |
| 1157 | 3/12/2019 | Letter Agreement by and between Fieldwood Energy LLC, Red Willow Offshore and HEDVI waiving certain requirements under the Operating Agreement for Project Team | Fieldwood Energy LLC | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 1158 | 6/10/2019 | Genovesa Development Plan by and between Fieldwood Energy LLC, Red Willow Offshore and HEDVI approving the development of the Genovesa Discovery on MC 519 | Fieldwood Energy LLC | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 1159 | 5/1/2007 | Joint Operating Agreement - Santiago Prospect, dated effective 1 May 2007 by and between Noble Energy, Inc (as predecessor in interest to Fieldwood Energy LLC) as Operator and Red Willow Offshore, LLC and HE&D Offshore, L.P. covering MC 519 and MC 563 and superseded by that certain Unit Operating Agreement (Offshore Operating Agreement) dated dated effective January 1, 2009, originally by and between Noble Energy, Inc. (as predecessor in interest of Fieldwood), as Operator, and BP, Red Willow and HE&D Offshore, L.P. as Non-Operators, as amended | Fieldwood Energy LLC | MC 519 Lease G27278, MC 563 Lease G21176 | BP Exploration & Production Inc. | Credit Bid Purchaser |

11

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|-----|------|---------------------|-----------------|-------------------|------------------------|----------|
| | | by that certain First Amendment of the Unit Operating Agreement and Establishment of Lease Offshore Operating Agreements, dated effective as of October 10, 2014, by and among BP, Red Willow, HEDV, Noble Energy, Inc. (as predecessor in interest of Fieldwood), Deep Gulf Energy III, LLC, Ridgewood South Santa Cruz, LLC and ILX Prospect South Santa Cruz, LLC and by that certain Second Amendment of the Offshore Operating Agreement, dated effective as of October 15, 2018, by and among BP, Red Willow, HEDV and Fieldwood and by by that certain Third Amendment of the Offshore Operating Agreement, dated effective as of 1 May 2019, by and among BP, Red Willow, HEDV and Fieldwood and by that certain Fourth Amendment of the Offshore Operating AGreement, dated effective as of 31 MAy 2019 by and among Red Willow, HEDV and Fieldwood. | | | | |
| 1354 | 5/4/2015 | by and between Fieldwood Energy LLC and : Oil Test Sampling Agreement by and between Noble Energy Inc and Deep Gulf Energy III, LLC for samples of Santiago/Santa Cruz Well to be shared with MC 563 Parties | Fieldwood Energy LLC | MC 519 Lease G27278, MC 563 Lease G21176 | BP Exploration & Production Inc. | Credit Bid Purchaser |

12

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|---|---|---|---|---|---|---|
| 1369 | 1/1/2009 | Unit Operating Agreement (Offshore Operating Agreement) dated dated effective January 1, 2009, originally by and between Noble Energy, Inc. (as predecessor in interest of Fieldwood), as Operator, and BP, Red Willow and HE&D Offshore, L.P. as Non-Operators, as amended by that certain First Amendment of the Unit Operating Agreement and Establishment of Lease Offshore Operating Agreements, dated effective as of October 10, 2014, by and among BP, Red Willow, HEDV, Noble Energy, Inc. (as predecessor in interest of Fieldwood), Deep Gulf Energy III, LLC, Ridgewood South Santa Cruz, LLC and ILX Prospect South Santa Cruz, LLC and by that certain Second Amendment of the Offshore Operating Agreement, dated effective as of October 15, 2018, by and among BP, Red Willow, HEDV and Fieldwood and by by that certain Third Amendment of the Offshore Operating Agreement, dated effective as of 1 May 2019, by and among BP, Red Willow, HEDV and Fieldwood and by that certain Fourth Amendment of the Offshore Operating AGreement, dated effective as of | Fieldwood Energy LLC | MC 519 Lease G27278 | BP Exploration & Production Inc. | Credit Bid Purchaser |

13

| No. | Date | Contract Description | Debtor Entities | Associated Leases | Related BP Lease Party | Assignee |
|---|---|---|---|---|---|---|
| | | 31 MAy 2019 by and among Red Willow, HEDV and Fieldwood. | | | | |
| 1477 | 6/1/2012 | Production Technician Services Contract by and between June 1, 2012, as amended yearly | | MC 519 Lease G27278, MC 562 Lease G19966, MC 563 Lease G21176 | BP Exploration & Production Inc. | Credit Bid Purchaser |
| 1748 | 11/16/2001 | N/2 Gi 52 #L-8 ST 1 Well by and between Vastar Resources, Inc, a part of BP America Inc. Spinnaker Exploration Company, L.L.C. | | GI 52 Lease 177 | BP America Production Company | Credit Bid Purchaser |

14