| Payor/Lessee | Lease | LUW | Report Date | Oil Volume | Oil Avg Price | Gas Prod (MCF) | Gas Avg Price | Severance | Net Value | Decimal | Amount Due | Amount Paid | Difference | Company | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payor | | 050501 | Mar-18 | 3,036.38 | $ 65.41 | | | $ 24,826.16 | $ 173,783.13 | 0.222345 | $ 38,639.83 | $ 38,260.70 | $ 379.13 | Fieldwood Energy, LLC | report price used |
| Payor | | 050501 | Apr-18 | 3,339.75 | $ 69.37 | | | $ 28,959.81 | $ 202,718.65 | 0.222345 | $ 45,073.50 | $ 44,688.18 | $ 385.32 | Fieldwood Energy, LLC | |
| Payor | | 050501 | Sep-18 | 3,220.13 | $ 74.35 | | | $ 29,927.04 | $ 209,489.26 | 0.222345 | $ 46,578.91 | $ 46,204.77 | $ 374.14 | Fieldwood Energy, LLC | report price used |
| Payor | | 050501 | Apr-20 | 4,885.13 | $ 19.50 | | | $ 11,907.49 | $ 83,352.45 | 0.222345 | $ 18,533.01 | $ 16,252.65 | $ 2,280.36 | Fieldwood Energy, LLC | |
| Payor | | 050501 | May-20 | 3,391.88 | $ 31.37 | | | $ 13,300.39 | $ 93,102.73 | 0.222345 | $ 20,700.94 | $ 13,397.20 | $ 7,303.74 | Fieldwood Energy, LLC | |
| Payor | | 149241 | May-18 | 5,221.00 | $ 74.92 | | | $ 48,894.67 | $ 342,262.66 | 0.2105 | $ 72,046.29 | $ 67,474.20 | $ 4,572.09 | Fieldwood Energy, LLC | |
| Payor | | 149241 | Jun-18 | 5,854.00 | $ 74.01 | | | $ 54,156.82 | $ 379,097.72 | 0.2105 | $ 79,800.07 | $ 74,668.72 | $ 5,131.35 | Fieldwood Energy, LLC | |
| Payor | | 149241 | Sep-18 | 2,236.00 | $ 77.19 | | | $ 21,574.61 | $ 151,022.24 | 0.2105 | $ 31,790.18 | $ 29,844.82 | $ 1,945.36 | Fieldwood Energy, LLC | |
| Payor | | 149241 | Jan-19 | 958.00 | $ 58.21 | | | $ 6,970.65 | $ 48,794.53 | 0.2105 | $ 10,271.25 | $ 9,702.83 | $ 568.42 | Fieldwood Energy, LLC | |
| Payor | | 149241 | Feb-19 | 1,303.00 | $ 62.94 | | | $ 10,251.35 | $ 71,759.47 | 0.2105 | $ 15,105.37 | $ 14,039.00 | $ 1,066.37 | Fieldwood Energy, LLC | |
| Payor | | 149241 | May-19 | 1,650.00 | $ 69.21 | | | $ 14,274.56 | $ 99,921.94 | 0.2105 | $ 21,033.57 | $ 19,606.36 | $ 1,427.21 | Fieldwood Energy, LLC | |
| Payor | | 149241 | Apr-20 | 3,735.00 | $ 19.50 | | | $ 9,104.06 | $ 63,728.44 | 0.2105 | $ 13,414.84 | $ 10,886.70 | $ 2,528.14 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Apr-20 | 623.25 | $ 19.50 | | | $ 1,519.17 | $ 10,634.20 | 0.21 | $ 2,233.18 | $ 1,958.49 | $ 274.69 | Fieldwood Energy, LLC | |
| Payor | | 305681 | May-20 | 639.30 | $ 31.37 | | | $ 2,506.86 | $ 17,547.99 | 0.21 | $ 3,685.08 | $ 2,385.46 | $ 1,299.62 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Feb-18 | | | 16,148.70 | $ 2.65 | $ 1,792.51 | $ 41,001.55 | 0.21 | $ 8,610.33 | $ 5,737.29 | $ 2,873.04 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Mar-18 | | | 14,875.20 | $ 2.67 | $ 1,651.15 | $ 38,065.64 | 0.21 | $ 7,993.78 | $ 5,528.16 | $ 2,465.62 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Apr-18 | | | 15,956.25 | $ 2.75 | $ 1,771.14 | $ 42,108.54 | 0.21 | $ 8,842.79 | $ 6,251.91 | $ 2,590.88 | Fieldwood Energy, LLC | |
| Payor | | 305681 | May-18 | | | 15,022.65 | $ 2.78 | $ 1,667.51 | $ 40,095.45 | 0.21 | $ 8,420.05 | $ 6,449.26 | $ 1,970.79 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Jun-18 | | | 15,207.60 | $ 2.93 | $ 1,688.04 | $ 42,870.22 | 0.21 | $ 9,002.75 | $ 6,758.94 | $ 2,243.81 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Jul-18 | | | 15,703.05 | $ 2.87 | $ 1,915.77 | $ 43,151.98 | 0.21 | $ 9,061.92 | $ 6,587.36 | $ 2,474.56 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Aug-18 | | | 16,435.50 | $ 2.94 | $ 2,005.13 | $ 46,315.24 | 0.21 | $ 9,726.20 | $ 7,260.15 | $ 2,466.05 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Sep-18 | | | 15,966.75 | $ 2.97 | $ 1,947.94 | $ 45,473.30 | 0.21 | $ 9,549.39 | $ 3,083.04 | $ 6,466.35 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Oct-18 | | | 16,166.40 | $ 3.25 | $ 1,972.30 | $ 50,568.50 | 0.21 | $ 10,619.38 | $ 9,246.81 | $ 1,372.57 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Nov-18 | | | 14,759.85 | $ 4.10 | $ 1,800.70 | $ 58,714.68 | 0.21 | $ 12,330.08 | $ 10,220.96 | $ 2,109.12 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Dec-18 | | | 15,050.85 | $ 3.97 | $ 1,836.20 | $ 57,915.67 | 0.21 | $ 12,162.29 | $ 9,502.13 | $ 2,660.16 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Jan-19 | | | 14,161.35 | $ 3.06 | $ 1,727.68 | $ 41,606.05 | 0.21 | $ 8,737.27 | $ 6,091.81 | $ 2,645.46 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Jul-19 | | | 14,220.30 | $ 2.31 | $ 1,777.54 | $ 31,071.36 | 0.21 | $ 6,524.98 | $ 5,694.79 | $ 830.19 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Aug-19 | | | 13,974.30 | $ 2.18 | $ 1,746.79 | $ 28,717.19 | 0.21 | $ 6,030.61 | $ 5,596.80 | $ 433.81 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Sep-19 | | | 16,028.55 | $ 2.54 | $ 2,003.57 | $ 38,708.95 | 0.21 | $ 8,128.88 | $ 7,916.04 | $ 212.84 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Oct-19 | | | 16,100.10 | $ 2.28 | $ 2,012.51 | $ 34,695.72 | 0.21 | $ 7,286.10 | $ 6,631.68 | $ 654.42 | Fieldwood Energy, LLC | |
| Payor | | 305681 | Apr-20 | | | 15,336.45 | $ 1.67 | $ 1,917.06 | $ 23,688.22 | 0.21 | $ 4,974.53 | $ 2,869.70 | $ 2,104.83 | Fieldwood Energy, LLC | report price used |
| Payor | | 305681 | May-20 | | | 16,697.25 | $ 1.72 | $ 2,087.16 | $ 26,632.11 | 0.21 | $ 5,592.74 | $ 3,051.79 | $ 2,540.95 | Fieldwood Energy, LLC | |
| | | | | | | | | | | | | | $ 68,651.38 | | |