IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Seth Botos, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On June 1, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Service List attached here to as **Exhibit A**:

- Third Interim Application of Conway Mackenzie, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 1, 2021 through and Including April 30, 2021 [Docket No. 1423]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2

Dated: June 2, 2021

/s/ Seth Botos
Seth Botos

State of New York
County of New York

Subscribed and sworn to (or affirmed) to me on June 2, 2021, by Seth Botos, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

SRF 54131

# **Exhibit A**

# Exhibit A

Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER & BENJAMIN L. WALLEN | | MWARNER@COLESCHOTZ.COM; BWALLEN@COLESCHOTZ.COM | Email |
| DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA | 450 LEXINGTON AVENUE NEW YORK NY 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM; NATASHA.TSIOURIS@DAVISPOLK.COM; MICHAEL.PERA@DAVISPOLK.COM; JOSHUA.STURM@DAVISPOLK.COM | First Class Mail and Email |
| FIELDWOOD ENERGY LLC | ATTN: MIKE DANE & TOMMY LAMME | | MDANE@FWELL.COM; TLAMME@FWELLC.COM | Email |
| HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK | 1221 MCKINNEY STREET, SUITE 4000 HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM; MARTHA.WYRICK@HAYNESBOONE.COM | First Class Mail and Email |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM | 515 RUSK AVE., STE. 3516 HOUSTON TX 77002 | STEPHEN.STATHAM@USDOJ.GOV; HECTOR.DURAN.JR@USDOJ.GOV; USTPREGION07.HU.ECF@USDOJ.GOV | First Class Mail and Email |
| STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER M. HANSEN, FRANK A. MEROLA, JONATHAN D. CANFIELD, SHERRY J. MILLMAN & KENNETH PASQUALE | | KHANSEN@STROOCK.COM; FMEROLA@STROOCK.COM; JCANFIELD@STROOCK.COM; SMILLMAN@STROOCK.COM; KPASQUALE@STROOCK.COM | Email |
| WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ | | ALFREDO.PEREZ@WEIL.COM; BRENDA.FUNK@WEIL.COM; CLIFFORD.CARLSON@WEIL.COM; JUSTIN.PITCHER@WEIL.COM; RENE.OLVERA@WEIL.COM; CHRISTOPHER.JALOMO@WEIL.COM; ERIN.CHOI@WEIL.COM; JAKE.RUTHERFORD@WEIL.COM | Email |
| WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU | | MATT.BARR@WEIL.COM; JESSICA.LIOU@WEIL.COM | Email |