| Field | Cure Estimate | Governing Gas Bal Agreement | Fieldwood Imbalance Owed to W&T Offshore | Unit of Measurement | As Of | Price Per U | Dollars Due W&T Offshore |
|---|---|---|---|---|---|---|---|
| | | **Outstanding Imbalances** | | | | | |
| EC 338/349/368 | $0.00 - Line 712 | Gas Settlement Agmt | 15,533 | MMBTU | Aug-20 | $4.19 | $65,083.27 |
| SS 300 | $0.00 - Line 586 (PHA referenced) | Offshore Op Agmt Art. 3 governs imbalance listed | 9,822 | MCF | Apr-21 | $4.37 | $42,892.67 |
| BA-133 | $0.00 - Line 1029 and 1030 (JOA) | Operating Agreement - Art 7 | 4,822 | MCF | Oct-20 | $4.62 | $22,277.64 |
| BA 133 Flash | $0.00 - Line 1029 and 1030 (JOA) | Operating Agreement - Art 7 (Does not specifically Address Flash Gas) | 830 | MMBTU | Apr-20 | $4.20 | $3,486.00 |
| EC 2 | JOA not shown - 1700/1701 | PHA Art 10.3 (should have been cashed out at end of Calendar year) | 5,363 | MMBTU | Oct-19 | $3.63 | $19,467.69 |
| EC 257 | $0.00 - Line 1676/1677 (JOA) | JOA - IV A. Calls for cash out at end of calendar quarter | 43 | MCF | Sep-15 | $3.74 | $160.69 |
| GC 244 | $0.00 - Line 1519 | Exh D of Unit Op Agmt | 2,201 | MMBTU | Oct-20 | $4.31 | $9,486.31 |
| HI 129 | $0.00 - Multiple Lines | No Bal Agmt Known - Not Specifically Governed by PHA | 15,214 | MCF | Jan-14 | $5.14 | $78,154.32 |
| HI 129 | $0.00 - Multiple Lines | No Bal Agmt Known - Not Specifically Governed by PHA | 6,056 | MMBTU | Dec-19 | $3.00 | $18,154.49 |
| WC 295 Flash | $0.00 - Line 235 (JOA) | GBA per Op Agreement states C/O at Depletion | 3,157 | MCF | Dec-13 | $5.64 | $17,814.95 |
| | | | | | | | **$276,978.03** |
| | | **Outstanding Cash Outs Already Invoiced** | | | | | |
| Field | Cure Estimate | Governing Gas Bal Agreement | Fieldwood Imbalance Owed to W&T Offshore | Unit of Measurement | As Of | Price Per U | Dollars Due W&T Offshore |
| MC 698/782 | $0.00 - Line 1140 and 1315 | Exh D of Offshore Op Agmt (MC 698) Exh D of Offshore Op Agmt (MC 782) - cash out | 1,884 | MMBTU | 07/2020 and 08/2020 | $1.68 | $3,164.07 |

Note:
The dollars due W&T Offshore only reflect balances due W&T Offshore as of the dates referenced above.
Imbalances which continue to accrue in currently producing fields will need to be settled at a later date.

**EXHIBIT B**