# Exhibit A

# Welltec

| JOB ID | JUSGD201688 |
|---|---|

| Customer: | Fieldwood | Field: | Green Canyon 40 | Water Depth: | 2082ft |
|---|---|---|---|---|---|
| Location: | Gulf of Mexico | Well: | Katmai #1 | Target Depth: | 20070ft |
| State: | Louisiana | Temp: | 220ºF | Fluid Type: | 16.1ppg $CaBr_2/ZnBr_2$ |
| Rig / Vessel: | Rowan Resolute | Pressure: | 16795psi | Wireline Co: | Halliburton |

## RENTAL CHARGES
Min. 5 Day Charge that covers up to 30 Days of Total Rental, "5 for 30"

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11 | Well Stroker 314 66kLbs | 8-May-2020 | 19-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 12 | Well Stroker 314 66KLbs Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 13 | Well Cutter 318 | 13-May-2020 | 19-May-2020 | 7 | Days | $6,000.00 | $42,000.00 |
| 14 | Well Cutter 318 Discount (x days free) | | | 2 | Days | -$6,000.00 | -$12,000.00 |
| 15 | Welltec Release Device 218 (WRD) | 8-May-2020 | 28-May-2020 | 21 | Days | $2,500.00 | $52,500.00 |
| 16 | Welltec Release Device 218 (WRD) Discount (x days free) | | | 16 | Days | -$2,500.00 | -$40,000.00 |
| 17 | Welltec Release Device 318 (WRD) | 8-May-2020 | 19-May-2020 | 12 | Days | $2,500.00 | $30,000.00 |
| 18 | Welltec Release Device 318 (WRD) Discount (x days free) | | | 7 | Days | -$2,500.00 | -$17,500.00 |
| 19 | Welltec Swivel | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 20 | Welltec Swivel Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 21 | Welltec Compatible Gamma Ray & CCL | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 22 | Welltec Compatible Gamma Ray & CCL Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 23 | 218 Well Tractor | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 24 | 218 Well Tractor Discount (x days free) | | | 12 | Days | -$6,000.00 | -$72,000.00 |
| 25 | 218 Well Stroker 12k | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 26 | 218 Well Stroker 12k Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 27 | 218 Well Key (for HAL shifting tool) (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 28 | 218 Well Key Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 29 | 218 Well Cleaner PST (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 30 | 218 Well Cleaner PST Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 31 | 218 Well Miller | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 32 | 218 Well Miller Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| | | | | | | RENTAL CHARGE SUBTOTAL: | $185,000.00 |

## MISCELLANEOUS CHARGES

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 59 | Surface Equipment | 8-May-2020 | 20-May-2020 | 13 | Days | $1,000.00 | $13,000.00 |
| 60 | Engineer Day Rate | 13-May-2020 | 20-May-2020 | 8 | Days | $3,000.00 | $24,000.00 |
| | | | | | | MISCELLANEOUS CHARGES SUBTOTAL: | $37,000.00 |

| TOTAL: | $222,000.00 |
|---|---|

OBSERVATIONS:

WELLTEC: _____

CUSTOMER REP: *Lanne Butler* 6-1-2020

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K. Dufrene
Routing #: 580047

ACCT CODE: 3060-105