# Exhibit D

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
MAYER BROWN
700 LOUISIANA ST STE 3400
HOUSTON, TX  77002

**First MORTGAGOR**

| FIELDWOOD ENERGY LLC |
| --- |

**First MORTGAGEE**

| WELLTEC |
| --- |

| | |
| --- | --- |
| **Index Type :**  MORTGAGE | **File # :** 2020-00004994 |
| **Type of Document :** MATERIALMANS LIEN | |
| | **Book :**  782        **Page :**  946 |
| **Recording Pages :**               6 | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 11/25/2020

At (Recorded Time) : 12:35:33PM

Doc ID - 005359490006

Deputy Clerk

**Return To :**

Do not Detach this Recording Page from Original Document

| | |
|---|---|
| PARISH: | Plaquemines Parish |
| | Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-34536 |
| AREA/BLOCK: | GC 40 |
| WELL: | KATMAI-1 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; ILX Prospect Katmai, LLC; Ridgewood Katmai, LLC |
| AMOUNT: | $222,000.00 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

STATE OF TEXAS

COUNTY OF HARRIS

**BEFORE ME,** the undersigned authority, personally came and appeared:

Olugbenga Onadeko

who, after being duly sworn, did depose and say:

1.       He is the Senior Vice President for Welltec, Inc. ("Welltec"), 22440 Merchants Way, Katy, Texas 77449, and he is duly authorized to make and is making this affidavit on behalf of Welltec.

2.       Welltec is in the business of furnishing labor, equipment, services and supplies in support of the development, exploration, maintenance and operations, including drilling, completion, testing and production, of oil and gas wells.

3.       In connection with its business, Welltec contracted to supply services, labor, equipment, materials, and supplies to Fieldwood Energy LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 (including any predecessor-in-interest in respect of the field in question, hereinafter "Fieldwood") under and relating back to that certain Master Services Contract (the "Contract") dated January 29, 2014. Welltec has been providing continuing goods and services to Fieldwood under the Contract since its inception.

1

4.      Between January 29, 2014, and May 31, 2020, Welltec supplied goods, equipment, supplies, and services to Fieldwood for and in connection with the drilling, development, and/or operation of certain oil and gas leases, including specifically that certain lease No. OCS-G-34536, Green Canyon, Block 40, off the coast of Louisiana (the "Lease"), upon which is located the KATMAI-1 Well, API No. 60-811-40623-00 (the "Well").

5.      As of the present date, a principal amount of $222,000.00 remains due and owing on Invoice No. JUSGD201688 (the "Invoice") for those certain goods, equipment, supplies and services provided by Welltec to the Lease through May 31, 2020, together with accruing contracted interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto as **Exhibit A.**

6.      At all relevant times hereto, the equipment, tools and services were used for or in connection with the drilling, exploration, development, and/or operation of the Well and/or Lease.

7.      As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management ("BOEM"), Fieldwood, BOEM Company No. 03295, was at all relevant times and remains the operator of the above-referenced Lease. Fieldwood succeeded Noble Energy, Inc. (BOEM Company No. 02237) as operator for the Lease.

8.      This Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege (the "Lien Affidavit") is made for the purpose of securing payment on the debt owed by Fieldwood to Welltec as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Welltec on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank,

2

leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S.9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC, and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.      That this Lien Affidavit is being filed in the Mortgage Records of Plaquemines, Lafourche, and Terrebonne Parishes, State of Louisiana and provided to BOEM for filing in its records related thereto.

10.      That a copy of this Lien Affidavit is being delivered to the lessee(s) and Operator(s) of the Lease at the following:

a. Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042;
b. Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809;
c. ILX Prospect Katmai, LLC, 712 Fifth Avenue, 36th Floor, New York, NY 10019;
d. Ridgewood Katmai, LLC, 1254 Enclave Parkway, Suite 600, Houston, TX 77007; and
e. Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

Thus done and signed in Houston, Texas on this __2 0__ day of November, 2020

Welltec, Inc.

By: _____

Olugbenga Onadeko
Senior Vice President

SHAWNA R MCBRIDE
Notary ID # 129424844
My Commission Expires
May 15, 2021

SWORN AND SUBSCRIBED BEFORE ME
ON THIS 20th DAY OF NOVEMBER 2020

*Shawna McBride*

NOTARY PUBLIC

4

# EXHIBIT A

# Welltec

| | JOB ID | JUSGD201688 |

| Customer: | Fieldwood | Field: | Green Canyon 40 | Water Depth: | 2082ft |
| Location: | Gulf of Mexico | Well: | Katmai #1 | Target Depth: | 20070ft |
| State: | Louisiana | Temp: | 220ºF | Mud Type: | 16.1ppg Calbr./ZnBr₂ |
| Rig / Vessel: | Rowan Resolute | Pressure: | 16795psi | Wireline Co: | Halliburton |

## RENTAL CHARGES

Min. 5 Day Charge that covers up to 30 Days of Total Rental, "5 for 30"

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11 | Well Stroker 314 66kLbs | 8-May-2020 | 19-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 12 | Well Stroker 314 66kLbs Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 13 | Well Cutter 318 | 13-May-2020 | 19-May-2020 | 7 | Days | $6,000.00 | $42,000.00 |
| 14 | Well Cutter 318 Discount (x days free) | | | 2 | Days | -$6,000.00 | -$12,000.00 |
| 15 | Welltec Release Device 218 (WRD) | 8-May-2020 | 28-May-2020 | 21 | Days | $2,500.00 | $52,500.00 |
| 16 | Welltec Release Device 218 (WRD) Discount (x days free) | | | 16 | Days | -$2,500.00 | -$40,000.00 |
| 17 | Welltec Release Device 318 (WRD) | 8-May-2020 | 19-May-2020 | 12 | Days | $2,500.00 | $30,000.00 |
| 18 | Welltec Release Device 318 (WRD) Discount (x days free) | | | 7 | Days | -$2,500.00 | -$17,500.00 |
| 19 | Welltec Swivel | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 20 | Welltec Swivel Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 21 | Welltec Compatible Gamma Ray & CCL | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 22 | Welltec Compatible Gamma Ray & CCL Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 23 | 218 Well Tractor | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 24 | 218 Well Tractor Discount (x days free) | | | 12 | Days | -$6,000.00 | -$72,000.00 |
| 25 | 218 Well Stroker 12k | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 26 | 218 Well Stroker 12k Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 27 | 218 Well Key (for HAL shifting tool) (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 28 | 218 Well Key Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 29 | 218 Well Cleaner PST (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 30 | 218 Well Cleaner PST Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 31 | 218 Well Miller | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 32 | 218 Well Miller Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| | | | | | | RENTAL CHARGE SUBTOTAL: | $185,000.00 |

## MISCELLANEOUS CHARGES

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 59 | Surface Equipment | 8-May-2020 | 20-May-2020 | 13 | Days | $1,000.00 | $13,000.00 |
| 60 | Engineer Day Rate | 13-May-2020 | 20-May-2020 | 8 | Days | $3,000.00 | $24,000.00 |
| | | | | | | MISCELLANEOUS CHARGES SUBTOTAL: | $37,000.00 |

| TOTAL: | $222,000.00 |

OBSERVATIONS:

WELLTEC:

CUSTOMER REP: *Lanne Butler* 6-1-2020

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE: 3060-105