# Exhibit F



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2128 4903 48

| | |
|---|---|
| Certified Mail Fee | $ 3.55 |
| Return Receipt (Hardcopy) | $ 2.85 |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark Here

NOV 24 2020

Sent to:
Ridgewood Katmai, LLC
1254 Enclave Parkway
Suite 600
Houston, TX 77007
US

124014.1444B720.54607

Reference Information

Susan A

PS Form 3800, Facsimile, July 2015



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2128 4903 31

| | |
|---|---|
| Certified Mail Fee | $ 3.55 |
| Return Receipt (Hardcopy) | $ 2.85 |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark Here

NOV 24 2020

Sent to:
Ridgewood Katmai, LLC
14 Philips Parkway
Montvale, NJ 07645
US

124014.1444B720.54607

Reference Information

Susan A.

PS Form 3800, Facsimile, July 2015



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

9414 7266 9904 2128 4903 55

**USPS® ARTICLE NUMBER**

| | | |
|---|---|---|
| **Certified Mail Fee** | $ | 3.55 |
| **Return Receipt (Hardcopy)** | $ | 2.85 |
| **Return Receipt (Electronic)** | $ | |
| **Certified Mail Restricted Delivery** | $ | |
| **Postage** | $ | |
| **Total Postage and Fees** | $ | |

**Sent to:**

Fieldwood Energy, LLC,
through its registered agent,
Capital Corporate Services, Inc.,
8550 United Plaza Bldg II, Ste 305
Baton Rouge  LA 70809
US

124014.14448720.54607

**Reference Information**

NOV 24 2020
Postmark
Here

PS Form 3800, Facsimile, July 2015

Susan A.

---



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

9414 7266 9904 2128 4903 79

**USPS® ARTICLE NUMBER**

| | | |
|---|---|---|
| **Certified Mail Fee** | $ | 3.55 |
| **Return Receipt (Hardcopy)** | $ | 2.85 |
| **Return Receipt (Electronic)** | $ | |
| **Certified Mail Restricted Delivery** | $ | |
| **Postage** | $ | |
| **Total Postage and Fees** | $ | |

**Sent to:**

Fieldwood Energy, LLC,
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042
US

124014.14448720.54607

**Reference Information**

NOV 24 2020
Postmark
Here

PS Form 3800, Facsimile, July 2015

Susan A.



# U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2126 4903 62

| | |
|---|---|
| Certified Mail Fee | $ 3.55 |
| Return Receipt (Hardcopy) | $ 2.85 |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

**Sent to:**
ILX Prospest Katmai, LLC
712 Fifth Avenue
36th Floor
New York, NY 10019
US

**Reference Information**

124.014.14448720.54607

Postmark
Here
NOV 24 2020

PS Form 3800, Facsimile, July 2015



Mayer Brown LLP
700 Louisiana Street
Suite 3400
Houston, TX 77002-2730
United States of America

T: +1 713 238 3000
F: +1 713 238 4888

mayerbrown.com

November 23, 2020

**Charles S.  Kelley**
Partner
T: +1 713 238 2634
ckelley@mayerbrown.com

**_Via UPS Overnight Mail_**

Fieldwood Energy, LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Dear Sir or Madam:

Welltec, Inc. ("Welltec") was retained by Operator Fieldwood Energy, LLC ("Fieldwood") to perform various services on oil and gas Lease No. OCS-G-34536, located in the Green Canyon 40 Area/Block of the Gulf of Mexico (the "Lease"), including but not limited to the KATMAI-1 Well located on this Lease.  Welltec and Fieldwood memorialized their agreement in a Master Services Contract ("MSC"), pursuant to which Welltec has been performing various services on the Lease and related leases since 2014.  We understand you hold a working interest and/or ownership interest in the Lease and associated wells.

In May 2020, Welltec performed various completion activities and services on the KATMAI-1 Well for which it has not yet been paid in the amount of $222,000.00.

By operation of Louisiana law, including but not limited to the Louisiana Oil Well Lien Act, La. R.S. 9:4861, _et seq._, and consistent with its rights under the United States Bankruptcy Code, Welltec is perfecting or has perfected its lien on Lease No. OCS-G-34536, Block GC-40, and the KATMAI-1 Well, including any property interests you may own in the Lease and wells.

Welltec is hereby giving you notice of its claim against your property and assets.  Welltec has filed, or will file, the requisite Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege (each an "Oil Well Lien Affidavit") with the Clerk's office in Plaquemines Parish, Lafourche Parish, and Terrebonne Parish in Louisiana, as well as provide a copy of such Oil Well Lien Affidavit to the appropriate group within the United States Department of Interior.  By way of example only, Welltec has enclosed one such Oil Well Lien Affidavit that it has filed or will file with the above parishes and agencies.

Please contact us with any questions.

Sincerely,

_/s/ Charles S. Kelley_
Charles S. Kelley

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

739027304

PARISH:          Plaquemines Parish
                 Bureau of Ocean Energy Management
LEASE NO.:       OCS-G-34536
AREA/BLOCK:      GC 40
WELL:            KATMAI-1
OPERATOR:        Fieldwood Energy, LLC
LESSEE:          Fieldwood Energy, LLC; ILX Prospect Katmai, LLC; Ridgewood
                 Katmai, LLC
AMOUNT:          $222,000.00

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

STATE OF TEXAS

COUNTY OF HARRIS

**BEFORE ME,** the undersigned authority, personally came and appeared:

Olugbenga Onadeko

who, after being duly sworn, did depose and say:

1.      He is the Senior Vice President for Welltec, Inc. ("Welltec"), 22440 Merchants
Way, Katy, Texas 77449, and he is duly authorized to make and is making this affidavit on behalf
of Welltec.

2.      Welltec is in the business of furnishing labor, equipment, services and supplies in
support of the development, exploration, maintenance and operations, including drilling,
completion, testing and production, of oil and gas wells.

3.      In connection with its business, Welltec contracted to supply services, labor,
equipment, materials, and supplies to Fieldwood Energy LLC, 2000 West Sam Houston Parkway
South, Suite 1200, Houston, TX 77042 (including any predecessor-in-interest in respect of the
field in question, hereinafter "Fieldwood") under and relating back to that certain Master Services
Contract (the "Contract") dated January 29, 2014.  Welltec has been providing continuing goods
and services to Fieldwood under the Contract since its inception.

4.      Between January 29, 2014, and May 31, 2020, Welltec supplied goods, equipment, supplies, and services to Fieldwood for and in connection with the drilling, development, and/or operation of certain oil and gas leases, including specifically that certain lease No. OCS-G-34536, Green Canyon, Block 40, off the coast of Louisiana (the "Lease"), upon which is located the KATMAI-1 Well, API No. 60-811-40623-00 (the "Well").

5.      As of the present date, a principal amount of $222,000.00 remains due and owing on Invoice No. JUSGD201688 (the "Invoice") for those certain goods, equipment, supplies and services provided by Welltec to the Lease through May 31, 2020, together with accruing contracted interest, plus attorneys' fees and costs.  A true and correct copy of the Invoice is attached hereto as **Exhibit A.**

6.      At all relevant times hereto, the equipment, tools and services were used for or in connection with the drilling, exploration, development, and/or operation of the Well and/or Lease.

7.      As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management ("BOEM"), Fieldwood, BOEM Company No. 03295, was at all relevant times and remains the operator of the above-referenced Lease.  Fieldwood succeeded Noble Energy, Inc. (BOEM Company No. 02237) as operator for the Lease.

8.      This Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege (the "Lien Affidavit") is made for the purpose of securing payment on the debt owed by Fieldwood to Welltec as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Welltec on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank,

2

leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S.9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC, and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.    That this Lien Affidavit is being filed in the Mortgage Records of Plaquemines, Lafourche, and Terrebonne Parishes, State of Louisiana and provided to BOEM for filing in its records related thereto.

10.    That a copy of this Lien Affidavit is being delivered to the lessee(s) and Operator(s) of the Lease at the following:

    a. Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042;
    b. Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809;
    c. ILX Prospect Katmai, LLC, 712 Fifth Avenue, 36th Floor, New York, NY 10019;
    d. Ridgewood Katmai, LLC, 1254 Enclave Parkway, Suite 600, Houston, TX 77007; and
    e. Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

3

Thus done and signed in Houston, Texas on this ___20___ day of November, 2020

Welltec, Inc.

By: _____

Olugbenga Onadeko
Senior Vice President

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _20th_ DAY OF NOVEMBER 2020

NOTARY PUBLIC

4

EXHIBIT A

# Welltec

| | | JOB ID | JUSGD201688 |
|---|---|---|---|

| Customer: | Fieldwood | Field: | Green Canyon 40 | Water Depth: | 2082ft |
|---|---|---|---|---|---|
| Location: | Gulf of Mexico | Well: | Katmai #1 | Target Depth: | 20070ft |
| State: | Louisiana | Temp: | 220ºF | Fluid Type: | 16.1ppg CaBr₂/ZnBr₂ |
| Rig / Vessel: | Rowan Resolute | Pressure: | 16795psi | Wireline Co: | Halliburton |

## RENTAL CHARGES

Min. 5 Day Charge that covers up to 30 Days of Total Rental, "5 for 30"

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11 | Well Stroker 314 66kLbs | 8-May-2020 | 19-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 12 | Well Stroker 314 66kLbs Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 13 | Well Cutter 318 | 13-May-2020 | 19-May-2020 | 7 | Days | $6,000.00 | $42,000.00 |
| 14 | Well Cutter 318 Discount (x days free) | | | 2 | Days | -$6,000.00 | -$12,000.00 |
| 15 | Welltec Release Device 218 (WRD) | 8-May-2020 | 28-May-2020 | 21 | Days | $2,500.00 | $52,500.00 |
| 16 | Welltec Release Device 218 (WRD) Discount (x days free) | | | 16 | Days | -$2,500.00 | -$40,000.00 |
| 17 | Welltec Release Device 318 (WRD) | 8-May-2020 | 19-May-2020 | 12 | Days | $2,500.00 | $30,000.00 |
| 18 | Welltec Release Device 318 (WRD) Discount (x days free) | | | 7 | Days | -$2,500.00 | -$17,500.00 |
| 19 | Welltec Swivel | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 20 | Welltec Swivel Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 21 | Welltec Compatible Gamma Ray & CCL | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 22 | Welltec Compatible Gamma Ray & CCL Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 23 | 218 Well Tractor | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 24 | 218 Well Tractor Discount (x days free) | | | 12 | Days | -$6,000.00 | -$72,000.00 |
| 25 | 218 Well Stroker 12k | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 26 | 218 Well Stroker 12k Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 27 | 218 Well Key (for HAL shifting tool) (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 28 | 218 Well Key Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 29 | 218 Well Cleaner PST (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 30 | 218 Well Cleaner PST Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 31 | 218 Well Miller | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 32 | 218 Well Miller Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |

| | | | | RENTAL CHARGE SUBTOTAL: | $185,000.00 |
|---|---|---|---|---|---|

## MISCELLANEOUS CHARGES

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 59 | Surface Equipment | 8-May-2020 | 20-May-2020 | 13 | Days | $1,000.00 | $13,000.00 |
| 60 | Engineer Day Rate | 13-May-2020 | 20-May-2020 | 8 | Days | $3,000.00 | $24,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | MISCELLANEOUS CHARGES SUBTOTAL: | $37,000.00 |
|---|---|---|---|---|---|

| | | TOTAL: | $222,000.00 |
|---|---|---|---|

OBSERVATIONS:

WELLTEC: _____

CUSTOMER REP: *Lanne Butler* 6-1-2020

AFE:         FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer: K.Dufrene
Routing #:    580047

ACCT CODE : 3060-105



Mayer Brown LLP
700 Louisiana Street
Suite 3400
Houston, TX 77002-2730
United States of America

T: +1 713 238 3000
F: +1 713 238 4888

mayerbrown.com

November 23, 2020

**Charles S. Kelley**
Partner
T: +1 713 238 2634
ckelley@mayerbrown.com

**_Via UPS Overnight Mail_**

Fieldwood Energy, LLC
through its registered agent, Capital Corporate Services, Inc.
8550 United Plaza Building II, Ste. 305
Baton Rouge, LA 70809

Dear Sir or Madam:

Welltec, Inc. ("Welltec") was retained by Operator Fieldwood Energy, LLC ("Fieldwood") to perform various services on oil and gas Lease No. OCS-G-34536, located in the Green Canyon 40 Area/Block of the Gulf of Mexico (the "Lease"), including but not limited to the KATMAI-1 Well located on this Lease.  Welltec and Fieldwood memorialized their agreement in a Master Services Contract ("MSC"), pursuant to which Welltec has been performing various services on the Lease and related leases since 2014.  We understand you hold a working interest and/or ownership interest in the Lease and associated wells.

In May 2020, Welltec performed various completion activities and services on the KATMAI-1 Well for which it has not yet been paid in the amount of $222,000.00.

By operation of Louisiana law, including but not limited to the Louisiana Oil Well Lien Act, La. R.S. 9:4861, _et seq._, and consistent with its rights under the United States Bankruptcy Code, Welltec is perfecting or has perfected its lien on Lease No. OCS-G-34536, Block GC-40, and the KATMAI-1 Well, including any property interests you may own in the Lease and wells.

Welltec is hereby giving you notice of its claim against your property and assets.  Welltec has filed, or will file, the requisite Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege (each an "Oil Well Lien Affidavit") with the Clerk's office in Plaquemines Parish, Lafourche Parish, and Terrebonne Parish in Louisiana, as well as provide a copy of such Oil Well Lien Affidavit to the appropriate group within the United States Department of Interior.  By way of example only, Welltec has enclosed one such Oil Well Lien Affidavit that it has filed or will file with the above parishes and agencies.

Please contact us with any questions.

Sincerely,

_/s/ Charles S. Kelley_
Charles S. Kelley

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

739027487

| PARISH: | Plaquemines Parish |
| | Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-34536 |
| AREA/BLOCK: | GC 40 |
| WELL: | KATMAI-1 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; ILX Prospect Katmai, LLC; Ridgewood Katmai, LLC |
| AMOUNT: | $222,000.00 |

### OIL WELL LIEN AFFIDAVIT, NOTICE OF
### CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

STATE OF TEXAS

COUNTY OF HARRIS

**BEFORE ME,** the undersigned authority, personally came and appeared:

Olugbenga Onadeko

who, after being duly sworn, did depose and say:

1.     He is the Senior Vice President for Welltec, Inc. ("Welltec"), 22440 Merchants Way, Katy, Texas 77449, and he is duly authorized to make and is making this affidavit on behalf of Welltec.

2.     Welltec is in the business of furnishing labor, equipment, services and supplies in support of the development, exploration, maintenance and operations, including drilling, completion, testing and production, of oil and gas wells.

3.     In connection with its business, Welltec contracted to supply services, labor, equipment, materials, and supplies to Fieldwood Energy LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 (including any predecessor-in-interest in respect of the field in question, hereinafter "Fieldwood") under and relating back to that certain Master Services Contract (the "Contract") dated January 29, 2014.  Welltec has been providing continuing goods and services to Fieldwood under the Contract since its inception.

1

4.      Between January 29, 2014, and May 31, 2020, Welltec supplied goods, equipment, supplies, and services to Fieldwood for and in connection with the drilling, development, and/or operation of certain oil and gas leases, including specifically that certain lease No. OCS-G-34536, Green Canyon, Block 40, off the coast of Louisiana (the "Lease"), upon which is located the KATMAI-1 Well, API No. 60-811-40623-00 (the "Well").

5.      As of the present date, a principal amount of $222,000.00 remains due and owing on Invoice No. JUSGD201688 (the "Invoice") for those certain goods, equipment, supplies and services provided by Welltec to the Lease through May 31, 2020, together with accruing contracted interest, plus attorneys' fees and costs.  A true and correct copy of the Invoice is attached hereto as **Exhibit A.**

6.      At all relevant times hereto, the equipment, tools and services were used for or in connection with the drilling, exploration, development, and/or operation of the Well and/or Lease.

7.      As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management ("BOEM"), Fieldwood, BOEM Company No. 03295, was at all relevant times and remains the operator of the above-referenced Lease.  Fieldwood succeeded Noble Energy, Inc. (BOEM Company No. 02237) as operator for the Lease.

8.      This Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege (the "Lien Affidavit") is made for the purpose of securing payment on the debt owed by Fieldwood to Welltec as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Welltec on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank,

leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S.9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC, and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.     That this Lien Affidavit is being filed in the Mortgage Records of Plaquemines, Lafourche, and Terrebonne Parishes, State of Louisiana and provided to BOEM for filing in its records related thereto.

10.    That a copy of this Lien Affidavit is being delivered to the lessee(s) and Operator(s) of the Lease at the following:

a. Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042;
b. Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809;
c. ILX Prospect Katmai, LLC, 712 Fifth Avenue, 36th Floor, New York, NY 10019;
d. Ridgewood Katmai, LLC, 1254 Enclave Parkway, Suite 600, Houston, TX 77007; and
e. Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

3

Thus done and signed in Houston, Texas on this ___20___ day of November, 2020

Welltec, Inc.

By: _____

Olugbenga Onadeko
Senior Vice President

SHAWNA R MCBRIDE
Notary ID # 129424844
My Commission Expires
May 15, 2021

SWORN AND SUBSCRIBED BEFORE ME
ON THIS __20th__ DAY OF NOVEMBER 2020

NOTARY PUBLIC

EXHIBIT A

# Welltec

| JOB ID | JUSGD201688 |
|---|---|

| Customer: | Fieldwood | | Field: | Green Canyon 40 | | Water Depth: | 2082ft |
|---|---|---|---|---|---|---|---|
| Location: | Gulf of Mexico | | Well: | Katmai #1 | | Target Depth: | 20070ft |
| State: | Louisiana | | Temp: | 220°F | | Fluid Type: | 16.1ppg CaBr₂/ZnBr₂ |
| Rig / Vessel: | Rowan Resolute | | Pressure: | 16795psi | | Wireline Co: | Halliburton |

## RENTAL CHARGES

Min. 5 Day Charge that covers up to 30 Days of Total Rental, "5 for 30"

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11 | Well Stroker 314 66kLbs | 8-May-2020 | 19-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 12 | Well Stroker 314 66kLbs Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 13 | Well Cutter 318 | 13-May-2020 | 19-May-2020 | 7 | Days | $6,000.00 | $42,000.00 |
| 14 | Well Cutter 318 Discount (x days free) | | | 2 | Days | -$6,000.00 | -$12,000.00 |
| 15 | Welltec Release Device 218 (WRD) | 8-May-2020 | 28-May-2020 | 21 | Days | $2,500.00 | $52,500.00 |
| 16 | Welltec Release Device 218 (WRD) Discount (x days free) | | | 16 | Days | -$2,500.00 | -$40,000.00 |
| 17 | Welltec Release Device 318 (WRD) | 8-May-2020 | 19-May-2020 | 12 | Days | $2,500.00 | $30,000.00 |
| 18 | Welltec Release Device 318 (WRD) Discount (x days free) | | | 7 | Days | -$2,500.00 | -$17,500.00 |
| 19 | Welltec Swivel | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 20 | Welltec Swivel Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 21 | Welltec Compatible Gamma Ray & CCL | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 22 | Welltec Compatible Gamma Ray & CCL Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 23 | 218 Well Tractor | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 24 | 218 Well Tractor Discount (x days free) | | | 12 | Days | -$6,000.00 | -$72,000.00 |
| 25 | 218 Well Stroker 12k | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 26 | 218 Well Stroker 12k Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 27 | 218 Well Key (for HAL shifting tool) (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 28 | 218 Well Key Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 29 | 218 Well Cleaner PST (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 30 | 218 Well Cleaner PST Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 31 | 218 Well Miller | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 32 | 218 Well Miller Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| | | | | | | RENTAL CHARGE SUBTOTAL: | $185,000.00 |

## MISCELLANEOUS CHARGES

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 59 | Surface Equipment | 8-May-2020 | 20-May-2020 | 13 | Days | $1,000.00 | $13,000.00 |
| 60 | Engineer Day Rate | 13-May-2020 | 20-May-2020 | 8 | Days | $3,000.00 | $24,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | MISCELLANEOUS CHARGES SUBTOTAL: | | $37,000.00 |

| TOTAL: | $222,000.00 |
|---|---|

OBSERVATIONS:

WELLTEC: _____

CUSTOMER REP: *Lanne Butler, 6-1-2020*

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE : 3060-105



Mayer Brown LLP
700 Louisiana Street
Suite 3400
Houston, TX 77002-2730
United States of America

T: +1 713 238 3000
F: +1 713 238 4888

mayerbrown.com

November 23, 2020

Charles S.  Kelley
Partner
T: +1 713 238 2634
ckelley@mayerbrown.com

***Via UPS Overnight Mail***

ILX Prospect Katmai, LLC
712 Fifth Avenue, 36th Floor,
New York, NY 10019

Dear Sir or Madam:

Welltec, Inc. ("Welltec") was retained by Operator Fieldwood Energy, LLC ("Fieldwood") to perform various services on oil and gas Lease No. OCS-G-34536, located in the Green Canyon 40 Area/Block of the Gulf of Mexico (the "Lease"), including but not limited to the KATMAI-1 Well located on this Lease.  Welltec and Fieldwood memorialized their agreement in a Master Services Contract ("MSC"), pursuant to which Welltec has been performing various services on the Lease and related leases since 2014.  We understand you hold a working interest and/or ownership interest in the Lease and associated wells.

In May 2020, Welltec performed various completion activities and services on the KATMAI-1 Well for which it has not yet been paid in the amount of $222,000.00.

By operation of Louisiana law, including but not limited to the Louisiana Oil Well Lien Act, La. R.S. 9:4861, *et seq.*, and consistent with its rights under the United States Bankruptcy Code, Welltec is perfecting or has perfected its lien on Lease No. OCS-G-34536, Block GC-40, and the KATMAI-1 Well, including any property interests you may own in the Lease and wells.

Welltec is hereby giving you notice of its claim against your property and assets.  Welltec has filed, or will file, the requisite Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege (each an "Oil Well Lien Affidavit") with the Clerk's office in Plaquemines Parish, Lafourche Parish, and Terrebonne Parish in Louisiana, as well as provide a copy of such Oil Well Lien Affidavit to the appropriate group within the United States Department of Interior.  By way of example only, Welltec has enclosed one such Oil Well Lien Affidavit that it has filed or will file with the above parishes and agencies.

Please contact us with any questions.

Sincerely,

*/s/ Charles S. Kelley*
Charles S. Kelley

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

| PARISH: | Plaquemines Parish |
| | Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-34536 |
| AREA/BLOCK: | GC 40 |
| WELL: | KATMAI-1 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; ILX Prospect Katmai, LLC; Ridgewood Katmai, LLC |
| AMOUNT: | $222,000.00 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

STATE OF TEXAS

COUNTY OF HARRIS

**BEFORE ME,** the undersigned authority, personally came and appeared:

Olugbenga Onadeko

who, after being duly sworn, did depose and say:

1.      He is the Senior Vice President for Welltec, Inc. ("Welltec"), 22440 Merchants Way, Katy, Texas 77449, and he is duly authorized to make and is making this affidavit on behalf of Welltec.

2.      Welltec is in the business of furnishing labor, equipment, services and supplies in support of the development, exploration, maintenance and operations, including drilling, completion, testing and production, of oil and gas wells.

3.      In connection with its business, Welltec contracted to supply services, labor, equipment, materials, and supplies to Fieldwood Energy LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 (including any predecessor-in-interest in respect of the field in question, hereinafter "Fieldwood") under and relating back to that certain Master Services Contract (the "Contract") dated January 29, 2014.  Welltec has been providing continuing goods and services to Fieldwood under the Contract since its inception.

1

4.      Between January 29, 2014, and May 31, 2020, Welltec supplied goods, equipment, supplies, and services to Fieldwood for and in connection with the drilling, development, and/or operation of certain oil and gas leases, including specifically that certain lease No. OCS-G-34536, Green Canyon, Block 40, off the coast of Louisiana (the "Lease"), upon which is located the KATMAI-1 Well, API No. 60-811-40623-00 (the "Well").

5.      As of the present date, a principal amount of $222,000.00 remains due and owing on Invoice No. JUSGD201688 (the "Invoice") for those certain goods, equipment, supplies and services provided by Welltec to the Lease through May 31, 2020, together with accruing contracted interest, plus attorneys' fees and costs.  A true and correct copy of the Invoice is attached hereto as **Exhibit A.**

6.      At all relevant times hereto, the equipment, tools and services were used for or in connection with the drilling, exploration, development, and/or operation of the Well and/or Lease.

7.      As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management ("BOEM"), Fieldwood, BOEM Company No. 03295, was at all relevant times and remains the operator of the above-referenced Lease.  Fieldwood succeeded Noble Energy, Inc. (BOEM Company No. 02237) as operator for the Lease.

8.      This Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege (the "Lien Affidavit") is made for the purpose of securing payment on the debt owed by Fieldwood to Welltec as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Welltec on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank,

2

leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S.9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC, and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.      That this Lien Affidavit is being filed in the Mortgage Records of Plaquemines, Lafourche, and Terrebonne Parishes, State of Louisiana and provided to BOEM for filing in its records related thereto.

10.     That a copy of this Lien Affidavit is being delivered to the lessee(s) and Operator(s) of the Lease at the following:

   a. Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042;
   b. Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809;
   c. ILX Prospect Katmai, LLC, 712 Fifth Avenue, 36th Floor, New York, NY 10019;
   d. Ridgewood Katmai, LLC, 1254 Enclave Parkway, Suite 600, Houston, TX 77007; and
   e. Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

3

Thus done and signed in Houston, Texas on this __20__ day of November, 2020

Welltec, Inc.

By: _____

Olugbenga Onadeko
Senior Vice President

SHAWNA R MCBRIDE
Notary ID # 129424844
My Commission Expires
May 15, 2021

SWORN AND SUBSCRIBED BEFORE ME
ON THIS __20th__ DAY OF NOVEMBER 2020

NOTARY PUBLIC

4

EXHIBIT A

# Welltec

| JOB ID | JUSGD201688 |
|--------|-------------|

| Customer: | Fieldwood | | Field: | Green Canyon 40 | | Water Depth: | 2082ft |
|-----------|-----------|---|--------|-----------------|---|--------------|--------|
| Location: | Gulf of Mexico | | Well: | Katmai #1 | | Target Depth: | 20070ft |
| State: | Louisiana | | Temp: | 220ºF | | Fluid Type: | 16.1ppg CaBr₂/ZnBr₂ |
| Rig / Vessel: | Rowan Resolute | | Pressure: | 16795psi | | Wireline Co: | Halliburton |

## RENTAL CHARGES

Min. 5 Day Charge that covers up to 30 Days of Total Rental, "5 for 30"

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|----------|-------------|------------|-----------|-----|------|-------------|--------|
| 11 | Well Stroker 314 66kLbs | 8-May-2020 | 19-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 12 | Well Stroker 314 66kLbs Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 13 | Well Cutter 318 | 13-May-2020 | 19-May-2020 | 7 | Days | $6,000.00 | $42,000.00 |
| 14 | Well Cutter 318 Discount (x days free) | | | 2 | Days | -$6,000.00 | -$12,000.00 |
| 15 | Welltec Release Device 218 (WRD) | 8-May-2020 | 28-May-2020 | 21 | Days | $2,500.00 | $52,500.00 |
| 16 | Welltec Release Device 218 (WRD) Discount (x days free) | | | 16 | Days | -$2,500.00 | -$40,000.00 |
| 17 | Welltec Release Device 318 (WRD) | 8-May-2020 | 19-May-2020 | 12 | Days | $2,500.00 | $30,000.00 |
| 18 | Welltec Release Device 318 (WRD) Discount (x days free) | | | 7 | Days | -$2,500.00 | -$17,500.00 |
| 19 | Welltec Swivel | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 20 | Welltec Swivel Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 21 | Welltec Compatible Gamma Ray & CCL | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 22 | Welltec Compatible Gamma Ray & CCL Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 23 | 218 Well Tractor | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 24 | 218 Well Tractor Discount (x days free) | | | 12 | Days | -$6,000.00 | -$72,000.00 |
| 25 | 218 Well Stroker 12k | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 26 | 218 Well Stroker 12k Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 27 | 218 Well Key (for HAL shifting tool) (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 28 | 218 Well Key Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 29 | 218 Well Cleaner PST (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 30 | 218 Well Cleaner PST Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 31 | 218 Well Miller | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 32 | 218 Well Miller Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| | | | | | | RENTAL CHARGE SUBTOTAL: | $185,000.00 |

## MISCELLANEOUS CHARGES

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|----------|-------------|------------|-----------|-----|------|-------------|--------|
| 59 | Surface Equipment | 8-May-2020 | 20-May-2020 | 13 | Days | $1,000.00 | $13,000.00 |
| 60 | Engineer Day Rate | 13-May-2020 | 20-May-2020 | 8 | Days | $3,000.00 | $24,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | MISCELLANEOUS CHARGES SUBTOTAL: | | $37,000.00 |

| | TOTAL: | $222,000.00 |
|---|--------|-------------|

**OBSERVATIONS:**

WELLTEC: _____

CUSTOMER REP: *Lanne Butler* 6-1-2020

AFE:       FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer:  K.Dufrene
Routing #:   580047

ACCT CODE : 3060-105



Mayer Brown LLP
700 Louisiana Street
Suite 3400
Houston, TX 77002-2730
United States of America

T: +1 713 238 3000
F: +1 713 238 4888

mayerbrown.com

November 23, 2020

**Charles S. Kelley**
Partner
T: +1 713 238 2634
ckelley@mayerbrown.com

***Via UPS Overnight Mail***

Ridgewood Katmai, LLC
1254 Enclave Parkway, Suite 600
Houston, TX 77007

Dear Sir or Madam:

Welltec, Inc. ("Welltec") was retained by Operator Fieldwood Energy, LLC ("Fieldwood") to perform various services on oil and gas Lease No. OCS-G-34536, located in the Green Canyon 40 Area/Block of the Gulf of Mexico (the "Lease"), including but not limited to the KATMAI-1 Well located on this Lease. Welltec and Fieldwood memorialized their agreement in a Master Services Contract ("MSC"), pursuant to which Welltec has been performing various services on the Lease and related leases since 2014. We understand you hold a working interest and/or ownership interest in the Lease and associated wells.

In May 2020, Welltec performed various completion activities and services on the KATMAI-1 Well for which it has not yet been paid in the amount of $222,000.00.

By operation of Louisiana law, including but not limited to the Louisiana Oil Well Lien Act, La. R.S. 9:4861, *et seq.*, and consistent with its rights under the United States Bankruptcy Code, Welltec is perfecting or has perfected its lien on Lease No. OCS-G-34536, Block GC-40, and the KATMAI-1 Well, including any property interests you may own in the Lease and wells.

Welltec is hereby giving you notice of its claim against your property and assets. Welltec has filed, or will file, the requisite Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege (each an "Oil Well Lien Affidavit") with the Clerk's office in Plaquemines Parish, Lafourche Parish, and Terrebonne Parish in Louisiana, as well as provide a copy of such Oil Well Lien Affidavit to the appropriate group within the United States Department of Interior. By way of example only, Welltec has enclosed one such Oil Well Lien Affidavit that it has filed or will file with the above parishes and agencies.

Please contact us with any questions.

Sincerely,

*/s/ Charles S. Kelley*
Charles S. Kelley

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

| PARISH: | Plaquemines Parish |
|---|---|
| | Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-34536 |
| AREA/BLOCK: | GC 40 |
| WELL: | KATMAI-1 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; ILX Prospect Katmai, LLC; Ridgewood Katmai, LLC |
| AMOUNT: | $222,000.00 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

STATE OF TEXAS

COUNTY OF HARRIS

**BEFORE ME,** the undersigned authority, personally came and appeared:

Olugbenga Onadeko

who, after being duly sworn, did depose and say:

1.     He is the Senior Vice President for Welltec, Inc. ("Welltec"), 22440 Merchants Way, Katy, Texas 77449, and he is duly authorized to make and is making this affidavit on behalf of Welltec.

2.     Welltec is in the business of furnishing labor, equipment, services and supplies in support of the development, exploration, maintenance and operations, including drilling, completion, testing and production, of oil and gas wells.

3.     In connection with its business, Welltec contracted to supply services, labor, equipment, materials, and supplies to Fieldwood Energy LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 (including any predecessor-in-interest in respect of the field in question, hereinafter "Fieldwood") under and relating back to that certain Master Services Contract (the "Contract") dated January 29, 2014.  Welltec has been providing continuing goods and services to Fieldwood under the Contract since its inception.

1

4.      Between January 29, 2014, and May 31, 2020, Welltec supplied goods, equipment, supplies, and services to Fieldwood for and in connection with the drilling, development, and/or operation of certain oil and gas leases, including specifically that certain lease No. OCS-G-34536, Green Canyon, Block 40, off the coast of Louisiana (the "Lease"), upon which is located the KATMAI-1 Well, API No. 60-811-40623-00 (the "Well").

5.      As of the present date, a principal amount of $222,000.00 remains due and owing on Invoice No. JUSGD201688 (the "Invoice") for those certain goods, equipment, supplies and services provided by Welltec to the Lease through May 31, 2020, together with accruing contracted interest, plus attorneys' fees and costs.  A true and correct copy of the Invoice is attached hereto as **Exhibit A.**

6.      At all relevant times hereto, the equipment, tools and services were used for or in connection with the drilling, exploration, development, and/or operation of the Well and/or Lease.

7.      As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management ("BOEM"), Fieldwood, BOEM Company No. 03295, was at all relevant times and remains the operator of the above-referenced Lease.  Fieldwood succeeded Noble Energy, Inc. (BOEM Company No. 02237) as operator for the Lease.

8.      This Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege (the "Lien Affidavit") is made for the purpose of securing payment on the debt owed by Fieldwood to Welltec as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Welltec on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank,

leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S.9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC, and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

      9.     That this Lien Affidavit is being filed in the Mortgage Records of Plaquemines, Lafourche, and Terrebonne Parishes, State of Louisiana and provided to BOEM for filing in its records related thereto.

      10.    That a copy of this Lien Affidavit is being delivered to the lessee(s) and Operator(s) of the Lease at the following:

    a.  Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042;
    b.  Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809;
    c.  ILX Prospect Katmai, LLC, 712 Fifth Avenue, 36th Floor, New York, NY 10019;
    d.  Ridgewood Katmai, LLC, 1254 Enclave Parkway, Suite 600, Houston, TX 77007; and
    e.  Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

Thus done and signed in Houston, Texas on this __20__ day of November, 2020

Welltec, Inc.

By: _____

Olugbenga Onadeko
Senior Vice President

SWORN AND SUBSCRIBED BEFORE ME
ON THIS __20th__ DAY OF NOVEMBER 2020

_Shawna McBride_

NOTARY PUBLIC

SHAWNA R MCBRIDE
Notary ID # 129424844
My Commission Expires
May 15, 2021

4

EXHIBIT A

# Welltec

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **JOB ID** | **JUSGD201688** |

| Customer: | Fieldwood | | Field: | Green Canyon 40 | | Water Depth: | 2082ft |
|---|---|---|---|---|---|---|---|
| Location: | Gulf of Mexico | | Well: | Katmai #1 | | Target Depth: | 20070ft |
| State: | Louisiana | | Temp: | 220°F | | Fluid Type: | 16.1ppg CaBr₂/ZnBr₂ |
| Rig / Vessel: | Rowan Resolute | | Pressure: | 16795psi | | Wireline Co: | Halliburton |

## RENTAL CHARGES

Min. 5 Day Charge that covers up to 30 Days of Total Rental, "5 for 30"

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11 | Well Stroker 314 66kLbs | 8-May-2020 | 19-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 12 | Well Stroker 314 66kLbs Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 13 | Well Cutter 318 | 13-May-2020 | 19-May-2020 | 7 | Days | $6,000.00 | $42,000.00 |
| 14 | Well Cutter 318 Discount (x days free) | | | 2 | Days | -$6,000.00 | -$12,000.00 |
| 15 | Welltec Release Device 218 (WRD) | 8-May-2020 | 28-May-2020 | 21 | Days | $2,500.00 | $52,500.00 |
| 16 | Welltec Release Device 218 (WRD) Discount (x days free) | | | 16 | Days | -$2,500.00 | -$40,000.00 |
| 17 | Welltec Release Device 318 (WRD) | 8-May-2020 | 19-May-2020 | 12 | Days | $2,500.00 | $30,000.00 |
| 18 | Welltec Release Device 318 (WRD) Discount (x days free) | | | 7 | Days | -$2,500.00 | -$17,500.00 |
| 19 | Welltec Swivel | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 20 | Welltec Swivel Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 21 | Welltec Compatible Gamma Ray & CCL | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 22 | Welltec Compatible Gamma Ray & CCL Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 23 | 218 Well Tractor | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 24 | 218 Well Tractor Discount (x days free) | | | 12 | Days | -$6,000.00 | -$72,000.00 |
| 25 | 218 Well Stroker 12k | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 26 | 218 Well Stroker 12k Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 27 | 218 Well Key (for HAL shifting tool) (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 28 | 218 Well Key Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 29 | 218 Well Cleaner PST (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 30 | 218 Well Cleaner PST Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 31 | 218 Well Miller | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 32 | 218 Well Miller Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| | | | | | | | |
| | | | | **RENTAL CHARGE SUBTOTAL:** | | | $185,000.00 |

## MISCELLANEOUS CHARGES

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 59 | Surface Equipment | 8-May-2020 | 20-May-2020 | 13 | Days | $1,000.00 | $13,000.00 |
| 60 | Engineer Day Rate | 13-May-2020 | 20-May-2020 | 8 | Days | $3,000.00 | $24,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | **MISCELLANEOUS CHARGES SUBTOTAL:** | | | | $37,000.00 |

| | | **TOTAL:** | $222,000.00 |
|---|---|---|---|

OBSERVATIONS:

WELLTEC: _____

CUSTOMER REP: *Lanne Butler* 6-1-2020

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   580047

ACCT CODE : 3060-105



Mayer Brown LLP
700 Louisiana Street
Suite 3400
Houston, TX 77002-2730
United States of America

T: +1 713 238 3000
F: +1 713 238 4888

mayerbrown.com

November 23, 2020

***Via UPS Overnight Mail***

**Charles S. Kelley**
Partner
T: +1 713 238 2634
ckelley@mayerbrown.com

Ridgewood Katmai, LLC
14 Philips Parkway
Montvale, NJ 07645

Dear Sir or Madam:

Welltec, Inc. ("Welltec") was retained by Operator Fieldwood Energy, LLC ("Fieldwood") to perform various services on oil and gas Lease No. OCS-G-34536, located in the Green Canyon 40 Area/Block of the Gulf of Mexico (the "Lease"), including but not limited to the KATMAI-1 Well located on this Lease.  Welltec and Fieldwood memorialized their agreement in a Master Services Contract ("MSC"), pursuant to which Welltec has been performing various services on the Lease and related leases since 2014.  We understand you hold a working interest and/or ownership interest in the Lease and associated wells.

In May 2020, Welltec performed various completion activities and services on the KATMAI-1 Well for which it has not yet been paid in the amount of $222,000.00.

By operation of Louisiana law, including but not limited to the Louisiana Oil Well Lien Act, La. R.S. 9:4861, *et seq.*, and consistent with its rights under the United States Bankruptcy Code, Welltec is perfecting or has perfected its lien on Lease No. OCS-G-34536, Block GC-40, and the KATMAI-1 Well, including any property interests you may own in the Lease and wells.

Welltec is hereby giving you notice of its claim against your property and assets.  Welltec has filed, or will file, the requisite Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege (each an "Oil Well Lien Affidavit") with the Clerk's office in Plaquemines Parish, Lafourche Parish, and Terrebonne Parish in Louisiana, as well as provide a copy of such Oil Well Lien Affidavit to the appropriate group within the United States Department of Interior.  By way of example only, Welltec has enclosed one such Oil Well Lien Affidavit that it has filed or will file with the above parishes and agencies.

Please contact us with any questions.

Sincerely,

*/s/ Charles S. Kelley*
Charles S. Kelley

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

PARISH:  Plaquemines Parish
     Bureau of Ocean Energy Management
LEASE NO.:  OCS-G-34536
AREA/BLOCK: GC 40
WELL:   KATMAI-1
OPERATOR: Fieldwood Energy, LLC
LESSEE:  Fieldwood Energy, LLC; ILX Prospect Katmai, LLC; Ridgewood Katmai, LLC
AMOUNT:  $222,000.00

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

STATE OF TEXAS

COUNTY OF HARRIS

  **BEFORE ME,** the undersigned authority, personally came and appeared:

Olugbenga Onadeko

who, after being duly sworn, did depose and say:

  1. He is the Senior Vice President for Welltec, Inc. ("Welltec"), 22440 Merchants Way, Katy, Texas 77449, and he is duly authorized to make and is making this affidavit on behalf of Welltec.

  2. Welltec is in the business of furnishing labor, equipment, services and supplies in support of the development, exploration, maintenance and operations, including drilling, completion, testing and production, of oil and gas wells.

  3. In connection with its business, Welltec contracted to supply services, labor, equipment, materials, and supplies to Fieldwood Energy LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 (including any predecessor-in-interest in respect of the field in question, hereinafter "Fieldwood") under and relating back to that certain Master Services Contract (the "Contract") dated January 29, 2014. Welltec has been providing continuing goods and services to Fieldwood under the Contract since its inception.

1

4.      Between January 29, 2014, and May 31, 2020, Welltec supplied goods, equipment, supplies, and services to Fieldwood for and in connection with the drilling, development, and/or operation of certain oil and gas leases, including specifically that certain lease No. OCS-G-34536, Green Canyon, Block 40, off the coast of Louisiana (the "Lease"), upon which is located the KATMAI-1 Well, API No. 60-811-40623-00 (the "Well").

5.      As of the present date, a principal amount of $222,000.00 remains due and owing on Invoice No. JUSGD201688 (the "Invoice") for those certain goods, equipment, supplies and services provided by Welltec to the Lease through May 31, 2020, together with accruing contracted interest, plus attorneys' fees and costs.  A true and correct copy of the Invoice is attached hereto as **Exhibit A.**

6.      At all relevant times hereto, the equipment, tools and services were used for or in connection with the drilling, exploration, development, and/or operation of the Well and/or Lease.

7.      As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management ("BOEM"), Fieldwood, BOEM Company No. 03295, was at all relevant times and remains the operator of the above-referenced Lease.  Fieldwood succeeded Noble Energy, Inc. (BOEM Company No. 02237) as operator for the Lease.

8.      This Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege (the "Lien Affidavit") is made for the purpose of securing payment on the debt owed by Fieldwood to Welltec as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Welltec on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank,

2

leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S.9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC, and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.      That this Lien Affidavit is being filed in the Mortgage Records of Plaquemines, Lafourche, and Terrebonne Parishes, State of Louisiana and provided to BOEM for filing in its records related thereto.

10.     That a copy of this Lien Affidavit is being delivered to the lessee(s) and Operator(s) of the Lease at the following:

   a. Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042;
   b. Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809;
   c. ILX Prospect Katmai, LLC, 712 Fifth Avenue, 36th Floor, New York, NY 10019;
   d. Ridgewood Katmai, LLC, 1254 Enclave Parkway, Suite 600, Houston, TX 77007; and
   e. Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

3

Thus done and signed in Houston, Texas on this ___20___ day of November, 2020

Welltec, Inc.

By: _____

Olugbenga Onadeko
Senior Vice President

SHAWNA R MCBRIDE
Notary ID # 129424844
My Commission Expires
May 15, 2021

SWORN AND SUBSCRIBED BEFORE ME
ON THIS __20th__ DAY OF NOVEMBER 2020

NOTARY PUBLIC

4

EXHIBIT A

# Welltec

| JOB ID | JUSGD201688 |
|---|---|

| Customer: | Fieldwood | | Field: | Green Canyon 40 | | Water Depth: | 2082ft |
|---|---|---|---|---|---|---|---|
| Location: | Gulf of Mexico | | Well: | Katmai #1 | | Target Depth: | 20070ft |
| State: | Louisiana | | Temp: | 220ºF | | Fluid Type: | 16.1ppg CaBr₂/ZnBr₂ |
| Rig / Vessel: | Rowan Resolute | | Pressure: | 16795psi | | Wireline Co: | Halliburton |

### RENTAL CHARGES

Min. 5 Day Charge that covers up to 30 Days of Total Rental, "5 for 30"

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11 | Well Stroker 314 66kLbs | 8-May-2020 | 19-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 12 | Well Stroker 314 66kLbs Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 13 | Well Cutter 318 | 13-May-2020 | 19-May-2020 | 7 | Days | $6,000.00 | $42,000.00 |
| 14 | Well Cutter 318 Discount (x days free) | | | 2 | Days | -$6,000.00 | -$12,000.00 |
| 15 | Welltec Release Device 218 (WRD) | 8-May-2020 | 28-May-2020 | 21 | Days | $2,500.00 | $52,500.00 |
| 16 | Welltec Release Device 218 (WRD) Discount (x days free) | | | 16 | Days | -$2,500.00 | -$40,000.00 |
| 17 | Welltec Release Device (WRD) | 8-May-2020 | 19-May-2020 | 12 | Days | $2,500.00 | $30,000.00 |
| 18 | Welltec Release Device 318 (WRD) Discount (x days free) | | | 7 | Days | -$2,500.00 | -$17,500.00 |
| 19 | Welltec Swivel | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 20 | Welltec Swivel Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 21 | Welltec Compatible Gamma Ray & CCL | 8-May-2020 | 31-May-2020 | 24 | Days | $1,000.00 | $24,000.00 |
| 22 | Welltec Compatible Gamma Ray & CCL Discount (x days free) | | | 19 | Days | -$1,000.00 | -$19,000.00 |
| 23 | 218 Well Tractor | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 24 | 218 Well Tractor Discount (x days free) | | | 12 | Days | -$6,000.00 | -$72,000.00 |
| 25 | 218 Well Stroker 12k | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 26 | 218 Well Stroker 12k Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| 27 | 218 Well Key (for HAL shifting tool) (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 28 | 218 Well Key Discount (x day free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 29 | 218 Well Cleaner PST (50% Rate) | 20-May-2020 | 31-May-2020 | 12 | Days | $3,000.00 | $36,000.00 |
| 30 | 218 Well Cleaner PST Discount (x days free) | | | 7 | Days | -$3,000.00 | -$21,000.00 |
| 31 | 218 Well Miller | 20-May-2020 | 31-May-2020 | 12 | Days | $6,000.00 | $72,000.00 |
| 32 | 218 Well Miller Discount (x days free) | | | 7 | Days | -$6,000.00 | -$42,000.00 |
| | | | | | | RENTAL CHARGE SUBTOTAL: | $185,000.00 |

### MISCELLANEOUS CHARGES

| Line No. | Description | Start Date | Stop Date | Qty | Unit | Rental Rate | Amount |
|---|---|---|---|---|---|---|---|
| 59 | Surface Equipment | 8-May-2020 | 20-May-2020 | 13 | Days | $1,000.00 | $13,000.00 |
| 60 | Engineer Day Rate | 13-May-2020 | 20-May-2020 | 8 | Days | $3,000.00 | $24,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | MISCELLANEOUS CHARGES SUBTOTAL: | | $37,000.00 |

| | TOTAL: | $222,000.00 |
|---|---|---|

OBSERVATIONS:

WELLTEC: _____

CUSTOMER REP: *Lanne Butler, 6-1-2020*

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE : 3060-105