## Exhibit 1

**Deposition Transcript of Lily Cheung**

**In the Matter Of:**

*In Re - Fieldwood Energy*

---

*LILY CHEUNG*

*June 04, 2021*

---



**1**

```
1           UNITED STATES BANKRUPTCY COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
2                 HOUSTON DIVISION
3    In re:                  : Chapter 11
                             :
4    FIELDWOOD ENERGY L.L.C.,  : Case No. 20-33948 (MI)
     et al.,                 :
5                            :
                             :
     Debtors.               : (Jointly Administered)
6
        * * * * * * * * * * * * * * * * * * * * * *
7
          REMOTE AND VIDEOTAPED ORAL DEPOSITION OF
8                    LILY W. CHEUNG
                      June 4, 2021
9
        * * * * * * * * * * * * * * * * * * * * * *
10
11       REMOTE ORAL DEPOSITION OF LILY W. CHEUNG, produced
12   as a witness and duly sworn, was taken in the
13   above-styled and numbered cause on June 4, 2021, from
14   11:09 a.m. until 1:33 p.m. CDT, before Suzanne Kelly,
15   Registered Diplomate Reporter and Certified Realtime
16   Reporter, reported by stenographic method with all
17   participants appearing remotely from separate
18   locations pursuant to emergency orders related to the
19   COVID-19 crisis and the Federal Rules of Civil
20   Procedure.
21
22   JOB NO.:  2021-796445
23
24
25
```

**2**

```
1                    APPEARANCES
2
3    FOR THE DEBTORS:
4    Paul R. Genender, Esq.
           -and-
5    Erin M. Choi, Esq.
           -and-
6    Ronald Miller, Esq.
     WEIL, GOTSHAL & MANGES, L.L.P.
7    200 Crescent Court
     Suite 300
8    Dallas, Texas 75201
     214.746.7877
9    paul.genender@weil.com
     erin.choi@weil.com
10   ron.miller@weil.com
11   Alfredo R. Pérez, Esq.
           -and-
12   Clifford W. Carlson, Esq.
     WEIL, GOTSHAL & MANGES, L.L.P.
13   700 Louisiana Street
     Suite 1700
14   Houston, Texas 77002
     713.546.5000
15   alfredo.perez@weil.com
     clifford.carlson@weil.com
16
     Jessica Liou, Esq.
17   WEIL, GOTSHAL & MANGES, L.L.P.
     767 Fifth Avenue
18   New York, New York 10153
     212.310.8000
19   jessica.liou@weil.com
20
21
22
23
24
25
```

**3**

```
1                 APPEARANCES (Continued)
2    FOR THE HCCI INTERNATIONAL INSURANCE COMPANY:
3    Brad C. Knapp, Esq.
     LOCKE LORD, L.L.P.
4    601 Poydras Street
     Suite 2660
5    New Orleans, Louisiana 70130
     504.558.5210
6    bknapp@lockelord.com
7
     Philip G. Eisenberg, Esq.
8    LOCKE LORD, L.L.P.
     JPMorgan Chase Tower
9    600 Travis Suite 2800
     Houston, Texas 77002
10   713.226.1304
     peisenberg@lockelord.com
11
12   FOR LEGACY APACHE CORPORATION:
13   Robin Russell, Esq.
     HUNTON ANDREWS KURTH, L.L.P.
14   600 Travis Street
     Suite 4200
15   Houston, Texas 77002
     713.220.4086
16   rrussell@huntonak.com
17
     FOR RLI INSURANCE COMPANY:
18
     Jonathan S. Ord, Esq.
19   KREBS FARLEY & DRY
     400 Poydras Street
20   Suite 2500
     New Orleans, Louisiana 70130
21   504.299.3590
     jord@krebsfarley.com
22
23
24
25
```

**4**

```
1                 APPEARANCES (Continued)
2    FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY
       INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND
3    SIRIUS AMERICA INSURANCE COMPANY:
4    Jase Brown, Esq.
           -and-
5    Darren Grzyb, Esq.
           -and-
6    Scott Zuber, Esq.
     CHIESA SHAHINIAN & GIANTOMASI, P.C.
7    One Boland Drive
     West Orange, New Jersey 07052
8    973.530.2182
     jbrown@csglaw.com
9    dgrzyb@csglaw.com
     szuber@csglaw.com
10
11   FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS:
12   Kenneth Pasquale, Esq.
     STROOCK & STROOCK & LAVAN, L.L.P.
13   180 Maiden Lane
     New York, New York 10038
14   212.806.5562
     kpasquale@stroock.com
15
     Ayala Hassell, Esq.
16   PACHULSKI, STANG, ZIEHL & JONES, L.L.P.
     440 Louisiana Street
17   Suite 900
     Houston, Texas 77002
18   713.691.9385
     ahassell@pszjlaw.com
19
20
21
22
23
24
25
```

## 5

```
1                APPEARANCES (Continued)
2  FOR BP:
3  Nicole Bakare, Esq.
        -and-
4  Craig Duewall, Esq.
   GREENBERG TRAURIG, L.L.P.
5  1000 Louisiana Street
   Suite 1700
6  Houston, Texas 77002
   713.374.3691
7  bakaren@gtlaw.com
   duewallc@gtlaw.com
8
9  FOR ZURICH AMERICAN INSURANCE COMPANY:
10 Duane J. Brescia, Esq.
   CLARK HILL, P.L.C.
11 720 Brazos Street
   Suite 700
12 Austin, Texas 78701
   512.499.3647
13 dbrescia@clarkhill.com
14
   FOR THE AD HOC GROUP OF FIELDWOOD FIRST LIEN LENDERS:
15
   Andy T. Parrott, Esq.
16 DAVIS POLK & WARDWELL, L.L.P.
   901 15th Street, N.W.
17 Washington, D.C.
   202.962.9147
18 andy.parrott@davispolk.com
19
   OTHER COUNSEL ATTENDING REMOTELY:
20
   Devan J. Dal Col, Esq.
21 REED SMITH, L.L.P.
   2850 N. Harwood Street
22 Suite 1500
   Dallas, Texas 75201
23 469.680.4280
   ddalcol@reedsmith.com
24
25
```

## 7

```
1                    INDEX
2                                      PAGE
3
4  Appearances...................................    2
5     LILY W. CHEUNG
6        Examination by Mr. Genender.........   10
7  Reporter's Certificate ......................  107
8
9                   EXHIBITS
10 NO.          DESCRIPTION                 PAGE
11
   Exhibit 1     A copy of an 18-page document   17
12               entitled, "FWEI Production
                 Forecasts and Abandonment"
13
   Exhibit 2     A copy of a four-page document  57
14               entitled, "Deposition Notice
                 and Subpoena Duces Tecum"
15
16
17
18
19
20
21
22
23
24
25
```

## 6

```
1                APPEARANCES (Continued)
2  ALSO PRESENT:
3  Mr. Raghib Page, Document Technician
   Ms. Rachel Mimms
4  Mr. Garrett Galloway
   Mr. G. Roberts
5  Mr. Jeremiah Evans
   Mr. Brian Roy
6  Ms. Samantha Smith
   Mr. Robert Miller, Esq. (For Philadelphia Indemnity
7  Insurance Company)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## 8

```
1          P R O C E E D I N G S
2          THE VIDEOGRAPHER:  Okay.  We are
3  now on the record.  Today's date is June 4th,
4  2021 and the time is 11:09 a.m. Central Standard
5  Time.
6          This is the Video Deposition of
7  Lily Cheung in the matter of in re:  Fieldwood
8  Energy, L.L.C., et al, filed in the United States
9  Bankruptcy Court for the Southern District of
10 Texas, Houston Division; Case Number 20–33948
11 (Ml.)
12          This deposition is taking place via
13 web videoconference with all participants
14 attending remotely due to the COVID pandemic.
15          My name is Raghib Page.  I will be
16 the monitor today representing Lexitas.
17          Would the counsel in the conference
18 please identify yourself and say whom you are
19 representing beginning with the questioning
20 attorney?
21          MR. GENENDER:  Paul Genender, Weil,
22 Gotshal & Manges for the Debtors.
23          MR. KNAPP:  Brad Knapp with Locke
24 Lord on behalf of HCCI International Insurance
25 Company, P.L.C.  I'll be defending the
```

**9**

1  deposition.  I believe remaining counsel will be
2  making their appearances by e-mail given the
3  number of participants.
4      MR. GENENDER:  Brad, any objection
5  by you will be good for the other parties so
6  people aren't going to be making multiple
7  objections unnecessarily; right?
8      MR. KNAPP:  I will be the only
9  objector as far as I'm aware.
10      MR. GENENDER:  Very good.
11      THE VIDEOGRAPHER:  Okay.  Our Court
12  Reporter today is Dawna Suzanne Kelly
13  representing Lexitas, as well.
14      The Court Reporter will now swear
15  in the witness.
16      THE COURT REPORTER:  If you would
17  please raise your right hand, I'll administer the
18  witness's oath to you.
19      Do you solemnly swear or affirm
20  that the testimony which you give in this case
21  will be the truth, the whole truth and nothing
22  but the truth, so help you God?
23      THE WITNESS:  I do.
24      THE COURT REPORTER:  Thank you.
25

**10**

1      LILY W. CHEUNG,
2  having sworn to testify the truth, the whole
3  truth, and nothing but the truth testifies on the
4  witness's oath as follows:
5      EXAMINATION
6  BY MR. GENENDER:
7      Q.  Would you please state your full name
8  for the record?
9      A.  Lily Wengton Cheung.
10      Q.  Have you given a deposition before?
11      A.  I have.
12      Q.  On how many occasion occasions?
13      A.  One.
14      Q.  When was that?
15      A.  Gosh.  Within the last 10 years, but I
16  can't recall the exact date.
17      Q.  Do you recall the case?
18      A.  Yes.  It was -- I don't recall the full
19  case name.  It was on behalf of one of my clients
20  at the time.
21      Q.  Were -- did -- were you serving as an
22  expert witness?
23      A.  As a -- I believe I was a fact witness.
24      Q.  Okay.  What -- in what context?
25      A.  I had done the third-party reserves for

**11**

1  my client.
2      Q.  Did you testify in Court?
3      A.  No.
4      Q.  Have you ever served as an expert
5  witness before?
6      A.  No.
7      Q.  Let me go through a few ground rules to
8  make this run as smoothly as possible.
9      If you don't hear a question that I
10  asked you, will you let me know?
11      A.  Yes.
12      Q.  If you don't understand a question I
13  asked you, will you let me know?
14      A.  Yes.
15      Q.  If you don't let me know, am I safe to
16  assume you have both heard and understood my
17  question?
18      A.  Yes.
19      Q.  Great.  You understand you're under oath
20  as if you're in court?
21      A.  Yes.
22      Q.  Do you have -- and where are you
23  physically located?
24      A.  I'm in Houston, Texas in my office.
25      Q.  Is anyone in the room with you?

**12**

1      A.  No.
2      Q.  What is your -- are you at a desk or a
3  conference table?
4      A.  I'm at a desk.
5      Q.  And what's in front of you?
6      A.  A camera and just office supplies and
7  some drinks.
8      Q.  Okay.  I'll resist the urge to ask you
9  which drinks, but do you have any -- any papers
10  recording this case in front of you?
11      A.  I do not.
12      Q.  Do you have a hardcopy of your report?
13      A.  I do.  It's behind me.
14      Q.  Okay.  When we get to that, we'll mark
15  it as an exhibit.  I'm okay with you looking at
16  it as long as you represent to me it's exactly
17  what your report is.
18      A.  Uh-huh.
19      Q.  If that's easier for you than looking at
20  it, I perfectly -- I don't want you to feel
21  constrained to whatever we show you on the screen
22  with any document.  Okay?
23      And I think the report is one that
24  we probably will be going through a bit, as you
25  can imagine.  Okay?

13

1    A. Sure.  Yes.
2    Q. How are you employed?
3    A. Full-time as an engineer.
4    Q. What's your position with -- with
5  Netherland, Sewell?
6    A. Vice President.
7    Q. And how long have you been employed at
8  Netherland, Sewell?
9    A. Since 2007.
10   Q. Okay.  And how long have you been a Vice
11 President?
12   A. Since 2013.
13   Q. And was the case that you previously
14 testified in, was it U.S. versus Nordlicht, et
15 al?
16   A. That was -- I was not deposed on that
17 case.  I had an interview with the DoJ.
18   Q. Okay.  Did you provide testimony in that
19 case?
20   A. I did.
21   Q. What is the nature of your testimony in
22 that case?
23   A. It was just asking me if I provided the
24 third-party reserve audit -- audit for my client
25 for several years of reporting.

14

1    Q. What did you do to prepare for today's
2  deposition?
3    A. I had a quick conversation with Brad
4  last -- yesterday evening.
5    Q. Okay.  And how long did y'all speak?
6    A. Maybe half an hour.
7    Q. Okay.  Did you review any documents that
8  refreshed your recollection on anything?
9    A. I did.  I've looked at my own documents
10 and a handful of the other documents that I had
11 referenced in my own document.
12   Q. Okay.  When you say "your own document,"
13 what do you mean?
14   A. My expert report.
15   Q. Okay.  Did you look at any documents you
16 prepared other than your expert report?
17   A. Yes.  I reviewed the Houlihan Lokey
18 expert report.  I quickly went over the Exhibit O
19 and, also, the back-up that fed into Exhibit O.
20   Q. Okay.  So I want to clarify because I
21 actually asked you a different question than
22 that.  I want to make sure we're clear.
23       Did you review any documents that
24 you prepared other than your report?
25   A. No.

15

1    Q. Have you prepared any documents other
2  than your report?
3    A. No.
4    Q. In connection with your expert
5  testimony?
6    A. No.
7    Q. Okay.  Thank you.
8       And so, you've -- when you refer to
9  the Houlihan report in Exhibit O and the -- some
10 of the back-up to Exhibit O, those are things you
11 reviewed in connection with getting ready for
12 today?
13   A. Yes.
14   Q. Did you make any notes about any of
15 those documents?
16   A. I did.  But I don't have them with me,
17 not in front of me.
18   Q. Okay.  When did you make the notes?
19   A. Last night when I was flipping through
20 the documents.
21   Q. And what was the nature of the notes?
22   A. Just highlighting keywords and key
23 pages.
24   Q. Okay.  And where -- where are those --
25 where are those notes now?

16

1    A. It's on a Post-It note behind me on my
2  desk.
3    Q. In the room you're in now?
4    A. Yes.
5    Q. Can you grab it?  So exciting.
6    A. Do you want me to have them in front of
7  me?
8    Q. Sure.  I mean my next -- out of pure
9  curiosity because I love Post-It notes, I was
10 going to ask you what size Post-It note but it
11 looks like it was one of those larger ones.
12   A. (Demonstrates to camera.)
13   Q. There you go.  Can you read what you
14 wrote?
15   A. I wrote, "As of" -- this is in reference
16 to the reserves report.  "As is," you know, un --
17 unchanged, "PDP plus PDSI is 23,000 barrels, PDNP
18 is 6.8" which equates to 30,000 barrels a day.
19       And I also referenced how much
20 capital the company had in their reserve report
21 for Year 1 for PDNP which was 123 million.
22   Q. Okay.  Have you read me everything on
23 the -- on your note?
24   A. Underneath I have my expectations, which
25 I just said, "19,000 for PDP plus PDSI plus 3.7

Lily Cheung - June 04, 2021

---

**17**

1  for PDNP equating to 23 for the first year of
2  2021."
3      Q.  And are those calculations you made?
4      A.  Yes.
5      Q.  Okay.  We'll get into your report.
6          Do you have any work papers that
7  support your report?
8      A.  Not in front of me or behind me.  It's
9  been digital.
10     Q.  Okay.  Okay.  Is -- so there's an Excel
11 that supports the work you did that's reflected
12 in your report?
13     A.  Yes.
14     Q.  Okay.  Can you let's -- we're going to
15 mark my report as "Exhibit 1."  I want to get
16 to -- to it, Page 4 of it.  If you don't mind.
17     A.  Can I pull my copy, my hardcopy?
18     Q.  You sure may.  Yes.
19         Do you see -- and do you have Page
20 4 in front of you and it's also on the screen?
21     A.  Yes.
22     Q.  And for the record, your report has been
23 marked as "Exhibit 1" for -- to your deposition.
24 Okay?
25     A.  Yes.

---

**18**

1      Q.  Can you show me where on Exhibit 4 your
2  work papers are listed?
3          I'm sorry.  We're on Exhibit 1,
4  Page 4 of Exhibit 1, your work papers are listed.
5      A.  My work papers are not listed.
6      Q.  Okay.  Have you provided those work
7  papers to your counsel?
8      A.  In an -- in an Excel format that was put
9  on PowerPoint.
10     Q.  When did you do that?
11     A.  It's been several weeks.
12     Q.  Okay.  Are you aware that has not been
13 provided to us, to the Debtors?
14     A.  The -- the results of my work is -- is
15 in this document.
16     Q.  But I asked you a different question.
17         Are you aware that your work papers
18 have not been provided to the Debtors?
19     A.  I am not aware.
20     Q.  Are you aware that the Debtors requested
21 all documents you relied upon which would include
22 your work papers?
23     A.  My understanding was the data that I
24 received that I used, not my work product.  And
25 my work product was put into this document.

---

**19**

1      Q.  Okay.  And what's the basis of that
2  understanding?
3      A.  That's -- that's just how I understood
4  the question.
5      Q.  Did you -- did you -- you said,
6  "request."  I also want to make sure we're clear
7  that that would include Rule 26?
8      A.  Can you clarify that?
9      Q.  Did you rely on -- on your counsel to
10 determine what should be provided to us in
11 connection with your expert materials that were
12 produced on May 24th?
13     A.  They told me to list out all the
14 documents that I reviewed that was provided to us
15 by Fieldwood and any other public sources.  And I
16 have listed those things out on this.
17     Q.  Did you -- did use your work -- the
18 Excel that you referred to, did you use it in
19 preparing your report?
20     A.  I did and it summarized the -- it's
21 summarized in here.
22     Q.  Okay.  So looking at Exhibit 1, Page 4,
23 it says, "The following documents, information,
24 and data sources were used in calculating the
25 oil, gas and NGL profile, associated revenue and

---

**20**

1  estimation of P & A."
2          Do you see where it says -- where
3  you wrote that?
4      A.  Yes.
5      Q.  Okay.  But your Excel work papers are
6  not listed on items 1 through 24 below that;
7  correct?
8      A.  Correct.
9      Q.  But you used them to develop your
10 opinions that are reflected in Exhibit 1; right?
11     A.  Yes.  It's a direct output of the ARIES
12 file which is listed on here.
13     Q.  It's a direct output?  Your -- your
14 papers -- we don't have the benefit of seeing
15 your work papers as I sit here now.  I haven't
16 seen them; right?
17     A.  No.
18     Q.  I haven't seen how -- your report
19 doesn't reflect how you calculated things you
20 calculated, it might have the answers, but it
21 doesn't show how you calculated them.  Does it?
22         MR. KNAPP:  Objection.  Form.
23         THE WITNESS:  No.
24 BY MR. GENENDER:
25     Q.  Can you answer the question?

---

21

1   A. No. The back-up to my results are not
2   in here.
3   Q. Okay. And have you -- did you have the
4   benefit of seeing the back-up to Exhibit O?
5   A. Yes.
6   Q. The financial projections?
7   A. Yes. I reviewed it.
8   Q. Okay. Would you have been able to
9   analyze Exhibit O without the back-up?
10   A. No.
11   Q. Do you think it's fair for the Debtors
12   to have to analyze your report without your
13   back-up, even though you had the back-up to
14   Exhibit O in analyzing it?
15   A. I think it's fair. That my results came
16   from directly what they provided me in their own
17   database and in their own documents.
18   Q. We'll get into -- we'll get into that.
19   And -- and ultimately, obviously, whether it's
20   fair or not is not for you or me to decide.
21   We'll get into that as we go further into your
22   opinions.
23   You were retained in the early part
24   of December 2020; is that right?
25   A. Yes.

22

1   Q. What were you retained to do?
2   A. To provide engineering consulting to
3   the -- the team of lawyers that were representing
4   the sureties.
5   Q. Okay. Who -- who contacted you?
6   A. Brad Knapp.
7   Q. Had you worked with Mr. Knapp before?
8   A. I have.
9   Q. In what context?
10   A. He does some of the documentation, the
11   legal documentation for our firm.
12   Q. The -- when was it determined you were
13   going to provide an expert opinion in this case?
14   A. Initially, it was partial -- part of the
15   kind of the scope of that it could happen.
16   In the earlier part of the
17   engagement, it was mostly just consulting on the
18   dataflow that was coming in and what they were
19   receiving. So I couldn't give you a date.
20   Q. When did you start working on Exhibit 1?
21   A. Can you remind what Exhibit 1 is?
22   That's my document; right? My expert --
23   Q. Well, yes. It's your report that was
24   entitled "FWEI Production Forecast and
25   Abandonment May 24, 2021, Expert Report of Lily

23

1   W. Cheung," and then it has the case name.
2   A. Essentially as soon as we got the
3   year-end reserves report and the database. I
4   think that was sometime in April.
5   Q. April -- when in April?
6   A. I would have to -- I would have to check
7   my notes to see when we got that database.
8   Q. So you started working on Exhibit 1
9   sometime in April of 2021?
10   A. Not -- okay. Let me clarify. I did not
11   start working on the actual documentation but
12   started to get familiar with the -- the data that
13   we received to see what we got and how it could
14   be used.
15   Q. Did you start -- and you had a phone
16   call with representatives of Fieldwood. Didn't
17   you?
18   A. Yes.
19   Q. Do you recall the date of that call?
20   A. I want to say April -- April -- sometime
21   mid April.
22   Q. April 21st, 2021, sound right?
23   A. It sounds about when it might have
24   happened. I can't confirm exactly.
25   Q. Do you recall who you spoke with from

24

1   Fieldwood?
2   A. Mr. Dean.
3   Q. Anyone else?
4   A. I think he was the main person on that
5   call.
6   Q. Did you ask questions during that call?
7   A. Yes.
8   Q. And were there any questions that you
9   asked that were not answered?
10   A. I don't recall any specific questions
11   that were not answered.
12   Q. So to the best of your recollection, all
13   of your questions were answered by Fieldwood to
14   your satisfaction?
15   MR. KNAPP: Objection. Form.
16   THE WITNESS: Some questions were
17   answered but probably not to the level of detail
18   I would have liked.
19   BY MR. GENENDER:
20   Q. Did you take notes during that call?
21   A. I did.
22   Q. Did those notes form a basis for any of
23   the opinions reflected in Exhibit 1 of your
24   report?
25   A. No. A lot of it was just through the

25

1  conversation that I remember.  So the notes, I
2  really didn't have to refer back to my notes too
3  much.
4      Q.  Did you rely on anything you learned
5  during that April 21, 2021 call in preparing any
6  of your opinions --
7      A.  Yes.
8      Q.  -- reflected in Exhibit 1?
9      A.  Yes.
10     Q.  But you didn't list that call on Page 4
11 of your report; did you?
12         MR. KNAPP:  Objection.  Form.
13         THE WITNESS:  I didn't.
14 BY MR. GENENDER:
15     Q.  Should you have?
16         MR. KNAPP:  Objection.  Form.
17         THE WITNESS:  I mean it's -- it was
18 useful information.  I did list his position
19 where he repeated a number of this that we spoke
20 during that call.
21 BY MR. GENENDER:
22     Q.  Yeah.  But that's not what I asked you.
23         Did you reference on here that you
24 had a call on April 21 with the Debtors and asked
25 questions and relied on that information in

27

1  you're referring to, Mr. Hanson's April
2  20 -- April 21st report?
3      A.  Yes.
4      Q.  Okay.  How did you use Mr. Hanson's
5  report in preparing your opinions?  If at all?
6      A.  I reviewed what -- what assumptions he
7  used, which documents he used.  Some of the
8  values he used in his evaluation.
9      Q.  Did you rely on any specific information
10 in his report in preparing your report or
11 arriving at your opinions?
12     A.  Yes.
13     Q.  What information did you rely on?
14     A.  There was a per-day rate of oil and gas
15 production that he referenced that did not tie to
16 what I understood was a current production rate
17 for the company.
18     Q.  Okay.  So how did you rely upon that?
19     A.  On his reports overstating the rate?
20     Q.  Is that your opinion, that his report
21 overstated the rate?
22     A.  Yes.
23     Q.  Where is that reflected in your -- where
24 is that reflected in your report?
25     A.  I don't come out straight and say that

26

1  preparing your opinions?
2      A.  I did not.
3      Q.  You referenced earlier that you looked
4  at the Houlihan report I guess last night.  Which
5  report did you look at?
6      A.  I've only seen one report from Houlihan
7  Lokey one that I have received would be his
8  expert report.
9      Q.  Who is -- who is "he" that you're
10 referring to?
11     A.  J.P. Hanson.
12     Q.  J.P. as in "Paul" Hanson?
13     A.  J.P.
14     Q.  Okay.  Do you recall the date of
15 Mr. Hanson's report?
16     A.  I do not.
17     Q.  Did you review his rebuttal report?
18     A.  I have not seen that.
19     Q.  You understand that Mr. Hanson's expert
20 report is dated April 21, 2021?
21     A.  That sounds about right.  That's kind of
22 when I received the report.
23     Q.  Okay.  And you list that on Page 4 of
24 your report as -- you said Houlihan Lokey
25 valuation expert report in Item 23.  Is that what

28

1  the Houlihan Lokey report is overstated, but I do
2  point out the data that was used by Houlihan
3  Lokey in their evaluation also overstates the
4  production rates.
5      Q.  Can you show me where that's reflected
6  in your report, please?
7      A.  It's on Page 10.
8      Q.  Let me get there.  Can you show me where
9  on Page 10 it references Houlihan Lokey on Mr.
10 Hanson -- or his report?
11     A.  It doesn't.  It references Exhibit O.
12     Q.  Okay.  My question was:  What aspect of
13 Mr. Hanson's report from April 21 did you rely on
14 arriving at your opinions, and you pointed me to
15 Page 10; right?
16     A.  Correct.
17     Q.  Page 10 doesn't reference Houlihan
18 Lokey, Mr. Hanson or his report; correct?
19     A.  It does not.
20     Q.  And do you know who prepared Exhibit O
21 that is referenced on Page 10?
22     A.  I believe it was Fieldwood management.
23     Q.  Let me go back to my original question:
24 Were there any aspects of Mr. Hanson's report
25 that you relied on arriving at your opinions?

29

1        MR. KNAPP:  Objection.  Form.
2        THE WITNESS:  I saw the documents
3   that he had relied on and I saw a reference to
4   his assumptions of the documents that he relied
5   on in the disclosure statement and what I wanted
6   to understand was should it have been relied on,
7   on this data?  Should this data have been used
8   as -- as provided by the company?
9   BY MR. GENENDER:
10      Q.  What data?
11      A.  The Exhibit O.
12      Q.  Okay.  Let me approach this a little bit
13  differently.
14          Exhibit 1 reflects your entire
15  report, all of the opinions that you're offering
16  in this case; right?
17      A.  Yes.
18      Q.  You don't have any additional opinions.
19  Do you?
20      A.  That was out -- that was not outside the
21  scope.
22      Q.  Say again?
23      A.  Not outside the scope of this expert
24  report.
25      Q.  So just to be -- make sure you and I are

30

1   not talking past each other, Exhibit 1, your
2   report, contains all opinions that you intend to
3   offer in this case?
4       A.  Correct.
5       Q.  Okay.  And those opinions are reflected
6   on Page 6 of your report under "Conclusion."
7   Right?
8       A.  Correct.
9       Q.  And those four conclusions, and we will
10  go into them in some detail throughout the
11  deposition, but those four conclusions don't
12  mention Mr. Hanson's report.  Do they?
13      A.  It does not.
14      Q.  It doesn't mention any of Mr. Hanson's
15  opinions either?
16      A.  It does not.
17      Q.  It doesn't mention any information he
18  considered or relied upon.  Does it?
19      A.  If mentions some of the same data that
20  he reviewed for his opinion but does not state
21  exactly that I -- that I'm referencing
22  Mr. Hanson.
23      Q.  Well, it might -- it doesn't refer to
24  any information that Mr. Hanson, himself, relied
25  on; right?

31

1        MR. KNAPP:  Objection.  Form.
2        THE WITNESS:  I believed he had
3   reviewed the company plan, the five-year
4   forecast.
5   BY MR. GENENDER:
6       Q.  So where -- which one of these opinions
7   relates to Mr. Hanson's reliance on the company's
8   business plan?
9       A.  I think the first bullet point that
10  references the company plan model is a piece of
11  data that he also used.
12          MR. GENENDER:  Okay.  I'm going to
13  object as non-responsive because I didn't ask you
14  that.
15  BY MR. GENENDER:
16      Q.  I said which one of these opinions
17  references Mr. Hanson's reliance on the business
18  plan?
19      A.  None of these.
20      Q.  Okay.  Thank you.  Thank you.
21          I understand that your report
22  relates to Exhibit O, the business plan.  I get
23  that.  Okay?  I'm not fussing about that.
24          I just -- I just didn't see any
25  reference in your report to any of Mr. Hanson's

32

1   opinions.  And it sounds like you're agreeing
2   with me that your report doesn't reference his
3   opinions.
4       A.  Not directly.
5       Q.  How does it indirectly reference his
6   opinions?
7       A.  I think it references similar data or
8   the same data that he had reviewed.
9       Q.  Okay.  But that wouldn't be one of his
10  opinions.  Would it?
11          That would be that you all might
12  have looked at the same underlying data.  He
13  reaches an opinion.  You reach an opinion.  But
14  you're not really critiquing his opinions.  Are
15  you?
16          MR. KNAPP:  Objection.  Form.
17          THE WITNESS:  In my opinion, if he
18  is relying on a piece of data that I think is not
19  as accurate as it should -- could be, that
20  indirectly implies that, he -- if he has taken it
21  at face value that I disagree with his opinion
22  that it's based upon that same data.
23  BY MR. GENENDER:
24      Q.  Can you show me where in your report
25  that's reflected what you just said?

33

1    A. It doesn't state that.
2    Q. Thank you. So it's not one in your
3 opinions in this case. Is it?
4    A. Not directly.
5    Q. Well, I don't want to get into a debate
6 on directly or indirectly but your conclusions in
7 this case are on Page 6 of your report; right?
8    A. Yes.
9    Q. And what you said about if Mr. Hanson
10 relied upon something, and you disagree with his
11 reliance on it, that's not one of your
12 conclusions? Is it?
13    A. No.
14    Q. Thank you so much.
15        So we -- I want to go back to Page
16 4 of your report. Who prepared the list that is
17 Page 4? Documents and Data Considered.
18    A. I did.
19    Q. Okay. And -- and -- and we identified
20 that your Excel worksheets and work files are not
21 included. We identified that there is not a
22 reference to your conversation with Fieldwood
23 execs.
24        Anything else that as you sit here
25 today, was reviewed or considered or used that's

34

1 not listed on Exhibit 4? On Page 4 of Exhibit
2 1 -- excuse me.
3    A. Not that I can think of.
4    Q. Okay. And you agree with me that of the
5 24 items listed on Page 4 of Exhibit 1, you
6 didn't prepare any of those; right? Those are
7 all items prepared by others; right?
8    A. Correct.
9    Q. Okay. So when did you actually start
10 working on Exhibit 1?
11    A. Early April.
12    Q. When did you finish? When did you
13 reach -- when did you reach any of your
14 preliminary conclusions?
15    A. Early April.
16    Q. When did you reach your final
17 conclusions?
18    A. Maybe a week or so from that.
19 Double-checking my work.
20    Q. A week or so from early April?
21    A. Yes.
22    Q. Okay. Do you have an explanation for
23 why Exhibit 1 wasn't produced until May 24th,
24 2021, if you had reached your final conclusions
25 in early to mid April?

35

1    A. I had not put together this document. A
2 lot of this work is outside of PowerPoint and
3 different other softwares.
4    Q. So --
5    A. Took some time to summarize it.
6    Q. Okay. So is your point that the
7 conclusions were all reached, it took you from
8 mid April -- early to mid April to May 24th to
9 get it into publication form?
10        MR. KNAPP: Objection. Form.
11 BY MR. GENENDER:
12    Q. Is that what you're saying?
13    A. Not the full time. It took some time to
14 work through the data that we were provided. It
15 takes some time to generate the opinion based on
16 that data and then it takes some time to form it
17 into a presentable format like this.
18    Q. Okay. I thought I heard you say that
19 the conclusions, themselves were preliminarily
20 arrived at in early April, finally arrived at
21 about a week after which would have been early to
22 mid April. Is that right?
23    A. Thereabouts.
24    Q. Okay. In other words, to be a little
25 bit more precise when I'm saying "your opinions"

36

1 like on Page 6 of your report, those four
2 conclusions, those were in effect -- those
3 haven't changed since early to mid April? Have
4 they?
5        MR. KNAPP: Objection. Form.
6        THE WITNESS: It has not.
7 BY MR. GENENDER:
8    Q. Okay. And I want to be fair to you, Ms.
9 Cheung in the sense that Mr. Dane was deposed on
10 May 13th. And you reference in your second
11 opinion. You actually reference some of his
12 deposition testimony. So, I'm not trying to
13 trick you. Okay?
14    A. Uh-huh.
15    Q. Of course, you couldn't have by early to
16 mid April relied upon deposition testimony that
17 Mr. Dane didn't give until May 13th. Okay? I
18 want to be clear both to you and for the record
19 on that.
20        So my question -- my question is:
21 Did his testimony confirm an opinion you already
22 had?
23    A. Yes.
24    Q. Okay. With that clarification, do you
25 feel that the questions I've asked you have been

37

1  clear and fair about when you arrived at your
2  opinions?
3          MR. KNAPP:  Objection.  Form.
4          THE WITNESS:  Yes.
5  BY MR. GENENDER:
6      Q.  Okay.  Thank you.  I appreciate that.
7  That's -- that is what I'm trying to be.
8          So the truth is, you had arrived at
9  your opinions and your conclusion reflected on
10  Page 6 of your report prior to Mr. Hanson's
11  report being issued on April 21; right?
12      A.  That's a hard question to answer because
13  there is a lot of data that I considered during
14  that whole period of time.  I make some initial
15  judgments early on based on the data that we had
16  at the time.
17          There was a constant flow of
18  information in.  So I'm constantly considering
19  the new data that's been provided.
20      Q.  Okay.  But I'm asking --
21      A.  I'm sorry.  I'm sorry.  I'm sorry.  Did
22  I think I got my months mixed up.  May.  Because
23  May is -- sorry.  I'm sorry.  My considerations
24  for the conclusions were formed in May, not in
25  April.  We received the data in April.

38

1      Q.  Okay.  So you had said that you had
2  reached your preliminary conclusions in early
3  April and reached your final conclusions about a
4  week after that in early to mid April?
5          Are you changing your testimony?
6  We asked -- I did go through about six or eight
7  or 10 questions on that?
8      A.  Yes.  I had -- sorry -- my months mixed
9  up.  It is May.
10      Q.  Okay.  Now, just to be clear -- and I'm
11  not -- I don't mean to offend, but is anyone in
12  communication with you during this deposition?
13      A.  No.
14      Q.  Okay.  So that's just something
15  you -- you -- you're correcting yourself?
16      A.  Yes.
17      Q.  Okay.  So you had the database in early
18  April, and it took you a month to reach your
19  preliminary conclusions.  Is that what you are
20  saying?
21      A.  Can I confirm when I received the
22  database?
23      Q.  How would you do that?
24      A.  I sort everything that I received kind
25  of with the date on it.

39

1      Q.  Okay.  What would you do?  You'd go look
2  at your e-mails?
3      A.  I would look at my files that I saved.
4      Q.  But you don't have those files up in
5  front of you now.  Do you?
6      A.  I don't.
7      Q.  So are you asking -- are you asking me
8  if you can go check that?
9      A.  Yes.
10      Q.  I'm okay with you doing that, and I
11  appreciate you asking.
12      A.  Okay.  We received the database early
13  April.  It took about --
14      Q.  Do you have -- do you have -- do you
15  have a date that you're looking?
16      A.  April 1st.
17      Q.  And you're -- you're pulling that off
18  your screen -- off your computer screen; right?
19      A.  Yes.
20      Q.  And -- and just -- just for the record,
21  who -- who physically -- who is the person that
22  sent it to you?
23      A.  I believe this was downloaded in the box
24  share file.
25      Q.  Okay.  Great.  That's -- so you had your

40

1  hands on it, on April 1st; right?
2      A.  Right.
3      Q.  Okay.  Thank you.  All right.
4          I'm going to ask you now, to
5  not -- to no longer look at any screens other
6  than -- other than -- other than, unfortunately,
7  having to look at me.  Okay?
8          Thank you for doing that.  I
9  appreciate you tracking that down.
10          So you had the -- you had the
11  database, the ARIES database, on April 1st.  I
12  under -- I understood from your prior testimony,
13  what you had said was you reached your
14  preliminary conclusions in early April and your
15  final conclusions about a week after that so I
16  kept saying "early to mid April."  Is that
17  accurate?
18      A.  No.  I want to -- I want to correct
19  that.  It should have been May.
20      Q.  Okay.  And why?  How were you off by a
21  full month?
22      A.  In my -- in my memory.  I thought we
23  received the database later in April.  And it was
24  taking some time to work through it.
25      Q.  Okay.  So when was is it that you

41

1  reached your preliminary conclusions?  In early
2  May?
3      A.  I would say probably the -- toward the
4  end of April, we started receiving more data.
5  But probably my final conclusions or even
6  getting -- my preliminary conclusions, probably
7  early May.
8      Q.  Okay.  And then, when did you -- when
9  did those become final?
10     A.  Shortly thereafter.  Maybe two weeks, a
11 week or so after that.
12     Q.  So by May 10th, were your opinions
13 final?
14         MR. KNAPP:  Objection.  Form.
15         THE WITNESS:  I would say I was
16 pretty close to a final opinion.
17 BY MR. GENENDER:
18     Q.  When -- when was your reported drafted?
19     A.  A week prior to the 24th of May.
20     Q.  Who drafted the report?
21     A.  I did.
22     Q.  Did you have any help?
23     A.  I put the -- I put all the pages
24 together and I shared it with my counsel.
25     Q.  Okay.  Anyone else at your firm help

42

1  you?
2      A.  I have an analyst that she checks my
3  grammar.
4      Q.  Okay.  Now, is that someone that helps
5  you on the -- on the -- on the text, or on the
6  actual underlying work?
7      A.  Both.
8      Q.  Okay.  Who is that?
9      A.  Her name is Diana Castillo.
10     Q.  All right.  How much time did you spend
11 in connection with the preparation of Exhibit 1?
12     A.  The actual documentation?
13     Q.  No.  No.  The work -- the work, the
14 analysis and the preparation of the report, the
15 whole thing?
16     A.  I would say the span of a good month and
17 a half.
18     Q.  Okay.  Do you know how many hours you
19 spent?
20     A.  I would have to go back and look.
21     Q.  That would be reflected in your
22 billings; right?
23     A.  Right.
24     Q.  Because you're going to have a record of
25 that times four and five dollars an hour; right?

43

1      A.  Right.
2      Q.  And do you have an estimate for how many
3  hours as you sit here?
4      A.  I do not.  I work on other things at the
5  same time.  So, I couldn't tell you how that
6  broke down for the -- for April and May.
7      Q.  Okay.  Do you work on other matters
8  where the company at issue is in -- in
9  bankruptcy?
10     A.  Personally, no.
11     Q.  Yeah.  So this is the first time you've
12 worked on a restructuring matter.  Would that be
13 a fair statement?
14     A.  Can you clarify?  When you say "worked
15 on"?  Can you clarify?
16     Q.  Fieldwood's in -- Fieldwood's in Chapter
17 11; right?
18     A.  Right.
19     Q.  Have you done analysis before of -- any
20 expert analysis before of any company that is in
21 Chapter 11?
22     A.  No.
23     Q.  And this is -- well, I thought I
24 understood, but correct me.  This is -- is this
25 the first time you're being proffered as an

44

1  expert witness in a contested matter?
2      A.  Yes.
3      Q.  All right.  Is this the first time
4  you're offering any sort of opinion on
5  feasibility?
6          MR. KNAPP:  Objection.  Form.
7          THE WITNESS:  Yes.
8  BY MR. GENENDER:
9      Q.  And prior to April of this year, were
10 you familiar with the term "feasibility"?
11         MR. KNAPP:  Objection.  Form.
12         THE WITNESS:  Not how it's -- I
13 would say, no, not how it's applied there.
14 BY MR. GENENDER:
15     Q.  Okay.  And how -- how do you understand
16 it being applied here?
17     A.  That the company as it's been laid out
18 as Fieldwood 1.  That the plan that's going
19 forward in the -- in the agreement is a company
20 that will be able to stand on its own that is a
21 feasible company.
22     Q.  Okay.  Is that your definition?  Is that
23 your understanding of what "feasible" means?
24     A.  Yes.
25     Q.  And have you reviewed the company's

45

1  plan?
2      A. I did.
3      Q. Prior to reviewing the company's plan,
4  had you ever reviewed a Chapter 11 company's plan
5  of reorganization before?
6      A. Not formally. I've been provided
7  documents before from other clients that have
8  gone through bankruptcy.
9      Q. Have you ever provided an opinion before
10 regarding the feasibility of a newly formed oil
11 and gas company?
12     A. No.
13         MR. KNAPP: Objection. Form.
14 BY MR. GENENDER:
15     Q. What was your answer?
16     A. "No."
17     Q. Have you ever previously rendered an
18 opinion, an expert opinion, on the comparative
19 reliability of asset retirement obligation
20 estimates?
21     A. No.
22     Q. Have you ever previously rendered an
23 expert opinion on re-completion program
24 forecasts?
25     A. No.

47

1  in charge of the day-to-day operations of your
2  field.
3          You're in charge of estimating the
4  reserves for your -- your assets.
5          You're in charge of coordinating
6  re-completion of work.
7          You're in charge of estimating the
8  economics associated with the re-completion works
9  in addition to drilling at your field. And
10 evaluating the economics and the reserves
11 associated with the drilling and coordinating the
12 facilities and the drilling engineers and the
13 operations all into one program for your -- for
14 your particular field.
15     Q. Okay. How long did you work in that
16 role at ExxonMobil?
17     A. Three years working offshore and one
18 year as a surveillance engineer for a field in
19 Colorado.
20     Q. During your work at ExxonMobil, were you
21 ever involved in decommissioning wells?
22     A. No.
23     Q. Were you ever involved in
24 decommissioning platforms, pipelines or other
25 assets?

46

1      Q. Have you ever previously offered
2  opinions on offshore construction and
3  decommissioning work? In other words, P & A
4  forecasts?
5      A. No.
6      Q. And is it -- isn't it the case that this
7  is the first time you have estimated future
8  production forecasts for re-completion projects
9  in connection with an oil and gas restructuring.
10 Isn't that right?
11     A. Yes.
12     Q. You're Licensed Professional Engineer in
13 the state of Texas?
14     A. I am.
15     Q. And you've had that license since 2007.
16 Is that right?
17     A. 2010.
18     Q. 2010. Thank you.
19         And you previously have worked as a
20 lead reservoir engineer and surveillance engineer
21 for ExxonMobil Production Company?
22     A. Correct.
23     Q. What were your responsibilities at
24 ExxonMobil?
25     A. As a reservoir engineer at Exxon, you're

48

1      A. Yes. We have looked at part of my asset
2  for decommissioning.
3      Q. Part -- I didn't hear you. Sorry?
4      A. We had reviewed part of my asset that I
5  was overseeing for decommissioning.
6      Q. Okay. Now, for your work at Netherland,
7  Sewell, have you -- do you prepare estimates of
8  reserves in future net revenue? Is that part of
9  your job?
10     A. Yes.
11     Q. And in doing so, do you rely on
12 estimates provided by operators?
13     A. I do.
14     Q. And do you independently verify
15 everything that operators provide you when
16 you -- when you -- when you prepare estimates?
17     A. I review for reasonableness.
18     Q. Okay. All right. And have you
19 reviewed, in connection with your work you've
20 done on this case, have you reviewed information
21 prepared by Fieldwood for reasonableness?
22     A. I have.
23     Q. Okay. And -- and have you reached a
24 conclusion as to the reasonableness of the
25 information prepared by Fieldwood?

Lily Cheung - June 04, 2021

49

1    A. Which information specifically?
2    Q. Well, any information upon which
3  you're -- you're basing an opinion, I should say.
4    A. Yeah, I did.
5    Q. And what -- and what -- I'm going to ask
6  you in connection with your conclusions on Page 6
7  but what are -- what are those opinions?
8    A. I reviewed the ARIES file to ensure that
9  it is a functioning ARIES file and it shows what
10 they had reported at year end.  That that is a
11 file that includes the Fieldwood 1 assets as they
12 have broken it out.
13        We had reviewed the production that
14 was loaded in there and saw the forecasts that
15 the company had provided and they've also
16 provided their P & A.
17        The total estimated costs for
18 Fieldwood 1.  I reviewed that.
19    Q. Did you reach conclusions as to the
20 reasonableness of either of those in connection
21 with your opinions in this case?
22        MR. KNAPP:  Objection.  Form.
23        THE WITNESS:  From what I can
24 gather without spending -- getting, you know, all
25 the data that I would want, I looked at the

50

1  year-end reserves database and saw that there was
2  at least production through year end, which is
3  one of the first questions I always ask myself
4  is:  How recent is this production?
5        I did find some -- some pieces that
6  were unreasonable that we were able to fill the
7  gaps with, with additional information from the
8  company.
9        In terms of the P & A, you know, I
10 quickly looked through public sources to see if
11 there was still some platforms where they needed
12 to P & A.
13        In terms of their -- the dollar
14 amount and costs that they estimated, you know,
15 it wasn't too far off from what they showcased in
16 the reserves model that was audited by their
17 third-party auditor so I deemed that reasonable.
18 BY MR. GENENDER:
19    Q. So what you just said, is it fair to say
20 that you deemed those -- those sets of
21 information either prepared on -- prepared by or
22 relied on by Fieldwood to be either reasonable or
23 not unreasonable?
24        MR. KNAPP:  Objection.  Form.
25        THE WITNESS:  I deemed it

51

1  reasonable because it was -- it has been audited.
2  I did not receive all of the information a
3  reserves auditor would want in order to be able
4  to say that every piece of assumption in the
5  reserves report is reasonable.
6  BY MR. GENENDER:
7    Q. But you have no basis to -- to opine
8  that that information is unreasonable; right?
9        MR. KNAPP:  Objection.  Form.
10        THE WITNESS:  Can you -- can you
11 repeat that?
12 BY MR. GENENDER:
13    Q. Sure.  You just said you don't -- you
14 basic -- I think I just heard you say that
15 your -- you don't have the information that an
16 auditor would need to reach a conclusion.  Is
17 that fair?
18    A. I deemed the data received reasonable.
19 I have not worked through every nuance of the
20 database to deem the entirety of the database
21 reasonable.
22    Q. Okay.  Thank you.
23        But you're not saying that the
24 entirety of the database in some way, shape, or
25 form, is unreasonable?

52

1    A. No.
2    Q. Are you?
3    A. I'm not saying that.
4    Q. Thank you so much.
5        Have you prepared any other
6  documents other than Exhibit 1 in connection with
7  your work in this case, leaving aside the Excel
8  document that you -- your work papers?
9    A. Outside the scope of my expert report?
10    Q. Yes.
11    A. Mostly to show our team what data we're
12 receiving and some opinions of the data flowing
13 in.
14    Q. Okay.  So my question is:  Have you
15 prepared any -- any -- whether exhibits or
16 documents other than either Exhibit 1, your
17 report, or the Excel work papers that we talked
18 about earlier this morning?
19    A. As part of an expert testimony?
20    Q. Yes.
21    A. Just this file.
22    Q. Okay.  Thank you.
23        Your report says that on Page 3,
24 second paragraph, it says that, quote, "This
25 report has been coordinated by Ms. Cheung."

53

1      What does that word "coordinated"
2  mean?  That struck me as an interesting word to
3  use.
4      A.  That this is the work primarily done by
5  me.  I don't do this by myself.  Like I
6  mentioned, Diana was my analyst who helped me
7  with the work.
8      Q.  So what does "coordinated" mean there?
9      A.  I -- I organize the work.
10      Q.  Okay.  Who did the work?
11      A.  Both me and Diana.
12      Q.  Okay.  Did you have prior drafts of
13  Exhibit 1?
14      A.  Yeah.  It was preliminary and it was
15  just my work in progress.
16      Q.  And -- and just to be clear because I
17  know we've been had some kind of -- you -- you
18  corrected your testimony.  What was the date of
19  the first draft of this report?
20      A.  I don't -- I don't recall.
21      Q.  Do you recall even approximately?
22      A.  It was sometime in May.
23      Q.  Okay.  And did counsel help you write
24  any aspects of this report?
25      A.  They had advised on wording and -- but

54

1  it was always the scope of the work so they
2  advised kind of on the scope early on.
3      Q.  Okay.  What was -- what is the scope of
4  your opinion?  What is the scope of your work?
5      A.  To understand the liability of the data
6  that has been presented and used by both us and,
7  also the other expert witnesses.
8      Q.  What other expert witnesses?
9      A.  Houlihan Lokey.
10      Q.  Okay.  But again, you say that's your
11  scope but your report doesn't mention any
12  opinions by Houlihan Lokey; right?
13          MR. KNAPP:  Objection.  Form.
14          THE WITNESS:  Right.  The focus was
15  on the -- the data that was used.
16  BY MR. GENENDER:
17      Q.  Okay.  And let me ask you:  When you --
18  I asked you about interfacing with counsel,
19  which -- which lawyers with the sureties did you
20  personally speak with?
21      A.  A number of them.  From -- we are
22  engaged with a number of the -- number of lawyers
23  so we have a weekly call and I speak with all of
24  them.
25      Q.  Okay.  Do you have a written engagement

55

1  with all of them?
2      A.  Yes.
3      Q.  Do you know -- Ms. Cheung, do you know
4  if that engagement agreement has been produced as
5  part of your materials?
6      A.  I do not.
7      Q.  Okay.  We don't have a record of it.  We
8  certainly would -- would request it and think
9  it's been requested, actually.
10          Did you notice any material
11  differences between the -- the mid-year 2020 and
12  year-end 2020 ARIES reserve database?
13      A.  I don't recall doing a compare of the
14  two.  The material difference would be the
15  production that has rolled off between mid-year
16  and year-end.
17      Q.  Did you review the mid-year report?
18      A.  Yes.
19      Q.  Did rely on the mid-year report?
20      A.  No.
21      Q.  Are you able to speak to whether it
22  would be reasonable to rely on the mid-year
23  report as opposed to the year-end 2020 reserve
24  database?
25      A.  From my experience doing this type of

56

1  work, the mid-year database is less reliable than
2  year-end report because a lot has happened
3  between those two events.
4      Q.  Okay.  But you didn't perform an
5  analysis to determine what the actual differences
6  were in whether they were material; did you?
7          MR. KNAPP:  Objection.  Form.
8          THE WITNESS:  We did do a compare
9  early on.  I don't recall the exact outcome of
10  that compare.  Ultimately, we relied on the
11  year-end.
12  BY MR. GENENDER:
13      Q.  Okay.  My question was a little bit
14  different.  I appreciate your answer.  My
15  question was a little bit different.
16          Did you do an analysis to determine
17  whether there were material differences between
18  the mid-year and the year-end?
19      A.  We did a compare in-house.  I don't
20  recall what the major differences are.
21      Q.  Okay.  So you're not able to identify
22  any major differences as you sit here right now;
23  right?
24      A.  No.
25      Q.  So aside from the Excel spreadsheet that

57

1  contains your work papers that we talked about
2  earlier, did you prepare any other databases,
3  Excels or anything reflecting the analysis or
4  math you prepared or did to reach your
5  conclusions on Page 6 of your report?
6     A. The work product is all in this report.
7  There is -- there is a lot of just Excel work to
8  come up with that similar to what you have
9  already alluded to, the work papers for the
10 production.
11           There's one additional Excel file
12 that was just on -- on the P & A that was
13 provided to us by Fieldwood where I have
14 annotated whether the field was producing or not.
15    Q. Did you receive the Deposition Notice
16 that you -- for today's deposition?
17    A. Yes.
18    Q. Do you know there was a request for any
19 documents that haven't previously been produced
20 in that -- in that report?  In that -- in that
21 Deposition Notice?
22    A. I did not notice that.
23    Q. Specifically -- and we will mark this as
24 "Exhibit 2" to your deposition.  If we can get
25 that pulled up, which we will, the second page

58

1  states that, "To the extent not previously
2  identified and produced, the witness is hereby
3  commanded to immediately produce to counsel for
4  Debtors all documents upon which she relies in
5  rendering any opinions she intends to offer at
6  the hearing in connection with the hearing or
7  confirmation of the plan and all documents which
8  reflect, support, or relate to any such
9  opinions."
10          Were you aware that that request
11 was made?
12    A. I was aware.  I didn't read the -- the
13 request, myself.  But I understood that -- the
14 way I understood it was it had requested the data
15 I used.
16    Q. Do you agree that the Excel databases,
17 Excel spreadsheets that you refer to in your work
18 papers relate to your opinions?
19       MR. KNAPP:  Objection.  Form.
20       THE WITNESS:  Yes.
21 BY MR. GENENDER:
22    Q. Thank you.  Hang on one second.
23       Ms. Cheung, I want -- we're going
24 to put up the Deposition Notice that's been
25 marked -- being marked as "Exhibit 2."  And can

59

1  you see that, the first page of it?
2     A. Yes.
3     Q. And if we can go to the second page of
4  it, please.
5     A. The third -- the third paragraph, "To
6  the extent not previously identified."
7          Do you see that paragraph?
8     A. Correct.
9     Q. And -- and that's the -- that's the
10 language I just read to you.  Isn't it?
11    A. Yes.
12    Q. Okay.  Thank you so much.
13          You're not offering an opinion as
14 to the net asset value of any of the Fieldwood
15 entities.  Are you?
16    A. No.
17    Q. Do you have an understanding as to
18 whether or not Mr. Hanson offers any opinions as
19 to the net asset value of any Fieldwood entities?
20    A. I understand he does.
21    Q. Okay.  You are not responding to those
22 opinions?  Are you?
23    A. Not --
24       MR. KNAPP:  Objection.  Form.
25 BY MR. GENENDER:

60

1     Q. Excuse me?
2     A. Not to his net asset value calculation.
3     Q. Thank you.  So Page 7 of your -- your
4  report, Exhibit 1, I want to call your attention
5  to the language that states, second sentence of
6  the first paragraph, "In our opinion, in the
7  absence of other investigations and substantive
8  testing, the scope of our review does thought
9  enable us to validate the numerous underlying
10 judgments required in the preparation of reserves
11 and resource -- resources estimates, nor does it
12 allow us to fully examine the uncertainty ranges
13 and basic engineering in geologic data."
14          Did I read that correctly?
15    A. Yes.
16    Q. I'll show you the first sentence of that
17 paragraph says, "It should not -- should be
18 understood that our review does not constitute a
19 complete reserves study of the assets."  Right?
20    A. Right.
21    Q. I just read that paragraph, second
22 sentence, then I read the first sentence, I'm
23 going to ask you a question.
24          What does that mean?
25    A. That I did not perform an independent

61

1  evaluation of the total reserves that we
2  reviewed.
3      Q.  And that would mean you are not able to
4  contest the underlying judgments that were made
5  in connection with estimating the total reserves;
6  right?
7          MR. KNAPP:  Objection.  Misleading.
8          THE WITNESS:  Can you repeat that,
9  please?
10 BY MR. GENENDER:
11     Q.  Well, did you -- does that mean -- well,
12 do you contest the underlying judgments that were
13 required in the preparation of the reserves and
14 resource estimates?
15     A.  I do not contest it.
16     Q.  Thank you.
17     A.  I accepted it.
18     Q.  Thank you.  And that would include
19 reserve estimates related to future production
20 rates.  Wouldn't it?
21     A.  Right.
22     Q.  Thank you.
23         So it would make sense that I keep
24 going back to Page 6, since that's where your
25 conclusions are.  So I will do that throughout

62

1  this.
2          And, look, I also want to say, Ms.
3  Cheung, this is not an endurance contest.  We've
4  been going for about an hour and 10 minutes.  You
5  can take a break at any point as long as there's
6  not a question pending.  I should have said that
7  earlier.  Okay?
8      A.  Uh-huh.
9      Q.  So I'm also happy to keep pressing on,
10 but I want to make sure I'm providing you that
11 courtesy.  Okay?
12     A.  Yeah.  Fine to continue.
13     Q.  Thank you so much, appreciate it.
14         Your first conclusion is that
15 Fieldwood's production net forecast is overstated
16 for '21 and 22; right?
17     A.  Right.
18     Q.  And specifically you state, "Based on
19 the March 25, 2021, strip pricing, utilizing the
20 estimated adjusted company forecast, and before
21 any adjustments, year ending 2021 and 2021 are
22 expected to yield a negative cash flow.  Without
23 sufficient cash flow, potential projects will be
24 deferred."
25         I read that correctly?

63

1      A.  Yes.
2      Q.  What do you mean by "before any other
3  adjustments"?
4      A.  I did not adjust any of these lease
5  operating cost assumptions the company had made
6  in their forecast or any of the other line items
7  outside of the production.
8      Q.  Why did you not do that?
9      A.  The scope of my work was just to
10 understand the production forecasts.
11     Q.  Okay.  So you -- if I can distill it
12 down, do you think that the company's production
13 forecast is overstated for '21 and '22 by what?
14 Five thousand barrels a month?
15         MR. KNAPP:  Objection.  Form.
16 BY MR. GENENDER:
17     Q.  Per day.  Per day.  Excuse me.
18     A.  Yes.
19     Q.  All right.  You didn't make any
20 adjustment to the costs that might go down if
21 production were 5,000 barrels a day lower than
22 what the company has estimated.  Did you?
23     A.  I did not.
24     Q.  Okay.  And that's reflected in your
25 report where you have a circle on Page -- on Page

64

1  11 of your report, it has the top -- the top
2  numbers circled, but none of the other numbers
3  circled; right?
4      A.  Right.
5      Q.  So, if, for example, for '21 and '22,
6  the daily net production that you -- you have
7  adjusted to 23,000 barrels a day and 22,000
8  barrels a day for 20 -- for stub 21 and the rest
9  of 22 instead of -- instead of what the company
10 has in its business plan; right?
11     A.  Right.
12     Q.  That's your opinion; right?
13     A.  It is.
14     Q.  All right, sir.  But you didn't decrease
15 any of the expenses listed below; did you?
16     A.  No.
17     Q.  Are you saying that if production were
18 5,000 barrels a day lower than what the company
19 has estimated that the expenses, themselves,
20 would be identical --
21         MR. KNAPP:  Objection.  Form.
22 BY MR. GENENDER:
23     Q.  -- is that your opinion?
24     A.  If production is less by 5,000 a day, it
25 doesn't necessarily mean lease operating costs

Lily Cheung - June 04, 2021

---

65

1 are lower.
2    Q. I'm asking you about the operating
3 expenses listed below on Page 11 of your report
4 which is an adjustment to the -- a partial
5 adjustment to business plan.
6    A. Yes.
7    Q. Direct operating expense, R & M,
8 transportation, workover and insurance.
9        Are any of those -- will any of
10 those go down if production goes down?  Yes or
11 no?
12    A. Yes.
13    Q. You didn't make that calculation?
14    A. No.
15    Q. You don't know how much they would go
16 down.  Do you?
17    A. No.
18    Q. You really did part of the analysis.
19 Didn't you?
20        MR. KNAPP:  Objection.  Form.
21 BY MR. GENENDER:
22    Q. In that regard?
23    A. Yes.
24    Q. And where you have -- where you show
25 un-levered cash flow or levered cash flow being

---

66

1 negative for 2021 and 2022, that's without making
2 those adjustments that -- that in terms of
3 expenses; correct?
4    A. Correct.
5    Q. And you don't know what those
6 adjustments of expenses would be because you
7 didn't do them; right?
8    A. Correct.
9    Q. Thank you.
10        What potential projects would need
11 to be deferred as reflected in -- as you -- as
12 you mentioned in your first opinion?
13    A. There would be re-completions.
14    Q. Do you know which ones?
15    A. Let me re-read my conclusion real quick.
16    Q. Sure.  Of course.
17    A. The potential projects would be
18 without -- without any capital, without positive
19 cash flow, the potential projects would be
20 anything identified for re-completion the
21 following year.
22    Q. Let me take a step back, Ms. Cheung.
23 You said a moment ago that you were -- the scope
24 of what you were asked to do was to understand
25 the company's projections -- production

---

67

1 forecasts; right?
2    A. Yes, sir.
3    Q. So it's safe to say you were not asked
4 to analyze the effect of any potential
5 overstatement of production forecasts on the
6 performance of the company by looking at the
7 expense side.  Is that fair?
8        MR. KNAPP:  Objection.  Vague.
9        THE WITNESS:  I did not look at the
10 lease operating costs, no.
11 BY MR. GENENDER:
12    Q. Okay.  Have you ever analyzed lease
13 operating costs?
14    A. Yes.
15    Q. So it's something you know how to do;
16 right?
17    A. Correct.
18    Q. You just didn't do it here?
19    A. Correct.
20    Q. Why not?
21    A. When we look at lease operating costs,
22 there is a lot of -- there's a lot of back and
23 forth with a company and as it was provided to
24 us, there were -- there was no opportunity
25 probably to have a deep conversation about all

---

68

1 the costs and assumptions so the focus then got
2 shifted back just looking at the production.
3    Q. Okay.  On April 21st, 2021, when you
4 were on the phone with Mike Dane, Garrett
5 Galloway, John Seeger, from the company, did you
6 ask them anything about lease operating costs?
7    A. I don't recall.  I don't remember we
8 talked about that.
9    Q. Did you ever request a call with the
10 company about lease operating costs?
11    A. No.
12    Q. Did you ever request information from
13 the company about lease operating costs?
14    A. No.
15    Q. Have you ever analyzed in your 14 years
16 at Netherland, Sewell, lease operating costs
17 without getting information from a company?
18    A. Yes.
19    Q. You have without getting any information
20 from the company?
21    A. Yeah.  I've -- I've worked a number of
22 projects and on at least one of those projects we
23 had to make our own assumptions.
24    Q. But you didn't even do that here.  Did
25 you?

---

69

1    A.  No.
2    Q.  Thank you.
3         Your opinion, your first opinion,
4    it doesn't account for sources of capital that
5    the company would have that are not included in
6    the Exhibit O projections; correct?
7    A.  Correct.
8    Q.  Okay.  Now, on Page 8 of your report, it
9    reflects that you applied the methodology, a
10   methodology to the year-end 2020 ARIES database;
11   right?
12   A.  Right.
13   Q.  What assumptions were incorporated in
14   your methodology?
15        MR. KNAPP:  Objection.  Form.
16        THE WITNESS:  My own assumptions,
17   or what data was provided to us?
18   BY MR. GENENDER:
19   Q.  Well, tell me what you did in -- as
20   reflected on Page 8 of your report.  Where it
21   says "Methodology."  It says, "Utilizing the
22   Fieldwood year-end 2020 ARIES database,"
23   Fieldwood -- Fieldwood Energy 17, "and referred
24   to below as the Fieldwood Energy reserves --
25   Energy 1 reserves."

70

1         And you have -- what did you do?
2    A.  We took the year-end reserves database
3    and removed the reserves associated with the
4    fields that were not returning to production but
5    were included in the year-end database.  And we
6    timed based on Fieldwood's information, we timed
7    certain field production to when they were
8    planning on bringing it back online and outputted
9    the rates and forecasts based on Fieldwood's
10   projections.
11        For the behind-pipe work, the
12   re-completions, we were limited to the budget
13   that they had outlined in Exhibit O.  And so we
14   had to select behind-pipe projects to represent
15   the volumes, the production volumes, associated
16   with a reduced capital budget.
17   Q.  How would we know what timing you used
18   or what timing assumptions you used?
19   A.  You wouldn't.
20   Q.  Okay.  Let me ask you better question
21   than I just asked.
22        How would Judge Isgur know what
23   timing assumptions you used if he looked at your
24   report?
25        MR. KNAPP:  Objection.  Form.

71

1         THE WITNESS:  He wouldn't.
2    BY MR. GENENDER:
3    Q.  Okay.  Thank you.
4         What economic parameter assumptions
5    did you incorporate?  I'm looking at your
6    bullets, the second bullet on Page 8, says,
7    "Incorporating various economic parameter
8    assumptions."
9    A.  These are the assumptions that came with
10   the database.
11   Q.  What -- but explain what was the -- what
12   were the assumptions.  Explain to me.
13   A.  They would be the -- the prices that was
14   loaded in the database, the cost to operate the
15   individual fields, the typical things in an ARIES
16   file.
17   Q.  Okay.  So you incorporated various
18   economic parameter assumptions and you assume
19   some wells will not make the economic threshold
20   as modeled but would be, nevertheless, producing.
21   Is that right?
22   A.  Correct.
23   Q.  And then you assumed all remaining
24   proved developed shut-in cases will migrate to
25   production status contributing value.  Is that

72

1    right?
2    A.  Correct.
3    Q.  And then you assume no drilling will
4    commence in five years, but you excluded proved
5    undeveloped reserves; right?
6    A.  Right.
7    Q.  Do you know which -- what are the,
8    quote, "some wells that will not make the
9    economic threshold"?
10   A.  Specifically which wells?
11   Q.  Yes.
12   A.  I wouldn't be able to list that off the
13   top of my head.
14   Q.  How would you find that out if you
15   wanted to know?
16   A.  You run the ARIES report -- the ARIES
17   file.  And look at field by field to see if any
18   wells are actively producing but is not hitting
19   an economic threshold per that reserves report.
20   Q.  Okay.  Well, you did all of this, these
21   calculations, to determine that for 2021 and 2022
22   the production estimates should be lower than
23   what the company said; right?
24   A.  What the company said in their five-year
25   model, yes.

73

1     Q. Yes. Okay. We just don't have the
2  benefit of seeing that math. Do we?
3     A. No.
4     Q. I don't have it; right?
5     A. Right.
6     Q. Are you able to -- you know, would your
7  work papers show which wells didn't make the
8  economic threshold?
9     A. I don't think so.
10     Q. Would your work papers show what the
11  quote remaining PDSI cases were?
12     A. Not specifically. It's outlined in the
13  ARIES file.
14     Q. Your report says that the Fieldwood
15  reserves indicated there were more re-completion
16  projects than the company's budget allowed.
17        Do you recall saying that?
18     A. Yes.
19     Q. How many?
20     A. I couldn't tell you the number of
21  projects. But there -- but -- so I can't answer
22  that question.
23     Q. What budget are you referring to?
24     A. What is outlined in Exhibit O.
25     Q. CapEx budget in Exhibit O?

74

1     A. Yes.
2     Q. Were you considering all re-completion
3  opportunities or just the ones that were
4  scheduled for 2021?
5     A. Just the ones that were scheduled for
6  2021.
7     Q. What cost for re-completion did you use
8  to conclude that the aggregate cost exceeded the
9  company's budget?
10     A. Every re-completion has a unique cost.
11  We selected a number of projects based on a
12  couple parameters to fill that budget as -- as
13  outlined in Exhibit O.
14     Q. Okay. But how do we know which ones you
15  selected?
16     A. You don't. You can't.
17     Q. Do you know which ones you selected?
18     A. I would have to go back to my notes.
19     Q. Okay. Again, the notes we don't have?
20     A. Right.
21     Q. In reaching your conclusion that the
22  re-completions would exceed the company budget,
23  did you consider any alternative source of
24  funding for re-completions outside of the CapEx
25  allocation in Exhibit O?

75

1     A. No.
2     Q. You mentioned a moment ago that there
3  were, quote, unique costs. Where did you get
4  those? Where -- where did those come from?
5     A. In the ARIES file.
6     Q. Okay. Do you know where in the ARIES
7  file?
8     A. Where in it?
9     Q. Yes.
10     A. Every opportunity has an associated cost
11  within the ARIES file, a specific line item.
12     Q. Okay. So in reference to your report
13  saying that a selection of certain proved
14  developed non-producing cases was made within the
15  re-completion budget, in connection with that
16  statement, did you consult with anyone at
17  Fieldwood about which PDNP cases you should --
18  you should select?
19     A. Not specifically, but during the call
20  with -- the first call with Michael Dean, he had
21  suggested to use the ARIES file to make a
22  selection.
23     Q. Did you consider the profitability
24  variance between liquid and gas production when
25  choosing between these PD -- PDNP cases?

76

1     A. We looked at -- we did not look at oil
2  versus gas but we did look at return.
3     Q. Is it possible that your selection of
4  certain PDNP cases would be different from
5  Fieldwood's real life selection on which PDNP
6  cases to pursue?
7        MR. KNAPP: Objection. Form.
8        THE WITNESS: Yes.
9  BY MR. GENENDER:
10     Q. Is your -- Page 10 contains your
11  recalculations; right?
12     A. Right.
13     Q. And again any back-up for this, we don't
14  have.
15        MR. KNAPP: Objection. Form.
16  BY MR. GENENDER:
17     Q. Referring to Page 10.
18     A. No.
19     Q. I want to make sure we're not -- we have
20  a clear record.
21        It's true, isn't it, that we don't
22  have the back-up that shows how you arrived at
23  the conclusion on Page 10; correct?
24        MR. KNAPP: Objection. Misleading.
25        THE WITNESS: Not my documentation,

77

1  but I outlined the methodology that can be
2  replicated.
3  BY MR. GENENDER:
4      Q. Okay. But the information from which
5  you made the actual computation, we don't have
6  that. Do we?
7      A. The information that I use came from
8  Fieldwood.
9      Q. Okay. I'm talking about your work
10 papers. You used -- you created work papers to
11 arrive at this conclusion; right?
12     A. Correct.
13     Q. And we don't have it. Do we?
14     A. No.
15     Q. I am not misleading you in asking you
16 that question. Am I?
17         MR. KNAPP: Objection.
18 BY MR. GENENDER:
19     Q. You can answer.
20     A. I don't think so.
21     Q. Thank you. Isn't it the case that your
22 work papers show the application of your
23 methodology to the data from the reserve reports;
24 right?
25     A. Yes.

78

1      Q. Thank you.
2         You didn't do a bottoms up or well
3  by well estimation of production rates for each
4  of the five years; did you?
5      A. No.
6      Q. Your report concludes that the Debtors
7  projection was accurate for 2023; right?
8      A. It got close. Yes. The -- it started
9  to line-up.
10     Q. Yeah. It's -- the difference says
11 "zero." Right?
12     A. Right.
13     Q. And your conclusion is that the Debtors'
14 projection is underestimated production for 2024
15 and 2025; right?
16     A. Yes.
17     Q. Do you have an explanation for why you
18 think production would drop from 2024 to 2025?
19     A. Can you clarify that?
20     Q. Well, I'm looking at Page 10 of your
21 report.
22     A. Are you referencing the 26,000 barrels a
23 day in 2024?
24     Q. Yes.
25     A. Dropped down to 2023?

79

1      Q. No, drops down to 23,000 in 2025.
2      A. Why it drops? A natural decline of
3  wells and the selection of available behind pipes
4  during that time period.
5      Q. Are you taking into account wells that
6  are going to come back online?
7      A. Yes. Those were -- those are forecasted
8  in here.
9      Q. And do you have an explanation for why
10 you say there would be an identical 5,000 barrel
11 a day drop in production compared to the
12 company's projections in years '21 and '22 but a
13 $58 million drop in revenue for 2021 and a 37 --
14 only a $37 million drop in revenue in 2022?
15     A. The price forecast is changing year on
16 year.
17     Q. Page 10 underneath your chart, it says,
18 "The forecast assumes budgeted capital will be
19 available to fund the completions each year."
20     A. Correct.
21     Q. In -- in each year. Do you see that?
22     A. Correct.
23     Q. Which forecasts are you referring to
24 there?
25     A. The budget.

80

1      Q. The --
2      A. I'm sorry. The forecast that I'm
3  referring to is my adjusted company forecast.
4      Q. Okay. And then, the next sentence says,
5  "However, due to the reduction of the 2021 and
6  2022 cash flow, subsequent years internal capital
7  funding may fall short."
8         Do you see that?
9      A. Yes.
10     Q. What internal capital funding are you
11 referring to?
12     A. The CapEx budget.
13     Q. Which doesn't take into account external
14 sources; right?
15     A. No.
16         MR. KNAPP: Objection. Form.
17 BY MR. GENENDER:
18     Q. I want to make sure we didn't talk past
19 each other. I said, "Which doesn't take into
20 account external sources?" And you said "no,"
21 are you agreeing with me?
22     A. Correct.
23         MR. KNAPP: And I'm objecting to
24 vague. Go ahead.
25 BY MR. GENENDER:

Lily Cheung - June 04, 2021

81

1     Q.  And the internal capital funding that
2  you're referring to, again, doesn't consider
3  expense savings; does it?
4     A.  No.
5     Q.  It doesn't?  I want to make sure again
6  so we have a clear record.  You agree that it
7  doesn't include or consider expense savings;
8  right?
9     A.  It does not.
10     Q.  Thank you.  Your report mentions that
11  Mike Dane testified to production rates being
12  below 20,000 per day range as of the date of his
13  testimony; right?
14     A.  Correct.
15     Q.  Do you know what they are today?
16     A.  I do not.
17     Q.  Is there anything that could increase
18  production from the low 20s, from the low 20,000s
19  per day to 28,000 per day in 2021?
20     A.  If they do the re-completion work and
21  bring some of the shut-in fields back online.
22     Q.  Do you have an opinion as to whether
23  they can do the re-completion work or bring those
24  shut-in fields online?
25     A.  My opinion is they can do it, but it

82

1  will be difficult.
2     Q.  Okay.  Why do you say it will be
3  difficult?
4     A.  We just got into hurricane season.  So
5  there is going to be disruptions in the Gulf of
6  Mexico.  We're already in June.
7        In order to get to an average of 28
8  for the year, going from a 28,000 barrels a day
9  to 28 on average, you're going to have to over
10  shoot the 28 to average out the rest of the year.
11     Q.  Why do you say going from the 20,000
12  average a day?  What is your basis for that?
13     A.  Or the low 20s, so the current rate as
14  Mike Dane had explained.
15     Q.  So that's your sole reliance is Mr. Dane
16  saying low 20s?
17     A.  That and the forecast from the reserves
18  report.
19     Q.  You understand production rates
20  fluctuate daily?
21     A.  They do.
22     Q.  Did you evaluate Fieldwood -- Fieldwood
23  1's historical production rates for these assets
24  in reaching your conclusions?
25     A.  Yes.

83

1     Q.  Do you know how 28,000 barrels a day
2  compares to production rates before hurricane
3  season?
4     A.  Yes.
5     Q.  How?
6     A.  It is less.
7     Q.  28,000 a day is less; right?
8     A.  Yes.
9     Q.  Do you under -- do you know, did you
10  rely on Mr. Dane's testimony that stated that the
11  28,000 barrel a day projection assumed currently
12  offline wells would be coming back online?
13     A.  I believe the low 20s was a quote of
14  what the current rates were when he testified.
15     Q.  That's not my question.
16        MR. GENENDER:  I'm going to object
17  as non-responsive.
18  BY MR. GENENDER:
19     Q.  That's not my question.  My question is:
20  Are you aware that the -- that he testified that
21  the 28,000 barrels per day includes the currently
22  offline wells are going to be brought back
23  online?
24     A.  I believe that it does include it.
25     Q.  And you don't have any basis to disagree

84

1  with that; do you?
2     A.  No.
3     Q.  Thank you.  If we can turn to Page 11 of
4  your report, Exhibit 1.  And this, again, this is
5  where the only -- the only difference between
6  this document and -- the only changes you made
7  were to the first two lines under "reference."
8  Right?
9     A.  Right.
10     Q.  And the rest was math?
11     A.  Yes.
12     Q.  Why did you change the percent liquids?
13  The second line.
14     A.  That's how it calculated out.
15     Q.  That was just a math function?
16     A.  Yes.
17     Q.  Do you know whether certain operating
18  expenses are tied to offline versus online wells?
19     A.  Can you repeat the question?
20     Q.  Sure.  Do you know whether certain
21  operating expenses are tied to online wells
22  versus offline wells?
23     A.  As it's stated in this table?
24     Q.  No.  No.  Just in general.
25     A.  Not off the top of my head, no.

Lily Cheung - June 04, 2021

85

1    Q.  Okay.  Did you review Fieldwood's
2   workbook spreadsheet that showed the field detail
3   variance for operating expenses?
4    A.  I did not review -- I did not review it
5   in detail.
6    Q.  Okay.  So you don't have any basis to
7   disagree with Fieldwood's judgments as to the
8   operating expenses associated with wells that are
9   offline versus wells that are online; is that
10  right?
11          MR. KNAPP:  Objection.  Form.
12          THE WITNESS:  Correct.
13  BY MR. GENENDER:
14    Q.  And you didn't factor any of those
15  variances as it relates to operating expenses for
16  online versus offline wells into any of your
17  calculations; did you?
18    A.  No.
19    Q.  You didn't; right?
20    A.  No.  I did not.
21    Q.  Thank you so much.  I'm not trying to be
22  difficult.  I just want to make sure that when
23  someone reads this that they -- that you and I
24  are not speaking past each other.  So, I
25  appreciate you clarifying that.  Okay.

86

1    A.  Uh-huh.
2    Q.  As a general proposition, if a platform
3   is not producing, it would cost less to operate;
4   right?
5    A.  Correct.
6    Q.  Your report assumes the Debtors will
7   have fewer wells producing than what they expect
8   due to capital shortfalls.  That's your
9   assumption; right?
10    A.  Repeat that, please.
11    Q.  Sure.  Your report assumes the Debtors
12  will have fewer wells producing than what the
13  Debtors expect to, due to what you -- due to what
14  you would call capital shortfalls?
15    A.  Correct.
16    Q.  If that were the case, direct operating
17  costs would also go down; right?
18    A.  Not always.
19    Q.  But they certainly could.  Couldn't
20  they?
21    A.  They could.
22    Q.  Yeah.  And that's something, again, not
23  to belabor it, but you didn't do that analysis;
24  right?
25    A.  Right.

87

1    Q.  As it relates to capital expenditures,
2   you would agree that Fieldwood 1 has the
3   discretion to adjust that number as required by
4   future conditions; right?
5    A.  Sure.
6    Q.  It would be reasonable for the company
7   to exercise its judgment in that regard.
8   Wouldn't it?
9    A.  Yes.
10    Q.  Is there -- in your mind, is there a
11  difference between a budget and a spending limit?
12          MR. KNAPP:  Objection.  Form,
13  vague.
14  BY MR. GENENDER:
15    Q.  As it relates to something like
16  re-completion, for example?
17          MR. KNAPP:  Same objection.
18          THE WITNESS:  I would assume the
19  company would try to stay within their budget.
20  BY MR. GENENDER:
21    Q.  Okay.  Do you know what capital sources
22  the company has that are not reflected in Exhibit
23  O, the financial projections?
24    A.  I know that they -- I don't know
25  specifically.

88

1    Q.  Okay.  I'm sorry.  Go ahead.  I didn't
2   mean to --
3    A.  I just don't know specifically what
4   sources they have.
5    Q.  Okay.  Regardless of what they are, they
6   were not considered by you in doing your work;
7   right?
8    A.  Correct.
9    Q.  Thank you.
10          Do you have an understanding of how
11  long it takes to do a re-completion?
12    A.  They are all different.
13    Q.  Okay.  Is there a range?
14    A.  No.
15    Q.  That you're aware of?
16    A.  It could be a week.  It could be several
17  weeks.
18    Q.  Okay.  So a week is one.  Several weeks
19  is what?  How many?
20    A.  Say, three or four.
21    Q.  Okay.  Well, the good news we can agree
22  on that today is June 4th.  There is still a lot
23  of time left in this year.  Isn't there?
24    A.  Yes.
25    Q.  So there is plenty of time for wells to

89

1 be re-completed and come back online this year;
2 right?
3     A. Yes.
4     Q. And create and generate production;
5 right?
6     A. Yes.
7     Q. Once re-completion is finished, the rate
8 of production can increase within a month or two
9 after that; right?
10     A. On initial production or increase the
11 overall production?
12     Q. Increase the overall production.
13     A. It can.
14     Q. Does your report take into account any
15 increase in 2021 production due to
16 re-completions?
17     A. Yes.
18     Q. And where does -- show me where it does
19 that. If you can point me to where in the report
20 it does that.
21     A. The fourth bullet on Page 8. It says
22 about halfway through that sentence: So a
23 selection of certain proof of nonproducing cases
24 were made within the re-completion budget per
25 year based on identified well bore availability."

90

1     Q. Got it. Let me talk about that. If
2 your -- if your -- if you selected too few wells
3 that would be re-completed as compared to what
4 the company could do, that could affect the
5 ultimate production; right?
6     A. Right.
7     Q. Thank you. Thank you.
8         Do you know how many re-completions
9 you are assuming?
10     A. I don't know off the top of my head.
11     Q. Where would that answer be?
12     A. In my work notes.
13     Q. Okay. Again, ones we don't have?
14     A. Right.
15     Q. Thank you.
16         All right. Let's turn to Page 11
17 of your report.
18         What do you understand the trust
19 contribution costs to be that are included on the
20 chart on Page 11?
21     A. I understand there is a trust that they
22 are paying into.
23     Q. Okay. Any other information you know
24 about that?
25     A. No. Not specifically.

91

1     Q. Do you understand that if there were
2 reduced production, the trust contribution costs
3 would be reduced?
4     A. That sounds like it could be something.
5 I don't know the details of the trust
6 contributions.
7     Q. Did you ask anyone about the details of
8 that?
9     A. No.
10     Q. And that, by way of example, that trust
11 contribution number, just like we talked about
12 operating expenses, could affect your overall
13 opinion as to whether the company has free -- has
14 cash flow in 21 and 22. Right?
15         MR. KNAPP: Objection. Form.
16         THE WITNESS: It could affect it.
17 I don't know to what magnitude.
18 BY MR. GENENDER:
19     Q. Thank you.
20         All right. I want to turn to the
21 second of your four opinions.
22         MR. KNAPP: If we are between
23 opinions, could we take a short break?
24         MR. GENENDER: Absolutely we could.
25 As I said that, I was thinking to myself, someone

92

1 is -- I might be taking this with people much
2 younger than me, but I could use a bathroom
3 break.
4         MR. KNAPP: Okay. Let's -- 10
5 minutes sound good?
6         MR. GENENDER: That's fair. Why
7 don't we come back at 1:00 Central or
8 thereabouts, if that works? Thanks y'all.
9         (Recess taken.)
10 BY MR. GENENDER:
11     Q. Can you can you hear me?
12     A. I can.
13     Q. Okay. Did you review any documents
14 during the break?
15     A. Just e-mails. I had pulled out --
16     Q. Okay. You said e-mails about?
17     A. Other projects.
18     Q. Fair enough. Did you review any
19 documents about any aspect of this case? Or your
20 work?
21     A. I think I opened my engagement letter.
22     Q. Okay.
23     A. Just to review it.
24     Q. Okay. Again, I want to reiterate the
25 request that we get a copy of that along with the

93

1   other documents.  Did you have a chance to speak
2   with -- did you speak with anyone about your
3   testimony during the break?
4      A.  No.
5      Q.  Thank you.
6           Your second conclusion is that the
7   use of a type curve oil and gas production
8   forecast in the company model failed to account
9   for re-completion net production and falls short
10  of identifying specific projects.  Is that a fair
11  summary?
12          MR. KNAPP:  Objection.  Form.
13          THE WITNESS:  Let me re-read that
14  bullet point.
15  BY MR. GENENDER:
16     Q.  Sure.
17     A.  Sure.
18     Q.  Are you aware that the Fieldwood 1
19  assets include over 281 re-completion
20  opportunities in need of cost estimation?
21     A.  In need of cost estimation?
22     Q.  Yes.
23     A.  So can you clarify what you are asking?
24     Q.  Do you know how many re-completion
25  opportunities Fieldwood 1 has?

94

1      A.  I have not counted them.
2      Q.  Would you defer to the company on that
3   if they have?
4      A.  Yes.
5      Q.  Thank you.
6           Have you ever attempted a
7   re-completion cost estimate for a collection of
8   properties as large as the Fieldwood 1 assets?
9      A.  In dollar amounts or in quantity or size
10  of company?
11     Q.  However you want to quantify it.
12     A.  Yes.
13     Q.  Okay.  Which company?
14     A.  I have worked so many in the last 14
15  years here.  I've worked large ones.  I've worked
16  small ones.  I couldn't specify, but we have
17  worked some very large projects.
18     Q.  Your report says -- references Page 242
19  to 244 of Mr. Dane's deposition in connection
20  with -- it says, "Specific projects have not been
21  identified but rather a type curve based on
22  historic project results was used to estimate
23  future production forecasts associated with
24  annual re-completion programs."
25          Do you -- did I read that correctly

95

1   from your report?
2      A.  Yes.
3      Q.  Now, I want to direct you to Page 243 of
4   Mr. Dane's testimony which is within that window
5   that you just referred to.  I will put it up on
6   the screen.  And this is going to be Page 243,
7   lines -- we will get there.  Lines 16 through 25.
8           Okay.  Do you see that on the
9   screen?
10     A.  Yes.
11     Q.  Do you see where he says:  It is
12  very -- when thinking about the different
13  methodologies to be able to incorporate a
14  defensible capital program of re-completion
15  related projects and the associated production,
16  what we thought was most appropriate was to look
17  at our historic budgeting process and how we have
18  in the average performance based on a program of
19  re-completions because the timing of an
20  individual re-completion is very specific to the
21  actual well bore.
22          Did I read that correctly?
23     A.  Yes.
24     Q.  And if we continue, he goes on and he
25  says on Page 244, Line 1, "And we got so many

96

1   projects and wells and the challenges of
2   forecasting these particular types of capital
3   projects on an individual basis over an extended
4   forecast period such as five years, it was after
5   discussion determined that the most appropriate
6   way to try and represent when a re-completion
7   program would be capable of delivering would be
8   to use the methodology we've used which is
9   consistent with our past budgeting practices."
10          Do you see that?
11     A.  Yes.
12     Q.  Can you -- do you see what the
13  questioner actually said in response?  Do you see
14  that, Ms. Cheung?  Do you see what Mr. Knapp said
15  in response?
16          He said, "That makes sense."  Do
17  you see that?
18     A.  Yes.
19     Q.  Thank you.  Does that make sense to you?
20     A.  No.
21     Q.  All right.  Now, you don't have more
22  experience estimating Fieldwood 1's historic
23  re-completion budgets than Fieldwood does; right?
24     A.  No.
25     Q.  And you didn't -- you didn't undertake a

97

1  well by well estimation methodology; did you?
2      A.  Say that again.
3      Q.  You didn't -- in your report, you did
4  not undertake a well by well estimation
5  methodology; did you?
6      A.  We looked at the re-completions well by
7  well as it was presented to us in the ARIES file.
8      Q.  What does it mean to say, "Gulf of
9  Mexico oil and gas production forecasting and
10 reserves estimation should not be evaluated in a
11 statistical manner"?
12          Seems like a very broad statement.
13          MR. KNAPP:  Objection.  Form.
14          THE WITNESS:  Was there a question?
15 I didn't hear the question.
16 BY MR. GENENDER:
17     Q.  Yeah.  So what does that mean, that
18 statement by you in the second bullet point of
19 your conclusions?
20     A.  That the nature of the Gulf of Mexico is
21 not statistical.
22     Q.  What does that mean?
23     A.  You can't look at historic results and
24 say your future results will be similar.
25     Q.  Why not?

98

1      A.  Every reservoir, every well, every field
2  is unique.  Every situation that -- every
3  re-completion is unique to the next.  Every well
4  bore is unique to the next.  Even within the same
5  field, everything is unique.  There is not
6  statistics.
7      Q.  Could you -- could you use multiple
8  re-completions on historical basis and consider
9  them on a given -- a multitude of re-completions
10 in different parts and look at all of them
11 together based on your historical practices?
12     A.  No.
13     Q.  You've never seen that done?
14     A.  No.  Not in the Gulf of Mexico.  Not for
15 reserves.
16     Q.  Did you consult any literature in that
17 regard?
18     A.  Not literature, but my 14 years of -- at
19 Netherland, Sewell and my years at Exxon, we
20 would never use a statistical manner in
21 evaluating offshore reserves.
22     Q.  Now, is there any literature that
23 supports your opinion in that regard?
24     A.  I mean, there are lots of books on
25 offshore reserves estimations.

99

1      Q.  Okay.  But can you answer my question,
2  which is:  Is there any literature that you're
3  aware of that supports that opinion?
4      A.  Not that I can put my finger on right
5  now.
6      Q.  And more precisely, there's not any
7  literature that supports your opinion that's
8  cited in your report; correct?
9      A.  Correct.
10     Q.  Thank you.
11         Your third conclusion is that, "P &
12 A amounts forecasted in the Fieldwood 1 company
13 model shows planned P & A costs in excess of
14 amounts forecasted in Exhibit O of the disclosure
15 statement."
16         Did I read that correctly?
17     A.  Yes.
18     Q.  And your report states that the
19 abandonment liability schedule through
20 2025 -- I'm reading on Page 12 from your report,
21 to be fair.  Page 12 of your report says, "This
22 abandonment liability schedule through 2025
23 exceeds what has been presented in the Fieldwood
24 1 cash flow model, Exhibit O, based on the
25 Fieldwood 1 model, Fieldwood, FWE38675, an

100

1  estimated 457 million is scheduled through 2025
2  excluding safe-out spending offline lease
3  operation -- operating expenses and visitation
4  costs."
5          Did I read that right?
6      A.  Yes.
7      Q.  What's your understanding of the APA P &
8  A scheduled costs in the Fieldwood and the
9  FWE38675 model?
10     A.  That is presented on this page?
11     Q.  No.  That's in the model, itself.
12     A.  This -- this was a part of the model
13 that did not feed into Exhibit O.  This, my
14 assumption of this schedule that was presented is
15 something closer to what actually may need to be
16 spent on here.
17     Q.  Well, this -- this Page 12 of your
18 report reflects, has an entry, "APA P & A
19 Schedule."  Do you see that?
20     A.  Correct.
21     Q.  And then entries that add up to 457
22 million; right?
23     A.  Correct.
24     Q.  And where did that come from, those
25 numbers?

101

1    A. From that model, Fieldwood 1 Model
2  38675.
3        Q. Do you know what goes in, what comprises
4  those -- those APA P & A schedule items?
5    A. Certain fields that the company has
6  forecasted would need to be abandoned during
7  those years.
8        Q. Are you -- do you -- are you aware that
9  Mr. Dane testified that the 175 million costs
10  from the -- from Exhibit O refer to the cost
11  expectation of all projects that are scheduled
12  with respect to each field for the full year of
13  2021?
14    A. I can't say "yes" or "no."  I can't
15  confirm that.
16        Q. And do you understand that that -- do
17  you know whether that was a number that, as
18  opposed to was going to be spent, could have been
19  spent?
20        MR. KNAPP:  Objection.  Form.
21        THE WITNESS:  I understand the
22  number -- the forecast they have in Exhibit O is
23  a calculated P & A schedule.
24  BY MR. GENENDER:
25        Q. There is no requirement that Fieldwood 1

102

1  spend 175 million on P & A this year.  Is there?
2    A. There are some regulatory requirements.
3  The -- the 175, I can't tell you exactly what is
4  required by regulatory, but my understanding is
5  that there are regulatory requirements that would
6  require additional fields to be abandoned beyond
7  the 70 million they have in the Exhibit O.
8        Q. So you would agree there is an element
9  of discretion as it relates to the $175 million
10  figure; right?
11        MR. KNAPP:  Objection.  Form.
12        THE WITNESS:  Yes.
13  BY MR. GENENDER:
14        Q. And you understand Mr. Dane testified
15  that Fieldwood 1 is projected to spend 70 million
16  between May and December of 2021 on P & A; right?
17    A. That is my understanding.
18        Q. Do you understand that he testified that
19  was a projection as opposed to a requirement?
20    A. I don't know the answer to that.
21        Q. Let's turn to Page 130 of
22  Mr. Dane -- Mr. Dane's testimony.  Did you review
23  all of Mr. Dane's deposition?
24    A. I sat in on his deposition but I did not
25  review the document in its entirety.

103

1        Q. Okay.  Let's go to Page 130, Line 15.
2  Do you see that, Ms. Cheung?  On line 15, he's
3  asked:  What is the projected spend for plugging
4  and abandonment on the Legacy Apache properties?
5  And he says, "Can you be more
6  specific?"
7        The question is for year 2021.  And
8  he says, "In these projections, Fieldwood 1 is
9  projecting to spend 70 million between May to
10  December 2021 period."
11    A. Yes, I see that.
12        Q. Does that refresh your memory of what he
13  said?
14    A. Yes.
15        Q. And those amounts, for purposes of your
16  report, did you assume that that $70 million
17  projection represented a required expense rather
18  than a discretionary expense?
19    A. I do not believe that was the required
20  amount.
21        Q. Do you have a belief as to what the
22  required amount is?
23    A. Not specifically, but closer to what
24  their schedule lined out.  The ones that I have
25  for 2021.

104

1        Q. What's your basis, what is your factual
2  basis for that belief?
3    A. When I reviewed their P & A costs
4  associated with specific fields, I can identify
5  which field has been offline or expired.  And
6  when a field is expired or terminated, there is a
7  regulation that those fields need to be abandoned
8  in the short-term.
9        Q. How were you able to quantify that?
10    A. Fieldwood had provided their per field
11  abandonment costs and I cross-referenced that
12  with the status of the field.  And I am able to
13  see which fields are no longer producing and have
14  been expired, relinquished or terminated and I
15  see a value that is higher than 70 in the first
16  year.
17        Q. How much higher was it?
18    A. Let me see if I have that in my notes,
19  in my report.  On Page 13 I don't outline it per
20  year, but what is associated with the expired,
21  relinquished, terminated and in addition to the
22  fields that are not returning to production, I
23  was able to sum up 437 million.
24        Q. Over how many years?
25    A. It's not over a number of years, but it

105

1  is expected in the near term because these wells,
2  these fields are not producing, the best
3  deregulation would require the abandonment of
4  these fields.
5      Q.  Who do you think knows more about these
6  fields?  Mr. Dane or you?
7          MR. KNAPP:  Objection.
8  Argumentative.
9  BY MR. GENENDER:
10     Q.  I'm not trying to argue, I'm just
11 asking.
12         MR. KNAPP:  Objection.
13         THE WITNESS:  I'm going to say
14 Mr. Dane.
15 BY MR. GENENDER:
16     Q.  If I asked you others, executives, other
17 personnel at Fieldwood, would your answer be the
18 same?
19     A.  Yes.
20     Q.  What was your -- when you were on the
21 phone with Mr. Dane was he forthright with you?
22         MR. KNAPP:  Objection.  Vague.
23         THE WITNESS:  I would say for the
24 most part.
25 BY MR. GENENDER:

106

1      Q.  Do you think he tried to answer your
2  questions?
3      A.  Yes.
4      Q.  And as it relates to this opinion, you
5  didn't take into account other sources of capital
6  on that; right?
7      A.  I did not.
8      Q.  And if you knew -- you understand that
9  Fieldwood 1 is not limited to the cash flow in
10 Exhibit O, it's financial projections alone
11 satisfy its P & A obligations; right?
12         MR. KNAPP:  Objection.  Form.
13         THE WITNESS:  Correct.
14 BY MR. GENENDER:
15     Q.  And you understand Mr. Dane testified to
16 that; right?
17     A.  I would have to re-read his testimony to
18 answer that.
19     Q.  Let me ask you a better question.  Are
20 you aware that he testified that Fieldwood 1 has
21 sufficient resources -- excuse me.
22         Are you aware that Mr. Dane
23 testified that Fieldwood 1 has sufficient sources
24 of capital to address all obligations that are
25 anticipated to arise?

107

1          MR. KNAPP:  Objection.  Form.
2          THE WITNESS:  I think so.
3  BY MR. GENENDER:
4      Q.  Thank you.  Do you have an understanding
5  of whether or not the $70 million figure reflects
6  available cash flow that Fieldwood 1 expects to
7  have to put toward the larger anticipated 175
8  million P & A opportunities for 2021?
9      A.  That is my understanding.
10     Q.  Thank you.  Let's turn to your final
11 conclusion and that is that P & A amounts in
12 Exhibit O, the disclosure statement, do not
13 account for all costs.
14         MR. KNAPP:  Objection.  Form.
15         MR. GENENDER:  Did I say something
16 funny?
17         MR. KNAPP:  No.  Sorry.  That's not
18 what it says.
19         MR. GENENDER:  I was not finished
20 with it.  Let me go ahead and finish it.
21 BY MR. GENENDER:
22     Q.  So your fourth opinion, let's just read
23 it then.  I don't want to characterize it.  "The
24 P & A amounts forecasted in Exhibit O, the
25 disclosure statement, do not account for full

108

1  regulatory compliance at the timely abandonment
2  of expired, relinquished or terminated leases nor
3  does it account for the full near term
4  abandonment costs associated with shut-in fields
5  that have recently been disclosed as not
6  returning to production."
7          Did I read that correctly?
8      A.  Yes.
9      Q.  Okay.  How did you arrive at that
10 opinion?
11     A.  I evaluated based on the Fieldwood cost
12 per field, which fields are not currently
13 producing and have been expired, relinquished or
14 terminated in addition to the list of fields that
15 they have -- that Fieldwood provided that they
16 are not returning to production which can be
17 assumed shortly thereafter with the expired
18 lessee.
19         And summing up those costs
20 associated with those fields, the P & A of those
21 wells and platforms, the cost provided by
22 Fieldwood for those fields sums up to more than
23 the amount that was shown in Exhibit O.
24     Q.  Again, that doesn't take into account
25 other sources of capital; right?

109

1          MR. KNAPP:  Objection.  Form.
2          THE WITNESS:  Right.
3     BY MR. GENENDER:
4          Q.  So in your report on Page 13 says,
5     "Expired, relinquished, terminated fields not
6     returning to production account for 437 million
7     or 46 percent of Fieldwood 1's remaining
8     liability."
9          Did I read that right?
10         A.  Yes.
11         Q.  Now that 437 million number does not
12    reflect potential delays in the termination
13    expiration or relinquishment of leases; right?
14         A.  It accounts for -- there are a subset of
15    those that are already expired, relinquished and
16    terminated.
17         Q.  Your report says that amount will be
18    needed by Fieldwood 1 within a one-year period
19    due to federal regulations on the commission;
20    right?
21         A.  Yes.  But I also say some of it may be
22    delayed due to circumstances.
23         Q.  Yes.  So thank you.  The 437 million
24    doesn't reflect delays in termination, expiration
25    or relinquishment of leases; right?

110

1          MR. KNAPP:  Objection.  Form.
2          THE WITNESS:  Repeat that, please.
3     BY MR. GENENDER:
4          Q.  Sure.  The 47 million or as you say 46
5     percent of Fieldwood 1's remaining liability,
6     that figure could go down based on delays in the
7     termination, expiration or relinquishment of
8     leases; right?
9          MR. KNAPP:  Same objection.
10         THE WITNESS:  I don't -- I don't
11    fully understand the question.  If the $437 could
12    be reduced?  Is that what you are asking?  If it
13    could be reduced because certain fields can be
14    delayed in terms of --
15    BY MR. GENENDER:
16         Q.  Yes.
17         A.  It could be decreased within that
18    five-year period.
19         Q.  Thank you.  And the 437 million
20    calculation doesn't reflect potential
21    re-completion efforts by the Debtors; right?
22         MR. KNAPP:  Objection.
23         THE WITNESS:  There are no
24    re-completions associated with those fields.
25    BY MR. GENENDER:

111

1          Q.  Okay.  Are you saying -- is your
2     testimony there are no potential re-completions
3     associated with those fields?  Is that what you
4     are saying?
5          A.  For the fields that have already been
6     terminated, there is absolutely no more work to
7     be done there.  And then the remaining group of
8     fields have been determined by Fieldwood to not
9     return to production.
10         Q.  Does the 437 million figure reflect any
11    agreements or forbearances granted or which might
12    be granted by the government?
13         MR. KNAPP:  Objection.  Form.
14         THE WITNESS:  I'm not aware of any
15    government changes.
16    BY MR. GENENDER:
17         Q.  That's not my question, though.  Do you
18    remember my question?
19         A.  Can you repeat it, please?
20         Q.  Sure.  Sure.  Does the 437 million
21    reflect any agreements or forbearances granted or
22    which could be granted by the government?
23         MR. KNAPP:  Objection.  Form.
24         THE WITNESS:  I would answer that
25    with no, because I'm not familiar with what

112

1     conversations have been had.
2     BY MR. GENENDER:
3          Q.  Okay.  You would defer to those that
4     are; right?
5          A.  Right.
6          MR. KNAPP:  Objection.
7     BY MR. GENENDER:
8          Q.  Thank you.
9          MR. GENENDER:  Why don't we take a
10    short break?  About five minutes.  Okay?
11         MR. KNAPP:  Okay.
12         MR. GENENDER:  Thanks, guys.
13         (Recess taken.)
14         MR. GENENDER:  Ms. Cheung, those
15    are the questions I have at this time.
16    Obviously, we reserve our rights.  We have, you
17    know, some issues regarding documents and
18    documents and materials that were provided to us.
19    We will reserve our rights to that; and subject
20    to that, I will pass the witness.
21         MR. KNAPP:  We will reserve our
22    questions.  There was a Cross-Notice from BF.
23    Anyone going to ask questions from BF?
24         MR. DUEWALL:  No questions at this
25    time.

113

1        MR. GENENDER:  Okay.  Well, I'll

2  see many of you at 3:30 Central.

3        (Deposition concluded at 1:33 p.m.

4  CDT.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

114

1            UNITED STATES BANKRUPTCY COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
2                  HOUSTON DIVISION
3  In re:                      : Chapter 11
                               :
4  FIELDWOOD ENERGY L.L.C.,    : Case No. 20-33948 (MI)
   et al.,                     :
5                              :
   Debtors.                    : (Jointly Administered)
6
              REPORTER'S CERTIFICATION
7         REMOTE VIDEOTAPED DEPOSITION OF
                  LILY W. CHEUNG
8                  June 4, 2021
9      I, Suzanne Kelly, Certified Shorthand Reporter in
   and for the State of Texas hereby certify to the
10 following:
11     That the witness, LILY W. CHEUNG, was duly sworn
   by the officer and that the transcript of the
12 videotaped oral deposition is a true record of the
   testimony given by the witness;
13
       That the amount of time used by each party at the
14 deposition is as follows:
15     Mr. Genender:  One hours and 58 minutes;
16     I further certify that I am neither counsel for,
   related to, nor employed by any of the parties or
17 attorneys in the action in which this proceeding was
   taken, and further that I am not financially or
18 otherwise interested in the outcome of the action.
19     In witness whereof, I have this date subscribed my
   name on this 5th day of June, 2021.
20
21     *Suzanne Kelly*
22     Suzanne Kelly, RDR, CRR
       LEXITAS
23     Firm Registration No. 736
       Suite 118
24     999 Old Eagle School Road
       Wayne, Pennsylvania 19087-1707
25     215.494.7650

Lily Cheung - June 04, 2021

## $

**$175**  102:9

**$37**  79:14

**$437**  110:11

**$58**  79:13

**$70**  103:16 107:5

## 1

**1**  16:21 17:15,23 18:3,4 19:22 20:6,10
22:20,21 23:8 24:23 25:8 29:14 30:1
34:2,5,10,23 42:11 44:18 49:11,18
52:6,16 53:13 60:4 69:25 84:4 87:2
93:18,25 94:8 95:25 99:12,24,25
101:1,25 102:15 103:8 106:9,20,23
107:6 109:18

**1's**  82:23 96:22 109:7 110:5

**10**  10:15 28:7,9,15,17,21 38:7 62:4
76:10,17,23 78:20 79:17 92:4

**10th**  41:12

**11**  43:17,21 45:4 64:1 65:3 84:3
90:16,20

**11:09**  8:4

**12**  99:20,21 100:17

**123**  16:21

**13**  104:19 109:4

**130**  102:21 103:1

**13th**  36:10,17

**14**  68:15 94:14 98:18

**15**  103:1,2

**16**  95:7

**17**  69:23

**175**  101:9 102:1,3 107:7

**19,000**  16:25

**1:00**  92:7

**1:33**  113:3

**1st**  39:16 40:1,11

## 2

**2**  57:24 58:25

**20**  27:2 64:8

**20,000**  81:12 82:11

**20,000s**  81:18

**2007**  13:9 46:15

**2010**  46:17,18

**2013**  13:12

**2020**  21:24 55:11,12,23 69:10,22

**2021**  8:4 17:2 22:25 23:9,22 25:5
26:20 34:24 62:19,21 66:1 68:3 72:21
74:4,6 79:13 80:5 81:19 89:15 101:13
102:16 103:7,10,25 107:8

**2022**  66:1 72:21 79:14 80:6

**2023**  78:7,25

**2024**  78:14,18,23

**2025**  78:15,18 79:1 99:20,22 100:1

**20s**  81:18 82:13,16 83:13

**20–33948**  8:10

**21**  25:5,24 26:20 28:13 37:11 62:16
63:13 64:5,8 79:12 91:14

**21st**  23:22 27:2 68:3

**22**  62:16 63:13 64:5,9 79:12 91:14

**22,000**  64:7

**23**  17:1 26:25

**23,000**  16:17 64:7 79:1

**24**  20:6 22:25 34:5

**242**  94:18

**243**  95:3,6

**244**  94:19 95:25

**24th**  19:12 34:23 35:8 41:19

**25**  62:19 95:7

**26**  19:7

**26,000**  78:22

**28**  82:7,9,10

**28,000**  81:19 82:8 83:1,7,11,21

**281**  93:19

## 3

**3**  52:23

**3.7**  16:25

**30,000**  16:18

**37**  79:13

**38675**  101:2

**3:30**  113:2

## 4

**4**  17:16,20 18:1,4 19:22 25:10 26:23
33:16,17 34:1,5

**437**  104:23 109:6,11,23 110:19
111:10,20

**457**  100:1,21

**46**  109:7 110:4

**47**  110:4

**4th**  8:3 88:22

## 5

**5,000**  63:21 64:18,24 79:10

## 6

**6**  30:6 33:7 36:1 37:10 49:6 57:5
61:24

**6.8**  16:18

## 7

**7**  60:3

**70**  102:7,15 103:9 104:15

## 8

**8**  69:8,20 71:6 89:21

## A

**a.m.**  8:4

**abandoned**  101:6 102:6 104:7

**abandonment**  22:25 99:19,22 103:4
104:11 105:3 108:1,4

**absence**  60:7

**absolutely**  91:24 111:6

Lily Cheung - June 04, 2021

accepted 61:17

account 69:4 79:5 80:13,20 89:14 93:8 106:5 107:13,25 108:3,24 109:6

accounts 109:14

accurate 32:19 40:17 78:7

actively 72:18

actual 23:11 42:6,12 56:5 77:5 95:21

add 100:21

addition 47:9 104:21 108:14

additional 29:18 50:7 57:11 102:6

address 106:24

adjust 63:4 87:3

adjusted 62:20 64:7 80:3

adjustment 63:20 65:4,5

adjustments 62:21 63:3 66:2,6

administer 9:17

advised 53:25 54:2

affect 90:4 91:12,16

affirm 9:19

aggregate 74:8

agree 34:4 58:16 81:6 87:2 88:21 102:8

agreeing 32:1 80:21

agreement 44:19 55:4

agreements 111:11,21

ahead 80:24 88:1 107:20

allocation 74:25

alluded 57:9

alternative 74:23

amount 50:14 103:20,22 108:23 109:17

amounts 94:9 99:12,14 103:15 107:11,24

analysis 42:14 43:19,20 56:5,16 57:3 65:18 86:23

analyst 42:2 53:6

analyze 21:9,12 67:4

analyzed 67:12 68:15

analyzing 21:14

annotated 57:14

annual 94:24

answers 20:20

anticipated 106:25 107:7

APA 100:7,18 101:4

Apache 103:4

appearances 9:2

application 77:22

applied 44:13,16 69:9

approach 29:12

approximately 53:21

April 23:4,5,9,20,21,22 25:5,24 26:20 27:1,2 28:13 34:11,15,20,25 35:8,20, 22 36:3,16 37:11,25 38:3,4,18 39:13, 16 40:1,11,14,16,23 41:4 43:6 44:9 68:3

argue 105:10

Argumentative 105:8

ARIES 20:11 40:11 49:8,9 55:12 69:10,22 71:15 72:16 73:13 75:5,6, 11,21 97:7

arise 106:25

arrive 77:11 108:9

arrived 35:20 37:1,8 76:22

arriving 27:11 28:14,25

aspect 28:12 92:19

aspects 28:24 53:24

asset 45:19 48:1,4 59:14,19 60:2

assets 47:4,25 49:11 60:19 82:23 93:19 94:8

assume 11:16 71:18 72:3 87:18 103:16

assumed 71:23 83:11 108:17

assumes 79:18 86:6,11

assuming 90:9

assumption 51:4 86:9 100:14

assumptions 27:6 29:4 63:5 68:1, 23 69:13,16 70:18,23 71:4,8,9,12,18

attempted 94:6

attending 8:14

attention 60:4

attorney 8:20

audit 13:24

audited 50:16 51:1

auditor 50:17 51:3,16

availability 89:25

average 82:7,9,10,12 95:18

aware 9:9 18:12,17,19,20 58:10,12 83:20 88:15 93:18 99:3 101:8 106:20, 22 111:14

**B**

back 25:2 28:23 33:15 42:20 61:24 66:22 67:22 68:2 70:8 74:18 79:6 81:21 83:12,22 89:1 92:7

back-up 14:19 15:10 21:1,4,9,13 76:13,22

bankruptcy 8:9 43:9 45:8

barrel 79:10 83:11

barrels 16:17,18 63:14,21 64:7,8,18 78:22 82:8 83:1,21

based 32:22 35:15 37:15 62:18 70:6, 9 74:11 89:25 94:21 95:18 98:11 99:24 108:11 110:6

basic 51:14 60:13

basing 49:3

basis 19:1 24:22 51:7 82:12 83:25 85:6 96:3 98:8 104:1,2

bathroom 92:2

beginning 8:19

behalf 8:24 10:19

behind-pipe 70:11,14

belabor 86:23

belief 103:21 104:2

believed 31:2

benefit 20:14 21:4 73:2

BF 112:22,23

billings 42:22

bit 12:24 29:12 35:25 56:13,15

books 98:24

**bore**  89:25 95:21 98:4

**bottoms**  78:2

**box**  39:23

**Brad**  8:23 9:4 14:3 22:6

**break**  62:5 91:23 92:3,14 93:3
112:10

**bring**  81:21,23

**bringing**  70:8

**broad**  97:12

**broke**  43:6

**broken**  49:12

**brought**  83:22

**budget**  70:12,16 73:23,25 74:9,12,22
75:15 79:25 80:12 87:11,19 89:24

**budget allowed**  73:16

**budgeted**  79:18

**budgeting**  95:17 96:9

**budgets**  96:23

**bullet**  31:9 71:6 89:21 93:14 97:18

**bullets**  71:6

**business**  31:8,17,22 64:10 65:5

---

**C**

**calculated**  20:19,20,21 84:14
101:23

**calculating**  19:24

**calculation**  60:2 65:13 110:20

**calculations**  17:3 72:21 85:17

**call**  23:16,19 24:5,6,20 25:5,10,20,24
54:23 60:4 68:9 75:19,20 86:14

**camera**  12:6 16:12

**capable**  96:7

**Capex**  73:25 74:24 80:12

**capital**  16:20 66:18 69:4 70:16 79:18
80:6,10 81:1 86:8,14 87:1,21 95:14
96:2 106:5,24 108:25

**case**  8:10 9:20 10:17,19 12:10 13:13,
17,19,22 22:13 23:1 29:16 30:3 33:3,
7 46:6 48:20 49:21 52:7 77:21 86:16
92:19

**cases**  71:24 73:11 75:14,17,25 76:4,
6 89:23

**cash**  62:22,23 65:25 66:19 80:6
91:14 99:24 106:9 107:6

**Castillo**  42:9

**CDT**  113:4

**Central**  8:4 92:7 113:2

**challenges**  96:1

**chance**  93:1

**change**  84:12

**changed**  36:3

**changing**  38:5 79:15

**Chapter**  43:16,21 45:4

**characterize**  107:23

**charge**  47:1,3,5,7

**chart**  79:17 90:20

**check**  23:6 39:8

**checks**  42:2

**Cheung**  8:7 10:1,9 23:1 36:9 52:25
55:3 58:23 62:3 66:22 96:14 103:2
112:14

**choosing**  75:25

**circle**  63:25

**circled**  64:2,3

**circumstances**  109:22

**cited**  99:8

**clarification**  36:24

**clarify**  14:20 19:8 23:10 43:14,15
78:19 93:23

**clarifying**  85:25

**clear**  14:22 19:6 36:18 37:1 38:10
53:16 76:20 81:6

**client**  11:1 13:24

**clients**  10:19 45:7

**close**  41:16 78:8

**closer**  100:15 103:23

**collection**  94:7

**Colorado**  47:19

**commanded**  58:3

**commence**  72:4

**commission**  109:19

**communication**  38:12

**company**  8:25 16:20 27:17 29:8
31:3,10 43:8,20 44:17,19,21 45:11
46:21 49:15 50:8 62:20 63:5,22 64:9,
18 67:6,23 68:5,10,13,17,20 69:5
72:23,24 74:22 80:3 87:6,19,22 90:4
91:13 93:8 94:2,10,13 99:12 101:5

**company's**  31:7 44:25 45:3,4 63:12
66:25 73:16 74:9 79:12

**comparative**  45:18

**compare**  55:13 56:8,10,19

**compared**  79:11 90:3

**compares**  83:2

**complete**  60:19

**completions**  79:19

**compliance**  108:1

**comprises**  101:3

**computation**  77:5

**computer**  39:18

**conclude**  74:8

**concluded**  113:3

**concludes**  78:6

**conclusion**  30:6 37:9 48:24 51:16
62:14 66:15 74:21 76:23 77:11 78:13
93:6 99:11 107:11

**conclusions**  30:9,11 33:6,12 34:14,
17,24 35:7,19 36:2 37:24 38:2,3,19
40:14,15 41:1,5,6 49:6,19 57:5 61:25
82:24 97:19

**conditions**  87:4

**conference**  8:17 12:3

**confirm**  23:24 36:21 38:21 101:15

**confirmation**  58:7

**connection**  15:4,11 19:11 42:11
46:9 48:19 49:6,20 52:6 58:6 61:5
75:15 94:19

**considerations**  37:23

**considered**  30:18 33:17,25 37:13
88:6

**consistent**  96:9

Lily Cheung - June 04, 2021

constant 37:17

constantly 37:18

constitute 60:18

constrained 12:21

construction 46:2

consult 75:16 98:16

consulting 22:2,17

contacted 22:5

contest 61:4,12,15 62:3

contested 44:1

context 10:24 22:9

continue 62:12 95:24

contributing 71:25

contribution 90:19 91:2,11

contributions 91:6

conversation 14:3 25:1 33:22 67:25

conversations 112:1

coordinated 52:25 53:1,8

coordinating 47:5,11

copy 17:17 92:25

correct 20:7,8 28:16,18 30:4,8 34:8 40:18 43:24 46:22 59:8 66:3,4,8 67:17,19 69:6,7 71:22 72:2 76:23 77:12 79:20,22 80:22 81:14 85:12 86:5,15 88:8 99:8,9 100:20,23 106:13

corrected 53:18

correcting 38:15

correctly 60:14 62:25 94:25 95:22 99:16 108:7

cost 63:5 71:14 74:7,8,10 75:10 86:3 93:20,21 94:7 101:10 108:11,21

costs 49:17 50:14 63:20 64:25 67:10, 13,21 68:1,6,10,13,16 75:3 86:17 90:19 91:2 99:13 100:4,8 101:4,9 104:3,11 107:13 108:4,19

counsel 8:17 9:1 18:7 19:9 41:24 53:23 54:18 58:3

counted 94:1

couple 74:12

court 8:9 9:11,14,16,24 11:2,20

courtesy 62:11

COVID 8:14

create 89:4

created 77:10

critiquing 32:14

Cross-notice 112:22

cross-referenced 104:11

curiosity 16:9

current 27:16 82:13 83:14

curve 93:7 94:21

---

**D**

daily 64:6 82:20

Dane 36:9,17 68:4 81:11 82:14,15 101:9 102:14,22 105:6,14,21 106:15, 22

Dane's 83:10 94:19 95:4 102:22,23

data 18:23 19:24 23:12 28:2 29:7,10 30:19 31:11 32:7,8,12,18,22 33:17 35:14,16 37:13,15,19,25 41:4 49:25 51:18 52:11,12 54:5,15 58:14 60:13 69:17 77:23

database 21:17 23:3,7 38:17,22 39:12 40:11,23 50:1 51:20,24 55:12, 24 56:1 69:10,22 70:2,5 71:10,14

databases 57:2 58:16

dataflow 22:18

date 8:3 10:16 22:19 23:19 26:14 38:25 39:15 53:18 81:12

dated 26:20

Dawna 9:12

day 16:18 63:17,21 64:7,8,18,24 78:23 79:11 81:12,19 82:8,12 83:1,7, 11,21

day-to-day 47:1

Dean 24:2 75:20

debate 33:5

Debtors 8:22 18:13,18,20 21:11 25:24 58:4 78:6 86:6,11,13 110:21

Debtors' 78:13

December 21:24 102:16 103:10

decide 21:20

decline 79:2

decommissioning 46:3 47:21,24 48:2,5

decrease 64:14

decreased 110:17

deem 51:20

deemed 50:17,20,25 51:18

deep 67:25

defending 8:25

defensible 95:14

defer 94:2 112:3

deferred 62:24 66:11

definition 44:22

delayed 109:22 110:14

delays 109:12,24 110:6

delivering 96:7

demonstrates 16:12

deposed 13:16 36:9

deposition 8:6,12 9:1 10:10 14:2 17:23 30:11 36:12,16 38:12 57:15,16, 21,24 58:24 94:19 102:23,24 113:3

deregulation 105:3

desk 12:2,4 16:2

detail 24:17 30:10 85:2,5

details 91:5,7

determine 19:10 56:5,16 72:21

determined 22:12 96:5 111:8

develop 20:9

developed 71:24 75:14

Diana 42:9 53:6,11

difference 55:14 78:10 84:5 87:11

differences 55:11 56:5,17,20,22

differently 29:13

difficult 82:1,3 85:22

digital 17:9

direct 20:11,13 65:7 86:16 95:3

directly 21:16 32:4 33:4,6

disagree 32:21 33:10 83:25 85:7

---

Lily Cheung - June 04, 2021

**disclosed** 108:5

**disclosure** 29:5 99:14 107:12,25

**discretion** 87:3 102:9

**discretionary** 103:18

**discussion** 96:5

**disruptions** 82:5

**distill** 63:11

**District** 8:9

**Division** 8:10

**document** 12:22 14:11,12 18:15,25 22:22 35:1 52:8 84:6 102:25

**documentation** 22:10,11 23:11 42:12 76:25

**documents** 14:7,9,10,15,23 15:1,15, 20 18:21 19:14,23 21:17 27:7 29:2,4 33:17 45:7 52:6,16 57:19 58:4,7 92:13,19 93:1 112:17,18

**Doj** 13:17

**dollar** 50:13 94:9

**dollars** 42:25

**Double-checking** 34:19

**downloaded** 39:23

**draft** 53:19

**drafted** 41:18,20

**drafts** 53:12

**drilling** 47:9,11,12 72:3

**drinks** 12:7,9

**drop** 78:18 79:11,13,14

**Dropped** 78:25

**drops** 79:1,2

**due** 8:14 80:5 86:8,13 89:15 109:19, 22

**DUEWALL** 112:24

---

**E**

**e-mail** 9:2

**e-mails** 39:2 92:15,16

**earlier** 22:16 26:3 52:18 57:2 62:7

**early** 21:23 34:11,15,20,25 35:8,20, 21 36:3,15 37:15 38:2,4,17 39:12

40:14,16 41:1,7 54:2 56:9

**easier** 12:19

**economic** 71:4,7,18,19 72:9,19 73:8

**economics** 47:8,10

**effect** 36:2 67:4

**efforts** 110:21

**element** 102:8

**employed** 13:2,7

**enable** 60:9

**end** 41:4 49:10 50:2

**ending** 62:21

**endurance** 62:3

**Energy** 8:8 69:23,24,25

**engaged** 54:22

**engagement** 22:17 54:25 55:4 92:21

**engineer** 13:3 46:12,20,25 47:18

**engineering** 22:2 60:13

**engineers** 47:12

**ensure** 49:8

**entire** 29:14

**entirety** 51:20,24 102:25

**entities** 59:15,19

**entitled** 22:24

**entries** 100:21

**entry** 100:18

**equates** 16:18

**equating** 17:1

**Essentially** 23:2

**estimate** 43:2 94:7,22

**estimated** 46:7 49:17 50:14 62:20 63:22 64:19 100:1

**estimates** 45:20 48:7,12,16 60:11 61:14,19 72:22

**estimating** 47:3,7 61:5 96:22

**estimation** 20:1 78:3 93:20,21 97:1, 4,10

**estimations** 98:25

**et al** 8:8

**evaluate** 82:22

**evaluated** 97:10 108:11

**evaluating** 47:10 98:21

**evaluation** 27:8 28:3 61:1

**evening** 14:4

**events** 56:3

**exact** 10:16 56:9

**EXAMINATION** 10:5

**examine** 60:12

**exceed** 74:22

**exceeded** 74:8

**exceeds** 99:23

**Excel** 17:10 18:8 19:18 20:5 33:20 52:7,17 56:25 57:7,11 58:16,17

**Excels** 57:3

**excess** 99:13

**exciting** 16:5

**excluded** 72:4

**excluding** 100:2

**excuse** 34:2 60:1 63:17 106:21

**execs** 33:23

**executives** 105:16

**exercise** 87:7

**exhibit** 12:15 14:18,19 15:9,10 17:15,23 18:1,3,4 19:22 20:10 21:4,9, 14 22:20,21 23:8 24:23 25:8 28:11,20 29:11,14 30:1 31:22 34:1,5,10,23 42:11 52:6,16 53:13 57:24 58:25 60:4 69:6 70:13 73:24,25 74:13,25 84:4 87:22 99:14,24 100:13 101:10,22 102:7 106:10 107:12,24 108:23

**exhibits** 52:15

**expect** 86:7,13

**expectation** 101:11

**expectations** 16:24

**expected** 62:22 105:1

**expects** 107:6

**expenditures** 87:1

**expense** 65:7 67:7 81:3,7 103:17,18

**expenses** 64:15,19 65:3 66:3,6 84:18,21 85:3,8,15 91:12 100:3

Lily Cheung - June 04, 2021

**experience** 55:25 96:22

**expert** 10:22 11:4 14:14,16,18 15:4 19:11 22:13,22,25 26:8,19,25 29:23 43:20 44:1 45:18,23 52:9,19 54:7,8

**expiration** 109:13,24 110:7

**expired** 104:5,6,14,20 108:2,13,17 109:5,15

**explain** 71:11,12

**explained** 82:14

**explanation** 34:22 78:17 79:9

**extended** 96:3

**extent** 58:1 59:6

**external** 80:13,20

**Exxon** 46:25 98:19

**Exxonmobil** 46:21,24 47:16,20

--------

**F**

**face** 32:21

**facilities** 47:12

**fact** 10:23

**factor** 85:14

**factual** 104:1

**failed** 93:8

**fair** 21:11,15,20 36:8 37:1 43:13 50:19 51:17 67:7 92:6,18 93:10 99:21

**fall** 80:7

**falls** 93:9

**familiar** 23:12 44:10 111:25

**feasibility** 44:5,10 45:10

**feasible** 44:21,23

**fed** 14:19

**federal** 109:19

**feed** 100:13

**feel** 12:20 36:25

**fewer** 86:7,12

**field** 47:2,9,14,18 57:14 70:7 72:17 85:2 98:1,5 101:12 104:5,6,10,12 108:12

**fields** 70:4 71:15 81:21,24 101:5 102:6 104:4,7,13,22 105:2,4,6 108:4,

12,14,20,22 109:5 110:13,24 111:3,5,8

**Fieldwood** 8:7 19:15 23:16 24:1,13 28:22 33:22 44:18 48:21,25 49:11,18 50:22 57:13 59:14,19 69:22,23,24 73:14 75:17 77:8 82:22 87:2 93:18,25 94:8 96:22,23 99:12,23,25 100:8 101:1,25 102:15 103:8 104:10 105:17 106:9,20,23 107:6 108:11,15,22 109:7,18 110:5 111:8

**Fieldwood's** 43:16 62:15 70:6,9 76:5 85:1,7

**figure** 102:10 107:5 110:6 111:10

**file** 20:12 39:24 49:8,9,11 52:21 57:11 71:16 72:17 73:13 75:5,7,11,21 97:7

**filed** 8:8

**files** 33:20 39:3,4

**fill** 50:6 74:12

**final** 34:16,24 38:3 40:15 41:5,9,13, 16 107:10

**finally** 35:20

**financial** 21:6 87:23 106:10

**find** 50:5 72:14

**Fine** 62:12

**finger** 99:4

**finish** 34:12 107:20

**finished** 89:7 107:19

**firm** 22:11 41:25

**five-year** 31:3 72:24 110:18

**flipping** 15:19

**flow** 37:17 62:22,23 65:25 66:19 80:6 91:14 99:24 106:9 107:6

**flowing** 52:12

**fluctuate** 82:20

**focus** 54:14 68:1

**forbearances** 111:11,21

**forecast** 22:24 31:4 62:15,20 63:6, 13 79:15,18 80:2,3 82:17 93:8 96:4 101:22

**forecasted** 79:7 99:12,14 101:6 107:24

**forecasting** 96:2 97:9

**forecasts** 45:24 46:4,8 49:14 63:10 67:1,5 70:9 79:23 94:23

**form** 20:22 24:15,22 25:12,16 29:1 31:1 32:16 35:9,10,16 36:5 37:3 41:14 44:6,11 45:13 49:22 50:24 51:9,25 54:13 56:7 58:19 59:24 63:15 64:21 65:20 69:15 70:25 76:7,15 80:16 85:11 87:12 91:15 93:12 97:13 101:20 102:11 106:12 107:1,14 109:1 110:1 111:13,23

**formally** 45:6

**format** 18:8 35:17

**formed** 37:24 45:10

**forthright** 105:21

**forward** 44:19

**fourth** 89:21 107:22

**free** 91:13

**front** 12:5,10 15:17 16:6 17:8,20 39:5

**full** 10:7,18 35:13 40:21 101:12 107:25 108:3

**Full-time** 13:3

**fully** 60:12 110:11

**function** 84:15

**functioning** 49:9

**fund** 79:19

**funding** 74:24 80:7,10 81:1

**funny** 107:16

**fussing** 31:23

**future** 46:7 48:8 61:19 87:4 94:23 97:24

**FWE38675** 99:25 100:9

**FWEI** 22:24

--------

**G**

**Galloway** 68:5

**gaps** 50:7

**Garrett** 68:4

**gas** 19:25 27:14 45:11 46:9 75:24 76:2 93:7 97:9

**gather** 49:24

**Genender** 8:21 9:4,10 10:6 20:24

24:19 25:14,21 29:9 31:5,12,15 32:23
35:11 36:7 37:5 41:17 44:8,14 45:14
50:18 51:6,12 54:16 56:12 58:21
59:25 61:10 63:16 64:22 65:21 67:11
69:18 71:2 76:9,16 77:3,18 80:17,25
83:16,18 85:13 87:14,20 91:18,24
92:6,10 93:15 97:16 101:24 102:13
105:9,15,25 106:14 107:3,15,19,21
109:3 110:3,15,25 111:16 112:2,7,9,
12,14 113:1

**general** 84:24 86:2

**generate** 35:15 89:4

**geologic** 60:13

**give** 9:20 22:19 36:17

**God** 9:22

**good** 9:5,10 42:16 88:21 92:5

**Gosh** 10:15

**Gotshal** 8:22

**government** 111:12,15,22

**grab** 16:5

**grammar** 42:3

**granted** 111:11,12,21,22

**Great** 11:19 39:25

**ground** 11:7

**group** 111:7

**guess** 26:4

**Gulf** 82:5 97:8,20 98:14

**guys** 112:12

---

**H**

**half** 14:6 42:17

**halfway** 89:22

**hand** 9:17

**handful** 14:10

**hands** 40:1

**Hang** 58:22

**Hanson** 26:11,12 28:10,18 30:22,24
33:9 59:18

**Hanson's** 26:15,19 27:1,4 28:13,24
30:12,14 31:7,17,25 37:10

**happen** 22:15

**happened** 23:24 56:2

**happy** 62:9

**hard** 37:12

**hardcopy** 12:12 17:17

**HCCI** 8:24

**head** 72:13 84:25 90:10

**hear** 11:9 48:3 92:11 97:15

**heard** 11:16 35:18 51:14

**hearing** 58:6

**helped** 53:6

**helps** 42:4

**higher** 104:15,17

**highlighting** 15:22

**historic** 94:22 95:17 96:22 97:23

**historical** 82:23 98:8,11

**hitting** 72:18

**Houlihan** 14:17 15:9 26:4,6,24 28:1,
2,9,17 54:9,12

**hour** 14:6 42:25 62:4

**hours** 42:18 43:3

**Houston** 8:10 11:24

**hurricane** 82:4 83:2

---

**I**

**identical** 64:20 79:10

**identified** 33:19,21 58:2 59:6 66:20
89:25 94:21

**identify** 8:18 56:21 104:4

**identifying** 93:10

**imagine** 12:25

**immediately** 58:3

**implies** 32:20

**in-house** 56:19

**include** 18:21 19:7 61:18 81:7 83:24
93:19

**included** 33:21 69:5 70:5 90:19

**includes** 49:11 83:21

**incorporate** 71:5 95:13

**incorporated** 69:13 71:17

**Incorporating** 71:7

**increase** 81:17 89:8,10,12,15

**independent** 60:25

**independently** 48:14

**indirectly** 32:5,20 33:6

**individual** 71:15 95:20 96:3

**information** 19:23 25:18,25 27:9,13
30:17,24 37:18 48:20,25 49:1,2 50:7,
21 51:2,8,15 68:12,17,19 70:6 77:4,7
90:23

**initial** 37:14 89:10

**Initially** 22:14

**insurance** 8:24 65:8

**intend** 30:2

**intends** 58:5

**interesting** 53:2

**interfacing** 54:18

**internal** 80:6,10 81:1

**International** 8:24

**interview** 13:17

**investigations** 60:7

**involved** 47:21,23

**Isgur** 70:22

**issue** 43:8

**issued** 37:11

**issues** 112:17

**item** 26:25 75:11

**items** 20:6 34:5,7 63:6

---

**J**

**J.P.** 26:11,12,13

**job** 48:9

**John** 68:5

**Judge** 70:22

**judgment** 87:7

**judgments** 37:15 60:10 61:4,12 85:7

**June** 8:3 82:6 88:22

Lily Cheung - June 04, 2021

**K**

**Kelly** 9:12

**key** 15:22

**keywords** 15:22

**kind** 22:15 26:21 38:24 53:17 54:2

**Knapp** 8:23 9:8 20:22 22:6,7 24:15 25:12,16 29:1 31:1 32:16 35:10 36:5 37:3 41:14 44:6,11 45:13 49:22 50:24 51:9 54:13 56:7 58:19 59:24 61:7 63:15 64:21 65:20 67:8 69:15 70:25 76:7,15,24 77:17 80:16,23 85:11 87:12,17 91:15,22 92:4 93:12 96:14 97:13 101:20 102:11 105:7,12,22 106:12 107:1,14,17 109:1 110:1,9,22 111:13,23 112:6,11,21

**knew** 106:8

**L**

**L.L.C.** 8:8

**laid** 44:17

**language** 59:10 60:5

**large** 94:8,15,17

**larger** 16:11 107:7

**lawyers** 22:3 54:19,22

**lead** 46:20

**learned** 25:4

**lease** 63:4 64:25 67:10,12,21 68:6, 10,13,16 100:2

**leases** 108:2 109:13,25 110:8

**leaving** 52:7

**left** 88:23

**Legacy** 103:4

**legal** 22:11

**lessee** 108:18

**letter** 92:21

**level** 24:17

**levered** 65:25

**Lexitas** 8:16 9:13

**liability** 54:5 99:19,22 109:8 110:5

**license** 46:15

**Licensed** 46:12

**life** 76:5

**Lily** 8:7 10:1,9 22:25

**limit** 87:11

**limited** 70:12 106:9

**line-up** 78:9

**lined** 103:24

**lines** 84:7 95:7

**liquid** 75:24

**liquids** 84:12

**list** 19:13 25:10,18 26:23 33:16 72:12 108:14

**listed** 18:2,4,5 19:16 20:6,12 34:1,5 64:15 65:3

**literature** 98:16,18,22 99:2,7

**loaded** 49:14 71:14

**located** 11:23

**Locke** 8:23

**Lokey** 14:17 26:7,24 28:1,3,9,18 54:9,12

**long** 12:16 13:7,10 14:5 47:15 62:5 88:11

**longer** 40:5 104:13

**looked** 14:9 26:3 32:12 48:1 49:25 50:10 70:23 76:1 97:6

**Lord** 8:24

**lot** 24:25 35:2 37:13 56:2 57:7 67:22 88:22

**lots** 98:24

**love** 16:9

**low** 81:18 82:13,16 83:13

**lower** 63:21 64:18 65:1 72:22

**M**

**made** 17:3 58:11 61:4 63:5 75:14 77:5 84:6 89:24

**magnitude** 91:17

**main** 24:4

**major** 56:20,22

**make** 11:8 14:22 15:14,18 19:6 29:25 37:14 61:23 62:10 63:19 65:13 68:23 71:19 72:8 73:7 75:21 76:19 80:18 81:5 85:22 96:19

**makes** 96:16

**making** 9:2,6 66:1

**management** 28:22

**Manges** 8:22

**manner** 97:11 98:20

**March** 62:19

**mark** 12:14 17:15 57:23

**marked** 17:23 58:25

**material** 55:10,14 56:6,17

**materials** 19:11 55:5 112:18

**math** 57:4 73:2 84:10,15

**matter** 8:7 43:12 44:1

**matters** 43:7

**means** 44:23

**memory** 40:22 103:12

**mention** 30:12,14,17 54:11

**mentioned** 53:6 66:12 75:2

**mentions** 30:19 81:10

**methodologies** 95:13

**methodology** 69:9,10,14,21 77:1,23 96:8 97:1,5

**Mexico** 82:6 97:9,20 98:14

**MI** 8:11

**Michael** 75:20

**mid** 23:21 34:25 35:8,22 36:3,16 38:4 40:16

**mid-year** 55:11,15,17,19,22 56:1,18

**migrate** 71:24

**Mike** 68:4 81:11 82:14

**million** 16:21 79:13,14 100:1,22 101:9 102:1,7,9,15 103:9,16 104:23 107:5,8 109:6,11,23 110:4,19 111:10, 20

**mind** 17:16 87:10

**minutes** 62:4 92:5 112:10

**misleading** 61:7 76:24 77:15

**mixed** 37:22 38:8

**model** 31:10 50:16 72:25 93:8 99:13, 24,25 100:9,11,12 101:1

**modeled** 71:20

**moment** 66:23 75:2

**monitor** 8:16

**month** 38:18 40:21 42:16 63:14 89:8

**months** 37:22 38:8

**morning** 52:18

**multiple** 9:6 98:7

**multitude** 98:9

**N**

**natural** 79:2

**nature** 13:21 15:21 97:20

**necessarily** 64:25

**needed** 50:11 109:18

**negative** 62:22 66:1

**net** 48:8 59:14,19 60:2 62:15 64:6 93:9

**Netherland** 13:5,8 48:6 68:16 98:19

**newly** 45:10

**news** 88:21

**NGL** 19:25

**night** 15:19 26:4

**non-producing** 75:14

**non-responsive** 31:13 83:17

**nonproducing** 89:23

**Nordlicht** 13:14

**note** 16:1,10,23

**notes** 15:14,18,21,25 16:9 23:7 24:20,22 25:1,2 74:18,19 90:12 104:18

**notice** 55:10 57:15,21,22 58:24

**nuance** 51:19

**number** 8:10 9:3 25:19 54:21,22 68:21 73:20 74:11 87:3 91:11 101:17, 22 104:25 109:11

**numbers** 64:2 100:25

**numerous** 60:9

**O**

**oath** 9:18 10:4 11:19

**object** 31:13 83:16

**objecting** 80:23

**objection** 9:4 20:22 24:15 25:12,16 29:1 31:1 32:16 35:10 36:5 37:3 41:14 44:6,11 45:13 49:22 50:24 51:9 54:13 56:7 58:19 59:24 61:7 63:15 64:21 65:20 67:8 69:15 70:25 76:7, 15,24 77:17 80:16 85:11 87:12,17 91:15 93:12 97:13 101:20 102:11 105:7,12,22 106:12 107:1,14 109:1 110:1,9,22 111:13,23 112:6

**objections** 9:7

**objector** 9:9

**obligation** 45:19

**obligations** 106:11,24

**occasion** 10:12

**occasions** 10:12

**offend** 38:11

**offer** 30:3 58:5

**offered** 46:1

**offering** 29:15 44:4 59:13

**offers** 59:18

**office** 11:24 12:6

**offline** 83:12,22 84:18,22 85:9,16 100:2 104:5

**offshore** 46:2 47:17 98:21,25

**oil** 19:25 27:14 45:10 46:9 76:1 93:7 97:9

**one-year** 109:18

**online** 70:8 79:6 81:21,24 83:12,23 84:18,21 85:9,16 89:1

**opened** 92:21

**operate** 71:14 86:3

**operating** 63:5 64:25 65:2,7 67:10, 13,21 68:6,10,13,16 84:17,21 85:3,8, 15 86:16 91:12 100:3

**operation** 100:3

**operations** 47:1,13

**operators** 48:12,15

**opine** 51:7

**opinion** 22:13 27:20 30:20 32:13,17, 21 35:15 36:11,21 41:16 44:4 45:9, 18,23 49:3 54:4 59:13 60:6 64:12,23 66:12 69:3 81:22,25 91:13 98:23 99:3,7 106:4 107:22 108:10

**opinions** 20:10 21:22 24:23 25:6 26:1 27:5,11 28:14,25 29:15,18 30:2, 5,15 31:6,16 32:1,3,6,10,14 33:3 35:25 37:2,9 41:12 46:2 49:7,21 52:12 54:12 58:5,9,18 59:18,22 91:21,23

**opportunities** 74:3 93:20,25 107:8

**opportunity** 67:24 75:10

**opposed** 55:23 101:18 102:19

**order** 51:3 82:7

**organize** 53:9

**original** 28:23

**outcome** 56:9

**outline** 104:19

**outlined** 70:13 73:12,24 74:13 77:1

**output** 20:11,13

**outputted** 70:8

**overseeing** 48:5

**overstated** 27:21 28:1 62:15 63:13

**overstatement** 67:5

**overstates** 28:3

**overstating** 27:19

**P**

**P.L.C.** 8:25

**p.m.** 113:3

**pages** 15:23 41:23

**pandemic** 8:14

**papers** 12:9 17:6 18:2,4,5,7,17,22 20:5,14,15 52:8,17 57:1,9 58:18 73:7, 10 77:10,22

**paragraph** 52:24 59:5,7 60:6,17,21

**parameter** 71:4,7,18

Lily Cheung - June 04, 2021

**parameters** 74:12

**part** 21:23 22:14,16 48:1,3,4,8 52:19 55:5 65:18 100:12 105:24

**partial** 22:14 65:4

**participants** 8:13 9:3

**parties** 9:5

**parts** 98:10

**pass** 112:20

**past** 30:1 80:18 85:24 96:9

**Paul** 8:21 26:12

**paying** 90:22

**PD** 75:25

**PDNP** 16:17,21 17:1 75:17,25 76:4,5

**PDP** 16:17,25

**PDSI** 16:17,25 73:11

**pending** 62:6

**people** 9:6 92:1

**per-day** 27:14

**percent** 84:12 109:7 110:5

**perfectly** 12:20

**perform** 56:4 60:25

**performance** 67:6 95:18

**period** 37:14 79:4 96:4 103:10 109:18 110:18

**person** 24:4 39:21

**personally** 43:10 54:20

**personnel** 105:17

**phone** 23:15 68:4 105:21

**physically** 11:23 39:21

**piece** 31:10 32:18 51:4

**pieces** 50:5

**pipelines** 47:24

**pipes** 79:3

**place** 8:12

**plan** 31:3,8,10,18,22 44:18 45:1,3,4 58:7 64:10 65:5

**planned** 99:13

**planning** 70:8

**platform** 86:2

**platforms** 47:24 50:11 108:21

**plenty** 88:25

**plugging** 103:3

**point** 28:2 31:9 35:6 62:5 89:19 93:14 97:18

**pointed** 28:14

**position** 13:4 25:18

**positive** 66:18

**Post-it** 16:1,9,10

**potential** 62:23 66:10,17,19 67:4 109:12 110:20 111:2

**Powerpoint** 18:9 35:2

**practices** 96:9 98:11

**precise** 35:25

**precisely** 99:6

**preliminarily** 35:19

**preliminary** 34:14 38:2,19 40:14 41:1,6 53:14

**preparation** 42:11,14 60:10 61:13

**prepare** 14:1 34:6 48:7,16 57:2

**prepared** 14:16,24 15:1 28:20 33:16 34:7 48:21,25 50:21 52:5,15 57:4

**preparing** 19:19 25:5 26:1 27:5,10

**presentable** 35:17

**presented** 54:6 97:7 99:23 100:10, 14

**President** 13:6,11

**pressing** 62:9

**pretty** 41:16

**previously** 13:13 45:17,22 46:1,19 57:19 58:1 59:6

**price** 79:15

**prices** 71:13

**pricing** 62:19

**primarily** 53:4

**prior** 37:10 40:12 41:19 44:9 45:3 53:12

**process** 95:17

**produce** 58:3

**produced** 19:12 34:23 55:4 57:19 58:2

**producing** 57:14 71:20 72:18 86:3, 7,12 104:13 105:2 108:13

**product** 18:24,25 57:6

**production** 22:24 27:15,16 28:4 46:8,21 49:13 50:2,4 55:15 57:10 61:19 62:15 63:7,10,12,21 64:6,17,24 65:10 66:25 67:5 68:2 70:4,7,15 71:25 72:22 75:24 78:3,14,18 79:11 81:11,18 82:19,23 83:2 89:4,8,10,11, 12,15 90:5 91:2 93:7,9 94:23 95:15 97:9 104:22 108:6,16 109:6 111:9

**Professional** 46:12

**proffered** 43:25

**profile** 19:25

**profitability** 75:23

**program** 45:23 47:13 95:14,18 96:7

**programs** 94:24

**progress** 53:15

**project** 94:22

**projected** 102:15 103:3

**projecting** 103:9

**projection** 78:7,14 83:11 102:19 103:17

**projections** 21:6 66:25 69:6 70:10 79:12 87:23 103:8 106:10

**projects** 46:8 62:23 66:10,17,19 68:22 70:14 73:16,21 74:11 92:17 93:10 94:17,20 95:15 96:1,3 101:11

**proof** 89:23

**properties** 94:8 103:4

**proposition** 86:2

**proved** 71:24 72:4 75:13

**provide** 13:18 22:2,13 48:15

**provided** 13:23 18:6,13,18 19:10,14 21:16 29:8 35:14 37:19 45:6,9 48:12 49:15,16 57:13 67:23 69:17 104:10 108:15,21 112:18

**providing** 62:10

**public** 19:15 50:10

**publication** 35:9

**pull** 17:17

Lily Cheung - June 04, 2021

**pulled** 57:25 92:15

**pulling** 39:17

**pure** 16:8

**purposes** 103:15

**pursue** 76:6

**put** 18:8,25 35:1 41:23 58:24 95:5 99:4 107:7

## Q

**quantify** 94:11 104:9

**quantity** 94:9

**question** 11:9,12,17 14:21 18:16 19:4 20:25 28:12,23 36:20 37:12 52:14 56:13,15 60:23 62:6 70:20 73:22 77:16 83:15,19 84:19 97:14,15 99:1 103:7 106:19 110:11 111:17,18

**questioner** 96:13

**questioning** 8:19

**questions** 24:6,8,10,13,16 25:25 36:25 38:7 50:3 106:2 112:15,22,23, 24

**quick** 14:3 66:15

**quickly** 14:18 50:10

**quote** 52:24 72:8 73:11 75:3 83:13

## R

**Raghib** 8:15

**raise** 9:17

**range** 81:12 88:13

**ranges** 60:12

**rate** 27:14,16,19,21 82:13 89:7

**rates** 28:4 61:20 70:9 78:3 81:11 82:19,23 83:2,14

**re-completed** 89:1 90:3

**re-completion** 45:23 46:8 47:6,8 66:20 73:15 74:2,7,10 75:15 81:20,23 87:16 88:11 89:7,24 93:9,19,24 94:7, 24 95:14,20 96:6,23 98:3 110:21

**re-completions** 66:13 70:12 74:22, 24 89:16 90:8 95:19 97:6 98:8,9 110:24 111:2

**re-read** 66:15 93:13 106:17

**reach** 32:13 34:13,16 38:18 49:19 51:16 57:4

**reached** 34:24 35:7 38:2,3 40:13 41:1 48:23

**reaches** 32:13

**reaching** 74:21 82:24

**read** 16:13,22 58:12 59:10 60:14,21, 22 62:25 94:25 95:22 99:16 100:5 107:22 108:7 109:9

**reading** 99:20

**reads** 85:23

**ready** 15:11

**real** 66:15 76:5

**reasonable** 50:17,22 51:1,5,18,21 55:22 87:6

**reasonableness** 48:17,21,24 49:20

**rebuttal** 26:17

**recalculations** 76:11

**recall** 10:16,17,18 23:19,25 24:10 26:14 53:20,21 55:13 56:9,20 68:7 73:17

**receive** 51:2 57:15

**received** 18:24 23:13 26:7,22 37:25 38:21,24 39:12 40:23 51:18

**receiving** 22:19 41:4 52:12

**recent** 50:4

**recently** 108:5

**recess** 92:9 112:13

**recollection** 14:8 24:12

**record** 8:3 10:8 17:22 36:18 39:20 42:24 55:7 76:20 81:6

**recording** 12:10

**reduced** 70:16 91:2,3 110:12,13

**reduction** 80:5

**refer** 15:8 25:2 30:23 58:17 101:10

**reference** 16:15 25:23 28:17 29:3 31:25 32:2,5 33:22 36:10,11 75:12 84:7

**referenced** 14:11 16:19 26:3 27:15 28:21

**references** 28:9,11 31:10,17 32:7 94:18

**referencing** 30:21 78:22

**referred** 19:18 69:23 95:5

**referring** 26:10 27:1 73:23 76:17 79:23 80:3,11 81:2

**reflect** 20:19 58:8 109:12,24 110:20 111:10,21

**reflected** 17:11 20:10 24:23 25:8 27:23,24 28:5 30:5 32:25 37:9 42:21 63:24 66:11 69:20 87:22

**reflecting** 57:3

**reflects** 29:14 69:9 100:18 107:5

**refresh** 103:12

**refreshed** 14:8

**regard** 65:22 87:7 98:17,23

**regulation** 104:7

**regulations** 109:19

**regulatory** 102:2,4,5 108:1

**reiterate** 92:24

**relate** 58:8,18

**related** 61:19 95:15

**relates** 31:7,22 85:15 87:1,15 102:9 106:4

**reliability** 45:19

**reliable** 56:1

**reliance** 31:7,17 33:11 82:15

**relied** 18:21 25:25 28:25 29:3,4,6 30:18,24 33:10 36:16 50:22 56:10

**relies** 58:4

**relinquished** 104:14,21 108:2,13 109:5,15

**relinquishment** 109:13,25 110:7

**rely** 19:9 25:4 27:9,13,18 28:13 48:11 55:19,22 83:10

**relying** 32:18

**remaining** 9:1 71:23 73:11 109:7 110:5 111:7

**remember** 25:1 68:7 111:18

**remind** 22:21

**remotely** 8:14

Lily Cheung - June 04, 2021

**removed** 70:3

**rendered** 45:17,22

**rendering** 58:5

**reorganization** 45:5

**repeat** 51:11 61:8 84:19 86:10 110:2 111:19

**repeated** 25:19

**replicated** 77:2

**report** 12:12,17,23 14:14,16,18,24 15:2,9 16:16,20 17:5,7,12,15,22 19:19 20:18 21:12 22:23,25 23:3 24:24 25:11 26:4,5,6,8,15,17,20,22, 24,25 27:2,5,10,20,24 28:1,6,10,13, 18,24 29:15,24 30:2,6,12 31:21,25 32:2,24 33:7,16 36:1 37:10,11 41:20 42:14 51:5 52:9,17,23,25 53:19,24 54:11 55:17,19,23 56:2 57:5,6,20 60:4 63:25 64:1 65:3 69:8,20 70:24 72:16,19 73:14 75:12 78:6,21 81:10 82:18 84:4 86:6,11 89:14,19 90:17 94:18 95:1 97:3 99:8,18,20,21 100:18 103:16 104:19 109:4,17

**reported** 41:18 49:10

**Reporter** 9:12,14,16,24

**reporting** 13:25

**reports** 27:19 77:23

**represent** 12:16 70:14 96:6

**representatives** 23:16

**represented** 103:17

**representing** 8:16,19 9:13 22:3

**request** 19:6 55:8 57:18 58:10,13 68:9,12 92:25

**requested** 18:20 55:9 58:14

**require** 102:6 105:3

**required** 60:10 61:13 87:3 102:4 103:17,19,22

**requirement** 101:25 102:19

**requirements** 102:2,5

**reserve** 13:24 16:20 55:12,23 61:19 77:23 112:16,19,21

**reserves** 10:25 16:16 23:3 47:4,10 48:8 50:1,16 51:3,5 60:10,19 61:1,5, 13 69:24,25 70:2,3 72:5,19 73:15 82:17 97:10 98:15,21,25

**reservoir** 46:20,25 98:1

**resist** 12:8

**resource** 60:11 61:14

**resources** 60:11 106:21

**respect** 101:12

**responding** 59:21

**response** 96:13,15

**responsibilities** 46:23

**rest** 64:8 82:10 84:10

**restructuring** 43:12 46:9

**results** 18:14 21:1,15 94:22 97:23,24

**retained** 21:23 22:1

**retirement** 45:19

**return** 76:2 111:9

**returning** 70:4 104:22 108:6,16 109:6

**revenue** 19:25 48:8 79:13,14

**review** 14:7,23 26:17 48:17 55:17 60:8,18 85:1,4 92:13,18,23 102:22,25

**reviewed** 14:17 15:11 19:14 21:7 27:6 30:20 31:3 32:8 33:25 44:25 45:4 48:4,19,20 49:8,13,18 61:2 104:3

**reviewing** 45:3

**rights** 112:16,19

**role** 47:16

**rolled** 55:15

**room** 11:25 16:3

**Rule** 19:7

**rules** 11:7

**run** 11:8 72:16

---

**S**

---

**safe** 11:15 67:3

**safe-out** 100:2

**sat** 102:24

**satisfaction** 24:14

**satisfy** 106:11

**saved** 39:3

**savings** 81:3,7

**schedule** 99:19,22 100:14,19 101:4, 23 103:24

**scheduled** 74:4,5 100:1,8 101:11

**scope** 22:15 29:21,23 52:9 54:1,2,3, 4,11 60:8 63:9 66:23

**screen** 12:21 17:20 39:18 95:6,9

**screens** 40:5

**season** 82:4 83:3

**Seeger** 68:5

**select** 70:14 75:18

**selected** 74:11,15,17 90:2

**selection** 75:13,22 76:3,5 79:3 89:23

**sense** 36:9 61:23 96:16,19

**sentence** 60:5,16,22 80:4 89:22

**served** 11:4

**serving** 10:21

**sets** 50:20

**Sewell** 13:5,8 48:7 68:16 98:19

**shape** 51:24

**share** 39:24

**shared** 41:24

**shifted** 68:2

**shoot** 82:10

**short** 80:7 91:23 93:9 112:10

**short-term** 104:8

**shortfalls** 86:8,14

**shortly** 41:10 108:17

**show** 12:21 18:1 20:21 28:5,8 32:24 52:11 60:16 65:24 73:7,10 77:22 89:18

**showcased** 50:15

**showed** 85:2

**shown** 108:23

**shows** 49:9 76:22 99:13

**shut-in** 71:24 81:21,24 108:4

**side** 67:7

**similar** 32:7 57:8 97:24

**sir** 64:14 67:2

Lily Cheung - June 04, 2021

**sit** 20:15 33:24 43:3 56:22

**situation** 98:2

**size** 16:10 94:9

**small** 94:16

**smoothly** 11:8

**softwares** 35:3

**sole** 82:15

**solemnly** 9:19

**sort** 38:24 44:4

**sound** 23:22 92:5

**sounds** 23:23 26:21 32:1 91:4

**source** 74:23

**sources** 19:15,24 50:10 69:4 80:14, 20 87:21 88:4 106:5,23 108:25

**Southern** 8:9

**span** 42:16

**speak** 14:5 54:20,23 55:21 93:1,2

**speaking** 85:24

**specific** 24:10 27:9 75:11 93:10 94:20 95:20 103:6 104:4

**specifically** 49:1 57:23 62:18 72:10 73:12 75:19 87:25 88:3 90:25 103:23

**spend** 42:10 102:1,15 103:3,9

**spending** 49:24 87:11 100:2

**spent** 42:19 100:16 101:18,19

**spoke** 23:25 25:19

**spreadsheet** 56:25 85:2

**spreadsheets** 58:17

**stand** 44:20

**Standard** 8:4

**start** 22:20 23:11,15 34:9

**started** 23:8,12 41:4 78:8

**state** 10:7 30:20 33:1 46:13 62:18

**stated** 83:10 84:23

**statement** 29:5 43:13 75:16 97:12, 18 99:15 107:12,25

**states** 8:8 58:1 60:5 99:18

**statistical** 97:11,21 98:20

**statistics** 98:6

**status** 71:25 104:12

**stay** 87:19

**step** 66:22

**straight** 27:25

**strip** 62:19

**struck** 53:2

**stub** 64:8

**study** 60:19

**subject** 112:19

**subsequent** 80:6

**subset** 109:14

**substantive** 60:7

**sufficient** 62:23 106:21,23

**suggested** 75:21

**sum** 104:23

**summarize** 35:5

**summarized** 19:20,21

**summary** 93:11

**summing** 108:19

**sums** 108:22

**supplies** 12:6

**support** 17:7 58:8

**supports** 17:11 98:23 99:3,7

**sureties** 22:4 54:19

**surveillance** 46:20 47:18

**Suzanne** 9:12

**swear** 9:14,19

**sworn** 10:2

**T**

**table** 12:3 84:23

**takes** 35:15,16 88:11

**taking** 8:12 40:24 79:5 92:1

**talk** 80:18 90:1

**talked** 52:17 57:1 68:8 91:11

**talking** 30:1 77:9

**team** 22:3 52:11

**term** 44:10 105:1 108:3

**terminated** 104:6,14,21 108:2,14 109:5,16 111:6

**termination** 109:12,24 110:7

**terms** 50:9,13 66:2 110:14

**testified** 13:14 81:11 83:14,20 101:9 102:14,18 106:15,20,23

**testifies** 10:3

**testify** 10:2 11:2

**testimony** 9:20 13:18,21 15:5 36:12, 16,21 38:5 40:12 52:19 53:18 81:13 83:10 93:3 95:4 102:22 106:17 111:2

**testing** 60:8

**Texas** 8:10 11:24 46:13

**text** 42:5

**thereabouts** 35:23 92:8

**thing** 42:15

**things** 15:10 19:16 20:19 43:4 71:15

**thinking** 91:25 95:12

**third-party** 10:25 13:24 50:17

**thought** 35:18 40:22 43:23 60:8 95:16

**thousand** 63:14

**threshold** 71:19 72:9,19 73:8

**tie** 27:15

**tied** 84:18,21

**time** 8:4,5 10:20 35:5,13,15,16 37:14, 16 40:24 42:10 43:5,11,25 44:3 46:7 79:4 88:23,25 112:15,25

**timed** 70:6

**timely** 108:1

**times** 42:25

**timing** 70:17,18,23 95:19

**today** 8:16 9:12 15:12 33:25 81:15 88:22

**today's** 8:3 14:1 57:16

**told** 19:13

**top** 64:1 72:13 84:25 90:10

**total** 49:17 61:1,5

**tracking** 40:9

Lily Cheung - June 04, 2021

transportation 65:8

trick 36:13

true 76:21

trust 90:18,21 91:2,5,10

truth 9:21,22 10:2,3 37:8

turn 84:3 90:16 91:20 102:21 107:10

type 55:25 93:7 94:21

types 96:2

typical 71:15

**U**

U.S. 13:14

Uh-huh 12:18 36:14 62:8 86:1

ultimate 90:5

ultimately 21:19 56:10

un 16:16

un-levered 65:25

uncertainty 60:12

unchanged 16:17

underestimated 78:14

underlying 32:12 42:6 60:9 61:4,12

underneath 16:24 79:17

understand 11:12,19 26:19 29:6
31:21 44:15 54:5 59:20 63:10 66:24
82:19 90:18,21 91:1 101:16,21
102:14,18 106:8,15 110:11

understanding 18:23 19:2 44:23
59:17 88:10 100:7 102:4,17 107:4,9

understood 11:16 19:3 27:16 40:12
43:24 58:13,14 60:18

undertake 96:25 97:4

undeveloped 72:5

unique 74:10 75:3 98:2,3,4,5

United 8:8

unnecessarily 9:7

unreasonable 50:6,23 51:8,25

urge 12:8

utilizing 62:19 69:21

**V**

vague 67:8 80:24 87:13 105:22

validate 60:9

valuation 26:25

values 27:8

variance 75:24 85:3

variances 85:15

verify 48:14

versus 13:14 76:2 84:18,22 85:9,16

Vice 13:6,10

Video 8:6

videoconference 8:13

visitation 100:3

volumes 70:15

**W**

wanted 29:5 72:15

web 8:13

week 34:18,20 35:21 38:4 40:15
41:11,19 88:16,18

weekly 54:23

weeks 18:11 41:10 88:17,18

Weil 8:21

wells 47:21 71:19 72:8,10,18 73:7
79:3,5 83:12,22 84:18,21,22 85:8,9,
16 86:7,12 88:25 90:2 96:1 105:1
108:21

Wengton 10:9

window 95:4

witness's 9:18 10:4

witnesses 54:7,8

word 53:1,2

wording 53:25

words 35:24 46:3

work 17:6,11 18:2,4,5,6,14,17,22,24,
25 19:17 20:5,15 33:20 34:19 35:2,14
40:24 42:6,13 43:4,7 46:3 47:6,15,20
48:6,19 52:7,8,17 53:4,7,9,10,15
54:1,4 56:1 57:1,6,7,9 58:17 63:9

70:11 73:7,10 77:9,10,22 81:20,23
88:6 90:12 92:20 111:6

workbook 85:2

worked 22:7 43:12,14 46:19 51:19
68:21 94:14,15,17

working 22:20 23:8,11 34:10 47:17

workover 65:8

works 47:8 92:8

worksheets 33:20

write 53:23

written 54:25

wrote 16:14,15 20:3

**Y**

y'all 14:5 92:8

year 16:21 17:1 44:9 47:18 49:10
50:2 62:21 66:21 79:15,16,19,21
82:8,10 88:23 89:1,25 101:12 102:1
103:7 104:16,20

year-end 23:3 50:1 55:12,16,23
56:2,11,18 69:10,22 70:2,5

years 10:15 13:25 47:17 68:15 72:4
78:4 79:12 80:6 94:15 96:4 98:18,19
101:7 104:24,25

yesterday 14:4

yield 62:22

younger 92:2