## **Exhibit 3**

**Deposition Notice and Subpoena Duces Tecum**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------------ x
:
In re                                      :   Chapter 11
:
FIELDWOOD ENERGY LLC, *et al.*,            :   Case No. 20–33948 (MI)
:
Debtors.[1]                      :   (Jointly Administered)
:
------------------------------------------------------------------ x

### DEPOSITION NOTICE AND SUBPOENA DUCES TECUM

TO:   LILY W. CHEUNG of Netherland, Sewell & Associates, Inc., by and through her counsel of record, Jase Brown, CHIESA, SHAHINIAN & GIANTOMASI PC, One Boland Drive, West Orange, NJ 07052.

**PLEASE TAKE NOTICE THAT**, pursuant to the applicable Federal Rules of Bankruptcy Procedure, Rules 26 and 30 of the Federal Rules of Civil Procedure, and the Local Rules for the United States Bankruptcy Court for the Southern District of Texas, Fieldwood Energy LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "**Debtors**"), will take the deposition of LILY W. CHEUNG on **Friday, June 4, 2021, beginning at 11:00 a.m. (CT)** remotely and in accordance with the Federal Rules of Civil Procedure.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**DEPOSITION NOTICE AND SUBPOENA DUCES TECUM**                                       Page 1 of 4

The above-referenced deposition will be taken before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by stenographic and videographic means. The examination may continue from day to day until completed.

The deposition relates to the hearing scheduled on Wednesday, June 9, 2021, beginning at 9:00 a.m. CT ("**Hearing**") regarding confirmation of the Debtors' *Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [ECF No. 1284] (the "**Plan**") and any supplements thereto.

To the extent not previously identified and produced, the witness is hereby commanded to immediately produce to counsel for Debtors all documents upon which she relies in rendering any opinion(s) she intends to offer at the Hearing in connection with the Hearing or confirmation of the Plan and all documents which reflect, support, or relate to any such opinion(s).

You are requested to have your client present at the aforesaid time and place. You are invited to attend and participate in the examination if you so desire. Any party who wishes to participate in the deposition should contact Ron Miller of Weil, Gotshal and Manges LLP at ron.miller@weil.com no less than 12 hours before the start of the deposition for more information on how to participate remotely, to the extent authorized in accordance with any agreement of the parties regarding confidentiality in these chapter 11 cases.

Dated: June 2, 2021
      Dallas, Texas

    */s/Paul R. Genender*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
        Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

-and-

WEIL, GOTSHAL & MANGES LLP
Paul R. Genender (00790758)
Erin M. Choi (24079436)
Ronald Miller (24095424)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7877
Facsimile:  (214) 746-7777
Email:   Paul.Genender@weil.com
       Erin.Choi@weil.com
       Ron.Miller@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2021, a true and complete copy of the foregoing document was served by electronic mail on all known counsel of record.

                                         */s/ Paul R. Genender*
                                         Paul R. Genender