IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING HCC INTERNATIONAL INSURANCE COMPANY PLC'S
<u>EMERGENCY MOTION IN LIMINE</u>**

The Court, having considered HCC International Insurance Company Plc's *Emergency Motion in Limine* (the "<u>Motion</u>"), notice of the Motion having been adequate and appropriate under the circumstances, and after due deliberation and sufficient cause appearing therefore, hereby ORDERED that:

1. The Motion is hereby GRANTED as set forth herein;

2. Any witness of the debtor who has not been designated as an expert witness in accordance with the Court's Scheduling Order (Doc. No. 1224) shall be prohibited from providing expert opinions.

Date:_____, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

8

92309648v.3