IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket No. 1357 & 1481 |

**CERTIFICATE OF NO OBJECTION TO DEBTORS' FIRST
OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM
(AMENDED & SUPERSEDED CLAIMS AND DUPLICATE CLAIMS)**

1. On May 7, 2021, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Debtors' First Omnibus Objection to Certain Proofs of Claim (Amended & Superseded Claims and Duplicate Claims)* (Docket No. 1357) (the "**Claims Objection**").

2. Responses to the Claims Objection were required to be filed and served by June 6, 2021 (the "**Response Deadline**").

3. Prior to the expiration of the Response Deadline, LLOG Exploration Offshore LLC ("**LLOG**") filed *LLOG Exploration Offshore LLC's Response to Debtors' First Omnibus Objection to Certain Proofs of Claim (Amended & Superseded Claims and Duplicate Claims)* (Docket No. 1481) (the "**LLOG Response**"). Following receipt of the LLOG Response, the Debtors conferred with LLOG's counsel and LLOG's counsel subsequently confirmed that it

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

does not object to the entry of the proposed form of order annexed to the Claims Objection at Exhibit B (the "**Proposed Order**").

        4.        In accordance with paragraph 41 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than 24 hours have passed since the Response Deadline, (ii) the undersigned counsel is unaware of any objection to the Claims Objection, and (iii) the undersigned counsel has reviewed the Court's docket and no objection or response to the Claims Objection (other than the LLOG Response) appears thereon.

        5.        Therefore, the Debtors respectfully request entry of the Proposed Order for the Claims Objection annexed hereto as **Exhibit A**.

Dated:  June 14, 2021
       Houston, Texas

Respectfully submitted,

 /s/ *Jessica Liou*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com


-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
        Jessica.Liou@weil.com


*Attorneys for Debtors*
*and Debtors in Possession*

## **Certificate of Service**

I hereby certify that on June 14, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Jessica Liou*  
                                                   Jessica Liou