IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| In re: § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, § § | Case No. 20-33948 (MI) |
| § § | (Jointly Administered) |
| Debtors.[1] § § | Re:  Docket No. 1357 |

### ORDER SUSTAINING DEBTORS' FIRST OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM (AMENDED & SUPERSEDED CLAIMS AND DUPLICATE CLAIMS)

Upon the objection, dated May 7, 2021 (the "**Objection**")[2] of Fieldwood Energy LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), seeking entry of an order (this "**Order**") (i) disallowing and expunging the Amended & Superseded Claims identified on **Schedule 1** attached hereto and (ii) disallowing and expunging the Duplicate Claims identified on **Schedule 2** attached hereto, and granting related relief, all as more fully set forth in the Objection; and upon the *Declaration of Clayton Gring in Support of Debtors' First Omnibus Objection to Certain Proofs of Claim (Amended & Superseded Claims and Duplicate Claims)* (attached as **Exhibit A** to the Objection); pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure; and the Court having jurisdiction to consider the Objection and the relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

[2] All capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to such terms in the Objection.

requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Each Amended & Superseded Claim identified on **Schedule 1** to this Order is disallowed and expunged in its entirety.

2. Each Duplicate Claim identified on **Schedule 2** to this Order is disallowed and expunged in its entirety.

3. Prime Clerk LLC, as claims, noticing and solicitation agent, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

4. To the extent a response was filed regarding any Amended & Superseded Claim or Duplicate Claim, each such Amended & Superseded Claim or Duplicate Claim, and the Objection as it pertains to such Amended & Superseded Claim or Duplicate Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Amended & Superseded Claim or Duplicate Claim.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any prepetition claim against a Debtor; (ii) a waiver of any party's right to dispute any

prepetition claim on any grounds; (iii) a promise or requirement to pay any prepetition claim; (iv) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (v) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

6. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all steps necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Objection.

8. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2021

    Houston, Texas

                                MARVIN ISGUR
                                UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

**Amended & Superseded Claims**

| Amended & Superseded Claims | | | | | | | | | In re: Fieldwood Energy LLC, et. al. |
|---|---|---|---|---|---|---|---|---|---|

## Schedule 1
## Amended & Superseded Claims

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 105 | Fieldwood Energy LLC | **Creditor:** | $87,230.78 | $0.00 | $0.00 | $0.00 | $87,230.78 |
| | | | ALDINE INDEPENDENT SCHOOL DISTRICT | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| Filed On: 9/8/2020 | | | 2520 W.W. THORNE - LEGAL DEPT.<br>HOUSTON, TX 77073 | | | | | |
| **Claim To Be Disallowed** | 171 | Fieldwood Energy LLC | **Creditor:** | $87,230.78 | $0.00 | $0.00 | $0.00 | $87,230.78 |
| | | | ALDINE INDEPENDENT SCHOOL DISTRICT | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| Filed On: 9/2/2020 | | | 2520 W.W. THORNE - LEGAL DEPT.<br>HOUSTON, TX 77073 | | | | | |
| **Remaining Claim** | 222 | Fieldwood Energy LLC | ALDINE INDEPENDENT SCHOOL DISTRICT | $12,820.95 | $0.00 | $0.00 | $0.00 | $12,820.95 |
| Filed On: 10/6/2020 | | | 2520 W.W. THORNE - LEGAL DEPT.<br>HOUSTON, TX 77073 | | | | | |
| **Claims To Be Disallowed Totals** | | | 2 | $174,461.56 | $0.00 | $0.00 | $0.00 | $174,461.56 |

**Schedule 2**

**Duplicate Claims**

Duplicate Claims

## Schedule 2
## Duplicate Claims

In re:Fieldwood Energy LLC, et. al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 297 | Fieldwood Energy LLC | **Creditor:**<br>Colorado County Central Appraisal District<br><br>Perdue Brandon Fielder Collins & Mott C/O John T Banks 3301 Northland Drive, Ste 505<br>Austin, TX  78731 | $776.26 | $0.00 | $0.00 | $0.00 | $776.26 |
| **Filed On:** 10/30/2020 | | | | | | | | |
| **Remaining Claim** | 296 | Fieldwood Energy LLC | Colorado County Central Appraisal District<br><br>Perdue Brandon Fielder Collins & Mott c/o John T Banks 3301 Northland Drive, Ste 505<br>Austin, TX  78731 | $776.26 | $0.00 | $0.00 | $0.00 | $776.26 |
| **Filed On:** 10/30/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 316 | Fieldwood Energy LLC | **Creditor:**<br>Deepsea Quality Consulting Inc.<br><br>13111 Rummel Creek<br>Houston, TX  77079 | $109,415.11 | $30,440.53 | $0.00 | $0.00 | $109,415.11 |
| **Filed On:** 11/5/2020 | | | | | | | | |
| **Remaining Claim** | 292 | Fieldwood Energy LLC | Deepsea Quality Consulting Inc.<br><br>13111 Rummel Creek<br>Houston, TX  77079 | $109,415.11 | $30,440.53 | $0.00 | $0.00 | $109,415.11 |
| **Filed On:** 10/27/2020 | | | | | | | | |

Page 1

Duplicate Claims

## Schedule 2
## Duplicate Claims

In re:Fieldwood Energy LLC, et. al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 668 | Fieldwood Energy Offshore LLC | **Creditor:** | $902,490.92 | $0.00 | $0.00 | $18,905,960.55 | $19,808,451.47 |
| | | | LLOG Exploration Offshore, L.L.C. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | Looper Goodwine Attn: Paul J. Goodwine 650 Poydras Street, Suite 2400 New Orleans, LA  70130 | | | | | |
| **Remaining Claim** | 622 | Fieldwood Energy Offshore LLC | LLOG Exploration Offshore, L.L.C. | $902,490.92 | $0.00 | $0.00 | $18,905,960.55 | $19,808,451.47 |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | Looper Goodwine Attn: Paul J. Goodwine 650 Poydras Street, Suite 2400 New Orleans, LA  70130 | | | | | |
| **Claim To Be Disallowed** | 727 | Fieldwood Energy LLC | **Creditor:** | $8,565,732.12 | $0.00 | $0.00 | $0.00 | $8,565,732.12 |
| | | | Red Willow Offshore, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | c/o Barnet B. Skelton, Jr. 815 Walker, Suite 1502 Houston, TX  77002 | | | | | |
| **Remaining Claim** | 617 | Fieldwood Energy LLC | Red Willow Offshore, LLC | $8,565,732.12 | $0.00 | $0.00 | $0.00 | $8,565,732.12 |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | c/o Barnet B. Skelton, Jr. 815 Walker, Suite 1502 Houston, TX  77002 | | | | | |

| Duplicate Claims | | | Schedule 2 Duplicate Claims | | | | | In re:Fieldwood Energy LLC, et. al. Case No 20-33948 Jointly Administered |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
| **Claim To Be Disallowed** | 866 | Fieldwood Energy LLC | **Creditor:** Superior Performance, Inc. Duhon Law Firm P.O. Box 52566 Lafayette, LA  70505 | $184,954.24 Unliquidated | $0.00 Unliquidated | $0.00 Unliquidated | $0.00 Unliquidated | $184,954.24 Unliquidated |
| Filed On: 11/23/2020 | | | | | | | | |
| **Remaining Claim** | 814 | Fieldwood Energy LLC | Superior Performance, Inc. Duhon Law Firm P.O. Box 52566 Lafayette, LA  70505 | $184,954.24 Unliquidated | $0.00 Unliquidated | $0.00 Unliquidated | $0.00 Unliquidated | $184,954.24 Unliquidated |
| Filed On: 11/25/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 655 | GOM Shelf LLC | **Creditor:** Wood Group PSN, Inc. C/O Dore Rothberg McKay, P.C. 17171 Park Row, Suite 160 Houston, TX  77084 | $608,980.83 | $0.00 | $0.00 | $0.00 | $608,980.83 |
| Filed On: 11/24/2020 | | | | | | | | |
| **Remaining Claim** | 551 | GOM Shelf LLC | Wood Group PSN, Inc C/O Dore Rothberg McKay, P.C. 17171 Park Row, Suite 160 Houston, TX  77084 | $608,980.83 | $0.00 | $0.00 | $0.00 | $608,980.83 |
| Filed On: 11/24/2020 | | | | | | | | |
| **Claims To Be Disallowed Totals** | | | 6 | $10,372,349.48 | $30,440.53 | $0.00 | $18,905,960.55 | $29,278,310.03 |