IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**NOTICE OF HEARING ON HCC INTERNATIONAL INSURANCE COMPANY PLC'S**
***EMERGENCY* MOTION IN LIMINE**
(Related to Docket No. 1559)

**PLEASE TAKE NOTICE** that on June 14, 2021, HCC International Insurance Compance Plc filed its Emergency Motion in Limine [Docket No. 1559] (the "***Motion***").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has been set for **June 16, 2021 at 2:00 p.m.** The hearing will be conducted by telephone and video conference.

**PLEASE TAKE FURTHER NOTICE** that on March 24, 2020, through the entry of General Order 2020-10, the Court invoked the Protocol for Emergency Public Health or Safety Conditions. The Order may be found at: https://www.txs.uscourts.gov/bankruptcy/genord. Therefore, all persons will appear telephonically and also may appear via video at this hearing using the Court's electronic conference systems.

**PLEASE TAKE FURTHER NOTICE** that the Court will simultaneously use two technology methods to conduct electronic hearings. One method will provide audio communication. The other will provide video access to exhibits and materials presented to the Court. If a party wants to both view the documents presented to the Court and hear the proceeding, the party must 1) dial in through the audio system, and 2) log into the Court's video via GoToMeeting.

**Audio Communication**

Audio communication will conducted by use of the Court's regular dial-in number: **832-917-1510**. At the start of the call, the caller will be asked to enter a six-digit conference code. The six-digit conference code for this hearing is Judge Isgur's conference room number: **954554**. Each caller shall be responsible for its own long-distance charges. Parties are encouraged to review

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

the Court's procedures for telephonic appearances located on Judge Isgur's home page on the Southern District of Texas website. Attorneys, witnesses, and parties-in-interest wishing to participate in the hearing must connect to the hearing by audio communication. Any person who wishes to attend the hearing may also dial in to the audio conference dial-in number. Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that person speaks in order to assist any transcriber of the audio recording.

## Video Communication

Parties may participate in electronic hearings by use of an internet connection. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: June 15, 2021

Respectfully submitted,

/s/ Simon R. Mayer
Philip G. Eisenberg
Texas Bar Number 24033923
Elizabeth M. Guffy
Texas Bar Number 8592525
Simon R. Mayer
Texas Bar Number 24060243
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
Email: peisenberg@lockelord.com
eguffy@lockelord.com
simon.mayer@lockelord.com

Bradley C. Knapp
Texas Bar Number 24060101
601 Poydras St., Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5210
Email: bknapp@lockelord.com

***Attorneys for HCC International Insurance Company Plc***

**Certificate of Service**

  I certify that on June 15, 2021, a copy of the foregoing document was served on the entities registered for the Court's ECF service by email.

               */s/ Simon R. Mayer*
               Simon R. Mayer