IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et. al., | § | Case No. 20-33948 |
| | § | |
| Debtors. | § | |
| | § | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF OBJECTION OF SPARROWS OFFSHORE LLC TO CONFIRMATION OF THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF FIELDWOOD ENERGY, LLC

Sparrows Offshore LLC ("Sparrows") files this *Notice of Withdrawal of Objection to Confirmation of the Fourth Amended Joint Prepackaged Plan of Fieldwood Energy, LLC.* (Dkt. 1469).

Respectfully submitted,

KANE RUSSELL COLEMAN LOGAN PC

By: */s/ Michael P. Ridulfo*
Michael P. Ridulfo
State Bar No. 16902020
SDTX No.: 27086
5051 Westheimer Rd., 10th Floor
Houston, Texas 77056
Ph: (713) 425-7400
Fax: (713) 425-7700
mridulfo@krcl.com

ATTORNEY FOR SPARROWS
OFFSHORE  LLC

### CERTIFICATE OF SERVICE

This is to certify that on June 15, 2021, a true and correct copy of the foregoing was served via the Court's CM/ECF notification system.

*/s/ Michael P. Ridulfo*
Michael P. Ridulfo

8557470 v1 (13915.00026.000)