**EXHIBIT 5**

**ILX PROSPECT CASH ADVANCE INVOICES**

ILX PROSPECT KATMAI LLC
CASH CALL SCHEDULE FOR THE
GREEN CANYON 40#1 'KATMAI' PROSPECT'S COMPLETION COSTS
OPERATOR : FIELDWOOD ENERGY LLC

**Coding for Cash Call Amount (04/06/20)**

| Cost Center | AFE Number | Invoice Number | Cost Category | 8/8ths Amount | ILX Amount | |
|---|---|---|---|---|---|---|
| GC40#1 | FW202002 | 167088 | Advance to Operators - ADV | $41,650,000.00 | $10,412,500.00 | |
| Total Payment due to Fieldwood Energy on 05/06/20: | | | | | $10,412,500.00 | (a.) |

Invoice No.: 167088
Invoice Date: April 6, 2020

**Wiring Instructions:**

Beneficiary Bank: Capital One Bank
1000 Louisiana St., Suite 2950
Houston, TX 77002
Account Name: Fieldwood Energy LLC
ABA No:
Beneficiary Account No.: ▇▇▇▇
Footnote:

(a.) - Please find attached a copy of the Fieldwood Energy Invoice.
Attached is a copy of AFE #: FW202002

**REC Fund Ownership Detail for Project:**

The COIN, L.P. Fund owns 3.6% of the REC managed interest in this project.
The Gulf of Mexico Institutional II, L.P. Fund owns 46.4% of the REC managed interest in this project.
ILX Holdings II, L.L.C. owns 50.00% of the REC managed interest in this project.

1

ACCOUNTS RECEIVABLE INVOICE

```
              Invoice Number:  167088
              Date:            04/06/20
              Owner Code:      ILX101
```

To: Attn: Brenda Henry  
    1254 Enclave Parkway, Suite 600  
    Houston, TX 77077

From: FIELDWOOD ENERGY LLC  
      2000 W SAM HOUSTON PKWY S  
      SUITE 1200  
      HOUSTON, TX 77042

| Billing Description | Well Code / Name | Invoice Amount |
|---|---|---|
| Advance | GC04001<br>GREEN CANYON 40 #1 | $10,412,500.00** |
| AFE: FW202002 | GC 40 #1 | |

*BH 04/07/2020*  
*wgt 4/7/2020*

2



# FIELDWOOD ENERGY
## COMPLETION PROJECTS
### ESTIMATE OF COSTS AND AUTHORIZATION FOR EXPENDITURE

Page 1 of 2

rev 12/10/18

REV#
SUPP#

| | | | | | |
|---|---|---|---|---|---|
| WELL CODE | GC04001 | OPERATOR | Fieldwood Energy LLC | AFE NO. | FW202002 |
| COUNTY / STATE | Offshore, LA | REGION | Deepwater | AFE TYPE | Completion |
| AREA BLK | Green Canyon 40 | WELL # / PLATFORM | #1 | ASSET TYPE | Well |
| FIELD | Katmai | LEGAL / OCS NO. | OCS-G 34536 | PROSPECT LEASE | Katmai |
| API # | | BOOKED / UNBOOKED | Unbooked | TOTAL FWE INTEREST | 50.000000% |
| ESTIMATED START DATE | 1/29/2020 | ESTIMATED END DATE | 2/29/2020 | AFE DATE | 11/13/2019 |
| OBJECTIVE | Purple sand (Zone 1) @ 26,105 ft MD/TVD, 26,021 ft TVDSS | | | | |

**DESCRIPTION**

Cost estimate for all tangible completion equipment (primary + back-up), plus all associated services required to complete one well inside 7-3/4" casing. This estimate does not include the Subsea Spool Tree and Tubing Hanger nor any other subsea equipment. This estimate includes Safety Valve, Chemical Injection Valves, Downhole Pressure & Temperature Gauges, Packers & Accessories, Tubing & Accessories, etc. It also includes an estimate for intangible costs such as upfront engineering time for the design and analysis work, plus all associated services required to complete the well. This AFE is being passed along the approval chain now because the current rig schedule has us completing this well late December 2019, or mid January 2020, and this needs approval prior to equipment make-up & testing.

*[handwritten: Likely beginning of February 2020]*

| AFE COST SUMMARY | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|
| GRAND TOTAL COSTS | 49,623,320 | 0 | 49,623,320 |
| LESS OUTSIDE INTEREST | 24,811,660 | 0 | 24,811,660 |
| TOTAL NET COST | 24,811,660 | 0 | 24,811,660 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PREPARED BY | Kerby Dufrene | | DATE | 11/13/2019 | A. GROSS ORIGINAL AFE AMOUNT | 49,623,320 |
| APPROVED BY | Jack Sanford | *[signed]* | DATE | 11/26/2019 | B. FIELDWOOD NET ORIGINAL AFE AMOUNT | 24,811,660 |
| APPROVED BY | John Dwyer | *[signed]* | DATE | 11/26/2019 | C. NET ASSET TRANSFERS | |
| APPROVED BY | Truitt Smith | *[signed]* | DATE | 11/26/2019 | D. TOTAL NET ORIGINAL AFE (LINE B PLUS LINE C) | 24,811,660 |
| APPROVED BY | John Pritchett | *[signed]* | DATE | 12/2/2019 | E. GROSS SUPPLEMENT | 0 |
| APPROVED BY | John Seeger | *[signed]* | DATE | 12/3/2019 | F. NET SUPPLEMENT | 0 |
| APPROVED BY | John Smith | *[signed]* | DATE | 12/3/2019 | G. GROSS TOTAL AFE AMOUNT | 49,623,320 |
| APPROVED BY | Gary Janik | *[signed]* | DATE | 12/3/2019 | H. FIELDWOOD TOTAL NET AFE AMOUNT | 24,811,660 |
| APPROVED BY | G. M. McCarroll | *[signed]* | DATE | 12/4/2019 | | |

| COMPANY | INTEREST | SHARE | APPROVED BY | DATE |
|---|---|---|---|---|
| Fieldwood Energy LLC | 50.000000% | $24,811,660 | | |
| ILX Prospect Katmai LLC* | 25.000000% | $12,405,830 | *[signed]* | 1-6-20 |
| Ridgewood Katmai LLC* | 25.000000% | $12,405,830 | *[signed]* | 1-6-20 |
| | | | | |
| TOTAL | 100.000000% | $49,623,320 | | |

*[handwritten: RWS 12/19/19]*

**COMMENTS:**
*On behalf of and as Manager of its Managed Interests.
Ridgewood carries its own insurance.

MS

*[handwritten: *Verbal approvals given to FE 1/3/2020.]*



## FIELDWOOD ENERGY
### COMPLETION PROJECTS
### ESTIMATE OF COSTS AND AUTHORIZATION FOR EXPENDITURE

Page 2 of 2

rev 12/10/18

REV#
SUPP#

| WELL CODE | GC04001 | OPERATOR | Fieldwood Energy LLC | AFE NO. | FW202002 |
|---|---|---|---|---|---|

| MAIN | SUB | ACCOUNT DESCRIPTION | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|---|---|
| 3060 | 5 | LOCATION & PERMITS | 106,000 | | 106,000 |
| 3060 | 10 | MOB/DEMOB | 20,000 | | 20,000 |
| 3060 | 15 | RIG/LIFT BOAT | 5,652,000 | | 5,652,000 |
| 3060 | 20 | HWO/CT/WELL SERVICES | 278,030 | | 278,030 |
| 3060 | 24 | WATER | 3,000 | | 3,000 |
| 3060 | 25 | MARINE FUEL | 1,440,000 | | 1,440,000 |
| 3060 | 26 | MARINE LUBRICANTS | 5,500 | | 5,500 |
| 3060 | 28 | DRILLING FLUIDS&SOLIDS CONTROL | 495,760 | | 495,760 |
| 3060 | 30 | COMPLETION FLUIDS & FILTERING | 4,233,928 | | 4,233,928 |
| 3060 | 35 | DRILLING BITS | 0 | | 0 |
| 3060 | 38 | CONSULTING ENGR/SUPERVISION | 1,400,850 | | 1,400,850 |
| 3060 | 40 | SUPPLIES | 0 | | 0 |
| 3060 | 45 | MEALS & LODGING/CATERING | 226,800 | | 226,800 |
| 3060 | 50 | COMMUNICATIONS | 43,200 | | 43,200 |
| 3060 | 55 | RENTAL EQUIPMENT | 4,300,124 | | 4,300,124 |
| 3060 | 60 | AIR TRANSPORTATION | 900,000 | | 900,000 |
| 3060 | 61 | LAND TRANSPORTATION | 280,800 | | 280,800 |
| 3060 | 62 | MARINE TRANSPORTATION | 3,220,000 | | 3,220,000 |
| 3060 | 75 | WELL TESTING | 1,921,000 | | 1,921,000 |
| 3060 | 80 | ELECTRIC WIRELINE/LOGGING | 373,353 | | 373,353 |
| 3060 | 82 | SLICKLINE | 122,500 | | 122,500 |
| 3060 | 90 | CONTRACT LABOR | 1,271,800 | | 1,271,800 |
| 3060 | 105 | FISHING | 125,000 | | 125,000 |
| 3060 | 110 | CEMENTING | 288,000 | | 288,000 |
| 3060 | 115 | INSURANCE | 0 | | 0 |
| 3060 | 125 | ENVIRONMENTAL/SAFETY SERVICES | 682,000 | | 682,000 |
| 3060 | 130 | OVERHEAD | 342,000 | | 342,000 |
| 3060 | 135 | MISCELLANEOUS | 64,000 | | 64,000 |
| 3060 | 140 | TUBING CONVEYED PERFORATING | 359,988 | | 359,988 |
| 3060 | 150 | STIMULATION & SAND CONTROL | 3,667,420 | | 3,667,420 |
| 3060 | 165 | TUBULAR SERVICES/INSPECTIONS | 740,902 | | 740,902 |
| 3060 | 168 | WELLHEAD SERVICES | 1,166,000 | | 1,166,000 |
| 3060 | 170 | DOCK SERVICES | 468,000 | | 468,000 |
| 3060 | 177 | INTANGIBLE COMP (OUTSIDE OPERATED) | 0 | | 0 |
| 3060 | 900 | CONTINGENCIES | 1,719,608 | | 1,719,608 |
| | | **SUBTOTAL INTANGIBLE COMPLETION COSTS** | **35,917,561** | **0** | **35,917,561** |

| MAIN | SUB | ACCOUNT DESCRIPTION | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|---|---|
| 3110 | 20 | PROD CASING - TIEBACK/LINER | 0 | | 0 |
| 3110 | 30 | WELLHEAD EQUIPMENT | 123,300 | | 123,300 |
| 3110 | 35 | SUBSURFACE PRODUCTION EQUIP | 7,658,522 | | 7,658,522 |
| 3110 | 50 | TUBING/TUBING ACCESSORIES | 5,271,281 | | 5,271,281 |
| 3110 | 58 | FACILITIES HOOKUP/SURF. EQUIP | 0 | | 0 |
| 3110 | 70 | MISCELLANEOUS | 0 | | 0 |
| 3110 | 75 | TANGIBLE COMP (OUTSIDE OPERATED) | 0 | | 0 |
| 3110 | 900 | CONTINGENCIES | 652,655 | | 652,655 |
| | | **SUBTOTAL TANGIBLE COMPLETION COSTS** | **13,705,758** | **0** | **13,705,758** |

ILX PROSPECT KATMAI LLC
CASH CALL SCHEDULE FOR THE
GREEN CANYON 40#1 'KATMAI' PROSPECT'S COMPLETION COSTS
OPERATOR : FIELDWOOD ENERGY LLC

Exhibit 5-B

### Coding for Cash Call Amount (05/13/20)

| Cost Center | AFE Number | Invoice Number | Cost Category | 8/8ths Amount | ILX Amount | | |
|---|---|---|---|---|---|---|---|
| GC40#1 | FW202002-S1 | 168381 | Advance to Operators - ADV | $4,960,000.00 | $1,240,000.00 | $1,240,000.00 | (a.) |

Total Payment due to Fieldwood Energy on 06/12/20:

Invoice No.: 168381
Invoice Date: May 13, 2020

**Wiring Instructions:**

Beneficiary Bank: Capital One Bank
1000 Louisiana St., Suite 2950
Houston, TX 77002
Account Name: Fieldwood Energy LLC
ABA No:
Beneficiary Account No.: ███
Footnote:

(a.) - Please find attached a copy of the Fieldwood Energy Invoice.
Attached is a copy of AFE #: FW202002

**REC Fund Ownership Detail for Project:**

The COIN, L.P. Fund owns 3.6% of the REC managed interest in this project.
The Gulf of Mexico Institutional II, L.P. Fund owns 46.4% of the REC managed interest in this project.
ILX Holdings II, L.L.C. owns 50.00% of the REC managed interest in this project.

5

ACCOUNTS RECEIVABLE INVOICE

```
              Invoice Number:   168381
              Date:             05/13/20
              Owner Code:       ILX101
```

To: Attn: Brenda Henry                     From: FIELDWOOD ENERGY LLC
    1254 Enclave Parkway, Suite 600              2000 W SAM HOUSTON PKWY S
    Houston, TX 77077                            SUITE 1200
                                                 HOUSTON, TX 77042

| Billing Description | Well Code / Name | Invoice Amount |
|---|---|---|
| Advance | GC04001<br>GREEN CANYON 40 #1 | $1,240,000.00** |
| AFE: FW202002 | GC 40 #1 | |

*wgt 5/28/2020*

Brenda Henry
Digitally signed by Brenda Henry
DN: cn=Brenda Henry, o=Ridgewood Energy, ou,
email=bhenry@ridgewoodenergy.com, c=US
Date: 2020.05.29 06:39:02 -05'00'

6

Page 1 of 2

Rev 2020.01.30

# FIELDWOOD ENERGY
## COMPLETION PROJECTS
### ESTIMATE OF COSTS AND AUTHORIZATION FOR EXPENDITURE

| IN 2020 BUDGET: | ○YES ●NO |
| IN 2020 FORECAST: | ○YES ●NO |
| RESTORE TO B 2020: | ○YES ●NO |

REV#
SUPP# 1

| WELL CODE | GC04001 | OPERATOR | Fieldwood Energy LLC | AFE NO. | FW202002-S1 |
|---|---|---|---|---|---|
| COUNTY / STATE | Offshore, LA | REGION | Deepwater | AFE TYPE | Completion |
| AREA BLK | Green Canyon 40 | WELL # / PLATFORM | #1 | ASSET TYPE | Well |
| FIELD | Katmai | LEGAL / OCS NO. | OCS-G 34536 | PROSPECT LEASE | Katmai |
| API # |  | BOOKED / UNBOOKED | Unbooked | TOTAL FWE INTEREST | 50.000000% |
| ESTIMATED START DATE | 1/29/2020 | ESTIMATED END DATE | 2/29/2020 | AFE DATE | 5/19/2020 |

OBJECTIVE: Purple_B_1 sand @ 26,070 ft MD, 26,069 ft TVD

**DESCRIPTION**

A supplement is requested in the amount of $17,505,026 to cover over-expenditures beyond the scope of the completion AFE contingency. The following events/over-expenditures occurred:

16 Additional Days are required to finish proposed work.
NPT: 15%
Rig Rate: $ 185 M/day

Includes the following:
-Total NPT: $24,669 M
1) TCP Mis-Fire: $1,582 M
2) GP Service Tool Issue/Re-run: $2,537 M
3) Fishing Operations and Re-running of Upper Completion: $20,550 M
- Credit/Correction to Actual Completion Tangibles: (-) $576 M
----------
Completion AFE: Cost estimate for all tangible completion equipment (primary + back-up), plus all associated services required to complete one well inside 7-3/4" casing. This estimate does not include the Subsea Spool Tree and Tubing Hanger nor any other subsea equipment. This estimate includes Safety Valve, Chemical Injection Valves, Downhole Pressure & Temperature Gauges, Packers & Accessories, Tubing & Accessories, etc. It also includes an estimate for intangible costs such as upfront engineering time for the design and analysis work, plus all associated services required to complete the well. This AFE is being passed along the approval chain now because the current rig schedule has us completing this well late December 2019, or mid January 2020, and this needs approval prior to equipment make-up & testing.

| AFE COST SUMMARY | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|
| GRAND TOTAL COSTS | 49,623,320 | 17,505,026 | 67,128,346 |
| LESS OUTSIDE INTEREST | 24,811,660 | 8,752,513 | 33,564,173 |
| TOTAL NET COST | 24,811,660 | 8,752,513 | 33,564,173 |

| PREPARED BY | Kerby Dufrene | | DATE | 5/19/2020 | | |
|---|---|---|---|---|---|---|
| APPROVED BY | Rocky Robbins | | DATE | 5/26/2020 | | |
| APPROVED BY | John Seeger | | DATE | 5/26/2020 | | |
| APPROVED BY | Mike Dane | | DATE | 5/28/2020 | | |
| APPROVED BY | G. M. McCarroll | | DATE | 5/28/2020 | | |
| APPROVED BY | | | DATE | | | |
| APPROVED BY | | | DATE | | | |
| APPROVED BY | | | DATE | | | |

| | | |
|---|---|---|
| A. | GROSS ORIGINAL AFE AMOUNT | 49,623,320 |
| B. | FIELDWOOD NET ORIGINAL AFE AMOUNT | 24,811,660 |
| C. | NET ASSET TRANSFERS | |
| D. | TOTAL NET ORIGINAL AFE (LINE B PLUS LINE C) | 24,811,660 |
| E. | GROSS SUPPLEMENT | 17,505,026 |
| F. | NET SUPPLEMENT | 8,752,513 |
| G. | GROSS TOTAL AFE AMOUNT | 67,128,346 |
| H. | FIELDWOOD TOTAL NET AFE AMOUNT | 33,564,173 |

| COMPANY | INTEREST | SHARE | APPROVED BY | DATE |
|---|---|---|---|---|
| Fieldwood Energy LLC | 50.000000% | $8,752,513 | | |
| ILX Prospect Katmai LLC | 25.000000% | $4,376,257 | | |
| Ridgewood Katmai LLC | 25.000000% | $4,376,257 | | |
| | | | | |
| | | | | |
| TOTAL | 100.000000% | $17,505,026 | | |

COMMENTS:

7

Page 2 of 2

## FIELDWOOD ENERGY
### COMPLETION PROJECTS
### ESTIMATE OF COSTS AND AUTHORIZATION FOR EXPENDITURE

IN 2020 BUDGET: ○YES ●NO
IN 2020 FORECAST: ○YES ●NO
RESTORE TO B 2020: ○YES ●NO

Rev 2020.01.30

REV#
SUPP# 1

| WELL CODE | GC04001 | OPERATOR | Fieldwood Energy LLC | AFE NO. | FW202002-S1 |

| MAIN | SUB | ACCOUNT DESCRIPTION | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|---|---|
| 3060 | 5 | LOCATION & PERMITS | 106,000 | -9,953 | 96,047 |
| 3060 | 10 | MOB/DEMOB | 20,000 | -20,000 | 0 |
| 3060 | 15 | RIG/LIFT BOAT | 5,652,000 | 5,463,986 | 11,115,986 |
| 3060 | 20 | HWO/CT/WELL SERVICES | 278,030 | -278,030 | 0 |
| 3060 | 24 | WATER | 3,000 | 8,295 | 11,295 |
| 3060 | 25 | MARINE FUEL | 1,440,000 | 625,000 | 2,065,000 |
| 3060 | 26 | MARINE LUBRICANTS | 5,500 | 12,705 | 18,205 |
| 3060 | 28 | DRILLING FLUIDS&SOLIDS CONTROL | 495,760 | -391,018 | 104,742 |
| 3060 | 30 | COMPLETION FLUIDS & FILTERING | 4,233,928 | 834,262 | 5,068,190 |
| 3060 | 35 | DRILLING BITS | 0 | 9,017 | 9,017 |
| 3060 | 38 | CONSULTING ENGR/SUPERVISION | 1,400,850 | -38,978 | 1,361,872 |
| 3060 | 40 | SUPPLIES | 0 | | 0 |
| 3060 | 41 | CLEANING | | 152,802 | 152,802 |
| 3060 | 45 | MEALS & LODGING/CATERING | 226,800 | 348,615 | 575,415 |
| 3060 | 50 | COMMUNICATIONS | 43,200 | 21,346 | 64,546 |
| 3060 | 55 | RENTAL EQUIPMENT | 4,300,124 | -2,655,814 | 1,644,310 |
| 3060 | 56 | SPECIALTY RENTALS | | 4,163,855 | 4,163,855 |
| 3060 | 57 | TUBULAR RENTALS | | 845,998 | 845,998 |
| 3060 | 58 | BOPS, INSPECTIONS & RENTALS | | 161,901 | 161,901 |
| 3060 | 59 | ROV & TOOLING | | 824,378 | 824,378 |
| 3060 | 61 | TRANSPORTATION-LAND | 280,800 | -55,526 | 225,274 |
| 3060 | 62 | TRANSPORTATION-MARINE | 3,220,000 | 542,301 | 3,762,301 |
| 3060 | 63 | TRANSPORTATION-AIR | 900,000 | 642,919 | 1,542,919 |
| 3060 | 75 | WELL TESTING | 1,921,000 | 55,912 | 1,976,912 |
| 3060 | 80 | ELECTRIC WIRELINE/LOGGING | 373,353 | 350,050 | 723,403 |
| 3060 | 82 | SLICKLINE | 122,500 | 626,044 | 748,544 |
| 3060 | 90 | CONTRACT LABOR | 1,271,800 | -1,055,784 | 216,016 |
| 3060 | 105 | FISHING | 125,000 | 1,365,265 | 1,490,265 |
| 3060 | 110 | CEMENTING | 288,000 | 47,333 | 335,333 |
| 3060 | 115 | INSURANCE | 0 | | 0 |
| 3060 | 125 | ENVIRONMENTAL/SAFETY SERVICES | 682,000 | -394,695 | 287,305 |
| 3060 | 130 | OVERHEAD | 342,000 | -342,000 | 0 |
| 3060 | 135 | MISCELLANEOUS | 64,000 | 164,985 | 228,985 |
| 3060 | 140 | TUBING CONVEYED PERFORATING | 359,988 | 20,981 | 380,969 |
| 3060 | 150 | STIMULATION & SAND CONTROL | 3,667,420 | -111,902 | 3,555,518 |
| 3060 | 165 | TUBULAR SERVICES/INSPECTIONS | 740,902 | 609,084 | 1,349,986 |
| 3060 | 168 | WELLHEAD SERVICES | 1,166,000 | 1,113,721 | 2,279,721 |
| 3060 | 170 | DOCK SERVICES | 468,000 | 122,035 | 590,035 |
| 3060 | 177 | INTANGIBLE COMP (OUTSIDE OPERATED) | 0 | | 0 |
| 3060 | 900 | CONTINGENCIES | 1,719,608 | 4,302,546 | 6,022,154 |
| | | SUBTOTAL INTANGIBLE COMPLETION COSTS | 35,917,561 | 18,081,636 | 53,999,197 |

| MAIN | SUB | ACCOUNT DESCRIPTION | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|---|---|
| 3110 | 20 | PROD CASING - TIEBACK/LINER | 0 | | 0 |
| 3110 | 29 | QAQC & INSPECTIONS | | | 0 |
| 3110 | 30 | WELLHEAD EQUIPMENT | 123,300 | 93,700 | 217,000 |
| 3110 | 35 | SUBSURFACE PRODUCTION EQUIP | 7,658,522 | 209,529 | 7,868,051 |
| 3110 | 50 | TUBING/TUBING ACCESSORIES | 5,271,281 | -227,184 | 5,044,097 |
| 3110 | 58 | FACILITIES HOOKUP/SURF. EQUIP | 0 | | 0 |
| 3110 | 70 | MISCELLANEOUS | 0 | | 0 |
| 3110 | 75 | TANGIBLE COMP (OUTSIDE OPERATED) | 0 | | 0 |
| 3110 | 900 | CONTINGENCIES | 652,655 | -652,655 | 0 |
| | | SUBTOTAL TANGIBLE COMPLETION COSTS | 13,705,758 | -576,610 | 13,129,148 |

8

ILX PROSPECT KATMAI LLC
Exhibit 5-C
CASH CALL SCHEDULE FOR THE
GREEN CANYON 40#1 'KATMAI' PROSPECT'S COMPLETION COSTS
OPERATOR : FIELDWOOD ENERGY LLC

**Coding for Cash Call Amount (05/28/20)**

| Cost Center | AFE Number | Invoice Number | Cost Category | 8/8ths Amount | ILX Amount | |
|---|---|---|---|---|---|---|
| GC40#1 | FW202002-S1 | 168416 | Advance to Operators - ADV | $12,500,000.00 | $3,125,000.00 | |
| | | | | | | $3,125,000.00  (a.) |

Total Payment due to Fieldwood Energy on 06/26/2020:

Invoice No.: 168416
Invoice Date: May 28, 2020

**Wiring Instructions:**

Beneficiary Bank: Capital One Bank
1000 Louisiana St., Suite 2950
Houston, TX 77002
Account Name: Fieldwood Energy LLC
ABA No.:
Beneficiary Account No.:
Footnote:

(a.) - Please find attached a copy of the Fieldwood Energy Invoice.
Attached is a copy of AFE #: FW202002

**REC Fund Ownership Detail for Project:**

The COIN, L.P. Fund owns 3.6% of the REC managed interest in this project.
The Gulf of Mexico Institutional II, L.P. Fund owns 46.4% of the REC managed interest in this project.
ILX Holdings II, L.L.C. owns 50.00% of the REC managed interest in this project.

9

ACCOUNTS RECEIVABLE INVOICE

Invoice Number: 168416
Date: 05/28/20
Owner Code: ILX101

To: Attn: Brenda Henry
1254 Enclave Parkway, Suite 600
Houston, TX 77077

From: FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY S
SUITE 1200
HOUSTON, TX 77042

| Billing Description | Well Code / Name | Invoice Amount |
|---|---|---|
| Advance | GC04001<br>GREEN CANYON 40 #1 | $3,125,000.00** |
| AFE: FW202002 | GC 40 #1 | |

*wgt 5/29/2020*

Digitally signed by Brenda Henry
DN: cn=Brenda Henry, o=Ridgewood Energy, ou, email=bhenry@ridgewoodenergy.com, c=US
Date: 2020.05.29 14:59:26 -05'00'



Page 1 of 2

**FIELDWOOD ENERGY**
COMPLETION PROJECTS
ESTIMATE OF COSTS AND AUTHORIZATION FOR EXPENDITURE

| IN 2020 BUDGET: | ○YES ●NO |
| IN 2020 FORECAST: | ○YES ●NO |
| RESTORE TO B 2020: | ○YES ●NO |

Rev 2020.01.30

REV#
SUPP# 1

| WELL CODE | GC04001 | OPERATOR | Fieldwood Energy LLC | AFE NO. | FW202002-S1 |
|---|---|---|---|---|---|
| COUNTY / STATE | Offshore, LA | REGION | Deepwater | AFE TYPE | Completion |
| AREA BLK | Green Canyon 40 | WELL # / PLATFORM | #1 | ASSET TYPE | Well |
| FIELD | Katmai | LEGAL / OCS NO. | OCS-G 34536 | PROSPECT LEASE | Katmai |
| API # | | BOOKED / UNBOOKED | Unbooked | TOTAL FWE INTEREST | 50.000000% |
| ESTIMATED START DATE | 1/29/2020 | ESTIMATED END DATE | 2/29/2020 | AFE DATE | 5/19/2020 |

OBJECTIVE   Purple_B_1 sand @ 26,070 ft MD, 26,069 ft TVD

DESCRIPTION
A supplement is requested in the amount of $17,505,026 to cover over-expenditures beyond the scope of the completion AFE contingency. The following events/over-expenditures occurred:

16 Additional Days are required to finish proposed work.
NPT: 15%
Rig Rate: $ 185 M/day

Includes the following:
-Total NPT: $24,669 M
1) TCP Mis-Fire: $1,582 M
2) GP Service Tool Issue/Re-run: $2,537 M
3) Fishing Operations and Re-running of Upper Completion: $20,550 M
- Credit/Correction to Actual Completion Tangibles: (-) $576 M
----------
Completion AFE: Cost estimate for all tangible completion equipment (primary + back-up), plus all associated services required to complete one well inside 7-3/4" casing. This estimate does not include the Subsea Spool Tree and Tubing Hanger nor any other subsea equipment. This estimate includes Safety Valve, Chemical Injection Valves, Downhole Pressure & Temperature Gauges, Packers & Accessories, Tubing & Accessories, etc. It also includes an estimate for intangible costs such as upfront engineering time for the design and analysis work, plus all associated services required to complete the well. This AFE is being passed along the approval chain now because the current rig schedule has us completing this well late December 2019, or mid January 2020, and this needs approval prior to equipment make-up & testing.

| AFE COST SUMMARY | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|
| GRAND TOTAL COSTS | 49,623,320 | 17,505,026 | 67,128,346 |
| LESS OUTSIDE INTEREST | 24,811,660 | 8,752,513 | 33,564,173 |
| TOTAL NET COST | 24,811,660 | 8,752,513 | 33,564,173 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PREPARED BY | Kerby Dufrene | | DATE 5/19/2020 | A. | GROSS ORIGINAL AFE AMOUNT | 49,623,320 |
| APPROVED BY | Rocky Robbins | /s/ | DATE 5/26/2020 | B. | FIELDWOOD NET ORIGINAL AFE AMOUNT | 24,811,660 |
| APPROVED BY | John Seeger | /s/ | DATE 5/26/2020 | C. | NET ASSET TRANSFERS | |
| APPROVED BY | Mike Dane | /s/ | DATE 5/28/2020 | D. | TOTAL NET ORIGINAL AFE (LINE B PLUS LINE C) | 24,811,660 |
| APPROVED BY | G. M. McCarroll | /s/ GMMcCarroll | DATE 5/28/2020 | E. | GROSS SUPPLEMENT | 17,505,026 |
| APPROVED BY | | | DATE | F. | NET SUPPLEMENT | 8,752,513 |
| APPROVED BY | | | DATE | G. | GROSS TOTAL AFE AMOUNT | 67,128,346 |
| APPROVED BY | | | DATE | H. | FIELDWOOD TOTAL NET AFE AMOUNT | 33,564,173 |

| COMPANY | INTEREST | SHARE | APPROVED BY | DATE |
|---|---|---|---|---|
| Fieldwood Energy LLC | 50.000000% | $8,752,513 | | |
| ILX Prospect Katmai LLC | 25.000000% | $4,376,257 | | |
| Ridgewood Katmai LLC | 25.000000% | $4,376,257 | | |
| | | | | |
| TOTAL | 100.000000% | $17,505,026 | | |

COMMENTS:



# FIELDWOOD ENERGY
### COMPLETION PROJECTS
### ESTIMATE OF COSTS AND AUTHORIZATION FOR EXPENDITURE

Page 2 of 2
Rev 2020.01.30

| IN 2020 BUDGET: | ○YES ●NO |
| IN 2020 FORECAST: | ○YES ●NO |
| RESTORE TO B 2020: | ○YES ●NO |

REV#:
SUPP#: 1

| WELL CODE | GC04001 | OPERATOR | Fieldwood Energy LLC | AFE NO. | FW202002-S1 |

| MAIN | SUB | ACCOUNT DESCRIPTION | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|---|---|
| 3060 | 5 | LOCATION & PERMITS | 106,000 | -9,953 | 96,047 |
| 3060 | 10 | MOB/DEMOB | 20,000 | -20,000 | 0 |
| 3060 | 15 | RIG/LIFT BOAT | 5,652,000 | 5,463,986 | 11,115,986 |
| 3060 | 20 | HWO/CT/WELL SERVICES | 278,030 | -278,030 | 0 |
| 3060 | 24 | WATER | 3,000 | 8,295 | 11,295 |
| 3060 | 25 | MARINE FUEL | 1,440,000 | 625,000 | 2,065,000 |
| 3060 | 26 | MARINE LUBRICANTS | 5,500 | 12,705 | 18,205 |
| 3060 | 28 | DRILLING FLUIDS&SOLIDS CONTROL | 495,760 | -391,018 | 104,742 |
| 3060 | 30 | COMPLETION FLUIDS & FILTERING | 4,233,928 | 834,262 | 5,068,190 |
| 3060 | 35 | DRILLING BITS | 0 | 9,017 | 9,017 |
| 3060 | 38 | CONSULTING ENGR/SUPERVISION | 1,400,850 | -38,978 | 1,361,872 |
| 3060 | 40 | SUPPLIES | 0 | | 0 |
| 3060 | 41 | CLEANING | | 152,802 | 152,802 |
| 3060 | 45 | MEALS & LODGING/CATERING | 226,800 | 348,615 | 575,415 |
| 3060 | 50 | COMMUNICATIONS | 43,200 | 21,346 | 64,546 |
| 3060 | 55 | RENTAL EQUIPMENT | 4,300,124 | -2,655,814 | 1,644,310 |
| 3060 | 56 | SPECIALTY RENTALS | | 4,163,855 | 4,163,855 |
| 3060 | 57 | TUBULAR RENTALS | | 845,998 | 845,998 |
| 3060 | 58 | BOPS, INSPECTIONS & RENTALS | | 161,901 | 161,901 |
| 3060 | 59 | ROV & TOOLING | | 824,378 | 824,378 |
| 3060 | 61 | TRANSPORTATION-LAND | 280,800 | -55,526 | 225,274 |
| 3060 | 62 | TRANSPORTATION-MARINE | 3,220,000 | 542,301 | 3,762,301 |
| 3060 | 63 | TRANSPORTATION-AIR | 900,000 | 642,919 | 1,542,919 |
| 3060 | 75 | WELL TESTING | 1,921,000 | 55,912 | 1,976,912 |
| 3060 | 80 | ELECTRIC WIRELINE/LOGGING | 373,353 | 350,050 | 723,403 |
| 3060 | 82 | SLICKLINE | 122,500 | 626,044 | 748,544 |
| 3060 | 90 | CONTRACT LABOR | 1,271,800 | -1,055,784 | 216,016 |
| 3060 | 105 | FISHING | 125,000 | 1,365,265 | 1,490,265 |
| 3060 | 110 | CEMENTING | 288,000 | 47,333 | 335,333 |
| 3060 | 115 | INSURANCE | 0 | | 0 |
| 3060 | 125 | ENVIRONMENTAL/SAFETY SERVICES | 682,000 | -394,695 | 287,305 |
| 3060 | 130 | OVERHEAD | 342,000 | -342,000 | 0 |
| 3060 | 135 | MISCELLANEOUS | 64,000 | 164,985 | 228,985 |
| 3060 | 140 | TUBING CONVEYED PERFORATING | 359,988 | 20,981 | 380,969 |
| 3060 | 150 | STIMULATION & SAND CONTROL | 3,667,420 | -111,902 | 3,555,518 |
| 3060 | 165 | TUBULAR SERVICES/INSPECTIONS | 740,902 | 609,084 | 1,349,986 |
| 3060 | 168 | WELLHEAD SERVICES | 1,166,000 | 1,113,721 | 2,279,721 |
| 3060 | 170 | DOCK SERVICES | 468,000 | 122,035 | 590,035 |
| 3060 | 177 | INTANGIBLE COMP (OUTSIDE OPERATED) | 0 | | 0 |
| 3060 | 900 | CONTINGENCIES | 1,719,608 | 4,302,546 | 6,022,154 |
| | | **SUBTOTAL INTANGIBLE COMPLETION COSTS** | **35,917,561** | **18,081,636** | **53,999,197** |

| MAIN | SUB | ACCOUNT DESCRIPTION | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|---|---|
| 3110 | 20 | PROD CASING - TIEBACK/LINER | 0 | | 0 |
| 3110 | 29 | QAQC & INSPECTIONS | | | 0 |
| 3110 | 30 | WELLHEAD EQUIPMENT | 123,300 | 93,700 | 217,000 |
| 3110 | 35 | SUBSURFACE PRODUCTION EQUIP | 7,658,522 | 209,529 | 7,868,051 |
| 3110 | 50 | TUBING/TUBING ACCESSORIES | 5,271,281 | -227,184 | 5,044,097 |
| 3110 | 58 | FACILITIES HOOKUP/SURF. EQUIP | 0 | | 0 |
| 3110 | 70 | MISCELLANEOUS | 0 | | 0 |
| 3110 | 75 | TANGIBLE COMP (OUTSIDE OPERATED) | 0 | | 0 |
| 3110 | 900 | CONTINGENCIES | 652,655 | -652,655 | 0 |
| | | **SUBTOTAL TANGIBLE COMPLETION COSTS** | **13,705,758** | **-576,610** | **13,129,148** |