# EXHIBIT 6

## CASH ADVANCE PAYMENTS

Exhibit 6

```
REPORT :   R234-2                          AUTOMATED CLEARING HOUSE                                              SYS
DATE: 06/10/20
LOCATION:  0000                                ENTRY PROOF LIST                                                  SYS
TIME: 10:52

ENTRY REFERENCE NUMBER: 00000099277
PAGE:      88809


FILE ID: EDIMN00004  FILE NAME: ELECTRONIC COMMERCE SERVICES          FILEKEY: 046200148
*****************************************************************************************************************
**************
 EFF  DATE    COMPANY NAME              COMPANY I.D   CLASS  ENTRY DESC STAT CODE    OLD---TRACE
NUMBER---NEW     BATCH    S
  200612  RIDGEWOOD ENERGY               2760036506    PPD    PAYABLES     1     021200020000001
091000013986783 00001
*****************************************************************************************************************
**************
 T/C TRANSIT/ABA  BANK ACCOUNT NBR/           AMOUNT/                         DATA     OLD---TRACE
NUMBER---NEW     BATCH MPS
                 CUSTOMER NAME               CUSTOMER ID
 22                                         2,480,000.00                              021200020000001
091000013986784 00001
                 FIELDWOOD ENERGY, LLC       FIELDWOOD


                    BATCH TOTALS    ITEM CT      DOLLAR AMOUNT     REMARKS
                                       1          2,480,000.00     DDA CREDITS
                                       1          2,480,000.00     TOTAL CREDITS


FILE ID: EDIMN00004  FILE NAME: ELECTRONIC COMMERCE SERVICES          FILEKEY: 045499546
*****************************************************************************************************************
**************
 EFF  DATE    COMPANY NAME              COMPANY I.D   CLASS  ENTRY DESC STAT CODE    OLD---TRACE
NUMBER---NEW     BATCH    S
  200506  RIDGEWOOD ENERGY               2760036506    PPD    PAYABLES     1     021200020000001
091000011223773 00001
*****************************************************************************************************************
**************
 T/C TRANSIT/ABA  BANK ACCOUNT NBR/           AMOUNT/                         DATA     OLD---TRACE
NUMBER---NEW     BATCH MPS
                 CUSTOMER NAME               CUSTOMER ID
 22                                        20,825,000.00                              021200020000001
091000011223774 00001
                 FIELDWOOD ENERGY, LLC       FIELDWOOD


                    BATCH TOTALS    ITEM CT      DOLLAR AMOUNT     REMARKS
                                       1         20,825,000.00     DDA CREDITS
                                       1         20,825,000.00     TOTAL CREDITS



FILE ID: EDIMN00004  FILE NAME: ELECTRONIC COMMERCE SERVICES          FILEKEY: 046476360
*****************************************************************************************************************
**************
 EFF  DATE    COMPANY NAME              COMPANY I.D   CLASS  ENTRY DESC STAT CODE    OLD---TRACE
NUMBER---NEW     BATCH    S
  200626  RIDGEWOOD ENERGY               2760036506    PPD    PAYABLES     1     021200020000001
091000017911607 00001
*****************************************************************************************************************
**************
 T/C TRANSIT/ABA  BANK ACCOUNT NBR/           AMOUNT/                         DATA     OLD---TRACE
NUMBER---NEW     BATCH MPS
                 CUSTOMER NAME               CUSTOMER ID
 22                                         6,250,000.00                              021200020000001
091000017911608 00001
                 FIELDWOOD ENERGY, LLC       FIELDWOOD


                    BATCH TOTALS    ITEM CT      DOLLAR AMOUNT     REMARKS
                                       1          6,250,000.00     DDA CREDITS
                                       1          6,250,000.00     TOTAL CREDITS
```

| System: | 5/4/2020 | 11:27:29 AM | RE Ridgewood Energy Corporation | Page: | 1 |
| User Date: | 5/4/2020 | | EFT Payment Register | User ID: | Infina |

Payables Management

Case 20-33948    Document 1573-6    Filed in TXSB on 06/02/21    Page 3 of 5    Exhibit 6-A

Batch ID: 050620-KATMAI

| Payment Number | EFT/Check Number | Vendor ID | Vendor Name | Document Date | Payment Amount |
|---|---|---|---|---|---|
| 00000000000123052 | EFT000000007163 | FIELDWOOD | Fieldwood Energy, LLC | 5/6/2020 | $20,825,000.00 |

Bank Account Details:
    Bank Country/Region    United States    Bank Code:
    Bank Name:    Capital One Bank    Bank Branch Code:
    Transit Routing Number:    [redacted]    Bank Check Digit:
    Bank Account No:    [redacted]
    Roll No:
    IBAN:
    Bank Branch:
    GIRO Post Type:

**Total Payments:**     1     **Total Batch Value:**     $20,825,000.00

System: 6/10/2020 9:43:52 AM RE Ridgewood Energy Corporation Page: 1
User Date: 6/10/2020 EFT Payment Register User ID: Infina
Payables Management

Case 20-33948    Document 1573-6    Filed in TXSB on 06/03/21    Page 4 of 5    Exhibit 6-B

Batch ID: 061220-KATMAI

| Payment Number | EFT/Check Number | Vendor ID | Vendor Name | Document Date | Payment Amount |
|---|---|---|---|---|---|
| 00000000000123369 | EFT000000007347 | FIELDWOOD | Fieldwood Energy, LLC | 6/12/2020 | $2,480,000.00 |

Bank Account Details:
   Bank Country/Region   United States      Bank Code:
   Bank Name:   Capital One Bank      Bank Branch Code:
   Transit Routing Number:      Bank Check Digit:
   Bank Account No:
   Roll No:
   IBAN:
   Bank Branch:
   GIRO Post Type:

|  |  |  |  |
|---|---|---|---|
| **Total Payments:** | 1 | **Total Batch Value:** | **$2,480,000.00** |

3

| System: | 6/24/2020 | 10:13:41 AM | RE Ridgewood Energy Corporation | Page: | 1 |
| User Date: | 6/24/2020 | | EFT Payment Register | User ID: | Infina |

Case 20-33948   Document 1573-6   Filed in TXSB on 06/02/21   Page 5 of 5   Exhibit 6-C

Payables Management

Batch ID: 062620-KATMAI

| Payment Number | EFT/Check Number | Vendor ID | Vendor Name | Document Date | Payment Amount |
|---|---|---|---|---|---|
| 00000000000123409 | EFT000000007366 | FIELDWOOD | Fieldwood Energy, LLC | 6/26/2020 | $6,250,000.00 |

Bank Account Details:
   Bank Country/Region   United States                          Bank Code:
   Bank Name:              Capital One Bank                Bank Branch Code:
   Transit Routing Number: ▮▮▮▮▮▮               Bank Check Digit:
   Bank Account No: ▮▮▮▮▮▮
   Roll No:
   IBAN:
   Bank Branch:
   GIRO Post Type:

| | **Total Payments:** | **1** | **Total Batch Value:** | | **$6,250,000.00** |