**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, et al.** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**ORDER GRANTING HCC INTERNATIONAL INSURANCE COMPANY, PLC'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING IT TO FILE CERTAIN EXHIBITS UNDER SEAL**

The Court, having considered HCC International Insurance Company Plc's *Motion for Entry of an Order Authorizing It to File Unredacted Objection to Debtors' Motion to Strike Lily Cheung's Purported Expert Testimony Under Seal* (the "Motion"), notice of the Motion having been adequate and appropriate under the circumstances, and after due deliberation and sufficient cause appearing therefore, hereby ORDERED that:

1.      The Motion is hereby GRANTED as set forth herein;

2.      HCC International Insurance Company Plc is authorized to file under seal unredacted versions of its objection and Exhibits C, D, E, and F to Debtors' Motion to Strike Lily Cheung's Purported Expert Testimony;

3.      This Order is without prejudice to the rights of any party-in-interest or the U.S. Trustee to seek to unseal the exhibits or any part thereof;

4.      HCC International Insurance Company Plc is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and

92401657v.1

5.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date:_____, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

92401657v.1