**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, et al.** | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |
| | § | Hearing Date: June 16, 2021 |
| | § | Hearing Time: 2:00 PM (CT) |
| | § | Hearing Location: Electronic (Audio & Video) |
| | § | Judge Presiding: Marvin Isgur |

---

**JOINT SURETY'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JUNE 16, 2021 AT 2:00 P.M.**

---

Certain surety companies ("Sureties")[2] file this combined Witness and Exhibit List for the hearing on the *Debtors' Emergency Motion to Strike Lily Cheung's Purported Expert Testimony* [Docket No. 1547] scheduled on June 16, 2021 at 2:00 PM (CT), before the Honorable Marvin Isgur, United States Bankruptcy Judge. Such hearing will be held electronically.

**WITNESS LIST**

1. Any witness designated or called by any party; and

2. Any witness required for rebuttal.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] The sureties joining in these discovery requests include HCC International Insurance Company Plc, Lexon Insurance Company, Philadelphia Indemnity Insurance Company, Zurich American Insurance Company, Berkley Insurance Company, Aspen American Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company.

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| **A** | Gryzb Email | | | | |
| **B** | Lily Cheung Expert Report (SEALED) | | | | |
| **C** | Dane, Michael Deposition 5-13-21 (SEALED) | | | | |
| **D** | Hanson, John-Paul Deposition 6-04-21 (SEALED) | | | | |
| **E** | Graham, Jon Deposition 06-02-21 (SEALED) | | | | |
| **F** | Expert Report of John-Paul Hanson (2021.04.21) (SEALED) | | | | |
| **G** | J. Brown Email | | | | |
| | Any pleadings or exhibits previously filed on the Court's docket. | | | | |
| | Any demonstrative exhibits necessary for the Hearing. | | | | |
| | Any exhibit identified or offered by any other party. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |

The Sureties reserve the right to modify, amend, or supplement this Witness and Exhibit List at its discretion at any time prior to hearing in this matter.

*[THE REMINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]*

June 16, 2021

Respectfully submitted,

*By: /s/ Simon Mayer*
Philip G. Eisenberg
Texas Bar Number 24033923
Elizabeth M. Guffy
Texas Bar Number 8592525
Simon R. Mayer
Texas Bar Number 24060243
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
Email: peisenberg@lockelord.com
eguffy@lockelord.com
simon.mayer@lockelord.com

Bradley C. Knapp
Texas Bar Number 24060101
**LOCKE LORD LLP**
601 Poydras St., Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5210
Email: bknapp@lockelord.com

***Attorneys for HCC International Insurance Company PLC***

HUSCH BLACKWELL LLP

By: */s/ Timothy A. Million*
Randall A. Rios
State Bar No. 16935865
Timothy A. Million
State Bar No. 24051055
600 Travis, Suite 2350
Houston, Texas 77002
Tel: 713-525-6226
Fax: 713-647-6884
Email: randy.rios@huschblackwell.com
tim.million@huschblackwell.com

**CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

-AND-

Armen Shahinian, Esq. (admitted *pro hac vice)*
(ashahinian@csglaw.com)
Scott A. Zuber, Esq. (admitted *pro hac vice)*
(szuber@csglaw.com)
Darren Grzyb, Esq. (admitted *pro hac vice)*
(dgrzyb@csglaw.com)
Terri Jane Freedman, Esq. (admitted *pro hac vice)*
(tfreedman@csglaw.com)
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange New Jersey 07052

**ATTORNEYS FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST**

**REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

**MANIER & HEROD, P.C.**

*By: /s/ Michael E. Collins*
Michael E. Collins (TX Bar No. 24029006)
Robert W. Miller (admitted *pro hac vice)*
1201 Demonbreun St., Suite 900
Nashville, TN 37203
Telephone: (615) 742-9350
Facsimile: (615) 242-4203
E-mail: mcollins@manierherod.com
rmiller@manierherod.com

***Attorneys for Philadelphia Indemnity Insurance Company***

*By*: */s/ Lee E. Woodard*
Lee E. Woodard, Esq.
HARRIS BEACH PLLC
333 W. Washington Street, Suite 200
Syracuse, New York 13202
Telephone: (315) 423-7100
Email: bkemail@harrisbeach.com
(Admitted Pro Hac Vice)

***Attorneys for Philadelphia Indemnity Insurance Company***

*By: /s/ Duane J. Brescia*
Duane J. Brescia
Stephen A. Roberts
**CLARK HILL**
720 Brazos, Suite 700
Austin, TX 78701
(512) 499-3647 (direct)
(512) 499-3660 (fax)
dbrescia@clarkhill.com
sroberts@clarkhill.com
Christopher R. Ward
Audrey L. Hornisher

**CLARK HILL, PLC**
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 651-2056 (direct)
(214) 651-4330 (fax)
cward@clarkhill.com
ahornisher@clarkhill.com

**Counsel for Zurich American Insurance Company**

**CERTIFICATE OF SERVICE**

I certify that, on June 16, 2021, a true and correct copy of the foregoing Witness and Exhibit List and the associated exhibits was served on all parties who receive service in the above-captioned adversary proceeding via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Simon R. Mayer*
Simon R. Mayer