# EXHIBIT G

# Knapp, Bradley C.

| | |
|---|---|
| **From:** | Brown, Jase A. <jbrown@csglaw.com> |
| **Sent:** | Tuesday, June 8, 2021 6:20 PM |
| **To:** | Choi, Erin |
| **Cc:** | Perez, Alfredo; Genender, Paul; Carlson, Clifford; Liou, Jessica; Knapp, Bradley C.; Eisenberg, Philip; rmiller@manierherod.com; Brescia, Duane J.; SRoberts@clarkhill.com; Shahinian, Armen; Zuber, Scott A.; Grzyb, Darren |
| **Subject:** | Lily Cheung, P.E., Working Papers and Engagement Letter - Fieldwood |
| **Attachments:** | Executed NSAI Engagement Letter.pdf |

**\*\* External Email -- Sender: jbrown@csglaw.com \*\***

Erin,

Attached please find the Netherland Sewell & Associates engagement letter which was requested by the Debtors in the deposition of Lily Cheung, P.E. on Friday. Additionally, the Debtors will receive a link here shortly from NSAI to access Mrs. Cheung's working papers, which were also requested by the Debtors. To the extent the Debtors wish to conduct an additional deposition of Mrs. Cheung with respect to the working papers, the sureties have no issue with that and will provide available dates and times upon request.

Thank you,

**JASE A. BROWN**
Associate



973.530.2182
jbrown@csglaw.com

**Chiesa Shahinian & Giantomasi PC**
One Boland Drive | West Orange, NJ 07052

WEBSITE | VCARD