IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,* | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) Re Docket Nos. 1284, 1543 |

NOTICE OF EXECUTION OF BONDING COMMITMENT LETTER
BY AND BETWEEN FIELDWOOD ENERGY LLC
AND U.S. SPECIALTY INSURANCE COMPANY

**PLEASE TAKE NOTICE** that Fieldwood Energy LLC ("**Fieldwood**") and U.S. Specialty Insurance Company ("**USSIC**" and, together with Fieldwood, the "**Parties**"), after extensive good faith, arm's length negotiations, executed a commitment letter dated June 12, 2021 (collectively, with the exhibits attached thereto, the "**Bonding Commitment Letter**"), pursuant to which USSIC has committed to provide additional surety bond limit capacity in the aggregate penal sum of $75 million to the NewCo Entities,[2] a portion of which may be used for areawide bonds for the benefit of entities created pursuant to the Plan of Merger for 24 months from the Effective Date of the Plan pursuant to the Bonding Commitment Letter when assumed by the NewCo Entities upon the Effective Date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* dated April 15, 2021 filed at Docket No. 1284 (including any exhibits and schedules thereto and as may be further amended, supplemented, or modified, the "**Plan**").

**PLEASE TAKE FURTHER NOTICE** that the Bonding Commitment Letter provides for, among other terms and conditions, USSIC's agreement to withdraw any pending objections it has filed to the Plan and to not file any further objections to the Plan.

Dated: June 16, 2021
Houston, Texas

      Respectfully submitted,

   */s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Alfredo.Perez@weil.com
           Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Matt.Barr@weil.com
           Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

    I hereby certify that, on June 16, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                                             */s/ Alfredo R. Pérez*
                                                                                                             Alfredo R. Pérez