## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

### CONOCOPHILLIPS COMPANY, THE LOUISIANA LAND & EXPLORATION COMPANY, AND BURLINGTON RESOURCES OFFSHORE'S WITNESS AND EXHIBIT LIST FOR HEARINGS SCHEDULED FOR JUNE 18, 2021 AT 9:30 A.M.

| | |
|---|---|
| **Bankruptcy Case No.** 20-33948 | **Debtor:** FIELDWOOD ENERGY, LLC. AND ITS AFFILIATED DEBTORS |
| **Witness(es):** | |
| 1. Any witness called or designated by any other party.<br>2. Any witness necessary to rebut the evidence or testimony or any witness offered or designated by any other party | **Judge:** Honorable Marvin Isgur |
| | **Hearing Date:** June 18, 2021 |
| | **Hearing Time:** 9:30 A.M. |
| | **Location:** Courtroom 400, 4th Fl.<br>515 Rusk Ave.<br>Houston, TX 77002 |
| | **Party's Name:** ConocoPhillips Company, The Louisiana Land & Exploration Company and Burlington Resources Offshore |
| | **Attorney's Name:** Bradley C. Knapp |
| | **Attorney's Phone:** (504) 558-5210 |
| | **Nature of Proceeding:**<br>Plan Confirmation Hearing (Doc. No.1284) |

1

**EXHIBITS**

| Movants Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | Any document or pleading filed in the above captioned case | | | | |
| | Any exhibit designated by any other party | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

    ConocoPhillips Company, The Louisiana Land & Exploration Company and Burlington Resources Offshore (collectively, "COPC") reserve any and all rights to amend the *Exhibit and Witness List*, to call any witnesses designated by any other party and use any other Exhibit designated by any other party to the hearing.

Dated:  June 16, 2021

Respectfully submitted,

*/s/ Bradley C. Knapp*
**Omer F. Kuebel, III**
 Federal Bar No. 32595
**Bradley C. Knapp**
 Texas Bar No. 24060101
**LOCKE LORD LLP**
601 Poydras St., Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Fax: (504) 558-5200
rkuebel@lockelord.com
bknapp@lockelord.com

**Philip G. Eisenberg**
 Texas Bar No. 24033923
**Simon Mayer**
 Texas Bar No. 24060243
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone:  (713) 226-1200
Fax:  (713) 223-3717
peisenberg@lockelord.com
eguffy@lockelord.com
simon.mayer@lockelord.com
eric.boylan@lockelord.com

**COUNSEL FOR CONOCOPHILLIPS COMPANY, THE LOUISIANA LAND & EXPLORATION COMPANY AND BURLINGTON RESOURCES OFFSHORE**

### CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served via the Court's ECF system on those parties consenting to service through same on June 16, 2021.

*/s/ Bradley C. Knapp*
Bradley C. Knapp