# Exhibit A

# (Amended)

## Mayer, Simon

| | |
|---|---|
| **From:** | Grzyb, Darren <dgrzyb@csglaw.com> |
| **Sent:** | Friday, May 7, 2021 10:31 AM |
| **To:** | Perez, Alfredo |
| **Cc:** | Choi, Erin; Brown, Jase A.; Zuber, Scott A.; Eisenberg, Philip; Knapp, Bradley C.; Brescia, Duane J.; rmiller@manierherod.com |
| **Subject:** | Fieldwood |

Alfredo:

Thank you for taking my call today.  As we discussed, the deadline for the Sureties to file an expert report is May 24, per the scheduling order.  We also agreed that Fieldwood is not going to object or move to quash the 30(b)(6) deposition notice of the corporate designee by asserting a lack of timeliness.  We discussed that the Debtors and Sureties were proceeding under the understanding that the deposition notices would be issued after the production of documents.  We also discussed that Erin and Jase would work to schedule the deposition.


**DARREN GRZYB**
Member



973.530.2077
973.530.2277 *fax*
dgrzyb@csglaw.com

**Chiesa Shahinian & Giantomasi PC**
One Boland Drive | West Orange, NJ 07052

WEBSITE | BIO | VCARD