IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,* | § § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY'S COLLECTIVE WITNESS AND EXHIBIT LIST FOR JUNE 18, 2021 VIDEO/TELEPHONIC CONFIRMATION HEARING**
(Relates to Docket No. 1284)

Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company (the "Sureties"), by and through their undersigned counsel, hereby file this witness and exhibit list (the "Witness and Exhibit List") for the video/telephonic Confirmation Hearing scheduled for June 18, 2021 at 9:30 a.m. (CST) (the "Hearing"):

**WITNESSES**

The Sureties may call any of the following witnesses at the Hearing:

1.   Any witness called or listed by any other party

2.   Any witness required for rebuttal

3.   Michael Dane, CFO – Fieldwood Energy, LLC / Fact Witness

4.   Jon Graham, Sole Manager - FWE I / Fact Witness

---

[1] The Debtors, each of which have filed a separate voluntary petition, are: Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Inc.; Fieldwood Energy Offshore LLC; Fieldwood Onshore LLC; Fieldwood SD Offshore LLC; Fieldwood Offshore LLC; FW GOM Pipeline, Inc.; GOM Shelf LLC; Bandon Oil and Gas GP, LLC; Bandon Oil and Gas, LP; Fieldwood Energy SP LLC; Galveston Bay Pipeline LLC; and Galveston Bay Processing LLC.

5. Lily Cheung, P.E. – Netherland Sewell & Associates / Expert Witness

6. A representative from Aspen American Insurance Company to authenticate the surety bonds and indemnity agreements, and any other documents/evidence that needs testimonial evidence to support its admissibility / Fact Witness

7. A representative from Berkley Insurance Company to authenticate the surety bonds and indemnity agreements and any other documents/evidence that needs testimonial evidence to support its admissibility / Fact Witness

8. A representative from Everest Reinsurance Company to authenticate the surety bonds and indemnity agreements and any other documents/evidence that needs testimonial evidence to support its admissibility / Fact Witness

9. A representative from Sirius America Insurance Company to authenticate the surety bonds and indemnity agreements and any other documents/evidence that needs testimonial evidence to support its admissibility / Fact Witness

**EXHIBITS**

The Sureties may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| A | Spreadsheet of the Sureties' surety bonds (demonstrative) | | | | |
| B | Copies of each of the Sureties' surety bonds | | | | |
| C | Copies of each of the Sureties' indemnity agreements | | | | |

2

4820-2575-6910.v1

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| D | Debtors' Response to Interrogatories and Request for Production of Documents dated May 5, 2021 and served on May 6, 2021 | | | | |
| E | Debtors' Amended Response to Interrogatories and Request for Production of Documents dated May 12, 2021 | | | | |
| F | Mike Dane Deposition Transcript – FILED UNDER SEAL | | | | |
| G | Jon Graham Deposition Transcript – FILED UNDER SEAL | | | | |
| H | J.P. Hanson Deposition Transcript – FILED UNDER SEAL | | | | |
| I | Lily Cheung, P.E. Deposition Transcript – FILED UNDER SEAL | | | | |
| J | Brett Cupit, Esq. Deposition Transcript – FILED UNDER SEAL | | | | |
| K | J.P. Hanson Expert Report dated April 21, 2021 – FILED UNDER SEAL | | | | |
| L | J.P. Hanson Rebuttal Report to BP's Report dated May 24, 2021 – FILED UNDER SEAL | | | | |
| M | Marc J. Brown, CFA Expert Report dated April 21, 2021 – FILED UNDER SEAL | | | | |
| N | Lily Cheung, P.E. Expert Report dated May 24, 2021 – FILED UNDER SEAL | | | | |
| O | Edward M. McDonough Expert Report dated May 10, 2021 – FILED UNDER SEAL | | | | |

4820-2575-6910.v1

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| P | Geoffrey G. Roberts, P.E. Expert Report dated May 10, 2021 – FILED UNDER SEAL | | | | |
| Q | FWE-0000008 – FWE I One-lines – FILED UNDER SEAL | | | | |
| R | FWE-0000016 – FWE I Model – FILED UNDER SEAL | | | | |
| S | FWE-0000017 – ARIES File | | | | |
| T | FWE-0038675 – FWE I Model (Updated) – FILED UNDER SEAL | | | | |
| U | FWE-0045265 – Fields Not Returning to Production / Timing of Fields Returning – FILED UNDER SEAL | | | | |
| V | FWE-0045403 Total Abandonment with Field Status – FILED UNDER SEAL | | | | |
| W | FWE-0000008 – FWE I Onelines_YE2020_LWC Comments (Lily Cheung, P.E. Work Notes) – FILED UNDER SEAL | | | | |
| X | FWE0121 (Lily Cheung, P.E. Work Notes) | | | | |
| Y | FWE-0038675_FWE0000016 with live links Revised (Lily Cheung, P.E. Work Notes) – FILED UNDER SEAL | | | | |
| Z | FWE-0045403 Total Abandonment with Field Status_LWC (Lily Cheung, P.E. Work Notes) – FILED UNDER SEAL | | | | |
| AA | FWE I Summaries 1P Revised (Lily Cheung, P.E. Work Notes) – FILED UNDER SEAL | | | | |

4820-2575-6910.v1

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| BB | 2013 Apache Decommissioning Agreement and All Amendments Thereto | | | | |
| CC | April 29, 2021 E-mail from Fieldwood to Government Regarding Bonding – FWE-0045280– FILED UNDER SEAL | | | | |
| DD | May 11, 2021 E-mail from Sureties to Debtors Advising of Debtors' Obligation to Supplement | | | | |
| EE | Sale Offers for FWE I Assets – FWE-0047937, FWE-0047938, FWE-0047949 – FILED UNDER SEAL | | | | |
| FF | FWE-034 (produced to the Sureties on 6/14/21) – FILED UNDER SEAL | | | | |
| GG | FWE-0049079 (produced to the Sureties on 6/14/21) – FILED UNDER SEAL | | | | |
| HH | FWE-0049108 (produced to the Sureties on 6/14/21) – FILED UNDER SEAL | | | | |
| II | FWE-0049109 (produced to the Sureties on 6/14/21) – FILED UNDER SEAL | | | | |
| JJ | FWE-0049174 (produced to the Sureties on 6/14/21) – FILED UNDER SEAL | | | | |
| KK | FWE-0049177 (produced to the Sureties on 6/14/21) – FILED UNDER SEAL | | | | |
| | All documents or data relied upon by Lily Cheung, P.E. in formulating her report, and listed on p. 4 of her report | | | | |
| | Any exhibit designated by any other party | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
|  | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases |  |  |  |  |
|  | Any document produced by any party in discovery |  |  |  |  |
|  | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party |  |  |  |  |

The Sureties reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

*[Remainder of page intentionally left blank]*

Dated: June 16, 2021

        HUSCH BLACKWELL LLP

        By:  */s/ Randall A. Rios*
        Randall A. Rios
        State Bar No. 16935865
        Timothy A. Million
        State Bar No. 24051055
        600 Travis, Suite 2350
        Houston, Texas 77002
        Tel:  713-525-6226
        Fax:  713-647-6884
        Email:  randy.rios@huschblackwell.com
        Email:  tim.million@huschblackwell.com

        **CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

        -AND-

        Armen Shahinian, Esq. (admitted *pro hac vice*)
        (ashahinian@csglaw.com)
        Scott A. Zuber, Esq. (admitted *pro hac vice*)
        (szuber@csglaw.com)
        Darren Grzyb, Esq. (admitted *pro hac vice*)
        (dgrzyb@csglaw.com)
        Jase A. Brown, Esq. (admitted *pro hac vice*)
        (jbrown@csglaw.com)

        Chiesa Shahinian & Giantomasi PC
        One Boland Drive
        West Orange New Jersey 07052

        **ATTORNEYS FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 16, 2021, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                   /s/ *Timothy A. Million*
                                                                                   Timothy A. Million