# EXHIBIT S

**(The ARIES file cannot be produced to the Court because the Court does not have the appropriate software to view the ARIES file, however to the extent the Sureties need to rely upon the ARIES file at the Confirmation Hearing, the Sureties can screenshare (privately) with the Court.)**