UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § § Chapter 11 |
| | § |
| FIELDWOOD ENERGY LLC, *et al.,* | § Case No. 20-33948 (MI) |
| | § |
| Debtors.[1] | § (Jointly Administered) |
| | § § |

GENESIS ENERGY, L.P. AND ITS AFFILIATES'
WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED JUNE 18, 2021

| **Bankruptcy Case No. 20-33948** | **Debtor: Fieldwood Energy LLC,** *et al* |
|---|---|
| | |
| **Witness(es):** | |
| 1. Any witness called or designated by any other party.<br>2. Any witness necessary to rebut the evidence or testimony or any witness offered or designated by any other party. | **Judge:** Honorable Marvin Isgur |
| | **Hearing Date:** June 18, 2021 |
| | **Hearing Time:** 9:00 A.M. |
| | **Telephonic Hearing:** You may access the facility at (832) 917-1510.  Judge Isgur's conference room number is 954554. |
| | **Party's Name:**  GENESIS ENERGY, L.P. AND ITS AFFILIATES |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

|  | **Attorney's Names:** Tom Zabel/Tom Howley |
|---|---|
|  | **Attorney's Phone:** 713-802-9117 |
|  | **Nature of Proceeding:**<br>(i) Confirmation Hearing on the Third Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [ECF No. 1115] |

**EXHIBITS**

| Movants Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Interruptible Transportation Agreement, made and entered into as of November 1, 1995, by and between High Island Offshore System, L.L.C. (successor to High Island Offshore System) and Fieldwood Energy LLC (successor to Apache Corporation) |  |  |  |  |
| 2 | Meter Operating Agreement HIA-341, made and entered into as of December 7, 2005, by and between High Island Offshore System, L.L.C. (successor to Enterprise GTM Offshore Operating Company, LLC) and Fieldwood Energy LLC (successor to Mariner Energy, Inc.) |  |  |  |  |
| 3 | Oil Purchase and Sale Agreement, entered into as of July 15, 2003, by and between Westport Resources Corporation, Mariner Energy, Inc., Fieldwood Energy LLC (successor to Noble Energy, Inc.) and Poseidon Oil Pipeline Company, L.L.C (ST 316) Contract No: POPCO-03-OPS-0010B |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | Any document or pleading filed in the above captioned case or on Debtors' website | | | | |
| | Any exhibit designated by any other party | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

## **RESERVATION OF RIGHTS**

GENESIS ENERGY, L.P., et al. reserves any and all rights to amend the *Witness and Exhibit List*, to call any witnesses designated by any other party and use any other Exhibit designated by any other party to the hearing.

Dated: June 16, 2021            Respectfully submitted,

                                                         */s/ Tom A. Howley*
                                                         **Tom A. Howley**
                                                         Texas Bar No.  24010115
                                                         **Eric Terry**
                                                         Texas Bar No.  00794729
                                                         HOWLEY LAW PLLC
                                                         Pennzoil Place – South Tower
                                                         711 Louisiana St., Suite 1850
                                                         Houston, Texas 77002
                                                         Telephone:  713-333-9125
                                                         Facsimile:  713-659-9601
                                                         Email:  tom@howley-law.com
                                                         Email:  eric@howley-law.com

                                                   *Counsel to Genesis Energy, L.P. and its Affiliates*

                                                   *and*

>Tom Zabel
>ZABEL FREEMAN
>1135 Heights Boulevard
>Houston, Texas 77008
>Telephone: 713-802-9117
>Facsimile: 713-802-9114
>Email: tzabel@zflawfirm.com
>
>*Litigation Counsel to Genesis Energy, L.P. and its Affiliates*

## CERTIFICATE OF SERVICE

I certify that on June 16, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

>  */s/ Thomas A. Zabel*
>  One of Counsel