# HCCI Exhibit 3

# Native Document Placeholder for FWE-0000017_HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY