# HCCI Exhibit 4

## Native Document Placeholder for FWE-0000008_HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

This document filed under seal.

A copy of this document in native format has been provided to the Court.