# HCCI Exhibit 5

# Native Document Placeholder for FWE-0000016_HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

# This document filed under seal.

# A copy of this document in native format has been provided to the Court.