# HCCI Exhibit 6

## Native Document Placeholder for FWE-0038675_FWE0000016 with live links HIGHLY CONFIDENTIAL

## This document filed under seal.

## A copy of this document in native format has been provided to the Court.