# HCCI Exhibit 7

# Native Document Placeholder for

# FWE-0045265_HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

# This document filed under seal.

# A copy of this document in native format has been provided to the Court.