# HCCI Exhibit 10

# Native Document Placeholder for Relativity Pull 2_16_2021 HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

# This document filed under seal.

# A copy of this document in native format has been provided to the Court.