# HCCI Exhibit 12

# Native Document Placeholder for FWE I Lease List HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

This document filed under seal.

A copy of this document in native format has been provided to the Court.