# HCCI Exhibit 13

# Native Document Placeholder for FWE-0035293 - HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY This document filed under seal.

# A copy of this document in native format has been provided to the Court.