# HCCI Exhibit 14

## Native Document Placeholder for FWE-0000006_CONFIDENTIAL

## This document filed under seal.

## A copy of this document in native format has been provided to the Court.