# HCCI Exhibit 15

## Native Document Placeholder for

## FWE-0035294_CONFIDENTIAL - Lease Suspension of Production and related documents

## This document filed under seal.

## A copy of this document in native format has been provided to the Court.