# HCCI Exhibit 16

## Native Document Placeholder for FWE-0035378 HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

This document filed under seal.

A copy of this document in native format has been provided to the Court.