# HCCI Exhibit 17

## Native Document Placeholder for FWE-Surety-00008842_CONFIDENTIAL

This document filed under seal.

## A copy of this document in native format has been provided to the Court.