# HCCI Exhibit 18

## Native Document Placeholder for FWE-Surety-00008840 HIGHLY CONFIDENTIAL

This document filed under seal.

A copy of this document in native format has been provided to the Court.