# HCCI Exhibit 19

## Native Document Placeholder for FWE-Surety-00008858 HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

## This document filed under seal.

## A copy of this document in native format has been provided to the Court.