# HCCI Exhibit 20

## Native Document Placeholder for

## FWE Disclosure Statement OG Lease Exhibits DRAFT 03.06.21_1545 HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

This document filed under seal.

A copy of this document in native format has been provided to the Court.