# HCCI Exhibit 21

# Native Document Placeholder for (2021.04.21) Expert Report of John-Paul Hanson HIGHLY CONFIDENTIAL

## This document filed under seal.

## A copy of this document in native format has been provided to the Court.