# HCCI Exhibit 23

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                          )
                                ) No. 4:20-CV-228-P
FIELDWOOD ENERGY, LLC,          )
et al,                          )
                                )
       Debtor.                  )

---------------------------------------

ORAL DEPOSITION OF
JON GRAHAM
JUNE 2, 2021
Volume 1

---------------------------------------

ORAL DEPOSITION OF JON GRAHAM, produced as a witness at the instance of Plaintiff as, and duly sworn, was taken in the above-styled and numbered cause on the 2nd day of June, 2021 from 9:00 a.m. to 11:08 a.m., before Nancy Newhouse, a Certified Shorthand Reporter in and for the State of Texas, reported by oral shorthand, at the law offices of Herrmann Law, PLLC, 801 Cherry Street, Suite 2365, Fort Worth, Texas 76102, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



Page 2

```
 1                  A P P E A R A N C E S
 2   Mr. Alfredo Perez, Fieldwood
     700 Louisiana, Suite 1700
 3   Houston, Texas 77002
     Telephone: (713) 546-5000
 4   email: Alfredo.perez@weil.com
 5   Ms. Erin Choi & Mr. Paul Genender, Fieldwood
     LAW OFFICES OF WEIL, GOTSHAL & MANGES, LLP
 6   200 Crescent Court, Suite 300
     Dallas, Texas 75201
 7   Telephone: (214) 746-8184
     Fax: (214) 746-7777 fax
 8   email: Erin.choi@weil.com
 9   Ms. Jessica Liou, Fieldwood
     LAW OFFICES OF WEIL, GOTSHAL & MANGES, LLP
10   767 Fifth Avenue
     New York, New York 10153
11   Telephone: (212) 310-8817
     email: jessica.liou@weil.com
12
     Mr. Ron Miller, Fieldwood
13   LAW OFFICES OF WEIL, GOTSHAL & MANGES, LLP
     200 Crescent Court, Suite 300
14   Dallas, Texas 75201
     Telephone: (214) 746-7840
15   email: ron.miller@weil.com
16   Ms. Samantha Smith, Fieldwood
     LAW OFFICES OF WEIL, GOTSHAL & MANGES, LLP
17   200 Crescent Court, Suite 300
     Dallas, Texas 75201
18   Telephone: (214) 746-7810
     email: samantha.smith@weil.com
19
     Mr. Clifford W. Carlson, Fieldwood
20   LAW OFFICES OF WEIL, GOTSHAL & MANGES, LLP
     700 Louisiana, Suite 1700
21   Houston, Texas 77002
     Telephone: (713) 546-5248
22   Fax: (713) 224-9511
     email: clifford.carlson@weil.com
23
24
25
```



Page 3

```
 1              A P P E A R A N C E S Continued
 2    Mr. Phillip G. Eisenberg, HCC International Insurance
      Company, PLC
 3    THE LAW OFFICES LOCKE LORD, LLP
      600 Travis Street, Suite 2800
 4    Houston, Texas 77002
      Telephone: (723) 226-1200
 5    Fax: (713)223-3717
      email: peisenberg@lockelord.com
 6
      Mr. Brad Knapp, for HCC International Insurance Company
 7    PLC LAW OFFICES OF LOCKE LORD, LLP
      601 Poydras Street, Suite 2660
 8    New Orleans, LA 70130
      Telephone: (504) 558-5210
 9    Fax: (504) 910-6847
      email: bknapp@lockelord.com
10
      Mr. Jared Weir & Mr. Craig Duewall, BP
11    LAW OFFICES OF GREENBERG TRAURIG, LLP
      2200 Ross Avenue, Suite 5200
12    Dallas, Texas 75201
      Telephone: (214) 665-3674
13    Fax: (214) 665-3601
      email: weirj@gtlaw.com
14
      Mr. Scott Zuber, Aspen, Berkley, Everest, and Sirius
15    LAW OFFICES OF CHIESA SHAHINIAN & GIANTOMASI, PC
      One Boland Drive
16    West Orange, NJ 07052
      Telephone: (973) 325-1500
17    Fax: (973) 530-2246
      email: szuber@csglaw.com
18
      Mr. Kenneth Pasquale, Official Committee of Unsecured
19    Creditors
      LAW OFFICES OF STROOCK & STROOCK & LAVAN LLP
20    180 Maiden Lane
      New York, NY 10038
21    Telephone: (212) 806-5562
      email: kpasquale@stroock.com
22
23
24
25
```



Page 4

```
 1                A P P E A R A N C E S Continued
 2    Ms. Ayala Hassell, Official Committee of
      Unsecured Creditors
 3    LAW OFFICES OF PACHULSKI, STANG, ZIEHL & JONES
      440 Louisiana Street, Suite 900
 4    Houston, Texas 77002
      Telephone: (713) 691-9385
 5    email: ahassell@pszjlaw.com
 6    Mr. Peter D'Apice, CNOC Offshore Petroleum USA
      LAW OFFICES OF ESSERMAN & PLIFKA, STUTZMAN, BROMBERG
 7    2323 Bryan Street, Suite 2200
      Dallas, Texas 75201
 8    Telephone: (214) 969-4938
      Fax: (214) 969-4999
 9    email: d'apice@sbep-law.com
10    Mr. Steven Roberts
      LAW OFFICE OF CLARK HILL, PLC
11    720 Brazos Street, Suite 700
      Austin, Texas 78738
12    Telephone: (512) 499-3647
      Fax: (512) 779-3367
13    email: sroberts@clarkhill.com
14    Ms. Leann Moses
      LAW OFFICES OF CARVER, DARDEN, KORETZY, TESSIER, FINN,
15    BLOSSMAN & AREAUX, LLC
      1100 Poydras Street, Suite 3100
16    New Orleans, Louisiana 70163
      Telephone: (504) 585-3830
17    Fax: (504) 585-3801
      email: moses@carverdarden.com
18
      Mr. Jonathan S. Ord
19    LAW OFFICES OF KREBS, FARLEY & DRY
      400 Poydras Street, Suite 2500
20    New Orleans, Lousiana 70130
      Telephone: (504) 299-3590
21    email: jord@krebsfarley.com
22    Mr. David Bernal
      APACHE CORPORATION
23    2000 Post Oak Boulevard, Suite 100
      Houston, Texas 77056
24    Telephone: (713) 296-6000
25
```



```
                                                          Page 5
 1              A P P E A R A N C E S Continued
 2    Mr. Michael D. Morfey, Apache Corporation
      LAW OFFICES OF HUNTON, ANDREWS, KRUTH, LLP
 3    600 Travis Street, Suite 4200
      Houston, Texas 77002
 4    Telephone: (713) 220-4163
      Fax: (713) 220-4188
 5    email: michaelmorfey@huntonak.com
 6    Mr. Sergio Garza, Apache Corporation
      LAW OFFICES OF HUNTON, ANDREWS, KRUTH, LLP
 7    600 Travis Street, Suite 4200
      Houston, Texas 77002
 8    Telephone: (713) 296-6892
 9    Ms. Robin Russell, Apache Corporation
      LAW OFFICES OF HUNTON, ANDREWS, KRUTH, LLP
10    600 Travis Street, Suite 4200
      Houston, Texas 77002
11    Telephone: (713) 220-4163
      Fax: (713) 220-4188
12    email: robinrussell@huntonak.com
13    Ms. Catherine Diktaban, Apache Corporation
      LAW OFFICES OF HUNTON, ANDREWS, KRUTH, LLP
14    600 Travis Street, Suite 4200
      Houston, Texas 77002
15    Telephone: (713) 220-4200
      Fax: (713) 220-4285
16    email: cdiktaban@huntonAK.com
17    Mr. Robert W. Miller, Philadelphia Insurance Company
      LAW OFFICES OF MANIER & HEROD, PC
18    1201 Demonbreun, Suite 900
      Nashville, Tennessee 37203
19    Telephone: (615) 244-0030
      Fax: (615) 242-4203
20    email: rmiller@mainierherod.com
21    Mr. John Baay, LLOG
      LAW OFFICES OF GEIGER, LABORDE & LAPEROUSE, LLC
22    701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
23    Telephone: (504) 654-1302
      email: jbaay@glllaw.com
24
25
```



Page 6

```
 1              A P P E A R A N C E S Continued

 2     Mr. Brandon Bains, Travelers Casualty and Surety
       Company; Liberty Mutual Insurance Co.; XL Specialty; and
 3     the Hanover Insurance Co.
       LAW OFFICE OF LANGLEY, LLP
 4     P.O. Box 94075
       Southlake, Texas 76092
 5     Telephone: (214) 722-7171

 6     Mr. Lee E. Woodard, Lexon Insurance Company
       LAW OFFICE OF HARRIS BEACH, PLLC
 7     333 West Washington Street
       Syracuse, New York 13202
 8     Telephone: (315) 423-7100

 9     Mr. Elliot Moskowitz
       LAW OFFICES OF DAVIS POLK & WARDWELL, LLP
10     450 Lexington Avenue
       New York, New York, 10017
11     Telephone: (212) 450-4241
       email: elliot.moskowitz@davispolk.com
12

13

14
       ALSO PRESENT:
15     Ms. Xenna Davis
       Mr. Jeremiah Evans
16

17

18

19

20

21

22

23

24

25
```



Page 7

```
 1                        INDEX

 2                                                      PAGE

 3    Appearances. . . . . . . . . . . . . . . . . . .    2

 4    JON GRAHAM

 5         Examination by Mr. Eisenberg. . . . . . . .    9

 6         Examination by Mr. Zuber. . . . . . . . . .   78

 7         Further Examination by Mr. Eisenberg. . . .   81

 8         Examination by Mr. Miller . . . . . . . . .   83

 9         Examination by Mr. Weir . . . . . . . . . .   84

10

11    Signature & Changes. . . . . . . . . . . . . .    94

12    Reporter's Certificate . . . . . . . . . . . .    96

13

14                       EXHIBITS

15    NO.  DESCRIPTION                                 PAGE

16         N/A

17

18

19

20

21

22

23

24

25
```



Page 8

```
 1                 P R O C E E D I N G S
 2             (On the record at 12:46 p.m.)
 3             COURT REPORTER:  Today's date is June the
 4   2nd, 2021, the time is 9:00 a.m., we are on the record.
 5   This is the oral deposition of Jon Graham.  I don't know
 6   how we are going to do this -- in the -- in the United
 7   States Bankruptcy Court for the Southern District of
 8   Texas, Houston Division, regarding Fieldwood Energy, LLC
 9   et al.
10             I'm not going to ask -- I guess -- I don't
11   know who everybody is that's here, so if you will just
12   put your name in the chat and who you're representing, I
13   can get -- get it out of there.  Otherwise, we can get
14   started, and I will go ahead and swear the witness in.
15             Mr. Graham, will you please raise your
16   right hand?
17             (The witness complies.)
18             COURT REPORTER:  Do you solemnly swear or
19   affirm that the testimony you give today will be the
20   truth, the whole truth and nothing but the truth so help
21   you God?
22             THE WITNESS:  Yes.
23             COURT REPORTER:  Thank you.  And we're
24   ready.
25             MR. EISENBERG:  You're ready, Nancy?
```



Page 9

```
 1                 COURT REPORTER:  We're ready.
 2                 MR. EISENBERG:  Okay.
 3                       JON GRAHAM,
 4    having been first duly sworn, testified as follows:
 5                       EXAMINATION
 6    BY MR. EISENBERG:
 7         Q.   Mr. Graham, my name is Philip Eisenberg, I am
 8    with the law firm of Locke Lord LLP, and we represent
 9    HCCI International in this matter which is a surety
10    company.
11                 And you understand you are here to give
12    your deposition testimony in connection with the
13    Fieldwood bankruptcy?
14         A.   Yes, that's my understanding.
15         Q.   All right.  Would you state your full name for
16    the record, please?
17         A.   Jon Anthony Graham.
18         Q.   And how are you feeling this morning, Mr.
19    Graham?
20         A.   Everything is good.
21         Q.   Good.  And what -- what -- where are you
22    physically located?
23         A.   I am on the west loop in Houston, Texas in
24    Fieldwood's office.
25         Q.   Okay.  And --
```



Page 10

1              MR. ZUBER:  I'm in a deposition, what's

2   happened?

3              MR. EISENBERG:  What's that, Scott?

4   Scott, you -- you are live, you need to mute your phone.

5   Thank you.

6       Q.  (BY MR. EISENBERG)  All right.  Mr. Graham, you

7   still with me?

8       A.  I am.

9       Q.  Okay.  There you go, okay.

10             So -- so you are at Fieldwood's offices,

11  is there anyone else in the room with you?

12      A.  No, there are not.

13      Q.  Is there anything in front of you in the

14  office?

15      A.  Just my computer screen.

16      Q.  Okay.  And the computer screen, it's only with

17  the folks you are taking a deposition, you get to look at

18  me for a little while?

19      A.  That's correct.

20      Q.  All right.  Can you also share your home

21  address for the record?

22      A.  79 Angelique Way, The Woodlands, Texas.

23      Q.  And is there a ZIP code that goes with that?

24      A.  77382.

25      Q.  Okay.  And are you currently employed, Mr.



Page 11

1    Graham?

2         A.    I am.

3         Q.    And whom -- whom are you currently employed by?

4         A.    Fieldwood Energy.

5         Q.    And -- and what is the nature of that

6    employment, are you a direct employee or a consultant?

7         A.    I'm a consultant.

8         Q.    And is there a written consulting agreement?

9         A.    There is a letter agreement.

10        Q.    And do you know -- well, can you describe to us

11   the compensation provisions in the consulting agreement?

12        A.    I will need to consult with my attorney,

13   because I think I am bound by a confidentiality

14   agreement, before I answer that question.

15        Q.    And I -- I've signed a confidentiality

16   agreement in this case, and I am bound by confidentiality

17   as well, so ...

18             MR. EISENBERG:  Alfredo, are you his

19   lawyer here today?

20             MR. PEREZ:  I am his lawyer here today,

21   and to the extent that everyone on the phone is -- is

22   subject to the protective order, I don't have a problem

23   with that being disclosed.

24             MR. EISENBERG:  Thank you, Alfredo --

25   Mr. Perez.



Page 12

1          MR. PEREZ:  Is anybody -- is anyone on
2    this call not subject to the protective order?
3          Q.   (BY MR. EISENBERG)  Hear -- hearing no --
4    hearing nothing, Mr. Graham, I believe we can proceed.
5               Do you need the question again?
6          A.   Yes,  please.
7          Q.   Okay.  Can you describe the compensation
8    provisions in your letter agreement with Fieldwood?
9          A.   My compensation is $27,000.00 a month payable
10   on a monthly basis for my -- for my work here at
11   Fieldwood Energy as a consultant.
12         Q.   And is there a minimum amount of hours that you
13   are supposed to put in during a given month?
14         A.   It's not specified.
15         Q.   What -- what is the scope of your consultancy?
16         A.   My -- my -- my -- my focus is to become
17   familiar with the Fieldwood I Legacy Apache Properties.
18   Also to become familiar with the Fieldwood organization
19   that will be the contract operator during the transition
20   service period.
21         Q.   And when did you start your consultancy, sir?
22         A.   In January of this year, 2021.
23         Q.   And you have been steadily working under this
24   consultancy agreement since January of 2021?
25         A.   That's correct.



Page 13

1       Q.    And do you anticipate transitioning from

2   consultant with Fieldwood Energy at some point?

3       A.    Yeah.   Once Fieldwood I emerges from the

4   bankruptcy and is established.   I will be the sole

5   manager for Fieldwood I.

6       Q.    And when you say Fieldwood I, what do you mean,

7   sir?

8       A.    It's the -- the limited liability corporation

9   that will be responsible for the Apache Legacy

10  Properties.

11      Q.    And prior to January of 2021, by whom were you

12  employed?

13      A.    I -- I was retired.   My -- my last employment,

14  I -- I retired from Apache Corporation on April 15th,

15  2020.

16      Q.    All right.   Well, let's try to do this in an

17  organized fashion to make it easier for the record and

18  everybody else.

19            Where did you go to college?

20      A.    I have a Bachelor's of Science in Mechanical

21  Engineering from University of Missouri at Rolla, and I

22  also have a Master's of Business Administration from the

23  University of Oklahoma.

24      Q.    Okay.   Appreciate that.

25            And then did you go straight to the



Page 14

1   master's program or was -- did you go get employed after

2   college?

3        A.   I was employed after my Bachelor's of Science

4   in -- in May of 1977, and I received the -- the Master's

5   of Business Administration while I was working.

6        Q.   Okay.  So by whom -- it's just -- obviously,

7   you've got a lot of experience in the oil patch, and we

8   -- we -- we totally appreciate that.  I am just trying to

9   get this down for the record.

10            And by whom were you first employed in

11  1977?

12       A.   Amoco Production Company.

13       Q.   And in what capacity?

14       A.   I'm sorry?  I didn't hear that.

15       Q.   In what capacity?  I'm sorry, I looked away

16  from the microphone.

17       A.   I -- I was a production engineer starting out.

18       Q.   Okay.  And was that onshore or offshore?

19       A.   It was onshore in Tyler, Texas.

20       Q.   The train doesn't go there no more.

21            All right.  After Amoco -- how long did

22  you work at Amoco?

23       A.   I worked two years.

24       Q.   All right.  And then what was your next

25  posting?



Page 15

```
 1        A.    My -- my next posting was in Oklahoma City, and
 2   I worked for a company called Terra Resources.
 3        Q.    Terra with a "T"?
 4        A.    Yes.
 5        Q.    All right.  And how -- and what job were you in
 6   at Terra?
 7        A.    I was an operations engineer.
 8        Q.    And how long did you serve in that position?
 9        A.    It was approximately two years.
10        Q.    And did you get promoted or did you join
11   another company?
12        A.    I -- I -- I left Terra Resources and joined
13   Grace Petroleum Company as a -- as a district operations
14   engineer in Oklahoma City.
15        Q.    Okay.  And how long were you at Grace?
16        A.    I don't recall exactly.  It was in -- in a
17   one-to-two-year period of time.
18        Q.    All right.  And then from Grace where did you
19   go?
20        A.    I went to work for a company called Lawson
21   Consulting, it was a consul -- an engineering consulting
22   firm based in Oklahoma City.
23        Q.    All right.  How long were you with Lawson?
24        A.    It was about two years.
25        Q.    Starting to see a pattern.
```



Page 16

1                   So after Lawson what did you do?

2         A.    I -- I was employed by Santa Fe Minerals in

3    Tulsa, Oklahoma.

4         Q.    Okay.  And how long did you serve at Santa Fe

5    Minerals?

6         A.    It was about two years.

7         Q.    And where did you go from there?

8         A.    That was in Dallas, and then I went back to

9    Tulsa, Oklahoma with Terra Resources.

10        Q.    Okay.  And what was your position when you

11   returned to Terra in around 1987 or so?

12        A.    It was an operations engineer.

13        Q.    Okay.  And how long did you stay with Terra?

14        A.    It was about two years.

15        Q.    All right.  And from Terra?

16        A.    I went to work for a company that ended.  It

17   was Apache Corporation -- not Apache Corporation, it was

18   -- I -- I can't recall the name of the company right now.

19        Q.    That's okay.  Was it a precursor to Apache or

20   not?

21        A.    No, it wasn't.

22        Q.    Okay.  So -- so there is an unnamed entity.

23              As a production engineer, or in what

24   capacity, do you remember that?

25        A.    I know it was -- I was -- yeah, I was a



Page 17

1    production operations reserve engineer.

2        Q.    Okay.  And then is the -- the -- the company, I

3    guess this was the one before Apache, how long did you

4    last there, or did you choose to stay there?

5        A.    No.  It was a -- it was a couple years.

6        Q.    Couple years, yeah.

7        A.    And -- and I can refer to my resume and give

8    you exact times, and dates and responsibilities.

9        Q.    I -- I appreciate that and --

10       A.    If requested.

11       Q.    If they'd have given me one in advance I'd

12   skipped all of this.

13              So -- so from this next company where did

14   you go next?

15              Do you recall when you joined Apache?

16       A.    Yeah.  I believe in -- in -- in 1994 I went to

17   work for Apache Corporation.

18       Q.    Okay.  And what was your first job there?

19       A.    It was reservoir engineering manager for the

20   Rocky Mountain Region.

21       Q.    All right.  And how long did you serve in that

22   position?

23       A.    It was approximately one year.

24       Q.    And then --

25       A.    Actually, it was about -- it was about six



Page 18

1   months, because I was -- I was then transferred to

2   Houston in the Permian Basin Region --

3        Q.   Okay.

4        A.   -- as -- as reservoir engineering manager.

5        Q.   Okay.  So you are the manager in the Permian,

6   and how long did you stay in that position?

7        A.   It was about two years.

8        Q.   Two years, okay.

9             So and -- and would it be fair to say that

10  until you retired in 2020, you worked from basically 1994

11  to 2020 for Apache Corporation?

12       A.   That's correct.  I served Apache in five

13  countries, eight regions in the corporate office.

14       Q.   Twenty-six years?

15       A.   Twenty-five years.

16       Q.   Twenty-five, okay.  All right.

17            So you're in the Permian for a few years,

18  where do you go from there?

19       A.   I was named Region Vice President for the Gulf

20  Coast Region.

21       Q.   Okay.  And how long were you the Regional Vice

22  President for the Gulf Coast Region?

23       A.   It was approximately a year.

24       Q.   One year.

25            And what was your next promotion?



Page 19

```
 1          A.    I was -- it -- the Gulf Coast Onshore and

 2     Offshore Region were consolidated, and I became the

 3     Reservoir Engineering Manager for the Gulf of Mexico

 4     Region.

 5          Q.    All right.  And how long did you serve in that

 6     position?

 7          A.    That was approximately three years, until 2002.

 8          Q.    Two thousand two, okay.

 9                 And your next job after reservoir manager

10     for the Gulf of Mexico Region?

11          A.    I was transferred to Cairo, Egypt to be the

12     Engineering General Manager for Apache Egypt Companies.

13          Q.    So you were there in -- for the company in the

14     beginning?

15          A.    Well, it wasn't quite the beginning but it was

16     close.

17          Q.    And how long did you serve in Cairo?

18          A.    For four years.

19          Q.    All right.  And then after Cairo your next

20     posting?

21          A.    I was -- I was transferred to Calgary, Canada

22     as Vice President Reservoir Engineering.

23          Q.    And was that for Canada?

24          A.    Yes, for the Canadian Region.

25          Q.    Okay.  Canadian Region, okay.
```



Page 20

```
 1                  And then how long did you serve in Canada?
 2       A.   It was until 2009, I believe -- I believe.
 3       Q.   Okay.  Almost through.  I think we have three
 4  more countries to go.
 5       A.   Yes, not a problem.
 6       Q.   Okay.  Then after 2009?
 7       A.   I was transferred to Buenos Aires, Argentina,
 8  and I was a Region Vice President and Country Manager for
 9  the Argentina Region.
10       Q.   Okay.  And how long?
11       A.   It was two -- two years.
12       Q.   Two more years, so we are basically about 2011
13  now, 2012?
14       A.   That's -- that's correct.
15       Q.   All right.
16       A.   Two thousand eleven.
17       Q.   And then from Buenos Aires?
18       A.   I was transferred back to the -- the Houston
19  corporate office as Vice President of Health, Safety,
20  Security & Environment.
21       Q.   Okay.  Commonly known as HS&E?
22       A.   Well, it was actually HSSE, because we put
23  security in there, also.
24       Q.   I got you.  All righty.
25                  And -- and how long did you serve in that
```



Page 21

```
 1    capacity for Apache Corporation?
 2         A.   Until 2017.
 3         Q.   And -- and would you consider that an executive
 4    level position at Apache Corporation?
 5         A.   Yes.  I was an officer of the company, an
 6    officer of Apache, as well as in Argentina.
 7         Q.   Okay.  And then from 2017?
 8         A.   I -- I served Apache in Aberdeen, Scotland as
 9    Region Vice President Managing Director for Apache North
10    Sea.
11         Q.   Got you.
12              And then that's the position that you
13    retired from?
14         A.   That's correct.
15         Q.   And was that an officer position as well for
16    the corporation?
17         A.   It was.
18         Q.   Did you have any role in connection with the
19    sale of the Gulf of Mexico properties to Fieldwood by
20    Apache?
21         A.   No, I did not.
22         Q.   Do you -- do you recall when that happened?
23         A.   It was in 2013, I believe.
24         Q.   Okay.  And -- and you were the HSS&E (sic)
25    officer at that point, correct?
```



Page 22

```
 1        A.   That's correct.
 2        Q.   But that role did not involve you at all in the
 3   transaction?
 4        A.   Not in the transaction.  Prior to that,
 5   obviously, I was responsible for HSSE for the entire
 6   company, which included the Gulf of Mexico Region.
 7        Q.   And were you aware in advance of your
 8   retirement from Apache Corporation that Fieldwood was
 9   planning on going into Chapter 11 bankruptcy?
10        A.   No.  I was not aware of that.
11        Q.   When did you first hear about Fieldwood and its
12   bankruptcy?
13        A.   I was contacted in August of 2020 by Anthony
14   Lannie, General Counsel for Apache Corporation, to gauge
15   my interest in -- in managing the Legacy Apache
16   Properties via Fieldwood I.
17        Q.   And do you still own Apache stock, sir?
18        A.   I do.
19        Q.   Can you give me a kind of range, order of
20   magnitude in number of shares you've got?
21        A.   Once again I need to consult with my attorney
22   whether that private information should be disclose --
23   should be disclosed.
24             MR. PEREZ:  Phil, why don't you ask him if
25   it's a material part of his -- of his portfolio, or
```



MAGNA
LEGAL SERVICES

Page 23

1  something like that, to that -- to that effect?

2             MR. EISENBERG:  Well, that's why I was --

3             MR. PEREZ:  I don't -- I don't necessarily

4  want to put how much, you know, how much he owns on the

5  record.

6             MR. EISENBERG:  That's why I --

7             MR. PEREZ:  I don't have a problem with

8  you asking him about questions about that.

9             MR. EISENBERG:  Well, clearly his -- his

10 holdings with Apache ...

11     Q.   (BY MR. EISENBERG)  Are they significant, your

12 holdings, Mr. Graham?

13     A.   The Apache stock I accumulated over my 25 years

14 with Apache represents in the neighborhood of 15 percent

15 of my -- my portfolio.

16     Q.   Do you own any Apache options still that are

17 still in effect?

18     A.   I -- I believe I do own some options, but they

19 are at about $125.00 a share, way out of the money.

20     Q.   Well, oil is up at 68 today, Mr. Graham, so,

21 you know, you never know.

22     A.   Well, it has to go another hundred dollars --

23     Q.   I know.

24     A.   -- per share.

25     Q.   I understand.



Page 24

1             So did -- what did Mr. Lannie tell you

2    when he contacted you in August of 2020?

3        A.   He was gauging my interest if I would come out

4    of retirement to -- to be considered for this position.

5    He -- he said if I -- if I was, then he would submit my

6    name through the process of selecting the sole manager.

7        Q.   And when you retired in 2020, who -- who did

8    you report to at that point in time at Apache?

9        A.   Reported to Grady Ables, he was a Senior Vice

10   President of Responsibility for North Sea, and I believe

11   Egypt.

12       Q.   Okay.  And when you were the HSS&E (sic)

13   officer for the company for the five years that you've

14   described, whom did you report to?

15       A.   I reported to Steve Farris, CEO, as well as

16   John Christmann, CEO.

17       Q.   Would it be fair to refer to you as an Apache

18   company man?

19       A.   I worked for Apache for 25 years.

20            MR. PEREZ:  And I am going to object to

21   the form of the question, vague.

22            MR. EISENBERG:  Well, and you are allowed

23   to object, Alfredo.  He can still answer.

24            MR. PEREZ:  He did answer.

25            MR. EISENBERG:  I'm -- I'm with you.  You



Page 25

1   objected after.

2           MR. PEREZ:  But I -- but I just didn't get

3   my objection in on time, but it is to definitely a vague

4   question.

5           MR. EISENBERG:  There you go, all right,

6   fair enough.

7       Q.   (BY MR. EISENBERG)  Do you believe, sir, that

8   you are still loyal to Apache?

9           MR. PEREZ:  Object to the form of the

10  question, vague.

11          Go ahead, Jon, you can answer.

12      A.   My loyalty lies to who compensates me for my

13  professional expertise, which is Fieldwood Energy right

14  now.

15      Q.   (BY MR. EISENBERG)  Are you familiar with the

16  term sheet between Fieldwood Energy and Apache with

17  regard to the formation of Fieldwood I?

18      A.   Yes, I'm familiar.  That was a document that

19  Anthony Lannie provided for me as well as the position

20  description of Sole Manager for Fieldwood Energy 1.

21      Q.   And after August of 2020, when were you next

22  contacted?

23          Or did you contact them and say I'm

24  interested?

25      A.   Well, I -- I -- I told Anthony that after --



Page 26

1    after deliberating on it that I -- I would submit my name

2    for consideration.  I believe I made a contact with --

3    with Anthony in October, just wanting to know what the

4    status was, and they said they were still working --

5    working through it.  And then I was contacted, I believe

6    in late December of 2020, that Fieldwood Energy was

7    interested in talking to me, interviewing me for the sole

8    manager's position.

9         Q.   And -- and when did you become aware that you

10   were going to be nominated to be the sole manager?

11        A.   Not until after I had the discussion with

12   Fieldwood Energy, and right before they -- they -- they

13   made an offer to me as a -- as a consultant until

14   Fieldwood I emerged from bankruptcy, then I would be the

15   sole manager for Fieldwood I.

16        Q.   And the management at existing Fieldwood right

17   now, the Debtor Company, they are going to become what's

18   been called in the paper as NewCo, is that -- is that

19   correct, sir?

20             MR. PEREZ:  Object to the form of the

21   question, it's misleading.

22        Q.   (BY MR. EISENBERG)  You can answer, sir.

23        A.   That's my understanding.

24        Q.   And -- and who do you understand is going to

25   become the management at NewCo that's currently retained



Page 27

1   you as a consultant with Fieldwood?

2        A.   I believe there is a number of -- of

3   individuals that are on the executive team.  I'm not

4   privy to what their -- what their organizational

5   structure will be like after they emerge from bankruptcy.

6        Q.   Who do you work with kind of on a day-to-day

7   basis while you -- when it -- until it gets --

8        A.   I guess -- I guess John Seeger would be the

9   gentleman that I coordinate my activities through as well

10  as two asset managers, David Dean and -- and Ken -- Ken

11  Bramlett.

12       Q.   You said Ken Bramlett?

13       A.   Yes.

14       Q.   Okay.  Thank you.

15            And -- and so when you -- so -- so you got

16  interviewed in December of 2020, they indicated to you

17  that you were going to be designated as the sole manager

18  for Fieldwood I, and then you entered into a consultancy

19  agreement with Fieldwood, the Debtor, in January of 2021?

20       A.   Actually, the way that it happened was is they

21  -- they made an offer as a consultant with Fieldwood

22  Energy, primarily to become familiar with the Fieldwood I

23  Legacy Apache Properties and also the -- the Fieldwood

24  Energy organization that would be the contract operator,

25  with the concept that when Fieldwood I emerged then --



Page 28

1   then I would be up to speed on and been able to

2   understand, you know, the -- the properties and -- and

3   the inner workings of the op -- the contract operator.

4                    So it was a consulting agreement and then

5   there was a letter agreement that once Fieldwood I was --

6   was established and emerged, then I would be the sole

7   manager for Fieldwood I.

8        Q.   Okay.  And on this letter agreement with regard

9   to your appointment as the sole manager of Fieldwood I,

10   can you describe the compensation provisions in that

11   agreement?

12        A.   It's the same compensation that I'm receiving

13   currently as the $27,000.00 per month.

14        Q.   And currently you are being paid by the folks

15   who are going to subsequently provide the transition

16   services to Fieldwood I, correct?

17        A.   The entity I am being paid by is Fieldwood

18   Energy, and I believe there will be a new company once --

19   once it emerges from -- from bankruptcy.

20        Q.   But you are familiarizing yourself with the

21   folks who are going to become NewCo and provide the

22   transition services who are currently with Fieldwood,

23   correct?

24        A.   That is correct.

25        Q.   And besides Mr. Seeger, Mr. Dean and Mr.



Page 29

1    Bramlett, anybody else who you are familiarizing yourself

2    with?

3          A.    Well, I have had discussions with most of the

4    functional managers at Fieldwood concerning, you know,

5    what their -- what their role will be in the -- in -- in

6    the Fieldwood I, people like the HSE manager, the -- you

7    know, the planning folks, the marketing folks, the

8    operations managers, the field operations managers and --

9    and such as that.

10         Q.    You want to be able to hit the ground running

11   when you get there?

12         A.    It's always good to be prepared.

13         Q.    So do you understand that there is a farm out

14   portion of the term sheet?

15         A.    There is -- there is --

16               MR. PEREZ:  Object to the form of the

17   question, vague.

18               Go ahead, Jon.

19         A.    I'm aware of the joint development agreement

20   between Fieldwood and -- and Apache.

21         Q.    (BY MR. EISENBERG)  And -- and that joint

22   development agreement, that was already in place before

23   you got retained, correct?

24         A.    That's my understanding.

25         Q.    All right.  Have you done any analysis of



Page 30

1   whether that joint development agreement is a good idea

2   or not?

3       A.   I think it's a good -- good -- good concept and

4   it gives an opportunity for Fieldwood I to develop its

5   resources without putting a lot of capital in or any

6   capital in.

7       Q.   Have you done any analysis -- independent

8   analysis of the terms and the economics of the joint

9   development agreement to determine whether it's a good

10  idea or not?

11      A.   I have not done a comprehensive examination of

12  it, no.

13      Q.   And would that include not having done any

14  financial analysis of the arrangements?

15      A.   Well, I am aware of -- of the provisions of the

16  joint development agreement, and it's a -- it's -- it's a

17  good opportunity for Fieldwood I to develop its resources

18  without a significant or any capital investment.

19      Q.   Do you know whether or not the opportunity

20  that's presented under the joint development agreement

21  was offered or negotiated with any other party other than

22  the company to be newly formed, NewCo?

23      A.   I -- I -- I think that I am not aware of any

24  projects that have been formally presented as a joint

25  development agreement, and I was not involved with



Page 31

1   whether this -- this agreement was -- was marketed to

2   outside third parties.

3       Q.   And are you familiar with something called the

4   transition agreement?

5       A.   I am familiar with a trans -- transition

6   service agreement, yes.

7       Q.   What's your understanding of the transition

8   services agreement?

9       A.   That once Fieldwood I emerges from bankruptcy,

10  they will engage Fieldwood Energy NewCo to become the

11  contract operator for the -- for the Legacy Apache

12  Properties.

13      Q.   And -- and do you understand what char -- the

14  charge is going to be under that transition services

15  agreement between NewCo and Fieldwood I?

16      A.   I have not seen an exact number.  My

17  understanding is it will be approximately 75 percent of

18  the current general administrative expenses for NewCo.

19      Q.   Have you done any analysis of whether that Gen

20  A is an appropriate amount for a company the size of

21  Fieldwood I to be incurring?

22      A.   That analysis will be done when we -- Fieldwood

23  I solicits bids from a minimum of three parties to -- to

24  do the contract operations.

25      Q.   And how long will the transition services be in



Page 32

1   place?

2       A.   Will be as -- as long as necessary and to

3   provide an orderly transition for Fieldwood I.  There is

4   no set time, to my understanding.

5       Q.   Can -- can you terminate the transition

6   services agreement -- is it your understanding that the

7   transition services agreement can be terminated once you

8   step in as the sole manager of Fieldwood I?

9       A.   My understanding is the sole manager has the --

10  the right to -- to terminate the agreement, yes.

11      Q.   Do you have an understanding of what the

12  current decommissioning obligations are for Fieldwood I?

13      A.   Yes.  I am familiar with some of the

14  decommissioning estimates that have been made by -- by

15  the decommissioning organization here at Fieldwood

16  Energy.

17      Q.   And based upon your understanding, can you tell

18  us how much from a dollar standpoint is currently due and

19  owing from the standpoint of decommissioning for

20  Fieldwood I --

21              MR. PEREZ:  Object to the form of the

22  question.  It -- it -- it calls for a legal conclusion as

23  to how much is due and owing.

24              MR. EISENBERG:  As a businessman, I don't

25  want a legal conclusion.



Page 33

1            MR. PEREZ:  I still don't understand what
2    due and owing means in the context of -- of
3    decommissioning.
4        Q.   (BY MR. EISENBERG)  Well, if you can answer,
5    I'll -- otherwise, I will rephrase.
6            MR. PEREZ:  I mean, I think it -- I mean,
7    I don't understand what due and owing is under -- in the
8    context of a decommissioning or -- that -- that seems to
9    me to be a legal conclusion.
10       Q.   (BY MR. EISENBERG)  Sitting here today, Mr.
11   Graham, on the day that the plan goes effective, assuming
12   Fieldwood I gets formed, do you know what the magnitude
13   of the obligations for P&A are that would be current for
14   Fieldwood I?
15           MR. PEREZ:  Same objection.  I don't know
16   what current means, but if you can answer that, answer
17   it.
18       A.   There -- there are some estimates of asset
19   retirement obligations for Fieldwood I, and they vary
20   depending on who has done the estimate, but they are
21   anywhere from 800 million to 1.2 billion dollars.
22       Q.   (BY MR. EISENBERG)  And that's the total for
23   the decommissioning, correct?
24           One hundred percent, right?
25       A.   That's my understanding, yes.



Page 34

1      Q.   And you understand you don't do all of that all
2  at one time, right?
3      A.   That's correct.
4      Q.   Right.  The --
5      A.   You --
6      Q.   -- that there are regulations --
7      A.   -- you are -- you are bound by regulations of
8  when -- when fields need to be decommissioned based on
9  their last production or if the lease is expired as
10 prescribed by -- by best the info.
11     Q.   Okay.  And so how much of that 800 to 1.2
12 billion dollars would have to be performed under the
13 regulations on day one?
14     A.   I have not done that analysis.
15     Q.   Do you know what the estimated current
16 production for Fieldwood I would be, assuming it went
17 effective June 15th?
18     A.   I know what the current production is is today
19 -- or was yesterday.
20     Q.   And what is that, sir?
21     A.   It was approximately 18,300 barrels of oil
22 equivalent a day.
23     Q.   And have you done any analysis to determine
24 whether the -- the Fieldwood I, based on its current
25 production and its current decommissioning obligations,



Page 35

1   is capable of meeting its ongoing obligations?

2            MR. PEREZ:  Object to the form of the

3   question, calls for a legal conclusion.  I -- I'm not --

4   and it's vague as well.

5        Q.   (BY MR. EISENBERG)  You can answer, sir.

6            MR. PEREZ:  Still --

7        A.   I don't understand the question you are asking.

8        Q.   (BY MR. EISENBERG)  Okay.  So on day one you

9   are going to step in as the sole manager of Fieldwood I,

10  right?

11       A.   That's the plan.

12       Q.   And Fieldwood I on day one, it's going to have

13  current obligations and current cash flow, right?

14       A.   When -- when Fieldwood emerges there will be no

15  accounts payable, because that will be wiped to zero and

16  that will become NewCo's responsibility, and there will

17  be ongoing production, yes, that generates revenue.

18       Q.   And have you done any analysis on whether the

19  going-forward revenues from Fieldwood I is sufficient to

20  cash flow the company, i.e., meet its ongoing

21  obligations, including its decommissioning obligations?

22       A.   I am aware of some forecasts that have been

23  made that -- that shows that it's capable, yes.

24       Q.   Have you done any independent analysis of those

25  forecasts?



Page 36

1        A.    No, I have not.

2        Q.    So sitting here today, other than relying on

3    forecasts that you've seen, do you have any independent

4    knowledge of whether or not Fieldwood I is capable of

5    meeting its obligations as they come due, based on its

6    current cash flows?

7        A.    I -- I -- I guess I don't understand

8    specifically what you are asking.  Could you -- could you

9    clarify that a little bit?

10       Q.    Sure.  You make money from production and you

11   pay your bills as they are required to be paid, right,

12   and you perform your obligations.

13             Have you done any independent analysis of

14   Fieldwood I as a functioning company as to whether it

15   would cash flow on a going forward basis once it's

16   formed?

17       A.    I have been made privy to estimates made by --

18   by Fieldwood Energy that -- that they shows it being

19   positive, and -- and I have no -- no problem with their

20   methodology.

21       Q.    And which -- which -- which estimates do you

22   recall that they showed you?

23       A.    I believe it is referred to as Exhibit O in the

24   -- in the filing documents.

25       Q.    So other than Exhibit O, do you have any other



Page 37

1    bases for whether or not Fieldwood I on day one can cash

2    flow?

3        A.   Data has been avail -- made available to me

4    under lease operating statements that -- that are -- that

5    Fieldwood Energy has prepared that shows yes, there is --

6    there is positive cash flow.  I believe the last lease

7    operating statement I saw was -- was dated in February or

8    March.

9        Q.   Are they doing decommissioning obligations as

10   part of that lease operating statement analysis that

11   you're talking about?

12       A.   Not as a part of the lease operating statement

13   but yes, there is an ongoing decommissioning program to

14   satisfy regulations.

15       Q.   And do you know how much, approximately, that

16   is?

17       A.   My understanding is that there have been

18   expenditures of approximately 35 million dollars from

19   August 2020 until I believe sometime in the first of May.

20       Q.   And if Fieldwood I was required to do all of

21   its currently due plugging and abandonment obligations on

22   July 1st, would there be sufficient funds to actually do

23   that?

24       A.   The -- what Fieldwood I would utilize as -- as

25   much of its current cash flow to satisfy those



Page 38

1   obligations, then it would rely upon the -- the resources

2   available in the decommissioning security agreement

3   signed between Apache and Fieldwood in 2013.

4       Q.   Well, that security doesn't belong to Fieldwood

5   I, does it?

6       A.   That's correct, it belongs to Apache.  Or put

7   it this way, Apache is the only one that can draw from

8   the Trust A, I believe, and the other decommissioning

9   securities.

10      Q.   So without Apache's consent, Fieldwood I would

11  not be able to meet its obligations, correct?

12           MR. PEREZ:  Object to the form of the

13  question.  I think it calls for a legal conclusion as to

14  -- you know, it assumes facts not in evidence.

15      Q.   (BY MR. EISENBERG)  Yeah, you -- you can

16  answer, sir.  I'm not asking a legal question.

17      A.   Fieldwood I --

18           MR. PEREZ:  I think you are, but --

19      Q.   (BY MR. EISENBERG)  Go ahead.

20           MR. PEREZ:  No, go ahead.

21      Q.   (BY MR. EISENBERG)  You go, sir.

22      A.   No.  Fieldwood I will have to utilize the

23  decommissioning strategy agreement to fulfill its

24  obligations over its life.

25      Q.   And what source of capital would Fieldwood I



Page 39

```
 1    have once it becomes effective and you are the sole

 2    manager?

 3         A.   The -- the -- the capital available is to be

 4    spent on decommissioning.  With the consent of Apache, it

 5    could be spent on production enhancement projects.

 6         Q.   But if Apache didn't consent, then you couldn't

 7    develop any of the -- any -- any projects to increase or

 8    find new reserves, correct?

 9         A.   According to the Apach - or the Fieldwood LLC

10    agreement, any expenditures made outside of day-to-day

11    operations and decommissioning has to have the consent of

12    Apache.

13         Q.   And do they have to have a reason to say no, or

14    can they just say no?

15              MR. PEREZ:  Object to the form of the

16    question, I think the document speaks for itself.

17              MR. EISENBERG:  I am just asking for his

18    understanding, Alfredo.

19         A.   They have the right to consent.

20         Q.   (BY MR. EISENBERG)  And so if they don't

21    consent, then there is not sufficient capital to develop

22    behind pipe reserves, for instance?

23         A.   For -- for Fieldwood I to undertake

24    recompletions to production enhancement, it has to have

25    the consent of Apache, according to the agreement, my
```



Page 40

1    understanding of the agreement.

2         Q.   Have you been doing any analysis of the

3    opportunities or the properties that have been shut in

4    that may still be brought back online during your four

5    months while you have been consulting, or five months?

6         A.   I've been apprised by the asset managers of

7    what the opportunities are to spend repair and

8    maintenance monies to bring fields back on production, as

9    well as recompletion and production enhancement work.

10        Q.   You're aware that recently there was an

11   unfortunate event, when one of the wells was trying to

12   get put back on, sir?

13        A.   I'm sorry, I don't.

14        Q.   There was a contractor, there was a casualty,

15   are you aware of that, sir?

16        A.   Yes.  I was made aware of it.

17        Q.   Okay.

18        A.   Right after it happened.

19        Q.   And these are ver -- that's a very serious

20   thing, obviously, and I only asked you the question to --

21   to -- to -- as a predicate to has this slowed down the

22   bringing back of some of the properties that have been

23   shut in, or has that continued to proceed?

24        A.   My -- my understanding is that the repair and

25   maintenance program still is being -- being pursued.



Page 41

1      Q.   Do you have an understanding of once all of the
2  wells that are scheduled to be brought back online that
3  are currently shut in, what production is estimated to be
4  on a daily basis?
5      A.   Well, I'm aware that there's approximately 11
6  fields that they are currently working on that will be
7  brought on production in the next 30 to 45 days that has
8  the potential to add an additional 6000 barrels of oil
9  equivalent per day of production.
10     Q.   Thank -- thank you, that's ...
11          Do you happen to know the names of those
12  fields?  Whereas, if you don't, that's fine too.  I'm
13  just --
14     A.   Well, it's -- it's in the daily production
15  report.  I can't call those from memory right now, but I
16  could refer to the document and tell you those deals.
17     Q.   Okay.  So we would look to the daily production
18  report to determine what those are?
19     A.   That's correct.
20     Q.   And what would I look for in the daily
21  production report to find that out?
22     A.   In the comments section it -- well, in the
23  production report it shows you what the current
24  production by field is, and also what is offline, and
25  then in the comment it usually talks about work that's



Page 42

1    being done and when the estimated time to return the

2    fields to production is -- is estimated.

3         Q.   Does your, not your consulting agreement but

4    the letter agreement that you signed to be the sole

5    manager, does it contain any bonus provisions in it?

6              If so --

7         A.   There -- there is a bonus provision.  If I --

8    if I maintain the position I think through December or

9    January of 2024, there is -- there is bonus

10   consideration, yes.

11        Q.   And is that a cash bonus provision?

12        A.   It is a cash bonus, yes.

13        Q.   And is there any other criteria to receive the

14   incentive other than to be there in December of 2024?

15        A.   Well, there -- there is another provision that

16   if excess cash flow as defined in the standby loan --

17   loan agreement reaches 400 million dollars, then there is

18   some additional compensation.

19        Q.   What is excess cash flow in the terms of the

20   standby loan agreement, can you describe --

21        A.   I --

22        Q.   -- for the record?

23        A.   I would have to refer to the agreement.  It --

24   it's quite a involved definition.

25        Q.   Can you dumb it down for an old lawyer like me?



Page 43

1       A.   I -- I -- I -- I'll let the document speak for

2   itself.

3       Q.   Okay.  I appreciate that, and for not agreeing

4   with me right away.  I also appreciate that courtesy.

5            So based on the -- your understanding of

6   the term sheet, what other consent rights does Apache

7   have over Fieldwood I?

8       A.   I can't recall every one.  There's

9   approximately 211 items that have to be consented.  I

10  would have to refer to the document to -- to be able to

11  quote those.

12      Q.   That's fair.

13           Can you be removed without Apache's

14  consent?

15      A.   Can I be what?

16      Q.   Removed without Apache's consent?

17      A.   No.  I cannot be re -- the sole manager cannot

18  be removed without Apache's consent.

19      Q.   All right.  Now under the term sheet Fieldwood

20  I pay -- has some obligation to pay Apache for services

21  that it provides in connection with the term sheet, is

22  that correct, sir?

23      A.   I vaguely remember --

24           MR. PEREZ:  Object to the form of the

25  question, vague.



Page 44

```
 1                    MR. EISENBERG:  Well, he --
 2                    MR. PEREZ:  Okay.  Go ahead.
 3                    MR. EISENBERG:  -- vaguely remembers, so
 4      there you go.
 5           Q.   (BY MR. EISENBERG)  You -- you can answer, sir.
 6           A.   My understanding is there is provision in the
 7      term sheet, I don't recall it exactly, that reimburses
 8      Apache for -- for costs associated with -- with -- with
 9      Fieldwood I.
10           Q.   And is there a limitation on the cost that they
11      can incur?
12           A.   I believe there is a number in the document, I
13      -- I don't remember exactly what that is.
14           Q.   Okay.  And do you know whether Apache has hired
15      any former Fieldwood employees recently, do you know
16      that, sir?
17           A.   No.  No.  I am not aware of that.
18           Q.   Did you interview any Fieldwood employees in
19      connection with them going to work for Apache to work on
20      this decommissioning arrangement?
21           A.   No, I have not.  I have not interviewed any
22      Fieldwood employees concerning going to work for Apache.
23           Q.   So sitting here today, you are not aware of
24      anybody who's leaving Fieldwood and going to Apache that
25      for the purposes of providing services in connection with
```



Page 45

1    this decommissioning arrangement of the term sheet?

2         A.   No, not to my knowledge.

3         Q.   How many people are left at Fieldwood now?

4              You're in their offices today and you've

5    been there for four months, has it shrunk?

6         A.   I'm sorry?

7         Q.   A number of people working for Fieldwood?

8         A.   Most of the people are working remotely.  I do

9    not have the number of people that are currently employed

10   by Fieldwood.  I -- I see a number every day, but it's

11   been -- and I believe there's more people working

12   remotely than there are on location because of Covid

13   restrictions and concerns.

14        Q.   And we all have those, and we all want us to

15   stay safe and healthy.

16              From the standpoint of making a

17   determination of what the capital needs are of Fieldwood

18   I, what capability will you have as the sole manager to

19   do that?

20        A.   Well, I will have the -- I'll -- I'll have an

21   -- an operating company that will provide information and

22   data and analysis that will help determine that.

23        Q.   So is that something, when you say an operating

24   company do you mean the company providing you transition

25   services or a separate independent operating company?


MAGNA
LEGAL SERVICES

Page 46

1        A.    No.   It will be the contract operator which is

2    described in the transition service agreement.

3        Q.    So the NewCo is going to decide whether and

4    what capital needs are available for Fieldwood I?

5        A.    No.   They will provide the resources to help me

6    assess that situation.   It's not Fieldwood's -- it's not

7    Fieldwood's choice, it is the Fieldwood I's choice.

8        Q.    Well, and then you need Apache's consent once

9    Fieldwood I decides, right?

10       A.    If it involves anything besides daily

11   operations and -- and decommissioning obligations.

12       Q.    And do you know whom you are going to be

13   dealing with on a, you know, a regular basis with Apache

14   in connection with your serving as the sole manager yet?

15       A.    I have not been provided the -- who would be

16   the point person.   There has been several people that --

17   that have the potential to be there, but they -- they

18   haven't designated, to my knowledge, who the -- who the

19   point person will be.

20       Q.    So you talked to Mr. Lannie in October to

21   follow up, you went into Fieldwood's offices in December,

22   you signed the consulting agreement, you signed the

23   letter agreement, when was the next time you spoke with

24   folks from Apache?

25       A.    Well, there was a -- there -- it was an ongoing



Page 47

1    month or a weekly discussion between Anthony Lannie, Clay

2    Bretches and John Seeger.  And after I was on board with

3    Fieldwood Energy, John Seeger invited me to participate

4    in that -- in those discussions.

5         Q.   Okay.  So those meetings had been ongoing when

6    you got there, right?

7         A.   That was my understanding.

8         Q.   How -- how long had they been ongoing for, from

9    the beginning of the bankruptcy, or do you -- do you know

10   how long?

11        A.   I -- I do not know.

12        Q.   They -- they had been well-established, they

13   had been doing this for a while, right?

14        A.   That was my understanding, yes.

15        Q.   All right.  And you say these are weekly

16   meetings?

17        A.   They -- they were weekly calls that were --

18   that were organized, yes.

19        Q.   Calls.

20             And how long do the calls last?

21        A.   Oh, anywhere from 15 minutes to 30 minutes.

22        Q.   And tell me again the people?

23             I've got Mr. Lannie, I got Mr. Seeger, I

24   missed this Kate, I think you said Kate?

25        A.   No, it's Clay --



Page 48

1        Q.    Clay.

2        A.    -- Bretches, yeah.

3        Q.    Spell the last name?

4        A.    B-r-e-t-c-h-e-s, I believe.

5        Q.    And who is Clay, Mr. Clay with?

6        A.    Clay is an executive vice president of -- of

7   Apache Corporation responsible for their operations.

8        Q.    And -- and -- and is there an agenda for these

9   meetings that's created?

10       A.    Well, Mr. -- Mr. Lannie is an attorney, and I

11   believe those discussions in those meetings is

12   privileged.

13       Q.    Okay.  But let me just break this down and --

14   and take it one point at a time.  I didn't ask you what

15   the nature of the agenda was, I simply asked whether

16   there were agendas that were created for the meetings.

17       A.    I don't recall any agendas.

18       Q.    And so you didn't get an email going okay, here

19   is the agenda for our weekly meeting?

20       A.    That's correct.

21       Q.    All you got was a calendar notice, we're having

22   a call?

23       A.    (No verbal response.)

24       Q.    Were there notes --

25       A.    Yeah.



Page 49

1        Q.    -- were there notes taken at these meetings?

2        A.    I didn't take any notes, I don't know if they

3    did or not.

4        Q.    Were there minutes of the meeting circulated

5    afterward?

6        A.    No, not to my knowledge.

7        Q.    Do you recall any emails documenting or

8    memorializing what was talked about at the meetings?

9        A.    I don't recall any, no.

10       Q.    Do you have a folder where you put all of that

11   stuff in on your computer?

12       A.    Concerning those weekly meetings, no.

13       Q.    Yeah, okay.

14             And -- and what were the subjects of the

15   calls, generally?

16       A.    I think with Mr. Lannie involved, I think the

17   -- the subject is -- is privileged.

18       Q.    Well, I understand that and I am not asking for

19   privileged information, I am asking generally for the

20   subject.

21       A.    Once again, I think Mr. Lannie is an attorney

22   and -- and those discussions were privileged.

23       Q.    Well, was he giving you personal -- was he

24   giving you legal advice as a consultant for Fieldwood?

25       A.    Once again, I think those -- those discussions



Page 50

1    involving Mr. Lannie are -- are privileged.

2         Q.   Did you seek legal advice from him as an Apache

3    lawyer in your capacity as a consultant to Fieldwood, the

4    Debtor here?

5         A.   I was provided documents concerning Fieldwood.

6    It wasn't Apache, it was the term sheet, the letter

7    agreements and such, and any discussion was involved with

8    Brett Cupit and Anthony Lannie, which are attorneys, and

9    I believe that are privileged discussions.

10        Q.   Well, I'm trying to understand what advises you

11   were given or what work product the lawyers provided you,

12   generally, as opposed to you just had phone calls with

13   them, and --

14             MR. PEREZ:  Yeah.  Let me -- let me just

15   step in.

16        Q.   (BY MR. EISENBERG)  You can --

17             MR. PEREZ:  To the extent, Mr. Graham,

18   that you are -- you are talking about, you know,

19   telephone conversations, I don't have a problem with you

20   talking about the subject of the -- of the telephone

21   conversations.

22             So, you know, there -- there is -- there

23   may be a common interest with respect to these items here

24   that -- that would be -- that we would need to protect,

25   but, to the extent that there are general topics, I don't



Page 51

1    have a problem with you talking about those.

2                    THE WITNESS:   Okay.

3         Q.   (BY MR. EISENBERG)   Well, was one of the topics

4    that you guys talked about how things would work on a

5    going forward basis once Fieldwood I was up and running?

6         A.   The weekly discussions were -- were really

7    centered around status update of where the bankrupt --

8    the -- was -- what -- what the status of the bankruptcy

9    was, and -- and -- and what, you know, what -- what was

10   projected going forward, as far as when Fieldwood I would

11   emerge from bankruptcy.   It was really just a status

12   update discussion.

13        Q.   Well, was one of the things that you talked

14   about how things would work in Fieldwood I on a going

15   forward basis once it was up and running?

16        A.   No, it --

17                    MR. PEREZ:   Object to the form of the

18   question, asked and answered.

19        Q.   (BY MR. EISENBERG)   I asked it again and you

20   can answer it again, sir.

21                    Do you need the court reporter to read it

22   back?

23        A.   What -- what is the question?

24                    MR. EISENBERG:   Can you read it back,

25   Ms. Newhouse?



Page 52

```
1              COURT REPORTER:  Sure.

2              (Requested portion read back.)

3              MR. PEREZ:  Okay.  Same -- same objection.

4      Q.   (BY MR. EISENBERG)  You can answer, sir.

5      A.   I don't understand the question.

6      Q.   Was one of the subjects of your weekly calls

7  how things would work once Fieldwood I was up and running

8  between Apache and Fieldwood I?

9      A.   My recollection of the conversations was it was

10 more of a status update of -- of -- of where the

11 bankruptcy stood at that point in time.

12     Q.   And I appreciate that sir, but was one of the

13 things that was talked about, even if it wasn't the main

14 focus, how Fieldwood I would work once it was up and

15 running?

16     A.   Well Fieldwood I --

17             MR. PEREZ:  Objection, asked and answered

18 three times.

19     A.   Now Fieldwood I will work like the letter

20 agreement and term sheet spells out.

21     Q.   (BY MR. EISENBERG)  Right.  But was one of the

22 things you talked about in your calls with the lawyers

23 from Apache how the words on the page, on the term sheet,

24 would work in reality as Fieldwood I moved forward?

25             MR. PEREZ:  Object to the form of the
```



Page 53

1    question, asked and answered.

2         A.    (No verbal response.)

3         Q.    (BY MR. EISENBERG)  You can answer, sir.

4         A.    The discussions were around the status of the

5    bankruptcy.

6         Q.    Sitting here today, sir, are you aware of any

7    particular projects that Fieldwood I would move forward

8    with, other than the 11 fields that you were talking

9    about on the daily reports?

10        A.    I have been made aware of opportunities that

11   exist that potentially Fieldwood NewCo will -- will

12   propose under the field development agree -- or the joint

13   development agreement.  The -- but none of the details

14   have been -- have been provided in detail, or the details

15   have not been provided.

16        Q.    And -- and -- and do you have an estimation of

17   the number of these projects?

18        A.    I don't have an exact number, no.  They're in

19   the neighborhood of 15 to 20.

20        Q.    Are they on a piece of paper somewhere that was

21   circulated identifying these particular projects that are

22   in evaluation and in the works?

23        A.    I have reviewed several projects from the asset

24   managers that have -- in -- in PowerPoint presentations

25   that have shown some of the opportunities, but -- but not



Page 54

1   -- they have not been proposed or -- because they can't

2   be proposed until Fieldwood I is in existence.

3        Q.   So -- so you have seen about 15 or 20

4   PowerPoints, or the PowerPoints that you've seen total

5   about 15 or 20 projects?

6        A.   The opportunities are 15 to 20, I don't re --

7   recall how many PowerPoints, because multiple

8   opportunities were presented in -- in one PowerPoint.

9        Q.   Right.   But in one PowerPoint or another, all

10  15 to 20 of these opportunities were in some fashion

11  considered and presented, correct?

12       A.   Well, they -- they weren't considered, they

13  were just made -- I was made aware of their potential.

14       Q.   Okay.   And did you keep copies of these

15  PowerPoints?

16       A.   I believe -- I believe the asset managers have

17  copies and I've got some copies, yes.

18       Q.   Now when NewCo recommends a project under the

19  joint development agreement, and that project actually

20  gets funded, does NewCo pick up the decommissioning

21  obligations for the facilities that are going to be

22  utilized to -- to obtain the production from that

23  project?

24       A.   I believe --

25            MR. PEREZ:   I am going to object to the



Page 55

```
 1    form of the question, it -- it calls for a hypothetical.
 2              MR. EISENBERG:  It's his understanding of
 3    the agreements and the arrangements.
 4         Q.  (BY MR. EISENBERG)  You can answer, sir.
 5              MR. PEREZ:  Does he --
 6         A.   The -- the joint -- the -- the -- the joint
 7    development agreement spells out how -- how -- how it
 8    will work.
 9         Q.  (BY MR. EISENBERG)  Right.  And -- and --
10         A.   How these projects will work.
11         Q.   And -- and is your understanding that NewCo
12    picks up the decommissioning on the facilities, or that
13    NewCo does not pick up the decommissioning on the
14    facilities?
15         A.   I would have to refer to the joint development
16    agreement to be 100 percent sure.
17         Q.   And what is your current understanding without
18    reference to the agreement?
19              MR. PEREZ:  Object to the form of the
20    question, asked and answered.  He -- he -- he already
21    answered --
22              MR. EISENBERG:  He -- he can answer --
23              (Overlapping speakers.)
24              MR. PEREZ:  -- refer to the agreement.
25              MR. EISENBERG:  -- said he needed to be
```



Page 56

1   100 percent sure, and I want to know what he -- he -- he

2   thinks it says right now without reference to the

3   agreement.

4        A.   The -- the agreement says what it says in the

5   agreement.

6        Q.   (BY MR. EISENBERG)  I understand that, sir.

7             What is your current understanding of

8   whether or not NewCo picks up decommissioning on the

9   facilities that are used in production from projects that

10  are successful?

11       A.   My understanding is that -- that

12  decommissioning liability will -- will be maintained

13  Fieldwood Energy -- Fieldwood I.

14       Q.   And -- and that NewCo will not pick up any

15  decommissioning obligations, correct?

16       A.   Well, I think there's some provisions for --

17  for newly-drilled wells that -- that I would have to

18  refer to the agreement, but I think there is something in

19  there concerning -- concerning newly-drilled wells.

20       Q.   Okay.  Thank you very much.  That's all I was

21  asking for, your current understanding.

22            MR. EISENBERG:  We have been going for an

23  hour and 10 minutes now, I need a little bit of a break.

24  Take a five-, seven-minute break and come back?

25            MR. PEREZ:  Okay.  Yeah.  Then we should



Page 57

```
 1   come back at 10:20?
 2                MR. EISENBERG:  Ten twenty is perfect,
 3   thank you so much, Alfredo.
 4                MR. PEREZ:  Okay.  How --
 5                MR. EISENBERG:  And thank you Mr. --
 6                MR. PEREZ:  -- long do you think you are
 7   going to go, Phil?  How -- how much more --
 8                MR. EISENBERG:  I -- I don't -- I don't
 9   think I am going to go more than another hour, to be
10   honest with you.
11                MR. PEREZ:  Okay.
12                MR. EISENBERG:  I -- I usually don't tell
13   people that, because then they make me miss my plane, but
14   since we haven't been traveling and you guys are so nice
15   and such good-looking people on -- on the thing, I am
16   just -- it's just -- I -- I just have to share.
17                MR. PEREZ:  Okay.
18                MR. EISENBERG:  Thank you, sir.
19                MR. PEREZ:  All right.  Thank you.  All
20   right.  So we'll be -- okay.
21                COURT REPORTER:  Off the record at 10:06
22   -- 10:09 a.m.
23                (Off the record.)
24                COURT REPORTER:  The time is 10:20 a.m.,
25   we are back on the record.
```



Page 58

1      Q.   (BY MR. EISENBERG)  Mr. Graham, we're back on
2  the record.  I am Philip Eisenberg with Locke Lord on
3  behalf of HCCI International.  We are still here in your
4  deposition, it's about 10:20 a.m.
5           I meant to ask you this earlier, have you
6  ever given a deposition before, sir?
7      A.   This is my first pleasure giving one.
8      Q.   Well, I appreciate that.
9           Have you ever testified at trial before?
10      A.   No, I have not.
11      Q.   In front of any regulatory authorities?
12      A.   In front of regulatory authorities, yes.
13      Q.   And can you sort of generally describe that,
14  and then we can drill down a little bit?
15      A.   I remember participating in Oklahoma
16  Corporation Commission hearings on increased (audio cuts
17  out).
18      Q.   I do, too.  I don't want to know anything more
19  about the Oklahoma Corporation Commission.  Thank you
20  very much, I appreciate sharing that.  So you can spin
21  that up.
22           Have you evaluated whether or not it makes
23  sense to sell some or all of the Fieldwood I assets once
24  it's formed?
25      A.   No.  I have not evaluated that.  I'm -- I'm



Page 59

1   going by what the -- what the LLC agreement states.

2        Q.   Do you, as the sole manager, have the ability

3   to consider whether or not to market the assets if that

4   makes sense financially?

5        A.   If -- if -- if Fieldwood I gets an unsolicited

6   offer for a property or properties, then I am obligated

7   to -- to market that particular property or proposal to

8   the -- to the market to determine if -- if it's a good

9   offer or not.

10       Q.   So what does -- so what does -- what does that

11  mean, you are obligated to market it if you get an

12  unsolicited proposal?

13            I'm not -- I am not sure I understand

14  that, can you help me?  I --

15       A.   Okay.  If I get -- if I get a proposal to drill

16  a well on a Fieldwood I property, then I have to open it

17  up to a minimum of three other companies and -- and

18  market that opportunity.

19       Q.   Like a farm out?

20       A.   It would be a farm out, yes.

21       Q.   Okay.  But what about selling a portion of the

22  assets now that the price has gone up, would you have the

23  power as the sole manager to independently initiate a

24  sales process?

25       A.   My understanding of the agreement, no, I would



Page 60

1   not have that -- have that ability.

2       Q.   So that's not something that you would have the

3   ability to do and then have to get consent for, you

4   simply don't have the power to do that, right?

5       A.   That's my understanding.

6       Q.   Who would have the power to do that?

7       A.   I'm not -- I'm not sure.

8       Q.   Do you think anybody has the power to do that?

9            MR. PEREZ:  Object to the question, asked

10  and answered.

11           MR. EISENBERG:  I'm just probing a little

12  bit more, Alfredo.  Just give me a little latitude here.

13           MR. PEREZ:  He answered the question.

14           MR. EISENBERG:  I'm with you.

15      A.   I -- I -- I -- that to reiterate my answer, I

16  am not sure who has that ability.

17      Q.   (BY MR. EISENBERG)  As -- as -- you -- but you

18  know the sole manager does not, right?

19      A.   That's my understanding, yes.

20      Q.   Okay.  There's going to be an independent

21  director, correct?

22      A.   That's my understanding.

23      Q.   Did you -- are you aware of who is being

24  considered for that, or has someone been selected as we

25  are getting pretty close to the confirmation hearing?



Page 61

```
 1        A.   No.  I am not aware of -- of what's going on in
 2   that arena.
 3        Q.   No one has consulted with you about potential
 4   candidates?
 5              How do you feel --
 6        A.   No.
 7        Q.   -- about working with Mr. X or Mrs. Y, or
 8   anything like that?
 9        A.   I can -- I can usually work with most anybody,
10   as long as they're professional.
11        Q.   I appreciate that, and but that wasn't
12   necessarily my question.
13              My question was, are you aware of anybody
14   that's being considered, and has anybody kind of raised
15   names with you and independent of your ability to work
16   with others?
17        A.   No.
18        Q.   Is it your understanding that the independent
19   director would have the power to recommend a sales
20   process for some or all of the -- of the assets of
21   Fieldwood I?
22        A.   Right.  I -- I am not sure what his abilities
23   are.
24        Q.   Do you think it would be a good idea to have
25   the power to evaluate whether a sale is better than
```



Page 62

1   running a company?

2                  Isn't that something that, as an

3   executive, you would want the ability to kind of always

4   consider?

5        A.   My --

6                  MR. PEREZ:  Object to the form of the

7   question.  Object to the form of the question, compound

8   and calls for speculation, and it's vague.

9                  MR. EISENBERG:  Other -- other than that,

10  how did you like the fight?  He can answer.

11       A.   You know, my focus is on -- on what the LLC

12  agreement is, and -- and my focus will be on safely,

13  environmentally-responsible and economically

14  decommissioning non-producing properties, and then safely

15  and economically-responsible and economic responsibility

16  to optimize cash flow from the producing properties, that

17  -- that's my focus.

18       Q.   (BY MR. EISENBERG)  I've got you.  And -- and

19  over the years as an asset manager, have you from time to

20  time evaluated whether it made sense to sell an asset

21  base, or a particular group of properties or a business

22  unit when you worked at Apache?

23       A.   That -- that's -- that is a -- is -- is a

24  function of the -- of the executive suite and the board

25  of directors.



Page 63

1           Q.    So -- so other than you, though, Fieldwood I is

2    not going to have any other executives, they are going to

3    have one independent director, correct?

4           A.    That's my understanding, yes, and I'll -- I

5    will be the only employee of the company.

6           Q.    And yet even though that is a function of the

7    executive suite, that is not within your powers, correct?

8           A.    My understanding is that I'm focused on

9    decommissioning the non-producing properties and

10   optimizing cash flow from the producing properties.

11          Q.    Are you aware of any efforts to sell or

12   monetize the Fieldwood I assets that were undertaken in

13   the last, let's say 12 months?

14          A.    No.  I have not been privy to any of that

15   information.

16          Q.    Okay.  And if someone came to you with an

17   unsolicited offer to buy, not to farm out some of the

18   assets, would you have a duty to evaluate that

19   unsolicited offer to acquire certain assets from

20   Fieldwood I?

21          A.    Yes.  I believe it is spelled out in the -- in

22   the LLC agreement, that if a third-party offer is

23   presented, then I would -- I'm obligated to market that

24   to at least three different individual independent

25   companies or individuals for consideration.



Page 64

1        Q.    Have you evaluated what the -- the effect would

2    be on Fieldwood I if it had a lack of capital to perform

3    projects on a going forward basis?

4        A.    I wouldn't say I have evaluated, no.

5        Q.    Have you considered it?

6        A.    Well, it has to be considered, that's -- that's

7    my job is to -- is to optimize cash flow from the

8    producing properties, which would involve looking at

9    operating expenses, looking at resource potential and --

10   and -- and investment opportunities.

11       Q.    So -- so have you done any of that over the

12   last four months?

13       A.    I have -- I -- I -- I have become familiar with

14   the properties via the reserve report and some of the

15   field reviews that -- that have outlined some of that

16   potential, yes.

17       Q.    And do you have a view on whether or not there

18   are capital needs at Fieldwood I?

19              MR. PEREZ:  I'm sorry, I -- I -- I didn't

20   hear that.  Object, I -- I didn't hear what the wording

21   was.

22              MR. EISENBERG:  Okay.  That -- that's

23   fine.  I am glad to repeat it.  I -- I -- my short-term

24   memory --

25              MR. PEREZ:  Yeah.  Acclimate?



Page 65

 1             MR. EISENBERG:  -- is not quite that bad.

 2             No.

 3        Q.   (BY MR. EISENBERG)  Have you had an -- have you

 4   had the opportunity to evaluate what the capital needs

 5   are for Fieldwood I?

 6        A.   Well, capital -- capital needs are -- are --

 7   are dominated by decommissioning obligations, and so we

 8   -- Fieldwood I's cash flow will primarily be used for

 9   decommissioning activities, and then if there are any

10   other opportunities that are pursued, they'll be

11   evaluated and -- and presented for approval by Apache to

12   -- to undertake those, because according to the

13   agreement, I -- I can only expend money on operating and

14   decommissioning.

15        Q.   Okay.  So independent or divorced from the

16   capital expenditures for decommissioning, have you had an

17   opportunity to evaluate the capital needs of Fieldwood I

18   to -- to move forward and recognize the value from the

19   existing properties?

20        A.   I have re -- I have reviewed the reserve report

21   which outlines crude developed behind pipe, crude

22   developed non-producing and crude undeveloped

23   opportunities.

24        Q.   And does Fieldwood I currently have the capital

25   to address those opportunities?



Page 66

1        A.    The priority for the capital is for

2    decommissioning and then to -- to optimize the cash flow

3    from existing producing properties, so yeah, I guess

4    comprehensively have not assessed each one of those

5    opportunities.

6        Q.    And my question was a little bit different,

7    Mr. Graham, so I will try it again, and if Mr. Perez

8    wants to object that's fine, too.

9              Have -- have you -- other than the

10   decommissioning, have you had the opportunity to

11   determine whether or not Fieldwood I has ample capital

12   available to recognize those reserves that you have

13   evaluated that you just talked about?

14       A.    According to the joint development agreement,

15   Fieldwood NewCo has the opportunity for a period of two

16   years to present projects that would develop some of the

17   Fieldwood I resources, and that would be no capital

18   expenditure to Fieldwood I.  So beyond that no, I have

19   not done the detailed analysis of what, because I don't

20   know which projects they are going to -- they are going

21   to recommend --

22       Q.    Well --

23       A.    -- or they will likely propose.

24       Q.    Okay.  Well, let's assume they don't propose

25   any, can -- can Fieldwood I, sitting here today on its



Page 67

1    own, does it have the capital to do the projects that are

2    represented in that reserve report?

3         A.   Fieldwood I does not have the capital to -- to

4    decommissioning all their obligations, let alone

5    recompletion projects.

6         Q.   All right.  So the answer is no, it does not

7    have the capital, correct?

8         A.   There -- there are not ample supplies of it,

9    no.

10        Q.   Have you had any conversations or meetings with

11   any of the government agencies that regulate Fieldwood I,

12   including BOEM or BSEE?

13        A.   No, I have not.

14        Q.   Are you aware whether or not Fieldwood I has

15   prepared or will be required to prepare an idle iron

16   plan?

17        A.   I -- I -- I'm not privy to that, no, I'm not.

18        Q.   And you -- you know what an idle iron plan is,

19   right?

20        A.   I do.

21        Q.   And -- and an idle iron plan is a requirement

22   under the regulations, correct?

23        A.   That's correct.

24        Q.   All right.  And have you seen an idle iron plan

25   for Fieldwood -- the properties that make up Fieldwood I?



Page 68

```
1        A.   I've seen a decommissioning plan which would --
2    which would include an idle iron.
3        Q.   And are you aware, sir, that there's over 200
4    million dollars in current decommissioning obligations
5    that will exist at Fieldwood I on the day that it goes
6    effective?
7        A.   Yes.  I believe that is forecasted in -- in one
8    of the spreadsheets that I -- I've seen.
9        Q.   It -- it's in excess of 200 million, isn't it,
10   sir?
11       A.   My understanding if I remember right, it's 220
12   million dollars.
13       Q.   Thank you, sir.
14            Have you done any budgeting for Fieldwood
15   I on a going forward basis in the four months you've been
16   there?
17       A.   Not any detailed budgeting, no.
18       Q.   How about not detailed budgeting?
19       A.   Well, I've -- I've looked at their forecast of
20   -- of production and cash flow.
21       Q.   And -- and have you -- have you done any
22   independent analysis of those forecasts?
23       A.   Those -- those forecasts are -- are generated
24   by Fieldwood employees, and I've reviewed their work,
25   yes.
```



Page 69

1       Q.   Now my understanding is that on the effective

2   date Fieldwood I is going to have 13 million in

3   unrestricted cash on emergence, is that right?

4       A.   I'm not sure of the exact number.  I know it's

5   50 million dollars less what they have spent on

6   decommissioning from August 2020 to whenever Fieldwood I

7   emerges.

8       Q.   And they spent 35 million, according to you,

9   right?

10      A.   That -- that's an approximate number, I don't

11  have the exact number, but yes, that's in the ballpark.

12      Q.   Yeah, 13 to 35, it's yeah, from fair price

13  comes to 15, 13, it's pretty close, right?  Okay.

14              So and you said that you were familiar

15  with Exhibit O, the financial projections, and -- and you

16  -- you -- you do know the finan - that Exhibit O says the

17  Fieldwood I entities are forecasted to have approximately

18  13 million of unrestricted cash on hand on the effective

19  date, right?  I mean --

20      A.   I -- I believe --

21      Q.   You wouldn't quibble with that, right?

22      A.   I'm not going to quibble with it, I think

23  that's -- you know, that's -- it's in the -- it's in the

24  forecast.

25      Q.   Right.  And that, that's pretty tight, huh?



Page 70

1    You run a company as big as Fieldwood I with 13 million

2    dollars in cash?

3         A.    Well, there would be --

4              MR. PEREZ:   Object to the form of the

5    question, vague.

6         A.    Yeah.   The -- the 15 million dollars is only

7    one part of it, there's also working capital that has to

8    be -- come into effect, plus cash flow from the -- from

9    the properties that's -- that's to be generated.

10        Q.    (BY MR. EISENBERG)   How much is it spending a

11   month, do you know, Fieldwood I?

12        A.    Without referring to Exhibit O, I -- I -- I

13   don't recall the exact number, no.

14        Q.    It's more than 13,000 a month, right?

15        A.    I -- I -- I don't recall the number.

16        Q.    How many fields is it that are operating in

17   Fieldwood I right now?

18        A.    Fieldwood I has approximately 150 fields.

19        Q.    And you've seen the lease operating statements,

20   right?

21        A.    I've reviewed them.

22        Q.    Okay.   And the total on a monthly basis exceeds

23   13 million dollars, doesn't it, sir?

24        A.    I -- I -- I don't -- I -- I -- I don't recall

25   that number.



Page 71

1        Q.   It wouldn't surprise you if it exceeded 13

2   million dollars a month for 150 fields, would it?

3        A.   You -- you mean the operating expenses?

4        Q.   Yeah.

5        A.   Once again, I'd have to refer to the -- to the

6   forecast and the lease operating statement to be able to

7   definitively give you a number.

8        Q.   Yeah.  But it wouldn't surprise you if it was

9   more than 13 million, would it?

10        A.   I'm not surprised by very much anymore.

11        Q.   That's a fair, fair statement.  I -- I'll take

12   -- I'll take your point.

13             Does -- is it prudent to have a company

14   that has less than one month's operating expenses on

15   hand?

16        A.   I think that -- that Fieldwood I, with the

17   resources available and -- and with this cash flow is --

18   is a viable ongoing entity.

19        Q.   That's not the question I asked you though,

20   sir.

21             Is it prudent to have just, to have less

22   than one month's cash on hand for your monthly expenses?

23        A.   I guess it depends on your forecast and -- and

24   what your expectations going forward are.

25        Q.   And what happens if there is just one month's



Page 72

1    delay in production if you only -- if you have less than

2    one month's cash on hand?

3         A.    Then -- then you have less cash.

4         Q.    You can't cash flow, right?

5         A.    No.

6         Q.    And -- and you are aware --

7         A.    Fieldwood I also has availability to a -- and I

8    can't remember the -- the name of it, but a line of

9    credit from -- from Apache Corporations if -- if

10   necessary of 400 --

11        Q.    And -- and --

12        A.    -- 400 million dollar line of credit.

13        Q.    And you know, sir, that that -- that line of

14   credit is -- is -- and it's less than 400 million now

15   because it's been modified -- it -- it only kicks in

16   after all of the financial security that Apache has is

17   exhausted, and then only at Apache's sole discretion,

18   correct, sir?

19               MR. PEREZ:  Object to the form of the

20   question.  Go ahead.

21        A.    If that's what the agreement says, then that's

22   the situation.  I'm not sure the details of the

23   agreement.

24        Q.    (BY MR. EISENBERG)  All right.  So whatever the

25   agreement says, you -- you've got no reason to doubt



Page 73

1    that, you just, you know -- you -- you -- you -- you

2    pointed out that they had that, but you -- you don't know

3    for sure, right, whether or what the terms are on that

4    400 million, right?

5         A.   I -- I -- I've read the -- the document, but I

6    couldn't quote you the terms now, no.

7         Q.   Okay.  And you are aware -- how many times

8    during last fall and winter did the Fieldwood I

9    properties get shut in?

10        A.   I -- I wasn't associated with the Fieldwood I

11   properties from, you know, beyond January of 2021.

12        Q.   Some of them are still shut in, right?

13        A.   There -- there -- there are numerous fields

14   shut in right now, yes.

15        Q.   And you're aware that there were several named

16   storms in the Gulf of Mexico during last fall and winter?

17        A.   Yes, I'm aware of that.

18        Q.   And you are aware, being an experienced

19   operator in the Gulf of Mexico, that if there are even --

20   even if there's no damage from a storm, that properties

21   get shut in from time to time in the event that there

22   will be a storm in the Gulf that has the potential for,

23   you know, being close, right?

24        A.   Yes, I'm aware of that.

25        Q.   Right.  And have you -- do -- are you aware of



Page 74

1    what the forecast is for named storms in the Gulf of

2    Mexico for 2021?

3         A.   I -- I can't quote you what the forecast is.

4         Q.   Do -- do you know whether it's four or five

5    named storms or more?

6         A.   I -- I can't quote you a number.

7         Q.   Okay.  But last year we had at least four or

8    five, right?

9         A.   That's my understanding.

10        Q.   And they did result in shut-ins on these

11   properties, some of which lasted for months and months,

12   correct?

13        A.   Yeah.  I think -- I think both named storms and

14   low product prices caused a lot of the -- the fields to

15   be shut in.

16        Q.   And you -- you have done this for a long time,

17   sir, and it is likely, isn't it, that there will be

18   shut-in events in the Gulf of Mexico due to weather

19   conditions, correct?

20        A.   Historically, that has been the case, yes, and

21   I would expect it to continue in the future.

22        Q.   And is that factored into the cash flow

23   projections that you have reviewed from the company?

24        A.   I cannot answer that.

25        Q.   But we know they are starting out with 13



Page 75

1    million in cash, right?

2         A.    Well, that's -- that's the remainder of -- of a

3    50 million dollars minus what the decommissioning

4    expenditures have been up until when Fieldwood I emerges.

5         Q.    So just going to do some math here, if you'd

6    just give me a second, take me just a second to do the

7    math.

8               So at -- at 18,000 barrels a day at $60.00

9    a barrel, how much in total gross revenue is that?

10        A.    I would have to get my calculator out.

11        Q.    Is that 10,800,000.00 a day for -- is that a

12   day?

13              Yeah, so -- no, it's -- or is that -- do

14   you have a calculator there?  Let me -- let me do it and

15   I will try to -- six -- keep messing it up.

16              That's 108,000 a day times 30 days, so

17   that's three million dollars a month, is that right?

18              Or is it 30 million a month?

19        A.    I think it would be more closer to 30 million.

20        Q.    Thirty million a month in gross, so if they --

21   if the production got shut in on this thirty million a

22   month, and you've only got thirteen in reserve, a

23   one-month shut in would be very deleterious on the

24   ability of Fieldwood I to move forward, correct?

25                   MR. PEREZ:  Object to the form of the



Page 76

1   question, not a question.  Go ahead, you can answer.

2        A.   It's always a possibility, yes.

3        Q.   (BY MR. EISENBERG)  Well, it's likely, right?

4        A.   I wouldn't say it's likely, I said it's a

5   possibility, and it's highly unlikely you would be shut

6   in for a full 30 days for one named storm.

7        Q.   And there is no source of capital guarantee,

8   correct?

9        A.   Fieldwood I has -- has properties that cash

10  flow, and that's -- that -- that's where they derive

11  their revenue, from -- from the producing properties.

12       Q.   Well, do you, as the sole manager, have the

13  ability to go borrow money from somebody else?

14       A.   No, I do not; not without Apache's consent.

15       Q.   All right.  Are you aware that there is a list

16  of current INCs, what's known as an incident of

17  noncompliance, on some of the Fieldwood I properties?

18       A.   My understanding is there, yes, there are some

19  outstanding INCs, and that is one thing the repair and

20  maintenance program is to address, is to prioritize and

21  -- and -- and address those incidents of noncompliance.

22       Q.   Do you have an understanding of whether

23  Fieldwood I will be qualified as an operating company in

24  the Gulf of Mexico with BOEM and BSEE?

25       A.   That's my understanding.



Page 77

1      Q.    Sitting here today, do you understand what an
2  area-wide bond is?
3      A.    I -- I'm aware of the -- of the term -- of the
4  terminology.
5      Q.    Does Fieldwood I --
6              (Alarm chime.)
7              MR. EISENBERG:  Thank you for the musical
8  interlude.
9      Q.    (BY MR. EISENBERG)  Do you understand whether
10  or not Fieldwood I has an area-wide bond or will have an
11  area-wide bond upon emergence?
12      A.    I do not know the answer to that question.
13      Q.    Okay.  But you're the regulatory guy, right?
14              And that's one of the requirements to
15  comply to operate with BOEM and BSEE?
16      A.    My contract operator will have regulatory
17  experts that will be sure that we have the appropriate --
18  appropriate documents and such to be able to operate in
19  the Gulf of Mexico.
20      Q.    But sitting here today you are not aware of how
21  Fieldwood I intends to comply with at least its bonding
22  regulations?
23      A.    I -- I have not delved into that with the --
24  with -- with the Fieldwood folks.  My understanding is,
25  though, we will be capable.



Page 78

1       Q.   All right.  I -- I am -- I am on target here

2   with what I had promised.  If you give me a -- three

3   minutes, I think I will be wrapped up.  I just have to

4   check to see whether any of my colleagues have any

5   questions that they want me to ask.  But otherwise, I

6   really have appreciated the opportunity to get to know

7   you, Mr. Graham.  I apologize for not getting your CV in

8   advance.

9               MR. EISENBERG:  And Alfredo, is that okay,

10  and then we can turn him over to somebody else?

11              MR. PEREZ:  Sure.  Actually, does it make

12  sense if somebody wants to go to -- to not lose the time

13  while you are --

14              MR. EISENBERG:  That -- that is perfect.

15  Who -- who wants to go next?

16              MR. ZUBER:  I just have a handful of

17  questions, that's okay?  I'll be quick.

18              MR. PEREZ:  Go ahead.

19                      EXAMINATION

20  BY MR. ZUBER:

21      Q.   Mr. Graham, my name is Scott Zuber, I am with

22  the law firm of Chiesa Shahinian & Giantomasi in New

23  Jersey, I represent four sureties in this matter, those

24  are Aspen, Sirius, Berkeley and Everest, and I just have

25  a few follow-up questions.



Page 79

```
 1                    Has Fieldwood Energy received any offers
 2     to purchase any of the Fieldwood I Legacy Apache assets
 3     over the past year?
 4          A.   I'm not aware of any.
 5          Q.   You are not aware of any offers having been
 6     made?
 7          A.   No, I'm not aware.  I'm not privy to that
 8     information.
 9          Q.   Do you know whether Fieldwood Energy has made
10     any efforts to market or sell any of the Legacy Apache
11     Properties over the past 12 months?
12          A.   I'm not privy to that information.  I do not
13     know.
14          Q.   So your answer would be the same about any
15     discussions about marketing or selling any of those
16     assets, you are not aware of any of those?
17          A.   That's my understanding, yes.
18          Q.   Okay.  What happens after the effective date
19     upon the emergence if Fieldwood I were to receive an
20     offer to purchase any of the Fieldwood I Legacy Apache
21     assets?
22                    You may have answered this already, but
23     can Fieldwood I Energy sell any of those assets?
24          A.   They have to be -- it -- it would be evaluated
25     and it would be marketed to at least three entities, and
```



Page 80

1    then -- then with the consent of Apache, you know, I
2    guess it could be -- it could be done at that point in
3    time.
4         Q.   Okay.  So can you give me a little bit more
5    color and detail about the process?
6              You get an unsolicited offer to purchase
7    some Fieldwood I Energy assets, walk me through the
8    process of determining whether Fieldwood I Energy would
9    sell or entertain that offer, how would that work?
10        A.   Well, if -- if I get an unsolicited offer it
11   has to be marketed, that's what the agreement says.  So
12   then they would therefore have to be put in the open
13   market and -- and solicit bids under the same terms.
14        Q.   But ultimately, Apache's consent is required
15   for any actual sales?
16        A.   That's my understanding.
17             MR. ZUBER:  Okay.  I don't have any other
18   questions.  There is one clarification for the record.
19   It is really Mr. Eisenberg's issue, but I think at one
20   point he was talking about numbers and he said 13,000
21   instead of 13,000,000.  Mr. Eisenberg, do you know what
22   I'm talking about?
23             MR. EISENBERG:  The cash on hand?
24             MR. ZUBER:  Yeah.  You had -- I just want
25   to make sure the record is clear.  You had said, not too



Page 81

1   far back, you were talking about -- about Fieldwood I

2   Energy's upon emergence the monthly expenses and I think

3   you said 13,000 per month at some point, but the

4   discussion centered around 13,000,000 per month.

5       Q.   (BY MR. ZUBER)  I just want to make sure the

6   record is clear, Mr. Graham, your -- your response would

7   be related to expenses of 13,000,000 per month, not

8   13,000 per month, correct?

9       A.   It would be more along the lines of millions

10  than thousands.  I don't -- I -- I don't have that exact

11  number at -- at the tip of my fingers, no.

12      Q.   Right.

13          MR. ZUBER:  I just want to make sure that

14  when Mr. Eisenberg I think misspoke when he said 13,000

15  per month, he meant to say 13,000,000 per month.  I will

16  leave -- leave it to Mr. Eisenberg to clarify that any

17  further if I misunderstood it.

18          MR. EISENBERG:  I have misspoken before.

19              FURTHER EXAMINATION

20  BY MR. EISENBERG:

21      Q.   There -- there is a difference between

22  13,000,000 and 13,000, isn't there, Mr. Graham?

23      A.   Yes, there is.  There's a few --

24      Q.   Okay.

25      A.   -- decimal points.



Page 82

```
 1        Q.    Just a few decimal points, right.
 2              And so when we were -- when we were
 3   talking about monthly expenses for 150 fields, we were
 4   talking in the millions not the tens of thousands,
 5   correct?
 6        A.    (No verbal response.)
 7              MR. PEREZ:  Is there a question?
 8              MR. EISENBERG:  That was the question,
 9   yeah.
10              MR. PEREZ:  Oh, okay.
11        Q.    (BY MR. EISENBERG)  We're talking about
12   expenses in the millions, not in the tens of thousands,
13   correct?
14        A.    That would be -- that would be my expectations,
15   yes.
16        Q.    Thank -- thank you very much.
17              MR. EISENBERG:  I don't have any further
18   questions, but I know that the --
19              MR. ZUBER:  I have nothing further either,
20   thank you, Mr. Graham.
21              MR. EISENBERG:  There are others who
22   might, so ...
23              MR. MILLER:  Unless anyone else has --
24   wants to jump the queue, I can take next.  No?  Okay.
25              MR. PEREZ:  Okay.  Go.
```



Page 83

```
 1                    MR. MILLER:  Thank you.
 2                    EXAMINATION
 3   BY MR. MILLER:
 4       Q.   Good morning, Mr. Graham, my name is Robert
 5   Miller with the firm Manier & Herod.  I represent
 6   Philadelphia Indemnity Insurance Company, one of the
 7   sureties in these cases.
 8                    Just briefly, are you aware in the latest
 9   iteration of the Apache implementation documents there is
10   a working capital line of credit for Fieldwood I that is
11   denoted and is potentially available, that's a new
12   edition?  I believe it was added on --
13       A.   I -- I believe --
14       Q.   -- later on --
15       A.   -- I -- I -- I believe I have seen that, yes.
16   I have seen that doc -- it has been provided to me, yes.
17       Q.   Thank you.
18                    Were you involved in the decision to add
19   that provision?
20       A.   No, I was not.
21       Q.   Have you had any discussions with potential
22   lenders to provide financing under that provision?
23       A.   No, I have not.
24                    MR. MILLER:  All right.  That's all I
25   have.
```



Page 84

```
 1                    MR. EISENBERG:  Jared, I think you are up.
 2    You may be the last person.
 3                    MR. WEIR:  Okay.  Can everybody hear me?
 4                    MR. EISENBERG:  Yeah.
 5                              EXAMINATION
 6    BY MR. WEIR:
 7        Q.   Well good morning, Mr. Graham.  I -- I guess we
 8    both spent a little bit of time at the Price College of
 9    Business, but I -- I just took a couple of accounting
10    courses, and I was normally over in the Letters
11    Department, which I guess is sort of like shapes and
12    colors.  Numbers weren't really my -- my strong suit, but
13    anyway.  I have just a few questions for you.
14                    You mentioned that Fieldwood I, a big
15    significant part of that is decommissioning the non-
16    producing properties, do you have a background in
17    decommissioning?
18        A.   I -- I have been associated with
19    decommissioning, but I -- I'm not a subject matter expert
20    for decommissioning.
21        Q.   What do you mean by associated with
22    decommissioning?
23        A.   I -- I have been involved with operations that
24    have had decommissioning operations ongoing, both in the
25    Gulf of Mexico and the North Sea.
```



Page 85

1       Q.    Okay.  And you mentioned there's a decom plan

2   that you've seen?

3       A.    There -- there's been one that Brandon DeWolfe

4   has -- has put together for -- for Fieldwood, yes.

5       Q.    And do you remember off the top of your head

6   how many years that plan contemplates to conduct the

7   decommissioning?

8       A.    Well, I think -- I think the period of time was

9   five years that -- but that didn't include all the

10  decommissioning.

11      Q.    Okay.  Do you have any idea about how much of

12  the decommissioning that is in that five years?

13      A.    In the neighborhood of $500,000,000.00, I

14  believe.

15      Q.    And do you have any sense for what is left

16  beyond that?

17      A.    Well, it would be, like I said, I've seen

18  estimates of asset retirement obligations anywhere from

19  800 million to 1.2 billion.

20      Q.    And do you know where those -- those estimates

21  are from?

22      A.    Well, I think Fieldwood has made some, there's

23  -- and then I believe Parkman Whaling has made an

24  estimate, also.

25      Q.    Okay.  And do you happen to know if BSEE or



Page 86

1   BOEM have estimates on those an --

2        A.   I -- I -- I believe they do, but I -- I could

3   not tell you what they are.

4        Q.   And, you know, normally you don't get that many

5   years to do decommissioning on -- on things that are

6   already offline, have there been any discussions with

7   BSEE or BOEM about that longer timeline of five-plus

8   years?

9        A.   I have not had any discussions with them.

10       Q.   But do you know if -- if anyone has, whether

11  their notionally with them at all?

12       A.   I -- I believe there's ongoing discussions with

13  -- with BSEE about what the -- what Fieldwood is -- is

14  doing for decommissioning, but I -- I am not privy to the

15  exact conversations.

16       Q.   Okay.  Who is going to do the decom work?

17       A.   For Fieldwood I it will be the contract

18  operator, so with the transition services agreement that

19  will be Fieldwood Energy, which is Brandon DeWolfe and

20  his -- his organization.

21       Q.   Is that NewCo?

22       A.   I believe so, yes.

23       Q.   Okay.  Now you have been at -- or were, before

24  you retired you were at Apache for some 25 years, and in

25  2011 or so did you become the HS -- HSSE guy, or?



Page 87

```
1        A.    Yes.  I was -- I was Vice President of Health
2   Safety Security Environment for --
3        Q.    Can you --
4        A.    -- for Apache Corporation.
5        Q.    Can you kind of describe what that involved?
6        A.    Well, that was the oversight for all of
7   Apache's operations around the world, to make sure they
8   were operating safely and environmentally responsible.
9        Q.    And did that include Gulf of Mexico?
10       A.    Yes.
11       Q.    Are you familiar with just standard health and
12  safety protocols out in the Gulf?
13       A.    Yes.
14       Q.    Okay.  And I think you mentioned that on these
15  Apache Legacy Properties there are some unaddressed INCs?
16       A.    My understanding are there are some active
17  incident of noncompliance, but -- but I don't have access
18  to the -- the exact number.  That's an ongoing work that
19  Fieldwood Energy is -- is providing.
20       Q.    And would you say that those are in the process
21  of being addressed?
22       A.    That's my understanding, yes.
23       Q.    Based on your background, do you think that
24  that's important that those things are addressed?
25       A.    Yes, I do.
```



Page 88

1                    MR. PEREZ:  Object to the form of the

2     question, calls for speculation and it's vague, frankly.

3          Q.   (BY MR. WEIR)  So are you aware that Fieldwood

4     is, or the Debtors are planning to abandon a lot of

5     properties out in the Gulf of Mexico?

6          A.   I'm not sure what you mean by Debtors.

7          Q.   That Fieldwood is going to abandon some

8     properties in the Gulf of Mexico as part of its plan, are

9     you aware of that?

10         A.   Yes.  Fieldwood I has a decommissioning plan.

11         Q.   No.  But I -- I'm asking about something a

12     little different.

13                    Are you familiar or are you aware that

14     some properties are going to be abandoned under the

15     bankruptcy plan that are not going in the Fieldwood I?

16         A.   No, I'm not.  I am not familiar with those.

17         Q.   Okay.  Do you -- if there are unresolved INCs

18     on -- if -- if the plan is confirmed and Fieldwood I is

19     created and going forward, if there are unresolved INCs

20     will that be a priority, for you to resolve those?

21         A.   Yes.  It's always our priority to operate

22     safely and environmentally responsible.

23         Q.   And do you think that having or resolving INCs

24     reduces environmental risks?

25                    MR. PEREZ:  Object to the form of the



Page 89

1   question.  It calls for speculation, because some INCs

2   are just compliance things that have nothing to do with

3   environmental issues, so I think it's both misleading and

4   -- and it's vague.

5        Q.   (BY MR. WEIR)  Would you agree that INCs

6   typically -- or that -- that INCs address health, safety,

7   security and environmental issues?

8             MR. PEREZ:  Object to the form of the

9   question, same, vague.

10            Jon, you can answer, but --

11       A.   Yeah.  But my understanding of INCs, it's that

12  there are incidents of noncompliance based on BSEE and

13  BOEM regulations.

14       Q.   (BY MR. WEIR)  Okay.  So we just entered

15  hurricane season, and would you say in entering hurricane

16  season if there is one of these Fieldwood I assets that's

17  not currently producing, would it be a best practice to

18  have all safety systems in service and operational?

19            MR. PEREZ:  Object to the form of the

20  question, calls for speculation and it's vague.

21       Q.   (BY MR. WEIR)  You can answer.

22       A.   Hypothetically speaking, yes, it's always good

23  to be safe and environmentally responsible.

24       Q.   Again hypothetically speaking, do you think it

25  would be important for all fire detection and protection



Page 90

1   equipment be in compliance with BSEE safety plans on

2   those non-producing properties?

3               MR. PEREZ:  I'm going to object to the

4   question.  You are asking him as if he were an expert and

5   he is here as a fact witness with respect to Fieldwood I,

6   and -- and you are asking these hypothetical questions,

7   so I -- I'm again, same objection but, you know,

8   hopefully that will be the last question you ask on this

9   issue, because he's not an -- he's not being tendered as

10  an expert.

11              MR. WEIR:  Well, he is going to be the

12  sole manager of a entity, and there's what, you know, 150

13  fields, he said, and there are a lot of non-producing

14  properties sitting out there, and I'm just curious, and

15  based -- and presumably he has this position based on his

16  background, among other things, in his extensive health

17  and safety background.

18              And why can't he -- I mean, I think he can

19  answer some just basic things, if he thinks this was

20  important, if that's part of -- as a sole manager is that

21  going to be a priority for him?

22              MR. PEREZ:  Again, you have heard my

23  objection.  I think you -- you are asking for expert

24  testimony.  He's -- he's a -- he's a fact witness with

25  respect to -- I'm not quite exactly sure what he's a fact



Page 91

1    witness with respect to, but if you want to restate the

2    question, you know, and if he can answer hypothetically,

3    I mean, he certainly can.

4         Q.   (BY MR. WEIR)  So as the sole manager of

5    Fieldwood I, will it be a priority to have all fire

6    detection and protection equipment be in compliance with

7    the BSEE safety plans on these non-producing properties?

8         A.   Fieldwood I will have safe -- a safety and

9    environmental management system program that is -- is

10   active today and -- and will be a part of Fieldwood I,

11   which I think addresses all those issues.

12        Q.   Okay.  You will probably just give me the same

13   answer, but do you know if you -- if Fieldwood I will

14   have storm chokes set on -- on all of these non-producing

15   properties?

16             MR. PEREZ:  Same objection.  You are

17   asking for -- for speculation.

18        Q.   (BY MR. WEIR)  You can answer.

19        A.   I mean, I'm not aware of the details.

20        Q.   Okay.  Are you familiar with BSEE's

21   decommissioning estimates with regard to Fieldwood I or

22   more generally?

23        A.   I -- I've -- I'm not intimately familiar, no.

24        Q.   Do you agree that they accurately reflect the

25   anticipated costs of decommissioning?



Page 92

 1      A.   I believe the best number for decommissioning

 2   is what Fieldwood has done internally with Brandon

 3   DeWolfe and his -- his organization.  That's the one I

 4   have the most confidence in.

 5      Q.   Okay.  Do you not have confidence in the BSEE

 6   estimates?

 7      A.   I -- I'm not that familiar with the estimates

 8   to -- to render an opinion.

 9      Q.   Okay.

10           MR. WEIR:  No further questions.

11           MR. PEREZ:  Okay.  All right.  All right.

12   So I guess if -- we'll reserve our questions to the time

13   of trial.  And thank you, and thanks everybody for

14   getting this done in -- in the two-hour time frame, I

15   appreciate that.  So we will -- unless there is anything

16   else, I -- I don't have anything further.

17           MR. WEIR:  I guess all I would say is just

18   no -- I should have said no further questions at this

19   time.  I -- we reserve whatever as well, too.  Thank you.

20           MR. EISENBERG:  Thank you very much,

21   Mr. Graham, we appreciate your time.

22           MR. WEIR:  Thank you.

23           MR. EISENBERG:  And we certainly

24   appreciate your focusing on this, it's going to be an

25   important thing for a lot of folks, so ...



Page 93

1                    THE WITNESS:  Thank you.

2                    UNIDENTIFIED MALE:  Thank you.

3                    COURT REPORTER:  Okay.  The time is 11:08

4     a.m., we are off the record.

5                    (Deposition concluded at 11:08 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 94

1                     CHANGES AND SIGNATURE

2

   WITNESS NAME: JON GRAHAM
3

   DATE OF DEPOSITION: 06/02/2021
4

5  PAGE   LINE    CHANGE                    REASON

6  _____

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____



Page 95

1                    I, JON GRAHAM, have read the foregoing

2      deposition and hereby affix my signature that same is

3      true and correct, except as noted above.

4

5                           _____

6                           JON GRAHAM

7

8

9      THE STATE OF TEXAS                )

10     COUNTY OF _____ )

11             Before me, _____, on this

12     day personally appeared JON GRAHAM, known to me (or

13     proved to me under oath or through _____)

14     (description of identity card or other document) to be

15     the person whose name is subscribed to the foregoing

16     instrument and acknowledged to me that they executed the

17     same for the purposes and consideration therein

18     expressed.

19             Given under my hand and seal of office this

20     _____day of _____, _____.

21

22                           _____

23                           NOTARY PUBLIC IN AND FOR
                              THE STATE OF _____

24

25



Page 96

```
 1              IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3     IN RE:              )
                           ) No. 4:20-CV-228-P
 4     FIELDWOOD ENERGY, LLC,   )
       et al,               )
 5                          )
            Debtor.         )
 6

 7

 8

 9              REPORTER'S CERTIFICATION
                DEPOSITION OF JON GRAHAM
10                   JUNE 2, 2021

11

12

13          I, Nancy Newhouse, Certified Shorthand Reporter

14    in and for the State of Texas, hereby certify to the

15    following:

16          That the witness, JON GRAHAM, was duly sworn by

17    the officer and that the transcript of the oral

18    deposition is a true record of the testimony given by the

19    witness;

20          That the deposition transcript was submitted on

21    _____ to the witness or to the attorney for

22    the witness for examination, signature and return to me

23    by _____.

24

25
```



Page 97

```
 1            That the amount of time used by each party at

 2   the deposition is as follows:

 3       Mr. Alfredo Perez        - 00:00
         Ms. Erin Choi            - 00:00
 4       Mr. Paul Genender        - 00:00
         Ms. Jessica Liou         - 00:00
 5       Mr. Ron Miller           - 00:00
         Ms. Samantha Smith       - 00:00
 6       Mr. Clifford W. Carlson  - 00:00
         Mr. Phillip G. Eisenberg - 01:48
 7       Mr. Brad Knapp           - 00:00
         Mr. Jared Weir           - 00:13
 8       Mr. Craig Duewall        - 00:00
         Mr. Scott Zuber          - 00:05
 9       Mr. Kenneth Pasquale     - 00:00
         Ms. Ayala Hassell        - 00:00
10       Mr. Peter D'Apice        - 00:00
         Mr. Steven Roberts       - 00:00
11       Ms. Leann Moses          - 00:00
         Mr. Jonathan S. Ord      - 00:00
12       Mr. David Bernal         - 00:00
         Mr. Michael D. Morfey    - 00:00
13       Mr. Sergio Garza         - 00:00
         Mr. Robin Russell        - 00:00
14       Ms. Catherine Diktaban   - 00:00
         Mr. Robert W. Miller     - 00:01
15       Mr. John Baay            - 00:00
         Mr. Brandon Bains        - 00:00
16       Mr. Lee E. Woodard       - 00:00
         Mr. Elliot Moskowitz     - 00:00
17

18

19

20

21

22

23

24

25
```



MAGNA
LEGAL SERVICES

Page 98

1          That pursuant to information given to the

2     deposition officer at the time said testimony was taken,

3     the following includes all parties of record:

4     Mr. Drew N. Herrmann, Attorney for the Plaintiffs
       THE LAW OFFICES HERRMANN LAW, PLLC
5     801 Cherry Street, Suite 2365
       Fort Worth, Texas 76102

6
       Mr. Jerry Murad, Jr., Attorney for the Plaintiffs
7     LAW OFFICES OF JERRY MURAD
       1717 Main Street, Suite 5900
8     Fort Worth, Texas 76147

9     Mr. Mark A. Haney, Attorney for the Defendants
       LAW OFFICES OF THE HANEY FIRM, P.C.
10    1555 Rio Grande Avenue
       Fort Worth, Texas 76102 Mr. Alfredo Perez, Fieldwood
11    700 Louisiana, Suite 1700
       Houston, Texas 77002

12
       Ms. Erin Choi & Mr. Paul Genender, Fieldwood
13    LAW OFFICES OF WEIL, GOTSHAL & MANGES, LLP
       200 Crescent Court, Suite 300
14    Dallas, Texas 75201

15    Ms. Jessica Liou, Fieldwood
       LAW OFFICES OF WEIL, GOTSHAL & MANGES, LLP
16    767 Fifth Avenue
       New York, New York 10153

17
       Mr. Ron Miller, Fieldwood
18    LAW OFFICES OF WEIL, GOTSHAL & MANGES, LLP
       200 Crescent Court, Suite 300
19    Dallas, Texas 75201

20    Ms. Samantha Smith, Fieldwood
       LAW OFFICES OF WEIL, GOTSHAL & MANGES, LLP
21    200 Crescent Court, Suite 300
       Dallas, Texas 75201

22
       Mr. Clifford W. Carlson, Fieldwood
23    LAW OFFICES OF WEIL, GOTSHAL & MANGES, LLP
       700 Louisiana, Suite 1700
24    Houston, Texas 77002

25



Page 99

```
 1              PARTIES OF RECORD Continued
 2   Mr. Phillip G. Eisenberg, HCC International Insurance
     Company, PLC
 3   THE LAW OFFICES LOCKE LORD, LLP
     600 Travis Street, Suite 2800
 4   Houston, Texas 77002
 5   Mr. Brad Knapp, for HCC International Insurance Company
     PLC LAW OFFICES OF LOCKE LORD, LLP
 6   601 Poydras Street, Suite 2660
     New Orleans, LA 70130
 7
     Mr. Jared Weir & Mr. Craig Duewall, BP
 8   LAW OFFICES OF GREENBERG TRAURIG, LLP
     2200 Ross Avenue, Suite 5200
 9   Dallas, Texas 75201
10   Mr. Scott Zuber, Aspen, Berkley, Everest, and Sirius
     LAW OFFICES OF CHIESA SHAHINIAN & GIANTOMASI, PC
11   One Boland Drive
     West Orange, NJ 07052
12
     Mr. Kenneth Pasquale, Official Committee of Unsecured
13   Creditors
     LAW OFFICES OF STROOCK & STROOCK & LAVAN LLP
14   180 Maiden Lane
     New York, NY 10038
15
     Ms. Ayala Hassell, Official Committee of
16   Unsecured Creditors
     LAW OFFICES OF PACHULSKI, STANG, ZIEHL & JONES
17   440 Louisiana Street, Suite 900
     Houston, Texas 77002
18
     Mr. Peter D'Apice, CNOC Offshore Petroleum USA
19   LAW OFFICES OF ESSERMAN & PLIFKA, STUTZMAN, BROMBERG
     2323 Bryan Street, Suite 2200
20   Dallas, Texas 75201
21   Mr. Steven Roberts
     LAW OFFICE OF CLARK HILL, PLC
22   720 Brazos Street, Suite 700
     Austin, Texas 78738
23
24
25
```



Page 100

```
 1              PARTIES OF RECORD Continued
 2    Ms. Leann Moses
      LAW OFFICES OF CARVER, DARDEN, KORETZY, TESSIER, FINN,
 3    BLOSSMAN & AREAUX, LLC
      1100 Poydras Street, Suite 3100
 4    New Orleans, Louisiana 70163
 5    Mr. Jonathan S. Ord
      LAW OFFICES OF KREBS, FARLEY & DRY
 6    400 Poydras Street, Suite 2500
      New Orleans, Lousiana 70130
 7
      Mr. David Bernal
 8    APACHE CORPORATION
      2000 Post Oak Boulevard, Suite 100
 9    Houston, Texas 77056
10    Mr. Michael D. Morfey, Apache Corporation
      LAW OFFICES OF HUNTON, ANDREWS, KRUTH, LLP
11    600 Travis Street, Suite 4200
      Houston, Texas 77002
12
      Mr. Sergio Garza, Apache Corporation
13    LAW OFFICES OF HUNTON, ANDREWS, KRUTH, LLP
      600 Travis Street, Suite 4200
14    Houston, Texas 77002
15    Ms. Robin Russell, Apache Corporation
      LAW OFFICES OF HUNTON, ANDREWS, KRUTH, LLP
16    600 Travis Street, Suite 4200
      Houston, Texas 77002
17
      Ms. Catherine Diktaban, Apache Corporation
18    LAW OFFICES OF HUNTON, ANDREWS, KRUTH, LLP
      600 Travis Street, Suite 4200
19    Houston, Texas 77002
20    Mr. Robert W. Miller, Philadelphia Insurance Company
      LAW OFFICES OF MANIER & HEROD, PC
21    1201 Demonbreun, Suite 900
      Nashville, Tennessee 37203
22
      Mr. John Baay, LLOG
23    LAW OFFICES OF GEIGER, LABORDE & LAPEROUSE, LLC
      701 Poydras Street, Suite 4800
24    New Orleans, Louisiana 70139
25
```



Page 101

1                    PARTIES OF RECORD Continued

2    Mr. Brandon Bains, Travelers Casualty and Surety
     Company; Liberty Mutual Insurance Co.; XL Specialty; and
3    the Hanover Insurance Co.
     LAW OFFICE OF LANGLEY, LLP
4    P.O. Box 94075
     Southlake, Texas 76092
5
     Mr. Lee E. Woodard, Lexon Insurance Company
6    LAW OFFICE OF HARRIS BEACH, PLLC
     333 West Washington Street
7    Syracuse, New York 13202

8    Mr. Elliot Moskowitz
     LAW OFFICES OF DAVIS POLK & WARDWELL, LLP
9    450 Lexington Avenue
     New York, New York, 10017

10

11            I further certify that I am neither counsel

12   for, related to, nor employed by any of the parties or

13   attorneys in the action in which this proceeding was

14   taken, and further that I am not financially or otherwise

15   interested in the outcome of the action.

16            Certified to by me this 3rd day of June, 2021.

17

18

19            _____
              NANCY NEWHOUSE, Texas CSR 9000
20            Expiration Date:  08/31/21
              Firm Registration No. 633
21            Magna Legal Services
              1635 Market Street
22            Philadelphia, Pennsylvania 19103
              www.magnals.com
23

24

25



**A**

**a.m** 1:19,20 8:4
    57:22,24 58:4
    93:4,5
**abandon** 88:4,7
**abandoned** 88:14
**abandonment**
    37:21
**Aberdeen** 21:8
**abilities** 61:22
**ability** 59:2 60:1,3
    60:16 61:15 62:3
    75:24 76:13
**Ables** 24:9
**above-styled** 1:18
**access** 87:17
**Acclimate** 64:25
**accounting** 84:9
**accounts** 35:15
**accumulated** 23:13
**accurately** 91:24
**acknowledged**
    95:16
**acquire** 63:19
**action** 101:13,15
**active** 87:16 91:10
**activities** 27:9 65:9
**actual** 80:15
**add** 41:8 83:18
**added** 83:12
**additional** 41:8
    42:18
**address** 10:21
    65:25 76:20,21
    89:6
**addressed** 87:21,24
**addresses** 91:11
**Administration**
    13:22 14:5
**administrative**
    31:18
**advance** 17:11 22:7

**78:8
advice** 49:24 50:2
**advises** 50:10
**affirm** 8:19
**affix** 95:2
**afterward** 49:5
**agencies** 67:11
**agenda** 48:8,15,19
**agendas** 48:16,17
**agree** 53:12 89:5
    91:24
**agreeing** 43:3
**agreement** 11:8,9
    11:11,14,16 12:8
    12:24 27:19 28:4
    28:5,8,11 29:19
    29:22 30:1,9,16
    30:20,25 31:1,4,6
    31:8,15 32:6,7,10
    38:2,23 39:10,25
    40:1 42:3,4,17,20
    42:23 46:2,22,23
    52:20 53:13 54:19
    55:7,16,18,24
    56:3,4,5,18 59:1
    59:25 62:12 63:22
    65:13 66:14 72:21
    72:23,25 80:11
    86:18
**agreements** 50:7
    55:3
**ahassell@pszjla...**
    4:5
**ahead** 8:14 25:11
    29:18 38:19,20
    44:2 72:20 76:1
    78:18
**Aires** 20:7,17
**al** 1:4 8:9 96:4
**Alarm** 77:6
**Alfredo** 2:2 11:18
    11:24 24:23 39:18
    57:3 60:12 78:9
    97:3 98:10
**Alfredo.perez@...**
    2:4

**allowed** 24:22
**Amoco** 14:12,21,22
**amount** 12:12
    31:20 97:1
**ample** 66:11 67:8
**analysis** 29:25 30:7
    30:8,14 31:19,22
    34:14,23 35:18,24
    36:13 37:10 40:2
    45:22 66:19 68:22
**ANDREWS** 5:2,6,9
    5:13 100:10,13,15
    100:18
**Angelique** 10:22
**answer** 11:14 24:23
    24:24 25:11 26:22
    33:4,16,16 35:5
    38:16 44:5 51:20
    52:4 53:3 55:4,22
    60:15 62:10 67:6
    74:24 76:1 77:12
    79:14 89:10,21
    90:19 91:2,13,18
**answered** 51:18
    52:17 53:1 55:20
    55:21 60:10,13
    79:22
**Anthony** 9:17
    22:13 25:19,25
    26:3 47:1 50:8
**anticipate** 13:1
**anticipated** 91:25
**anybody** 12:1 29:1
    44:24 60:8 61:9
    61:13,14
**anymore** 71:10
**anyway** 84:13
**Apach** 39:9
**Apache** 4:22 5:2,6
    5:9,13 12:17 13:9
    13:14 16:17,17,19
    17:3,15,17 18:11
    18:12 19:12 21:1
    21:4,6,8,9,20 22:8
    22:14,15,17 23:10
    23:13,14,16 24:8

**24:17,19 25:8,16
    27:23 29:20 31:11
    38:3,6,7 39:4,6,12
    39:25 43:6,20
    44:8,14,19,22,24
    46:13,24 48:7
    50:2,6 52:8,23
    62:22 65:11 72:9
    72:16 79:2,10,20
    80:1 83:9 86:24
    87:4,15 100:8,10
    100:12,15,17
**Apache's** 38:10
    43:13,16,18 46:8
    72:17 76:14 80:14
    87:7
**apologize** 78:7
**Appearances** 7:3
**appeared** 95:12
**appointment** 28:9
**appreciate** 13:24
    14:8 17:9 43:3,4
    52:12 58:8,20
    61:11 92:15,21,24
**appreciated** 78:6
**apprised** 40:6
**appropriate** 31:20
    77:17,18
**approval** 65:11
**approximate** 69:10
**approximately**
    15:9 17:23 18:23
    19:7 31:17 34:21
    37:15,18 41:5
    43:9 69:17 70:18
**April** 13:14
**area-wide** 77:2,10
    77:11
**AREAUX** 4:15
    100:3
**arena** 61:2
**Argentina** 20:7,9
    21:6
**arrangement** 44:20
    45:1
**arrangements**

**30:14 55:3
asked** 40:20 48:15
    51:18,19 52:17
    53:1 55:20 60:9
    71:19
**asking** 23:8 35:7
    36:8 38:16 39:17
    49:18,19 56:21
    88:11 90:4,6,23
    91:17
**Aspen** 3:14 78:24
    99:10
**assess** 46:6
**assessed** 66:4
**asset** 27:10 33:18
    40:6 53:23 54:16
    62:19,20 85:18
**assets** 58:23 59:3
    59:22 61:20 63:12
    63:18,19 79:2,16
    79:21,23 80:7
    89:16
**associated** 44:8
    73:10 84:18,21
**assume** 66:24
**assumes** 38:14
**assuming** 33:11
    34:16
**attached** 1:25
**attorney** 11:12
    22:21 48:10 49:21
    96:21 98:4,6,9
**attorneys** 50:8
    101:13
**audio** 58:16
**August** 22:13 24:2
    25:21 37:19 69:6
    **Austin** 4:11 99:22
**authorities** 58:11
    58:12
**avail** 37:3
**availability** 72:7
**available** 37:3 38:2
    39:3 46:4 66:12
    71:17 83:11
**Avenue** 2:10 3:11



6:10 98:10,16
99:8 101:9
**aware** 22:7,10 26:9
29:19 30:15,23
35:22 40:10,15,16
41:5 44:17,23
53:6,10 54:13
60:23 61:1,13
63:11 67:14 68:3
72:6 73:7,15,17
73:18,24,25 76:15
77:3,20 79:4,5,7
79:16 83:8 88:3,9
88:13 91:19
**Ayala** 4:2 97:9
99:15

**B**

**B-r-e-t-c-h-e-s** 48:4
**Baay** 5:21 97:15
100:22
**Bachelor's** 13:20
14:3
**back** 16:8 20:18
40:4,8,12,22 41:2
51:22,24 52:2
56:24 57:1,25
58:1 81:1
**background** 84:16
87:23 90:16,17
**bad** 65:1
**Bains** 6:2 97:15
101:2
**ballpark** 69:11
**bankrupt** 51:7
**bankruptcy** 1:1 8:7
9:13 13:4 22:9,12
26:14 27:5 28:19
31:9 47:9 51:8,11
52:11 53:5 88:15
96:1
**barrel** 75:9
**barrels** 34:21 41:8
75:8
**base** 62:21
**based** 15:22 32:17

34:8,24 36:5 43:5
87:23 89:12 90:15
90:15
**bases** 37:1
**basic** 90:19
**basically** 18:10
20:12
**Basin** 18:2
**basis** 12:10 27:7
36:15 41:4 46:13
51:5,15 64:3
68:15 70:22
**BEACH** 6:6 101:6
**beginning** 19:14,15
47:9
**behalf** 58:3
**believe** 12:4 17:16
20:2,2 21:23
23:18 24:10 25:7
26:2,5 27:2 28:18
36:23 37:6,19
38:8 44:12 45:11
48:4,11 50:9
54:16,16,24 63:21
68:7 69:20 83:12
83:13,15 85:14,23
86:2,12,22 92:1
**belong** 38:4
**belongs** 38:6
**Berkeley** 78:24
**Berkley** 3:14 99:10
**Bernal** 4:22 97:12
100:7
**best** 34:10 89:17
92:1
**better** 61:25
**beyond** 66:18 73:11
85:16
**bids** 31:23 80:13
**big** 70:1 84:14
**billion** 33:21 34:12
85:19
**bills** 36:11
**bit** 36:9 56:23
58:14 60:12 66:6
80:4 84:8

bknapp@lockelo...
3:9
**BLOSSMAN** 4:15
100:3
**board** 47:2 62:24
**BOEM** 67:12 76:24
77:15 86:1,7
89:13
**Boland** 3:15 99:11
**bond** 77:2,10,11
**bonding** 77:21
**bonus** 42:5,7,9,11
42:12
**borrow** 76:13
**Boulevard** 4:23
100:8
**bound** 11:13,16
34:7
**Box** 6:4 101:4
**BP** 3:10 99:7
**Brad** 3:6 97:7 99:5
**Bramlett** 27:11,12
29:1
**Brandon** 6:2 85:3
86:19 92:2 97:15
101:2
**Brazos** 4:11 99:22
**break** 48:13 56:23
56:24
**Bretches** 47:2 48:2
**Brett** 50:8
**briefly** 83:8
**bring** 40:8
**bringing** 40:22
**BROMBERG** 4:6
99:19
**brought** 40:4 41:2
41:7
**Bryan** 4:7 99:19
**BSEE** 67:12 76:24
77:15 85:25 86:7
86:13 89:12 90:1
91:7 92:5
**BSEE's** 91:20
**budgeting** 68:14,17
68:18

**Buenos** 20:7,17
**business** 13:22 14:5
62:21 84:9
**businessman** 32:24
**buy** 63:17

**C**

**C** 2:1 3:1 4:1 5:1
6:1 8:1
**Cairo** 19:11,17,19
**calculator** 75:10,14
**calendar** 48:21
**Calgary** 19:21
**call** 12:2 41:15
48:22
**called** 15:2,20
26:18 31:3
**calls** 32:22 35:3
38:13 47:17,19,20
49:15 50:12 52:6
52:22 55:1 62:8
88:2 89:1,20
**Canada** 19:21,23
20:1
**Canadian** 19:24,25
**candidates** 61:4
**capability** 45:18
**capable** 35:1,23
36:4 77:25
**capacity** 14:13,15
16:24 21:11 50:3
**capital** 30:5,6,18
38:25 39:3,21
45:17 46:4 64:2
64:18 65:4,6,6,16
65:17,24 66:1,11
66:17 67:1,3,7
70:7 76:7 83:10
**card** 95:14
**Carlson** 2:19 97:6
98:22
**CARVER** 4:14
100:2
**case** 11:16 74:20
**cases** 83:7
**cash** 35:13,20 36:6

36:15 37:1,6,25
42:11,12,16,19
62:16 63:10 64:7
65:8 66:2 68:20
69:3,18 70:2,8
71:17,22 72:2,3,4
74:22 75:1 76:9
80:23
**casualty** 6:2 40:14
101:2
**Catherine** 5:13
97:14 100:17
**cause** 1:18
**caused** 74:14
cdiktaban@hunt...
5:16
**centered** 51:7 81:4
**CEO** 24:15,16
**certain** 63:19
**certainly** 91:3
92:23
**Certificate** 7:12
**CERTIFICATI...**
96:9
**Certified** 1:20
96:13 101:16
**certify** 96:14
101:11
**CHANGE** 94:5
**Changes** 7:11 94:1
**Chapter** 22:9
**char** 31:13
**charge** 31:14
**chat** 8:12
**check** 78:4
**Cherry** 1:23 98:5
**Chiesa** 3:15 78:22
99:10
**chime** 77:6
**Choi** 2:5 97:3 98:12
**choice** 46:7,7
**chokes** 91:14
**choose** 17:4
**Christmann** 24:16
**circulated** 49:4
53:21



City 15:1,14,22
Civil 1:24
clarification 80:18
clarify 36:9 81:16
CLARK 4:10 99:21
Clay 47:1,25 48:1,5
    48:5,6
clear 80:25 81:6
clearly 23:9
Clifford 2:19 97:6
    98:22
clifford.carlson...
    2:22
close 19:16 60:25
    69:13 73:23
closer 75:19
CNOC 4:6 99:18
Coast 18:20,22
    19:1
code 10:23
colleagues 78:4
college 13:19 14:2
    84:8
color 80:5
colors 84:12
come 24:3 36:5
    56:24 57:1 70:8
comes 69:13
comment 41:25
comments 41:22
Commission 58:16
    58:19
Committee 3:18
    4:2 99:12,15
common 50:23
Commonly 20:21
companies 19:12
    59:17 63:25
company 3:2,6 5:17
    6:2,6 9:10 14:12
    15:2,11,13,20
    16:16,18 17:2,13
    19:13 21:5 22:6
    24:13,18 26:17
    28:18 30:22 31:20
    35:20 36:14 45:21

45:24,24,25 62:1
    63:5 70:1 71:13
    74:23 76:23 83:6
    99:2,5 100:20
    101:2,5
compensates 25:12
compensation
    11:11 12:7,9
    28:10,12 42:18
compliance 89:2
    90:1 91:6
complies 8:17
comply 77:15,21
compound 62:7
comprehensive
    30:11
comprehensively
    66:4
computer 10:15,16
    49:11
concept 27:25 30:3
concerning 29:4
    44:22 49:12 50:5
    56:19,19
concerns 45:13
concluded 93:5
conclusion 32:22
    32:25 33:9 35:3
    38:13
conditions 74:19
conduct 85:6
confidence 92:4,5
confidentiality
    11:13,15,16
confirmation 60:25
confirmed 88:18
connection 9:12
    21:18 43:21 44:19
    44:25 46:14
consent 38:10 39:4
    39:6,11,19,21,25
    43:6,14,16,18
    46:8 60:3 76:14
    80:1,14
consented 43:9
consider 21:3 59:3

62:4
consideration 26:2
    42:10 63:25 95:17
considered 24:4
    54:11,12 60:24
    61:14 64:5,6
consolidated 19:2
consul 15:21
consult 11:12 22:21
consultancy 12:15
    12:21,24 27:18
consultant 11:6,7
    12:11 13:2 26:13
    27:1,21 49:24
    50:3
consulted 61:3
consulting 11:8,11
    15:21,21 28:4
    40:5 42:3 46:22
contact 25:23 26:2
contacted 22:13
    24:2 25:22 26:5
contain 42:5
contemplates 85:6
context 33:2,8
continue 74:21
continued 3:1 4:1
    5:1 6:1 40:23 99:1
    100:1 101:1
contract 12:19
    27:24 28:3 31:11
    31:24 46:1 77:16
    86:17
contractor 40:14
conversations
    50:19,21 52:9
    67:10 86:15
coordinate 27:9
copies 54:14,17,17
corporate 18:13
    20:19
corporation 4:22
    5:2,6,9,13 13:8,14
    16:17,17 17:17
    18:11 21:1,4,16
    22:8,14 48:7

58:16,19 87:4
    100:8,10,12,15,17
Corporations 72:9
correct 10:19 12:25
    18:12 20:14 21:14
    21:25 22:1 26:19
    28:16,23,24 29:23
    33:23 34:3 38:6
    38:11 39:8 41:19
    43:22 48:20 54:11
    56:15 60:21 63:3
    63:7 67:7,22,23
    72:18 74:12,19
    75:24 76:8 81:8
    82:5,13 95:3
cost 44:10
costs 44:8 91:25
counsel 22:14
    101:11
countries 18:13
    20:4
Country 20:8
COUNTY 95:10
couple 17:5,6 84:9
courses 84:10
court 1:1 2:6,13,17
    8:3,7,18,23 9:1
    51:21 52:1 57:21
    57:24 93:3 96:1
    98:13,18,21
courtesy 43:4
Covid 45:12
Craig 3:10 97:8
    99:7
created 48:9,16
    88:19
credit 72:9,12,14
    83:10
Creditors 3:19 4:2
    99:13,16
Crescent 2:6,13,17
    98:13,18,21
criteria 42:13
crude 65:21,21,22
CSR 101:19
Cupit 50:8

curious 90:14
current 31:18
    32:12 33:13,16
    34:15,18,24,25
    35:13,13 36:6
    37:25 41:23 55:17
    56:7,21 68:4
    76:16
currently 10:25
    11:3 26:25 28:13
    28:14,22 32:18
    37:21 41:3,6 45:9
    65:24 89:17
cuts 58:16
CV 78:7

**D**

D 5:2 8:1 97:12
    100:10
D'Apice 4:6 97:10
    99:18
d'apice@sbep-la...
    4:9
daily 41:4,14,17,20
    46:10 53:9
Dallas 2:6,14,17
    3:12 4:7 16:8
    98:14,19,21 99:9
    99:20
damage 73:20
DARDEN 4:14
    100:2
data 37:3 45:22
date 8:3 69:2,19
    79:18 94:3 101:20
dated 37:7
dates 17:8
David 4:22 27:10
    97:12 100:7
Davis 6:9,15 101:8
day 1:19 33:11
    34:13,22 35:8,12
    37:1 41:9 45:10
    68:5 75:8,11,12
    75:16 95:12,20
    101:16



**day-to-day** 27:6
39:10
**days** 41:7 75:16
76:6
**dealing** 46:13
**deals** 41:16
**Dean** 27:10 28:25
**Debtor** 1:5 26:17
27:19 50:4 96:5
**Debtors** 88:4,6
**December** 26:6
27:16 42:8,14
46:21
**decide** 46:3
**decides** 46:9
**decimal** 81:25 82:1
**decision** 83:18
**decom** 85:1 86:16
**decommissioned**
34:8
**decommissioning**
32:12,14,15,19
33:3,8,23 34:25
35:21 37:9,13
38:2,8,23 39:4,11
44:20 45:1 46:11
54:20 55:12,13
56:8,12,15 62:14
63:9 65:7,9,14,16
66:2,10 67:4 68:1
68:4 69:6 75:3
84:15,17,19,20,22
84:24 85:7,10,12
86:5,14 88:10
91:21,25 92:1
**Defendants** 98:9
**defined** 42:16
**definitely** 25:3
**definition** 42:24
**definitively** 71:7
**delay** 72:1
**deleterious** 75:23
**deliberating** 26:1
**delved** 77:23
**Demonbreun** 5:18
100:21

**denoted** 83:11
**Department** 84:11
**depending** 33:20
**depends** 71:23
**deposition** 1:9,16
8:5 9:12 10:1,17
58:4,6 93:5 94:3
95:2 96:9,18,20
97:2 98:2
**derive** 76:10
**describe** 11:10 12:7
28:10 42:20 58:13
87:5
**described** 24:14
46:2
**description** 7:15
25:20 95:14
**designated** 27:17
46:18
**detail** 53:14 80:5
**detailed** 66:19
68:17,18
**details** 53:13,14
72:22 91:19
**detection** 89:25
91:6
**determination**
45:17
**determine** 30:9
34:23 41:18 45:22
59:8 66:11
**determining** 80:8
**develop** 30:4,17
39:7,21 66:16
**developed** 65:21,22
**development** 29:19
29:22 30:1,9,16
30:20,25 53:12,13
54:19 55:7,15
66:14
**DeWolfe** 85:3
86:19 92:3
**difference** 81:21
**different** 63:24
66:6 88:12
**Diktaban** 5:13

97:14 100:17
**direct** 11:6
**director** 21:9 60:21
61:19 63:3
**directors** 62:25
**disclose** 22:22
**disclosed** 11:23
22:23
**discretion** 72:17
**discussion** 26:11
47:1 50:7 51:12
81:4
**discussions** 29:3
47:4 48:11 49:22
49:25 50:9 51:6
53:4 79:15 83:21
86:6,9,12
**district** 1:1 8:7
15:13 96:1
**Division** 1:2 8:8
96:2
**divorced** 65:15
**doc** 83:16
**document** 25:18
39:16 41:16 43:1
43:10 44:12 73:5
95:14
**documenting** 49:7
**documents** 36:24
50:5 77:18 83:9
**doing** 37:9 40:2
47:13 86:14
**dollar** 32:18 72:12
**dollars** 23:22 33:21
34:12 37:18 42:17
68:4,12 69:5 70:2
70:6,23 71:2 75:3
75:17
**dominated** 65:7
**doubt** 72:25
**draw** 38:7
**Drew** 98:4
**drill** 58:14 59:15
**Drive** 3:15 99:11
**DRY** 4:19 100:5
**due** 32:18,23 33:2,7

36:5 37:21 74:18
**Duewall** 3:10 97:8
99:7
**duly** 1:17 9:4 96:16
**dumb** 42:25
**duty** 63:18

**E**

**E** 2:1,1 3:1,1 4:1,1
5:1,1 6:1,1,6 8:1,1
97:16 101:5
**earlier** 58:5
**easier** 13:17
**economic** 62:15
**economically** 62:13
**economically-res...**
62:15
**economics** 30:8
**edition** 83:12
**effect** 23:1,17 64:1
70:8
**effective** 33:11
34:17 39:1 68:6
69:1,18 79:18
**efforts** 63:11 79:10
**Egypt** 19:11,12
24:11
**eight** 18:13
**Eisenberg** 3:2 7:5,7
8:25 9:2,6,7 10:3
10:6 11:18,24
12:3 23:2,6,9,11
24:22,25 25:5,7
25:15 26:22 29:21
32:24 33:4,10,22
35:5,8 38:15,19
38:21 39:17,20
44:1,3,5 50:16
51:3,19,24 52:4
52:21 53:3 55:2,4
55:9,22,25 56:6
56:22 57:2,5,8,12
57:18 58:1,2
60:11,14,17 62:9
62:18 64:22 65:1
65:3 70:10 72:24

76:3 77:7,9 78:9
78:14 80:21,23
81:14,16,18,20
82:8,11,17,21
84:1,4 92:20,23
97:6 99:2
**Eisenberg's** 80:19
**either** 82:19
**eleven** 20:16
**Elliot** 6:9 97:16
101:8
**elliot.moskowitz...**
6:11
**email** 2:4,8,11,15
2:18,22 3:5,9,13
3:17,21 4:5,9,13
4:17,21 5:5,12,16
5:20,23 6:11
48:18
**emails** 49:7
**emerge** 27:5 51:11
**emerged** 26:14
27:25 28:6
**emergence** 69:3
77:11 79:19 81:2
**emerges** 13:3 28:19
31:9 35:14 69:7
75:4
**employed** 10:25
11:3 13:12 14:1,3
14:10 16:2 45:9
101:12
**employee** 11:6 63:5
**employees** 44:15,18
44:22 68:24
**employment** 11:6
13:13
**ended** 16:16
**Energy** 1:4 8:8 11:4
12:11 13:2 25:13
25:16,20 26:6,12
27:22,24 28:18
31:10 32:16 36:18
37:5 47:3 56:13
79:1,9,23 80:7,8
86:19 87:19 96:4



**Energy's** 81:2
**engage** 31:10
**engineer** 14:17
  15:7,14 16:12,23
  17:1
**engineering** 13:21
  15:21 17:19 18:4
  19:3,12,22
**enhancement** 39:5
  39:24 40:9
**entered** 27:18
  89:14
**entering** 89:15
**entertain** 80:9
**entire** 22:5
**entities** 69:17 79:25
**entity** 16:22 28:17
  71:18 90:12
**Environment** 20:20
  87:2
**environmental**
  88:24 89:3,7 91:9
**environmentally**
  87:8 88:22 89:23
**environmentally-...**
  62:13
**equipment** 90:1
  91:6
**equivalent** 34:22
  41:9
**Erin** 2:5 97:3 98:12
**Erin.choi@weil.c...**
  2:8
**ESSERMAN** 4:6
  99:19
**established** 13:4
  28:6
**estimate** 33:20
  85:24
**estimated** 34:15
  41:3 42:1,2
**estimates** 32:14
  33:18 36:17,21
  85:18,20 86:1
  91:21 92:6,7
**estimation** 53:16

**et** 1:4 8:9 96:4
**evaluate** 61:25
  63:18 65:4,17
**evaluated** 58:22,25
  62:20 64:1,4
  65:11 66:13 79:24
**evaluation** 53:22
**Evans** 6:15
**event** 40:11 73:21
**events** 74:18
**Everest** 3:14 78:24
  99:10
**everybody** 8:11
  13:18 84:3 92:13
**evidence** 38:14
**exact** 17:8 31:16
  53:18 69:4,11
  70:13 81:10 86:15
  87:18
**exactly** 15:16 44:7
  44:13 90:25
**examination** 7:5,6
  7:7,8,9 9:5 30:11
  78:19 81:19 83:2
  84:5 96:22
**exceeded** 71:1
**exceeds** 70:22
**excess** 42:16,19
  68:9
**executed** 95:16
**executive** 21:3 27:3
  48:6 62:3,24 63:7
**executives** 63:2
**exhausted** 72:17
**Exhibit** 36:23,25
  69:15,16 70:12
**EXHIBITS** 7:14
**exist** 53:11 68:5
**existence** 54:2
**existing** 26:16
  65:19 66:3
**expect** 74:21
**expectations** 71:24
  82:14
**expend** 65:13
**expenditure** 66:18

**expenditures** 37:18
  39:10 65:16 75:4
**expenses** 31:18
  64:9 71:3,14,22
  81:2,7 82:3,12
**experience** 14:7
**experienced** 73:18
**expert** 84:19 90:4
  90:10,23
**expertise** 25:13
**experts** 77:17
**Expiration** 101:20
**expired** 34:9
**expressed** 95:18
**extensive** 90:16
**extent** 11:21 50:17
  50:25

---

**F**

**facilities** 54:21
  55:12,14 56:9
**fact** 90:5,24,25
**factored** 74:22
**facts** 38:14
**fair** 18:9 24:17 25:6
  43:12 69:12 71:11
  71:11
**fall** 73:8,16
**familiar** 12:17,18
  25:15,18 27:22
  31:3,5 32:13
  64:13 69:14 87:11
  88:13,16 91:20,23
  92:7
**familiarizing** 28:20
  29:1
**far** 51:10 81:1
**FARLEY** 4:19
  100:5
**farm** 29:13 59:19
  59:20 63:17
**Farris** 24:15
**fashion** 13:17 54:10
**fax** 2:7,7,22 3:5,9
  3:13,17 4:8,12,17
  5:4,11,15,19

**Fe** 16:2,4
**February** 37:7
**Federal** 1:24
**feel** 61:5
**feeling** 9:18
**field** 29:8 41:24
  53:12 64:15
**fields** 34:8 40:8
  41:6,12 42:2 53:8
  70:16,18 71:2
  73:13 74:14 82:3
  90:13
**Fieldwood** 1:4 2:2
  2:5,9,12,16,19 8:8
  9:13 11:4 12:8,11
  12:17,18 13:2,3,5
  13:6 21:19 22:8
  22:11,16 25:13,16
  25:17,20 26:6,12
  26:14,15,16 27:1
  27:18,19,21,22,23
  27:25 28:5,7,9,16
  28:17,22 29:4,6
  29:20 30:4,17
  31:9,10,15,21,22
  32:3,8,12,15,20
  33:12,14,19 34:16
  34:24 35:9,12,14
  35:19 36:4,14,18
  37:1,5,20,24 38:3
  38:4,10,17,22,25
  39:9,23 43:7,19
  44:9,15,18,22,24
  45:3,7,10,17 46:4
  46:7,9 47:3 49:24
  50:3,5 51:5,10,14
  52:7,8,14,16,19
  52:24 53:7,11
  54:2 56:13,13
  58:23 59:5,16
  61:21 63:1,12,20
  64:2,18 65:5,8,17
  65:24 66:11,15,17
  66:18,25 67:3,11
  67:14,25,25 68:5
  68:14,24 69:2,6

**69:17 70:1,11,17
  70:18 71:16 72:7
  73:8,10 75:4,24
  76:9,17,23 77:5
  77:10,21,24 79:1
  79:2,9,19,20,23
  80:7,8 81:1 83:10
  84:14 85:4,22
  86:13,17,19 87:19
  88:3,7,10,15,18
  89:16 90:5 91:5,8
  91:10,13,21 92:2
  96:4 98:10,12,15
  98:17,20,22
**Fieldwood's** 9:24
  10:10 46:6,7,21
**Fifth** 2:10 98:16
**fight** 62:10
**filing** 36:24
**finan** 69:16
**financial** 30:14
  69:15 72:16
**financially** 59:4
  101:14
**financing** 83:22
**find** 39:8 41:21
**fine** 41:12 64:23
  66:8
**fingers** 81:11
**FINN** 4:14 100:2
**fire** 89:25 91:5
**firm** 9:8 15:22
  78:22 83:5 98:9
  101:20
**first** 9:4 14:10
  17:18 22:11 37:19
  58:7
**five** 18:12 24:13
  40:5 74:4,8 85:9
  85:12
**five-** 56:24
**five-plus** 86:7
**flow** 35:13,20 36:15
  37:2,6,25 42:16
  42:19 62:16 63:10
  64:7 65:8 66:2



68:20 70:8 71:17
72:4 74:22 76:10
**flows** 36:6
**focus** 12:16 52:14
62:11,12,17
**focused** 63:8
**focusing** 92:24
**folder** 49:10
**folks** 10:17 28:14
28:21 29:7,7
46:24 77:24 92:25
**follow** 46:21
**follow-up** 78:25
**following** 96:15
98:3
**follows** 9:4 97:2
**forecast** 68:19
69:24 71:6,23
74:1,3
**forecasted** 68:7
69:17
**forecasts** 35:22,25
36:3 68:22,23
**foregoing** 95:1,15
**form** 24:21 25:9
26:20 29:16 32:21
35:2 38:12 39:15
43:24 51:17 52:25
55:1,19 62:6,7
70:4 72:19 75:25
88:1,25 89:8,19
**formally** 30:24
**formation** 25:17
**formed** 30:22 33:12
36:16 58:24
**former** 44:15
**Fort** 1:23 98:5,8,10
**forward** 36:15 51:5
51:10,15 52:24
53:7 64:3 65:18
68:15 71:24 75:24
88:19
**four** 19:18 40:4
45:5 64:12 68:15
74:4,7 78:23
**frame** 92:14

**frankly** 88:2
**front** 10:13 58:11
58:12
**fulfill** 38:23
**full** 9:15 76:6
**function** 62:24 63:6
**functional** 29:4
**functioning** 36:14
**funded** 54:20
**funds** 37:22
**further** 7:7 81:17
81:19 82:17,19
92:10,16,18
101:11,14
**future** 74:21

---

**G**

**G** 3:2 8:1 97:6 99:2
**Garza** 5:6 97:13
100:12
**gauge** 22:14
**gauging** 24:3
**GEIGER** 5:21
100:23
**Gen** 31:19
**Genender** 2:5 97:4
98:12
**general** 19:12
22:14 31:18 50:25
**generally** 49:15,19
50:12 58:13 91:22
**generated** 68:23
70:9
**generates** 35:17
**gentleman** 27:9
**getting** 60:25 78:7
92:14
**Giantomasi** 3:15
78:22 99:10
**give** 8:19 9:11 17:7
22:19 60:12 71:7
75:6 78:2 80:4
91:12
**given** 12:13 17:11
50:11 58:6 95:19
96:18 98:1

**gives** 30:4
**giving** 49:23,24
58:7
**glad** 64:23
**go** 8:14 10:9 13:19
13:25 14:1,20
15:19 16:7 17:14
18:18 20:4 23:22
25:5,11 29:18
38:19,20,21 44:2
44:4 57:7,9 72:20
76:1,13 78:12,15
78:18 82:25
**God** 8:21
**goes** 10:23 33:11
68:5
**going** 8:6,10 22:9
24:20 26:10,17,24
27:17 28:15,21
31:14 35:9,12
36:15 44:19,22,24
46:3,12 48:18
51:5,10,14 54:21
54:25 56:22 57:7
57:9 59:1 60:20
61:1 63:2,2 64:3
66:20,20 68:15
69:2,22 71:24
75:5 86:16 88:7
88:14,15,19 90:3
90:11,21 92:24
**going-forward**
35:19
**good** 9:20,21 29:12
30:1,3,3,3,9,17
59:8 61:24 83:4
84:7 89:22
**good-looking** 57:15
**GOTSHAL** 2:5,9
2:13,16,20 98:13
98:15,18,20,23
**government** 67:11
**Grace** 15:13,15,18
**Grady** 24:9
**Graham** 1:10,16
7:4 8:5,15 9:3,7

9:17,19 10:6 11:1
12:4 23:12,20
33:11 50:17 58:1
66:7 78:7,21 81:6
81:22 82:20 83:4
84:7 92:21 94:2
95:1,6,12 96:9,16
**Grande** 98:10
**GREENBERG**
3:11 99:8
**gross** 75:9,20
**ground** 29:10
**group** 62:21
**guarantee** 76:7
**guess** 8:10 17:3
27:8,8 36:7 66:3
71:23 80:2 84:7
84:11 92:12,17
**Gulf** 18:19,22 19:1
19:3,10 21:19
22:6 73:16,19,22
74:1,18 76:24
77:19 84:25 87:9
87:12 88:5,8
**guy** 77:13 86:25
**guys** 51:4 57:14

---

**H**

**hand** 8:16 69:18
71:15,22 72:2
80:23 95:19
**handful** 78:16
**Haney** 98:9,9
**Hanover** 6:3 101:3
**happen** 41:11
85:25
**happened** 10:2
21:22 27:20 40:18
**happens** 71:25
79:18
**HARRIS** 6:6 101:6
**Hassell** 4:2 97:9
99:15
**HCC** 3:2,6 99:2,5
**HCCI** 9:9 58:3
**head** 85:5

**health** 20:19 87:1
87:11 89:6 90:16
**healthy** 45:15
**hear** 12:3 14:14
22:11 64:20,20
84:3
**heard** 90:22
**hearing** 12:3,4
60:25
**hearings** 58:16
**help** 8:20 45:22
46:5 59:14
**hereto** 1:25
**Herod** 5:17 83:5
100:20
**Herrmann** 1:22
98:4,4
**highly** 76:5
**HILL** 4:10 99:21
**hired** 44:14
**Historically** 74:20
**hit** 29:10
**holdings** 23:10,12
**home** 10:20
**honest** 57:10
**hopefully** 90:8
**hour** 56:23 57:9
**hours** 12:12
**Houston** 1:2 2:3,21
3:4 4:4,23 5:3,7
5:10,14 8:8 9:23
18:2 20:18 96:2
98:11,24 99:4,17
100:9,11,14,16,19
**HS** 86:25
**HS&E** 20:21
**HSE** 29:6
**HSS&E** 21:24
24:12
**HSSE** 20:22 22:5
86:25
**huh** 69:25
**hundred** 23:22
33:24
**HUNTON** 5:2,6,9
5:13 100:10,13,15



100:18
**hurricane** 89:15,15
**hypothetical** 55:1
90:6
**hypothetically**
89:22,24 91:2

**I**

**I's** 46:7 65:8
**i.e** 35:20
**idea** 30:1,10 61:24
85:11
**identifying** 53:21
**identity** 95:14
**idle** 67:15,18,21,24
68:2
**implementation**
83:9
**important** 87:24
89:25 90:20 92:25
**incentive** 42:14
**incident** 76:16
87:17
**incidents** 76:21
89:12
**include** 30:13 68:2
85:9 87:9
**included** 22:6
**includes** 98:3
**including** 35:21
67:12
**increase** 39:7
**increased** 58:16
**INCs** 76:16,19
87:15 88:17,19,23
89:1,5,6,11
**incur** 44:11
**incurring** 31:21
**Indemnity** 83:6
**independent** 30:7
35:24 36:3,13
45:25 60:20 61:15
61:18 63:3,24
65:15 68:22
**independently**
59:23

**INDEX** 7:1
**indicated** 27:16
**individual** 63:24
**individuals** 27:3
63:25
**info** 34:10
**information** 22:22
45:21 49:19 63:15
79:8,12 98:1
**initiate** 59:23
**inner** 28:3
**instance** 1:17 39:22
**instrument** 95:16
**Insurance** 3:2,6
5:17 6:2,3,6 83:6
99:2,5 100:20
101:2,3,5
**intends** 77:21
**interest** 22:15 24:3
50:23
**interested** 25:24
26:7 101:15
**interlude** 77:8
**internally** 92:2
**International** 3:2,6
9:9 58:3 99:2,5
**interview** 44:18
**interviewed** 27:16
44:21
**interviewing** 26:7
**intimately** 91:23
**investment** 30:18
64:10
**invited** 47:3
**involve** 22:2 64:8
**involved** 30:25
42:24 49:16 50:7
83:18 84:23 87:5
**involves** 46:10
**involving** 50:1
**iron** 67:15,18,21,24
68:2
**issue** 80:19 90:9
**issues** 89:3,7 91:11
**items** 43:9 50:23
**iteration** 83:9

**J**

**January** 12:22,24
13:11 27:19 42:9
73:11
**Jared** 3:10 84:1
97:7 99:7
**jbaay@glllaw.com**
5:23
**Jeremiah** 6:15
**Jerry** 98:6,7
**Jersey** 78:23
**Jessica** 2:9 97:4
98:15
**jessica.liou@weil...**
2:11
**job** 15:5 17:18 19:9
64:7
**John** 5:21 24:16
27:8 47:2,3 97:15
100:22
**join** 15:10
**joined** 15:12 17:15
**joint** 29:19,21 30:1
30:8,16,20,24
53:12 54:19 55:6
55:6,15 66:14
**Jon** 1:10,16 7:4 8:5
9:3,17 25:11
29:18 89:10 94:2
95:1,6,12 96:9,16
**Jonathan** 4:18
97:11 100:5
**JONES** 4:3 99:16
**jord@krebsfarle...**
4:21
**Jr** 98:6
**July** 37:22
**jump** 82:24
**June** 1:10,19 8:3
34:17 96:10
101:16

**K**

**Kate** 47:24,24
**keep** 54:14 75:15
**Ken** 27:10,10,12

**Kenneth** 3:18 97:9
99:12
**kicks** 72:15
**kind** 22:19 27:6
61:14 62:3 87:5
**Knapp** 3:6 97:7
99:5
**know** 8:5,11 11:10
16:25 23:4,21,21
23:23 26:3 28:2
29:4,7 30:19
33:12,15 34:15,18
37:15 38:14 41:11
44:14,15 46:12,13
47:9,11 49:2
50:18,22 51:9
56:1 58:18 60:18
62:11 66:20 67:18
69:4,16,23 70:11
72:13 73:1,2,11
73:23 74:4,25
77:12 78:6 79:9
79:13 80:1,21
82:18 85:20,25
86:4,10 90:7,12
91:2,13
**knowledge** 36:4
45:2 46:18 49:6
**known** 20:21 76:16
95:12
**KORETZY** 4:14
100:2
**kpasquale@stro...**
3:21
**KREBS** 4:19 100:5
**KRUTH** 5:2,6,9,13
100:10,13,15,18

**L**

**LA** 3:8 99:6
**LABORDE** 5:21
100:23
**lack** 64:2
**Lane** 3:20 99:14
**LANGLEY** 6:3
101:3

**Lannie** 22:14 24:1
25:19 46:20 47:1
47:23 48:10 49:16
49:21 50:1,8
**LAPEROUSE** 5:21
100:23
**lasted** 74:11
**late** 26:6
**latest** 83:8
**latitude** 60:12
**LAVAN** 3:19 99:13
**law** 1:22,22 2:5,9
2:13,16,20 3:3,7
3:11,15,19 4:3,6
4:10,14,19 5:2,6,9
5:13,17,21 6:3,6,9
9:8 78:22 98:4,4,7
98:9,13,15,18,20
98:23 99:3,5,8,10
99:13,16,19,21
100:2,5,10,13,15
100:18,20,23
101:3,6,8
**Lawson** 15:20,23
16:1
**lawyer** 11:19,20
42:25 50:3
**lawyers** 50:11
52:22
**Leann** 4:14 97:11
100:2
**lease** 34:9 37:4,6,10
37:12 70:19 71:6
**leave** 81:16,16
**leaving** 44:24
**Lee** 6:6 97:16 101:5
**left** 15:12 45:3
85:15
**Legacy** 12:17 13:9
22:15 27:23 31:11
79:2,10,20 87:15
**legal** 32:22,25 33:9
35:3 38:13,16
49:24 50:2 101:21
**lenders** 83:22
**let's** 13:16 63:13



66:24
**letter** 11:9 12:8
28:5,8 42:4 46:23
50:6 52:19
**Letters** 84:10
**level** 21:4
**Lexington** 6:10
101:9
**Lexon** 6:6 101:5
**liability** 13:8 56:12
**Liberty** 6:2 101:2
**lies** 25:12
**life** 38:24
**limitation** 44:10
**limited** 13:8
**line** 72:8,12,13
83:10 94:5
**lines** 81:9
**Liou** 2:9 97:4 98:15
**list** 76:15
**little** 10:18 36:9
56:23 58:14 60:11
60:12 66:6 80:4
84:8 88:12
**live** 10:4
**LLC** 1:4 4:15 5:21
8:8 39:9 59:1
62:11 63:22 96:4
100:3,23
**LLOG** 5:21 100:22
**LLP** 2:5,9,13,16,20
3:3,7,11,19 5:2,6
5:9,13 6:3,9 9:8
98:13,15,18,20,23
99:3,5,8,13
100:10,13,15,18
101:3,8
**loan** 42:16,17,20
**located** 9:22
**location** 45:12
**Locke** 3:3,7 9:8
58:2 99:3,5
**long** 14:21 15:8,15
15:23 16:4,13
17:3,21 18:6,21
19:5,17 20:1,10

20:25 31:25 32:2
47:8,10,20 57:6
61:10 74:16
**longer** 86:7
**look** 10:17 41:17,20
**looked** 14:15 68:19
**looking** 64:8,9
**loop** 9:23
**Lord** 3:3,7 9:8 58:2
99:3,5
**lose** 78:12
**lot** 14:7 30:5 74:14
88:4 90:13 92:25
**Louisiana** 2:2,20
4:3,16 5:22 98:11
98:23 99:17 100:4
100:24
**Lousiana** 4:20
100:6
**low** 74:14
**loyal** 25:8
**loyalty** 25:12

---

**M**

**Magna** 101:21
**magnitude** 22:20
33:12
**Maiden** 3:20 99:14
**main** 52:13 98:7
**maintain** 42:8
**maintained** 56:12
**maintenance** 40:8
40:25 76:20
**making** 45:16
**MALE** 93:2
**man** 24:18
**management** 26:16
26:25 91:9
**manager** 13:5
17:19 18:4,5 19:3
19:9,12 20:8 24:6
25:20 26:10,15
27:17 28:7,9 29:6
32:8,9 35:9 39:2
42:5 43:17 45:18
46:14 59:2,23

60:18 62:19 76:12
90:12,20 91:4
**manager's** 26:8
**managers** 27:10
29:4,8,8 40:6
53:24 54:16
**managing** 21:9
22:15
**MANGES** 2:5,9,13
2:16,20 98:13,15
98:18,20,23
**Manier** 5:17 83:5
100:20
**March** 37:8
**Mark** 98:9
**market** 59:3,7,8,11
59:18 63:23 79:10
80:13 101:21
**marketed** 31:1
79:25 80:11
**marketing** 29:7
79:15
**master's** 13:22 14:1
14:4
**material** 22:25
**math** 75:5,7
**matter** 9:9 78:23
84:19
**mean** 13:6 33:6,6
45:24 59:11 69:19
71:3 84:21 88:6
90:18 91:3,19
**means** 33:2,16
**meant** 58:5 81:15
**Mechanical** 13:20
**meet** 35:20 38:11
**meeting** 35:1 36:5
48:19 49:4
**meetings** 47:5,16
48:9,11,16 49:1,8
49:12 67:10
**memorializing** 49:8
**memory** 41:15
64:24
**mentioned** 84:14
85:1 87:14

**messing** 75:15
**methodology** 36:20
**Mexico** 19:3,10
21:19 22:6 73:16
73:19 74:2,18
76:24 77:19 84:25
87:9 88:5,8
**Michael** 5:2 97:12
100:10
**michaelmorfey@...**
5:5
**microphone** 14:16
**Miller** 2:12 5:17
7:8 82:23 83:1,3,5
83:24 97:5,14
98:17 100:20
**million** 33:21 37:18
42:17 68:4,9,12
69:2,5,8,18 70:1,6
70:23 71:2,9
72:12,14 73:4
75:1,3,17,18,19
75:20,21 85:19
**millions** 81:9 82:4
82:12
**Minerals** 16:2,5
**minimum** 12:12
31:23 59:17
**minus** 75:3
**minutes** 47:21,21
49:4 56:23 78:3
**misleading** 26:21
89:3
**missed** 47:24
**Missouri** 13:21
**misspoke** 81:14
**misspoken** 81:18
**misunderstood**
81:17
**modified** 72:15
**monetize** 63:12
**money** 23:19 36:10
65:13 76:13
**monies** 40:8
**month** 12:9,13
28:13 47:1 70:11

70:14 71:2 75:17
75:18,20,22 81:3
81:4,7,8,15,15
**month's** 71:14,22
71:25 72:2
**monthly** 12:10
70:22 71:22 81:2
82:3
**months** 18:1 40:5,5
45:5 63:13 64:12
68:15 74:11,11
79:11
**Morfey** 5:2 97:12
100:10
**morning** 9:18 83:4
84:7
**Moses** 4:14 97:11
100:2
**moses@carverda...**
4:17
**Moskowitz** 6:9
97:16 101:8
**Mountain** 17:20
**move** 53:7 65:18
75:24
**moved** 52:24
**multiple** 54:7
**Murad** 98:6,7
**musical** 77:7
**mute** 10:4
**Mutual** 6:2 101:2

---

**N**

**N** 2:1 3:1 4:1 5:1
6:1 8:1 98:4
**N/A** 7:16
**name** 8:12 9:7,15
16:18 24:6 26:1
48:3 72:8 78:21
83:4 94:2 95:15
**named** 18:19 73:15
74:1,5,13 76:6
**names** 41:11 61:15
**Nancy** 1:20 8:25
96:13 101:19
**Nashville** 5:18



100:21
**nature** 11:5 48:15
**necessarily** 23:3
  61:12
**necessary** 32:2
  72:10
**need** 10:4 11:12
  12:5 22:21 34:8
  46:8 50:24 51:21
  56:23
**needed** 55:25
**needs** 45:17 46:4
  64:18 65:4,6,17
**negotiated** 30:21
**neighborhood**
  23:14 53:19 85:13
**neither** 101:11
**never** 23:21
**new** 2:10,10 3:8,20
  4:16,20 5:22 6:7
  6:10,10 28:18
  39:8 78:22 83:11
  98:16,16 99:6,14
  100:4,6,24 101:7
  101:9,9
**NewCo** 26:18,25
  28:21 30:22 31:10
  31:15,18 46:3
  53:11 54:18,20
  55:11,13 56:8,14
  66:15 86:21
**NewCo's** 35:16
**Newhouse** 1:20
  51:25 96:13
  101:19
**newly** 30:22
**newly-drilled** 56:17
  56:19
**nice** 57:14
**NJ** 3:16 99:11
**nominated** 26:10
**non-** 84:15
**non-producing**
  62:14 63:9 65:22
  90:2,13 91:7,14
**noncompliance**

76:17,21 87:17
  89:12
**normally** 84:10
  86:4
**North** 21:9 24:10
  84:25
**NOTARY** 95:23
**noted** 95:3
**notes** 48:24 49:1,2
**notice** 48:21
**notionally** 86:11
**number** 22:20 27:2
  31:16 44:12 45:7
  45:9,10 53:17,18
  69:4,10,11 70:13
  70:15,25 71:7
  74:6 81:11 87:18
  92:1
**numbered** 1:18
**numbers** 80:20
  84:12
**numerous** 73:13
**NY** 3:20 99:14

**O**
**O** 8:1 36:23,25
  69:15,16 70:12
**Oak** 4:23 100:8
**oath** 95:13
**object** 24:20,23
  25:9 26:20 29:16
  32:21 35:2 38:12
  39:15 43:24 51:17
  52:25 54:25 55:19
  60:9 62:6,7 64:20
  66:8 70:4 72:19
  75:25 88:1,25
  89:8,19 90:3
**objected** 25:1
**objection** 25:3
  33:15 52:3,17
  90:7,23 91:16
**obligated** 59:6,11
  63:23
**obligation** 43:20
**obligations** 32:12

33:13,19 34:25
  35:1,13,21,21
  36:5,12 37:9,21
  38:1,11,24 46:11
  54:21 56:15 65:7
  67:4 68:4 85:18
**obtain** 54:22
**obviously** 14:6 22:5
  40:20
**October** 26:3 46:20
**offer** 26:13 27:21
  59:6,9 63:17,19
  63:22 79:20 80:6
  80:9,10
**offered** 30:21
**offers** 79:1,5
**office** 4:10 6:3,6
  9:24 10:14 18:13
  20:19 95:19 99:21
  101:3,6
**officer** 21:5,6,15,25
  24:13 96:17 98:2
**offices** 1:22 2:5,9
  2:13,16,20 3:3,7
  3:11,15,19 4:3,6
  4:14,19 5:2,6,9,13
  5:17,21 6:9 10:10
  45:4 46:21 98:4,7
  98:9,13,15,18,20
  98:23 99:3,5,8,10
  99:13,16,19 100:2
  100:5,10,13,15,18
  100:20,23 101:8
**Official** 3:18 4:2
  99:12,15
**offline** 41:24 86:6
**offshore** 4:6 14:18
  19:2 99:18
**Oh** 47:21 82:10
**oil** 14:7 23:20 34:21
  41:8
**okay** 9:2,25 10:9,9
  10:16,25 12:7
  13:24 14:6,18
  15:15 16:4,10,13
  16:19,22 17:2,18

18:3,5,8,16,21
  19:8,25,25 20:3,6
  20:10,21 21:7,24
  24:12 27:14 28:8
  34:11 35:8 40:17
  41:17 43:3 44:2
  44:14 47:5 48:13
  48:18 49:13 51:2
  52:3 54:14 56:20
  56:25 57:4,11,17
  57:20 59:15,21
  60:20 63:16 64:22
  65:15 66:24 69:13
  70:22 73:7 74:7
  77:13 78:9,17
  79:18 80:4,17
  81:24 82:10,24,25
  84:3 85:1,11,25
  86:16,23 87:14
  88:17 89:14 91:12
  91:20 92:5,9,11
  93:3
**Oklahoma** 13:23
  15:1,14,22 16:3,9
  58:15,19
**old** 42:25
**once** 13:3 22:21
  28:5,18,19 31:9
  32:7 36:15 39:1
  41:1 46:8 49:21
  49:25 51:5,15
  52:7,14 58:23
  71:5
**one-month** 75:23
**one-to-two-year**
  15:17
**ongoing** 35:1,17,20
  37:13 46:25 47:5
  47:8 71:18 84:24
  86:12 87:18
**online** 40:4 41:2
**onshore** 14:18,19
  19:1
**op** 28:3
**open** 59:16 80:12
**operate** 77:15,18

88:21
**operating** 37:4,7,10
  37:12 45:21,23,25
  64:9 65:13 70:16
  70:19 71:3,6,14
  76:23 87:8
**operational** 89:18
**operations** 15:7,13
  16:12 17:1 29:8,8
  31:24 39:11 46:11
  48:7 84:23,24
  87:7
**operator** 12:19
  27:24 28:3 31:11
  46:1 73:19 77:16
  86:18
**opinion** 92:8
**opportunities** 40:3
  40:7 53:10,25
  54:6,8,10 64:10
  65:10,23,25 66:5
**opportunity** 30:4
  30:17,19 59:18
  65:4,17 66:10,15
  78:6
**opposed** 50:12
**optimize** 62:16
  64:7 66:2
**optimizing** 63:10
**options** 23:16,18
**oral** 1:9,16,21 8:5
  96:17
**Orange** 3:16 99:11
**Ord** 4:18 97:11
  100:5
**order** 11:22 12:2
  22:19
**orderly** 32:3
**organization** 12:18
  27:24 32:15 86:20
  92:3
**organizational** 27:4
**organized** 13:17
  47:18
**Orleans** 3:8 4:16,20
  5:22 99:6 100:4,6



100:24
**outcome** 101:15
**outlined** 64:15
**outlines** 65:21
**outside** 31:2 39:10
**outstanding** 76:19
**Overlapping** 55:23
**oversight** 87:6
**owing** 32:19,23
33:2,7
**owns** 23:4

**P**

**P** 2:1,1 3:1,1 4:1,1
5:1,1 6:1,1 8:1
**P&A** 33:13
**P.C** 98:9
**p.m** 8:2
**P.O** 6:4 101:4
**PACHULSKI** 4:3
99:16
**page** 7:2,15 52:23
94:5
**paid** 28:14,17 36:11
**paper** 26:18 53:20
**Parkman** 85:23
**part** 22:25 37:10,12
70:7 84:15 88:8
90:20 91:10
**participate** 47:3
**participating** 58:15
**particular** 53:7,21
59:7 62:21
**parties** 31:2,23
98:3 99:1 100:1
101:1,12
**party** 30:21 97:1
**Pasquale** 3:18 97:9
99:12
**patch** 14:7
**pattern** 15:25
**Paul** 2:5 97:4 98:12
**pay** 36:11 43:20,20
**payable** 12:9 35:15
**PC** 3:15 5:17 99:10
100:20

peisenberg@lock...
3:5
**Pennsylvania**
101:22
**people** 29:6 45:3,7
45:8,9,11 46:16
47:22 57:13,15
**percent** 23:14
31:17 33:24 55:16
56:1
**Perez** 2:2 11:20,25
12:1 22:24 23:3,7
24:20,24 25:2,9
26:20 29:16 32:21
33:1,6,15 35:2,6
38:12,18,20 39:15
43:24 44:2 50:14
50:17 51:17 52:3
52:17,25 54:25
55:5,19,24 56:25
57:4,6,11,17,19
60:9,13 62:6
64:19,25 66:7
70:4 72:19 75:25
78:11,18 82:7,10
82:25 88:1,25
89:8,19 90:3,22
91:16 92:11 97:3
98:10
**perfect** 57:2 78:14
**perform** 36:12 64:2
**performed** 34:12
**period** 12:20 15:17
66:15 85:8
**Permian** 18:2,5,17
**person** 46:16,19
84:2 95:15
**personal** 49:23
**personally** 95:12
**Peter** 4:6 97:10
99:18
**Petroleum** 4:6
15:13 99:18
**Phil** 22:24 57:7
**Philadelphia** 5:17
83:6 100:20

101:22
**Philip** 9:7 58:2
**Phillip** 3:2 97:6
99:2
**phone** 10:4 11:21
50:12
**physically** 9:22
**pick** 54:20 55:13
56:14
**picks** 55:12 56:8
**piece** 53:20
**pipe** 39:22 65:21
**place** 29:22 32:1
**Plaintiff** 1:17
**Plaintiffs** 98:4,6
**plan** 33:11 35:11
67:16,18,21,24
68:1 85:1,6 88:8
88:10,15,18
**plane** 57:13
**planning** 22:9 29:7
88:4
**plans** 90:1 91:7
**PLC** 3:2,7 4:10
99:2,5,21
**please** 8:15 9:16
12:6
**pleasure** 58:7
**PLIFKA** 4:6 99:19
**PLLC** 1:22 6:6
98:4 101:6
**plugging** 37:21
**plus** 70:8
**point** 13:2 21:25
24:8 46:16,19
48:14 52:11 71:12
80:2,20 81:3
**pointed** 73:2
**points** 81:25 82:1
**POLK** 6:9 101:8
**portfolio** 22:25
23:15
**portion** 29:14 52:2
59:21
**position** 15:8 16:10
17:22 18:6 19:6

21:4,12,15 24:4
25:19 26:8 42:8
90:15
**positive** 36:19 37:6
**possibility** 76:2,5
**Post** 4:23 100:8
**posting** 14:25 15:1
19:20
**potential** 41:8
46:17 54:13 61:3
64:9,16 73:22
83:21
**potentially** 53:11
83:11
**power** 59:23 60:4,6
60:8 61:19,25
**PowerPoint** 53:24
54:8,9
**PowerPoints** 54:4,4
54:7,15
**powers** 63:7
**Poydras** 3:7 4:15
4:19 5:22 99:6
100:3,6,23
**practice** 89:17
**precursor** 16:19
**predicate** 40:21
**prepare** 67:15
**prepared** 29:12
37:5 67:15
**prescribed** 34:10
**present** 6:14 66:16
**presentations**
53:24
**presented** 30:20,24
54:8,11 63:23
65:11
**president** 18:19,22
19:22 20:8,19
21:9 24:10 48:6
87:1
**presumably** 90:15
**pretty** 60:25 69:13
69:25
**price** 59:22 69:12
84:8

**prices** 74:14
**primarily** 27:22
65:8
**prior** 13:11 22:4
**prioritize** 76:20
**priority** 66:1 88:20
88:21 90:21 91:5
**private** 22:22
**privileged** 48:12
49:17,19,22 50:1
50:9
**privy** 27:4 36:17
63:14 67:17 79:7
79:12 86:14
**probably** 91:12
**probing** 60:11
**problem** 11:22 20:5
23:7 36:19 50:19
51:1
**Procedure** 1:24
**proceed** 12:4 40:23
**proceeding** 101:13
**process** 24:6 59:24
61:20 80:5,8
87:20
**produced** 1:16
**producing** 62:16
63:10 64:8 66:3
76:11 84:16 89:17
**product** 50:11
74:14
**production** 14:12
14:17 16:23 17:1
34:9,16,18,25
35:17 36:10 39:5
39:24 40:8,9 41:3
41:7,9,14,17,21
41:23,24 42:2
54:22 56:9 68:20
72:1 75:21
**professional** 25:13
61:10
**program** 14:1
37:13 40:25 76:20
91:9
**project** 54:18,19,23



**projected** 51:10
**projections** 69:15
  74:23
**projects** 30:24 39:5
  39:7 53:7,17,21
  53:23 54:5 55:10
  56:9 64:3 66:16
  66:20 67:1,5
**promised** 78:2
**promoted** 15:10
**promotion** 18:25
**properties** 12:17
  13:10 21:19 22:16
  27:23 28:2 31:12
  40:3,22 59:6
  62:14,16,21 63:9
  63:10 64:8,14
  65:19 66:3 67:25
  70:9 73:9,11,20
  74:11 76:9,11,17
  79:11 84:16 87:15
  88:5,8,14 90:2,14
  91:7,15
**property** 59:6,7,16
**proposal** 59:7,12
  59:15
**propose** 53:12
  66:23,24
**proposed** 54:1,2
**protect** 50:24
**protection** 89:25
  91:6
**protective** 11:22
  12:2
**protocols** 87:12
**proved** 95:13
**provide** 28:15,21
  32:3 45:21 46:5
  83:22
**provided** 25:19
  46:15 50:5,11
  53:14,15 83:16
**provides** 43:21
**providing** 44:25
  45:24 87:19
**provision** 42:7,11

42:15 44:6 83:19
  83:22
**provisions** 1:25
  11:11 12:8 28:10
  30:15 42:5 56:16
**prudent** 71:13,21
**PUBLIC** 95:23
**purchase** 79:2,20
  80:6
**purposes** 44:25
  95:17
**pursuant** 1:24 98:1
**pursued** 40:25
  65:10
**put** 8:12 12:13
  20:22 23:4 38:6
  40:12 49:10 80:12
  85:4
**putting** 30:5

**Q**

**qualified** 76:23
**question** 11:14 12:5
  24:21 25:4,10
  26:21 29:17 32:22
  35:3,7 38:13,16
  39:16 40:20 43:25
  51:18,23 52:5
  53:1 55:1,20 60:9
  60:13 61:12,13
  62:7,7 66:6 70:5
  71:19 72:20 76:1
  76:1 77:12 82:7,8
  88:2 89:1,9,20
  90:4,8 91:2
**questions** 23:8 78:5
  78:17,25 80:18
  82:18 84:13 90:6
  92:10,12,18
**queue** 82:24
**quibble** 69:21,22
**quick** 78:17
**quite** 19:15 42:24
  65:1 90:25
**quote** 43:11 73:6
  74:3,6

**R**

**R** 2:1 3:1 4:1 5:1
  6:1 8:1
**raise** 8:15
**raised** 61:14
**range** 22:19
**reaches** 42:17
**read** 51:21,24 52:2
  73:5 95:1
**ready** 8:24,25 9:1
**reality** 52:24
**really** 51:6,11 78:6
  80:19 84:12
**reason** 39:13 72:25
  94:5
**recall** 15:16 16:18
  17:15 21:22 36:22
  43:8 44:7 48:17
  49:7,9 54:7 70:13
  70:15,24
**receive** 42:13 79:19
**received** 14:4 79:1
**receiving** 28:12
**recognize** 65:18
  66:12
**recollection** 52:9
**recommend** 61:19
  66:21
**recommends** 54:18
**recompletion** 40:9
  67:5
**recompletions**
  39:24
**record** 1:25 8:2,4
  9:16 10:21 13:17
  14:9 23:5 42:22
  57:21,23,25 58:2
  80:18,25 81:6
  93:4 96:18 98:3
  99:1 100:1 101:1
**reduces** 88:24
**refer** 17:7 24:17
  41:16 42:23 43:10
  55:15,24 56:18
  71:5

**reference** 55:18
  56:2
**referred** 36:23
**referring** 70:12
**reflect** 91:24
**regard** 25:17 28:8
  91:21
**regarding** 8:8
**Region** 17:20 18:2
  18:19,20,22 19:2
  19:4,10,24,25
  20:8,9 21:9 22:6
**Regional** 18:21
**regions** 18:13
**Registration**
  101:20
**regular** 46:13
**regulate** 67:11
**regulations** 34:6,7
  34:13 37:14 67:22
  77:22 89:13
**regulatory** 58:11
  58:12 77:13,16
**reimburses** 44:7
**reiterate** 60:15
**related** 81:7 101:12
**rely** 38:1
**relying** 36:2
**remainder** 75:2
**remember** 16:24
  43:23 44:13 58:15
  68:11 72:8 85:5
**remembers** 44:3
**remotely** 45:8,12
**removed** 43:13,16
  43:18
**render** 92:8
**repair** 40:7,24
  76:19
**repeat** 64:23
**rephrase** 33:5
**report** 24:8,14
  41:15,18,21,23
  64:14 65:20 67:2
**reported** 1:21 24:9
  24:15

**reporter** 1:21 8:3
  8:18,23 9:1 51:21
  52:1 57:21,24
  93:3 96:13
**Reporter's** 7:12
  96:9
**reports** 53:9
**represent** 9:8 78:23
  83:5
**represented** 67:2
**representing** 8:12
**represents** 23:14
**requested** 17:10
  52:2
**required** 36:11
  37:20 67:15 80:14
**requirement** 67:21
**requirements**
  77:14
**reserve** 17:1 64:14
  65:20 67:2 75:22
  92:12,19
**reserves** 39:8,22
  66:12
**reservoir** 17:19
  18:4 19:3,9,22
**resolve** 88:20
**resolving** 88:23
**resource** 64:9
**resources** 15:2,12
  16:9 30:5,17 38:1
  46:5 66:17 71:17
**respect** 50:23 90:5
  90:25 91:1
**response** 48:23
  53:2 81:6 82:6
**responsibilities**
  17:8
**responsibility**
  24:10 35:16 62:15
**responsible** 13:9
  22:5 48:7 87:8
  88:22 89:23
**restate** 91:1
**restrictions** 45:13
**result** 74:10



**resume** 17:7
**retained** 26:25
  29:23
**retired** 13:13,14
  18:10 21:13 24:7
  86:24
**retirement** 22:8
  24:4 33:19 85:18
**return** 42:1 96:22
**returned** 16:11
**revenue** 35:17 75:9
  76:11
**revenues** 35:19
**reviewed** 53:23
  65:20 68:24 70:21
  74:23
**reviews** 64:15
**right** 8:16 9:15 10:6
  10:20 13:16 14:21
  14:24 15:5,18,23
  16:15,18 17:21
  18:16 19:5,19
  20:15 25:5,13
  26:12,16 29:25
  32:10 33:24 34:2
  34:4 35:10,13
  36:11 39:19 40:18
  41:15 43:4,19
  46:9 47:6,13,15
  52:21 54:9 55:9
  56:2 57:19,20
  60:4,18 61:22
  67:6,19,24 68:11
  69:3,9,13,19,21
  69:25 70:14,17,20
  72:4,24 73:3,4,12
  73:14,23,25 74:8
  75:1,17 76:3,15
  77:13 78:1 81:12
  82:1 83:24 92:11
  92:11
**rights** 43:6
**righty** 20:24
**Rio** 98:10
**risks** 88:24
**rmiller@mainier...**

5:20
**Robert** 5:17 83:4
  97:14 100:20
**Roberts** 4:10 97:10
  99:21
**Robin** 5:9 97:13
  100:15
**robinrussell@hu...**
  5:12
**Rocky** 17:20
**role** 21:18 22:2
  29:5
**Rolla** 13:21
**Ron** 2:12 97:5
  98:17
**ron.miller@weil....**
  2:15
**room** 10:11
**Ross** 3:11 99:8
**Rules** 1:24
**run** 70:1
**running** 29:10 51:5
  51:15 52:7,15
  62:1
**Russell** 5:9 97:13
  100:15

———————

**S**

**S** 2:1 3:1 4:1,18 5:1
  6:1 8:1 97:11
  100:5
**safe** 45:15 89:23
  91:8
**safely** 62:12,14
  87:8 88:22
**safety** 20:19 87:2
  87:12 89:6,18
  90:1,17 91:7,8
**sale** 21:19 61:25
**sales** 59:24 61:19
  80:15
**Samantha** 2:16
  97:5 98:20
**samantha.smith...**
  2:18
**Santa** 16:2,4

**satisfy** 37:14,25
**saw** 37:7
**says** 56:2,4,4 69:16
  72:21,25 80:11
**scheduled** 41:2
**Science** 13:20 14:3
**scope** 12:15
**Scotland** 21:8
**Scott** 3:14 10:3,4
  78:21 97:8 99:10
**screen** 10:15,16
**Sea** 21:10 24:10
  84:25
**seal** 95:19
**season** 89:15,16
**second** 75:6,6
**section** 41:22
**securities** 38:9
**security** 20:20,23
  38:2,4 72:16 87:2
  89:7
**see** 15:25 45:10
  78:4
**Seeger** 27:8 28:25
  47:2,3,23
**seek** 50:2
**seen** 31:16 36:3
  54:3,4 67:24 68:1
  68:8 70:19 83:15
  83:16 85:2,17
**selected** 60:24
**selecting** 24:6
**sell** 58:23 62:20
  63:11 79:10,23
  80:9
**selling** 59:21 79:15
**Senior** 24:9
**sense** 58:23 59:4
  62:20 78:12 85:15
**separate** 45:25
**Sergio** 5:6 97:13
  100:12
**serious** 40:19
**serve** 15:8 16:4
  17:21 19:5,17
  20:1,25

**served** 18:12 21:8
**service** 12:20 31:6
  46:2 89:18
**services** 28:16,22
  31:8,14,25 32:6,7
  43:20 44:25 45:25
  86:18 101:21
**serving** 46:14
**set** 32:4 91:14
**seven-minute** 56:24
**Shahinian** 3:15
  78:22 99:10
**shapes** 84:11
**share** 10:20 23:19
  23:24 57:16
**shares** 22:20
**sharing** 58:20
**sheet** 25:16 29:14
  43:6,19,21 44:7
  45:1 50:6 52:20
  52:23
**short-term** 64:23
**shorthand** 1:20,22
  96:13
**showed** 36:22
**shown** 53:25
**shows** 35:23 36:18
  37:5 41:23
**shrunk** 45:5
**shut** 40:3,23 41:3
  73:9,12,14,21
  74:15 75:21,23
  76:5
**shut-in** 74:18
**shut-ins** 74:10
**sic** 21:24 24:12
**signature** 7:11 94:1
  95:2 96:22
**signed** 11:15 38:3
  42:4 46:22,22
**significant** 23:11
  30:18 84:15
**simply** 48:15 60:4
**sir** 12:21 13:7 22:17
  25:7 26:19,22
  34:20 35:5 38:16

38:21 40:12,15
  43:22 44:5,16
  51:20 52:4,12
  53:3,6 55:4 56:6
  57:18 58:6 68:3
  68:10,13 70:23
  71:20 72:13,18
  74:17
**Sirius** 3:14 78:24
  99:10
**sitting** 33:10 36:2
  44:23 53:6 66:25
  77:1,20 90:14
**situation** 46:6
  72:22
**six** 17:25 75:15
**size** 31:20
**skipped** 17:12
**slowed** 40:21
**Smith** 2:16 97:5
  98:20
**sole** 13:4 24:6 25:20
  26:7,10,15 27:17
  28:6,9 32:8,9 35:9
  39:1 42:4 43:17
  45:18 46:14 59:2
  59:23 60:18 72:17
  76:12 90:12,20
  91:4
**solemnly** 8:18
**solicit** 80:13
**solicits** 31:23
**somebody** 76:13
  78:10,12
**sorry** 14:14,15
  40:13 45:6 64:19
**sort** 58:13 84:11
**source** 38:25 76:7
**Southern** 1:1 8:7
  96:1
**Southlake** 6:4
  101:4
**speak** 43:1
**speakers** 55:23
**speaking** 89:22,24
**speaks** 39:16



**Specialty** 6:2 101:2
**specifically** 36:8
**specified** 12:14
**speculation** 62:8
  88:2 89:1,20
  91:17
**speed** 28:1
**Spell** 48:3
**spelled** 63:21
**spells** 52:20 55:7
**spend** 40:7
**spending** 70:10
**spent** 39:4,5 69:5,8
  84:8
**spin** 58:20
**spoke** 46:23
**spreadsheets** 68:8
**sroberts@clarkh...**
  4:13
**standard** 87:11
**standby** 42:16,20
**standpoint** 32:18
  32:19 45:16
**STANG** 4:3 99:16
**start** 12:21
**started** 8:14
**starting** 14:17
  15:25 74:25
**state** 1:21 9:15 95:9
  95:23 96:14
**stated** 1:25
**statement** 37:7,10
  37:12 71:6,11
**statements** 37:4
  70:19
**states** 1:1 8:7 59:1
  96:1
**status** 26:4 51:7,8
  51:11 52:10 53:4
**stay** 16:13 17:4
  18:6 45:15
**steadily** 12:23
**step** 32:8 35:9
  50:15
**Steve** 24:15
**Steven** 4:10 97:10

99:21
**stock** 22:17 23:13
**stood** 52:11
**storm** 73:20,22
  76:6 91:14
**storms** 73:16 74:1,5
  74:13
**straight** 13:25
**strategy** 38:23
**Street** 1:23 3:3,7
  4:3,7,11,15,19 5:3
  5:7,10,14,22 6:7
  98:5,7 99:3,6,17
  99:19,22 100:3,6
  100:11,13,16,18
  100:23 101:6,21
**strong** 84:12
**STROOCK** 3:19
  3:19 99:13,13
**structure** 27:5
**stuff** 49:11
**STUTZMAN** 4:6
  99:19
**subject** 11:22 12:2
  49:17,20 50:20
  84:19
**subjects** 49:14 52:6
**submit** 24:5 26:1
**submitted** 96:20
**subscribed** 95:15
**subsequently** 28:15
**successful** 56:10
**sufficient** 35:19
  37:22 39:21
**suit** 84:12
**suite** 1:23 2:2,6,13
  2:17,20 3:3,7,11
  4:3,7,11,15,19,23
  5:3,7,10,14,18,22
  62:24 63:7 98:5,7
  98:11,13,18,21,23
  99:3,6,8,17,19,22
  100:3,6,8,11,13
  100:16,18,21,23
**supplies** 67:8
**supposed** 12:13

**sure** 36:10 52:1
  55:16 56:1 59:13
  60:7,16 61:22
  69:4 72:22 73:3
  77:17 78:11 80:25
  81:5,13 87:7 88:6
  90:25
**sureties** 78:23 83:7
**surety** 6:2 9:9
  101:2
**surprise** 71:1,8
**surprised** 71:10
**swear** 8:14,18
**sworn** 1:18 9:4
  96:16
**Syracuse** 6:7 101:7
**system** 91:9
**systems** 89:18
**szuber@csglaw.c...**
  3:17

**T**
**T** 15:3
**take** 48:14 49:2
  56:24 71:11,12
  75:6 82:24
**taken** 1:18 49:1
  98:2 101:14
**talked** 46:20 49:8
  51:4,13 52:13,22
  66:13
**talking** 26:7 37:11
  50:18,20 51:1
  53:8 80:20,22
  81:1 82:3,4,11
**talks** 41:25
**target** 78:1
**team** 27:3
**telephone** 2:3,7,11
  2:14,18,21 3:4,8
  3:12,16,21 4:4,8
  4:12,16,20,24 5:4
  5:8,11,15,19,23
  6:5,8,11 50:19,20
**tell** 24:1 32:17
  41:16 47:22 57:12

86:3
**Ten** 57:2
**tendered** 90:9
**Tennessee** 5:18
  100:21
**tens** 82:4,12
**term** 25:16 29:14
  43:6,19,21 44:7
  45:1 50:6 52:20
  52:23 77:3
**terminate** 32:5,10
**terminated** 32:7
**terminology** 77:4
**terms** 30:8 42:19
  73:3,6 80:13
**Terra** 15:2,3,6,12
  16:9,11,13,15
**TESSIER** 4:14
  100:2
**testified** 9:4 58:9
**testimony** 8:19
  9:12 90:24 96:18
  98:2
**Texas** 1:1,21,23 2:3
  2:6,14,17,21 3:4
  3:12 4:4,7,11,23
  5:3,7,10,14 6:4
  8:8 9:23 10:22
  14:19 95:9 96:1
  96:14 98:5,8,10
  98:11,14,19,21,24
  99:4,9,17,20,22
  100:9,11,14,16,19
  101:4,19
**thank** 8:23 10:5
  11:24 27:14 41:10
  41:10 56:20 57:3
  57:5,18,19 58:19
  68:13 77:7 82:16
  82:16,20 83:1,17
  92:13,19,20,22
  93:1,2
**thanks** 92:13
**they'd** 17:11
**thing** 40:20 57:15
  76:19 92:25

**things** 51:4,13,14
  52:7,13,22 86:5
  87:24 89:2 90:16
  90:19
**think** 11:13 20:3
  30:3,23 33:6
  38:13,18 39:16
  42:8 47:24 49:16
  49:16,21,25 56:16
  56:18 57:6,9 60:8
  61:24 69:22 71:16
  74:13,13 75:19
  78:3 80:19 81:2
  81:14 84:1 85:8,8
  85:22 87:14,23
  88:23 89:3,24
  90:18,23 91:11
**thinks** 56:2 90:19
**third** 31:2
**third-party** 63:22
**thirteen** 75:22
**thirty** 75:20,21
**thousand** 19:8
  20:16
**thousands** 81:10
  82:4,12
**three** 19:7 20:3
  31:23 52:18 59:17
  63:24 75:17 78:2
  79:25
**tight** 69:25
**time** 8:4 15:17 24:8
  25:3 32:4 34:2
  42:1 46:23 48:14
  52:11 57:24 62:19
  62:20 73:21,21
  74:16 78:12 80:3
  84:8 85:8 92:12
  92:14,19,21 93:3
  97:1 98:2
**timeline** 86:7
**times** 17:8 52:18
  73:7 75:16
**tip** 81:11
**today** 8:19 11:19,20
  23:20 33:10 34:18



36:2 44:23 45:4
53:6 66:25 77:1
77:20 91:10
**Today's** 8:3
**told** 25:25
**top** 85:5
**topics** 50:25 51:3
**total** 33:22 54:4
70:22 75:9
**totally** 14:8
**train** 14:20
**trans** 31:5
**transaction** 22:3,4
**transcript** 96:17,20
**transferred** 18:1
19:11,21 20:7,18
**transition** 12:19
28:15,22 31:4,5,7
31:14,25 32:3,5,7
45:24 46:2 86:18
**transitioning** 13:1
**TRAURIG** 3:11
99:8
**Travelers** 6:2 101:2
**traveling** 57:14
**Travis** 3:3 5:3,7,10
5:14 99:3 100:11
100:13,16,18
**trial** 58:9 92:13
**true** 95:3 96:18
**Trust** 38:8
**truth** 8:20,20,20
**try** 13:16 66:7
75:15
**trying** 14:8 40:11
50:10
**Tulsa** 16:3,9
**turn** 78:10
**twenty** 57:2
**Twenty-five** 18:15
18:16
**Twenty-six** 18:14
**two** 14:23 15:9,24
16:6,14 18:7,8
19:8,8 20:11,11
20:12,16 27:10

66:15
**two-hour** 92:14
**Tyler** 14:19
**typically** 89:6

_____ U _____
**ultimately** 80:14
**unaddressed** 87:15
**understand** 9:11
23:25 26:24 28:2
29:13 31:13 33:1
33:7 34:1 35:7
36:7 49:18 50:10
52:5 56:6 59:13
77:1,9
**understanding**
9:14 26:23 29:24
31:7,17 32:4,6,9
32:11,17 33:25
37:17 39:18 40:1
40:24 41:1 43:5
44:6 47:7,14 55:2
55:11,17 56:7,11
56:21 59:25 60:5
60:19,22 61:18
63:4,8 68:11 69:1
74:9 76:18,22,25
77:24 79:17 80:16
87:16,22 89:11
**undertake** 39:23
65:12
**undertaken** 63:12
**undeveloped** 65:22
**unfortunate** 40:11
**UNIDENTIFIED**
93:2
**unit** 62:22
**United** 1:1 8:6 96:1
**University** 13:21
13:23
**unnamed** 16:22
**unresolved** 88:17
88:19
**unrestricted** 69:3
69:18
**Unsecured** 3:18 4:2

99:12,16
**unsolicited** 59:5,12
63:17,19 80:6,10
**update** 51:7,12
52:10
**USA** 4:6 99:18
**usually** 41:25 57:12
61:9
**utilize** 37:24 38:22
**utilized** 54:22

_____ V _____
**vague** 24:21 25:3
25:10 29:17 35:4
43:25 62:8 70:5
88:2 89:4,9,20
**vaguely** 43:23 44:3
**value** 65:18
**vary** 33:19
**ver** 40:19
**verbal** 48:23 53:2
82:6
**viable** 71:18
**vice** 18:19,21 19:22
20:8,19 21:9 24:9
48:6 87:1
**view** 64:17
**Volume** 1:11

_____ W _____
**W** 2:19 5:17 97:6
97:14 98:22
100:20
**walk** 80:7
**want** 23:4 29:10
32:25 45:14 56:1
58:18 62:3 78:5
80:24 81:5,13
91:1
**wanting** 26:3
**wants** 66:8 78:12
78:15 82:24
**WARDWELL** 6:9
101:8
**Washington** 6:7
101:6

**wasn't** 16:21 19:15
50:6 52:13 61:11
73:10
**way** 10:22 23:19
27:20 38:7
**we'll** 57:20 92:12
**we're** 8:23 9:1
48:21 58:1 82:11
**weather** 74:18
**weekly** 47:1,15,17
48:19 49:12 51:6
52:6
**WEIL** 2:5,9,13,16
2:20 98:13,15,18
98:20,23
**Weir** 3:10 7:9 84:3
84:6 88:3 89:5,14
89:21 90:11 91:4
91:18 92:10,17,22
97:7 99:7
**weirj@gtlaw.com**
3:13
**well-established**
47:12
**wells** 40:11 41:2
56:17,19
**went** 15:20 16:8,16
17:16 34:16 46:21
**weren't** 54:12
84:12
**west** 3:16 6:7 9:23
99:11 101:6
**Whaling** 85:23
**winter** 73:8,16
**wiped** 35:15
**witness** 1:17 8:14
8:17,22 51:2 90:5
90:24 91:1 93:1
94:2 96:16,19,21
96:22
**Woodard** 6:6 97:16
101:5
**Woodlands** 10:22
**wording** 64:20
**words** 52:23
**work** 12:10 14:22

15:20 16:16 17:17
27:6 40:9 41:25
44:19,19,22 50:11
51:4,14 52:7,14
52:19,24 55:8,10
61:9,15 68:24
80:9 86:16 87:18
**worked** 14:23 15:2
18:10 24:19 62:22
**working** 12:23 14:5
26:4,5 41:6 45:7,8
45:11 61:7 70:7
83:10
**workings** 28:3
**works** 53:22
**world** 87:7
**Worth** 1:23 98:5,8
98:10
**wouldn't** 64:4
69:21 71:1,8 76:4
**wrapped** 78:3
**written** 11:8
**www.magnals.com**
101:22

_____ X _____
**X** 61:7
**Xenna** 6:15
**XL** 6:2 101:2

_____ Y _____
**Y** 61:7
**yeah** 13:3 16:25
17:6,16 38:15
48:2,25 49:13
50:14 56:25 64:25
66:3 69:12,12
70:6 71:4,8 74:13
75:13 80:24 82:9
84:4 89:11
**year** 12:22 17:23
18:23,24 74:7
79:3
**years** 14:23 15:9,24
16:6,14 17:5,6
18:7,8,14,15,17



19:7,18 20:11,12
23:13 24:13,19
62:19 66:16 85:6
85:9,12 86:5,8,24
**yesterday** 34:19
**York** 2:10,10 3:20
6:7,10,10 98:16
98:16 99:14 101:7
101:9,9

___

**Z**

**zero** 35:15
**ZIEHL** 4:3 99:16
**ZIP** 10:23
**Zuber** 3:14 7:6
10:1 78:16,20,21
80:17,24 81:5,13
82:19 97:8 99:10

___

**0**

**00:00** 97:3,3,4,4,5,5
97:6,7,8,9,9,10,10
97:11,11,12,12,13
97:13,14,15,15,16
97:16
**00:01** 97:14
**00:05** 97:8
**00:13** 97:7
**01:48** 97:6
**06/02/2021** 94:3
**07052** 3:16 99:11
**08/31/21** 101:20

___

**1**

**1** 1:11 25:20
**1.2** 33:21 34:11
85:19
**10** 56:23
**10,800,000.00**
75:11
**10:06** 57:21
**10:09** 57:22
**10:20** 57:1,24 58:4
**100** 4:23 55:16 56:1
100:8
**10017** 6:10 101:9

**10038** 3:20 99:14
**10153** 2:10 98:16
**108,000** 75:16
**11** 22:9 41:5 53:8
**11:08** 1:19 93:3,5
**1100** 4:15 100:3
**12** 63:13 79:11
**12:46** 8:2
**1201** 5:18 100:21
**125.00** 23:19
**13** 69:2,12,13,18
70:1,23 71:1,9
74:25
**13,000** 70:14 80:20
81:3,8,14,22
**13,000,000** 80:21
81:4,7,15,22
**13202** 6:7 101:7
**15** 23:14 47:21
53:19 54:3,5,6,10
69:13 70:6
**150** 70:18 71:2 82:3
90:12
**1555** 98:10
**15th** 13:14 34:17
**1635** 101:21
**1700** 2:2,20 98:11
98:23
**1717** 98:7
**18,000** 75:8
**18,300** 34:21
**180** 3:20 99:14
**19103** 101:22
**1977** 14:4,11
**1987** 16:11
**1994** 17:16 18:10
**1st** 37:22

___

**2**

**2** 1:10 7:3 96:10
**20** 53:19 54:3,5,6
54:10
**200** 2:6,13,17 68:3
68:9 98:13,18,21
**2000** 4:23 100:8
**2002** 19:7

**2009** 20:2,6
**2011** 20:12 86:25
**2012** 20:13
**2013** 21:23 38:3
**2017** 21:2,7
**2020** 13:15 18:10
18:11 22:13 24:2
24:7 25:21 26:6
27:16 37:19 69:6
**2021** 1:10,19 8:4
12:22,24 13:11
27:19 73:11 74:2
96:10 101:16
**2024** 42:9,14
**211** 43:9
**212** 2:11 3:21 6:11
**214** 2:7,7,14,18
3:12,13 4:8,8 6:5
**220** 68:11
**220-4163** 5:4,11
**220-4188** 5:4,11
**220-4200** 5:15
**220-4285** 5:15
**2200** 3:11 4:7 99:8
99:19
**224-9511** 2:22
**226-1200** 3:4
**2323** 4:7 99:19
**2365** 1:23 98:5
**242-4203** 5:19
**244-0030** 5:19
**25** 23:13 24:19
86:24
**2500** 4:19 100:6
**2660** 3:7 99:6
**27,000.00** 12:9
28:13
**2800** 3:3 99:3
**296-6000** 4:24
**296-6892** 5:8
**299-3590** 4:20
**2nd** 1:19 8:4

___

**3**

**30** 41:7 47:21 75:16
75:18,19 76:6

**300** 2:6,13,17 98:13
98:18,21
**310-8817** 2:11
**3100** 4:15 100:3
**315** 6:8
**325-1500** 3:16
**333** 6:7 101:6
**35** 37:18 69:8,12
**37203** 5:18 100:21
**3rd** 101:16

___

**4**

**4:20-CV-228-P** 1:3
96:3
**400** 4:19 42:17
72:10,12,14 73:4
100:6
**4200** 5:3,7,10,14
100:11,13,16,18
**423-7100** 6:8
**440** 4:3 99:17
**45** 41:7
**450** 6:10 101:9
**450-4241** 6:11
**4800** 5:22 100:23
**499-3647** 4:12

___

**5**

**50** 69:5 75:3
**500,000,000.00**
85:13
**504** 3:8,9 4:16,17
4:20 5:23
**512** 4:12,12
**5200** 3:11 99:8
**530-2246** 3:17
**546-5000** 2:3
**546-5248** 2:21
**558-5210** 3:8
**585-3801** 4:17
**585-3830** 4:16
**5900** 98:7

___

**6**

**60.00** 75:8
**600** 3:3 5:3,7,10,14

**99:3** 100:11,13,16
100:18
**6000** 41:8
**601** 3:7 99:6
**615** 5:19,19
**633** 101:20
**654-1302** 5:23
**665-3601** 3:13
**665-3674** 3:12
**68** 23:20
**691-9385** 4:4

___

**7**

**700** 2:2,20 4:11
98:11,23 99:22
**701** 5:22 100:23
**70130** 3:8 4:20 99:6
100:6
**70139** 5:22 100:24
**70163** 4:16 100:4
**713** 2:3,21,22 4:4
4:24 5:4,4,8,11,11
5:15,15
**713)223-3717** 3:5
**720** 4:11 99:22
**722-7171** 6:5
**723** 3:4
**746-7777** 2:7
**746-7810** 2:18
**746-7840** 2:14
**746-8184** 2:7
**75** 31:17
**75201** 2:6,14,17
3:12 4:7 98:14,19
98:21 99:9,20
**76092** 6:4 101:4
**76102** 1:23 98:5,10
**76147** 98:8
**767** 2:10 98:16
**77002** 2:3,21 3:4
4:4 5:3,7,10,14
98:11,24 99:4,17
100:11,14,16,19
**77056** 4:23 100:9
**77382** 10:24
**779-3367** 4:12



**78** 7:6
**78738** 4:11 99:22
**79** 10:22

**8**
**800** 33:21 34:11
  85:19
**801** 1:22 98:5
**806-5562** 3:21
**81** 7:7
**83** 7:8
**84** 7:9

**9**
**9** 7:5
**9:00** 1:19 8:4
**900** 4:3 5:18 99:17
  100:21
**9000** 101:19
**910-6847** 3:9
**94** 7:11
**94075** 6:4 101:4
**96** 7:12
**969-4938** 4:8
**969-4999** 4:8
**973** 3:16,17

