# HCCI Exhibit 26

# Native Document Placeholder for FWE-0000008 - FWEI Onelines_YE2020_LWC Comments HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

This document filed under seal.

A copy of this document in native format has been provided to the Court.