# HCCI Exhibit 27

Native Document Placeholder for

FWE-0045403 Total Abandonment with Field Status HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

This document filed under seal.

A copy of this document in native format has been provided to the Court.