# HCCI Exhibit 28

## Native Document Placeholder for FWEI Summaries 1P Revised HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

This document filed under seal.

A copy of this document in native format has been provided to the Court.