# HCCI Exhibit 40

## Native Document Placeholder for

## FWE-0049079_HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

This document filed under seal.

A copy of this document in native format has been provided to the Court.