# HCCI Exhibit 41

## Native Document Placeholder for

## FWE-0049108_HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY

This document filed under seal.

A copy of this document in native format has been provided to the Court.