# HCCI Exhibit 44

# Native Document Placeholder for OWL 7 – Offshore well and lease database, primary sources of information are from the Bureau of Ocean Energy Management (BOEM) and Bureau of Safety and Environmental Enforcement (BSEE)