IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| FIELDWOOD ENERGY LLC, e*t al.*, | § | |
| | § | Case No. 20-33948 (MI) |
| Debtors | § | |

**LEWIS ANDREWS AND PATRICK BURNETT'S
WITNESS AND EXHIBIT LIST FOR PLAN CONFIRMATION HEARING**

| Judge | Hon. Marvin Isgur |
|---|---|
| Hearing Date | Friday, June 18, 2021 |
| Hearing Time | 9:30 a.m. (CST) |
| Party's Name | Lewis Andrews and Patrick Burnett |
| Attorney's Name | Randy Williams, Ryan Chapple |
| Attorney's Phone | 512-477-5000 |
| Nature of Proceeding | Plan |

**WITNESS AND EXHIBIT LIST**

Lewis Andrews (Andrews) and Patrick Burnett (Burnett) (collectively Claimants) hereby submit this Witness and Exhibit List in connection with the plan confirmation hearing to be held on Friday, June 18, 2021 at 9:30 a.m. (central standard time):

Counsel for Claimants reserves the right to supplement, amend, or delete any witnesses or exhibits prior to the hearing. Counsel for Claimants reserves the right to supplement the Witness and Exhibit List with new witnesses and additional exhibits. Further, counsel reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Counsel for Claimants further reserves the right to introduce exhibits previously admitted.

**WITNESS LIST**

- Any witness listed or called by any other party.

EXHIBIT LIST

**IF YOU SEEK A COPY OF THE EXHIBITS, YOU CAN ACCESS THEM BY SUBMITTING A WRITTEN REQUEST TO ARLANA PRENTICE AT APRENTICE@CSTRIAL.COM.**

Counsel for Claimants may offer for admission into evidence any of the following exhibits at the hearing:

| No. | Description | Offer | Obj | Date Admit | Disposition after trial |
|---|---|---|---|---|---|
| 1. | Plaintiffs' First Amended Petition | | | | |
| 2. | Debtors' Notice of Consent to Withdraw Bankruptcy Stay and Re-Open Case | | | | |
| | Any exhibits designated by other parties | | | | |
| | Any exhibits necessary for rebuttal | | | | |

Respectfully submitted this 16th day of June 2021.

        */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
Email:rchapple@cstrial.com
Randy W. Williams
State Bar No. 21566850
Email: rwilliams@cstrial.com
**CAIN & SKARNULIS PLLC**
400 W. 15th Street, Suite 900
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEY FOR CLAIMANTS LEWIS ANDREWS AND PATRICK BURNETT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Claimants' Witness and Exhibit List has been served on counsel for Debtor, Debtor, the U.S. Trustee, and all parties receiving or entitled to notice through CM/ECF on this 16th day of June 2021.

                                                                          */s/ Ryan E. Chapple*
                                                                          Ryan E. Chapple