# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

## FREEPORT-MCMORAN OIL & GAS LLC AND MCMORAN OIL & GAS LLC'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JUNE 18, 2021 AT 9:30 A.M.

| **Bankruptcy Case No.** 20-33948 | **Debtor:** FIELDWOOD ENERGY, LLC. AND ITS AFFILIATED DEBTORS |
|---|---|
| **Witness(es):** | |
| 1. Corporate representative for authenticating and admitting operating agreement exhibits.<br>2. Any witness called or designated by any other party.<br>3. Any witness necessary to rebut the evidence or testimony or any witness offered or designated by any other party | **Judge:** Honorable Marvin Isgur |
| | **Hearing Date:** June 18, 2021 |
| | **Hearing Time:** 9:30 A.M. |
| | **Location:** Courtroom 400, 4th Fl.<br>515 Rusk Ave.<br>Houston, TX 77002 |
| | **Party's Name:** Freeport-McMoRan Oil & Gas LLC and McMoRan Oil & Gas LLC |
| | **Attorney's Name:** Bradley C. Knapp |
| | **Attorney's Phone:** (504) 558-5210 |
| | **Nature of Proceeding:**<br>Plan Confirmation Hearing (Doc. No. 1284) |

1

**EXHIBITS**

| Movants Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Operating Agreement for High Island A 474 | | | | |
| 2 | Operating Agreement for High Island A 489 | | | | |
| | Any document or pleading filed in the above captioned case | | | | |
| | Any exhibit designated by any other party | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

Freeport-McMoRan Oil & Gas LLC ("FMOG") and McMoRan Oil & Gas LLC ("MMR") reserve any and all rights to amend the *Exhibit and Witness List*, to call any witnesses designated by any other party and use any other Exhibit designated by any other party to the hearing.

Dated:  June 16, 2021

Respectfully submitted,

*/s/ Bradley C. Knapp*
**Omer F. Kuebel, III**
  Federal Bar No. 32595
**Bradley C. Knapp**
  Texas Bar No. 24060101
**LOCKE LORD LLP**
601 Poydras St., Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Fax: (504) 558-5200
rkuebel@lockelord.com
bknapp@lockelord.com

**Philip G. Eisenberg**
  Texas Bar No. 24033923
**Simon Mayer**
  Texas Bar No. 24060243
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone:  (713) 226-1200
Fax:  (713) 223-3717
peisenberg@lockelord.com
eguffy@lockelord.com
simon.mayer@lockelord.com
eric.boylan@lockelord.com

**ATTORNEYS FOR FREEPORT-MCMORAN OIL & GAS LLC AND MCMORAN OIL & GAS LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served via the Court's ECF system on those parties consenting to service through same on June 16, 2021.

*/s/ Bradley C. Knapp*
Bradley C. Knapp

92321054v.1

3