# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## CERTIFICATE OF SERVICE

On June 16, 2021, true, correct and unredacted copies of the below listed pleadings were served via email on counsel for the Debtors pursuant to General Order 2021-1.

1. *Joint Surety Objection to Debtors' Emergency Motion to Strike Lily Cheung's Purported Expert Testimony* [Docket No. 1581].

2. *Exhibit B, Exhibit C, Exhibit D, Exhibit E and Exhibit F* [Docket Nos. 1583-2, 1583-3, 1583-4, 1583-5, and 1583-6, respectively].

[*Remainder of page intentionally left blank. Signature page follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

Respectfully submitted,

*/s/ Simon R. Mayer*
Philip G. Eisenberg
Texas Bar Number 24033923
Elizabeth M. Guffy
Texas Bar Number 8592525
Simon R. Mayer
Texas Bar Number 24060243
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone:  (713) 226-1200
Facsimile:  (713) 223-3717
Email:  peisenberg@lockelord.com
          eguffy@lockelord.com
          simon.mayer@lockelord.com

Bradley C. Knapp
Texas Bar Number 24060101
**LOCKE LORD LLP**
601 Poydras St., Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5210
Email: bknapp@lockelord.com

***Attorneys for HCC International Insurance Company, Plc***

92414116v.1