# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
LLOG EXPLORATION COMPANY LLC
1001 OCHSNER BLVD SUITE 100
COVINGTON, LA 70433

**First MORTGAGOR**
LLOG EXPLORATION OFFSHORE INC

**First MORTGAGEE**
-DAVIS OFFSHORE L P

**Index Type :** MORTGAGES
**Type of Document :** AMENDMENTS
**Recording Pages :** 6

**File # :** 1331665
**Book :** 2215   **Page :** 126

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 09/16/2009
At (Recorded Time) : 9:47:51AM

Doc ID - 010851390006

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 09/16/2009 at 9:47:51
Recorded in Book 2215  Page  126
File Number  1331665

Deputy Clerk

### Additional Index Recordings

| Index Type | Book | Page | File # |
|---|---|---|---|
| CON | 2167 | 593 | 1331665 |
| UCC | | | 1331665 |

**Return To :** LLOG EXPLORATION COMPANY LLC
1001 OSCHNER BLVD SUITE 200
COVINGTON, LA 70433

Do not Detach this Recording Page from Original Document

**STATE OF LOUISIANA**

**UNIFORM COMMERCIAL CODE - AMENDMENT**
**UCC-3**
*Important - Read Instructions Before Completing Form*

**FOLLOW INSTRUCTIONS (FRONT AND BACK CAREFULLY)**

1. Initial Financing Statement File # 55-1328132

2. ☐ Termination -Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ Continuation- Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ☐ Assignment (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION) This amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

   Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
   ☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c
   ☐ DELETE name: Give record name to be deleted in item 8a or 8b
   ☐ ADD name: Complete item 7a or 7b and item 7c; also complete items 7d-7g (if applicable)

6. **CURRENT RECORD INFORMATION:**
   6a Organization's Name
   LLOG Exploration Offshore, Inc.
   OR
   6b Individual's Last Name (and Title of Lineage (e.g. Jr., Sr., III, if applicable) | First Name | Middle Name

7. **CHANGED (NEW) OR ADDED INFORMATION:**
   7a Organization's Name
   OR
   7b Individual's Last Name (and Title of Lineage (e.g. Jr., Sr., III, if applicable) | First Name | Middle Name
   7c Mailing Address | City | State | Postal Code | Country
   7d Tax ID #: SSN or EIN | Add'l info re Organization: | 7e Type of Organization | 7f Jurisdiction of Organization | 7g Organization ID if any    None ☐

8. AMENDMENT (Collateral Change): check only one box.
   Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

   See Amendment Addendum Attached for Full Collateral Description

9. NAME or SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of Debtor authorizing this Amendment
   9a Organization's Name
   LLOG Exploration Offshore, Inc.
   OR
   9b Individual's Last Name (and Title of Lineage (e.g. Jr., Sr., III), if applicable | First Name | Middle Name

10. OPTIONAL FILER REFERENCE DATA

11. NAME AND PHONE OF CONTACT AT FILER (optional)
    Kay Bonura 985-801-4347

12. SEND ACKNOWLEDGMENT TO: (Name and Address)
    LLOG Exploration Offshore, Inc.
    Attention : Kay Bonura
    1001 Ochsner Blvd, Suite 200
    Covington, LA 70433

127

594

The above space is for filing office use only

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
**55-1328132**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
**LLOG Exploration Offshore, Inc.**

OR 12b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

I. Contract Area:

Oil and Gas Lease dated effective June 1, 2002, bearing Serial No. OCS-G 24154, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, LLOG Exploration Offshore, Inc. and Davis Offshore, L.P., as Lessee, covering and affecting lands described as Green Canyon, Block 157, Official Protraction Diagram, NG 15-03.

Oil and Gas Lease dated effective May 1, 1990, bearing Serial No. OCS-G 12210, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, and BP Exploration Inc., as Lessee, covering and affecting lands described as Green Canyon, Block 201, OCS Official Protraction Diagram, NG 15-3, insofar and only insofar as lease covers the northeast quarter (NE/4) from the surface down to 17,000 feet true vertical depth subsea.

128

595

## CORRECTION TO MEMORANDUM OF OPERATING AGREEMENT
## AND FINANCING STATEMENT
## (LOUISIANA)

This Correction to Memorandum of Operating Agreement and Financing Statement (Louisiana) entered into by and between LLOG Exploration Offshore, Inc. as Operator, and Davis Offshore, L.P., as Non-Operating Party:

### WITNESSETH: THAT,

WHEREAS, Operator and Non-Operating Party, entered into that certain Memorandum of Operating Agreement and Financing Statement (Louisiana) effective December 12, 2002 and recorded in Conveyance Book No. 2161, Page 634, File # 1328132, in Mortgage Book No. 2201, Page 579, File # 1328132 and in Uniform Commercial Code Book under File # 1328132 of the records of Terrebonne Parish, Louisiana; and

WHEREAS, it has come to the attention of Operator and Non-Operating Party that an error exists in the Contract Area of Attachment "1" to said Memorandum; and

WHEREAS, Operator and Non-Operating Party mutually desire to correct this error to the extent delineated hereinafter and only to such extent.

NOW, THEREFORE, Operator and Non-Operating Party hereby agree to correct said Attachment "1" to Memorandum of Operating Agreement and Financing Statement as follows:

THAT the entire Contract Area of Attachment "1" and reading:

I.  **Contract Area:**

Oil and Gas Lease dated effective June 1, 2002, bearing Serial No. OCS-G 24154, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, LLOG Exploration Offshore, Inc. and Davis Offshore, L.P., as Lessee, covering and affecting lands described as Green Canyon, Block 157, Official Protraction Diagram, NG 15-03.

Oil and Gas Lease dated effective May 1, 1990, bearing Serial No. OCS-G 12210, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, and BP Exploration Inc., as Lessee, covering and affecting lands described as **Garden Banks**, Block 201, OCS Official Protraction Diagram, NG 15-3, insofar and only insofar as lease covers the northeast quarter (NE/4) from the surface down to 17,000 feet true vertical depth subsea.

shall be and is hereby corrected to read:

I.  **Contract Area:**

Oil and Gas Lease dated effective June 1, 2002, bearing Serial No. OCS-G 24154, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, LLOG Exploration Offshore, Inc. and Davis Offshore, L.P., as Lessee, covering and affecting lands described as Green Canyon, Block 157, Official Protraction Diagram, NG 15-03.

Oil and Gas Lease dated effective May 1, 1990, bearing Serial No. OCS-G 12210, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, and BP Exploration Inc., as Lessee, covering and affecting lands described as **Green Canyon**, Block 201, OCS Official Protraction Diagram, NG 15-3, insofar and only insofar as lease covers the northeast quarter (NE/4) from the surface down to 17,000 feet true vertical depth subsea.

Further, Operator and Non-Operating Party agree that, except as herein corrected, the herein above Memorandum of Operating Agreement and Financing Statement shall remain unchanged and as originally written. Insofar as may be necessary, Operator and Non-Operating Party acknowledge said Memorandum, as corrected, is presently a valid, subsisting, and continuing Memorandum of Operating Agreement and Financing Statement.

**WITNESSES:**

_Kay Bonura_
Printed Name of Witness: Kay Bonura

_Alisha Viger_
Printed Name of Witness: Alisha Viger

**OPERATOR:**

**LLOG Exploration Offshore, Inc.**

By: _Gerald P. Whitman_
Printed Name: Gerald P. Whitman
Title: Vice President - Land
Date: 9/9/09

**NON-OPERATING PARTY:**

**Davis Offshore, L.P.**

By: _Michael S. Reddin_
Printed Name: Michael S. Reddin
Title: President and Chief Executive Officer
Date: September 1, 2009

**WITNESSES:**

_[signature]_
Printed Name of Witness: Earl Strangel

_[signature]_
Printed Name of Witness: J.A. Sansbury

2

130                                                                 597

**ACKNOWLEDGMENT**

**OPERATOR:**

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

On this 9th day of September 2009, before me, appeared **Gerald P. Whitman**, to me personally known, who, being by me duly sworn, did say that he is the Vice President - Land of **LLOG Exploration Offshore, Inc.**, a Louisiana corporation, and that the foregoing instrument was signed on behalf of the corporation by authority of its Board of Directors and that he acknowledged the instrument to be the free act and deed of the corporation.

Judy Reimel
Notary Public - St. Tammany Parish
My Commission Issued for Life
Notary No. 60007

NOTARY PUBLIC

**ACKNOWLEDGMENT**

**NON-OPERATING PARTY:**

**STATE OF TEXAS**

**COUNTY OF HARRIS**

On this 1st day of September, 2009, before me, appeared Michael S. Reddin, to me personally known, who, bein[g] me duly sworn, did say that he is the President and Chief Executive Officer of **Davis Offshore, L.P.**, a Lim[ited] Partnership, and that the foregoing instrument was signed on behalf of the partnership and that he acknowledge[d the] instrument to be the free act and deed of the partnership.



JEANETTE MCKINZIE
Notary Public, State of Texas
My Commission Expires
July 07, 2013

Notary Public

3

131

598