# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
Attn: KAY BONURA
LLOG EXPLORATION COMPANY  LLC
1001 OCHSNER BLVD SUITE 100
COVINGTON, LA 70433

**First MORTGAGOR**

LLOG EXPLORATION OFFSHORE INC

**First MORTGAGEE**

DAVIS OFFSHORE L P

| | |
|---|---|
| **Index Type :** MORTGAGES | **File # :** 1450879 |
| **Type of Document :** REINSCRIPTION | |
| **Recording Pages :**   2 | **Book :** 2645   **Page :** 470 |

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 04/08/2014 at 10:31:16
Recorded in Book  2645   Page   470
File Number    1450879

On (Recorded Date) : 04/08/2014

At (Recorded Time) : 10:31:16AM

Deputy Clerk



Doc ID - 012413600002

## NOTICE AND REQUEST OF REINSCRIPTION

State of Louisiana

Parish of Terrebonne

There is of record in the Mortgage Records of Terrebonne Parish, Louisiana, a document entitled Memorandum of Operating Agreement and Financing Statement, which contains a mortgage and/or privilege recorded on July 27, 2009 in **Mortgage Book 2201, Page 579, under File # 1328132**, amended by that certain correction instrument recorded on September 16, 2009 in **Mortgage Book 2215, Page 126, File # 1331665**, both dated effective December 12, 2002, granted by and in favor of LLOG Exploration Offshore, Inc. (now known as LLOG Exploration Offshore, L.L.C. as a result of business conversion effective December 31, 2009) and Davis Offshore, L.P., both as a mortgagor and both as a mortgagee.

Please accept this as NOTICE AND REQUEST that the above described mortgage and/or privilege be reinscribed after the effect of recordation ceased, in accordance with La C.C. Article 3365.

Thus done and signed in St. Tammany Parish, Louisiana on the 3rd day of April, 2014.

WITNESSES:

_Kay Bonura_
Print Name: Kay Bonura

_Eileen Coffey_
Print Name: Eileen Coffey

LLOG Exploration Offshore, L.L.C.

By: _[signature]_
Kemberlia Ducote
Secretary

### ACKNOWLEDGEMENT

STATE OF LOUISIANA
PARISH OF ST. TAMMANY

BEFORE ME, the undersigned authority, on this day personally appeared Kemberlia Ducote, known to me to be the person whose name is subscribed to the foregoing instrument as Secretary of LLOG Exploration Offshore, L.L.C., a Louisiana limited liability company, and she acknowledged that she executed the same for and on behalf of said company, for the purposes and consideration therein expressed, and in the capacity therein stated.

GIVEN, under my hand and seal of office this 3rd day of April, 2014.

_Judy Reimel_
Notary Public – State of Louisiana
Notary Name: _____
My Commission expires is for life

Judy Reimel
Notary Public - St. Tammany Parish
My Commission Issued for Life
Notary No. 60007

471

G-C 157/201