| LLOG Exploration Offshore | BOEM Lease No. | Area Block | Date Last Assessed | Description of Liability | Gross BOEM as of 4.28.2021 P50 | Gross BOEM as of 4.28.2021 P70 | Gross BOEM as of 4.28.2021 P90 | Interest Owner | Interest Owner WI | LLOG Company Net - BOEM P50 | LLOG Company Net - BOEM P70 | LLOG Company Net - BOEM P90 | Fieldwood-Outside Partner's Net - BOEM P50 | Fieldwood-Outside Partner's Net - BOEM P70 | Fieldwood-Outside Partner's Net - BOEM P90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | 15% | 15% | 15% |
| Green Canyon 157 | G24154 | GC 157 | 8/20/20 | SS03 well (T/A'd), 1 proposed pipeline | $ 20,147,785 | $ 24,510,443 | $ 30,897,439 | LEO | 84.000000% | $ 16,924,139 | $ 20,588,772 | $ 25,953,849 | $ 3,022,168 | $ 3,676,566 | $ 4,634,616 |
| Green Canyon 157 | G24154 | GC 157 | 8/20/20 | SS03 well (T/A'd), 1 proposed pipeline | $ 20,147,785 | $ 24,510,443 | $ 30,897,439 | LLOG Energy | 1.000000% | $ 201,478 | $ 245,104 | $ 308,974 | Included above | Included above | Included above |
| Green Canyon 201 #1 well ST03 | G12210 | GC 201 | 8/5/20 | SS01 well (GC 157 surface) | $ 19,803,436 | $ 24,166,094 | $ 30,553,090 | LEO | 85.000000% | $ 16,832,921 | $ 20,541,180 | $ 25,970,127 | $ 2,970,515 | $ 3,624,914 | $ 4,582,964 |
| Green Canyon 201 #2 well ST01 | G12210 | GC 201 | 8/5/20 | SS02 well | $ 21,490,040 | $ 25,852,698 | $ 32,239,694 | LEO | 100.000000% | $ 21,490,040 | $ 25,852,698 | $ 32,239,694 | $ 3,223,506 | $ 3,877,905 | $ 4,835,954 |
| GC 158 (ROW) | G25470 | GC 158 | 8/5/20 | Line to GC 158 $1.745M, Line to GC 157 $1.745M | $ 3,490,370 | $ 3,490,370 | $ 3,490,370 | LEO | 85.000000% | $ 2,966,815 | $ 2,966,815 | $ 2,966,815 | $ 523,556 | $ 523,556 | $ 523,556 |
| | | | | | $ 85,079,416 | $ 102,530,048 | $ 128,078,032 | | | $ 58,415,392 | $ 70,194,569 | $ 87,439,458 | $ 9,739,745 | $ 11,702,941 | $ 14,577,089 |