| LLOG Exploration Offshore | BOEM Lease No. | Area Block | Date Last Assessed | Description of Liability | Gross BOEM as of 4.28.2021 P50 | Gross BOEM as of 4.28.2021 P70 | Gross BOEM as of 4.28.2021 P90 |
|---|---|---|---|---|---|---|---|
| VR 272 A001 Well | G23829 | VR272 | 8/5/20 | 177064091300 | $ 620,330.00 | $ 843,752.00 | $ 1,167,183.00 |
| VR 272 A002 Well | G23829 | VR272 | 8/5/20 | 177064091400 | $ 667,347.00 | $ 890,769.00 | $ 1,214,200.00 |
| VR 272 A005 Well | G23829 | VR272 | 8/5/20 | 177064091700 | $ 819,281.00 | $ 1,042,703.00 | $ 1,366,133.00 |
| VR 272 A004 Well | G23829 | VR272 | 8/5/20 | 177064091602 | $ 653,472.00 | $ 876,894.00 | $ 1,200,325.00 |
| VR 272 B001 Well | G23829 | VR272 | 8/5/20 | 177064091800 | $ 578,774.00 | $ 802,196.00 | $ 1,125,626.00 |
| VR 272 A003 Well | G23829 | VR272 | 8/5/20 | 177084093603 | $ 675,639.00 | $ 899,061.00 | $ 1,222,491.00 |
| VR 272 B002 Well | G23829 | VR272 | 8/5/20 | 177064092502 | $ 576,504.00 | $ 799,926.00 | $ 1,123,356.00 |
| SMI 102 A006 Well | G24872 | SMI102 | 8/5/20 | 177084094101 | $ 627,340.00 | $ 850,762.00 | $ 1,174,192.00 |
| SMI 102 A001 Well | G24872 | SMI102 | 8/5/20 | 177084091200 | $ 663,967.00 | $ 887,389.00 | $ 1,210,819.00 |
| VR 273 B003 Well | G14412 | VR273 | 8/5/20 | 177064092600 | $ 215,172.00 | $ 263,584.00 | $ 333,850.00 |
| SMI 87 A004 Well | G24870 | SMI87 | 8/5/20 | 177084093704 | $ 653,938.00 | $ 877,360.00 | $ 1,200,790.00 |
| SMI 87 A005 Well | G24870 | SMI87 | 8/5/20 | 177084093802 | $ 734,163.00 | $ 957,585.00 | $ 1,281,015.00 |
| SMI 87 A002 Well | G24870 | SMI87 | 8/5/20 | 177084092201 | $ 635,262.00 | $ 858,685.00 | $ 1,182,115.00 |
| VR 272 A Platform | G23829 | VR272 | 8/5/20 | Structure A | $ 2,331,499.00 | $ 2,870,531.00 | $ 3,750,274.00 |
| VR 272 B Platform | G23829 | VR272 | 8/5/20 | Structure B | $ 1,493,079.00 | $ 1,855,389.00 | $ 2,482,840.00 |
| PL Segment 15677 | G23829 | VR272 | 8/5/20 | PL Segment 15677 | $ 244,471.00 | $ 244,471.00 | $ 244,471.00 |
| PL Segment 14584 | G23829 | VR272 | 8/5/20 | PL Segment 14584 | $ 329,815.00 | $ 329,815.00 | $ 329,815.00 |
| PL Segment 14585 | G23829 | VR272 | 8/5/20 | PL Segment 14585 | $ 329,815.00 | $ 329,815.00 | $ 329,815.00 |
| PL Segment 15678 | G23829 | VR272 | 8/5/20 | PL Segment 15678 | $ 249,126.00 | $ 249,126.00 | $ 249,126.00 |
| | | | | | $13,098,994.00 | $16,729,813.00 | $22,188,436.00 |

LLOG-000020

| Authority Type Code | Authority Number | Complex ID Number | Structure Number | Area Code | Block Number | Structure Name | Cost Eff Date | P50 Removal | P50 Site Clear | P70 Removal | P70 Site Clear | P90 Removal | P90 Site Clear | Deterministic Removal | Deterministic Site Clear |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LSE | G23829 | 1345 | 1 | VR | 272 | A | 8/5/2020 | $2,190,111.00 | $141,388.00 | $2,640,723.00 | $229,808.00 | $3,297,402.00 | $452,872.00 | $0.00 | $0.00 |
| LSE | G23829 | 1486 | 1 | VR | 272 | B | 8/5/2020 | $1,351,691.00 | $141,388.00 | $1,625,581.00 | $229,808.00 | $2,029,968.00 | $452,872.00 | $0.00 | $0.00 |
| LSE | G23829 | 1486 | 2 | VR | 272 | C | 8/5/2020 | $1,344,534.00 | $53,182.00 | $1,528,682.00 | $101,789.00 | $1,796,503.00 | $195,080.00 | $0.00 | $0.00 |
| Total - Platforms | | | | | | | | $4,886,336.00 | $335,958.00 | $5,794,986.00 | $561,405.00 | $7,123,873.00 | $1,100,824.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | |
| Incurred by LLOG | | | | | | | | $3,541,802.00 | $282,776.00 | $4,266,304.00 | $459,616.00 | $5,327,370.00 | $905,744.00 | $0.00 | $0.00 |
| Incurred by Samson Contour/Others | | | | | | | | $1,344,534.00 | $53,182.00 | $1,528,682.00 | $101,789.00 | $1,796,503.00 | $195,080.00 | $0.00 | $0.00 |

LLOG-000021

| API Well Number | Bottom Area | Bottom Block | Bottom Lease | Well Name | Well Status | Surface Lease | Surface Area | Surface Block | Cost Eff Date | P50 | P70 | P90 | Deterministic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177064096001 | VR | 272 | G23829 | C001 | COM | G23829 | VR | 272 | 8/5/2020 | $637,034.00 | $860,456.00 | $1,183,886.00 | $0.00 |
| 177064096100 | VR | 272 | G23829 | A006 | COM | G23829 | VR | 272 | 8/5/2020 | $632,135.00 | $855,557.00 | $1,178,987.00 | $0.00 |
| 177064096200 | VR | 272 | G23829 | A007 | COM | G23829 | VR | 272 | 8/5/2020 | $613,590.00 | $837,012.00 | $1,160,442.00 | $0.00 |
| 177064091300 | VR | 272 | G23829 | A001 | COM | G23829 | VR | 272 | 8/5/2020 | $620,330.00 | $843,752.00 | $1,167,183.00 | $0.00 |
| 177064091400 | VR | 272 | G23829 | A002 | COM | G23829 | VR | 272 | 8/5/2020 | $667,347.00 | $890,769.00 | $1,214,200.00 | $0.00 |
| 177064091700 | VR | 272 | G23829 | A005 | COM | G23829 | VR | 272 | 8/5/2020 | $819,281.00 | $1,042,703.00 | $1,366,133.00 | $0.00 |
| 177064091602 | VR | 272 | G23829 | A004 | COM | G23829 | VR | 272 | 8/5/2020 | $653,472.00 | $876,894.00 | $1,200,325.00 | $0.00 |
| 177064091800 | VR | 272 | G23829 | B001 | COM | G23829 | VR | 272 | 8/5/2020 | $578,774.00 | $802,196.00 | $1,125,626.00 | $0.00 |
| 177084093603 | VR | 272 | G23829 | A003 | COM | G24872 | SM | 102 | 8/5/2020 | $675,639.00 | $899,061.00 | $1,222,491.00 | $0.00 |
| 177064092502 | VR | 272 | G23829 | B002 | COM | G23829 | VR | 272 | 8/5/2020 | $576,504.00 | $799,926.00 | $1,123,356.00 | $0.00 |

| API Well Number | Bottom Area | Bottom Block | Bottom Lease | Well Name | Well Status | Surface Lease | Surface Area | Surface Block | Cost Eff Date | P50 | P70 | P90 | Deterministic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177084094101 | SM | 102 | G24872 | A006 | COM | G24872 | SM | 102 | 8/5/2020 | $627,340.00 | $850,762.00 | $1,174,192.00 | $0.00 |
| 177084091200 | SM | 102 | G24872 | A001 | COM | G24872 | SM | 102 | 8/5/2020 | $663,967.00 | $887,389.00 | $1,210,819.00 | $0.00 |

| API Well Number | Bottom Area | Bottom Block | Bottom Lease | Well Name | Well Status | Surface Lease | Surface Area | Surface Block | Cost Eff Date | P50 | P70 | P90 | Deterministic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177064092600 | VR | 273 | G14412 | B003 | TA | G23829 | VR | 272 | 8/5/2020 | $215,172.00 | $263,584.00 | $333,850.00 | $0.00 |

| API Well Number | Bottom Area | Bottom Block | Bottom Lease | Well Name | Well Status | Surface Lease | Surface Area | Surface Block | Cost Eff Date | P50 | P70 | P90 | Deterministic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177064097900 | SM | 87 | G24870 | I002 | COM | G05431 | VR | 252 | 8/5/2020 | $772,260.00 | $995,682.00 | $1,319,112.00 | $0.00 |
| 177084093704 | SM | 87 | G24870 | A004 | COM | G24872 | SM | 102 | 8/5/2020 | $653,938.00 | $877,360.00 | $1,200,790.00 | $0.00 |
| 177084093802 | SM | 87 | G24870 | A005 | COM | G24872 | SM | 102 | 8/5/2020 | $734,163.00 | $957,585.00 | $1,281,015.00 | $0.00 |
| 177084092201 | SM | 87 | G24870 | A002 | COM | G24872 | SM | 102 | 8/5/2020 | $635,262.00 | $858,685.00 | $1,182,115.00 | $0.00 |

|  | P50 | P70 | P90 |
|---|---|---|---|
| Total - Wells | $10,776,208.00 | $14,399,373.00 | $19,644,522.00 |
| Incurred by LLOG | $ 8,121,189.00 | $ 10,850,666.00 | $ 14,802,095.00 |
| Incurred by Samson Contour/Others | $ 2,655,019.00 | $ 3,548,707.00 | $ 4,842,427.00 |

|  | P50 | P70 | P90 |
|---|---|---|---|
| Total Wells | $10,776,208.00 | $14,399,373.00 | $19,644,522.00 |
| Total Platforms | $5,222,294.00 | $6,356,391.00 | $8,224,697.00 |
| Total Pipelines | $1,153,227.00 | $1,153,227.00 | $1,153,227.00 |
| Total Decom | $17,151,729.00 | $21,908,991.00 | $29,022,446.00 |

|  | P50 | P70 | P90 |
|---|---|---|---|
| Total Decom incurred by LLOG | $ 13,098,994.00 | $ 16,729,813.00 | $ 22,188,436.00 |
| Total Decom incurred by Samson Contour/Others | $ 4,052,735.00 | $ 5,179,178.00 | $ 6,834,010.00 |
| Total Decom | $ 17,151,729.00 | $ 21,908,991.00 | $ 29,022,446.00 |

| Authority Type Code | Authority Number | Segment Number | Originating Lease | Originating Area | Originating Block | Originating Facility Name | Pipeline Status | Size | Prod Code | Destination Lease | Destination Area | Destination Block | Destination Facility Name | Cost Eff Date | P50 | P70 | P90 | Deterministic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LSE | G23829 | 15677 | G23829 | VR | 272 | Platform A | OUT | 02 | LIFT | G23829 | VR | 272 | Platform B | 8/10/2016 | $0.00 | $0.00 | $0.00 | $244,471.00 |
| LSE | G23829 | 14584 | G23829 | VR | 272 | Platform B | OUT | 06 | BLKG | G23829 | VR | 272 | Platform A | 8/10/2016 | $0.00 | $0.00 | $0.00 | $329,815.00 |
| LSE | G23829 | 14585 | G23829 | VR | 272 | Platform B | OUT | 06 | BLKG | G23829 | VR | 272 | Platform A | 8/10/2016 | $0.00 | $0.00 | $0.00 | $329,815.00 |
| LSE | G23829 | 15678 | G23829 | VR | 272 | Platform A | OUT | 02 | LIFT | G24872 | SM | 102 | Platform A | 8/29/2019 | $0.00 | $0.00 | $0.00 | $249,126.00 |

Total - Pipelines   $1,153,227.00

Incurred by LLOG   $1,153,227.00
Incurred by Samson Contour/Others

LLOG-000023