| OCS-G24872 | | | | Serial Register Page | | | 30-Apr-2021 |
|---|---|---|---|---|---|---|---|
| | | | | | | | Page 1 of 1 |

**OCS-** G24872

| **Current Status** | PROD | Central Gulf of Mexico | | **Sale#** | 185 | **Sale Date** | 3/19/2003 |
|---|---|---|---|---|---|---|---|
| **Bonus Bid** | **Initial Acreage** | **Current Acreage** | **Per Acre Amt.** | **Royalty Rate** | | **Rental** | |
| 455900.000 | 3112.830000 | 3112.830000 | 146.46 | 16.666667 | | 5.00 | |

**Original Lessee(s):**

LLOG Exploration Offshore, Inc.                                         100.00000 %

**Description:**

All of Block 102, South Marsh Island Area, South Addition, as shown on OCS Louisiana Leasing Map, LA3C.

| | |
|---|---|
| **01-May-2003** | Date of lease: 5/1/2003. Expected expiration date:   4/30/2008 |
| **11-Dec-2007** | LLOG Exploration Offshore, Inc. designates Samson Contour Energy E&P, LLC as operator. ALL OF BLOCK 102, South Marsh Island Area, South Addition. |
| **04-Mar-2008** | Record title interest is now held as follows, effective 10/1/2007: |
| | Samson Contour Energy E&P, LLC                            100.00000% |
| **06-May-2008** | Placed on continuous production on 02/17/2004. |
| **14-Sep-2010** | Record title interest is now held as follows, effective 6/19/2010: |
| | Dynamic Offshore Resources, LLC                            100.00000% |
| **14-Sep-2010** | Dynamic Offshore Resources, LLC designates Dynamic Offshore Resources, LLC as operator. ALL OF BLOCK 102, South Marsh Island Area, South Addition. |
| **13-Sep-2013** | Dynamic Offshore Resources, LLC changed its name to SandRidge Energy Offshore, LLC, effective 6/25/2013. |
| **30-Sep-2014** | SandRidge Energy Offshore, LLC changed its name to Fieldwood Energy Offshore LLC effective, 5/19/2014 |
| **20-Feb-2018** | Held by prior production, production ceased on 12/19/2017. |
| **19-Mar-2018** | Production resumed on 02/06/2018. |
| **18-Jun-2020** | Held by prior production, production ceased on 04/22/2020. |
| **20-Aug-2020** | Held by prior production, production ceased on 04/22/2020. |
| **21-Sep-2020** | Held by prior production, production ceased on 04/22/2020. |
| **21-Oct-2020** | Held by prior production, production ceased on 04/22/2020. |
| **18-Nov-2020** | Held by prior production, production ceased on 04/22/2020. |
| **17-Dec-2020** | Held by prior production, production ceased on 04/22/2020. |
| **20-Jan-2021** | Held by prior production, production ceased on 04/22/2020. |
| **19-Feb-2021** | Held by prior production, production ceased on 04/22/2020. |
| **19-Mar-2021** | Held by prior production, production ceased on 04/22/2020. |
| **20-Apr-2021** | Held by prior production, production ceased on 04/22/2020. |

LLOG-000011