**OCS-** G24870

| Current Status | PROD | Central Gulf of Mexico | | Sale# | 185 | Sale Date | 3/19/2003 |
|---|---|---|---|---|---|---|---|
| **Bonus Bid** | **Initial Acreage** | **Current Acreage** | **Per Acre Amt.** | **Royalty Rate** | | **Rental** | |
| 405900.000 | 3076.740000 | 3076.740000 | 131.93 | 16.666667 | | 5.00 | |

**Original Lessee(s):**

LLOG Exploration Offshore, Inc.                                      100.00000 %

**Description:**

All of Block 87, South Marsh Island Area, South Addition, as shown on OCS Louisiana Leasing Map, LA3C.

| Date | Event |
|---|---|
| 01-May-2003 | Date of lease: 5/1/2003. Expected expiration date: 4/30/2008 |
| 11-Dec-2007 | LLOG Exploration Offshore, Inc. designates Samson Contour Energy E&P, LLC as operator. ALL OF BLOCK 87, South Marsh Island Area, South Addition. |
| 29-Apr-2008 | Placed on continuous production on 04/17/2008. |
| 28-Apr-2010 | Record title interest is now held as follows, effective 10/1/2007:<br>Samson Contour Energy E&P, LLC          100.00000% |
| 13-Jul-2010 | Samson Contour Energy E&P, LLC designates Dynamic Offshore Resources, LLC as operator. ALL OF BLOCK 87, South Marsh Island Area, South Addition. |
| 26-Jul-2010 | Record title interest is now held as follows, effective 6/19/2010:<br>Dynamic Offshore Resources, LLC          100.00000% |
| 13-Sep-2013 | Dynamic Offshore Resources, LLC changed its name to SandRidge Energy Offshore, LLC, effective 6/25/2013. |
| 23-Oct-2013 | SandRidge Energy Offshore, LLC designates Castex Offshore, Inc. as operator. S1/2NW1/4NW1/4; SW1/4NW1/4; N1/2NW1/4SW1/4 of Block 87, South Marsh Island Area, South Addition. |
| 07-Nov-2013 | SandRidge Energy Offshore, LLC designates SandRidge Energy Offshore, LLC as operator. E1/2;E1/2NW1/4;N1/2NW1/4NW1/4,S1/2SW1/4;NE1/4SW1/4;S1/2NW1/4SW1/4 of Blcok 87, South Marsh Island Area, South Addition. |
| 30-Sep-2014 | SandRidge Energy Offshore, LLC changed its name to Fieldwood Energy Offshore LLC effective, 5/19/2014 |
| 26-May-2015 | Operating rights interest is now held as follows, effective 6/1/2014:<br>S1/2NW1/4NW1/4; SW1/4NW1/4; N1/2NW1/4SW1/4 portion of Block 87, South Marsh Island Area, South Addition from surface down to a depth of 8,099' TVD Subsea<br>Castex Offshore, Inc.          50.00000%<br>Walter Oil & Gas Corporation          50.00000% |
| 26-May-2015 | Castex Offshore, Inc. designates Castex Offshore, Inc. as operator. S1/2NW1/4NW1/4; SW1/4NW1/4; N1/2NW1/4SW1/4 of Block 87, South Marsh Island Area, South Addition from surface down to a depth of 8,099' TVD Subsea. |
| 26-May-2015 | Walter Oil & Gas Corporation designates Castex Offshore, Inc. as operator. S1/2NW1/4NW1/4; SW1/4NW1/4; N1/2NW1/4SW1/4 of Block 87, South Marsh Island Area, South Addition from surface down to a depth of 8,099' TVD Subsea. |
| 28-Jun-2016 | Operating rights interest is now held as follows, effective 12/31/2015:<br>S1/2NW1/4NW1/4; SW1/4NW1/4; N1/2NW1/4SW1/4 portion of Block 87, South Marsh Island Area, South Addition from surface down to a depth of 8,099' TVD Subsea<br>Castex Offshore, Inc.          44.37500%<br>Walter Oil & Gas Corporation          50.00000%<br>GOME 1271 LLC          05.62500% |
| 28-Jun-2016 | GOME 1271 LLC designates Castex Offshore, Inc. as operator. S1/2NW1/4NW1/4; SW1/4NW1/4; N1/2NW1/4SW1/4 of Block 87, South Marsh Island Area, South Addition from surface down to a depth of 8,099' TVD Subsea. |
| 28-Jun-2016 | Operating rights interest is now held as follows, effective 12/31/2015:<br>S1/2NW1/4NW1/4; SW1/4NW1/4; N1/2NW1/4SW1/4 portion of Block 87, South Marsh Island Area, South Addition from surface down to a depth of 8,099' TVD Subsea<br>Castex Offshore, Inc.          44.37500%<br>Walter Oil & Gas Corporation          50.00000%<br>GOME 1271 LLC          05.62500% |

| Date | Entry |
|---|---|
| **15-May-2018** | Operating rights interest is now held as follows, effective 12/31/2015: |
| | S1/2NW1/4NW1/4; SW1/4NW1/4; N1/2NW1/4SW1/4 portion of Block 87, South Marsh Island Area, South Addition from surface down to a depth of 8,099' TVD Subsea |
| | Castex Offshore, Inc.              43.75000% |
| | Walter Oil & Gas Corporation       50.00000% |
| | GOME 1271 LLC                      05.62500% |
| | Dorado Deep GP, LLC                00.62500% |
| **15-May-2018** | Dorado Deep GP, LLC designates Castex Offshore, Inc. as operator. S1/2NW1/4NW1/4; SW1/4NW1/4; N1/2NW1/4SW1/4 of Block 87, South Marsh Island Area, South Addition from surface down to a depth of 8,099' TVD Subsea. |
| **18-Jun-2020** | Held by prior production, production ceased on 04/22/2020. |
| **20-Aug-2020** | Held by prior production, production ceased on 04/22/2020. |
| **21-Sep-2020** | Held by prior production, production ceased on 04/22/2020. |
| **21-Oct-2020** | Held by prior production, production ceased on 04/22/2020. |
| **18-Nov-2020** | Held by prior production, production ceased on 04/22/2020. |
| **17-Dec-2020** | Held by prior production, production ceased on 04/22/2020. |
| **20-Jan-2021** | Held by prior production, production ceased on 04/22/2020. |
| **19-Feb-2021** | Held by prior production, production ceased on 04/22/2020. |
| **19-Mar-2021** | Held by prior production, production ceased on 04/22/2020. |
| **20-Apr-2021** | Held by prior production, production ceased on 04/22/2020. |

LLOG-000010