| OCS-G24154 | | | Serial Register Page | | | 30-Apr-2021 |
|---|---|---|---|---|---|---|
| | | | | | | Page 1 of 1 |

**OCS-** G24154

| Current Status | TERMIN | Central Gulf of Mexico | | Sale# | 182 | Sale Date | 3/20/2002 |
|---|---|---|---|---|---|---|---|
| Bonus Bid | Initial Acreage | Current Acreage | Per Acre Amt. | Royalty Rate | | Rental | |
| 2201337.000 | 5760.000000 | 5760.000000 | 382.18 | 12.500000 | | 7.50 | |

**Original Lessee(s):**

| | |
|---|---|
| LLOG Exploration Offshore, Inc. | 50.00000 % |
| Davis Offshore, L.P. | 50.00000 % |

**Description:**

    All of Block 157, Green Canyon, as shown on OCS Official Protraction Diagram, NG15-03.

| Date | Event |
|---|---|
| 01-Jun-2002 | Date of lease: 6/1/2002. Expected expiration date: 5/31/2012 |
| 17-May-2002 | Davis Offshore, L.P. designates LLOG Exploration Offshore, Inc. as operator. |
| 14-Mar-2003 | Record title interest is now held as follows, effective 3/13/2003: |
| |     LLOG Exploration Offshore, Inc.    49.00000% |
| |     Davis Offshore, L.P.    50.00000% |
| |     LLOG Energy, L.L.C.    01.00000% |
| 14-Mar-2003 | LLOG Energy, L.L.C. designates LLOG Exploration Offshore, Inc. as operator. All of Block 157, GC Area, all depths. |
| 02-Sep-2003 | Record title interest is now held as follows, effective 6/20/2003: |
| |     LLOG Exploration Offshore, Inc.    84.00000% |
| |     Davis Offshore, L.P.    15.00000% |
| |     LLOG Energy, L.L.C.    01.00000% |
| 02-Jun-2005 | Placed on continuous production on 05/31/2005. |
| 20-Jan-2006 | Lasted OGOR received 10/31/2005. |
| 10-Apr-2007 | Placed on continuous production effective 11/30/2006. |
| 21-May-2010 | Production resumed on 03/20/2009. |
| 31-Aug-2010 | LLOG Exploration Offshore, Inc. changed its name (by conversion) to LLOG Exploration Offshore, L.L.C., effective 12/31/2009. |
| 07-Apr-2015 | Record title interest is now held as follows, effective 6/1/2014: |
| |     LLOG Exploration Offshore, L.L.C.    84.00000% |
| |     Fieldwood Energy Offshore LLC    15.00000% |
| |     LLOG Energy, L.L.C.    01.00000% |
| 07-Apr-2015 | Fieldwood Energy Offshore LLC designates LLOG Exploration Offshore, L.L.C. as operator. ALL OF BLOCK 157, Green Canyon. |
| 07-Apr-2015 | LLOG Exploration Offshore, L.L.C. designates LLOG Exploration Offshore, L.L.C. as operator. ALL OF BLOCK 157, Green Canyon. |
| 21-Jul-2015 | Held by prior production, production ceased on 02/05/2015. |
| 21-Aug-2015 | Held by prior production, production ceased on 02/05/2015. |
| 26-Aug-2015 | Suspension of production approved from 8/5 through 12/31/2015. |
| 20-Jan-2016 | Production resumed on 11/14/2015. |
| 22-Oct-2018 | Held by prior production, production ceased on 06/15/2018. |
| 21-Nov-2018 | Held by prior production, production ceased on 06/15/2018. |
| 19-Dec-2018 | Held by prior production, production ceased on 06/15/2018. |
| 22-Jan-2019 | Held by prior production, production ceased on 06/15/2018. |
| 20-Feb-2019 | Held by prior production, production ceased on 06/15/2018. |
| 20-Mar-2019 | Held by prior production, production ceased on 06/15/2018. |
| 18-Apr-2019 | Held by prior production, production ceased on 06/15/2018. |
| 21-May-2019 | Held by prior production, production ceased on 06/15/2018. |
| 21-Jun-2019 | Held by prior production, production ceased on 06/15/2018. |
| 19-Jul-2019 | Production resumed on 10/18/2018. |
| 20-Aug-2020 | Held by prior production, production ceased on 08/15/2019. |
| 21-Sep-2020 | Lease terminated on 08/15/2020. |

LLOG-000008