OCS-G23829

## Serial Register Page

30-Apr-2021
Page 1 of 1

**OCS-** G23829

| **Current Status** | PROD | Central Gulf of Mexico | | **Sale#** 182 | **Sale Date** 3/20/2002 |
|---|---|---|---|---|---|
| **Bonus Bid** | **Initial Acreage** | **Current Acreage** | **Per Acre Amt.** | **Royalty Rate** | **Rental** |
| 228660.000 | 4381.400000 | 4381.400000 | 52.19 | 16.666667 | 5.00 |

**Original Lessee(s):**
LLOG Exploration Offshore, Inc.                                                              100.00000 %

**Description:**
    All of Block  272, Vermilion Area, South Addition, as shown on OCS Louisiana Leasing Map, LA3B.

| | |
|---|---|
| **01-Jun-2002** | Date of lease: 6/1/2002. Expected expiration date:    5/31/2007 |
| **09-Dec-2003** | Placed on continuous production on 12/03/2003. |
| **11-Dec-2007** | LLOG Exploration Offshore, Inc. designates Samson Contour Energy E&P, LLC as operator. ALL OF BLOCK 272, Vermilion Area, South Addition. |
| **04-Mar-2008** | Record title interest is now held as follows, effective 10/1/2007:<br>Samson Contour Energy E&P, LLC                                                              100.00000% |
| **21-Nov-2008** | Held by prior production, production ceased on 08/30/2008. |
| **19-Feb-2009** | Production resumed on 02/14/2009. |
| **13-Jul-2010** | Samson Contour Energy E&P, LLC designates Dynamic Offshore Resources, LLC as operator. ALL OF BLOCK 272, Vermilion Area, South Addition. |
| **26-Jul-2010** | Record title interest is now held as follows, effective 6/19/2010:<br>Dynamic Offshore Resources, LLC                                                              100.00000% |
| **13-Sep-2013** | Dynamic Offshore Resources, LLC changed its name to SandRidge Energy Offshore, LLC, effective 6/25/2013. |
| **30-Sep-2014** | SandRidge Energy Offshore, LLC changed its name to Fieldwood Energy Offshore LLC effective, 5/19/2014 |
| **18-Jun-2020** | Held by prior production, production ceased on 04/22/2020. |
| **20-Aug-2020** | Held by prior production, production ceased on 04/22/2020. |
| **21-Sep-2020** | Held by prior production, production ceased on 04/22/2020. |
| **21-Oct-2020** | Held by prior production, production ceased on 04/22/2020. |
| **18-Nov-2020** | Held by prior production, production ceased on 04/22/2020. |
| **17-Dec-2020** | Held by prior production, production ceased on 04/22/2020. |
| **20-Jan-2021** | Held by prior production, production ceased on 04/22/2020. |
| **19-Feb-2021** | Held by prior production, production ceased on 04/22/2020. |
| **19-Mar-2021** | Held by prior production, production ceased on 04/22/2020. |
| **20-Apr-2021** | Held by prior production, production ceased on 04/22/2020. |

LLOG-000007