**OCS-** G14412

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Current Status** | TERMIN | Central Gulf of Mexico | | **Sale#** | 147 | **Sale Date** | 3/30/1994 |
| **Bonus Bid** | **Initial Acreage** | **Current Acreage** | **Per Acre Amt.** | **Royalty Rate** | | **Rental** | |
| 2130000.000 | 5000.000000 | 5000.000000 | 426.00 | 16.666667 | | 5.00 | |

**Original Lessee(s):**

| | |
|---|---|
| King Ranch Oil and Gas, Inc. | 70.00000 % |
| Holly Petroleum, Inc. | 30.00000 % |

**Description:**

All of Block 273, Vermilion Area, South Addition, as shown on OCS Louisiana Leasing Map, LA3B.

| | |
|---|---|
| 01-May-1994 | Date of lease: 5/1/1994. Expected expiration date: 4/30/1999 |
| 20-Apr-1994 | Holly Petroleum, Inc. designates King Ranch Oil and Gas, Inc. as operator. |
| 16-Nov-1994 | Holly Petroleum, Inc. designates King Ranch Oil and Gas, Inc. as operator. |
| 20-Mar-1995 | Record title interest is now held as follows, effective 12/31/1994: |
| |     Holly Petroleum, Inc.      30.00000% |
| |     King Ranch Oil and Gas, Inc.      70.00000% |
| 20-Mar-1995 | King Ranch Oil and Gas, Inc. (N. O. Misc. No. 1139) merged with and into King Ranch Oil and Gas, Inc. (N. O. Misc. No. 1926), effective 12/31/94. The name of the surviving corporation is King Ranch Oil and Gas, Inc. (N. O. Misc No. 1926). |
| 05-Jun-1995 | Taurus Exploration U.S.A., Inc. designates King Ranch Oil and Gas, Inc. as operator. |
| 05-Jun-1995 | DALEN Resources Oil & Gas Co. designates King Ranch Oil and Gas, Inc. as operator. |
| 24-Jul-1995 | Record title interest is now held as follows, effective 1/1/1995: |
| |     DALEN Resources Oil & Gas Co.      17.50000% |
| |     Holly Petroleum, Inc.      30.00000% |
| |     King Ranch Oil and Gas, Inc.      52.50000% |
| 24-Jul-1995 | Record title interest is now held as follows, effective 1/1/1995: |
| |     Taurus Exploration U.S.A., Inc.      12.50000% |
| |     DALEN Resources Oil & Gas Co.      17.50000% |
| |     Holly Petroleum, Inc.      30.00000% |
| |     King Ranch Oil and Gas, Inc.      40.00000% |
| 24-Jul-1995 | Record title interest is now held as follows, effective 1/1/1995: |
| |     Taurus Exploration U.S.A., Inc.      12.50000% |
| |     DALEN Resources Oil & Gas Co.      27.50000% |
| |     Holly Petroleum, Inc.      20.00000% |
| |     King Ranch Oil and Gas, Inc.      40.00000% |
| 06-Feb-1996 | Placed on continuous production 12/5/95. |
| 29-Mar-1996 | Enserch Exploration, Inc. designates King Ranch Oil and Gas, Inc. as operator. |
| 19-Jun-1996 | Record title interest is now held as follows, effective 12/31/1995: |
| |     Taurus Exploration U.S.A., Inc.      12.50000% |
| |     Holly Petroleum, Inc.      20.00000% |
| |     King Ranch Oil and Gas, Inc.      40.00000% |
| |     Enserch Exploration, Inc.      27.50000% |
| 19-Jun-1996 | DALEN Resources Oil & Gas Co. merged with and into Enserch Exploration, Inc., effective 12/31/95. The name of the surviving corporation is Enserch Exploration, Inc. (GOM Company Number 1970). |
| 05-Nov-1996 | TUSA, Inc. designates King Ranch Oil and Gas, Inc. as operator. |
| 23-Jan-1997 | Record title interest is now held as follows, effective 9/30/1996: |
| |     Holly Petroleum, Inc.      20.00000% |
| |     King Ranch Oil and Gas, Inc.      40.00000% |
| |     Enserch Exploration, Inc.      27.50000% |
| |     Taurus Exploration U.S.A., Inc.      12.50000% |
| 23-Jan-1997 | Taurus Exploration U.S.A., Inc. merged with and into TUSA, Inc. and simultaneously changed its name to Taurus Exploration U.S.A., Inc., effective 9/30/96. The name of the surviving corporation is Taurus Exploration U.S.A., Inc. (GOM Company Number 2137). |
| 03-Dec-1997 | Enserch Exploration, Inc. designates King Ranch Oil and Gas, Inc. as operator. |
| 03-Feb-1998 | Enserch Exploration, Inc. designates King Ranch Energy, Inc. as operator. |
| 03-Feb-1998 | Taurus Exploration U.S.A., Inc. designates King Ranch Energy, Inc. as operator. |

| Date | Entry |
|---|---|
| 03-Feb-1998 | Holly Petroleum, Inc. designates King Ranch Energy, Inc. as operator. |
| 23-Mar-1998 | Record title interest is now held as follows, effective 8/5/1997: |
| | Holly Petroleum, Inc.     20.00000% |
| | King Ranch Oil and Gas, Inc.     40.00000% |
| | Taurus Exploration U.S.A., Inc.     12.50000% |
| | Enserch Exploration, Inc.     27.50000% |
| 23-Mar-1998 | Enserch Exploration, Inc. (GOM Company Number 1970) merged with and into Lone Star Energy Plant Operations, Inc. and simultaneously changed its name to Enserch Exploration, Inc. (GOM Company Number 2211), effective 8/5/97. The name of the surviving corporation is Enserch Exploration, Inc. (GOM Company Number 2211). |
| 23-Mar-1998 | Record title interest is now held as follows, effective 12/31/1998: |
| | Holly Petroleum, Inc.     20.00000% |
| | Taurus Exploration U.S.A., Inc.     12.50000% |
| | Enserch Exploration, Inc.     27.50000% |
| | King Ranch Energy, Inc.     40.00000% |
| 24-Mar-1998 | Enserch Exploration, Inc. changed its name to EEX Corporation, effective 19-DEC-97. |
| 21-Oct-1998 | Record title interest is now held as follows, effective 7/1/1998: |
| | Holly Petroleum, Inc.     20.00000% |
| | EEX Corporation     27.50000% |
| | King Ranch Energy, Inc.     52.50000% |
| 07-Feb-2000 | St. Mary Energy Company, an unqualified Colorado corporation, merged with and into King Ranch Energy, Inc. (GOM Company Number 2246) and simultaneously changed its name to St. Mary Energy Company, effective 12/17/1999. The name of the surviving corporation is St. Mary Energy Company (GOM Company Number 2246). |
| 07-Mar-2001 | Record title interest is now held as follows, effective 10/1/2000: |
| | W & T Offshore, Inc.     27.50000% |
| | Holly Petroleum, Inc.     20.00000% |
| | St. Mary Energy Company     52.50000% |
| 07-Mar-2001 | W & T Offshore, Inc. designates St. Mary Energy Company as operator. All of Block 273, VR Area, all depths. |
| 20-May-2003 | Record title interest is now held as follows, effective 4/1/2003: |
| | W & T Offshore, Inc.     27.50000% |
| | St. Mary Energy Company     72.50000% |
| 21-Oct-2003 | Record title interest is now held as follows, effective 7/1/2003: |
| | St. Mary Energy Company     100.00000% |
| 23-Feb-2004 | Assignment of Operating Rights approved. See file. |
| 23-Feb-2004 | St. Mary Energy Company designates LLOG Exploration Offshore, Inc. as operator. SE/4NE/4NE/4;NE/4SE/4NE/4 of Block 273, VR Area from 0 to 5110' TVD. |
| 02-Mar-2004 | Operating rights interest is now held as follows, effective 12/17/2003: |
| | NE1/4SE1/4NE1/4 of Block 273, Vermilion Area, South Addition, from the surface down to and including a depth of one hundred feet (100') below the stratigraphic equivalent of the measured depth of 5,010 feet as seen in the LLOG OCS-G23829 No. 6 well. |
| | LLOG Exploration Offshore, Inc.     100.00000% |
| 28-Jun-2004 | St. Mary Energy Company designates LLOG Exploration Offshore, Inc. as operator. S/2NE/4NE/4;NE/4SE/4NE/4 of Block 273, Vermilion Area, South Addition Area from surface down to and including a depth of one hunderd feet (100') below the straigraphic equivalent of the measured depth of 5,010 feet as seen in the LLOG OCS-G 23829 No. 6 Well located on Vermilion Block 272. |
| 26-Oct-2004 | Operating rights interest is now held as follows, effective 8/15/2004: |
| | N1/2NE1/4NE1/4; SW1/4NE1/4NE1/4 of Block 273, Vermilion Area, South Addition, LIMITED TO THE OPERATING RIGHTS from the surface down to and including a depth of one hundred (100') below the stratigraphic equivalent of the true vertical depth of 4,738 feet as seen in the LLOG OCS-G 14412 No. B-3 Well |
| | LLOG Exploration Offshore, Inc.     50.00000% |
| | St. Mary Energy Company     50.00000% |
| 26-Oct-2004 | St. Mary Energy Company designates LLOG Exploration Offshore, Inc. as operator. N1/2NE1/4NE1/4;SW1/4NE1/4NE1/4 of Block 273, Vermilion Area, South Addition Area from 0 to 4838' TVD. and and N/2NE/4NE/4;SW/4NE/4NE/4 of Block 273, Vermilion Area, South Addition Area from 0 to 4838' TVD. and SE/4NE/4NE/4 of Block 273, Vermilion Area, South Addition Area from 0 to 4838' TVD. |

| Date | Description |
|---|---|
| **26-Oct-2004** | Operating rights interest is now held as follows, effective 8/15/2004: |
| | SE1/4NE1/4NE1/4 of block 273, Vermilion Area, south Addition, LIMITED TO THE OPERATING RIGHTS from the surface down to and including a depth of one hundred (100') below the stratigraphic equivalent of the true vertical depth of 4,738 feet as seen in the LLOG OCS-G 14412 No. B-3 Well |
| | LLOG Exploration Offshore, Inc.    100.00000% |
| **19-Dec-2007** | St. Mary Energy Company designates Samson Contour Energy E&P, LLC as operator. NE/4SE/4NE/4 of Block 273, Vermilion Area, South Addition, from the surface down to and including 5,110' MD; and N/2NE/4NE/4;SW/4NE/4NE/4 and SE/4NE/4NE/4 of Block 273, Vermilion Area, South Addition from the surface down to and including 4838' TVD. |
| **19-Dec-2007** | LLOG Exploration Offshore, Inc. designates Samson Contour Energy E&P, LLC as operator. NE/4SE/4NE/4 of Block 273, Vermillion Area, South Addition, from the surface down to and including 5,110' MD and N/2NE/4NE/4;SW/4NE/4NE/4 and SE/4NE/4NE/4 of Block 273, Vermilion Area, South Addition, from the surface down to and including 4,835' TVD. |
| **05-Mar-2008** | Operating rights interest is now held as follows, effective 10/1/2007: |
| | N1/2NE1/4NE1/4; SW1/4NE1/4NE1/4 of Block 273, Vermilion Area, South Addition, from the surface down to and including 4,838' TVD. |
| | Samson Contour Energy E&P, LLC    50.00000% |
| | St. Mary Energy Company    50.00000% |
| **05-Mar-2008** | Operating rights interest is now held as follows, effective 10/1/2007: |
| | NE1/4SE1/4NE1/4 of Block 273, Vermilion Area, South Addition, from the surface down to and including 5,110 feet. |
| | Samson Contour Energy E&P, LLC    100.00000% |
| **05-Mar-2008** | Operating rights interest is now held as follows, effective 10/1/2007: |
| | SE1/4NE1/4NE1/4 of Block 273, Vermilion Area, South Addition, from the surface down to and including 4,838' TVD. |
| | Samson Contour Energy E&P, LLC    100.00000% |
| **17-Jul-2008** | Record title interest is now held as follows, effective 10/31/2007: |
| | St. Mary Land & Exploration Company    100.00000% |
| **17-Jul-2008** | St. Mary Energy Company (GOM Company Number 2246), merged with and into St. Mary Land & Exploration Company (GOM Company Number 2308), effective 10/31/07. The name of the surviving company is St. Mary Land & Exploration Company. |
| **17-Jul-2008** | St. Mary Land & Exploration Company designates Samson Contour Energy E&P, LLC as operator. NE/4SE/4NE/4 of Block 273, Vermilion Area, South Addition from 0 to 5110' TVD; and N/2NE/4NE/4;SW/4NE/4NE/4 of Block 273, Vermilion Area, South Addition from 0 to 4838' TVD and SE/4NE/4NE/4 of Block 273, Vermilion Area, South Addition from 0 to 4838' TVD. and |
| **17-Jul-2008** | Operating rights interest is now held as follows, effective 10/31/2007: |
| | N1/2NE1/4NE1/4; SW1/4NE1/4NE1/4 of Block 273, Vermilion Area, South Addition, from the surface down to and including 4,838' TVD. |
| | Samson Contour Energy E&P, LLC    50.00000% |
| | St. Mary Land & Exploration Company    50.00000% |
| **27-Jul-2010** | Lease terminated by operation of law. |