**OCS-** G12210

| | | | | | |
|---|---|---|---|---|---|
| **Current Status** | UNIT | Central Gulf of Mexico | | **Sale#** 123 | **Sale Date** 3/21/1990 |
| **Bonus Bid** | **Initial Acreage** | **Current Acreage** | **Per Acre Amt.** | **Royalty Rate** | **Rental** |
| 2067700.000 | 5760.000000 | 5760.000000 | 358.98 | 12.500000 | 3.00 |

**Original Lessee(s):**
BP Exploration Inc.      100.00000 %

**Description:**
    All of Block 201, Green Canyon, as shown on OCS Official Protraction Diagram, NG15-03.

| Date | Event |
|---|---|
| 01-May-1990 | Date of lease: 5/1/1990. Expected expiration date: 4/30/2000 |
| 03-Jan-1991 | Marathon Oil Company designates Marathon Oil Company as operator. |
| 17-Jan-1992 | Record title interest is now held as follows, effective 9/18/1990:<br>BP Exploration Inc.    50.00000%<br>Marathon Oil Company    50.00000% |
| 16-Mar-1992 | Record title interest is now held as follows, effective 12/31/1991:<br>Marathon Oil Company    50.00000%<br>BP Exploration & Oil Inc.    50.00000% |
| 16-Mar-1992 | BP Exploration & Oil Inc. designates Marathon Oil Company as operator. |
| 16-Mar-1992 | BP Exploration Inc. merged with and into BP Oil Company, and simultaneously changed its name to BP Exploration & Oil Inc., effective 12/31/91. The name of the surviving corporation is BP Exploration & Oil Inc. (N. O. Misc. No. 1680). |
| 28-Jun-1993 | Unit Contract No. 754393016 approved, effective 6/15/93. Suspension of operations approved from 7/1/93 through 11/30/93. |
| 26-Nov-1993 | Unit suspension of operations approved from 12/1 through 12/31/93. |
| 03-Jan-1994 | Unit suspension of operations approved from 1/1/94 through 1/31/94. |
| 31-Jan-1994 | Unit suspension of operations approved from 2/1/94 through 2/28/94. |
| 07-Nov-1994 | Unit suspension of production approved from 12/9/94 through 2/28/95. |
| 21-Feb-1995 | Unit suspension of production approved from 3/1/95 through 4/30/95. |
| 01-May-1995 | Unit suspension of production approved from 5/1/95 through 6/30/95. |
| 26-Feb-1996 | Unit suspension of production approved from 5/18/96 through 1/31/97. |
| 21-Jun-1996 | Marathon Oil Company designates BP Exploration & Oil Inc. as operator. |
| 11-Oct-1996 | Shell Offshore Inc. designates BP Exploration & Oil Inc. as operator. |
| 27-Jan-1997 | Record title interest is now held as follows, effective 7/1/1996:<br>Shell Offshore Inc.    33.33333%<br>Marathon Oil Company    33.33334%<br>BP Exploration & Oil Inc.    33.33333% |
| 21-Feb-1997 | Shell Deepwater Development Inc. designates BP Exploration & Oil Inc. as operator. |
| 12-Mar-1997 | Record title interest is now held as follows, effective 12/1/1996:<br>Marathon Oil Company    33.33334%<br>BP Exploration & Oil Inc.    33.33333%<br>Shell Deepwater Development Inc.    33.33333% |
| 21-Dec-2000 | Placed on continuous production on 11/20/2000. |
| 20-Apr-2001 | BP Exploration & Oil Inc. designates BP Exploration & Production Inc. as operator. |
| 20-Apr-2001 | Marathon Oil Company designates BP Exploration & Production Inc. as operator. |
| 20-Apr-2001 | Shell Deepwater Development Inc. designates BP Exploration & Production Inc. as operator. |
| 30-Apr-2001 | Record title interest is now held as follows, effective 1/1/2001:<br>Marathon Oil Company    33.33334%<br>Shell Deepwater Development Inc.    33.33333%<br>BP Exploration & Production Inc.    33.33333% |
| 17-Sep-2001 | Shell Deepwater Development Inc. (GOM Company No. 2139), merged into Shell Offshore Inc. (GOM Company No. 689), effective 5/1/2001. The name of the surviving corporation is Shell Offshore, Inc. (GOM Company No. 689). |
| 17-Sep-2001 | Record title interest is now held as follows, effective 5/1/2001:<br>Shell Offshore Inc.    33.33333%<br>Marathon Oil Company    33.33334%<br>BP Exploration & Production Inc.    33.33333% |
| 17-Sep-2001 | Shell Offshore Inc. designates BP Exploration & Production Inc. as operator. |

| Date | Description |
|---|---|
| 19-Jan-2005 | Marathon Oil Company designates Shell Offshore Inc. as operator. All of Block 201, Green Canyon. |
| 19-Jan-2005 | BP Exploration & Production Inc. designates Shell Offshore Inc. as operator. All of Block 201, Green Canyon. |
| 14-Mar-2005 | Record title interest is now held as follows, effective 7/1/2004:<br>Marathon Oil Company — 50.00001%<br>Shell Offshore Inc. — 33.33333%<br>BP Exploration & Production Inc. — 16.66666% |
| 14-Mar-2005 | Record title interest is now held as follows, effective 7/1/2004:<br>Marathon Oil Company — 50.00001%<br>Shell Offshore Inc. — 49.99999% |
| 19-Aug-2005 | Held by unit production, lease receiving an allocation. |
| 17-Aug-2007 | Held by unit production, lease receiving an allocation. |
| 07-Nov-2007 | Unit Contract No. 754393016 automatically contracted, effective 31-OCT-2007. The unit now consists of OCS-G 11043, OCS-G 12209, and OCS-G 12210. |
| 20-Nov-2007 | Unit Contract No. 754393016 contracted, effective 10/31/2007.  The unit now consists of G11043, G12209, G12210. |
| 20-Nov-2008 | Marathon Oil Company designates LLOG Exploration Offshore, Inc. as operator. NE1/4 of Block 201, Green Canyon from surface to 16,500' TVD. |
| 20-Nov-2008 | Shell Offshore Inc. designates LLOG Exploration Offshore, Inc. as operator. NE1/4 of Block 201, Green Canyon from surface to 16,500' TVD. |
| 05-Dec-2008 | Shell Offshore Inc. designates LLOG Exploration Offshore, Inc. as operator. NE1/4 of Block 201, Green Canyon from surface to 17,000' TVD. |
| 05-Dec-2008 | Marathon Oil Company designates LLOG Exploration Offshore, Inc. as operator. NE1/4 of Block 201, Green Canyon from surface to 17,000' TVD. |
| 10-Feb-2009 | Unit suspension of operations approved from 12/01/1993 through 12/31/1993.  Unit Contract No. 754393016 consists of G11043, G12209, G12210. |
| 10-Feb-2009 | Unit suspension of operations approved from 01/01/1994 through 01/31/1994.  Unit Contract No. 754393016 consists of G11043, G12209, G12210. |
| 10-Feb-2009 | Unit suspension of operations approved from 02/01/1994 through 02/28/1994.  Unit Contract No. 754393016 consists of G11043, G12209, G12210. |
| 10-Feb-2009 | Unit suspension of production approved from 05/18/1996 through 01/31/1997.  Unit Contract No. 754393016 consists of G11043, G12209, G12210. |
| 10-Feb-2009 | Unit suspension of production approved from 02/01/1997 through 03/31/1997.  Unit Contract No. 754393016 consists of G11043, G12209, G12210. |
| 08-Oct-2009 | Operating rights interest is now held as follows, effective 10/1/2008:<br>NE/4 of Block 201, Green Canyon from surface to 17000' TVD.<br>LLOG Exploration Offshore, Inc. — 85.00000%<br>Davis Offshore, L.P. — 15.00000% |
| 08-Oct-2009 | Davis Offshore, L.P. designates LLOG Exploration Offshore, Inc. as operator. NE1/4 of Block 201, Green Canyon from surface to 17,000' TVD. |
| 31-Aug-2010 | LLOG Exploration Offshore, Inc. changed its name (by conversion) to LLOG Exploration Offshore, L.L.C., effective 12/31/2009. |
| 02-Sep-2010 | Unit suspension of operations approved from 06/04/2010 through 06/22/2010.  Unit Contract No. 754393016 consists of G11043, G12209, G12210. |
| 02-Sep-2010 | Unit suspension of operations approved from 07/12/2010 through 11/30/2010.  Unit Contract No. 754393016 consists of G11043, G12209, G12210. |
| 26-Nov-2010 | Directed SOO for 07/12/2010 terminated 10-13-2010. |
| 22-Apr-2015 | Operating rights interest is now held as follows, effective 6/1/2014:<br>NE/4 of Block 201, Green Canyon from surface to 17000' TVD.<br>Fieldwood Energy Offshore LLC — 15.00000%<br>LLOG Exploration Offshore, L.L.C. — 85.00000% |
| 22-Apr-2015 | Shell Offshore Inc. designates Shell Offshore Inc. as operator. S1/2; NW1/4 of Block 201, Green Canyon; and NE1/4 of Block 201, Green Canyon from 17,000' TVDSS and below. |
| 22-Apr-2015 | Fieldwood Energy Offshore LLC designates LLOG Exploration Offshore, L.L.C. as operator. NE1/4 of Block 201, Green Canyon from surface to 17,000' TVDSS. |
| 22-Apr-2015 | LLOG Exploration Offshore, L.L.C. designates LLOG Exploration Offshore, L.L.C. as operator. NE1/4 of Block 201, Green Canyon from surface to 17,000' TVDSS. |
| 01-Jun-2015 | Shell Offshore Inc. designates Fieldwood Energy Offshore LLC as operator. S1/2; NW1/4 of Block 201, Green Canyon; and NE1/4 of Block 201, Green Canyon from 17,000' TVDSS and below. |

**LLOG-000002**

| Date | Entry |
|---|---|
| **01-Jun-2015** | Marathon Oil Company designates Fieldwood Energy Offshore LLC as operator. S1/2; NW1/4 of Block 201, Green Canyon; and NE1/4 of Block 201, Green Canyon from 17,000' TVDSS and below. and S1/2; SW1/4 of Block 201, Green Canyon. |
| **26-Aug-2015** | Record title interest is now held as follows, effective 1/1/2015:<br>Marathon Oil Company    50.00001%<br>Fieldwood Energy Offshore LLC    49.99999% |
| **26-Aug-2015** | Fieldwood Energy Offshore LLC designates Fieldwood Energy Offshore LLC as operator. S1/2; NW1/4 of Block 201, Green Canyon; and NE1/4 of Block 201, Green Canyon from 17,000' TVDSS and below. |
| **20-Jan-2016** | Held by prior production, production ceased on 11/13/2015. |
| **19-Feb-2016** | Production resumed on 02/02/2016. |
| **20-Dec-2017** | Held by prior production, production ceased on 10/05/2017. |
| **22-Jan-2018** | Held by prior production, production ceased on 10/05/2017. |
| **20-Feb-2018** | Held by prior production, production ceased on 10/05/2017. |
| **19-Mar-2018** | Production resumed on 01/27/2018. |
| **31-Jul-2018** | Record title interest is now held as follows, effective 4/1/2018:<br>Fieldwood Energy LLC    50.00001%<br>Fieldwood Energy Offshore LLC    49.99999% |
| **31-Jul-2018** | Fieldwood Energy LLC designates LLOG Exploration Offshore, L.L.C. as operator. NE1/4 of Block 201, Green Canyon, covering those depths from surface down to 17,000'feet TVDSS. |
| **31-Jul-2018** | Fieldwood Energy LLC designates Fieldwood Energy Offshore LLC as operator. S1/2; NW1/4 of Block 201, Green Canyon, as to all depths; and the NE1/4 of Block 201, Green Canyon, covering those depths from 17,000' TVDSS and below. |
| **22-Aug-2018** | Record title interest is now held as follows, effective 4/1/2018:<br>Fieldwood Energy Offshore LLC    100.00000% |

LLOG-000003