

# Operator Invoice - JIB

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX  77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD, SUITE 100<br>COVINGTON, LA  70433-0000<br>(985) 801-4300 | Op Accounting Month<br>Invoice Number<br>Invoice Date<br>Invoiced<br>Disputed<br>Accepted | February 2020<br>20020100<br>28-Feb-2020<br>595,022.48<br><br>595,022.48 |

| Cost Center | AFE | Description | Amount | Cash Call | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| 85233008 | 1 | DUMMY AFE  << Statement 20020100 >> | 109,243.54 | | 109,243.54 | | 109,243.54 |
| 85233009 | 1 | DUMMY AFE  << Statement 20020100 >> | 1,491.18 | | 1,491.18 | | 1,491.18 |
| 85233009 | P19233009-1 | GC 157 #3 ST01 - P&A WELL  << Statement 20020100 >> | 481,051.72 | | 481,051.72 | | 481,051.72 |
| 85233009 | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF  << Statement 20020100 >> | 3,236.04 | | 3,236.04 | | 3,236.04 |
| Report Total | | | 595,022.48 | | 595,022.48 | | 595,022.48 |

# Statement 20020100

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20020100<br>February 2020<br>109,243.54<br><br>109,243.54 |

|  | Operator |  |
|---|---|---|
| AFE | 1 | DUMMY AFE, |
| Cost Center | 85233008 | OCS-G 12210 # 1 ST2 (GC201) |

|  |  |  |  | Amounts | | | |
|---|---|---|---|---|---|---|---|
| OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | |
| **LEASE OPERATING EXPENSES** | | | | | | | |
| 10.400100200000 | PERMITS/SURVEYING | 15.00000000 | Nov 19 | 3,541.00 | 531.15 | | 531.15 |
| ($531.15) AFE: 1 VENDOR BSEE INVOICE 8160408IR amt 531.15. | | | | | | | |
| 10.400100600000 | ENGNR/SUPRVSN/TECH/CONSULT | 15.00000000 | Dec 19 | 9,204.76 | 1,380.72 | | 1,380.72 |
| ($1,380.72) AFE 1 VENDOR PINNACLE ENGINEERING, INC  INVOICE 20111001 amt 130.09. VENDOR CLARUS SUBSEA INTEGRITY INC  INVOICE 10133INV40074258 amt 1250.63. | | | | | | | |
| 10.400102010000 | MISC SERVICES/LABOR (WATER) | 15.00000000 | Dec 19 | 883.92 | 132.59 | | 132.59 |
| ($132.59) AFE  1 VENDOR ENVEN ENERGY VENTURES LLC  INVOICE 1219GC157 amt 132.59. | | | | | | | |
| 10.400102020000 | MISC SERVICES/LABOR (OIL) | 15.00000000 | Dec 19 | 604,526.95 | 90,679.04 | | 90,679.04 |
| ($90,679.04) AFE: 1 VENDOR ENVEN ENERGY VENTURES LLC  INVOICE 1219GC157 amt 90679.04. | | | | | | | |
| 10.400102030000 | MISC SERVICES/LABOR (GAS) | 15.00000000 | Dec 19 | 56,186.18 | 8,427.93 | | 8,427.93 |
| ($8,427.93) AFE: 1 VENDOR ENVEN ENERGY VENTURES LLC  INVOICE 1219GC157 amt 8427.93. | | | | | | | |
| 10.400102500000 | ADMINISTRATIVE OVERHEAD | 15.00000000 | Dec 19 | 53,947.43 | 8,092.11 | | 8,092.11 |
| ($8,092.11) AFE: 1 VENDOR LLOG EXPLORATION COMPANY LLC  INVOICE 0220OHJESG amt 8092.11. | | | | | | | |
| | | **Total LEASE OPERATING EXPENSES** | | 728,290.24 | 109,243.54 | | 109,243.54 |
| | | | **Total Expense** | 728,290.24 | 109,243.54 | | 109,243.54 |
| | | | **Total Statement** | 728,290.24 | 109,243.54 | | 109,243.54 |

# Statement 20020100

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20020100<br>February 2020<br>1,491.18<br><br>1,491.18 |

|  | Operator |  |
|---|---|---|
| AFE | 1 | DUMMY AFE |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | |
| **LEASE OPERATING EXPENSES** | | | | | | | |
| 10.400100600000 | ENGNR/SUPRVSN/TECH/CONSULT | 15.00000000 | Dec 19 | 9,204.74 | 1,380.72 | | 1,380.72 |
| ($1,380.72) AFE 1 VENDOR PINNACLE ENGINEERING INC INVOICE 20111001 amt 130.09, VENDOR CLARUS SUBSEA INTEGRITY INC. INVOICE 10133INV40074258 amt 1250.63 | | | | | | | |
| 10.400102500000 | ADMINISTRATIVE OVERHEAD | 15.00000000 | Dec 19 | 736.38 | 110.46 | | 110.46 |
| ($110.46) AFE 1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0220OHJESG amt 110.46 | | | | | | | |
| | | **Total LEASE OPERATING EXPENSES** | | 9,941.12 | 1,491.18 | | 1,491.18 |
| | | | **Total Expense** | 9,941.12 | 1,491.18 | | 1,491.18 |
| | | | **Total Statement** | 9,941.12 | 1,491.18 | | 1,491.18 |

## Statement 20020100

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20020100<br>February 2020<br>481,051.72<br><br>481,051.72 |

| | Operator | | |
|---|---|---|---|
| AFE | P19233009-1 | GC 157 #3 ST01 - P&A WELL | |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 | |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |

**Expense**

**LEASE OPERATING EXPENSES**

| | 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Dec 19 | 147,477.29 | 22,121.62 | | 22,121.62 |
|---|---|---|---|---|---|---|---|---|

($22,121.62) AFE P19233009-1 VENDOR HALLIBURTON ENERGY SRVCS INC INVOICE 9505205539JH amt 10142.89, VENDOR HANCOCK WHITNEY BANK INVOICE 1391012720 amt 107.85, INVOICE 1391122719 amt 61.51, VENDOR LA DEPT OF REVENUE INVOICE 16619170022020 amt 1.98, INVOICE 16619170022020 amt 1.98, INVOICE 16619170022020R amt 1.98-, VENDOR NAUTICAL SOLUTIONS, LLC INVOICE 2600009204 amt 1487.50-, INVOICE 2600009205 amt 5950.00, VENDOR VISION COMMUNICATIONS LLC INVOICE 7001020120R amt 3.59, VENDOR UNITED VISION LOGISTICS INVOICE 2620190JH amt 38.28, INVOICE 2622662JH amt 59.90, INVOICE 2623595JH amt 161.02, INVOICE 2623643JH amt 161.02, INVOICE 2623817JH amt 168.85, INVOICE 2624236JH amt 165.04, INVOICE 2624238JH amt 257.92, INVOICE 2624392JH amt 28.36, INVOICE 2624501JH amt 161.02, INVOICE 2624831JH amt 600.51, INVOICE 2624832JH amt 37.80, INVOICE 2648088 amt 38.28, INVOICE 2648297 amt 38.28, VENDOR AMERICAN EAGLE LOGISTICS LLC INVOICE 1359309JH amt 45.59, INVOICE 1360138JH amt 31.15, INVOICE 1360300JH amt 174.34, INVOICE 1360690JH amt 86.47, INVOICE 1360692JH amt 86.47, INVOICE 1360693JH amt 86.47, INVOICE 1360694JH amt 86.47, INVOICE 1361639JH amt 102.38, INVOICE 1361804JH amt 25.58, INVOICE 1362287JH amt 44.37, INVOICE 1362717JH amt 34.93, INVOICE 1362728JH amt 41.76, INVOICE 1362900JH amt 25.23, INVOICE 1362972JH amt 90.31, VENDOR BENCHMARK MARINE SERVICES LLC INVOICE 1800001522 amt 1487.50-, INVOICE 1800001623 amt 5950.00

| | 10.400202420000 | P&A LOCATION COSTS | 15.00000000 | Dec 19 | (425.00) | (63.75) | | (63.75) |
|---|---|---|---|---|---|---|---|---|

(-$63.75) AFE P19233009-1 VENDOR FUGRO USA MARINE INC INVOICE 200100109R amt 63.75-

| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Dec 19 | 1,965,916.41 | 294,887.48 | | 294,887.48 |
|---|---|---|---|---|---|---|---|---|

($294,887.48) AFE: P19233009-1 VENDOR GRAND ISLE SHIPYARD INC INVOICE 10374760JH amt 82.50, INVOICE 10377095 amt 59.55, INVOICE 10377434 amt 1785.00-, INVOICE 10377439 amt 2424.62, INVOICE 10377639 amt 6.60, INVOICE 10377981 amt 96.26, INVOICE 641080 amt 35.39, VENDOR HALLIBURTON ENERGY SRVCS INC INVOICE 9505197190 amt 84696.21, INVOICE 9505210645JH amt 2987.55, INVOICE 9505296941 amt 9019.31-, VENDOR MAGNUM MUD EQUIPMENT CO INC INVOICE 159025 amt 2390.85 VENDOR M M INDUSTRIES, INC. INVOICE 33238JH amt 30.75, VENDOR QUAIL TOOLS, LP INVOICE 419539JH amt 21.36, INVOICE 419538RJH amt 21.36-, VENDOR QUALITY RENTAL TOOLS INC INVOICE H41133 amt 267.01, VENDOR STABIL DRILL INVOICE 56287310 amt 147.00, INVOICE 56287310R amt 147.00-, VENDOR MI SWACO INVOICE 900320956JH amt 989.25, INVOICE 900327720JH amt 1978.50, VENDOR TETRA TECHNOLOGIES INC INVOICE 1193145RJH amt 6877.50, INVOICE 1193244RI amt 8438.74, VENDOR ENVIRONMENTAL ENTERPRISES USA INVOICE 108858JH amt 9.00, INVOICE 109317 amt 11.25, VENDOR GULFSTREAM SERVICES, INC INVOICE 166107JH amt 44751.30, VENDOR FMC TECHNOLOGIES, INC INVOICE 92405646 amt 363.85, VENDOR CLEAN TANK, L L C INVOICE 33000007993 amt 2662.86, VENDOR MACDERMID OFFSHORE SOLUTIONS INVOICE 920034762 amt 29.75, INVOICE 920034762R amt 1.69, VENDOR DEEP TREND INC INVOICE 7130 amt 11166.91, VENDOR RPS GROUP INC DBA RPS INVOICE 72611 amt 1260.00, VENDOR DIVERSIFIED WELL LOGGING LLC INVOICE D190JH amt 1761.38, VENDOR BENOIT PREMIUM

| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Dec 19 | 198,177.71 | 29,726.68 | | 29,726.68 |
|---|---|---|---|---|---|---|---|---|

($29,726.68) AFE P19233009-1 VENDOR OFFICE OF NATURAL RES REVENUE INVOICE 81604095 amt 4575.00, VENDOR EAGLE CONSULTING, LLC INVOICE 20191383JH amt 2909.44, INVOICE 20191409JH amt 2878.13, VENDOR MI SWACO INVOICE 900320956JH amt 577.50, INVOICE 900327720JH amt 1155.00, VENDOR PINNACLE ENGINEERING INC INVOICE 20111101JH amt 1908.68, INVOICE 20111102R amt 157.82-, INVOICE 20111102R2 amt 157.82, INVOICE 20111103 amt 141.92, VENDOR DC INTERNATIONAL, INC. INVOICE 38352JH amt 3866.56, VENDOR EXPRESS SUPPLY AND STEEL LLC INVOICE 138384JH amt 24.65, VENDOR BSEE INVOICE 81604079JH amt 18.75, VENDOR GARY WINSTEAD INVOICE 013120 amt 39.12, VENDOR JERRY A. GREENE INVOICE 121819 amt 33.48, VENDOR DEEPWATER SUBSEA LLC INVOICE 1550JH amt 720.00, INVOICE 1573JH amt 2201.24, INVOICE 1585JH amt 2520.00, VENDOR PLANNING THRU COMPLETION LLC INVOICE 7474JH amt 2923.13, VENDOR RUSCO OPERATING, LLC INVOICE INV117688JH amt 726.00, VENDOR LLOG EXPLORATION COMPANY LLC INVOICE OFFSHORE-425-2020/1 amt 2707.65.

| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Dec 20 | 764,347.09 | 114,652.07 | | 114,652.07 |
|---|---|---|---|---|---|---|---|---|

($114,652.07) AFE: P19233009-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0220OHJESG amt 114652.07.

| | 10.400203450000 | RIG ALLOCATIONS | 15.00000000 | Dec 19 | 131,517.47 | 19,727.62 | | 19,727.62 |
|---|---|---|---|---|---|---|---|---|

($19,727.62) AFE: P19233009-1 VENDOR LLOG EXPLORATION OFFSHORE LLC INVOICE 20010060JH amt 19727.62

| | | | **Total LEASE OPERATING EXPENSES** | | 3,207,010.97 | 481,051.72 | | 481,051.72 |
|---|---|---|---|---|---|---|---|---|
| | | | **Total Expense** | | 3,207,010.97 | 481,051.72 | | 481,051.72 |
| | | | **Total Statement** | | 3,207,010.97 | 481,051.72 | | 481,051.72 |

| Invoice Number | 20020100 | Partner 34876 FIELDWOOD ENERGY LLC | Operator LLOG EXPLORATION COMPANY LLC | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Operator | | | | | | | |
| AFE | P19233009-1 | GC 157 #3 ST01 - P&A WELL, | | | | | | |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 | | | | | | |
| | | | | | | Amounts | | |
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |

# Statement 20020100

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20020100<br>February 2020<br>3,236.04<br><br>3,236.04 |

| | Operator | |
|---|---|---|
| AFE | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF, |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Nov 19 | 309.72 | 46.46 | | 46.46 |
| ($46.46) AFE P19233009-2 VENDOR AMERICAN EAGLE LOGISTICS LLC INVOICE 1356137JH amt 46.46 | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Dec 19 | 17,191.00 | 2,578.65 | | 2,578.65 |
| ($2,578.65) AFE P19233009-2 VENDOR FMC TECHNOLOGIES INC INVOICE 92398649 amt 2578.65 | | | | | | | | |
| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Nov 19 | 1,142.00 | 171.30 | | 171.30 |
| ($171.30) AFE P19233009-2 VENDOR BSEE INVOICE 81604080R2 amt 171.30 | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Dec 19 | 2,930.91 | 439.63 | | 439.63 |
| ($439.63) AFE P19233009-2 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0220OHJESG amt 439.63 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 21,573.63 | 3,236.04 | | 3,236.04 |
| | | | | **Total Expense** | 21,573.63 | 3,236.04 | | 3,236.04 |
| | | | | **Total Statement** | 21,573.63 | 3,236.04 | | 3,236.04 |