

# Operator Invoice - JIB

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Op Accounting Month<br>Invoice Number<br>Invoice Date<br>Invoiced<br>Disputed<br>Accepted | March 2020<br>20030087<br>31-Mar-2020<br>573,221.36<br>576,420.66<br>(3,199.30) |

| Cost Center | AFE | Description | Amount | Cash Call | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| 85233002 | 1 | DUMMY AFE  << Statement 20030087 >> | 8.10 | | 8.10 | | 8.10 |
| 85233002 | P18233002-1 | GC 157 #1 - PLUGBACK  << Statement 20030087 >> | 553,820.10 | | 553,820.10 | 553,820.10 | |
| 85233008 | 1 | DUMMY AFE  << Statement 20030087 >> | 22,611.82 | | 22,611.82 | | 22,611.82 |
| 85233009 | 1 | DUMMY AFE  << Statement 20030087 >> | 22,611.82 | | 22,611.82 | 22,600.56 | 11.26 |
| 85233009 | P19233009-1 | GC 157 #3 ST01 - P&A WELL  << Statement 20030087 >> | (26,511.96) | | (26,511.96) | | (26,511.96) |
| 85233009 | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF  << Statement 20030087 >> | 681.48 | | 681.48 | | 681.48 |
| Report Total | | | 573,221.36 | | 573,221.36 | 576,420.66 | (3,199.30) |

# Statement 20030087

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20030087<br>March 2020<br>8.10<br><br>8.10 |

| | Operator | | |
|---|---|---|---|
| AFE | 1 | DUMMY AFE, | |
| Cost Center | 85233002 | OCS-G 12210 #2ST01 FKA 24154#1 | |

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400102000000 | MISC SERVICES/LABOR | 15.00000000 | Oct 19 | 50.00 | 7.50 | | 7.50 |
| ($7.50) AFE 1 VENDOR ENVIRONMENTAL ENTERPRISES USA INVOICE 107176 amt 3.75 INVOICE 109922 amt 3.75 | | | | | | | | |
| | 10.400102500000 | ADMINISTRATIVE OVERHEAD | 15.00000000 | Oct 19 | 4.00 | 0.60 | | 0.60 |
| ($0.60) AFE 1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 03200HJESG amt .60 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 54.00 | 8.10 | | 8.10 |
| | | | **Total Expense** | | 54.00 | 8.10 | | 8.10 |
| | | | **Total Statement** | | 54.00 | 8.10 | | 8.10 |

# Statement 20030087

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20030087<br>March 2020<br>553,820.10<br>553,820.10 |

| | Operator | | |
|---|---|---|---|
| AFE | P18233002-1 | GC 157 #1 - PLUGBACK | |
| Cost Center | 85233002 | OCS-G 12210 #2ST01 FKA 24154#1 | |

| OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | |
| **LEASE OPERATING EXPENSES** | | | | | | | |
| 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Jan 20 | 529,085.40 | 79,362.87 | 79,362.87 | |

($79,362.87) AFE P18233002-1 VENDOR PACKARD TRUCK LINES LLC INVOICE 117454JH amt 846.90, INVOICE 117471JH amt 730.59, VENDOR HANCOCK WHITNEY BANK INVOICE 1391012720JH3 amt 48.66, VENDOR RIGNET, INC. INVOICE 201100251JH amt 10.33 VENDOR NAUTICAL SOLUTIONS LLC INVOICE 2600009166JH amt 2307.34 INVOICE 2600009205JH amt 337.50, INVOICE 2600009208JH3 amt 31003.35, VENDOR BRISTOW U S LLC INVOICE 90024195JH3 amt 35649.54 VENDOR VISION COMMUNICATIONS LLC INVOICE 1507010120JH amt 49, INVOICE 7001020120JH3 amt 58.78 VENDOR UNITED VISION LOGISTICS INVOICE 2633552JH amt 161.02 INVOICE 2636108JH amt 71.46, INVOICE 2636128JH amt 49.59, INVOICE 2637061JH amt 134.89 INVOICE 2639773JH amt 143.54 INVOICE 2642365JH amt 116.93 INVOICE 2642374JH amt 64.40, INVOICE 2642375JH amt 140.59 INVOICE 2643148JH amt 573.15 VENDOR AMERICAN EAGLE LOGISTICS LLC INVOICE 1364311JH amt 25.23 INVOICE 1368545RJH amt 59.68, INVOICE 1368793JH amt 157.98, INVOICE 1369874JH amt 66.79, INVOICE 1370054JH amt 34.93 INVOICE 1370325JH amt 80.86 INVOICE 1370720JH amt 121.89 INVOICE 1370802JH amt 84.78 INVOICE 1370905JH amt 47.16, INVOICE 1371140JH amt 31.15, INVOICE 1371549JH amt 77.90 INVOICE 1372212JH amt 104.62 INVOICE 1372213JH amt 152.32 INVOICE 1372214JH amt 152.32, INVOICE 1372343JH amt 53.02 INVOICE 1373010JH amt 37.62 INVOICE 1373129JH amt 62.29, INVOICE 1373291JH amt 61.34 INVOICE 1373340JH amt 83.32, INVOICE 1373341JH amt 111.31, INVOICE 1373342JH amt 152.32, INVOICE 1373346JH amt

| 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Jan 20 | 2,545,183.26 | 381,777.53 | 381,777.53 | |

($381,777.53) AFE P18233002-1 VENDOR DRILL-TECH ENVIRONMENTAL INVOICE DTE5152JH amt 514.50 INVOICE DTE5162JH amt 220.50, VENDOR EXPEDITORS & PRODUCTION INVOICE 39591JH amt 2030.47, INVOICE 39595JH3 amt 4136.45 VENDOR GRAND ISLE SHIPYARD, INC.; INVOICE 10377434JH amt 101.25- INVOICE 10377439JH amt 137.53, INVOICE 10377950JH amt 113.81, INVOICE 10378570JH amt 58.56, INVOICE 10380746JH amt 1548.50 INVOICE 10380967JH amt 1140.00, INVOICE 641080JH amt 2.34 VENDOR HALLIBURTON ENERGY SRVCS INC INVOICE 9505262867JH amt 3163.87, INVOICE 9505264975JH amt 6666.62, INVOICE 9505265890JH amt 24813.64 INVOICE 9505265085JH amt 409.50 INVOICE 9505265710JH amt 2013.03, INVOICE 9505283599JH amt 1808.48, INVOICE 9505283803JH amt 1069.92 VENDOR MAGNUM MUD EQUIPMENT CO, INC. INVOICE 159103JH amt 107.70 INVOICE 159129JH amt 1308.30 VENDOR M M INDUSTRIES, INC. INVOICE 33236JH amt 393.60 VENDOR QUAIL TOOLS LP INVOICE 420340JH amt 21.00 VENDOR QUALITY RENTAL TOOLS INC. INVOICE H41146JH amt 5890.14, VENDOR STABIL DRILL INVOICE 56287310RJH amt 147.00, VENDOR JOHN W STONE OIL DISTRIBUTOR INVOICE FO81004INJH amt 498.60. INVOICE FT06167INJH amt 27.00. INVOICE FT06214INJH amt 351.00 VENDOR MI SWACO INVOICE 900343745JH amt 4752.90, INVOICE 900347407JH amt 5053.08 VENDOR TRUSSCO, INC. INVOICE SI023402JH amt 5504.66 VENDOR TUBOSCOPE NATIONAL OILWELL INVOICE 5169006JH amt 121.19, VENDOR TETRA TECHNOLOGIES INC. INVOICE 1193203RIJH amt 59409.00 INVOICE 1193245RIJH amt 35666

| 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Dec 19 | 344,373.10 | 51,656.00 | 51,656.00 | |

($51,656.00) AFE P18233002-1 VENDOR COMMUNITY COFFEE CO L L C INVOICE 12865000786JH amt 60.44, VENDOR EAGLE CONSULTING, LLC INVOICE 20200005JH amt 913.13, INVOICE 20200035JH amt 3168.56, INVOICE 20200067JH amt 1973.54, VENDOR EXPEDITORS & PRODUCTION INVOICE 39590JH amt 512.10, INVOICE 39592JH amt 3855.75 VENDOR M M INDUSTRIES, INC. INVOICE 33386JH amt 246.00, VENDOR MI SIVACO INVOICE 900347407JH amt 4739.22, VENDOR ENVIRONMENTAL ENTERPRISES USA INVOICE 109619JH amt 18.75 INVOICE 109621JH amt 3.75, VENDOR DAVID GUIDRY INVOICE 013120JH3 amt 64.80, VENDOR DC INTERNATIONAL, INC. INVOICE 38394JH amt 955.16, INVOICE 38433JH amt 2831.25, VENDOR HAMILTON ENGINEERING INC. INVOICE 7010214JH amt 3985.13, VENDOR DRILLING SUPERVISORS, INC. INVOICE 3817JH amt 1629.75 VENDOR BSEE INVOICE 81604085JH amt 18.75, VENDOR GARY WINSTEAD INVOICE 013120JH3 amt 79.46, VENDOR CHRISTOPHER R SMITH INVOICE 021020JH3 amt 31.56, VENDOR DEEPWATER SUBSEA LLC INVOICE 1639RJH amt 2004.06, VENDOR BAKER HUGHES INVOICE 910742281JH amt 13295.14, VENDOR PLANNING THRU COMPLETION LLC INVOICE 7565JH amt 1843.13, INVOICE 7580JH amt 1843.13, VENDOR RUSCO OPERATING, LLC INVOICE INV12137&JH amt 299.85, INVOICE INV123167JH amt 1794.30, INVOICE INV123549JH amt 2271.31, INVOICE INV125008JH amt 1148.75, INVOICE INV127299JH3 amt 1013.03, VENDOR LLOG EXPLORATION COMPANY LLC INVOICE OFFSHORE-1030-2020/1 amt 342.72, INVOICE OFFSHORE-425-2020/1J amt 385.83, INVOICE OFSHR-1026-2019/12JH amt 323.65

| 10.400202450000 | P&A OVERHEAD | 15.00000000 | Dec 20 | 273,491.34 | 41,023.70 | 41,023.70 | |

($41,023.70) AFE P18233002-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0320OHJESG amt 41023.70

| | | | **Total LEASE OPERATING EXPENSES** | 3,692,133.10 | 553,820.10 | 553,820.10 | |
| | | | **Total Expense** | 3,692,133.10 | 553,820.10 | 553,820.10 | |
| | | | **Total Statement** | 3,692,133.10 | 553,820.10 | 553,820.10 | |

**Property Dispute**   ⛔ 2020-04-14 10:56:48 AM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Our records indicate that we have not approved this AFE to date. LLOG rescinded this AFE

# Statement 20030087

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20030087<br>March 2020<br>22,611.82<br><br>22,611.82 |

|  | Operator | | |
|---|---|---|---|
| AFE | 1 | DUMMY AFE | |
| Cost Center | 85233008 | OCS-G 12210 # 1 ST2 (GC201) | |

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400102000000 | MISC SERVICES/LABOR | 15.00000000 | Oct 19 | 75.00 | 11.26 | | 11.26 |
| ($11.26) AFE 1 VENDOR ENVIRONMENTAL ENTERPRISES USA INVOICE 107176 amt 5.63 INVOICE 109522 amt 5.63 | | | | | | | | |
| | 10.400102020000 | MISC SERVICES/LABOR (OIL) | 15.00000000 | Jan 20 | 126,755.65 | 19,013.35 | | 19,013.35 |
| ($19,013.35) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE 0120GC157 amt 19013.35 | | | | | | | | |
| | 10.400102030000 | MISC SERVICES/LABOR (GAS) | 15.00000000 | Jan 20 | 11,700.00 | 1,755.00 | | 1,755.00 |
| ($1,755.00) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE 0120GC157 amt 1755.00 | | | | | | | | |
| | 10.400102250000 | LEASE FUEL AND METERS | 15.00000000 | Jan 20 | 1,048.39 | 157.26 | | 157.26 |
| ($157.26) AFE 1 VENDOR WILLIAMS FIELD SERVICES CO INVOICE 4118862809 amt 157.26 | | | | | | | | |
| | 10.400102500000 | ADMINISTRATIVE OVERHEAD | 15.00000000 | Jan 20 | 11,166.32 | 1,674.95 | | 1,674.95 |
| ($1,674.95) AFE 1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0320OHJESG amt 1674.95 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 150,745.36 | 22,611.82 | | 22,611.82 |
| | | | **Total Expense** | | 150,745.36 | 22,611.82 | | 22,611.82 |
| | | | **Total Statement** | | 150,745.36 | 22,611.82 | | 22,611.82 |

**Property Dispute** — 2020-06-24 12:09:05 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Fieldwood agrees to pay

**Property Dispute** — 2020-05-12 9:00:21 AM - From LLOG EXPLORATION CO (Shelly Gisevius) to Kandyce Hunt (FIELDWOOD ENERGY LLC), JIBs NON-OP (FIELDWOOD ENERGY LLC)
The dates for these charges were prior to 01/15/20 when Fieldwood went non-consent, therefore they are owed.

2020-05-04 11:20:26 AM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO (Shelly Gisevius)
As of 01/01/2020 Fieldwood went Non-Consent

# Statement 20030087

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20030087<br>March 2020<br>22,611.82<br>22,600.56<br>11.26 |

|  | Operator | | |
|---|---|---|---|
| AFE | 1 | DUMMY AFE | |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 | |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400102000000 | MISC SERVICES/LABOR | 15.00000000 | Oct 19 | 75.00 | 11.26 | | 11.26 |
| ($11.26) AFE 1 VENDOR ENVIRONMENTAL ENTERPRISES USA INVOICE 107176 amt 5.63, INVOICE 109522 amt 5.63 | | | | | | | | |
| | 10.400102020000 | MISC SERVICES/LABOR (OIL) | 15.00000000 | Jan 20 | 126,755.66 | 19,013.35 | 19,013.35 | |
| ($19,013.35) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE 0120GC157 amt 19013.35 | | | | | | | | |
| | 10.400102030000 | MISC SERVICES/LABOR (GAS) | 15.00000000 | Jan 20 | 11,700.00 | 1,755.00 | 1,755.00 | |
| ($1,755.00) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE 0120GC157 amt 1755.00 | | | | | | | | |
| | 10.400102250000 | LEASE FUEL AND METERS | 15.00000000 | Jan 20 | 1,048.39 | 157.26 | 157.26 | |
| ($157.26) AFE 1 VENDOR WILLIAMS FIELD SERVICES CO INVOICE 4118852809 amt 157.26 | | | | | | | | |
| | 10.400102500000 | ADMINISTRATIVE OVERHEAD | 15.00000000 | Jan 20 | 11,166.32 | 1,674.95 | 1,674.95 | |
| ($1,674.95) AFE 1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0320OHJESG amt 1674.95 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 150,745.37 | 22,611.82 | 22,600.56 | 11.26 |
| | | | | **Total Expense** | 150,745.37 | 22,611.82 | 22,600.56 | 11.26 |
| | | | | **Total Statement** | 150,745.37 | 22,611.82 | 22,600.56 | 11.26 |

| | | |
|---|---|---|
| **Property Dispute** | | 2020-06-24 12:08:35 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO (Shelly Gisevius)<br>Processed the wrong property Fieldwood agrees to pay on property 85233008 |
| **Property Dispute** | | 2020-06-23 12:12:45 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO (Shelly Gisevius)<br>Fieldwood has agreed to pay the previously disputed charges for this property |
| | | 2020-05-12 9:24:07 AM - From LLOG EXPLORATION CO (Shelly Gisevius) to Kandyce Hunt (FIELDWOOD ENERGY LLC), JIBs NON-OP (FIELDWOOD ENERGY LLC)<br>Fieldwood went non-consent as of 01/15/20, therefore the charges invoiced are correct and should be paid by Fieldwood as the service dates were prior to 01/15/20. |
| | | 2020-05-04 11:20:53 AM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO (Shelly Gisevius)<br>This AFE has gone Penalty and the details include as of 01/01/2020 Fieldwood went Non-Consent |

| Invoice Number | 20030087 | | Partner 34876 FIELDWOOD ENERGY LLC | | Operator | LLOG EXPLORATION COMPANY LLC | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Operator | | | | | | | |
| AFE | | 1 | DUMMY AFE | | | | | | |
| Cost Center | | 85233009 | OCS-G 24154 #3 STK1 | | | | | | |
| | | | | | | | Amounts | | |
| | | OP Account | Minor Account Description | | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| | | Property Dispute | 2020-06-23 10:13:51 AM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO Fieldwood agrees to pay the charges on this well | | | | | | | |

# Statement 20030087

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20030087<br>March 2020<br><br>(26,511.96)<br><br>(26,511.96) |

| | Operator | | |
|---|---|---|---|
| AFE | P19233009-1 | GC 157 #3 ST01 - P&A WELL | |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 | |

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | | |
| **LEASE OPERATING EXPENSES** | | | | | | | | |
| | 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Dec 19 | 9,948.64 | 1,492.30 | | 1,492.30 |
| ($1,492.30): AFE P19233009-1 VENDOR LA DEPT OF REVENUE INVOICE 16619170023020 amt 4.80 VENDOR BENCHMARK MARINE SERVICES LLC INVOICE 1800001609A amt 1487.50 | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Dec 19 | (172,906.66) | (25,935.99) | | (25,935.99) |
| (-$25,935.99) AFE P19233009-1 VENDOR HALLIBURTON ENERGY SRVCS, INC INVOICE 9505197190A amt 84896.21, INVOICE 9505197190R amt 84896.21-; VENDOR TETRA TECHNOLOGIES INC INVOICE 1193299RI amt 261.35-; INVOICE 1193300RI amt 4923.50-; VENDOR SEADRILL GULF OPERATIONS INVOICE 113007150 amt 5817.29; VENDOR ADVANCED TOOL & SUPPLY LLC INVOICE 5512R amt 28116.05-; VENDOR HOOVER OFFSHORE LLC INVOICE SI05684 amt 108.11 VENDOR AQUILA SYSTEMS LLC INVOICE 1002020521 amt 1439.51 | | | | | | | | |
| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Mar 20 | (696.13) | (104.42) | | (104.42) |
| (-$104.42) AFE P19233009-1 VENDOR ENVIRONMENTAL ENTERPRISES USA INVOICE 109619 amt 18.75 VENDOR PINNACLE ENGINEERING INC INVOICE 20111103R amt 141.92- VENDOR BSEE INVOICE 81604097 amt 18.75 | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Dec 20 | (13,092.33) | (1,963.85) | | (1,963.85) |
| (-$1,963.85) AFE P19233009-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0320OHJESG amt 1963.85- | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | (176,746.48) | (26,511.96) | | (26,511.96) |
| | | | | **Total Expense** | (176,746.48) | (26,511.96) | | (26,511.96) |
| | | | | **Total Statement** | (176,746.48) | (26,511.96) | | (26,511.96) |

# Statement 20030087

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20030087<br>March 2020<br>681.48<br><br>681.48 |

|  | Operator | |
|---|---|---|
| AFE | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF, |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Feb 20 | 4,206.63 | 631.00 | | 631.00 |
| ($631.00) AFE P19233009-2 VENDOR PINNACLE ENGINEERING, INC. INVOICE 20111103R amt 141.92 INVOICE 20111104 amt 489.08 | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Feb 20 | 336.53 | 50.48 | | 50.48 |
| ($50.48) AFE P19233009-2 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 03200HJESG amt 50.48 | | | | | | | | |
| | | | Total LEASE OPERATING EXPENSES | | 4,543.16 | 681.48 | | 681.48 |
| | | | | Total Expense | 4,543.16 | 681.48 | | 681.48 |
| | | | | Total Statement | 4,543.16 | 681.48 | | 681.48 |