

# Operator Invoice - JIB

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX  77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA  70433-0000<br>(985) 801-4300 | Op Accounting Month<br>Invoice Number<br>Invoice Date<br>Invoiced<br>Disputed<br>Accepted | October 2020<br>20100088<br>30-Oct-2020<br>1,991.33<br>2,311.87<br>(320.54) |

| Cost Center | AFE | Description | Amount | Cash Call | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| 85233008 | 1 | DUMMY AFE  << Statement 20100088 >> | (447.45) | | (447.45) | | (447.45) |
| 85233009 | 1 | DUMMY AFE  << Statement 20100088 >> | (229.49) | | (229.49) | | (229.49) |
| 85233009 | P19233009-1 | GC 157 #3 ST01 - P&A WELL  << Statement 20100088 >> | 356.40 | | 356.40 | | 356.40 |
| INTEREST ON PAST DUE BALANCE | | NO PROPERTY ASSIGNED  << Statement 20100088 >> | 2,311.87 | | 2,311.87 | 2,311.87 | |
| Report Total | | | 1,991.33 | | 1,991.33 | 2,311.87 | (320.54) |

# Statement 20100088

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20100088<br>October 2020<br>(447.45)<br><br>(447.45) |

|  | Operator |  |
|---|---|---|
| AFE | 1 | DUMMY AFE, |
| Cost Center | 85233008 | OCS-G 12210 # 1 ST3 (GC201) |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400102380000 | ECOLOGICAL/ENVIRONMNTAL/SAFETY | 15.00000000 | Oct 19 | (2,762.05) | (414.31) | | (414.31) |
| (-$414.31) AFE 1 VENDOR LLOG EXPLORATION OFFSHORE LLC INVOICE 20090049JH amt 414.31- | | | | | | | | |
| | 10.400102500000 | ADMINISTRATIVE OVERHEAD | 15.00000000 | Oct 19 | (220.96) | (33.14) | | (33.14) |
| (-$33.14) AFE 1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 10200HJESG amt 33.14- | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | (2,983.01) | (447.45) | | (447.45) |
| | | | | **Total Expense** | (2,983.01) | (447.45) | | (447.45) |
| | | | | **Total Statement** | (2,983.01) | (447.45) | | (447.45) |

# Statement 20100088

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX  77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA  70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20100088<br>October 2020<br>(229.49)<br><br>(229.49) |

| | Operator | | |
|---|---|---|---|
| AFE | 1 | DUMMY AFE. | |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 | |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400102380000 | ECOLOGICAL/ENVIRONMNTAL/SAFETY | 15.00000000 | Oct 19 | (1,416.61) | (212.49) | | (212.49) |
| (-$212.49) AFE 1 VENDOR LLOG EXPLORATION OFFSHORE LLC INVOICE 20090049JH amt 212.49- | | | | | | | | |
| | 10.400102500000 | ADMINISTRATIVE OVERHEAD | 15.00000000 | Oct 19 | (113.33) | (17.00) | | (17.00) |
| (-$17.00) AFE 1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 1020OHJESG amt 17.00- | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | **(1,529.94)** | **(229.49)** | | **(229.49)** |
| | | | | **Total Expense** | **(1,529.94)** | **(229.49)** | | **(229.49)** |
| | | | | **Total Statement** | **(1,529.94)** | **(229.49)** | | **(229.49)** |

# Statement 20100088

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W. SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20100088<br>October 2020<br>356.40<br><br>356.40 |

| | Operator | |
|---|---|---|
| AFE | P19233009-1 | GC 157 #3 ST01 - P&A WELL, |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|
| OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | |
| **LEASE OPERATING EXPENSES** | | | | | | | |
| 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Dec 19 | 2,200.00 | 330.00 | | 330.00 |
| ($330.00) AFE P19233009-1 VENDOR EPS CARGO HANDLERS CO INC INVOICE 7308 amt 330.00 | | | | | | | |
| 10.400202450000 | P&A OVERHEAD | 15.00000000 | Dec 19 | 176.00 | 26.40 | | 26.40 |
| ($26.40) AFE P19233009-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 102OOHJESG amt 26.40 | | | | | | | |
| | | **Total LEASE OPERATING EXPENSES** | | **2,376.00** | **356.40** | | **356.40** |
| | | | **Total Expense** | **2,376.00** | **356.40** | | **356.40** |
| | | | **Total Statement** | **2,376.00** | **356.40** | | **356.40** |

# Statement 20100088

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20100088<br>October 2020<br>2,311.87<br>2,311.87 |

**Operator**
**AFE**
**Cost Center** — INTEREST ON PAST DUE BALANCE — NO PROPERTY ASSIGNED

|  |  |  |  | Amounts | | | |
|---|---|---|---|---|---|---|---|
| OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | |
| **MISCELLANEOUS** | | | | | | | |
| MISC.202002740000 | MISCELLANEOUS CHARGES | 100.00000000 | | 2,311.87 | 2,311.87 | 2,311.87 | |
| ($2,311.87) VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 20100088 amt 2311.87 INTEREST ON PAST DUE BALANCE 3.14% APR | | | | | | | |
| | | | **Total MISCELLANEOUS** | 2,311.87 | 2,311.87 | 2,311.87 | |
| | | | **Total Expense** | 2,311.87 | 2,311.87 | 2,311.87 | |
| | | | **Total Statement** | 2,311.87 | 2,311.87 | 2,311.87 | |

**Property Dispute**  2020-11-04 11:09:43 AM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Fieldwood does not pay interest on unpaid balances