

December 18, 2019

Mr. Charlie Bosch  **Via e-mail**
LLOG Exploration
1001 Ochsner Blvd., Suite 200
Covington, LA 40433

RE: Joint Venture Expenditure Audit
South Timbalier 59 #1 Well
Audit Period: Inception – December 2014
Apache Audit # 15.2.43

Dear Mr. Bosch:

Apache Corporation has completed our review of LLOG's responses relative to the above referenced audit report. We have reviewed the additional information provided relative to exception number B1 and now consider it closed.

We now consider this audit closed. I would like to thank you for your diligent efforts to bring closure to this audit issue.

Sincerely,

Ira Krottinger
JV Audit Manager

APACHE CORPORATION    2000 POST OAK BOULEVARD / SUITE 100 / HOUSTON, TEXAS 77056-4400    TEL (713) 296-6000