# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | ) ) ) | Case No. 20-33948 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

## ATLANTIC MARITIME SERVICES LLC'S WITNESS AND EXHIBIT LIST FOR JUNE 18, 2021 HEARINGS REGARDING CONFIRMATION AND ATLANTIC'S MOTION TO LIFT STAY

Atlantic Maritime Services LLC ("Atlantic") files this Witness and Exhibit List for the hearings regarding confirmation and Atlantic's motion to lift stay (Doc. 1380) to be held on **June 18, 2021 at 9:30 a.m. (prevailing Central Time)** (the "Hearing"):

### WITNESSES

Atlantic may call the following witnesses at the Hearing:

1. Rebuttal witnesses as necessary; and

2. Any witness identified on any other party's Witness List.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

29293954v.1 157399/00002

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | ACCEPT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
|  | Any document or pleading filed in the above-captioned bankruptcy case. |  |  |  |  |  |  |
|  | Any exhibit necessary for impeachment and/or rebuttal purposes. |  |  |  |  |  |  |
|  | Any exhibit identified or offered by any other party. |  |  |  |  |  |  |

## RESERVATION OF RIGHTS

Atlantic reserves the right to amend or supplement this Witness List or Exhibit List prior to the Hearing.

29293954v.1 157399/00002

Houston, TX
June 16, 2021

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Kristhy M. Peguero (TX Bar No. 24102776) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Genevieve M. Graham (TX Bar No. 24085340) | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| Cameron A. Secord (TX Bar No. 24093659) | Spencer A. Winters (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Jeffrey J, Zeiger, P.C. (admitted *pro hac vice*) |
| Houston, Texas 77010 | Gavin C.P. Campbell (admitted *pro hac vice*) |
| Telephone: (713) 752-4200 | 300 North LaSalle Street |
| Facsimile: (713) 752-4221 | Chicago, IL 60654 |
| Email: mcavenaugh@jw.com | Telephone: (312) 862-2000 |
| Email: kpeguero@jw.com | Facsimile: (312) 862-2200 |
| Email: ggraham@jw.com | Email: asathy@kirkland.com |
| Email: csecord@jw.com | Email: rkwasteniet@kirkland.com |
| | Email: spencer.winters@kirkland.com |
| | Email: jeffrey.zeiger@kirkland.com |
| | Email: gavin.campbell@kirkland.com |
| *Attorneys for Valaris plc and* | *Attorneys for Valaris plc and* |
| *Atlantic Maritime Services LLC* | *Atlantic Maritime Services LLC* |

-- and --

**LUGENBUHL, WHEATON, PECK, RANKIN**
Stewart F. Peck (admitted *pro hac vice*)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawla.com

*Attorneys for Atlantic Maritime Services LLC*

**CERTIFICATE OF SERVICE**

   I certify that on June 16, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                */s/ Matthew D. Cavenaugh*
                Matthew D. Cavenaugh