IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) |   |
| FIELDWOOD ENERGY LLC, *et al.*,[1] ) | CASE NO. 20-33948 (MI) |
| ) |   |
| DEBTORS. ) | JOINTLY ADMINISTERED |
| ) |   |

**PHILADELPHIA INDEMNITY INSURANCE COMPANY'S WITNESS AND EXHIBIT LIST FOR JUNE 18, 2021, VIDEO/TELEPHONIC CONFIRMATION HEARING**

| **Bankruptcy Case No.** 20-33948 | **Debtor:** Fieldwood Energy LLC and Its Affiliated Debtors (the "Debtors") |
|---|---|
|  | **Judge:** Honorable Marvin Isgur |
|  | **Hearing Date:** June 18, 2021 |
|  | **Hearing Time:** 9:30 A.M. |
|  | **Location:** Courtroom 400, 4th Fl.<br>515 Rusk Ave.<br>Houston, TX 77002 |
|  | **Party's Name:** Philadelphia Indemnity Insurance Company ("Philadelphia") |
|  | **Attorneys' Names:** Robert W. Miller and Jacob E. Bolton |
|  | **Attorney's Phone:** (615) 742-9320 |
|  | **Nature of Proceeding:**<br>Confirmation Hearing (the "Hearing') |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## WITNESSES

Philadelphia may call any of the following witnesses at the Hearing:

1. Michael Dane, CFO – Fieldwood Energy, LLC / Fact Witness

2. Jon Graham, Sole Manager - FWE I / Fact Witness

3. Lily Cheung, P.E. – Netherland Sewell & Associates / Expert Witness

4. A representative from Philadelphia to authenticate the surety bonds and indemnity agreements, and any other documents/evidence that needs testimonial evidence to support its admissibility / Fact Witness

5. Any witness called or listed by any other party

6. Any witness required for rebuttal

## EXHIBITS

Philadelphia may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1 | Copy of Bond No. PB03251500040 | | | | |
| 2 | Copy of General Indemnity Agreement executed by Fieldwood Energy, LLC | | | | |
| 3 | Copy of Form Surety Bond | | | | |
| 4 | Debtors' Responses to Interrogatories and Request for Production of Documents dated May 6, 2021 (Filed Under Seal) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 5 | Debtors' Amended Responses to Interrogatories and Request for Production of Documents dated May 12, 2021 (Filed Under Seal) | | | | |
| 6 | Michael Dane Deposition Transcript (Filed Under Seal) | | | | |
| 7 | Jon Graham Deposition Transcript (Filed Under Seal) | | | | |
| 8 | Jon Paul Hanson Deposition Transcript (Filed Under Seal) | | | | |
| 9 | Lily Cheung, P.E. Deposition Transcript (Filed Under Seal) | | | | |
| 10 | Brett Cupit, Esq. Deposition Transcript (Filed Under Seal) | | | | |
| 11 | Jon Paul Hanson Expert Report dated April 21, 2021 (Filed Under Seal) | | | | |
| 12 | Jon Paul Hanson Rebuttal Report to BP's Report dated May 24, 2021 (Filed Under Seal) | | | | |
| 13 | Marc J. Brown, CFA Expert Report dated April 21, 2021 (Filed Under Seal) | | | | |
| 14 | Lily Cheung, P.E. Expert Report dated May 24, 2021 (Filed Under Seal) | | | | |
| 15 | Edward M. McDonough Expert Report dated May 10, 2021 (Filed Under Seal) | | | | |
| 16 | Geoffrey G. Roberts, P.E. Expert Report dated May 10, 2021 (Filed Under Seal) | | | | |
| 17 | FWE-0000008 – FWE I One-lines (Filed Under Seal) | | | | |

4830-4108-4655, v. 1

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 18 | FWE-0000016 – FWE I Model (Filed Under Seal) | | | | |
| 19 | FWE-0000017 – ARIES File | | | | |
| 20 | FWE-0038675 – FWE I Model (Updated) (Filed Under Seal) | | | | |
| 21 | FWE-0045265 – Fields Not Returning to Production / Timing of Fields Returning (Filed Under Seal) | | | | |
| 22 | FWE-0045403 Total Abandonment with Field Status (Filed Under Seal) | | | | |
| 23 | FWE-0000008 – FWE I Onelines_YE2020_LWC Comments (Lily Cheung, P.E. Work Notes) (Filed Under Seal) | | | | |
| 24 | FWE-0121 (Lily Cheung, P.E. Work Notes) | | | | |
| 25 | FWE-0038675_FWE0000016 with live links Revised (Lily Cheung, P.E. Work Notes) (Filed Under Seal) | | | | |
| 26 | FWE-0045403 Total Abandonment with Field Status (Lily Cheung, P.E. Work Notes) (Filed Under Seal) | | | | |
| 27 | FWE I Summaries 1P Revised (Lily Cheung, P.E. Work Notes) (Filed Under Seal) | | | | |
| 28 | 2013 Apache Decommissioning Agreement including All Amendments (Filed Under Seal) | | | | |
| 29 | May 11, 2021 E-mail from Sureties to Debtors Advising of Debtors' Obligation to Supplement | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 30 | Sale Offers for FWE I Assets – FWE-0047937, FWE-0047938, FWE-0047949 (Filed Under Seal) | | | | |
| 31 | FWE-034 (produced to Philadelphia on 6/14/21) (Filed Under Seal) | | | | |
| 32 | FWE-0049079 (produced to Philadelphia on 6/14/21) (Filed Under Seal) | | | | |
| 33 | FWE-0049108 (produced to Philadelphia on 6/14/21) (Filed Under Seal) | | | | |
| 34 | FWE-0049109 (produced to Philadelphia on 6/14/21) (Filed Under Seal) | | | | |
| 35 | FWE-0049174 (produced to Philadelphia on 6/14/21) (Filed Under Seal) | | | | |
| 36 | FWE-0049177 (produced to Philadelphia on 6/14/21) (Filed Under Seal) | | | | |
| | All documents or data relied upon by Lily Cheung, P.E. in formulating her report, and listed on p. 4 of her report | | | | |
| | Any exhibit designated by any other party | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| | Any document produced by any party in discovery | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

Philadelphia Indemnity Insurance Company reserves any and all rights to amend the *Exhibit and Witness List*, to call any witnesses designated by any other party and use any other Exhibit designated by any other party to the hearing

Respectfully submitted,

MANIER & HEROD, P.C.

/s/ Michael E. Collins
Michael E. Collins (TX Bar No. 24029006)
Robert W. Miller (admitted *pro hac vice*)
1201 Demonbreun St., Suite 900
Nashville, TN 37203
Telephone: (615) 742-9350
Facsimile: (615) 242-4203
E-mail: mcollins@manierherod.com
rmiller@manierherod.com

*Attorneys for Philadelphia Indemnity Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served upon all parties receiving notice pursuant to the CM/ECF system on June 16, 2021.

/s/ Michael E. Collins
Michael E. Collins

4830-4108-4655, v. 1