# <u>EXHIBIT 22</u>

## [Filed Under Seal]