# BP EXHIBIT 2

## FILED UNDER SEAL

