# BP EXHIBIT 3

## FILED UNDER SEAL

