# BP EXHIBIT 4

## FILED UNDER SEAL

