# BP EXHIBIT 5

## FILED UNDER SEAL

