# BP EXHIBIT 6

## FILED UNDER SEAL

