# BP EXHIBIT 7

## FILED UNDER SEAL

