# BP EXHIBIT 8

## FILED UNDER SEAL

