# BP EXHIBIT 9

## FILED UNDER SEAL

