# BP EXHIBIT 10

## FILED UNDER SEAL

