# BP EXHIBIT 11

## FILED UNDER SEAL

