# BP EXHIBIT 12

## FILED UNDER SEAL

