# BP EXHIBIT 13

## FILED UNDER SEAL

