# BP EXHIBIT 14

## FILED UNDER SEAL

