# BP EXHIBIT 15

## FILED UNDER SEAL

