# BP EXHIBIT 16

## FILED UNDER SEAL

