# BP EXHIBIT 17

## FILED UNDER SEAL

