# BP EXHIBIT 20

## FILED UNDER SEAL

