# BP EXHIBIT 21

## FILED UNDER SEAL

