# BP EXHIBIT 22

## FILED UNDER SEAL

