# BP EXHIBIT 23

## FILED UNDER SEAL

