# BP EXHIBIT 25

## FILED UNDER SEAL

