# BP EXHIBIT 27

## FILED UNDER SEAL

