# BP EXHIBIT 28

## FILED UNDER SEAL

