# BP EXHIBIT 29

## FILED UNDER SEAL

