# BP EXHIBIT 30

## FILED UNDER SEAL

