# BP EXHIBIT 31

## FILED UNDER SEAL

