# BP EXHIBIT 32

## FILED UNDER SEAL

