# BP EXHIBIT 33

## FILED UNDER SEAL

