# BP EXHIBIT 34

## FILED UNDER SEAL

