IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al. | § | Cast No. 20-33948 (MI) |
| Debtors. | | (Jointly Administered) |

# BP Exhibit 35

Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors **[Docket No. 1285]**

**Please note that a copy of this document is not being filed, but will be provided electronically.  Additionally, this document may be downloaded from the Debtors' Claims Agents Website free of charge at https://cases.primeclerk.com/fieldwoodenergy/**

ACTIVE 55014009v1



BP Exhibit 35
20-33948 (MI)