# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
### Adversary Proceeding #: 20-03497

*Assigned to:* Bankruptcy Judge Marvin Isgur  
*Lead BK Case:* 20-33948  
*Lead BK Title:* Fieldwood Energy LLC and The Official Committee of Unsecured Creditors  
*Lead BK Chapter:* 11  
*Demand:* $2102544000  

*Date Filed:* 12/11/20

*Nature[s] of Suit:*  14 Recovery of money/property - other  
91 Declaratory judgment  
21 Validity, priority or extent of lien or other interest in property

*Plaintiff*
-----------------------

**Fieldwood Energy LLC**  
2000 W Sam Houston Pkwy S  
Suite 1200  
Houston, TX 77042

represented by **Matthew S. Barr**  
Weil Goshal et al  
767 Fifth Avenue  
New York, NY 10153  
212-310-8000  
Email: Matt.Barr@weil.com

**Emilio Fernando DeAyala**  
Buck Keenan LLP  
2229 San Felipe  
Suite 1000  
Houston, TX 77019  
713-225-4500  
Fax : 713-225-3719  
Email: DeAyala@buckkeenan.com  
*LEAD ATTORNEY*

**Jessica Liou**  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  
212-310-8000  
Email: Jessica.Liou@weil.com

**Helen Hemingway McLaughlin**  
Buck Keenan LLP  
2229 San Felipe  
Suite 1000  
Houston, TX 77019  
713-225-4500  
Email: hmclaughlin@buckkeenan.com

**Robert L Paddock**  
Buck Keenan LLP  
2229 San Felipe  
Suite 1000  
Houston, TX 77019  
713-225-4500  
Fax : 713-654-1871  
Email: rpaddock@buckkeenan.com

**Alfredo R Perez**
Weil Gotshal et al
700 Louisiana
Ste 1700
Houston, TX 77002
713-546-5040
Email: alfredo.perez@weil.com

V.

*Defendant*
-----------------------
**Valero Marketing and Supply Company**      represented by **C Brannon Robertson**
PO Box 69600                                   Fernelius Simon
San Antonio, TX 78269                          4119 Montrose Blvd
                                               Ste 500
                                               Houston, TX 77006
                                               713-654-1200
                                               Email: brannon.robertson@trialattorneytx.com

                                               **Deborah Daywood Williamson**
                                               Dykema Cox Smith
                                               112 E Pecan
                                               Ste 1800
                                               San Antonio, TX 78205
                                               210-554-5500
                                               Fax : 210-226-8395
                                               Email: dwilliamson@dykema.com

*Counter-Claimant*
-----------------------
**Valero Marketing and Supply Company**      represented by **C Brannon Robertson**
PO Box 69600                                   (See above for address)
San Antonio, TX 78269

                                               **Joel Cameron Simon**
                                               Fernelius Simon et al
                                               4119 Montrose Blvd
                                               Ste 500
                                               Houston, TX 77006
                                               713-654-1200
                                               Email: joel.simon@trialattorneytx.com

                                               **Deborah Daywood Williamson**
                                               (See above for address)

V.

*Counter-Defendant*
-----------------------
**Fieldwood Energy LLC**                     represented by **Robert L Paddock**
2000 W Sam Houston Pkwy S                      (See above for address)
Suite 1200
Houston, TX 77042

| Filing Date | # | Docket Text |
|---|---|---|
| 12/11/2020 | 1 (33 pgs; 7 docs) | Adversary case 20-03497. Nature of Suit: (14 (Recovery of money/property - other)),(91 (Declaratory judgment)), (21 (Validity, priority or extent of lien or other interest in property)) Complaint by Fieldwood Energy LLC against Valero Marketing and Supply Company. Fee Amount $350 (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Paddock, Robert) (Entered: 12/11/2020) |
| 12/11/2020 | | Receipt of Complaint(20-03497) [cmp,cmp] ( 350.00) Filing Fee. Receipt number 22673041. Fee amount $ 350.00. (U.S. Treasury) (Entered: 12/11/2020) |
| 12/15/2020 | 2 (2 pgs) | Order for Conference Pre-Trial Conference set for 2/3/2021 at 11:00 AM at telephone and video conference. (LinhthuDo) (Entered: 12/15/2020) |
| 12/17/2020 | 3 (4 pgs) | BNC Certificate of Mailing. (Related document(s):2 Order for Conference) No. of Notices: 3. Notice Date 12/17/2020. (Admin.) (Entered: 12/18/2020) |
| 01/15/2021 | 4 (17 pgs; 4 docs) | Answer to Complaint (Related document(s):1 Complaint), Counterclaim by Valero Marketing and Supply Company against Fieldwood Energy LLC Filed by Valero Marketing and Supply Company (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C)(Simon, Joel) (Entered: 01/15/2021) |
| 01/19/2021 | 5 (2 pgs) | Notice *of Appearance of Helen H. McLaughlin*. Filed by Fieldwood Energy LLC (McLaughlin, Helen) (Entered: 01/19/2021) |
| 01/27/2021 | 6 (9 pgs) | Joint Discovery Plan/Case Management Plan (Filed By Fieldwood Energy LLC ). (Paddock, Robert) (Entered: 01/27/2021) |
| 01/27/2021 | 7 (3 pgs) | Statement *of Corporate Ownership* (Filed By Valero Marketing and Supply Company ). (Williamson, Deborah) (Entered: 01/27/2021) |
| 02/03/2021 | 8 (1 pg) | Case Management Order, Signed on 2/3/2021 (Related document(s):2 Order for Conference) **Hearing scheduled for 3/24/2021 at 01:30 PM at telephone and video conference.** (TylerLaws) (Entered: 02/03/2021) |
| 02/05/2021 | 9 (3 pgs) | BNC Certificate of Mailing. (Related document(s):8 Order Setting Hearing) No. of Notices: 3. Notice Date 02/05/2021. (Admin.) (Entered: 02/06/2021) |
| 02/11/2021 | 10 (5 pgs) | Answer to Counterclaim Filed by Fieldwood Energy LLC (Paddock, Robert) (Entered: 02/11/2021) |
| 02/19/2021 | 11 (4 pgs; 2 docs) | Agreed Motion to Amend (related document(s):8 Order Setting Hearing). Filed by Fieldwood Energy LLC (Attachments: # 1 Proposed Order) (Paddock, Robert) (Entered: 02/19/2021) |
| 02/23/2021 | 12 (1 pg) | Order Granting Agreed Motion to Extend Deadlines in Case Management Order (Related Doc # 11) Signed on 2/23/2021. |

| | | |
|---|---|---|
| | | (TylerLaws) (Entered: 02/23/2021) |
| 02/23/2021 | | Hearing Continued (Related document(s):8 Order Setting Hearing) **Hearing scheduled for 4/15/2021 at 09:00 AM at telephone and video conference.** (TylerLaws) (Entered: 02/23/2021) |
| 02/26/2021 | 13 (3 pgs) | BNC Certificate of Mailing. (Related document(s):12 Order on Motion to Amend) No. of Notices: 3. Notice Date 02/26/2021. (Admin.) (Entered: 02/26/2021) |
| 03/05/2021 | 14 (14 pgs; 4 docs) | Motion *Plaintiff's Unopposed Motion for Leave to File Amended Answer to Counterclaim* Filed by Fieldwood Energy LLC (Attachments: # 1 Exhibit Plaintiff's Amended Answer to Counterclaim # 2 Exhibit # 3 Proposed Order) (Paddock, Robert) (Entered: 03/05/2021) |
| 03/09/2021 | 15 (29 pgs; 5 docs) | Motion For Summary Judgment. Objections/Request for Hearing Due in 21 days. Filed by Fieldwood Energy LLC (Attachments: # 1 Exhibit Ex A - Declaration of Jim Brysch # 2 Exhibit Ex A-1 - Purchase Contract # 3 Exhibit Ex A-2 - Invoice # 4 Proposed Order) (Paddock, Robert) (Entered: 03/09/2021) |
| 03/09/2021 | 16 (5 pgs) | Answer to *Plaintiff's First Amended Answer to* Counterclaim Filed by Fieldwood Energy LLC (Paddock, Robert) (Entered: 03/09/2021) |
| 03/09/2021 | 17 (46 pgs; 9 docs) | Motion For Summary Judgment. Objections/Request for Hearing Due in 21 days. Filed by Valero Marketing and Supply Company (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Order) (Robertson, C) (Entered: 03/09/2021) |
| 03/26/2021 | 18 (24 pgs; 5 docs) | Response (related document(s):17 Motion For Summary Judgment). Filed by Fieldwood Energy LLC (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Proposed Order) (Paddock, Robert) (Entered: 03/26/2021) |
| 03/26/2021 | 19 (42 pgs; 6 docs) | Response (Filed By Valero Marketing and Supply Company ).(Related document(s):15 Motion For Summary Judgment) (Attachments: # 1 Exhibit Exhibit 1 # 2 Exhibit Exhibit 2 # 3 Exhibit Exhibit 2-A # 4 Exhibit Exhibit 2-B # 5 Exhibit Exhibit 2-C) (Robertson, C) (Entered: 03/26/2021) |
| 03/29/2021 | 20 (1 pg) | Order Granting Plaintiff's Unopposed Motion for Leave to File Amended Answer to Counterclaim (Related Doc # 14) Signed on 3/29/2021. (TylerLaws) (Entered: 03/29/2021) |
| 03/31/2021 | | Hearing Set On (Related document(s):15 Motion for Summary Judgment, 17 Motion for Summary Judgment) **Hearing scheduled for 4/15/2021 at 09:00 AM, by telephone and video conference.** (LinhthuDo) (Entered: 03/31/2021) |
| 03/31/2021 | 21 (3 pgs) | BNC Certificate of Mailing. (Related document(s):20 Generic Order) No. of Notices: 3. Notice Date 03/31/2021. (Admin.) (Entered: 03/31/2021) |
| 04/13/2021 | 22 | Exhibit List (Filed By Valero Marketing and Supply Company ). |

| | | |
|---|---|---|
| | (68 pgs; 10 docs) | (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9) (Robertson, C) (Entered: 04/13/2021) |
| 04/13/2021 | 23 (14 pgs; 4 docs) | Exhibit List (Filed By Fieldwood Energy LLC ). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (Paddock, Robert) (Entered: 04/13/2021) |
| 04/14/2021 | 24 (5 pgs; 2 docs) | Response (Filed By Fieldwood Energy LLC ).(Related document(s):22 Exhibit List) (Attachments: # 1 Proposed Order) (Paddock, Robert) (Entered: 04/14/2021) |
| 04/15/2021 | 25 | Courtroom Minutes. Time Hearing Held: 9:00 am - 9:38 am. Telephonic Appearances: Deborah Williamson and Brannon Robertson for the Valero Defendants. Robert Paddock for the Fieldwood Energy Plaintiff. The Court heard oral arguments on the cross motions for summary judgment, the Court takes the matters under advisement as stated on the record. (Related document(s):8 Order Setting Hearing, 15 Motion For Summary Judgment, 17 Motion For Summary Judgment) (TylerLaws) (Entered: 04/15/2021) |
| 04/15/2021 | 26 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 4/15/2021 8:58:20 AM ]. File Size [ 19432 KB ]. Run Time [ 00:40:29 ]. (admin). (Entered: 04/15/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/15/2021 17:13:22 | | | |
| **PACER Login:** | dg08212015:4503105:0 | **Client Code:** | 718893-000183 |
| **Description:** | Docket Report | **Search Criteria:** | 20-03497 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |