# EXHIBIT B

# EXHIBIT B

## Confidential Exhibits

| Exhibit No. | Description |
|---|---|
| 1 | Plan Feasibility Analysis Prepared by Edward M. McDonough, Managing Director, Alvarez & Marsal |
| 2 | Summary of Plan Feasibility Analysis Prepared by Edward M. McDonough, Managing Director, Alvarez & Marsal |
| 3 | Summary of NewCo ARO Estimates |
| 4 | Summary of P&A Response and Analysis |
| 5 | NewCo Financial Projections |
| 6 | FWE I Financial Projections |
| 7 | Spreadsheet of ARO Costs |
| 8 | Spreadsheet Summary of Leases |
| 9 | P&A Schedule |
| 10 | Ernst & Young Audit Report of Fieldwood's 2019 Financials |
| 11 | Ernst & Young Audit Report of Fieldwood's 2018 Financials |
| 12 | Houlihan Lokey NAV Grid |
| 13 | NewCo Opportunity Overview + Strategic Considerations Presentation Slide Deck |
| 14 | First Amendment to the Katmai Prospect Offshore Operating Agreement |
| 15 | Unit Operating Agreement Gunflint Prospect, Gunflint Unit, Offshore Louisiana |
| 16 | CPN Joint Operating Agreement |
| 17 | Unit Operating Agreement Big Bend Prospect, MC 698 Unit, Offshore Louisiana |
| 20 | NewCo Financial Projections |
| 21 | Spreadsheet of ARO Costs |
| 22 | SpinCo Preliminary G&A Detail |
| 23 | Summary of G&A Expenses |
| 25 | FWE Restructuring Update February 2021 Slide Deck |
| 27 | Purchase and Sale Agreement by and between Fieldwood Energy LLC and BP Exploration and Production Inc. (dated May 17, 2019; eff. May 1, 2019) |

| 28 | Cash Consideration Exchange Agreement by and between Fieldwood Energy LLC and BP Exploration and Production Inc. dated for Mississippi Block Canyon 562 (dated and eff. October 15, 2018) |
| --- | --- |
| 29 | Purchase and Sale Agreement between Amoco Production Company and Panaco, Inc. dated August 26, 1996 (EB and HI) |
| 30 | Assignment and Bill of Sale between Amoco Production Company and Panaco, Inc., with effective date of September 1, 1996 (EB and HI) |
| 31 | Pledge of Production Proceeds and Escrow Agreement between Amoco Production Company, Panaco, Inc. and others dated September 30, 1996 (EB and HI) |
| 32 | Amendment to Purchase and Sale Agreement between Amoco Production Company and Panaco, Inc. dated October 7, 1996 (EB and HI) |
| 33 | Purchase and Sale Agreement between BP American Production Company and SPN Resources, LLC dated June 29, 2004 (SP Block 60) |
| 34 | Purchase and Sale Agreement between BP America Production Company and SPN Resources, LLC dated July 23, 2004 (SP 60) |