UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY, LLC,** *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**EXHIBIT AND WITNESS LIST OF TALOS ENERGY OFFSHORE LLC, TALOS ENERGY LLC, TALOS ENERGY INC., AND TALOS PRODUCTION INC.**

Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., and Talos Production Inc. (collectively, "Talos"), file this Exhibit and Witness List for the electronic hearing to be held on **June 18, 2021, at 9:30 a.m. (CST)** before the Honorable Judge Marvin Isgur, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 404, Houston, Texas 77002.

## EXHIBITS

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Objection and Reservation of Rights of Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., and Talos Production Inc. to (A) Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts [Dkt. No. 1527] | | | | | | |
| 2. | Talos' Proof of Claim No. 724 | | | | | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 3. | Talos' Proof of Claim No. 780 | | | | | | |
| 4. | Talos' Proof of Claim No. 786 | | | | | | |
| 5. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | | | |
| 6. | Any exhibit introduced by any other party | | | | | | |
| 7. | Rebuttal or impeachment exhibits as necessary | | | | | | |

## WITNESSES

The Debtor may call the following witnesses at the hearing:

1. Rebuttal witnesses as necessary.

2. Any witness listed by any other party.

The Debtor reserves its right to amend or supplement this Exhibit and Witness List as necessary in advance of the hearing.

Dated: June 16, 2021.　　　　　　　　　　**PORTER HEDGES LLP**

　　　　　　　　　　By:　*/s/ Eric M. English*
　　　　　　　　　　　　Eric M. English (TX 24062714)
　　　　　　　　　　　　Megan Young-John (TX 24088700)
　　　　　　　　　　　　Emily Nasir (TX 24118477)
　　　　　　　　　　　　1000 Main St., 36th Floor
　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　Telephone: (713) 226-6000
　　　　　　　　　　　　Facsimile: (713) 226-6248
　　　　　　　　　　　　eenglish@porterhedges.com
　　　　　　　　　　　　myoungjohn@porterhedges.com
　　　　　　　　　　　　enasir@porterhedges.com

　　　　　　　　　　**COUNSEL FOR TALOS**

11112694

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 16, 2021, a true and correct copy of the foregoing Motion was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system. The undersigned further certifies that the foregoing Notice was served upon all parties listed on the attached Service List pursuant to the Federal and Local Bankruptcy Rules.

          */s/ Eric M. English*
          Eric M. English

## CERTIFICATE OF ACCURACY

In accordance with Bankruptcy Local Rule 9013-1(I), I hereby certify to the accuracy of the matters set forth in the foregoing Motion.

          */s/ Eric M. English*
          Eric M. English