## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 20-33948 (MI) | Debtor: Fieldwood Energy LLC, et al. |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Tom Finley, Zurich American Insurance Company (Fact) | Judge: Marvin Isgur |
| Michael Dane, CFO – Fieldwood Energy, LLC (Fact) | Courtroom Deputy: Tyler Laws |
| Jon Graham, Sole Manager – FEW I (Fact) | Hearing Date: June 18, 2021 |
| John Christmann, Apache (Fact) | Hearing Time: 9:30 a.m. (CT) |
| Brett Cupit, Apache (Fact) | Party's Name: Zurich American Insurance Company ("Zurich") |
| John-Paul Hanson – Houlihan Lokey (Expert) | Attorney's Name: Duane J. Brescia |
| Lily W. Cheung – Netherland Sewell (Expert) | Attorney's Phone: 512-499-3647 |
| Any witness listed or called by any other party | Attorney's Email: dbrescia@clarkhill.com |
| Any witness needed for rebuttal | |
| | Nature of Proceeding: Confirmation Hearing |
| | |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| Z1-A | Decommissioning Agreement (excerpts only) FILED UNDER SEAL | | | | |
| Z1-B | First Amendment to Decommissioning Agreement FILED UNDER SEAL | | | | |
| Z1-C | Second Amendment to Decommissioning Agreement FILED UNDER SEAL | | | | |
| Z1-D | Third Amendment to Decommissioning Agreement FILED UNDER SEAL | | | | |
| Z1-E | Fourth Amendment to Decommissioning Agreement FILED UNDER SEAL | | | | |
| Z1-F | Fifth Amendment to Decommissioning Agreement FILED UNDER SEAL | | | | |
| Z1-G | Conformed Copy of Decommissioning Agreement w/Amendments FILED | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | UNDER SEAL | | | | |
| Z2-A | Amendment to Standby Letter of Credit No. DBS-20280 | | | | |
| Z2-B | Deutsche Bank Standby Letter of Credit 839BGC1500968 | | | | |
| Z2-C | Deutsche Bank Standby Letter of Credit 839BGC1500969 | | | | |
| Z2-D | Deutsche Bank Standby Letter of Credit 839BGC1500970 | | | | |
| Z2-E | Continuing Agreement for Standby Letters of Credit | | | | |
| Z3-A | Zurich Performance Bond LPM9181831 | | | | |
| Z3-B | Zurich Performance Bond LPM9181832 | | | | |
| Z3-C | Zurich Performance Bond LPM9181833 | | | | |
| Z3-D | Zurich Performance Bond LPM9181834 | | | | |
| Z4 | Zurich General Indemnity Agreement | | | | |
| Z5 | The Fieldwood Decommissioning Trust A Trust Agreement FILED UNDER SEAL | | | | |
| Z6 | Expert Report of John-Paul Hanson FILED UNDER SEAL | | | | |
| Z7 | Expert Report of Lily W. Cheung FILED UNDER SEAL | | | | |
| Z8 | Excerpt of Document Produced by Debtor Bates #FWE0045403 FILED UNDER SEAL | | | | |
| Z9 | Declaration of Tom Finley in Support of Zurich's Objection to Debtors' 4th Amended Plan | | | | |
| Z10 | Lily Cheung, P.E. Deposition Transcript FILED UNDER SEAL | | | | |
| Z11 | J.P. Hanson Deposition Transcript (Selected Excerpts) FILED UNDER SEAL | | | | |
| Z12 | J.P. Hanson Rebuttal Report to BP's Report dated May 24, 2021 FILED UNDER SEAL | | | | |
| Z13 | Page/Line Designation of the Deposition of Brett Cupit | | | | |

*Exhibits 1A-G, 5-8 AND 10-12 are filed under seal.*

Zurich intends to use a PowerPoint presentation in its opening argument. (Demonstrative).

Zurich reserves the right to use any exhibit identified by any other party, any exhibit necessary for impeachment or rebuttal purposes, any pleadings or exhibits previously filed on the Court's docket, including the claims register, and any document produced by any party in discovery.