# EXHIBIT Z1-A
# Filed Under Seal