# EXHIBIT Z1-B
# Filed Under Seal