# EXHIBIT Z1-C
# Filed Under Seal