# EXHIBIT Z1-D

# Filed Under Seal