# EXHIBIT Z1-E
# Filed Under Seal