# EXHIBIT Z1-F
# Filed Under Seal