# EXHIBIT Z1-G
# Filed Under Seal