# EXHIBIT Z5
# Filed Under Seal