# EXHIBIT Z6
# Filed Under Seal