# EXHIBIT Z7
# Filed Under Seal