# EXHIBIT Z8
# Filed Under Seal