# EXHIBIT Z9