# EXHIBIT Z10
# FILED UNDER SEAL