# EXHIBIT Z11
# FILED UNDER SEAL