# EXHIBIT Z12
# FILED UNDER SEAL