# EXHIBIT Z13

## ZURICH EXHIBIT Z13

PAGE/LINE DESIGNATION FROM THE DEPOSITION OF

BRETT CUPIT, ASST. GENERAL COUNSEL AND DESIGNATED REPRESENTATIVE OF APACHE CORPORATION

Houston TX
June 3, 2021

| FROM PAGE/LINE | TO PAGE/LINE |
|---|---|
| Examination by Mr. Roberts | |
| P9/L7 | P10/L18 |
| P11/L2 | P12/20 |
| P19/L22 | P21/L7 |
| P26/L14 | P27/L23 |
| P28/L4 | P29/L1 |
| P29/L22 | P30/L18 |
| P33/L22 | P34/L6 |
| P34/L24 | P35/L12 |
| P39/L5 | P39/L14 |
| P43/L2 | P43/L9 |
| Examination by Mr. Eisenberg | |
| P57/L13 | |
| P68/L12 | P68/L18 |
| P69/L2 | P69/L11 |

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| FIELDWOOD ENERGY LLC, | § | |
| et al., | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | |

REMOTE ORAL DEPOSITION OF

BRETT CUPIT

Houston, Texas

June 3, 2021

10:03 a.m.

Reported by:

Micheal A. Johnson, RDR, CRR

Job No. 720271



Page 2

1       REMOTE ORAL DEPOSITION OF BRETT CUPIT,
2   produced at the instance of Zurich American
3   Insurance Company, in the above-styled and numbered
4   cause on the 3rd day of June, 2021, at 10:03 a.m.,
5   before Micheal A. Johnson, RDR, CRR, reported by
6   realtime stenographic means, at the location of the
7   witness, Houston, Texas, pursuant to Notice of Oral
8   Deposition, and in accordance with the Federal Rules
9   of Civil Procedure.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 84

1  REPORTER'S CERTIFICATION

2

3       I, Micheal A. Johnson, Registered Diplomate

4  Reporter and Certified Realtime Reporter, certify

5  that on the 3rd day of June, 2021, I reported the

6  Remote Oral Deposition of BRETT CUPIT, after the

7  witness had first been duly cautioned and sworn to

8  testify under oath; said deposition was subsequently

9  transcribed by me and under my supervision and

10 contains a full, true and complete transcription of

11 the proceedings had at said time and place; and that

12 reading and signing was requested.

13       I further certify that I am neither counsel

14 for nor related to any party in this cause and am

15 not financially interested in its outcome.

16       GIVEN UNDER MY HAND AND SEAL of office on

17 this 6th day of June, 2021.

18

19

20 _____
   MICHEAL A. JOHNSON, RDR, CRR
21 NCRA Registered Diplomate Reporter
   NCRA Certified Realtime Reporter
22

23

24

25

