**Exhibit B**

**Required Disclosures Under Section 1129(a)(5)**

**[To Come]**