## Exhibit K

New Intercreditor Agreement

[To Come]