**Fieldwood Energy LLC, *et al*.**
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| 1 | Other Secured Claims | 13 | 9 | $7,730,893.40 | $8,532,790.43 | REJECT |
| | | 59.09% | 40.91% | 47.53% | 52.47% | |
| 3 | FLFO Claims | 1 | 0 | $145,473,373.75 | $0.00 | ACCEPT |
| | | 100% | 0% | 100% | 0% | |
| 4 | FLTL Claims | 179 | 0 | $1,048,307,388.99 | $0.00 | ACCEPT |
| | | 100% | 0% | 100% | 0% | |
| 5 | SLTL Claims | 120 | 0 | $323,151,817.81 | $0.00 | ACCEPT |
| | | 100% | 0% | 100% | 0% | |
| 6A | Unsecured Trade Claims | 72 | 5 | $8,561,100.08 | $531,493.87 | ACCEPT |
| | | 93.51% | 6.49% | 94.15% | 5.85% | |
| 6B | General Unsecured Claims | 16 | 30 | $619,640.09 | $1,550,122,232.00 | REJECT |
| | | 34.78% | 65.22% | 0.04% | 99.96% | |