**Fieldwood Energy LLC, *et al.***
**Exhibit B - Report of Excluded Ballots**

| Plan Class | Plan Class Description | Creditor Name | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 1 | Other Secured Claims | Superior Performance, Inc. | $184,954.24 | N/A | Ballot received after voting deadline; Holder did not indicate a vote to accept or reject the Plan |
| 1 | Other Secured Claims | Superior Performance, Inc. | $184,954.24 | N/A | Ballot received after voting deadline; Holder did not indicate a vote to accept or reject the Plan |
| 1 | Other Secured Claims | Ridgewood Katmai, LLC | $20,046,112.78 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 1 | Other Secured Claims | ILX Prospect Katmai, LLC | $20,045,635.65 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 1 | Other Secured Claims | Anadarko US Offshore LLC | $4,368,704.32 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 1 | Other Secured Claims | Chevron U.S.A. Inc. | $329,657.50 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 1 | Other Secured Claims | Poseidon Oil Pipeline Company, L.L.C. | $61,383.86 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 4 | FLTL Claims | ALINEA CLO, LTD. | $3,320,442.38 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | ANNISA CLO LTD | $2,074,288.89 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | BARDOT CLO, LTD. | $2,000,000.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | BETONY CLO 2, LTD | $2,466,387.11 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | CARBONE CLO, LTD. | $2,326,953.16 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | DIVERSIFIED CREDIT PORTFOLIO LTD. | $3,663,326.35 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | HARBOURVIEW CLO VII-R, LTD. | $4,140,000.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO CREDIT PARTNERS FUND LP | $21,225,333.14 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO CREDIT PARTNERS FUND-A LP | $17,283,783.54 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO DYNAMIC CREDIT OPPORTUNITIES FUND | $19,603,359.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO FLOATING RATE INCOME FUND | $2,047,017.39 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO SENIOR LOAN FUND | $9,313,375.95 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO SENIOR FLOATING RATE FUND | $81,491,286.17 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO FLOATING RATE ESG FUND | $9,457,849.21 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO SENIOR INCOME TRUST | $15,360,096.25 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO SSL FUND LLC | $1,588,912.58 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO MASTER LOAN FUND, LLC | $4,065,063.54 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO SENIOR FLOATING RATE PLUS FUND | $665,587.24 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | KAPITALFORENINGEN INVESTIN PRO US LEVERAGED LOANS I | $2,090,160.98 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | MILOS CLO LTD | $2,397,911.43 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | RISERVA CLO LTD | $2,841,727.87 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | UPLAND CLO LTD | $2,325,862.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | BOC PENSION INVESTMENT FUND | $692,585.09 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | SENTRY INSURANCE A MUTUAL COMPANY | $789,139.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | RECETTE CLO LTD | $1,662,971.40 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | FRANKLIN BISSETT CORPORATE BOND FUND | $295,069.22 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | NUVEEN CREDIT OPPORTUNITIES 2022 TARGET TERM FUND | $4,000,000.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | CEDAR FUNDING II CLO LTD. | $1,600,000.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | INVESCO SSL FUND LLC | $1,588,912.58 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 4 | FLTL Claims | NUVEEN CREDIT OPPORTUNITIES 2022 TARGET TERM FUND | $4,000,000.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Alinea CLO, Ltd. | $116,904.68 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Annisa CLO, Ltd. | $564,402.61 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | BOC Pension Investment Fund | $735,176.43 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Carbone CLO, Ltd | $866,917.98 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Diversified Credit Portfolio Ltd. | $1,903,274.86 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco BL Fund, Ltd. | $83,777.73 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco Credit Partners Fund, L.P. | $110,670.94 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco Dynamic Credit Opportunities Fund | $4,939,016.22 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco Floating Rate ESG Fund (FKA: Invesco Floating Rate Fund) | $8,513,854.11 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco Credit Partners Fund-A L.P. | $89,329.06 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco Floating Rate Income Fund | $818,940.59 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco Zodiac Funds - Invesco US Senior Loan Fund | $27,025,425.56 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco US Senior Loans 2021, L.P. - (Invesco) | $371,063.95 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco Zodiac Funds - Invesco Global Senior Loan Fund | $2,055.92 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco Zodiac Funds - Invesco European Senior Loan Fund | $4,924,334.65 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco Senior Loan Fund (Invesco) | $2,764,320.16 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco SSL Fund LLC | $1,501,568.35 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco Senior Income Trust | $4,200,024.27 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Invesco Gemini US Loan Fund LLC | $519,433.80 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Betony CLO 2, LTD. | $681,801.79 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Betony CLO 2, LTD. | $681,801.79 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Kapitalforeningen Investin Pro, US Leveraged Loans I | $2,056,445.91 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Kaiser Permanente Group Trust - (Invesco) | $944,747.25 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Verde CLO, Ltd. | $299,302.76 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | The City of New York Group Trust - (Invesco) | $1,082,648.10 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Riserva CLO Ltd. | $1,000,000.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Upland CLO, Ltd. | $343,445.87 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Milos CLO, Ltd. | $866,851.89 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Recette CLO, Ltd. | $500,000.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Sentry Insurance a Mutual Company - (Invesco) | $833,357.51 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 5 | SLTL Claims | Jefferies Leveraged Credit Products, LLC | $23,685,499.60 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 6A | Unsecured Trade Claims | MARATHON OIL COMPANY | $1.00 | Reject | Did not hold an Unsecured Trade Claim as of the Voting Record Date |
| 6A | Unsecured Trade Claims | MARATHON OIL COMPANY | $1.00 | Reject | Did not hold an Unsecured Trade Claim as of the Voting Record Date |
| 6A | Unsecured Trade Claims | Wet Tech Energy | $8,800.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6A | Unsecured Trade Claims | Powell Electrical Systems, Inc. | $65,981.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 6A | Unsecured Trade Claims | Produced Water Solutions, LLC | $111,170.80 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| 6A | Unsecured Trade Claims | Amerisource Funding Inc./Assignee for: Axis Compressor Services LLC | $45,067.68 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6A | Unsecured Trade Claims | GEL Offshore Pipeline, LLC | $13,727.21 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6A | Unsecured Trade Claims | High Island Offshore System, L.L.C. | $69,462.46 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6A | Unsecured Trade Claims | GEL Offshore Pipeline, LLC | $13,727.21 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6A | Unsecured Trade Claims | Manta Ray Gathering Company, L.L.C. | $18,230.17 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6A | Unsecured Trade Claims | HUDSON SERVICES INC | $159,360.60 | N/A | Holder did not indicate a vote to accept or reject the Plan |

*Fieldwood Energy LLC, et al.*
**Exhibit B - Report of Excluded Ballots**

| Plan Class | Plan Class Description | Creditor Name | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | North American Specialty Insurance Company | $43,265,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | U.S. Specialty Insurance Company | $74,528,695.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Louisiana Department of Revenue | $1,473.28 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | NorthAmerican Specialty Insurance Company | $43,265,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | U.S. Specialty Insurance Company | $74,528,695.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Wild, Aubrey | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Sea Robin Pipeline Company, LLC | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Stingray Pipeline Company, L.L.C. | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Plains Gas Solutions | $75,577.21 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Anadarko Petroleum Corp. | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Anadarko U.S. Offshore LLC | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Anadarko US Offshore LLC | $750,000.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Anadarko E&P Company LP | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Noble Energy, Inc. | $319,484.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | XL Specialty Insurance Company | $45,000,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Everest Reinsurance Company and Everest National Insurance Company | $45,983,064.00 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| 6B | General Unsecured Claims | AIG Property Casualty, Inc. and its affiliates identified on the Addendum hereto | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Sea Robin Pipeline Company, LLC | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Stingray Pipeline Company, L.L.C. | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | North American Specialty Insurance Company | $43,265,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Merit Energy Company, LLC | $19,637,400.50 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| 6B | General Unsecured Claims | U.S. Specialty Insurance Company | $74,528,695.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | HCC International Insurance Company LLC | $101,400,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Anadarko U.S. Offshore LLC | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Anadarko E&P Company LP | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Anadarko Petroleum Corp. | $1.00 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Zurich American Insurance Company | $300,000,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Poseidon Oil Pipeline Company, L.L.C. | $6,509.54 | N/A | Holder did not indicate a vote to accept or reject the Plan |
| 6B | General Unsecured Claims | Hess Corporation | $140,807,921.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | North American Specialty Insurance Company | $43,265,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | North American Specialty Insurance Company | $43,265,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Japex (U.S.) Corp. | $589,131.61 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | U.S. Specialty Insurance Company | $74,528,695.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | North American Specialty Insurance Company | $43,265,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | U.S. Specialty Insurance Company | $74,528,695.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | HCC International Insurance Company Plc | $101,400,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Zurich American Insurance Company | $300,000,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | North American Specialty Insurance Company | $43,265,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | North American Specialty Insurance Company | $43,265,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |

**Fieldwood Energy LLC, *et al*.:**
**Exhibit B - Report of Excluded Ballots**

| Plan Class | Plan Class Description | Creditor Name | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 6B | General Unsecured Claims | U.S. Specialty Insurance Company | $74,528,695.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | North American Specialty Insurance Company | $43,265,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $90,327,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | North American Specialty Insurance Company | $43,265,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Zurich American Insurance Company | $300,000,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | U.S. Specialty Insurance Company | $74,528,695.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | HCC International Insurance Company Plc | $101,400,000.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |
| 6B | General Unsecured Claims | Everest Reinsurance Company and Everest National Insurance Company | $45,983,064.00 | Reject | Removed from the final tabulation on account of being duplicative of an otherwise valid vote in the same class and in the same amount |