# APPENDIX A

## Confidential Exhibits

| Exhibit | Description |
| --- | --- |
| 4 | Debtors' Responses to Interrogatories and Request for Production of Documents dated May 6, 2021 |
| 5 | Debtors' Amended Responses to Interrogatories and Request for Production of Documents dated May 12, 2021 |
| 6 | Michael Dane Deposition Transcript |
| 7 | Jon Graham Deposition Transcript |
| 8 | Jon Paul Hanson Deposition Transcript |
| 9 | Lily Cheung, P.E. Deposition Transcript |
| 10 | Brett Cupit, Esq. Deposition Transcript |
| 11 | Jon Paul Hanson Expert Report dated April 21, 2021 |
| 12 | Jon Paul Hanson Rebuttal Report to BP's Report dated May 24, 2021 |
| 13 | Marc J. Brown, CFA Expert Report dated April 21, 2021 |
| 14 | Lily Cheung, P.E. Expert Report dated May 24, 2021 |
| 15 | Edward M. McDonough Expert Report dated May 10, 2021 |
| 16 | Geoffrey G. Roberts, P.E. Expert Report dated May 10, 2021 |
| 17 | FWE-0000008 – FWE I One-lines |
| 18 | FWE-0000016 – FWE I Model |
| 20 | FWE-0038675 – FWE I Model |
| 21 | FWE-0045265 – Fields Not Returning to Production / Timing of Fields Returning |
| 22 | FWE-0045403 Total Abandonment with Field Status |
| 23 | FWE-0000008 – FWE I Onelines_YE2020_LWC Comments (Lily Cheung, P.E. Work Notes) |
| 25 | FWE-0038675_FWE0000016 with live links Revised (Lily Cheung, P.E. Work Notes) (Filed Under Seal) |
| 26 | FWE-0045403 Total Abandonment with Field Status (Lily Cheung, P.E. Work Notes) |
| 27 | FWE I Summaries 1P Revised (Lily Cheung, P.E. Work Notes) |
| 28 | 2013 Apache Decommissioning Agreement |

|  |  including All Amendments |
|---|---|
| 30 | Sale Offers for FWE I Assets – FWE-0047937, FWE-0047938, FWE-0047949 |
| 31 | FWE-034 (produced to Philadelphia on 6/14/21) |
| 32 | FWE-0049079 (produced to Philadelphia on 6/14/21) |
| 33 | FWE-0049108 (produced to Philadelphia on 6/14/21) |
| 34 | FWE-0049109 (produced to Philadelphia on 6/14/21) |
| 35 | FWE-0049174 (produced to Philadelphia on 6/14/21) |
| 36 | FWE-0049177 (produced to Philadelphia on 6/14/21) |