**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **FIELDWOOD ENERGY, LLC,** *et al.*, | § | |
| | § | **Case No. 20-33948 (MI)** |
| Debtors. | § | |
| | § | **(Jointly Administered)** |
| | § | |

## CERTIFICATE OF SERVICE

Pursuant to General Order 2021-1.2(f), on June 16, 2021 undersigned counsel caused copies of Exhibits F, G, H, I, J, K, L, M, N, O, P, Q, R, T, U, V, W, Y, Z, AA, CC, EE, FF, and GG as listed on *Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius American Insurance Company's Collective Witness and Exhibit List for June 18, 2021 Video/Telephonic Confirmation Hearing* [Docket No. 1591], which were filed under seal, to be served to the parties set forth on the attached *Service List via* electronic mail.

HB: 4821-6251-1087.1

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Timothy A. Million*
    Randall A. Rios
    State Bar No. 16935865
    Timothy A. Million
    State Bar No. 24051055
    600 Travis, Suite 2350
    Houston, Texas  77002
    Tel:  713-525-6226
    Fax:  713-647-6884
    Email:  randy.rios@huschblackwell.com
           tim.million@huschblackwell.com

**CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

-AND-

Armen Shahinian, Esq. (admitted *pro hac vice*) (ashahinian@csglaw.com)
Scott A. Zuber, Esq. (admitted *pro hac vice*) (szuber@csglaw.com)
Darren Grzyb, Esq. (admitted *pro hac vice*) (dgrzyb@csglaw.com)
Terri Jane Freedman, Esq. (admitted *pro hac vice*) (tfreedman@csglaw.com)

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange New Jersey 07052

**ATTORNEYS FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I certify that on June 16, 2021, a copy of this document was served by electronic service on all parties listed as receiving notice *via* the Court's CM/ECF system.

                                         */s/ Timothy A. Million*
                                         Timothy A. Million

HB: 4821-6251-1087.1

## SERVICE LIST

| **Debtors & Counsel for the Debtors** | **Counsel for BP Exploration & Production Inc.** |
|---|---|
| alfredo.perez@weil.com<br>jessica.liou@weil.com<br>Paul.Genender@weil.com<br>Erin.Choi@weil.com<br>Clifford.Carlson@weil.com<br>Ron.Miller@weil.com<br>Kevin.Simmons@weil.com<br>Samantha.Smith@weil.com<br>MDane@fwellc.com | duewallc@gtlaw.com<br>bakaren@gtlaw.com<br>weirj@gtlaw.com<br>HeyenS@gtlaw.com<br>burrerk@gtlaw.com<br>KurzweilD@GTLAW.com<br>HuttonJ@gtlaw.com |
| **Counsel for RLI Insurance Company** | **Counsel for The Hanover Insurance Company, Liberty Mutual Insurance Company, Travelers Casualty and Surety Company, and XL Specialty Insurance Co.** |
| jord@krebsfarley.com<br>escharfenberg@krebsfarley.com<br>CLS@jhc.law | klangley@l-llp.com<br>bbains@l-llp.com |
| **Counsel for Ad Hoc Group Of Secured Lenders** | **Counsel for Lexon Insurance Company, Endurance American Insurance Company, Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company** |
| elliot.moskowitz@davispolk.com<br>andy.parrott@davispolk.com<br>natasha.tsiouris@davispolk.com<br>damian.schaible@davispolk.com<br>michael.pera@davispolk.com | lwoodard@HarrisBeach.com<br>broy@HarrisBeach.com |
| **Counsel for US Specialty Insurance Company** | **Counsel for Philadelphia Indemnity Insurance Company** |
| bknapp@lockelord.com<br>peisenberg@lockelord.com | rmiller@manierherod.com<br>mcollins@manierherod.com |
| **Counsel for Zurich American Insurance Company** | **Counsel for Chevron** |
| CWard@ClarkHill.com<br>SRoberts@ClarkHill.com | LNorman@andrewsmyers.com<br>eripley@andrewsmyers.com<br>kdubose@andrewsmyers.com |

HB: 4821-6251-1087.1

| | |
|---|---|
| **Counsel for The Official Committee of Unsecured Creditors**<br><br>mmagzamen@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com | **Counsel for Apache Corp**<br><br>RRussell@andrewskurth.com<br>MichaelMorfey@andrewskurth.com<br>CDiktaban@hunton.com |
| **Counsel for CNOOC Petroleum Offshore U.S.A. Inc.**<br><br>dapice@sbep-law.com | **Counsel for C-Dive, L.L.C.**<br><br>moses@carverdarden.com |
| **Counsel for A2D Technologies, Inc.**<br><br>laperouse@glllaw.com | **Counsel for Superior Energy Services, L.L.C. and Warrior Energy Services Corporation**<br><br>bkadden@lawla.com |
| **Counsel for North American Specialty**<br><br>sleo@leolawpc.com | **Counsel for Goldman Sachs Bank USA**<br><br>bfoxman@velaw.com |
| **Counsel for United States Department of the Interior**<br><br>Serajul.Ali@usdoj.gov<br>ryan.lamb@sol.doi.gov<br>John.Z.Balasko@usdoj.gov<br>heewon.kim@sol.doi.gov<br>Kayci.Hines@usdoj.gov | **Office of the United States Trustee**<br><br>Stephen.Statham@usdoj.gov |