## Instructions for
## Assignment of Record Title Interest in Federal OCS Oil and Gas Lease (Form BOEM-0150) and Assignment of Operating Rights Interest (Form BOEM-0151)

1. Forms must be typed.

2. Fill in the complete legal description of the lease or officially designated subdivision (described in aliquots not less than ¼ ¼ ¼ of the block) being assigned, including the OCS lease number(s). For assignment of a pipeline right-of-way grant, include the segment number.

3. Enter names of all assignors and the assignee. The company number must be identified next to the name of each assignor and assignee.

4. A separate assignment form must be used for each type of interest conveyed, i.e. record title or operating rights.

5. For assignments of operating rights, a maximum of two vertical depth subdivisions are allowed, shallow and deep. All operating rights assignments must have a defined top and bottom depth, e.g. 0 – 10,000 feet and 10,001 feet – 20,000 feet.

6. Enter the interest assigned and received expressed as a percentage of total interest in the lease. Undivided interests in a lease or officially designated subdivision may be expressed in decimals using a maximum of five places, e.g. 40.12345%. All interests together must equal one hundred percent.

7. Assignments must be filed in duplicate originals. If multiple leases or officially designated subdivisions are included in the same assignment, BOEM still must receive two originals for each separate assignment of record title or operating rights interest.

8. The nonrefundable filing fee must accompany the assignment along with the following additional forms, if applicable: (i) Designation of Operator, (ii) Oil Spill Financial Responsibility, and (iii) General and/or Supplemental Bonds. The assignment must be filed with the appropriate OCS office of BOEM within 90 days after the last date of execution by an assignor or the assignee.

9. The assignee must be in good standing with acceptable performance as provided under 30 CFR §§ 550 and 556.

10. Assignments may be filed in counterparts. However, all counterparts must be filed simultaneously or the assignment will not be accepted.

11. Include other provisions between Assignor(s) and the Assignee as Exhibit "A" and attach to the assignment.

12. This form may be duplicated by means of word processing software, but any duplicate which differs from the approved form, must be deemed to include any omitted language as if it were the original form.

13. Witnesses, notary acknowledgements, and corporate seals are not required, although you may include these if you wish.

14. Do not alter forms.

**EFFECT OF NOT PROVIDING INFORMATION** - If all requested information is not provided, the assignment may not be approved.

**(January 2020)**  Page 1 of 1
Previous Editions are Obsolete.