

# FIELDWOOD ENERGY

## *13-Week DIP Budget Forecast*

### June 9, 2021

# 13-Week Forecast (as of 6/9/2021)

| Week: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dates: | 6/07 - 6/11 | 6/14 - 6/18 | 6/21 - 6/25 | 6/28 - 7/02 | 7/05 - 7/09 | 7/12 - 7/16 | 7/19 - 7/23 | 7/26 - 7/30 | 8/02 - 8/06 | 8/09 - 8/13 | 8/16 - 8/20 | 8/23 - 8/27 | 8/30 - 9/03 |
| **Beginning Cash Balance** | **94,385** | **78,885** | **64,111** | **119,134** | **86,207** | **64,673** | **47,836** | **95,559** | **79,602** | **55,226** | **43,983** | **133,649** | **125,411** |
| Gross Oil | – | – | 80,042 | – | – | – | 80,462 | – | – | – | 105,487 | – | – |
| Gross Gas | – | – | 7,292 | – | – | – | – | 7,297 | – | – | – | 9,593 | – |
| Gross NGL | 568 | 568 | 568 | 349 | 349 | 349 | 349 | 349 | 563 | 563 | 563 | 563 | 449 |
| 3rd Party Revenue Receipts/SP 49 Pipeline | 96 | 96 | 96 | 84 | 84 | 84 | 84 | 84 | 99 | 99 | 99 | 99 | 97 |
| **Oil and Gas Revenue** | **663** | **663** | **87,997** | **433** | **433** | **433** | **80,895** | **7,730** | **662** | **662** | **106,149** | **10,255** | **545** |
| Royalty Payments (Federal and State) | (159) | (159) | (159) | (14,059) | (68) | (68) | (68) | (13,397) | (89) | (89) | (89) | (89) | (17,596) |
| 3rd Party Payments | – | – | (10,140) | – | – | – | (8,321) | – | – | – | – | (7,916) | – |
| **Net Revenue From Operations** | **505** | **505** | **77,699** | **(13,626)** | **364** | **364** | **72,505** | **(5,667)** | **573** | **573** | **106,060** | **2,250** | **(17,051)** |
| Pre-Petition Cash Expenses (AP & Wires) | (612) | (2,091) | (2,091) | (2,091) | (2,091) | – | – | – | – | – | – | – | – |
| Post-Petition Cash Expenses (AP & Wires) | (8,670) | (9,000) | (11,000) | (12,248) | (10,424) | (15,802) | (9,202) | (9,438) | (10,299) | (11,299) | (10,299) | (9,789) | (10,876) |
| **Cash From Operations** | **(8,777)** | **(10,586)** | **64,608** | **(27,965)** | **(12,151)** | **(15,438)** | **63,303** | **(15,105)** | **(9,727)** | **(10,727)** | **95,761** | **(7,539)** | **(27,927)** |
| Hedge Settlements Gain (Loss) | (2,312) | – | – | – | (4,036) | – | – | – | (3,106) | – | – | – | (3,038) |
| Isabela (BP Receipts) | – | – | 1,403 | – | – | – | – | 1,516 | – | – | – | 1,626 | – |
| Trust A Payments | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Insurance Premiums/Refunds and Bonds | – | – | – | (1,637) | – | – | (6,833) | – | (7,885) | – | (81) | (1,210) | – |
| DB Fees (Letters of Credit) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Bond Fees (Apache Related) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Monthly Payroll/401(k) | (3,207) | – | (3,350) | – | (3,350) | – | (4,100) | – | (3,350) | – | (3,350) | – | (3,350) |
| G&A other than Payroll | (225) | (225) | (828) | (350) | (225) | (225) | (225) | (603) | (225) | (225) | (225) | (828) | (225) |
| Transportation | (182) | (1,847) | (2,947) | (1,097) | (1,797) | (1,197) | (1,697) | (1,197) | (500) | (1,200) | (600) | (1,700) | (500) |
| SBM Payments | – | – | (874) | – | – | – | (2,750) | – | – | – | (2,750) | – | – |
| Gulfstar Payments | – | (320) | – | – | (500) | (500) | (500) | – | (500) | (500) | (500) | – | – |
| Katmai Facilities Cash Calls | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Katmai Facilities Payments | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Non-Recurring Items | – | – | – | (864) | – | – | – | – | (494) | – | – | – | (994) |
| P&A Receivables | – | – | – | – | – | – | – | – | – | – | – | – | – |
| HSE Fees (BSEE Inspections) | – | – | (1,822) | – | – | – | – | – | – | – | – | – | – |
| SP 49 LLC Distributions | – | – | – | (483) | – | – | – | – | – | – | – | – | – |
| Professional Fees | (2,500) | (3,500) | (2,871) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) |
| DW Cash Calls | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Accounts Receivable (JIBs) | 1,701 | 1,701 | 1,701 | 1,821 | 1,821 | 1,821 | 1,821 | 1,821 | 2,707 | 2,707 | 2,707 | 2,707 | 2,438 |
| **Net Cash Flow** | **(15,504)** | **(14,778)** | **55,019** | **(31,875)** | **(21,538)** | **(16,839)** | **47,719** | **(14,869)** | **(24,380)** | **(11,245)** | **89,661** | **(8,244)** | **(34,895)** |
| Interest Income | 4 | 3 | 4 | 5 | 4 | 3 | 3 | 4 | 3 | 2 | 4 | 6 | 5 |
| **Ending Cash Balance (Before Debt Interest)** | **78,885** | **64,111** | **119,134** | **87,264** | **64,673** | **47,836** | **95,559** | **80,694** | **55,226** | **43,983** | **133,649** | **125,411** | **90,521** |
| DIP Interest | – | – | – | (306) | – | – | – | (316) | – | – | – | – | (306) |
| **Ending Cash Balance (After DIP Interest)** | **78,885** | **64,111** | **119,134** | **86,958** | **64,673** | **47,836** | **95,559** | **80,378** | **55,226** | **43,983** | **133,649** | **125,411** | **90,215** |
| FLFO Interest | – | – | – | (751) | – | – | – | (776) | – | – | – | – | (751) |
| **Ending Cash Balance (After DIP + FLFO Interest)** | **78,885** | **64,111** | **119,134** | **86,207** | **64,673** | **47,836** | **95,559** | **79,602** | **55,226** | **43,983** | **133,649** | **125,411** | **89,464** |
| Net Operating Disbursements | ($12,285) | ($11,392) | ($20,822) | ($15,815) | ($16,297) | ($17,725) | ($25,307) | ($11,238) | ($22,759) | ($13,224) | ($17,806) | ($13,527) | ($14,951) |

*Note: Assumes Strip Pricing as of 6/8/2021; production and operational activity consistent with latest Plan assumptions; forecast includes legal and professional fees*
*Non-Recurring Items related to one-off seismic payments, equipment lease/amortization payments and one-off non-op JIB payments*
*Forecast does not include additional draws that may be required per the terms of the DIP Facility*



2

# 13-Week Forecast (as of 5/26/2021)

| Week: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dates: | 5/24 - 5/28 | 5/31 - 6/04 | 6/07 - 6/11 | 6/14 - 6/18 | 6/21 - 6/25 | 6/28 - 7/02 | 7/05 - 7/09 | 7/12 - 7/16 | 7/19 - 7/23 | 7/26 - 7/30 | 8/02 - 8/06 | 8/09 - 8/13 | 8/16 - 8/20 |
| **Beginning Cash Balance** | 129,449 | 99,982 | 78,757 | 58,207 | 37,318 | 88,490 | 62,192 | 45,207 | 33,425 | 89,713 | 73,942 | 58,692 | 47,457 |
| Gross Oil | – | – | – | – | 80,359 | – | – | – | 81,953 | – | – | – | 97,902 |
| Gross Gas | 6,475 | – | – | – | 7,247 | – | – | – | – | 7,295 | – | – | – |
| Gross NGL | 482 | 419 | 419 | 419 | 419 | 332 | 332 | 332 | 332 | 332 | 512 | 512 | 512 |
| 3rd Party Revenue Receipts/SP 49 Pipeline | 96 | 96 | 96 | 96 | 96 | 86 | 86 | 86 | 86 | 86 | 103 | 103 | 103 |
| **Oil and Gas Revenue** | 7,053 | 514 | 514 | 514 | 88,121 | 418 | 418 | 418 | 82,371 | 7,713 | 616 | 616 | 98,518 |
| Royalty Payments (Federal and State) | (13,012) | (271) | (68) | (68) | (68) | (13,486) | (70) | (70) | (70) | (13,665) | (83) | (83) | (83) |
| 3rd Party Payments | (5,730) | – | – | – | (10,115) | – | – | – | (8,284) | – | – | – | – |
| **Net Revenue From Operations** | (11,689) | 243 | 446 | 446 | 77,937 | (13,068) | 348 | 348 | 74,017 | (5,952) | 533 | 533 | 98,435 |
| Pre-Petition Cash Expenses (AP & Wires) | (100) | (2,229) | (2,229) | (2,229) | (2,229) | – | – | – | – | – | – | – | – |
| Post-Petition Cash Expenses (AP & Wires) | (9,563) | (14,000) | (9,170) | (10,000) | (15,600) | (10,841) | (10,538) | (11,316) | (9,316) | (9,552) | (9,925) | (10,925) | (9,925) |
| **Cash From Operations** | (21,352) | (15,986) | (10,953) | (11,783) | 60,108 | (23,909) | (10,190) | (10,967) | 64,702 | (15,503) | (9,392) | (10,392) | 88,510 |
| Hedge Settlements Gain (Loss) | – | – | (2,298) | – | – | – | (2,031) | – | – | – | (1,871) | – | – |
| Isabela (BP Receipts) | 1,550 | – | – | – | 1,403 | – | – | – | – | 1,515 | – | – | – |
| Trust A Payments | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Insurance Premiums/Refunds and Bonds | – | (1,637) | – | (7,250) | – | – | – | – | (250) | – | – | – | (6,600) |
| DB Fees (Letters of Credit) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Bond Fees (Apache Related) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Monthly Payroll/401(k) | (3,079) | – | (3,350) | – | (3,350) | – | (3,350) | – | (4,100) | – | (3,350) | – | (3,350) |
| G&A other than Payroll | (723) | (225) | (225) | (225) | (828) | (350) | (225) | (225) | (225) | (603) | (225) | (225) | (225) |
| Transportation | (609) | (1,747) | (2,447) | (1,847) | (2,947) | (500) | (1,200) | (600) | (1,100) | (600) | (500) | (1,200) | (600) |
| SBM Payments | (1,176) | (1,303) | – | – | (2,750) | – | – | – | (2,750) | – | – | – | (2,750) |
| Gulfstar Payments | – | – | – | (320) | (1,000) | – | (500) | (500) | (500) | – | (500) | (500) | (500) |
| Katmai Facilities Cash Calls | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Katmai Facilities Payments | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Non-Recurring Items | – | (864) | – | – | – | (494) | – | – | – | (494) | – | – | – |
| P&A Receivables | – | – | – | – | – | – | – | – | – | – | – | – | – |
| HSE Fees (BSEE Inspections) | – | – | (1,813) | – | – | – | – | – | – | – | – | – | – |
| SP 49 LLC Distributions | – | – | – | – | – | (500) | – | – | – | – | – | – | – |
| Professional Fees | (3,600) | (1,861) | (1,861) | (1,861) | (1,861) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) | (1,625) | (1,625) | (1,625) |
| DW Cash Calls | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Accounts Receivable (JIBs) | 500 | 2,395 | 2,395 | 2,395 | 2,395 | 1,808 | 1,808 | 1,808 | 1,808 | 1,808 | 2,704 | 2,704 | 2,704 |
| **Net Cash Flow** | (28,490) | (21,229) | (20,553) | (20,892) | 51,169 | (25,244) | (16,988) | (11,784) | 56,285 | (14,683) | (15,253) | (11,238) | 75,564 |
| Interest Income | 5 | 5 | 3 | 2 | 3 | 4 | 3 | 2 | 3 | 4 | 3 | 3 | 4 |
| **Ending Cash Balance (Before Debt Interest)** | 100,965 | 78,757 | 58,207 | 37,318 | 88,490 | 63,249 | 45,207 | 33,425 | 89,713 | 75,034 | 58,692 | 47,457 | 123,025 |
| DIP Interest | (283) | – | – | – | – | (306) | – | – | – | (316) | – | – | – |
| **Ending Cash Balance (After DIP Interest)** | 100,682 | 78,757 | 58,207 | 37,318 | 88,490 | 62,943 | 45,207 | 33,425 | 89,713 | 74,717 | 58,692 | 47,457 | 123,025 |
| FLFO Interest | (701) | – | – | – | – | (751) | – | – | – | (776) | – | – | – |
| **Ending Cash Balance (After DIP + FLFO Interest)** | 99,982 | 78,757 | 58,207 | 37,318 | 88,490 | 62,192 | 45,207 | 33,425 | 89,713 | 73,942 | 58,692 | 47,457 | 123,025 |
| **Net Operating Disbursements** | ($15,150) | ($18,913) | ($17,005) | ($19,642) | ($26,475) | ($12,191) | ($15,813) | ($12,641) | ($18,241) | ($10,755) | ($14,500) | ($12,850) | ($23,950) |

*Note: Assumes Strip Pricing as of 5/25/2021; production and operational activity consistent with latest Plan assumptions; forecast includes legal and professional fees*
*Non-Recurring Items related to one-off seismic payments, equipment lease/amortization payments and one-off non-op JIB payments*
*Forecast does not include additional draws that may be required per the terms of the DIP Facility*



3

# 13-Week Forecast Variance (6/9/2021 vs. 5/26/2021)

| Week: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 1-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dates: | 5/24 - 5/28 | 5/31 - 6/04 | 6/07 - 6/11 | 6/14 - 6/18 | 6/21 - 6/25 | 6/28 - 7/02 | 7/05 - 7/09 | 7/12 - 7/16 | 7/19 - 7/23 | 7/26 - 7/30 | 8/02 - 8/06 | 8/09 - 8/13 | 8/16 - 8/20 | Total $ Δ |
| **Beginning Cash Balance** | – | 7,928 | 15,628 | 20,678 | 26,793 | 30,644 | 24,015 | 19,465 | 14,411 | 5,846 | 5,660 | (3,467) | (3,473) | – |
| Gross Oil | – | – | – | – | (318) | – | – | – | (1,491) | – | – | – | 7,585 | 5,777 |
| Gross Gas | – | – | – | – | 46 | – | – | – | – | 1 | – | – | – | 47 |
| Gross NGL | (216) | (419) | 149 | 149 | 149 | 17 | 17 | 17 | 17 | 17 | 50 | 50 | 50 | 46 |
| 3rd Party Revenue Receipts/SP 49 Pipeline | 323 | 819 | – | – | – | (2) | (2) | (2) | (2) | (2) | (4) | (4) | (4) | 1,122 |
| **Oil and Gas Revenue** | 107 | 400 | 149 | 149 | (123) | 15 | 15 | 15 | (1,476) | 16 | 46 | 46 | 7,632 | 6,991 |
| Royalty Payments (Federal and State) | 2,052 | 271 | (90) | (90) | (90) | (573) | 1 | 1 | 1 | 268 | (6) | (6) | (6) | 1,733 |
| 3rd Party Payments | (0) | – | – | – | (25) | – | – | – | (37) | – | – | – | – | (62) |
| **Net Revenue From Operations** | 2,160 | 672 | 59 | 59 | (238) | (558) | 16 | 16 | (1,512) | 284 | 40 | 40 | 7,625 | 8,662 |
| Pre-Petition Cash Expenses (AP & Wires) | 154 | 2,134 | 1,617 | 138 | 138 | (2,091) | (2,091) | – | – | – | – | – | – | 0 |
| Post-Petition Cash Expenses (AP & Wires) | 450 | 418 | 500 | 1,000 | 4,600 | (1,407) | 114 | (4,486) | 114 | 114 | (374) | (374) | (374) | 292 |
| **Cash From Operations** | 2,763 | 3,223 | 2,176 | 1,197 | 4,500 | (4,056) | (1,961) | (4,470) | (1,398) | 398 | (334) | (334) | 7,251 | 8,955 |
| Hedge Settlements Gain (Loss) | – | – | (14) | – | – | – | (2,004) | – | – | – | (1,235) | – | – | (3,254) |
| Isabela (BP Receipts) | – | – | – | – | – | – | – | – | – | 0 | – | – | – | 0 |
| Trust A Payments | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Insurance Premiums/Refunds and Bonds | – | 1,637 | – | 7,250 | – | (1,637) | – | – | (6,583) | – | (7,885) | – | 6,519 | (699) |
| DB Fees (Letters of Credit) | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Bond Fees (Apache Related) | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Monthly Payroll/401(k) | – | – | 143 | – | – | – | – | – | – | – | – | – | – | 143 |
| G&A other than Payroll | 43 | (322) | – | – | – | – | – | – | – | – | – | – | – | (279) |
| Transportation | (85) | 807 | 2,265 | – | – | (597) | (597) | (597) | (597) | (597) | – | – | – | – |
| SBM Payments | 0 | 0 | – | – | 1,876 | – | – | – | – | – | – | – | – | 1,876 |
| Gulfstar Payments | – | – | – | – | 1,000 | – | – | – | – | – | – | – | – | 1,000 |
| Katmai Facilities Cash Calls | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Katmai Facilities Payments | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Non-Recurring Items | – | 371 | – | – | – | (371) | – | – | – | – | – | – | – | 0 |
| P&A Receivables | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| HSE Fees (BSEE Inspections) | – | – | 1,813 | – | (1,822) | – | – | – | – | – | – | – | – | (10) |
| SP 49 LLC Distributions | – | – | – | – | – | 17 | – | – | – | – | – | – | – | 17 |
| Professional Fees | 1,882 | 1,406 | (639) | (1,639) | (1,010) | – | – | – | – | – | 325 | 325 | 325 | 975 |
| DW Cash Calls | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Accounts Receivable (JIBs) | 3,330 | 582 | (694) | (694) | (694) | 13 | 13 | 13 | 13 | 13 | 3 | 3 | 3 | 1,901 |
| **Net Cash Flow** | 7,933 | 7,705 | 5,049 | 6,114 | 3,850 | (6,631) | (4,550) | (5,055) | (8,566) | (186) | (9,127) | (7) | 14,097 | 10,627 |
| Interest Income | (5) | (5) | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | (3) |
| **Ending Cash Balance (Before Debt Interest)** | 7,928 | 15,628 | 20,678 | 26,793 | 30,644 | 24,015 | 19,465 | 14,411 | 5,846 | 5,660 | (3,467) | (3,473) | 10,624 | 10,624 |
| DIP Interest | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **Ending Cash Balance (After DIP Interest)** | 7,928 | 15,628 | 20,678 | 26,793 | 30,644 | 24,015 | 19,465 | 14,411 | 5,846 | 5,660 | (3,467) | (3,473) | 10,624 | 10,624 |
| FLFO Interest | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **Ending Cash Balance (After DIP + FLFO Interest)** | 7,928 | 15,628 | 20,678 | 26,793 | 30,644 | 24,015 | 19,465 | 14,411 | 5,846 | 5,660 | (3,467) | (3,473) | 10,624 | 10,624 |
| Net Operating Disbursements | $408 | $2,540 | $4,720 | $8,250 | $5,654 | ($3,624) | ($484) | ($5,084) | ($7,066) | ($484) | ($8,259) | ($374) | $6,144 | |

Note: Assumes Strip Pricing as of 6/8/2021 vs. 5/25/2021; production and operational activity consistent with latest Plan assumptions; forecast includes legal and professional fees
Non-Recurring Items related to one-off seismic payments, equipment lease/amortization payments and one-off non-op JIB payments
Forecast does not include additional draws that may be required per the terms of the DIP Facility



4

# Variance Recap (6/9/2021 vs. 5/26/2021)

| Week: | 1-13 | |
|---|---|---|
| Dates: | Total $ Δ | Comments |
| **Beginning Cash Balance** | – | |
| Gross Oil | 5,777 | |
| Gross Gas | 47 | |
| Gross NGL | 46 | |
| 3rd Party Revenue Receipts/SP 49 Pipeline | 1,122 | |
| **Oil and Gas Revenue** | 6,991 | Lower Jun'21 production offset by higher prices |
| Royalty Payments (Federal and State) | 1,733 | May'21 benefit from Royalty Recovery Project |
| 3rd Party Payments | (62) | |
| **Net Revenue From Operations** | 8,662 | |
| Pre-Petition Cash Expenses (AP & Wires) | 0 | |
| Post-Petition Cash Expenses (AP & Wires) | 292 | Reflects latest forecast |
| **Cash From Operations** | 8,955 | |
| Hedge Settlements Gain (Loss) | (3,254) | Higher payments attributable to increase in prices |
| Isabela (BP Receipts) | 0 | |
| Trust A Payments | – | |
| Insurance Premiums/Refunds and Bonds | (699) | Reflects expected premiums for NewCo Insurance Program |
| DB Fees (Letters of Credit) | – | |
| Bond Fees (Apache Related) | – | |
| Monthly Payroll/401(k) | 143 | |
| G&A other than Payroll | (279) | |
| Transportation | – | |
| SBM Payments | 1,876 | Trued-up for invoices received |
| Gulfstar Payments | 1,000 | Trued-up for invoices received |
| Katmai Facilities Cash Calls | – | |
| Katmai Facilities Payments | – | |
| Non-Recurring Items | 0 | |
| P&A Receivables | – | |
| HSE Fees (BSEE Inspections) | (10) | |
| SP 49 LLC Distributions | 17 | |
| Professional Fees | 975 | |
| DW Cash Calls | – | |
| Accounts Receivable (JIBs) | 1,901 | Higher collections than anticipated in May'21 |
| **Net Cash Flow** | 10,627 | |
| Interest Income | (3) | |
| **Ending Cash Balance (Before Debt Interest)** | 10,624 | |
| DIP Interest | – | |
| **Ending Cash Balance (After DIP Interest)** | 10,624 | |
| FLFO Interest | – | |
| **Ending Cash Balance (After DIP + FLFO Interest)** | 10,624 | |



5

# 13-Week Forecast (as of 6/9/2021) – with Actuals

| Week: | -1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dates: | 5/24 - 5/28 | 5/31 - 6/04 | 6/07 - 6/11 | 6/14 - 6/18 | 6/21 - 6/25 | 6/28 - 7/02 | 7/05 - 7/09 | 7/12 - 7/16 | 7/19 - 7/23 | 7/26 - 7/30 | 8/02 - 8/06 | 8/09 - 8/13 | 8/16 - 8/20 | 8/23 - 8/27 | 8/30 - 9/03 |
| **Beginning Cash Balance** | 129,449 | 107,910 | 94,385 | 78,885 | 64,111 | 119,134 | 86,207 | 64,673 | 47,836 | 95,559 | 79,602 | 55,226 | 43,983 | 133,649 | 125,411 |
| Gross Oil | – | – | – | – | 80,042 | – | – | – | 80,462 | – | – | – | 105,487 | – | – |
| Gross Gas | 6,475 | – | – | – | 7,292 | – | – | – | – | 7,297 | – | – | – | 9,593 | – |
| Gross NGL | 266 | – | 568 | 568 | 568 | 349 | 349 | 349 | 349 | 349 | 563 | 563 | 563 | 563 | 449 |
| 3rd Party Revenue Receipts/SP 49 Pipeline | 419 | 915 | 96 | 96 | 96 | 84 | 84 | 84 | 84 | 84 | 99 | 99 | 99 | 99 | 97 |
| **Oil and Gas Revenue** | 7,160 | 915 | 663 | 663 | 87,997 | 433 | 433 | 433 | 80,895 | 7,730 | 662 | 662 | 106,149 | 10,255 | 545 |
| Royalty Payments (Federal and State) | (10,960) | – | (159) | (159) | (159) | (14,059) | (68) | (68) | (68) | (13,397) | (89) | (89) | (89) | (89) | (17,596) |
| 3rd Party Payments | (5,730) | – | – | – | (10,140) | – | – | – | (8,321) | – | – | – | (7,916) | – | – |
| **Net Revenue From Operations** | (9,530) | 915 | 505 | 505 | 77,699 | (13,626) | 364 | 364 | 72,505 | (5,667) | 573 | 573 | 106,060 | 2,250 | (17,051) |
| Pre-Petition Cash Expenses (AP & Wires) | 54 | (95) | (612) | (2,091) | (2,091) | (2,091) | (2,091) | – | – | – | – | – | – | – | – |
| Post-Petition Cash Expenses (AP & Wires) | (9,114) | (13,582) | (8,670) | (9,000) | (11,000) | (12,248) | (10,424) | (15,802) | (9,202) | (9,438) | (10,299) | (11,299) | (10,299) | (9,789) | (10,876) |
| **Cash From Operations** | (18,589) | (12,763) | (8,777) | (10,586) | 64,608 | (27,965) | (12,151) | (15,438) | 63,303 | (15,105) | (9,727) | (10,727) | 95,761 | (7,539) | (27,927) |
| Hedge Settlements Gain (Loss) | – | – | (2,312) | – | – | – | (4,036) | – | – | – | (3,106) | – | – | – | (3,038) |
| Isabela (BP Receipts) | 1,550 | – | – | – | 1,403 | – | – | – | – | 1,516 | – | – | – | 1,626 | – |
| Trust A Payments | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Insurance Premiums/Refunds and Bonds | – | – | – | – | – | (1,637) | – | – | (6,833) | – | (7,885) | – | (81) | (1,210) | – |
| DB Fees (Letters of Credit) | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Bond Fees (Apache Related) | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Monthly Payroll/401(k) | (3,079) | – | (3,207) | – | (3,350) | – | (3,350) | – | (4,100) | – | (3,350) | – | (3,350) | – | (3,350) |
| G&A other than Payroll | (680) | (547) | (225) | (225) | (828) | (350) | (225) | (225) | (225) | (603) | (225) | (225) | (225) | (828) | (225) |
| Transportation | (694) | (940) | (182) | (1,847) | (2,947) | (1,097) | (1,797) | (1,197) | (1,697) | (1,197) | (500) | (1,200) | (600) | (1,700) | (500) |
| SBM Payments | (1,176) | (1,303) | – | – | (874) | – | – | – | (2,750) | – | – | (2,750) | – | – | – |
| Gulfstar Payments | – | – | – | (320) | – | – | (500) | (500) | (500) | – | (500) | (500) | (500) | – | – |
| Katmai Facilities Cash Calls | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Katmai Facilities Payments | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Non-Recurring Items | – | (493) | – | – | – | (864) | – | – | – | – | (494) | – | – | – | (994) |
| P&A Receivables | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| HSE Fees (BSEE Inspections) | – | – | – | – | (1,822) | – | – | – | – | – | – | – | – | – | – |
| SP 49 LLC Distributions | – | – | – | – | – | (483) | – | – | – | – | – | – | – | – | – |
| Professional Fees | (1,718) | (455) | (2,500) | (3,500) | (2,871) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) | (1,300) |
| DW Cash Calls | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Accounts Receivable (JIBs) | 3,830 | 2,977 | 1,701 | 1,701 | 1,701 | 1,821 | 1,821 | 1,821 | 1,821 | 1,821 | 2,707 | 2,707 | 2,707 | 2,707 | 2,438 |
| **Net Cash Flow** | (20,556) | (13,525) | (15,504) | (14,778) | 55,019 | (31,875) | (21,538) | (16,839) | 47,719 | (14,869) | (24,380) | (11,245) | 89,661 | (8,244) | (34,895) |
| Interest Income | – | – | 4 | 3 | 4 | 5 | 4 | 3 | 3 | 4 | 3 | 2 | 4 | 6 | 5 |
| **Ending Cash Balance (Before Debt Interest)** | 108,893 | 94,385 | 78,885 | 64,111 | 119,134 | 87,264 | 64,673 | 47,836 | 95,559 | 80,694 | 55,226 | 43,983 | 133,649 | 125,411 | 90,521 |
| DIP Interest | (283) | – | – | – | – | (306) | – | – | – | (316) | – | – | – | – | (306) |
| **Ending Cash Balance (After DIP Interest)** | 108,610 | 94,385 | 78,885 | 64,111 | 119,134 | 86,958 | 64,673 | 47,836 | 95,559 | 80,378 | 55,226 | 43,983 | 133,649 | 125,411 | 90,215 |
| FLFO Interest | (701) | – | – | – | – | (751) | – | – | – | (776) | – | – | – | – | (751) |
| **Ending Cash Balance (After DIP + FLFO Interest)** | 107,910 | 94,385 | 78,885 | 64,111 | 119,134 | 86,207 | 64,673 | 47,836 | 95,559 | 79,602 | 55,226 | 43,983 | 133,649 | 125,411 | 89,464 |
| Net Operating Disbursements | ($14,742) | ($16,372) | ($12,285) | ($11,392) | ($20,822) | ($15,815) | ($16,297) | ($17,725) | ($25,307) | ($11,238) | ($22,759) | ($13,224) | ($17,806) | ($13,527) | ($14,951) |

*Note:   Assumes Strip Pricing as of 6/8/2021; production and operational activity consistent with latest Plan assumptions; forecast includes legal and professional fees*
*Non-Recurring Items related to one-off seismic payments, equipment lease/amortization payments and one-off non-op JIB payments*
*Forecast does not include additional draws that may be required per the terms of the DIP Facility*



6

# Variance Test (as of 6/9/2021)

| Week: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dates: | 4/26 - 4/30 | 5/03 - 5/07 | 5/10 - 5/14 | 5/17 - 5/21 | 5/24 - 5/28 | 5/31 - 6/04 | 6/07 - 6/11 | 6/14 - 6/18 | 6/21 - 6/25 | 6/28 - 7/02 | 7/05 - 7/09 | 7/12 - 7/16 | 7/19 - 7/23 |
| *13-Week Forecast* | Actual | Actual | Actual | Actual | Actual | Actual | | | | | | | |
| Post-Petition Cash Expenses (AP & Wires) | (6,990) | (13,608) | (11,812) | (12,492) | (9,114) | (13,582) | (8,670) | (9,000) | (11,000) | (12,248) | (10,424) | (15,802) | (9,202) |
| Trust A Payments | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Insurance Premiums/Refunds and Bonds | (76) | – | – | – | – | – | – | – | – | (1,637) | – | – | (6,833) |
| DB Fees (Letters of Credit) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Bond Fees (Apache Related) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Monthly Payroll/401(k) | (3,924) | – | (3,125) | – | (3,079) | – | (3,207) | – | (3,350) | – | (3,350) | – | (4,100) |
| G&A other than Payroll | (604) | (460) | (228) | (451) | (680) | (547) | (225) | (225) | (828) | (350) | (225) | (225) | (225) |
| Transportation | (818) | (1,090) | (198) | (985) | (694) | (940) | (182) | (1,847) | (2,947) | (1,097) | (1,797) | (1,197) | (1,697) |
| SBM Payments | (1,020) | – | – | – | (1,176) | (1,303) | – | – | (874) | – | – | – | (2,750) |
| Gulfstar Payments | – | – | – | (389) | – | – | – | (320) | – | – | (500) | (500) | (500) |
| Deepwater Drillship | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Katmai Facilities Payments | – | – | – | – | – | – | – | – | – | – | – | – | – |
| HSE Fees (BSEE Inspections) | – | – | – | – | – | – | – | – | (1,822) | – | – | – | – |
| SP 49 LLC Distributions | – | – | – | – | – | – | – | – | – | (483) | – | – | – |
| **Net Operating Disbursements** | **(13,433)** | **(15,159)** | **(15,363)** | **(14,317)** | **(14,742)** | **(16,372)** | **(12,285)** | **(11,392)** | **(20,822)** | **(15,815)** | **(16,297)** | **(17,725)** | **(25,307)** |
| **Cum. 2-Week Period** | | **(28,592)** | | **(29,680)** | | **(31,114)** | **(28,657)** | **(23,677)** | **(32,214)** | **(36,637)** | **(32,112)** | **(34,021)** | **(43,032)** |
| *Variance Test* | | | | | | | | | | | | | |
| Cum. 2-Week Period | | (28,592) | | (29,680) | | (31,114) | | (23,677) | | | | | |
| Budget Cum. 2-Week Period Incl. Variance + Carry-Forward | | (100,569) | | (98,912) | | (102,937) | | – | | | | | |
| **Underspend / (Overspend)** | | **71,977** | | **69,232** | | **71,823** | | **(23,677)** | | | | | |
| *Budget Forecast* | | | | | | | | | | | | | |
| **Budget Net Operating Disbursements** | **(13,756)** | **(14,585)** | **(15,171)** | **(11,862)** | **(20,902)** | **(12,338)** | **(19,220)** | **(19,688)** | **(25,191)** | **(11,177)** | **(14,816)** | **(12,016)** | **(18,466)** |
| **Budget Cum. 2-Week Period** | | **(28,341)** | | **(27,033)** | | **(33,239)** | | | | | | | |
| *Permitted 7.5% Variance (%)* | | 7.50% | | 7.50% | | 7.50% | | | | | | | |
| *Permitted 7.5% Variance ($)* | | (2,126) | | (2,027) | | (2,493) | | | | | | | |
| **Budget Cum. 2-Week Period Incl. Variance** | | **(30,466)** | | **(29,061)** | | **(35,732)** | | | | | | | |
| *Carry-Forward Credit for Underspend ($)* | | (70,103) | | (69,852) | | (67,205) | | | | | | | |
| **Budget Cum. 2-Week Period Incl. Variance + Carry-Forward** | | **(100,569)** | | **(98,912)** | | **(102,937)** | | | | | | | |
| *Carry-Forward Credit for Underspend* | | | | | | | | | | | | | |
| Cumulative 2-Week Period *(Prior 2-Week Period)* | | (28,592) | | (29,680) | | (31,114) | | | | | | | |
| Budget Cum. 2-Week Period *(Prior 2-Week Period)* | | (28,341) | | (27,033) | | (33,239) | | | | | | | |
| **Underspend / (Overspend)** | | **(251)** | | **(2,647)** | | **2,125** | | | | | | | |
| *75% Credit for Underspend (%)* | | 75% | | 75% | | 75% | | | | | | | |
| **Adjustment to Carry-Forward Credit Balance** | | **(251)** | | **(2,647)** | | **1,594** | | | | | | | |
| **Carry-Forward Credit Balance** | | **69,852** | | **67,205** | | **68,798** | | | | | | | |

*Note: Assumes Strip Pricing as of 6/8/2021; production and operational activity consistent with latest Plan assumptions; forecast includes legal and professional fees*
*Non-Recurring Items related to one-off seismic payments, equipment lease/amortization payments and one-off non-op JIB payments*
*Forecast does not include additional draws that may be required per the terms of the DIP Facility*

7



Page 7 of 7