**Exhibit 1**

**Objection and Reservation of Rights of Talos to Notice of
Assumed Contracts and Cure Amounts**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY, LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | |
| **Debtors.[1]** | § | **(Jointly Administered)** |

## OBJECTION AND RESERVATION OF RIGHTS OF TALOS ENERGY OFFSHORE LLC, TALOS ENERGY LLC, TALOS ENERGY INC., AND TALOS PRODUCTION INC. TO (A) NOTICE TO CONTRACT PARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE SCHEDULE OF ASSUMED CONTRACTS AND CURE AMOUNTS AND (B) NOTICE OF FILING OF AMENDED SCHEDULE OF ASSUMED CONTRACTS AND CURE AMOUNTS

[Relates to Docket No. 1456]

Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., and Talos Production Inc. (collectively, "Talos"), file this objection and reservation of rights (the "Objection") to (A) *Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1395] ("Schedule of Assumed Contracts") and (B) *Notice of Filing of Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (as amended, the "Amended Schedule of Assumed Contracts"), filed in connection with the *Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1284] (including any exhibits and schedules thereto and as may be further amended, supplemented, or modified, the "Plan"), and respectfully show the Court as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## **BACKGROUND**

1.      On August 3 and August 4, 2020, Fieldwood Energy LLC and its debtor affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in this Court.

2.      On April 15, 2021, the Debtors filed the Plan.

3.      On April 15, 2021, the Court entered the *Amended Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Approving Procedures for Objections to the Assignment and Transfer of Property of the Estate; and (VII) Granting Related Relief* [Docket No. 1286] (the "Disclosure Statement Order"), which approved certain procedures relating to the Debtors' assumption of executory contracts and unexpired leases under the Plan.

4.      On May 26, 2021, the Debtors filed their *Plan Supplement in Connection with the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1394] (the "Plan Supplement"). Exhibit D to the Plan Supplement includes the Debtors' Schedule of Assumed Contracts.

5.      Talos and the Debtors are parties to certain contracts, including certain operating and related agreements as set forth in the Debtors' schedules of executory contracts and unexpired leases. *See* Docket Nos. 429, 437, and 441.

6.      On November 24, 2020, the Debtors filed an adversary proceeding in this Court against Atlantic Maritime Services, LLC ("Atlantic"), *Fieldwood Energy LLC v. Atlantic Maritime*

11096741

*Services, LLC*, Adv. Pro. No. 20-03476 [AP Docket No. 1] (Bankr. S.D. Tex. 2020) (the "Atlantic Litigation").

7.      On November 25, 2020, Talos filed Proof of Claim No. 724 against Fieldwood Energy Offshore, LLC ("Claim 724"), Proof of Claim No. 780 against Fieldwood Energy, LLC ("Claim 780"), and Proof of Claim No. 786 against GOM Shelf, LLC ("Claim 786," and together with Claim 724 and Claim 780, the "Talos Claims"), asserting a secured claim in the total amount of $10,473,014.85 for pre-petition amounts owed under certain contracts between Talos and the Debtors, and indemnification of the lien claim against Talos by Atlantic.

8.      On May 27, 2021, pursuant to the Disclosure Statement Order, the Debtors filed and served the Schedule of Assumed Contracts, which identifies contracts and leases the Debtors have designated for assumption and/or assignment and the Debtors' proposed cure amounts with respect to such agreements. *See* Docket No. 1395. The Schedule of Assumed Contracts sets forth the Debtors' proposed cure amounts for the executory contracts and unexpired leases to be assumed under the Plan. The Schedule of Assumed Contracts also provides that any objection to the Debtors' proposed cure amounts must be filed within ten (10) days of service of the Schedule of Assumed Contracts (which was June 6, 2021).[2]

9.      On June 2, 2021, the Debtors filed their Amended Schedule of Assumed Contracts, which added additional contracts to the list of executory contracts and unexpired leases being assumed by the Debtors under the Plan.

10.     The Amended Schedule of Assumed Contracts lists nearly 100 contracts to which Talos is a counterparty or is a related entity which are affected by this Objection.[3] As set forth

---

[2] The Debtors agreed to extend Talos' deadline to file an extension until Tuesday, June 8, 2021.

[3] A list of assumed contracts related to this Objection is attached hereto as **Exhibit A**.

11096741

below, Talos objects to the Debtors' $0 proposed cure amounts (the "Cure Amount"), because (i) the Debtors do not provide verifiable cure amounts, and (ii) the Debtors cannot strip the Mississippi UOA (as defined below) of key protections afforded to Talos.

11. Talos files this Objection to preserve all rights under section 365 of the Bankruptcy Code and the Property Agreements (as defined below).

## OBJECTION

### I. Talos' Proposed Cure Amount is Incorrect.

12. Talos holds interests in certain offshore oil and gas leases and other assets and properties (as more particularly described in the table below) (collectively, the "Subject Properties") in which the Debtors also own interests. The Debtors also utilize certain production handling facilities and similar assets owned by Talos in connection with the operation of the Subject Properties ("PH Facilities"). The operation of the Subject Properties and the PH Facilities, as applicable, are governed by the terms and conditions of certain operating agreements, unit operating agreements, production handing agreements and other similar agreements (such agreements, inclusive of attachments, exhibits, memoranda, and related agreements, and as have been amended or restated from time to time, collectively, the "Property Agreements").[4]

13. The Property Agreements (as applicable) require the Debtors to, among other things: (1) pay joint interest billing obligations owed with respect to the Debtors' interests; (2) when a Debtor is operator, account to and credit or reimburse non-operators for funds advanced by such non-operators pursuant to operator cash calls but not utilized for the purpose of such operator cash calls; (3) pay throughput fees and other amounts owed to the operators of production handling facilities under production handling agreements; (4) respond to and otherwise credit or pay for

---

[4] The Property Agreements are not submitted with this Objection because of their size and because the Debtors have copies of the Property Agreements. The Property Agreements may also be provided upon request.

unchallenged exceptions pursuant to an audit; and (5) settle and otherwise pay imbalance payment obligations owed to non-operators arising under gas balancing agreements or otherwise.

14.    These obligations are secured by the Debtors' interests in the Subject Properties and certain other assets in accordance with the terms of the applicable Property Agreements and perfected pursuant to certain recorded memoranda of agreement, financing statements and other lien filings placed of record in the applicable filing jurisdictions.[5]

15.    Pursuant to the Amended Schedule of Assumed Contracts, the Debtors seek to assume and assign the Property Agreements pursuant to Article 8.2(a) of the Plan by paying Talos the Cure Amount. The proposed Cure Amount of $0.00 is incorrect after considering the Debtors' obligations under the Property Agreements.[6]

16.    Pursuant to section 365(b)(1)(A) of the Bankruptcy Code, the Debtors must cure any defaults under the Property Agreements in connected with any proposed assumption, as well as provide adequate assurance of future performance prior to assumption and/or assignment of an executory contract or unexpired lease. 11 U.S.C. § 365(b)(1)(A). In this case, the Debtors' proposed cure amount of $0.00 fails to cure the existing defaults of the Property Agreements, as is required by section 365(b)(1)(A) prior to assumption.

---

[5] Such filings are not submitted with this Objection because of their size and because the Debtors have copies of such filings. Such filings may also be provided upon request.

[6] The Schedule of Assumed Contracts also provides, in part, the following:

> **PLEASE TAKE FURTHER NOTICE** that, Section 8.2(d) of the Plan provides that to the extent an Assumption Dispute relates solely to the Cure Amount, subject to the terms of the Credit Bid Purchase Agreement, the Debtors may assume and/or assume and assign the applicable executory contract or unexpired lease before the resolution of the Assumption Dispute; provided, that the Post-Effective Date Debtors or Credit Bid Purchaser, as applicable shall be responsible to pay the determined amount to be Allowed by the Bankruptcy Court or otherwise agreed to by such non-Debtor party. The Debtors or Post-Effective Date Debtors, as applicable, subject to the terms of the Credit Bid Purchase Agreement, may settle any dispute regarding the Cure Amount or the nature thereof without any further notice to any party or any action, order, or approval of the Bankruptcy Court.

5

17.　　As of the date of this Objection, the correct cure amount for the Property Agreements is not less than $3,297,026.23. Pursuant to the Property Agreements, the Debtors owe Talos the following pre-petition amounts:

- Fieldwood Energy

| Joint Interest Billings Accounts Receivable | $633,257.91 | MC108; MC110; VK204; EI 57 |
|---|---|---|
| Advances to Operators Credit or Reimbursement Obligation[7] | $158,218.67 | Gunflint Prospect (Mississippi Canyon 948/949/992/993) |
| Audit Exception Payments Accounts Receivable[8] | $172,447.32 | MP315 |
| Throughput Fees and Other Amounts Owed under Production Handling Agreements Accounts Receivable | $261,919.39 | MC108; MC110 |
| | $64,169.30 | SM108 |
| Imbalances Accounts Receivable | $1,513,952.08 | SS 271 Unit (SS 247, SS 248, SS 270) |
| | $331,000.00 | EC 265; SP 87; SP 89 |

[7] Please note that the specific lien provisions set forth in the Mississippi UOA are addressed in more detail below.

[8] From June 19, 2017 through July 7, 2017, Talos completed an audit of joint interest billings for properties and facilities operated by Fieldwood Energy, for the audit period of January 2015 through December 2016, in which Talos is a working interest owner and provided a copy of the findings and demand for payment to Fieldwood Energy (the "Audit Letter"). A true and correct copy of the Audit Letter is attached to the Talos Claims. The amount referenced herein represents the net amount due on Talos' portions of the gross exceptions referenced in the Audit Letter, subject to further investigation and supplementation pursuant to the audit. Talos reserves all rights to supplement its cure amount.

6

| Total | $3,134,964.67 |
|---|---|

Fieldwood Offshore

| Joint Interest Billings<br>Accounts Receivable | $6,800.48 | MC109 |
|---|---|---|
| Imbalances<br>Accounts Receivable | $65,364.45 | HI 545 |
| Total | $72,164.93 | |

- GOM

| Joint Interest Billings<br>Accounts Receivable | $89,896.63 | SS198; SS199 |
|---|---|---|
| Total | $89,896.63 | |

18.    As a result, under section 365(b)(1)(A) of the Bankruptcy Code, in order to assume the Property Agreements, Talos must receive a cure payment of not less than $3,297,026.23. Otherwise, the Property Agreements cannot be assumed.

## II.    The Atlantic Litigation and Preserving the Mississippi UOA Provisions

19.    Talos holds working interests in certain oil and gas leases covering submerged lands on the Outer Continental Shelf situated in a prospect known as the Gunflint Prospect (covering Mississippi Canyon 948/949/992/993) (the "Leases"), for which Fieldwood Energy, LLC serves as the operator under that certain Unit Operating Agreement, dated effective January 1, 2013 (inclusive of attachments, memoranda, and related agreements, and as has been amended or restated from time to time, collectively, the "Mississippi UOA").[9] The Mississippi UOA

---

[9] The Mississippi UOA is not submitted with this Objection because of its size and because the Debtors have a copy of the Mississippi UOA. The UOA may also be provided upon request.

requires Fieldwood Energy to, among other things, use "reasonable efforts to keep the [Leases] free from all liens and encumbrances" (Section 5.4) as well as hold Talos harmless as follows:

> The obligations, duties and liabilities of the Parties shall be several and not joint or collective; and nothing contained herein shall ever be construed as creating a partnership, joint venture, association or other character of business entity recognizable in law for any purpose. Each Party shall hold all the other Parties harmless from liens and encumbrances on the Leases or in the Contract Area arising as a result of its acts or omissions.

*See* Mississippi UOA, Sections 5.4 and 22.1. Fieldwood Energy is thus required to use reasonable efforts to avoid liens and to indemnify Talos for any lien claim amounts burdening the Leases and/or the Contract Area, including its attorneys' fees, costs, and any other damages Talos suffers as a result of Fieldwood Energy's acts or omissions.

21.    These obligations are secured in accordance with Sections 6.3.2[10] and 6.3.3[11] of the Mississippi UOA by Fieldwood Energy's own working interests in the Leases and the Contract

---

[10] Section 6.3.2 of the Mississippi UOA provides,

> Non-Operating Party's Security Interest: Operator grants a like security interest and mortgage to the Non-Operating Parties to secure payment of Operator's proportionate share of expenses. Each Party paying its share of unpaid expenses pursuant to Section 6.5 *(Unpaid Charges)* hereof shall, to obtain reimbursement thereof, be subrogated to the security rights described herein.

[11] Section 6.3.2 of the Mississippi UOA provides,

> Recordation: To better protect the Parties' security rights created hereunder, the Parties shall promptly join in such reasonable actions as may be necessary to execute and notarize a mutually agreeable Memorandum of Joint Operating Agreement and financing statement on a UCC form ("Memorandum"), similar in all material respects to the form attached hereto as Exhibit "I" as soon as reasonably practical, but prior to commencement of operations. The Memorandum shall be executed by each Party through its duly authorized agent or representative. The Parties hereby authorize the Operator to file the notarized Memorandum in the mortgage, conveyance and UCC records of the pertinent Parishes/Counties having jurisdiction over the Contract Area. The Operator shall provide each Party with a copy of the recorded instrument. Each Party further agrees to provide reasonable written evidence of its authorized signatory's authority to encumber its leasehold interest. In the event that a Memorandum of Joint Operating Agreement is not executed prior to commencement of operations, the Parties agree to execute, notarize and file a Memorandum of Joint Operating Agreement identical to the form attached hereto as Exhibit "I."

Area and perfected pursuant to certain recorded memoranda of agreement, financing statements and other lien filings placed of record in the applicable filing jurisdictions.[12]

20.     On October 30, 2020, Atlantic sent Talos a Demand for Payment (the "Atlantic Demand") enclosing a Statement of Privilege whereby it demanded that Talos pay Atlantic the principal amount of $5,842,744.68, "together with interest thereon, the cost of filing the lien and attorney's fees of 10% percent [sic] of the amount sought to be collected" on account of purportedly unpaid invoices allegedly owed by Fieldwood Energy[13] (the "Atlantic Lien").

21.     Talos has no contractual relationship with Atlantic and has no direct liability to Atlantic. To the extent that Talos' interest is burdened by Atlantic's alleged liens and privileges or Atlantic is able to sequester or otherwise obtain funds that are the proceeds of Talos' interests, Talos has asserted a secured claim against Fieldwood Energy for the amounts paid to Atlantic. Further, to the extent that Talos is required to incur fees, costs and expenses to respond to or litigate with Atlantic regarding any alleged unpaid invoices owed by Fieldwood, the indemnification provisions of the Mississippi UOA entitle Talos to a secured claim for the amount of any attorneys' fees, costs, and any other damages incurred by Talos as a result of Fieldwood Energy's acts or omissions.

22.     Without the Mississippi UOA provisions remaining intact, Talos may be liable on account of the Atlantic Lien. Thus, the Debtors and Talos must preserve the Mississippi UOA terms in the assignment and assumption of the Mississippi UOA. Put simply, the indemnification obligations arising from the Mississippi UOA are liabilities which must be cured in order to assume and assign the Mississippi UOA or the UOA-related contracts.

---

[12] Such filings are not submitted with this Objection because of their size and because the Debtors have copies of such filings. Such filings may also be provided upon request.

[13] A true and correct copy of the Atlantic Demand is attached to the Talos Claims.

## RESERVATION OF RIGHTS

23.     Talos expressly reserves all rights under the Bankruptcy and the Property Agreements, including, without limitation, the right to supplement and/or amend this Objection and assert any further objections.  Talos further reserves all rights with respect to any other agreements related to Talos identified on any amended list of contracts and leases proposed to be assumed, or identified on any list of contracts and leases proposed to be rejected.

## CONCLUSION

**WHEREFORE**, Talos respectfully requests that this Court (i) order that any assumption and assignment of the Property Agreements be conditioned upon the Debtors curing the defaults under the Property Agreements in the correct amount of not less than $3,297,026.23; (ii) order that the Cure Amount account for the Atlantic Lien; and (iii) granting Talos any other relief to which Talos may be entitled at law or in equity.

Dated: June 8, 2021
      Houston, Texas

**PORTER HEDGES LLP**

*/s/ Eric M. English*
Eric M. English (TX 24062714)
Megan Young-John (TX 24088700)
Emily Nasir (TX 24118477)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
eenglish@porterhedges.com
myoungjohn@porterhedges.com
enasir@porterhedges.com

**COUNSEL FOR TALOS**

11096741

# EXHIBIT A

| Lease/Agr. | Contract Number | Contract Date | Contract Category | Contract Description | Cure Amount |
|---|---|---|---|---|---|
| EC 265 | 79 | 7/1/2013 | Joint Operating Agreement | Joint Exploration Agreement dated 9/30/2013 but effective 7/1/2013 b/b Apache Corporation, Apache Shelf, Inc., Apache Deepwater LLC, Apache Shelf Exploration LLC, Fieldwood Energy LLC, and GOM Shelf; OA attached as Exhibit D | $0 |
| EC 265 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |
| EC 265 | 724 | 1/1/1992 | Marketing - Processing | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 725 | 10/1/1995 | Marketing - Processing | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 726 | 10/13/1998 | Marketing - Processing | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 727 | 11/13/1998 | Marketing - Processing | AMENDMEMT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 728 | 2/1/2000 | Marketing - Processing | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 729 | 12/1/2000 | Marketing - Processing | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 730 | 9/1/2010 | Marketing - Processing | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 731 | 10/18/2010 | Marketing - Processing | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 732 | 12/1/2010 | Marketing - Processing | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 733 | 6/1/2012 | Marketing - Processing | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 734 | 7/1/2012 | Marketing - Processing | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 735 | 7/1/2012 | Marketing - Processing | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 736 | 9/25/2013 | Marketing - Processing | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 737 | 10/6/2013 | Marketing - Processing | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| EC 265 | 1660 | 12/4/1958 | Operating Agreement - Other | Operating Agreement eff. 12/4/58 | $0 |
| EC 278 | 79 | 7/1/2013 | Joint Operating Agreement | Joint Exploration Agreement dated 9/30/2013 but effective 7/1/2013 b/b Apache Corporation, Apache Shelf, Inc., Apache Deepwater LLC, Apache Shelf Exploration LLC, Fieldwood Energy LLC, and GOM Shelf; OA attached as Exhibit D | $0 |
| EC 278 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |
| EI 57 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |

11097840_1

| | | | | | |
|---|---|---|---|---|---|
| EI 57 | 463 | 7/1/1998 | Farmout Agreement | FO by and between Energy Development Corp & Juniper Energy Kp | $0 |
| HI A545 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |
| HI A545 | 1582 | 9/25/1997 | Operating Agreement - Other | b/b Shell Offshore Inc. andf Barrett Resources Corporation | $0 |
| MC 108 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |
| MC 108 | 217 | 1/1/1994 | Joint Operating Agreement | BP  EXPLORATION & OIL INC. AND SHELL OFFSHORE INC ET AL | $0 |
| MC 108 | 573 | 6/30/1999 | Marketing - PHA | MC 108/MC 109 by and between Fieldwood and Talos Energy LLC and Talos Energy LLC | $0 |
| MC 108 | 906 | 8/18/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | $0 |
| MC 108 | 1628 | 9/9/2015 | Performance Bond & Supplemental Bonding Agreement | by and between Fieldwood Energy LLC and Stone Energy Corporation: Stone acknowledgement of reciept of Bond | $0 |
| MC 108 | 1637 | 1/10/2014 | Well / Propsect Proposals | Gilligan & Bingo: Stone offering of prospects to Fieldwood Fieldwood election | $0 |
| MC 108 | 1638 | 2/5/2014 | Well / Propsect Proposals | Gilligan & Bingo: Stone requesting extension and fieldowood's election | $0 |
| MC 108 | 1639 | 3/24/2014 | Well / Propsect Proposals | Gilligan & Bingo: Stone requesting extension and fieldowood's election | $0 |

11097840_1

| | | | | | | |
|---|---|---|---|---|---|---|
| MC 108 | 1640 | 9/9/2015 | Performance Bond & Supplemental Bonding Agreement | by and between Fieldwood Energy LLC, SEO A LLC, Stone Energy Corporation and Stone Energy Offshore, L.L.C.: Fieldwood will apply own Supp Bondin | | $0 |
| MC 108 | 1892 | 3/28/2014 | Well / Propsect Proposals | Proposal Amendment and Various requests for extension from Stone and election by Fieldwood | | $0 |
| MC 109 | 571 | 6/30/1999 | Marketing - PHA | MC 109/MC110 by and between Fieldwood and Talos Energy and Talos Energy | | $0 |
| MC 109 | 573 | 6/30/1999 | Marketing - PHA | MC 108/MC 109 by and between Fieldwood and Talos Energy LLC and Talos Energy LLC | | $0 |
| MC 110 | 27 | 7/11/2009 | Marketing - Construction, Operations, Management, Ownership Agreements | Proposes that the producers utilizing the Amberjack Pipeline, collectively, "the Producers", become owners in the Amberjack Pipeline. by and between Fieldwood Energy LLC and ? | | $0 |
| MC 110 | 28 | 7/11/2009 | Marketing - Construction, Operations, Management, Ownership Agreements | Proposes that the producers utilizing the Amberjack Pipeline, collectively, "the Producers", become owners in the Amberjack Pipeline. by and between Fieldwood Energy LLC and ? | | $0 |
| MC 110 | 29 | 7/11/2009 | Marketing - Construction, Operations, Management, Ownership Agreements | Proposes that the producers utilizing the Amberjack Pipeline, collectively, "the Producers", become owners in the Amberjack Pipeline. by and between Fieldwood Energy LLC and ? | | $0 |
| MC 110 | 137 | 11/2/2010 | Marketing - Construction, Operations, Management, Ownership Agreements | The Operator is responsible for the entity's operations, accounting, and reporting detailed in the Operating Agreement, including pipeline operation, repair, and maintenance, as well as admintistative functions such as paying expenses and maintaing records by and between Fieldwood Energy LLC and and | | $0 |
| MC 110 | 138 | 11/2/2010 | Marketing - Construction, Operations, Management, Ownership Agreements | The Operator is responsible for the entity's operations, accounting, and reporting detailed in the Operating Agreement, including pipeline operation, repair, and maintenance, as well as admintistative functios such as paying expenses and maintaing records by and between Fieldwood Energy LLC and and | | $0 |

| | | | | | |
|---|---|---|---|---|---|
| MC 110 | 227 | 10/1/2002 | Other Handling / Stabilization Agreements | First Amendment to Orion (MC 110) Platform Access, Operating Services and Production Handling Agreement by First Amendment to Orion (MC 110) Platform Access, Operating Services and Production Handling Agreement by and between BP Exploration & Production Inc.; Stone Energy Corporation and Shell Offshore Inc.; Stone Energy Corporation; Ocean Energy, Inc.; Devon SFS Operating, Inc. : Desire to install gas lift system on Amberjack Patform | $0 |
| MC 110 | 571 | 6/30/1999 | Marketing - PHA | MC 109/MC110 by and between Fieldwood and Talos Energy and Talos Energy | $0 |
| MC 110 | 716 | 1/8/2019 | Marketing - Processing | $.16 /MMBTU (escl) plus electricity fee by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | $0 |
| MC 110 | 906 | 8/18/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | $0 |
| MC 110 | 925 | 11/2/2010 | Marketing - Construction, Operations, Management, Ownership Agreements | SP 49 Pipeline LLC (the "Entity"), an limited liability company, was formed on November 2, 2010 by Apache GOM Pipeline, Inc, (succeeded by FW GOM Pipeline, Inc), Energy XXI GOM LLC, and Stone Energy Offshore, LLC (succeeded by Talos Resources LLC). Then by and between Fieldwood Energy LLC and Talos Resources LLC and Energy XXI GOM, LLC and Talos Resources LLC and Energy XXI GOM, LLC | $0 |
| MC 110 | 1399 | 7/31/2008 | Articles of Merger | Articles of Merger by and between Offshore Shelf LLC and W&T Offshore, Inc. : Pursuant to Plan of Merger | $0 |
| MC 110 | 1574 | 2/11/1993 | Letter Agreement - Other Land | Letter Agreement by and between Shell Offshore Inc. and BP Exploration & Oil Inc. : btw BP and Shell in Lieu of PHA with Apache, exploration are | $0 |
| MC 110 | 1580 | 12/18/1997 | Property Participation & Exchange Agreements | PARTICIPATION AGREEMENT BY AND BETWEEN SHELL OFFSHORE INC. AND WESTPORT OIL AND GAS COMPANY INC. | $0 |
| MC 110 | 1585 | 2/1/1998 | Joint Operating Agreement | OPERATING AGREEMENT BY AND BETWEEN SHELL OFFSHORE INC. AND WESTPORT OIL AND GAS COMPANY INC | $0 |
| MC 110 | 1799 | 3/3/1998 | Property Participation & Exchange Agreements | PARTICIPATION AGREEMENT BY AND BETWEEN WESTPORT OIL AND GAS COMPANY INC. AND BASIN EXPLORATION INC | $0 |
| MC 110 | 1800 | 3/3/1998 | Property Participation & Exchange Agreements | PARTICIPATION AGREEMENT EFFECTIVE MARCH 3, 1988, BY AND BETWEEN WESTPORT OIL AND GAS COMPANY, INC, AND BASIN EXPLORATION, INC | $0 |
| MC 948 | 448 | N/A | Marketing - Other | Market Authorization Letter Agreement to act as agent for Ecopetrol Ameica Inc. to Market gas production | $0 |
| MC 948 | 450 | 7/1/2006 | Joint Operating Agreement | Joint Operating Agreement by and between Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.) and Samson Offshore Company effective as of July 1, 2006, including any memorandums or financial statements of the same, as amended by the A. Ratification and Amendment of Gunflint Joint Operating Agreement by and among Noble Energy, Inc., Samson Offshore Company, BP Exploration & Production Inc., and Marathon Oil Company dated effective November 1, 2008. B. Amendment of the Gunflint Joint Operating Agreement dated effective July 7, 2009 by and between Noble Energy, Inc., Samson Offshore Company, BP Exploration & Production Inc., and Marathon Oil Company. C. Ratification, Amendment and Re-Designation of the Gunflint JOperating Agreement as the Gunflint Voluntary Unit Operating Agreement dated effective January 1, 2011 by and between Noble Energy Inc., BP Exploration & Production Inc., Samson Offshore Company, Marathon Oil Company and BHP Billiton Petroleum (Deepwater) Inc. | $0 |

| | | | | | |
|---|---|---|---|---|---|
| MC 948 | 553 | 12/10/2003 | Marketing - PHA | MC 725 by and between Fieldwood and GULFSTAR ONE LLC and GULFSTAR ONE LLC as amended by:A. First Amendment to Production Handling Agreement by and among Gulfstar One LLC, Noble Energy, Inc., Ecopetrol America, Inc., Samson Offshore Mapleleaf, LLC and Marathon Oil Company dated effective July 1, 2016. B. Second Amendment to Production Handling Agreement by and among Gulfstar One LLC, Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore Mapleleaf, LLC, and Marathon Oil Company dated effective August 4, 2016 | $0 |
| MC 948 | 661 | 5/31/2018 | Marketing - Crude Sales | Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company | $0 |
| MC 948 | 656 | 2/1/2019 | Marketing - Other | Methanol Treatment Agreement by and between Fieldwood Energy LLC and Chevron Pipeline Company and Chevron Pipeline Company | $0 |
| MC 948 | 1003 | 12/10/2013 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | $0 |
| MC 948 | 1005 | 12/10/2013 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | $0 |
| MC 948 | 1006 | 12/10/2013 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | $0 |
| MC 948 | 1128 | 1/31/2014 | Construction Agreement | Construction and Coordination Agreement by and among Gulf Star One, LLC, Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America, Samson Offshore, LLC and Marathon Oil Company effective January 31, 2014. | $0 |
| MC 948 | 1129 | Effective as of 7/1/2016 | Marketing - PHA | Gulstar One LLC, Noble Energy, Inc., Ecopetrol America, Inc., Samson Offshore Mapleleaf, LLC and Marathon Oil Company. Noble, Ecopetrol, Samson and Marathon Oil Company | $0 |
| MC 948 | 1130 | Effective as of 8/4/2016 | Marketing - PHA | Gulstar One, Noble Energy, Inc, Ecopetrol America Inc., Samson Offshore Mapleleaf, Inc and Marathon Oil Company | $0 |
| MC 948 | 1131 | 11/5/2013 | Letter Agreement - Other Land | Vote to end Appraisal ops between the Gunflint Partners | $0 |
| MC 948 | 1355 | 3/20/2008 | Property Participation & Exchange Agreements | Participation Agreement by and between Noble Energy Inc and Marathon Oil Company for the drilling of the MC 948 #1 Well | $0 |
| MC 948 | 1366 | 1/1/2013 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement, Gunflint Prospect, Gunflint Unit, Offshore Louisiana, by and among Noble Energy, Inc. (Fieldwood is successor in-interest to Noble Energy, Inc.), Samson Offshore, LLC, Marathon Oil Company, BP Exploration & Production Inc., and BHP Billiton Petroleum (Deepwater) Inc., dated effective January 1, 2013, including any memorandums or financial statements of the same, as amended by A. Ratification and First Amendment of the MC 948 Unit Operating Agreement dated effective January 1, 2013 by and among Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company. B. Second Amendment to the MC 948 Unit Operating Agreement dated effective May 23, 2013 by and between Noble Energy Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company. C. Ratification and Third Amendment to the MC 948 Unit Operating Agreement dated effective November 30, 2018 by and between Fieldwood Energy LLC, Samson Offshore Mapleleaf, LLC and Ecopetrol America Inc | $0 |
| MC 948 | 1370 | 12/10/2013 | Facilities & Tie-In Agreements | Authorization Agreement for Tie-Back Development by and among Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company effective December 10, 2013 as amended by that Amended and Restated Authorization Agreement for Tie-Back Development dated effective as of January 31, 2014 by and among Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore Mapleleaf, LLC, and Marathon Oil Company. | $0 |

11097840_1

| | | | | | |
|---|---|---|---|---|---|
| MC 948 | 1537 | 2/16/2017 | Letter Agreement - Other Land | Letter Establishing Initial Rates by and between Samson Offshore Mapleleaf, LLC and Chevron Pipeline Company dated February 16, 2017. | $0 |
| MC 948 | 1854 | 4/13/2009 | Letter Agreement - JOA | Letter Agreement Amending Article 12.2 of Joint Operating Agreement | $0 |
| MC 948 | 1855 | 5/7/2009 | Letter Agreement - JOA | Letter Agreement Amending Article 12.2 of Joint Operating Agreement | $0 |
| MC 948 | 1856 | 4/25/2011 | Letter Agreement - Other Land | Rescinds AFE | $0 |
| MC 948 | 1857 | 10/25/2012 | Letter Agreement - UOA | One time supersedence of Uoperating Agreement provision 11.2 | $0 |
| MC 948 | 1858 | 1/1/2013 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement for Outer Continental Shelf Exploration, Development, and Production Operations on the Mississippi Canyon Block 948 Unit, Contract No. 754313005 | $0 |
| MC 948 | 1862 | 2/20/2014 | Letter Agreement - UOA | One time supersedence of Uoperating Agreement provision 8.3.1 | $0 |
| MC 948 | 1859 | 12/10/2013 | Marketing - Gathering | N/A | $0 |
| MC 948 | 1860 | 12/10/2013 | Marketing - Gathering | N/A | $0 |
| MC 948 | 1861 | 12/10/2013 | Marketing - Gathering | N/A | $0 |
| MC 949 | 448 | N/A | Marketing - Other | Market Authorization Letter Agreement to act as agent for Ecopetrol Ameica Inc. to Market natural gas production | $0 |
| MC 949 | 450 | 7/1/2006 | Joint Operating Agreement | Joint Operating Agreement by and between Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.) and Samson Offshore Company effective as of July 1, 2006, including any memorandums or financial statements of the same, as amended by the **A.** Ratification and Amendment of Gunflint Joint Operating Agreement by and among Noble Energy, Inc., Samson Offshore Company, BP Exploration & Production Inc., and Marathon Oil Company dated effective November 1, 2008. **B.** Amendment of the Gunflint Joint Operating Agreement dated effective July 7, 2009 by and between Noble Energy, Inc., Samson Offshore Company, BP Exploration & Production Inc., and Marathon Oil Company. **C.** Ratification, Amendment and Re-Designation of the Gunflint JOperating Agreement as the Gunflint Voluntary Unit Operating Agreement dated effective January 1, 2011 by and between Noble Energy Inc., BP Exploration & Production Inc., Samson Offshore Company, Marathon Oil Company and BHP Billiton Petroleum (Deepwater) Inc. | $0 |
| MC 949 | 658 | 5/31/2018 | Marketing - Crude Sales | Gunflint - Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company | $0 |
| MC 949 | 1003 | 41618 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | $0 |
| MC 949 | 1005 | 41618 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | $0 |
| MC 949 | 1006 | 41618 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | $0 |
| MC 949 | 1128 | 1/31/2014 | Construction Agreement | Construction and Coordination Agreement by and among Gulf Star One, LLC, Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company effective January 31, 2014. | $0 |
| MC 949 | 1131 | 11/5/2013 | Letter Agreement - Other Land | Vote to end Appraisal ops between the Gunflint Partners | $0 |

11097840_1

| | | | | | |
|---|---|---|---|---|---|
| MC 949 | 1366 | 1/1/2013 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement, Gunflint Prospect, Gunflint Unit, Offshore Louisiana, by and among Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Samson Offshore, LLC, Marathon Oil Company, BP Exploration & Production Inc., and BHP Billiton Petroleum (Deepwater) Inc., dated effective January 1, 2013, including any memorandums or financial statements of the same, as amended by A. Ratification and First Amendment of the MC 948 Unit Operating Agreement dated effective January 1, 2013 by and among Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company. B. Second Amendment to the MC 948 Unit Operating Agreement dated effective May 23, 2013 by and between Noble Energy Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company. C. Ratification and Third Amendment to the MC 948 Unit Operating Agreement dated effective November 30, 2018 by and between Fieldwood Energy LLC, Samson Offshore Mapleleaf, LLC and Ecopetrol America Inc | $0 |
| MC 949 | 1370 | 12/10/2013 | Facilities & Tie-In Agreements | Authorization Agreement for Tie-Back Development by and among Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company effective December 10, 2013 as amended by that Amended and Restated Authorization Agreement for Tie-Back Development dated effective as of January 31, 2014 by and among Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore Mapleleaf, LLC, and Marathon Oil Company | $0 |
| MC 949 | 1537 | 42782 | Letter Agreement - Other Land | Letter Establishing Initial Rates by and between Samson Offshore Mapleleaf, LLC and Chevron Pipeline Company dated February 16, 2017. | $0 |
| MC 949 | 1854 | 4/13/2009 | Letter Agreement - JOA | Letter Agreement Amending Article 12.2 of Joint Operating Agreement | $0 |
| MC 949 | 1855 | 5/7/2009 | Letter Agreement - JOA | Letter Agreement Amending Article 12.2 of Joint Operating Agreement | $0 |
| MC 949 | 1856 | 4/25/2011 | Letter Agreement - Other Land | Rescinds AFE | $0 |
| MC 949 | 1857 | 10/25/2012 | Letter Agreement - UOA | One time supersedence of Uoperating Agreement provision 11.2 | $0 |
| MC 949 | 1858 | 1/1/2013 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement for Outer Continental Shelf Exploration, Development, and Production Operations on the Mississippi Canyon Block 948 Unit, Contract No. 754313005 | $0 |
| MC 949 | 1862 | 2/20/2014 | Letter Agreement - UOA | One time supersedence of Uoperating Agreement provision 8.3.1 | $0 |
| MC 949 | 1859 | 41618 | Marketing - Gathering | N/A | $0 |
| MC 949 | 1860 | 41618 | Marketing - Gathering | N/A | $0 |
| MC 949 | 1861 | 41618 | Marketing - Gathering | N/A | $0 |
| MC 992 | 448 | N/A | Marketing - Other | Market Authorization Letter Agreement to act as agent for Ecopetrol Ameica Inc. to Market gas production | $0 |

| | | | | | |
|---|---|---|---|---|---|
| MC 992 | 450 | 7/1/2006 | Joint Operating Agreement | Joint Operating Agreement by and between Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.) and Samson Offshore Company effective as of July 1, 2006, including any memorandums or financial statements of the same, as amended by the **A.** Ratification and Amendment of Gunflint Joint Operating Agreement by and among Noble Energy, Inc., Samson Offshore Company, BP Exploration & Production Inc., and Marathon Oil Company dated effective November 1, 2008. **B.** Amendment of the Gunflint Joint Operating Agreement dated effective July 7, 2009 by and between Noble Energy, Inc., Samson Offshore Company, BP Exploration & Production Inc., and Marathon Oil Company. **C.** Ratification, Amendment and Re-Designation of the Gunflint JOperating Agreement as the Gunflint Voluntary Unit Operating Agreement dated effective January 1, 2011 by and between Noble Energy Inc., BP Exploration & Production Inc., Samson Offshore Company, Marathon Oil Company and BHP Billiton Petroleum (Deepwater) Inc. | $0 |
| MC 992 | 502 | 9/11/2012 | Joint Operating Agreement | Area of Mutual Interest Agreement and Joint Operating Agreement made and entered into between Marathon Oil Company, Statoil USA E&P Inc and Woodside Energy (USA) Inc dated and effective 11 June 2012 (including JOperating Agreement to be identical to JOperating Agreement for MC 993 S/2) | $0 |
| MC 992 | 658 | 43251 | Marketing - Crude Sales | Gunflint - Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company | $0 |
| MC 992 | 1003 | 12/10/2013 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | $0 |
| MC 992 | 1005 | 41618 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | $0 |
| MC 992 | 1006 | 41618 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | $0 |
| MC 992 | 1128 | 41670 | Construction Agreement | Construction and Coordination Agreement by and among Gulf Star One, LLC, Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company effective January 31, 2014. | $0 |
| MC 992 | 1131 | 11/5/2013 | Letter Agreement - Other Land | Vote to end Appraisal ops between the Gunflint Partners | $0 |
| MC 992 | 1236 | 10/3/2012 | Letter Agreement - Other Land | Letter Agreement between Statoil USA E+P Inc and Marathon Oil Company dated 3 October 2012 | $0 |
| MC 992 | 1294 | 1/1/2012 | Lease Rental and Minimum Royalty Payment Agreement | Lease Rental and Minimum Royalty Payment Agreement by and between Marathon Oil Cmpany, Samson Offshore, LLC, BHP Billiton Petroleum (Deepwater) Inc and Noble Energy, Inc dated 9 March 2012, but effective 1 Jan 12 | $0 |
| MC 992 | 1296 | 6/11/2012 | Joint Operating Agreement | Area of Mutual Interest Agreement and Joint Operating Agreement made and entered into between Marathon Oil Company, Statoil USA E&P Inc and Woodside Energy (USA) Inc dated and effective 11 June 2012 (including JOA to be identical to JOA for MC 993 S/2)217 | $0 |
| MC 992 | 1366 | 1/1/2013 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement, Gunflint Prospect, Gunflint Unit, Offshore Louisiana, by and among Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Samson Offshore, LLC, Marathon Oil Company, BP Exploration & Production Inc., and BHP Billiton Petroleum (Deepwater) Inc., dated effective January 1, 2013, including any memorandums or financial statements of the same, as amended by A. Ratification and First Amendment of the MC 948 Unit Operating Agreement dated effective January 1, 2013 by and among Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company. B. Second Amendment to the MC 948 Unit Operating Agreement dated effective May 23, 2013 by and between Noble Energy Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company. C. Ratification and Third Amendment to the MC 948 Unit Operating Agreement dated effective November 30, 2018 by and between Fieldwood Energy LLC, Samson Offshore Mapleleaf, LLC and Ecopetrol America Inc | $0 |

| | | | | |
|---|---|---|---|---|
| MC 992 | 1370 | 41618 | Facilities & Tie-In Agreements | Authorization Agreement for Tie-Back Development by and among Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company effective December 10, 2013 as amended by that Amended and Restated Authorization Agreement for Tie-Back Development dated effective as of January 31, 2014 by and among Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore Mapleleaf, LLC, and Marathon Oil Company | $0 |
| MC 992 | 1537 | 42782 | Letter Agreement - Other Land | Letter Establishing Initial Rates by and between Samson Offshore Mapleleaf, LLC and Chevron Pipeline Company dated February 16, 2017. | $0 |
| MC 992 | 1854 | 4/13/2009 | Letter Agreement - JOA | Letter Agreement Amending Article 12.2 of Joint Operating Agreement | $0 |
| MC 992 | 1855 | 5/7/2009 | Letter Agreement - JOA | Letter Agreement Amending Article 12.2 of Joint Operating Agreement | $0 |
| MC 992 | 1856 | 4/25/2011 | Letter Agreement - Other Land | Rescinds AFE | $0 |
| MC 992 | 1857 | 10/25/2012 | Letter Agreement - UOA | One time supersedence of Uoperating Agreement provision 11.2 | $0 |
| MC 992 | 1858 | 1/1/2013 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement for Outer Continental Shelf Exploration, Development, and Production Operations on the Mississippi Canyon Block 948 Unit, Contract No. 754313005 | $0 |
| MC 992 | 1862 | 2/20/2014 | Letter Agreement - UOA | One time supersedence of Uoperating Agreement provision 8.3.1 | $0 |
| MC 992 | 1859 | 12/10/2013 | Marketing - Gathering | N/A | $0 |
| MC 992 | 1860 | 12/10/2013 | Marketing - Gathering | N/A | $0 |
| MC 992 | 1861 | 12/10/2013 | Marketing - Gathering | N/A | $0 |
| MC 993 | 216 | 1/1/2012 | Other Lease / Rental Agreement | Lease Rental and Minimum Royalty Payment Agreement by and between BP Exploraiton and Produciton, Inc, Marathon Oil Cmpany and Noble Energy, Inc dated 9 March 2012, but effective 1 Jan 12 | $0 |
| MC 993 | 448 | N/A | Marketing - Other | Market Authorization Letter Agreement to act as agent for Ecopetrol Ameica Inc. to Market gas production | $0 |
| MC 993 | 450 | 7/1/2006 | Joint Operating Agreement | Joint Operating Agreement by and between Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.) and Samson Offshore Company effective as of July 1, 2006, including any memorandums or financial statements of the same, as amended by the A. Ratification and Amendment of Gunflint Joint Operating Agreement by and among Noble Energy, Inc., Samson Offshore Company, BP Exploration & Production Inc., and Marathon Oil Company dated effective November 1, 2008. B. Amendment of the Gunflint Joint Operating Agreement dated effective July 7, 2009 by and between Noble Energy, Inc., Samson Offshore Company, BP Exploration & Production Inc., and Marathon Oil Company. C. Ratification, Amendment and Re-Designation of the Gunflint JOperating Agreement as the Gunflint Voluntary Unit Operating Agreement dated effective January 1, 2011 by and between Noble Energy Inc., BP Exploration & Production Inc., Samson Offshore Company, Marathon Oil Company and BHP Billiton Petroleum (Deepwater) Inc. | $0 |
| MC 993 | 501 | 9/11/2012 | Joint Operating Agreement | Statoil USA E&P Inc and Woodside Energy (USA) Inc dated and effective 1 Nov 2011 | $0 |
| MC 993 | 502 | 9/11/2012 | Joint Operating Agreement | Area of Mutual Interest Agreement and Joint Operating Agreement made and entered into between Marathon Oil Company, Statoil USA E&P Inc and Woodside Energy (USA) Inc dated and effective 11 June 2012 (including JOperating Agreement to be identical to JOperating Agreement for MC 993 S/2) | $0 |
| MC 993 | 658 | 5/31/2018 | Marketing - Crude Sales | Gunflint - Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company | $0 |
| MC 993 | 1005 | 41618 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | $0 |

| | | | | | |
|---|---|---|---|---|---|
| MC 993 | 1006 | 41618 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | $0 |
| MC 993 | 1128 | 1/31/2014 | Construction Agreement | Construction and Coordination Agreement by and among Gulf Star One, LLC, Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company effective January 31, 2014. | $0 |
| MC 993 | 1131 | 11/5/2013 | Letter Agreement - Other Land | Vote to end Appraisal ops between the Gunflint Partners | $0 |
| MC 993 | 1296 | 6/11/2012 | Joint Operating Agreement | Area of Mutual Interest Agreement and Joint Operating Agreement made and entered into between Marathon Oil Company, Statoil USA E&P Inc and Woodside Energy (USA) Inc dated and effective 11 June 2012 (including JOA to be identical to JOA for MC 993 S/2) | $0 |
| MC 993 | 1366 | 1/1/2013 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement, Gunflint Prospect, Gunflint Unit, Offshore Louisiana, by and among Noble Energy, Inc. (Fieldwood is successor in-interest to Noble Energy, Inc.), Samson Offshore, LLC, Marathon Oil Company, BP Exploration & Production Inc., and BHP Billiton Petroleum (Deepwater) Inc., dated effective January 1, 2013, including any memorandums or financial statements of the same, as amended by A. Ratification and First Amendment of the MC 948 Unit Operating Agreement dated effective January 1, 2013 by and among Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company. B. Second Amendment to the MC 948 Unit Operating Agreement dated effective May 23, 2013 by and between Noble Energy Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company. C. Ratification and Third Amendment to the MC 948 Unit Operating Agreement dated effective November 30, 2018 by and between Fieldwood Energy LLC, Samson Offshore Mapleleaf, LLC and Ecopetrol America Inc | $0 |
| MC 993 | 1370 | 12/10/2013 | Facilities & Tie-In Agreements | Authorization Agreement for Tie-Back Development by and among Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company effective December 10, 2013 as amended by that Amended and Restated Authorization Agreement for Tie-Back Development dated effective as of January 31, 2014 by and among Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore Mapleleaf, LLC, and Marathon Oil Company | $0 |
| MC 993 | 1537 | 42782 | Letter Agreement - Other Land | Letter Establishing Initial Rates by and between Samson Offshore Mapleleaf, LLC and Chevron Pipeline Company dated February 16, 2017. | $0 |
| MC 993 | 1854 | 4/13/2009 | Letter Agreement - JOA | Letter Agreement Amending Article 12.2 of Joint Operating Agreement | $0 |
| MC 993 | 1855 | 5/7/2009 | Letter Agreement - JOA | Letter Agreement Amending Article 12.2 of Joint Operating Agreement | $0 |
| MC 993 | 1856 | 4/25/2011 | Letter Agreement - Other Land | Rescinds AFE | $0 |
| MC 993 | 1857 | 10/25/2012 | Letter Agreement - UOA | One time supersedence of Uoperating Agreement provision 11.2 | $0 |
| MC 993 | 1858 | 1/1/2013 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement for Outer Continental Shelf Exploration, Development, and Production Operations on the Mississippi Canyon Block 948 Unit, Contract No. 754313005 | $0 |
| MC 993 | 1862 | 2/20/2014 | Letter Agreement - UOA | One time supersedence of Uoperating Agreement provision 8.3.1 | $0 |

| | | | | | |
|---|---|---|---|---|---|
| MC 993 | 1859 | 41618 | Marketing - Gathering | N/A | $0 |
| MC 993 | 1860 | 41618 | Marketing - Gathering | N/A | $0 |
| MC 993 | 1861 | 41618 | Marketing - Gathering | N/A | $0 |
| MP 315 | 77 | 3/15/2011 | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN APACHE CORPORATION AND STONE ENERGY OFFSHORE LLC | $0 |
| MP 315 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |
| SM 108 | 62 | 9/30/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | Purchased GOM Shelf as a company from Apache | $0 |
| SM 108 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |
| SM 108 | 572 | 3/1/2007 | Marketing - PHA | SM 107 by and between Fieldwood and Talos Energy and Talos Energy | $0 |
| SM 108 | 1890 | 8/3/1964 | Unit Agreement and/or Unit Operating Agreement | Operating Agreement eff. 8-3-64 | $0 |
| SP 87 | 62 | 9/30/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | Purchased GOM Shelf as a company from Apache | $0 |
| SP 87 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |
| SP 87 | 687 | 10/1/1981 | Marketing - Construction, Operations, Management, Ownership Agreements | Provides description and ownership of said Gathering System by and between Fieldwood Energy LLC and Energy XXI Pipeline II, LLC and Energy XXI Pipeline II, LLC | $0 |
| SP 87 | 1036 | 1/1/1972 | Joint Operating Agreement | OPERATING AGREEMENT BY AN D BETWEEN SIGNAL OIL AND GAS COMPANY AND THE LOUISIANA LAND AND EXPLORATION COMPANY, ET AL | $0 |
| SP 87 | 1683 | 8/27/2003 | Marketing - Connection Agreement | INTERCONNECT AGREEMENT FOR SP 87 | $0 |
| SP 87 | 1888 | 10/1/1981 | Marketing - Construction, Operations, Management, Ownership Agreements | Provides for the construction management of the Facility by and between Fieldwood Energy LLC and N/A and N/A | $0 |
| SP 89 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |
| SP 89 | 687 | 10/1/1981 | Marketing - Construction, Operations, Management, Ownership Agreements | Provides description and ownership of said Gathering System by and between Fieldwood Energy LLC and Energy XXI Pipeline II, LLC and Energy XXI Pipeline II, LLC | $0 |
| SP 89 | 949 | 3/15/2020 | Marketing - Processing | Provides description and ownership of said Gathering System by and between Fieldwood Energy LLC and Energy XXI Pipeline II, LLC and Energy XXI Pipeline II, LLC | $0 |

11097840_1

| | | | | | | |
|---|---|---|---|---|---|---|
| SP 89 | 980 | 11/1/2015 | Marketing - Other | Provides description and ownership of said Gathering System by and between Fieldwood Energy LLC and Energy XXI Pipeline II, LLC and Energy XXI Pipeline II, LLC | | $0 |
| SP 89 | 1036 | 1/1/1972 | Joint Operating Agreement | OPERATING AGREEMENT BY AN D BETWEEN SIGNAL OIL AND GAS COMPANY AND THE LOUISIANA LAND AND EXPLORATION COMPANY, ET AL | | $0 |
| SP 89 | 1662 | 10/18/2018 | Abandonment / Decommissioning Agreement | pursuant to that certain PHA for MC 496 produced at SP B Platform dated 11/1/2002 | | $0 |
| SP 89 | 1888 | 10/1/1981 | Marketing - Construction, Operations, Management, Ownership Agreements | Provides for the construction management of the Facility by and between Fieldwood Energy LLC and N/A and N/A | | $0 |
| SP 89 | 1889 | 9/26/1982 | Marketing - Construction, Operations, Management, Ownership Agreements | Provides for the construction management of the Facility by and between Fieldwood Energy LLC and N/A and N/A | | $0 |
| SS 198 | 62 | 9/30/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | Purchased GOM Shelf as a company from Apache | | $0 |
| SS 198 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | | $0 |
| SS 198 | 1115 | 11/21/2016 | Letter Agreement - Other Land | Letter Agreement SS 198 J-11 Well zone shift: Zone shift recommended and election fron HO to HG sand by and between GOM Shelf Offshore LLC and Talos Energy Offshore LLC | | $0 |
| SS 198 | 1311 | 11/1/2005 | Joint Development / Venture / Exploration Agreements | JOINT DEVELOPMENT AGREEMENT BY AND BETWEEN MERIT ENERGY COMPANY AND STONE ENERGY CORPORATION ET A | | $0 |
| SS 198 | 1562 | 8/4/1983 | Confidentiality agreements / AMI and Related Consents | Area of Mutual Interest Agreement effective August 4, 1984 BY AND BETWEEN APACHE CORPORATION AND SHELL OFFSHORE CONTIGUOUS BLOCK TO SHELL VENTURE PROPERTY THAT MAY TRIGGER AMI RESPONSIBILITY REGARDING FUTURE PURCHASE OR BID OF TRACTS COVERING GEOLOGIC STRUCTURE COMMON TO EXISTING SHELL VENTURE PROPERTY | | $0 |
| SS 198 | 1632 | 4/4/2006 | Joint Operating Agreement | STONE ENERGY CORPORATION AND GOM SHELF LLC, ET AL | | $0 |
| SS 198 | 1661 | 11/21/2009 | Letter Agreement - Other Land | Letter Agreement SS 198 J-11 Well zone shift: Zone shift recommended and election fron HO to HG sand by and between GOM Shelf Offshore LLC and Renaissance Offshore LLC | | $0 |
| SS 199 | 62 | 9/30/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | Purchased GOM Shelf as a company from Apache | | $0 |
| SS 199 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | | $0 |
| SS 199 | 129 | 1/1/1989 | Operating Agreement - Other | CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | | $0 |
| SS 199 | 1562 | 30532 | Confidentiality agreements / AMI and Related Consents | Area of Mutual Interest Agreement effective August 4, 1984 BY AND BETWEEN APACHE CORPORATION AND SHELL OFFSHORE CONTIGUOUS BLOCK TO SHELL VENTURE PROPERTY THAT MAY TRIGGER AMI RESPONSIBILITY REGARDING FUTURE PURCHASE OR BID OF TRACTS COVERING GEOLOGIC STRUCTURE COMMON TO EXISTING SHELL VENTURE PROPERTY | | $0 |

| | | | | | |
|---|---|---|---|---|---|
| SS 247 | 131 | 1/21/1966 | Unit Agreement and/or Unit Operating Agreement | Unit No. 891008784 - SS 271 | $0 |
| SS 247 | 353 | 1/1/1994 | Unit Agreement and/or Unit Operating Agreement | Co-Development Agreement and Amendment to Unit Operating Agreement originally by and between CNG Producing Company & Columbia Gas Development Corp., et al | $0 |
| SS 247 | 355 | 01/01/1994; 04/08/1994 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement by and between CNG Producing Company, Columbia Gas Development Corporation, Total Minatome Corporation, Energy Development Corporation, Murphy Exploration and Production Company and Anadarko Petroleum Corporation; and Forest Oil Corporation and Timbuck Company/The Hat Creek Production Company, Limited Partnership (referred to as "Override Parties") | $0 |
| SS 247 | 442 | 6/10/1966 | Unit Agreement and/or Unit Operating Agreement | SS 271 Unit Operating Agreement (Unit#891008784) As Amended, originally by and between Forest Oil Corp. as Operator, and Texas Gas Exploration Corp. et al as Non-Operators | $0 |
| SS 248 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |
| SS 248 | 131 | 1/21/1966 | Unit Agreement and/or Unit Operating Agreement | Unit No. 891008784 - SS 271 | $0 |
| SS 248 | 353 | 1/1/1994 | Unit Agreement and/or Unit Operating Agreement | Co-Development Agreement and Amendment to Unit Operating Agreement originally by and between CNG Producing Company & Columbia Gas Development Corp., et al | $0 |
| SS 248 | 355 | 01/01/1994; 04/08/1994 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement by and between CNG Producing Company, Columbia Gas Development Corporation, Total Minatome Corporation, Energy Development Corporation, Murphy Exploration and Production Company and Anadarko Petroleum Corporation; and Forest Oil Corporation and Timbuck Company/The Hat Creek Production Company, Limited Partnership (referred to as "Override Parties") | $0 |
| SS 248 | 442 | 6/10/1966 | Unit Agreement and/or Unit Operating Agreement | SS 271 Unit Operating Agreement (Unit#891008784) As Amended, originally by and between Forest Oil Corp. as Operator, and Texas Gas Exploration Corp. et al as Non-Operators | $0 |
| SS 270 | 131 | 1/21/1966 | Unit Agreement and/or Unit Operating Agreement | Unit No. 891008784 - SS 271 | $0 |
| SS 270 | 353 | 1/1/1994 | Unit Agreement and/or Unit Operating Agreement | Co-Development Agreement and Amendment to Unit Operating Agreement originally by and between CNG Producing Company & Columbia Gas Development Corp., et al | $0 |
| SS 270 | 355 | 01/01/1994; 04/08/1994 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement by and between CNG Producing Company, Columbia Gas Development Corporation, Total Minatome Corporation, Energy Development Corporation, Murphy Exploration and Production Company and Anadarko Petroleum Corporation; and Forest Oil Corporation and Timbuck Company/The Hat Creek Production Company, Limited Partnership (referred to as "Override Parties") | $0 |
| SS 270 | 442 | 6/10/1966 | Unit Agreement and/or Unit Operating Agreement | SS 271 Unit Operating Agreement (Unit#891008784) As Amended, originally by and between Forest Oil Corp. as Operator, and Texas Gas Exploration Corp. et al as Non-Operators | $0 |

| | | | | | |
|---|---|---|---|---|---|
| SS 271 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |
| SS 271 | 131 | 1/21/1966 | Unit Agreement and/or Unit Operating Agreement | Unit No. 891008784 - SS 271 | $0 |
| SS 271 | 353 | 1/1/1994 | Unit Agreement and/or Unit Operating Agreement | Co-Development Agreement and Amendment to Unit Operating Agreement originally by and between CNG Producing Company & Columbia Gas Development Corp., et al | $0 |
| SS 271 | 354 | 9/3/1974 | Farmout Agreement | Farmout Agreement by and between CNG Producing Company, Columbia Gas Development Corporation and Forest Oil Corporation | $0 |
| SS 271 | 355 | 01/01/1994; 04/08/1994 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement by and between CNG Producing Company, Columbia Gas Development Corporation, Total Minatome Corporation, Energy Development Corporation, Murphy Exploration and Production Company and Anadarko Petroleum Corporation; and Forest Oil Corporation and Timbuck Company/The Hat Creek Production Company, Limited Partnership (referred to as "Override Parties") | $0 |
| SS 271 | 442 | 6/10/1966 | Unit Agreement and/or Unit Operating Agreement | SS 271 Unit Operating Agreement (Unit#891008784) As Amended, originally by and between Forest Oil Corp. as Operator, and Texas Gas Exploration Corp. et al as Non-Operators | $0 |
| VK 204 | 85 | 7/1/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | $0 |
| VK 204 | 117 | 1/1/1993 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement eff. 1-1-93 | $0 |
| WC 172 | 79 | 7/1/2013 | Joint Operating Agreement | Joint Exploration Agreement dated 9/30/2013 but effective 7//1/2013 b/b Apache Corporation, Apache Shelf, Inc., Apache Deepwater LLC, Apache Shelf Exploration LLC, Fieldwood Energy LLC, and GOM Shelf; OA attached as Exhibit D | $0 |