**Deutsche Bank**
Global Trade Operations & Services



November 12, 2015

Amendment to Standby Letter of Credit No. DBS-20280

Beneficiary:

Deutsche Bank AG New York Branch
60 Wall Street
Mail Stop NYC60-3817
New York, NY 10005

Apache Corporation (the "*Beneficiary*")
2000 Post Oak Boulevard
Suite 1000
Houston, Texas 77056
Attention: Matt Dundrea
Phone:   (713) 296-6000

Ladies and Gentlemen:

We, Deutsche Bank AG New York Branch (the "*Issuing Bank*") hereby amend in your favor our Irrevocable Standby Letter of Credit No. DBS-20280 for the account of Fieldwood Energy LLC, a Delaware limited liability company (the "*Applicant*"), as follows:

- The Standby Letter of Credit number has been change to 839BGC1500971.
- The expiry date of the Standby Letter of Credit is extended to November 09, 2017.

All other terms and conditions remain unchanged.

**Your agreement to this amendment is required. Please indicate your acceptance or rejection by returning a signed copy of this amendment via facsimile to 212-797-0780 or email at Dominic.Giordani@db.com**

This amendment is to be attached to the original credit instrument, of which it is to become an integral part thereof.

Kam Chan
**Assistant Vice President**

Yours Truly,
Deutsche Bank AG,
New York Branch

Cherine Kenawy
**Assistant Vice President**

We hereby   ( ) agree   ( ) reject   with this amendment:

_____
Authorized Signature
Apache Corporation (the "*Beneficiary*")

Chairman of the Supervisory Board: Paul Achleitner
Management Board: Jürgen Fitschen (Co-Chairman), Anshuman Jain (Co-Chairman), Stephan Leithner, Stuart Lewis, Stefan Krause, Rainer Neske, Henry Ritchotte
Deutsche Bank Aktiengesellschaft domiciled in Frankfurt am Main; HRB No 30 000, Frankfurt am Main, Local Court; VAT ID No DE114103379; www.db.com