**Fieldwood Energy & Hess Transition Plan**

| PROJECT SPONSOR | John Seeger |
|---|---|
| PROJECT MANAGERS | David Dean / Ken Bramlett |

| DEPARTMENTS | TEAM MEMBERS | | | | |
|---|---|---|---|---|---|
| Project Support / Admin | Melissa Jinks | | | | |
| Production | Steve Bodden | Pete Jones | | | |
| Production Engineering | Richard Haralson | | | | |
| Training | Robin Girouard | | | | |
| Facilities / Maintenance | Jeff Lowe | Matt Hulin | Darin Lafleur | | |
| Rotating Equipment / Cranes / CMMS | Darin Lafleur | Buddy Arton | David Landry | | |
| Operations Engineering | Jesse Lyons | Trey Sandoz | | | |
| I & E | Darin Lafleur | Rick Ducote | | | |
| Land | John Smith | Ford Peters | Greg LaBove | Travis Hough | Lacy Clark |
| Finance | Garrett Galloway | Jordan Schuler | | | |
| Asset Team | Stephen Sprague | Justun Bell | Trey Sandoz | Jesse Lyons | |
| Compliance / EHS | Pat Eiland | Brian Saltzman | Compliance Coordinators | Trisha Hackett | |
| Regulatory | Brenda Montalvo | Brian Saltzman | Trisha Hackett | | |
| Contracts | Drew Loomis | Doug Seal | | | |
| Supply Chain / Inventory | Doug Seal | Bill Swingle | Darin Lafleur | | |
| HR | Angela Chaumont | | | | |
| Legal | Troy Allen | | | | |
| Schedule | Melissa Jinks | | | | |
| Document Control | Melissa Jinks | | | | |
| IT | John Deck | Fritz Farrar | | | |
| Insurance | Mark Mozell | | | | |
| Integrity Management | Jeff Lowe | Compliance Coordinators | Simone Markenson | | |
| Production Reporting | Curri Loupe | | | | |
| Marketing | Jim Brysch | | | | |

| DEPARTMENTS | PRED TEAM MEMBERS | | | | |
|---|---|---|---|---|---|
| Project Support / Admin | | | | | |
| Production | | | | | |
| Production Engineering | | | | | |
| Training | | | | | |
| Facilities / Maintenance | | | | | |
| Rotating Equipment / Cranes / CMMS | | | | | |
| Operations Engineering | | | | | |
| I & E | | | | | |
| Land | | | | | |
| Finance | | | | | |
| Asset Team | | | | | |
| Compliance / EHS | | | | | |
| Regulatory | | | | | |
| Contracts | | | | | |
| Supply Chain / Inventory | | | | | |
| HR | | | | | |
| Legal | | | | | |
| Schedule | | | | | |
| Document Control | | | | | |
| IT | | | | | |
| Insurance | | | | | |
| Integrity Management | | | | | |
| Production Reporting | | | | | |
| Marketing | | | | | |

| | FIELDWOOD TRANSITION TEAM - POINTS OF CONTACT | | | | |
|---|---|---|---|---|---|
| | POSTION | INDIVIDUAL | EMAIL | OFFICE PHONE | CELL PHONE |
| 1 | PROJECT MANAGER | David Dean / Ken Bramlett | david.dean@fwellc.com / ken.bramlett@fwellc.com | (832) 833-7057 / (832) 833-7044 | |
| 2 | PROJECT ADMIN | Melissa Jinks | melissa.jinks@fwellc.com | (713) 969-1052 | (956) 225-8333 |
| 3 | PRODUCTION | Steve Bodden | steve.bodden@fwellc.com | (337) 354-8013 | |
| 4 | MAINTENANCE | Jeff Lowe | jeff.lowe@fwellc.com | (337) 354-8149 | (337) 258-4799 |
| 5 | I&E/CONTROLS | Darin Lafleur | darin.lafleur@fwellc.com | (337) 354-8017 | (337) 288-4456 |
| 6 | OPERATIONS ENGINEERING (EAST/WEST) | Jesse Lyons / Trey Sandoz | jesse.lyons@fwellc.com / trey.sandoz@fwellc.com | (337) 354-8108 / (832) 833-7070 | (337) 349-9171 / (214) 502-4333 |
| 7 | LAND | John Smith | jsmith@fwellc.com | (713) 969-1249 | (713) 213-9009 |
| 8 | ASSET TEAM | Stephen Sprague | stephen.sprague@fwellc.com | (713) 969-1321 | |
| 9 | FINANCE | Garrett Galloway | ggalloway@fwellc.com | (713) 969-1134 | (985) 778-1475 |
| 10 | EHS | Pat Eiland | patrick.eiland@fwellc.com | (713) 969-1395 | (985) 778-9706 |
| 11 | REGULATORY | Brenda Montalvo | brenda.montalvo@fwellc.com | (713) 969-1084 | (281) 216-7717 |
| 12 | TRAINING | Robin Girouard | robin.girouard@fwellc.com | (337) 354-8066 | (337) 523-2324 |
| 13 | SCM | Doug Seal | doug.seal@fwellc.com | (832) 833-7068 | |
| 14 | INVENTORY | Doug Seal | doug.seal@fwellc.com | | |
| 15 | CONTRACTS | Drew Loomis | drew.loomis@fwellc.com | (713) 969-1106 | (318) 719-2818 |
| 16 | HR | Angela Chaumont | angela.chaumont@fwellc.com | (337) 354-8094 | (337) 254-4706 |
| 17 | LEGAL | Troy Allen | troy.allen@fwellc.com | (713) 969-1086 | |
| 18 | PROJECT SERVICES | | | | |
| 19 | DOCUMENT CONTROL | Melissa Jinks | melissa.jinks@fwellc.com | (713) 969-1052 | (956) 225-8333 |
| 20 | IT | John Deck | john.deck@fwellc.com | (832) 833-7042 | |
| 21 | INSURANCE | Mark Mozell | mmozell@fwellc.com | (713) 969-1133 | (832) 416-3160 |
| 22 | IM/COMPLIANCE | Pat Eiland | patrick.eiland@fwellc.com | (713) 969-1395 | (985) 778-9706 |
| 23 | MARKETING | Jim Brysch | jim.brysch@fwellc.com | (713) 969-1129 | (713) 315-7895 |
| 24 | REVENUE ACCOUNTING | | | | |
| 25 | PRODUCTION ACCOUNTING | Curri Loupe | curri.loupe@fwellc.com | (337) 354-8028 | (832) 341-1628 |

| | PREDECESSOR TRANSITION TEAM - POINTS OF CONTACT | | | | |
|---|---|---|---|---|---|
| | POSTION | INDIVIDUAL | EMAIL | OFFICE PHONE | CELL PHONE |
| 1 | PROJECT MANAGER | | | | |
| 2 | PROJECT ADMIN | | | | |
| 3 | PRODUCTION | | | | |
| 4 | MAINTENANCE | | | | |
| 5 | I&E/CONTROLS | | | | |
| 6 | OPERATIONS ENGINEERING | | | | |
| 7 | LAND | | | | |
| 8 | ASSET TEAM | | | | |
| 9 | FINANCE | | | | |
| 10 | EHS | | | | |
| 11 | REGULATORY | | | | |
| 12 | TRAINING | | | | |
| 13 | SCM | | | | |
| 14 | INVENTORY | | | | |
| 15 | CONTRACTS | | | | |
| 16 | HR | | | | |
| 17 | LEGAL | | | | |
| 18 | PROJECT SERVICES | | | | |
| 19 | DOCUMENT CONTROL | | | | |
| 20 | IT | | | | |
| 21 | INSURANCE | | | | |
| 22 | IM/COMPLIANCE | | | | |
| 23 | MARKETING | | | | |
| 24 | REVENUE ACCOUNTING | | | | |
| 25 | PRODUCTION ACCOUNTING | | | | |

7 Tasks Completed
0 Tasks Remaining
100% Complete

| Task # | Status | Task Name | Column1 | Finish | Column2 | Owner | Comment |
|---|---|---|---|---|---|---|---|
| | Completed | **Current Offshore staffing (Contract and Employee)** | | | | **Bodden** | |
| | Completed | Identify Deliverable(s) / requirements | | | | | THF Org Chart Developed - February 2016 |
| | Completed | Request / Transfer information from Murphy | | | | | |
| | Completed | Verification / Inspection (if required) | | | | | |
| | Completed | Produce Report / Gap Analysis (if required) | | | | | Refined and submitted Apr 22 |
| | Completed | **Offshore Staff to be Transferred (Contract and Employee)** | | | | **Bodden** | |
| | | **Production Operations - Procedures** | | | | | |
| | Completed | Upload / Transfer to file share site | | | | | |

Debtors' Exhibit No. 92

1 Tasks Completed
0 Tasks Remaining
100% Complete

| Task # | Status | Task Name | Finish | Owner | Actual/Forecast Finish | % Complete | Comment |
|--------|--------|-----------|--------|-------|------------------------|------------|---------|
| | N/A | Training - Competency | | | | | |
| | N/A | Training - Operations | | | | | |
| | Completed | Personnel Training Records - BSEE & USCG | 2/24/2021 | | 2/24/2021 | 100% | |
| | N/A | BSEE testing records / requirements / program | | | | | |

29 Tasks Completed
0 Tasks Remaining
100% Complete

| Task # | Status | Task Name | Duration | Start | Finish | Priority | Owner | Actual/Forecast Start | Actual/Forecast Finish | % Complete |
|---|---|---|---|---|---|---|---|---|---|---|
| | Completed | **MAINTENANCE** | | | | | | | | |
| | | **Transfer Needs** | | | | | | | | |
| | Completed | Rotating equipment list | | | | | | | | |
| | Completed | Make/Model/Configuration | | | | | | | | |
| | Completed | Current status/Most recent maint. report/add. notes | | | | | | | | |
| | | **Contractor Support** | | | | | | | | |
| | Completed | Identify maintenance contractors | | | | | | | | |
| | | | | | | | | | | |
| | Completed | Cranes | | | | | | | | |
| | Completed | Make/Model | | | | | | | | |
| | Completed | Current status | | | | | | | | |
| | | **FACILITIES & PROCESS** | | | | | | | | |
| | Completed | Facility Hazard Analysis Review | 1 day | 23-Feb | 23-Feb | High | Saltzman | 23-Feb | 23-Feb | 100% |
| | N/A | Obtain compositions available from the facility (lube oil, TEG, Oil, Gas, water) | | | | | | | | |
| | | **MOCs** | | | | | | | | |
| | Completed | Identify existing/closed MOCs | 1 day | 28-Feb | 28-Feb | High | Saltzman | 2/28/2021 | 2/28/2021 | 100% |
| | Completed | Identify open MOCs | 1 day | 28-Feb | 28-Feb | High | Saltzman | 2/28/2021 | 2/28/2021 | 100% |
| | N/A | Establish method for handover of open MOCs | | | | | | | | |
| | N/A | Execute handover | | | | | | | | |
| | | **Drawings and Models** | | | | | | | | |
| | Completed | P&IDs | 1 day | 23-Feb | 23-Feb | High | Saltzman | 23-Feb | 23-Feb | 100% |
| | Completed | SAFE Charts | 1 day | 23-Feb | 23-Feb | High | Saltzman | 23-Feb | 23-Feb | 100% |
| | Completed | SFDs | 1 day | 23-Feb | 23-Feb | High | Saltzman | 23-Feb | 23-Feb | 100% |
| | Completed | Area Classification | 1 day | 23-Feb | 23-Feb | High | Saltzman | 23-Feb | 23-Feb | 100% |
| | Completed | Equipment Layouts | 1 day | 23-Feb | 23-Feb | High | Saltzman | 23-Feb | 23-Feb | 100% |
| | Completed | Station Bill | 1 day | 23-Feb | 23-Feb | High | Saltzman | 23-Feb | 23-Feb | 100% |
| | | **Equipment & Instrumentation Data Sheets, Manuals, Mech Dwgs & Specifications** | | | | | | | | |
| | Completed | Mech Equipment List & Data Sheets | | | | | | | | |
| | Completed | Electrical One Line Diagram | | | | | | | | |
| | | **Integrity Management** | | | | | | | | |
| | | Previous Inspections | | | | | | | | |
| | Completed | Level 1 Topside Inspection (Structural Corrosion) | | | | | | 3/16/2021 | | |
| | Completed | Level II/III UW Inspection | | | | | | 3/16/2021 | | |
| | Completed | BSEE Annual Inspection | 1 day | 23-Feb | 23-Feb | High | Saltzman | 2/23/2021 | 2/23/2021 | 100% |
| | Completed | USCG Inspections / requirements / records | 1 day | 23-Feb | 23-Feb | High | Saltzman | 2/23/2021 | 2/23/2021 | 100% |
| | Completed | Inhibitor/chemical monitoring activities? | | | | | | 3/16/2021 | | |
| | Completed | ISIPs | | | | | | 3/16/2021 | | |
| | Completed | OSTS Report | | | | | | 3/16/2021 | | |
| | Completed | Pressure Vessel Inspections/ Piping Inspections (E/C Inspection) | | | | | | 3/16/2021 | | |
| | Completed | PSV Testing | 1 day | 23-Feb | 23-Feb | High | Saltzman | 2/23/2021 | 2/23/2021 | 100 |
| | Completed | Planned R&M Work | | | | | | 3/16/2021 | | |

| Comment |
| --- |
| |
| |
| |
| |
| |
| Mechanics, I&E  2 per hitch ((Linear Controls (337) 839-9702 mechanical) Cranes are serviced by Gulf Crane Services (985) 892-0056) |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

7 Tasks Completed
0 Tasks Remaining
100% Complete

| Task # | Status | Task Name | Duration | Start | Finish | Priority | Owner | Comment |
|---|---|---|---|---|---|---|---|---|
| | | **Emergency Evacuation Plans for Platforms** | | | | | | |
| | Completed | Update in Accordance with new Operator requirements | 7 days | | | High | | FWE EEP document is uploaded in the Regulatory section for each manned location, pending New Submission from New Operator |
| | Completed | Issue for Review | 7 days | | | High | | FWE EEP document is uploaded in the Regulatory section for each manned location, pending New Submission from New Operator |
| | Completed | Incorporate Comments Received | 2 days | | | High | | FWE EEP document is uploaded in the Regulatory section for each manned location, pending New Submission from New Operator |
| | Completed | Final approval & Signatures | 1 day | | | High | | FWE EEP document is uploaded in the Regulatory section for each manned location, pending New Submission from New Operator |
| | Completed | Submit to USCG for approval, if applicable | 90 days | | | High | | FWE EEP document is uploaded in the Regulatory section for each manned location, pending New Submission from New Operator |
| | Completed | Revision per USCG, new Operators Information | 14 days | | | Medium | | FWE EEP document is uploaded in the Regulatory section for each manned location, pending New Submission from New Operator |
| | Completed | Ready for issue / implementation / Update to SEMs | 14 days | | | Medium | | FWE EEP document is uploaded in the Regulatory section for each manned location, pending New Submission from New Operator |
| | | **Hot work plans for Platforms** | | | | | | |
| | N/A | Ready for issue / implementation | 30 days | | | Medium | | FWE Hot Work Approval Letter from BSEE and Safe Work Practice are uploaded in EHS folder, pending New Operator Approval Letter from BSEE. |
| | N/A | Revisions to BSEE Districts approved welding plan | 7 days | | | Medium | | FWE Hot Work Approval Letter from BSEE and Safe Work Practice are uploaded in EHS folder, pending New Operator Approval Letter from BSEE. |
| | | **Safe Work Practices** | | | | | | |
| | N/A | Ready for issue / implementation | 30 days | | | High | | FWE Safe Work Practices have been uploaded to manned location folders, New documents Pending New Operators version. |
| | | **Permit to Work** | | | | | | |
| | N/A | Update in Accordance with new Operator requirements | 14 days | | | Medium | | |
| | N/A | Issue for Review/Rec Comments | 14 days | | | Medium | | |
| | N/A | Incorporate Comments Received | 1 day | | | Medium | | |
| | N/A | Final approval & Signatures | 2 days | | | Medium | | |
| | N/A | Ready for issue / implementation | 30 days | | | High | | |
| | | **Onboarding / Orientation** | | | | | | |
| | N/A | # of personnel to man platforms and positions | 30 days | | | High | | |
| | N/A | Development Training / Orientation requirements | 60 days | | | High | | FWE Orientation document has been uploaded, New document pending New Operator Approval. |
| | N/A | Implementation | 30 days | | | High | | |
| | N/A | Ongoing Training | 30 days | | | Medium | | |
| | | **Misc.** | | | | | | |
| | N/A | Waste Management Plan | 30 days | | | Medium | | |
| | N/A | SEMS Requirements (ongoing) | 60 days | | | High | | |
| | N/A | Meet with New Operator EHS Reps | 1 day | | | Medium | | |
| | N/A | Annual Performance Measures | 90 days | | | Medium | | |
| | N/A | Incident Reporting | 90 days | | | Medium | | FWE Incident Reporting Document has been uploaded to manned locations, New Documents Pending New Operators version. |
| | N/A | EPIRBs - Register for new Operators | 90 days | | | Medium | | EPIRB Registration Certificates have been uploaded into the EHS folder. They will be registered for new operator once approved |
| | N/A | Marine Sanitation Unit | 30 days | | | Low | | |
| | N/A | Firefighting Equipment | | | | | | |
| | N/A | Life Boats / Rafts / Floats | 1 day | | | Low | | |

5 Tasks Completed
0 Tasks Remaining
100% Complete

| Task # | Status | Task Name | Owner | Actual/Forecast Start | Actual/Forecast Finish | % Complete |
|--------|--------|-----------|-------|----------------------|------------------------|------------|
| | | **Control System Design** | | | | |
| | N/A | Arrange presentation by FW Automation Group | | | | |
| | Completed | Hardware Brand/Model | | | | |
| | Completed | Control Network | | | | |
| | | **SCADA Application** | | | | |
| | Completed | Software Brand/Version | | | | |
| | Completed | Software Licensing | | | | |
| | Completed | Network configuration | | | | |
| | | **Historian Applications   (PI  or Rockwell)** | | | | |
| | N/A | Produce list of tags for data transfer (if applicable) | | | | |
| | N/A | Schedule data reqirements/schedule. | | | | |
| | | **Maintenance Support** | | | | |
| | N/A | Current Staffing | | | | |
| | N/A | Crititcal Spares | | | | |

| Comment |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 34 | Tasks Completed | | | | | | |
| | 3 | Tasks Remaining | | | | | | |
| | 92% | Complete | | | | | | |

### Regulatory & Compliance

| Task # | Status | Action Item | Remarks | Owner | Status2 | Status Date | Agency | Notes |
|---|---|---|---|---|---|---|---|---|
| | | **Agency Notification via Call/Meetings:** | | | | | | |
| | N/A | BOEM | Action to be taken after transition | FW/New Op | See notes | - | BOEM | Action to be taken after transition |
| | N/A | BSEE Region | Action to be taken after transition | FW/New Op | See notes | - | BSEE Region | Action to be taken after transition |
| | N/A | BSEE Districts (LI, LC, Lafayette, Houma, NOLA) | Action to be taken after transition | FW/New Op | See notes | - | BSEE District | Action to be taken after transition |
| | N/A | USCG 8th District OCS OCMI | Action to be taken after transition | FW/New Op | See notes | - | USCG - DB | Action to be taken after transition |
| | | **Courtesy notifications to agency groups:** | Ajudication does not always relay transfer of operator to all Units. Notification via letter is advised. | | | | | |
| | N/A | 8th District OCS OCMI | USCG | FW/New Op | See notes | - | USCG - DB | Action to be taken after transition |
| | N/A | Classification Agency Inspection  Office | ABS Mobile Survey Office, if applicable | FW/New Op | See notes | - | ABS | Action to be taken after transition |
| | N/A | District Office - Supervisor & Inspections Sections | Email BSEE | FW/New Op | See remarks | - | BSEE | Action to be taken after transition |
| | N/A | Plans Unit | Email BOEM | FW/New Op | See remarks | - | BOEM | Chief - Michelle Picou |
| | N/A | Reservoir Analysis Unit | Email BOEM | FW/New Op | See remarks | - | BOEM | Chief - Holly Karrigan |
| | N/A | Decommissioning Section | Email BSEE | FW/New Op | See remarks | - | BSEE Region | Chief - Greg Hassenbohler |
| | N/A | Production and Development | Email BSEE | FW/New Op | See remarks | - | BSEE Region | Chief - Richie Baud |
| | N/A | Production Operations Support Section | Email BSEE | FW/New Op | See remarks | - | BSEE Region | Chief - James Fletcher |
| | N/A | Workover Operations Support Section | Email BSEE | FW/New Op | See remarks | - | BSEE Region | Chief - Fred Brink |
| | N/A | Pipeline Section | Email BSEE | FW/New Op | See remarks | - | BSEE Region | Chief - Angie Gobert |
| | N/A | Surface Commingling | Email BSEE | FW/New Op | See remarks | - | BSEE Region | Chief - Fred Jacobs |
| | N/A | Structural and Technical Support | Email BSEE | FW/New Op | See remarks | - | BSEE Region | Chief - Marilyn Sauls |
| | N/A | Technical Assessment Support | Email BSEE | FW/New Op | See remarks | - | BSEE Region | Chief - Joan Hall |
| | | **USCG:** | | | | | | |
| | N/A | Cancel EEPS (Emergency Evac. Plans) | USCG | FW | See notes | - | USCG - DB | Action to be taken after transition |
| | Completed | EEPs | USCG | Saltzman | Complete | 19-Feb | USCG - DB | USCG Approved EEP's have been added to folder. |
| | Completed | Nav Aids | Provide copies | Regulatory | Ongoing | 15-Feb | USCG - DB | Form CG-4143 |
| | | **BOEM/BSEE Plans:** | | | | | | |
| | Completed | Surface Commingling Applications | Provide Copies | Tanya | Ongoing | 22-Feb | BSEE | |
| | Completed | DOCD | Provide Copies (with updated AQR) | Regulatory | Ongoing | 19-Feb | BOEM | No DOCDs filed within the last 2 years |
| | Completed | RUEs | Provide Copies | Melissa | Ongoing | 19-Feb | BOEM | Correspondence added to folder. Termination letters from FW will be required to be submitted with the active FW RUE's; New Op to file own after FW |
| | N/A | OSFR Coverage Cancellation | Land function | Land | See notes | - | BOEM | Action to be taken after transition |
| | | **Additional Regulatory:** | | | | | | |
| | Completed | BSEE permits in "Pending" or "Working Status" | Identify and provide copies of waivers will (waivers in database will transfer with operatorship) | Regulatory & Compliance | Completed | 19-Feb | BSEE | Do they automatically transfer **BSEE District permits will need to be resubmitted in eWell by New Op with Procedures under New Op LtrHead |
| | Completed | APMs (With waivers if applicable) | | Regulatory | Completed | 19-Feb | BSEE | All well permits added to Regulatory folders. |
| | N/A | Semi-Annual APMs | Provide copies (if applicable) | Debra Anderson | NA | | BSEE | |
| | Completed | Well Potential Test (WPT) | Provide copies (if applicable) | Debra Anderson | NA | | BSEE | |
| | Completed | Sustained Casing Pressure Departures | Provide copies (if applicable) | Regulatory | Ongoing | 15-Feb | BSEE | |
| | Completed | Diagnostics / Reports | | Regulatory | Ongoing | 15-Feb | BSEE | |
| | Completed | SOPs / SOOs | Provide copies (if applicable) | Regulatory | Ongoing | 15-Feb | BSEE | No active/filed SOPs or SOOs |
| | Completed | Cessation of Production (Wells) | Provide copies (if applicable) | Debra Anderson | Complete | 25-Feb | BSEE | WD 79 Unit Shut in 01/2021 - Notice to BSEE pending in 03/2021 |
| | Completed | Pipelines List with existing Status | Provide copy | Trisha | complete | 23-Feb | BSEE | |
| | Completed | As-Builts (if applicable) | Provide copies (if applicable) | Trisha | complete | 23-Feb | BSEE | |
| | Completed | Flush and Fill Listing (outstanding) | Provide copies (if applicable) | Trisha | complete | 23-Feb | BSEE | |
| | Completed | PL Open INCs | Provide copies (if applicable) | Trisha | complete | 23-Feb | BSEE | |
| | Completed | Cessation of Production (Pipelines) | Provide copies (if applicable) | Trisha | complete | 23-Feb | BSEE | |
| | Completed | BSEE INCs (Open Only) | Provide copies | Saltzman | Ongoing | 15-Feb | BSEE | |
| | Completed | BSEE Subpart H departures / Variances (if applicable) | Provide copies | Saltzman | complete | 22-Feb | BSEE | |
| | | **Environmental:** | | | | | | |
| | Completed | NPDES - Annual Toxicity Test | Will provide if 2021 sample has been collected. | Marla | complete | 26-Feb | EPA | only applies to WD 80 D |
| | N/A | NPDES Coverage - NOI/NOT | NOI must be submitted before new operator takes operational control; NOT must be submitted within 60 days of NOI submittal | Marla | See notes | - | EPA | |
| | N/A | NPDES - Inform New Op of lab for Oil & Grease Testing, Toxicity Tests & DMR data management. | Action to be taken after transition | Marla | See notes | - | EPA | Action to be taken after transition |
| | Completed | BSEE Pollution Inspection Waivers | Provide latest approval (if applicable) | Marla | complete | 19-Feb | BSEE | |
| | Completed | eGGRT - Greenhouse Gas Reporting to EPA | Provide annual reports (if applicable) | Marla | complete | 19-Feb | EPA | Transfer in eGGRT to be taken after transition. |
| | Completed | Flare/Emissions Permits / Waivers/Approvals to Flare | Provide copies (if applicable) | Compliance | Completed | 19-Feb | BSEE | |
| | Completed | Flaring-Venting Reporting | Provide 2 years historical data. | Marla | complete | 19-Feb | BSEE | 6 years is required by regulation. |
| | | **Compliance:** | | | | | | |
| | N/A | Facility - Facility Drawings - CAD files | Transfer from DAI | Compliance | See notes | - | | Action to be taken after transition |
| | Completed | Idle Iron report | | Brenda/Brandon | | | BSEE - Region | |
| | Completed | Meter application (FMP) or transfer | FW provide meter list for facilities. | Saltzman | Completed | 1-Mar | BSEE | |
| | Completed | Meter proving waivers | Copies of meter waivers and special conditions. | Saltzman | Completed | 22-Feb | BSEE | |
| | Completed | Well Head SSV Inspections | Provide 1 year historical data. | Saltzman | Completed | 23-Feb | 24-Feb | |
| | Completed | Well SCSSV, SSCSV, & Tubing Plug Inspections | Provide 1 year historical data. | Saltzman | Completed | 23-Feb | 24-Feb | |
| | Completed | BSEE Communications pertaining to INC Extensions | Provide BSEE extension approvals | Saltzman | Completed | 24-Feb | 24-Feb | |
| | Completed | Monthly testing performed per 30 CFR 250.880 | Provide copy of last monthly 14C Testing performed | Saltzman | Completed | 23-Feb | 24-Feb | |
| | Completed | Status of Facilities | Manned or Unmanned | Saltzman | Completed | 23-Feb | 24-Feb | |
| | Completed | Sensitive Reservoir Classification (annual) | Provide copies (if applicable) | Debra Anderson | Complete | 24-Feb | BOEM | |
| | N/A | USCG Required Quarterly Drug Testing | HSE Dept | Saltzman | NA | NA | NA | Not Applicable for Hess facilities. |
| | N/A | Welding Plan (Hot Work Permit) for District | New Op to establish | Compliance | | | | |
| | | **Administrative:** | | | | | | |
| | Completed | Hard copy files - transfer to New Op | As needed | All | | | | |
| | | **Misc Notes:** | | | | | | |

Debtors' Exhibit No. 92
Page 10 of 19

1 Tasks Completed
0 Tasks Remaining
100% Complete

| Task # | Status | Task Name | Owner | Comment |
|---|---|---|---|---|
| | | **Cost Pooling, Allocation and Billing** | | |
| | N/A | Code of Accounts Hierarchy on LOS, provide to new Operator | | |
| | | **AFEs** | | |
| | Completed | Current Open AFEs | Sinclair | |

4 Tasks Completed
0 Tasks Remaining
100% Complete

| Task # | Status | Task Name | Owner | Comment |
|---|---|---|---|---|
| | Completed | Assign applicable JOAs or other contracts | Ford / Greg / Lacy | |
| | Completed | SRPs and Lease docs | | |
| | Completed | Prepare Designations of Operator/Lease for new Operators | Ford / Greg / Lacy | |
| | Completed | OSFR Coverage, ensure new Operators obtain | Ford / Greg / Lacy | |

1 Tasks Completed
12 Tasks Remaining
8% Complete

| Task # | Status | Task Name | Duration | Start | Finish | Priority | Owner | % Complete |
|--------|--------|-----------|----------|-------|--------|----------|-------|-----------|
| | In Progress | Shorebase of operations - discuss sharing options with new Operator or resize as appropriate | transition | 8-Feb | 28-Feb | High | Seal/Moore | |
| | In Progress | Helicopter transportation - term or coordinate sharing | transition | 8-Feb | 18-Feb | High | Seal/Moore | 50% |
| | In Progress | Marine transportation - transfer / term | transition | 8-Feb | 18-Feb | High | Seal/Moore | 50% |
| | Not Started | Shipping and receiving | | | | | Seal/Moore | |
| | In Progress | Ordering & purchasing - Coupa modifications | | | | | Seal/Lalonde | |
| | Not Started | Contract Personnel - logistics | | | | | | |
| | | INVENTORY | | | | | | |
| | Not Started | Obtain Lists and review all inventory with Acct and new Operator as applicable | | | | | Seal / Acct Rep | |
| | In Progress | 1) FW Inventory currently assigned to platforms being transferred | | | | | | |
| | Completed | a) Review of inventory and spare items unique to sold properties | 4 weeks | 15-Feb | 15-Mar | | Seal/Broussard/Jones | |
| | Not Started | b) Agreed upon what is being released | 1 week | 15-Mar | 22-Mar | | Seal/Accounting | |
| | Not Started | c) Decision how to manage with Accounting | 2 weeks | 1-Mar | 15-Mar | | Seal/Broussard/Seacrist | |
| | Not Started | d) Proper identification and remove from inventory with Accounting | 2 weeks | 1-Mar | 15-Mar | | Seal/Broussard/Seacrist | |
| | Not Started | e) Segregate inventory and or ship to new operator | 3 weeks | 1-Mar | 22-Mar | | Seal/Broussard | |

| Comment |
|---|
| |
| Anyalizing shared or dedicated shore-base considerations |
| provide contract aircraft area alignment - LOE Shelf / LOE DW *attach 2021 contract rate schedules - PHI / Bristow |
| provide vessel assignments by area alignment - LOE Shelf / LOE DW *MRR (marine recap report) vessel rates / types / sizes |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

1 Tasks Completed
0 Tasks Remaining
100% Complete

| Task # | Status | Task Name | Owner | Comment |
|---|---|---|---|---|
| | Completed | Secure List of core contractors and suppliers | Seal / Loomis | |
| | N/A | Provide contractor and supplier list to transfer counter party | Seal / Loomis | |
| | N/A | Determine which suppliers are to be retained; notify | Seal / Loomis | |
| | N/A | Determine contract status of term'd suppliers | Seal / Loomis | |
| | N/A | Review personnel contract requirements | Seal / Loomis | |
| | N/A | Negotiate and term required contracts - MSAs | Seal / Loomis | |
| | N/A | Coordinate with Purchasing regarding term'ing in Coupa | Seal / Loomis | |
| | N/A | Coordinate with Purchasing regarding suppliers | Seal / Loomis | |
| | N/A | Coordinate with ISN/SEMs regarding contractors | Seal / Loomis | |

0 Tasks Completed
11 Tasks Remaining
0% Complete

| Task # | Status | Task Name | Owner | Comment |
|---|---|---|---|---|
| | Not Started | Gas Allocations for Take In Kind Working Interest Owners, if applicable | Brysch | |
| | Not Started | Gas - Meeting Scheduled | Brysch | |
| | Not Started | Production Acct updates in P2 | Brysch | |
| | Not Started | Gas | Brysch | |
| | Not Started | NGL Quality Bank Administered | Brysch | |
| | Not Started | Oil Allocations for Take In Kind Working Iinterest Owners if applicable | Brysch | |
| | Not Started | 3rd Party Oil Quality Bank Assignment if applicable | Brysch | |
| | Not Started | Transfer custody points LACT / Gas - Delete N/A | Brysch | |
| | Not Started | Meeting with in material counterparties or contract assignments | Brysch | |
| | Not Started | Administer the Platform Gas Balancing Agreement, if applicable | Brysch | |
| | Not Started | FERC Waiver Approvals | Brysch | |

5 Tasks Completed
0 Tasks Remaining
100% Complete

| Task # | Status | Task Name | Start | Finish | Priority | Owner | Comment |
|---|---|---|---|---|---|---|---|
| | Completed | Generate Monthly Oil Allocation Statement | 3/9/2021 | 3/11/2021 | | | Op files have been loaded to P drive. |
| | Completed | Generate Monthly Gas Allocation Statement | 3/9/2021 | 3/11/2021 | | | Op files have been loaded to P drive. |
| | Completed | Daily Production History - P2 excel download | 3/9/2021 | 3/11/2021 | | | Op files have been loaded to P drive. |
| | Completed | EOM File (Allocation, P/L statement, Tickets, etc) | | | | | Action to be taken after transition. |
| | Completed | Well Test History | 3/10/2021 | 3/11/2021 | | | Op files have been loaded to P drive. |

3 Tasks Completed
0 Tasks Remaining
100% Complete

| Task # | Status | Task Name | Owner | % Complete | Comment |
|---|---|---|---|---|---|
| | N/A | Radio & Licensing transfer to the New Operator | | | |
| | | **Communications Physical Layer/Design** | | | |
| | Completed | Primary layer/backup layer | | | |
| | Completed | Topology | | | |
| | | **Systems Infrastructure (Network/Servers)** | | | |
| | Completed | Communications - Phone, Voice, and Internet | | | |
| | N/A | Committed Phone Number on board for Regulatory Filings | | | |
| | N/A | Set up and run parallel Network if applicable | | | Can be done based on request from new operator working with Fieldwood Energy communications supervisor. |
| | N/A | Transfer Data and Network Capacity to new Operator | | | |

2 Tasks Completed
0 Tasks Remaining
100% Complete

| Task # | Status | Task Name | Owner | Comment |
|---|---|---|---|---|
| | Completed | Provide a current Wellbore Schematic (WBS) for each well on a platform being returned to a predecessor | Richard H | All COM status WBS available |
| | Completed | Coordinate a technical and operations overview of each field | Asset Managers | |
| | N/A | Transfer eletronic and hard-copy prod eng well files | Prod Engrs / Doc | Leaving Electronic production files on FE server as In-Office Data Room access |