DEBTORS' EXHIBIT NO. 100

TO COME