# RATIFICATION AND THIRD AMENDMENT TO THE MC 948 UNIT OPERATING AGREEMENT

**THIS** Ratification and Third Amendment to the MC 948 Unit Operating Agreement (this "Third Amendment") is made effective November 30, 2018 by and between Fieldwood Energy LLC ("Fieldwood"), Samson Offshore Mapleleaf, LLC ("Samson") and Ecopetrol America Inc. ("Ecopetrol"). The aforementioned parties are sometimes referred to herein individually as "Party" and collectively as the "Parties."

**WHEREAS**, by Ratification and First Amendment dated effective January 1, 2013, Ecopetrol ratified, confirmed and adopted the MC 948 Unit Operating Agreement (MC 948 UOA) and agreed to comply with all the terms and conditions of such MC 948 UOA and Noble, Samson and Marathon recognized Ecopetrol as a non-operator party in the MC 948 UOA; and

**WHEREAS**, by Second Amendment dated effected as of May 23, 2013, the Long Lead Well Operation AFE provision of Article 6.2.8 and Long-Delivery Equipment AFE provision of Article 12.7.2 were amended to provide for reimbursement if and when appropriate; and

**WHEREAS**, pursuant to that certain Purchase and Sale Agreement effective January 1st, 2018, Noble Energy, Inc. assigned to Fieldwood all of its undivided 31.1418% interest;

**WHEREAS**, pursuant to that certain Purchase and Sale Agreement effective April 1st, 2018, Marathon Oil Company assigned to Fieldwood all of its undivided 18.2308% interest;

**WHEREAS,** Noble and Marathon (i) no longer hold an interest in the Leases and (ii) are no longer Parties to the MC 948 UOA;

**WHEREAS,**
(a) Samson and Ecopetrol desire to accept Fieldwood's ratification, confirmation and adoption of the MC 948 UOA;
(b) Samson, Ecopetrol and Fieldwood desire to amend the MC 948 UOA to include Fieldwood as a party thereto and to reflect the current ownership of the Leases;
(c) the Parties now desire to amend Article 24.2.3 of such MC 948 UOA to modify the Minimum Transfer of Interest language in order to facilitate working interest transfers.

**NOW, THEREFORE**, in consideration of the mutual covenants and agreements herein contained, it is agreed by and between the Parties hereto as follows:

1. Fieldwood does hereby:

   (i)   ratify, confirm and adopt the MC 948 UOA, and
   (ii)  agree to comply with all of the terms and conditions of the MC 948 UOA.

2. Samson and Ecopetrol do hereby:

   (i)   accept Fieldwood's ratification, confirmation and adoption of the MC 948 UOA and recognize Fieldwood as the operator party in the MC 948 UOA.

3.  The Parties do hereby amend the MC 948 UOA insofar and only insofar as follows:

    (i)   Any reference in the MC 948 UOA to "Noble, Ecopetrol, Samson and Marathon" is deleted and replaced with "Fieldwood, Ecopetrol, and Samson".

    (ii)  Exhibit A-2 of the MC 948 Unit Operating Agreement is replaced with Exhibit A-2 of this Third Amendment.

    (iii) that the language in Article 24.2.3 of the MC 948 UOA is hereby amended in its entirety and replaced with the language as follows:

    "24.2.3  <u>Minimum Transfer of Interest</u>.  Unless unanimously agreed otherwise, no transfer (including partial transfers) to a third party shall be made that:

    (a)   is less than an undivided 9.5637% Working Interest as to all depths in the entire Contract Area; or

    (b)   results in the conveying Party retaining less than an undivided 9.5637% Working Interest in the entire Contract Area.

    If either conveyance is approved unanimously and if the Working Interest of any Party is subsequently conveyed or distributed to other entities, so that the conveying Party or any one of the other entities receiving a conveyance from such Party subsequently owns a Working Interest of less than 9.5637% as a result of such conveyance

    (i)   such entities and, if applicable, the conveying Party, who as a result of such conveyance, each now owns a Working Interest less than 9.5637%, collectively shall be entitled to only a single joint representative at meetings of the Parties and shall Vote or act collectively on all proposals or Participation Elections, and

    (ii)  such Parties shall be entitled to only a single set of logs, samples, information and reports and shall be considered as only one Party for all purposes under this Agreement."

Except as amended herein, the original terms and conditions of the MC 948 UOA, as amended, are hereby ratified and reaffirmed.

This Third Amendment to the MC 948 Unit Operating Agreement may be executed in any number of original counterparts, each of which shall constitute an original hereof; and, when each Party has executed a counterpart, all counterparts taken together shall constitute one Amendment, provided, however, that none of the said counterparts shall be effective until all the Parties hereto have executed a counterpart hereof.

IN WITNESS WHEREOF, the Parties hereto have executed this Third Amendment on the dates set forth below, but this Amendment shall be effective for all purposes as of November 30, 2018.

**Fieldwood Energy LLC, as Operator**

By: _[signature]_
Name: John H. Smith
Title: SVP- Business Dev + Sonc
Date: 9 January 2019


**Ecopetrol America Inc., as Non-Operator**

By: _____

Name: _____

Title: _____

Date: _____


**Samson Offshore Mapleleaf, LLC, as Non-Operator**

By: _____

Name: _____

Title: _____

Date: _____

3

IN WITNESS WHEREOF, the Parties hereto have executed this Third Amendment on the dates set forth below, but this Amendment shall be effective for all purposes as of November 30, 2018.

**Fieldwood Energy LLC, as Operator**

By: _____

Name: _____

Title: _____

Date: _____


**Ecopetrol America Inc., as Non-Operator**

By: *Clorus S.*

Name: *Carlos Portela*

Title: *President*

Date: *01-08-19*


**Samson Offshore Mapleleaf, LLC, as Non-Operator**

By: _____

Name: _____

Title: _____

Date: _____

IN WITNESS WHEREOF, the Parties hereto have executed this Third Amendment on the dates set forth below, but this Amendment shall be effective for all purposes as of November 30, 2018.

**Fieldwood Energy LLC, as Operator**

By: _____

Name: _____

Title: _____

Date: _____

**Ecopetrol America Inc., as Non-Operator**

By: _____

Name: _____

Title: _____

Date: _____

**Samson Offshore Mapleleaf, LLC, as Non-Operator**

By: _SRowland_ (signature)

Name: Scott Rowland

Title: Vice President

Date: 1/8/19

3

**EXHIBIT "A-2"**

**Attached to and made a part of that certain Gunflint Unit Operating Agreement dated effective January 1, 2011 by and among Noble Energy, Inc., BP Exploration & Production Inc., Samson Offshore Company, Marathon Oil Company, and BHP Billiton Petroleum (Deepwater) Inc., as amended effective November 30, 2018 by and among Fieldwood Energy LLC, Ecopetrol America Inc., and Samson Offshore Mapleleaf, LLC**

**WORKING INTERESTS OF THE PARTIES,
OPERATOR AND REPRESENTATIVES**

**I.**   **Contract Area and Description of Lease(s):**
   See EXHIBIT "A-1"

**II.**   **Working Interests of the Parties**
| | |
|---|---|
| Fieldwood Energy LLC | 49.3726% |
| Ecopetrol America Inc. | 31.50% |
| Samson Offshore Mapleleaf, LLC | 19.1274% |

**III.**   **Operator**
   Fieldwood Energy LLC

**IV.**   

| Addresses | Primary Representatives | Alternate Representatives |
|---|---|---|
| Fieldwood Energy LLC | Attn.: John H. Smith | Alternate: Nathan Vaughn |
| 2000 W Sam Houston Pkwy S | Office No.: (713) 969-1249 | Office No.: (713) 969-1085 |
| Suite 1200 | Cell No.: (713) 213-9009 | Cell No.: (832) 904-3581 |
| Phone No.: (281) 872-3100 | Fax No.: (281) 876-6300 | Fax No.: (281) 876-6300 |
| | | |
| Ecopetrol America Inc. | Attn.: Bob Kelsey | Alternate: Rayna Wiltz |
| 2800 Post Oak Blvd, Suite 4500 | Office No.: (713) 634-3806 | Office No.: (713) 634-3817 |
| Houston, Texas 77056 | Cell No.: | Cell No.: |
| Phone No.: (713) 634-3800 | Fax No.: (713) 634-3808 | |
| | | |
| Samson Offshore Mapleleaf, LLC | Attn.: Elizabeth Carroll | Alternate: Andy Sandberg |
| 1300 Main Street, Suite 1900 | Office No.: (918) 879-9676 | Office No.: (713) 577-2004 |
| Houston, Texas 77002 | Cell No.: | Cell No.: |
| Phone No.: (713) 751-9000 | Fax No.: (713) 577-2211 | Fax No.: (713) 577-2204 |

4