DEBTORS' EXHIBIT NO. 105

TO COME