| | | Related Entity | | | | | | FWE Field | Bond Number | Fieldwood Entity | Beneficiary | Bond Description | Bond Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FWE I | Newco | FWE III | FWE III - Eni | FW IV | AP | Corp | APA Trust | | | | | | |
| | | | | | | | | **3rd Party Bonds** | | | | | |
| | | | | X | | | | 2011 PSA between XTO and Dynamic Offshore | RLB0013981 | Fieldwood Energy Offshore LLC | XTO Offshore Inc. | Various Properties per PSA Annex 1 & 2 | $39,807,255 |
| | | X | | | | | | 2015 PSA between Eni and Fieldwood | 2196705 | Fieldwood Energy Offshore LLC | ENI Petroleum US LLC | Various Properties per PSA Exhibit A | $19,950,000 |
| | X | | | | | | | EAGLE BAY | B008899 | Fieldwood Onshore LLC | The City of Texas City | Permit Bond - ST 330 Well #3 | $75,000 |
| | | | | X | | | | EAST BREAKS 165 | RLB0001509 | Fieldwood SD Offshore LLC | BP Exploration & Oil Inc. | East Breaks Area Blocks 165 & 209 | $10,650,000 |
| | | | | X | | | | EAST CAMERON 14 | 2222643 | Fieldwood Energy LLC | XTO Offshore Inc. | XTO (XH, LLC) - East Cameron 9 and 14 | $1,893,178 |
| X | | | | | | | | EAST CAMERON 14 | 179867 | Fieldwood Energy LLC | Louisiana Office Of Conservation | Grand Chenier Separation Station - SWD wells | $21,440 |
| X | | | | | | | | EAST CAMERON 2 (Hog Bayou) | RLB0015572 | Fieldwood Energy LLC | Louisiana Office of Conservation | Hogg Bayou / Grand Bay | $250,000 |
| | | | | | X | | | EUGENE IS. 307 | RLB0014179 | Fieldwood Energy Offshore LLC | Apache Corporation | Eugene Island Area Block 307 | $2,000,000 |
| | | | | X | | | | EUGENE ISLAND 007 (SL19152/19154) - (LA) | B009076 | Fieldwood Energy Offshore LLC | Louisiana Office of Conservation | Eugene Island - various State Leases | $250,000 |
| | | | X | | | | | GI/SS/SM/BA/WD - 2015 Acquisition | 2196702 | Fieldwood Energy Offshore LLC | Chevron U.S.A. Inc. & Union Oil Company | GI/SS/SM/BA/WD - 2015 Acquisition | $18,600,000 |
| | X | | | | | | | GRAND ISLE 110/116 | B008837 | Fieldwood Energy Offshore LLC | JX Nippon Oil Exploration (USA) Limited | Grand Isle Area Block 116 (Hickory Field) | $1,651,851 |
| X | | | | | | | | GRAND ISLE 90/94 | RLB0015309 | Fieldwood Energy LLC | EOG Resources, Inc. | Grand Isle Area Blocks 93 & 94 | $160,588 |
| | X | | | | | | | GREEN CANYON 200 (Troika) | 7000000302 | Fieldwood Energy LLC | Marathon Oil Company | Troika - PSA dated June 20, 2018 | $27,500,000 |
| | X | | | | | | | GREEN CANYON 200 (Troika) | 22220669 | Fieldwood Energy LLC | Marathon Oil Company | Troika - PSA dated June 20, 2018 | $27,500,000 |
| | X | | | | | | | GREEN CANYON 200 (Troika) | B009344 | Fieldwood Energy Offshore LLC | Shell Offshore Inc. | Troika - Green Canyon Blocks 244, 200 and 201 | $50,000,000 |
| | X | | | | | | | HIGH IS. 30 | B005994 | Fieldwood SD Offshore LLC | State of Texas, Railroad Commission | Performance Bond P-5PB(2) - HI 31- L & State Tract 444 | $770,000 |
| X | | | | | | | | MAIN PASS 270/275/289/290 | B012528 | Fieldwood Energy LLC | McMoRan Oil & Gas, LLC | Main Pass 275 | $225,000 |
| X | | | | | | | | MAIN PASS 296/303/304 | B009311 | GOM Shelf LLC | ConocoPhillips Company | Main Pass Area Blocks 296, 303 & 311 | $4,560,000 |
| X | | | | | | | | MATAGORDA IS. 518/519 | RLB0015327 | Fieldwood Energy LLC | State of Texas, Railroad Commission | Performance Bond P-5PB(2) - Matagorda Island 519 | $425,000 |
| | X | | | | | | | MISSISSIPPI CANYON 948/949/992/993 (GUNFLINT) | 7000000410 | Fieldwood Energy LLC | Williams Companies (Gulfstar One LLC) | Gunflint Oil and Gunflint Gathering Agreements | $1,000,000 |
| | X | | | | | | | MISSISSIPPI CANYON 948/949/992/993 (GUNFLINT) | ES0001447 | Fieldwood Energy LLC | Williams Companies (Gulfstar One LLC) | Gunflint Oil and Gunflint Gathering Agreements | $12,000,000 |
| | X | | | | | | | MISSISSIPPI CANYON 948/949/992/993 (GUNFLINT) | 7000000301 | Fieldwood Energy LLC | Marathon Oil Company | Gunflint - PSA dated June 20, 2018 | $15,000,000 |
| | | | X | | | | | MP 77 & 78, VK 251 & 340 | 1136945 | Fieldwood Energy Offshore LLC | Chevron U.S.A. Inc. | MP 77 & 78, VK 251 & 340 | $2,000,000 |
| | X | | | | | | | No well list or lease allocation | B007994 | Fieldwood Onshore LLC | State of Texas, Railroad Commission | Additional Financial Security (to P-5) - 64 wells | $2,000,000 |
| | X | | | | | | | Noble Acquired Deepwater Properties | 179856 | Fieldwood Energy LLC | Noble Energy, Inc. | Performance Bond per PSA dated February 14, 2018 - All Other Properties | $40,000,000 |
| | X | | | | | | | Noble Acquired Deepwater Properties | SU46474 | Fieldwood Energy LLC | Noble Energy, Inc. | Performance Bond per PSA dated February 14, 2018 - All Other Properties | $10,000,000 |
| | X | | | | | | | Noble Acquired Deepwater Properties | 106854940 | Fieldwood Energy LLC | Noble Energy, Inc. | Performance Bond per PSA dated February 14, 2018 - All other Properties | $45,000,000 |
| | X | | | | | | | Noble Acquired Deepwater Properties | US00083678SU18A | Fieldwood Energy LLC | Noble Energy, Inc. | Performance Bond per PSA dated February 14, 2018 - All other Properties | $45,000,000 |
| | | | | X | | | | NW MYETTE POINT | B009075 | Fieldwood Energy Offshore LLC | Louisiana Office of Conservation | Myette Point & Topsy Field | $125,000 |
| | | | | X | | | | SHIP SHOAL 149 | B008908 | Fieldwood Energy Offshore LLC | Apache Corporation | Ship Shoal Blocks Area Blocks 148 & 149 | $56,000 |
| | | | | X | | | | SHIP SHOAL 177 | RLB0002369 | Fieldwood Energy Offshore LLC | Chevron U.S.A. Inc. | EC254/EI306/WC533&534/SS177 | $1,100,000 |
| X | | | | | | | | SHIP SHOAL 198/199 | RLB0015434 | GOM Shelf LLC | Chevron U.S.A. Inc. | Ship Shoal Area Block 198 & 199 | $1,550,000 |
| | | | | X | | | | SHIP SHOAL 246/247/248/270/271 | RLB0009134 | Fieldwood Energy Offshore LLC | Noble Energy, Inc. | Ship Shoal Area Blocks 247 & 248 | $493,434 |
| | X | | | | | | | SHIP SHOAL 301 | RLB0014462 | Dynamic Offshore Resources, LLC | TDC Energy LLC and Petrobras Americas Inc. | Ship Shoal Area Block 301 'A' Platform and related 3 wells (OCS-G 10794) | $1,400,000 |
| | X | | | | | | | SHIP SHOAL 301 | RLB0014055 | Apache Shelf, Inc. | | Ship Shoal Area Block 301 (South Addition) | $1,500,000 |
| | X | | | | | | | Thunderhawk: Big Bend and Dantzler | 47-SUR-200089-01-001 | Fieldwood Energy LLC | SBM Gulf Production LLC | Thunder Hawk Production and Handling Agreement | $4,000,000 |
| | X | | | | | | | UMBRELLA - ONSHORE | B005992 | Fieldwood Onshore LLC | State of Texas, Railroad Commission | Performance Bond P-5PB(2) - State Tract 87 | $350,000 |
| | X | | | | | | | UMBRELLA - ONSHORE | B008781 | Fieldwood Onshore LLC | State of Texas, Railroad Commission | Performance Bond P-5PB(2) - Umbrella Point | $325,000 |
| | | | X | | | | | VERMILION 261/262 | RLB0009112 | Fieldwood Energy Offshore LLC | Noble Energy, Inc. | Vermilion Area Block 261 | $409,536 |
| | | | X | | | | | VERMILION 261/262 | RLB0014014 | Fieldwood Energy Offshore LLC | Noble Energy, Inc. | Vermilion Area Block 261 | $454,464 |
| | | | | X | | | | VIOSCA KNOLL 780 | B008838 | Fieldwood Energy Offshore LLC | JX Nippon Oil Exploration (USA) Limited | Viosca Knoll Area Block 780 (Specter Field) | $115,988 |
| | | | | X | | | | VK0826-VIOSCA KNOLL 826 (NEPTUNE) SWORDFISH | 22059149 | Fieldwood Energy LLC | Anadarko, ENI & Noble Energy | Neptune Spar Performance Bond | $40,000,000 |
| | | | | X | | | | VK0826-VIOSCA KNOLL 826 (NEPTUNE) SWORDFISH | 1038705 | Fieldwood Energy LLC | Anadarko, ENI & Noble Energy | Neptune Spar Performance Bond | $45,000,000 |
| | | | | X | | | | VK0826-VIOSCA KNOLL 826 (NEPTUNE) SWORDFISH | 106854941 | Fieldwood Energy LLC | Anadarko, ENI & Noble Energy | Neptune Spar Performance Bond | $15,000,000 |
| X | | | | | | | | WEST CAMERON 295 | RLB00015432 | Fieldwood Energy LLC | Chevron U.S.A. Inc. | High Island Area Block 120 | $500,000 |
| | | | | X | | | | WEST CAMERON 35/65/66 | RLB0015465 | Fieldwood Energy LLC | Louisiana Office of Conservation | Gibbstown SWD #1 & #2 | $25,000 |
| | | | | X | | | | WEST CAMERON 498 | RLB0009150 | Fieldwood Energy Offshore LLC | Noble Energy, Inc. | West Cameron Area Block 498 | $225,624 |
| | | | | X | | | | WEST DELTA 121/122 | B008839 | Fieldwood Energy Offshore LLC | JX Nippon Oil Exploration (USA) Limited | West Delta Area Block 133 Field | $1,676,556 |
| | | | | X | | | | WEST DELTA 27 | RLB0009156 | Fieldwood Energy Offshore LLC | Noble Energy, Inc. | West Delta Area Block 27 | $144,096 |
| | | | | X | | | | WEST DELTA 27 | RLB0014017 | Fieldwood Energy Offshore LLC | Noble Energy, Inc. | West Delta Area Block 27 | $159,904 |
| | X | | | | | | | - | B005993 | Galveston Bay Pipeline LLC | State of Texas, Railroad Commission | Performance Bond P-5PB(2) - Eagle Point | $25,000 |
| | | | | | | X | | - | 46-132677800 | Fieldwood Energy LLC | Department of Homeland Security | Customs Bond | $50,000 |
| | | | | | | X | | - | 7000000409 | Fieldwood Energy LLC | Iberia Parish, LA | Transportation of Heavy Equipment on Parish Roads | $10,000 |
| | | | | | | X | | - | RLB0009122 | Fieldwood Energy Offshore LLC | Noble Energy, Inc. | Corpus Christi Area Blocks 903,903,904,910,911 | $155,472 |
| | | | | | | X | | - | RLB0014015 | Fieldwood Energy Offshore LLC | Noble Energy, Inc. | Corpus Christi Area Blocks 903,903,904,910,911 | $172,528 |
| | | | | | | X | | - | RLB0015468 | Fieldwood Onshore LLC | Louisiana Office of Conservation | Lake Boeuf & Bayou Sorrell Fields | $25,000 |
| | | | | | X | | | - | BS/MA/00089 | Fieldwood Energy LLC | Deutsche Bank AG | Apache - Decommissioning Agreement | $50,000,000 |
| | | | | | X | | | - | 179865 | GOM Shelf LLC | Office of Natural Resources Revenue | Administrative Appeal Bond - Civil Penalty Case G-2017-013 | $42,704 |
| | | | | | | X | | - | ES0001441 | Fieldwood Energy LLC | Apache Corporation | Apache - Decommissioning Trust | $75,000,000 |
| | | | | | | X | | - | PB03251500040 | Fieldwood Energy LLC | Apache Corporation | Apache - Decommissioning Trsut | $72,601,297 |
| | | | | | X | | | - | B009064 | Fieldwood Energy LLC | US Army Corp. of Engineers | General Performance Bond | $100,000 |
| | | | | | | X | | - | LPM9181831 | Fieldwood Energy LLC | Deutsche Bank AG New York Branch | Apache - Decommissioning Agreement | $97,327,931 |
| | | | | | | X | | - | LPM9181832 | Fieldwood Energy LLC | Deutsche Bank AG New York Branch | Apache - Decommissioning Agreement | $67,557,356 |
| | | | | | | X | | - | LPM9181833 | Fieldwood Energy LLC | Deutsche Bank AG New York Branch | Apache - Decommissioning Agreement | $67,557,356 |
| | | | | | | X | | - | LMP9181834 | Fieldwood Energy LLC | Deutsche Bank AG New York Branch | Apache - Decommissioning Agreement | $67,557,357 |
| | | | | | | | | **BOEM and Dual Obligee Bonds** | | | | | |
| | | | | | X | | | - | RLB0012977 | Fieldwood Energy Offshore LLC | BOEM | OCS Pipeline ROW Grant Bond | $300,000 |
| | | | | | X | | | - | RLB0002985 | Davis Offshore, L.P. | BOEM | OCS Pipeline ROW Grant Bond | $300,000 |
| | | | | | X | | | - | RLB0015626 | FW GOM Pipeline, Inc. | BOEM | OCS Pipeline ROW Grant Bond | $300,000 |
| | | | | | X | | | - | RLB0013334 | Fieldwood Energy Offshore LLC | BOEM | OCS Area Wide Operator's Bond | $3,000,000 |
| | | | | | X | | | - | B008940 | Bandon Oil and Gas LP | BOEM | OCS Area Wide Operator's Bond | $3,000,000 |
| | | | | | X | | | - | B008941 | Bandon Oil and Gas LP | BOEM | OCS Pipeline ROW Grant Bond | $300,000 |
| | | | | | X | | | - | B008942 | Dynamic Offshore Resources NS, LLC | BOEM | OCS Area Wide Operator's Bond | $3,000,000 |
| | | | | | X | | | - | B008943 | Dynamic Offshore Resources NS, LLC | BOEM | OCS Pipeline ROW Grant Bond | $300,000 |
| | | | | | X | | | - | B005990 | Fieldwood SD Offshore LLC | BOEM | OCS Area Wide Operator's Bond | $3,000,000 |
| | | | | | X | | | - | B005991 | Fieldwood SSD Offshore LLC | BOEM | OCS Pipeline ROW Grant Bond | $300,000 |
| | | | | | X | | | - | RLB0006669 | Fieldwood Energy SP LLC | BOEM | OCS Area Wide Operator's Bond | $3,000,000 |
| | | | | | X | | | - | RLB0006670 | Fieldwood Energy SP LLC | BOEM | OCS Pipeline ROW Grant Bond | $300,000 |

Debtors' Exhibit No. 106
Page 1 of 2

| FWE I | Newco | FWE III | FWE III - Eni | FW IV | AP | Corp | APA Trust | FWE Field | Bond Number | Fieldwood Entity | Beneficiary | Bond Description | Bond Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | X | | - | RLB0015532 | GOM Shelf LLC | BOEM | OCS Area Wide Operator's Bond | $3,000,000 |
| | | | | | | X | | - | RLB0015533 | GOM Shelf LLC | BOEM | OCS Pipeline ROW Grant Bond | $300,000 |
| | | | | | | X | | - | RLB0015298 | Fieldwood Energy LLC | BOEM | OCS Area Wide Operator's Bond | $3,000,000 |
| | | | | | | X | | - | RLB0015299 | Fieldwood Energy LLC | BOEM | OCS Pipeline ROW Grant Bond | $300,000 |
| | | | X | | | | | BRAZOS A-102/A-105 | 1136890 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Brazos Area Block A102 | $500,000 |
| X | | | X | | | | | BRAZOS A-102/A-105 | 1136891 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Brazos Area Block A105 | $2,600,000 |
| X | | | | | | | | CHANDELEUR 42/43 | 1136892 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Chandeleur Area Block 42 | $400,000 |
| X | | | | | | | | CHANDELEUR 42/43 | 1136893 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Chandeleur Area Block 43 | $900,000 |
| | | | | | X | | | EAST BREAKS 165 | SUR24000026 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - East Breaks Area Block 165 | $15,285,000 |
| | | | | | X | | | EAST BREAKS 165 | SUR24000027 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - East Breaks Area Block 165 | $20,000,000 |
| X | | | | | | | | EAST CAMERON 14 | 1136906 | Fieldwood Energy LLC | BOEM | Supplemental Bond - East Cameron Area Block 14 | $460,000 |
| X | | | | | | | | EAST CAMERON 14 | 1137020 | Fieldwood Energy LLC | BOEM | Civil Penalty Appeal Bond - Case G-2016-008 - EC 14 #1 | $80,000 |
| X | | | | | | | | EAST CAMERON 265 / 278 | ES00001445 | Fieldwood Energy LLC | BOEM | Supplemental Bond - East Cameron Area Block 265 | $2,450,000 |
| X | | | | | | | | EAST CAMERON 265 / 278 | ES00001446 | Fieldwood Energy LLC | BOEM | Supplemental Bond - East Cameron Area Block 278 | $3,072,500 |
| X | | | | | | | | EUGENE IS. 136/158 | B010590 | Fieldwood Energy LLC | BOEM | Civil Penalty Appeal Bond - Case G-2015011 - EI 158 | $175,000 |
| X | | | | | | | | EUGENE IS. 187/189 | RLB0015513 | Fieldwood Energy LLC | BOEM | Supplemental RUE - Eugene Island Area Block 188 'JE' | $545,000 |
| X | | | | | | | | EUGENE IS. 187/189 | 1136930 | Fieldwood Energy LLC | BOEM | Supplemental ROW - PSN 14073 - Eugene Island 188 | $520,000 |
| X | | | | | | | | EUGENE IS. 330 | SU46455 | Fieldwood Energy LLC | BOEM | Supplemental Bond - Eugene Island Area Block 330 | $9,197,079 |
| X | | | X | | | | | EUGENE IS. 342/343 | RLB0015609 | Fieldwood Energy LLC | BOEM | ROW 29057- Seg. 16243/Eugene Island Area 188 | $1,085,000 |
| | | | | | X | | | EUGENE IS. 62/63/77 | 1136938 | Fieldwood Energy Offshore LLC | BOEM | Supplemental RUE - Eugene Island Block 63 'A, B & C-Qtr | $1,423,000 |
| X | | | | | X | | | GALVESTON 151 | 1136897 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Galveston Area Block 151 | $1,200,000 |
| | | X | | | | | | GALVESTON 241 | 1136933 | Fieldwood Energy Offshore LLC | BOEM | Supplemental RUE - Galveston Area Block 255 'A' | $1,065,000 |
| X | X | | | | | | | GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | 1136894 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Grand Isle Area Block 39 | $700,000 |
| X | X | | | | | | | GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | 179853 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - West Delta Area Block 94 | $4,795,000 |
| | X | | | | | | | GREEN CANYON 200 (Orlov) | 179868 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond OCS-G 12209, Block 200, Green Canyon Area - Orlov | $13,249,500 |
| | X | | | | | | | GREEN CANYON 200 (Troika) | 7000000437 | Fieldwood Energy Offshore LLC | BOEM / Marathon Oil Company | Supplemental Bond - Right of Way GC 249 Droshky Pipeline | $1,745,184 |
| | X | | | | | | | GREEN CANYON 200 (Troika) | 1070297 | Fieldwood Energy LLC | BOEM / Marathon | Pipeline Right of Way OCS-G29417 Jumper to Sigment 20221 | $1,745,185 |
| X | | | | | | | | HIGH IS. 129 | RLB0015605 | Fieldwood Energy LLC | BOEM | Supplemental RUE - High Island Area Block 120 'A' | $448,000 |
| | | | | | X | | | HIGH IS. A-550 | 7000000414 | Bandon Oil and Gas, LP | BOEM | High Island Area Block A-550 | $450,000 |
| X | | | | | X | | | MAIN PASS 77 | 869156 | Bandon Oil and Gas LP | BOEM | ROW Supplemental - South Timbalier Platform B Block 195/196 | $540,352 |
| X | | | | | | | | MATAGORDA IS. 622/623/635/636 | 179850 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Matagorda Island Area Block 623 | $3,260,000 |
| X | | | | | | | | MATAGORDA ISLAND 685/686 | 1137021 | GOM Shelf LLC | BOEM | Civil Penalty Appeal Bond - Case G-2016-005 MA 685  B | $80,000 |
| X | | | | | | | | MISSISSIPPI CANYON 109 | 179849 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Mississippi Canyon  Area Block 108 | $2,086,466 |
| X | | | | | | | | SHIP SHOAL 169/182/193/194 | 7000000407 | Fieldwood Energy LLC | BOEM | ROW OCS G28788 Ship Shoal Block 168 (PSN 20050) | $503,684 |
| X | | | | | | | | SHIP SHOAL 198/199 | ES00001444 | GOM Shelf LLC | BOEM | Supplemental Bond - Ship Shoal Area Block 198 | $2,040,000 |
| X | | | | | X | | | SHIP SHOAL 207 | 179852 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Ship Shoal Area Block 207 | $5,600,000 |
| | | X | | | | | | SHIP SHOAL 246/247/248/270/271 | SUR24000030 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Ship Shoal Area Block 246 | $5,620,000 |
| | | X | | | | | | SHIP SHOAL 246/247/248/270/271 | 1136898 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Ship Shoal Area Block 247 | $3,305,000 |
| | | X | | | | | | SHIP SHOAL 246/247/248/270/271 | 1136899 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Ship Shoal Area Block 248 | $2,950,000 |
| X | | X | | | | | | SHIP SHOAL 246/247/248/270/271 | 1136900 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Ship Shoal Area Block 249 | $1,350,000 |
| | X | | | | | | | SHIP SHOAL 79/80 | 1136935 | Fieldwood Energy Offshore LLC | BOEM | Supplemental RUE - Ship Shoal Block 80 'A' | $800,000 |
| X | | | | | | | | SOUTH MARSH IS. 105/106 | B009183 | Fieldwood Energy LLC | BOEM | Supplemental Bond South Marsh Island Area Block 105 | $146,000 |
| X | | | | | | | | SOUTH MARSH IS. 127/128 | 2196703 | Fieldwood Energy LLC | BOEM | Supplemental Bond - South Marsh Island Area Block 127 | $450,000 |
| X | X | | | | | | | SOUTH MARSH IS. 136/137/149/150 | 1136895 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - South Marsh Island Area Block 149 | $6,945,000 |
| | | | | | X | | | SOUTH MARSH IS. 142 / EUGENE IS. 312 | 1136905 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - South Marsh Island Area Block 143 | $600,000 |
| | | | | | X | | | SOUTH MARSH IS. 147 | 1136934 | Fieldwood Energy Offshore LLC | BOEM | Supplemental RUE - South Marsh Island Area Block 147 'A' | $1,300,000 |
| | | | | | X | | | SOUTH MARSH IS. 147 | 1136940 | Fieldwood Energy Offshore LLC | BOEM | Supplemental RUE - South Marsh Island Area Block 146 'B' | $1,070,000 |
| X | | | | | X | | | SOUTH MARSH IS. 268/269/280/281 | 1136896 | Fieldwood Energy LLC | BOEM | Supplemental RUE - South Marsh Island Area Block 268 'A' | $1,740,000 |
| X | | | | | | | | SOUTH PASS 87/89 / WEST DELTA 128 | 179854 | Fieldwood Energy LLC | BOEM | Supplemental Bond - South Pass Area Block 87 | $3,353,501 |
| X | X | | | | | | | SOUTH TIMBALIER  53/67/68 | RLB0015517 | Fieldwood Energy LLC | BOEM | Supplemental Bond - South Timbalier Block 68 '1' | $200,000 |
| X | X | | | | | | | SOUTH TIMBALIER  53/67/68 | 7000000425 | Fieldwood Energy LLC | BOEM | Appeal Bond - Civil Penlaty Case G-2018-017 for South Timbalier 67 | $267,500 |
| X | | | | | | | | SOUTH TIMBALIER 205/206 | 179846 | Fieldwood Energy LLC | BOEM | Supplemental RUE - South Timbalier Area Block 206 'A' | $1,565,000 |
| X | | | | | | | | SOUTH TIMBALIER 276/295/296 | B010618 | Fieldwood Energy LLC | Manta Ray Offshore Gathering & BOEM | Supplemental ROW PSN 7864 South Timbalier 295 | $1,212,300 |
| | | | X | | | | | VERMILION 261/262 | 869158 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Row - Vermilion Area Block 196 Platform A to 207/208/215 Platform A | $399,360 |
| | | | | X | | | | VERMILION 272 / SOUTH MARSH 102 | 869159 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Row - Vermilion Area Block 215 Platform A to 208/207/196 Platform A | $399,360 |
| | | X | | | | | | VERMILION 313 | SUR24000031 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Vermilion Area Block 313 | $6,050,000 |
| | | X | | | | | | VERMILION 313 | 1136915 | Fieldwood Energy Offshore LLC | BOEM | Supplemental ROW - Vermilion Area Block 313 - PSN 5440 | $910,000 |
| | | X | | | | | | VERMILION 313 | 1136919 | Fieldwood Energy Offshore LLC | BOEM | Supplemental ROW - Vermilion Area Block 313 - PSN15136 | $535,000 |
| | | | X | | | | | VERMILION 315/332 | 1136936 | Fieldwood Energy Offshore LLC | BOEM | Supplemental RUE Vermilion Area Block 315 'A & A-Aux' | $2,375,000 |
| | X | | | | | | | VERMILION 78 | 1136901 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - Vermilion Area Block 78 | $1,265,000 |
| X | | | | | | | | VIOSCA KNOLL 203/204 | ES00001442 | Fieldwood Energy LLC | BOEM | Supplemental Bond - Viosca Knoll Area Block 203 | $506,662 |
| X | | | | | | | | VIOSCA KNOLL 203/204 | ES00001443 | Fieldwood Energy LLC | BOEM | Supplemental Bond - Viosca Knoll Area Block 204 | $501,662 |
| | | | X | | | | | VIOSCA KNOLL 251/340/384 | 869157 | Fieldwood Energy Offshore LLC | BOEM | Supplemental ROW -  VK Area Block 113/157/158/202 to Chandeleur Area Block 43 | $619,903 |
| | | X | | | | | | WEST CAMERON 100 | 1136902 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - West Cameron Area Block 100 | $1,100,000 |
| | | X | | | | | | WEST CAMERON 100 | 1136916 | Fieldwood Energy Offshore LLC | BOEM | Supplemental ROW (24253) - West Cameron Area Block 100 | $650,000 |
| | | X | | | | | | WEST CAMERON 100 | 1136917 | Fieldwood Energy Offshore LLC | BOEM | Supplemental ROW (24699) - West Cameron Area Block 100 | $620,000 |
| X | X | | | | | | | WEST CAMERON 289/290/294 | B008963 | Fieldwood Energy LLC | BOEM | Supplemental ROW - West Cameron Area Block 34 'D' | $350,000 |
| | | X | | | | | | WEST CAMERON 71/72/102 | 1136904 | Fieldwood Energy Offshore LLC | BOEM | Supplemental Bond - West Cameron Area Block 72 | $1,795,000 |
| | | X | | | | | | WEST CAMERON 71/72/102 | 1136918 | Fieldwood Energy Offshore LLC | BOEM | Supplemental ROW - West Cameron Area - PSN14251 | $550,000 |
| | | | | | | | X | WEST DELTA 86 | 1136932 | Fieldwood Energy Offshore LLC | BOEM | Supplemental RUE - West Delta Block 86 'A' | $1,434,000 |