

Highly Confidential

Professional Eyes Only

# John-Paul Hanson Demonstrative

FIELDWOOD ENERGY LLC

CASE NO. 20-33948 | TEXAS SOUTHERN DISTRICT | JUDGE MARVIN ISGUR

JUNE 2021 | HIGHLY CONFIDENTIAL

# Key Assumptions

**Highly Confidential**

**Professional Eyes Only**

**WTI Strip Pricing ($/bbl)** | March 5, 2021



**HH Strip Pricing ($/MMBtu)** | March 5, 2021



### Adjustments to Company Initial Source Files

| NewCo |
| --- |

Based on Mid-Year 2020 Database

- "Rolled forward" effective date to May 1, 2021
- Updated commodity pricing to March 5, 2021
- Adjusted online date of selected wells (Genovesa, Santa Cruz / Santiago, Troika TA3)
- Removed Swordfish / Neptune Spar
- Modest P&A adjustments, including with respect to specified state leases

| FWE I |
| --- |

Based on Mid-Year 2020 Database

- "Rolled forward" effective date to May 1, 2021
- Updated commodity pricing to March 5, 2021
- Adjusted P&A timing to better match reserves economic life
- Removed properties that are shut-in and not expected to produce

# Summary of Valuation Ranges

Highly Confidential

Professional Eyes Only

## NewCo Valuation Summary | $mm

| | | Range | | |
|---|---|---|---|---|
| | Weight | Low | Mid | High |
| NAV | 70% | $930 | $1,080 | $1,230 |
| Precedent Transactions | 15% | 640 | 790 | 940 |
| Trading Comps | 15% | 860 | 990 | 1,120 |
| Implied Range | | $880 | $1,030 | $1,170 |

## FWE I Valuation Summary | $mm

| | | Range | | |
|---|---|---|---|---|
| | Weight | Low | Mid | High |
| NAV | 70% | ($260) | $0 | $260 |
| Precedent Transactions | 30% | (110) | (70) | (30) |
| Trading Comps | 0% | n/a | n/a | n/a |
| Implied Range | | ($220) | ($30) | $170 |

## FWE III Valuation Summary | $mm

| | | Range | | |
|---|---|---|---|---|
| | Weight | Low | Mid | High |
| Implied Range (NAV) | | ($31) | ($28) | ($25) |

## FWE IV Valuation Summary | $mm

| | | Range | | |
|---|---|---|---|---|
| | Weight | Low | Mid | High |
| Implied Range (NAV) | | ($38) | ($31) | ($25) |

# NewCo Enterprise Value
## NAV Approach Detail

Highly Confidential

Professional Eyes Only

| ResCat / Item | Implied Value | |
| --- | --- | --- |
| | **Low** | **High** |
| Specified Deepwater Properties Reserve Value | $1,065 | $1,203 |
| Specified Shelf Properties Reserve Value | 161 | 197 |
| **Implied Total Reserve Value Less ARO** | **$1,226** | **$1,400** |
| Less: Facilities + R&M | ($85) | ($69) |
| Plus: PHA Income | 11 | 12 |
| **Implied Total Asset Value** | **$1,152** | **$1,343** |
| Plus: Farmout Agreement | - | $40 |
| Less: Expected NewCo Obligations | (75) | (59) |
| Plus: Fieldwood Mexico ("FWM") Interest | 26 | 43 |
| Plus: Excess Cash [1] | - | - |
| Less: G&A | (120) | (100) |
| Less: Insurance | (50) | (40) |
| **Implied NewCo Net Asset Value (Rounded)** | **$930** | **$1,230** |

Midpoint = $1,080mm

[1] Assumes cash on hand is required to address working capital swings and is not incremental to implied NewCo Net Asset Value

HOULIHAN LOKEY | 4

# FWE I Enterprise Value
## NAV Approach Detail

**Highly Confidential**

**Professional Eyes Only**

| | Implied Value | |
| --- | --- | --- |
| **ResCat / Item** | **Low** | **High** |
| **Implied Total Reserve Value (Net of ARO)** | **$45** | **$491** |
| Less: Facilities + R&M | (144) | (124) |
| **Implied Total Asset Value** | **($99)** | **$368** |
| Less: Insurance | (30) | (25) |
| Less: G&A | (90) | (80) |
| Less: Farmout Agreement | (40) | - |
| Plus: Excess Cash [1] | - | - |
| **Implied FWE I Net Asset Value (Rounded)** | **($260)** | **$260** |

Midpoint = $0mm

(1) Assumes cash on hand is required to address working capital swings and is not incremental to implied FWE I Net Asset Value

HOULIHAN LOKEY | 5

# NewCo and FWE I Enterprise Value
## Risk-Adjusted Discount Rates used in NAV Approach

**Highly Confidential**

**Professional Eyes Only**

| ResCat | | Low | High |
|---|---|---|---|
| 1P | Producing [1] | 10.0% | 15.0% |
| 1P | Behind Pipe | 15.0% | 20.0% |
| 1P | Non-producing [2] | 15.0% | 20.0% |
| 1P | Undeveloped | 30.0% | 50.0% |
| Probable | Producing [1] | 17.5% | 25.0% |
| Probable | Behind Pipe | 25.0% | 40.0% |
| Probable | Non-producing [2] | 25.0% | 40.0% |
| Probable | Undeveloped | Excluded | Excluded |
| ARO | n/a | 15% | 10% multiplied by 1.2x |

[1] Troika TA-3 present value determined using RADRs of 12.5-17.5% for proved reserves and 20.0-30.0% for probable reserves to reflect that the well is electively shut-in and currently has no mechanical risk to return-to-production ("RTP")

[2] Galapagos wells present value determined using RADRs of 17.5-25.0% for proved reserves and 30.0-40.0% for probable reserves to reflect the mechanical risk associated with repairing the loop system and RTP'ing certain wells

HOULIHAN LOKEY | 6

# Residual Distributable Value
## Black Scholes Inputs and Implied Valuation

**Highly Confidential**

**Professional Eyes Only**

| Input | Description | Inputs | | |
|---|---|---|---|---|
| | | **Low** | **Mid** | **High** |
| **Underlying Asset Value** | ▪ Based on NAV <u>gross</u> of P&A and <u>net</u> of G&A and insurance (consistent with operating plan)<br>▪ NAV adjusted to reflect the limited development plan that FWE I is anticipated to pursue | $110mm | $205mm | $300mm |
| **Strike Price** | ▪ Based on P&A costs discounted at risk-free rate<br>▪ Adjusted for certain types of financial assurance (e.g., surety bonds) | $590mm | $460mm | $330mm |
| **Volatility** | ▪ Reflects estimated volatility based on WTI and publicly traded peers | 30% | 35% | 40% |
| **Duration** | ▪ Reflects estimate of weighted-average remaining economic life of producing reserves | 3 Years | 5 Years | 7 Years |
| **Risk-Free Rate** | ▪ Reflects yield of applicable U.S. Treasury note | 0.32% | 0.79% | 1.23% |
| **Reserve Accounts** | ▪ Assumed no cash remaining after all claims have been satisfied | $0 | $0 | $0 |
| **Residual Distributable Value** | | **~$0.0mm** | **~$19.4mm** | **~$120.2mm** |

*Memo: Black Scholes formula in mathematical notation shown below*

$C = S_t \times N(d_1) - K \times e^{-rt} \times N(d_2)$, where: $d_1 = \frac{\ln(\frac{S_t}{K}) + (r + \frac{\sigma^2}{2})t}{\sigma\sqrt{t}}$ and $d_2 = d_1 - \sigma\sqrt{t}$, where: $C$ = option value; $S$ = underlying value; $K$ = strike price; $r$ = risk-free rate; $t$ = duration; $N$ = normal distribution; $\sigma$ = variance (square of volatility)

HOULIHAN LOKEY | 7

# Valuation Update Considerations
## NewCo and FWE I

**Highly Confidential**

**Professional Eyes Only**



■ Expert Report
☐ Hypothetical Update

**NewCo Valuation Comparison | $mm**

| Approach | Illustrative NewCo Value | Implied Midpoint |
|---|---|---|
| NAV | $930 – $1,230 | $1,080 |
| | $820 – $1,080 | $950 |
| Precedent Transactions | $640 – $940 | $790 |
| | $780 – $1,100 | $940 |
| Publicly Traded Comparables | $860 – $1,120 | $990 |
| | $880 – $1,130 | $1,010 |
| Implied Range | $880 – $1,170 | $1,030 |
| | $820 – $1,090 | $960 |

**FWE I Valuation Comparison | $mm**

| Approach | Illustrative NewCo Value | Implied Midpoint |
|---|---|---|
| NAV | ($260) – $260 | $0 |
| | ($310) – $180 | ($70) |
| Precedent Transactions | ($110) – ($30) | ($70) |
| | ($110) – ($40) | ($80) |
| Publicly Traded Comparables | | n/a |
| Implied Range | ($220) – $170 | ($30) |
| | ($250) – $110 | ($70) |

8

# Probable Reserves
## Illustration

Highly Confidential

Professional Eyes Only

### Key Points

**Set forth at right is an illustration of the type of Probable reserves that were included in the Hanson Report**

- The included Probable reserves are generally "extension cases" associated with already producing well bores

### Reserve Schematic





CORPORATE FINANCE
FINANCIAL RESTRUCTURING
FINANCIAL AND VALUATION ADVISORY

HL.com