DEBTORS' EXHIBIT NO. 108

TO COME