IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR CONFIRMATION HEARING ON JUNE 18, 2021 AT 9:30 A.M.

The Official Committee of Unsecured Creditors of Fieldwood Energy LLC, *et al.*, (the "Creditors' Committee") files its *Witness and Exhibit List for Confirmation Hearing on June 18, 2021 at 9:30 a.m.* (the "Witness and Exhibit List") with respect to the hearing on confirmation of *Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 1284] scheduled for June 18, 2021 (the "Confirmation Hearing") and respectfully designates the following witnesses and exhibits:

### WITNESSES

1. Any witness designated by any other party; and

2. Any rebuttal or impeachment witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

**EXHIBITS**

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| 1. | Any exhibit designated by any other party | | | | | |
| 2. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | | |
| 3. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | |

The Creditors' Committee reserves the right to ask the Court to take judicial notice of pleadings and transcripts and/or documents filed in or in connection with the Debtors' bankruptcy cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the Confirmation Hearing. Designation of any exhibit above does not waive any objections the Creditors' Committee may have to any exhibit listed on any other party's exhibit list.

Dated: June 16, 2021                    Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES**

*/s/ Michael D. Warner*
Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com
            bwallen@pszjlaw.com

- and –

        Kristopher M. Hansen, Esq. (admitted *pro hac vice*)
        Kenneth Pasquale, Esq. (admitted *pro hac vice*)
        Sherry J. Millman, Esq. (admitted *pro hac vice*)
        **STROOCK & STROOCK & LAVAN LLP**
        180 Maiden Lane
        New York, NY 10038
        Telephone: (212) 806-5400
        Facsimile:  (212) 806-6006
        Email: khansen@stroock.com
          kpasquale@stroock.com
          smillman@stroock.com

        *Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served by electronic transmission via the Court's CM/ECF system to all parties authorized to receive electronic notice in these cases on June 16, 2021.

        */s/ Michael D. Warner*
        Michael D. Warner

3