IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § | (Jointly Administered) |

**THE HANOVER INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY and SURETY COMPANY OF AMERICA, and XL SPECIALTY INSURANCE COMPANY'S WITNESS AND EXHIBIT LIST**
**(Hearing on June 18, 2021 at 9:30 a.m.)**

Liberty Mutual Insurance Company, The Hanover Insurance Company, Travelers Casualty and Surety Company of America, and XL Specialty Insurance Company (the "Sureties") by and through their undersigned counsel, hereby file this witness and exhibit list (the "Witness and Exhibit List") for the video/telephonic hearing scheduled for June 18, 2021 at 9:30 a.m. (CST) (the "Hearing"):

**WITNESSES**

The Sureties may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party; and

2. Any witness required for rebuttal.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## **EXHIBITS**

The Sureties may offer into evidence any one or mor of the following exhibits:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Copies of each of the Sureties' surety bonds | | | | |
| B | Copies of each of the Sureties' indemnity agreements | | | | |
| C | Copies of each of the Sureties' Proof of Claims | | | | |
| | Any exhibit designated by any other party | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Sureties reserve the right to use an exhibit identified by any other party, any exhibit necessary for impeachment or rebuttal purposes and any pleadings or exhibit its previously filed on the Court's docket.

DATED: June 16, 2021

Respectfully submitted,

**LANGLEY LLP**

*/s/ Brandon K. Bains*
Keith A. Langley
State Bar No. 11919500
Brandon K. Bains
State Bar No. 24050126
P.O. Box 94075
Southlake, TX 76092
Telephone: 214.722.7171
klangley@l-llp.com
bbains@l-llp.com

**ATTORNEY FOR LIBERTY MUTUAL INSURANCE COMPANY, THE HANOVER INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and XL SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all parties receiving electronic notification in this case from the Court ECF system on this the 16th day of June 2021.

*/s/ Brandon K. Bains*
Brandon K. Bains