UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-33948 |
| | § | |
| FIELDWOOD ENERGY, LLC | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | Hearing date: 6/18/21 @ 9:30 a.m. |
| | § | |
| | § | Confirmation of Debtor's Chapter 11 Plan |

## MULTIKLIENT INVEST AS WITNESS AND EXHIBIT LIST

Multiklient Invest As ("MKI"), files this Witness and Exhibit List in support of its Objection to Confirmation (Doc. No. 1438), set for hearing on Friday, June 18, 2021 at 9:30 a.m.

### WITNESSES:

Multiklient may call any of the following witnesses at the hearing:

1. Debtor
2. Any witness called by any other party.

### EXHIBITS:

Multiklient may offer into evidence one or more of the following exhibits at the Hearing:

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| 1. | MKI Proof of Claim | | | | | |

Dated: June 16, 2021

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: /s/*Michael P. Ridulfo*
    Michael P. Ridulfo
    State Bar No. 16902020
    Federal Bar No. 27086
    5051 Westheimer Road, 10th Floor
    Houston, Texas 77056
    Phone: (713) 425-7400
    Fax: (713) 425-7700
    mridulfo@krcl.com
    Attorney for Multiklient Invest As

7942445 v1 (74500.00087.000)

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June 2021, a true and correct copy of the foregoing Witness and Exhibit List was served via the Court's CM/ECF system on all parties who have consented to receive electronic service.

/s/ *Michael P. Ridulfo*
Michael P. Ridulfo

7942445 v1 (74500.00087.000)