# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Wednesday, June 16, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| John | Baay | Gieger Laborde & Laperouse | LLOG |
| Zachary | Balasko | U.S. Dept. of Justice | U.S. Dept. of the Interior |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill, PLC | Zurich American Ins. Co. |
| Jase | Brown | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |
| Erin | Choi | Weil | Debtors |
| Erin | Choi | Weil, Gotshal & Manges | Fieldwood Energy LLC |
| Catherine | Diktaban | Hunton Andrews Kurth LLP | Apache Corporation |
| Craig | Duewall | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| philip | eisenberg | locke lord llp | HCCI International |
| Paul | Genender | Weil | Debtors |
| Paul | Genender | Weil, Gotshal & Manges | Fieldwood Energy LLC |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones | Official Committee of unsecured Creditors |
| Shari | Heyen | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Shari | Heyen | Greenberg Traurig LLP | BP Exploration & Production |
| Bradley | Knapp | Locke Lord LLP | HCC International Insurance Company Plc |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Company |
| Timothy | Million | Husch Blackwell LLP | Aspen American Insurance Company, Berkely Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company |
| Michael | Morfey | Hunton Andrews Kurth LLP | Apache Corporation |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Limited |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Kenneth | Pasquale | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Debtors |
| Suzanne | Rosen | Forshey Prostok, LLP | XTO Offshore, Inc.; HHE Energy Company, and XH, LLC |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| LEE | Woodard | Harris Beach PLLC | Lexon Insurance Co |
| Thomas | Zabel | Zabel Freeman | Genesis Energy, L.P. |