IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 20-33948 (MI) |
| Fieldwood Energy, *et al.*, § | |
| § | Chapter 11 |
| Debtors. § | (*Jointly Administered*) |
| § | |

**MARATHON'S WITNESS & EXHIBIT LIST FOR HEARING ON CONFIRMATION OF THE DEBTORS' FIFTH AMENDED JOINT CHAPTER 11 PLAN**

Marathon Oil Company and its affiliates and subsidiaries (collectively "Marathon") file this witness and exhibit list for the confirmation hearing on the Debtors' Fifth Amended Join Chapter 11 Plan [Docket No. 1629] and respectfully designate the following witnesses and exhibits:

**WITNESSES**

1. Any witness designated by any other party; and

2. Any rebuttal or impeachment witnesses.

**EXHIBITS**

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. |
|---|---|---|---|---|---|
| 1 | Any exhibit designated by any other party | | | | |
| 2 | Any pleading or other document filed with the Court on the docket of the above-captioned Chapter 11 cases | | | | |
| 3 | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party. | | | | |

Dated: June 16, 2021							Respectfully submitted by,

/s/ William R. Howell, Jr.
Clay M. Taylor
TX 24033261 *(Admitted Bankr. S.D. Tex.)*
M. Jermaine Watson
TX 24063055 *(Admitted Bankr. S.D. Tex.)*
J. Robertson Clarke
TX 24108098 *(Admitted Bankr. S.D. Tex.)*
William R. Howell, Jr.
NY 5091269 *(Admitted Bankr. S.D. Tex.)*
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: clay.taylor@bondsellis.com
Email: jermaine.watson@bondsellis.com
Email: robbie.clarke@bondsellis.com
Email: william.howell@bondsellis.com
ATTORNEYS FOR MARATHON OIL COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2021, a copy of the foregoing document was filed via the court's CM/ECF system, which automatically provides electronic notice to registered parties.

/s/ William R. Howell, Jr.
William R. Howell, Jr.