IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | ) Case No. 20-33948 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF APPEARANCE OF ADDITIONAL
### COUNSEL FOR ATLANTIC MARITIME SERVICES LLC
**[Relates to Doc. 567]**

**PLEASE TAKE NOTICE** that Atlantic Maritime Services LLC ("*Atlantic*") hereby gives notice of appearance of additional counsel-of-record, Benjamin W. Kadden of the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard ("*Counsel*"). Counsel request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these Chapter 11 cases and copies of all papers served or required to be served in these Chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, Chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, at the modified addresses, telephone, and email addresses set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Atlantic Maritime Services LLC
Attn: Stewart F. Peck, Benjamin W. Kadden
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Suite 2775 New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail: speck@lawla.com, bkadden@lawla.com

DATED: **June 16, 2021.**

Respectfully Submitted,

**Counsel for Atlantic Maritime Services LLC**

/s/ Stewart F. Peck
**LUGENBUHL, WHEATON, PECK, RANKIN**
Stewart F. Peck (*pro hac vice*)
Benjamin W. Kadden (TX #24077542)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawla.com

*Counsel for Atlantic Maritime Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on **June 16, 2021** on all parties who have consented to CM/ECF service.

/s/ *Stewart F. Peck*
Stewart F. Peck