IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FIELDWOOD ENERGY, LLC, *et al.*,[1] | ) ) ) | Case No. 20-33948 (MI) |
| Debtors. | ) ) | (Jointly Administered) |

### AMENDED WITNESS AND EXHIBIT LIST FOR CONFIRMATION HEARING SCHEDULED FOR JUNE 18, 2021 AT 9:30 A.M.

| | |
|---|---|
| **Bankruptcy Case No**: 20-33948 (MI) | **Name of Debtor**: Fieldwood Energy, LLC and its affiliated debtors |
| **Witnesses**: | |
| 1. Edward Viterbo | **Judge**: Honorable Marvin Isgur |
| 2. Any witness called or designated by any other party | **Courtroom Deputy**: Tyler Laws |
| 3. Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party | **Hearing Date**: June 18, 2021 |
| | **Hearing Time**: 9:30 a.m. (CT) |
| | **Party's Name**: Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC |
| | **Attorneys' Names**: Duston McFaul, Michael Fishel, & Jeri Leigh Miller |
| | **Attorney's Phone**: (713) 495-4500 |
| | **Nature of Proceeding**: Confirmation Hearing (Dkt. No. 1284) |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Unit Agreement for Outer Continental Shelf Exploration, Development, and Production Operations on the Green Canyon Block 40 Unit, effective April 1, 2018, Contract No. 754318002 [ECF No. 1465-1] | | | | |
| 2 | GC 40 Unit Operating Agreement by and between Ridgewood Katmai, LLC, ILX Prospect Katmai, LLC, and Fieldwood Energy LLC, effective April 1, 2018 [ECF No. 1465-2] | | | | |
| 3 | Proposal and AFE for completion of the Grand Canyon Block 40 No. 1 wellbore, API well no. 608114062300 [ECF No. 1465-3] | | | | |
| 4 | Cash advance invoices issued from Fieldwood to Ridgewood Katmai, LLC [ECF No. 1465-4] | | | | |
| 5 | Cash advance invoices issued from Fieldwood to ILX Prospect Katmai, LLC [ECF No. 1465-5] | | | | |
| 6 | Payment confirmations for cash advance payments made [ECF No. 1465-6] | | | | |
| 7 | JIB invoices issued by Fieldwood to Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC [ECF No. 1465-7] | | | | |
| 8 | Monthly cash advance reconciliations prepared by Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC [ECF No. 1465-8] | | | | |
| 9 | Documents reflecting perfection of lien by Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC [ECF No. 1463-2] | | | | |
| 10 | Statement of Privilege recorded by Atlantic on July 16, 2020 [ECF No. 581-11] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Statement of Privilege recorded by Atlantic on July 23, 2020 [ECF No. 581-15] | | | | | |
| 12 | Fieldwood's Adversary Complaint filed in Adv. Proc. No. 20-03476 at ECF No. 1 | | | | | |
| 13 | Fieldwood's Motion for Summary Judgment filed in Adv. Proc. 20-03476 at ECF No. 32 | | | | | |
| 14 | Fieldwood's Response to Atlantic's Motion to Dismiss filed in Adv. Proc. No. 20-03476 at ECF No. 36 | | | | | |
| 15 | Proof of Claim No. 874 filed by ILX Prospect Katmai, LLC | | | | | |
| 16 | Proof of Claim No. 875 filed by Ridgewood Katmai, LLC | | | | | |
| 17 | Declaration of Edward Viterbo in Support of Plan Objection [ECF IN No. 1465] | | | | | |
| 18 | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | |
| 19 | Any exhibit listed by any other party | | | | | |

Dated:  June 16, 2021

                                                                      **SIDLEY AUSTIN LLP**

                                                                      By: */s/ Michael Fishel*
                                     Duston K. McFaul (TX Bar No. 24003309)
                                     Michael Fishel (TX Bar No. 24082998)
                                     Jeri Leigh Miller (TX Bar No. 24102176)
                                     SIDLEY AUSTIN LLP
                                     1000 Louisiana St., Suite 5900
                                     Houston, Texas 77002
                                     Telephone: (713) 495-4500
                                     Facsimile:   (713) 495-7799
                                     Email:   dmcfaul@sidley.com
                                                   mfishel@sidley.com
                                                   jeri.miller@sidley.com

                                   **ATTORNEYS FOR RIDGEWOOD KATMAI, LLC AND ILX PROSPECT KATMAI, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, a true and correct copy of the foregoing has been served on all counsel and parties in interest who have consented to service via this Court's ECF filing system at the time of filing.

/s/ Michael Fishel
Michael Fishel