**EXHIBIT 3**

**WELLBORE AFE**



December 5, 2018 *2019*

Via E-Mail and Courier

Ridgewood Katmai, LLC
1254 Enclave Parkway, Suite 600
Houston, Texas 70777
Attn: W. Greg Tabor

ILX Prospect Katmai, LLC
1254 Enclave Parkway, Suite 600
Houston, Texas 70777
Attn: W. Greg Tabor

Re:  Fieldwood Energy LLC's Proposal and Approval for the Completion of the GC40#1 Well Green Canyon 40 Unit Area - Katmai Development Covering Portions of Green Canyon 39 (G34966/G36476), 40 (G34536) and 41 (G34537) and Ewing Bank 1009 (G34878), 1010 (G34879) and 1011 (G34880)

Partners:

Fieldwood Energy LLC ("Fieldwood"), Ridgewood Katmai, LLC ("Ridgewood") and ILX Prospect Katmai, LLC ("ILX") are Parties to that certain GC 40 Unit Operating Agreement dated April 1, 2018 covering the GC 40 Unit (the "Katmai UOA").

By letter dated November 1, 2018 and pursuant to Article 12.5.1 of the Katmai UOA, the Parties have approved a Development Plan for the Green Canyon 40 Unit Area ("Katmai Development Plan").

Pursuant to the Katmai Development Plan and in accordance with the relevant Katmai UOA Articles referenced below, Fieldwood, as Operator of the Green Canyon 40 Unit Area, hereby proposes to the Parties the operation described below and in the attached AFE and accompanying documents:

**GC 40 #1 Completion**
**Objective / Completion Zone:** Purple Sand (Middle Miocene) @ 26,105' MD / 26,021' TVDSS which is a "Producible Reservoir" as that term is defined in the UOA
**AFE No.:** FW 202002
**Gross AFE Amount:** $49,623,320

GC 40 #1 well was drilled to 27,900'MD/27,899'TVD by Noble Energy between 3/22/2014-8/15/2014. The well was temporarily abandoned for future tieback operations with a 7-3/4" liner across the Purple Sand (Zone 1). Between 5/31/2019 and 6/16/2019, the GC 40#1 well was cleaned out by drilling T/A plugs along with packer debris fish in the well to ~14,300', tieback by running a 10-1/8" x 10-3/4" tieback production string and performing a "dirty displacement" from 16.5 ppg SBM to 16.0 ppg ZnBr/CaBr and was suspended for future operations.

This Completion AFE (FW202002) is for the cost estimate for all tangible completion equipment (primary and back-up), plus all associated services required to complete the GC 40#1 Well in the Purple Sand (Middle Miocene) @ 26,105' MD / 26,021' TVDSS (which is a "Producible Reservoir" as that term is defined in the UOA) inside 7-3/4" casing. This estimate does not include the Subsea Spool Tree and Tubing Hanger, nor any other subsea equipment. This estimate includes Safety Valve, Chemical Injection Valves, Downhole Pressure & Temperature Gauges, Packers & Accessories, Tubing & Accessories, etc. It also includes an estimate for intangible costs such as upfront engineering time for the design and analysis work, plus all associated services required to complete the well. The current estimated start date is 2/5/2020

This Completion AFE (FW202002) includes $12,146,112 of previously approved costs captured in the Completions Long Lead AFE (FW 192007) and upon commencement of the completion operations, such previously approved costs will be reallocated to this Completion AFE.

This AFE is proposed subject to Article 8.6.1 and Article 13 of the Katmai UOA which requires an approval by Election of the Parties. In accordance with Article 8.2.2, approval of the above AFE shall require the affirmative Election by one (1) or more Parties, entitled to make an Election, with a combined Electing interest of twenty-five (25%) percent or more.

Fieldwood hereby Elects to approve the above AFE. Pursuant to Article 8.6.1 of the Katmai UOA, each Party has thirty (30) days after Receipt of this AFE to respond with its Election.

If this AFE is acceptable, please evidence your approval by Election by executing the AFE and returning a copy of same to the attention of the undersigned. If you have any questions with respect to this proposal, please contact Nathan Vaughn at 713-969-1085 or Nathan.Vaughn@fwellc.com

Yours very truly,

Nathan M. Vaughn
Deepwater Land Advisor



## FIELDWOOD ENERGY
### COMPLETION PROJECTS
### ESTIMATE OF COSTS AND AUTHORIZATION FOR EXPENDITURE

Page 1 of 2

rev 12/10/18

REV# 
SUPP# 

| WELL CODE | GC04001 | OPERATOR | Fieldwood Energy LLC | AFE NO. | FW202002 |
|---|---|---|---|---|---|
| COUNTY / STATE | Offshore, LA | REGION | Deepwater | AFE TYPE | Completion |
| AREA BLK | Green Canyon 40 | WELL # / PLATFORM | #1 | ASSET TYPE | Well |
| FIELD | Katmai | LEGAL / OCS NO. | OCS-G 34536 | PROSPECT LEASE | Katmai |
| API # | | BOOKED / UNBOOKED | Unbooked | TOTAL FWE INTEREST | 50.000000% |
| ESTIMATED START DATE | 1/29/2020 | ESTIMATED END DATE | 2/29/2020 | AFE DATE | 11/13/2019 |
| OBJECTIVE | Purple sand (Zone 1) @ 26,105 ft MD/TVD, 26,021 ft TVDSS | | | | |

**DESCRIPTION**
Cost estimate for all tangible completion equipment (primary + back-up), plus all associated services required to complete one well inside 7-3/4" casing. This estimate does not include the Subsea Spool Tree and Tubing Hanger nor any other subsea equipment. This estimate includes Safety Valve, Chemical Injection Valves, Downhole Pressure & Temperature Gauges, Packers & Accessories, Tubing & Accessories, etc. It also includes an estimate for intangible costs such as upfront engineering time for the design and analysis work, plus all associated services required to complete the well. This AFE is being passed along the approval chain now because the current rig schedule has us completing this well late December 2019, or mid January 2020, and this needs approval prior to equipment make-up & testing.

*Likely beginning of February AFE*

| AFE COST SUMMARY | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|
| GRAND TOTAL COSTS | 49,623,320 | 0 | 49,623,320 |
| LESS OUTSIDE INTEREST | 24,811,660 | 0 | 24,811,660 |
| TOTAL NET COST | 24,811,660 | 0 | 24,811,660 |

| | | | DATE | | | |
|---|---|---|---|---|---|---|
| PREPARED BY | Kerby Dufrene | | 11/13/2019 | A. | GROSS ORIGINAL AFE AMOUNT | 49,623,320 |
| APPROVED BY | Jack Sanford | | 11/26/2019 | B. | FIELDWOOD NET ORIGINAL AFE AMOUNT | 24,811,660 |
| APPROVED BY | John Dwyer | | 11/26/2019 | C. | NET ASSET TRANSFERS | |
| APPROVED BY | Truitt Smith | | 11/26/2019 | D. | TOTAL NET ORIGINAL AFE (LINE B PLUS LINE C) | 24,811,660 |
| APPROVED BY | John Pritchett | | 12/2/2019 | E. | GROSS SUPPLEMENT | 0 |
| APPROVED BY | John Seeger | | 12/3/2019 | F. | NET SUPPLEMENT | 0 |
| APPROVED BY | John Smith | | 12/3/2019 | G. | GROSS TOTAL AFE AMOUNT | 49,623,320 |
| APPROVED BY | Gary Janik | | 12/3/2019 | H. | FIELDWOOD TOTAL NET AFE AMOUNT | 24,811,660 |
| APPROVED BY | G. M. McCarroll | | 12/4/2019 | | | |

| COMPANY | INTEREST | SHARE | APPROVED BY | DATE |
|---|---|---|---|---|
| Fieldwood Energy LLC | 50.000000% | $24,811,660 | | |
| ILX Prospect Katmai LLC* | 25.000000% | $12,405,830 | | 1-6-20 |
| Ridgewood Katmai LLC* | 25.000000% | $12,405,830 | | 1-6-20 |
| | | | | |
| | | | | |
| TOTAL | 100.000000% | $49,623,320 | | |

*12/19/19*

**COMMENTS:**
*On behalf of and as Manager of its Managed Interests.
 Ridgewood carries its own insurance.

MS

*Verbal approvals given to FE 1/3/2020.*

3



**COMPLETION PROJECTS**
**ESTIMATE OF COSTS AND AUTHORIZATION FOR EXPENDITURE**

Page 2 of 2

rev 12/10/18

REV#
SUPP#

| WELL CODE | GC04001 | OPERATOR | Fieldwood Energy LLC | AFE NO. | FW202002 |
|---|---|---|---|---|---|

| MAIN | SUB | ACCOUNT DESCRIPTION | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|---|---|
| 3060 | 5 | LOCATION & PERMITS | 106,000 | | 106,000 |
| 3060 | 10 | MOB/DEMOB | 20,000 | | 20,000 |
| 3060 | 15 | RIG/LIFT BOAT | 5,652,000 | | 5,652,000 |
| 3060 | 20 | HWO/CT/WELL SERVICES | 278,030 | | 278,030 |
| 3060 | 24 | WATER | 3,000 | | 3,000 |
| 3060 | 25 | MARINE FUEL | 1,440,000 | | 1,440,000 |
| 3060 | 26 | MARINE LUBRICANTS | 5,500 | | 5,500 |
| 3060 | 28 | DRILLING FLUIDS&SOLIDS CONTROL | 495,760 | | 495,760 |
| 3060 | 30 | COMPLETION FLUIDS & FILTERING | 4,233,928 | | 4,233,928 |
| 3060 | 35 | DRILLING BITS | 0 | | 0 |
| 3060 | 38 | CONSULTING ENGR/SUPERVISION | 1,400,850 | | 1,400,850 |
| 3060 | 40 | SUPPLIES | 0 | | 0 |
| 3060 | 45 | MEALS & LODGING/CATERING | 226,800 | | 226,800 |
| 3060 | 50 | COMMUNICATIONS | 43,200 | | 43,200 |
| 3060 | 55 | RENTAL EQUIPMENT | 4,300,124 | | 4,300,124 |
| 3060 | 60 | AIR TRANSPORTATION | 900,000 | | 900,000 |
| 3060 | 61 | LAND TRANSPORTATION | 280,800 | | 280,800 |
| 3060 | 62 | MARINE TRANSPORTATION | 3,220,000 | | 3,220,000 |
| 3060 | 75 | WELL TESTING | 1,921,000 | | 1,921,000 |
| 3060 | 80 | ELECTRIC WIRELINE/LOGGING | 373,353 | | 373,353 |
| 3060 | 82 | SLICKLINE | 122,500 | | 122,500 |
| 3060 | 90 | CONTRACT LABOR | 1,271,800 | | 1,271,800 |
| 3060 | 105 | FISHING | 125,000 | | 125,000 |
| 3060 | 110 | CEMENTING | 288,000 | | 288,000 |
| 3060 | 115 | INSURANCE | 0 | | 0 |
| 3060 | 125 | ENVIRONMENTAL/SAFETY SERVICES | 682,000 | | 682,000 |
| 3060 | 130 | OVERHEAD | 342,000 | | 342,000 |
| 3060 | 135 | MISCELLANEOUS | 64,000 | | 64,000 |
| 3060 | 140 | TUBING CONVEYED PERFORATING | 359,988 | | 359,988 |
| 3060 | 150 | STIMULATION & SAND CONTROL | 3,667,420 | | 3,667,420 |
| 3060 | 165 | TUBULAR SERVICES/INSPECTIONS | 740,902 | | 740,902 |
| 3060 | 168 | WELLHEAD SERVICES | 1,166,000 | | 1,166,000 |
| 3060 | 170 | DOCK SERVICES | 468,000 | | 468,000 |
| 3060 | 177 | INTANGIBLE COMP (OUTSIDE OPERATED) | 0 | | 0 |
| 3060 | 900 | CONTINGENCIES | 1,719,608 | | 1,719,608 |
| | | **SUBTOTAL INTANGIBLE COMPLETION COSTS** | **35,917,561** | **0** | **35,917,561** |

| MAIN | SUB | ACCOUNT DESCRIPTION | ORIGINAL | SUPPLEMENT | TOTAL |
|---|---|---|---|---|---|
| 3110 | 20 | PROD CASING - TIEBACK/LINER | 0 | | 0 |
| 3110 | 30 | WELLHEAD EQUIPMENT | 123,300 | | 123,300 |
| 3110 | 35 | SUBSURFACE PRODUCTION EQUIP | 7,658,522 | | 7,658,522 |
| 3110 | 50 | TUBING/TUBING ACCESSORIES | 5,271,281 | | 5,271,281 |
| 3110 | 58 | FACILITIES HOOKUP/SURF. EQUIP | 0 | | 0 |
| 3110 | 70 | MISCELLANEOUS | 0 | | 0 |
| 3110 | 75 | TANGIBLE COMP (OUTSIDE OPERATED) | 0 | | 0 |
| 3110 | 900 | CONTINGENCIES | 652,655 | | 652,655 |
| | | **SUBTOTAL TANGIBLE COMPLETION COSTS** | **13,705,758** | **0** | **13,705,758** |