## EXHIBIT 10

**STATEMENT OF PRIVILEGE RECORDED JULY 16, 2020**

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA  70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :**   MORTGAGE               **File # :** 2020-00002808

**Type of Document :** MATERIALMANS LIEN

**Book :**  772      **Page :**  683

**Recording Pages :**        54

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 10:52:13AM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 10:52:13
Recorded in Book  772  Page  683
File Number 2020-00002808

Deputy Clerk



Doc ID - 005320660054

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)     Name and Address of Claimant:

        Atlantic Maritime Services LLC
        5847 San Felipe, Suite 3300
        Houston, TX 77057

2)     Nature and amount of the obligation for which Claimant's privilege is claimed:

        Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)     Name and address of the person owing the amount for which Claimant's privilege is claimed:

        Fieldwood Energy LLC
        2000 W. Sam Houston Parkway South, Suite 1200
        Houston, TX 77042

4)     Name and address of the operator of the well as shown by the records of the Commission of Conservation:

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July *15*, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary Bar Roll No. 11589836
My Commission Expires: 4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO:  FIELDWOOD ENERGY LLC
     2000 W.SAM HOUSTON PARKWAY SOUTH
     SUITE 1200
     HOUSTON, TX 77042

     ATTN: AP DEPARTMENT

INVOICE NO:  **FWD2006256**
INVOICE DATE:  6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM  **45 DAYS**

RIG:  Resolute - DS-16
WELL NUMBER:  G.C. 40 #1 COMPLETION
LOCATION:  G.C. 40 #1 COMPLETION

AFE:  FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0  HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0  HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0  HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0  HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0  HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0  HOURS ZERO RATE | $0.00    $ | - |
| 0.0  HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0  TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:  $    678,333.33

*Dinny Sharry*

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
   (678,333.33)  10417- 110-4202-810101
     -    10417- 110-4202-810102
     -    10417- 110-4202-810110
     -    10417- 110-4202-810103
          10417- 110-4202-810104

         ED

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Pasadia

June 2020

WELL NAME / LOCATION:  AFE

G.C. 40 #1 COMPLETION
FW200002

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $185,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | *FORCE MAJEURE $185,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 98.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

# Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K. Dufrene
Routing #:

Acct Code # 3060-15

Robert Ray
6-05-2020

6-5-2020

6-5-20

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract #: DDC4-27226
Customer:
Wellname: 9-C-40-1 Completion, spud

Cost Center:
AFE Number: IW 202202
Work Order:
Purchase Order:

| DAY | OPR 765 100% | STBY 765 @ 99% | 99% 100%x(7-76%) [13 hour allowances per month) thereafter/rate | OPR 200765 C-765 [16 hour allowances per month)+thereafter 6 rate | FORCE MAJURE 707 @ 96% | In-hole Rehate (oz/bs.) 50% @75% | No rate earned. All repair rate in excess of monthly allowed hours. | TOTAL HOURS | Valaris | OPERATION | Valaris CATERING | Valaris TESTED PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR [see legend below] | NON BILLABLE EXTRAS [see legend below] | CREW SHORTAGES [see legend below] | Comments (Specified for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 15.00 | 8.00 | 61.00 | | | | Shut in for build up, Replace (2x w/H) GC+ED. |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 15.00 | 8.00 | 50.00 | | | | Set crown plug on S3. Anti test lu 13+ end B/X/cross SFH and CTL2, LD1 joke of V POOH with /b, GR SSTT. R+re/NdR Fish Tool Cat. POOH w/n self ass. |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 15.00 | 10.00 | 61.00 | | | | POOH w/n SLG SSTT. R+re/NdR Fish Tool Cat. POOH w/n self ass. |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 15.00 | 9.00 | 10.50 | | | | POOH w/n 40 CT M/u in fixt, w/Jack POOH. Sinc Finisher Rig, Reme-drive bore R Same bore. |
| | | | | | | | | | | | | | | | | | Pull Riser/BCP. 2x/4OP's SMM BOP or lpart switch. Transit Rig f/ CC+ED to N/CE+E. |

| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00% | 384.00 | 28.00 | 76.00 | 33.00 | 240.00 | | | | |
| | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | | | | | | | | | |

| | | |
|---|---|---|
| | $ 94,352.33 | 94% $ |
| 100%/Day | $ 185,000.00 | |
| In-hole/Above 100 /Day MPD | $ 200,000.00 | |
| In-hole/below 100%/Dry | $ 185,000.00 | |
| 75%/hr MPD | $ 6,041.67 | |
| 100%/hr | $ 7,708.33 | |
| 50%/hr | $ 3854/hr | $ 7,554.17 |
| 50%/hr MPD 50%/hr MPD | $ 8,195.67 | |

Test Billable for the 5 Months: $ 679,133.33

Redwood Client Representative

_____ Redwood Client Representative Signature

Redwood Drilling Supt.

_____ Redwood Drilling Supt. Signature

Dinny Sharry
DS-16 Drilling Supt.
_____ DS-16 Drilling Supt. Signature
Date:

Rig Manager:
_____ Rig Manager Signature:
06-07-2020
Date:

| | Total POs |
|---|---|
| | 17.00 |
| | 19700 |
| | 100.00 |
| | 19600 |
| | 19700 |
| | 4.00 |



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: FWD2006254 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 6/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM 45 DAYS |
| | RIG: Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: G.C. 40 #1 COMPLETION |
| | LOCATION: G.C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

**DAYRATE EFFECTIVE**

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:      $   5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ███
ABA ███
Account ███

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

| Coding: BU10079 | | |
|---|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 | |
| - | 10417- 110-4202-810102 | |
| - | 10417- 110-4202-810110 | |
| (7,708.36) | 10417- 110-4202-810103 | |
| | 10417- 110-4202-810104 | |
| | ED | |

FIELDWOOD
Resolve

R202 Billing worksheet_2020 - May 2020

WELL NAME / LOCATION
AFE

G.C. 40 #1 COMPLETION
FW202002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY/REDRILL RATE $181,300 | REDRILL RATE $169,500 | Zero rate $0 | REPAIR SURFACE $185,000 | SUBSEA $165,000 | MOVE $181,300 | FORCE MAJEURE $169,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.63 | $0.00 | $0.00 | $5,735,000.00 |

## Valaris DS-16 MONTHLY BILLING SUMMARY

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #:  ▮▮▮▮▮▮
ACCT CODE 3060-15

Robert Roy
Sean Rains

6-01-2020

6/1/2020

Total Estimate for
this Month:    $    1,735,000.00

## Valaris DS-16 MONTHLY BILLING SUMMARY

Month/year: 2020
Contract #: DS16 07/26
Customer: Hotwood
Well name: G.C. 433 (Completion Arrival)

| DATE | OPR 764 100K | STBY 764 @ 97% | ROR SUSPEND 764 (15 hour allowance per month)/Waiver Rate/Demob Rate | WOW SUSPEND 764 (26 hour allowance per monthly standby rate) | FORCE MAJEURE 764 @ 99K | Initial Subsea Bop 50% @ 87% | No rate earned: All repair rate in excess of monthly allowed hours | TOTAL HOURS | HEADCOUNT — Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATING THIRD PARTY | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comments | Total Pob |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 68.00 | | | | | 197.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | | 198.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | | 201.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | | 200.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 62.00 | | | | | 199.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | | 196.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | | 188.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | | 184.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 15.00 | 2.00 | 44.00 | | | | | 189.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | | 185.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | | 185.00 |
| 5/13/2020 | 13.00 | | | 1.00 | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 184.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 184.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | | 184.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 63.00 | | | | | 184.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 66.00 | | | | | 188.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | | 186.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | | 184.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | 184.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 5.00 | 49.00 | | | | | 199.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | 199.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | 187.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 17.00 | 18.00 | 6.00 | 56.00 | | | | | 184.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 18.00 | 18.00 | 10.00 | 65.00 | | | | | 174.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | | 187.00 |

| Date | | | | | | | | | | Description | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | BHA 50° Vertical Tag Tri Pass Kickoff pull TMJ CSD area, Turn & seat area, BHA of 5 ½" dry |
| 5/28/2020 | 24.00 | | | | | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | |
| 5/29/2020 | 24.00 | | | | | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | |
| 5/30/2020 | 24.00 | | | | | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | |
| 5/31/2020 | 24.00 | | | | | 91.00 | 9.00 | 16.00 | 11.00 | 38.00 | Flow, Test & Clean Up Well. |
| **TOTALS** | 744.00 | | | | | 2851.00 | 232.00 | 359.00 | 171.05 | 1793.00 | |
| | 58.60% | | 0.00% | 0.00% | 0.00% | 0.00% | | | | | |

Total Billable for the Month $ 5,715,000.00

| | | |
|---|---|---|
| 100%/Day | $ | 185,000.00 |
| In hole/Volume 100 / Day MPD | $ | 202,020.00 |
| In hole/Volume 100%/Day | $ | 185,000.00 |
| 100%/hr MPD | $ | 8,333.33 |
| 100%/hr | $ | 7,708.33 |
| 38%/hr | $ | 7,554.17 |
| 38%/hr MPD | $ | 8,166.67 |

Fieldwood Client Representative:

Fieldwood Client Representative Signature:

Date:

Fieldwood Drilling Sept.:

Fieldwood Drilling Dept. Signature:

Date:

Dinny Sharry

Rig Manager: Brian Rodgers

Rig Manager Signature:

Date:



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that <u>**Dinny Sharry**</u> (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

<u>**Dinny**</u> will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature:  \_\_\_\_//s// Brian Rodgers\_\_\_\_

Brian Rodgers
Resolute (DS-16) Rig Manager

*M. Clark.*

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: <u>**Dinny Sharry**</u>

Signature:  \_\_\_\_//s// Dinny Sharry\_\_\_\_



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

---

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.00 |

AMOUNT DUE: $ 270,900.00

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202.110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR:** May 2020 Well Name: Katmai, AFE: FW202002 Routing#5600427

Group / Date column with daily columns (1–31) and TOTAL, TOTAL BILLABLES, TOTAL $ columns.

- NOV
- NSI Fracturing
- OCEANEERING
- OES
- Oilstates
- One Subsea
- OGEC
- OGEC (Field Instr.)
- One Surface
- OTC
- Pharmasale
- PHI Helicopters
- Pinnacle
- Pericllink
- Precision Rental
- Premium
- Protechnics
- Professional Rental Tools
- PRT
- Quality Energy
- QPS
- Rig Chem
- RigNet
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior Energy
- Superior Perf.
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TSI
- Tubular Solutions
- Veris Global
- Weatherford
- Workstrings
- Wallace
- Welltec
- WFR
- TOTAL
- TOTAL OVER CONTRACT

TOTAL: 1935
TOTAL BILLABLES $: 1997
(bottom) 1935 / 270900

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]

ACCT. CODE 3060-45

Company Man APPROVAL: S. Button, 5-31-2020
OIM APPROVAL:
TOTAL OVER CONTRACT
©NarvwellsN2009emitHighfax 2009 3rd Party Rom&Meal.xls

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Kalmal, AFE: FY202002 Routing#580047

Group / Date columns 1–31:

- ABS LTD
- ABS
- Ampol
- Argas
- Aker
- Automated Production
- Aqua Tech
- Archer
- Baileys
- Baker Hughes
- Bedrock Petroleum
- BHGE
- Blackhawk
- Bugware
- Butner Fire Control
- Cajun Cutters
- Cameron
- Celco
- ChampionX
- Chouest
- Claitant
- Cavins
- CoreLab
- Danos
- Deep Sea DS
- DDO
- Diversified
- DrilQuip
- Dynamic Industries
- Ecossey
- Ellis Comms
- EPS
- EXO
- Expono
- FDF Pipe Washing
- Fieldwood
- FMC
- FRANKS INTL
- Flupro
- GAIA
- GSI
- GE Oil & Gas
- Gulfstream
- HALLIBURTON/Sperry
- HyroCarbon
- Impact Selector
- Inwell
- Lloyds Register
- MaMO
- MI Swaco
- MISTRAS Group
- NALCO
- Newpark

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020  Well Name: Katmai,  AFE: FW202002  Routing#580047

**Group / Date:**

NOV, NSI Fracturing, OCEANEERING, OES, Oilstates, One Subsea, Orr (Oil Field Instr.), OGSC, One Surface, OTC, Pharmasafe, PHI Helicopters, Pinnacle, Petrolink, Precision Rental, Premium, Prolectronics, Professional Rental Tools, PRT, Quality Energy, QPS, Rig Chem, RigNet, RPS Group Inc., Schlumberger, Scientific Drilling, SCS, Subsea Solutions LLC, Subsea Solutions, Sunbelt, Superior Energy, Superior Perf., Superior, Southern Fab, Teledyne, TEMS, Tetra, TIW, Total Safety, Tristate, TSI, Tubular Solutions, Vens Global, Workstrings, Weatherford, Wellbore, Welltec, WFR, TOTAL, TOTAL OVER CONTRACT

TOTAL BILLABLE $

| | TOTAL: | TOTAL: | |
|---|---|---|---|
| | 1997 | 1935 | 270900 |

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ▮▮▮▮▮

ACCT. CODE 3060-45

Company Man APPROVAL: S. Button 5-31-2020

OIM APPROVAL:

C:\Users\...\2020 3rd Party Duck...xlsx

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FY202002, Routing#500047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baillys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Birsock Petroleum | | 1 | 2 | 5 | | 2 | | 3 | 3 | 3 | 3 | | 4 | | | | 2 | | | | | | | | | | | | | | | |
| BlackHawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | 2 | | 2 | 2 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | | | 2 | 2 | 2 | 2 | 2 | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairent | | 4 | 4 | 4 | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | 4 | 4 | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DSO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Dri-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elcoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exxon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fleetwood | | 8 | 10 | 10 | 11 | 7 | 6 | 6 | 5 | 6 | 7 | 7 | 7 | 7 | 5 | 5 | 20 | 19 | 16 | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL. | | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON/Sperry | | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | | | 10 | 10 | | 10 | 10 | | 11 | 11 | | | | | | |
| HrvCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | 1 | 1 | | 1 | | 1 | 1 | | 1 | | | | | | | | | | | | | | | | | | | | | | |
| M&KO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Maelar Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Sweco | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | | 13 | 9 | 6 | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newark | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

<u>**TO WHOM IT MAY CONCERN**</u>

**SUBJECT: Delegation of Authority**

I, **Brian Rodgers**, confirm that **<u>Dinny Sharry</u>** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

<u>**Dinny**</u> will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

_M. Clark_

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **<u>Dinny Sharry</u>**

Signature: ___//s// Dinny Sharry___



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO:  FWD2006259
INVOICE DATE:  06/15/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  45 DAYS
RIG:  DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #:  FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545  DATED:5/06/2020                                                    $            6,500.00

Handling Charges @ 5%(601)                                           $               325.00

AMOUNT DUE:  $            6,825.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ████
ABA ████
Account ████

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

$      (6,500.00)  024000.10417.4202.110
$         (325.00)  810510.10417.4202.110
$      (6,500.00)  810650.10417.4202.110
$       6,500.00   919250-10417.4202.110

ED



**HOOVER FERGUSON**

# Sales Invoice
Page: 1

## Hoover Ferguson DBA: Tech Oil Products

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | | |
|---|---|---|
| Invoice Number: | | SI-03545 |
| Invoice Date: | | 5/6/2020 |

Bill
To:   EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To:   Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | | |
|---|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-03090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | | |
|---|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | | Invoice Discount: | 0.00 |
| | | | Total Sales Tax: | 0.00 |
| | | | **Total USD:** | **6,500.00** |

| | | | |
|---|---|---|---|
| Phone No.: | Entity Code: | E-Mail: | Home Page: |
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |



# Picking List by Order

**HOOVER FERGUSON®**

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

Terms:
Shipping Agent:  HVTL
Ship Via:        Delivered by Hoover

Customer PO:        10013-0000457578
Customer No:        206081
Shipment Date:      4/30/2020
Inside Salesperson:   Sally Roberts
Outside Salesperson:  Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

*Rahkeil*



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
      4308 W Admiral Doyle Dr
      New Iberia, 70560
      LA

Sold
To: EnscoRowan
    PO Box 570788
    Houston, 77257-0788
    TX

Ship
To: Rowan Resolute (Valaris Resolute)
    620 MOULIN ROAD
    Broussard, LA  70518

| Terms: | | Customer PO: | 10013-0000457578 |
|---|---|---|---|
| Shipping Agent: | HVTL | Customer No: | 206081 |
| Ship Via: | Delivered by Hoover | Shipment Date: | 4/30/2020 |
| | | Inside Salesperson: | Sally Roberts |
| | | Outside Salesperson: | Lauren Macias |

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | ~~500.00~~ | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013    OPEN
Req ID: 0000235125
Date: 04/22/2020
Page   1

**Attention:** MARINE / BARGE SUPERVISOR

REQ Type       Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO. NO. |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes _____   Item Desc : _____

ECCN NO:  EAR99          HTS NO:3923210000          UNSPSC NO:

Total Requisition Amount:      6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000235125 | |
|-------|-----------|-----------------------------------------------------------------------|-------------------------------|-------------------------------------|---|
| OIM | DATE | FWF Operator (Print) | | | |
| _(signature)_ | 7/25/20 | _Jsome Butler_ Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Larre Butler Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   ██████████

ACC. CODE : 306D-15

L. Butler 4-22-2020

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013  OPEN
Req ID:0000235125
Date: 04/22/2020
Page    1

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PURCHASING USE ONLY | | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99        HTS NO:3923210000        UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:  0000235125 |
|---|---|---|---|---|
| OIM | DATE | FWF Operator (Print) | | |
| | | Larre Butler Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Larre Butler Rep Name (Print) | | BUYER            DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____    DATE FAXED: _____

AFE:        FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer:  K.Dufrene
Routing #:  ████████

ACC. CODE: 3060-15

L. Butler 4-22-2020

# VALARIS



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
            Phone:   (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16  Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| **NOV**<br>INVOICE#10582045 DATED:4/29/2020 | $ | 3,605.04 |
| **MARTIN ENERGY SERVICES**<br>INVOICE#729958 DATED:4/23/2020 | $ | 4,750.00 |
| Handling Charges @ 5%(601) | $ | 417.75 |
| **AMOUNT DUE:** | $ | 8,772.79 |

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▆▆▆▆▆▆
ABA #▆▆▆▆▆▆
Account #▆▆▆▆▆▆

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |

ED

| Document References | Internal References | |
|---|---|---|
| Invoice: 10582065 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000556 | Rig ID : 4202 |
| | Voucher: 00982593 | Creation Date: 2020-04-30 |

Bill From:
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| ▮ | | | | | | |

Gross Amt: 3,605.04 USD

Settlement Information:
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:
NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: ▮▮▮▮▮



Cost Code 3060-15
S. Butler 4-13-20

AFE: PW202002
Lease: GC 40 #1
Project: Katmai
Routing #:

# Valaris

**Business Unit:** 10013   APPROVED
**Req ID:** 0000234902
**Date:** 04/13/2020
**Page:** 1

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

**Attention: WAREHOUSE**

REQ Type      Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | | | | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | | | PO NO. |
| | | | | | | | | | PURCHASING USE ONLY | | | |
| 1 | 24 | 024000 154865 | EA | | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc. :

ECCN NO: EAR99                        HTS NO:843143B010                        UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

**Total Requisition Amount:**        3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL.

| R4202 | 04/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000234902 |
|-------|------------|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | BUYER                DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | DATE FAXED: |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:_____  NO:_____



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

Ship To: C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To: ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |
| | | | | | | |
| | | | | | | |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL
INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   - CONTINUED -

## MESSAGES

## PAYMENT REMITTANCE

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** **$4,750.00**

### MESSAGES

### PAYMENT REMITTANCE

C H E C K
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

W I R E
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

* * * THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mcs/v5/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. * * *

DOC. CONTROL # 0423202020206734

# Valaris

**#436525**

**Purchase Order**

Page 1

Dispatch via E-Mail



1D013-0000457235

| BUYER/BILL TO:<br>ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570768<br>HOUSTON TX 77257-0768<br>United States | PO NUMBER<br>PO DATE<br>RIG NAME<br>FINAL DEST. COUNTRY<br>REVISION NO.<br>REVISION DATE | 1D013-0000457235<br>04/20/2020<br>R202- RESOLUTE<br>United States |
|---|---|---|

| SELLER/SUPPLIER | SUPPLIER SHIP TO /<br>WHEN READY CONTACT | SUPPLIER SHIPPING TERMS<br>(INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>520 MOULIN ROAD<br>BROUSSARD LA 70518<br>United States<br>PHONE: 337 83678500<br><br>*CPort 2*<br><br>*EC -200*<br><br>*12209* | FREIGHT TERMS: CPT<br>NOMINATED PLACE:<br><br><br>SUPPLIER SHIP METHOD: |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER: Ernestine Castillo<br>EMAIL: tina_castillo@valaris.com<br>PHONE: 281/272-4043<br>FAX: | CURRENCY: USD<br><br>REQ TYPE: REN<br>REQ CLASS: OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Line | Item<br>Number / | Vendor<br>Item ID | Description | Quantity | UOM | Unit<br>Price | Extended<br>Amount | PR<br>Code | Req # |
|---|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | | RENTAL-TANK,MARTIN<br>ENERGY,4031060,TOTE,EMPTY,550<br>GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00<br>Due Date 04/27/2020 | 3 | 0000234936 |
| Sch B/HTS No: | | | ECCN No: | | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | |

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| Line | Item<br>Number / | Vendor<br>Item ID | Description | Quantity | UOM | Unit<br>Price | Extended<br>Amount | PR<br>Code | Req # |
|---|---|---|---|---|---|---|---|---|---|
| 2-1 | 8885604 | | RENTAL-SLING,MARTIN<br>ENERGY,8885604,LIFTING,F/ 550<br>GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00<br>Due Date 04/27/2020 | 3 | 0000234936 |
| Sch B/HTS No: | | | ECCN No: | | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | |

Total PO Amount        4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)  IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)  IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.



# FUEL/YARD TICKET

NO 960061

**Martin Energy Services LLC**
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



JDE # 436525
Branch Plant 12015090

☐ TRANSFER ☐ REPACK ☑ SALE ☐ CO-USE

| BILL TO: Enscolamun | CUSTOMER NO. 3430 | DATE: 4-22-20 |
|---|---|---|
| ORDERED BY Ernestine Castillo | | PO NO./AFE: 10013-0000459235 |
| PHONE NO. 281-292-4043 | | LEASE NO. |
| AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO. |
| RIG/VESSEL Resolute Rig 202 | TIME STARTED      AM / PM | TIME FINISHED      AM / PM | HOURS RT / OT |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | | |
|---|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 | Sling# 100538-11 | |
| | CRANE | TK# 212106 | Sling# 98435-13 | |
| | FORKLIFT | Manifut# 304152 | | |
| | EQUIPMENT OPERATOR | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| **494100** | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil date | tote | 10/550 | 10 |
| 496219 | | date tank Sling | | 10 | 50 |
| | | TK# 43054.34 | Sling# 100787-21 | | |
| | | TK# 227356 | Sling# 98189-8 | | |
| | | TK# 42319.36 | Sling# 97554-11 | | |
| | | TK# 217119 | Sling# 100782-17 | | |
| | | TK# 226836 | Sling# 98483-1 | | |
| | | TK# 144098 | Sling# 97836-4 | | |
| | | TK# 227354 | Sling# 98485-7 | | |
| | | TK# 369532 | Sling# 100787-1 | | |

| DRUMS DELIVERED | | | DRUMS RETURNED | | | | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: START | | STOP | | GALS. | G A U G I N G S | | |
| TERMINAL____ SUPPLIER____ BOL #____ METER TKT. #____ TRUCK #____ TRAILER #____ | | | | | | | | |
| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 | | | |
| 1 CARGO TANK | | | | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $_____      INITIALS _____      TOTAL REC'D. $_____

**TERMS & CONDITIONS:** THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mae/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY X _Cody Cole_ Cody Ledet      _Michael Conner_ Michael Conner
Customer Signature                          Martin Energy Services Representative

X _Jal_ BOL13628384      4879-29207
Martin Driver Signature                    Truck and Trailer No.

REV. 12/18
FORM NO. 107

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
| --- |

| Business Unit: 10013    OPEN |
| --- |
| Req ID:0000234936 |
| Date: 04/14/2020 |
| Page    1 |

**Attention: ENGINEERING**

REQ Type    Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY |||
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 10 | 024000 4031050 | EA | RENTAL-TANK,MARTIN ENERGY,4031050,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 2,636.70 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:    HTS NO:    UNSPSC NO:

| 2 | 10 | 024000 8885604 | EA | RENTAL--SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:    HTS NO:    UNSPSC NO:

Total Requisition Amount    4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000234936 |
|---|---|---|---|---|
| OIM | DATE | FWE | | |
| ~~OIM~~ 01M · 4/15/20 | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR    DATE | | *Larre Butler* (Rep Signature) | | |
| NOTE: Any additions or deletions must be initialed | | Larre Butler (Rep Name (Print)) | | BUYER    DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED: _____

AFE:        FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer: K.Dufrene
Routing #:  ████

*Cost Code 3060 - 15*
*L. Butler 4-14-2020*

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To  Eren Demet

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

↩ Reply      ↩ Reply All      → Forward     · · ·
Thu 5/14/2020 9:16 AM

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valiaris.com



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 909-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

---

AFE #: FW202002

**TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY MEAL TICKETS**

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

AMOUNT DUE:   $        265,300.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▮▮▮▮▮
ABA ▮▮▮▮▮
Account ▮▮▮▮▮

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | | |
|---|---|---|
| $ | (265,300.00) | 810620.10417.4202.110 |
| $ | (64,816.84) | 912812.10417.4202.110 |
| $ | 64,816.84 | 919220.10417.4202.110 |
| | ($19,115.40) | 912814.10417.4202.110 |
| | $19,115.40 | 919220.10417.4202.110 |
| | ED | |

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#SB0047

| Group | Date | 1 | 2 | 3 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(Row labels include, from top to bottom: ABS LTD, ABS, Ampol, Akmas, Aker, Aqua Tech, Automated Production, Archer, Baileys, Baker Hughes, Beterock Petroleum, BHGE, Blackhawx, BSEE, Bugware, Burnt Fire Control, Cajun Cutters, Cameron, Cetco, ChampionX, Chouest, Claivant, Gavins, CoreLab, Dance, Deep Sea DS, DGO, Diversified, Dril-Quip, Dynamic Industries, Booners, Elite Comms, EPS, Energy Services, Expen, FCF Pipe Washing, Fleetwood, FMC, FRANKS INTL, Fygro, GAIA, GE Oil & Gas, GEI, Gulfstream, HALLIBURTON /Sperry, HydroCarbon, Impact Selector, Interwell, Liberty Register, MAKO, Master Flo, MI Swaco, NALCO, Newpark, NOV, NSI Fracturing, OCEANEERING, OES, Olameca, One Subsea, OFI (Oil Field Instr), OGEC, One Barton, OTG, Pharmsafe, PHI Helicopters, Pinnacle, Petronix, Precision Rental, Premium, Protechnics, Professional Rental Tools, PRT, Quality Energy, QPS, Rig Chem, Rigriet, RPS Group Inc, Schlumberger, Scientific Drilling, SOS, Subsea Partners LLC, Subsea Solutions, Sunbelt, Superior, Superior Energy, Superior Perf., Southern Fab, Telecore, TEMS, Terra, TIW, Total Safety, Tristate, T6i, Tubular Solutions, Varis Global, Workstrings, Weatherford, Wellbore, Welloc, WFR)*

| TOTAL | | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 81 | 56 | 57 | 74 | 79 | 77 | 78 | 78 | 77 | 88 | 85 | 76 | 82 | 84 | 84 | 74 | 0 |
| TOTAL OVER $ | | | 79 | 79 | 79 | 84 | 81 | 65 | 72 | 74 | 71 | 75 | 76 | 76 | 75 | 84 | 84 | 84 | 80 | 82 | 64 |

TOTAL: 1943

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ▊▊▊▊▊

ACCT. CODE: 3060-45
L. Butler
-5-1-20

TOTAL BILLABLE $  265300

Note: Began Katmai AFE on April 8th.

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To @Evan Darwat

↰ Reply | ↰ Reply All | → Forward | ···
Thu 5/14/2020 9:16 AM

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5730p | +1 832-206-8815m
Brian.rodgers@noblefalcon.com



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10589602  DATED:6/18/2020 | $ | 3,605.04 |
| ACUMENINTERNATIONAL<br>INVOICE#1026793  DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |

**AMOUNT DUE:** $      **3,890.29**

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary:  Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:
3A
ccount

| | |
|---|---|
| $ | (3,705.04) 024000.10417.4202.110 |
| $ | (185.25) 810510.10417.4202.110 |
| $ | (3,705.04) 810650.10417.4202.110 |
| $ | 3,705.04  919250.10417.4202.110 |

ED

| Document References | Internal References | |
|---|---|---|
| Invoice: 10589602 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-06-18 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-08-17 | Remit To: 0000000556 | Rig ID    : 4202 |
| | Voucher: 00986726 | Creation Date: 2020-06-19 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

| | |
|---|---|
| Due Date: 2020-08-17 | Remit To: |
| Discount Amount: | |
| Bank From: WellsFargo/HOUSTON | |
| Payment Method: ACH | |

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

| | |
|---|---|
| Payment Currency: USD | Beneficiary Bank: |
| Terms: 60 | Beneficiary Branch: |
| Discount Due Date: | Account Number: ███████ |

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | | Valaris Field Requisition | |

**Business Unit:** 10013   OPEN
**Req ID:** 0000235769
**Date:** 05/19/2020
**Page:** 1

**Attention:** WAREHOUSE

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | | | | | | PURCHASING USE ONLY | | | |
| 1 | 24 | 024000 154665 | EA | DIES,HYDRALIFT,154665+71 GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt: N

Available Sustitutes

Item Desc :

ECCN NO: EAR99

NATIONAL OILWELL VARCO QUOTE# 16039931

HTS NO:8431438010

UNSPSC NO:

Total Requisition Amount:                3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 16039931

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #:  ▓▓▓▓

Act Code # 7060 - 15
5/19/20

| R4202 | | | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | | List all Field ETR No. by item | PURCHASING ONLY FR NO:   0000235769 |
| OIM | | 05/19/2020 | | | | |
| | | DATE | *Operator (Print)* | | | |
| | | | *Rep Signature* | | | |
| RIG MGR / OPERATIONS MGR        DATE | | | *Rep Name (Print)* | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____



**NOV Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400 PHONE
(337) 365-2545 NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

# Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To**
C0052 110 LAF
Ensco Offshore Company
PO Box 570786
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | | |
|---|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | | |
| Customer eMail | tina.castillo@valaris.com | | Date Printed | 04/13/2020 |
| Ultimate Dest | United States,Intl Waters | | Quote Date | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Freight Terms | Quote Exp Date | 05/28/2020 |
| Quoted by | Pringle, Jenny S. | Payment Terms | NET 45 FROM INVOICE DATE | |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Shipping Terms | FREE CARRIER | |
| Branch | | Carrier | ENSCO MOULIN CONSOL | |

## Details

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |
| | DIES GRIT FACE | | | | | | |
| | Stocking Line: MTS | | | | | | |
| | Country of Origin: NORWAY | | | | | | |
| | Unit Weight: 0.16 LB    Total Weight: 3.91 LB | | | | | | |
| | Harmonized Tariff Schedule Code: 8431390050 | | | | | | |
| | Export Control Classification Number: US-EAR99 | | | | | | |

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

| | | |
|---|---|---|
| | Sub-Total | $3,605.04 |

**Total Sales Quote Acknowledgement 1609931 Rev 1:**   $3,605.04

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the Buyer's
sole risk and without recourse to NOV. The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |
|---|---|---|

# Acumen International



## INVOICE
### 1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050    **Fax**  713-896-0122
**www.Acumen.us.com**

| DATE | P O NUMBER |
|------|-----------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|------|-----|-----|-------------|-----------|--------|
| P-109 | 6 | 0 | | 15.00 | 90.00 |
| Delivery | 1 | | | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

| Payments/Credits | $0.00 |
|---|---|

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

| **Balance Due USD** | $100.00 |
|---|---|

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2%  PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
           620 MOULIN ROAD
           BROUSSARD LA 70518
           USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 06/03/2020
Page   1

Attention: DRILL CREW / TOOLPUSHER

REQ Type     Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 2 | 024000 8478 | EA | | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99            HTS NO:8481809050            UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99            HTS NO:9026200000            UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:   0000236183 |
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
| --- |

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 08/03/2020
Page   2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type      Supply

| | | | | | | | | PURCHASING USE ONLY | | |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | 2 | 024000
6020MATTCO | EA | | 261.80
523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EARS9          HTS NO:8413919520          UNSPSC NO:

| 4 | 2 | 024000
6590 | EA | | 1,575.00
3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EARS9          HTS NO:8479899898          UNSPSC NO:

| 5 | 1 | 024000
6468 | EA | | 148.50
148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 |
| --- | --- | --- | --- | --- |
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | | | |
| NOTE: Any additions or deletions
must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type     Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | N | | | | | | PURCHASING USE ONLY | | | |

Available Sustitutes     Item Desc :

ECCN NO: EAR99                      HTS NO:9026200000              UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | ████████████ | 18.00 108.00 | | C | | | 56 - 56-MUD PUM | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:                      HTS NO:                    UNSPSC NO:

Total Requisition Amount:      4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY   FR NO:   0000236183 |
|-----|-----|-----|-----|-----|
| OIM | DATE | | | |
| | 6/5/20 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ████████

Acct Code# 3060-15
Clayton Thomson



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

MATTCO
INVOICE#58061 - DATED:06/10/2020                                              $          4,150.11

Handling Charges @ 5%(601)                                                   $            207.51

AMOUNT DUE: $          4,357.62

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:
BA
ccount

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$     (4,150.11)  024000.10417.4202.110
$       (207.51)  810510.10417.4202.110
$     (4,150.11)  810650.10417.4202.110
$      4,150.11   919250.10417.4202.110

ED



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE        1

INVOICE DATE    6/10/2020
INVOICE NO      58061

S  E06
O  VALARIS (ENSCOROWAN)
L  C/O ENSCO OFFSHORE CO.
D  PO BOX 570788
   HOUSTON, TX 77257-0788
T
O

S  000001
H  ROWAN RESOLUTE
I  (VALARIS RESOLUTE)
P  620 MOULIN ROAD
   BROUSSARD, LA 70518
T
O

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT   |      | 7/10/2020 | 7/10/2020    | 00035536 | 6/10/2020  | 6/10/2020 |         |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

PO LINE ITEM: 1-1

| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |

PO LINE ITEM: 2-1

| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |

S/N: 3981, 3994

PO LINE ITEM: 3-1



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 2 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

S O L D   T O
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P   T O
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | | TOTAL DUE | 4,150.11 |

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

```
┌─────────────────┐
│     Valaris      │
│      Field       │
│   Requisition    │
└─────────────────┘
```

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   1

Attention: DRILL CREW / TOOLPUSHER

REQ Type     Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 6478 | EA | ████████████ | 159.50 319.00 | 56- 56-MUD PUM | C | | | |
| 2 | 1 | 024000 152937 | EA | ████████████ | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO:8481809050          UNSPSC NO:

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO:9026200000          UNSPSC NO:

This item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 |
|-------|-----------|---|---|---|
| OIM | DATE | Operator (Print) | | |
| [signature] | 6/4/20 | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER          DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID: 0000236183
Date: 06/03/2020
Page    2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|---------------------|---|---|
| | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 3 | 2 | 024000 6020MATTCO | EA | | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO: 8413919520          UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO: 8479899898          UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

---

R4202          06/03/2020
OIM                DATE

RIG MGR / OPERATIONS MGR          DATE

NOTE: Any additions or deletions
must be initialed

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field
ETRR No. by item

PURCHASING ONLY  FR NO:    0000236183

BUYER          DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED: _____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

Business Unit:10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   3

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| | | | | Available Sustitutes    Item Desc : | | | | | | |
| | | | | ECCN NO: EAR99 | HTS NO:9026200000 | | UNSPSC NO: | | | |
| 6 | 6 | 024000 077270087002 | EA | | 18.00 108.00 | | 56 - 56-MUD PUM | C | | |
| | | | | Line Item Exempt : N | | | | | | |
| | | | | Available Sustitutes    Item Desc : | | | | | | |
| | | | | ECCN NO: | HTS NO: | | UNSPSC NO: | | | |
| | | | | Total Requisition Amount: | 4,296.06 | | | | | |

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 |
|---|---|---|---|---|
| OIM | DATE | | | |
| _(signature)_ | 6/5/20 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:  ████

Acct Code# 3060-15
Clayton _(signature)_