## **EXHIBIT 11**

**STATEMENT OF PRIVILEGE RECORDED JULY 23, 2020**

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE

**File # :** 2020-00002925

**Type of Document :** MATERIALMANS LIEN

**Book :** 773    **Page :** 76

**Recording Pages :** 50

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for
Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/23/2020

At (Recorded Time) : 12:47:01PM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/23/2020 at 12:47:01
Recorded in Book 773 Page 76
File Number 2020-00002925

Deputy Clerk



Doc ID - 005325390050

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

> Atlantic Maritime Services LLC
> 5847 San Felipe, Suite 3300
> Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

> Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

> Fieldwood Energy LLC
> 2000 W. Sam Houston Parkway South, Suite 1200
> Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)      Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July 23, 2020

NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR**
**ATLANTIC MARITIME SERVICES LLC**, a
Delaware limited liability company

Sworn to and subscribed before me, Notary Public,
this 23rd day of July 2020.

Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone:  (281) 809-0377

# INVOICE

---

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007271
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER  GC 40 KATMAI

---

<u>AFE #: **FW191015**</u>

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

WELLBORE INTEGRITY
INVOICE#IN11857611 DATED:6/23/2020                                        $                   20,070.00

Handling Charges @ 5%(601)                                                $                    1,003.50

**AMOUNT DUE:**  $          **21,073.50**

Rig Manager's Approval:

---

**REMIT ACH PAYMENTS TO:**

Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally signed
by Ben
Date:
2020.07.15
14:52:30 -05'00'

$   (20,070.00)  024000.10417.4202.110
$    (1,003.50)  810510.10417.4202.110
$   (20,070.00)  810650.10417.4202.110
$    20,070.00   919250.10417.4202.110

ED

**Wellbore Integrity SOLUTIONS**

TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

| | |
|---|---|
| BILLED TO: | ENSCO OFFSHORE COMPANY<br>P.O. BOX 570798<br><br>HOUSTON, TX 77257 -- UNITED STATES |
| CUSTOMER#:<br>ORDERED BY: | EN0151 |

| RIG:<br>ROWAN<br>RESOLUTE | FIELD / BLOCK:<br>// | JOB #:<br>1256595125 | CUSTOMER ORDER #:<br>10013-0000458130 | | |
|---|---|---|---|---|---|
| COUNTY/PARISH:<br>OFFSHORE | STATE:<br>LA | WELL #:<br>GC 200 TA-3 | TWNSHP: | | |

| | |
|---|---|
| DISC CODE:<br>SERVICE GRP: | Tubulars and Surface Products [None] |
| TAX JOB TYPE:<br>EXPORT: | |
| DT / RA /BL #:<br>BILLED BY: | J1009211<br>JHENLEY |

| AREA/DIST:<br>1256 | | |
|---|---|---|
| INV LOC:<br>1256 | | |

| | |
|---|---|
| INVOICE NO: | IN11867611 |
| PAGE NO: | Page 1 of 2 |
| DATE: | 23-JUN-20 |
| TERMS: | 30 NET |
| TKT DATE: | |
| SALESPERSON#: | WANOUS, AJ |
| OFF SALES REP: | NONE |

| SHIP TO:<br>ENSCO OFFSHORE COMPANY, US | | |
|---|---|---|
| SHIP #:<br>EN0151 | | |

| LEASE:<br>OCSG 12209 | |
|---|---|
| SEC: | |

| LINE NO. | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.00 | | JOB# J1009211 - WO# W1013419 | | | | | 0.00 |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/ 1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10 HOURS | | | | | 4,250.00 |
| 4.01 | | | 10 | UNIT CHARGE | PER HOUR | 425.00 | |
| 5.00 | | UNSLNG W/ 1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR, 3 RIGGERS @ 12 HOURS | | | | | 6,780.00 |
| 5.01 | | | 12 | UNIT CHARGE | PER HOUR | 565.00 | |
| 6.00 | | Waterblast ID, OD & Brush OD | | | | | 1,200.00 |
| 6.01 | | | 80 | INSPECTION | EACH | 15.00 | |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | | | | | 6,560.00 |
| 7.01 | | | 80 | INSPECTION | EACH | 82.00 | |
| 8.00 | | Flapping of Connections | | | | | 1,280.00 |
| 8.01 | | | 160 | INSPECTION | EACH | 8.00 | |
| 9.00 | | | | | | | 0.00 |

CURRENCY: USD

This invoice is subject to Wellbore Integrity Solutions -- Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248,  ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063 |

# Wellbore Integrity SOLUTIONS

TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU,

**INVOICE NO:** IN1857611

**BILLED TO:**
ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

**DISC CODE:**
**SERVICE GRP:** Tubulars and Surface Products
**TAX JOB TYPE:** [None]
**EXPORT:**
**DT / RA /BL #:** J1009211
**BILLED BY:** JHENLEY

**PAGE NO:** Page 2 of 2
**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

**CUSTOMER#:** EN0151
**ORDERED BY:**

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: // | JOB #: 1256595125 | CUSTOMER ORDER # : 10013-0000458130 | AREA/DIST: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US | LEASE: OCSG 12209 |
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | TWNSHP: | INV LOC: 1256 | SHIP #: EN0151 | SEC: |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | |
| | | | | TOTAL DISCOUNT : | | | 0.00 |
| | | | | SUBTOTAL : | | 0.00 | 20,070.00 |
| | | | | TAXABLE AMOUNT : | | | 0.00 |
| | | | | CITY TAX : | | 0.00% | 0.00 |
| | | | | COUNTY/PARISH TAX : | | 0.00% | 0.00 |
| | | | | STATE TAX : | | 0.00% | 0.00 |
| | | | | FREIGHT : | | | 0.00 |
| | | | | TOTAL AMOUNT DUE: | | | 20,070.00 |

**CURRENCY:** USD

This invoice is subject to Wellbore Integrity Solutions -- Terms and Conditions which can be found at https //www.wellboreintegrity.com/about/governance/

| PLEASE REMIT TO: | P.O. BOX 208306 - Overnight: Lockbox Services 208306 |
| | DALLAS, TX 75320-8306 |
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A. |
| | ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470 |
| | SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX |
| | 75063 |

# Valaris

**Purchase Order**  Page 1

Dispatch via E-Mail

||||||||||||||||||||||||||||||||||||

10013-0000458130

**BUYER/BILL TO:**
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| **PO NUMBER** | 10013-0000458130 |
| **PO DATE** | 05/18/2020 |
| **RIG NAME** | R202- RESOLUTE |
| **FINAL DEST, COUNTRY** | United States |
| **REVISION NO.** | |
| **REVISION DATE** | |

**SELLER/SUPPLIER**

ID: 0000000238

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70518
United States
PHONE:
EMAIL ID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

**SUPPLIER SHIP TO /
WHEN READY CONTACT**
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
United States
PHONE: 337 83678500

**SUPPLIER SHIPPING TERMS
(INCOTERMS 2010)**
FREIGHT TERMS: EXW
NOMINATED PLACE:

SUPPLIER SHIP METHOD:

**BUYER REPRESENTATIVE**
BUYER: Kenya Akeem Abdul Maxile
EMAIL: kenya.maxile@valaris.com
PHONE: 346/342-8072
FAX:

| | |
|---|---|
| **ADDITIONAL ORDER DETAIL** | |
| CURRENCY: | USD |
| REQ TYPE: | ONR |
| REQ CLASS: | OPERATOR EXP. |

**PR CODE (Mode of Transport)**
1 - Hot Shot Immediate Urgent Air
2 - Next Day/Regular Air
3 - Regular Scheduled/Regular Ocean
4 - Other see notes in PO

| Line | Item Number / Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00 | EA | 425.00 | 4,250.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00 | EA | 565.00 | 6,780.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | |
| 3-1 | 6625DPR3DPCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00 | EA | 15.00 | 1,200.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | | GL Acct Cd: 10417-910848-4202-110 | | AFE Cd: | | |
| | 6-5/8",47.05#,WATERBLAST CLEANING | | | | | | | |
| 4-1 | 6625DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00 | EA | 82.00 | 6,560.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | | GL Acct Cd: 10417-910848-4202-110 | | AFE Cd: | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 160.00 | EA | 8.00 | 1,280.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | |

# Valaris

**Dispatch via E-Mail**

**Purchase Order** Page 2

|||||||||||||||||||||||||||||||||||||||
10013-0000458130

| BUYER/BILL TO: | PO NUMBER | 10013-0000458130 |
|---|---|---|
| ENSCO Incorporated | PO DATE | 05/18/2020 |
| In care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202-RESOLUTE |
| P.O. Box 570788 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0788 | REVISION NO. | |
| United States | REVISION DATE | |

QUOTE: 313
DRILCO JOB: J1009211

**Total PO Amount** 25,070.00

## Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS
INCLUDE PURCHASE ORDES IDENTIFIED AS 'P1' - URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.



# DRILCO

| | | |
|---|---|---|
| Company/Rig: | Valaris Resolute DS-16 | |
| Attention: | Joe Cooper | |
| Telephone: | 281-619-7479 | |
| Quote# : | 313 | |
| Email: | r0S26RDS@valaris.com | |
| PO# : | I0013-0000-458130 | |

| | | |
|---|---|---|
| Date : | 5/6/2020 | |
| Drilco Contact: | Raymond Bradberry | |
| Telephone: | 985-303-6399 | |
| Location: | Port Fourchon | |
| Email: | Raymond.Bradberry@wellboreintegrity.com | |
| Drilco Job# : | J1009211 | |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|------|-------------|-----|-----------|-------------|-------------|
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.05# Drill Pipe [ONLY IF NEEDED] | 160 | $8.00 | Each | $1,280.00 |

**Estimated Total**          $20,070.00

Customer Signature: _____

Date: _____

GENERAL TERMS AND CONDITIONS



THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND CHOICE OF LAW PROVISIONS – READ CAREFULLY.

1. ACCEPTANCE. By requesting Wellbore's services, equipment, or products, Customer voluntarily elects to enter into and be bound by these General Terms and Conditions, along with any commercial documents that accompany the Order

2. DEFINITIONS.

   a. Chemicals – any chemicals, substances, and fluids, used or unused, or considered as waste or by-products, cuttings, or cavings, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and including but not limited to any packaging, transportation or storage containers and/or materials) and residue resulting from, or incident to, Wellbore's performance of the Work.

   b. Claim(s) – Damage, loss, expense, liability, claims, demands and causes of action of every kind and character (including special and unusual actions, all costs and expenses, and reasonable attorney fees associated therewith) including, but not limited to, special, punitive, exemplary, general, compensatory, direct, indirect, incidental, or consequential damages, either under common law, equity, statute or otherwise, whether based on tort, contract, strict liability, or statutes, that may or could be asserted arising without limitation, actions inuring or in part arising out of or in connection with the causes of action thereunder brought.

   c. Customer – the person, firm, or other entity to which any Work is supplied or provided by Wellbore

   d. Fluids – chemicals, emulsions, or chemically treated fluids and residue, including but not limited to drilling fluids, completion fluids, displacement fluids, wellbore fluids, wellbore treatments stimulation fluids, whether water, oil, or synthetic based.

   e. Group – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees, co-venturers, co-owners, partners, investors, joint venturers, co-lessees, co-working interest owners, lessors, Customer's clients (as part of Customer Group), and its and their parents, affiliates, subsidiaries, and each of their respective officers, directors, managers, shareholders, members, representatives, servants, consultants, agents, employees and invitees.

   f. Order – an oral or written request for Work, a Wellbore quotation accepted by Customer and/or a service or purchase order document issued by Customer and accepted by Wellbore, which together with these General Terms and Conditions constitute the Contract between Wellbore and Customer. Wellbore shall not be obligated to provide any Work before an Order has been agreed to by both parties

   g. Products – equipment, goods, materials, tools, supplies, Chemicals and/or products or equipment sold or otherwise provided by Wellbore to Customer

   h. Rentals – Customer's lease of Products and/or equipment from Wellbore for a time frame

      Wellbore – the entity providing Work to Customer which may be Wellbore Integrity Solutions, LCC, a Texas limited liability company for and on behalf of itself and its US and Canada affiliates, and/or Thomas Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates

   i. Services – services provided by Wellbore to Customer including Products and personnel customarily required to provide such services

   j. Work – Products, Services and or Rentals

3. INVOICING AND PAYMENT TERMS. Customer acknowledges that Wellbore's payment terms are cash in advance unless the nature of the Work is reasonable by Customer and is approved by Wellbore prior to the transaction. Customer also acknowledges that Wellbore in its sole discretion, may refuse to grant Customer the right to request Work on credit and/or may extend the right to request Work on credit at any time. In the event that Customer's credit account with Wellbore becomes delinquent, Wellbore shall have the right to require a new sole decision, payment in advance an irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

   For transactions not supported by Wellbore approved credit, Wellbore's invoice will be issued upon receipt of full payment from Customer. If Customer requires any supporting documents or information (e.g. order # AFE #, etc.) to be submitted with Wellbore's invoices, then such requirements must be agreed in the Order before the Works provided. Unless otherwise specifically agreed in an Order the following invoicing conditions shall apply to Work for which credit has been approved

   a. Wellbore may invoice Customer for each portion or stage of the Work as direct bid and priced in the Order as soon as practicable and without frequency restrictions

   b. Wellbore may invoice Customer for Products as follows fifty percent (50%) of the sale price immediately upon receipt and acceptance of an Order and the remaining fifty percent (50%) within sixty upon delivery of the Products

   c. Wellbore may invoice Customer for Rentals in advance as follows, one hundred percent (100%) of the rental price for the initial rental period immediately upon receipt and acceptance of an Order. In the event the rental is extended beyond the initial rental period or the scope is expanded, Wellbore will submit a

   e. subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded usage

   d. Wellbore may invoice Customer for any and all reimbursable items in advance

   Wellbore's services shall be deemed correct and shall advance Customer's acceptance of Work delivered, unless Wellbore receives prompt written notice of any disputed items within five (5) business days after the date of the invoice. Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute. If an invoice disputed, however, Customer agrees to pay Wellbore any undisputed portion of that invoice as set forth below and without delay. Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing, as applicable a credit or debit note to Customer. Customer shall have the right to withhold or offset payments, except in the extent it is agreed as a result of the foregoing dispute resolution procedure. Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) where Wellbore has not received written notification of a disputed item within two (2) years from the date such Work is actually provided

   Customer shall pay the total invoice amount without any payment retentions (other than taxes which must be withheld as mandated by tax legislation). Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by other payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice. The payment for any transaction (or which credit has been approved the backout, and received by, Wellbore on or before the thirtieth (30th) day from the date of the invoice

   When payment is electronic, e-commerce, Customer and Wellbore may agree to mutually beneficial electronic processes for executing business transactions, including but not limited to the system to system exchange of purchase orders, field tickets bills of lading, invoices and electronic catalogs. Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange (PIDX)). Customer, Wellbore, and any contracted third party technology providers will execute a standard Electronic Data Agreement between Customer and OFS Portal LLC or a mutually agreed upon Electronic Data Agreement developed around the OFS Portal LLC agreement to govern said electronic transactions

   Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (including amounts that are disputed by Customer but are found to be due and owing) at the rate of 1.5% per month or the maximum interest allowable by applicable law or federal laws, if such laws limit interest to a lesser amount. If Wellbore employs a collection agency or attorneys to collect any outstanding amount(s) or enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, all collection agency fees, and all attorneys' fees and court costs, including, but not limited to attorneys' fees incurred in connection with litigation, mediation, arbitration, bankruptcy or other proceedings. In the event that Customer's payment of Wellbore's invoice is received by Wellbore after the due date, improper discounts will be reserved, and Wellbore has the right to revoke any or all discounts previously applied in arriving at the net invoice price. Upon revocation, the full invoice price (without discount, will become immediately due and owing and subject to collection

   As used herein the term "Receivables" shall mean all of Customer rights and interests in all accounts and/or all general intangibles which Wellbore provides Work Customer hereby grant a security interest in Customer's Receivables to secure Customer obligations to Wellbore, whether now existing or hereafter arising. Customer shall promptly support Wellbore as may be necessary to file all instruments (including financing statements), in order to perfect, preserve, protect and renew the security interests granted herein on all Receivables

4. TAXES. Customer shall pay or reimburse Wellbore for to the extent allowed by applicable laws and regulations, any and all taxes or other levies (other than Wellbore's income taxes) imposed by any government, governmental unit or similar Authority with respect to the charges made or payment received by Wellbore in connection with the Work.

5. INDEPENDENT CONTRACTOR. Wellbore and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of any Work or any portion thereof Wellbore's employees (defined to include Wellbore's direct, borrowed, special, or statutory employees are covered by the Louisiana Workers Compensation Act, La R.S. 23:1021 et seq., Customer and Wellbore agree that all Work and operations performed by Wellbore and its employees pursuant to the Contract are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La R.S. 23:1061 (A"). Furthermore, Customer and Wellbore agree that Customer is the statutory employer of Wellbore employees for purposes of La R.S. 23:1061(A)(3)

irrespective of Customer's status as the statutory employer or special employer (as defined in La R.S. 23:1031 (C)) of Wellbore's employees, Wellbore shall remain primarily responsible for the payment of Louisiana workers' compensation benefits to its employees, and shall not be entitled to seek contribution for any such payments from Customer.

6. OBLIGATIONS OF CUSTOMER

a. Well Conditions, Notification of Hazardous Conditions. Customer having custody and control of the well and superior knowledge of the conditions in and surrounding it, shall provide Wellbore with all necessary information to enable Wellbore to perform its Services safely and efficiently. Wellbore's Products, Rentals and Services are designed to operate under conditions normally encountered at the well bore; however, if hazardous or unusual conditions exist, Customer shall notify Wellbore in advance and make special arrangements for servicing such wells. NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 6(a).

b. Chemicals. The handling, transportation, treatment and/or disposal of any Chemicals used in or resulting from Wellbore's performance of the Work is the sole responsibility of Customer, including when such Chemicals are returned to the surface of the land or sea from below the rotary table. In no event shall Wellbore be considered the generator of Chemicals or samples irrespective of any handling, transportation, treatment, or disposal provided by Wellbore. Customer understands and agrees that all Chemicals and samples are the property of Customer and that Customer is the generator of the Chemicals and samples irrespective of any handling, transportation or treatment by Wellbore. Unless Customer has a separate agreement with Wellbore for the storage of samples, Wellbore may return samples to Customer upon completion of Wellbore's analysis or dispose of samples at Customer's cost in accordance with Customer's instructions. All Chemicals and fluids in the drilling rig's tanks, piping, valves and pumps, and in the borehole and reserve pit (or frac tanks where there is not a reserve pit) are not in Wellbore's possession or control, and that Wellbore is not responsible for such. Customer agrees that it will handle, transport and dispose of any such Chemicals and samples under Customer's name and waste generator number, in accordance with all applicable federal, state and local laws and regulations. CUSTOMER HEREBY AGREES NOT TO ASSERT ANY CLAIM OR BRING ANY COST RECOVERY ACTION AGAINST WELLBORE GROUP AND SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN CONNECTION WITH THE USE, HANDLING, TREATMENT, STORAGE, TRANSPORTATION AND/OR DISPOSAL OF CHEMICALS, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP. Wellbore shall not be responsible for the signing of manifests or for the storage, transportation, treatment or disposal of Chemicals.

c. Radioactive Sources. If any radioactive source is lodged or lost in a well or at the well site or while being transported by or while under the custody or control of Customer Group, Customer shall immediately notify Wellbore and exert its best efforts to locate and recover the source and take all necessary precautions to avoid breaking, damaging or rupturing the source. If the source is irretrievable or if it or its container is damaged or ruptured, Customer shall immediately notify Wellbore and comply with all applicable laws and regulations including isolating and marking the location of the source. Customer shall not attempt to recover a sealed source in a manner that, in Wellbore's opinion, could result in its rupture. If the source ruptures, Customer shall minimize any resulting contamination and radiation exposure and decontaminate the environment, equipment and personnel.

d. Fishing Operations. Customer shall assume the entire responsibility for operations in which Customer Group or a third-party fish or attempt to fish for the equipment of any member of Wellbore Group or perform any operation that may jeopardize the retrievability or the integrity of equipment containing radioactive sources. Wellbore will, without assuming liability and if so requested by Customer, render assistance for the recovery of such equipment. Customer shall use commercially reasonable efforts to attempt recovery of Wellbore Group equipment.

e. Change Orders. Customer may with reasonable notice request to change the Work to be provided under an Order by issuing a written change order authorization document (referred to herein as the "Change Order"). If upon receiving a Change Order, Wellbore determines that there is any impact that increases the cost or affects the time to perform or provide the Work, Wellbore shall submit a proposal to Customer specifying the pricing and scheduling changes needed to execute the Change Order. Customer shall review the proposal and may accept, reject or modify the proposal, subject to mutual agreement; however, Customer shall be deemed to have accepted such proposal once Wellbore proceeds as specified in the Change Order. Wellbore may at its sole discretion decline to execute the Change Order and such declination to execute shall not prejudice Wellbore's rights under the applicable Order.

7. WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.

a. Wellbore warrants that the Services provided hereunder shall be performed in a good and workmanlike manner in accordance with good oilfield practices and that it shall exercise diligence to ensure the correctness and safe transport of all log, test and other data. Wellbore will give Customer the benefit of its best judgment based on its experience interpreting information and making written or oral recommendations concerning logs or tests or other data, type or amount of material or service required, manner of performance or predicting results. Nevertheless, all such recommendations or predictions are opinions only and, in view of the impracticability of obtaining first-hand knowledge of the many variable conditions, the reliance on inferences, measurements and assumptions which are not infallible, and/or the necessity of relying on facts and supporting services furnished by others, NO WARRANTY IS GIVEN CONCERNING THE ACCURACY OR COMPLETENESS OF ANY LOG, TEST, RESERVOIR OR SEISMIC DATA (INCLUDING SOFTWARE MODELS), OR OTHER DATA, THE EFFECTIVENESS OF MATERIAL USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES RENDERED. WELLBORE SHALL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE RESULTS AND/OR RECOMMENDATIONS SUGGESTED BY SUCH WORK, NOR IS THE WORK INTENDED TO PROVIDE THE BASIS FOR ANY DECISIONS SUBSEQUENTLY MADE BY CUSTOMER, WHICH ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. WELLBORE WILL NOT BE RESPONSIBLE FOR ACCIDENTAL OR INTENTIONAL INTERCEPTION OF OR TAMPERING WITH DATA BY OTHERS, NOR DOES WELLBORE GUARANTEE THE SAFE STORAGE OR THE LENGTH OF TIME OF STORAGE OR AGAINST LOSS OF ANY DIGITAL TAPES, OPTICAL LOGS OR PRINTS, OR OTHER SIMILAR PRODUCTS OR MATERIALS. Any warranty claim for Services must be made prior to Wellbore's demobilization from the well site or, for Services to repair equipment, within seventy-two (72) hours after installation of such repaired equipment.

b. Wellbore warrants that Products furnished hereunder shall conform to the type and specifications represented by Wellbore. Wellbore reserves the right, at its sole discretion, to use new, used or refurbished parts in the assembly of its Products. Wellbore warrants all its Products sold to be free of material defects in material and workmanship for a period of twelve (12) months from the date of delivery to the location stated in the Order provided that notice of any defects is received by Wellbore within the warranty period. Rentals are warranted only for the rental period. The above warranty does not apply to Products that have been affected by normal wear and tear, modified at Customer's request, supplied by Customer or purchased by Wellbore at Customer's request, subjected to improper handling, storage, application, installation, operation or maintenance by anyone other than Wellbore and/or damaged by aggressive fluids, lightning, vandalism, or improper voltage supply or force majeure. No warranty is given to rapidly wearing Products or consumables. Wellbore does not warrant or guarantee the results of the use of Rentals. Well conditions which prevent satisfactory operation of Rentals do not relieve Customer of its responsibilities for payment of the rental prices and other costs agreed upon in the applicable Order.

Wellbore's sole liability and Customer's exclusive remedy under the foregoing warranties is expressly limited to the repair, replacement or the refund of an equitable portion of the applicable purchase or rental price, at Wellbore's sole option, of Products, Rentals or Services which prove to be defective within the warranty period and shall not include claims for labor costs, non-productive time, expenses of Customer resulting from such defects, including but not limited to removal or reinstallation of Products or the costs of heavy lifting or vessel/rig time, recovery under general tort law or strict liability or for damages resulting from delays, loss of use, or other direct or indirect incidental or consequential damages of any kind. A Customer claim pursuant to this warranty shall be made immediately upon discovery and confirmed in writing within thirty (30) days after discovery of the defect. Where items claimed to be defective are determined not to be defective or to be defective as a result of Customer Group's use of the item, Wellbore may invoice the service call to Customer. Defective items must be held for inspection or returned to the original Wellbore delivery point upon request. Wellbore shall have the right to inspect the Products claimed to be defective and shall have the right to determine the cause of such defect. Returned Products shall become the property of Wellbore. In no event shall Wellbore be liable for the cost of substitute products, services, or rentals obtained by Customer from others to cover any Product, Service or Rental which is defective or otherwise not in compliance with the applicable Order.

d. Notwithstanding anything to the contrary herein with regard to any services, materials, products or equipment furnished by contractors, subcontractors, vendors and/or suppliers of Wellbore Group, Wellbore's liability shall be limited to the assignment of such contractors, subcontractors, vendors and/or suppliers warranties to Customer to the extent such warranties are assignable.

THE FOREGOING WARRANTIES FOR SERVICES, PRODUCTS AND RENTALS ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY. IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY SHALL NOT APPLY. WELLBORE'S WARRANTY OBLIGATIONS AND CUSTOMER'S REMEDIES THEREUNDER (EXCEPT AS TO TITLE) ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN.

## GENERAL TERMS AND CONDITIONS

**1. TITLE AND RISK OF LOSS**

**4.** [Title paragraph]

**5. Delivery, Storage, Shipment, Insurance and Freight**

**10. Stocking of Customer's New or Used Equipment**

**11. Cancellation, Returns and Claims**

(a) Orders for Products of special design, size or materials are not subject to cancellation.

(b) Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice to Customer, to take possession of the Tools.

**12. Modification of Tools**

(a) Standard tools, materials, or equipment altered for a specific job shall be sold to the Customer at the current Wellbore's sales price, and an additional charge equal to the cost of the alteration, plus twenty-five percent (25%).

(b) Special tools, materials, or equipment built for a specific job shall be furnished at a minimum rental equal to the manufacturing cost, plus fifty percent (50%) of such cost. Additional modification required will be charged in the same manner.

**13. INDEMNITIES**

- **Personnel and Property**

  1. WELLBORE SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF WELLBORE GROUP.

  2. CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

  b. **Special Indemnity.** NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER ASSUMES ALL LIABILITY FOR AND AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ALL CLAIMS BROUGHT BY OR ON BEHALF OF ANY MEMBER OF CUSTOMER GROUP.

**GENERAL TERMS AND CONDITIONS**

c. Application of Indemnities. The assumption of liability and indemnities in sections 8.a and 8.b above shall apply to any injury, illness, death or claim arising out of or in connection with this Contract and/or the Work provided hereunder, without regard to the cause(s) thereof including, without limitation, unseaworthiness, strict liability, ultra hazardous activity, breach of express or implied warranty, imperfection of material, defect or failure of equipment, defect or "fault" or other condition of premises, including any conditions that pre-exist these General Terms and Conditions or the Work, or the sole, joint, active, passive, gross or concurrent negligence, strict liability, breach of contract or duty, or other fault of any member of either party's Group.

d. Anti-Indemnity and Insurance Savings Clause. If any defense, indemnity or insurance provision contained in the Contract conflicts with, is prohibited by or violates public policy under any law determined to be applicable in a particular situation arising from or involving any Work hereunder it is understood and agreed that the conflicting, prohibited, or violating provision shall be deemed automatically amended in that connection to the extent, but only to the extent, necessary to be in compliance with such applicable law.

14. **INCIDENTAL OR CONSEQUENTIAL DAMAGES.** It is expressly agreed that the WELLBORE GROUP shall not be liable to the CUSTOMER GROUP for any punitive, incidental, consequential, indirect or special damages, including, but not limited to, any loss of profits, business interruption or loss of use, loss or denial of production, loss of the time, loss of data or samples, or loss resulting from delay, whether direct or indirect, suffered by Customer Group, regardless of the sole, joint, active, passive, gross or concurrent negligence, strict liability, breach of contract or duty, or other fault of any member of the WELLBORE GROUP. Customer shall waive, release, protect, defend, indemnify and hold harmless WELLBORE GROUP from and against any and all claims in violation of this section 14.

15. **INSURANCE.** Each party, as indemnitor, agrees to support the indemnity obligations it assumes under these General Terms and Conditions, by obtaining at its own cost, adequate insurance for the benefit of the other party and its Group as indemnitees with contractual indemnity endorsements. To the extent each party assumes liability hereunder, such insurance shall name subrogation against that side's Group primary insurers and name the unfunded Group as additional insured(s) and loss payee but only to the extent of (and not exceeded herein by the indemnifying party, and to the same extent such coverage shall be primary to that carried by the unfunded Group. Customer shall not self-insure without the written consent of Wellbore. Notwithstanding the above, to the extent, and only to the extent, that the Texas Oilfield Anti Indemnity Act (TOAIA) applies to these General Terms and Conditions, the Contract or the Work, and would tender void, unenforceable or void any obligations hereunder, including those set forth in section 9 above each party agrees: i. carry supporting insurance in equal amounts of the types and in the minimum amounts required by the TOAIA. Where a party's insurance - deductible or unavailable for any reason, then such party agrees and shall be deemed to have approved self-funded or self-insurance to the retention of the parties hereto that the party to whom indemnity is owed hereunder will receive the benefit of such indemnity regardless of events that may happen, which could affect the insurance required to be obtained by the indemnifying party, after the Contract is entered into by Wellbore and Customer.

16. **LIMITATION OF LIABILITY.** Notwithstanding anything to the contrary herein except as provided under section 8.a.2 above, Wellbore's liability arising from or in connection with the Contract (whether for indemnity, breach of contract or duty, negligence (whether sole, joint, active, passive, gross or concurrent), strict liability or otherwise) shall not in any circumstances exceed the full value of the consideration owed to Wellbore under the Contract.

17. **EMPLOYEE SOLICITATION.** Except with the prior written consent of Wellbore Customer shall not directly, indirectly or through third parties solicit, recruit or induce any Wellbore employee, consultant or representative to leave, terminate or otherwise end his/her association with Wellbore in order to become an employee, consultant or representative of Customer Group until at least one (1) year has elapsed from Customer's receipt of the final invoice for the Work.

18. **INTELLECTUAL PROPERTY.** Wellbore owns all right to the proprietary technical property embodied or at Work or which are created in the course of providing such Work to Customer. Wellbore does not transfer any ownership rights in such intellectual property to Customer and Customer shall not reverse engineer or create any Wellbore property or Products to be reverse engineered without Wellbore's express written consent. Wellbore will be liable for intellectual property infringement claims arising out of Customer's normal use of Wellbore's Work but will not be liable for infringement that arises: (i) out of Customer's use of Wellbore Work in combination with work products or services not provided by Wellbore (ii) where Wellbore Work has


⊙ Wellbore Integrity

been specially modified, designed and/or manufactured to meet Customer's specifications; (iii) out of unauthorized additions or modifications to Wellbore Work, or (iv) where Customer's use of Wellbore Work does not correspond to Wellbore published standards or specifications. Any Claim for intellectual property infringement shall be brought to Wellbore in writing within ten (10) calendar days of service on Customer or the attorney shall be void

19. **MISCELLANEOUS.**

a. Orders. Wellbore reserves the right to accept or reject any Order issued by Customer or any request for Work under or pursuant to agreed Order.

b. Force Majeure. Wellbore shall not be liable for any delay or non-performance due to governmental regulation, labor disputes, hostile action, weather fire acts of God or any other causes beyond the reasonable control of Wellbore.

c. Governing Law. If Work in furnished offshore or on navigable waters, General Maritime law shall govern the Contract, in those instances where the General Maritime law does not apply the laws of the State of Texas shall apply and govern the validity, interpretation, and performance of the Contract.

d. Severability. Should any clause, sentence, or part of these General Terms and Conditions be held invalid, such holding shall not invalidate the remainder, and the General Terms and Conditions shall be interpreted as if the invalid clause, sentence, or part has been modified or amended, if necessary, as required to conform to the jurisdiction pertaining to that such provision

e. Compliance with laws. Customer and Wellbore respectively agree to comply with all any statutes, orders, rules, and regulations, which are now or may become applicable to any matters covered by these General Terms and Conditions or arising out of the performance of the Work.

20. **GENERAL COMMERCIAL CONDITIONS.** Commercial conditions prices and technical specifications for the Work shall be documented in an Order. Unless otherwise set forth in the relevant Order or otherwise agreed to in writing by Wellbore, the following commercial conditions shall apply:

a. Product sales are final. Orders placed by Customer and accepted by Wellbore can only be canceled with Wellbore's written consent

b. Return of Freight. Rentals must meet the specifications set forth in the Order for return at the end of the rental period, and Wellbore may verify compliance at the time of return to Wellbore's designated facility. If Rentals do not meet the specifications at the time of return, they shall, at Wellbore's sole discretion, be sold to Customer AS-IS, WHERE IS AND WITHOUT WARRANTY, at then current rates for actual the same and will be returned to Customer at Customer's cost. Any waste found in Rentals upon return to Wellbore will be returned to Customer as disposed of at Customer's cost

c. Buy Back of Fluids. Where any Buy-back of Fluids is agreed, but such is conditioned on Fluids meeting the minimum specifications upon return to Wellbore's designated facility. Buy-back is also subject to space availability at Wellbore's designated facility. Fluids not meeting the minimum specifications will be returned to Customer at Customer's cost

d. Pricing Changes. Wellbore has the right to revise pricing applicable to the Work at any time, including without limitation (i) wherever Wellbore's determines that market conditions support such revision, and (ii) wherever Wellbore determines it has been impacted by an increase in the cost of providing products and/or services, including commodities, tracking, labor, materials and/or ancillary products, materials or services related thereto (as well as associated taxes and tariffs), regardless of variation from any pre-job quote, order, estimate or the like that may have been submitted by Wellbore Such revisions may be adjusted post job in accordance with the accounting

e. Pricing exclusions. Quoted prices do not include any of the following items, which may be charged as determined by Wellbore for a given scope of work, and shall not be considered an exhaustive list, (i) mobilization and demobilization fees, (ii) stand-by (or crew and equipment) fees and demurrage (incurred by Wellbore Group which shall apply many and all circumstances other than when due to the sole fault of Wellbore, or third party reimbursable fee of 20% (+ as may otherwise be specified in Wellbore's applicable price list which shall not begin (as may be specified Wellbore's applicable price list and subject to further adjustment based on the US Energy Information Administration - (EIA) for US Retail On-Highway Diesel) and transportation/mileage fees, and (v) cancellation fees, return/restocking fees and buy-back fees

f. Additional Work. Backup tools, additions amount, products and new technology items that are not specifically included in the work scope described the Order will be quoted upon request

21. **EXPORT COMPLIANCE.** Customer - advised that Work provided under the Contract subject to the U.S. Export Administration Regulations and circumstances subject to U.S. laws and regulations prohibited. Customer agrees not to directly or indirectly export, reexport, or transmit the Work to any country or end user or for any activity that is prohibited by any applicable U.S. law or regulation (including without limitation to those countries, from time to time subject to embargo by the U.S. government) Additionally, Customer agrees not to directly or indirectly export, import, transmit, or use the Work contrary to the laws or regulations of any other governmental entity that has jurisdiction over such export, import, transmission, or use Customer represents and warrants that neither the United States Bureau of Industry and Security nor any other governmental agency has suspended,

**GENERAL TERMS AND CONDITIONS**

...revoked, or denied Customer's export privileges. Customer agrees not to use or transfer the Work for any use relating to nuclear chemical, or biological weapons, or missile technology unless authorized by the U.S. government by regulation or specific written license.

22. PUBLICITY. Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group to, issue or publish any press releases or make any public statements or publicize any information with respect to (i) the contents of these General Terms and Conditions, (ii) the Work contemplated to be performed under the Contract, and/or (iii) any transaction or occurrence arising as a result of the Work, without the prior written approval of the other party. Furthermore, the parties agree to confer with each other prior to any publication of any such information and to set forth such agreement in a separate writing.

23. CONFIDENTIALITY. Customer agrees to hold in strict confidence all information provided by Wellbore Group to Customer all of which is Wellbore confidential information. Customer will not disclose such confidential information to any third party without written authorization from Wellbore, or except as required by law or legal process.

24. WELLBORE ENTITIES. In the event that the parties enter into an Order subject to these General Terms and Conditions, Customer and Wellbore agree, and it is the intent of these General Terms and Conditions that the parties understand herein as Wellbore shall not be jointly liable and shall only be severally liable to the extent of their respective obligations and liabilities hereunder. The specific party identified in the applicable Order shall be the party responsible for the applicable Work. Each Wellbore entity shall not be deemed a guarantor or surety with respect to the other Wellbore entities' obligations and liabilities. This provision shall not impair Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein.

Wellbore Integrity

MRT_M1011667 2020-05-06 09 11 21.pdf

# DRILCO

Material Receiving Ticket

**MRT #:M1011667**

**Customer Ref #: R# 202-769**

**Job #:J1009211**

| | | | |
|---|---|---|---|
| Customer Name: 100100008-FIELDWOOD ENERGY, LLC | | Bill Inspection to: FIELDWOOD ENERGY, LLC | Rig (Name/No): Rowan Resolute |
| Operator: | | Contact Person: | Bill Repairs to: FIELDWOOD ENERGY, LLC |
| Contact Person: Kris Kimble | | Contact Phone: 713-969-1129 | Email: kris.kimble@fwellc.com |
| Created Date: Thu Oct 10 15:08:12 GMT 2019 | | Created By: Alonzo Brown | DRILCO Location: Port Fourchon |
| Rig Operator: | | Bill Welding to: FIELDWOOD ENERGY, LLC | |

Special Instructions

Details of Product Received

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Box Type |
|---|---|---|---|---|---|---|
| 1 | 80 | Drill Pipe-STD/ 6 5/8 47.05/ .750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment (for tool type received:

Summary of services to be provided on Item 1:

| Shop Inspection | | Repair | | Welding | | Storage | | Milling Protectors | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Box | | 0 |
| | | | | | | | | Pin | | 0 |

Page 1 of 2

MRT M1011667 2020-05-06 09 11 21.pdf

**Details of Product Received:**

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dept Type |
|---|---|---|---|---|---|---|
| 2 | 70 | Drill Pipe-STD 5 19.50# / .362 S -135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Summary of services to be provided on Item 2:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

**Details of Product Received:**

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dept Type |
|---|---|---|---|---|---|---|
| 3 | 94 | Drill Pipe-STD 5 25.60# S-135 R2 - XT-50 Box x XT-50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on Item 3:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

# DRILCO

INSPECTION SERVICES

BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| | | DATE: | 6/15/2020 | P.O. NO. | | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|
| CUSTOMER: VALARIS | | OPERATOR | TOMANCE CLASSIFIED | CUSTOMER CODE | | | |
| | | CONTRACTOR/RIG: | ROWAN RESOLUTE | STATE CODE | 3256 | AREA 05 | |
| WORK ORDER # J1009211 | | LOCATION | GC-200 | | | | |
| AUTHORIZED BY KRIS KIMBLE | | COUNTY | LAFOURCHE | | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.05 # V-150 RANGE-3  DRILL PIPE | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL. | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

| TIME BREAK DOWN: | | | | SUBTOTAL | |
|---|---|---|---|---|---|
| | | | | | $6,560.00 |

| DEPART FOR JOB: | AM | ARRIVE AT JOB: | AM PM | INSPECTION REPORT(S): |
|---|---|---|---|---|
| SERVICE HOURS: | | | | SHOP ORDER J1009211 |
| DEPART FOR JOB: | AM | CHARGEABLE: | HRS | |
| | | NON-CHARGEABLE: | HRS | |

| CUSTOMER'S SIGNATURE: | DATE: 6/15/2020 | INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH |
|---|---|---|

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS
CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT

COMMENTS

**THANK YOU**_____

I0001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15_16_17_53V4.2.pdf Summary Report

Summary Report #: I0001382

# DRILCO

| Job #: J1009211 | Work Order #: WT013419 | Customer Ref #: RR 202-769 |
| --- | --- | --- |

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-150 RANGE-3 DRILL PIPE
WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 3 SPECS
WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 3
WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) BUT
NEED CONNECTION REPAIRS:

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

**NOTES**

HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RASIED)
ID COATING CLASSIFIED #1 CONDITION
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

# DRILCO

## Final Inspection Report #: 10001382

10001382.FIELDWOOD ENERGY, LLC Rowan Resolute 80 ITS 6.625 47.05  750 V-150 RG III DP 06-15-20 2020-06-15_16_21 21V4-2.pdf Final

Job #: J100921I

Work Order #: WJ013419

Customer Ref #: R# 203-769

### Billing Information

| | |
|---|---|
| Date | 06/15/2020 |
| Customer Name | 10018008-FIELDWOOD ENERGY, LLC |
| Ordered By | Kris Krinkle |
| Rig Name | Rowan Resolute |
| Rig Well | GC-290 |
| Location | |
| Well | TA-3 |
| OCS-G | 12209 |
| AFE | |
| WBS | |
| Quote# | |
| Work Order # | WJ013419 |
| PO# | |
| Inspected @ | Port Fourchon |

### Tube Spec's / Tool Joint Spec's

| | Tube Spec's | Tool Joint Spec's | |
|---|---|---|---|
| Size | 6 5/8 | Min OD | 8 1/2 |
| Grade | V-150 | Max OD | 8 9/64 |
| Weight | 47.05 / 7.50 | Min TS Box | 6 9/8 |
| Nominal Wall | 0.750 | Min TS Pin | 6 1/16 |
| Min Wall | 0.712 | Recommend HB | Yes |
| | | Range II III | III |
| | | Connection | 6 5/8 FH |

### Box Tool Joint

| | | | Total Counts |
|---|---|---|---|
| OK DRILCO | OK | 56 OK DRILCO | |
| Machine Re-face | MRF | 8 Machine Re-face | |
| Galled Thread(s) | GT | 1 Galled Thread(s) | |
| Damage Thread(s) | DT | 0 Damage Thread(s) | |
| Worn Thread(s) | WT | 1 Worn Thread(s) | |
| Pitted Thread(s) | PT | 13 Pitted Thread(s) | |
| Swelled Tool Joint | SWB | 0 Swelled Nose | |
| Cracked Thread(s) | CT | 0 Cracked Thread(s) | |
| Damage Shoulder | DS | 1 Damage Shoulder | |
| Benchmark at Min | BM | 0 Benchmark at Min | |
| Pitted Seal(s) | PS-M | 0 Pitted Seal(s) | |
| Damaged Seal(s) | DS-M | 0 Damaged Seal(s) | |
| Heat Checking | HC | 0 Heat Checking | |
| Flush Hardband | F | 0 Flush Hardband | |
| Worn Hardband | W | 0 Worn Hardband | |
| Broken Hardband | B | 0 Broken Hardband | |

### Pin Tool Joint

| | | | Total Counts |
|---|---|---|---|
| OK DRILCO | OK | 60 OK DRILCO | |
| Machine Re-face | MRF | 14 OK DRILCO | |
| Galled Thread(s) | GT | 0 Machine Re-face | |
| Damage Thread(s) | DT | 1 Galled Thread(s) | |
| Worn Thread(s) | WT | 0 Damage Thread(s) | |
| Pitted Thread(s) | PT | 4 Worn Thread(s) | |
| Swelled Nose | SWN | 0 Pitted Thread(s) | |
| Cracked Thread(s) | CT | 0 Swelled Nose | |
| Damage Shoulder | DS | 0 Cracked Thread(s) | |
| BM at Minimum | BM | 1 Damage Shoulder | |
| Pitted Seal(s) | PS-M | 0 BM at Minimum | |
| Damaged Seal(s) | DS-M | 0 Pitted Seal(s) | |
| HC Tool Jt | HC | 0 Damaged Seal(s) | |
| HB Repair | F | 0 HC Tool Jt | |
| Bent Joint(s) | W | 0 Bent Joint(s) | |
| Flaking ID Coating | B | 0 Flaking ID Coating | |

### MRF Classifications

| | Box | Pin | Totals |
|---|---|---|---|
| Cut Shoulder MRF-CS | 0 | 0 | 0 |
| Pitted Shoulder MRF-PS | 0 | 3 | 3 |
| Stabbing Damage MRF-SD | 2 | 0 | 2 |
| Un-square Shoulder MRF-UNS | 0 | 0 | 0 |
| Galled Shoulder MRF-GS | 6 | 11 | 17 |

Jobt Class Entries

### Specifications Used

DS† Category 5•FLUT 2

### Total Count

| Total Joints Inspected | 80 |
|---|---|
| 100% And Greater Remaining Wall | 9 |
| 95.06% - 99.9% Remaining Wall | 71 |
| 90.0% - 94.9% Remaining Wall | 0 |
| 80.0% - 89.9% Remaining Wall | 0 |
| Bent Tube(s) - NOT INSPECTED | 0 |
| Class #2 Rejected Joints | 0 |
| Class #3 Rejected Joints | 17 |
| Total Premium Joints | 0 |
| Total DownGrade Joints | 80 |
| Total Premium Ready Joints | 42 |
| Total Repair Joints | 38 |
| RahardBand Joints | 0 |
| Total D&R Joints | 0 |
| Current Premium Ready | 42 |
| Outstanding Repair Joints | 38 |
| Current Downgrade Joints | 0 |

Material Belongs To ROWAN
White I.D. Reading: 50-51
U. V. Meter Reading: 1759-2160

### Inspection & Services Performed

Total Indicated Runout (TIR) of connections performed
Cleaning Service Brush OD / ID Full Length
Wet Magnetic Inspection Stress Area's Box and Pin Ends (OD)
Cleaning Service Waterblast OD / ID Full Length
Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Js
Visual Tube Body, OD Gags, UT Center Wall, Ultrasonic Tube Full Length
Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Js
Wet Magnetic Inspection of Re-Machined Connections
Visual Tube Body, OD Gags, UT Center Wall, BMI Tube Full Length
Dry Magnetic Inspection Stress Area's Box and Pin Ends (ID)
Reverse Magnetic Field Full Length
Ultrasonic Inspection Tube Area's Box and Pin Ends (OD)

### Inspected by

| | |
|---|---|
| X | Joshua Ritter |
| X | Dominic Patterson |
| X | Terrance Chatfield |
| X | Ron Leblanc |
| X | Re-Inspected by |
| X | Inspector's Comments |
| X | Monitored By |
| X | N/A |

1000 1382 FIELDWOOD ENERGY, LLC Rowan Resolute 83 JTS 5,625 47,03: - 750 V 150 RG III DP 06-15-20 2020-06-15, 16_21_21 V4.2.pdf Final

Note: TJ marks show Box TJ OD in the TJ measurement.

| JT Run No. | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Floating ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia. | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW % | S - S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAR 06941 | AACGND 0141 | 0.737 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.27 | 43.87 | RPR | PRM |
| 2 | NAR 06925 | AACGND 0175 | 0.730 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 100.00 | 43.74 | RPR | PRM |
| 3 | NAR 06912 | AACGND 0112 | 0.717 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 99.60 | 43.84 | RPR | PRM |
| 4 | NAR 06911 | AACGND 0111 | 0.737 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 98.47 | 43.94 | PRM | PRM |
| 5 | NAR 06912 | AACGND 0211 | 0.737 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 98.27 | 43.64 | RPR | PRM |
| 6 | NAR 06912 | AACGND 0712 | 0.743 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 98.27 | 43.66 | RPR | PRM |
| 7 | NAR 06817 | AACGND 0017 | 0.741 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 99.33 | 43.84 | RPR | PRM |
| 8 | NAR 06816 | AACGND 0016 | 0.744 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 98.80 | 43.83 | PRM | PRM |
| 9 | NAR 06812 | AACGND 0082 | 0.727 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 99.20 | 43.33 | RPR | PRM |
| 10 | NAR 06959 | AACGND 0159 | 0.732 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 98.67 | 43.90 | RPR | PRM |
| 11 | NAR 06972 | AACGND 0172 | 0.732 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 96.93 | 43.87 | PRM | PRM |
| 12 | NAR 06900 | AACGND 0100 | 0.739 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 97.60 | 43.91 | RPR | PRM |
| 13 | NAR 06900 | AACGND 0038 | 0.735 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 100.27 | 43.59 | RPR | PRM |
| 14 | NAR 06818 | AACGND 0094 | 0.739 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 98.33 | 43.83 | RPR | PRM |
| 15 | NAR 06850 | AACGND 0050 | 0.733 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 97.07 | 43.83 | RPR | PRM |
| 16 | NAR 06891 | AACGND 0181 | 0.746 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.00 | 43.39 | RPR | PRM |
| 17 | NAR 06897 | AACGND 0097 | 0.732 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | WT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.00 | 43.80 | PRM | PRM |
| 18 | NAR 06910 | AACGND 0110 | 0.734 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 98.47 | 43.80 | RPR | PRM |
| 19 | NAR 07031 | AACGND 0031 | 0.747 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 100.27 | 43.87 | RPR | PRM |
| 20 | NAR 06996 | AACGND 0155 | 0.732 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 99.60 | 43.94 | RPR | PRM |
| 21 | NAR 06910 | AACGND 0150 | 0.737 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 99.80 | 43.52 | RPR | PRM |
| 22 | NAR 06944 | AACGND 0144 | 0.735 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 99.27 | 43.85 | RPR | PRM |
| 23 | NAR 06993 | AACGND 0093 | 0.725 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | RFR-GS | | | | OK | | P | 99.27 | 43.73 | RPR | PRM |
| 24 | NAR 06043 | AACGND 0043 | 0.743 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 98.20 | 43.85 | RPR | PRM |
| 25 | NAR 06964 | AACGND 0064 | 0.735 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 98.00 | 43.87 | RPR | PRM |
| 26 | NAR 06960 | AACGND 0060 | 0.748 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | | OK | | P | 97.60 | 43.86 | RFR | PRM |
| 27 | NAR 07008 | AACGND 0008 | 0.724 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 96.53 | 43.78 | RFR | PRM |
| 28 | NAR 07004 | AACGND 0185 | 0.729 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 98.73 | 43.59 | RFR | PRM |
| 29 | NAR 06955 | AACGND 0155 | 0.730 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 98.73 | 43.74 | RFR | PRM |
| 30 | NAR 07032 | AACGND 0032 | 0.739 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 97.60 | 44.10 | RPR | PRM |
| 31 | NAR 06815 | AACGND 0035 | 0.735 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | DS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.20 | 43.88 | RPR | PRM |
| 32 | NAR 06888 | AACGND 0188 | 0.739 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | BM | | | | OK | | P | 100.00 | 43.92 | RPR | PRM |
| 33 | NAR 06948 | AACGND 0115 | 0.724 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 96.53 | 43.75 | RPR | PRM |
| 34 | NAR 06968 | AACGND 0168 | 0.730 | | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 97.33 | 43.85 | PRM | PRM |

0001392 FIELDWOOD ENERGY, LLC Rowan Resolve 80 JTS 6 625 47.65 / 750 V-150 KO III DP f6t-15-20 2020-06-15_16_21_V4 2.pdf Final

| # | NAB | AACGND | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | NAB 06791 | AACGND 0191 | 0.732 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 9 3/4 | OK | P | 97.60 | 43.80 | PRM |
| 36 | NAB 06776 | AACGND 0076 | 0.724 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 11 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/2 | OK | P | 96.53 | 43.94 | PRM |
| 37 | NAB 06920 | AACGND 0120 | 0.731 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 11 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/2 | OK | P | 97.87 | 43.85 | PRM |
| 38 | NAB 06903 | AACGND 0164 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7.3/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 | OK | P | 97.47 | 43.85 | PRM |
| 39 | NAB 06994 | AACGND 0194 | 0.759 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 1/2 | FT | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | FT | P | 99.87 | 43.80 | PRM |
| 40 | NAB 06913 | AACGND 0113 | 0.738 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | OK | P | 100.80 | 43.74 | PRM |
| 41 | NAB 0028 | AACGND 0028 | 0.713 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 | OK | P | 99.40 | 43.83 | PRM |
| 42 | NAB 0079 | AACGND 0029 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | OK | P | 98.40 | 43.84 | PRM |
| 43 | NAB 06914 | AACGND 0134 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 9 1/2 | OK | P | 96.47 | 43.84 | PRM |
| 44 | NAB 06934 | AACGND 0171 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/2 | OK | P | 98.13 | 43.70 | PRM |
| 45 | NAB 06875 | AACGND 0075 | 0.729 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 9 1/2 | OK | P | 97.87 | 43.64 | PRM |
| 46 | NAB 06911 | AACGND 0166 | 0.730 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | OK | P | 98.13 | 43.77 | PRM |
| 47 | NAB 06384 | AACGND 0161 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/2 | OK | P | 99.60 | 43.80 | PRM |
| 48 | NAB 06901 | AACGND 0102 | 0.715 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 3/4 | MRF-SD | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | OK | P | 97.47 | 43.70 | PRM |
| 49 | NAB 06986 | AACGND 0068 | 0.719 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 9 1/4 | OK | P | 99.60 | 43.34 | PRM |
| 50 | NAB 06990 | AACGND 0166 | 0.730 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/2 | OK | P | 100.00 | 43.77 | PRM |
| 51 | NAB 06973 | AACGND 0159 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 8 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 9 | OK | P | 100.00 | 43.73 | PRM |
| 52 | NAB 06884 | AACGND 0074 | 0.739 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 11 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | OK | P | 98.53 | 44.00 | PRM |
| 53 | NAB 06841 | AACGND 0041 | 0.755 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 3/4 | OK | P | 98.13 | 43.73 | PRM |
| 54 | NAB 06973 | AACGND 0173 | 0.726 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 11 1/4 | OK | P | 98.00 | 43.79 | PRM |
| 55 | NAB 06882 | AACGND 0024 | 0.724 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 3/4 | OK | P | 96.80 | 43.68 | PRM |
| 56 | NAB 06846 | AACGND 0039 | 0.739 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | OK | P | 98.13 | 43.63 | PRM |
| 57 | NAB 06948 | AACGND 0120 | 0.724 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 1/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 11 1/4 | OK | P | 97.87 | 43.80 | PRM |
| 58 | NAB 07016 | AACGND 0016 | 0.725 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 3/4 | OK | P | 96.40 | 43.75 | PRM |
| 59 | NAB 06862 | AACGND 0016 | 0.723 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 3/4 | FT | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 9 3/4 | FT | P | 96.53 | 43.77 | PRM |
| 60 | NAB 06802 | AACGND 0002 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 | OK | P | 94.93 | 43.75 | PRM |
| 61 | NAB 06911 | AACGND 0011 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 3/4 | FT | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/2 | FT | P | 94.53 | 43.94 | PRM |
| 62 | NAB 06960 | AACGND 0160 | 0.718 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/2 | OK | P | 94.93 | 43.83 | PRM |
| 63 | NAB 06844 | AACGND 0044 | 0.718 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 | OK | P | 98.00 | 43.83 | PRM |
| 64 | NAB 06899 | AACGND 0099 | 0.742 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | OK | P | 95.73 | 43.87 | PRM |
| 65 | NAB 06825 | AACGND 0008 | 0.756 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 1/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 | OK | P | 98.67 | 43.83 | PRM |
| 66 | NAB 06825 | AACGND 0025 | 0.745 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 8 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | DT | DT | P | 95.60 | 43.78 | PRM |
| 67 | NAB 06879 | AACGND 0046 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 9 3/4 | OK | P | 100.10 | 43.83 | PRM |
| 68 | NAB 06976 | AACGND 0079 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | OK | P | 99.33 | 43.74 | PRM |
| 69 | NAB 07000 | AACGND 0200 | 0.725 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 1/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 9 3/4 | OK | P | 99.60 | 43.83 | PRM |
| 70 | NAB 06994 | AACGND 0104 | 0.727 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 9 1/2 | OK | P | 96.67 | 43.68 | PRM |
| 71 | NAB 06823 | AACGND 0003 | 0.726 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 | OK | P | 98.93 | 43.83 | PRM |
| 72 | NAB 06654 | AACGND 0154 | 0.256 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 1/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | MRF-GS | P | 94.80 | 43.44 | PRM |
| 73 | NAB 06615 | AACGND 0215 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 1/2 | FT | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | FT | P | 95.73 | 43.54 | PRM |
| 74 | NAB 06871 | AACGND 0071 | 0.748 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 11 | OK | P | 98.80 | 44.02 | PRM |
| 75 | NAB 06970 | AACGND 0170 | 0.750 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | OK | P | 100.20 | 43.59 | PRM |
| 76 | NAB 07017 | AACGND 0217 | 0.714 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 8 1/2 | OK | P | 99.20 | 43.69 | PRM |
| 77 | NAB 06895 | AACGND 0095 | 0.735 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 3/4 | FT | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 8 3/4 | OK | P | 96.07 | 43.94 | PRM |
| 78 | NAB 06802 | AACGND 0002 | 0.724 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 9 3/4 | OK | P | 96.13 | 43.85 | RPR |
| 79 | NAB 06978 | AACGND 0178 | 0.745 | 1 | 8 1/2 | 4 1/4 | 7.65/64 | 5 7/8 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7.65/64 | 4 15/16 | 10 1/4 | OK | P | 99.33 | 43.79 | RPR |

10001382 /FIELDWOOD ENERGY, LLC Rowan Resolve 80 JTS 6.625 47.05 / .750 V-150 RG3 IH DP 06-15-20 2020-06-15_16_21_21 V4.2.pdf Final

| 80 | NAR 06837 | AACGND 0007 | 0.720 | 1 | 8 1 2 | 4 1 4 | 7-45 64 | 5 7 8 | 9 3 4 | OK | | | | OK | 8 1/2 | 4 1 4 | 7-45/64 | 4 15 16 | 10 1 4 | OK | | | OK | 1P | 97.33 | 43.77 | PRM | PRM |

Note: (1) Mark Above line (If Box No. has comment)

# DRILCO

INSPECTION SERVICES
BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| CUSTOMER: | VALARIS | DATE: | 6/11/2020 | P.O NO | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | OPERATOR | | CUSTOMER CODE: | | |
| JOB # | J1009211 | CONTRACTOR/RIG: | RESOLUTE | STATE CODE | S | |
| WORK ORDER #: | | LOCATION | GC 200 | AREA | 1256 | |
| AUTHORIZED BY | KRS KIMBLE | COUNTY/STATE | LAFOURCHE,LA | CUSTOMER REF# | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE | CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|---|
| 160 | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | | 160 | $8.00 | $1,280.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

TIME BREAK DOWN:                                                    SUBTOTAL          $1,280.00

DEPART FOR JOB:_____ ☐ AM   PM   ARRIVE AT JOB:_____ AM   PM   INSPECTION REPORT(S):
SERVICE HOURS:                                                                    J1009211
DEPART FOR JOB:_____ ☐ AM   PM   CHARGEABLE_____ HRS
                                           NON-CHARGEABLE _____ HRS
CUSTOMER'S SIGNATURE_____ DATE_____ INSPECTED BY  NICK, JOSH

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S
TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.
COMMENTS _____
_____
RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR
INDIRECTLY FROM SERVICES PROVIDED

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
|---|
| Field |
| Requisition |

Business Unit:10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page    1

**Attention:** SERVICE-RIG / ASSET MANAGE

REQ Type       ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 | EA | | 425.00 4,250.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

| 2' | 12 | 024000 | EA | | 565.00 6,780.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235550 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER                    DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

```
┌─────────────────┐
│     Valaris     │
│     Field       │
│   Requisition   │
└─────────────────┘
```

Business Unit:10013    OPEN
Req ID:0000235550
Date: 05/09/2020
Page    2

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type      ONSHORE REPAIR

| | | | | | | | | | PURCHASING USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

| | | | | | |
|---|---|---|---|---|---|
| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY  FR NO:    0000235550 |
| OIM | DATE | | | | |
| | | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____      DATE FAXED: _____

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |

| Business Unit: 10013   OPEN |
| Req ID: 0000235550 |
| Date: 05/09/2020 |
| Page   3 |

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type      ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 2 DRILCO JOB: J1009211 | | | | | | |
| 3 | 80 | 024000 | EA | | 15.00 1,200.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 3 DRILCO JOB: J1009211 | | | | | | |
| 4 | 80 | 024000 | EA | | 82.00 6,560.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235550 |
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Name (Print) | | BUYER                    DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

Business Unit:10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page   4

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type      ONSHORE REPAIR

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT
Item ID | UOM | DESCRIPTION | | COST | AFE
CATEGORY | CRIT.
RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| | | | | HTS NO: | | | UNSPSC NO: | | | | |
| | | | | REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 4
DRILCO JOB: J1009211 | | | | | | | |
| 5 | 160 | 024000 | EA | | | 8.00
1,280.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount:         20,070.00

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

AFE: *Fw 191015*
LEASE: *GC-40 Katmai*
RIG: *Rowan Resolute*
ENGINEER: *K. Castillo*

*AccT Code #3025-15*

| R4202 NO: | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above. | List all Field
ETRR No. by item | PURCHASING ONLY  FR NO:   0000235550 |
|---|---|---|---|---|
| OIM | DATE | *FwE*
Operator (Print) | | |
| | | *RTCp*
Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | *Brent Primeaux*
Rep Name (Print) | | BUYER                    DATE |
| NOTE: Any additions or deletions
must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER GC 40 #1
               KATMAI

AFE #: FW2020002

TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD USAGE ON
THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S
REP.

**The support is Cameron Inv#916459063 - Dated:03/15/2019**

| ITEM ID | DESCRIPTION | | |
|---|---|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER  CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

AMOUNT DUE: $       111,367.50

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary:  Atlantic Maritime Service LLC
ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:
BA
ccount

Digitally signed
by Ben
Date: 2020.07.16
13:57:18 -05'00'

$ (111,367.50) 810650.10417.4202.110

ED

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
          620 MOULIN ROAD
          BROUSSARD LA 70518
          USA

| Valaris |
| Field |
| Requisition |

**Business Unit:** 10013    OPEN
**Req ID:** 0000236908
Date: 07/03/2020
Page   1

**Attention: SUBSEA**

REQ Type      Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|---------------------|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 4 | 024000 223154403 | EA | | 4,925.25 19,701.00 | 95 - 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes       Item Desc :

ECCN NO: EAR99          HTS NO:8431438090          UNSPSC NO:

| 2 | 4 | 024000 223154703 | EA | | 4,925.25 19,701.00 | 95 - 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes       Item Desc :

ECCN NO: EAR99          HTS NO:8431438090          UNSPSC NO:

| 3 | 2 | 024000 223154101 | EA | | 2,464.50 4,929.00 | 09 - 09-BLOW OU | VC | | | |

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:   0000236908 |
| OIM | DATE | Operator (Print) | | |
| | | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER               DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID: 0000236908
Date: 07/03/2020
Page   2

**Attention: SUBSEA**

REQ Type      Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO: 8431436090          UNSPSC NO:

| 4 | 4 | 024000 64436903 | EA | | 8,114.25 32,457.00 | 09- 09-BLOW OU | VC | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO: 8484200000          UNSPSC NO:

| 5 | 2 | 024000 644404010003 | EA | | 14,843.25 29,686.50 | 09- 09-BLOW OU | VC | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236908 |
|---|---|---|---|---|
| OIM | DATE | | | |
| Line Item Exempt : | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

Business Unit: 10013    OPEN
Req ID 0000236908
Date: 07/03/2020
Page    3

**Attention: SUBSEA**

REQ Type    Supply

| ITEM | QTY | G/L ACCT
Item ID | UOM | DESCRIPTION | COST | AFE
CATEGORY | CRIT.
RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | EAR99 | | HTS NO:6481905090 | | UNSPSC NO: | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 8 | 2 | 024000
645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 16A TEMP CLASS EF,W/ 8-HR EXCURSION TO 350 DEG F | 975.00
1,950.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitute    Item Desc :

ECCN NO: EAR99        HTS NO:4016930000        UNSPSC NO:

| 7 | 6 | 024000
645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-B,U II-B,U II-,AND,15M U-II,15M 18-3/4 TL BOP,PER API 16A TEMP RATING -50 TO 350 DEG F | 490.50
2,943.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitute    Item Desc :

ECCN NO: EAR99        HTS NO:8431438090        UNSPSC NO:

Total Requisition Amount    111,367.50

| ECCN NO:
R-EC02 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field
ETRR No. by Item | PURCHASING ONLY  FR NO:    0000236908 |
|---|---|---|---|---|
| | DATE | D. GABOURIE FWE | | |
| OIM | | Operator (Print) | | |
| | 7/3/20 | | | |
| RIG MGR / OPERATIONS MGR | DATE | BARRY GABOURIE | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

AFE:    FW202002
Lease:    GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: ███████

ACCT CODE 3060-15

7-3-2020



# CAMERON
A Schlumberger Company

## INVOICE

| | |
|---|---|
| Invoice No | : 916459063 |
| Invoice Date | : MAR 15 2019 |
| Page | : 1 of 3 |

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: 831144704
ABA No: 021000021
Swift No: CHASUS33

| | |
|---|---|
| Payment Terms | : Net 45 Days |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : Free Carrier |
| | HOUSTON DC |
| Ship From | : HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | : MAR 15 2019 |

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

| Invoice To : 60001776 | Ship To : 43242011 |
|---|---|
| EMAIL | ATLANTIC MARITIME SERVICES LLC |
| ATLANTIC MARITIME SERVICE LLC EMAIL | 13627 WEST HARDY |
| ATTN ACCTS PAYABLE | HOUSTON TX 77060 |
| 2800 POST OAK BLVD STE 5450 | USA |
| HOUSTON TX 77056-6189 | |
| USA | |

| | | | |
|---|---|---|---|
| Inside Sales Contact : Johnny Olachia | 832-787-8686 | Sales Order : 3685599 | Delivery Number : 88188457 |
| Outside Sales Contact : ALAN THIBODEAUX | 281-753-2922 | | |

| | |
|---|---|
| Customer Reference | : 4500506400 |
| Functional location | : 10943607 |
| Description | : ROWAN RESOLUTE RIG 202 |
| Placed by | : Tina Castillio |
| Project Name | : RIG 202 |
| Project/Reference | : RIG 202 |

| Item | Material Number / Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | 644369-03 | 4.000 EA | 8,330.63 | 33,322.52 |
| | ▮▮▮▮▮▮▮▮▮▮ FR#236908 – Item Number 4 – 64436903 – 4 EA | | | |
| 30 | 2231541-01 | 2.000 EA | 2,530.22 | 5,060.44 |
| | Customer Material :78134 | | | |
| | PACKER, BLADE, CDVS RAM, | | | |
| | 18-3/4" 15M 'UII' AND 'T/TL' BOP's | | | |
| | API 16A TEMP "XX" (NOT API 16A 4TH ED) | | | |
| | SERIAL NUMBER: 00000000000000001 | | | |
| | SERIAL NUMBER: 00000000000000002 | | | |
| | Frame Agreement Price : 2,530.22 | | | |
| | FR#236908 – Item Number 3 – 223154101 – 2 EA | | | |

**CAMERON**
A Schlumberger Company

| | |
|---|---|
| Invoice No | : 916459063 |
| Page | : 2 of 3 |

Serial No : 1 2

| 40 | 2231547-03 | | 4.000 EA | 5,056.59 | 20,226.36 |
|---|---|---|---|---|---|

Customer Material :80491
SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 - Item Number 2 - 223154703 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 50 | 2231544-03 | | 4.000 EA | 5,056.59 | 20,226.36 |
|---|---|---|---|---|---|

Customer Material :80490
SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K  BOP'S TEMP CLASS 'EF'

FR#236908 - Item Number 1 - 223154403 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 60 | 645484-01-00-01 | | 28.000 EA | 503.58 | 14,100.24 |
|---|---|---|---|---|---|

Customer Material :23001
BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND
18-3/4" 15K
"TL" BOP (NOT API 16A 4TH ED)

FR#236908 - Item Number 7 - 645484010001 - 6 EA

Frame Agreement Price : 503.58

| 70 | 2247012-02 | | 1.000 EA | 7,408.17 | 7,408.17 |
|---|---|---|---|---|---|

Customer Material :129474
BODY, S-AX GASKET, 18-3/4 10/15 K

Frame Agreement Price : 7,408.17

| 80 | 644404-01-00-03 | | 8.000 EA | 15,239.07 | 121,912.56 |
|---|---|---|---|---|---|

Customer Material :74683
PACKER, VBR - CAMRAM (TM) 18-3/4"-15M
T/TL BOP, 7-5/8" TO 3-1/2" OD
PIPE, AND 5-7/8" TO 3-1/2" OD PIPE
PER API 16A, TEMP CLASS "E,X"
DUAL DUROMETER (NOT API 16A 4TH ED)

FR#236908 - Item Number 5 - 644404010003 - 2 EA

Frame Agreement Price : 15,239.07



Invoice No    : 916459063

Page         : 3 of 3

| 90 | 645068-01-00-02 | | 8.000 EA | 1,001.00 | 8,008.00 |

Customer Material :23134
TOP SEAL, 18-3/4"-15M 'T/TL' BOP
API 16A TEMP CLASS "EF"
WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH ED)
Frame Agreement Price : 1,001.00

FR#236908 – Item Number 6 – 645068010002 – 2 EA

Price summary :

| | |
|---|---|
| Total Price : | 230,264.65 USD |
| State Tax : | 14,391.53 USD |
| City Tax : | 2,302.65 USD |
| Transit Tax : | 2,302.65 USD |
| Total Invoice Value : | 249,261.48 USD |



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
    Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007278
INVOICE DATE: 07/20/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  45 DAYS
RIG:  DS-16  Resolute

WELL NUMBER  GC 40#1

### AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---:|
| INSPECTION OF 6-3/4IN DRILL COLLARS<br>PO#458846 - FR#23066 | $ | 225.00 |
| 10-DIRTY OIL TOTE TANKS<br>PO#458710 - FR#236175 | $ | 1,500.00 |
| CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL<br>PO#458579 - FR#235606 | $ | 1,611.21 |
| WELLHEAD RING GASKETS AND SEALS<br>PO#457100 - FR#234615 | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |

**AMOUNT DUE:**  $   5,886.52

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
eneficiary:  Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:  ▮▮▮▮▮
BA▮▮▮▮▮▮▮▮
ccount ▮▮▮▮▮▮▮▮

| | | |
|---|---:|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250.10417.4202.110 |

ED

ORACLE VALARIS

Favorites   Main Menu   Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Home   Worklist   Add to Favorites   Sign out

**Purchase Order Inquiry**

## Purchase Order

### Header

| | |
|---|---|
| Business Unit: | 10013 |
| PO ID: | 0000045846 |

PO Status: Dispatched

| | | | |
|---|---|---|---|
| PO Date: | 05/05/2020 | | |
| Vendor Name: | DRILCOCOM-001 | | Backorder Status: | Not Backordered |
| Vendor ID: | 0000000235 | Vendor Details | Receipt Status: | Not Recvd |
| Buyer: | Konya | | ☐ Hold From Further Processing |
| | Akeem | | |
| | Abdul | | |
| | Moxie | | **Amount Summary** |

PO Reference: 0000226066 SERVICE

| | | Merchandise: | 226.00 |
|---|---|---|---|
| Header Details | Bill RTV | Freight/Tax/Misc.: | 0.00 |
| Header Comments | Matching | Total: | 226.00 USD |
| Change Order | Activity Summary | | |

Document Status

### Lines

Personalize | Find | View All | First ◀ 1 of 1 ▶ Last

| Line ▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount ▲ | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | 📄 8750COR2PRIN | INSPECTION ONSHORE COLLARS RAN | 85 | 15.0000 | EA | 225.00 USD | Approved | 8750COR2PRIN |

View Approvals

Return to Search    Notify

Related Links

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
ROUDAIN IN ROAD
BROUSSARD LA70518
USA

Valaris
Field
Requisition

Business Unit: 100713
Date: 17/05/2020
Dept: 000262200
Page: 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type    CMM/ORDERREPAIR

| ITEM | QTY | QA/ACCT<br>IDENTY | UOM | DESCRIPTION | C/UNIT | A/S<br>CATEGORY | DRILL<br>RATING | FINISH | VENDOR / LOCATION CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|--------|-----------------|-----------------|--------|------------------------------|--------|
| 1 | 16 | 004006<br>875000C2PRON | EA | 8&HSECTION-FOR-UNKNOWN-COLLARS,FAN<br>GET 8.5/AN IN 3X1-COST REPAIR<br>INSPECTION | 10.00<br>150.00 | 85 - 85-TUBULAR | C | | | |

Line Item 2 except: N
Available Facilities           Item Desc:

ECCN NO:                 HTS NO:                UNSPSC NO:    150.00

Total Requisition Amount:

FIELDWOOD REBILL FOR INSPECTION OF 8-3/4IN DRILL COLLARS. ETR/IH RA20J-2020-5-29-6621. COLLARS WILL GO TO WELLBORE INTEGRITY
93J-UV/W8 LOT/036, 239091, 239072, 239043, 239041, 230051, 230082, 235094, 235058, 235003, 235088, 235883, &
235064

## PURCHASING USE ONLY

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:

ACCT. CODE 3060-15
5-29-2020

| PURCHASING ONLY FR NO:  000000088 |

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

EX/Req: 05/29/2020 DATE

CM

FWE
Operator (Print)

J Benton
Rig Superintendent

Larry Butler
Rig Name (Print)

REQ IN FORT / OPERATOR/DER TECH          DATE
NOTE: Any additions or deletions
         must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER: YES ___  NO: ___

| EMT No. FROM<br>ETR/IH No. by Item | | |
|---|---|---|
| | | |
| | | |

BUYER:                        DATE

DATE FAXED:

VALARIS

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home | Worklist | Add to Favorites | Sign out

Purchase Order Inquiry

## Purchase Order

**Header**

Business Unit: 10013
PO ID: 0000458710

PO Status: Dispatched
POA Status: Acknowledged

PO Date: 06/30/2020
Vendor Name: AMERICANR-003
Vendor ID: 0000017294
Buyer: Ernestina Castillo

Vendor Details

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

PO Reference:

Amount Summary
Merchandise: 1,500.00
Freight/Tax/Misc.: 0.00
Total: 1,500.00 USD

Header Details | All RTV
Header Comments | Matching
Change Order | Activity Summary

Document Status

**Lines**

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Origin al Item ID |
|------|---------|------------------|----------|--------|-----|--------------------|---|--------|------------------|
| 1 | SERVO/LCSS00GAR | SERVICE-ONSHORE AMERICAN RECOV | 30 | 10.0000 | EA | 1,500.00 USD | | Approved | SERVO/LDSS00GAR |

Personalize | Find | View All | First 1 of 1 Last

View Approvals

Return to Search Notify

Related Links

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULN ROAD
BROUSSARD LA 70518
USA

| Valaris |
|---------|
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID: 0000236175
Date: 06/02/2020
Page   1

**Attention: ENGINEERING**

REQ Type      Rental

**PURCHASING USE ONLY**

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| 1 | 10 | 024000 SERVOILDIS550GA | EA | | 135.00 1,350.00 | 90- 90-ENVIRON | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO:7310100050          UNSPSC NO:

Total Requisition Amount:          1,350.00

FIELDWOOD RE-BILL FOR 10 DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

AFE:      FW202002
Lease:   GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202 | 06/02/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236175 |
|-------|------------|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR.     DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____  DATE FAXED: _____

VALARIS

Favorites    Main Menu    Purchasing    Purchase Orders    Review PO Information    Purchase Orders

Home    Worklist    Add to Favorites    Sign out

Purchase Order Inquiry

## Purchase Order

**Header**

| | |
|---|---|
| Business Unit: | 52013 |
| PO ID: | 0000245679 |

| | |
|---|---|
| PO Date: | 06/01/2020 |
| Vendor Name: | SWN REDI-E-051 |
| Vendor ID: | 0000000512 |
| Buyer: | Ernestine Castillo |

PO Status:    Dispatched

| | | | |
|---|---|---|---|
| Backorder Status: | Not Backordered | | |
| Receipt Status: | Received | | |
| ☐ Hold From Further Processing | | | |

Vendor Details

PO Reference:

Header Details    All RTV
Header Comments    Matching
Change Order    Activity Summary

Document Status

**Amount Summary**

| | |
|---|---|
| Merchandise: | 1,611.21 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 1,611.21 USD |

**Lines**

Personalize | Find | View All |    First   1-3 of 3   Last

| Line ▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Item ID | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 📷 | SERVICE-ONSHORE-SWABE OILFIELD | 82 | 1.0000 EA | 375.00 USD | Approved | | ✎ | 📷 |
| 2 | 📷 | SERVICE-ONSHORE-SWABE OILFIELD | 82 | 1.0000 EA | 750.00 USD | Approved | | ✎ | 📷 |
| 3 | 📷 | SERVICE-ONSHORE-SWABE OILFIELD | 82 | 1.0000 EA | 486.21 USD | Approved | | ✎ | 📷 |

Related Lines

View Approvals

Return to Search    Notify

https://people3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder=...    7/20/2020

Page 1 of 1

VALARIS

Favorites   Main Menu   Purchasing   Purchase Orders   Review PO Information   Purchase Orders   Activity Summary

Home   Worklist   Add to Favorites   Sign out

## Activity Summary

| | |
|---|---|
| Business Unit: | 10013 |
| Purchase Order: | 0009408079 |
| Merchandise Amount: | 1,611.21 USD |
| Merchandise Receipt: | 1,611.21 USD |
| Merchandise Returned: | 0.00 USD |
| Merchandise Invoice: | 0.00 USD |
| Merchandise Matched: | 0.00 USD |

PO Status: Dispatched
Vendor: SWIRE OILFIELD SERVICES LIMITED

### Lines

Details   Receipt   Invoice   Matched   RTV   [Info]

Personalize | Find | View All |   First   1-3 of 3   Last

| Line▲ | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 375.000 | USD |
| 2 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 750.000 | USD |
| 3 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 486.210 | USD |

Return to Search      Notify

# Valaris

**Business Unit:** 10013 OPEN
**Req ID:** 30000235606
**Date:** 05/12/2020
**Page:** 1

REQ Type    ONSHORE REPAIR

**Attention: MARINE / BARGE SUPERVISOR**

Valaris
Field
Requisition

Ship To:

ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 1 | 024000 | EA | | 375.00 375.00 | 82 - THIRD PART | S | | | |

PURCHASING USE ONLY

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO:                              HTS NO:                              UNSPSC NO:

| 2 | 1 | 024000 | EA | SWIRE OILFIELD SERVICE QUOTE# 05112020-001 SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL | 750.00 750.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO:                              HTS NO:                              UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
CLEAN INTERIOR OF HEL-FUEL TANK WITH A THREE-PART PROCESS. 1-RINSE TANK OUT COMPLETELY. 2-STEAM CLEAN INSIDE OF TANK

R4202    05/12/2020    NOTE: Operator hereby authorizes ENSCO    List all Field    PURCHASING ONLY FR NO:    0000235606
OIM    DATE    reimbursement of all items ordered above.    ETRR No. by Item

RIG MGMT / OPERATIONS MGR    DATE    Operator (Print)

NOTE: Any additions or deletions    Rep Signature
must be initialed                    Rep Name (Print)    BUYER    DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____    DATE FAXED: _____

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | Valaris Field Requisition |
| --- | --- |

**Business Unit:** 100013
**Req ID:** 0000235606   OPEN
**Date:** 05/12/2020
**Page:** 2

**Attention:** MARINE / BARGE SUPERVISOR

**REQ Type**   ONSHORE REPAIR

| ITEM | QTY | GL ACCT |  | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | GL ACCT | REQ FIELD | | | | | | | | |

3    1   024000               EA   COMPLETELY WITH HOT WATER AND SOAP 3-RINSE THE INSIDE WITH CLEAN HOT WATER, CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL    486.21    82 - THIRD PART   S    486.21
HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP

**PURCHASING USE ONLY**

ECCN NO:                                HTS NO:                                UNSPSC NO:

Line Item Exempt: N
Available Substitutes              Item Desc :

SWIRE OILFIELD SERVICES QUOTE# 05112020-001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA FOR WORK TO BE DONE

FIELDWOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

**Total Requisition Amount:**                                            1,611.21

AFE:        FW202002
Lease:      GC 40 #1
Project:    Kaimai
Engineer:   K.Dufrene
Routing #:

_Act Code # 3060-15_

| NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000235606 |
| --- | --- | --- | --- |
| _Bill Duhe_   Operator (Print) | | | |
| _Bill Duhe_   Operator Signature | | | |
| _Brent Primeaux_   Rep Signature | | | |
| _Brent Primeaux_   Rep Name (Print) | | | |

| R4202 | 05/12/2020 | | | BUYER | DATE |
| --- | --- | --- | --- | --- | --- |
| OIM | DATE | | | | |

RIG MGR / OPERATIONS MGR          DATE
NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____                                  DATE FAXED: _____

VALARIS

Favorites   Main Menu   Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Home   Worklist   Add to Favorites   Sign out

Purchase Order Inquiry
## Purchase Order

| Business Unit: | 10013 | | PO Status: | Dispatched |
| PO ID: | 0000457100 | | | |
| Change Order: | | | POA Status: | Responded, Awaits Review |

Header

| PO Date: | 04/15/2020 | | Backorder Status: | Not Backordered |
| Vendor Name: | HYDRIL-001 | | Receipt Status: | Received |
| Vendor ID: | 0000000094 | Vendor Details | ☐ Hold From Further Processing | |
| Buyer: | Ernestine | | Amount Summary | |
| | Castillo | | Merchandise: | 2270.30 |
| PO Reference: | | | Freight/Tax/Misc: | 0.00 |
| Header Details | All PO's | Document Status | Total: | 2270.30 USD |
| Header Comments | Matching | | | |
| Change Order | Activity Summary | | | |

Lines

Personalize | Find | View All |   First   Set of 4   Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Line ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H109232 | GASKET,VETCO H10985-2 WSR-2-1E | R5 | | EA | 0.20 | USD | Canceled | H109232 | | |
| 2 | H120251 | SEAL,VETCO,H127X-1 LIP HYDRIL | R5 | | EA | 0.20 | USD | Canceled | H120251 | | |
| 3 | | FEE,REST,CCKNG,VETCO,H10985-2 | R5 | * 0000 | EA | 2,123.57 | USD | Approved | | | |
| 4 | | FEE,REST,CCKNG,VETCO,H127X-1 | R2 | * 0000 | EA | 136.33 | USD | Approved | | | |

View/Approve

Return to Search      Notify

Related Links



# Valaris

**Ship To:**
ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

| | | |
|---|---|---|
| Valaris Field Requisition | | |

**Business Unit:** 10013 OPEN
**Req ID:** 00002346/15
**Date:** 04/02/2020
**Page:** 1

**Attention: WAREHOUSE**

REQ Type          Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | P.O. NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|----------|
| 1 | 2 | C24C0D H108932 | EA | | 4,161.60 9,323.00 | 95 - 95-SUBSEA | VC | | | |
| | | | | Line Item Exempt : N | | | | | | |
| | | | | Available Sustitutes | Item Desc : | | | | | |
| | | | | ECCN NO: EAR99 | HTS NO:4016930000 | | | UNSPSC NO: | | |
| 2 | 1 | D24G00 H120251 | EA | SEE ATTACHED GE CONTRACT PRICING | 631.93 631.93 | 00 - 00-BLOW OU | VC | | | |
| | | | | Line Item Exempt : N | | | | | | |
| | | | | Available Sustitutes | Item Desc : | | | | | |
| | | | | ECCN NO: EAR99 | HTS NO: | | | UNSPSC NO: | | |

DATED GOODS - EXPIRATION DATE— ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT *FAILURE

| R4202 | 04/02/2020 | | NOTE: Operator hereby authorizes EN5CO reimbursement of all items ordered above. | PURCHASING ONLY FR NO: 00002346/15 |
|-------|-----------|---|---|---|
| O/M | DATE | | | |
| | | Operator (Print) | List all Field ETRR No. by item | |
| | | Rep Signature | | |
| | | Rep Name (Print) | | BUYER | DATE |

**RIG MGR / OPERATIONS MGR** _____ **DATE** _____

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _____

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MCQUIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013   OPEN
Req ID: 0000234615
Date: 04/02/2020
Page   2

Attention: WAREHOUSE

REQ Type          Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT | | UOM | DESCRIPTION | COST | AFE | CRIT. | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|----------|---|-----|-------------|------|-----|-------|-------|------------------------------|--------|
| | | Item ID | | | | | CATEGORY | RATING | | | |

TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

AFE:        FW202002
Lease:     GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:

Acct Code # 3060-15
419120

Total Requisition Amount:        8,854.83

| R42002 | 04/02/2020 | | PURCHASING ONLY   FR NO: | 0000234615 |
|--------|------------|---|--------------------------|------------|
| OIM | DATE | | | |

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

_____
Operator (Print)

_____
Rep Signature

Breal Primeaux
Rep Name (Print)

| RIG MGR / OPERATIONS MGR | DATE | | BUYER | DATE |
|---|---|---|---|---|

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

1/2/2020                                          shopDrilling :Current Quote

⩘

Help          ENSCO 🔍          Kenya Maxile

Home │ SPARES 〉│ AVAILABLE INVENTORY 〉

Current Quote  │ Saved Quotes  │ Shopping Lists

Search  All Products          ▼  Keyword(s): Search by Part #, Product Name or Keyword          Go   Search Multiple Parts

Current Quote

✓ Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date

| Select | Part Number | Description | UOM | Quantity | Stand Time (Weeks) | Unit List Price | Unit Discount | List Net Price | Total Extended Price | Discontinued Parts | Remove |
|---|---|---|---|---|---|---|---|---|---|---|---|
| .. | H10993-2 | | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | 🗑 |
| : | H12025-1 | | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | 🗑 |

Recalculate    Sub-Total:  $11,350.03

Taxes, Shipping and Handling Extra

Total: $11,350.03

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.

CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD
TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF
WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING.
IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN
SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"],
CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
**********************************************************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED.
CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
**********************************************************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE
PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED
ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
**********************************************************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
**********************************************************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
**********************************************************************************************************
FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSalesAdminPCB@bhge.com
Phone : +1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

Continue Shopping   Delete    Actions  Save Quote   ▼  Go    Proceed to Checkout

VALARIS

Favorites   Main Menu   Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Home   Worklist   Add to Favorites   Sign out

Purchase Order Inquiry

## Purchase Order

| | |
|---|---|
| Business Unit: | E013 |
| PO ID: | 0000067100 |
| Change Order: | |

**PO Status:** Dispatched

**POA Status:** Responded, Awaits Review

### Header

| | |
|---|---|
| PO Date: | 04/15/2020 |
| Vendor Name: | HYDROIL-0001 |
| Vendor ID: | 0000000024 |
| Buyer: | Ernestine Castillo |

**Vendor Details**

| | |
|---|---|
| Backorder Status: | Not Backordered |
| Receipt Status: | Received |
| ☐ Hold From Further Processing | |

**Amount Summary**

| | |
|---|---|
| Merchandise: | 2270.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 2,270.00 USD |

| | |
|---|---|
| PO Reference: | |
| Header Details | Document Status |
| Header Comments | |
| Change Order | Activity Summary |

All RTV
Matching

### Lines

Personalize | Find | View All | 🔄 | First ◄ 1-4 of 4 ► Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Item ID | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | H109302 | GASKET,VETCO,H109302-VGX-2.16 | 95 | | EA | 0.00 USD | Cancelled | H109302 | 📄 |
| 2 | H120251 | SEAL,VETCO,H120251-LHP-HYDRAT | 09 | | EA | 0.00 USD | Cancelled | H120251 | 📄 |
| 3 | | TEE,RESTOCKING,VETCO,H109302 | 95 | 1.0000 EA | | 2,133.67 USD | Approved | | 📄 |
| 4 | | TEE,RESTOCKING,VETCO,H120251-1 | 09 | 1.0000 EA | | 136.33 USD | Approved | | 📄 |

View Approvals

Return to Search   Notify

Related Lines