## Estimated Exit Costs

### Claims Reserve | $mm

|  | Low | High |
|---|---|---|
| Professional Fees Escrow | $15.6 | $27.6 |
| Other Exit Fees and Costs | 11.6 | 17.9 |
| Cure Amounts | 6.8 | 7.5 |
| 503(b)(9) Claims | 0.4 | 0.6 |
| **Subtotal: Allowed Admin. Claims** | **$34.3** | **$53.5** |
| Allowed Priority Tax Claims | - | $0.0 |
| Allowed Other Priority Claims | - | - |
| Allowed Other Secured Claims | 3.9 | 21.0 |
| Class 6A Cash Pool | 1.2 | 1.7 |
| (A) **Total Claims Reserves** | **$39.4** | **$76.1** |

### Other Exit Costs | $mm

|  | Low | High |
|---|---|---|
| FWE I Exit Payment | $10.0 | $20.0 |
| FWE III Exit Payment | 5.0 | 5.0 |
| FWE IV Exit Payment | 14.5 | 14.5 |
| FWE IV / CUSA Exit Payment | 5.0 | 5.0 |
| ENI Exit Payment | 4.5 | 4.5 |
| Hunt Exit Payment | 0.4 | 0.4 |
| Paydown of FLFO Facility | 20.4 | 20.4 |
| DIP Repayment | 10.2 | 10.2 |
| Sale Reserve Costs | 2.5 | 2.7 |
| Implementation / Filing Fees | 0.5 | 0.5 |
| Premiums | 1.2 | 1.2 |
| (B) **Total Other Exit Costs** | **$74.2** | **$84.4** |

### Total Exit Costs | $mm

|  | Low | High |
|---|---|---|
| (A) Total Claims Reserves | $39.4 | $76.1 |
| (B) Total Other Exit Costs | 74.2 | 84.4 |
| (C) Plan Admin. Expense Reserve | 8.0 | 8.0 |
| **Total Other Exit Costs** | **$121.5** | **$168.5** |

1

# Effective Date Sources & Uses

**Projected FWE Cash Balance** | $mm (1)



**Sources & Uses** | $mm

| | High |
|---|---:|
| **Sources** | |
| FWE Cash on Balance Sheet (Pre Effective Date) (2) | $72 |
| 2L Exit Facility | 185 |
| Equity Rights Offerings | 40 |
| **Total Sources** | **$297** |
| **Uses** | |
| NewCo Cash on Balance Sheet (Post-Effective Date) | $120 |
| NewCo Excess Funding / Buffer | 5 |
| 2L Exit Facility OID | 4 |
| Estimated Exit Costs (High); see previous page   Ⓐ + Ⓑ + Ⓒ | 169 |
| **Total Uses** | **$297** |

(1) Based on the 13-week cash flow forecast as of June 9, 2021
(2) Cash at emergence approximated based on average cash balance for 4-week period (including week ending 7/9 to week ending 7/30) per the 13-week cash flow forecast as of June 9, 2021

2