# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, June 17, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Serajul | Ali | US Dept. of Justice | US Dept. of the Interior |
| Susan | Alkadri | Mayer Brown LLP | Welltec, Inc. |
| John | Baay | Gieger Laborde & Laperouse | LLOG |
| Zachary | Balasko | U.S. Dept. of Justice | U.S. Dept. of the Interior |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill | Zurich American Ins. Co. |
| Erin | Choi | Weil, Gotshal & Manges | Debtors |
| Catherine | Diktaban | Hunton Andrews Kurth LLP | Apache Corporation |
| Craig | Duewall | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| philip | eisenberg | locke lord llp | HCCI International |
| Paul | Genender | Weil, Gotshal & Manges | Debtors |
| Paul | Genender | Weil | Fieldwood Energy (Debtors) |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, Sirius America Insurance Company |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Shari | Heyen | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Shari | Heyen | Greenberg Traurig LLP | BP Exploration & Production |
| Charles | Kelley | Mayer Brown LLP | Welltec, Inc. |
| Bradley | Knapp | Locke Lord LLP | HCC International Insurance Company Plc |
| Michael | Morfey | Hunton Andrews Kurth LLP | Apache Corporation |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Limited |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Kenneth | Pasquale | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Debtors |
| Mark | Platt | Frost Brown Todd LLC | CGG Services (U.S.) Inc. |
| Jim | Prince | Baker Botts | Hunt Oil Company |
| Randall | Rios | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company |
| Suzanne (Suki) | Rosen | Forshey Prostok, LLP | XTO Offshore, Inc., HHE Energy Company, and XH, LLC |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| David | Trausch | Haynes and Boone, LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, Sirius America Insurance Company |