UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY, LLC,** *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2021, he caused electronic copies of Exhibits 1, 2, 3, 4-R, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22, 23, 25, 27, 28, 29, 30, 31, 32, 33 and 34, as listed on *BP Exploration & Production Inc.'s Witness and Exhibit List* **[Docket No. 1607]** which have been requested to be filed under seal, to be served to the parties as set forth on the attached Service List.

*(Signature page follows)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

Dated: June 18, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Karl D. Burrer*
Shari L. Heyen
Texas State Bar Number 09564750
HeyenS@gtlaw.com
Karl D. Burrer
Texas State Bar Number 24043584
BurrerK@gtlaw.com
Nicole S. Bakare
Texas State Bar Number 24056017
BakareN@gtlaw.com
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505

– and –

Craig A. Duewall (admitted *pro hac vice*)
Texas State Bar Number 24025334
DuewallC@gtlaw.com
300 West 6th Street, Suite 2050
Austin, Texas 78701
Telephone: (512) 320-7200
Facsimile: (512) 320-7210

– and –

**GREENBERG TRAURIG, P.A.**

John B. Hutton (*admitted pro hac vice*)
HuttonJ@gtlaw.com
333 SE 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

***Counsel for BP Exploration & Production Inc.***

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2021, I caused a copy of the foregoing to be served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas by electronic mail.

By: */s/ Karl D. Burrer*
Karl D. Burrer

**SERVICE LIST**

| **Debtors & Counsel for the Debtors*** | **Counsel for The Official Committee of Unsecured Creditors** |
|---|---|
| alfredo.perez@weil.com<br>jessica.liou@weil.com<br>Paul.Genender@weil.com<br>Erin.Choi@weil.com<br>Clifford.Carlson@weil.com<br><br>*Served electronically on June 16 and 17, 2021 | mmagzamen@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com |
| **Counsel for RLI Insurance Company**<br><br>jord@krebsfarley.com<br>escharfenberg@krebsfarley.com<br>CLS@jhc.law | **Counsel for The Hanover Insurance Company, Liberty Mutual Insurance Company, Travelers Casualty and Surety Company, and XL Specialty Insurance Co.**<br><br>klangley@l-llp.com<br>bbains@l-llp.com |
| **Counsel for Ad Hoc Group Of Secured Lenders**<br><br>elliot.moskowitz@davispolk.com<br>andy.parrott@davispolk.com<br>natasha.tsiouris@davispolk.com<br>damian.schaible@davispolk.com<br>michael.pera@davispolk.com | **Counsel for Lexon Insurance Company, Endurance American Insurance Company, Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company**<br><br>lwoodard@HarrisBeach.com<br>broy@HarrisBeach.com |
| **Counsel for US Specialty Insurance Company**<br><br>bknapp@lockelord.com<br>peisenberg@lockelord.com | **Counsel for Philadelphia Indemnity Insurance Company**<br><br>rmiller@manierherod.com<br>mcollins@manierherod.com |
| **Counsel for Zurich American Insurance Company**<br><br>CWard@ClarkHill.com<br>SRoberts@ClarkHill.com | **Counsel for Chevron**<br><br>LNorman@andrewsmyers.com<br>eripley@andrewsmyers.com<br>kdubose@andrewsmyers.com |

| **Counsel for North American Specialty** | **Counsel for Apache Corp** |
|---|---|
| sleo@leolawpc.com | RRussell@huntonAK.com<br>MichaelMorfey@andrewskurth.com<br>CDiktaban@huntonAK.com |
| **Counsel for United States Department of the Interior**<br>Serajul.Ali@usdoj.gov<br>ryan.lamb@sol.doi.gov<br>John.Z.Balasko@usdoj.gov<br>heewon.kim@sol.doi.gov<br>Kayci.Hines@usdoj.gov | **Office of the United States Trustee**<br>Stephen.Statham@usdoj.gov |