| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In re: Fieldwood Energy LLC, *et al.* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Anthony L Greene |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | anthony.greene@weil.com |
| Licensed: State & Number | New York/5658463 |

Seeks to appear as the attorney for this party:

| Fieldwood Energy LLC and Its Debtor Affiliates ||
|---|---|
| Dated: June 18, 2021 | Signed:  */s/ Anthony L. Greene* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . ||
|---|---|
| Dated: | Signed: _____ <br> Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
United States Bankruptcy Judge