IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al*[1]., | Case No. 20-33948 (MI) |
| Debtors. | Jointly Administered |

## AMENDED WITNESS AND EXHIBIT LIST FOR CONFIRMATION HEARING

Hess Corporation. ("Hess"), hereby submits its *Amended Witness and Exhibit List for Confirmation Hearing* on June 21, 2021 at 8:00 a.m. CT.

## WITNESSES

1. Michael T. Dane, Senior Vice President and Chief Financial Officer, Fieldwood Energy LLC;
2. Any witness listed or called by any other party; and
3. Any witness necessary to rebut the testimony of a witness called or designated by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## **EXHIBITS**

| EX NO. | DESCRIPTION | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|
| 1. | Notification of Incident(s) of Noncompliance related to WD 86A dated October 22, 2020 [filed under seal] | | | |
| 2. | Notification of Incident(s) of Noncompliance related to WD 79C dated October 22, 2020 [filed under seal] | | | |
| 3. | Bureau of Safety and Environmental Enforcement Incident of Non-Compliance Extension Request, Submittal ID: 188339904 [filed under seal] | | | |
| 4. | Bureau of Safety and Environmental Enforcement Incident of Non-Compliance Extension Request, Submittal ID: 133041627 [filed under seal] | | | |
| 5. | Bureau of Safety and Environmental Enforcement Incident of Non-Compliance Extension Request, Submittal ID: 192690122 [filed under seal] | | | |
| 6. | Bureau of Safety and Environmental Enforcement Incident of Non-Compliance Extension Request, Submittal ID: 191994848 [filed under seal] | | | |
| 7. | Bureau of Safety and Environmental Enforcement Incident of Non-Compliance Extension Request, Submittal ID: 131226117 [filed under seal] | | | |
| 8. | Bureau of Safety and Environmental Enforcement Incident of Non-Compliance Extension Request, Submittal ID: 131226117 (with pictures) [filed under seal] | | | |
| 9. | Bureau of Safety and Environmental Enforcement Incident of Non-Compliance Extension Request, Submittal ID: 188339933 [filed under seal] | | | |
| 10. | Bureau of Safety and Environmental Enforcement Incident of Non-Compliance Extension Request, Submittal ID: 188339933 (with pictures) [filed under seal] | | | |

| EX NO. | DESCRIPTION | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|
| 11. | Bureau of Safety and Environmental Enforcement Incident of Non-Compliance Extension Request, Submittal ID: 188339904 [filed under seal] | | | |
| 12. | Notice of Filing of Executed Term Sheet By and Between the Debtors and ENI Petroleum US, LLC [ECF 1368] | | | |
| 13. | Any exhibit designated by any other party | | | |
| 14. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | |
| 15. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | |

Hess Corporation asks that the Court take judicial notice of the claims register and the pleadings, affidavits, and exhibits filed (including any and all schedules, amendments, exhibits, and other attachments thereto) in this case. Hess Corporation reserves the right to supplement or amend this Witness and Exhibit List any time prior to the hearing.

DATED: June 20, 2021

Respectfully submitted,

By: */s/ Omar J. Alaniz*
Omar J. Alaniz,
State Bar No. 24040402
REED SMITH L.L.P.
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Telephone: 469.680.4200
Facsimile: 469.680.4299
Email: oalaniz@reedsmith.com

*Attorney for Hess Corporation*