**Hess Exhibit 1**

[Filed Under Seal]