**Hess Exhibit 2**

[Filed Under Seal]