**Hess Exhibit 3**

[Filed Under Seal]