**Hess Exhibit 4**

[Filed Under Seal]