**Hess Exhibit 5**

[Filed Under Seal]