**Hess Exhibit 6**

[Filed Under Seal]