**Hess Exhibit 7**

[Filed Under Seal]