**Hess Exhibit 8**

[Filed Under Seal]