**Hess Exhibit 9**

[Filed Under Seal]