**Hess Exhibit 10**

[Filed Under Seal]