**Hess Exhibit 11**

[Filed Under Seal]