## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

### NOTICE OF AGENDA OF MATTERS SET FOR HEARING ON JUNE 21, 2021 AT 8:00 A.M. (CT)

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Hearing on **June 21, 2021 at 8:00 a.m. (CT)** before the Honorable Marvin Isgur.

**A.    Fifth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors (ECF No. 1629)**

   **Status**: This matter is going forward on a contested basis.

   **Unresolved Objections:**

   1.   Objection and Response by XTO Offshore, Inc., HHE Energy Company, and XH, LLC to (A) The Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors, and (B) The Plan Supplement Relating to the Assumption of Executory Contracts **(ECF No. 759); Supplemented by ECF No. 1451; Amended by ECF No. 1476; Supplemented by ECF No. 1618.**

   2.   Objection of the Hanover Insurance Company; Liberty Mutual Insurance Company; Travelers Casualty & Surety Company of America; and XL Specialty Insurance Company to Confirmation of the Fourth Amended Joint Chapter 11 Plan of the Debtors **(ECF No. 1427)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

3. Objection of North American Specialty Insurance Company to Confirmation of the Fourth Amended Joint Chapter 11 Plan **(ECF No. 1435); Supplemented by ECF No. 1640**

4. Objection by Lexon Insurance Company, Ironshore Indemnity Inc. an Ironshore Specialty Insurance Company to Motion of Debtors for Entry of an Order for Confirmation of the Debtors' Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1436)**

5. ConocoPhillips Company, The Louisiana Land & Exploration Company and Burlington Resources Offshore's Limited Objection to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and Notice of Opt Out **(ECF No. 1442)**

6. Marathon's Objection to Confirmation and Joinder in Other Predecessors' Objections to Confirmation of the Debtors' Fourth Amended Joint Chapter 11 Plan **(ECF No. 1443)**

7. Zurich American Insurance Company's (I) Objection to Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Limited Objection to Assumption of Decommissioning Agreement **(ECF No. 1446)**

8. Philadelphia Indemnity Insurance Company's Omnibus Objection to the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts **(ECF No. 1449)**

9. Limited Objection of Cox Entities to Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy, LLC and Its Affiliated Debtors **(ECF No. 1454)**

10. Ecopetrol America LLC's Objection to (I) Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors, and (II) Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts **(ECF No. 1455); Declarations in Support of Objection filed at ECF Nos. 1452 and 1453**

11. Limited Objection of Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC to Third Party Release Provisions in Debtors' Plan of Reorganization **(ECF No. 1460)**

12. Objection of Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company to the Fourth Amended Chapter 11 Plan **(ECF No. 1461)**

13. Objection of LLOG to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy, LLC, and Its Affiliated Debtors and Opt-Out of Releases **(ECF No. 1464)**

14. Atlantic Maritime Services LLC's (I) Limited Objection to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors, (II) Limited Objection to the Credit Bid Transaction and (III) Notice of Election to Opt Out of Third-Party Releases **(ECF No. 1467)**

15. BP Exploration & Production Inc.'s Objection to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1468)**

16. Shell Offshore, Inc.'s Objection to the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy, LLC and Its Affiliated Debtors **(ECF No. 1470)**

17. RLI Insurance Company's Objection to Debtors' Chapter 11 Plan of Reorganization **(ECF No. 1482)**

18. Superior Performance, Inc.'s Objection to Confirmation of The Plan and Notice Of Election to Opt Out of Third Party Releases **(ECF No. 1528)**

19. Merit Energy Company's Objection to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and Notice of Opt Out **(ECF No. 1535)**

20. W&T Offshore, Inc. and W&T Energy VI, LLC's Limited Objection to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and Notice of Opt Out **(ECF No. 1536)**

21. HCC International Insurance Company PLC's Objection to Confirmation of Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and Joinder **(ECF No. 1537)**

22. McMoran Oil & Gas LLC and Freeport-McMoran Oil & Gas LLC's Objection to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and Notice of Opt Out **(ECF No. 1541)**

23. Welltec, Inc.'s (I) Limited Objection to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy, LLC and Its Affiliated Debtors, (II) Limited Objection to the Credit Bid Transaction, (III) Notice of Election to Opt Out of Third-Party Releases, and (IV) Reservation of Rights **(ECF No. 1545)**

24. Marathon's Amended Objection to Confirmation of the Debtors' Fourth Amended Joint Chapter 11 Plan **(ECF No. 1550)**

25. Joinder in Objections to the Confirmation of the Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors **(ECF No. 1576)**

26. Energy Transfer's Reservation of Rights **(ECF No. 1630)**

**Resolved Objections**[2]**:**

27. Deepsea Quality Consulting, Inc. Limited Objection to Plan **(ECF No. 1366)**

28. Lewis Andrews and Patrick Burnett's Limited Objection to the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1406)**

29. Brian Cloyd's Limited Objection to the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1407)**

30. Objection of the Taxing Authorities to Third Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1431)**

31. The Certain Texas Taxing Entities' Objection to the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy and Its Affiliated Debtors **(ECF No. 1432)**

32. Valero Marketing and Supply Company's Objection to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1434)**

33. Limited Objection of Multiklient Invest AS to (A) Fourth Amended Chapter 11 Plan **(ECF No. 1438)**

34. Objection of JX Nippon Oil Exploration (U.S.A.) Limited to Confirmation of Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors as Supplemented and Notice of Election to Opt Out **(ECF No. 1480)**

35. Seitel Data, Ltd. and affiliates Limited Objection to Fourth Amended Joint Plan of Reorganization of Fieldwood Energy LLC and Its Affiliate Debtors **(ECF No. 1529)**

36. CGG Services (U.S.), Inc.'s Objection to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1439)**

37. Louisiana Department of Revenue's Objection to Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1459)**

38. Objection of Sparrows Offshore, LLC to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1469); Withdrawn at ECF No. 1572**

---

[2] The Debtors and applicable objecting party have agreed to include language in the proposed confirmation order to resolve the objection. The agreed language as between the Debtors and objecting party is subject to ongoing review and sign off by the Consenting Creditors under the Restructuring Support Agreement and any applicable consenting rights thereunder.

39. U.S. Specialty Insurance Company's Objection to Confirmation of Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and Joinder **(ECF No. 1543); Withdrawn pursuant to Bonding Commitment Letter at ECF No. 1585**

**Unresolved Cure Objections[3]:**

40. Objection of Red Willow Offshore, LLC to Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts **(ECF No. 1433)**

41. Enterprise Gas Processing LLC's and Affiliates Limited Objection to the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors, Joinder to Objections, and Notice of Election to Opt Out of Releases in Debtors' Plan **(ECF No. 1445)**

42. Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC's Objection to Debtors' Joint Chapter 11 Plan of Reorganization and Schedule of Assumed Contracts and Cure Amounts **(ECF No. 1463); Declaration in Support of Objection filed at ECF No. 1465**

43. Objection of Houston Energy Deepwater Ventures I, LLC to Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts **(ECF No. 1472)**

44. Amended Supplemental Objection by XTO Offshore, Inc., HHE Energy Company, and XH, LLC to (A) the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors, (B) Plan Supplement Relating to the Assumption of Executory Contracts, and (C) Amended Schedule of Assumed Contracts **(ECF No. 1476)**

45. Objection by XTO Offshore, Inc., HHE Energy Company, and XH, LC to (A) Notice to Contract Parties Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts, and (B) Amended Schedule of Assumed Contracts **(ECF No. 1488); Filed again at ECF No. 1491; Amended by 1517; Supplemented by ECF No. 1618**

46. Energy Transfer's Objection to Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts And Cure Amounts and Reservation of Rights **(ECF No. 1489)**

---

[3] A number of cure objections have been adjourned by agreement of the parties. The ECF Nos. for the cure objections that have been adjourned are 1428, 1429, 1463, 1475, 1476, 1485, 1490, 1503, 1504, 1508, 1509, 1510, 1512, 1513, 1514, 1515, 1516, 1522, 1523, 1524, 1525, 1527, and 1647.

5

47. BP Exploration & Production Inc.'s Objection to Assumption and Assignment of Executory Contracts **(ECF No. 1519)**

48. W&T Offshore, Inc. and W&T Energy VI, LLC's Objection to (A) Notice to Contract Counterparties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts and (B) Notice of Filing of Amended Schedule of Assumed Contracts and Cure Amounts **(ECF No. 1538)**

49. McMoran Oil & Gas LLC and Freeport-McMoran Oil & Gas LLC's Objection to (A) Notice to Contract Counterparties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts And Cure Amounts and (B) Notice of Filing of Amended Schedule of Assumed Contracts and Cure Amounts **(ECF No. 1542)**

**Replies and Briefs in Support:**

50. Declaration of Alex Orchowski of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors **(ECF No. 1521)**

51. Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors **(ECF No. 1552)**

52. Debtors' Memorandum of Law In Support of (I) Confirmation of Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Omnibus Reply to Objections Thereto **(ECF No. 1553); Supplemented by Debtors' Summary Chart of Plan Objections at ECF No. 1561**

53. Ad Hoc Group of Secured Lenders' (I) Statement in Support of Confirmation of Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors and (II) Joinder to Debtors' Omnibus Reply to Objections Thereto **(ECF No. 1554)**

54. Declaration of Marc J. Brown In Support of Debtors' Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1555)**

55. Declaration of John Paul Hanson In Support of Confirmation of the Debtors' Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No.1556)**

56. Declaration of Michael Dane in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors **(ECF No. 1558)**

57. Declaration of Clayton Gring In Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors **(ECF No. 1580)**

58. Second Declaration of Clayton Gring in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1643)**

**Related Documents:**

59. Notice of Filing of Plan Supplement in Connection with Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1394)**

60. Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts. Filed by Fieldwood Energy LLC **(ECF No. 1395)**

61. Notice of Filing of Amended Schedule of Assumed Contracts and Cure Amounts **(ECF No. 1456)**

62. Notice of Filing of Amended Plan Supplement in Connection with Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors **(ECF No. 1562)**

63. Notice of Filing of Redlines of Amended Plan Supplement Exhibits **(ECF No. 1569)**

64. Notice of Execution of Bonding commitment Letter by and Between Fieldwood Energy LLC and U.S. Specialty Insurance Company **(ECF No. 1585)**

65. Notice of Filing of Second Amended Plan Supplement in Connection with Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors **(ECF No. 1587)**

66. Notice of Filing of Redlines of Second Amended Plan Supplement Exhibits **(ECF No. 1621)**

67. Notice of Filing of Fifth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1641)**

68. Notice of Filing of Third Amended Plan Supplement in Connection with Fifth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1642)**

69. Notice of Filing of Fourth Amended Plan Supplement in Connection with Fifth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1645)**

**Witness and Exhibit Lists:**

70. XTO Offshore, Inc., HHE Energy Company, and XH, LC Witness and Exhibit List for Hearings Scheduled for June 18, 2021 at 9:30 a.m. **(ECF No. 1487); Amended by ECF No. 1574**

71. Notice of Exhibits and Witnesses to be Offered by Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company at the June 18, 2021 Hearing **(ECF No. 1565); Corrected at ECF No. 1566**

72. Witness and Exhibit List for Confirmation Hearing Scheduled for June 18, 2021 at 9:30 A.M. (Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC) **(ECF No. 1573); Amended by ECF No. 1644**

73. Ecopetrol America LLC's Witness and Exhibit List **(ECF No. 1575)**

74. Joint Surety's Witness and Exhibit List for Hearing Scheduled for June 16, 2021 at 2:00 p.m. **(ECF No. 1583); Ex. A Amended by ECF No. 1589**

75. ConocoPhillips Company, the Louisiana Land & Exploration Company, and Burlington Resources Offshore's Witness and Exhibit List for Hearings Scheduled for June 18, 2021 at 9:30 a.m. **(ECF No. 1588)**

76. Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company's Collective Witness and Exhibit List for June 18, 2021 Video/Telephonic Confirmation Hearing **(ECF No. 1591)**

77. Genesis Energy, L.P. and its Affiliates' Witness and Exhibit List for Hearings Scheduled June 18, 2021 **(ECF No. 1594)**

78. HCC International Insurance Company PLC'S Combined Witness and Exhibit List **(ECF No. 1595)**

79. Brian Cloyd's Witness and Exhibit List for Plan Confirmation Hearing **(ECF No. 1597)**

80. Lewis Andrews and Patrick Burnett's Witness and Exhibit List for Plan Confirmation Hearing **(ECF No. 1598)**

81. Shell Offshore, Inc.'s Witness and Exhibit List for Hearing on June 18, 2021 **(ECF No. 1599)**

82. Ad Hoc Group of Secured Lenders' Witness and Exhibit List for Confirmation Hearing on June 18, 2021 at 9:30 a.m. **(ECF No. 1600)**

83. Freeport-McMoran Oil & Gas LLC and McMoran Oil & Gas LLC's Witness and Exhibit List for Hearing Scheduled for June 18, 2021 at 9:30 a.m. **(ECF No. 1601)**

84. LLOG'S Witness and Exhibit List for Hearing on June 18, 2021 **(ECF No. 1603)**

85. Witness and Exhibit List for Confirmation Hearing (Hess Corporation) **(ECF No. 1604)**

86. Atlantic Maritime Services LLC's Witness and Exhibit List for June 18, 2021 Hearings Regarding Confirmation and Atlantic's Motion to Lift Stay **(ECF No. 1605)**

87. Philadelphia Indemnity Insurance Company's Witness and Exhibit List for June 18, 2021, Video/Telephonic Confirmation Hearing **(ECF No. 1606)**

88. BP Exploration & Production Inc.'s Witness and Exhibit List **(ECF No. 1607)**

89. Freeport-McMoRan Oil & Gas LLC and McMoRan Oil & Gas LLC's Amended Witness and Exhibit List for Hearing Scheduled for June 18, 2021 at 9:30 a.m. **(ECF No. 1608)**

90. Exhibit List for Hearing on June 18, 2021 at 9:30 a.m. Central (Valero) **(ECF No. 1609)**

91. Exhibit and Witness List of Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., and Talos Production Inc. **(ECF No. 1612); Amended by ECF No. 1622**

92. RLI Insurance Company's Witness and Exhibit List **(ECF No. 1613)**

93. Witness and Exhibit List (Zurich American) **(ECF No. 1614); Supplemented by ECF No. 1628**

94. Debtors' Witness and Exhibit List for Hearing on June 18, 2021 **(ECF No. 1615); Supplemented by ECF Nos. 1616, 1620, and 1625; Amended by ECF Nos. 1646 and 1648**

95. Cox Entities' Witness and Exhibit List for Hearing Scheduled for June 18, 2021 at 9:30 a.m. **(ECF No. 1624)**

96. Official Committee of Unsecured Creditors' Witness and Exhibit List for Confirmation Hearing on June 18, 2021 At 9:30 a.m. **(ECF No. 1626)**

97. The Hanover Insurance Company, Liberty Mutual Insurance Company, Travelers Casualty and Surety Company of America, and XL Specialty Insurance Company's Witness and Exhibit List **(ECF No. 1631)**

98. Multiklient Invest as Witness and Exhibit List **(ECF No. 1634)**

99. Marathon's Witness & Exhibit List for Hearing on Confirmation of the Debtors' Fifth Amended Joint Chapter 11 Plan **(ECF No. 1636)**

**B.** **Atlantic Maritime Services LLC's Motion for Limited Relief from Automatic Stay and Stay Extension Order Solely for the Purpose of Instituting Actions and Filing Notices of Lis Pendens to Preserve Atlantic's Liens on Non-Debtor Property (ECF No. 1380)**

Status:  This matter is going forward on a contested basis.

Responses:

1. Debtors' Objection to Atlantic Maritime Services LLC's Motion for Limited Relief from Automatic Stay and Stay Extension Order **(ECF No. 1492)**

Replies and Briefs in Support:

2. Atlantic Maritime Services LLC'S Reply in Support of its Motion for Limited Relief from Automatic Stay and Stay Extension Order Solely for the Purpose of Instituting Actions and Filing Notices of Lis Pendens to Preserve Atlantic's Liens on Non-Debtor Property **(ECF No. 1638)**

**C.** **Motions to file Under Seal**

1. Zurich American Insurance Company's Emergency Motion for Entry of an Order Authorizing it to File Portions of the Objection and Certain Exhibits Under Seal **(ECF No. 1444)**

    Status:  This matter is going forward on an uncontested basis.

    Responses:    None.

    Related Document:

    a. Zurich American Insurance Company's (I) Objection to Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Limited Objection to Assumption of Decommissioning Agreement **(ECF No. 1446)**

2. Philadelphia Indemnity Insurance Company's Emergency Motion for Entry of an Order Authorizing Philadelphia Indemnity Insurance Company to File Confidential Documents Under Seal (ECF No. 1450)

    Status: This matter is going forward on an uncontested basis.

    Responses:    None.

    Related Document:

    a. Philadelphia Indemnity Insurance Company's Omnibus Objection to the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its

       Affiliated Debtors and Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts **(ECF No. 1449)**

3. Emergency Motion of Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company for Entry of an Order Authorizing Them to File Certain Documents Under Seal **(ECF No. 1462)**

    <u>Status</u>:    This matter is going forward on an uncontested basis.

    <u>Responses</u>:    None.

    <u>Related Document</u>:

    a. Objection of Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company to the Fourth Amended Chapter 11 Plan **(ECF No. 1461)**

4. Motion of Debtors for Entry of an Order Authorizing Debtors to File Certain Confidential Documents Under Seal **(ECF No. 1632)**

    <u>Status</u>:    This matter is going forward on an uncontested basis.

    <u>Responses</u>:    None.

    <u>Related Document</u>:

    a. Debtors Amended Witness and Exhibit List for Hearing on June 18, 2021 **(ECF No. 1646); Amended by ECF No. 1648**

Dated: June 21, 2021
       Houston, Texas

Respectfully submitted,

  /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
          Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

  I hereby certify that, on June 21, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                 */s/  Alfredo R. Pérez*
                 Alfredo R. Pérez