# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, June 21, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Omar | Alaniz | Reed Smith LLP | Hess Corporation |
| Serajul | Ali | US DOJ | US Dept. of the Interior |
| Jeannie | Andresen | Dore Rothberg McKay | Woodgroup PSN |
| Jeannie | Andresen | Dore Rothberg McKay | Expro Americas, LLC |
| Jeannie | Andresen | Dore Rothberg McKay | Basic Energy Services, LP |
| Jeannie | Andresen | Dore Rothberg McKay | Irongate Rental Services |
| Yelena | Archiyan | Katten Muchin Rosenman LLP | Energy Transfer |
| John | Baay | Gieger, Laborde & Laperouse | LLOG Exploration Offshore, LLC |
| Brandon | Bains | Langley LLP | Travelers Casualty; Liberty Mutual Ins. Co.; The Hanover Ins. Co; and XL Specialty |
| Zachary | Balasko | U.S. Dept. of Justice | U.S. Dept. of the Interior |
| Matt | Barr | Weil | Debtors |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill | Zurich American Ins. Co. |
| Duane | Brescia | Clark Hill | Seitel Data, Ltd.; Zurich American Ins. Co. |
| Jase | Brown | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |
| Bob | Bruner | Norton Rose Fulbright | Anadarko |
| Clifford | Carlson | Weil | Debtors |
| Ryan | Chapple | Cain & Skarnulis | Cloyd, Andrews, Burnett |
| Kevin | Chiu | Baker Botts L.L.P. | Hunt Oil Company |
| Erin | Choi | Weil | Debtors |
| Erin | Choi | Weil, Gotshal & Manges | Debtors |
| Peter | D'Apice | Stutzman, Bromberg, Esserman & Plifka, P.C. | CNOOC Petroleum Offshore U.S.A. Inc |
| Sean | Davis | Winstead PC | SM Energy Company |
| Sean | Davis | Winstead PC | Japex (U.S.) Corp. |
| Mark | Dendinger | Bracewell LLP | Eni Petroleum US LLC and Eni US Operating Co. Inc. |
| philip | eisenberg | locke lord llp | HCCI International, US Specialty Insurance company, W&T Offshore, Merit Energy Company |
| Michael | Fishel | SIdley Austin LLP | Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC |
| Michael | Fishel | Sidley Austin LLP | Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC |
| Bobby | Forshey | Forshey & Prostok,LLP | XTO Energy |
| Bradley | Foxman | Vinson & Elkins LLP | Goldman Sachs as First Lien First Out Agent |
| Paul | Genender | Weil, Gotshal & Manges | Debtors |
| Ken | Green | Snow&Green, LLP | SBM Gulf Production, LLC |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |
| Elizabeth | Guffy | Locke Lord LLP | HCC International Insurance Company |
| Kris | Hansen | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| jan | hayden | Baker, Donelson et al | Samson Contour |
| Audrey | Hornisher | Clark Hill PLC | Zurich American Insurance Company |
| Tom | Howley | HOWLEY LAW PLLC | Genesis Energy, L.P. and certain affiliates |
| Josh | Judd | Andrews Myers, P.C. | Enterprise Gas Processing LLC |
| Benjamin | Kadden | Lugenbuhl | Atlantic Maritime Services, LLC |
| Brian | Kim | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |
| Michael | Kind | Locke Lord LLP | Cox Oil, LLC and certain affiliates |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, June 21, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Bradley | Knapp | Locke Lord LLP | HCC International Insurance Company Plc |
| Omer (Rick) | Kuebel III | LockeLord LLP | Freeport McMoran, McMoRan Oil and Gas LLC, ConocoPhillips Company, Merit Energy |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Keith | Langley | Langley LLP | Travelers Casualty; Liberty Mutual Ins. Co.; The Hanover Ins. Co; and XL Specialty |
| Scott | Leo | Law Offices of T. Scott Leo | North American Specialty Insurance Company |
| Jessica | Liou | Weil | Debtors |
| Jonathan | Lozano | Bracewell LLP | Eni US Operating Co. Inc.; Fieldwood Petroleum US LLC |
| Ryan | Manns | Norton Rose Fulbright US LLP | Shell Offshore, Inc. |
| Sylvia | Mayer | S. Mayer Law | Superior Performance |
| Ron | Miller | Weil, Gotshal & Manges | Debtors |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Company |
| Timothy | Million | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company |
| Sherry | Millman | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Leann | Moses | Carver Darden | JX Nippon Exploration (U.S.A.) Limited |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Kenneth | Pasquale | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Debtors |
| Mark | Platt | Frost Brown Todd | CGG Services (U.S.) Inc. |
| Randall | Rios | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company |
| Edward | Ripley | Andrews Myers, PC | Chevron USA Inc; Noble Energy, Inc.; Union Oil Company of California & Unocal Pipeline Company |
| Stephen | Roberts | Clark Hill | Zurich American Insurance Company |
| Stephen | Roberts | Clark Hill PLC | Zurich American Insurance Company |
| Taylor | Romero | Cain & Skarnulis PLLC | Brian Cloyd, Lewis Andrew, and Patrick Burnett |
| Suzanne (Suki) | Rosen | Forshey Prostok, LLP | XTO Offshore, Inc., HHE Energy Company, and XH, LLC |
| Chelsey | Rosenbloom | Locke Lord LLP | Cox Oil, LLC and certain affiliates |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Daniel | Shamah | O'Melveny & Myers | Restructuring Committee for Fieldwood Energy |
| Kevin | Simmons | Weil, Gotshal & Manges | Debtors |
| Kelly | Singer | Squire Patton Boggs (US) LLP | Ecopetrol America LLC |
| Barnet | Skelton | Barnet B. Skelton, Jr., Attorney at Law | Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC |
| Samantha | Smith | Weil, Gotshal & Manges | Debtors |
| Steve | Soule' | Hall Estill | Targa Midstream Services, LLC and Performance Energy Services, LLC |
| Matthew | Stein | Kasowitz Benson Torres LLP | Ad Hoc Committee of SLTL Lenders |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Clay | Taylor | Bonds Ellis Eppich Schafer Jones LLP | Marathon Oil Company |
| Victoria | Theriot | In-House Counsel | Acadian Contractors, Inc. and Broussard Brothers, Inc. |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, June 21, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Bill | Wallander | Vinson & Elkins | Goldman Sachs Bank USA |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Deborah | Williamson | Dykema Gossett | Valero Marketing and Supply Company |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Company |
| Thomas | Zabel | Zabel Freeman | Genesis entities |
| Jeffrey | Zeiger | Kirkland & Ellis LLP | Atlantic Maritime Services |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |