UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

ENTERED
06/22/2021

FILED
JUN 18 2021
Nathan Ochsner, Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | FIELDWOOD ENERGY LLC | |

This lawyer, who is admitted to the State Bar of _____Illinois_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Ralph J. Kooy<br>The Law Offices of T. Scott Leo, P.C.<br>100 N. LaSalle St., Suite # 514<br>Chicago, IL 60602<br>312-857-0910<br>Illinois & 6211023 |
|---|---|

Seeks to appear as the attorney for this party:

| North American Specialty Insurance Company |
|---|

| Dated: 6/18/2021 | Signed: /s/ Ralph J. Kooy |
|---|---|

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__ . |
|---|
| Dated: | Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: June 22, 2021

_____
Marvin Isgur
United States Bankruptcy Judge