# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, June 22, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Yelena | Archiyan | Katten Muchin Rosenman LLP | Energy Transfer |
| John | Baay | Gieger Laborde & Laperouse | LLOG Exploration Offshore |
| Brandon | Bains | Langley LLP | Liberty Mutual; Travelers; Hanover; and XL Specialty |
| Nicole | Bakare | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Zachary | Balasko | U.S. Dept. of Justice | U.S. Dept. of the Interior |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill | Zurich American Ins. Co.; Seitel Data, Ltd. |
| Jase | Brown | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |
| Karl | Burrer | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Ryan | Chapple | Cain $ Skarnulis, PLLC | Cloyd, Andrews, Burnett |
| Kevin | Chiu | Baker Botts L.L.P. | Hunt Oil Company |
| Peter | D'Apice | Stutzman, Bromberg, Esserman & Plifka, PC | CNOOC Petroleum Offshore U.S.A. Inc. |
| Mark | Dendinger | Bracewell LLP | Eni Petroleum US LLC and Eni US Operating Co. Inc. |
| Catherine | Diktaban | Hunton Andrews Kurth LLP | Apache Corporation |
| Craig | Duewall | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| philip | eisenberg | locke lord llp | HCCI International Ltd, US Specialty Insurance Company, W&T Offshore Inc, Merit Energy Company |
| Michael | Fishel | Sidley Austin LLP | Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC |
| Anthony | Greene | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |
| Kris | Hansen | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Shari | Heyen | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| John | Hutton | Greenberg Traurig, P.A. | BP Exploration & Production Inc. |
| Bradley | Knapp | Locke Lord LLP | HCC International Insurance Company Plc |
| Omer (Rick) | Kuebel III | LockeLord LLP | McMoRan Oil and Gas, ConocoPhillips Company |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Keith | Langley | Langley LLP | Liberty Mutual; Travelers; Hanover; and XL Specialty |
| Ryan | Manns | Norton Rose Fulbright US LLP | Shell Offshore, Inc. |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Company |
| Sherry | Millman | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Michael | Morfey | Hunton Andrews Kurth LLP | Apache Corporation |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Limited |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Kenneth | Pasquale | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, June 22, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Mark | Platt | Frost Brown Todd LLC | CGG Services (U.S.) Inc. |
| Randall | Rios | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company |
| Edward | Ripley | Andrews Myers PC | Chevron USA Inc.; Noble Energy, Inc.; Union Oil Company of California; & Unocal Pipeline Company |
| Suzanne (Suki) | Rosen | Forshey Prostok, LLP | XTO Offshore, Inc., HHE Energy Company, and XH, LLC |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Abigail | Ryan | Texas Atty. General's Office | Railroad Commission of Texas |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Clay | Taylor | Bonds Ellis Eppich Schafer Jones LLP | Marathon Oil Company |
| Victoria | Theriot | In-House Counsel | Acadian Contractors, Inc. and Broussard Brothers, Inc. |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Jared | Weir | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Company |
| Jeffrey | Zeiger | Kirkland & Ellis LLP | Atlantic Maritime Services |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, Sirius America Insurance Company |