

ENTERED
06/24/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING EMERGENCY MOTION OF ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY FOR ENTRY OF AN ORDER AUTHORIZING THEM TO FILE <u>CERTAIN DOCUMENTS UNDER SEAL</u>**
(Relates to Docket No. ____)

After due consideration of the emergency motion (the "**Motion**")[2] filed by Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company (collectively, "**Movants**") for an order pursuant to sections 105(a) and 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and General Order 2021-1 of the Bankruptcy Court for the Southern District of Texas, authoring them to file their Objection and certain exhibits thereto (*i.e.*, the Confidential Materials) under seal, as more fully set forth in the Motion; and the Court having jurisdiction to consider the

---

[1] The Debtors, each of which have filed a separate voluntary petition, are: Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Inc.; Fieldwood Energy Offshore LLC; Fieldwood Onshore LLC; Fieldwood SD Offshore LLC; Fieldwood Offshore LLC; FW GOM Pipeline, Inc.; GOM Shelf LLC; Bandon Oil and Gas GP, LLC; Bandon Oil and Gas, LP; Fieldwood Energy SP LLC; Galveston Bay Pipeline LLC; and Galveston Bay Processing LLC.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *Emergency Motion of Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company for Entry of an Order Authorizing Them to File Certain Documents Under Seal.*

Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Movants are hereby authorized to file the Confidential Materials under seal;

2. Movants are hereby authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: June 24, 2021

_____
Marvin Isgur
United States Bankruptcy Judge