# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Thursday, June 24, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Omar | Alaniz | Reed Smith LLP | Hess Corporation |
| Yelena | Archiyan | Katten Muchin Rosenman LLp | Energy Transfer |
| John | Baay | Gieger Laborde & Laperouse | LLOG |
| Brandon | Bains | Langley LLP | Travelers Casualty; Liberty Mutual; Hanover Ins.; and XL Specialty |
| Nicole | Bakare | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill | Zurich American Ins. Co., Seitel Data, Ltd. |
| Jase | Brown | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, Sirius America Insurance Company |
| Karl | Burrer | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Kevin | Chiu | Baker Botts L.L.P. | Hunt Oil Company |
| Mark | Dendinger | Bracewell LLP | Eni Petroleum US LLC and Eni US Operating Co. Inc. |
| Craig | Duewall | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| philip | eisenberg | locke Lord LLP | HCCI International Ltd; US Specialty Insurance Company; W&T Offshore Inc; Merit Energy Company |
| Michael | Fishel | Sidley Austin LLP | Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC |
| Brad | Foxman | Vinson & Elkins LLP | Goldman Sachs |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, Sirius America Insurance Company |
| Kris | Hansen | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones LLP | Official Committee of unsecured Creditors |
| Shari | Heyen | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| John | Hutton | Greenberg Traurig, P.A. | BP Exploration & Production Inc. |
| Michael | Kind | Locke Lord LLP | Cox Oil, LLC and affiliated entities |
| Bradley | Knapp | Locke Lord LLP | McMoRan, W&T, Merit, and ConocoPhillips |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Keith | Langley | Langley LLP | Travelers Casualty; Liberty Mutual; Hanover Ins.; and XL Specialty |
| Ryan | Manns | Norton Rose Fulbright US LLP | Shell Offshore Inc. |
| Timothy | Milllion | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company |
| Sherry | Millman | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Limited |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Kenneth | Pasquale | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Mark | Platt | Frost Brown Todd LLC | CGG Services (U.S.) Inc. |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Thursday, June 24, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Randall | Rios | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company |
| Edward | Ripley | Andrews Myers PC | Chevron USA Inc.; Noble Energy, Inc; Union Oil company of California & Unocal Pipeliner Company |
| Suzanne (Suki) | Rosen | Forshey Prostok, LLP | XTO Offshore, Inc., HHE Energy Company, and XH, LLC |
| Abigail | Ryan | Texas Attorney General's Office | Railroad Commission of Texas |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Matthew | Stein | Kasowitz Benson Torres LLP | Ad Hoc Committee of SLTL Lenders |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Victoria | Theriot | In-House Counsel | Acadian Contractors, Inc. and Broussard Brothers, Inc. |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Jared | Weir | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Randy | Williams | Cain & Skarnulis PLLC | Andrews/Burnett/Cloyd Maritime Injury Claimants |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Company |
| Jeffrey | Zeiger | Kirkland & Ellis LLP | Atlantic Maritime Services LLC |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, Sirius America Insurance Company |