# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Friday, June 25, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Yelena | Archiyan | Katten Muchin Rosenman LLP | Energy Transfer |
| John | Baay | Gieger Laborde & Laperouse | LLOG Exploration Offshore |
| Brandon | Bains | Langley LLP | XL Specialty; Hanover Ins.; Travelers Casualty; and Liberty Mutual Ins. |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill | Zurich American Ins. Co., Seitel Data, Ltd. |
| Jase | Brown | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |
| Mark | Dendinger | Bracewell LLP | Eni Petroleum US LLC and Eni US Operating Co. Inc. |
| Catherine | Diktaban | Hunton Andrews Kurth LLP | Apache Corporation |
| philip | Eisenberg | Locke lord LLP | HCCI International Ltd; US Specialty Insurance Company; W&T Offshore Inc.; Merit Energy Company |
| Michael | Fishel | Sidley Austin LLP | Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC |
| Brad | Foxman | Vinson & Elkins | Goldman Sachs |
| Kris | Hansen | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Michael | Kind | Locke Lord LLP | Cox Oil, LLC and affiliated entities |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Keith | Langley | Langley LLP | XL Specialty; Hanover Ins.; Travelers Casualty; and Liberty Mutual Ins. |
| Ryan | Manns | Norton Rose Fulbright US LLP | Shell Offshore Inc. |
| Sherry | Millman | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Limited |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Kenneth | Pasquale | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Edward | Ripley | Andrews Myers, PC | Chevron USA Inc.; Noble Energy, Inc.; Union Oil Company of California; & Unocal Pipeline Company |
| Suzanne (Suki) | Rosen | Forshey Prostok, LLP | XTO Offshore, Inc., HHE Energy Company, XH, LLC |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Abigail | Ryan | Texas Attorney General's Office | Railroad Commission of Texas |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Barnet | Skelton | Barnet B. Skelton, Jr., Attorney at Law | Houston Energy Deepwater Ventures I, LLC and Red Willow Offshore, LLC |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Victoria | Theriot | In-House Counsel | Acadian Contractors, Inc. and Broussard Brothers, Inc. |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Friday, June 25, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Company, Ironshore Indemnity, Sompo International |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |