UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>**FIELDWOOD ENERGY LLC**, *et al*.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-33948 (MI)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO FIRST INTERIM FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 20, 2021 THROUGH APRIL 30, 2021**
[Related Docket No. 1400]

The undersigned hereby certifies as follows:

1. On May 27, 2021, the *First Interim Fee Application of Pachulski Stang Ziehl & Jones, LLP for Allowance of Compensation for Services Rendered as Counsel to the Official Committee of Unsecured Creditors for the Period From January 20, 2021 Through April 30, 2021* [Docket No. 1400] (the "Application") was filed with the Court by Pachulski Stang Ziehl & Jones, LLP.

2. Responses, if any, to the Application were required to have been filed with the Court on or before June 10, 2021 (the "Response Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042

DOCS_NY:43519.1 27968/001

3. The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel. Accordingly, the undersigned respectfully requests that the form of Order granting the Application attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: June 25, 2021 | */s/ Michael D. Warner* |
| | Michael D. Warner (TX Bar No. 00792304) |
| | Benjamin L. Wallen (TX Bar No. 24102623) |
| | **Pachulski Stang Ziehl & Jones LLP** |
| | 440 Louisiana Street, Suite 900 |
| | Houston, TX 77002 |
| | (713) 691-9385 |
| | (713) 691-9407 (fax) |
| | mwarner@pszjlaw.com |
| | bwallen@pszjlaw.com |
| | |
| | *Co-Counsel for The Official Committee of Unsecured Creditors* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Warner*
Michael D. Warner