**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC, *et al*.** [1] | **Case No. 20-33948 (MI)** |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF NO OBJECTION TO THIRD INTERIM FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIELDWOOD ENERGY LLC, *ET* AL., FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**

[Related Docket No. 1401]

The undersigned hereby certifies as follows:

1. On May 27, 2021, the *Third Interim Fee Application of Stroock & Stroock & Lavan LLP, as Counsel to the Official Committee of Unsecured Creditors of Fieldwood Energy LLC,* et *al., for the Period From February 1, 2021 Through April 30, 2021* [Docket No. 1401] (the "Application") was filed with the Court by Stroock & Stroock & Lavan LLP.

2. Responses, if any, to the Application were required to have been filed with the Court on or before June 10, 2021 (the "Response Deadline").

3. The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042

DOCS_NY:43519.1 27968/001

-1-

the undersigned counsel. Accordingly, the undersigned respectfully requests that the form of Order granting the Application attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

Dated: June 25, 2021

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
**Pachulski Stang Ziehl & Jones LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
(713) 691-9385
(713) 691-9407 (fax)
mwarner@pszjlaw.com
bwallen@pszjlaw.com

*Co-Counsel for The Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of June, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

                                                        */s/ Michael D. Warner*
                                                        Michael D. Warner