# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, [1] | § § | Case No. **20-33948 (MI)** |
| Debtor. | § § § | (Jointly Administered) |

**ORDER APPROVING THIRD INTERIM APPLICATION OF CONWAY MACKENZIE, LLC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH AND INCLUDING APRIL 30, 2021**

Upon consideration of the third interim fee application (the "Third Interim Application") of Conway MacKenzie, LLC. ("Conway MacKenzie") for allowance of compensation for services rendered and reimbursement of expenses incurred as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for the period from February 1, 2021 through April 30, 2021 (the "Third Interim Period"); and the Court having reviewed the Third Interim Application; and all applicable requirements of the Bankruptcy Code and the Bankruptcy Rules having been satisfied; and sufficient notice of the Third Interim Application having been provided and no other or further notice being required; and all persons with standing having been afforded an opportunity to be heard on the Third Interim Application at a hearing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

held to consider approval of thereof; and after due deliberation thereon and good and sufficient notice appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Conway MacKenzie is allowed, on an interim basis, compensation in the amount of $956,768.00 for professional services rendered as Financial Advisor to the Committee during the Third Interim Period.

2. Conway MacKenzie is allowed the reimbursement of reasonable and necessary expenses incurred during the Third Interim Period in connection with its services to the Committee in the amount of $5,911.25.

3. The Debtors are authorized and directed to remit payment to Conway MacKenzie in the above amounts, less all amounts, if any, that the Debtors previously paid to Conway MacKenzie on account of such fees and expenses.

4. The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

5. This Order shall be effective immediately upon entry.

SIGNED this _____ day of _____.

_____
THE HONORABLE MARVIN P. ISGUR
UNITED STATES BANKRUPTCY JUDGE