Exhibit A
<u>Decommissioning Project and Turnkey Amount</u>

The Decommissioning Project assets consist of all platforms (and appurtenances thereto) under Right of Use and Easement (RUE) No. OCS-G 30244: these platforms include Eugene Island 63 Platforms A, B and C (Complex ID 21515).  For clarification, the Decommissioning Project assets do not include any Excluded Wells.

[End of Exhibit A]