Exhibit B
<u>Excluded Wells</u>

The Excluded Wells include without limitation the following wells drilled on Eugene Island Block 63:

| API Well Number | Well Name | Well Name Suffix | Bottom Lease Number | Spud Date | Status Code |
|---|---|---|---|---|---|
| 177094034001 | 002 | ST01BP00 | 00425 | 03/06/1979 | PA |
| 177094052503 | 003 | ST03BP00 | 00425 | 11/16/1998 | PA |
| 177094055300 | 004 | ST00BP00 | 00425 | 02/13/1983 | PA |
| 177094056200 | 005 | ST00BP00 | 00425 | 03/27/1983 | PA |
| 177090044900 | A001 | ST00BP00 | 00425 | 05/10/1957 | PA |
| 177090045000 | A002 | ST00BP00 | 00425 | 08/11/1957 | PA |

[End of Exhibit B]