IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF HEARING**
(ECF Nos. 1412, 1415, 1539, 1540)

**PLEASE TAKE NOTICE** that on May 28, 2021, BP Exploration & Production, Inc. ("**BP**") filed the *Motion of BP to Quash Debtors' Bankruptcy Rule 2004 Discovery Requests* (ECF No. 1415) and Shell Offshore Inc. ("**Shell**") filed *Shell's Motion to Quash Debtors' Notice of Bankruptcy Rule 2004 Request for Production of Documents from Shell* (ECF No. 1412) (collectively, the "**Motions**");

**PLEASE TAKE FURTHER NOTICE** that on June 11, 2021, the Debtors filed *Debtors' Response to Motion of BP to Quash Debtors' Bankruptcy Rule 2004 Discovery Requests* (ECF No. 1539) and *Debtors' Response to Motion of Shell to Quash Debtors' Bankruptcy Rule 2004 Discovery Requests* (ECF No. 1540) (collectively, the "**Responses**");

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions has been set to take place on **July 9, 2021 at 10:00 am CT**. The hearing will be conducted by phone and videoconference.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**PLEASE TAKE FURTHER NOTICE** that it is anticipated that all persons will appear telephonically and also may appear via video at the hearing. Audio communication will be by use of the court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Bankruptcy Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "judgeisgur" in the GoToMeeting app or click the link on Judge Isgur's home page (https://www.gotomeet.me/JudgeIsgur) on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: June 29, 2021
Houston, Texas

Respectfully Submitted,

 /s/ Paul R. Genender
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
         Jessica.Liou@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Paul R. Genender (00790758)
Erin M. Choi (24079436)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Email: Paul.Genender@weil.com
         Erin.Choi@weil.com

*Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that on June 29, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Paul R. Genender*
                                              Paul R. Genender