IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC., *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Appellants Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company (collectively, "Lexon" or "Appellants"), by and through their undersigned counsel, Harris Beach PLLC, file this Notice of Appeal pursuant to 28 U.S.C. § 158(a)(1) and Rule 8003 of the Federal Rules of Bankruptcy Procedure.

Specifically, Appellants appeal to the United States District Court for the Southern District of Texas this Court's Findings of Fact, Conclusions of Law, and Order Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [Dkt. No. 1751], entered on June 25, 2021, (the "Confirmation Order") to the extent the Confirmation Order, including any findings of fact or conclusions of law therein, purports to eliminate or impair Appellants' suretyship rights including its rights of subrogation, reimbursement, exoneration and restitution with respect to any of the post-confirmation entities, including NewCo and its subsidiaries and affiliates (including Credit Bid Purchasers) pursuant to 11 U.S.C. §§ 363 or 365 or otherwise, by purporting to strip away those rights

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

and failing to recognize or require the assumption or transfer of such obligations related to the leases and property interests of the Debtors distributed to the post-confirmation entities.

**Part 1: Identification of Appellant**

1. Name of Appellants - Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company.

2. Position of Appellants in bankruptcy case - sureties of the Debtors.

**Part 2: Identification of the Subject of this Appeal**

1. Whether the bankruptcy court erred in confirming the June 25, 201, Confirmation Order to the extent the Confirmation Order, including any findings of fact or conclusions of law therein, authorizes (a) any assumption by the Debtor(s) and assignment of any leases to, or, (b) any sale of assets to any post-confirmation entities, including Newco and its subsidiaries and affiliates including Credit Bid Purchaser(s), in each case free and clear of Appellants' future subrogation rights, rights of reimbursements, rights of restitution or existing and future rights of exoneration, pursuant to 11 U.S.C. §§ 353 or 365 or otherwise. The Confirmation Order is attached hereto as **Exhibit A**.

**Part 3: Identification of the other Parties to the Appeal**

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys are as follows:

1. Appellants: Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company

   Attorneys for Appellants:

   HARRIS BEACH PLLC

   BY: /s/ Lee E. Woodard
   Lee E. Woodard, Esq.
   HARRIS BEACH PLLC

333 W. Washington Street, Suite 200
Syracuse, New York 13202
Telephone: (315) 423-7100
Email: bkemail@harrisbeach.com
        lwoodard@harrisbeach.com
Admitted *Pro Hac Vice*

2. Debtors: Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Inc.; Fieldwood Energy Offshore LLC; Fieldwood Onshore LLC; Fieldwood SD Offshore LLC; Fieldwood Offshore LLC; FW GOM Pipeline, Inc.; GOM Shelf LLC; Bandon Oil and Gas GP, LLC; Bandon Oil and Gas, LP; Fieldwood Energy SP LLC; Galveston Bay Pipeline LLC; and Galveston Bay Processing LLC.

Attorneys for Debtors:

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez
Clifford W. Carlson
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000

   -AND-

WEIL, GOTSHAL & MANGES LLP
Paul Richard Genender
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7877

   -AND-

WEIL, GOTSHAL & MANGES LLP
Jason George (admitted *pro hac vice*)
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue New York
New York 10153
Telephone: (212) 310-8000

3. Credit Bid Purchaser: Mako Buyer 2, LLC and all subsidiaries and affiliates

Attorneys for Credit Bid Purchaser and all subsidiaries and affiliates:

DAVIS POLK & WARDWELL LLP
Damian Schaible
Natasha Tsiouris, Esq.
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800

Dated: July 1, 2021

                                      Respectfully Submitted,

                                      HARRIS BEACH PLLC

                                      By: */s/ Lee E. Woodard*
                                      Lee E. Woodard (*admitted pro hac vice*)
                                      300 Washington Street, Suite 200
                                      Syracuse, New York 13202
                                      Telephone: (315) 423-7100
                                      Email: bkemail@harrisbeach.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appeal was served by electronic delivery on all persons and entities receiving ECF notice in this case on July 1, 2021.

*/s/ Lee E. Woodard*
Lee E. Woodard

294335\4841-6107-9280\ v3