IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,**[1] | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**ORDER GRANTING THE SURETIES' EMERGENCY MOTION FOR A STAY PENDING APPEAL, OR IN THE ALTERNATIVE, AMENDING THE CONFIRMATION ORDER**
(Relates to Doc. No. ____)

This matter having come before the Court *via* emergency motion filed by Aspen American Insurance Company, Berkley Insurance Company and Sirius America Insurance Company (the "Sureties"), seeking a stay of the Order Confirming the Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [Dkt. No. 1751], or in the Alternative, for an Order Amending the Confirmation Order, and this Court having read and considered the moving papers, as well as any opposition papers, and in consideration of oral argument, and for good cause shown;

IT IS HEREBY ORDERED that the Sureties' motion:

(1) is GRANTED and that the Order Confirming the Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [Dkt. No. 1751] is hereby stayed pending the Sureties' appeal;

---

[1] The Debtors, each of which have filed a separate voluntary petition, are: Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Inc.; Fieldwood Energy Offshore LLC; Fieldwood Onshore LLC; Fieldwood SD Offshore LLC; Fieldwood Offshore LLC; FW GOM Pipeline, Inc.; GOM Shelf LLC; Bandon Oil and Gas GP, LLC; Bandon Oil and Gas, LP; Fieldwood Energy SP LLC; Galveston Bay Pipeline LLC; and Galveston Bay Processing LLC.

IN THE ALTERNATIVE, IT IS HEREBY ORDERED that the Sureties' motion:

(1) is GRANTED and that the Order Confirming the Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [Dkt. No. 1751] is hereby modified to reflect that the sureties' future subrogation rights, which have not yet arisen, as against NewCo and any of its subsidiaries (including Credit Bid Purchaser) remain fully intact and nothing in the Plan or Confirmation Order shall be construed otherwise.

DATED: _____

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

HB: 4853-0725-7585.1