UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | | Case No. 20-33948 (MI) |
| Debtors.[1] | | (Jointly Administered) |

## LLOG'S WITNESS AND EXHIBIT LIST FOR HEARING ON JULY 8, 2021

LLOG Exploration Offshore, L.L.C. and LLOG Energy, L.L.C. (collectively, "LLOG") files this witness and exhibit list (the "**Witness and Exhibit List**") for Debtors' Confirmation Hearing scheduled for **Thursday, July 8, 2021 at 1:30 p.m. (Prevailing Central Time)** before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas (the "**Hearing**"):

## WITNESSES

LLOG may call any of the following witnesses at the Hearing:

1. Lee E. George (Expert Witness)

2. James Bassi (Fact Witness)

3. Allyson Bolton Peters (Fact Witness)

4. Any witness necessary to authenticate a document, either through witness testimony or custodial affidavit.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

279397v1

5. Any witness called or listed by Debtors.

6. Any rebuttal or impeachment witnesses.

## EXHIBITS[2]

| ECF No | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1603-1 | Offshore Operating Agreement, dated December 12, 2002, covering Lease Nos. OCS-G 24154/GC 157 & OCS-G 12210/GC 201 | X | | Admitted | |
| 1603-2 | Ratification and First Amendment to Operating Agreement | X | | Admitted | |
| 1603-3 | Statement of Outstanding P&A JIBs | | | | |
| 1603-4 | 1340226 MOB 2247-715 COB 2182-505 (Conversion Documents) | X | | Admitted | |
| 1603-5 | Farmout Agreement | X | | Admitted | |
| 1603-6 | Assignment and Conveyance of Overriding Royalty Interest | X | | Admitted | |
| 1603-7 | Declaration of Allyson Bolton Peters | | | | |
| 1603-8 | 1328132 MOB 2201-579 COB 2161-634 (MOA) | X | | Admitted | |
| 1603-9 | 1331665 MOB 2215-126 COB 2167-593 (Correction to MOA) | X | | Admitted | |
| 1603-10 | UCC 1434772 | X | | Admitted | |
| 1603-11 | UCC 1473361 | X | | Admitted | |
| 1603-12 | UCC 1473362 | X | | Admitted | |
| 1603-13 | UCC 1473363 | X | | Admitted | |
| 1603-14 | UCC 1473364 | X | | Admitted | |

---

[2] The Exhibits marked herein reflect the Court's rulings on offered exhibits during the Confirmation Hearing on June 21, 2021. See Confirmation Hearing Transcript, 308:4- 311:7 and 321:16 – 323:24, attached hereto as Exhibit A.

279397v1

| | | | | | |
|---|---|---|---|---|---|
| 1603-15 | UCC 1552263 | X | | Admitted | |
| 1603-16 | 1450879 MOB 2645-470 (Notice and Request of Reinscription) | X | | Admitted | |
| 1603-17 | Assignment, Bill of Sale and Conveyance | X | | Admitted | |
| 1603-18 1603-19 | Equity Purchase Agreement – Part 1 and Part 2 | X | | Admitted | |
| 1603-20 | 1473360 MOB 2716-268 COB 2412-270 (Amendment and Ratification of Memorandum of Operating Agreement and Financing Statement (Louisiana) | X | | Admitted | |
| 1603-21 | Overriding Royalty Assignment (SOI/Fieldwood) | X | | Admitted | |
| 1603-22 | NSAI Reserve Report (as of June 1, 2021) | | | | |
| 1603-23 | VR272-SMI102 Abandonment Estimates | | | | |
| 1603-24 | GC 157-201 Abandonment Estimates | X | | Admitted | |
| 1603-25 | Serial Register Page (G-24872) | X | | Admitted | |
| 1603-26 | Serial Register Page (G-24870) | X | | Admitted | |
| 1603-27 | Serial Register Page (G-24154) | X | | Admitted | |
| 1603-28 | Serial Register Page (G-23872) | X | | Admitted | |
| 1603-29 | Serial Register Page (G-14412) | X | | Admitted | |
| 1603-30 | Serial Register Page (G-12210) | X | | Admitted | |
| 1603-31 | JIB Invoice February 2020 | X | | Admitted | |
| 1603-32 | JIB Invoice March 2020 | X | | Admitted | |
| 1603-33 | JIB Invoice April 2020 | X | | Admitted | |
| 1603-34 | JIB Invoice May 2020 | X | | Admitted | |
| 1603-35 | JIB Invoice June 2020 | X | | Admitted | |
| 1603-36 | JIB Invoice July 2020 | X | | Admitted | |
| 1603-37 | JIB Invoice August 2020 | X | | Admitted | |
| 1603-38 | JIB Invoice September 2020 | X | | Admitted | |

279397v1

| | | | | | |
|---|---|---|---|---|---|
| 1603-39 | JIB Invoice October 2020 | X | | Admitted | |
| 1603-40 | LLOG May 18, 2020, Notice of Default | X | X | Admitted | Limited |
| 1603-41 | December 18, 2019, Apache Closing Letter | X | | Admitted | |
| | Debtors' Fourth Amended Chapter 11 Plan (Docket No. 1284) | | | | |
| | Debtors Amended Disclosure Statement (Docket No. 1285) | | | | |
| | Debtors' Plan Supplements (Docket Nos. 1394, 1562, 1569) | | | | |
| | Any exhibits listed, designated, or offered by any other Party | | | | |
| | Any exhibits necessary for rebuttal | | | | |
| | Any pleadings, exhibits thereto, or documents filed into the records of this proceeding, whether by the parties hereto or any other person or entity | | | | |

LLOG reserves any and all rights to amend and/or supplement the Witness and Exhibit List prior to the Hearing, to call or introduce one or more, or none, of the witnesses and exhibits listed above, to call any witnesses designated by any other party, and to use any other exhibit designated by any other party to the Hearing. LLOG further reserves the right to rely upon, or ask this Court to take judicial notice of, any pleadings, transcripts, and/or other documents filed in connection with this Bankruptcy Case.

279397v1

Dated: July 6, 2021.

                                                   Respectfully submitted,

                                                   */s/ John E. W. Baay II*
                                                   JOHN E. W. BAAY, II
                                                 Texas State Bar No. 798042
                                                 GIEGER, LABORDE & LAPEROUSE, L.L.C.
                                                 Suite 4800, 701 Poydras Street
                                                 New Orleans, Louisiana 70139-4800
                                                 Telephone: (504) 561-0400
                                                 Facsimile: (504) 561-0100
                                                 Email: jbaay@glllaw.com
                                                 *Counsel for* LLOG Energy, L.L.C. & LLOG Exploration Offshore, L.L.C.

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that a true and correct copy of the above and foregoing e was served via electronic mail on the 6th day of July, 2021, upon all parties in interest listed on the ECF service list.

                                                         /s/ John E. W. Baay II

279397v1