IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

### AD HOC GROUP OF SECURED LENDERS' WITNESS AND EXHIBIT LIST FOR HEARING ON JULY 6, 2021 AT 3:30 P.M.

The Ad Hoc Group of Secured Lenders (the "Ad Hoc Group") files this *Ad Hoc Group of Secured Lenders' Witness and Exhibit List for Hearing on July 6, 2021 at 3:30 p.m.* (the "Witness and Exhibit List") with respect to the hearing on the *Emergency Motion of Aspen American Insurance Company, Berkley Insurance Company, and Sirius America Insurance Company for a Stay, Pursuant to Bankruptcy Rule 8007, of the Order Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors, or in the Alternative, for an Order Amending the Confirmation Order, Pursuant to Bankruptcy Rule 9023* [Docket No.1796] scheduled for July 6, 2021 (the "Hearing") and respectfully designates the following witnesses and exhibits:

### WITNESSES

1. Any witness designated by any other party; and

2. Any rebuttal or impeachment witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

**EXHIBITS**

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| 1. | Any exhibit designated by any other party | | | | | |
| 2. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | | |
| 3. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | |

The Ad Hoc Group reserves the right to ask the Court to take judicial notice of pleadings and transcripts and/or documents filed in or in connection with the Debtors' bankruptcy cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the Hearing. Designation of any exhibit above does not waive any objections the Ad Hoc Group may have to any exhibit listed on any other party's exhibit list.

DATED: July 6, 2021

Respectfully submitted,

By: */s/ Charles A. Beckham, Jr.*

Charles A. Beckham, Jr.
Texas State Bar No. 02016600
Martha Wyrick
Texas State Bar No. 24101606
**HAYNES AND BOONE, LLP**
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone.: (713) 547-2000
Facsimile: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: martha.wyrick@haynesboone.com

**COUNSEL FOR THE AD HOC GROUP OF SECURED LENDERS**

Damian S. Schaible (admitted *pro hac vice*)
Natasha Tsiouris (admitted *pro hac vice*)
Joshua Y. Sturm (admitted *pro hac vice*)
Michael P. Pera (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: damian.schaible@davispolk.com
Email: natasha.tsiouris@davispolk.com
Email: joshua.sturm@davispolk.com
Email: michael.pera@davispolk.com

**COUNSEL FOR THE AD HOC GROUP OF SECURED LENDERS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by electronic transmission via the Court's ECF system to all parties authorized to receive electronic notice in this case on July 6, 2021.

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.