IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | |
| | § | **Chapter 11** |
| **Fieldwood Energy LLC, *et al.*,**[1] | § § | |
| | § | |
| | § | **Case No. 20-33948 (MI)** |
| **Debtors.** | § | |
| | § | **(Jointly Administered)** |
| | § | |

## ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY'S COLLECTIVE WITNESS AND EXHIBIT LIST FOR JULY 6, 2021 VIDEO/TELEPHONIC HEARING

Aspen American Insurance Company, Berkley Insurance Company and Sirius America Insurance Company (collectively the **"Sureties"**) by and through their undersigned counsel, hereby file this witness and exhibit list (the "Witness and Exhibit List") for the video/telephonic hearing scheduled for July 6, 2021 at 3:30 p.m. (CST) (the "Hearing"), on their *Emergency Motion for a Stay, Pursuant to Bankruptcy Rule 8007, of the Order Confirming Eighth Amended Joint Chapter 11 Plan Of Fieldwood Energy LLC and its Affiliated Debtors, or in the Alternative, for an Order Amending the Confirmation Order, Pursuant to Bankruptcy Rule 9023*.

### **WITNESSES**

The Sureties may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party.

2. Any rebuttal witnesses as needed.

---

[1] The Debtors, each of which have filed a separate voluntary petition, are: Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Inc.; Fieldwood Energy Offshore LLC; Fieldwood Onshore LLC; Fieldwood SD Offshore LLC; Fieldwood Offshore LLC; FW GOM Pipeline, Inc.; GOM Shelf LLC; Bandon Oil and Gas GP, LLC; Bandon Oil and Gas, LP; Fieldwood Energy SP LLC; Galveston Bay Pipeline LLC; and Galveston Bay Processing LLC.

# EXHIBITS

The Sureties may offer into evidence any one of more or the following exhibits:

| Exhibit No. | Description | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|
| 1 | Spreadsheet of the Surety Bonds and corresponding obligations, as well as the Surety Bonds themselves. | | | | |
| 2 | Confirmation Hearing Day 1 Transcript (June 21, 2021) | | | | |
| 3 | Confirmation Hearing Day 4 Transcript (June 24, 2021) | | | | |
| 4 | Confirmation Hearing Day 5 Transcript (June 25, 2021) | | | | |
| 5 | Confirmation Hearing Day 2 Transcript (June 22, 2021) | | | | |
| 6 | Confirmation Hearing Day 3 Transcript (June 23, 2021) | | | | |
| | Any exhibit designated by any other party. | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases. | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party. | | | | |

The Sureties reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

*[Remainder of page intentionally left blank]*

Dated: July 6, 2021

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ *Randall A. Rios*
Randall A. Rios
State Bar No. 16935865
Timothy A. Million
State Bar No. 24051055
600 Travis, Suite 2350
Houston, Texas 77002
Tel: 713-525-6226
Fax: 713-647-6884
Email: randy.rios@huschblackwell.com
Email: tim.million@huschblackwell.com

**CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, AND SIRIUS AMERICA INSURANCE COMPANY**

**-AND-**

Armen Shahinian, Esq. (admitted *pro hac vice*)
(ashahinian@csglaw.com)
Scott A. Zuber, Esq. (admitted *pro hac vice*)
(szuber@csglaw.com)
Jase A. Brown, Esq. (admitted *pro hac vice*)
(jbrown@csglaw.com)

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, New Jersey 07052

**ATTORNEY FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, AND SIRIUS AMERICA INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2021, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Timothy A. Million
Timothy A. Million