# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, July 6, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Zachary | Balasko | U.S. Dept. of Justice | U.S. Dept. of the Interior |
| Matthew | Barr | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill | Zurich American Ins. Co. |
| Jase | Brown | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company and Sirius America Insurance Company |
| Clifford | Carlson | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Erin | Choi | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Erin | Choi | Weil, Gotshal & Manges LLP | Fieldwood |
| Brad | Foxman | Vinson & Elkins LLP | Goldman Sachs |
| Paul | Genender | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Scott | Leo | Law Offices of T. Scott Leo | North American Specialty Insurance Company |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Company |
| Timothy | Million | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, & Sirius America Insurance Company |
| Sherry | Millman | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Limited |
| Alfredo R. | Pérez | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Randall | Rios | Husch Blackwell, LLP | Aspen American Insurance Company, Berkley Insurance Company, and Sirius America Insurance Company. |
| Edward | Ripley | Andrews Myers, PC | Chevron U.S.A. Inc.; Noble Energy, Inc.; Texaco Inc.; Union Oil Company of California; & Unocal Pipeline Company |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Clay | Taylor | Bonds Ellis Eppich Schafer Jones LLP | Marathon Oil Company |
| Victoria | Theriot | In-House Counsel | Acadian Contractors, Inc. and Broussard Brothers, Inc. |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Bill | Wallander | Vinson & Elkins LLP | Goldman Sachs Bank USA |
| Benjamin | Wallen | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Co & Ironshore Indemnity Inc & Ironshore Specialty Insurance Co |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company and Sirius America Insurance Company |