IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,* | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

### DEBTORS' WITNESS AND EXHIBIT LIST
### FOR HEARING ON JULY 8, 2021

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **July 8, 2021 at 12:30 p.m. (Prevailing Central Time)** (the "**Hearing**"):

### WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Michael T. Dane, Senior Vice President and Chief Financial Officer, Fieldwood Energy LLC;

2. Bill Swingle, Chief Accounting Officer, Fieldwood Energy LLC;

3. Tim Sechrist, Property Accounting Manager, Fieldwood Energy LLC;

4. Any witness called or listed by any other party; and

5. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## **EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | First Assignment of Operating Rights | | | | |
| 2. | Fieldwood ORRI Assignment | | | | |
| 3. | Hickory Unit Asset Purchase Agreement [*filed under seal*] | | | | |
| 4. | Troika Asset Purchase Agreement [*filed under seal*] | | | | |
| 5. | LLOG's Proof of Claim 622 ("**Proof of Claim**"); *In Re: Fieldwood Energy Offshore LLC*, 4:20-BK-33950 | | | | |
| 6. | 2009 UCC-3 Financing Statement Amendment (Proof of Claim at 216) | | | | |
| 7. | 2015 Ratification (Proof of Claim at 224) | | | | |
| 8. | Fieldwood Statement of Outstanding Amounts Owed to LLOG | | | | |
| 9. | Any exhibit designated by any other party | | | | |
| 10. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 11. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: July 6, 2021
      Houston, Texas

                    Respectfully submitted,

                    */s/  Alfredo R. Pérez*
                    WEIL, GOTSHAL & MANGES LLP
                    Alfredo R. Pérez (15776275)
                    Clifford W. Carlson (24090024)
                    700 Louisiana Street, Suite 1700
                    Houston, Texas 77002
                    Telephone:  (713) 546-5000
                    Facsimile:  (713) 224-9511
                    Email:   Alfredo.Perez@weil.com
                            Clifford.Carlson@weil.com

                    -and-

                    WEIL, GOTSHAL & MANGES LLP
                    Matthew S. Barr (admitted *pro hac vice*)
                    Jessica Liou (admitted *pro hac vice*)
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone:  (212) 310-8000
                    Facsimile:  (212) 310-8007
                    Email:   Matt.Barr@weil.com
                            Jessica.Liou@weil.com

                    -and-

                    WEIL, GOTSHAL & MANGES LLP
                    Paul R. Genender (00790758)
                    Erin M. Choi (24079436)
                    200 Crescent Court, Suite 300
                    Dallas, Texas 75201
                    Telephone: (214) 746-7700
                    Facsimile: (214) 746-7777
                    Email:   Paul.Genender@weil.com
                            Erin.Choi@weil.com

                    *Attorneys for Debtors*
                    *and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on July 6, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    /s/  Alfredo R. Pérez
                                                    Alfredo R. Pérez