**Fieldwood Energy, LLC - Owner 34876**
**Outstanding AR through 11/04/2020**

| Well | Property # | Description | Jan. 2020 | Feb 2020 | Mar 2020 | Apr 2020 | May 2020 | Jun 2020 | Jul 2020 | Aug 2020 | Sep 2020 | Oct 2020 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | JIB Month | | | | | | |
| Green Canyon 157 Prospect | 85233001 | Delay Rental | 18.00 | | | | | | | | | | |
| OCS-G 12210 # 1 ST3 (GC201) | 85233008 | A/R FROM JOINT OPERATIONS | 8554.18 | 109,243.54 | 22,611.82 | 1,758.32 | 147,764.62 | 14,282.22 | | 4,537.78 | | (447.45) | 299,750.85 |
| OCS-G 12210 #2ST01 FKA 24154#1 | 85233002 | A/R FROM JOINT OPERATIONS | | | 553,828.20 | 628,819.30 | (1,173,655.25) | 2.31 | | | (9,616.96) | | (622.40) |
| OCS-G 24154 #3 STK1 | 85233009 | A/R FROM JOINT OPERATIONS | | 485,778.94 | (3,218.66) | (67,225.69) | 59,706.01 | 64,872.37 | 41,231.35 | 6,753.07 | (1,167.90) | 126.91 | 586,856.40 |
| | | APPLY CASH CALL TO 0220 JIB | | (964.61) | | | | | | | | | (964.61) |
| | | INTEREST CHARGED ON A/R | | | | 2,002.75 | 3,943.06 | 2,629.04 | 1,982.81 | 2,238.35 | 2,362.80 | 2,311.87 | 17,470.68 |
| **Grand Total** | | | **8,572.18** | **594,057.87** | **573,221.36** | **565,354.68** | **(962,241.56)** | **81,785.94** | **43,214.16** | **13,529.20** | **(8,422.06)** | **1,991.33** | **902,490.92** |
| **Fieldwood Disputes:** | | | | | | | | | | | | | |
| OCS-G 12210 # 1 ST3 (GC201) | 85233008 | LOE after non-consent 1/15/2020 | | | | (907.51) | (4.95) | (2.31) | | | | | (914.77) |
| OCS-G 12210 # 1 ST3 (GC201) | 85233008 | PHA fees after non-consent *** | | | (10,719.15) | (907.51) | (147,461.96) | | | | | | (159,088.62) |
| OCS-G 12210 # 1 ST3 (GC201) | 85233008 | Disputed 8% O/H on PHA fees | (3,915.32) | (3,969.58) | (1,674.05) | | | (1,070.35) | | | | | (10,629.30) |
| OCS-G 24154 #3 STK1 | 85233009 | LOE after abandonment ** | | | | | (4.95) | (4.05) | | | | | (9.00) |
| OCS-G 24154 #3 STK1 | 85233009 | PHA fees after abandonment ** | | | (20,768.35) | (1,758.32) | 20,768.35 | | | | | | (1,758.32) |
| OCS-G 24154 #3 STK1 | 85233009 | Disputed 8% O/H on PHA fees | (3,915.32) | (3,969.58) | (1,661.47) | | 1,661.47 | (89.43) | | | | | (7,974.33) |
| | | Disputed interest | | | | (2,002.75) | (3,943.06) | (2,629.04) | (1,982.81) | (2,238.35) | (2,362.80) | (2,311.87) | (17,470.68) |
| | | Disputed 8% O/H PHA fees 2018-19 | | | | | | | | | | | (218,553.43) |
| | | **Subtotal** | | | | | | | | | | | **(416,398.46)** |
| | | **Total J Bellis** | | | | | | | | | | | **486,092.46** |
| | | ST 59#1 audit exception | | | | | | | | | | | (229,117.00) |
| | | **Total amount payable** | | | | | | | | | | | **256,975.46** |

\* Credit issued for AFE P18233002-1 as Fieldwood elected to go Non-Consent.

\*\* The GC 157 SS003 commensed P&A on 12/10/2019 and should not be allocated PHA fees or LOE after that date.

\*\*\* Fieldwood went non-consent effective 1/15/2020 and should no longer be billed PHA fees after that date - 1/2020 PHA fees were prorated (15/31).