# EXHIBIT A3



1

```
 1                IN THE UNITED STATES BANKRUPTCY COURT
 2                 FOR THE SOUTHERN DISTRICT OF TEXAS
 3                           HOUSTON DIVISION
 4
    IN RE:                          §    CASE NO. 20-33948-11
 5                                  §
    FIELDWOOD ENERGY LLC,           §    HOUSTON, TEXAS
 6  ET AL,                          §    FRIDAY,
                                    §    APRIL 9, 2021
 7            DEBTORS.              §    1:59 P.M. TO 2:42 P.M.
 8
                        MOTION HEARING (VIA ZOOM)
 9
10            BEFORE THE HONORABLE MARVIN ISGUR
                UNITED STATES BANKRUPTCY JUDGE
11
12     APPEARANCES:                         SEE NEXT PAGE
13     (RECORDED VIA COURTSPEAK; NO LOG NOTES)
14
15
16
17
18
19
20                    TRANSCRIPTION SERVICE BY:
21        JUDICIAL TRANSCRIBERS OF TEXAS, LLC
               935 Eldridge Road, #144
22              Sugar Land, TX  77478
                   281-277-5325
23           www.judicialtranscribers.com
24
       Proceedings recorded by electronic sound recording;
25        transcript produced by transcription service.
```

```
 1                        APPEARANCES (VIA ZOOM):

 2

 3   For the Debtors:              WEIL GOTSHAL & MANGES LLP
                                   Alfredo R. Perez, Esquire
 4                                 Clifford Carlson, Esquire
                                   700 Louisiana, Ste. 1700
 5                                 Houston, Texas 77002
                                   713-546-5040
 6
     For the Ad Hoc Group          DAVIS POLK & WARDWELL LLP
 7   of Secured Lenders            Damian Schaible, Esquire
                                   450 Lexington Ave.
 8                                 New York, New York
                                   212-450-4580
 9
     For HCC International         LOCKE LORD, LLP
10   Insurance Company             Elizabeth Guffy, Esquire
                                   2000 Bagby Street
11                                 Houston, Texas 77002
                                   713-226-1328
12
     For Everest, Berkley, Aspen   CHIESA SHAHINIAN & GIANTOMASI
13   and Sirius                    Scott A. Zuber, Esquire
                                   One Boland Drive
14                                 West Orange, New Jersey 07052
                                   973-325-1500
15
     For Ecopetrol America LLC     SQUIRE PATTON BOGGS (US) LLP
16                                 Kelly Singer, Esquire
                                   1 E. Washington St., Ste. 2700
17                                 Phoenix, Arizona 85004
                                   602-528-4099
18
     For BP Exploration            GREENBERG TRAURIG, LLP
19   & Production Inc.             Craig Duewall, Esquire
                                   300 West 6th St., Ste. 2050
20                                 Austin, Texas 78701
                                   512-320-7200
21
                                   Karl Burrer, Esquire
22                                 1000 Louisiana St., Ste. 1700
                                   Houston, Texas 77002
23                                 713-374-3500

24   (Please also see Electronic Appearances.)

25
```

```
 1                               INDEX
 2
    WITNESS:              Direct      Cross    Redirect    Recross
 3
    None
 4

 5
    EXHIBITS:                       Marked    Offered    Received
 6
    Declaration at ECF No. 1225-3                           14*
 7  Declaration at ECF No. 1225-8                           14*

 8

 9

10  *Admitted solely for the purpose of considering the motions

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1 that the value is informed by this.  I mean, Mr. Hansen is
2 perform -- has performed a valuation, we have a credit bid.
3 He's going to be -- you know, we're providing the expert
4 report.  All of that information is going in there.
5       There's no -- there's nothing in this that is the
6 basis for his valuation.  This was done as a historical --
7 you know, we did this -- you know, it was historical and it
8 has nothing to do other than allowing a competitor -- an
9 express competitor who prob -- you know, and again, it's
10 probably for another day, but the Court already heard, you
11 know, a long night of testimony on this and it's just an
12 effort for them to get this information, which has nothing
13 to do with the abandoned property, this has nothing to do
14 with the valuation of Newco, it has nothing to do with
15 any item that could possibly, Your Honor, be at issue in
16 confirmation, other than an effort by a competitor to get
17 information from us with respect to a well which we're going
18 to have a dispute on the basis of, you know, the reasons why
19 they took the actions that they took, Your Honor.
20       So I'm happy to -- I'm happy to wait until they
21 file something, and we'll address it at that time on an
22 evidentiary basis.
23       MR. SCHAIBLE:  Your Honor, this is Damian
24 Schaible.  May I be heard briefly?
25       THE COURT:  Of course.

```
 1                MR. PEREZ:  Thank you, Your Honor.
 2                MS. GUFFY:  Thank you, Your Honor.
 3                MR. DUEWALL:  Thank you, Your Honor.
 4                THE COURT:  We are in adjournment.  You all have a
 5   good weekend.  Stay safe.
 6                MR. PEREZ:  Okay.
 7           (Proceedings adjourned at 2:42 p.m.)
 8                              * * * * *
 9            I certify that the foregoing is a correct
10   transcript to the best of my ability due to the condition of
11   the electronic sound recording of the ZOOM/telephonic
12   proceedings in the above-entitled matter.
13   /S/ MARY D. HENRY
14   CERTIFIED BY THE AMERICAN ASSOCIATION OF
15   ELECTRONIC REPORTERS AND TRANSCRIBERS, CET**337
16   JUDICIAL TRANSCRIBERS OF TEXAS, LLC
17   JTT TRANSCRIPT #63827
18   DATE FILED:  APRIL 23, 2021
19
20
21
22
23
24
25
```