# EXHIBIT A4



1          IN THE UNITED STATES BANKRUPTCY COURT

2          FOR THE SOUTHERN DISTRICT OF TEXAS

3                HOUSTON DIVISION

4  IN RE:                    §      CASE NO. 20-33948-11
                             §      HOUSTON, TEXAS
5  FIELDWOOD ENERGY, LLC,    §      THURSDAY,
                             §      MAY 6, 2021
6          DEBTOR.           §      3:57 P.M. TO 5:04 P.M.

7

8                MOTIONS HEARING (VIA ZOOM)

9          BEFORE THE HONORABLE MARVIN ISGUR
              UNITED STATES BANKRUPTCY JUDGE

10

11

12     APPEARANCES:                    SEE NEXT PAGE

13

14

15     (Recorded via CourtSpeak; No log notes)

16

17

18

19

20          TRANSCRIPTION SERVICE BY:

21     JUDICIAL TRANSCRIBERS OF TEXAS, LLC
             935 Eldridge Road, #144
22           Sugar Land, TX 77478
                 281-277-5325
23          www.judicialtranscribers.com

24

25  Proceedings recorded by electronic sound recording;
       transcript produced by transcription service.

```
 1                      APPEARANCES (VIA ZOOM):

 2

 3   FOR THE MOVANT:            CHIESA SHAHINIAN & GIANTOMASI,
                                PC
 4                              Darren Grzyb, Esq.
                                One Boland Drive
 5                              West Orange, NJ  07052

 6

 7   FOR HCCI:                  LOCKE LORD, LLP
                                Philip Eisenberg, Esq.
 8                              600 Travis, Suite 3400
                                Houston, TX  77002
 9

10   FOR APACHE CORPORATION:    HUNTON ANDREWS KURTH, LLP
                                Robin Russell, Esq.
11                              Michael D. Morfey, Esq.
                                600 Travis, Ste. 4200
12                              Houston, TX  77002

13   FOR ZURICH AMERICAN
     INSURANCE COMPANY:         CLARK HILL STRASBURGER
14                              Duane J. Brescia, Esq.
                                720 Brazos St., Ste. 700
15                              Austin, TX  78701

16   FOR PHILADELPHIA INDEMNITY
     INSURANCE COMPANY:         MANIER & HEROD
17                              Robert W. Miller, Esq.
                                1201 Demonbreun St., Ste. 900
18                              Nashville, TN  37203

19   FOR BP EXPLORATION &
     PRODUCTION, INC.:          GREENBERG TRAURIG, LLP
20                              Craig Duewall, Esq.
                                1000 Louisiana, Ste. 1800
21                              Houston, TX  77002

22

23

24   (Please also see Electronic Appearances.)

25
```

1  may be.

2         I want to hear from them.  I mean, this is me

3  talking and not them talking.  But I'm -- that's why -- I'm

4  just probing what you really needed here.

5         If you had anything else, I'd go ahead,

6  Mr. Duewall, otherwise, I want to hear from Mr. Perez.

7         MR. DUEWALL:  That's it, Your Honor.  I won't

8  repeat myself, except for just to remind the Court that our

9  expert deadlines are Monday.  And so that's the reason we

10 needed to -- to emphasize these issues with the Court today.

11        THE COURT:  Happy you're here.

12        Mr. Perez?

13        MR. DUEWALL:  Thank you, Judge.

14        MR. PEREZ:  Good afternoon, Your Honor.  Alfredo

15 Perez.

16        Your Honor, first, let me start by saying that to

17 our knowledge, BP has not filed a proof of claim in this

18 case.  They are a contract counter-party.  And as the Court

19 knows we've had disputes with them.  And -- and

20 unfortunately, I think we're going to have disputes with

21 them in the future regarding the operations of the -- the

22 Galapagos area, which is where the Genovesa (phonetic) well

23 is.

24        And so -- and they're also a -- a predecessor

25 with respect to some of the properties.  So I -- I actually

1  bit of extra time to populate these fields, we will -- we'll

2  work with them.  Thank you, Judge.

3            THE COURT:  Thank you.  Thank you all.

4            I'm not going to do a written order, it's just

5  going to be a docket entry.

6            We are in adjournment.

7        (Proceeding adjourned at 5:04 p.m.)

8                         *  *  *  *  *

9            *I certify that the foregoing is a correct*

10 *transcript to the best of my ability due to the condition of*

11 *the electronic sound recording of the ZOOM/telephonic*

12 *proceedings in the above-entitled matter.*

13 */S/ MARY D. HENRY*

14 *CERTIFIED BY THE AMERICAN ASSOCIATION OF*

15 *ELECTRONIC REPORTERS AND TRANSCRIBERS, CET**337*

16 *JUDICIAL TRANSCRIBERS OF TEXAS, LLC*

17 *JTT TRANSCRIPT #63964*

18 *DATE FILED:  MAY 14, 2021*

19

20

21

22

23

24

25