## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

### DEBTORS' WITNESS AND EXHIBIT LIST
### FOR HEARING ON JULY 9, 2021

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **July 9, 2021 at 10:00 a.m. (Prevailing Central Time)** (the "**Hearing**"):

### WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Michael T. Dane, Senior Vice President and Chief Financial Officer, Fieldwood Energy LLC;

2. Nathan Vaughn, Deepwater Land Advisor, Fieldwood Energy LLC;

3. Any witness called or listed by any other party; and

4. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Transcript of Hearing, February 2, 2021 (ECF No. 854) | | | | |
| 2. | Debtors' Notice of Bankruptcy Rule 2004 Request for Production of Documents from BP Exploration & Production Inc. (ECF No. 1387) | | | | |
| 3. | Debtors' Notice of Bankruptcy Rule 2004 Request for Production of Documents from Shell Offshore Inc. (ECF No. 1388) | | | | |
| 4. | *Galapagos Area Loop Subsea Production System Construction and Operating Agreement*, dated December 1, 2011 *[filed under seal]* | | | | |
| 5. | *Production Handling and Operating Services Agreement*, dated September 21, 2010 *[filed under seal]* | | | | |
| 6. | *Purchase and Sale Agreement by and between BP Exploration & Production Inc. and Fieldwood Energy LLC*, dated May 17, 2019 *[filed under seal]* | | | | |
| 7. | *Notice for Removal of Operator for Cause*, Letter from Fieldwood to BP, dated May 14, 2021 | | | | |
| 8. | *Fieldwood's Notice of Removal of Operator for Cause*, Letter from BP to Fieldwood, dated May 19, 2021 | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 9. | *Fieldwood's Notice of Removal of Operator for Cause*, Letter from Weil to Greenberg Traurig, dated May 21, 2021 | | | | |
| 10. | *Fieldwood's Notice of Removal of Operator for Cause*, Letter from Greenberg Traurig to Weil, dated May 21, 2021 | | | | |
| 11. | *Fieldwood's Notice of Removal of Operator for Cause*, Letter from Weil to Greenberg Traurig, dated May 24, 2021 | | | | |
| | Any exhibit designated by any other party | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtors reserve the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

Dated: July 7, 2021
      Houston, Texas

Respectfully submitted,

*/s/ Paul Genender*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
          Jessica.Liou@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Paul R. Genender (00790758)
Erin Choi (24079436)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Email: Paul.Genender@weil.com
          Erin.Choi@weil.com

*Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that on July 7, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Paul Genender*
                                                  Paul R. Genender