# GT GreenbergTraurig

Craig Duewall
Tel  512-320-7260
Fax 512-532-9277
duewallc@gtlaw.com

May 21, 2021

**VIA EMAIL**

Paul R. Genender
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
214-746-7877
*Paul.Genender@weil.com*

Re: Fieldwood's Notice of Removal of Operator for Cause

Dear Paul:

I am writing to respond to your letter May 21, 2021 letter regarding the prior dispute(s) between Fieldwood Energy LLC ("Fieldwood") and BP Exploration & Production Inc. ("BP") related to the Galapagos Area Loop Subsea Production System and Fieldwood's purported removal of BP as operator of the same.  As set forth in its May 19, 2021 letter, BP disputes that Fieldwood's May 14, 2021 letter was in any way effective at removing BP as operator.  There is no basis to remove BP as operator, and Fieldwood has not properly identified any basis to do so under the LSPS OA (as defined in BP's May 19, 2021 letter).  As such, BP has invoked the Dispute Resolution Procedures of the LSPS OA.

Based on your May 21, 2021 letter, it appears Fieldwood is refusing to comply with the dispute resolution provisions of the LSPS OA.  Please confirm that our interpretation is correct.  BP renews its demand that Fieldwood designate a Management Representative pursuant to Exhibit "F" Dispute Resolution Procedures attached to the LSPS OA for purposes of seeking to resolve this Dispute.

Again, we have not attempted by way of this response to counter every misstatement or incorrect assertion in Fieldwood's May 14, 2021 letter or your May 21, 2021 letter, nor have we exhausted every argument that BP may raise in response to any effort by Fieldwood before any tribunal to remove BP as operator. All rights, claims, remedies, defenses and arguments of BP are reserved and preserved in all respects.

**Greenberg Traurig, LLP | Attorneys at Law**

300 West Sixth Street  |  Suite 2050  |  Austin, Texas 78701  |  T +1 512.320.7200  |  F +1 512.320.7210

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; ªA separate UK registered legal entity; ⁺Greenberg Traurig, S.C.; ᴼGreenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA;  ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho;  ~Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com

Paul R. Genender
May 21, 2021
Page 2

Sincerely,

Craig Duewall

CG/gj