IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>**FIELDWOOD ENERGY LLC, *et al.*,**<br><br>Debtors.[1] | ) )<br>)<br>) Case No. 20-33948 (MI)<br>)<br>) **(Chapter No. 11)**<br>)<br>) **(Jointly Administered)**<br>)<br>) |

### SHELL OFFSHORE, INC.'S WITNESS AND
### EXHIBIT LIST FOR HEARING ON JULY 9, 2021

Shell Offshore, Inc. ("Shell") a creditor and party-in-interest in the above-captioned, jointly administered bankruptcy cases, by and through its undersigned counsel, hereby designates the following witnesses and exhibits (the "Witness and Exhibit List") for the hearing scheduled on July 9, 2021 at 10:00 a.m. (prevailing Central Time) (the "Hearing") in connection with *Shell Offhshore Inc.'s Motion to Quash Debtors' Notice of Bankruptcy Rule 2004 Request for Production of Documents from Shell Offshore Inc.* [Dkt No. 1412] before the Honorable Marvin Isgur.

### WITNESSES

1. Any witness designated by any other party; and

2. Any rebuttal or impeachment witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

- 2 -

## **EXHIBITS**

Shell may offer into evidence any one or more of the following exhibits at the Hearing:

| No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Any exhibits necessary for rebuttal or impeachment; | | | | |
| 2. | Any exhibits listed on the exhibit list of any other party, identified, or offered by another party; and | | | | |
| 3. | Any pleading or document filed with the Court on the docket of the above-captioned chapter 11 cases. | | | | |

Shell reserves the right to (i) amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing; and (ii) call additional witnesses or use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate.  Shell also hereby reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

*[Remainder of the Page Intentionally Left Blank]*

Dated: July 7, 2021											Respectfully submitted,

                 */s/ Ryan E. Manns*
                 Ryan E. Manns
                 State Bar No. 24041391
                 ryan.manns@nortonrosefulbright.com
                 Emma Persson
                 State Bar No. 24110219
                 emma.persson@nortonrosefulbright.com
                 NORTON ROSE FULBRIGHT US LLP
                 2200 Ross Avenue, Suite 3600
                 Dallas, TX  75201-7932
                 Telephone:     (214) 855-8000
                 Facsimile:      (214) 855-8200

                 *Counsel for Shell Offshore Inc.*

## CERTIFICATE OF SERVICE

  This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in these cases on July 7, 2021.

                 */s/ Ryan E. Manns*
                 Ryan E. Manns