**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
07/07/2021

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | Re: ECF Nos. 1796, 1801 & 1802 |
| | § | |

**ORDER DENYING EMERGENCY MOTION OF ASPEN AMERICAN
INSURANCE COMPANY, BERKLEY INSURANCE COMPANY AND SIRIUS
AMERICA INSURANCE COMPANY FOR A STAY, PURSUANT TO BANKRUPTCY
RULE 8007, OF THE ORDER CONFIRMING EIGHTH AMENDED JOINT CHAPTER
11 PLAN OF FIELDWOOD ENERGY LLC AND ITS AFFILIATED DEBTORS, OR IN
THE ALTERNATIVE, FOR AN ORDER AMENDING THE CONFIRMATION
ORDER, PURSUANT TO BANKRUPTCY RULE 9023**

Upon the *Emergency Motion of Aspen American Insurance Company, Berkley Insurance*

*Company and Sirius America Insurance Company for a Stay, pursuant to Bankruptcy Rule*

*8007, of the Order Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy*

*LLC and Its Affiliated Debtors, or in the Alternative, for an Order Amending the Confirmation*

*Order, pursuant to Bankruptcy Rule 9023* (ECF No. 1796) (the "**Motion**"),[2] dated July 2, 2021,

filed by Aspen American Insurance Company, Berkley Insurance Company, and Sirius America

Insurance Company, in the above-captioned chapter 11 cases of Fieldwood Energy LLC and its

debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), for a stay

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

pending appeal of the Confirmation Order, pursuant to Bankruptcy Rule 8007, or in the alternative, for an order amending the Confirmation Order, pursuant to Bankruptcy Rule 9023, as more fully set forth in the Motion; and upon the joinders to the Motion filed by Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company (ECF No. 1801) and North American Specialty Insurance Company (ECF No. 1802); and upon the objection of the Debtors to the Motion dated July 6, 2021 (ECF No. 1805); and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334(b), consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of the hearing held by the Court on the Motion on July 6, 2021 (the "**Hearing**"); and after due deliberation and sufficient cause appearing therefor,

**For the reasons stated on the record, the Court orders:**

1.      The motion for a stay pending appeal is denied.

2.       The motion for reconsideration is denied.

2.      Alternatively, if it is determined that a stay pending appeal should be granted, the appropriate bond for the imposition of any such stay is $350,000,000.

Signed: July 07, 2021

Marvin Isgur
United States Bankruptcy Judge