

ENTERED
07/08/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**ORDER GRANTING HCC INTERNATIONAL INSURANCE COMPANY, PLC'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING IT TO FILE CERTAIN EXHIBITS UNDER SEAL**

The Court, having considered HCC International Insurance Company Plc's *Motion for Entry of an Order Authorizing It to File June 15, 2021 Hearing Exhibits Under Seal* (the "Motion"), notice of the Motion having been adequate and appropriate under the circumstances, and after due deliberation and sufficient cause appearing therefore, hereby ORDERED that:

1.   ~~The Motion is hereby GRANTED as set forth herein;~~

2.   HCC International Insurance Company Plc is authorized to file under seal Exhibits C, D, E, and F for the hearings set for June 16, 2021;

3.   This Order is without prejudice to the rights of any party-in-interest or the U.S. Trustee to seek to unseal the exhibits or any part thereof;

4.   HCC International Insurance Company Plc is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and

5.   The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: July 08, 2021

_____
Marvin Isgur
United States Bankruptcy Judge