IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF AGENDA OF MATTERS SET FOR
HEARING ON JULY 9, 2021 AT 10:00 A.M. (CT)**

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Hearing on **July 9, 2021 at 10:00 a.m. (CT)** before the Honorable Marvin Isgur.

1. **Motion of BP Exploration & Production, Inc. to Quash Debtors' Bankruptcy Rule 2004 Discovery Requests (ECF No. 1415)**

   Status:  This matter is going forward on a contested basis.

   Response:

   A.  Debtors' Response to Motion of BP Exploration & Production, Inc. to Quash Debtors' Bankruptcy Rule 2004 Discovery **(ECF No. 1539)**

   Related Documents:

   B.  Debtors' Notice of Bankruptcy Rule 2004 Request for Production of Documents from BP Exploration & Production Inc. **(ECF No. 1387)**

   C.  Notice of Hearing **(ECF No. 1772)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

D.     BP Exploration & Production Inc.'s Witness and Exhibit List for Hearing on July 9, 2021 at 10:00 a.m. **(ECF No. 1820)**

E.     Debtors' Witness & Exhibit List for Hearing on July 9, 2021 at 10:00 a.m. **(ECF No. 1821)**

2. **Shell Offshore Inc.'s Motion to Quash Debtors' Notice of Bankruptcy Rule 2004 Request for Production of Documents from Shell Offshore Inc. (ECF No. 1412)**

   Status:  This matter is going forward on a contested basis.

   Response:

   A.     Debtors' Response to Motion of Shell Offshore Inc. to Quash Debtors' Bankruptcy Rule 2004 Discovery **(ECF No. 1540)**

   Related Documents:

   B.     Debtors' Notice of Bankruptcy Rule 2004 Request for Production of Documents from Shell Offshore Inc. **(ECF No. 1388)**

   C.     Notice of Hearing **(ECF No. 1772)**

   D.     Debtors' Witness & Exhibit List for Hearing on July 9, 2021 at 10:00 a.m. **(ECF No. 1821)**

   E.     Shell Offshore, Inc.'s Witness and Exhibit List for Hearing on July 9, 2021 **(ECF No. 1822)**

3. **Motion of BP Exploration & Production, Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief from the Automatic Stay to Commence Arbitration against the Debtors (ECF No. 1414)**

   Status:  This matter is going forward on a contested basis.

   Response:

   A.     Debtors' Response to Motion of BP Exploration & Production, Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief from the Automatic Stay to Commence Arbitration against the Debtors **(ECF No. 1795)**

   Related Documents:

   B.     BP Exploration & Production Inc.'s Witness and Exhibit List for Hearing on July 9, 2021 at 10:00 a.m. **(ECF No. 1820)**

    C.    Debtors' Witness & Exhibit List for Hearing on July 9, 2021 at 10:00 a.m. **(ECF No. 1821)**

Dated: July 8, 2021
Houston, Texas

        */s/ Paul R. Genender*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
       Jessica.Liou@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Paul R. Genender (00790758)
Erin M. Choi (24079436)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Email: Paul.Genender@weil.com
       Erin.Choi@weil.com

## Certificate of Service

I hereby certify that, on July 8, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                             */s/ Paul R. Genender*
                                             Paul R. Genender