# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Thursday, July 8, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Clifford | Carlson | Weil Gotshal | Fieldwood |
| Erin | Choi | Weil Gotshal | Fieldwood |
| Erin | Choi | Weil, Gotshal & Manges LLP | Fieldwood |
| Alfredo | Perez | Weil Gotshal | Fieldwood |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |