IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF APPEAL

The Hanover Insurance Company ("Hanover"), Liberty Mutual Insurance Company ("Liberty"), Travelers Casualty & Surety Company of America ("Travelers"), and XL Specialty Insurance Company ("XL") (collectively the "Sureties"), by and through their undersigned counsel, file this Notice of Appeal pursuant to 28 U.S.C. § 158(a)(1) and Rule 8003 of the Federal Rules of Bankruptcy Procedure.

The Sureties appeal to the United States District Court for the Southern District of Texas the *Findings of Fact, Conclusions of Law, and Order Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Dkt. No. 1751], entered by the Honorable Marvin J. Isgur on June 25, 2021, (the "Confirmation Order"). The Confirmation Order is attached hereto as **Exhibit A**.

### Part 1: Identification of Appellants

1. Name of Appellants – The Hanover Insurance Company; Liberty Mutual Insurance Company; Travelers Casualty & Surety Company of America; and XL Specialty Insurance Company.

2. Position of Appellants in bankruptcy case – bond sureties for the Debtor, Fieldwood Energy, LLC, or its affiliates.

**Part 2: Identification of the Subject of this Appeal**

The Confirmation Order, including any findings of fact or conclusions of law therein, as it relates to (1) Treatment of Surety Bonds – eliminating, impairing, and/or altering any rights or obligations of the Sureties, including, but not limited to, rights of subrogation, reimbursement, exoneration and/or common law indemnity with respect to any of the post-confirmation entities pursuant to 11 U.S.C. §§ 363 or 365 or otherwise; and (2) Abandonment of Environmental Responsibilities – permitting the Debtors to avoid environmental responsibilities otherwise required by law, including but not limited to, *Midlantic Nat. Bank v. N.J. Dept. of Envtl. Prot.*, 474 U.S. 494, 502, 106 S.Ct. 755, 88 L.Ed.2d 859 (1986), the Code of Federal Regulations, 11 U.S.C. §§ 554, and the law of suretyship.

**Part 3: Identification of the other Parties to the Appeal**

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys are as follows:

1. Appellants: Hanover, Liberty, Travelers, and XL

    Attorneys for Appellants:

    **LANGLEY LLP**
    Keith A. Langley
    State Bar No. 11919500
    Brandon K. Bains
    State Bar No. 24050126
    P.O. Box 94075
    Southlake, TX  76092
    Telephone: 214.722.7160
    klangley@l-llp.com
    bbains@l-llp.com

2. Debtors: Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Inc.; Fieldwood Energy Offshore LLC; Fieldwood Onshore LLC; Fieldwood SD Offshore LLC; Fieldwood Offshore LLC; FW GOM Pipeline, Inc.; GOM Shelf LLC; Bandon Oil and Gas GP, LLC; Bandon Oil and Gas, LP; Fieldwood Energy SP LLC; Galveston Bay Pipeline LLC; and Galveston Bay Processing LLC.

2

Attorneys for Debtors:

**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Pérez
Clifford W. Carlson
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000

-AND-

**WEIL, GOTSHAL & MANGES LLP**
Paul Richard Genender
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7877

-AND-

**WEIL, GOTSHAL & MANGES LLP**
Jason George (admitted *pro hac vice*)
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue New York
New York 10153
Telephone: (212) 310-8000

3. Credit Bid Purchaser(s): Mako Buyer, LLC and Mako Buyer 2, LLC

   Attorneys for Credit Bid Purchaser(s):

   **DAVIS POLK & WARDWELL LLP**
   Damian Schaible
   Natasha Tsiouris, Esq.
   450 Lexington Avenue
   New York, New York 10017
   Telephone: (212) 450-4000
   Fax: (212) 701-5800

Dated: July 9, 2021

        Respectfully submitted,

        **LANGLEY LLP**

        */s/ Brandon K. Bains*
           Keith A. Langley
           State Bar No. 11919500
           Brandon K. Bains
           State Bar No. 24050126
           P.O. Box 94075
           Southlake, TX  76092
           Telephone: 214.722.7160
           klangley@l-llp.com
           bbains@l-llp.com

        **ATTORNEYS FOR THE HANOVER INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, AND XL SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on all parties receiving electronic notification in this case from the Court ECF system on this the 9th of July 2021.

        */s/ Brandon K. Bains*
        Brandon K. Bains