# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Friday, July 9, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Erin | Choi | Weil, Gotshal & Manges LLP | Fieldwood |
| Paul | Genender | Weil, Gotshal & Manges LLP | Fieldwood |
| Ryan | Manns | Norton Rose Fulbright US LLP | Shell Offshore, Inc. |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Kevin | Simmons | Weil, Gotshal & Manges LLP | Fieldwood |
| Barnet | Skelton | Barnet B. Skelton, Jr., Attorney at Law | Houston Energy Deepwater Ventures I, LLC and Red Willow Offshore, LLC |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Lee | Woodard | Harris Beach, PLLC | Lexon Insurance Co |
| Martha | Wyrick | Haynes and Boone LLP | Ad Hoc Group of Secured Lenders |