IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | ) | Case No. 20-33948 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**PERFORMANCE ENERGY SERVICES, LLC'S
WITHDRAWAL OF ITS OBJECTION TO NOTICE TO CONTRACT PARTIES TO
EXECUTORY CONTRACTS AND UNXPIRED LEASES OF THE SCHEDULE OF
ASSUMED CONTRACTS AND CURE AMOUNTS AND RESERVATION OF RIGHTS**

Performance Energy Services, LLC hereby withdraws its *Objection to Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts* filed herein on June 7, 2021 at docket number 1514.

Dated: July 9, 2021

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**

*/s/ Steven W. Soulé*
Steven W. Soulé, Oklahoma Bar No. 13781
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone (918) 594-0400
Facsimile (918) 594-0505
E-mail: ssoule@hallestill.com

**ATTORNEYS FOR CREDITOR
PERFORMANCE ENERGY SERVICES, LLC**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Withdrawal of Objection was served electronically via the Court's Case Management/Electronic Case Filing (CM/ECF) System on July 9, 2021.

>                                  */s/ Steven W. Soulé*
>                                  Steven W. Soulé

4949123.1:004619.00002