IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/13/2021

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **Fieldwood Energy LLC**, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING HESS CORPORATION'S EMERGENCY MOTION
(I) TO RESTRICT PUBLIC ACCESS TO DOCKET NO. 1576 AND
DOCKET NO. 1604 AND (II) FOR AUTHORITY TO
FILE AMENDED CONFIRMATION OBJECTION AND AMENDED WITNESS AND
EXHIBIT LIST UNDER SEAL**

Before the Court is *Hess Corporation's Emergency Motion (i) To Restrict Public Access to Docket No. 1576 and Docket No. 1604 and (ii) For Authority to File Amended Confirmation Objection and Amended Witness and Exhibit List Under Seal* (the "Motion") and the Court having concluded that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which jurisdiction was referred to this Court by the United States District Court for the Southern District of Texas under 28 U.S.C. § 157(a), (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper pursuant to 28 U.S.C. § 1408, (iv) any objections to the relief requested in the Motion have been withdrawn or overruled, and (v) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein,

**IT IS HEREBY ORDERED THAT**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

1. The Clerk of the Court is directed to restrict public access to docket numbers 1576 and 1604 in the above-captioned case.

2. Hess is authorized, but not directed, pursuant to 11 U.S.C. §§ 105(a) and 107(b), Federal Rule of Bankruptcy Procedure 9018, and Local Rule 9037-1, to file the Hess Amended Confirmation Objection[2] and the Hess Amended Witness and Exhibit List under seal.

3. The Hess Amended Confirmation Objection and Hess Amended Witness and Exhibit List shall remain under seal and unredacted copies shall be served only on the Debtors, the United States Trustee, and any other party that the Court directs.

4. Any party who receives the sealed version of the Hess Amended Confirmation Objection or the Hess Amended Witness and Exhibit List in accordance with this Order shall not disclose or otherwise disseminate them, or the information contained therein, to any other person or entity without further order of this Court.

5. Notwithstanding any provision in the Bankruptcy Rules to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. Hess is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

7. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: July 12, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

---

[2] Capitalized terms used but otherwise undefined in this Order shall have the meanings ascribed to them in the Motion.