# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY, LLC,** *et al.,* | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |

*EMERGENCY* **MOTION TO CONTINUE HEARING ON MOTION OF BP EXPLORATION AND PRODUCTION INC. FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(D) AUTHORIZING RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE <u>SETOFF OF MUTUAL OBLIGATIONS</u>**
**[Relates to Docket No. 1666]**

**Emergency relief has been requested.**

**If you object to the requested relief or you believe that emergency consideration is not warranted, you must file a written response prior to the below date by which relief is requested. Otherwise, the Court may treat the request as unopposed and grant the relief requested.**

**Relief is requested not later than July 14, 2021 at 5:00 p.m. CST.**

BP Exploration & Production Inc. ("<u>BP</u>") files this Emergency Motion (the "<u>Emergency Motion</u>") requesting that the Court continue the hearing on BP's *Motion of BP Exploration and Production Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief from the Automatic Stay to Effectuate Setoff of Mutual Obligations* ("<u>Stay Relief Motion</u>") [Dkt. No. 1666], and respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## BACKGROUND

1.     BP filed its Stay Relief Motion seeking relief from stay to exercise rights of setoff on June 20, 2021. [Dkt. No. 1666].

2.     The Debtors responded to the Stay Relief Motion on July 8, 2021. [Dkt. No. 1843].

3.     The Stay Relief Motion is currently set for a hearing on July 15, 2021 at 9:00 a.m.

4.     On June 9, 2021, this Court ordered Debtors, BP, and Shell Offshore Inc. ("Shell") (collectively, the "Parties") to engage a commercial discussion to determine whether the disputes between Debtors, on one hand, and BP and Shell, on the other hand.  The Court observed that if a resolution was reached it would likely resolve all outstanding issues.

5.     Debtors, BP, and Shell have agreed to engage in a commercial discussion on July 16, 2021 beginning at 9:00 a.m. CST.

6.     Counsel for BP conferenced with counsel for the Debtors and they were unable to agree to continue the hearing on the Stay Relief Motion.

## RELIEF REQUESTED

7.     BP requests that the Court continue the hearing on the Stay Relief Motion to a day between July 27, 2021 through July 29, 2021

## ARGUMENT AND AUTHORITIES

8.     Section 105(a) of the Bankruptcy Code authorizes a court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code.]" 11 U.S.C. § 105(a). Bankruptcy Rule 9006(b) authorizes courts to enlarge the time periods within which certain actions must be taken, and states, in pertinent part, that:

when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of the court, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by a previous order[.]

Bankruptcy Rule 9006(b).

9.      As stated above, the Parties are scheduled to engage in a commercial discussion on July 16, 2021.  If the Parties are able to reach a commercial resolution of their outstanding disagreements, it will vitiate the need to have a hearing on the Stay Relief Motion.

10.      Additionally, the commercial discussion on July 16, 2021 is likely to be more productive if it is not preceded immediately by a contested hearing on a multi-million-dollar setoff dispute between Debtors and BP.

## CONCLUSION AND REQUEST FOR EMERGENCY HEARING

WHEREFORE BP respectfully requests entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.  If the Court determines that oral argument is necessary, BP requests an expedited hearing at the Court's earliest convenience.

*[remainder of page intentionally left blank]*

Dated:  July 13, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Karl Burrer*
Shari L. Heyen
Texas State Bar Number 09564750
HeyenS@gtlaw.com
Karl D. Burrer
Texas State Bar Number 24043584
BurrerK@gtlaw.com
Nicole S. Bakare
Texas State Bar Number 24056017
BakareN@gtlaw.com
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505

– and –

Craig A. Duewall (admitted *pro hac vice*)
Texas State Bar Number 24025334
DuewallC@gtlaw.com
300 West 6th Street, Suite 2050
Austin, Texas 78701
Telephone: (512) 320-7200
Facsimile: (512) 320-7210

*Counsel for BP Exploration & Production Inc.*

## CERTIFICATE OF ACCURACY

The undersigned herby certifies that the facts and circumstances described in the above pleading giving rise to the emergency request are true and accurate to the best of my knowledge, information and belief.

By: */s/ Karl Burrer*
Karl Burrer

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties conferred about whether to continue the hearing on BP's Stay Relief Motion and were unable to agree to move the hearing.

By: */s/ Karl Burrer*
    Karl Burrer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon the parties eligible to receive notice through the Court's ECF facilities by electronic mail on July 13, 2021.

By: */s/ Karl Burrer*
    Karl Burrer