UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

ORDER GRANTING
BP EXPLORATION & PRODUCTION INC.'S EMERGENCY MOTION
TO CONTINUE HEARING ON ITS MOTION PURSUANT TO 11 U.S.C.
§362(d) AUTHORIZING RELIEF FROM THE AUTOMATIC STAY
TO EFFECTUATE SETOFF OF MUTUAL OBLIGATIONS

The Court having considered the *Emergency Motion to Continue Hearing on the Motion of BP Exploration & Production Inc. for Entry of an Order Pursuant to 11 U,S,C, §362(d) Authorizing Relief from the Automatic Stay to Effectuate Setoff of Mutual Obligations* (the "Emergency Motion") filed by BP Exploration & Production Inc. ("BP"), and the relief requested therein; and the Court having determined that just cause exists to grant the Emergency Motion, it is hereby

**ORDERED** that the Emergency Motion is GRANTED, as set forth herein; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**ORDERED** that the hearing on the *Motion of BP Exploration & Production Inc. for Entry of an Order Pursuant to 11 U,S,C, §362(d) Authorizing Relief from the Automatic Stay to Effectuate Setoff of Mutual Obligations* [Dkt. 1666] is continued to _____, 2021 at _____ \_\_.m.

Signed:  July      , 2021

_____
Marvin Isgur
United States Bankruptcy Judge