IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

## DEBTORS' WITNESS AND EXHIBIT LIST
## FOR HEARING ON JULY 15, 2021

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **July 15, 2021 at 9:00 a.m. (Prevailing Central Time)** (the "**Hearing**"):

### WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Michael T. Dane, Senior Vice President and Chief Financial Officer, Fieldwood Energy LLC;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## **EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | *Purchase and Sale Agreement by and between BP Exploration & Production Inc. and Fieldwood Energy LLC*, dated May 17, 2019 (*filed under seal*) | | | | |
| | Any exhibit designated by any other party | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtors reserve the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

Dated: July 13, 2021
      Houston, Texas

                                          Respectfully submitted,

                                          */s/ Paul R. Genender*
                                          WEIL, GOTSHAL & MANGES LLP
                                          Alfredo R. Pérez (15776275)
                                          Clifford W. Carlson (24090024)
                                          700 Louisiana Street, Suite 1700
                                          Houston, Texas 77002
                                          Telephone: (713) 546-5000
                                          Facsimile: (713) 224-9511
                                          Email: Alfredo.Perez@weil.com

                                          -and-

                                          WEIL, GOTSHAL & MANGES LLP
                                          Matthew S. Barr (admitted *pro hac vice*)
                                          Jessica Liou (admitted *pro hac vice*)
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007
                                          Email: Matt.Barr@weil.com
                                                          Jessica.Liou@weil.com

                                          -and-

                                          WEIL, GOTSHAL & MANGES LLP
                                          Paul R. Genender (00790758)
                                          Erin Choi (24079436)
                                          200 Crescent Court, Suite 300
                                          Dallas, Texas 75201
                                          Telephone: (214) 746-7700
                                          Facsimile: (214) 746-7777
                                          Email: Paul.Genender@weil.com
                                                          Erin.Choi@weil.com

                                          *Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that on July 13, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                           */s/ Paul R. Genender*
                                           Paul R. Genender