# BP EXHIBIT 2

FILED UNDER SEAL