

ENTERED
07/13/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-33948 |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

### ORDER FOR SUBMISSION OF PROPOSED ORDER, APPROVED AS TO FORM

One of Fieldwood's principal defenses to BP's motion for relief from the stay is that stay relief should not be granted because BP's claim has not yet ripened. According to Fieldwood, the claim's ripeness depends on well production.

The parties should submit a proposed form of order that (i) continues the hearing on BP's stay relief motion; and (ii) does not prejudice Fieldwood's ripeness defense in any manner.

If the parties are unable to reach a proposed order, agreed as to form, each party should submit its own proposed order that accomplishes these goals.

SIGNED 07/13/2021

Marvin Isgur
United States Bankruptcy Judge