IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | ) ) ) | Case No. 20-33948 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**TARGA ENTITIES' WITHDRAWAL OF THEIR
LIMITED OBJECTION TO NOTICE TO CONTRACT PARTIES TO
EXECUTORY CONTRACTS AND UNXPIRED LEASES OF THE SCHEDULE OF
ASSUMED CONTRACTS AND CURE AMOUNTS AND RESERVATION OF RIGHTS**

Targa Midstream Services, LLC, Targa Liquids Marketing and Trade, LLC and Venice Energy Services Company, L.L.C. (the "Targa Entities") hereby withdraw their *Limited Objection to Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts* filed herein on June 7, 2021 at docket number 1510.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated:  July 14, 2021

    Respectfully submitted,

    **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

    */s/ Steven W. Soulé*
    Steven W. Soulé, Oklahoma Bar No. 13781
    320 South Boston Avenue, Suite 200
    Tulsa, OK  74103-3706
    Telephone (918) 594-0400
    Facsimile (918) 594-0505
    E-mail: ssoule@hallestill.com

    **ATTORNEYS FOR CREDITORS TARGA MIDSTREAM SERVICES, LLC, TARGA LIQUIDS MARKETING AND TRADE, LLC AND VENICE ENERGY SERVICES COMPANY, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Objection was served electronically via the Court's Case Management/Electronic Case Filing (CM/ECF) System on July 14, 2021.

    */s/ Steven W. Soulé*
    Steven W. Soulé

4953132.1:004588.00009