UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

### AGREED ORDER GRANTING BP EXPLORATION & PRODUCTION INC.'S EMERGENCY MOTION TO CONTINUE HEARING ON ITS MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d) AUTHORIZING RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE SETOFF OF MUTUAL OBLIGATIONS

The Court having considered the *Emergency Motion to Continue Hearing on Motion of BP Exploration & Production Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief from the Automatic Stay to Effectuate Setoff of Mutual Obligations* (the "Emergency Motion") filed by BP Exploration & Production Inc. ("BP"), and the relief requested therein, makes the rulings set forth below.

**IT IS ORDERED** that nothing herein shall be deemed to prejudice or impair any of the parties' arguments or rights, including but not limited to the ripeness defense of the Debtors, with respect to the *Motion of BP Exploration & Production Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief from the Automatic Stay to Effectuate Setoff of Mutual Obligations* (ECF No. 1666) (the "Motion"); and it is further

**ORDERED** that the hearing on the Motion is continued to _____, 2021 at _____ __.m; and it is further

**ORDERED** that any ruling on the Motion will be deemed to have occurred as of July 15, 2021.

Signed: July ___, 2021

The Honorable Marvin Isgur
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

AGREED AS TO FORM:

**WEIL GOTSHAL & MANGES LLP**

By: */s/ Paul R. Genender*
    Paul R. Genender
    Texas State Bar Number 00790758
    Paul.Genender@weil.com
    Erin M. Choi
    Texas State Bar Number 24079436
    Erin.Choi@weil.com
    200 Crescent Court, Suite 300
    Dallas, Texas 75201
    Telephone: (214) 746-7700
    Facsimile: (214) 746-7777

*Counsel for the Debtors*

**GREENBERG TRAURIG, LLP**

By: */s/ Karl D. Burrer*
    Shari L. Heyen
    Texas State Bar Number 09564750
    HeyenS@gtlaw.com
    Karl D. Burrer
    Texas State Bar Number 24043584
    BurrerK@gtlaw.com
    1000 Louisiana Street, Suite 1700
    Houston, Texas 77002
    Telephone: (713) 374-3500
    Facsimile: (713) 374-3505

    – and –

    Craig A. Duewall
    Texas State Bar Number 24025334
    DuewallC@gtlaw.com
    300 West 6th Street, Suite 2050
    Austin, Texas 78701
    Telephone: (512) 320-7200
    Facsimile: (512) 320-7210

*Counsel for BP Exploration & Production Inc.*