# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Thursday, July 15, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Karl | Burrer | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Natasha | Tsiouris | David Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |