ENTERED
07/15/2021

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**AGREED ORDER GRANTING BP EXPLORATION & PRODUCTION INC.'S EMERGENCY MOTION TO CONTINUE HEARING ON ITS MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d) AUTHORIZING RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE SETOFF OF MUTUAL OBLIGATIONS**

The Court having considered the *Emergency Motion to Continue Hearing on Motion of BP Exploration & Production Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief from the Automatic Stay to Effectuate Setoff of Mutual Obligations* (the "Emergency Motion") filed by BP Exploration & Production Inc. ("BP"), and the relief requested therein, makes the rulings set forth below.

**IT IS ORDERED** that nothing herein shall be deemed to prejudice or impair any of the parties' arguments or rights, including but not limited to the ripeness defense of the Debtors, with respect to the *Motion of BP Exploration & Production Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief from the Automatic Stay to Effectuate Setoff of Mutual Obligations* (ECF No. 1666) (the "Motion"); and it is further

**ORDERED** that the hearing on the Motion is continued to July 28, 2021 at 9:00 am

**ORDERED** that any ruling on the Motion will be deemed to have occurred as of July 15, 2021.

Signed: July 15, 2021

Marvin Isgur
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

AGREED AS TO FORM:

        **WEIL GOTSHAL & MANGES LLP**

        By: */s/ Paul R. Genender*
            Paul R. Genender
            Texas State Bar Number 00790758
            Paul.Genender@weil.com
            Erin M. Choi
            Texas State Bar Number 24079436
            Erin.Choi@weil.com
            200 Crescent Court, Suite 300
            Dallas, Texas 75201
            Telephone: (214) 746-7700
            Facsimile: (214) 746-7777

        *Counsel for the Debtors*

        **GREENBERG TRAURIG, LLP**

        By: */s/ Karl D. Burrer*
            Shari L. Heyen
            Texas State Bar Number 09564750
            HeyenS@gtlaw.com
            Karl D. Burrer
            Texas State Bar Number 24043584
            BurrerK@gtlaw.com
            1000 Louisiana Street, Suite 1700
            Houston, Texas 77002
            Telephone: (713) 374-3500
            Facsimile: (713) 374-3505

            – and –

            Craig A. Duewall
            Texas State Bar Number 24025334
            DuewallC@gtlaw.com
            300 West 6th Street, Suite 2050
            Austin, Texas 78701
            Telephone: (512) 320-7200
            Facsimile: (512) 320-7210

        *Counsel for BP Exploration & Production Inc.*