IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On July 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Cantor Fitzgerald Securities, Administrative Collateral Agent Under the FLTL Credit Agreement (MMLID#11532946), Shipman & Goodman LLP, Attn: Nathan Plotkin, Esq., One Constitution Plaza, Hartford, CT, 06103-1919

- Debtors' Response to Motion of Shell Offshore Inc. to Quash Debtors' Bankruptcy Rule 2004 Discovery Requests [Docket No. 1540]

- Debtors' Emergency Motion to Strike Lily Cheung's Purported Expert Testimony [Docket No. 1547]

- Declaration of Erin M. Choi in Support of Debtors' Emergency Motion to Strike Lily Cheung's Purported Expert Testimony [Docket No. 1548]

- Notice of Filing of Second Amended Schedule of Assumed Contracts and Cure Amounts [Docket No. 1549]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

July 13, 2021

                                                  */s/ Nuno Cardoso*
                                                  Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 13, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024