IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC., *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | Jointly Administered |

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL BY LEXON INSURANCE COMPANY, IRONSHORE INDEMNITY INC. AND IRONSHORE SPECIALTY INSURANCE COMPANY

NOW COMES Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company (collectively, "Lexon" or "Appellants"), by and through their undersigned counsel, Harris Beach PLLC, pursuant to Fed. R. Bankr. P. 8009 and the *Clerk's Notice of Filing an Appeal by Lexon Insurance Company, Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company* [Dkt. No. 1818], relative to Appellants' *Notice of Appeal* [Dkt. No. 1785], which has been docketed as Civil Action 4:21-cv-2202 by the United States District Court for the Southern District of Texas before the Honorable George Hanks, designating the following docket entries, hearing transcripts and proof of claims as Appellants' record on appeal:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

| Docket No. | Date | Description |
|---|---|---|
| 29 | 08/04/2020 | Declaration re: Declaration of Michael Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief Filed by Fieldwood Energy LLC |
| 722 | 01/01/2021 | Chapter 11 Plan of Reorganization Filed by Fieldwood Energy LLC |
| 723 | 01/01/2021 | Disclosure Statement Filed by Fieldwood Energy LLC |
| 1020 | 03/15/2021 | Amended Chapter 11 Plan Filed by Fieldwood Energy LLC |
| 1098 | 03/23/2021 | Second Amended Chapter 11 Plan Filed by Fieldwood Energy LLC |
| 1115 | 03/24/2021 | Third Amended Chapter 11 Plan Filed by Fieldwood Energy LLC |
| 1252 | 04/09/2021 | Fourth Amended Chapter 11 Plan Filed by Fieldwood Energy LLC |
| 1284 | 04/15/2021 | Fourth Amended Chapter 11 Plan Filed by Fieldwood Energy LLC |
| 1285 | 04/15/2021 | Amended Disclosure Statement Filed by Fieldwood Energy LLC |
| 1394 | 05/27/2021 | Notice of Filing of Plan Supplement in Connection With Fourth Amended Joint Chapter 11 Plan of Field Wood Energy LLC and its Affiliated Debtors Filed by Fieldwood Energy LLC |
| 1427 | 06/01/2021 | Objection to Confirmation of Plan Filed by Liberty Mutual Insurance Company, the Hanover Insurance Company, Travelers Casualty and Surety Company of America, XL Specialty Insurance Co. |
| 1435 | 06/02/2021 | Objection to Confirmation of Plan Filed by North American Specialty Insurance Company |
| 1436 | 06/02/2021 | Objection to Confirmation of Plan Filed by Lexon Insurance Company, Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company |
| 1461 | 06/02/2021 | Objection to Confirmation of Plan Filed by Aspen American Insurance Company, Berkley Insurance Company, Everest Insurance Company, and Sirius America Insurance Company |
| 1629 | 06/16/2021 | Fifth Amended Chapter 11 Filed by Fieldwood Energy LLC |
| 1664 | 06/20/2021 | Supplemental Objection of Plan Filed by Aspen American Insurance Company, Berkley Insurance Company, Everest Insurance Company and Sirius America Insurance Company |
| 1696 | 06/22/2021 | Sixth Amended Chapter 11 Plan Filed by Fieldwood Energy LLC |
| 1716 | 06/24/2021 | Seventh Amended Chapter 11 Plan Filed by Fieldwood Energy LLC |

| Docket No. | Date | Description |
|---|---|---|
| N/A | 06/24/2021 | Email exchange of Proposed Agreed language presented to the Bankruptcy Court on June 24, 2021, and referred by the Court on pages 35 to 58 of the June 24, 2021 transcript[2]; attached hereto as **Exhibit "A"** |
| 1731 | 06/25/2021 | Eighth Amended Chapter 11 Plan Filed by Fieldwood Energy LLC |
| 1742 | 06/25/2021 | Eighth Amended Chapter 11 Plan Filed by Fieldwood Energy LLC |
| 1748 | 06/25/2021 | Transcript of Confirmation Hearing from June 21, 2021 through June 25, 2021 before Judge Marvin P. Isgur. Court Reporter/Transcriber: Veritext Legal Solutions Filed by Lexon Insurance Company and Endurance American Insurance Company; attached hereto as **Exhibit "B"** |
| 1751 | 06/25/2021 | Findings of Fact, Conclusion of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief |
| 1782 | 07/01/2021 | Notice of Appeal Filed by North American Specialty Insurance Company |
| 1785 | 07/01/2021 | Notice of Appeal Filed by Lexon Insurance Company, Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company |
| 1791 | 07/02/2021 | Notice of Appeal Filed by Aspen American Insurance Company, Berkley Insurance Company, Everest Insurance Company and Sirius America Insurance Company |
| 1796 | 07/02/2021 | Motion to Stay Pending Appeal Filed by Aspen American Insurance Company, Berkley Insurance Company, Everest Insurance Company and Sirius America Insurance Company |
| 1801 | 07/05/2021 | Response *Joinder of Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company to the Emergency Motion of Aspen American Insurance Company, Berkley Insurance Company and Sirius America Insurance Company for a Stay, Pursuant to Bankruptcy Rule 8007, of the Order Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors, or in the Alternative, for an Order Amending the Confirmation Order, Pursuant to Bankruptcy Rule 9023* (Motion To Stay Pending Appeal) Filed by Lexon Insurance Company, Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company |

---

[2] The transcript from the June 24, 2021 Confirmation Hearing is attached hereto as part of Exhibit "B".

| Docket No. | Date | Description |
|---|---|---|
| 1802 | 07/05/2021 | Response Joinder of North American Specialty Insurance Company in the Emergency Motion of Aspen American Insurance Company, Berkley Insurance Company and Sirius Insurance Company for A Stay, Pursuant to Bankruptcy Rule 8007, of the Order Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors, or in the Alternative for an Order Amending the Confirmation Order Pursuant to Rule 9023 and Joinder in the Grounds set for in the Joinder of Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company in That Motion (Motion To Stay Pending Appeal) Filed by North American Specialty Insurance Company |
| 1818 | 07/07/2021 | Clerk's Notice of Filing of an Appeal. On 7/1/2021, Lexon Insurance Company filed a notice of appeal. The appeal has been assigned to U.S. District Judge George Hanks, Civil Action 4:21-cv-2202. |
| 1823 | 07/07/2021 | Order Denying Emergency Motion of Aspen American Insurance Company, Berkeley Insurance Company and Sirius America Insurance Company for a Stay, Pursuant to Bankruptcy Rule 8007, of the Order Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors, or in the Alternative, for an Order Amending the Confirmation Order, Pursuant to Bankruptcy Rule 9023 |
| 1846 | 07/09/2021 | Transcript of Motion Hearing; July 6, 2021 before Judge Marvin P. Isgur. Court Reporter/Transcriber: Judicial Transcribers of Texas Filed by Lexon Insurance Company, Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company; attached hereto as **Exhibit "C"** |
| 1847 | 07/09/2021 | Notice of Appeal Filed by Liberty Mutual Insurance Company, the Hanover Insurance Company, Travelers Casualty and Surety Company of America, XL Specialty Insurance Co. |

**PROOF OF CLAIMS**

| Claim No. | Date | Debtor Name | Claim Value |
|---|---|---|---|
| 246 | 10/19/2020 | Fieldwood Energy LLC | $90,327,000.00 |
| 247 | 10/19/2020 | Dynamic Offshore Resources NS, LLC | $90,327,000.00 |
| 250 | 10/19/2020 | Fieldwood Energy Offshore LLC | $90,327,000.00 |
| 253 | 10/19/2020 | Fieldwood Onshore LLC | $90,327,000.00 |
| 254 | 10/19/2020 | Fieldwood SD Offshore LLC | $90,327,000.00 |
| 255 | 10/19/2020 | FW GOM Pipeline, Inc. | $90,327,000.00 |

| Claim No. | Date | Debtor Name | Claim Value |
|---|---|---|---|
| 256 | 10/19/2020 | Fieldwood Energy Inc. | $90,327,000.00 |
| 258 | 10/20/2020 | GOM Shelf LLC | $90,327,000.00 |
| 259 | 10/20/2020 | Fieldwood Offshore LLC | $90,327,000.00 |
| 260 | 10/20/2020 | Bandon Oil and Gas GP, LLC | $90,327,000.00 |
| 261 | 10/20/2020 | Fieldwood Energy SP LLC | $90,327,000.00 |
| 262 | 10/20/2020 | Galveston Bay Pipeline LLC | $90,327,000.00 |
| 263 | 10/20/2020 | Galveston Bay Processing LLC | $90,327,000.00 |
| 284 | 10/20/2020 | Bandon Oil and Gas, LP | $90,327,000.00 |

**APPELLANTS' STATEMENT OF ISSUES TO BE PRESENTED**

Appellants hereby submit pursuant to Fed. R. Bankr. P. 8009, the following issues to be presented in this appeal:

1. Whether the bankruptcy court erred in entering an order pursuant to 11 U.S.C. § 363(f) that purports to strip, as an interest in property acquired by a credit purchaser entity (Newco) and other entities created through the Eighth Amended Plan of Reorganization (the "Plan"), the future rights of the Debtors' sureties to recover from Newco and other entities for decommissioning costs paid by the sureties arising from the failure or default of Newco and other entities to meet their post-confirmation obligations under applicable law and the Plan to perform said decommissioning?

2. Whether the bankruptcy court possesses jurisdiction to modify, alter or strip the state or federal law rights of the sureties to seek recourse (through subrogation, restitution, reimbursement and exoneration) post-confirmation against entities created through the Plan for their defaults of obligations covered by the sureties' bonds?

3. Whether future rights of subrogation, restitution, reimbursement and exoneration recognized under state or federal law are subject to the lien stripping power of 11 U.S.C. § 363(f)?

4. Whether the consent or voluntary release by the sureties holding future rights of subrogation, restitution, reimbursement or exoneration is required to discharge those obligations arising from post-confirmation defaults of obligations covered by the bonds?

5. Whether the bankruptcy court erred in finding subrogation rights of the sureties (and other rights of recourse) are interests in the properties acquired through the § 363 sale as opposed to obligations that are personal to the acquiring entities arising from and triggered by

their future defaults in performing decommissioning obligations also covered by the sureties' bonds?

Dated: July 15, 2021             HARRIS BEACH PLLC

                                     BY:    */s/ Lee E. Woodard*
                                              Lee E. Woodard, Esq. (admitted *pro hac vice*)
                                              HARRIS BEACH PLLC
                                              333 W. Washington Street, Suite 200
                                              Syracuse, New York 13202
                                              Telephone: (315) 423-7100
                                              Email: bkemail@harrisbeach.com
                                                                      lwoodard@harrisbeach.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July 2021, a true and correct copy of the foregoing *Designation of Record and Statement of Issues on Appeal by Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company* was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case.

/s/ Lee E. Woodard
Lee E. Woodard