# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, July 19, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| John | Baay | Gieger, Laborde & Laperouse | LLOG |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Michael | Pera | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |