IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY, LLC, et. al.,** | § | **Case No. 20-33948** |
| | § | |
| Debtors. | § | |
| | § | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF MULTIKLIENT INVEST
AS TO CONFIRMATION OF THE FOURTH AMENDED CHAPTER 13 PLAN
OF FIELDWOOD ENERGY, LLC**

Multiklient Invest As files this *Notice of Withdrawal of Objection to Confirmation of the Fourth Amended Chapter 13 Plan Fieldwood Energy, LLC.* (Dkt. 1469).

Respectfully submitted,

KANE RUSSELL COLEMAN LOGAN PC

By:   */s/ Michael P. Ridulfo*
        Michael P. Ridulfo
        State Bar No. 16902020
        SDTX No.: 27086
        5051 Westheimer Rd., 10th Floor
        Houston, Texas 77056
        Ph: (713) 425-7400
        Fax: (713) 425-7700
        mridulfo@krcl.com

ATTORNEY FOR MULTIKLIENT INVEST AS

**CERTIFICATE OF SERVICE**

This is to certify that on July 19, 2021, a true and correct copy of the foregoing was served via the Court's CM/ECF notification system.

*/s/ Michael P. Ridulfo*
Michael P. Ridulfo

8621820 v1 (72487.00005.000)