IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, *et al.*[1] | § | CASE NO. 20-33948 (MI) |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |
| | § | |

### NOTICE OF WITHDRAWAL OF IRONGATE RENTAL SERVICES, L.L.C.'S OBJECTION TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGMENT OF EXECUTORY CONTRACTS

**IRONGATE RENTAL SERVICES, L.L.C.** ("Irongate") hereby withdraws its *Objection to Debtors' Notice of Assumption and Assignment of Executory Contracts*, filed June 8, 2021 (Docket No.1524).

Dated: July 20, 2021

          Respectfully submitted,

          **DORÉ ROTHBERG MCKAY, P.C.**

    By:    */s/ Zachary S. McKay*
           Zachary S. McKay
           State Bar No. 24073600
           Jeannie L. Andresen
           State Bar No. 24086239
           17171 Park Row, Suite 160
           Houston, Texas 77084
           (281) 829-1555
           (281) 200-0751 Fax
           Email: zmckay@dorelaw.com
           Email: jandresen@dorelaw.com

          *Counsel for Irongate Rental Services, L.L.C.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 20th day of July, 2021, I caused a copy of the Notice of Withdrawal of Irongate Rental Services, L.L.C.'s Objection to Debtors' Notice of Assumption and Assignment of Executory Contracts to be served via CM/ECF and as indicated upon counsel listed below.

                                                     */s/ Zachary S. McKay*
                                                     Zachary S. McKay