United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## AGREED PRELIMINARY ORDER

WHEREAS on June 9, 2021, the Court held a hearing (the "Hearing") to consider *Shell Offshore Inc.'s ("Shell") Motion to Quash Debtors' Notice of Bankruptcy Rule 2004 Request For Production of Documents from Shell Offshore Inc.* [Docket No. 1412]; BP Exploration & Production Inc.'s ("BP") *Motion of BP Exploration & Production Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief From the Automatic Stay To Arbitration Against the Debtors* ("Stay Motion") [Docket No. 1414]; BP's *Motion of BP Exploration & Production, Inc. to Quash Debtors' Bankruptcy Rule 2004 Discovery Requests* [Docket No. 1415]; Fieldwood Energy LLC ("Fieldwood") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), responses thereto [Docket Nos. 1539, 1540, 1795]; BP's replies [Docket Nos. 1844 & 1845]; and the evidence proffered at the Hearing. After considering the filings, evidence, and arguments of BP, Shell, and the Debtors, and for the reasons set forth on the record at the Hearing, the Court preliminarily orders as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1. The Debtors, BP, and Shell (collectively, the "Parties") shall promptly meet to engage in commercial discussions outside of the dispute resolution provisions of the LSPS Construction and Operating Agreement, and promptly notify the Court whether it will be necessary for the Court to rule on the Stay Motion after the meeting.

2. By 2:00 p.m. prevailing Central Time on July 16, 2021, the Debtors and BP shall file supplemental briefing not exceeding 10 pages regarding whether BP waived arbitration with respect to the issues raised in the Stay Motion.

3. Any deadlines related to the Debtors' purported removal of BP as operator of the Galapagos Area Loop Subsea Production System, which has been disputed by BP and is the subject of the Stay Motion, and/or BP's effort to invoke arbitration related thereto, are tolled from July 9, 2021 until the Court rules on the Stay Motion.

4. To the extent the Parties are unable to reach a commercial resolution at the meeting, the Court will set the motions to quash for further hearing.

5. The Court's oral rulings on the record at the Hearing are incorporated herein.

6. To the extent there are any inconsistencies between this Order and the Court's oral ruling at the Hearing, the Court's oral ruling controls.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

SO ORDERED.

Signed: July 20, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

AGREED AS TO FORM AND SUBSTANCE:

**WEIL GOTSHAL & MANGES LLP**

By: */s/ Paul R. Genender*
  Paul R. Genender
  Texas State Bar Number 00790758
  Paul.Genender@weil.com
  200 Crescent Court, Suite 300
  Dallas, Texas 75201
  Telephone: (214) 746-7700
  Facsimile: (214) 746-7777

  *Counsel for the Debtors*

**GREENBERG TRAURIG, LLP**

By: */s/ Shari L. Heyen*            .
  Shari L. Heyen
  Texas State Bar No. 09564750
  Craig A. Duewall
  Texas State Bar Number 24025334
  DuewallC@gtlaw.com
  300 West 6th Street, Suite 2050
  Austin, Texas 78701
  Telephone: (512) 320-7200
  Facsimile: (512) 320-7210

  *Counsel for BP Exploration & Production Inc.*

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Ryan Manns*
  Ryan Manns
  Texas State Bar Number 24041391
  ryan.manns@nortonrosefulbright.com
  2200 Ross Avenue, Suite 3600
  Dallas, Texas 75201
  Telephone: (214) 855-8000
  Facsimile: (214) 855-8200

  *Counsel for Shell Offshore Inc.*

3