United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 20-33948** |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER CONCERNING GREEN CANYON 201 ORRI

    Upon further consideration, the Court no longer requires additional briefing following the hearing held on July 19, 2021.  The Court will issue a decision on the GC 201 ORRI matter on or before July 26, 2021.

    SIGNED 07/21/2021

                                                  Marvin Isgur
                                     United States Bankruptcy Judge