**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION**
**DISCLOSURE DURING THE SECOND COMPENSATION PERIOD**
**(November 1, 2020 – January 31, 2021)**

| Category of Timekeeper | Total Hours | Total Fees | Blended Hourly Rate | |
| --- | --- | --- | --- | --- |
| | | | **Billed in this Application** | **Billed or Collected from Firm or Offices for Preceding Year (Excluding Bankruptcy)** |
| Partner | 738.5 | $455,239.00 | $616.44 | $405.61 |
| Special Counsel | 15.8 | $9,327.50 | $590.35 | $343.55 |
| Associate | 155.4 | $57,944.00 | $372.87 | $278.76 |
| Paralegal | 64.1 | $8,756.00 | $136.60 | $168.58 |
| **AGGREGATED:** | **973.8** | **$531,266.50** | **$545.56** | **$356.43** |

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS RENDERING SERVICES DURING THE SECOND COMPENSATION PERIOD**
**(November 1, 2020 – January 31, 2021)**

| Name | Position/ Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $700.00 | 111.1 | $77,770.00 |
| | | | $625.00 | 30.2 | $18,875.00 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $700.00 | 118.7 | $83,090.00 |
| | | | $625.00 | 94.8 | $59,250.00 |
| Mark A. Cunningham | Partner/ Litigation | La. 1996 | $660.00 | 0.3 | $198.00 |
| Joshua A. Norris, Jr. | Partner/ Litigation | La. 2010 Tex. 2000 | $650.00 | 43.6 | $28,340.00 |
| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 135.5 | $84,687.50 |
| Joseph E. Bain | Partner/ Bankruptcy & Restructuring | N.Y. 2010 Tex. 2013 | $600.00 | 18.8 | $11,280.00 |
| Elizabeth L. Craddock | Special Counsel/ Government Relations | D.C. 2008 | $600.00 | 9.7 | $5,820.00 |
| R. Patrick Vance | Sr. Partner/ Litigation | La. 1975 | $600.00 | 4.6 | $2,760.00 |
| | | | $550.00 | 11.1 | $6,105.00 |
| Robert B. Bieck, Jr. | Partner/ Litigation | D.C. 1994 La. 1977 Tex. 1977 | $590.00 | 6.4 | $3,776.00 |

| Name | Position/ Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Robert G. Kenedy | Special Counsel/ Corporate | Tex. 2020 Ill. 2006 | $575.00 | 6.1 | $3,507.50 |
| F. Rivers Lelong, Jr. | Partner/ Corporate | La. 1990 | $535.00 | 0.6 | $321.00 |
| Amy G. Scafidel | Partner/ Corporate | La. 2001 | $520.00 | 2.4 | $1,248.00 |
| Michael W. Magner | Partner/ Litigation | La. 1982 Tex. 2012 | $520.00 | 31.5 | $16,380.00 |
| | | | $500.00 | 34.3 | $17,150.00 |
| Brett S. Venn | Partner/ Litigation | La. 2010 Wa. 2008 | $510.00 | 2.7 | $1,377.00 |
| Kristina M. Johnson | Partner/ Bankruptcy & Restructuring | Miss. 1992 | $500.00 | 12.2 | $6,100.00 |
| | | | $450.00 | 15.5 | $6,975.00 |
| Cindy M. Muller | Partner/ Maritime | La. 1991 Tex. 2007 | $495.00 | 0.7 | $346.50 |
| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 63.5 | $29,210.00 |
| Daniel J. Baldwin | Associate/ Litigation | Tex. 2011 | $450.00 | 63.4 | $28,530.00 |
| Taylor K. Wimberly | Associate/ Litigation | La. 2019 | $375.00 | 28.4 | $10,650.00 |
| Gabrielle A. Ramirez | Associate/ Bankruptcy & Restructuring | Tex. 2019 | $340.00 | 11.0 | $3,740.00 |
| | | | $305.00 | 25.9 | $7,899.50 |

| Name | Position/Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Patrick J. Fackrell | Associate/Litigation | Az. 2019<br>Id. 2016<br>Tex. 2018 | $315.00 | 1.9 | $598.50 |
| Caroline V. McCaffrey | Associate/Bankruptcy & Restructuring | La. 2020 | $290.00 | 2.6 | $754.00 |
|  |  |  | $260.00 | 22.2 | $5,772.00 |
| Georgette M. Shahien | Paraprofessional | N/A | $205.00 | 3.1 | $635.50 |
| Mellaine B. Salinas | Paraprofessional | N/A | $220.00 | 0.4 | $88.00 |
|  |  |  | $200.00 | 6.1 | $1,220.00 |
| Tara C. Gorumba | Paraprofessional | N/A | $125.00 | 14.9 | $1,862.50 |
| Winter Randall | Paraprofessional | N/A | $125.00 | 39.6 | $4,950.00 |
| **TOTAL:** |  |  |  | **973.8** | **$531,266.50** |

**EXHIBIT C**

**SUMMARY OF COMPENSATION REQUESTED BY
PROJECT CATEGORY DURING THE COMPENSATION PERIOD
(November 1, 2020 – January 31, 2021)**

| Task Code | Task Category | Hours | Fees |
|-----------|---------------|-------|------|
| B110 | Case Administration | 236.6 | $139,006.00 |
| B120 | Asset Analysis and Recovery | 10.6 | $6,360.00 |
| B130 | Asset Disposition | 3.2 | $1,920.00 |
| B140 | Relief from Stay/Adequate Protection | 10.8 | $5,674.50 |
| B160 | Fee/Employment Applications | 110.3 | $23,217.00 |
| B180 | Avoidance Action Analysis | 207.8 | $138,380.00 |
| B190 | Other Contested Matters | 280.9 | $162,749.50 |
| B210 | Business Operations | 7.1 | $1,629.00 |
| B230 | Financing/Cash Collection | 2.4 | $1,248.00 |
| B260 | Board of Directors Matters | 0.3 | $198.00 |
| B310 | Claims/Admin/Objections | 1.7 | $867.00 |
| B320 | Plan/Disclosure Statement | 1.8 | $1,080.00 |
| B410 | General Bankruptcy Advice | 82.8 | $38,336.50 |
| B420 | Restructuring | 17.5 | $10,601.00 |
| **TOTAL:** | | **973.8** | **$531,266.50** |

**EXHIBIT D**

**SUMMARY OF PRIOR FEE STATEMENTS AND BALANCE OF FEES AND EXPENSES**

| Period | Fees Incurred | Fees Requested | Fees Paid | Expenses Incurred | Expenses Paid | Balance (Fees & Expenses) |
|---|---|---|---|---|---|---|
| November 1, 2020 – November 30, 2020 | $185,300.50 | $148,240.40 | $148,240.40 | $2,142.30 | $2,142.30 | $37,060.10 |
| December 1, 2020 – December 31, 2020 | $59,532.00 | $47,625.60 | $47,625.60 | $403.97 | $403.97 | $11,906.40 |
| January 1, 2021 – January 31, 2021 | $286,434.00 | $229,147.20 | $229,147.20 | $2,150.82 | $2,150.82 | $57,286.80 |
| **TOTAL:** | **$531,266.50** | **$425,013.20** | **$425,013.20** | **$4,697.09** | **$4,697.09** | **$106,253.30** |

{HD116246.1}

**<u>EXHIBIT E</u>**

**SUMMARY OF EXPENSES FOR THE COMPENSATION PERIOD**
**(November 1, 2020 – January 31, 2021)**

| Expense Category | Amount |
|---|---|
| Computer Legal Research | $2,851.80 |
| Court Fees | $73.00 |
| Delivery Services | $42.89 |
| Long Distance | $186.24 |
| Out of Town Travel | $1,454.98 |
| Other | $88.18 |
| **TOTAL:** | **$4,697.09** |

# EXHIBIT F

## NOVEMBER FEE STATEMENT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.,*** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**MONTHLY FEE STATEMENT OF JONES WALKER LLP**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT**
**OF EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR THE**
**PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Role of Applicant in case: | Special Counsel for Debtors |
| Date order of employment signed: | October 6, 2020 [Docket No. 411] |
| Time period covered by this statement: | November 1, 2020 through November 30, 2020 |
| **Summary of Total Fees and Expenses Requested** | |
| Total fees requested in this statement: | $185,300.50 |
| Total expenses requested in this statement: | $2,142.30 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $187,442.80 |
| **Summary of Attorney Fees Requested** | |
| Total attorney fees requested in this statement: | $176,732.50 |
| Total attorney hours covered by this statement: | 328.3 |
| Average hourly rate for attorneys: | $538.33 |
| **Summary of Paraprofessional Fees Requested** | |
| Total paraprofessional fees requested in this statement: | $8,568.00 |
| Total paraprofessional hours covered by this statement: | 63.2 |
| Average hourly rate for paraprofessionals: | $135.57 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 367], each party receiving notice of the monthly fee statement will have 14 days after the date of service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), Jones Walker LLP ("**Jones Walker**"), Special Counsel for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"), submits this monthly statement of services rendered and expenses incurred in this case for the period of November 1, 2020 through November 30, 2020 (the "**Statement Period**").[2]

## I. Itemization of Services Rendered by Jones Walker

A.     The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Jones Walker seeks compensation.

| Name | Position/ Department | State of Bar Admission, and Year | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Joseph E. Bain | Partner/ Bankruptcy & Restructuring | Tex. 2013 | $600.00 | 15.1 | $9,060.00 |
| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 9.5 | $4,370.00 |

---

[2]     For clarity, Jones Walker notes that certain fees and expenses requested in this statement were accrued outside of the Statement Period and inadvertently omitted from previous statements.

| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 41.8 | $26,125.00 |
|---|---|---|---|---|---|
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $625.00 | 23.6 | $14,750.00 |
| Kristina M. Johnson | Partner/ Bankruptcy & Restructuring | Miss. 1992 | $450.00 | 8.4 | $3,780.00 |
| F. Rivers Lelong, Jr. | Partner/ Corporate | La. 1990 | $535.00 | 0.6 | $321.00 |
| Michael W. Magner | Partner/ Litigation | La. 1982 Tex. 2012 | $500.00 | 29.0 | $14,500.00 |
| Cindy M. Muller | Partner/ Maritime | La. 1991 Tex. 2007 | $495.00 | 0.6 | $297.00 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $625.00 | 65.0 | $40,625.00 |
| Joshua A. Norris, Jr. | Partner/ Litigation | La. 2010 Tex. 2000 | $650.00 | 26.7 | $17,355.00 |
| Amy G. Scafidel | Partner/ Corporate | La. 2001 | $520.00 | 2.4 | $1,248.00 |
| R. Patrick Vance | Sr. Partner/ Litigation | La. 1975 | $550.00 | 10.3 | $5,665.00 |
| Robert G. Kenedy | Special Counsel/ Corporate | Tex. 2020 Ill. 2006 | $575.00 | 5.8 | $3,335.00 |
| Daniel J. Baldwin | Associate/ Litigation | Tex. 2011 | $450.00 | 60.5 | $27,225.00 |
| Patrick J. Fackrell | Associate/ Litigation | Az. 2019 Id. 2016 Tex. 2018 | $315.00 | 1.9 | $598.50 |
| Caroline V. McCaffrey | Associate/ Bankruptcy & Restructuring | La. 2020 | $260.00 | 17.50 | $4,550.00 |
| Gabrielle A. Ramirez | Associate/ Bankruptcy & Restructuring | Tex. 2019 | $305.00 | 9.6 | $2,928.00 |

| | | | | | |
|---|---|---|---|---|---|
| Tara C. Gorumba | Paraprofessional | N/A | $125.00 | 14.9 | $1,862.50 |
| Winter Randall | Paraprofessional | N/A | $125.00 | 39.6 | $4,950.00 |
| Mellaine B. Salinas | Paraprofessional | N/A | $200.00 | 5.6 | $1,120.00 |
| Georgette M. Shahien | Paraprofessional | N/A | $205.00 | 3.1 | $635.50 |
| **TOTAL** | | | | **391.5** | **$185,300.50** |

B.     The time records of Jones Walker consisting of a daily breakdown of the time spent by each person on each day, and details as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

## II.     Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by Jones Walker by task categories and provides a summary of disbursements incurred by category of disbursement.

A.     Services Rendered

The following services were rendered in the following task categories:

| Task Code | Task Category | Hours | Fees Earned |
|---|---|---|---|
| B110 | Case Administration | 99.2 | $59,230.00 |
| B120 | Asset Analysis/Recovery | 7.5 | $4,500.00 |
| B130 | Asset Disposition | 3.2 | $1,920.00 |
| B140 | Relief From Stay/Protection | 3.9 | $1,189.50 |
| B160 | Fee/Employment Applications | 78.3 | $13,398.00 |
| B180 | Avoidance Action Analysis | 64.6 | $40,375.00 |
| B190 | Other Contested Matters | 53.8 | $28,675.50 |
| B210 | Business Operations | 6.2 | $1,441.00 |
| B230 | Financing/Cash Collection | 2.4 | $1,248.00 |

| B410 | General Bankruptcy Advice | 72.4 | $33,323.50 |
|------|---------------------------|------|------------|
| **TOTAL** | | **391.5** | **$185,300.50** |

A detailed itemization of the services rendered and resulting fees in each of the above task categories is set forth in **Exhibit A**.

B.   Disbursements Incurred

The disbursements incurred by Jones Walker for expenses in this Statement are as follows:

| Expense | Amount |
|---------|--------|
| Long Distance | $58.64 |
| Computer Legal Research | $1,279.35 |
| Delivery Services | $42.89 |
| Out of Town Travel | $756.82 |
| Court Fees | $4.60 |
| **TOTAL** | **$2,142.30** |

C.   Accordingly, the amount of fees and expenses payable for this Statement Period is $150,382.70 which is calculated as follows:

| Description | Amount |
|-------------|--------|
| Total Fees for Services Rendered | $185,300.50 |
| Twenty Percent (20%) Holdback | - $37,060.10 |
| Fees Minus Holdback | $148,240.40 |
| Total Expenses for Disbursements Incurred (100%) | $2,142.30 |
| **TOTAL** | **$150,382.70** |

WHEREFORE, pursuant to the Interim Compensation Order, Jones Walker requests payment of compensation in the amount of (i) $148,240.40 (80% of $185,300.50) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $2,142.30 for reimbursement of actual and necessary

expenses incurred on behalf of the Debtors by Jones Walker, for a total of $150,382.70 for the

Statement Period.

Dated: December 14, 2020                    Respectfully submitted,

                                            /s/ James Noe
                                           James Noe (TX Bar No. 24040178)
                                           JONES WALKER LLP
                                           811 Main Street, Suite 2900
                                           Houston, Texas 77002
                                           Tel:  713-437-1800
                                           Fax:  713-437-1801
                                           Email: jnoe@joneswalker.com

                                           -and-

                                           Mark A. Mintz (SDTX No. 1140193)
                                           JONES WALKER LLP
                                           201 St. Charles Avenue, 49th Floor
                                           New Orleans, Louisiana 70170
                                           Tel:  504-582-8368
                                           Fax:  504-589-8368
                                           Email: mmintz@joneswalker.com

                                           *Special Counsel for Fieldwood Energy, LLC et al.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 14, 2020, a true and correct copy of the foregoing Monthly Fee Statement was duly served upon the following parties via email as ordered in the Interim Compensation Order [Docket No. 367] entered on September 17, 2020.

<u>**Debtors**</u>
Fieldwood Energy LLC
Mike Dane (mdane@fwellc.com)
Tommy Lamme (tlamme@fwellc.com)

<u>**Counsel to the Debtors**</u>
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq. (matt.barr@weil.com)
Alfredo R. Pérez, Esq. (alfredo.perez@weil.com)
Jessica Liou, Esq. (jessica.liou@weil.com)

<u>**Counsel to the Ad Hoc Group of Secured Lenders**</u>
Davis Polk & Wardwell LLP
Damian S. Schaible, Esq. (damian.schaible@davispolk.com)
Natasha Tsiouris, Esq. (natasha.tsiouris@davispolk.com)

Haynes and Boone, LLP
Charles A. Beckham Jr., Esq. (charles.beckham@haynesboone.com)
Martha Wyrick, Esq. (martha.wyrick@haynesboone.com)

<u>**Office of the U.S. Trustee for the Southern District of Texas**</u>
Hector Duran (hector.duran.jr@usdoj.gov)
Stephen Statham (stephen.statham@usdoj.gov)

<u>**Counsel to the Creditors' Committee**</u>
Stroock & Stroock & Lavan LLP
Sherry Millman, Esq. (smillman@stroock.com)
Kenneth Pasquale, Esq. (kpasquale@stroock.com)

*/s/ James Noe*
James Noe

**<u>Exhibit A</u>**

Itemization of Services Rendered and Disbursements Incurred

6905     45043

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

FIELDWOOD ENERGY LLC                         DECEMBER 4, 2020
ATTN: MATT MCCAROLL                          INVOICE NO. 1055711
2000 W. SAM HOUSTON PKWY S., STE 1200
HOUSTON, TX 77042

RE:  FIELDWOOD RESTRUCTURING

FILE NO. 178208-00

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 10/09/20 | JAH | B110 | A104 | REVIEW FILE (1.00) AND OUTLINE STATEMENT OF REASONS (1.20). | 2.20 | 1,375.00 |
| 11/01/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO MR. CAPITELLI. | .10 | 62.50 |
| 11/02/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- PREPARE FOR AND PARTICIPATE IN CALL WITH B. SERGESKETTER RE BSEE PRODUCTION OF EMAILS AND BRIEFING STRATEGY. | 1.10 | 687.50 |
| 11/02/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE WITH SOLICITOR'S OFFICER RE MOTION TO ALTER BRIEFING DEADLINES (0.20) AND DRAFT SAME (0.40). | .60 | 375.00 |
| 11/02/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CALL WITH J. NOE RE RAISING EI 343 WELLS WITH R. LAMB ET AL TO SEEK BSEE WITHDRAWAL OF DEMANDS RE EI 343 WELLS. | .30 | 187.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   2
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| Date | Tk | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/02/20 | JAH | B190 | A104 | EI 342 APPEAL -- REVIEW BSEE EMAILS AND PLAN BRIEFING STRATEGY, INCLUDING USING MC 20 COMMENTS IN "RELEVANT FACTORS" ARGUMENTS. | 1.10 | 687.50 |
| 11/02/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW DATA FROM A. FERGUSON RE BSEE DATABASE AND EI 342/343 WELLS. | .50 | 312.50 |
| 11/02/20 | JAN | B110 | A104 | REVIEW OF DRILLING CONTRACTS AND CORRESPONDENCE. | 1.20 | 780.00 |
| 11/02/20 | JAN | B110 | A105 | CONFERENCES WITH TEAM REGARDING STRATEGY FOR MOVING FORWARD WITH BREACHES AND ENVIRONMENTAL ISSUES. | .60 | 390.00 |
| 11/02/20 | JAN | B110 | A101 | DEVELOP STRATEGY FOR PLAN TO ADDRESS MULTIPLE BREACHES AND ENVIRONMENTAL ISSUES. | .80 | 520.00 |
| 11/02/20 | JAN | B110 | A104 | DEVELOP INDEMNITY ISSUES (0.20) AND CONFERENCES AND EMAILS WITH TEAM AND CLIENT REGARDING SAME (0.30). | .50 | 325.00 |
| 11/02/20 | JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH JONATHAN HUNTER AND THE CLIENT (ROBERT SERGESKETTER) REGARDING STRATEGY WITH RESPECT TO EUGINE ISLAND 342 POLLUTION APPEAL. | .50 | 312.50 |
| 11/02/20 | JN | B180 | A109 | CONFERENCE CALL WITH STEWART PECK (COUNSEL FOR VARLARIS) REGARDING LIENS PLACED BY VALARIS ON FIELDWOOD PROPERTY AND NEXT STEPS. | .40 | 250.00 |
| 11/02/20 | JN | B180 | A109 | CONFERENCE CALL WITH CLIENT (MIKE DANE) REGARDING MY CONVERSATION WITH VARLARIS COUNSEL, STEWART PECK, AND STRATEGY FOR DEFENSE. | .60 | 375.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    3
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/02/20 JN | B180 | A109 | REVIEW VARIOUS DOCUMENTS FROM CLIENT REGARDING POTENTIAL BREACHES OF CONTRACT BY VALARIS AFTER REVIEWING DRILLING CONTRACT FOR JOE DOUGLAS RIG. | 2.10 | 1,312.50 |
| 11/02/20 JN | B180 | A105 | CONFERENCE CALL WITH JOSH NORRIS REGARDING POTENTIAL BREACH OF CONTRACT ACTION AGAINST VALARIS. | .30 | 187.50 |
| 11/02/20 JN | B180 | A105 | CONFERENCE CALL WITH JONATHAN HUNTER TO DISCUSS STRATEGY IN APPEAL OF ORDERS REGARDING EUGINE ISLAND POLLUTION. | .30 | 187.50 |
| 11/02/20 PFH | B110 | A102 | REVIEWED ARTICLE DISCUSSING IMPLICATIONS OF PURDUE PHARMA CASE FOR CORPORATIONS UNDER INVESTIGATION AND ALSO IN BANKRUPTCY. | .10 | 62.50 |
| 11/02/20 PFH | B110 | A102 | REVIEWED SEMS PROGRAMS AND DOCUMENTATION DEMONSTRATING POSITIONS RESPONSIBLE FOR REPORTING OIL SHEENS ETC (ITEM 2) (0.80); REVIEWED SUMMARY OF AND SELECTED DOCUMENTS RE OFFSHORE OPERATIONS POLICIES (ITEM 1) (0.60); REVIEWED PORTIONS OF RECORDS OF TRAINING PROVIDED RE OIL SPILL OR SHEEN REPORTING ETC (ITEM 3) (0.80); SELECTED E MAILS OF BRANDON WALL (ITEM 19), ALL IN OCTOBER 2020 GRAND JURY DOCUMENT PRODUCTION (0.30). | 2.50 | 1,562.50 |
| 11/02/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. CAPITELLI RE CONTACTS WITH DOJ. | .60 | 375.00 |
| 11/02/20 SYD | B110 | A103 | REVIEWED DOCUMENTS FROM RECORD (0.30); DISCUSSED SAME WITH JONATHAN HUNTER (0.50). | .80 | 368.00 |

FIELDWOOD ENERGY LLC                                          PAGE    4
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00

| | | | | | |
|---|---|---|---|---|---|
| 11/02/20 | DJB | B410 | A104 | REVIEW AND ANALYZE FEBRUARY 4, 2020 MASTER OFFSHORE DAYWORK DRILLING CONTRACT FOR THE JOE DOUGLAS DRILLING UNIT. | 2.30 | 1,035.00 |
| 11/02/20 | DJB | B410 | A104 | REVIEW AND ANALYZE CORRESPONDENCE BETWEEN FIELDWOOD AND ENSCO IN OCTOBER AND NOVEMBER 2020 RE: PERFORMANCE ISSUES. | .20 | 90.00 |
| 11/03/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW IBLA ORDERS RE BRIEFING SCHEDULE (0.20) AND DRAFT MOTION FOR EXTENSION (0.30). | .50 | 312.50 |
| 11/03/20 | JAN | B110 | A104 | ANALYSIS OF DAY WORK DRILLING CONTRACTS FOR DEVELOPMENT OF STRATEGY ISSUES. | 1.50 | 975.00 |
| 11/03/20 | JAN | B110 | A105 | EMAILS WITH TEAM REGARDING ANALYSIS OF DAY WORK DRILLING CONTRACT AND STRATEGY. | .50 | 325.00 |
| 11/03/20 | JAN | B110 | A104 | ANALYSIS OF NOTICES AND CORRESPONDENCE BETWEEN CLIENT REPRESENTATIVES AND VALARIS REGARDING ENVIRONMENTAL ISSUES. | .80 | 520.00 |
| 11/03/20 | JAN | B110 | A104 | DEVELOP STRATEGY ISSUES FOR LEVERAGE ON DAY WORK DRILLING CONTRACTS. | .50 | 325.00 |
| 11/03/20 | JAN | B110 | A109 | ATTEND CONFERENCE WITH TEAM REGARDING STRATEGY AND DEVELOPMENT OF CONTRACTUAL ARGUMENTS. | .60 | 390.00 |
| 11/03/20 | JN | B180 | A109 | CONFERENCE CALL WITH CLIENT (TOMMY LAMME AND MIKE DANE) TO DISCUSS POTENTIAL LEGAL ACTION AGAINST VALARIS. | .60 | 375.00 |
| 11/03/20 | JN | B180 | A109 | REVIEW VALARIS U.S. GULF OF MEXICO CONTRACT TO DETERMINE POTENTIAL BREACHES OF CONTRACT. | .90 | 562.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE    5
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/03/20 JN | B180 | A109 | REVIEW EMAIL FROM CHEVRON REGARDING PREDECESSOR LIABILITY AND REPLY TO SCHEDULE A CALL TO DISCUSS. | .10 | 62.50 |
| 11/03/20 JN | B180 | A105 | CONFERENCE CALL WITH JOE BAIN, JOSH NORRIS AND DANIEL BALDWIN TO DISCUSS STRATEGY WITH RESPECT TO VALARIS ON BREACH OF CONTRACT; CONTRACT TERMINATION; AND WHAT IS POSSIBLE IN LIGHT OF VALARIS' BANKRUPTCY PROCEEDING. | .90 | 562.50 |
| 11/03/20 JN | B180 | A104 | REVIEW U.S. VALARIS DRILLING CONTRACT TO DETERMINE POTENTIAL BREACHES OF CONTRACT. | .90 | 562.50 |
| 11/03/20 JN | B180 | A104 | RESEARCH LOUISIANA OIL WELL LIEN ACT TO PROVIDE RESEARCH INSTRUCTIONS REGARDING VALARIS LIENS. | .80 | 500.00 |
| 11/03/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH POINTS FOR DISCUSSION DURING MEETING WITH DOJ (0.10); EMAIL TO MR. SERGESKETTER WITH ADDITIONAL POINTS TO DISCUSS (0.10). | .20 | 125.00 |
| 11/03/20 JEB | B110 | A104 | ANALYSIS OF STRATEGY BASED ON DISPUTES WITH VALARIS. | 1.10 | 660.00 |
| 11/03/20 JEB | B120 | A105 | INTERNAL CALL REGARDING STRATEGY REGARDING VALARIS DISPUTES. | .80 | 480.00 |
| 11/03/20 SYD | B110 | A103 | REVISE AND FINALIZE UNOPPOSED MOTION FOR EXTENSION OF TIME. | .70 | 322.00 |
| 11/03/20 DJB | B410 | A103 | DRAFT HIGH-LEVEL MEMO DISCUSSING WAYS FIELDWOOD COULD TERMINATE DAYWORK CONTRACT WITH ENSCO. | 1.70 | 765.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE    6
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/03/20 DJB | B410 | A105 | CONVERSATION WITH JIM NOE REGARDING GROUNDS FIELDWOOD COULD ASSERT TO TERMINATE ITS DAYWORK CONTRACT WITH ENSCO. | .20 | 90.00 |
| 11/03/20 DJB | B410 | A102 | RESEARCH WHETHER ENGLISH LAW WOULD INVALIDATE PARAGRAPH 203(G) OF FIELDWOOD'S DAYWORK CONTRACT WITH ENSCO. | .60 | 270.00 |
| 11/03/20 DJB | B410 | A104 | REVIEW AND ANALYZE ADDITIONAL CORRESPONDENCE RECEIVED FROM CLIENT REGARDING GROUNDS FOR TERMINATING DAYWORK CONTRACTS WITH ENSCO. | .20 | 90.00 |
| 11/03/20 DJB | B410 | A105 | CONVERSATION WITH JOE BAIN, JOSH NORRIS, AND JIM NOE ON STRATEGY AND PLAN TO MAKE FILINGS IN VALARIS' BANKRUPTCY CASE. | .90 | 405.00 |
| 11/03/20 DJB | B410 | A104 | REVIEW AND ANALYZE OCTOBER 26, 2018 MASTER DOMESTIC OFFSHORE DAYWORK DRILLING CONTRACT BETWEEN FIELDWOOD ENERGY AND ATLANTIC MARITIME SERVICES. | 1.90 | 855.00 |
| 11/03/20 GAR | B160 | A105 | CORRESPOND WITH J. NOE REGARDING EDITS NEEDED TO FORTHCOMING OCTOBER MONTHLY FEE STATEMENT OF JONES WALKER. | .20 | 61.00 |
| 11/03/20 GAR | B160 | A105 | DISCUSS STATUS OF JONES WALKER'S OCTOBER MONTHLY FEE STATEMENT WITH C. MCCAFFREY TO ENSURE PROMPT SUBMISSION. | .30 | 91.50 |
| 11/04/20 JN | B180 | A104 | REVIEW VALARIS DRILLING CONTRACTS AND VARIOUS DOCUMENTS REGARDING VALARIS CONTRACT PERFORMANCE. | .80 | 500.00 |
| 11/04/20 PFH | B110 | A106 | E MAILS FROM/TO MR. SERGESKETTER RE PREPARATION FOR MEETING WITH AUSAS. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE    7
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/04/20 PFH | B110 | A106 | MEETING WITH MR. SERGESKETTER AND MR. MAGNER TO PREPARE FOR MEETING WITH AUSAS. | .80 | 500.00 |
| 11/04/20 PFH | B110 | A102 | PREPARED FOR MEETING WITH AUSAS BY REVIEWING ISSUES THEY HAVE RAISED OR ARE LIKELY TO RAISE AND POTENTIAL FACTUAL AND LEGAL RESPONSES. | 1.50 | 937.50 |
| 11/04/20 PFH | B110 | A107 | CALL FROM MR. CAPITELLI WITH UPDATE ON HIS DISCUSSION WITH AUSAS RE HUSE RESOLUTION.\ | .40 | 250.00 |
| 11/04/20 PFH | B110 | A107 | E MAIL TO AND FROM AUSA KAMMER RE MEETING. | .10 | 62.50 |
| 11/04/20 CVM | B160 | A103 | REVIEWED AND EDITED SUPPORTING DOCUMENTS TO FIRST INTERIM FEE APPLICATION. | 2.00 | 520.00 |
| 11/04/20 DJB | B410 | A102 | RESEARCH WHETHER FIELDWOOD COULD ASSERT TORT CLAIMS AGAINST VALARIS FOR FILING IMPROPER LIENS UNDER THE LOUISIANA OIL WELL LIEN ACT. | .90 | 405.00 |
| 11/04/20 DJB | B410 | A102 | RESEARCH WHETHER VALARIS' NOTICES TO WORKING INTEREST OWNERS OF LIENS ON FIELDWOOD WELLS VIOLATES AUTOMATIC BANKRUPTCY STAY. | .80 | 360.00 |
| 11/04/20 GAR | B160 | A104 | REVIEW SUPPORTING DOCUMENTATION FOR JONES WALKER'S OCTOBER MONTHLY FEE STATEMENT TO ENSURE ACCURACY THEREIN. | .20 | 61.00 |
| 11/04/20 GAR | B160 | A105 | DISCUSS ISSUES WITH SUPPORTING DOCUMENTATION WITH M. MINTZ AND J. NOE TO ENSURE PROPER INCLUSION OF INFORMATION ON OCTOBER MONTHLY FEE STATEMENT OF JONES WALKER. | .30 | 91.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE    8
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/04/20 GAR | B160 | A105 | DISCUSS EDITS NEEDED FOR SUPPORTING DOCUMENTATION TO JONES WALKER'S OCTOBER MONTHLY FEE STATEMENT WITH C. MCCAFFREY. | .20 | 61.00 |
| 11/04/20 GAR | B160 | A104 | REVIEW ACCOUNTING INFORMATION THAT WILL SUPPLEMENT JONES WALKER'S OCTOBER FEE STATEMENT. | .50 | 152.50 |
| 11/04/20 GMS | B190 | A107 | FORMAT LOAD FILE SPREADSHEET FOR ATTORNEY USE AND PRINTOUT. | 1.40 | 287.00 |
| 11/04/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 4.80 | 600.00 |
| 11/05/20 JAH | B190 | A104 | CONFERENCE WITH J. NOE RE DECOMMISSIONING LIABILITY ISSUES. | .70 | 437.50 |
| 11/05/20 JAH | B190 | A104 | EUGEN ISLAND 342 APPEAL -- PLAN LETTER TO SOLICITOR'S OFFICE. | .30 | 187.50 |
| 11/05/20 JAN | B110 | A104 | PREPARE FOR MEETING WITH CLIENTS BY REVIEWING DRILLING CONTRACT AND ENVELOPING ISSUES FOR FACT DEVELOPMENT. | .50 | 325.00 |
| 11/05/20 JAN | B110 | A105 | CONFERENCES WITH TEAM REGARDING STRATEGY FOR MOVING FORWARD ON BREACHES BY ENSCO. | .50 | 325.00 |
| 11/05/20 JAN | B110 | A109 | ATTEND MEETING WITH CLIENTS REGARDING STRATEGY FOR MOVING FORWARD WITH DEMANDS AND MOTION TO LIFT AND FACT DEVELOPMENT. | .80 | 520.00 |
| 11/05/20 JN | B180 | A109 | DRAFT CORRESPONDENCE TO INTERIOR SOLICITOR RYAN LAMB REGARDING MEETING WITH CHEVRON TO DISCUSS PREDECESSOR LIABILITY. | .30 | 187.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE    9
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/05/20 JN | B180 | A104 | REVIEW CORRESPONDENCE FROM CHEVRONS AMY WALL REGARDING LEGACY LIABILITY AND INFORMATION REQUESTS. | .20 | 125.00 |
| 11/05/20 JN | B180 | A109 | CONFERENCE CALL WITH CHEVRON TO DISCUSS PREDECESSOR LIABILITY AND REGULATORY ISSUES RELATED TO RELINQUISHMENT OF FORMER CHEVRON PROPERTIES IN THE RESTRUCTURING PROCESS. | 1.60 | 1,000.00 |
| 11/05/20 JN | B180 | A105 | CONFERENCE CALL WITH JOSH NORRIS AND DANIEL BALDWIN TO DISCUSS LITIGATION STRATEGY REGRADING VALARIS. | .50 | 312.50 |
| 11/05/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (TOMMY LAMME AND MIKE DANE) TO DISCUSS CALL WITH CHEVRON LAWYERS. | .40 | 250.00 |
| 11/05/20 JN | B180 | A109 | MEETING WITH CLIENTS OPERATIONAL PERSONNEL TO DISCUSS POTENTIAL BREACHES OF CONTRACT OF VALARIS. | 1.60 | 1,000.00 |
| 11/05/20 JN | B180 | A104 | REVIEW VALARIS DRILLING CONTRACTS FOLLOWING MEETING WITH CLIENT TO IDENTIFY POTENTIAL BREACHES OF CONTRACT TO ASSERT AGAINST VALARIS. | 1.30 | 812.50 |
| 11/05/20 JN | B180 | A104 | REVIEW OF VARIOUS DOCUMENTS, INCIDENT REPORTS AND INVESTIGATIVE REPORTS ON POTENTIAL BREACHES OF CONTRACT COMMITTED BY VALARIS. | 1.10 | 687.50 |
| 11/05/20 MWM | B190 | A109 | PREPARE FOR, ATTEND, AND DEBRIEF FOLLOWING MEETING WITH U.S.A.O. | 4.10 | 2,050.00 |
| 11/05/20 PFH | B110 | A107 | MEETING WITH AUSA SPIRO LATSIS AND AUSA DALL KAMMER, MR. ROBERT SERGESKETTER AND MR. MICHAEL MAGNER TO DISCUSS STATUS OF INVESTIGATION AND | 2.30 | 1,437.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   10
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

|            |     |      |      | POTENTIAL RESOLUTION. | | |
|------------|-----|------|------|------------------------|------|----------|
| 11/05/20 | PFH | B110 | A106 | MEETING WITH MR. ROBERT SERGESKETTER AND MR. MICHAEL MAGNER BEFORE AND AFTER MEETING WITH DOJ TO DISCUSS STATUS OF INVESTIGATION AND POTENTIAL RESOLUTION. | 1.80 | 1,125.00 |
| 11/05/20 | PFH | B110 | A102 | REVIEWED ENERGY RESOURCE TECH PLEA AGREEMENT PROVIDED BY AUSA DALL KAMMER FOR CONSIDERATION. | .50 | 312.50 |
| 11/05/20 | JEB | B120 | A104 | ANALYSIS OF ISSUES PERTAINING TO BREACH BY VALARIS AND POTENTIAL ACTIONS RELATING TO VALARIS BANKRUPTCY CASE. | 1.20 | 720.00 |
| 11/05/20 | CVM | B160 | A103 | DRAFTED FIELDWOOD'S THIRD MONTHLY FEE STATEMENT. | 1.00 | 260.00 |
| 11/05/20 | DJB | B410 | A105 | CONVERSATION WITH JOSH NORRIS AND JIM NOE REGARDING FILING MOTION TO LIFT AUTOMATIC BANKRUPTCY STAY AS TO VALARIS. | .60 | 270.00 |
| 11/05/20 | DJB | B410 | A102 | RESEARCH 5TH CIRCUIT LAW FOR CASES LIFTING AUTOMATIC BANKRUPTCY STAY TO ALLOW MOVANT TO ENFORCE TERMS OF CONTRACT WITH DEBTOR FOR PURPOSES OF USING SAME IN MOTION TO LIFT AUTOMATIC STAY IN VALARIS' BANKRUPTCY. | 1.90 | 855.00 |
| 11/05/20 | GAR | B160 | A105 | RESOLVE ISSUES WITH ACCOUNTING TO PROVIDE SUPPORTING DOCUMENTATION FOR JONES WALKER'S OCTOBER MONTHLY FEE STATEMENT. | .40 | 122.00 |
| 11/05/20 | GAR | B160 | A104 | FINALIZE ACCOUNTING INFORMATION TO SUPPLEMENT JONES WALKER'S OCTOBER MONTHLY FEE STATEMENT TO ENSURE ACCURACY THEREIN. | .40 | 122.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  11
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/05/20 | GAR | B160 | A105 | DISCUSS UPDATES REGARDING SUPPORTING DOCUMENTATION TO JONES WALKER'S OCTOBER MONTHLY FEE STATEMENT WITH C. MCCAFFREY. | .30 | 91.50 |
| 11/05/20 | MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS LIST (.20); UPDATE CONFLICTS CHART (.10). | .30 | 60.00 |
| 11/05/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | .30 | 37.50 |
| 11/06/20 | JAH | B190 | A104 | REVIEW CHEVRON QUESTIONS RE DECOMMISSIONING ISSUES. | .20 | 125.00 |
| 11/06/20 | JAN | B110 | A104 | REVIEW OF US DRILLING CONTRACT (0.20), CORRESPONDENCE RELATED TO SAME AND INFORMATION ON RATES AND AMOUNTS PAID AND OWED (0.30). | .50 | 325.00 |
| 11/06/20 | JAN | B110 | A104 | DEVELOP PLAN FOR PURSUING BANKRUPTCY MOTION TO LIFT STAY TO EXERCISE CONTRACTUAL RIGHTS. | .50 | 325.00 |
| 11/06/20 | JAN | B110 | A104 | CONFERENCES WITH TEAM REGARDING PLAN TO PURSUE BANKRUPTCY ISSUES BASED ON OUTSTANDING ISSUES. | .50 | 325.00 |
| 11/06/20 | JN | B180 | A104 | REVIEW NUMEROUS DOCUMENTS RELATED TO VALARIS' PERFORMANCE AND RELATED TO VARIOUS FAILURES AND INCIDENTS IN PREPARATION TO DRAFT MOTION TO LIFT STAY IN VALARIS' BANKRUPTCY TO ENFORCE CONTRACTUAL RIGHTS. | 2.40 | 1,500.00 |
| 11/06/20 | JN | B180 | A104 | DRAFT AND REVISE LETTER TO VALARIS LEGAL COUNSEL REGARDING ASSERTION OF LIEN RIGHTS UNDER LOUISIANA OIL WELL LIEN ACT. | .90 | 562.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE  12
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/06/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (MIKE DANE AND TOMMY LAMME) AND WEILS ALFREDO PEREZ TO DISCUSS RESPONDING TO VALARIS ASSERTING LIEN RIGHTS. | .40 | 250.00 |
| 11/06/20 JN | B180 | A104 | RESEARCH LOUISIANA OIL WELL LIEN ACT AND DEFENSES TO ASSERTION OF LIEN RIGHTS. | .90 | 562.50 |
| 11/06/20 JN | B180 | A109 | CONFERENCE CALL WITH JOSH NORRIS TO DISCUSS STRATEGY WITH MOTION TO LIFT STAY IN VALARIS BANKRUPTCY. | .20 | 125.00 |
| 11/06/20 PFH | B110 | A107 | E MAILS FROM/TO MR. BRIAN CAPITELLI RE MEETING WITH AUSAS. | .10 | 62.50 |
| 11/06/20 PFH | B110 | A107 | CALL WITH MR. CAPITELLI TO DISCUSS MEETING WITH AUSAS AND STRATEGY. | .80 | 500.00 |
| 11/06/20 PFH | B110 | A103 | DRAFTED POINTS FOR FUTURE DISCUSSION WITH AUSA DALL KAMMER AS REQUESTED BY MR. SERGESKETTER AND E MAILED TO MR. SERGESKETTER/MR. MAGNER | .60 | 375.00 |
| 11/06/20 PFH | B110 | A106 | GATHERED AND DISSEMINATED AND REVIEWED INTERVIEW NOTES FOR FOLLOWUP WITH AUSA KAMMER AND E MAILED TO MR. SERGESKETTER AND MR. MAGNER | .50 | 312.50 |
| 11/06/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH TALKING POINTS FOR DISCUSSION WITH AUSAS AND EMAIL FROM MR. SERGESKETTER WITH FACTS RE BRANDON WALL FOR USE IN CALL WITH AUSAS. | .10 | 62.50 |
| 11/06/20 PFH | B110 | A107 | E MAIL FROM MR. MAGNER TO AUSA DALL KAMMER RE UPCOMING CALL. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   13
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00


11/06/20 CVM   B160  A103  REVISED (0.30) AND             .40        104.00
                           COMMUNICATED THIRD MONTHLY
                           FEE STATEMENT TO G. RAMIREZ
                           (0.10).

11/06/20 DJB   B410  A105  CONVERSATION WITH JOSH NORRIS   .80        360.00
                           ON FILING MOTIONS IN VALARIS'
                           BANKRUPTCY.

11/06/20 DJB   B410  A104  REVIEW AND ANALYZE MATERIALS   2.10        945.00
                           PROVIDED BY CLIENT ON 11/5/20.

11/06/20 DJB   B410  A103  REVISE LETTER TO VALARIS IN     .20         90.00
                           RESPONSE TO SENDING LIEN
                           NOTICES TO WORKING INTEREST
                           OWNERS.

11/06/20 DJB   B410  A104  REVIEW AND ANALYZE DAYWORK      .80        360.00
                           CONTRACTS WITH VALARIS
                           ENTITIES TO EXAMINE
                           APPLICABLE ACCOUNTING,
                           PAYMENT, INVOICING, AND
                           CONSEQUENTIAL DAMAGES
                           PROVISIONS FOR PURPOSES OF
                           ADDRESSING SAME IN MOTION TO
                           LIFT STAY.

11/06/20 GAR   B160  A103  FINALIZE JONES WALKER'S        1.10        335.50
                           OCTOBER MONTHLY FEE STATEMENT
                           FOR CO-COUNSEL'S REVIEW.

11/06/20 PJF   B410  A104  CONDUCT LEGAL RESEARCH RE:     1.90        598.50
                           DETERMINING PARTIES TO
                           PENDING BANKRUPTCIES AND
                           SCOPE OF INTERNATIONAL
                           TREATIES.

11/06/20 GMS   B190  A103  EDIT DATA LOAD FILES FOR       1.70        348.50
                           ATTORNEY CONSUMPTION.

11/06/20 MBS   B210  A105  REVIEW ENTITIES FOR CONFLICTS   .30         60.00
                           TEST (.10); UPDATE CHART
                           (.20).

11/06/20 WR    B160  A102  RESEARCH AND PROVIDE           4.00        500.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   14
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/07/20 MWM | B190 | A104 | REVIEW FILE MATERIALS TO PREPARE FOR TELEPHONE CONFERENCE WITH AUSA KAMMER | 2.10 | 1,050.00 |
| 11/07/20 DJB | B410 | A104 | REVIEW AND ANALYZE LOCAL RULES FOR SDTX BANKRUPTCY COURT AND JUDGE ISGUR'S CHAMBER RULES TO ENSURE MOTION TO LIFT STAY COMPLIES WITH SAME. | .30 | 135.00 |
| 11/07/20 DJB | B410 | A103 | DRAFT JURISDICTION AND VENUE SECTION OF MOTION TO LIFT STAY AS TO ENSCO MEXICO. | .20 | 90.00 |
| 11/07/20 DJB | B410 | A103 | DRAFT INTRODUCTION SECTION OF MOTION TO LIFT STAY AS TO ENSCO MEXICO. | .20 | 90.00 |
| 11/07/20 DJB | B410 | A103 | DRAFT RELIEF REQUESTED SECTION OF MOTION TO LIFT STAY AS TO ENSCO MEXICO. | .70 | 315.00 |
| 11/07/20 DJB | B410 | A103 | BEGIN DRAFTING BASES FOR RELIEF REQUESTED SECTION OF MOTION TO LIFT STAY AS TO ENSCO MEXICO. | .90 | 405.00 |
| 11/08/20 DJB | B410 | A103 | DRAFT FACTUAL BACKGROUND SECTION OF MOTION TO LIFT STAY AS TO ENSCO MEXICO. | 3.60 | 1,620.00 |
| 11/08/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.00 | 250.00 |
| 11/09/20 JAN | B110 | A103 | DRAFT LETTER TO ATLANTIC REGARDING CONTRACT ISSUES. | .80 | 520.00 |
| 11/09/20 JAN | B110 | A105 | CONFERENCES WITH TEAM REGARDING STRATEGY FOR LIFTING STAY ON CONTRACT ISSUES. | .50 | 325.00 |
| 11/09/20 JN | B180 | A104 | REVIEW AND REVISE LETTER TO VALARIS COUNSEL REGARDING ASSERTION OF LIEN RIGHTS. | .60 | 375.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  15
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/09/20 JN | B110 | A109 | CONFERENCE CALL WITH LEGAL COUNSEL FOR ECOPETROL REGARDING VALARIS ASSERTION OF LIEN RIGHTS. | .40 | 250.00 |
| 11/09/20 JN | B180 | A103 | REVIEW AND REVISE MOTION TO LIFT BANKRUPTCY STAY TO ENFORCE CONTRACTUAL RIGHTS AGAINST VALARIS. | 1.10 | 687.50 |
| 11/09/20 MWM | B190 | A104 | PREPARE FOR CALL WITH AUSA KAMMER (2.0); CALL WITH KAMMER (0.80); FOLLOW UP WITH CORRESPONDENCE TO CLIENT (0.30). | 3.10 | 1,550.00 |
| 11/09/20 PFH | B110 | A102 | REVIEWED NOTES OF NUMEROUS INTERVIEWS (1.80) AND SENT E MAIL TO MR. MAGNER WITH BULLETS OF WITNESS INTERVIEWS TO PREPARE FOR CALL WITH AUSA KAMMER (0.30). | 2.10 | 1,312.50 |
| 11/09/20 PFH | B110 | A106 | CALL WITH MR MAGNER TO DISCUSS STRATEGY AND FACTS FOR CALL WITH AUSA KAMMER. | .00 | .00 |
| 11/09/20 PFH | B110 | A106 | E MAIL FROM/TO MR. SERGESKETTER/MR.MAGNER RE THE POINTS TO MAKE DURING CALL AND WHETHER TO SEND WRITTEN INFORMATION OR HANDLE ORALLY. | .20 | 125.00 |
| 11/09/20 PFH | B110 | A105 | SEVERAL CALLS WITH MR.MAGNER TO DISCUSS STRATEGY FOR DEALING WITH AUSA. | .30 | 187.50 |
| 11/09/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. MAGNER TO DISCUSS MR. SERGESKETTER'S SUGGESTIONS FOR CALL WITH AUSA. | .50 | 312.50 |
| 11/09/20 DJB | B410 | A103 | REVISE FACTUAL BACKGROUND SECTION OF MOTION TO LIFT STAY AS TO ENSCO MEXICO. | .80 | 360.00 |
| 11/09/20 DJB | B410 | A103 | DRAFT FACTUAL BACKGROUND SECTION OF MOTION TO LIFT STAY AS TO ATLANTIC. | 4.20 | 1,890.00 |

```
FIELDWOOD ENERGY LLC                                 PAGE  16
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00


11/09/20 DJB   B410  A103   DRAFT BASES FOR RELIEF          .80       360.00
                           REQUESTED SECTION OF MOTION
                           TO LIFT STAY AS TO ATLANTIC.

11/09/20 DJB   B410  A103   DRAFT RELIEF REQUESTED          .60       270.00
                           SECTION OF MOTION TO LIFT
                           STAY AS TO ATLANTIC.

11/09/20 DJB   B410  A103   DRAFT INTRODUCTION SECTION OF   .20        90.00
                           MOTION TO LIFT STAY AS TO
                           ATLANTIC.

11/09/20 DJB   B410  A103   DRAFT JURISDICTION AND VENUE    .20        90.00
                           SECTION OF MOTION TO LIFT
                           STAY AS TO ATLANTIC.

11/09/20 GAR   B160  A105   FOLLOW UP WITH J. NOE           .10        30.50
                           REGARDING STATUS OF OCTOBER
                           MONTHLY FEE STATEMENT OF
                           JONES WALKER.

11/09/20 TCG   B160  A102   RESEARCH AND PROVIDE           2.00       250.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES

11/09/20 WR    B160  A102   RESEARCH AND PROVIDE           1.30       162.50
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

11/10/20 JAH   B190  A104   REVIEW FILE RE NEPTUNE ISSUES.  .20       125.00

11/10/20 JAN   B110  A103   DRAFT MOTION TO LIFT STAY IN   1.00       650.00
                           ENSCO BANKRUPTCY.

11/10/20 JN    B180  A103   REVIEWED AND REVISED MOTIONS   1.30       812.50
                           TO LIFT STAY IN VALARIS
                           BANKRUPTCY TO ENFORCE
                           CONTRACTUAL RIGHTS.

11/10/20 MWM   B190  A104   TELEPHONE CONFERENCE WITH MS.  2.40     1,200.00
                           HARDIN (0.60); TELEPHONE
                           CONFERENCE WITH MR. CAPITELLI
                           (0.70); TELEPHONE CONFERENCE
                           WITH MESSERS KAMMER AND
                           LATSIS (0.5); REPORT TO
                           CLIENT (0.40); FOLLOW UP CALL
                           WITH CO-COUNSEL (0.20).
```

```
FIELDWOOD ENERGY LLC                                      PAGE   17
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/10/20 | PFH | B110 | A105 | CALL WITH MR. MAGNER RE SPECIFIC FACTUAL ISSUES RAISED BY AUSA KAMMER AND HOW TO RESPOND DURING TODAY'S CALL. | .20 | 125.00 |
| 11/10/20 | PFH | B110 | A107 | TWO E MAILS FROM AUSA DALL KAMMER WITH DEBARMENT INFORMATION. | .10 | 62.50 |
| 11/10/20 | PFH | B110 | A106 | E MAILS FROM/TO MR. SERGESKETTER RE FACTS, WITNESSES INTERVIEWED ETC. | .20 | 125.00 |
| 11/10/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH DEBARMENT INFORMATION AND EXPLANATION. | .10 | 62.50 |
| 11/10/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER FROM MR. MAGNER REPORTING ON TODAY'S CALL WITH AUSA KAMMER RE RESOLUTION DISCUSSIONS. | .10 | 62.50 |
| 11/10/20 | SYD | B110 | A103 | REVIEWED REQUEST FOR ADVICE REGARDING POSSIBILITY OF DELAYING AUDIT(0.50); BEGAN ANALYSIS RE SAME (0.20). | .70 | 322.00 |
| 11/10/20 | SYD | B110 | A103 | RESEARCH REGARDING INTERNATIONAL TREATY REQUIRING OILY WATER SEPARATOR (0.70); CORRESPONDENCE WITH TROY ALLEN RE SAME (0.20); CORRESPONDENCE WITH JIM NOE RE SAME (0.30). | 1.20 | 552.00 |
| 11/10/20 | CVM | B160 | A103 | DRAFTED FIRST INTERIM FEE APPLICATION. | 1.50 | 390.00 |
| 11/10/20 | DJB | B410 | A103 | REVISE MOTION TO LIFT STAY AS TO ENSCO DRILLING MEXICO. | .50 | 225.00 |
| 11/10/20 | DJB | B410 | A103 | REVISE MOTION TO LIFT STAY AS TO ATLANTIC MARITIME SERVICES. | .70 | 315.00 |
| 11/10/20 | DJB | B410 | A103 | DRAFT NOTICE OF DEFAULT TO ENSCO MEXICO. | 2.30 | 1,035.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  18
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/10/20 | DJB | B410 | A103 | CONVERSATIONS WITH JOSH NORRIS REGARDING MOTIONS FOR RELIEF FROM AUTOMATIC STAY. | .20 | 90.00 |
| 11/10/20 | DJB | B410 | A103 | REVISE NOTICE OF DEFAULT TO ENSCO DRILLING MEXICO. | .30 | 135.00 |
| 11/10/20 | GAR | B160 | A105 | DISCUSS DETAILS OF JONES WALKER'S FIRST INTERIM FEE APPLICATION WITH C. MCCAFFREY TO GET STATUS. | .20 | 61.00 |
| 11/10/20 | MBS | B210 | A105 | REVIEW NEW CONFLICTS (.20); UPDATE CONFLICTS LIST (.30). | .50 | 100.00 |
| 11/10/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES | 2.00 | 250.00 |
| 11/10/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 5.80 | 725.00 |
| 11/11/20 | AGS | B230 | A105 | CALL WITH MS. HARDIN REGARDING LITIGATION MATTER AND FINANCING IMPLICATIONS. | .30 | 156.00 |
| 11/11/20 | AGS | B230 | A104 | CONSIDER LITIGATION IMPLICATIONS ON DIP AND EXIT FINANCING. | .40 | 208.00 |
| 11/11/20 | FRL | B210 | A105 | OFFICE CONFERENCE WITH MS. HARDEN REGARDING LENDER RESPONSE TO LEGAL VIOLATIONS (0.30); EMAIL EXCHANGE WITH MS. HARDEN (0.30). | .60 | 321.00 |
| 11/11/20 | JAN | B110 | A103 | DRAFT MOTION TO LIFT STAY (0.90) AND CORRESPONDENCE FOR SAME (0.10). | 1.00 | 650.00 |
| 11/11/20 | JAN | B110 | A105 | CONFERENCES WITH TEAM REGARDING FILING OF MOTION TO LIFT STAY. | .50 | 325.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   19
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/11/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT AND JONES WALKER CRIMINAL DEFENSE LAWYERS TO DISCUSS POTENTIAL INDICTMENT AND CRIMINAL PROSECUTION IN THE EASTERN DISTRICT OF LOUISIANA. | .70 | 437.50 |
| 11/11/20 KMJ | B110 | A101 | (FIELDWOOD MEXICO) CORRESPONDENCE WITH J. BAIN RE SUPPLEMENTAL DISCLOSURE NEEDED TO REPRESENT NON-DEBTOR AFFILIATE. | .30 | 135.00 |
| 11/11/20 MWM | B190 | A104 | TELEPHONE CONFERENCE WITH CLIENT AND MS. HARDIN. | .50 | 250.00 |
| 11/11/20 PFH | B110 | A106 | CALL WITH MR SERGESKETTER AND MR. MAGNER TO DISCUSS POTENTIAL STRATEGY FOR DEALING WITH USA TO RESOLVE CASE. | .70 | 437.50 |
| 11/11/20 PFH | B110 | A105 | CALL AND E MAILS WITH MR. RIVERS LELONG RE LENDER EXPECTATIONS AND WARRANTY LANGUAGE FOR CONSIDERATION IN POTENTIAL PLEA. | .30 | 187.50 |
| 11/11/20 PFH | B110 | A105 | E MAILS WITH QUESTIONS AND CALL WITH MS. AMY SCAFIDEL RE FACTS AND LEGAL ISSUES RELATED TO BANKRUPTCY AND LENDER WARRANTY LANGUAGE IN PREPARATION FOR CALL WITH CLIENT. | .30 | 187.50 |
| 11/11/20 PFH | B110 | A104 | CONSIDERED TWO POTENTIAL STRATEGIES FOR DEALNG WITH USA (0.20) AND DRAFTED SUMMARY TO BUILD UPON (0.30). | .50 | 312.50 |
| 11/11/20 PFH | B110 | A104 | E MAIL AND CALLS WITH MR. VANCE RE BANKRUPTCY ISSUES. | .00 | .00 |
| 11/11/20 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER TO REPORT ON CALL WITH MR. VANCE RE BANKRUPTCY ISSUES AND RESTRUCTURING. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE  20
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/11/20 RPV | B410 | A105 | OFFICE CONFERENCE WITH MS. HARDIN REGARDING PLAN CONFIRMATION ISSUES ARISING FROM DOJ ISSUES. | .50 | 275.00 |
| 11/11/20 RPV | B410 | A105 | REVIEWED EMAILS FROM MR. LELONG AND MS. SCAFIDEL FORWARDED BY MS. HARDIN REGARDING LENDING ISSUES ARISING FROM DOJ ISSUES(0.30) AND RESPOND TO MS. HARDIN BY EMAIL REGARDING IMPACT OF LENDING ISSUES ON PLAN CONFIRMATION AND FEASIBILITY (0.20). | .50 | 275.00 |
| 11/11/20 JEB | B110 | A104 | ADDRESS FIELDWOOD ENGAGEMENT ISSUES. | .40 | 240.00 |
| 11/11/20 CVM | B160 | A103 | DRAFTED FIELDWOOD'S FIRST INTERIM FEE APPLICATION. | 1.40 | 364.00 |
| 11/11/20 CVM | B160 | A103 | DRAFTED FIELDWOOD'S FIRST INTERIM FEE APPLICATION. | 3.00 | 780.00 |
| 11/11/20 DJB | B410 | A103 | DRAFT PROPOSED ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO ENSCO DRILLING MEXICO. | .30 | 135.00 |
| 11/11/20 DJB | B410 | A103 | DRAFT PROPOSED ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO ATLANTIC MARITIME SERVICES LLC. | .30 | 135.00 |
| 11/11/20 DJB | B410 | A103 | REVISE MOTION TO LIFT AUTOMATIC STAY AS TO ENSCO DRILLING MEXICO. | .30 | 135.00 |
| 11/11/20 DJB | B410 | A103 | REVISE MOTION TO LIFT AUTOMATIC STAY AS TO ATLANTIC MARITIME SERVICES. | .30 | 135.00 |
| 11/11/20 DJB | B410 | A105 | CONVERSATIONS WITH JOSH NORRIS REGARDING MOTIONS TO LIFT STAY. | .20 | 90.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  21
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

```
11/11/20 DJB   B410  A102  RESEARCH FEDERAL LAW FOR        2.10      945.00
                           CASES LIFTING / TERMINATING
                           AUTOMATIC STAY TO STOP /
                           PREVENT VIOLATION OF LAW
                           AND/OR POLLUTION FOR PURPOSES
                           OF USING SAME IN MOTION TO
                           LIFT STAY.

11/11/20 GAR   B160  A104  FINALIZE OCTOBER MONTHLY FEE      .30       91.50
                           STATEMENT FOR INTERNAL
                           APPROVAL TO SERVE ON ALL
                           NOTICE PARTIES PER THE
                           INTERIM COMPENSATION ORDER.

11/11/20 GAR   B160  A105  DISCUSS DETAILS OF INTERIM        .30       91.50
                           COMPENSATION ORDER WITH J.
                           BAIN TO CONFIRM PROPER
                           SERVICE OF JONES WALKER'S
                           INTERIM COMPENSATION ORDER.

11/11/20 MBS   B210  A105  REVIEW OF ENTITIES TO BE          .30       60.00
                           ADDED TO CONFLICTS CHECK.

11/11/20 MBS   B210  A105  UPDATE CONFLICTS CHECK LIST.      .30       60.00

11/11/20 WR    B160  A102  RESEARCH AND PROVIDE             1.80      225.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

11/12/20 AGS   B230  A106  CALL WITH COMPANY REGARDING      1.30      676.00
                           LITIGATION MATTERS AND IMPACT
                           ON EMERGENCE AND STRATEGY
                           REGARDING SAME.

11/12/20 AGS   B230  A101  PREPARE FOR CALL WITH COMPANY     .40      208.00
                           REGARDING LITIGATION MATTERS
                           AND IMPACT ON FINANCING
                           OPTIONS.

11/12/20 JAN   B110  A103  DRAFT CORRESPONDENCE              .50      325.00
                           REGARDING BREACHES OF
                           DRILLING CONTRACT.

11/12/20 JAN   B110  A103  CONFERENCE WITH TEAM              .50      325.00
                           REGARDING BREACHES OF
                           DRILLING CONTRACT AND
                           STRATEGY TO MOVE FORWARD ON
                           SAME.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   22
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/12/20 MWM | B190 | A104 | TELEPHONE CONFERENCE WITH CLIENT, NOE, HARDIN AND SCAFIDEL. | 1.20 | 600.00 |
| 11/12/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER, MR. NOE, MS. AMY SCAFIDEL, MR MAGNER TO DISCUSS RESTRUCTURING TERMS AND THEIR IMPACT ON CRIMINAL PLEA. | 1.20 | 750.00 |
| 11/12/20 PFH | B110 | A107 | CALL TO MR. CAPITELLI TO DISCUSS EXTENSION OF TOLLING AGREEMENT. | .20 | 125.00 |
| 11/12/20 PFH | B110 | A106 | CALL TO MR. SERGESKETTER TO REPORT ON CALL WITH MR. CAPITELLI | .10 | 62.50 |
| 11/12/20 PFH | B110 | A106 | E MAIL TO MR. SERGEKETTER/MR. MAGNER RE STRATEGY FOR NEXT STEPS. | .10 | 62.50 |
| 11/12/20 PFH | B110 | A107 | E MAIL FROM MR. MAGNER TO AUSA DALL KAMMER RE SETTLEMENT DISCUSSIONS. | .10 | 62.50 |
| 11/12/20 JEB | B110 | A104 | ANALYSIS OF RETENTION ISSUES ASSOCIATED WITH FIELDWOOD MEXICO CLAIM ISSUES. | .90 | 540.00 |
| 11/12/20 CVM | B160 | A103 | DRAFTED FIELDWOOD'S FIRST INTERIM FEE APPLICATION. | 2.70 | 702.00 |
| 11/12/20 DJB | B410 | A103 | REVISE MOTION TO LIFT STAY AS TO ATLANTIC MARITIME SERVICES LLC. | .30 | 135.00 |
| 11/12/20 DJB | B410 | A103 | REVISE PROPOSED ORDER GRANTING FIELDWOOD'S MOTION TO LIFT AUTOMATIC STAY AS TO ATLANTIC MARITIME SERVICES LLC. | .20 | 90.00 |
| 11/12/20 GAR | B160 | A105 | CORRESPOND WITH K. JOHNSON REGARDING STATUS OF JONES WALKER'S OCTOBER MONTHLY FEE STATEMENT. | .20 | 61.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  23
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/12/20 GAR | B160 | A105 | DISCUSS STATUS OF JONES WALKER'S FIRST INTERIM FEE APPLICATION WITH C. MCCAFFREY TO ENSURE TIMELY FILING. | .20 | 61.00 |
| 11/12/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND UPDATE DISCLOSURE SCHEDULE. | .60 | 345.00 |
| 11/12/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES | 1.00 | 125.00 |
| 11/12/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.80 | 350.00 |
| 11/13/20 CMM | B160 | A105 | REVIEW EMAIL REGARDING CONFLICTS REVIEW. | .30 | 148.50 |
| 11/13/20 JAH | B190 | A104 | ONRR AUDIT -- CONFERENCE WITH S. DICHARRY RE ONRR AUDIT ISSUES, INCLUDING STRATEGY TO GET EXTENSIONS AND IMPLICATIONS FOR BANKRUPTCY. | .40 | 250.00 |
| 11/13/20 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW AND CALENDAR IBLA ORDER REVISING BRIEFING SCHEDULE (0.10) AND TRANSMIT TO R. SERGESKETTER (0.10). | .20 | 125.00 |
| 11/13/20 JAH | B190 | A104 | CORRESPONDENCE J. NOE RE DRAFT BSEE INCS TO FW RE DECOMMISSIONING OBLIGATIONS. | .20 | 125.00 |
| 11/13/20 JN | B180 | A103 | REVIEW AND REVISE MOTION TO LIFT STAY IN VALARIS BANKRUPTCY. | .60 | 375.00 |
| 11/13/20 KMJ | B110 | A101 | (FIELDWOOD MEXICO) FOLLOW UP ON DISCLOSURES RELATED TO NONDEBTOR AFFILIATE REPRESENTATION (0.70) AND TELEPHONE CONFERENCE WITH J. NOE RE SAME (0.30). | 1.00 | 450.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   24
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/13/20 MWM | B190 | A104 | TELEPHONE CONFERENCE TO AUSA KAMMER (0.50); CORRESPONDENCE RE: THE SAME (0.30). | .80 | 400.00 |
| 11/13/20 PFH | B110 | A107 | E MAIL FROM AUSA LATSIS WITH TOLLING AGREEMENT FOR EXECUTION. | .10 | 62.50 |
| 11/13/20 PFH | B110 | A107 | E MAIL FROM MR. MAGNER TO USA STRASSER RE MEEING AND E MAIL RESPONSE FROM USA STRASSER SETTING MEETING. | .10 | 62.50 |
| 11/13/20 PFH | B110 | A107 | E MAIL FROM AUSA LATSIS WITH REQUEST FOR PROOF OF REMEDIAL MEASURES. | .10 | 62.50 |
| 11/13/20 PFH | B110 | A107 | E MAILS TO/FROM MR. SERGESKETTER WITH AUSA LATSIS CORRESPONDENCE RE PROOF OF REMEDIAL MEASURES. | .10 | 62.50 |
| 11/13/20 RPV | B190 | A105 | EMAILS TO AND FROM MR. NOE REGARDING MEETING CONCERNING FIELDWOOD POSSIBLE PENALTY ISSUES. | .30 | 165.00 |
| 11/13/20 SYD | B110 | A103 | ONRR AUDIT - DISCUSSED APPROACH FOR SEEKING DELAY OF AUDIT WITH DEIDRE CARRIER (1.30); DRAFTED EMAIL RE SAME (0.20) AND CIRCULATED TO DEIDRE CARRIER AND TROY ALLEN (0.30). | 1.80 | 828.00 |
| 11/13/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORTS (0.40) AND UPDATE DISCLOSURE SCHEDULE (0.40). | .80 | 460.00 |
| 11/13/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES | .90 | 112.50 |
| 11/13/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | .80 | 100.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  25
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/14/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH PARTIAL RESPONSE RE WEMCO INFORMATION REQUESTED BY AUSA LATSIS. | .20 | 125.00 |
| 11/15/20 PFH | B110 | A106 | NUMEROUS E MAILS FROM/TO MR. SERGESKETTER AND MR. MAGNER RE MEETING WITH USA (0.10); E MAIL FROM MR. BRIAN SALTZMAN RE BY PASS QUESTIONS (0.10); E MAILS FROM/TO MR. SERGESKETTER DISCUSSING POTENTIAL RESPONSE TO AUSAS RE ADDITIONAL INFORMATION REQUESTED ON REMEDIAL MEASURES, INCLUDING BY-PASS (0.10); E MAIL FROM MR. SERGESKETTER TO MR. JONES ET AL WITH REQUEST FOR INFORMATION RE REMEDIAL MEASURES REQUESTED BY AUSAS (0.10). | .40 | 250.00 |
| 11/16/20 JAH | B190 | A104 | REVIEW EXPERT WITNESS ISSUES INVOLVING EI 342 APPEAL. | .30 | 187.50 |
| 11/16/20 JAH | B190 | A104 | CONFERENCE J. NOE RE SUPPLEMENTAL BONDING APPEALS AND STRATEGY. | .30 | 187.50 |
| 11/16/20 JN | B180 | A109 | CONFERENCE CALL WITH ECOPETROLS LEGAL COUNSEL TO DISCUSS VALARIS DISPUTE. | .40 | 250.00 |
| 11/16/20 JN | B180 | A109 | PARTICIPATE IN ZOOM MEETING WITH THE CLIENT (BOB SERGESKETTER), PAT VANCE, PAULINE HARDIN AND MIKE MAGNER TO DISCUSS STRATEGY FOR MEETING WITH U.S. ATTORNEY FOR EASTERN DISTRICT OF LOUISIANA REGARDING CRIMINAL INVESTIGATION. | 1.50 | 937.50 |
| 11/16/20 MWM | B190 | A104 | TELEPHONE CONFERENCES AND CORRESPONDENCE (0.80); REVIEW/REVISE PROFFER DOCUMENT (0.50). | 1.30 | 650.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   26
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 11/16/20 | MWM | B190 | A101 | TELEPHONE CONFERENCE AND STRATEGY SESSION FOR MEETING WITH USAO. | 1.40 | 700.00 |
| 11/16/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH SLIDES FOR PRESENTATION TO USA. | .10 | 62.50 |
| 11/16/20 | PFH | B110 | A106 | CALL WITH MR. SERGESKETTER. | .10 | 62.50 |
| 11/16/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH POINTS FOR MEETING WITH USA STRASSER. | .10 | 62.50 |
| 11/16/20 | PFH | B110 | A106 | E MAIL FROM MR. JONES TO MR. SERGEKSETTER WITH ATTACHMENTS FOR SOME REMEDIAL WORK. | .20 | 125.00 |
| 11/16/20 | PFH | B110 | A106 | GATHERED DOCUMENTS RE MAIN PASS 310 WEMCO ISSUES AS REQUESTED BY AUSA. | 1.80 | 1,125.00 |
| 11/16/20 | PFH | B110 | A106 | CALL WITH MR. SERGESKETTER, MR. VANCE, MR. NOE, MR. MAGNER TO PREPARE FOR MEETING WITH USA STRASSER. | 1.50 | 937.50 |
| 11/16/20 | RPV | B410 | A106 | EMAILS FROM CLIENT AND TEAM REGARDING FIELDWOOD MEETING AGENDA. | .50 | 275.00 |
| 11/16/20 | RPV | B410 | A106 | TELEPHONE CONVERSATION WITH MESSRS. SERGESKETTER, NOE AND MAGNER AND MS. HARDIN TO PREPARE FOR MEETING WITH US ATTORNEY'S OFFICE. | 1.50 | 825.00 |
| 11/16/20 | RPV | B410 | A104 | PREPARE FOR MEETING WITH US ATTORNEY'S OFFICE BY REVIEW OF PROPOSED PRESENTATION. | 1.00 | 550.00 |
| 11/16/20 | SYD | B110 | A103 | EVALUATED DEFENSES TO ONRR INTEREST DEMAND (INCLUDES REVIEW OF REGULATION ADDRESSING "CROSS LEASE NETTING") (0.90); PREPARED NOTICE OF APPEAL (1.00); CIRCULATED SAME TO TROY ALLEN AND DEIDRE CARRIER (0.20). | 2.10 | 966.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   27
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/16/20 | SYD | B110 | A103 | DISCUSSED MANNER IN WHICH TO RAISE REQUEST FOR EXTENSION OF ONRR AUDIT WITH DEIDRE CARRIER. | .20 | 92.00 |
| 11/16/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORTS (0.30) AND UPDATE DISCLOSURE SCHEDULE (0.40). | .70 | 402.50 |
| 11/16/20 | MBS | B210 | A105 | REVIEW ADDITIONAL ENTITIES ADDED TO CONFLICTS LIST (.20); UPDATE CHART (.10). | .30 | 60.00 |
| 11/16/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.00 | 125.00 |
| 11/16/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.80 | 350.00 |
| 11/17/20 | JAH | B190 | A104 | REVIEW AND COMMENT ON APPEAL PAPERS INVOLVING APPEAL OF ONRR INTEREST INVOICE. | .30 | 187.50 |
| 11/17/20 | JAH | B190 | A104 | CORRESPONDENCE RE SUPPLEMENTAL BOND APPEALS IN IBLA. | .20 | 125.00 |
| 11/17/20 | JAN | B110 | A103 | DRAFT MOTION TO LIFT STAY RELATED TO BREACHES OF OIL AND GAS CONTRACTS. | 1.30 | 845.00 |
| 11/17/20 | JAN | B110 | A104 | REVIEW LIENS IN OIL AND GAS ASSERTS. | .60 | 390.00 |
| 11/17/20 | JAN | B110 | A101 | DEVELOP STRATEGY FOR PURSUING CLAIMS ON BREACHES OF OIL AND GAS ASSETS. | .80 | 520.00 |
| 11/17/20 | JAN | B110 | A105 | CONFERENCES WITH TEAM REGARDING STRATEGY FOR MOVING FORWARD TO ENFORCE CONTRACTUAL RIGHTS. | .40 | 260.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   28
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/17/20 JN | B180 | A104 | REVIEW AND COMMENT ON SEVERAL ITERATIONS OF SLIDES TO BE PRESENTED TO U.S. ATTORNEY FOR EASTERN DISTRICT OF LOUISIANA REGARDING PENDING CRIMINAL INVESTIGATIONS. | .80 | 500.00 |
| 11/17/20 JN | B180 | A105 | CONFERENCE CALL WITH JOSH NORRIS REGARDING PLEADINGS AND TACTICS WITH MOTION TO EXTEND THE STAY TO THE CLIENTS WORKING INTEREST OWNERS. | .30 | 187.50 |
| 11/17/20 JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND THE CLIENT TO DISCUSS RESPONSE TO LAWSUIT FILED AGAINST THE CLIENTS WORKING INTEREST OWNER PURSUANT TO LOUISIANA OIL WELL LIEN. | .60 | 375.00 |
| 11/17/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT TO DISCUSS SLIDES AND STRATEGY FOR UPCOMING MEETING WITH U.S. ATTORNEY REGARDING ONGOING CRIMINAL INVESTIGATIONS. | .60 | 375.00 |
| 11/17/20 JN | B180 | A103 | DRAFT SLIDES AND TALKING POINTS FOR MEETING WITH U.S. ATTORNEY RELATED TO ONGOING CRIMINAL INVESTIGATIONS. | 1.20 | 750.00 |
| 11/17/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (PATRICK EILAND) TO DISCUSS POTENTIAL REMEDIAL ACTIONS TO OFFER TO INCLUDE IN A NON-PROSECUTION AGREEMENT IN PREPARATION FOR MEETING WITH U.S. ATTORNEY. | .70 | 437.50 |
| 11/17/20 JN | B180 | A104 | REVIEW LAWSUIT FILED BY ATLANTIC MARINE AGAINST THE CLIENTS WORKING INTEREST OWNER. | .50 | 312.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   29
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00


11/17/20 JN   B180  A105  DRAFT EMAILS INSTRUCTING         .30      187.50
                          DANIEL BALDWIN ON DRAFTING
                          MOTION TO EXTEND STAY TO
                          WORKING INTEREST OWNERS.


11/17/20 JN   B180  A104  REVIEW AND RESPOND TO VARIOUS    .60      375.00
                          EMAILS FROM THE CLIENT
                          REGARDING STRATEGY TO TAKE
                          WITH RESPECT TO LAWSUIT FILED
                          BY ATLANTIC MARINE AGAINST
                          THE CLIENTS WORKING INTEREST
                          OWNER.


11/17/20 MWM  B190  A101  TELEPHONE CONFERENCES AND        .70      350.00
                          CORRESPONDENCE RE: WDLA
                          (0.20); CORRESPONDENCE WITH
                          CLIENT (0.20); REVIEW/REVISE
                          POWERPOINT (0.30).


11/17/20 MWM  B190  A101  TELEPHONE CONFERENCE WITH        .80      400.00
                          DEFENSE TEAM AND CLIENT IN
                          PREPARATION FOR MEETING WITH
                          USAO.


11/17/20 MWM  B190  A107  FOLLOW UP TELEPHONE             .40      200.00
                          CONFERENCE WITH MR. KAMMER
                          (0.20); CORRESPONDENCE TO
                          CLIENT (0.20).


11/17/20 PFH  B110  A106  NUMEROUS E MAILS WITH MR.        .30      187.50
                          SERGESKETTER TO/FROM MR.
                          JONES AND MR. SALTZMAN RE
                          CHANGE IN PROCEDURES AFTER GI
                          43 DISCHARGE AND PROOF OF
                          CHANGES.


11/17/20 PFH  B110  A107  CALL FROM AUSA FORREST          .60      375.00
                          PHILLIPS RE POTENTIAL
                          RESOLUTION TO CRIMINAL ACTION
                          IN THE WESTERN DISTRICT OF
                          LOUISIANA.


11/17/20 PFH  B110  A106  E MAIL TO MR. SERGESKETTER RE    .30      187.50
                          CALL FROM AUSA PHILLIPS
                          (0.10); CALL WITH MR.
                          SERGESKETTER TO REPORT ON
                          CALL WITH AUSA PHILIPS (0.20).
```

```
FIELDWOOD ENERGY LLC                                    PAGE   30
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00

11/17/20 PFH   B110  A107   E MAIL FROM AUSA PHILLIPS       .40        250.00
                            WITH DRAFT TOLLING AGREEMENT
                            FOR WDLA (0.20); REVIEWED
                            DRAFT TOLLING AGREEMENT
                            (0.20).

11/17/20 PFH   B110  A106   E MAILS FROM MR. SERGESKETTER    .50        312.50
                            WITH DRAFT REVISED SLIDES FOR
                            USE IN MEETING WITH USA
                            (0.40); E-MAIL TO MR.
                            SERGESKETTER FROM MR. MAGNER
                            WITH ADDITIONAL REVISIONS
                            (0.10).

11/17/20 PFH   B110  A106   CALL WITH MR. SERGESKETTER,     1.00        625.00
                            MR. VANCE, MR. NOE AND MR.
                            MAGNER TO DISCUSS FORMAT AND
                            SUBSTANCE OF MEETING WITH USA.

11/17/20 PFH   B110  A106   EMAIL TO MR. SERGESKETTER        .10         62.50
                            WITH CORRESPONDENCE FROM AUSA
                            PHILLIPS.

11/17/20 PFH   B110  A105   CALL WITH MR. MAGNER RE AUSA     .10         62.50
                            PHILLIPS AND CASE IN WDLA.

11/17/20 PFH   B110  A107   E MAILS TO/FROM AUSA LATSIS      .10         62.50
                            CONFIRMING MEETING.

11/17/20 PFH   B110  A106   E MAIL FROM MR. SERGESKETTER     .30        187.50
                            WITH DANE AFFIDAVIT FROM
                            BANKRUPTCY (0.10); REVIEWED
                            AFFIDAVIT (0.20).

11/17/20 RPV   B410  A105   TELEPHONE CONFERENCE WITH MS.   1.00        550.00
                            HARDIN AND MESSRS. NOE,
                            MAGNER AND SERGESKETTER
                            REGARDING PLAN CONFIRMATION
                            ISSUES ARISING FROM DOJ
                            ISSUES.

11/17/20 SYD   B110  A103   PREPARED FOR AND PARTICIPATED    .80        368.00
                            IN DISCUSSION WITH TROY ALLEN
                            AND DEIDRE CARRIER REGARDING
                            NEW ONRR AUDIT.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   31
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00


11/17/20 SYD   B110  A103   PREPARED FOR AND PARTICIPATED      1.20        552.00
                           IN CALL WITH DEIDRE CARRIER
                           AND TROY ALLEN RE APPEAL OF
                           ONRR INTEREST DEMAND (0.60);
                           FINALIZED AND TRANSMITTED
                           APPEAL FOR FILING (0.60).

11/17/20 DJB   B410  A104   REVIEW AND ANALYZE ATLANTIC         .50        225.00
                           MARINE'S SUIT AGAINST
                           ECOPETROL.

11/17/20 DJB   B410  A105   EMAILS WITH JOSH NORRIS AND         .20         90.00
                           JIM NOE REGARDING FILING
                           MOTION TO EXTEND AUTOMATIC
                           STAY TO WORKING INTEREST
                           OWNERS.

11/17/20 DJB   B410  A105   CONVERSATION WITH JOSH NORRIS       .20         90.00
                           REGARDING DRAFTING MOTION TO
                           EXTEND STAY TO FIELDWOOD'S
                           WORKING INTEREST OWNERS WHO
                           VALARIS HAS FILED LIENS
                           AGAINST.

11/17/20 RGK   B110  A103   REVIEW CONFLICTS REPORTS            .60        345.00
                           (0.30) AND UPDATE DISCLOSURE
                           SCHEDULE (0.30).

11/17/20 MBS   B210  A105   UPDATE CONFLICTS CHART WITH         .20         40.00
                           NEW ENTITIES.

11/17/20 MBS   B210  A105   UPDATE CONFLICTS CHART.             .30         60.00

11/17/20 TCG   B160  A102   RESEARCH AND PROVIDE              1.00        125.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

11/17/20 WR    B160  A102   RESEARCH AND PROVIDE              3.30        412.50
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

11/18/20 CMM   B160  A105   COORDINATE UPDATE OF                .30        148.50
                           DISCLOSURE SCHEDULE WITH K.
                           JOHNSON.

11/18/20 JAH   B190  A104   CORRESPONDENCE RE LEGAL             .10         62.50
                           WORKING GROUP CALL.
```

```
FIELDWOOD ENERGY LLC                                      PAGE   32
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| Date | Init. | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/18/20 | JAH | B190 | A104 | CORRESPONDENCE WITH J. NOE RE DOI SETTLEMENT INQUIRY AND POSSIBLE RESPONSE. | .20 | 125.00 |
| 11/18/20 | JAN | B110 | A103 | DRAFT MOTION TO LIFT AND EXTEND STAY. | 2.20 | 1,430.00 |
| 11/18/20 | JAN | B110 | A105 | CONFERENCES WITH TEAM REGARDING STRATEGY ISSUES FOR ATTACKING LIENS. | .60 | 390.00 |
| 11/18/20 | JN | B180 | A109 | MEETING WITH THE CLIENT TO PREPARE FOR MEETING WITH U.S. ATTORNEY REGARDING ONGOING CRIMINAL INVESTIGATIONS. | 2.10 | 1,312.50 |
| 11/18/20 | JN | B180 | A103 | REVIEW AND REVISE MOTION TO EXTEND THE AUTOMATIC STAY TO WORKING INTEREST HOLDERS. | 1.60 | 1,000.00 |
| 11/18/20 | JN | B180 | A105 | MEETING WITH PAULINE HARDIN AND MIKE MAGNER TO DISCUSS STRATEGY FOR MEETING WITH U.S. ATTORNEY REGARDING PENDING CRIMINAL INVESTIGATIONS. | .40 | 250.00 |
| 11/18/20 | MWM | B190 | A107 | REVIEW/REVISE POWERPOINT (0.60); REVIEW/REVISE CORRESPONDENCE TO USAO (0.40). | 2.00 | 1,000.00 |
| 11/18/20 | MWM | B190 | A107 | MEET WITH CLIENT (1.00); PREPARE FOR MEETING WITH USAO (0.40). | 1.40 | 700.00 |
| 11/18/20 | PFH | B110 | A106 | WORKED ON POWERPOINT FOR PRESENTATION TO USA STRASSER (0.50) AND E MAILED TO MR. SERGESKETTER ET AL FOR REVISIONS (0.20); NUMEROUS E MAILS FROM MR. SERGESKETTER WITH REVISIONS (0.20). | .90 | 562.50 |
| 11/18/20 | PFH | B110 | A105 | CALL WITH MR. MAGNER AND MR. NOE RE THE SETTLEMENT OFFER. | .30 | 187.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  33
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/18/20 RPV | B410 | A105 | MEETING WITH MESSRS. S, NOE AND MAGNER TO PREPARE FOR MEETING WITH US ATTORNEY'S OFFICE. | 1.00 | 550.00 |
| 11/18/20 JEB | B130 | A104 | REVIEW MOTION TO EXTEND AUTOMATIC STAY. | 1.10 | 660.00 |
| 11/18/20 DJB | B410 | A102 | RESEARCH FEDERAL LAW FOR CASES EXTENDING AUTOMATIC STAY TO WORKING INTEREST OWNERS OR JOINT VENTURE PARTNERS FOR PURPOSES OF USING SAME IN MOTION TO EXTEND AUTOMATIC STAY TO WORKING INTEREST OWNERS. | .90 | 405.00 |
| 11/18/20 DJB | B410 | A104 | REVIEW AND ANALYZE FIELDWOOD'S OPERATING AGREEMENTS WITH WORKING INTEREST OWNERS WHO HAVE BEEN SUED BY ATLANTIC MARITIME SERVICES. | 1.20 | 540.00 |
| 11/18/20 DJB | B410 | A103 | DRAFT PROPOSED ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY. | .30 | 135.00 |
| 11/18/20 DJB | B410 | A103 | REVISE PROPOSED ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY. | .10 | 45.00 |
| 11/18/20 DJB | B410 | A103 | DRAFT NOTICE AS AN EXHIBIT TO MOTION TO EXTEND AUTOMATIC STAY. | .20 | 90.00 |
| 11/18/20 DJB | B410 | A103 | REVISE MOTION TO EXTEND AUTOMATIC STAY. | .40 | 180.00 |
| 11/18/20 DJB | B410 | A103 | DRAFT MOTION TO EXTEND AUTOMATIC STAY. | 5.40 | 2,430.00 |
| 11/18/20 DJB | B410 | A105 | EMAILS WITH JOSH NORRIS AND JIM NOE REGARDING MOTION TO EXTEND AUTOMATIC STAY. | .20 | 90.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  34
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/18/20 | DJB | B410 | A104 | REVIEW AND ANALYZE LOCAL RULES TO ENSURE EMERGENCY MOTION TO EXTEND STAY COMPLIES WITH SAME. | .20 | 90.00 |
| 11/18/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORT (0.10) AND UPDATE DISCLOSURE SCHEDULE (0.20). | .30 | 172.50 |
| 11/18/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.00 | 125.00 |
| 11/19/20 | JAN | B110 | A104 | REVIEW OF DECLARATION TO ACCOMPANY FILING OF OIL AND GAS CONTRACTS. | .40 | 260.00 |
| 11/19/20 | JAN | B110 | A105 | CONFERENCES WITH TEAM REGARDING PURSUIT OF CONTRACT RIGHTS AND FILINGS. | 1.20 | 780.00 |
| 11/19/20 | JAN | B110 | A104 | ANALYSIS OF OIL AND GAS CONTRACTS IN RELATION TO BREACHES AND AUDIT RIGHTS. | .70 | 455.00 |
| 11/19/20 | JAN | B110 | A104 | FINAL REVIEW OF FILINGS RELATED TO OIL AND GAS CONTRACTS. | .80 | 520.00 |
| 11/19/20 | JN | B180 | A103 | PREPARED FOR AND DRAFTED TALKING POINTS FOR MEETING WITH U.S. ATTORNEY REGARDING PENDING CRIMINAL INVESTIGATIONS. | 1.50 | 937.50 |
| 11/19/20 | JN | B180 | A109 | ATTENDING MEETING WITH U.S. ATTORNEY FOR THE EASTERN DISTRICT TO NEGOTIATE POTENTIAL SETTLEMENT OF ONGOING CRIMINAL INVESTIGATIONS. | 1.50 | 937.50 |
| 11/19/20 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH WEIL TO DISCUSS MOTION TO EXPAND THE AUTOMATIC STAY TO WORKING INTEREST OWNERS RELATED TO BREACH OF CONTRACT CLAIMS FIELDWOOD HAS AGAINST VALARIS. | .50 | 312.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   35
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| 11/19/20 JN | B180 | A104 | REVIEW AND REVISE MOTION TO EXTEND AUTOMATIC STAY TO WORKING INTEREST OWNERS RELATED TO CONTRACT DISPUTE WITH VALARIS. | 1.30 | 812.50 |
|---|---|---|---|---|---|
| 11/19/20 JN | B180 | A103 | REVIEW AND REVISE SETTLEMENT OFFER LETTER TO U.S. ATTORNEY RELATED TO ONGOING CRIMINAL INVESTIGATIONS. | .70 | 437.50 |
| 11/19/20 JN | B180 | A109 | ATTENDING MEETING WITH THE CLIENT TO PREPARE FOR MEETING WITH U.S. ATTORNEY RELATED TO ONGOING CRIMINAL INVESTIGATIONS. | 1.60 | 1,000.00 |
| 11/19/20 JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH JOE BAIN AND ALFREDO PEREZ REGARDING ENFORCEMENT ACTIONS UNDER LOUISIANA OIL LIEN ACT AND POTENTIAL RESPONSE TO ENFORCEMENT ACTION FILED AGAINST THE CLIENTS PARTNER. | .20 | 125.00 |
| 11/19/20 JN | B180 | A105 | CONFERENCE CALL WITH JOSH NORRIS TO DISCUSS RESPONSE TO ATLANTIC MARITIMES ENFORCEMENT ACTION AGAINST CLIENTS PARTNER UNDER LOUISIANA OIL WELL LIEN ACT. | .40 | 250.00 |
| 11/19/20 KMJ | B110 | A101 | UPDATES ON CONNECTIONS ANALYSIS AND SUPPLEMENTAL DISCLOSURE AND REVIEW FILE RE NECESSARY SUPPLEMENTATION. | 1.00 | 450.00 |
| 11/19/20 KMJ | B110 | A101 | (MEXICO) TELEPHONE CONFERENCES WITH J. BAIN AND J. NOE RE CLARIFICATION OF NEW MATTER AND NECESSARY DISCLOSURES IN FIELDWOOD BANKRUPTCY. | .50 | 225.00 |
| 11/19/20 MWM | B190 | A104 | FINALIZE PRESENTATION. | .70 | 350.00 |

```
FIELDWOOD ENERGY LLC                                PAGE  36
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/19/20 | MWM | B190 | A106 | MEET WITH CLIENT AND DEFENSE TEAM. | 1.20 | 600.00 |
| 11/19/20 | MWM | B190 | A109 | MEET WITH US ATTORNEY'S OFFICE. | 2.30 | 1,150.00 |
| 11/19/20 | MWM | B190 | A106 | DEBRIEF WITH CLIENT. | 1.50 | 750.00 |
| 11/19/20 | PFH | B110 | A107 | E MAILS TO/FROM AUSA LATSIS RE TECHNOLOGY NEEDED FOR MEETING. | .10 | 62.50 |
| 11/19/20 | PFH | B110 | A107 | FINAL WORK ON PRESENTATION AND MEETING WITH MR. SERGESKETTER, MR. MAGNER, MR. VANCE AND MR. NOE RE SAME (1.90); E MAILED FINAL POWERPOINT TO MR. SERGESKETTER FOR REVIEW (0.10). | 2.00 | 1,250.00 |
| 11/19/20 | PFH | B110 | A107 | MEETING WITH USA PETER STRASSER, AUSA DALL KAMMER, AUSA SPIRO LATSIS, AUSA MIKE SIMPSON, AUSA PICKENS, MR. SERGESKETTER, MR. MAGNER, MR. VANCE AND MR. NOE. | 2.30 | 1,437.50 |
| 11/19/20 | PFH | B110 | A107 | MEETING WITH MR. SERGESKETTER, MR. NOE AND MR.MAGNER AFTER MEETING WITH USA TO DISCUSS NEGOTIATIONS AND RESTRUCTURING AND OFFER TO RESOLVE. | 1.50 | 937.50 |
| 11/19/20 | PFH | B110 | A106 | DRAFTED LETTER TO US ATTORNEY PETER STRASSER WITH OFFER OF SETTLEMENT (0.30), REVIEWED REVISIONS TO LETTER FROM MR. NOE (0.10) AND EMAILED TO MR. SERGESKETTER FOR REVIEW (0.10). | .50 | 312.50 |
| 11/19/20 | PFH | B110 | A107 | E MAIL TO AUSA FORREST PHILLIPS WITH TOLLING AGREEMENT FOR WESTERN DISTRICT OF LOUISIANA. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   37
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/19/20 PFH | B110 | A104 | REVIEWED TOLLING AGREEMENT FOR WESTERN DISTRICT OF LOUISIANA VERSUS THE TOLLING AGREEMENT FOR THE EASTERN DISTRICT OF LOUISIANA TO ASSURE CONSISTENCY. | .10 | 62.50 |
| 11/19/20 RPV | B410 | A106 | PREP MEETING WITH CLIENT AND TEAM BEFORE MEETING WITH US ATTORNEY AND STAFF. | 1.00 | 550.00 |
| 11/19/20 RPV | B410 | A108 | MEETING WITH CLIENT AND JW TEAM WITH US ATTORNEY AND STAFF REGARDING ALLEGED VIOLATIONS OF LAW. | 2.50 | 1,375.00 |
| 11/19/20 RPV | B410 | A104 | REVIEWED FINAL VERSION OF SLIDE DECK FOR PRESENTATION TO US ATTORNEY AND STAFF AND PREPARING TALKING POINTS. | .50 | 275.00 |
| 11/19/20 JEB | B120 | A104 | ANALYSIS OF STRATEGY FOR SEEKING TO EXTEND THE AUTOMATIC STAY (3.0); CALL WITH J. NORRIS, D. BALDWIN AND J. NOE REGARDING STRATEGY (1.0); CONFER WITH K. JOHNSON REGARDING STRATEGY (1.0). | 5.00 | 3,000.00 |
| 11/19/20 DJB | B410 | A105 | EMAILS WITH JOSH NORRIS AND JIM NOE REGARDING REVISING MOTION TO EXTEND AUTOMATIC STAY TO CO-WORKING INTEREST OWNERS. | .20 | 90.00 |
| 11/19/20 DJB | B410 | A103 | DRAFT DECLARATION IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY TO FIELDWOOD'S WORKING INTEREST OWNERS. | 2.30 | 1,035.00 |
| 11/19/20 DJB | B410 | A103 | MAKE REVISIONS TO MOTION TO EXTEND AUTOMATIC STAY TO WORKING INTEREST OWNERS. | 1.40 | 630.00 |
| 11/19/20 DJB | B410 | A105 | CONVERSATIONS WITH JIM NOE, JOE BAIN, AND JOSH NORRIS REGARDING FILING MOTION TO EXTEND AUTOMATIC STAY TO WORKING INTEREST OWNERS. | .40 | 180.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   38
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00


11/19/20 DJB   B410  A103  REVISE DECLARATION OF MIKE        .20        90.00
                           DANE IN SUPPORT OF MOTION TO
                           EXTEND STAY TO WORKING
                           INTEREST OWNERS.

11/19/20 GAR   B140  A101  REVIEW DETAILS REQUIRED          1.00       305.00
                           WITHIN DECLARATION IN SUPPORT
                           OF FIELDWOOD'S MOTION TO LIFT
                           STAY (.7); DISCUSS SAME WITH
                           CO-COUNSEL TO ENSURE
                           ADHERENCE IN FORTHCOMING
                           DECLARATION (.3).

11/19/20 GAR   B160  A102  REVIEW INTERIM COMPENSATION       .40       122.00
                           ORDER TO DETERMINE DEADLINE
                           TO FILE JONES WALKER'S FIRST
                           INTERIM FEE APPLICATION.

11/19/20 GAR   B140  A105  DISCUSS DETAILS OF               .50        152.50
                           FIELDWOOD'S MOTION TO LIFT
                           STAY WITH J. BAIN, J. NOE,
                           AND D. BALDWIN.

11/19/20 MBS   B210  A105  RECEIVE ADDITIONAL ENTITIES       .60       120.00
                           FOR CONFLICTS CHECK (.30);
                           UPDATE AND TRANSMIT CHART
                           (.30).

11/19/20 MBS   B210  A105  MULTIPLE INTEROFFICE              .30        60.00
                           COMMUNICATIONS REGARDING
                           STRATEGY GOING FORWARD.

11/19/20 TCG   B160  A102  RESEARCH AND PROVIDE            2.00       250.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

11/19/20 WR    B160  A102  RESEARCH AND PROVIDE            6.80       850.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

11/20/20 JAH   B190  A104  RESEARCH AND ANALYZE            4.50     2,812.50
                           "ADJACENT STATE" ISSUE (2.00)
                           AND DRAFT INSERT FOR MOTION
                           RE SAME (2.50).
```

```
FIELDWOOD ENERGY LLC                                    PAGE  39
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/20/20 JAH | B190 | A104 | REVIEW EXPERT RETENTION TERMS RE EUGENE ISLAND 342 IBLA APPEAL (0.30) AND CORRESPONDENCE RE SAME (0.10). | .40 | 250.00 |
| 11/20/20 JAN | B110 | A104 | REVIEW OF FILINGS RELATED TO OIL AND GAS CONTRACTS BREACHES. | .80 | 520.00 |
| 11/20/20 JAN | B110 | A105 | CONFERENCES WITH TEAM REGARDING STRATEGY FOR PURSUING BREACHES AND CONTRACT RIGHTS UNDER OIL AND GAS CONTRACTS. | .70 | 455.00 |
| 11/20/20 JN | B180 | A103 | REVIEW AND REVISE VARIOUS EVOLVING MOTIONS TO EXTEND STAY TO WORKING INTEREST OWNERS ARISING OUT OF ACTION BROUGHT BY VALARIS. | 3.20 | 2,000.00 |
| 11/20/20 JN | B180 | A109 | CONFERENCE CALL WITH CLIENT (MIKE DANE) REGARDING OCSLA ADJACENT STATE CHOICE OF LAW AND THE POTENTIAL THAT THE LOUISIANA OIL WELL LIEN DOES NOT APPLY TO CERTAIN PROPERTIES THAT HAVE BEEN LIENED BY VALARIS. | .50 | 312.50 |
| 11/20/20 JN | B180 | A109 | CONFERENCE CALL WITH WEIL REGARDING POTENTIAL INAPPLICABILITY OF THE LOUISIANA OIL WELL LIEN ACT. | .30 | 187.50 |
| 11/20/20 JN | B180 | A105 | CONFERENCE CALL WITH JONATHAN HUNTER REGARDING OCSLA CHOICE OF LAW AND THE POTENTIAL INAPPLICABILITY OF THE LOUISIANA OIL WELL LIEN ACT TO VALARIS LIEN FILINGS. | .40 | 250.00 |
| 11/20/20 JN | B180 | A104 | REVIEW AND ANALYZE BOEMS OFFICIAL ELECTRONIC MAP OF OFFSHORE BLOCKS TO DETERMINE IF THE BLOCKS SUBJECT TO VALARIS LIENS ARE SUBJECT TO LOUISIANA LAW OR THE LAW OF ANOTHER ADJACENT STATE. | .70 | 437.50 |

FIELDWOOD ENERGY LLC                                    PAGE   40
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00

| | | | | | |
|---|---|---|---|---|---|
| 11/20/20 JN | B180 | A109 | CONFERENCE CALL WITH ECOPETROLS OUTSIDE COUNSEL, KELLY SINGER, REGARDING DEFENSE OF LAWSUITS FILED BY VALARIS/ATLANTIC MARITIME. | .40 | 250.00 |
| 11/20/20 JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH THE CLIENT (MIKE DANE AND BOB SERGESKETTER) REGARDING DECLARATION THAT WILL ACCOMPANY MOTION TO EXTEND AUTOMATIC STAY TO WORKING INTEREST OWNERS TOGETHER WITH THE ACTUAL MOTION. | .50 | 312.50 |
| 11/20/20 JN | B180 | A105 | CONFERENCE CALL WITH JONATHAN HUNTER TO DISCUSS APPLICABLE STATE LAW FOR THE PROPERTIES LIENED BY ATLANTIC MARITIME UNDER THE LOUISIANA OIL WELL LIEN ACT. | .20 | 125.00 |
| 11/20/20 JN | B180 | A104 | REVIEWED THE REVISED SETTLEMENT OFFER LETTER TO THE U.S. ATTORNEY REGARDING ONGOING CRIMINAL INVESTIGATIONS. | .40 | 250.00 |
| 11/20/20 JN | B180 | A109 | CONFERENCE CALL WITH WEIL (ALFREDO PEREZ) REGARDING MOTION TO EXPAND AUTOMATIC STAY TO WORKING INTEREST HOLDERS AS A RESULT OF ATLANTIC MARITIME ACTIONS UNDER LOUISIANA OIL WELL LIEN ACT. | .40 | 250.00 |
| 11/20/20 JN | B180 | A104 | REVIEW EMAIL FROM CHEVRON REGARDING PROPERTIES TO BE TAKEN OVER BY CHEVRON AS PREDECESSOR IN INTEREST. | .20 | 125.00 |
| 11/20/20 JN | B180 | A109 | PARTICIPATE IN AN EMAIL CONVERSATION/CHAIN WITH THE CLIENT AND WEIL ON LOUISIANA OIL WELL LIEN ACT AS IT RELATES TO MOTION TO EXPAND THE AUTOMATIC STAY TO WORKING INTEREST HOLDERS. | .60 | 375.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  41
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/20/20 KMJ | B110 | A101 | TELEPHONE CONFERENCE WITH J. NOE RE STATUS AND ANTICIPATED ACTIONS IN VALARIS AND FIELDWOOD CASES (0.60) AND RELATED CORRESPONDENCE WITH J. BAIN AND J. NOE (0.20). | .80 | 360.00 |
| 11/20/20 KMJ | B110 | A101 | FOLLOW UP ON STATUS OF CONNECTIONS ANALYSIS AND DISCLOSURE SUPPLEMENTATION. | .50 | 225.00 |
| 11/20/20 MWM | B190 | A104 | REVIEW/REVISE PLEA OFFER (0.30); RELATED TELEPHONE CONFERENCE AND CORRESPONDENCE (0.20). | .50 | 250.00 |
| 11/20/20 PFH | B110 | A106 | RESEARCHED DOJ POLICY AND NPAS (1.00) AND SENT EXAMPLES TO MR. SERGESKETTER FOR HIS KNOWLEDGE (0.10). | 1.10 | 687.50 |
| 11/20/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH REDLINED OFFER LETTER TO USA STRASSER (0.10); REVIEWED AND REVISED REDLINE LETTER TO USA STRASSER (0.20); E MAIL TO MR. SERGESKETTER WITH COMMENTS RE REDLINE AND STRATEGY FOR LETTER (0.10); E MAIL FROM MR. SERGESKETTER WITH INSTRUCTIONS RE DELIVERY OF LETTER TO USA (0.10); E MAIL TO MR. SERGESKETTER WITH REVISED REDLINE FOR HIS APPROVAL (0.20); E MAILS FROM MR. SERGESKETTER WITH COMMENTS AND APPROVAL OF LETTER (0.20). | .90 | 562.50 |
| 11/20/20 PFH | B110 | A107 | E MAILS AND CALL WITH AUSA LATSIS RE LETTER OFFERING NON PROSECUTION AGREEMENT. | .40 | 250.00 |
| 11/20/20 PFH | B110 | A107 | E MAIL TO USA STRASSER ET AL WITH OFFER LETTER FOR NON PROSECUTION AGREEMENT. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   42
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/20/20 | PFH | B110 | A107 | E MAIL FROM USA STRASSER WITH ARTICLE AND SETTLEMENT AGREEMENT THAT WE MAY BE ABLE TO USE. | .20 | 125.00 |
| 11/20/20 | PFH | B110 | A106 | E MAILS TO/FROM MR. SERGESKETTER RE ATTEMPTS AND CONTACTS WITH AUSAS AND THEIR COMMENTS RE CASH IN FIELDWOOD BANKRUPTCY (0.10); EMAIL FROM MR SERGESEKETTER WITH RESPONSE RE CASH (0.10). | .20 | 125.00 |
| 11/20/20 | JEB | B130 | A104 | FURTHER ANALYSIS REGARDING MOTION TO EXTEND AUTOMATIC STAY. | 1.80 | 1,080.00 |
| 11/20/20 | DJB | B410 | A103 | REVISE DECLARATION IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY TO CO-WORKING INTEREST OWNERS. | .20 | 90.00 |
| 11/20/20 | DJB | B410 | A103 | DRAFT MOTION TO SEAL CERTAIN EXHIBITS ATTACHED TO DECLARATION IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY. | 1.90 | 855.00 |
| 11/20/20 | DJB | B410 | A105 | EMAILS WITH JOE BAIN AND JIM NOE REGARDING FILING MOTION TO EXTEND AUTOMATIC STAY TO CO-WORKING INTEREST OWNERS. | .20 | 90.00 |
| 11/20/20 | DJB | B410 | A104 | REVIEW AND ANALYZE ATLANTIC'S MOTION FOR WRIT OF SEQUESTRATION FILED IN E.D.LA AGAINST ECOPETROL. | .20 | 90.00 |
| 11/20/20 | DJB | B410 | A102 | RESEARCH FEDERAL LAW FOR CASES EXTENDING AUTOMATIC STAY TO WORKING INTEREST OWNERS OR JOINT VENTURE PARTNERS FOR PURPOSES OF USING SAME IN MOTION TO EXTEND AUTOMATIC STAY. | 1.90 | 855.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   43
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/20/20 | GAR | B140 | A105 | DISCUSS DETAILS OF FILING A DOCUMENT UNDER SEAL IN THE BANKR. S.D. TEX. BASED ON THE LOCAL RULES WITH D. BALDWIN AND OTHER CO-COUNSEL TO ENSURE SEALING OF CONFIDENTIAL INFORMATION IN FIELDWOOD'S MOTION TO LIFT STAY. | .30 | 91.50 |
| 11/20/20 | GAR | B140 | A103 | DRAFT PROPOSED ORDER TO ACCOMPANY MOTION TO SEAL EXHIBITS TO DECLARATION IN SUPPORT OF MOTION TO LIFT STAY. | .80 | 244.00 |
| 11/20/20 | GAR | B140 | A105 | CORRESPOND WITH CO-COUNSEL REGARDING DETAILS FOR EMERGENCY MOTION TO EXTEND STAY AND RELATED UPDATED TO SUPPORTING DOCUMENTS. | .60 | 183.00 |
| 11/20/20 | GAR | B140 | A102 | REVIEW ISSUES REGARDING APPLICABLE AUTHORITY FOR FILING AGREEMENTS WITH CONFIDENTIALITY PROVISIONS IN THEM UNDER SEAL (.50); DISCUSS FINDINGS ON SAME WITH D. BALDWIN (.20). | .70 | 213.50 |
| 11/20/20 | RGK | B110 | A103 | REVIEW CONFLICT REPORT (0.10) AND UPDATE DISCLOSURE SCHEDULE (0.20). | .30 | 172.50 |
| 11/20/20 | MBS | B210 | A105 | REVIEW ADDITIONAL ENTITIES ADDED TO CONFLICTS CHECKLIST (.10); UPDATE CHECKLIST(.10) | .20 | 40.00 |
| 11/20/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.00 | 250.00 |
| 11/20/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.80 | 475.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   44
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/21/20 | JN | B180 | A103 | DRAFT EMAIL TO ECOPETROLS OUTSIDE COUNSEL REGARDING MOTION TO ENLARGE STAY TO COVER WORKING INTEREST HOLDERS AS A RESULT OF A CONTRACT BREACH ACTION BROUGHT BY VALARIS/ATLANTIC MARITIME. | .20 | 125.00 |
| 11/21/20 | JN | B180 | A104 | REVIEW EMAIL CHAIN BETWEEN FIELDWOOD AND VALARIS/ATLANTIC MARITIME REGARDING CONTRACT DISPUTE OVER INVOICING UNDER DRILLING CONTRACT, INCLUDING FUEL CREDIT APPLICATION. | .20 | 125.00 |
| 11/21/20 | JN | B180 | A104 | REVIEW EMAIL FROM ECOPETROLS COUNSEL REGARDING THEIR PLANS ON PARTICIPATING IN HEARING TO ENLARGE THE STAY ARISING OUT OF LIENS PLACED BY VALARIS/ATLANTIC MARITIME UNDER THE LOUISIANA OIL WELL LIEN ACT. | .10 | 62.50 |
| 11/22/20 | JN | B180 | A103 | DRAFT EMAIL TO COUNSEL FOR ECOPETRO REGARDING HEARING ON MOTION TO EXTEND STAY RELATED TO DRILLING CONTRACT DISPUTE. | .20 | 125.00 |
| 11/22/20 | KMJ | B110 | A101 | (MEXICO) REVIEW DOCKETS IN VALARIS AND FIELDWOOD CASES FOR PURPOSES OF DISCLOSURES IN FIELDWOOD BANKRUPTCY CASES (2.00); CORRESPONDENCE TO M. MINTZ AND J. NOE RE SAME AND PLANNED ACTION IN VALARIS CASES (0.50). | 2.50 | 1,125.00 |
| 11/22/20 | KMJ | B110 | A101 | DRAFT AND REVIEW SUPPLEMENTAL DISCLOSURE FOR EMPLOYMENT RETENTION AND REVIEW FILE RE STATUS OF CONNECTIONS ANALYSIS. | 1.50 | 675.00 |
| 11/23/20 | JAH | B190 | A104 | ANALYZE LOWLA LIEN CLAIMS AND ADJACENT STATE LAW ISSUES. | 1.20 | 750.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   45
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/23/20 JAH | B190 | A104 | BSEE CIVIL PENALTY ISSUES -- REVIEW AND ANALYZE SPREADSHEET RECEIVED FROM SOLICITOR'S OFFICE AND CORRESPOND WITH FW MANAGEMENT RE SAME. | 1.60 | 1,000.00 |
| 11/23/20 JAH | B190 | A104 | PARTICIPATE IN LEGAL WORKING GROUP CALL. | .50 | 312.50 |
| 11/23/20 JAH | B190 | A104 | COORDINATE WITH B. BYRD (EXPERT WITNESS) RE EI 342 IBLA APPEAL. | .40 | 250.00 |
| 11/23/20 JAH | B190 | A104 | EI 342 IBLA APPEAL -- REVIEW FILE (1.00) AND DRAFT EMAIL TO SOLICITOR'S OFFICE RE AR ISSUES (0.40). | 1.40 | 875.00 |
| 11/23/20 JN | B180 | A109 | ATTEND CONFERENCE CALL WITH WEIL (ALFREDO PEREZ) AND THE CLIENT (MIKE DANE AND TOMMY LAMME) TO DISCUSS ECOPETROL AND ATLANTIC MARITIME LIENS UNDER THE LOUISIANA OIL WELL LIEN ACT. | .50 | 312.50 |
| 11/23/20 JN | B180 | A109 | CONFERENCE CALL WITH ECOPETROL'S COUNSEL, KELLY SINIGER, TO DISCUSS MOTION TO EXTEND THE AUTOMATIC STAY TO WORKING INTEREST HOLDERS OF THE CLIENT AND RESPONSE TO ATLANTIC MARITIME'S LIENS UNDER THE LOUISIANA OIL WELL LIEN ACT. | .50 | 312.50 |
| 11/23/20 JN | B180 | A109 | REVIEW ECOPETROL'S MOTION TO EXTEND STAY TO WORKING INTEREST HOLDERS ARISING OUT OF LIENS FILED UNDER THE LOUISIANA OIL WELL LIEN ACT. | .40 | 250.00 |
| 11/23/20 JN | B180 | A109 | PARTICIPATE IN LEGAL WORKING GROUP CALL WITH LAWYERS FROM DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOIR. | .50 | 312.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   46
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/23/20 | JN | B180 | A104 | REVIEW PROPOSED CIVIL PENALTIES PROPOSED BY THE DEPARTMENT OF INTERIOR. | .50 | 312.50 |
| 11/23/20 | JN | B180 | A104 | CONFERENCE CALL WITH JONATHAN HUNTER TO DISCUSS APPROACH FOR DEFENSE OF CIVIL PENALTY IMPOSITION. | .30 | 187.50 |
| 11/23/20 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH CLIENT (PATRICK EILAND AND KEVIN BRUCE) TO DISCUSS INTERIORS PROPOSED CIVIL PENALTY SETTLEMENT. | .60 | 375.00 |
| 11/23/20 | KMJ | B110 | A101 | MULTIPLE CORRESPONDENCE WITH J. NOE RE STATUS ON SUPPLEMENTATION OF AFFIDAVIT ON ENGAGEMENT. | .30 | 135.00 |
| 11/23/20 | MWM | B190 | A104 | TELEPHONE CONFERENCE WITH MS. HARDIN RE: SETTLEMENT STRATEGY. | .30 | 150.00 |
| 11/23/20 | PFH | B110 | A105 | CALL WTH MR. MAGNER RE NEXT STEPS. | .10 | 62.50 |
| 11/23/20 | PFH | B110 | A106 | E MAILS TO/FROM MR. SERGESKETTER RE POTENTIALLY NEGOTIATING LANGUAGE TO MAKE FINE TAX DEDUCTIBLE VERSUS USING THE FINE ELSEWHERE IN NEGOTIATIONS. | .20 | 125.00 |
| 11/23/20 | JEB | B130 | A104 | ATTENTION TO UPCOMING HEARING. | .30 | 180.00 |
| 11/23/20 | JEB | B120 | A104 | REVIEW WORKING INTEREST OWNER RESPONSE IN SUPPORT OF MOTION TO EXTEND STAY. | .50 | 300.00 |
| 11/23/20 | DJB | B410 | A104 | REVIEW AND ANALYZE LOCAL RULES FOR SOUTHERN DISTRICT OF TEXAS TO ENSURE ADVERSARY COMPLAINTS COMPLY WITH SAME. | .20 | 90.00 |
| 11/23/20 | DJB | B410 | A103 | DRAFT JURISDICTION AND VENUE SECTIONS OF COMPLAINT AGAINST ENSCO DRILLING MEXICO. | .90 | 405.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   47
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/23/20 DJB | B410 | A104 | REVIEW AND ANALYZE MATERIALS FROM CLIENT REGARDING LIENS FILED BY ATLANTIC MARITIME AND OFFSETS AND CREDITS REGARDING SAME. | .80 | 360.00 |
| 11/23/20 DJB | B410 | A104 | REVIEW AND ANALYZE ECOPETROL'S STATEMENT IN RESPONSE TO FIELDWOOD'S EMERGENCY REQUEST TO EXTEND AUTOMATIC STAY. | .20 | 90.00 |
| 11/23/20 DJB | B410 | A102 | RESEARCH 5TH CIRCUIT LAW REGARDING WHETHER ARBITRATION PROVISION IN FIELDWOOD'S CONTRACT WITH ENSCO MEXICO PRECLUDES FILING ADVERSARY COMPLAINT. | 2.10 | 945.00 |
| 11/23/20 RGK | B110 | A103 | REVIEW LAST CONFLICTS REPORTS (1.20) AND FINALIZE DISCLOSURE SCHEDULE (1.30). | 2.50 | 1,437.50 |
| 11/23/20 MBS | B210 | A105 | REVIEW ENTITIES ADDED TO CONFLICTS CHECKLIST (.30) UPDATE CHART AND TRANSMIT (.20). | .50 | 100.00 |
| 11/23/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.30 | 162.50 |
| 11/24/20 JAH | B190 | A104 | CORRESPONDENCE WITH R. LAMB RE CIVIL PENALTY ISSUES. | .10 | 62.50 |
| 11/24/20 JAH | B190 | A104 | LIEN ISSUES -- CONFERENCES AND CORRESPONDENCE WITH J. NOE RE ADJACENT STATE LAW CASES. | .30 | 187.50 |
| 11/24/20 JAH | B190 | A104 | EI 342 IBLA APPEAL -- CORRESPONDENCE R. BYRD (EXPERT). | .20 | 125.00 |
| 11/24/20 JAH | B190 | A104 | EI 342 APPEAL -- CORRESPONDENCE SOLICITOR'S OFFICE RE AR ISSUES. | .30 | 187.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   48
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 11/24/20 JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH WEIL AND THE CLIENT TO PREPARE FOR HEARING REGARDING ATLANTIC MARITIME'S ENFORCEMENT ACTION FILED TO ENFORCE RIGHTS AGAINST WORKING INTEREST OWNERS. | .90 | 562.50 |
| 11/24/20 JN | B180 | A109 | ATTEND HEARING TO EXPAND THE AUTOMATIC STAY TO WORKING INTEREST OWNERS ARISING OUT OF ATLANTIC MARITIMES ACTION TO ENFORCE LIENS UNDER THE LOUISIANA OIL WELL LIEN ACT. | .40 | 250.00 |
| 11/24/20 JN | B180 | A104 | RESEARCH CHOICE OF LAW FOR LIENS REGARDING WHICH STATE IS THE ADJACENT STATE FOR PURPOSES OF THE OUTER CONTINENTAL SHELF LANDS ACT. | 1.40 | 875.00 |
| 11/24/20 JN | B180 | A103 | DRAFT EMAIL TO THE CLIENT AND WEIL REGARDING CHOICE OF LAW UNDER THE OUTER CONTINENTAL SHELF LANDS ACT FOR PURPOSES OF ATLANTIC MARITIMES LIENS FILED UNDER THE LOUISIANA OIL WELL LIEN ACT. | .50 | 312.50 |
| 11/24/20 JN | B180 | A109 | CONFERENCE CALL WITH ECOPETROS COUNSEL, KELLY SINGER, REGARDING THE MOTION TO EXTEND THE AUTOMATIC STAY TO WORKING INTEREST OWNERS ARISING OUT OF ATLANTIC MARITIMES ENFORCEMENT ACTIONS UNDER THE LOUISIANA OIL WELL LIEN ACT. | .40 | 250.00 |
| 11/24/20 JN | B180 | A103 | REVIEW DRAFT ADVERSARIAL PLEADING TO BE FILED IN RESPONSE TO ATLANTIC MARITIMES ENFORCEMENT ACTIONS AGAINST THE CLIENTS WORKING INTEREST HOLDERS PURSUANT TO THE LOUISIANA OIL WELL LIEN ACT. | .40 | 250.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  49
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00


11/24/20 JN   B180  A104   REVIEW CORRESPONDENCE BETWEEN    .20        125.00
                           THE CLIENT AND CHEVRON
                           REGARDING PREDECESSOR
                           LIABILITY.

11/24/20 JEB  B110  A109   MONITOR BANKRUPTCY HEARING ON   1.10        660.00
                           MOTION TO EXTEND AUTOMATIC
                           STAY (0.4); CONFER WITH J.
                           NOE REGARDING STRATEGY IN
                           LIEU OF COURT'S RULING (0.7).

11/24/20 DJB  B410  A103   REVIEW AND ANALYZE ATLANTIC'S    .40        180.00
                           OBJECTION TO FIELDWOOD'S
                           MOTION TO EXTEND AUTOMATIC
                           STAY TO WORKING INTEREST
                           OWNERS.

11/24/20 DJB  B410  A104   REVIEW AND ANALYZE ATLANTIC'S    .20         90.00
                           OBJECTION TO FIELDWOOD'S
                           MOTION TO EXTEND AUTOMATIC
                           STAY TO WORKING INTEREST
                           OWNERS.

11/25/20 JAN  B110  A104   REVIEW OF FILINGS ON             .80        520.00
                           ADVERSARY COMPLAINT RELATED
                           TO OIL AND GAS CONTRACTS.

11/25/20 JAN  B110  A105   CONFERENCE WITH TEAM             .30        195.00
                           REGARDING STRATEGY FOR
                           HANDLING OF OIL AND GAS
                           CONTRACT BREACHES.

11/25/20 JN   B180  A109   PARTICIPATE IN CONFERENCE        .40        250.00
                           CALL WITH THE CLIENT AND WEIL
                           IN PREPARATION FOR HEARING ON
                           MOTION TO EXTEND THE
                           AUTOMATIC STAY TO WORKING
                           INTEREST PARTNERS ARISING OUT
                           OF ATLANTIC MARITIMES
                           ENFORCEMENT ACTIONS UNDER
                           LOUISIANA OIL WELL LIEN ACT.

11/25/20 JN   B180  A109   PARTICIPATE IN PREPARATION       .40        250.00
                           CALL FOR HEARING TO EXTEND
                           STAY TO WORKING INTEREST
                           OWNERS IN RESPONSE TO
                           ATLANTIC MARITIMES
                           ENFORCEMENT ACTIONS UNDER
                           LOUISIANA OIL WELL LIEN
                           STATUTE.
```

FIELDWOOD ENERGY LLC                                          PAGE  50
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00


| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 11/25/20 | JN | B180 | A109 | PARTICIPATE IN HEARING ON ATLANTIC MARITIMES ENFORCEMENT ACTION UNDER LOUISIANA OIL WELL LIEN ACT. | 1.00 | 625.00 |
| 11/25/20 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL (ALFREDO PEREZ) TO DISCUSS ACTION ITEMS FOLLOWING JUDGES RULING ON ATLANTIC MARITIMES ENFORCEMENT ACTION ON LOUISIANA OIL FIELD LIEN ACT. | .20 | 125.00 |
| 11/25/20 | JN | B180 | A109 | CONFERENCE CALL WITH COUNSEL FOR ECOPETROL REGARDING ATLANTIC MARITIME AND THEIR ENFORCEMENT ACTION UNDER THE LOUISIANA OIL WELL LIEN ACT AND NEXT STEPS FOLLOWING HEARING. | .30 | 187.50 |
| 11/25/20 | JN | B180 | A104 | REVIEW ADVERSARIAL PROCEEDING PLEADINGS REGARDING ATLANTIC MARITIMES ENFORCEMENT ACTION UNDER LOUISIANA OIL WELL LIEN ACT IN ADVANCE OF HEARING REGARDING SAME. | .50 | 312.50 |
| 11/25/20 | JN | B180 | A109 | COMMUNICATION WITH CLIENT REGARDING NEXT STEPS WITH ATLANTIC MARITIMES COUNSEL FOLLOWING HEARING ON ENFORCEMENT OF LIEN RIGHTS UNDER LOUISIANA OIL WELL LIEN ACT. | .40 | 250.00 |
| 11/25/20 | JEB | B110 | A109 | MONITOR HEARING REGARDING ADVERSARY PROCEEDING COMPLAINT. | .90 | 540.00 |
| 11/25/20 | DJB | B410 | A105 | CONVERSATION WITH JOSH NORRIS REGARDING STRATEGY AND NEXT STEPS WITH RESPECT TO CLAIMS AGAINST ENSCO DRILLING MEXICO. | .20 | 90.00 |
| 11/25/20 | MBS | B210 | A105 | REVIEW DOCKET FOR PERTINENT PLEADINGS (.30); SAVE AND TRANSMIT (.20). | .50 | 100.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  51
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00


11/28/20 JN   B180  A104  REVIEW LIEN DOCUMENTS FILED       .80        500.00
                          BY ATLANTIC MARITIME (0.30)
                          AND RESEARCHED BOEM STATE
                          LOCATION FOR RELEVANT BLOCKS
                          (0.30); DRAFTED EMAIL TO
                          CLIENT RECOMMENDING THAT WE
                          WRITE TO ATLANTIC MARITIME
                          AND HAVE THEM REMOVE LIENS
                          FROM PROPERTIES OUTSIDE OF
                          LOUISIANA (0.20).

11/30/20 JAH  B190  A104  EUGENE ISLAND 342 APPEAL --      2.00      1,250.00
                          PARTICIPATE IN CALL WITH BOB
                          BYRD (EXPERT) ET AL.

11/30/20 JAH  B190  A104  EUGENE ISLAND 342 APPEAL --       .40        250.00
                          REVIEW RECORD AND
                          CORRESPONDENCE WITH
                          SOLICITOR'S OFFICE RE
                          SUPPLEMENTING SAME.

11/30/20 JAH  B190  A104  EUGENE ISLAND 342 APPEAL --       .20        125.00
                          CORRESPONDENCE WITH A.
                          FERGUSON RE ISOTECH REPORTS.

11/30/20 JAH  B190  A104  EUGENE ISLAND 342 APPEAL --       .20        125.00
                          CORRESPONDENCE TO SOLICITOR'S
                          OFFICE RE BRIEFING EXTENSION.

11/30/20 MWM  B190  A104  TELEPHONE CONFERENCE WITH MS.     .30        150.00
                          HARDIN RE: NPA (0.20);
                          RELATED CORRESPONDENCE (0.10).

11/30/20 PFH  B110  A106  E MAIL AND CALL TO MR.            .60        375.00
                          SERGESEKETTER AND MR. MAGNER
                          TO REPORT ON CALL WITH AUSAS.

11/30/20 PFH  B110  A105  CALL WITH MR. MAGNER TO           .20        125.00
                          REPORT ON CALL WITH AUSAS AND
                          DISCUSS STRATEGY FOR NPA
                          TERMS.

11/30/20 PFH  B110  A104  CONSIDERED POTENTIAL LANGUAGE     .90        562.50
                          AND FACTS TO USE IN NON
                          PROSECUTION AGREEMENT AS PART
                          OF RESTRUCTURING.

11/30/20 CVM  B160  A103  FINALIZED FIELDWOOD'S FIRST      5.50      1,430.00
                          INTERIM FEE APPLICATION.
```

```
FIELDWOOD ENERGY LLC                                      PAGE   52
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00

11/30/20 GAR   B160   A105   DISCUSS STATUS OF JONES           .10          30.50
                            WALKER'S FIRST INTERIM FEE
                            APPLICATION WITH C. MCCAFFREY
                            TO ENSURE TIMELY FILING.

11/30/20 MBS   B210   A105   REVIEW DOCKET FOR PERTINENT      1.00         200.00
                            PLEADINGS.

                                                         --------    -----------
                            TOTALS                         391.50    $185,300.50
                                                         ========    ===========
```

```
FIELDWOOD ENERGY LLC                                          PAGE   53
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

|  |  | ------THIS BILL------- |  | --CUMULATIVE TOTALS--- |  |
|--|--|--|--|--|--|
| TASK CODE | SUMMARY | HOURS | FEES | HOURS | FEES |
|  |  | .00 | .00 | 438.30 | 244,356.00 |
| AXXX | BAD CODE - ACCOUNTING U | .00 | .00 | .00 | .00 |
|  | TOTAL | .00 | .00 | 438.30 | 244,356.00 |
| **ADMINISTRATION** |  |  |  |  |  |
| B110 | CASE ADMINISTRATION | 99.20 | 59,230.00 | 316.50 | 181,640.50 |
| B120 | ASSET ANALYSIS/RECOVERY | 7.50 | 4,500.00 | 8.30 | 4,936.00 |
| B130 | ASSET DISPOSITION | 3.20 | 1,920.00 | 3.20 | 1,920.00 |
| B140 | RELIEF FROM STAY/PROTEC | 3.90 | 1,189.50 | 3.90 | 1,189.50 |
| B160 | FEE/EMPLMT APPLICATIONS | 78.30 | 13,398.00 | 433.80 | 79,375.00 |
| B180 | AVOIDANCE ACTION ANALYS | 64.60 | 40,375.00 | 226.80 | 141,750.00 |
| B190 | OTHER CONTESTED MATTERS | 53.80 | 28,675.50 | 167.50 | 92,033.50 |
|  | TOTAL ADMINISTRATION | 310.50 | 149,288.00 | 1,160.00 | 502,844.50 |
| **OPERATIONS** |  |  |  |  |  |
| B210 | BUSINESS OPERATIONS | 6.20 | 1,441.00 | 96.10 | 45,099.00 |
| B230 | FINANCING/CASH COLLECTI | 2.40 | 1,248.00 | 26.60 | 14,679.00 |
|  | TOTAL OPERATIONS | 8.60 | 2,689.00 | 122.70 | 59,778.00 |
| **CLAIMS AND PLAN** |  |  |  |  |  |
| B310 | CLAIMS/ADMN/OBJECTIONS | .00 | .00 | .40 | 160.00 |
|  | TOTAL CLAIMS AND PLAN | .00 | .00 | .40 | 160.00 |
| **BANKRUPTCY-RELATED ADVICE** |  |  |  |  |  |
| B410 | GENERAL BANKRUPTCY ADVI | 72.40 | 33,323.50 | 72.40 | 33,323.50 |
| B420 | RESTRUCTURING | .00 | .00 | .20 | 125.00 |
|  | TOTAL BANKRUPTCY-RELATED ADVI | 72.40 | 33,323.50 | 72.60 | 33,448.50 |
|  | **TOTALS** | **391.50** | **185,300.50** | **1,794.00** | **840,587.00** |

```
FIELDWOOD ENERGY LLC                                        PAGE   54
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| AMY G. SCAFIDEL | 520.00 | 2.40 | 1,248.00 | 2.40 | 1,248.00 |
| CINDY M. MULLER | 495.00 | .60 | 297.00 | 24.20 | 11,979.00 |
| DOUGLAS C. LONGMAN | .00 | .00 | .00 | 3.50 | 1,050.00 |
| DAVID M. HUNTER, D. | .00 | .00 | .00 | 24.20 | 13,431.00 |
| F. RIVERS LELONG | 535.00 | .60 | 321.00 | .60 | 321.00 |
| JONATHAN A. HUNTER, J. | 625.00 | 23.60 | 14,750.00 | 213.20 | 133,250.00 |
| JOSHUA A. NORRIS, J. | 650.00 | 26.70 | 17,355.00 | 26.70 | 17,355.00 |
| JAMES NOE | 625.00 | 65.00 | 40,625.00 | 386.90 | 241,812.50 |
| KRISTINA M. JOHNSON, K. | 450.00 | 8.40 | 3,780.00 | 54.20 | 24,390.00 |
| MARC C. HEBERT, M. | .00 | .00 | .00 | 2.30 | 1,610.00 |
| MICHAEL W. MAGNER | 500.00 | 29.00 | 14,500.00 | 45.00 | 22,500.00 |
| PAULINE F. HARDIN, P. | 625.00 | 41.80 | 26,125.00 | 156.00 | 97,500.00 |
| R. CHRISTIAN JOHNSEN | .00 | .00 | .00 | .40 | 250.00 |
| RICHARD D. BERTRAM | .00 | .00 | .00 | 67.20 | 37,968.00 |
| R PATRICK VANCE | 550.00 | 10.30 | 5,665.00 | 10.30 | 5,665.00 |
| R. SCOTT JENKINS | .00 | .00 | .00 | .80 | 436.00 |
| JOSEPH E. BAIN | 600.00 | 15.10 | 9,060.00 | 41.60 | 24,960.00 |
| MARK A. MINTZ | .00 | .00 | .00 | .40 | 160.00 |
| SARAH Y. DICHARRY | 460.00 | 9.50 | 4,370.00 | 124.40 | 57,224.00 |
| CAROLINE U. MCCAFFREY | 260.00 | 17.50 | 4,550.00 | 29.70 | 7,722.00 |
| DANIEL J. BALDWIN | 450.00 | 60.50 | 27,225.00 | 60.50 | 27,225.00 |
| GABRIELLE A. RAMIREZ | 305.00 | 9.60 | 2,928.00 | 44.20 | 13,481.00 |
| MADISON M. TUCKER | .00 | .00 | .00 | 1.00 | 275.00 |
| PATRICK J. FACKRELL | 315.00 | 1.90 | 598.50 | 1.90 | 598.50 |
| TAYLOR K. WIMBERLY | .00 | .00 | .00 | 49.50 | 18,562.50 |
| ROBERT G. KENEDY | 575.00 | 5.80 | 3,335.00 | 52.60 | 29,385.00 |
| STANLEY A. MILLAN | .00 | .00 | .00 | 6.30 | 2,646.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | .20 | 40.00 |
| DANIEL J. VOGEL | .00 | .00 | .00 | .20 | 40.00 |
| GEORGETTE M. SHAHIEN | 205.00 | 3.10 | 635.50 | 9.70 | 1,988.50 |
| KILBY M. BRABSTON | .00 | .00 | .00 | 4.40 | 814.00 |
| MELLAINE B. SALINAS | 200.00 | 5.60 | 1,120.00 | 26.00 | 5,200.00 |
| TARA C. GORUMBA | 125.00 | 14.90 | 1,862.50 | 108.30 | 13,537.50 |
| WINTER RANDALL | 125.00 | 39.60 | 4,950.00 | 215.20 | 25,962.50 |
| TOTALS | | 391.50 | 185,300.50 | 1,794.00 | 840,587.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  55
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00




COSTS INCURRED:


11/24/20 COURT RECORD FEES /PACER OCTOBER 2020                4.60
11/24/20 OUT OF TOWN TRAVEL - JAMES NOE - TRIP EXP - NEW    756.82
         ORLEANS, LA - 11/18-11/20/20 - MEETINGS
         REGARDING THE STATUS OF THE RESTRUCTURING
         EFFORTS FOR FIELDWOOD
10/18/20 LEXIS LEGAL RESEARCH - WIMBERLY, TAYLOR           388.50
11/08/20 LEXIS LEGAL RESEARCH - BAIN, JOSEPH                14.25
11/08/20 LEXIS LEGAL RESEARCH - BALDWIN, DANIEL            634.50
11/19/20 LEXIS LEGAL RESEARCH - BAIN, JOSEPH                33.30
11/19/20 LEXIS LEGAL RESEARCH - BALDWIN, DANIEL             29.70
11/29/20 LEXIS LEGAL RESEARCH - BALDWIN, DANIEL            179.10
11/17/20 DELIVERY SERVICES - FEDEX SENT BY S Y.             42.89
         DICHARRY, ESQ., JW LLP TO FINANCIAL SERV MANA
         ONRR, APPEALS & REGS
10/14/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     14.03
         ORIGINATED BY JAMES W. NOE
10/28/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     22.22
         ORIGINATED BY JAMES W. NOE
11/03/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     15.04
         ORIGINATED BY DANIEL J. BALDWIN
11/05/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      7.35
         ORIGINATED BY DANIEL J. BALDWIN

                         TOTAL COSTS:              $2,142.30

                COST SUMMARY

   E105   LONG DISTANCE                       58.64
   E106   COMPUTER LEGAL RESEARCH          1,279.35
   E107   DELIVERY SERVICES                   42.89
   E110   OUT OF TOWN TRAVEL                 756.82
   E112   COURT FEES                           4.60
                                       --------------
          TOTAL DISBURSEMENTS            $2,142.30


                      TOTAL FEES AND COSTS:   $187,442.80
```

```
FIELDWOOD ENERGY LLC                                          PAGE   56
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



            * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                    $185,300.50

                    TOTAL COSTS:                     $2,142.30

                    LESS CREDITS:                        $0.00
                                                   -------------
                    TOTAL CURRENT FEES AND COSTS DUE  $187,442.80


BALANCE DUE ON PRIOR INVOICES:

   DATE         INVOICE NO.       BALANCE
10/15/20         1049285       $55840.90
11/05/20         1051386       $26345.20


                    TOTAL PRIOR INVOICES DUE:       $82,186.10
                                                   -----------


                    TOTAL AMOUNT DUE:              $269,628.90
                                                   ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    JONES WALKER LLP
            201 St. Charles Ave. - 50th Floor
            New Orleans, Louisiana 70170-5100
```

FIELDWOOD ENERGY LLC                                                    PAGE   57
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                        Iberia Bank
                        New Orleans, Louisiana
                        ABA Number:  265270413
                        Account Number:  20000247731
                        Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

```
FIELDWOOD ENERGY LLC                                         PAGE   58
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00
```

WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT JAMES NOE
IN DC CAPITOL        OR OUR CREDIT MANAGER AT (504)582-8220.
                         ATLANTA, GA (404)870-7500
                      BATON ROUGE, LA (225)248-2000
                       BIRMINGHAM, AL (205)244-5200
                        HOUSTON, TX (713)437-1800
                        JACKSON, MS (601)949-4900
                       LAFAYETTE, LA (337)593-7600
                         MIAMI, FL (305)679-5700
                        MOBILE, AL (251)432-1414
                      NEW ORLEANS, LA (504)582-8000
                        NEW YORK, NY (646)512-8101
                        PHOENIX, AZ (602)366-7889
                       TALLAHASSEE, FL (850)425-7800
                 WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                  WASHINGTON, DC (DOWNTOWN) (202)434-4660
                    THE WOODLANDS, TX (281)296-4400


     *****************************************************************
```

```
FIELDWOOD ENERGY LLC                                        PAGE  59
DECEMBER 4, 2020
INVOICE NO.: 1055711
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



BILLING ATTY:     JAMES NOE
SUPERVISING ATTY:  JAMES NOE



          * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                    $185,300.50

                    TOTAL COSTS:                     $2,142.30

                    LESS CREDITS:                        $0.00
                                                   -------------
              TOTAL CURRENT FEES AND COSTS DUE     $187,442.80

BALANCE DUE ON PRIOR INVOICES:

    DATE        INVOICE NO.       BALANCE
10/15/20         1049285        $55840.90
11/05/20         1051386        $26345.20


                    TOTAL PRIOR INVOICES DUE:       $82,186.10
                                                   -----------


              TOTAL AMOUNT DUE:                    $269,628.90
                                                   ============
```

## TRIP EXPENSES

| Client No. | Client & File Title or General Office | DATE OF THIS REPORT |
|---|---|---|
| **45043** | Fieldwood Restructuring | **November 23, 2020** |
| Use client #93800 for non-billable matters | | |

| File No. | TRAVEL DESTINATION  ☐ Local Travel  ☑ Out of Town Travel | AMOUNT |
|---|---|---|
| **178208-00** | From  DC          To  New Orleans | 756.82 |
| | To               To | ATTORNEY |
| | | Jim Noe |

| REASON FOR TRIP | DATE(S) OF TRIP |
|---|---|
| Trip to New Orleans for meetings regarding the status of the restructuring efforts for Fieldwood | 11/18/2020 - 11/20/2020 |

### INDIVIDUAL BUSINESS EXPENSES INCURRED

| DATE PAID OR CHARGED | ITEMIZED HOTEL BILL* MEALS & BEVERAGE | ITEMIZED HOTEL BILL* LODGING / OTHER | MEALS & BEVERAGE NOT INCLUDED IN HOTEL BILL | CAB FARES / CAR RENTAL | PERSONAL AUTO (Miles X .575) No. of Miles | AIR FARE (Including Baggage Fees) | PARKING, TOLLS, TIPS | MISC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/20 | | | | 43.20 | 0.00 | | | | 43.20 |
| 11/21/20 | (1) 134.28 | 579.34 (1) 713.62 | | | 0.00 | | | | 713.62 |
| | | | | | 0.00 | | | | 0.00 |
| | | | | | 0.00 | | | | 0.00 |
| | | | | | 0.00 | | | | 0.00 |
| | | | | | 0.00 | | | | 0.00 |
| | | | | | 0.00 | | | | 0.00 |
| | | | | | 0.00 | | | | 0.00 |
| **TOTALS** | 134.28 0.00 | 579.34 713.62 | 0.00 | 43.20 | 0.00 | 0.00 | 0.00 | 0.00 | 756.82 |

* Itemized hotel invoice must be attached hereto and meals & beverages must be broken out separately from lodging charges.

NOTE: EVERY EXPENSE OF $25.00 OR MORE REQUIRES A RECEIPT TO BE ATTACHED HERETO

### RECAP OF EXPENDITURES

| | | | |
|---|---|---|---|
| TOTAL TRIP EXPENSE | 756.82 | TOTAL MEALS  $0.00 | TOTAL OTHER  $756.82 |
| LESS ADVANCE | | | |
| BALANCE DUE | 756.82 | VENDOR ID  6905 | |
| Check ☑ | Credit Personal Account ☐ | VOUCHER ID | |
| | | NOV 23 2020 | |
| Make Check Payable to  Jim Noe | | G/L# | |
| | | File | |
| | | Sep. Ck. _____ Y _____ N | |

**Windsor Court Hotel**
300 GRAVIER ST.
NEW ORLEANS LA 70130

Noe , Mr. James (Jim) W

11802 Lengand

Sugar Land, TX 77082

Confirmation Number: 16151614-1

Room Number: 1512

Room Type: FSK

No. of Guests: 1

| ARRIVAL | DEPARTURE | RATE PLAN |
|---|---|---|
| 11/18/2020 | 11/20/2020 | 2LOC |

| DATE | CODE | DESCRIPTION | COMMENT | AMOUNT (USD) |
|---|---|---|---|---|
| 11/18/2020 | 222 | High Speed Internet Charges | 20201118 214955 7839253 | 9.95 |
| 11/18/2020 | 350 | Mini Bar - Food | 11182020 213700  HONEY PEANUTS 48 | 15.86 |
| 11/18/2020 | 170 | Package Room Charge | | 239.00 |
| 11/18/2020 | 091 | State Room Tax | | 22.59 |
| 11/18/2020 | 092 | City Room Tax | | 11.95 |
| 11/18/2020 | 098 | Tourism Support | | 4.18 |
| 11/18/2020 | 093 | Occupancy Tax | | 2.00 |
| 11/19/2020 | 351 | Mini Bar - Water | 11192020 163034  SPARKLING H2O 21 | 6.61 |
| 11/19/2020 | 345 | POLO LOUNGE | 20201119 174739 326 527507/3001/3001/326/326/NoMealPeriod | 89.34 |
| 11/19/2020 | 350 | Mini Bar - Food | 11192020 210640  CASHEWS 36 | 15.86 |
| 11/19/2020 | 351 | Mini Bar - Water | 11202020 012633  SPARKLING H2O 66 | 6.61 |
| 11/19/2020 | 222 | High Speed Internet Charges | 20201120 022835 7839307 | 9.95 |
| 11/19/2020 | 170 | Package Room Charge | | 239.00 |
| 11/19/2020 | 091 | State Room Tax | | 22.59 |
| 11/19/2020 | 092 | City Room Tax | | 11.95 |
| 11/19/2020 | 098 | Tourism Support | | 4.18 |
| 11/19/2020 | 093 | Occupancy Tax | | 2.00 |
| 11/20/2020 | 196 | VISA ************7179 | | (713.62) |

TOTAL DUE: 0.00

1:53
◄ Messages

AA    🔒 squareup.com    ↻



**Big Easy Cab Service**

How was your experience?



# $43.20

| | |
|---|---|
| Custom Amount | $36.00 |
| Purchase Subtotal | $36.00 |
| Tip | $7.20 |

2

# **EXHIBIT G**

## **DECEMBER FEE STATEMENT**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.,* | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**MONTHLY FEE STATEMENT OF JONES WALKER LLP**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT**
**OF EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR THE**
**PERIOD DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Role of Applicant in case: | Special Counsel for Debtors |
| Date order of employment signed: | October 6, 2020 [Docket No. 411] |
| Time period covered by this statement: | December 1, 2020 through December 31, 2020 |
| **Summary of Total Fees and Expenses Requested** | |
| Total fees requested in this statement: | $59,532.00 |
| Total expenses requested in this statement: | $403.97 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $59,935.97 |
| **Summary of Attorney Fees Requested** | |
| Total attorney fees requested in this statement: | $59,432.00 |
| Total attorney hours covered by this statement: | $109.90 |
| Average hourly rate for attorneys: | $540.78 |
| **Summary of Paraprofessional Fees Requested** | |
| Total paraprofessional fees requested in this statement: | $100 |
| Total paraprofessional hours covered by this statement: | $0.50 |
| Average hourly rate for paraprofessionals: | $200.00 |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 367], each party receiving notice of the monthly fee statement will have 14 days after the date of service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), Jones Walker LLP ("**Jones Walker**"), Special Counsel for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"), submits this monthly statement of services rendered and expenses incurred in this case for the period of December 1, 2020 through December 31, 2020 (the "**Statement Period**").[2]

## I.     Itemization of Services Rendered by Jones Walker

A.     The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Jones Walker seeks compensation.

| Name | Position/ Department | State of Bar Admission, and Year | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Joseph E. Bain | Partner/ Bankruptcy & Restructuring | Tex. 2013 | $600.00 | 0.60 | $360.00 |
| Elizabeth L. Craddock | Special Counsel/ Government Relations | D.C. 2008 | $600.00 | 4.20 | $2,520.00 |

---

[2]     For clarity, Jones Walker notes that certain fees and expenses requested in this statement were accrued outside of the Statement Period and inadvertently omitted from previous statements.

| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 0.70 | $322.00 |
|---|---|---|---|---|---|
| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 21.40 | $13,375.00 |
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $625.00 | 6.60 | $4,125.00 |
| Kristina M. Johnson | Partner/ Bankruptcy & Restructuring | Miss. 1992 | $450.00 | 7.10 | $3,195.00 |
| Michael W. Magner | Partner/ Litigation | La. 1982 Tex. 2012 | $500.00 | 5.30 | $2,650.00 |
| Cindy M. Muller | Partner/ Maritime | La. 1991 Tex. 2007 | $495.00 | 0.10 | $49.50 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $625.00 | 29.80 | $18,625.00 |
| Joshua A. Norris, Jr. | Partner/ Litigation | La. 2010 Tex. 2000 | $650.00 | 9.40 | $6,110.00 |
| R. Patrick Vance | Sr. Partner/ Litigation | La. 1975 | $550.00 | 0.80 | $440.00 |
| Brett S. Venn | Partner/ Litigation | La. 2010 Wa. 2008 | $510.00 | 2.70 | $1,377.00 |
| Daniel J. Baldwin | Associate/ Litigation | Tex. 2011 | $450.00 | 0.20 | $90.00 |
| Caroline V. McCaffrey | Associate/ Bankruptcy & Restructuring | La. 2020 | $260.00 | 4.70 | $1,222.00 |
| Gabrielle A. Ramirez | Associate/ Bankruptcy & Restructuring | Tex. 2019 | $305.00 | 16.30 | $4,971.50 |
| Mellaine B. Salinas | Paraprofessional | N/A | $200.00 | 0.50 | $100.00 |
| **TOTAL** | | | | **110.40** | **$59,532.00** |

B.      The time records of Jones Walker consisting of a daily breakdown of the time spent by each person on each day, and details as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

## II.      Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by Jones Walker by task categories and provides a summary of disbursements incurred by category of disbursement.

A.      Services Rendered

The following services were rendered in the following task categories:

| Task Code | Task Category | Hours | Fees Earned |
|-----------|---------------|-------|-------------|
| B110 | Case Administration | 30.80 | $17,902.00 |
| B140 | Relief From Stay/Protection | 6.90 | $4,485.00 |
| B160 | Fee/Employment Applications | 21.10 | $6,243.00 |
| B180 | Avoidance Action Analysis | 29.80 | $18,625.00 |
| B190 | Other Contested Matters | 14.20 | $8,190.00 |
| B210 | Business Operations | 0.50 | $100.00 |
| B310 | Claims/Admin/Objections | 1.70 | $867.00 |
| B410 | General Bankruptcy Advice | 2.20 | $1,200.00 |
| B420 | Restructuring | 3.20 | $1,920.00 |
| **TOTAL** | | **110.40** | **$59,532.00** |

A detailed itemization of the services rendered and resulting fees in each of the above task categories is set forth in **Exhibit A**.

B.      Disbursements Incurred

The disbursements incurred by Jones Walker for expenses in this Statement are as follows:

| Expense | Amount |
|---------|--------|
| Long Distance | $20.99 |
| Computer Legal Research | $187.20 |

| Expense | Amount |
|---|---|
| Out of Town Travel | $43.20 |
| Meals | $84.18 |
| Court Fees | $68.40 |
| **TOTAL** | **$403.97** |

C.      Accordingly, the amount of fees and expenses <u>payable for this Statement Period</u> is $48,029.57 which is calculated as follows:

| Description | Amount |
|---|---|
| Total Fees for Services Rendered | $59,532.00 |
| Twenty Percent (20%) Holdback | $11,906.40 |
| Fees Minus Holdback | $47,625.60 |
| Total Expenses for Disbursements Incurred (100%) | $403.97 |
| **TOTAL** | **$48,029.57** |

WHEREFORE, pursuant to the Interim Compensation Order, Jones Walker requests payment of compensation in the amount of (i) $47,625.60 (80% of $59,532.00) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $403.97 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $48,029.57 for the Statement Period.

Dated: January 22, 2021

Respectfully submitted,

**JONES WALKER LLP**

 */s/ James Noe*
James Noe (TX Bar No. 24040178)
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:  713-437-1800
Fax:  713-437-1801
Email: jnoe@joneswalker.com

-and-

Mark A. Mintz (SDTX No. 1140193)
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel:  504-582-8368
Fax:  504-589-8368
Email: mmintz@joneswalker.com

***Special Counsel for Fieldwood Energy, LLC et al.***

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, a true and correct copy of the foregoing Monthly Fee Statement was duly served upon the following parties via email as ordered in the Interim Compensation Order [Docket No. 367] entered on September 17, 2020.

**Debtors**
Fieldwood Energy LLC
Mike Dane (mdane@fwellc.com)
Tommy Lamme (tlamme@fwellc.com)

**Counsel to the Debtors**
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq. (matt.barr@weil.com)
Alfredo R. Pérez, Esq. (alfredo.perez@weil.com)
Jessica Liou, Esq. (jessica.liou@weil.com)

**Counsel to the Ad Hoc Group of Secured Lenders**
Davis Polk & Wardwell LLP
Damian S. Schaible, Esq. (damian.schaible@davispolk.com)
Natasha Tsiouris, Esq. (natasha.tsiouris@davispolk.com)

Haynes and Boone, LLP
Charles A. Beckham Jr., Esq. (charles.beckham@haynesboone.com)
Martha Wyrick, Esq. (martha.wyrick@haynesboone.com)

**Office of the U.S. Trustee for the Southern District of Texas**
Hector Duran (hector.duran.jr@usdoj.gov)
Stephen Statham (stephen.statham@usdoj.com)

**Counsel to the Creditors' Committee**
Stroock & Stroock & Lavan LLP
Sherry Millman, Esq. (smillman@stroock.com)
Kenneth Pasquale, Esq. (kpasquale@stroock.com)

_/s/ James Noe_
James Noe

## **Exhibit A**

Itemization of Services Rendered and Disbursements Incurred

6905     45043

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

FIELDWOOD ENERGY LLC                          JANUARY 14, 2021
ATTN:  TOMMY LAMME                            INVOICE NO. 1060490
2000 W. SAM HOUSTON PKWY S., STE 1200
HOUSTON, TX 77042

RE:  FIELDWOOD RESTRUCTURING

FILE NO. 178208-00

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 11/05/20 | JAN | B190 | A103 | DRAFT AND REVIEW LETTER REGARDING VALARIS POTENTIAL BREACH OF CONTRACT AND POTENTIAL DEFENSES TO OUTSTANDING AMOUNTS OWED TO VALARIS IN RESPONSE TO VALARIS ACTIONS AGAINST FIELDWOOD'S WORKING INTEREST OWNERS. | .50 | 325.00 |
| 11/05/20 | JAN | B190 | A105 | CONFERENCES WITH TEAM REGARDING STRATEGY FOR MOVING FORWARD ON BREACHES BY VALARIS. | .50 | 325.00 |
| 11/06/20 | JAN | B140 | A101 | DEVELOP PLAN FOR PURSUING BANKRUPTCY MOTION TO LIFT STAY TO EXERCISE CONTRACTUAL RIGHTS RELATED TO VALARIS/ATLANTIC MARITIME. | 1.30 | 845.00 |
| 11/09/20 | JAN | B140 | A103 | DRAFT MOTION TO LIFT STAY TO PURSUE CLAIMS AGAINST VALARIS/ATLANTIC MARITIME. | 1.00 | 650.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    2
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00


11/09/20 JAN   B140  A105   CONFERENCES WITH TEAM           .50        325.00
                            REGARDING STRATEGY FOR
                            LIFTING STAY TO PURSUE CLAIMS
                            AGAINST VALARIS.

11/10/20 JAN   B140  A103   DRAFT MOTION TO LIFT STAY IN    1.00        650.00
                            VALARIS/ATLANTIC MARITIME
                            BANKRUPTCY.

11/11/20 JAN   B140  A103   DRAFT MOTION TO LIFT STAY TO    1.30        845.00
                            PURSUE BREACH OF CONTRACT
                            CLAIMS AGAINST
                            VALARIS/ATLANTIC MARITIME.

11/11/20 JAN   B140  A103   DRAFT CORRESPONDENCE TO         1.30        845.00
                            ACCOMPANY MOTION TO LIFT STAY
                            TO PURSUE CLAIMS AGAINST
                            VALARIS/ATLANTIC MARITIME.

11/11/20 JAN   B140  A106   CONFERENCES WITH TEAM           .50        325.00
                            REGARDING FILING OF MOTION TO
                            LIFT STAY TO PURSUE CLAIMS
                            AGAINST VALARIS/ATLANTIC
                            MARITIME.

11/25/20 JAN   B190  A101   DEVELOP INFORMATION AND         .50        325.00
                            STRATEGY FOR PRESERVING
                            POTENTIAL BREACHES MOVING
                            FORWARD - VALARIS/ATLANTIC
                            MARITIME.

12/01/20 JAH   B190  A104   EUGENE ISLAND 342 APPEAL --    1.40        875.00
                            CORRESPONDENCE WITH
                            SOLICITOR'S OFFICE (0.40);
                            PULL DOCUMENTS TO BE ADDED TO
                            THE AR (1.00).

12/01/20 CVM   B160  A103   FINALIZED AND COMMUNICATED      .60        156.00
                            FIRST INTERIM FEE APPLICATION
                            AND SUPPORTING DOCUMENTATION
                            TO G. RAMIREZ.

12/02/20 JAH   B190  A104   EUGENE ISLAND 342 APPEAL --     .80        500.00
                            REVIEW DOCUMENTS TO BE ADDED
                            TO ADMINISTRATIVE RECORD
                            (0.50); CORRESPONDENCE RE
                            SAME WITH SOLICITOR'S OFFICE
                            AND BOB SERGESKETTER (0.30).
```

```
FIELDWOOD ENERGY LLC                                    PAGE    3
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 12/02/20 PFH | B110 | A107 | CALL FROM MR. WALTER BECKER WITH REQUEST FOR UPDATE. | .20 | 125.00 |
| 12/02/20 CVM | B160 | A104 | REVIEWED FIELDWOOD PROFORMA TO ENSURE COMPLIANCE WITH U.S. TRUSTEE GUIDELINES. | 1.30 | 338.00 |
| 12/03/20 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW WELL RECORDS. | .30 | 187.50 |
| 12/03/20 JN | B180 | A109 | CONFERENCE CALL WITH KELLY SINGER (COUNSEL FOR ECOPETROL) REGARDING OTHER UNPAID EXPENSES ON CO-OWNED FIELDS. | .30 | 187.50 |
| 12/03/20 CVM | B160 | A103 | REVIEWED SUPPORTING DOCUMENTATION TO FIELDWOOD'S MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH U.S. TRUSTEE GUIDELINES. | .70 | 182.00 |
| 12/03/20 GAR | B160 | A105 | DISCUSS DETAILS REGARDING SUPPORTING DOCUMENTATION FOR JONES WALKER'S FIRST INTERIM FEE APPLICATION WITH C. MCCAFFREY AND ACCOUNTING DEPARTMENT. | .30 | 91.50 |
| 12/03/20 GAR | B160 | A103 | EDIT SUPPORTING DOCUMENTATION FOR JONES WALKER'S NOVEMBER MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | .30 | 91.50 |
| 12/03/20 ELC | B410 | A103 | DR DO EDITS TO BSEE FINANCIAL ASSURANCE | 1.00 | 600.00 |
| 12/04/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT TO DISCUSS NEXT STEPS WITH ATLANTIC MARITIME FOLLOWING ISSUANCE OF TEMPORARY RESTRAINING ORDER (0.30); DISCUSS LOUISIANA OIL WELL LIEN ACT (0.30). | .60 | 375.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    4
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/04/20 | JN | B180 | A109 | CONFERENCE CALL WITH PATRICK EILAND REGARDING RESPONSE TO CIVIL PENALTY SETTLEMENT OFFER MADE BY THE DEPARTMENT OF INTERIOR. | .60 | 375.00 |
| 12/04/20 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT AND WEIL REGARDING INCIDENT OF NON-COMPLIANCE AND CIVIL PENALTY SETTLEMENT OFFER MADE BY THE DEPARTMENT OF INTERIOR. | .50 | 312.50 |
| 12/04/20 | GAR | B160 | A105 | RESOLVE ISSUES WITH SUPPORTING DOCUMENTATION FOR JONES WALKER'S NOVEMBER MONTHLY FEE APPLICATIONS WITH J. NOE AND THE ACCOUNTING DEPARTMENT TO PERMIT FINALIZATION OF STATEMENT. | .70 | 213.50 |
| 12/05/20 | JN | B180 | A105 | RESEARCH LOUISIANA OIL WELL LIEN ACT, PARTICULARLY TREATMENT OF LIENS AND IN REM RIGHTS UPON APPROVAL OF FIELDWOOD'S BANKRUPTCY PLAN. | .90 | 562.50 |
| 12/07/20 | JAN | B110 | A104 | REVIEW OF CASE STATUS AND HOW TO MOVE FORWARD. | .50 | 325.00 |
| 12/07/20 | JAN | B110 | A106 | CONFERENCES WITH TEAM REGARDING STRATEGY FOR MOVING FORWARD WITH CLAIMS. | .50 | 325.00 |
| 12/07/20 | JN | B180 | A105 | BRIEF LIZ CRADDOCK ON STATUS OF DISCUSSIONS WITH DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE TO DISCUSS OUTREACH STRATEGY WITH BIDEN ADMINISTRATIONS INTERIOR DEPARTMENT. | .70 | 437.50 |
| 12/07/20 | JN | B180 | A104 | CONFERENCE CALL WITH WEIL AND THE CLIENT TO DISCUSS HEARING PREPARATION FOR ATLANTIC MARITIME ADVERSARIAL HEARING, INCLUDING DISCUSSION OF ISSUES RELATED TO LOUISIANA OIL WELL LIEN ACT. | .80 | 500.00 |

FIELDWOOD ENERGY LLC                                    PAGE    5
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00

12/07/20 PFH   B110  A106   E MAIL FROM/TO MR.             .10        62.50
                           SERGESKETTER RE SETTLEMENT
                           WITH USA.

12/07/20 BSV   B310  A106   CONFERENCE WITH MR. NOE        .30       153.00
                           REGARDING ANALYSIS OF LOWLA
                           LIEN CLAIMANTS' ACTIONS TO
                           ENFORCE AGAINST WORKING
                           INTEREST OWNERS.

12/07/20 BSV   B310  A102   CONDUCT RESEARCH REGARDING    1.40       714.00
                           WHETHER LOWLA LIEN CLAIMANTS
                           CAN ENFORCE LIENS AGAINST
                           WORKING INTEREST OWNERS
                           POST-BANKRUPTCY, INCLUDING
                           WHETHER LIENS ARE
                           EXTINGUISHED BY BANKRUPTCY
                           PLAN.

12/07/20 JEB   B110  A104   REVIEW CORRESPONDENCE          .60       360.00
                           REGARDING OUTSTANDING ISSUES.

12/07/20 ELC   B420  A105   MEETING WITH JIM NOE.         1.00       600.00

12/08/20 CMM   B160  A105   REVIEW DEADLINE FOR           .10        49.50
                           OBJECTIONS TO FEE APPLICATION.

12/08/20 JAH   B190  A104   EUGENE ISLAND 342 APPEAL --    .20       125.00
                           CORRESPONDENCE WITH SPECK RE
                           EXPERT REPORT.

12/08/20 JN    B180  A109   PARTICIPATE IN THE CLIENT'S    .60       375.00
                           WEEKLY BOARD MEETING.

12/08/20 JN    B180  A104   RESEARCHED EXTINGUISHMENT OF  4.80     3,000.00
                           LIENS UNDER THE LOUISIANA OIL
                           WELL LIEN ACT (1.50); DRAFTED
                           AND REVISED MEMORANDUM TO
                           CLIENT ON THE TOPIC (3.30).

12/08/20 KMJ   B110  A101   MULTIPLE CORRESPONDENCE WITH   .70       315.00
                           J. BAIN, J. NOE AND G.
                           RAMIREZ RE STATUS OF
                           FIELDWOOD SUPPLEMENTAL
                           DISCLOSURE AND FEE STATEMENTS
                           DUE.

12/08/20 PFH   B110  A107   E MAIL TO AUSA KAMMER RE       .10        62.50
                           SETTLEMENT(0.10).

```
FIELDWOOD ENERGY LLC                                    PAGE    6
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/08/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH KAMMER CORRESPONDENCE; | .10 | 62.50 |
| 12/08/20 | PFH | B110 | A107 | CALL FROM MR. CAPITELLI RE HUSE. | .10 | 62.50 |
| 12/08/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE CALL FROM CAPITELLI AND POTENTIAL RESPONSE (0.10); E MAIL FROM MR. MAGNER TO MR. SERGESKETTER RE CAPITELLI (0.10). | .20 | 125.00 |
| 12/08/20 | BSV | B410 | A103 | DRAFT MEMORANDUM REGARDING RESEARCH OF LOUISIANA LAW OF EXTINGUISHMENT OF LIENS. | .30 | 153.00 |
| 12/08/20 | BSV | B410 | A102 | CONDUCT RESEARCH REGARDING EXTINGUISHMENT OF LIENS UNDER LOUISIANA LAW. | .70 | 357.00 |
| 12/08/20 | GAR | B160 | A105 | DISCUSS MONTHLY FEE STATEMENTS PREVIOUSLY PREPARED AND SENT WITH CO-COUNSEL TO DETERMINE WHEN TO EXPECT PAYMENT PURSUANT TO THE INTERIM COMPENSATION ORDER AND STATUS OF FIRST FEE APPLICATION. | .60 | 183.00 |
| 12/09/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE SOLICITOR'S OFFICE RE AR ISSUES | .20 | 125.00 |
| 12/09/20 | KMJ | B110 | A101 | FOLLOW UP ON STATUS OF SUPPLEMENTAL DISCLOSURE AND FEE STATEMENTS DUE (0.30); REVIEW FILE AND CORRESPONDENCE WITH J. NOE RE SAME (0.40). | .70 | 315.00 |
| 12/09/20 | SYD | B110 | A103 | REVIEWED STATUS OF APPEAL OF INTEREST INVOICE (ONRR-20-0296). | .20 | 92.00 |
| 12/09/20 | ELC | B420 | A108 | CONFERENCE WITH DOJ, DOI COUNSEL, ALONG WITH FIELDWOOD RE STATUS OF MATTER. | .70 | 420.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE    7
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 12/10/20 JN | B180 | A104 | REVIEW CIVIL PENALTY REGULATIONS IN PREPARATION FOR MEETING WITH THE CLIENT TO DISCUSS THE CLIENT'S RESPONSE TO BSEE'S PROPOSED CIVIL PENALTY SETTLEMENT OFFER. | .50 | 312.50 |
| 12/10/20 JN | B180 | A104 | REVIEW LIST OF CIVIL PENALTIES PROPOSED BY BSEE IN PREPARATION OF MEETING WITH CLIENT TO DISCUSS THE CLIENT'S RESPONSE TO THE SETTLEMENT OFFER MADE BY BSEE. | .50 | 312.50 |
| 12/10/20 CVM | B160 | A103 | DRAFTED JONES WALKER'S NOVEMBER MONTHLY FEE STATEMENT. | 2.00 | 520.00 |
| 12/10/20 GAR | B160 | A105 | CORRESPOND WITH C. MCCAFFREY REGARDING UPDATES TO SUPPORTING DOCUMENTATION FOR JONES WALKER'S NOVEMBER MONTHLY FEE STATEMENT. | .20 | 61.00 |
| 12/11/20 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT AND FILE MOTION FOR BRIEFING EXTENSION. | .60 | 375.00 |
| 12/11/20 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH CHEVRON'S LAWYERS TO DISCUSS PREDECESSOR LIABILITY ISSUES. | .70 | 437.50 |
| 12/11/20 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT TO DISCUSS NEXT STEPS FOLLOWING CONFERENCE CALL WITH CHEVRON. | .40 | 250.00 |
| 12/11/20 JN | B180 | A104 | REVIEW PROPOSED PROVISIONS OF RESTRUCTURING PLAN RELATED TO ABANDONMENT OF LEASES AND DECOMMISSIONING LIABILITY. | .60 | 375.00 |
| 12/11/20 JN | B180 | A109 | DRAFT RECOMMENDATIONS TO WEIL REGARDING PROVISIONS IN RESTRUCTURING PLAN REGARDING ABANDONMENT OF LEASES AND DECOMMISSIONING LIABILITY. | .40 | 250.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE    8
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| Date | Init. | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/11/20 | KMJ | B110 | A101 | REVIEW FILE RE STATUS ON SUPPLEMENTAL DISCLOSURE AND FEE STATEMENTS DUE. | .30 | 135.00 |
| 12/11/20 | PFH | B110 | A106 | E MAIL FROM/TO MR. SERGESKETTER/MR. MAGNER RE CONTACTING USA (0.10); EMAIL TO MR. SERGESKETTER WITH ADVICE (0.10). | .20 | 125.00 |
| 12/11/20 | PFH | B110 | A107 | CALL FROM MR .CAPITELLI RE STATUS OF COMPANY PLEA NEGOTIATIONS AND STATUS OF HUSE CASE. | .80 | 500.00 |
| 12/11/20 | CVM | B160 | A103 | COMMUNICATED FIELDWOOD MONTHLY FEE STATEMENT TO G. RAMIREZ. | .10 | 26.00 |
| 12/11/20 | GAR | B160 | A103 | FINALIZE JONES WALKER'S NOVEMBER MONTHLY FEE STATEMENT FOR CO-COUNSEL'S REVIEW. | 1.20 | 366.00 |
| 12/11/20 | MBS | B210 | A105 | REVIEW ADVERSARY PETITION AGAINST VALERO MARKETING AND SUPPLY COMPANY. | .30 | 60.00 |
| 12/14/20 | SYD | B110 | A103 | ONRR-20-0296-OCS -- DISCUSSED PAYMENT UNDER PROTEST OF INTEREST INVOICE WITH DEIDRE CARRIER. | .20 | 92.00 |
| 12/14/20 | GAR | B160 | A103 | UPDATE NOVEMBER MONTHLY FEE STATEMENT TO SERVE ON ALL NOTICE PARTIES PER THE INTERIM COMPENSATION ORDER WITH ACCURATE INFORMATION. | .30 | 91.50 |
| 12/14/20 | GAR | B160 | A103 | CORRESPOND WITH ALL NOTICE PARTIES TO SERVE JONES WALKER'S NOVEMBER MONTHLY FEE STATEMENT PURSUANT TO THE INTERIM COMPENSATION ORDER. | .20 | 61.00 |
| 12/15/20 | JN | B180 | A109 | MEETING WITH PATRICK EILAND TO DISCUSS FIELDWOOD'S RESPONSE TO BSEE'S CIVIL PENALTY SETTLEMENT OFFER. | 1.50 | 937.50 |

FIELDWOOD ENERGY LLC                                      PAGE    9
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00

12/15/20 KMJ   B110  A101  REVIEW FILE AND                    .40      180.00
                          CORRESPONDENCE TO J. BAIN AND
                          M. MINTZ RE STATUS ON
                          SUPPLEMENTAL DISCLOSURE AND
                          RELATED ISSUES.

12/15/20 ELC   B420  A108  MEET WITH PATRICK EILAND,         1.50      900.00
                          KEVIN BRUCE AND JIM NOE RE
                          INCS DEFENSE.

12/16/20 KMJ   B110  A101  REVIEW FILE RE STATUS ON           .40      180.00
                          SUPPLEMENTAL DISCLOSURE AND
                          NEEDED FOLLOW-UP.

12/16/20 MWM   B190  A104  REVIEW NPA (0.40);                 .50      250.00
                          CORRESPONDENCE WITH MS.
                          HARDIN (0.10).

12/16/20 PFH   B110  A107  E MAIL FROM AUSA SPIRO LATSIS      .10       62.50
                          WITH NON-PROSECUTION
                          AGREEMENT.

12/16/20 PFH   B110  A104  REVIEWED NON-PROSECUTION           .80      500.00
                          AGREEMENT.

12/16/20 PFH   B110  A106  E MAIL TO MR. SERGESKETTER         .50      312.50
                          WITH CORRESPONDENCE FROM AUSA
                          SPIRO LATSIS WITH
                          NON-PROSECUTION AGREEMENT
                          (0.10); E MAIL TO MR.
                          SERGESKETTER WITH ANALYSIS OF
                          TERMS OF AGREEMENT (0.10); E
                          MAIL FROM MR. MAGNER WITH HIS
                          ANALYSIS (0.10); E MAIL FROM
                          MR. SERGESKETTER WITH LIST
                          (0.10); EMAIL FROM MR
                          .SERGESKETTER WITH REQUEST
                          FOR WORD VERSION FROM DOJ
                          (0.10).

12/16/20 PFH   B110  A107  E MAILS TO/FROM AUSA LATISS        .10       62.50
                          RE OBTAINING WORD VRESION.

12/17/20 JN    B180  A109  CONFERENCE CALL WITH KEVIN         .50      312.50
                          BRUCE TO DISCUSS GOVERNMENT
                          OUTREACH TO THE BSEE REGIONAL
                          OFFICE.

```
FIELDWOOD ENERGY LLC                                    PAGE   10
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00


12/17/20 KMJ   B110  A101  CORRESPONDENCE WITH J. BAIN        .40        180.00
                           AND M. MINTZ RE STATUS ON
                           SUPPLEMENTAL DISCLOSURE AND
                           FEE APPLICATION DUE AND
                           RELATED CORRESPONDENCE TO J.
                           NOE AND G. RAMIREZ.

12/17/20 PFH   B110  A107  E MAIL FROM AUSA DALL KAMMER       .10         62.50
                           RE WORD VERSION OF NPA.

12/17/20 PFH   B110  A106  E MAIL TO MR. SERGESKETTER         .50        312.50
                           WITH KAMMER CORRESPONDENCE
                           (0.10); EMAIL FROM MR.
                           SERGESKETTER RE CALL TO
                           DISCUSS REDLINE OF NPA
                           (0.10); E MAIL FROM/TO MR.
                           MAGNER (0.10); MR.
                           SERGESKETTER RE CALL TO
                           DISCUSS REDLINE(0.10); E MAIL
                           FROM/TO MR. SERGESKETTER RE
                           $3 MILLION DEMAND VERSUS $1
                           MILLION OFFER AND HOW TO
                           HANDLE IN REDLINE (0.10).

12/17/20 PFH   B110  A105  CALL WITH MR MAGNER RE TERMS       .20        125.00
                           OF NPA AND DIFFICULTY WITH
                           THEM.

12/18/20 JAH   B190  A104  EUGENE ISLAND 342 APPEAL --        .20        125.00
                           CORRESPONDENCE WITH EXPERT
                           (B. BYRD).

12/18/20 KMJ   B110  A101  FOLLOW UP ON SUPPLEMENTAL          .30        135.00
                           DISCLOSURE STATUS (0.20) AND
                           RELATED CORRESPONDENCE WITH
                           J. NOE (0.10).

12/18/20 PFH   B110  A105  E MAIL TO MR. VANCE RE MR.         .10         62.50
                           SERGESKETTERS'S QUESTIONS RE
                           SUCCESSOR LIABILITY IN THE
                           BANKRUPTCY SETTING.

12/18/20 PFH   B110  A106  E MAILS TO/FROM MR.                .10         62.50
                           SERGESKETTER RE SETTLEMENT.

12/18/20 PFH   B110  A106  CALL WITH MR. SERGESKETTER RE     1.50        937.50
                           REDLINE OF NPA.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   11
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/18/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESEKTTER WITH REDLINE OF NPA. | .10 | 62.50 |
| 12/18/20 | PFH | B110 | A104 | REVIEWED REDLINE OF NPA PRIOR TO CALL WITH MR. SERGESKETTER (0.30) AND AFTER CALL TO CONSIDER ALTERNATE LANGUAGE (0.50). | .80 | 500.00 |
| 12/18/20 | RPV | B190 | A104 | REVIEWED REVISED TO NON-PROSECUTION AGREEMENT (0.20); EMAIL FROM MS. HARDIN REGARDING SAME (0.10). | .30 | 165.00 |
| 12/19/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE CALL TO DISCUSS REDLINE (0.10); EMAILS FROM MR. MAGNER TO MR. SERGESKETTER RE SAME (0.10); E MAILS FROM MR. SERGESKETTER RE CALL (010); E MAIL FROM MR. SERGESKETTER WITH REVISED REDLINE FOR DISCUSSION (0.10). | .40 | 250.00 |
| 12/21/20 | JN | B180 | A109 | CONFERENCE CALL WITH KEVIN BRUCE REGARDING NEXT STEPS WITH GOVERNMENT OUTREACH TO BSEE REGIONAL MANAGEMENT. | .40 | 250.00 |
| 12/21/20 | KMJ | B110 | A101 | TELEPHONE CONFERENCE WITH J. NOE RE STATUS ON SUPPLEMENTAL DISCLOSURE AND FEE APPLICATION DUE. | .40 | 180.00 |
| 12/21/20 | MWM | B190 | A104 | REVIEW NPA (0.60); TELEPHONE CONFERENCE WITH MS. HARDIN (0.30). | .90 | 450.00 |
| 12/21/20 | MWM | B190 | A104 | TELEPHONE CONFERENCE WITH MR. SERGESKETTER AND MS. HARDIN. | 1.80 | 900.00 |
| 12/21/20 | PFH | B110 | A107 | E MAIL FROM AUSA SPIRO LATSIS WITH WORD VERSION OF NPA. | .10 | 62.50 |
| 12/21/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH CORRESPONDENCE FROM AUSA LATSIS. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   12
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 12/21/20 PFH | B110 | A106 | REVIEWED MR. SERGESKETTER'S SECOND REDLINE AGAINST HIS FIRST REDLINE (0.40); E MAILED MR. SERGESKETTER THE REVISIONS I DRAFTED AND REASONS (0.10); E MAIL FROM MR .MAGNER WITH REVISED LANGUAGE (0.10); REVIEWED MR. SERGESKETTER'S THIRD REDLINE WITH NUMEROUS INSTRUCTIONS IN ATTACHED E MAIL (0.50) | 1.10 | 687.50 |
| 12/21/20 PFH | B110 | A103 | DRAFTED REVISIONS TO NON-PROSECUTION AGREEMENT. | 1.50 | 937.50 |
| 12/21/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. MAGNER TO DISCUSS POTENTIAL REVISIONS TO NON-PROSECUTION AGREEMENT AND STRATEGY. | 1.80 | 1,125.00 |
| 12/21/20 PFH | B110 | A105 | CALL WITH MR.  VANCE TO DISCUSS SUCCESSOR LIABILITY IN RELATION TO BANKRUPTCY LAW FOR NPA. | .10 | 62.50 |
| 12/21/20 RPV | B190 | A105 | EMAIL FROM AND TELEPHONE CONVERSATION WITH MS. HARDIN REGARDING REVIEW OF NON-PROSECUTION AGREEMENT. | .50 | 275.00 |
| 12/21/20 SYD | B110 | A103 | RE ONRR-20-0296, CORRESPONDENCE WITH KIM WERNER (ONRR) RE FIELDWOOD'S PAYMENT UNDER PROTEST PENDING APPEAL. | .30 | 138.00 |
| 12/22/20 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT (JOHN SEEGER) REGARDING UPDATE CALL WITH BSEE REGIONAL MANAGEMENT RELATING TO CLIENTS DISCUSSIONS WITH PREDECESSORS. | .50 | 312.50 |
| 12/22/20 KMJ | B110 | A101 | FOLLOW UP ON STATUS OF UPDATED DISCLOSURE NEEDED AND RELATED CORRESPONDENCE WITH J. NOE. | .30 | 135.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  13
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| Date | Tkpr | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 12/22/20 | PFH | B110 | A103 | WORKED ON REDLINE OF NPA USING DOJ WORD DOCUMENT (2.10); REVIEWED DOJ AND SERGESKETTER DRAFTS WORD FOR WORD TO ASSURE ACCURACY (1.30). | 3.40 | 2,125.00 |
| 12/22/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER/MR. MAGNER WITH REVISED DRAFT NPA (0.20); E MAIL FROM MR. SERGESKETTER WITH NEW REDLINE (0.10). | .30 | 187.50 |
| 12/22/20 | PFH | B110 | A105 | CALL WITH MR. MAGNER RE CONTACT WITH AUSA. | .10 | 62.50 |
| 12/23/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW B. DEWOLFE COMMENTS ON BYRD EXPERT REPORT AND CALL WITH DEWOLFE AND B. SERGESKETTER RE SAME. | .90 | 562.50 |
| 12/23/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- NOTES TO FILE RE PLANS FOR NEW DRAFT OF BYRD REPORT AND STEPS TO GET THERE AND ASSOCIATED BRIEFING THEMES. | .50 | 312.50 |
| 12/23/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE WITH B. BYRD AND W. SPECK RE EXPERT REPORT. | .10 | 62.50 |
| 12/23/20 | JN | B180 | A109 | CONFERENCE CALL WITH SERJ. ALI WITH DEPARTMENT OF JUSTICE REGARDING ROYALTY APPEAL AND TIMING AND CONTENTS OF RESTRUCTURING PLAN. | .40 | 250.00 |
| 12/23/20 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL REGARDING VARIOUS REGULATORY ISSUES ASSOCIATED WITH RESTRUCTURING PLAN. | .70 | 437.50 |
| 12/23/20 | JN | B180 | A109 | CONFERENCE CALL WITH CLIENT (TOMMY LAMME) REGARDING CHEVRON PREDECESSOR ISSUES AND CONVERSATION WITH DEPARTMENT OF JUSTICE. | .60 | 375.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   14
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/23/20 | JN | B180 | A104 | REVIEW DRAFT RESTRUCTURING PLAN FOR REGULATORY ISSUES AND PURPOSES. | .70 | 437.50 |
| 12/23/20 | KMJ | B110 | A101 | FOLLOW UP ON STATUS OF FEE APPLICATION DUE AND INVOICE STATEMENTS TO NOTICE PARTIES. | .40 | 180.00 |
| 12/23/20 | PFH | B110 | A107 | E MAILS FROM/TO AUSA KAMMER/AUSA LATIS/.MR. MAGNER RE CALL TO DISCUSS NPA. | .10 | 62.50 |
| 12/23/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH CORRESPONDENCE WITH AUSA. | .10 | 62.50 |
| 12/23/20 | GAR | B160 | A105 | DISCUSS STATUS OF JONES WALKER'S FIRST FEE APPLICATION WITH J. NOE AND K. JOHNSON. | .30 | 91.50 |
| 12/23/20 | GAR | B160 | A103 | REVISE JONES WALKER'S FIRST INTERIM FEE APPLICATION. | 2.60 | 793.00 |
| 12/24/20 | GAR | B160 | A103 | FINALIZE JONES WALKER'S FIRST INTERIM FEE APPLICATION, INCLUDING NUMEROUS CORRESPONDING EXHIBITS. | 5.30 | 1,616.50 |
| 12/27/20 | PFH | B110 | A106 | EMAIL RESPONSE TO MR. SERGESKETTER. | .10 | 62.50 |
| 12/28/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE R. BYRD (EXPERT). | .10 | 62.50 |
| 12/28/20 | JN | B180 | A104 | REVIEW DATA FROM CLIENT ON CIVIL PENALTY SETTLEMENT OFFER MADE BY BSEE. | .90 | 562.50 |
| 12/28/20 | JN | B180 | A104 | CONFERENCE CALL WITH CLIENT (PATRICK EILAND) TO DISCUSS RESPONSE TO BSEE'S CIVIL PENALTY SETTLEMENT OFFER. | .70 | 437.50 |
| 12/28/20 | KMJ | B110 | A101 | DETERMINE STRATEGY RE QUESTIONS ON FIRST INTERIM FEE APPLICATION AND PROCESS. | .30 | 135.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  15
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 12/28/20 MWM | B190 | A104 | REVIEW/REVISE NPA (1.10); TELEPHONE CONFERENCE WITH GOVERNMENT COUNSEL (0.60); TELEPHONE CONFERENCE WITH CLIENT (0.40) | 2.10 | 1,050.00 |
| 12/28/20 PFH | B110 | A106 | E MAILS FROM/TO MR. SERGESKETTER RE RATIO OF INCS TO COMPONENTS INSPECTED. | .10 | 62.50 |
| 12/28/20 PFH | B110 | A104 | REFINED ISSUES TO DISCUSS WITH AUSA AND PREPARED FOR CALL TO NEGOTIATE NPA (0.60); DRAFTED LIST OF MAIN ISSUES TO DISCUSS (0.40). | 1.00 | 625.00 |
| 12/28/20 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE CHANGES TO REDLINE HE MADE (0.10); E MAIL FROM MR. SERGESKETTER WITH COMPARE VERSION SHOWING CHANGES (0.20); E MAIL TO MR. SERGESKETTER RE CALL TO REPORT TO HIM AFTER CALL WITH AUSAS (0.20). | .50 | 312.50 |
| 12/28/20 DJB | B410 | A105 | EMAILS WITH JOSH NORRIS AND JIM NOE REGARDING DOCUMENT PRESERVATION AND SECURING WITNESS STATEMENTS. | .20 | 90.00 |
| 12/29/20 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- PREPARE FOR (0.30) AND PARTICIPATE IN CALL WITH BOB BYRD RE EXPERT REPORT (0.70). | 1.00 | 625.00 |
| 12/29/20 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE B. SERGESKETTER. | .10 | 62.50 |
| 12/29/20 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE BOB BYRD (EXPERT). | .10 | 62.50 |
| 12/29/20 JN | B180 | A104 | DRAFT COMMENTS AND REVISIONS TO PLAN OF RESTRUCTURING AND DISCLOSURE SCHEDULE. | .40 | 250.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  16
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/29/20 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH LENDER'S REGULATORY COUNSEL TO DISCUSS PLAN OF REORGANIZATION AND DISCLOSURE SCHEDULE. | .50 | 312.50 |
| 12/29/20 | JN | B180 | A109 | DRAFTED, REVIEWED AND EXCHANGED VARIOUS EMAILS WITH WEIL REGARDING PLAN OF RESTRUCTURING AND DISCLOSURE SCHEDULE. | 1.40 | 875.00 |
| 12/29/20 | JN | B180 | A109 | PARTICIPATE IN BOARD MEETING OF CLIENT. | .60 | 375.00 |
| 12/29/20 | PFH | B110 | A106 | E MAILS FROM/TO MR. SERGESKETTER RE CALL TO DISCUSS SUCCESSOR LIABILITY ISSUE WITH GC. | .10 | 62.50 |
| 12/29/20 | PFH | B110 | A105 | DISCUSSED STRATEGY FOR CALL WITH AUSAS WITH MR. MAGNER. | .20 | 125.00 |
| 12/29/20 | PFH | B110 | A107 | CALL WITH AUSA DALL KAMMER, AUSA SPIRO LATSIS AND MR. MAGNER TO NEGOTIATE NPA. | .90 | 562.50 |
| 12/29/20 | PFH | B110 | A107 | CORRESPONDENCE WITH MR. SERGESKETTER AND MR. MAGNER TO REPORT ON CALL WITH AUSAS. | .70 | 437.50 |
| 12/29/20 | PFH | B110 | A103 | REVISED REDLINE (SEVERAL REVISIONS) TO ACCOMMODATE CHANGES MADE AS A RESULT OF DISCUSSIONS WITH DOJ AND CHANGES FROM MR. SERGESKETTER. | .80 | 500.00 |
| 12/29/20 | PFH | B110 | A106 | SEVERAL E MAILS TO MR. SERGESKETTER WITH REVISED REDLINES AND CLEAN COPIES OF NPA FOR REVIEW PRIOR TO SENDING TO AUSA (0.60); SEVERAL EMAILS FROM MR. SERGESKETTER WITH REVISIONS (0.50). | 1.10 | 687.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE  17
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 12/29/20 PFH | B110 | A107 | E MAIL TO AUSA KAMMER WITH REDLINE AND CLEAN VERSION OF NPA FOR HIS REVIEW AND COMMENT. | .10 | 62.50 |
| 12/30/20 JAH | B190 | A104 | EUGENE ISLAND APPEAL -- CORRESPONDENCE BOB BYRD | .10 | 62.50 |
| 12/30/20 JN | B180 | A104 | REVIEW VARIOUS EVOLVING DRAFTS PLAN OF RESTRUCTURING AND DISCLOSURE SCHEDULE FOR REGULATORY AND GOVERNMENTAL ISSUES. | 3.80 | 2,375.00 |
| 12/30/20 KMJ | B110 | A101 | FOLLOW UP ON ISSUES FOR SUPPLEMENTAL DISCLOSURE AND RELATED CORRESPONDENCE WITH M. MINTZ AND G. RAMIREZ (.50); REVIEW INITIAL DRAFT OF FIRST INTERIM FEE APPLICATION AND RELATED PROTOCOLS FOR FILING OF SAME (1.00). | 1.50 | 675.00 |
| 12/30/20 GAR | B160 | A103 | DRAFT PROPOSED ORDER TO ACCOMPANY JONES WALKER'S FIRST INTERIM FEE APPLICATION. | .80 | 244.00 |
| 12/30/20 GAR | B160 | A103 | REVISE JONES WALKER'S FIRST INTERIM FEE APPLICATION. | .40 | 122.00 |
| 12/30/20 GAR | B160 | A105 | DISCUSS LOGISTICS REGARDING JONES WALKER'S FIRST INTERIM FEE APPLICATION WITH K. JOHNSON TO ENSURE COMPLIANCE WITH THE INTERIM COMPENSATION ORDER (.4); REVIEW DOCKET FOR RELATED FILINGS ON SAME (.3). | .70 | 213.50 |
| 12/30/20 MBS | B210 | A105 | INTEROFFICE EMAIL REGARDING STATUS. | .20 | 40.00 |
| 12/31/20 JN | B180 | A104 | DRAFTED EMAIL TO LAWYERS AT THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR REGARDING STATUS OF BANKRUPTCY CASE AND INTENTION OF FILING PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT WITH BANKRUPTCY | .30 | 187.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   18
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00

                        COURT.

12/31/20 JN    B180  A104  REVIEWED VARIOUS DRAFTS OF        2.30      1,437.50
                           THE PLAN OF RESTRUCTURING AND
                           DISCLOSURE SCHEDULES.

12/31/20 JN    B180  A104  DRAFTED COMMENTS AND               .70        437.50
                           SUGGESTED REVISIONS TO THE
                           PLAN OF REORGANIZATION AND
                           DISCLOSURE SCHEDULE.

12/31/20 KMJ   B110  A101  WORK ON FIRST INTERIM FEE         1.00        450.00
                           APPLICATION.

12/31/20 GAR   B160  A103  REVISE JONES WALKER FIRST         1.90        579.50
                           INTERIM FEE APPLICATION TO
                           RESOLVE ISSUES RAISED BY K.
                           JOHNSON'S REVIEW OF SAME.

12/31/20 GAR   B160  A105  CORRESPOND WITH K. JOHNSON         .50        152.50
                           AND J. NOE REGARDING
                           OUTSTANDING ISSUES WITH JONES
                           WALKER'S FIRST INTERIM FEE
                           APPLICATION TO ENSURE
                           ACCURACY OF INFORMATION
                           INCLUDED THEREIN.
                                                         --------   -----------
                        TOTALS                             110.40   $59,532.00
                                                         ========   ===========
```

```
FIELDWOOD ENERGY LLC                                    PAGE   19
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

|  |  | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| TASK CODE SUMMARY | | HOURS | FEES | HOURS | FEES |
|  |  | .00 | .00 | 438.30 | 244,356.00 |
| AXXX | BAD CODE - ACCOUNTING U | .00 | .00 | .00 | .00 |
|  | TOTAL | .00 | .00 | 438.30 | 244,356.00 |
| **ADMINISTRATION** | | | | | |
| B110 | CASE ADMINISTRATION | 30.80 | 17,902.00 | 347.30 | 199,542.50 |
| B120 | ASSET ANALYSIS/RECOVERY | .00 | .00 | 8.30 | 4,936.00 |
| B130 | ASSET DISPOSITION | .00 | .00 | 3.20 | 1,920.00 |
| B140 | RELIEF FROM STAY/PROTEC | 6.90 | 4,485.00 | 10.80 | 5,674.50 |
| B160 | FEE/EMPLMT APPLICATIONS | 21.10 | 6,243.00 | 454.90 | 85,618.00 |
| B180 | AVOIDANCE ACTION ANALYS | 29.80 | 18,625.00 | 256.60 | 160,375.00 |
| B190 | OTHER CONTESTED MATTERS | 14.20 | 8,190.00 | 181.70 | 100,223.50 |
|  | TOTAL ADMINISTRATION | 102.80 | 55,445.00 | 1,262.80 | 558,289.50 |
| **OPERATIONS** | | | | | |
| B210 | BUSINESS OPERATIONS | .50 | 100.00 | 96.60 | 45,199.00 |
| B230 | FINANCING/CASH COLLECTI | .00 | .00 | 26.60 | 14,679.00 |
|  | TOTAL OPERATIONS | .50 | 100.00 | 123.20 | 59,878.00 |
| **CLAIMS AND PLAN** | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | 1.70 | 867.00 | 2.10 | 1,027.00 |
|  | TOTAL CLAIMS AND PLAN | 1.70 | 867.00 | 2.10 | 1,027.00 |
| **BANKRUPTCY-RELATED ADVICE** | | | | | |
| B410 | GENERAL BANKRUPTCY ADVI | 2.20 | 1,200.00 | 74.60 | 34,523.50 |
| B420 | RESTRUCTURING | 3.20 | 1,920.00 | 3.40 | 2,045.00 |
|  | TOTAL BANKRUPTCY-RELATED ADVI | 5.40 | 3,120.00 | 78.00 | 36,568.50 |
|  | TOTALS | 110.40 | 59,532.00 | 1,904.40 | 900,119.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   20
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

| ATTORNEY SUMMARY | RATE | ----------THIS BILL----------<br>HOURS | FEES | --CUMULATIVE TOTALS---<br>HOURS | FEES |
|---|---|---|---|---|---|
| AMY G. SCAFIDEL | .00 | .00 | .00 | 2.40 | 1,248.00 |
| CINDY M. MULLER | 495.00 | .10 | 49.50 | 24.30 | 12,028.50 |
| DOUGLAS C. LONGMAN | .00 | .00 | .00 | 3.50 | 1,050.00 |
| DAVID M. HUNTER, D. | .00 | .00 | .00 | 24.20 | 13,431.00 |
| F. RIVERS LELONG | .00 | .00 | .00 | .60 | 321.00 |
| JONATHAN A. HUNTER, J. | 625.00 | 6.60 | 4,125.00 | 219.80 | 137,375.00 |
| JOSHUA A. NORRIS, J. | 650.00 | 9.40 | 6,110.00 | 36.10 | 23,465.00 |
| JAMES NOE | 625.00 | 29.80 | 18,625.00 | 416.70 | 260,437.50 |
| KRISTINA M. JOHNSON, K. | 450.00 | 7.10 | 3,195.00 | 61.30 | 27,585.00 |
| MARC C. HEBERT, M. | .00 | .00 | .00 | 2.30 | 1,610.00 |
| MICHAEL W. MAGNER | 500.00 | 5.30 | 2,650.00 | 50.30 | 25,150.00 |
| PAULINE F. HARDIN, P. | 625.00 | 21.40 | 13,375.00 | 177.40 | 110,875.00 |
| R. CHRISTIAN JOHNSEN | .00 | .00 | .00 | .40 | 250.00 |
| RICHARD D. BERTRAM | .00 | .00 | .00 | 67.20 | 37,968.00 |
| R PATRICK VANCE | 550.00 | .80 | 440.00 | 11.10 | 6,105.00 |
| R. SCOTT JENKINS | .00 | .00 | .00 | .80 | 436.00 |
| BRETT S. VENN | 510.00 | 2.70 | 1,377.00 | 2.70 | 1,377.00 |
| JOSEPH E. BAIN | 600.00 | .60 | 360.00 | 42.20 | 25,320.00 |
| MARK A. MINTZ | .00 | .00 | .00 | .40 | 160.00 |
| SARAH Y. DICHARRY | 460.00 | .70 | 322.00 | 125.10 | 57,546.00 |
| CAROLINE V. MCCAFFREY | 260.00 | 4.70 | 1,222.00 | 34.40 | 8,944.00 |
| DANIEL J. BALDWIN | 450.00 | .20 | 90.00 | 60.70 | 27,315.00 |
| GABRIELLE A. RAMIREZ | 305.00 | 16.30 | 4,971.50 | 60.50 | 18,452.50 |
| MADISON M. TUCKER | .00 | .00 | .00 | 1.00 | 275.00 |
| PATRICK J. FACKRELL | .00 | .00 | .00 | 1.90 | 598.50 |
| TAYLOR K. WIMBERLY | .00 | .00 | .00 | 49.50 | 18,562.50 |
| ELIZABETH L. CRADDOCK | 600.00 | 4.20 | 2,520.00 | 4.20 | 2,520.00 |
| ROBERT G. KENEDY | .00 | .00 | .00 | 52.60 | 29,385.00 |
| STANLEY A. MILLAN | .00 | .00 | .00 | 6.30 | 2,646.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | .20 | 40.00 |
| DANIEL J. VOGEL | .00 | .00 | .00 | .20 | 40.00 |
| GEORGETTE M. SHAHIEN | .00 | .00 | .00 | 9.70 | 1,988.50 |
| KILBY M. BRABSTON | .00 | .00 | .00 | 4.40 | 814.00 |
| MELLAINE B. SALINAS | 200.00 | .50 | 100.00 | 26.50 | 5,300.00 |
| TARA C. GORUMBA | .00 | .00 | .00 | 108.30 | 13,537.50 |
| WINTER RANDALL | .00 | .00 | .00 | 215.20 | 25,962.50 |
| TOTALS | | 110.40 | 59,532.00 | 1,904.40 | 900,119.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   21
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00




COSTS INCURRED:


12/29/20 COURT RECORD FEES /PACER NOVEMBER 2020           68.40
12/04/20 OUT OF TOWN TRAVEL - JAMES NOE - TRIP EXP -      43.20
         WASHINGTON, DC - 11/23/20 - TAXI EXPENSE FOR
         MEETING REGARDING FIELD RESTRUCTURING MATTER
12/04/20 MEALS - JAMES NOE - DINNER - RUTH CHRIS STEAK    84.18
         HOUSE - 11/19/20 - J. NOE, K. BRUCE/GENERAL
         COUNSEL FOR FIELDWOOD
12/21/20 LEXIS LEGAL RESEARCH - NOE, JAMES              187.20
11/17/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION   6.47
         ORIGINATED BY SARAH Y. DICHARRY
11/23/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION  14.52
         ORIGINATED BY JAMES W. NOE

                          TOTAL COSTS:              $403.97

                    COST SUMMARY

    E105   LONG DISTANCE                        20.99
    E106   COMPUTER LEGAL RESEARCH             187.20
    E110   OUT OF TOWN TRAVEL                   43.20
    E111   MEALS                               84.18
    E112   COURT FEES                          68.40
                                          --------------
          TOTAL DISBURSEMENTS              $403.97


                    TOTAL FEES AND COSTS:    $59,935.97
```

```
FIELDWOOD ENERGY LLC                                         PAGE   22
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



          * * *    R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                   $59,532.00

                    TOTAL COSTS:                     $403.97

                    LESS CREDITS:                      $0.00
                                                 -------------
                    TOTAL CURRENT FEES AND COSTS DUE  $59,935.97

BALANCE DUE ON PRIOR INVOICES:

    DATE        INVOICE NO.       BALANCE
  10/15/20       1049285        $55840.90
  11/05/20       1051386        $26345.20
  12/04/20       1055711        $37060.10


               TOTAL PRIOR INVOICES DUE:    $119,246.20
                                            -----------


               TOTAL AMOUNT DUE:            $179,182.17
                                            ===========

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    JONES WALKER LLP
            201 St. Charles Ave. - 50th Floor
            New Orleans, Louisiana 70170-5100
```

FIELDWOOD ENERGY LLC                                              PAGE   23
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                         Iberia Bank
                         New Orleans, Louisiana
                         ABA Number:  265270413
                         Account Number:  20000247731
                         Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

```
FIELDWOOD ENERGY LLC                                          PAGE   24
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00
```

```
WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT JAMES NOE
IN DC CAPITOL         OR OUR CREDIT MANAGER AT (504)582-8220.
                         ATLANTA, GA (404)870-7500
                       BATON ROUGE, LA (225)248-2000
                       BIRMINGHAM, AL (205)244-5200
                        HOUSTON, TX (713)437-1800
                        JACKSON, MS (601)949-4900
                       LAFAYETTE, LA (337)593-7600
                         MIAMI, FL (305)679-5700
                         MOBILE, AL (251)432-1414
                       NEW ORLEANS, LA (504)582-8000
                        NEW YORK, NY (646)512-8101
                        PHOENIX, AZ (602)366-7889
                       TALLAHASSEE, FL (850)425-7800
                  WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                   WASHINGTON, DC (DOWNTOWN) (202)434-4660
                     THE WOODLANDS, TX (281)296-4400


      ******************************************************************
```

```
FIELDWOOD ENERGY LLC                                    PAGE   25
JANUARY 14, 2021
INVOICE NO.: 1060490
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



BILLING ATTY:     JAMES NOE
SUPERVISING ATTY:  JAMES NOE



          * * *    A C C O U N T I N G    C O P Y    * * *



                    TOTAL FEES:                  $59,532.00

                    TOTAL COSTS:                    $403.97

                    LESS CREDITS:                     $0.00
                                                 -------------
            TOTAL CURRENT FEES AND COSTS DUE     $59,935.97

BALANCE DUE ON PRIOR INVOICES:

    DATE       INVOICE NO.      BALANCE
 10/15/20       1049285        $55840.90
 11/05/20       1051386        $26345.20
 12/04/20       1055711        $37060.10


                 TOTAL PRIOR INVOICES DUE:     $119,246.20
                                                -----------

                 TOTAL AMOUNT DUE:             $179,182.17
                                                ============
```

# ENTERTAINMENT EXPENSE

| Client No. 45043 | Client & File Title or General Office | Date of This Report |
|---|---|---|
| File No. 178208-00 | Fieldwood Restructuring | December 3, 2020 |

| Attorney: Jim Noe | Place: Ruth Chris Steak House | Amount: $84.18 |
|---|---|---|

| Nature of Expense (lunch, dinner, tickets, etc.) <br> Dinner | Date of Entertainment: <br> 11/19/2020 |
|---|---|

**Name of Firm Attorneys Present:** Jim Noe

**Name of Guest & Business Association:** Kevin Bruce, General Counsel for Fieldwood

### NOTE: EVERY EXPENSE OF $25.00 OR MORE REQUIRES A RECEIPT TO BE ATTACHED HERETO

| WHEN WAS BUSINESS DISCUSSED? (Please check one or more spaces) | CHARGE TO ABOVE FILE ✓ | CHARGE TO OFFICE ENTERTAINMENT |
|---|---|---|
| Before entertainment _____ | | |
| During entertainment ✓ | | |
| After entertainment _____ | | |

DID BUSINESS DISCUSSION OCCUR AT SAME PLACE AS ENTERTAINMENT? Yes ✓  No _____
If no, where did the business discussion occur?

NATURE OF BUSINESS DISCUSSION, OR NATURE OF BUSINESS DERIVED OR EXPECTED TO BE DERIVED AS A RESULT OF ENTERTAINMENT.

Discussion of legal proceedings to occur in New Orleans the following week

### RECAP OF EXPENDITURES

1. CASH/PERSONAL CREDIT CARD    $ 84.18

2. LESS ADVANCE    - _____

$ 84.18

BALANCE DUE FIRM _____  BALANCE DUE ATTORNEY ✓

CHECK ✓    CREDIT PERSONAL _____    VENDOR ID 6905

VOUCHER ID _____

DEC 0 3 2020

G/L# _____
File _____
Sep. Ck. _____ Y _____ N

ET066099.1

Fieldwood expenses. Rosemary can provide screen shot that captures tip.







## Transactions

| DATE | DESCRIPTION | STATUS | AMOUNT |
|------|-------------|--------|--------|
| 11/23/2020 | DEBIT FOR CHECKCARD XXXXXX1179 11/20/20<br>RUTH'S CHRIS STEAK HOU  NEW ORLEANS LA | POSTED | -404.15 |

© 2020 BBVA USA Bancshares, Inc. BBVA USA is a licensed FDIC and an Equal Housing Lender
BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group
Online Banking Customer and Technical Support 1-800-273-1057   All other Account Summary and Support 1-844-229-7972

**Jones Walker L.L.P.**

| VENDOR: 6905   JAMES NOE | CHECK NO: 6357234   IBERIA BANK | 12/07/2020 |
|---|---|---|
| PAYEE:    JAMES NOE | 30 DU PONT CIRCLE | HDT |
|           30 DU PONT CIRCLE | SUGAR LAND, TX 77479 | |

| VCHR | INV. DATE | INV. NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1073200 | 11/19/20 | 111920 | DINNER - RUTH CHRIS STEAK HOUSE - 11/19/20 | 84.18 |
| 1073201 | 11/23/20 | 112320 | TRIP EXP - WASHINGTON, DC - 11/23/20 | 43.20 |
| 1073202 | 11/30/20 | 113020 | TRIP EXP - WASHINGTON, DC - 11/30/20 | 118.45 |
| 1073204 | 11/30/20 | 113020-1 | TRIP EXP - WASHINGTON, DC - 11/30/20 | 293.10 |
| 1073303 | 12/04/20 | 600451143 | RENT IN DC PER WORKING AGREEMENT - HIGHLAND HOUSE WEST - 12/04/20 | 2,674.25 |

VOIDED

BY ( A

DATE 12 | 21 | 20

TOTAL:          3,213.18

**Armstrong, Caroline**

| | |
|---|---|
| **From:** | Thibodeaux, Morgan |
| **Sent:** | Monday, December 21, 2020 3:59 PM |
| **To:** | Armstrong, Caroline |
| **Subject:** | RE: check cashed? |

Stop pay issued:



**Morgan Thibodeaux** | Accounts Receivable, Trust and Cost Entry Clerk
Jones Walker LLP
D: 504.582.8461
mthibodeaux@joneswalker.com

**From:** Thibodeaux, Morgan
**Sent:** Monday, December 21, 2020 2:39 PM
**To:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Subject:** RE: check cashed?

Not cashed, stop payment issued:

1



**Details** ✕

**Stop Payment Details**

| Transaction Number | STP-0442105B | | Check | 6357234 |
|---|---|---|---|---|
| Action | Stop | | Date Written | 12/07/2020 |
| Account | *7731 - DDA (Operating New) | | Amount | $3,213.18 |
| Reason | Other | | Written to | JAMES NOE |
| Memo | Stop Payment requested by C. Armstrong | | Requested | Dec 21, 2020 2:37 PM CST |
| Company Name | JONES WALKER LLP | | Expiration Date | 06/22/2021 |
| Contact Name | Morgan Thibodeaux | | | |
| Phone Number | (504)582-8461 | | | |

**Status History**

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Dec 21, 2020 2:37:07 PM CST | Stopped | SYSTEM | Request successfully placed. |
| Dec 21, 2020 2:37:07 PM CST | Pending | joneswal / JWMORGAN (Morgan Thibodeaux) | Request entered into system. |

Close    Print

## Transaction Search

**Search Transactions**

| Account Number | *7731 - DDA (Operating New) | |
|---|---|---|
| Check Number | From 6357234 | To 6357234 |
| Posting Date | From 12/01/2020 | To 12/21/2020 |
| Amount | From | To |
| Transaction Groups | All | |

Search

No Results

**Morgan Thibodeaux** | Accounts Receivable, Trust and Cost Entry Clerk
Jones Walker LLP
D: 504.582.8461
mthibodeaux@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Monday, December 21, 2020 2:34 PM
**To:** Thibodeaux, Morgan <mthibodeaux@joneswalker.com>
**Subject:** check cashed?

2

## AP Check Inquiry

**Check Number, Bank ID and Check Date**

Check Number: 6357234
Bank ID: IBERIA — IBERIA BANK
Check Date: 12/07/2020

**Check Information**

Void Date:    Amount: 3,213.18   Batch ID: 120720CA
Status: OPEN   Discount: 0   Check Type: AUTOMATIC
Vendor ID: 6905   JAMES NOE
Address ID: 1   JAMES NOE
Payee Name: JAMES NOE
Comments:

| | Voucher ID | Type | Pay Date | Amount | Paid | Bala |
|---|---|---|---|---|---|---|
| 1 | 1073200 | IN | 11/19/2020 | 84.18 | 84.18 | |
| 2 | 1073201 | IN | 11/23/2020 | 43.20 | 43.20 | |
| 3 | 1073202 | IN | 11/30/2020 | 118.45 | 118.45 | |
| 4 | 1073204 | IN | 11/30/2020 | 293.10 | 293.10 | |
| 5 | 1073303 | IN | 12/04/2020 | 2,674.25 | 2,674.25 | |

Detail

**Caroline Armstrong**
Accounts Payable Clerk
D: 504.582.8450
CArmstrong@joneswalker.com



Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

**Armstrong, Caroline**

| | |
|---|---|
| **From:** | Noe, James |
| **Sent:** | Monday, December 21, 2020 3:59 PM |
| **To:** | Bruns, Andrew |
| **Cc:** | Armstrong, Caroline |
| **Subject:** | Re: Expense checks |

Yes. Do that. Thanks Andrew.

**James Noe** | **Partner**
**D: 202.203.1026** | **M: 281.915.8448**
JNoe@joneswalker.com





**Jones Walker LLP**
**499 S Capitol St SW, Ste 600**
**Washington, D.C. 20003**
**joneswalker.com**

On Dec 21, 2020, at 3:57 PM, Bruns, Andrew <abruns@joneswalker.com> wrote:

Will do so

Or we can ACH it to your account.

Would initiate that tomorrow and can do so for all checks going forward.

Do that?

**Andrew Bruns** | Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Noe, James <jnoe@joneswalker.com>
**Sent:** Monday, December 21, 2020 3:57 PM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Subject:** Re: Expense checks

Can you send it to Houston ? 30 Du Pont Circle Sugar Land 77479.

1

**James Noe** | **Partner**
D: 202.203.1026 | M: 281.915.8448
JNoe@joneswalker.com





**Jones Walker LLP**
**499 S Capitol St SW, Ste 600**
**Washington, D.C. 20003**
**joneswalker.com**

On Dec 21, 2020, at 3:50 PM, Bruns, Andrew <abruns@joneswalker.com> wrote:

Stop pay it and reissue

We will fed ex it to the DC office

**Andrew Bruns** | Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Monday, December 21, 2020 3:50 PM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>
**Subject:** RE: Expense checks

Not cashed

**Caroline Armstrong** | Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Monday, December 21, 2020 3:47 PM
**To:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>
**Subject:** Expense checks

Caroline – please see if this cleared – it is rent for December and some other expenses

6357234  12/07/2020  3,213.18

2

**Andrew Bruns**  |  Chief Financial Officer
D: 504.582.8508
abruns@joneswalker.com

<image001.png>
<image002.png>

<image003.png>

Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

## TRIP EXPENSES

| Client No. **45043** <br> Use client #90500 for non-billable matters | Client & File Title or General Office <br> Fieldwood Restructuring | DATE OF THIS REPORT <br> **December 3, 2020** |
|---|---|---|
| File No. **178208-00** | TRAVEL DESTINATION  ☐ Local Travel  ☑ Out of Town Travel <br><br> From  Houston          To  DC <br><br> To                        To | AMOUNT <br> 43.20 <br><br> ATTORNEY <br> Jim Noe |
| REASON FOR TRIP <br> Taxi expense for meeting regarding Field Restructuring matter | | DATE(S) OF TRIP <br> 11/23/2020 |

### INDIVIDUAL BUSINESS EXPENSES INCURRED

| DATE PAID OR CHARGED | ITEMIZED HOTEL BILL* | | MEALS & BEVERAGE NOT INCLUDED IN HOTEL BILL. | CAB FARES / CAR RENTAL | PERSONAL AUTO (Miles X .575) | AIR FARE (Including Baggage Fees) | PARKING, TOLLS, TIPS | MISC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | MEALS & BEVERAGE | LODGING / OTHER | | | | | | | |
| 11/23/20 | | | | 43.20 | No. of Miles 0.00 | | | | 43.20 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| **TOTALS** | 0.00 | 0.00 | 0.00 | 43.20 | 0.00 | 0.00 | 0.00 | 0.00 | 43.20 |

\* Itemized hotel invoice must be attached hereto and meals & beverages must be broken out separately from lodging charges.

NOTE: EVERY EXPENSE OF $25.00 OR MORE REQUIRES A RECEIPT TO BE ATTACHED HERETO.

### RECAP OF EXPENDITURES

| TOTAL TRIP EXPENSE | 43.20 | TOTAL MEALS | $0.00 | TOTAL OTHER | $43.20 |
|---|---|---|---|---|---|

LESS ADVANCE _____

BALANCE DUE   43.20

VENDOR ID  6 9 0 5

VOUCHER ID _____

Check ☑          Credit Personal Account ☐

**DEC 03 2020**

Make Check Payable to  Jim Noe

G/L# _____
File _____
Sep. Ck. _____ Y _____ N



**Transactions**

| DATE | DESCRIPTION | STATUS | AMOUNT | P( |
|------|-------------|--------|--------|----|
| 11/23/2020 | DEBIT FOR CHECKCARD XXXXXX7179 11/20/20 TAXI SVC METAIRIE    METAIRIE    LA | POSTED | -$43.20 | |
| 11/19/2020 | DEBIT FOR CHECKCARD XXXXXX7179 11/18/20 SQ *BIG EASY CAB SERVIC New Orleans  LA | POSTED | -$43.20 | |

© BBVA USA Bancshares, Inc. BBVA USA is a Member FDIC and an Equal Housing Lender
@ BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group
Online Banking Questions and Technical Support  1-800-273-1057  All other Account Questions and Support  1-844-228-2872

## Jones Walker L.L.P.

VENDOR: 6905   JAMES NOE
PAYEE:   JAMES NOE
         30 DU PONT CIRCLE

CHECK NO: 6357234   IBERIA BANK
30 DU PONT CIRCLE
SUGAR LAND, TX 77479

12/07/2020
HDT

| VCHR | INV. DATE | INV. NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1073200 | 11/19/20 | 111920 | DINNER - RUTH CHRIS STEAK HOUSE - 11/19/20 | 84.18 |
| 1073201 | 11/23/20 | 112320 | TRIP EXP - WASHINGTON, DC - 11/23/20 | 43.20 |
| 1073202 | 11/30/20 | 113020 | TRIP EXP - WASHINGTON, DC - 11/30/20 | 118.45 |
| 1073204 | 11/30/20 | 113020-1 | TRIP EXP - WASHINGTON, DC - 11/30/20 | 293.10 |
| 1073303 | 12/04/20 | 600451143 | RENT IN DC PER WORKING AGREEMENT - HIGHLAND HOUSE WEST - 12/04/20 | 2,674.25 |

VOIDED

BY ____(A_____

DATE __12|21|20___

TOTAL:          3,213.18

**Armstrong, Caroline**

| | |
|---|---|
| **From:** | Thibodeaux, Morgan |
| **Sent:** | Monday, December 21, 2020 3:59 PM |
| **To:** | Armstrong, Caroline |
| **Subject:** | RE: check cashed? |

Stop pay issued:



**Morgan Thibodeaux** | Accounts Receivable, Trust and Cost Entry Clerk
Jones Walker LLP
D: 504.582.8461
mthibodeaux@joneswalker.com

**From:** Thibodeaux, Morgan
**Sent:** Monday, December 21, 2020 2:39 PM
**To:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Subject:** RE: check cashed?

Not cashed, stop payment issued:

1



**Details** ✕

**Stop Payment Details**

| | | | |
|---|---|---|---|
| Transaction Number | STP-04421058 | Check | 6357234 |
| Action | Stop | Date Written | 12/07/2020 |
| Account | *7731 - DDA (Operating New) | Amount | $3,213.18 |
| Reason | Other | Written to | JAMES NOE |
| Memo | Stop Payment requested by C. Armstrong | Requested | Dec 21, 2020 2:37 PM CST |
| Company Name | JONES WALKER LLP | Expiration Date | 06/22/2021 |
| Contact Name | Morgan Thibodeaux | | |
| Phone Number | (504)582-8461 | | |

**Status History**

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Dec 21, 2020 2:37:07 PM CST | Stopped | SYSTEM | Request successfully placed. |
| Dec 21, 2020 2:37:07 PM CST | Pending | joneswal / JWMORGAN (Morgan Thibodeaux) | Request entered into system. |

Close   Print

## Transaction Search

**Search Transactions**

| | | | |
|---|---|---|---|
| Account Number | *7731 - DDA (Operating New) | | |
| Check Number From | 6357234 | To | 6357234 |
| Posting Date From | 12/01/2020 | To | 12/21/2020 |
| Amount From | | To | |
| Transaction Groups | All | | |

Search

**No Results**

---

**Morgan Thibodeaux** │ Accounts Receivable, Trust and Cost Entry Clerk
Jones Walker LLP
D: 504.582.8461
mthibodeaux@joneswalker.com

---

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Monday, December 21, 2020 2:34 PM
**To:** Thibodeaux, Morgan <mthibodeaux@joneswalker.com>
**Subject:** check cashed?

2

## AP Check Inquiry

**Check Number, Bank ID and Check Date**

Check Number: 6357234

Bank ID: IBERIA    IBERIA BANK

Check Date: 12/07/2020

**Check Information**

Void Date: _____    Amount: 3,213.18   Batch ID: 120720CA

Status: OPEN    Discount: 0   Check Type: AUTOMATIC

Vendor ID: 6905    JAMES NOE

Address ID: 1    JAMES NOE

Payee Name: JAMES NOE

Comments:

| | Voucher ID | Type | Pay Date | Amount | Paid | Balar |
|---|---|---|---|---|---|---|
| 1 | 1073200 | IN | 11/19/2020 | 84.18 | 84.18 | |
| 2 | 1073201 | IN | 11/23/2020 | 43.20 | 43.20 | |
| 3 | 1073202 | IN | 11/30/2020 | 118.45 | 118.45 | |
| 4 | 1073204 | IN | 11/30/2020 | 293.10 | 293.10 | |
| 5 | 1073303 | IN | 12/04/2020 | 2,674.25 | 2,674.25 | |

Detail

**Caroline Armstrong**
Accounts Payable Clerk
D: 504.582.8450
CArmstrong@joneswalker.com



JONES
WALKER

Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

**Armstrong, Caroline**

| | |
|---|---|
| **From:** | Noe, James |
| **Sent:** | Monday, December 21, 2020 3:59 PM |
| **To:** | Bruns, Andrew |
| **Cc:** | Armstrong, Caroline |
| **Subject:** | Re: Expense checks |

Yes. Do that. Thanks Andrew.

**James Noe** ⦙ **Partner**
**D: 202.203.1026 ⦙ M: 281.915.8448**
JNoe@joneswalker.com





**Jones Walker LLP**
**499 S Capitol St SW, Ste 600**
**Washington, D.C. 20003**
**joneswalker.com**

On Dec 21, 2020, at 3:57 PM, Bruns, Andrew <abruns@joneswalker.com> wrote:

Will do so

Or we can ACH it to your account.

Would initiate that tomorrow and can do so for all checks going forward.

Do that?

**Andrew Bruns** ⦙ Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Noe, James <jnoe@joneswalker.com>
**Sent:** Monday, December 21, 2020 3:57 PM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Subject:** Re: Expense checks

Can you send it to Houston ? 30 Du Pont Circle Sugar Land 77479.

1

**James Noe** | **Partner**
**D: 202.203.1026** | **M: 281.915.8448**
JNoe@joneswalker.com





**Jones Walker LLP**
**499 S Capitol St SW, Ste 600**
**Washington, D.C. 20003**
**joneswalker.com**

On Dec 21, 2020, at 3:50 PM, Bruns, Andrew <abruns@joneswalker.com> wrote:

Stop pay it and reissue

We will fed ex it to the DC office

**Andrew Bruns** | Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Sent:** Monday, December 21, 2020 3:50 PM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>
**Subject:** RE: Expense checks

Not cashed

**Caroline Armstrong** | Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8450
CArmstrong@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Monday, December 21, 2020 3:47 PM
**To:** Armstrong, Caroline <carmstrong@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>
**Subject:** Expense checks

Caroline – please see if this cleared – it is rent for December and some other expenses

6357234  12/07/2020  3,213.18

2

**Andrew Bruns** ⋮ Chief Financial Officer
D: 504.582.8508
abruns@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

**<u>EXHIBIT H</u>**

**JANUARY FEE STATEMENT**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.,*** | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**MONTHLY FEE STATEMENT OF JONES WALKER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR
THE PERIOD JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Role of Applicant in case: | Special Counsel for Debtors |
| Date order of employment signed: | October 6, 2020 [Docket No. 411] |
| Time period covered by this statement: | January 1, 2021 through January 31, 2021 |
| **Summary of Total Fees and Expenses Requested** | |
| Total fees requested in this statement: | $286,434.00 |
| Total expenses requested in this statement: | $2,150.82 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $288,584.82 |
| **Summary of Attorney Fees Requested** | |
| Total attorney fees requested in this statement: | $286,346.00 |
| Total attorney hours covered by this statement: | 471.5 |
| Average hourly rate for attorneys: | $607.31 |
| **Summary of Paraprofessional Fees Requested** | |
| Total paraprofessional fees requested in this statement: | $88.00 |
| Total paraprofessional hours covered by this statement: | 0.4 |
| Average hourly rate for paraprofessionals: | $220.00 |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 367], each party receiving notice of the monthly fee statement will have 14 days after the date of service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), Jones Walker LLP ("**Jones Walker**"), Special Counsel for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"), submits this monthly statement of services rendered and expenses incurred in this case for the period of January 1, 2021 through January 31, 2021 (the "**Statement Period**").[2]

## I.   Itemization of Services Rendered by Jones Walker

A.     The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Jones Walker seeks compensation.

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $700.00 | 111.1 | $77,770.00 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $700.00 | 118.7 | $83,090.00 |

---

[2]     For clarity, Jones Walker notes that certain fees and expenses requested in this statement were accrued outside of the Statement Period and inadvertently omitted from previous statements.

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Mark A. Cunningham | Partner/ Litigation | La. 1996 | $660.00 | 0.3 | $198.00 |
| Joshua A. Norris, Jr. | Partner/ Litigation | La. 2010 Tex. 2000 | $650.00 | 7.5 | $4,875.00 |
| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 72.3 | $45,187.50 |
| Joseph E. Bain | Partner/ Bankruptcy & Restructuring | Tex. 2013 | $600.00 | 3.1 | $1,860.00 |
| Elizabeth L. Craddock | Special Counsel/ Government Relations | D.C. 2008 | $600.00 | 5.5 | $3,300.00 |
| R. Patrick Vance | Sr. Partner/ Litigation | La. 1975 | $600.00 | 4.6 | $2,760.00 |
| Robert B. Bieck, Jr. | Partner/ Litigation | D.C. 1994 La. 1977 Tex. 1977 | $590.00 | 6.4 | $3,776.00 |
| Robert G. Kenedy | Special Counsel/ Corporate | Ill. 2006 Tex. 2020 | $575.00 | 0.3 | $172.50 |
| Michael W. Magner | Partner/ Litigation | La. 1982 Tex. 2012 | $520.00 | 31.5 | $16,380.00 |
| Kristina M. Johnson | Partner/ Bankruptcy & Restructuring | Miss. 1992 | $500.00 | 12.2 | $6,100.00 |
| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 53.3 | $24,518.00 |
| Daniel J. Baldwin | Associate/ Litigation | Tex. 2011 | $450.00 | 2.7 | $1,215.00 |
| Taylor K. Wimberly | Associate/ Litigation | La. 2019 | $375.00 | 28.4 | $10,650.00 |
| Gabrielle A. Ramirez | Associate/ Bankruptcy & Restructuring | Tex. 2019 | $340.00 | 11.0 | $3,740.00 |

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Caroline V. McCaffrey | Associate/ Bankruptcy & Restructuring | La. 2020 | $290.00 | 2.6 | $754.00 |
| Mellaine B. Salinas | Paraprofessional | N/A | $220.00 | 0.4 | $88.00 |
| **TOTAL** | | | | **471.9** | **$286,434.00** |

B.      The time records of Jones Walker consisting of a daily breakdown of the time spent by each person on each day, and details as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

## II.     Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by Jones Walker by task categories and provides a summary of disbursements incurred by category of disbursement.

A.      Services Rendered

The following services were rendered in the following task categories:

| Task Code | Task Category | Hours | Fees Earned |
|---|---|---|---|
| B110 | Case Administration | 106.6 | $61,874.00 |
| B120 | Asset Analysis/Recovery | 3.1 | $1,860.00 |
| B160 | Fee/Employment Applications | 10.9 | $3,576.00 |
| B180 | Avoidance Action Analysis | 113.4 | $79,380.00 |
| B190 | Other Contested Matters | 212.9 | $125,884.00 |
| B210 | Business Operations | 0.4 | $88.00 |
| B260 | Board of Directors Matters | 0.3 | $198.00 |
| B310 | Claims/Administrative/Objections | 1.8 | $1,080.00 |
| B410 | General Bankruptcy Advice | 8.2 | $3,813.00 |
| B420 | Restructuring | 14.3 | $8,681.00 |
| **TOTAL** | | **471.9** | **$286,434.00** |

{HD115296.2}                                                4

A detailed itemization of the services rendered and resulting fees in each of the above task categories is set forth in **Exhibit A**.

B.     Disbursements Incurred

The disbursements incurred by Jones Walker for expenses in this Statement are as follows:

| Expense | Amount |
|---|---|
| Long Distance | $106.61 |
| Computer Legal Research | $1,385.25 |
| Out of Town Travel | $654.96 |
| Other | $4.00 |
| **TOTAL** | **$2,150.82** |

C.     Accordingly, the amount of fees and expenses payable for this Statement Period is $231,298.02, which is calculated as follows:

| Description | Amount |
|---|---|
| Total Fees for Services Rendered | $286,434.00 |
| Twenty Percent (20%) Holdback | $57,286.80 |
| Fees Minus Holdback | $229,147.20 |
| Total Expenses for Disbursements Incurred (100%) | $2,150.82 |
| **TOTAL** | **$231,298.02** |

WHEREFORE, pursuant to the Interim Compensation Order, Jones Walker requests payment of compensation in the amount of (i) $229,147.20 (80% of $286,434.00) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $2,150.82 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $231,298.02 for the Statement Period.

Dated: March 29, 2021                    Respectfully submitted,

                                         **JONES WALKER LLP**

                                          */s/ James Noe*
                                         James Noe (TX Bar No. 24040178)
                                         811 Main Street, Suite 2900
                                         Houston, Texas 77002
                                         Tel:   713-437-1800
                                         Fax:   713-437-1801
                                         Email: jnoe@joneswalker.com

                                         -and-

                                         Mark A. Mintz (SDTX No. 1140193)
                                         201 St. Charles Avenue, 49th Floor
                                         New Orleans, Louisiana 70170
                                         Tel:   504-582-8368
                                         Fax:   504-589-8368
                                         Email: mmintz@joneswalker.com

                                         ***Special Counsel for Fieldwood Energy, LLC et al.***

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on March 29, 2021, a true and correct copy of the foregoing Monthly Fee Statement was duly served upon the following parties via email as ordered in the Interim Compensation Order [Docket No. 367] entered on September 17, 2020.

**<u>Debtors</u>**
Fieldwood Energy LLC
Mike Dane (mdane@fwellc.com)
Tommy Lamme (tlamme@fwellc.com)

**<u>Counsel to the Debtors</u>**
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq. (matt.barr@weil.com)
Alfredo R. Pérez, Esq. (alfredo.perez@weil.com)
Jessica Liou, Esq. (jessica.liou@weil.com)

**<u>Counsel to the Ad Hoc Group of Secured Lenders</u>**
Davis Polk & Wardwell LLP
Damian S. Schaible, Esq. (damian.schaible@davispolk.com)
Natasha Tsiouris, Esq. (natasha.tsiouris@davispolk.com)

Haynes and Boone, LLP
Charles A. Beckham Jr., Esq. (charles.beckham@haynesboone.com)
Martha Wyrick, Esq. (martha.wyrick@haynesboone.com)

**<u>Office of the U.S. Trustee for the Southern District of Texas</u>**
Hector Duran (hector.duran.jr@usdoj.gov)
Stephen Statham (stephen.statham@usdoj.com)

**<u>Counsel to the Creditors' Committee</u>**
Stroock & Stroock & Lavan LLP
Sherry Millman, Esq. (smillman@stroock.com)
Kenneth Pasquale, Esq. (kpasquale@stroock.com)

                     */s/ James Noe*
                     James Noe

## **Exhibit A**

Itemization of Services Rendered and Disbursements Incurred

6905     45043

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

FIELDWOOD ENERGY LLC                    FEBRUARY 19, 2021
ATTN:  TOMMY LAMME                      INVOICE NO. 1064320
2000 W. SAM HOUSTON PKWY S., STE 1200
HOUSTON, TX 77042

RE:  FIELDWOOD RESTRUCTURING

FILE NO. 178208-00

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 11/05/20 | JAN | B190 | A104 | PREPARE FOR MEETING WITH CLIENTS BY REVIEWING DRILLING CONTRACT AND ENVELOPING ISSUES FOR FACT DEVELOPMENT FOR POTENTIAL BREACH OF CONTRACT CLAIMS BY VALARIS. | 1.50 | 975.00 |
| 11/05/20 | JAN | B190 | A106 | ATTEND MEETING WITH CLIENTS REGARDING STRATEGY FOR MOVING FORWARD WITH DEMANDS AND MOTION TO LIFT AND FACT DEVELOPMENT ON POTENTIAL BREACH OF CONTRACT CLAIMS BY VALARIS. | 1.50 | 975.00 |
| 11/06/20 | JAN | B190 | A104 | REVIEW OF DRILLING CONTRACTS (.5); CORRESPONDENCE RELATED TO SAME AND ON INFORMATION ON RATES AND AMOUNTS PAID AND OWED TO VALARIS (.3). | .80 | 520.00 |
| 11/06/20 | JAN | B190 | A105 | CONFERENCES WITH TEAM REGARDING PLAN TO PURSUE BANKRUPTCY ISSUES BASED ON OUTSTANDING ISSUES IN POTENTIAL BREACH OF CONTRACT BY VALARIS. | .80 | 520.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    2
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/01/21 JN | B180 | A104 | REVIEWED FINAL VERSION OF THE RESTRUCTURING PLAN AND DISCLOSURE STATEMENT. | .80 | 560.00 |
| 01/01/21 PFH | B110 | A106 | E MAIL FROM MR. NOE RE FILING OF RESTRUCTURING PLAN. | .10 | 62.50 |
| 01/04/21 JAH | B190 | A104 | EUGENE ISLAND 342 IBLA APPEAL -- OUTLINE LEGAL ARGUMENTS FOR APPEAL BRIEF. | .50 | 350.00 |
| 01/04/21 JN | B180 | A105 | MEETING WITH L. CRADDOCK TO DISCUSS STATUS OF BANKRUPTCY PROCEEDING, ISSUES RAISED BY THE GOVERNMENT REGARDING THE PLAN ALL IN PREPARATION FOR DEVELOPING GOVERNMENT OUTREACH PLAN IN THE BIDEN ADMINISTRATION TO SECURE THE DEPARTMENT OF INTERIOR'S NON-OBJECTION TO RESTRUCTURING PLAN. | 1.40 | 980.00 |
| 01/04/21 PFH | B110 | A105 | E MAIL TO MR. NOE RE FILED RESTRUCTURING PLAN (.1); E MAIL TO/FROM MR. NOE AND MR VANCE RE SUCCESSOR LIABILITY (.1); CONSIDERED ISSUE OF SUCCESSOR LIABILITY FOR UPCOMING CALL WITH GC (.1). | .30 | 187.50 |
| 01/04/21 PFH | B110 | A107 | VOICEMAIL FROM AND EMAIL TO AUSA KAMMER RE CONCERNS RE NON-PROS AGREEMENT. | .10 | 62.50 |
| 01/04/21 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH CORRESPONDENCE FROM AUSA KAMMER. | .10 | 62.50 |
| 01/04/21 RPV | B410 | A105 | EMAILS FROM AND TO MS. HARDIN AND MR. NOE REGARDING CALL REGARDING SUCCESSOR LIABILITY. | .20 | 120.00 |
| 01/04/21 ELC | B420 | A105 | REVIEW BANKRUPTCY FILING (.7); EXPLORE POSSIBLE GOVERNMENT CONCERNS FOR PREPARATION IN DEVELOPMENT OF GOVERNMENT OUTREACH IN A BIDEN ADMINISTRATION (.7). | 1.40 | 840.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    3
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 01/04/21 | RGK | B110 | A103 | REVIEW AND REVISE DISCLOSURE SCHEDULE. | .30 | 172.50 |
| 01/04/21 | MBS | B210 | A105 | REVIEW NOTICE OF HEARING ON DEBTOR'S MOTION FOR APPROVAL OF DISCLOSURE STATEMENT. | .30 | 66.00 |
| 01/04/21 | MBS | B210 | A105 | INTEROFFICE EMAIL REGARDING CONFLICTS CHECK. | .10 | 22.00 |
| 01/05/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CALLS AND CORRESPONDENCE WITH B. BYRD (EXPERT) AND FW TEAM (DEWOLFE AND SERGESKETTER) RE EXPERT ANALYSIS AND REPORT. | 1.30 | 910.00 |
| 01/05/21 | JAN | B110 | A101 | DEVELOP AGENDA ITEMS FOR TEAM CONFERENCE REGARDING DOCUMENT COLLECTION AND PRESERVATION. | .50 | 325.00 |
| 01/05/21 | JAN | B110 | A109 | ATTEND TEAM CALL REGARDING DOCUMENT PRESERVATION ISSUES AND WITNESS INTERVIEWS. | .50 | 325.00 |
| 01/05/21 | JAN | B110 | A104 | REVIEW OF DOCUMENT PRESERVATION NOTICES AND ISSUES. | .80 | 520.00 |
| 01/05/21 | JN | B180 | A105 | CONFERENCE CALL WITH P. HARDIN TO DISCUSS STATUS OF THE NEGOTIATION OF NON-PROSECUTION AGREEMENT. | .30 | 210.00 |
| 01/05/21 | MWM | B190 | A104 | REVIEW CHAPTER 11 PLAN IN CONNECTION WITH PLEA NEGOTIATIONS. | 1.00 | 520.00 |
| 01/05/21 | MWM | B190 | A104 | TELEPHONE CONFERENCE WITH CLIENT RE: SUCCESSOR LIABILITY. | .80 | 416.00 |
| 01/05/21 | PFH | B110 | A106 | E MAIL FROM AND TO MR. SERGESKETTER WITH UPDATED INFORMATION RE POTENTIAL STRUCTURE OF ENTITIES WITH DISCUSSION OF IMPACT ON CRIMINAL CASE. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE    4
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


01/05/21 PFH   B110  A106   MULTIPLE CALLS WITH AUSA        1.00      625.00
                            KAMMER, AUSA LATSIS, AND MR.
                            MAGNER RE TERMS OF NPA.

01/05/21 PFH   B110  A106   CALLS WITH MR. SERGESKETTER       .70      437.50
                            AND MR. MAGNER TO REPORT ON
                            CALL WITH AUSAS RE NPA.

01/05/21 PFH   B110  A105   CALL FROM J. NOE RE              .30      187.50
                            RESTRUCTURING PLAN, STATUS OF
                            NON-PROS AGREEMENT ETC (.2);
                            EMAIL TO MR. NOE WITH REDLINE
                            SENT TO AUSA OF NON-PROS
                            AGREEMENT (.1).

01/05/21 PFH   B110  A104   REVIEWED RESTRUCTURING PLAN       .80      500.00
                            FILED JANUARY 1, 2021.

01/05/21 PFH   B110  A107   E MAIL TO AUSA D. KAMMER AND      .10       62.50
                            AUSA LATSIS AND FROM MR.
                            MAGNER RE CALL REQUESTED BY
                            AUSA KAMMER.

01/05/21 PFH   B110  A107   E MAILS TO/FROM AUSA D.           .10       62.50
                            KAMMER WITH RESTRUCTURING
                            PLAN AND EXPLANATION.

01/05/21 PFH   B110  A106   CALL WITH MR .SERGESKETTER,       .80      500.00
                            MR. VANCE, AND MR. MAGNER RE
                            RESTRUCTURING PLAN AND WHICH
                            ENTITIES THE DOJ COULD HOLD
                            RESPONSIBLE CRIMINALLY
                            (SUCCESSOR LIABILITY),
                            INCLUDING DISCUSSION OF WHY
                            AND STRATEGY ON SAME.

01/05/21 PFH   B110  A106   E MAIL TO MR. SERGESKETTER        .10       62.50
                            WITH INFORMATION RE CALL WITH
                            AUSA.

01/05/21 PFH   B110  A106   E MAIL TO/FROM MR.                .10       62.50
                            SERGESKETTER WITH STRATEGY
                            ADVICE RE DISCUSSION WITH MR.
                            CAPITELLI AND RESPONSE
                            APPROVING STRATEGY FROM MR.
                            SERGESKETTER.
```

```
FIELDWOOD ENERGY LLC                                    PAGE    5
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/05/21 | PFH | B110 | A107 | E MAIL TO/FROM MR. CAPITELLI RE CALL TO DISCUSS UPDATE ON HUSE. | .10 | 62.50 |
| 01/05/21 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH DETAILED REFUTATION OF 32 ALLEGATIONS OF FACT IN NPA AND FIELDWOOD'S POSITION WITH REGARD TO EACH. | .30 | 187.50 |
| 01/05/21 | PFH | B110 | A107 | E MAIL FROM AND RESPONSE TO AUSA LATSIS RE NON-PROS AGREEMENT. | .10 | 62.50 |
| 01/05/21 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH LATSIS CORRESPONDENCE. | .10 | 62.50 |
| 01/05/21 | RPV | B410 | A105 | EMAILS FROM MS. HARDIN REGARDING RESTRUCTURING PLAN. | .10 | 60.00 |
| 01/05/21 | RPV | B410 | A104 | RESEARCH REGARDING SUCCESSOR LIABILITY. | 1.50 | 900.00 |
| 01/05/21 | RPV | B410 | A106 | TELEPHONE CONVERSATION WITH CLIENT AND JW TEAM REGARDING SUCCESSOR LIABILITY ISSUES. | 1.00 | 600.00 |
| 01/05/21 | DJB | B410 | A105 | CONVERSATION WITH J. NOE AND J. NORRIS REGARDING EVIDENCE PRESERVATION IN PREPARATION FOR DISPUTE WITH ATLANTIC POST-BANKRUPTCY. | .30 | 135.00 |
| 01/05/21 | GAR | B160 | A104 | REVIEW JONES WALKER'S RETENTION APPLICATION FOR REFERENCE TO A BUDGET IN PREPARATION FOR USE AS EXHIBIT IN FEE APPLICATION (.3); CORRESPOND WITH K. JOHNSON ON SAME (.1). | .40 | 136.00 |
| 01/05/21 | GAR | B160 | A104 | REVIEW ORDER APPROVING JONES WALKER'S RETENTION, THE INTERIM COMPENSATION ORDER, AND THE LOCAL RULES FOR A REQUIREMENT FOR A BUDGET (.7); CORRESPOND WITH K. JOHNSON ON SAME (.1). | .80 | 272.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    6
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Initials | Code | Code | Description | Hours | Amount |
|------|----------|------|------|-------------|-------|--------|
| 01/06/21 | JAH | B190 | A104 | PREPARE FOR AND PARTICIPATE IN LEGAL WORKING GROUP CALL. | 1.30 | 910.00 |
| 01/06/21 | JAH | B190 | A104 | SUPPLEMENTAL BOND APPEALS -- REVIEW IBLA SCHEDULING ORDER AND FILE RE STATUS. | .40 | 280.00 |
| 01/06/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW EXPERT ANALYSIS. | .30 | 210.00 |
| 01/06/21 | JN | B180 | A105 | PARTICIPATED IN LEGAL WORKING GROUP CALL. | .20 | 140.00 |
| 01/06/21 | JN | B180 | A105 | REVIEW CIVIL PENALTY DATA CREATED BY CLIENT (P. EILAND). | .60 | 420.00 |
| 01/06/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (M. DANE) REGARDING GOVERNMENT AND REGULATORY OUTREACH NEXT STEPS AND THE IMPACT OF THE ELECTION ON OBTAINING INTERIOR'S CONSENT TO THE RESTRUCTURING PLAN. | .60 | 420.00 |
| 01/06/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (K. BRUCE, J. SEEGER, AND P. EILAND) TO DISCUSS DEFENSES TO CIVIL PENALTY SETTLEMENT OFFER MADE BY THE DEPARTMENT OF INTERIOR. | .80 | 560.00 |
| 01/06/21 | JN | B180 | A105 | CONFERENCE CALL WITH J. NORRIS AND D. BALDWIN TO DISCUSS EVIDENCE PRESERVATION IN ATLANTIC MARINE DISPUTE. | .40 | 280.00 |
| 01/06/21 | KMJ | B110 | A101 | REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (.8); RELATED CORRESPONDENCE WITH G. RAMIREZ (.2). | 1.00 | 500.00 |
| 01/06/21 | PFH | B110 | A107 | CALL WITH MR. B. CAPITELLI AND MR. MAGNER RE HUSE. | .50 | 312.50 |
| 01/06/21 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER REPORTING ON CALL WITH MR. CAPITELLI. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                              PAGE    7
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


01/06/21 PFH   B110  A106   E MAIL FROM MR. SERGESKETTER      .10      62.50
                            WITH REVISIONS TO HIS FACTUAL
                            STATEMENTS FOR POTENTIAL USE
                            IN NEGOTIATIONS WITH AUSAS.

01/06/21 PFH   B110  A106   E MAILS FROM MR. SERGESKETTER     .10      62.50
                            TO MR. NOE AND RESPONSE TO RE
                            RESTRUCTURING AND IMPACT OF A
                            CRIMINAL FINE.

01/06/21 ELC   B420  A108   LEGAL WORKING CALL BETWEEN        .90     540.00
                            DOJ, DOI, AND FIELDWOOD.

01/06/21 ELC   B420  A105   CALL BETWEEN J. NOE AND L.        .20     120.00
                            CRADDOCK TO DISCUSS CIVIL
                            PENALTIES NEGOTIATION BETWEEN
                            DOI AND CLIENT.

01/07/21 JAH   B190  A104   SUPPLEMENTAL BOND APPEAL --       .80     560.00
                            REVIEW FILE RE STATUS AND
                            NEED FOR UPDATED RESEARCH.

01/07/21 JAH   B190  A104   SUPPLEMENTAL BOND APPEAL --       .30     210.00
                            CORRESPONDENCE T. WIMBERLY
                            AND J. NOE RE UPDATING APA
                            RESEARCH.

01/07/21 JAH   B190  A104   EUGENE ISLAND 342 APPEAL --      3.30   2,310.00
                            DRAFT STATEMENT OF REASONS.

01/07/21 JN    B190  A102   CONDUCTED LEGAL RESEARCH         5.30   3,710.00
                            (2.6); DRAFTED AND REVISED
                            MEMORANDUM ON RESEARCH
                            FINDINGS (2.7).

01/07/21 JN    B180  A104   DRAFT RESPONSE TO THE            1.80   1,260.00
                            DEPARTMENT OF INTERIOR'S
                            SETTLEMENT OFFER FOR CIVIL
                            PENALTIES FOR INCIDENTS OF
                            NON-COMPLIANCE.

01/07/21 JN    B180  A104   CONFERENCE CALL WITH THE          .80     560.00
                            CLIENT (B. SERGESKETTERR), P.
                            HARDIN, AND M. MAGNER TO
                            DISCUSS STATUS OF SETTLEMENT
                            DISCUSSIONS ON CRIMINAL
                            MATTERS WITH THE AUSA.
```

```
FIELDWOOD ENERGY LLC                                        PAGE   8
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 01/07/21 | JN | B180 | A104 | REVIEW THE DEPARTMENT OF INTERIOR'S CIVIL PENALTY MATRIX/DATA IN PREPARATION TO DRAFT A RESPONSE TO INTERIOR'S SETTLEMENT OFFER. | .80 | 560.00 |
| 01/07/21 | MWM | B190 | A104 | TELEPHONE CONFERENCE WITH MS. HARDIN, MR. NOE, AND CLIENT (.8); FOLLOW UP TELEPHONE CONFERENCE WITH MS. HARDIN (.1). | .90 | 468.00 |
| 01/07/21 | PFH | B110 | A106 | TELEPHONE CONFERENCE WITH MR. SERGESKETTER, MR. NOE, AND MR. MAGNER RE NPA. | .80 | 500.00 |
| 01/07/21 | PFH | B110 | A105 | CALL WITH MR. MAGNER RE STRATEGY IN LIGHT OF CONVERSATION WITH MR. SERGESKETTER. | .20 | 125.00 |
| 01/08/21 | JAH | B190 | A104 | CORRESPONDENCE J. NOE RE STRATEGY FOR NEGOTIATING CIVIL PENALTY ISSUES. | .30 | 210.00 |
| 01/08/21 | JAH | B190 | A104 | REVIEW/ANALYZE CIVIL PENALTY DATA. | 1.00 | 700.00 |
| 01/08/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT STATEMENT OF REASONS. | 3.80 | 2,660.00 |
| 01/08/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE S. DICHARRY RE LEGAL THEORIES IN SUPPORT OF APPEAL. | .20 | 140.00 |
| 01/08/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- ANALYZE LEGAL RISK ASSOCIATED WITH AGREEMENT TO CUT CASING. | .30 | 210.00 |
| 01/08/21 | JAH | B190 | A104 | CONFERENCE J. NOE RE BSEE CIVIL PENALTY CLAIMS AND STRATEGY. | .40 | 280.00 |
| 01/08/21 | JN | B180 | A105 | CONFERENCE CALL WITH P. HARDIN AND M. MAGNER TO DISCUSS BOARD SLIDES AND RECOMMENDATIONS RELATED TO CRIMINAL INVESTIGATIONS PENDING IN EASTERN DISTRICT | .20 | 140.00 |

FIELDWOOD ENERGY LLC                                          PAGE    9
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00

                          OF LOUISIANA.

01/08/21 JN    B180  A104   REVIEW AND REVISE REBUTTAL        1.30       910.00
                            PRESENTATION TO THE
                            DEPARTMENT OF INTERIOR'S
                            PROPOSED GLOBAL CIVIL PENALTY
                            SETTLEMENT OFFER.

01/08/21 JN    B180  A109   CONFERENCE CALL WITH WEIL AND      .90       630.00
                            ALIXPARTNERS TO DISCUSS
                            POTENTIAL CIVIL PENALTY
                            EXPOSURE.

01/08/21 JN    B180  A105   CONFERENCE CALL WITH J.            .40       280.00
                            HUNTER TO DISCUSS POTENTIAL
                            DEFENSES TO CIVIL PENALTY
                            LIABILITY.

01/08/21 JN    B180  A105   CONFERENCE CALL WITH P.            .40       280.00
                            HARDIN AND M. MAGNER TO
                            DISCUSS STATUS OF
                            NON-PROSECUTION AGREEMENT.

01/08/21 JN    B180  A109   CONFERENCE CALL WITH THE           .40       280.00
                            CLIENT (T. LAMME) TO DISCUSS
                            STATUS OF NEGOTIATION OF
                            NON-PROSECUTION AGREEMENT.

01/08/21 JN    B180  A109   CONFERENCE CALL WITH WEIL TO       .60       420.00
                            DISCUSS STATUS OF SETTLEMENT
                            OF CRIMINAL INVESTIGATIONS.

01/08/21 MWM   B190  A104   REVIEW/REVISE NPA (.9);           1.50       780.00
                            REVIEW/REVISE LIST OF
                            DISPUTED FACTS (.6).

01/08/21 MWM   B190  A104   MULTIPLE TELEPHONE CONFERENCE     1.80       936.00
                            AND CORRESPONDENCE RE: PLEA
                            NEGOTIATIONS (1.4); TELEPHONE
                            CONFERENCE WITH MS. HARDIN
                            AND MR. NOE REGARDING SAME
                            (.4).

01/08/21 MWM   B190  A104   MULTIPLE TELEPHONE              2.10     1,092.00
                            CONFERENCES AND
                            CORRESPONDENCE RE: NPA,
                            POTENTIAL ISSUES, AND
                            RAMIFICATIONS.

```
FIELDWOOD ENERGY LLC                                    PAGE  10
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

```
01/08/21 PFH   B110  A107  E MAILS TO AND CALL WITH MR.    1.00      625.00
                           A. PEREZ, MS. J. LIOU, MR.
                           NOE, AND MR. MAGNER RE
                           CRIMINAL RESOLUTION AND
                           PRESENTATION TO BOARD.

01/08/21 PFH   B110  A107  E MAIL FROM AUSA KAMMER WITH     .60      375.00
                           REDLINE OF NPA (.2); REVIEWED
                           REDLINE (.4).

01/08/21 PFH   B110  A106  E MAILS TO MR. SERGESKETTER      .50      312.50
                           REGARDING KAMMER
                           CORRESPONDENCE, REDLINE FROM
                           DOJ, DISCUSSION OF DEFENSE
                           COSTS, NEED TO MAKE DECISION
                           BY COMPANY, AND DIRECTION TO
                           BE ON CALL WITH BOARD OF
                           FIELDWOOD ON TUESDAY.

01/08/21 PFH   B110  A106  E MAIL TO MR. SERGEKSETTER       .10       62.50
                           WITH REPORT ON CALL WITH
                           KAMMER RE TIMING OF DECISION
                           AND INDICTMENT.

01/08/21 PFH   B110  A107  E MAILS AND CALL WITH AUSA       .80      500.00
                           KAMMER AND MR. MAGNER RE NPA
                           PROVISIONS AND NEXT STEPS.

01/08/21 PFH   B110  A105  CALL WITH MR. NOE TO REPORT      .20      125.00
                           ON CALL WITH AUSA KAMMER RE
                           NPA REVISIONS AND NEXT STEPS.

01/08/21 PFH   B110  A106  E MAIL FROM MR. T. LAMME THAT    .10       62.50
                           FIELDWOOD IS PREPARED TO MOVE
                           FORWARD WITH THE NPA.

01/08/21 PFH   B110  A104  ANALYZED ISSUES RE NPA TO        .60      375.00
                           DISCUSS WITH AUSA D. KAMMER.

01/08/21 PFH   B110  A105  CALLS WITH MR. MAGNER RE         .20      125.00
                           STRATEGY FOR DEALING WITH
                           AUSAS RE NPA LANGUAGE.

01/08/21 PFH   B110  A105  E MAILS TO/FROM MS. NOE/MR       .10       62.50
                           MAGNER RE NPA AND BOARD
                           PRESENTATION OF SAME.
```

```
FIELDWOOD ENERGY LLC                                    PAGE  11
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/08/21 PFH | B110 | A105 | CALL FROM MR. CAPITELLI RE HIS CALL WITH AUSA KAMMER RE INDICTMENT OF HUSE AND WALL, INCLUDING TIMING AND POTENTIAL CONFLICT. | .50 | 312.50 |
| 01/08/21 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER TO REPORT ON CALL WITH MR. CAPITELLI AND CONFLICT. | .20 | 125.00 |
| 01/08/21 PFH | B110 | A105 | CALL FROM AUSA KAMMER RE TIMING OF INDICTMENT OF FIELDWOOD AND NEED FOR DECISION RE NPA. | .10 | 62.50 |
| 01/08/21 SYD | B110 | A103 | REGARDING THE EI 342 APPEAL (IBLA-2020-0306, ET AL), CORRESPONDENCE WITH J. HUNTER REGARDING STRATEGY FOR PRESENTING ARGUMENTS IN SUPPORT OF APPEAL. | .30 | 138.00 |
| 01/08/21 GAR | B160 | A103 | REVISE JONES WALKER FIRST INTERIM FEE APPLICATION TO RESOLVE ISSUES RAISED BY K. JOHNSON'S REVIEW OF SAME. | 2.20 | 748.00 |
| 01/08/21 GAR | B160 | A104 | REVIEW DOCKET FOR UPDATES ON SUPPLEMENTAL DISCLOSURE PER K. JOHNSON REQUEST (.2); UPDATE K. JOHNSON ON SAME (.1). | .30 | 102.00 |
| 01/08/21 GAR | B160 | A103 | REVISE EXHIBITS FOR JONES WALKER FIRST INTERIM FEE APPLICATION TO RESOLVE ISSUES RAISED BY K. JOHNSON'S EDITS OF APPLICATION. | .80 | 272.00 |
| 01/08/21 ELC | B420 | A104 | REVIEW DISCLOSURE STATEMENT IN ANTICIPATION OF CONCERNS AND ISSUES CONCERNING DEPT. OF THE INTERIOR. | 2.00 | 1,200.00 |
| 01/09/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE J. NOE RE PLANS TO CUT WELL STUBS. | .50 | 350.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  12
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/09/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE B. SERGESKETTER AND B. DEWOLFE RE PLAN TO CUT WELL STUBS. | .70 | 490.00 |
| 01/09/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT STATEMENT OF REASONS. | .80 | 560.00 |
| 01/09/21 JAH | B190 | A104 | CONFERENCE WITH J. NOE RE CRIMINAL INVESTIGATIONS AND EXPOSURE. | .60 | 420.00 |
| 01/09/21 JN | B180 | A104 | DRAFT AND REVISE SLIDES FOR CLIENT'S BOARD OF DIRECTORS REGARDING RECOMMENDATION REGARDING NON-PROSECUTION AGREEMENT. | 3.40 | 2,380.00 |
| 01/09/21 JN | B180 | A104 | REVIEW AND REVISE NON-PROSECUTION AGREEMENT RELATED TO CRIMINAL INVESTIGATIONS PENDING IN THE EASTERN DISTRICT OF LOUISIANA. | 1.20 | 840.00 |
| 01/09/21 JN | B180 | A104 | DRAFT SUMMARY EMAIL TO WEIL REGARDING EUGINE ISLAND 342 APPEAL OF BSEE ORDERS TO RE MEDIATE LEAKING GAS FROM WELLS. | .50 | 350.00 |
| 01/09/21 JN | B180 | A105 | CONFERENCE CALL WITH P. HARDIN AND M. MAGNER TO DISCUSS RECOMMENDATION ON NON-PROSECUTION AGREEMENT. | .40 | 280.00 |
| 01/09/21 JN | B180 | A104 | REVIEW REVERSE PROFFER PROVIDED IN CRIMINAL INVESTIGATION IN PREPARATION OF DRAFTING SLIDES AND RECOMMENDATION FOR RESOLUTION OF CRIMINAL INVESTIGATION PENDING IN THE EASTERN DISTRICT OF LOUISIANA. | .80 | 560.00 |
| 01/09/21 JN | B180 | A104 | DRAFT AND REVISE BOARD SLIDES AND RECOMMENDATION FOR RESOLUTION OF CRIMINAL INVESTIGATION PENDING IN EASTERN DISTRICT OF LOUISIANA. | 1.40 | 980.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  13
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


01/09/21 MWM   B190  A104   REVIEW/REVISE BOARD SLIDES    1.80      936.00
                           (1.0); RELATED TELEPHONE
                           CONFERENCE AND CORRESPONDENCE
                           WITH MR. NOE AND MS. HARDIN
                           (.8).

01/09/21 PFH   B110  A104   E MAILS FROM/TO MR. NOE/MR.     .90      562.50
                           MAGNER RE POWERPOINT FOR
                           BOARD AND ADDITIONS TO IT
                           ANALYZING SUCCESSOR
                           LIABILITY, ONE PERSON FOR
                           INTERFACE WITH EDLA,
                           POTENTIAL CRIMINAL FINES ETC
                           (.2); REVIEWED NOTES OF
                           PROFFER SESSION WITH AUSAS TO
                           DETERMINE CRIMINAL FINE
                           THREATENED (.4); REVIEWED
                           DRAFT REDLINE OF POWERPOINT
                           FOR BOARD AND REVISIONS FROM
                           MR. MAGNER (.3).

01/09/21 PFH   B110  A104   REVIEWED POTENTIAL REDLINE      .80      500.00
                           FOR NPA (.4); CONSIDERED
                           STRATEGY FOR DISCUSSION WITH
                           AUSAS (.4).

01/09/21 PFH   B110  A106   NUMEROUS E MAILS TO/FROM MR.    .30      187.50
                           SERGESKETTER RE IMPACT OF NPA
                           ON EMPLOYEES'
                           EMPLOYMENT/PAYMENT OF FEES
                           AND FURTHER COOPERATION.

01/09/21 PFH   B110  A105   CALL WITH MR. NOE AND MR.       .80      500.00
                           MAGNER RE ISSUES FOR BOARD
                           CONSIDERATION, REVISIONS TO
                           NPA, DEBARMENT, AND STRATEGY.

01/10/21 JN    B180  A104   FURTHER REVIEW AND REVISE      1.30      910.00
                           PRESENTATION SLIDES FOR THE
                           CLIENT'S BOARD OF DIRECTORS
                           REGARDING NON-PROSECUTION
                           AGREEMENT IN CRIMINAL
                           INVESTIGATIONS EASTERN
                           DISTRICT OF LOUISIANA.

01/10/21 JN    B180  A105   DRAFT AND REVIEW EMAILS TO      .60      420.00
                           AND FROM P. HARDIN AND M.
                           MAGNER REGARDING COMMENTS AND
                           REVISIONS TO BOARD SLIDES AND
                           RECOMMENDATION REGARDING
```

```
FIELDWOOD ENERGY LLC                                          PAGE  14
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00

                        NON-PROSECUTION AGREEMENT.

01/10/21 KMJ  B110  A101  CORRESPONDENCE TO C. CARSON       .20       100.00
                          FORWARDING FIRST INTERIM FEE
                          APPLICATION.

01/10/21 M C  B260  A105  CONSULT WITH MR. NOE              .30       198.00
                          REGARDING BOARD PRESENTATION
                          STRATEGIES ON NON-PROSECUTION
                          AGREEMENT.

01/10/21 MWM  B190  A104  REVIEW/REVISE BOARD SLIDES       1.80       936.00
                          (1.2); RELATED TELEPHONE
                          CONFERENCE AND CORRESPONDENCE
                          WITH MR. NOE AND MS. HARDIN
                          (.6).

01/10/21 PFH  B110  A105  E MAILS FROM/TO MR. NOE/MR.       .90       562.50
                          MAGNER RE NUMEROUS ISSUES FOR
                          POTENTIAL INCLUSION IN BOARD
                          SLIDES, BOARD DISCUSSION, NPA
                          REVISIONS (DECOMMISSIONING
                          ISSUE, DEBARMENT, ETC.).

01/10/21 PFH  B110  A107  E MAIL FROM MR. CAPITELLI RE      .10        62.50
                          CONFLICT BETWEEN WALL AND
                          HUSE IF INDICTED TOGETHER.

01/10/21 PFH  B110  A104  REVIEWED MEMO ON DEBARMENT,       .10        62.50
                          INCLUDING ANALYSIS OF THE LAW
                          RELATING TO FIELDWOOD.

01/10/21 PFH  B110  A107  E MAIL FROM MR. SERGESKETTER      .10        62.50
                          TO MR. CAPITELLI RE CONFLICT.

01/10/21 PFH  B110  A107  E MAILS FROM/TO MR.               .20       125.00
                          SERGESKETTER TO MR. M.
                          CHESTER, NEW COUNSEL FOR WALL.

01/10/21 PFH  B110  A104  ANALYZED SEVERAL ISSUES THAT     1.10       687.50
                          PERTAIN TO NPA AND HOW TO
                          DISCUSS THEM DURING THE BOARD
                          DISCUSSION.

01/10/21 PFH  B110  A106  E MAILS FROM/TO MR.               .10        62.50
                          SERGESKETTER RE NEW COUNSEL
                          FOR MR. WALL.
```

```
FIELDWOOD ENERGY LLC                                  PAGE  15
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/10/21 SYD | B110 | A103 | CONSIDERED ADDITIONAL REGULATORY ARGUMENTS REGARDING EI 342 APPEAL (IBLA-2020-306). | 1.30 | 598.00 |
| 01/10/21 SYD | B110 | A103 | CONDUCTED RESEARCH TO SUPPORT ARGUMENTS PRESENTED IN THE BRIEF REGARDING EI 342 APPEAL (IBLA-2020-306). | .90 | 414.00 |
| 01/11/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT STATEMENT OF REASONS. | 4.80 | 3,360.00 |
| 01/11/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW AND CIRCULATE DRAFT EXPERT REPORT. | .50 | 350.00 |
| 01/11/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CALL WITH B. SERGESKETTER, B. DEWOLFE, ET AL RE LEGAL STRATEGY. | .40 | 280.00 |
| 01/11/21 JAH | B190 | A104 | REVIEW CIVIL PENALTY DATA. | .30 | 210.00 |
| 01/11/21 JAN | B110 | A104 | REVIEW OF DOCUMENT PRESERVATION ISSUES AND LETTERS. | .80 | 520.00 |
| 01/11/21 JAN | B110 | A105 | EMAILS WITH TEAM REGARDING DOCUMENT PRESERVATION ISSUES AND PLAN FOR HANDLING OF SAME. | .30 | 195.00 |
| 01/11/21 JN | B180 | A105 | CONFERENCE CALL WITH P. HARDIN AND M. MAGNER TO DISCUSS RECOMMENDATION TO THE BOARD REGARDING NON-PROSECUTION AGREEMENT IN CRIMINAL INVESTIGATIONS. | .50 | 350.00 |
| 01/11/21 JN | B180 | A104 | FURTHER REVIEW AND REVISE OF PRESENTATION TO CLIENT'S BOARD OF DIRECTORS REGARDING NON-PROSECUTION AGREEMENT. | .90 | 630.00 |
| 01/11/21 JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH THE CLIENT (B. SERGESKETTER) TO DISCUSS POTENTIAL CHANGES TO NON-PROSECUTION AGREEMENT. | .50 | 350.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  16
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/11/21 JN | B180 | A105 | CONFERENCE CALL WITH L. CRADDOCK TO BRIEF HER ON DEVELOPMENTS IN CRIMINAL INVESTIGATION AND HOW IT WOULD IMPACT COMMUNICATIONS WITH INTERIOR. | .40 | 280.00 |
| 01/11/21 JN | B180 | A104 | REVIEW AND REVISE PRESENTATION MATERIALS FOR THE CLIENT'S BOARD REGARDING POTENTIAL NON-PROSECUTION AGREEMENT TO RESOLVE ONGOING CRIMINAL INVESTIGATIONS. | 1.40 | 980.00 |
| 01/11/21 JN | B180 | A104 | REVIEW AND PROVIDE COMMENTS TO NON-PROSECUTION AGREEMENT. | .70 | 490.00 |
| 01/11/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS NON-PROSECUTION AGREEMENT AND THE RESOLUTION OF CRIMINAL INVESTIGATIONS. | .70 | 490.00 |
| 01/11/21 MWM | B190 | A104 | REVIEW/REVISE BOARD OF DIRECTORS SLIDES AND PLAN FOR BOARD MEETING. | 1.20 | 624.00 |
| 01/11/21 MWM | B190 | A104 | REVIEW/REVISE BOARD OF DIRECTORS SLIDES (.5); TELEPHONE CONFERENCE WITH WEIL AND DEFENSE TEAM (.5). | 1.00 | 520.00 |
| 01/11/21 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER, MR.  NOE, AND MR. MAGNER TO WALK THROUGH NPA PARAGRAPH BY PARAGRAPH AND DISCUSS HOW TO HANDLE EACH. | 1.30 | 812.50 |
| 01/11/21 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO MR. CHESTER (.2); CALL WITH MR. SERGESKETTER AND MR. CHESTER TO DISCUSS FACTS AND HIS REPRESENTATION OF MR. WALL (1.0). | 1.20 | 750.00 |
| 01/11/21 PFH | B110 | A105 | CALL AND E MAILS WITH MR. NOE AND MR. MAGNER RE BOARD PRESENTATION ISSUES ON CRIMINAL RESOLUTION AND REVISIONS TO POWERPOINT FOR BOARD. | .60 | 375.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   17
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


01/11/21 PFH   B110  A107  CALL FROM M. CHESTER, COUNSEL     .20      125.00
                           FOR BRANDON WALL (.1); EMAIL
                           FROM M. CHESTER TO MR.
                           SERGESKETTER (.1).

01/11/21 PFH   B110  A107  CALL WITH A. PEREZ, J. LIOU,      .80      500.00
                           MR. NOE, M. BARR, AND MR.
                           MAGNER RE CRIMINAL RESOLUTION
                           AND PRESENTATION TO BOARD.

01/11/21 PFH   B110  A107  E MAILS FROM/TO MR. NOE/ MR.      .10       62.50
                           ALFREDO PEREZ/MS. LIOU/MR.
                           MAGNER RE BOARD MEETING AND
                           SLIDES.

01/11/21 PFH   B110  A104  REVIEWED SEVERAL ITERATIONS       .30      187.50
                           OF SLIDES FOR BOARD
                           PRESENTATION.

01/11/21 PFH   B110  A104  PREPARED FOR BOARD MEETING       1.30      812.50
                           (.8); REVIEWED NOTES OF JUNE
                           26, 2020 MEETING WITH AUSAS
                           AND REVERSE PROFFER (.5).

01/11/21 JEB   B120  A104  REVIEW CORRESPONDENCE             .70      420.00
                           REGARDING POTENTIAL
                           PRESERVATION OF DOCUMENTS
                           LETTER TO VALARIS (.2);
                           ANALYSIS OF STRATEGY
                           REGARDING CLAIMS (.5).

01/11/21 SYD   B110  A103  PARTICIPATED IN CALL WITH B.      .40      184.00
                           SERGESKETTER, B. DEWOLFE, J.
                           HUNTER, AND J. NOE RE LEGAL
                           ARGUMENTS AND PLANNED
                           APPROACH FORWARD.

01/11/21 SYD   B110  A103  PULLED TOGETHER CANNED            .60      276.00
                           ARGUMENTS REGARDING AN
                           AGENCY'S FAILURE TO ACT ON A
                           REASONED BASIS (.5);
                           CIRCULATED SAME TO JONATHAN
                           HUNTER (.1).

01/11/21 SYD   B110  A103  DISCUSSED STATUS OF APPEAL        .20       92.00
                           WITH ONRR'S APPEALS
                           COORDINATOR.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   18
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Tmk | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/11/21 | DJB | B410 | A103 | DRAFT CUSTODIAN QUESTIONNAIRE FOR EACH RELEVANT FIELDWOOD EMPLOYEE TO ENSURE ALL RELEVANT INFORMATION CONCERNING DISPUTE WITH ATLANTIC MARITIME SERVICES IS COLLECTED AND PRESERVED. | 1.40 | 630.00 |
| 01/11/21 | DJB | B410 | A103 | DRAFT PRESERVATION LETTER TO ATLANTIC MARITIME SERVICES CONCERNING DISPUTE WITH ATLANTIC MARITIME SERVICES TO ENSURE RELEVANT INFORMATION IS COLLECTED AND PRESERVED. | .30 | 135.00 |
| 01/11/21 | DJB | B410 | A103 | DRAFT PRESERVATION LETTER TO CO-WORKING INTEREST OWNERS CONCERNING DISPUTE WITH ATLANTIC MARITIME SERVICES TO ENSURE RELEVANT INFORMATION IS COLLECTED AND PRESERVED. | .30 | 135.00 |
| 01/11/21 | DJB | B410 | A103 | DRAFT MEMO TO FIELDWOOD DISCUSSING STRATEGY AND NEXT STEPS ON PRESERVING INFORMATION RELEVANT TO DISPUTES WITH ATLANTIC MARITIME SERVICES. | .40 | 180.00 |
| 01/11/21 | TKW | B190 | A102 | APPEALS OF SUPPLEMENTAL BOND INCS - RESEARCH CASE LAW TO SUPPORT THE PROPOSITION THAT BOEM'S SUPPLEMENTAL BONDING PROGRAM VIOLATES THE RULEMAKING REQUIREMENTS UNDER THE APA. | 3.00 | 1,125.00 |
| 01/11/21 | ELC | B420 | A104 | REVIEW OF BANKRUPTCY DOCUMENTS. | .60 | 360.00 |
| 01/11/21 | ELC | B420 | A105 | CALL WITH J. NOE TO DISCUSS CLIENT'S POSSIBLE CRIMINAL PENALTIES LEVIED BY FEDERAL GOVERNMENT. | .40 | 240.00 |
| 01/12/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE ALI FERGUSON (FW REGULATORY) RE CONFIRMATION OF FACTS RE BSEE WELL RECORDS. | .50 | 350.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  19
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


01/12/21 JAH   B190  A104  EUGENE ISLAND 342 APPEAL --     .50        350.00
                           REVIEW DRAFT EXPERT REPORT
                           (BYRD).

01/12/21 JAH   B190  A104  EUGENE ISLAND 342 APPEAL --    5.50      3,850.00
                           DRAFT FW STATEMENT OF REASONS
                           (INCLUDING BREACH OF CONTRACT
                           ARGUMENTS).

01/12/21 JAH   B190  A104  BSEE CIVIL PENALTY ISSUES --    .40        280.00
                           PLAN STRATEGY FOR NEGOTIATING
                           WITH SOLICITOR'S OFFICE.

01/12/21 JN    B180  A109  CONFERENCE CALL WITH THE        .60        420.00
                           CLIENT AND WEIL TO DISCUSS
                           NON-PROSECUTION AGREEMENT AND
                           THE UPCOMING PRESENTATION TO
                           THE CLIENT'S BOARD OF
                           DIRECTORS REGARDING
                           RESOLUTION OF CRIMINAL
                           MATTERS.

01/12/21 JN    B180  A109  REVIEW AND REVISE               .70        490.00
                           PRESENTATION FOR BOARD OF
                           DIRECTORS REGARDING
                           NON-PROSECUTION AGREEMENT AND
                           RESOLUTION OF CRIMINAL
                           INVESTIGATIONS.

01/12/21 JN    B180  A105  CONFERENCE CALL WITH P.         .30        210.00
                           HARDIN AND M. MAGNER
                           REGARDING REVISIONS TO
                           PRESENTATION MATERIALS FOR
                           CLIENT'S BOARD OF DIRECTORS
                           REGARDING NON-PROSECUTION
                           AGREEMENT TO RESOLVE CRIMINAL
                           MATTERS.

01/12/21 JN    B180  A109  PARTICIPATE IN BOARD MEETING   2.10      1,470.00
                           OF THE CLIENT TO DISCUSS
                           POTENTIAL RESOLUTION OF
                           CRIMINAL INVESTIGATIONS.

01/12/21 JN    B180  A109  CONFERENCE CALL WITH C.         .20        140.00
                           CARLSON AT WEIL REGARDING
                           CIRCULATION OF
                           NON-PROSECUTION AGREEMENT TO
                           THE BOARD OF DIRECTORS.
```

```
FIELDWOOD ENERGY LLC                                    PAGE  20
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/12/21 | JN | B180 | A105 | VARIOUS CONFERENCE CALLS TO PREPARE FOR CLIENT'S BOARD OF DIRECTOR'S MEETING REGARDING POTENTIAL RESOLUTION OF CRIMINAL INVESTIGATIONS. | 3.70 | 2,590.00 |
| 01/12/21 | KMJ | B110 | A101 | MULTIPLE CORRESPONDENCE WITH J. BAIN RE FOLLOW-UP ON CASE STATUS AND ENGAGEMENT FOR DEBTORS AS SPECIAL COUNSEL AND REVIEW RELATED ISSUES. | 1.50 | 750.00 |
| 01/12/21 | MWM | B190 | A104 | PREPARE FOR AND ATTEND BOARD MEETING (1.9); FOLLOW UP TELEPHONE CONFERENCE WITH MS. HARDIN (.2). | 2.10 | 1,092.00 |
| 01/12/21 | MWM | B190 | A104 | REVIEW/REVISE BOARD OF DIRECTORS SLIDES (.8); MULTIPLE TELEPHONE CONFERENCE AND CORRESPONDENCE WITH MS. HARDIN AND MR. NOE (.5). | 1.30 | 676.00 |
| 01/12/21 | MWM | B190 | A104 | TELEPHONE CONFERENCE WITH GENERAL COUNSEL AND ALL COUNSEL RE: BOARD MEETING (.6); FOLLOW UP DEBRIEF WITH MR. NOE (.3). | .90 | 468.00 |
| 01/12/21 | PFH | B110 | A105 | REFINED BOARD SLIDES (.1); PREPARED FOR BOARD MEETING IN LIGHT OF CALL WITH COMPANY AND WEIL (.1). | .20 | 125.00 |
| 01/12/21 | PFH | B110 | A106 | E MAIL FROM MR. NOE TO MR. TOMMY LAMME ET AL WITH DRAFT BOARD SLIDES AND GOVERNMENT VERSION OF NPA (.1); E MAIL RESPONSE FROM MR. DANE (.1). | .20 | 125.00 |
| 01/12/21 | PFH | B110 | A106 | E MAIL FROM MS. JESSICA LIOU RE WHICH PROPERTIES WILL END UP IN WHICH CORPORATE ENTITIES RE OBLIGATIONS IN NPA AND DISCUSSION WITH LENDERS (.1); E MAIL FROM MR. CLIFFORD CARLSON WITH EXPLANATION OF WHERE GI 43 WILL BE OWNED PURSUANT TO THE PLAN (.1). | .20 | 125.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   21
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


01/12/21 PFH   B110  A106  REVIEWED ALL GRAND JURY          .70      437.50
                           SUBPOENAS, TIME FRAMES, AND
                           SUBJECTS TO RESPOND TO MS.
                           LIOU'S QUESTION RE PARAGRAPH
                           3 IN NPA AND WHAT IT COVERS.

01/12/21 PFH   B110  A107  E MAIL FROM AUSA S. LATSIS RE     .10       62.50
                           SUMMONS AND TO AUSA LATSIS RE
                           NEXT CALL.

01/12/21 PFH   B110  A106  LENGTHY E MAIL ANALYSIS OF        .40      250.00
                           GRAND JURY SUBPOENAS AND WHAT
                           THEY COVER AND TIME FRAME TO
                           MR. LAMME, ET AL.

01/12/21 PFH   B110  A106  E MAIL FROM/TO MR.                .10       62.50
                           SERGESKETTER RE TWO
                           ADDITIONAL GRAND JURY SDTS
                           WHICH HE HAS.

01/12/21 PFH   B110  A106  CALL WITH MR. T. LAMME, MR.       .50      312.50
                           SERGESKETTER, MR. MAGNER, MR.
                           PEREZ, MS. LIOU, AND MR. BARR
                           TO PREPARE FOR BOARD
                           PRESENTATION.

01/12/21 PFH   B110  A105  NUMEROUS CALLS WITH MR NOE       3.70    2,312.50
                           AND MR. MAGNER TO DISCUSS NPA
                           (.5); REFINE POWERPOINT
                           SLIDES (1.6); PREPARE FOR
                           BOARD MEETING (1.6).

01/12/21 PFH   B110  A106  ATTENDED BOARD MEETING OF        2.20    1,375.00
                           FIELDWOOD WITH MR. LAMME, MR.
                           SERGESKETTER, MR. NOE, MR.
                           MAGNER, ET AL REGARDING NPA
                           AND ITS APPROVAL.

01/12/21 JEB   B120  A104  FURTHER ANALYSIS OF STRATEGY     1.00      600.00
                           REGARDING CLAIMS AGAINST
                           VALARIS.

01/12/21 JEB   B120  A104  CONFER WITH J. NOE REGARDING     1.40      840.00
                           STRATEGY REGARDING POTENTIAL
                           VALARIS CLAIMS.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   22
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


01/12/21 SYD   B110  A103   REGARDING APPEAL OF EI 342    1.30        598.00
                            ORDER (IBLA-2020-0306),
                            GATHERED RESEARCH ON VARIOUS
                            ADMINISTRATIVE LAW PRINCIPLES
                            (.9); DISCUSSED SAME WITH
                            JONATHAN HUNTER (.4).

01/12/21 GAR   B410  A104   REVIEW ORDER SETTING BAR DATE   .90        306.00
                            AND WHETHER A PLAN HAS BEEN
                            FILED AND THE STATUS OF SAME
                            TO DETERMINE EFFECT ON
                            BANKRUPTCY STAY (.6);
                            CORRESPOND ON SAME WITH J.
                            BAIN AND K. JOHNSON (.3).

01/12/21 GAR   B410  A105   CALL WITH J. BAIN AND K.        .60        204.00
                            JOHNSON REGARDING CASE
                            STRATEGY FOR CONTRACTS WITH
                            ENTITY IN BANKRUPTCY.

01/12/21 GAR   B410  A104   REVIEW RELEVANT PLEADINGS,     1.20        408.00
                            INCLUDING THOSE RELATING TO
                            BAR DATE, DISCLOSURE
                            STATEMENT, AND PLAN, OF
                            ENTITY WITH WHICH FIELDWOOD
                            HOLDS CONTRACT TO DETERMINE
                            NEXT STEPS IN LIGHT OF
                            BANKRUPTCY STAY.

01/12/21 TKW   B190  A102   APPEALS OF SUPPLEMENTAL BOND   3.50      1,312.50
                            INCS - RESEARCH CASE LAW TO
                            SUPPORT THE PROPOSITION THAT
                            BOEM'S SUPPLEMENTAL BONDING
                            PROGRAM VIOLATES THE
                            RULEMAKING REQUIREMENTS UNDER
                            THE APA.

01/12/21 TKW   B190  A102   EUGENE ISLAND 342 APPEAL -     2.00        750.00
                            RESEARCH CASE LAW HOLDING
                            THAT THE GOVERNMENT HAS
                            BREACHED THE COVENANT OF GOOD
                            FAITH AND FAIR DEALING WHEN
                            THE GOVERNMENT WITHHELD
                            MATERIAL INFORMATION FROM THE
                            CONTRACTING PARTY.

01/13/21 JAH   B190  A104   EUGENE ISLAND 342 APPEAL --     .50        350.00
                            CALL WITH B. DEWOLFE RE BYRD
                            EXPERT REPORT.
```

```
FIELDWOOD ENERGY LLC                                          PAGE   23
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/13/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE INTERNAL FW TEAM (SERGESKETTER, DEWOLFE, FERGUSON) AND S. DICHARRY RE INFORMATION NEEDED TO SUPPORT APPEAL BRIEF. | .30 | 210.00 |
| 01/13/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW DATA RECEIVED FROM A. FERGUSON (FW). | .60 | 420.00 |
| 01/13/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CONFERENCES S. DICHARRY RE BRIEFING STRATEGY. | .90 | 630.00 |
| 01/13/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT FW STATEMENT OF REASONS. | 2.80 | 1,960.00 |
| 01/13/21 JAH | B190 | A104 | REVIEW CIVIL PENALTY DATA. | .50 | 350.00 |
| 01/13/21 JAH | B190 | A104 | CALL WITH J. NOE AND S. DICHARRY RE DEVELOPING RESPONSE TO BSEE CIVIL PENALTY CLAIMS. | .80 | 560.00 |
| 01/13/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE BOB SERGESKETTER | .20 | 140.00 |
| 01/13/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- PREPARE FOR CALL WITH B. BYRD (EXPERT WITNESS). | .40 | 280.00 |
| 01/13/21 JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER AND S. DICHARRY REGARDING CIVIL PENALTIES. | .90 | 630.00 |
| 01/13/21 JN | B180 | A105 | VARIOUS CONFERENCE CALLS WITH M. MAGNER AND P. HARDIN TO DISCUSS STATUS OF DISCUSSIONS WITH AUSA IN EASTERN DISTRICT OF LOUISIANA REGARDING NON-PROSECUTION AGREEMENT. | 1.60 | 1,120.00 |
| 01/13/21 JN | B180 | A104 | DRAFTED DEFENSE/REBUTTAL SLIDES TO THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR'S SETTLEMENT OF OUTSTANDING CIVIL PENALTIES. | 1.70 | 1,190.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   24
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/13/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL IN PREPARATION OF CALL WITH LENDERS COUNSEL TO DISCUSS POTENTIAL RESOLUTION OF CRIMINAL INVESTIGATIONS. | .40 | 280.00 |
| 01/13/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND D. POLK TO DISCUSS THE POTENTIAL RESOLUTION OF CRIMINAL INVESTIGATIONS. | .60 | 420.00 |
| 01/13/21 JN | B180 | A109 | CONFERENCE CALL WITH R. LAMB TO PROVIDE A STATUS UPDATE OF POTENTIAL RESOLUTION OF CRIMINAL INVESTIGATIONS AND TO DISCUSS NEXT STEPS WITH PROPOSED CIVIL PENALTY SETTLEMENT. | .70 | 490.00 |
| 01/13/21 JN | B180 | A109 | REVIEW AND DRAFT UPDATE EMAILS TO THE CLIENT AND WEIL REGARDING POTENTIAL RESOLUTION OF CRIMINAL INVESTIGATIONS. | .90 | 630.00 |
| 01/13/21 JN | B180 | A104 | REVIEW PRESENTATION MATERIALS DELIVERED TO THE CLIENT'S BOARD OF DIRECTORS IN PREPARATION OF CONFERENCE CALL WITH D. POLK REGARDING POTENTIAL RESOLUTION OF CRIMINAL INVESTIGATIONS. | .40 | 280.00 |
| 01/13/21 MWM | B190 | A104 | TELEPHONE CONFERENCE WITH RIVERSTONE DIRECTOR (.8); FOLLOW UP DEBRIEFING (.4). | 1.20 | 624.00 |
| 01/13/21 MWM | B190 | A104 | TELEPHONE CONFERENCE WITH MR. NOE, MS. HARDIN, AND CLIENT RE: NEXT STEPS WITH USAO (.5); FOLLOW UP CALL WITH MR. NOE (.3). | .80 | 416.00 |
| 01/13/21 MWM | B190 | A104 | MULTIPLE TELEPHONE CONFERENCE WITH CLIENT AND MR. NOE AND MS. HARDIN (.5); REVIEW/REVISE BOARD SLIDES (.4); PLAN STRATEGY FOR NEXT STEPS (.2). | 1.10 | 572.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  25
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/13/21 | MWM | B190 | A104 | TELEPHONE CONFERENCE WITH AUSA KAMMER AND FOLLOW UP DEBRIEF (.7); PLAN NEXT STEPS (.6); TELEPHONE CONFERENCE WITH CLIENT, MR. NOE AND MS. HARDIN (.6); MULTIPLE TELEPHONE CONFERENCE AND CORRESPONDENCE (.5); TELEPHONE CONFERENCE TO US ATTORNEY (.2). | 2.60 | 1,352.00 |
| 01/13/21 | MWM | B190 | A104 | TELEPHONE CONFERENCE WITH AUSA KAMMER (.3); FOLLOW UP CORRESPONDENCE ON SAME (.2). | .50 | 260.00 |
| 01/13/21 | PFH | B110 | A105 | NUMEROUS CALLS AND EMAILS WITH MR. MAGNER TO DISCUSS CALLS WITH AUSA, USA STRASSER AND HOW TO MOVE NPA FORWARD. | 1.00 | 625.00 |
| 01/13/21 | PFH | B110 | A106 | CALL WITH MR. S. COATES (GC RIVERTON), MR. SERGESKETTER, MR. PEREZ, MR. BARRE, AND MR. MAGNER RE FACTS AND NPA. | 1.20 | 750.00 |
| 01/13/21 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH REPORT ON CALL WITH USA STRASSER. | .10 | 62.50 |
| 01/13/21 | PFH | B110 | A107 | CALL FROM AND MULTIPLE E MAILS/TO FROM AUSA KAMMER RE PRODUCTION OF E MAILS OF HUSE AND WALL. | .40 | 250.00 |
| 01/13/21 | PFH | B110 | A106 | E MAILS TO/FROM MR. SERGESKETTER/MR. C. WHITE RE CALL FROM AND MULTIPLE E MAILS FROM AUSA KAMMER RE E MAILS OF HUSE AND WALL. | .10 | 62.50 |
| 01/13/21 | PFH | B110 | A107 | E MAIL FROM AUSA S. LATSIS WITH REQUEST FOR ADDITIONAL DOCUMENTATION (OTHER THAN WALL AND HUSE). | .10 | 62.50 |
| 01/13/21 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER TRANSMITTING E MAIL FROM AUSA S. LATSIS WITH REQUEST FOR ADDITIONAL DOCUMENTATION (OTHER THAN WALL AND HUSE). | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  26
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| 01/13/21 PFH | B110 | A105 | NUMEROUS CALLS WITH MR. NOE AND MR. MAGNER TO DISCUSS STRATEGY FOR DISCUSSIONS WITH AUSAS, USA, RIVERTON, STAKEHOLDERS, REVISIONS TO NPA. | 1.10 | 687.50 |
|---|---|---|---|---|---|
| 01/13/21 PFH | B110 | A106 | MULTIPLE CALLS WITH MR.SERGESKETTER, MR. NOE, AND MR. MAGNER RE NPA, DECOMMSSIONING, PLAN REQUIREMENTS, DEALING WITH AUSA. | 1.00 | 625.00 |
| 01/13/21 PFH | B110 | A107 | MULTIPLE CALLS FROM MR. CHESTER AND EMAILS FROM MR. CHESTER/MR. SERGESKETTER RE MR. WALL. | .30 | 187.50 |
| 01/13/21 PFH | B110 | A107 | E MAILS AND CALLS FROM/TO AUSA D. KAMMER/MR. MAGNER RE NPA AND GOING FORWARD. | .80 | 500.00 |
| 01/13/21 PFH | B110 | A107 | E MAILS TO MR. SERGESKETTER TO REPORT ON CALLS FROM AUSA KAMMER. | .30 | 187.50 |
| 01/13/21 PFH | B110 | A107 | CALL WITH MS N. TSIOURIS, MS CYNTHIA, MR D. SCHABLE, MR. A. PEREZ, MR. J. NOE, MR. M. MAGNER, AND MS. J. LIOU RE NPA, CRIMINAL INVESTIGATIONS IN EDLA AND WDLA AND TO ANSWER THEIR QUESTIONS (.6); E MAIL FROM MS. J. LIOU RE SAME (.1); E MAIL FROM MR. C. CARLSON TO MS. TSIOURIS ET AL WITH NPA (.1). | .80 | 500.00 |
| 01/13/21 PFH | B110 | A107 | CALL TO USA P. STRASSER WITH MR. MAGNER RE NPA. | .20 | 125.00 |
| 01/13/21 SYD | B110 | A103 | REGARDING THE EI 342 APPEAL (IBLA-2020-0306), DISCUSSED STRATEGY WITH J. HUNTER (.9); REVIEWED DRAFT BRIEF (.2). | 1.10 | 506.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   27
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/13/21 SYD | B110 | A103 | REVIEWED BSEE PENALTY-RELATED SETTLEMENT DOCUMENTATION AND DISCUSSED APPROACH FORWARD FOR SETTLEMENT OF VARIOUS PENALTY MATTERS WITH J. HUNTER AND J. NOE. | .80 | 368.00 |
| 01/14/21 JAH | B190 | A104 | REGARDING SUPPLEMENTAL BOND APPEALS, CORRESPONDENCE WITH SOLICITOR'S OFFICE, T. ALLEN, AND J. NOE RE JOINT MOTION TO EXTEND SUSPENSION. | .30 | 210.00 |
| 01/14/21 JAH | B190 | A104 | PLAN CIVIL PENALTY POSITION LETTER. | .50 | 350.00 |
| 01/14/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- WORK ON STATEMENT OF REASONS. | 1.30 | 910.00 |
| 01/14/21 JAH | B190 | A104 | REGARDING SUPPLEMENTAL BOND APPEALS, REVIEW AND COMMENT ON DRAFT JOINT MOTION. | .30 | 210.00 |
| 01/14/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- WORK WITH B. BYRD (EXPERT) ON EXPERT REPORT. | 2.00 | 1,400.00 |
| 01/14/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- WORK WITH A. FERGUSON ON BSEE DATA NEEDED TO SUPPORT FW STATEMENT OF REASONS. | .70 | 490.00 |
| 01/14/21 JAH | B190 | A104 | RESEARCH DEBARMENT ISSUES POTENTIALLY ARISING FROM ENFORCEMENT AGREEMENTS. | 1.20 | 840.00 |
| 01/14/21 JAH | B190 | A104 | RESEARCH JUDICIAL AND IBLA CASES RE CLAIMS AGAINST DEFAULTING OPERATOR FOR P&A. | 1.10 | 770.00 |
| 01/14/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE WITH B. SERGESKETTER AND B. DEWOLFE RE STATUS AND STRATEGY. | .20 | 140.00 |
| 01/14/21 JN | B180 | A104 | REVIEW AND REVISE NON-PROSECUTION AGREEMENT IN LIGHT OF DISCUSSIONS WITH BOARD OF DIRECTORS AND SECURED LENDERS' COUNSEL. | 1.90 | 1,330.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  28
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/14/21 | JN | B180 | A109 | DRAFT AND REVIEW SERIES OF EMAILS WITH P. HARDIN AND M. MAGNER REGARDING NON-PROSECUTION AGREEMENT POTENTIALLY RESOLVING CRIMINAL INVESTIGATIONS. | 2.20 | 1,540.00 |
| 01/14/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS MECHANICS OF PREDECESSOR AND SURETY LIABILITY AND ASSOCIATED REGULATORY MATTERS. | .50 | 350.00 |
| 01/14/21 | JN | B180 | A109 | CONDUCTED LEGAL RESEARCH INTO WHETHER AND HOW PREDECESSORS AND CO-OWNERS FACED WITH LIABILITY FOR DECOMMISSIONING IN THE EVENT OF FIELDWOOD'S DEFAULT HAVE STATE LAW CAUSES OF ACTION FOR SUBROGATION OR CONTRIBUTION AND WHEN DO THOSE RIGHTS ACCRUE. | 3.30 | 2,310.00 |
| 01/14/21 | JN | B180 | A104 | CONDUCTED LEGAL RESEARCH INTO DEBARMENT TO DETERMINE RISK OF DEBARMENT IF FIELDWOOD AGREES TO FACTS IN NON-PROSECUTION AGREEMENT RELATED TO CRIMINAL INVESTIGATION. | 1.30 | 910.00 |
| 01/14/21 | JN | B180 | A104 | DRAFT EMAIL TO WEIL REGARDING SUBROGATION AND CONTRIBUTION CLAIMS FOR DECOMMISSIONING LIABILITY FROM PREDECESSORS AND CO-OWNERS. | .30 | 210.00 |
| 01/14/21 | JN | B180 | A104 | DRAFT EMAIL ADVISING ON PUBLIC COMMENT REGARDING INDICTMENT OF FIELDWOOD EMPLOYEES. | .20 | 140.00 |
| 01/14/21 | MWM | B190 | A104 | TELEPHONE CONFERENCE WITH AUSA KAMMER (.3); FOLLOW UP TELEPHONE CONFERENCE WITH CLIENT AND MS. HARDIN (.5); RELATED CORRESPONDENCE (.3). | 1.10 | 572.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  29
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/14/21 MWM | B190 | A104 | TELEPHONE CONFERENCE WITH MS. HARDIN RE: WDLA INVESTIGATION (.2); PLAN FUTURE ACTION (.2); RELATED TELEPHONE CONFERENCE AND CORRESPONDENCE (.1). | .50 | 260.00 |
| 01/14/21 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE CALL FROM AUSA FORREST PHILLIPS RE WDLA INVESTIGATION WITH ADVICE ON HOW TO PROCEED (.1); E MAIL FROM MR. NOE AND MR. MAGNER RE SAME (.1); E MAIL FROM MR SERGESKETTER WITH INSTRUCTIONS AND SUMMARY OF WDLA CASE (.1). | .30 | 187.50 |
| 01/14/21 PFH | B110 | A106 | NUMEROUS E MAILS FROM/TO MR. SERGESKETTER/FRANCE/MR. MCCURRY/MR CADE WHITE RE PRODUCTION REQUESTED BY AUSA. | .30 | 187.50 |
| 01/14/21 PFH | B110 | A103 | E MAILS FROM/TO MR. SERGESKETTER RE DRAFT NPA LANGUAGE REVISIONS (.1); E MAIL TO MR. NOE RE REVISIONS HE SHOULD DRAFT TO NPA (.1); E MAIL RESPONSE FROM MR. NOE WITH DRAFT REVISIONS (.1); REVIEWED DRAFT REVISIONS AND DISCUSSED TO FINALIZE FOR MR. SERGESKETTER (.2). | .50 | 312.50 |
| 01/14/21 PFH | B110 | A106 | CALLS FROM MR. B. CAPITELLI RE HUSE SITUATION. | .50 | 312.50 |
| 01/14/21 PFH | B110 | A107 | E MAIL FROM MS. TIMMINS (EPA DEBARMENT COUNSEL) RE CALL (.1); E MAILS TO/FROM AUSA DALL KAMMER/MR A PEREZ/MR. MAGNER/MR. NOE/MR. HUNTER RE CALL WITH MS TIMMINS (.1); E MAIL TO MS TIMMINS RE MEETING TO DISCUSS DEBARMENT ISSUES (.2). | .40 | 250.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  30
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


01/14/21 PFH   B110  A104   E MAIL FROM/TO MR.                .20       125.00
                            SERGESKETTER/MR. MAGNER/MR.
                            NOE WITH DRAFT LANGUAGE FOR
                            PRESS RELEASE AND DISCUSSION
                            OF WHETHER TO ISSUE PRESS
                            RELEASE WHEN INDIVIDUALS
                            INDICTED.

01/14/21 PFH   B110  A106   E MAIL FROM MR. J. LANCASTER      .10        62.50
                            TO MR. LAMME AND FROM MR. J.
                            PAINTER RE INDICTMENT OF
                            INDIVIDUALS AND FIELDWOOD'S
                            PUBLIC REACTION.

01/14/21 PFH   B110  A106   E MAIL FROM MR. T LAMME RE        .10        62.50
                            WEEKLY BOARD CALL.

01/14/21 PFH   B110  A107   E MAIL TO MR. S. STOCKER RE       .10        62.50
                            DOI SUSPENSION AND DEBARMENT.

01/14/21 PFH   B110  A107   E MAIL TO MS. K. TIMMINS EPA      .10        62.50
                            SUSPENSION AND DEBARMENT.

01/14/21 PFH   B110  A107   E MAILS FROM/TO MR. M.            .40       250.00
                            CHESTER RE HIS REPRESENTATION
                            OF MR. WALL (.2); E MAILS
                            FROM/TO MS. JANHAYDN/MR.
                            SERGESKETTER RE NECESSARY
                            INFORMATION FOR BANKRUPTCY
                            COURT RE CHESTER
                            REPRESENTATION OF WALL (.2).

01/14/21 PFH   B110  A105   E MAIL FROM/TO MR. ALFREDO        .10        62.50
                            PEREZ/MR. MIKE MAGNER RE
                            DEBARMENT CALL

01/14/21 PFH   B110  A106   E MAIL FROM/TO MR.                .10        62.50
                            SERGESKETTER/MR. MAGNER RE
                            SUMMONS VERSUS ARREST FOR
                            INDIVIDUALS INDICTED.

01/14/21 PFH   B110  A104   REVIEWED DEBARMENT RESEARCH       .80       500.00
                            FROM MR. HUNTER (.4);
                            CONSIDERED STRATEGY FOR
                            HANDLING DEBARMENT CALLS WITH
                            EPA AND DOI (.4).
```

```
FIELDWOOD ENERGY LLC                                        PAGE  31
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| 01/14/21 PFH | B110 | A107 | E MAILS TO/FROM AUSA KAMMER RE CONTACT WITH DEBARMENT COUNSEL. | .10 | 62.50 |
|---|---|---|---|---|---|
| 01/14/21 PFH | B110 | A107 | CALL WITH AUSA FORREST PHILLIPS (WDLA). | .50 | 312.50 |
| 01/14/21 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH REPORT ON CALL WITH AUSA F. PHILLIPS. | .10 | 62.50 |
| 01/14/21 PFH | B110 | A107 | E MAIL FROM AUSA F. PHILLIPS WITH DRAFT TOLLING AGREEMENT EXTENSION (.1); REVIEWED TOLLING AGREEMENT LANGUAGE VERSUS LAST SIGNED AGREEMENT (.3). | .40 | 250.00 |
| 01/14/21 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER AND E MAIL FROM AUSA F. PHILLIPS WITH DRAFT TOLLING AGREEMENT EXTENSION. | .10 | 62.50 |
| 01/14/21 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE PROCESS FOR DEBARMENT CALLS AND WHO SHOULD DO IT (.2); E MAILS FROM MR. NOE/MR. SERGEKETTER RE SAME (.2). | .40 | 250.00 |
| 01/14/21 SYD | B110 | A103 | REGRADING EI 342 APPEAL (IBLA-2020-0306), PREPARED FOR AND PARTICIPATED IN CALL WITH B. BYRD RE HIS EXPERT REPORT. | 1.70 | 782.00 |
| 01/14/21 SYD | B110 | A103 | REGRADING EI 342 APPEAL (IBLA-2020-0306), PREPARED FOR AND PARTICIPATED IN CALL WITH A. FERGUSON RE FACTS UNDERLYING APPEAL. | .70 | 322.00 |
| 01/14/21 CVM | B160 | A103 | REVIEW DECEMBER PROFORMA TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 1.00 | 290.00 |
| 01/14/21 CVM | B160 | A103 | DRAFTED DECEMBER MONTHLY FEE STATEMENT. | .50 | 145.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  32
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/14/21 CVM | B160 | A105 | COMMUNICATIONS WITH G. RAMIREZ RE: TECHNICAL ISSUE WITH FIELDWOOD'S DECEMBER PROFORMA. | .10 | 29.00 |
| 01/14/21 CVM | B160 | A103 | DRAFTED JONES WALKER DECEMBER MONTHLY FEE STATEMENT | .50 | 145.00 |
| 01/14/21 GAR | B160 | A105 | CORRESPOND WITH M. MCCAFFREY, J. NOE, AND K. JOHNSON REGARDING NEXT STEPS FOR DECEMBER MONTHLY FEE STATEMENT. | .30 | 102.00 |
| 01/14/21 GAR | B160 | A104 | TROUBLESHOOT ISSUES WITH SUPPORTING DOCUMENTATION WITH C. MCCAFFREY. | .60 | 204.00 |
| 01/14/21 TKW | B190 | A102 | EUGENE ISLAND 342 APPEAL - RESEARCH CASE LAW HOLDING THAT THE GOVERNMENT HAS BREACHED THE COVENANT OF GOOD FAITH AND FAIR DEALING WHEN THE GOVERNMENT WITHHELD MATERIAL INFORMATION FROM THE CONTRACTING PARTY. | 3.50 | 1,312.50 |
| 01/15/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT STATEMENT OF REASONS. | 4.10 | 2,870.00 |
| 01/15/21 JAH | B190 | A104 | REVIEW AND COMMENT ON NON-PROSECUTION AGREEMENT. | 1.10 | 770.00 |
| 01/15/21 JAH | B190 | A104 | CORRESPONDENCE RE NON-PROSECUTION AGREEMENT. | .60 | 420.00 |
| 01/15/21 JAH | B190 | A104 | CONFERENCES WITH J. NOE ET AL RE NON-PROSECUTION AGREEMENT. | .80 | 560.00 |
| 01/15/21 JAH | B190 | A104 | CORRESPONDENCE RE RESEARCH INTO DEBARMENT ISSUES. | .50 | 350.00 |
| 01/15/21 JAH | B190 | A104 | ANALYZE DEBARMENT/SUSPENSION ISSUES. | .30 | 210.00 |
| 01/15/21 JAH | B190 | A104 | CORRESPONDENCE T. ALLEN AND DOI SOLICITOR'S OFFICE RE SUPPLEMENTAL BOND APPEALS. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                          PAGE   33
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Tmkr | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/15/21 | JN | B180 | A104 | CONDUCT RESEARCH INTO POTENTIAL DEBARMENT OF FIELDWOOD OR SUSPENSION OF PERMITS AS A RESULT OF FACTUAL ADMISSIONS CONTAINED IN NON-PROSECUTION AGREEMENT. | 2.60 | 1,820.00 |
| 01/15/21 | JN | B180 | A103 | REVIEW AND REVISE NON-PROSECUTION AGREEMENT. | 1.30 | 910.00 |
| 01/15/21 | JN | B180 | A109 | CONFERENCE CALL WITH P. HARDIN, M. MAGNER, AND J. HUNTER REGARDING NON-PROSECUTION AGREEMENT AND POTENTIAL DEBARMENT OF FIELDWOOD ARISING OUT OF CRIMINAL INVESTIGATION RESOLUTION. | .80 | 560.00 |
| 01/15/21 | JN | B180 | A103 | FURTHER REVISION OF NON-PROSECUTION AGREEMENT IN LIGHT OF COMMENTS FROM P. HARDIN AND M. MAGNER FOLLOWING CONVERSATIONS WITH THE U.S. ATTORNEY'S OFFICE FOR EASTERN DISTRICT OF LOUISIANA. | .70 | 490.00 |
| 01/15/21 | JN | B180 | A103 | DRAFT ADVICES REGARDING NON-PROSECUTION AGREEMENT TO CLIENT. | .60 | 420.00 |
| 01/15/21 | JN | B180 | A103 | ADDITIONAL REVISIONS TO NON-PROSECUTION AGREEMENT BASED ON COMMENTS PROVIDED BY THE CLIENT. | .40 | 280.00 |
| 01/15/21 | JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER TO DISCUSS POTENTIAL FOR DEBARMENT OF FIELDWOOD TO HOLD OFFSHORE LEASES AS A RESULT OF CRIMINAL NON-PROSECUTION AGREEMENT ADMISSIONS. | .40 | 280.00 |
| 01/15/21 | JN | B180 | A104 | REVIEW EMAILS TO BOARD OF DIRECTORS REGARDING UPDATE OF INDICTMENT OF FIELDWOOD EMPLOYEES. | .10 | 70.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  34
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/15/21 JN | B180 | A104 | REVIEW TOLLING AGREEMENTS FOR CRIMINAL INVESTIGATIONS IN EASTERN AND WESTERN DISTRICT OF LOUISIANA. | .40 | 280.00 |
| 01/15/21 JN | B180 | A104 | REVIEW TRANSMITTAL EMAIL TO ASSISTANT U.S. ATTORNEY RELATED TO NON-PROSECUTION AGREEMENT. | .10 | 70.00 |
| 01/15/21 JN | B180 | A103 | DRAFT RESPONSE EMAIL TO LENDERS REGULATORY COUNSEL REGARDING INCIDENTS OF NON-COMPLIANCE AND CIVIL PENALTIES. | .20 | 140.00 |
| 01/15/21 JN | B180 | A103 | DRAFT EMAIL TO CLIENT (P. EILAND) REGARDING OUTSTANDING INCIDENTS OF NON-COMPLIANCE AND CIVIL PENALTIES. | .20 | 140.00 |
| 01/15/21 JN | B180 | A104 | REVIEW RESEARCH MEMORANDUM ON APPEAL OF ORDER REGARDING SUPPLEMENTAL BONDING RELATED TO POTENTIAL CHALLENGES UNDER ADMINISTRATIVE PROCEDURE ACT. | .70 | 490.00 |
| 01/15/21 JN | B180 | A105 | REVIEW AND RESPOND TO EMAIL FROM J. HUNTER TO T. WIMBERLY REGARDING ADDITIONAL RESEARCH RELATED TO POTENTIAL DEBARMENT OF FIELDWOOD AS A RESULT OF NON-PROSECUTION AGREEMENT. | .40 | 280.00 |
| 01/15/21 KMJ | B110 | A101 | FOLLOW UP ON STATUS OF PENDING ISSUES. | .50 | 250.00 |
| 01/15/21 MWM | B190 | A104 | MULTIPLE TELEPHONE CONFERENCE AND CORRESPONDENCE RE: IMPENDING INDICTMENT. | .50 | 260.00 |
| 01/15/21 MWM | B190 | A104 | MARK UP OF NPA (.6); PLAN FOR NEXT STEPS WITH MESSERS NOE, HUNTER, AND MS. HARDIN (.4); FOLLOW UP TELEPHONE CONFERENCE WITH MS. HARDIN (.2). | 1.20 | 624.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  35
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/15/21 MWM | B190 | A104 | MULTIPLE TELEPHONE CONFERENCE AND CORRESPONDENCE (.3); REVIEW LATEST EDIT TO NPA (.1). | .40 | 208.00 |
| 01/15/21 PFH | B110 | A107 | E MAIL FROM MR. CAPITELLI WITH INDICTMENT OF MR. HUSE (.1); REVIEWED HUSE INDICTMENT (.2). | .30 | 187.50 |
| 01/15/21 PFH | B110 | A107 | E MAIL TO AUSA LATSIS WITH REQUEST FOR WALL INDICTMENT (.1); E MAILS FROM AUSA LATSIS RE WALL INDICTMENT (.1); REVIEWED WALL INDICTMENT (.4). | .60 | 375.00 |
| 01/15/21 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH WALL INDICTMENT AND HUSE INDICTMENT. | .10 | 62.50 |
| 01/15/21 PFH | B110 | A106 | CALL WITH MS. J. HAYDN, MR. SERGESKETTER RE REPRESENTATION OF WALL (.2); EMAIL FROM MS. HAYDN WITH DRAFT LANGUAGE (.2); E MAILS TO MR. SERGESKETTER WITH REVISION (.1); E MAIL FROM MR. CARLSON RE CONTACT WITH US TRUSTEE (.1). | .60 | 375.00 |
| 01/15/21 PFH | B110 | A105 | CALL WITH MR. J. NOE, MR. MAGNER, AND MR. HUNTER POTENTIAL NPA REVISIONS (.6); E MAILS TO/FROM MS. NOE/MR. MAGNER/MR. HUNTER WITH REDLINED NPA AND REVISIONS AND RE DEBARMENT ISSUES (.7). | 1.30 | 812.50 |
| 01/15/21 PFH | B110 | A107 | E MAIL TO MS. TIMMINS (EPA) RE CALL TO DISCUSS DEBARMENT. | .10 | 62.50 |
| 01/15/21 PFH | B110 | A106 | VOLUMINOUS E MAILS TO/FROM MR. CADE WHITE/MR. FRANCE/MR. SERGESKETTER RE STATUS OF PRODUCTION DEMANDED BY EDLA, NEED FOR PRIVILEGE REVIEW/LOG, AND QUESTIONS RE SPECIFIC SEARCHES. | .80 | 500.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  36
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| 01/15/21 | PFH | B110 | A107 | E MAILS FROM MR. M. CHESTER RE INDICTMENT OF WALL. | .10 | 62.50 |
|---|---|---|---|---|---|---|
| 01/15/21 | PFH | B110 | A107 | SEVERAL E MAILS FROM MR. SERGESKETTER/MR. WHITE TO AUSAS WITH PRODUCTION. | .20 | 125.00 |
| 01/15/21 | PFH | B110 | A107 | E MAIL TO AUSA KAMMER WITH DRAFT REDLINED NPA FOR HIS REVIEW. | .10 | 62.50 |
| 01/15/21 | PFH | B110 | A106 | E MAILS FROM MR. SERGESKETTER/MR. WHITE TO AUSAS WITH PRODUCTION. | .20 | 125.00 |
| 01/15/21 | PFH | B110 | A107 | E MAIL FROM AUSA LASIS WITH EDLA DRAFT TOLLING AGREEMENT. | .10 | 62.50 |
| 01/15/21 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH E MAIL FROM AUSA LASIS WITH EDLA DRAFT TOLLING AGREEMENT. | .10 | 62.50 |
| 01/15/21 | PFH | B110 | A106 | E MAIL FROM MR. LAMME TO BOARD WITH INDICTMENTS AND FROM MR. PAINTER/ MR. J. LACHANCE/MR. M. BOYADJIAN RE SAME. | .10 | 62.50 |
| 01/15/21 | PFH | B110 | A107 | E MAIL FROM/TO MR. STOCKER (DOI OIG) RE DEBARMENT CALL. | .10 | 62.50 |
| 01/15/21 | PFH | B110 | A106 | E MAILS TO/FROM MR. SERGESKETTER/MR. WHITE RE NEED TO PRESERVE PRIVILEGE ON DOCUMENTS BEING PRODUCED. | .20 | 125.00 |
| 01/15/21 | PFH | B110 | A107 | E MAIL TO AUSA KAMMER RE WHETHER TO SEND NPA TO DEBARMENT COUNSEL. | .10 | 62.50 |
| 01/15/21 | PFH | B110 | A107 | E MAIL TO AUSA D. KAMMER RE STATUS OF PRODUCTION. | .10 | 62.50 |
| 01/15/21 | PFH | B110 | A106 | E MAILS FROM/TO MR. SERGESKETTER/MR. NOE RE REDLINED NPA AND EXPLANATION AND APPROVAL TO SEND TO AUSA. | .20 | 125.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   37
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/15/21 PFH | B110 | A106 | E MAIL TO MR. HUNTER RE NEED FOR ADDITIONAL DEBARMENT RESEARCH. | .10 | 62.50 |
| 01/15/21 SYD | B110 | A103 | REGARDING EI 342 DECOMMISSIONING ORDER (IBLA-2020-0306), ANALYZED REGULATIONS GOVERNING DECOMMISSIONING OBLIGATIONS. | 1.30 | 598.00 |
| 01/15/21 CVM | B160 | A103 | FINALIZED DECEMBER MONTHLY FEE STATEMENT (0.4); COMMUNICATED TO G. RAMIREZ UPDATE ON SAME (0.1). | .50 | 145.00 |
| 01/15/21 TKW | B190 | A103 | EUGENE ISLAND 342 APPEAL - DRAFT RESEARCH MEMORANDUM REGARDING CASE LAW HOLDING THAT THE GOVERNMENT HAS BREACHED THE COVENANT OF GOOD FAITH AND FAIR DEALING WHEN THE GOVERNMENT WITHHELD MATERIAL INFORMATION FROM THE CONTRACTING PARTY. | 2.00 | 750.00 |
| 01/16/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT STATEMENT OF REASONS. | 3.70 | 2,590.00 |
| 01/16/21 JAH | B190 | A104 | CORRESPONDENCE RE DEBARMENT ISSUES. | .20 | 140.00 |
| 01/16/21 PFH | B110 | A106 | E MAILS FROM/TO MR. ALFREDO PEREZ RE CALL WITH MR. STOCKER (DOI OIG). | .10 | 62.50 |
| 01/16/21 PFH | B110 | A106 | E MAILS FROM/TO MR. SERGESKETTER RE TOLLING AGREEMENTS. | .10 | 62.50 |
| 01/16/21 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO MR. WHITE WITH INSTRUCTIONS RE UPDATE TO AUSAS ON PRODUCTION. | .10 | 62.50 |
| 01/16/21 PFH | B110 | A107 | E MAIL FROM MR. WHITE TO AUSA KAMMER/LATIS WITH UPDATE ON PRODUCTION. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   38
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/16/21 | SYD | B110 | A103 | CONDUCTED RESEARCH TO SUPPORT APPEAL OF EI 342 ORDER (.4); CORRESPONDENCE WITH JONATHAN HUNTER RE SAME (.1). | .50 | 230.00 |
| 01/17/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT STATEMENT OF REASONS. | 3.30 | 2,310.00 |
| 01/17/21 | PFH | B110 | A107 | E MAIL FROM MR. WHITE TO AUSA KAMMER/LATSIS RE UPLOAD OF WALL'S E MAILS AND COMPLETION OF PRODUCTION. | .10 | 62.50 |
| 01/17/21 | PFH | B110 | A106 | E MAIL FROM/TO MR. SERGEKSTTER WITH QUESTIONS RE DEBARMENT PROCESS. | .10 | 62.50 |
| 01/17/21 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER RE HIS REVIEW OF HUSE INDICTMENT. | .10 | 62.50 |
| 01/17/21 | SYD | B110 | A103 | CONTINUED RESEARCH TO SUPPORT APPEAL OF EI 342 ORDER. | 1.30 | 598.00 |
| 01/18/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT FIELDWOOD STATEMENT OF REASONS AND ASSOCIATED DECLARATION. | 6.60 | 4,620.00 |
| 01/18/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CONFERENCES WITH S. DICHARRY RE BRIEFING STRATEGY. | .40 | 280.00 |
| 01/18/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE WITH B. BYRD AND B. DEWOLFE RE DECOMMISSIONING ISSUES. | .30 | 210.00 |
| 01/18/21 | JAH | B190 | A104 | CORRESPONDENCE RE NON-PROSECUTION AGREEMENT. | .20 | 140.00 |
| 01/18/21 | JN | B180 | A104 | REVIEW INDICTMENT OF B. WALL FOR ALLEGED CRIMES THAT OCCURRED ON GRAND ISLE 43. | .30 | 210.00 |
| 01/18/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (P. EILAND) TO DISCUSS OPEN INCIDENTS OF NON-COMPLIANCE. | .50 | 350.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   39
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/18/21 MWM | B190 | A104 | REVIEW WALL INDICTMENT (.3); RELATED CORRESPONDENCE (.1). | .40 | 208.00 |
| 01/18/21 MWM | B190 | A104 | TELEPHONE CONFERENCE WITH MS. HARDIN RE: DEBARMENT ISSUES AND WATER FILTERING (.1); RELATED CORRESPONDENCE (.1). | .20 | 104.00 |
| 01/18/21 PFH | B110 | A105 | DISCUSSION WITH MR. MAGNER RE MR. SERGESKETTER'S COMMENTS RE HUSE INDICTMENT AND HOW TO PROCEED. | .10 | 62.50 |
| 01/18/21 SYD | B110 | A103 | REGARDING EI 342 DECOMMISSIONING APPEAL (IBLA-2020-0306), REVIEWED ADMINISTRATIVE RECORD. | 2.30 | 1,058.00 |
| 01/18/21 SYD | B110 | A103 | REGARDING EI 342 DECOMMISSIONING APPEAL (IBLA-2020-0306), EDITED DRAFT BRIEF. | 4.60 | 2,116.00 |
| 01/18/21 SYD | B110 | A103 | REGARDING EI 342 DECOMMISSIONING APPEAL (IBLA-2020-0306), DISCUSSED DRAFT ARGUMENTS AND STRATEGY WITH J. HUNTER. | .60 | 276.00 |
| 01/18/21 TKW | B190 | A102 | REGARDING NON-PROSECUTION AGREEMENT, REVIEWED AND ANALYZED CURRENT REGULATORY STRUCTURE FOR DEBARMENT AND SUSPENSION UNDER THE DEPARTMENT OF INTERIOR. | 1.50 | 562.50 |
| 01/18/21 TKW | B190 | A102 | REGARDING NON-PROSECUTION AGREEMENT, REVIEWED AND ANALYZED CURRENT REGULATORY STRUCTURE FOR DEBARMENT AND SUSPENSION UNDER THE ENVIRONMENTAL PROTECTION AGENCY. | 1.00 | 375.00 |
| 01/18/21 TKW | B190 | A102 | REGARDING NON-PROSECUTION AGREEMENT, RESEARCHED RECENT EXAMPLES OF FEDERAL OIL AND GAS LESSEES HAVING BEEN DEBARRED OR SUSPENDED AND REVIEWED ALL CASES INVOLVING | 3.00 | 1,125.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   40
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

```
                            SAME.

01/19/21 JAH   B190  A104   EUGENE ISLAND 342 APPEAL --      .50        350.00
                            PHONE CONFERENCE WITH FACT
                            AND EXPERT WITNESSES AND B.
                            SERGESKETTER RE APPEAL FACTS
                            AND STRATEGY.

01/19/21 JAH   B190  A104   EUGENE ISLAND 342 APPEAL --      .90        630.00
                            DRAFT STATEMENT OF REASONS.

01/19/21 JN    B180  A109   CONFERENCE CALL WITH LENDERS'   1.10        770.00
                            REGULATORY COUNSEL, C.
                            NICHOLSON, REGARDING VARIETY
                            OF OPEN REGULATORY MATTERS IN
                            THE RESTRUCTURING.

01/19/21 JN    B180  A109   REVIEW LIST OF OPEN INCIDENTS    .60        420.00
                            OF NON-COMPLIANCE PROVIDED BY
                            THE CLIENT IN ORDER TO SEND
                            TO LENDER' REGULATORY COUNSEL.

01/19/21 JN    B180  A109   CONFERENCE CALL WITH THE         .70        490.00
                            CLIENT (P. EILAND) REGARDING
                            OPEN INCIDENCE OF NON
                            COMPLIANCE AND OPEN CIVIL
                            PENALTIES.

01/19/21 JN    B180  A104   CONDUCTED LEGAL RESEARCH INTO   1.60      1,120.00
                            CIVIL PENALTY AUTHORITY HELD
                            BY BSEE AS WELL AS
                            CONSTRAINTS UNDER THE
                            ADMINISTRATIVE PROCEDURES ACT.

01/19/21 JN    B180  A104   CONDUCTED LEGAL RESEARCH INTO   1.50      1,050.00
                            FEDERAL DEBARMENT REGULATIONS
                            IN LIGHT OF FILELDWOOD'S
                            POSSIBLE EXECUTION OF A NON
                            PROSECUTION AGREEMENT THAT
                            RECITES ADMISSION TO FACTS
                            THAT ARE CRIMINAL.

01/19/21 MWM   B190  A104   MULTIPLE CORRESPONDENCE RE:      .10         52.00
                            DISCLOSURE STATEMENT,
                            DEBARMENT ISSUES, AND REVIEW
                            OF TOLING AGREEMENT.

01/19/21 MWM   B190  A104   REVIEW WEIL MARK UP OF NPA.      .50        260.00
```

```
FIELDWOOD ENERGY LLC                                      PAGE   41
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/19/21 | PFH | B110 | A105 | E MAIL TO MR. HUNTER RE DEBARMENT RESEARCH. | .10 | 62.50 |
| 01/19/21 | PFH | B110 | A104 | REVIEWED NEWS ARTICLE RE HUSE/WALL INDICTMENT. | .10 | 62.50 |
| 01/19/21 | PFH | B110 | A106 | E MAIL TO/FROM MR. LAMME/MR. SERGESKETTER WITH NEWS ARTICLE RE HUSE/WALL INDICTMENT AND POTENTIAL QUESTIONS RE ACTION AGAINST WALL/HUSE IN LIGHT OF INDICTMENT. | .10 | 62.50 |
| 01/19/21 | PFH | B110 | A107 | E MAIL TO MR. CHESTER AND MR. CAPITELLI WITH NEWS ARTICLE RE WALL AND HUSE. | .10 | 62.50 |
| 01/19/21 | PFH | B110 | A107 | E MAIL FROM AUSA LATSIS RE EDLA TOLLING AGREEMENT (.1); E MAIL RESPONSE TO/FROM AUSA LATSIS RE EXECUTED TOLLING AGREEMENT FOR EDLA (.1). | .20 | 125.00 |
| 01/19/21 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH CORRESPONDENCE FROM AUSA LATSIS RE TOLLING AGREEMENT FOR EDLA. | .10 | 62.50 |
| 01/19/21 | PFH | B110 | A106 | E MAIL FROM MR. SERGEKSETTER WITH SIGNED WDLA TOLLING AGREEMENT AND SIGNED AGREEMENT ON BEHALF OF FIELDWOOD. | .10 | 62.50 |
| 01/19/21 | PFH | B110 | A106 | E MAIL FROM MS. LIOU WITH REQUEST FOR UPDATE (.1); EMAIL UPDATE WITH DOCUMENTS TO MS. LIOU (.1); E MAIL FROM MS. LIOU WITH REVISED LANGUAGE FOR PARAGRAPH 18 OF NPA (.1). | .30 | 187.50 |
| 01/19/21 | PFH | B110 | A106 | E MAIL FROM MR. SERGEKSETTER WITH SIGNED EDLA TOLLING AGREEMENT AND SIGNED AGREEMENT ON BEHALF OF FIELDWOOD. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE  42
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/19/21 PFH | B110 | A107 | E MAIL TO/FROM AUSA F. PHILIPS WITH FULLY EXECUTED WDLA TOLLING AGREEMENT. | .10 | 62.50 |
| 01/19/21 PFH | B110 | A107 | E MAIL TO/FROM MR. STROCKER (DEBARMENT- DOI OIG) RE CALL TO DISCUSS STATUS OF FIELDWOOD. | .10 | 62.50 |
| 01/19/21 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH WDLA TOLLING AGREEMENT AND REQUEST FOR SIGNATURE ON SAME. | .10 | 62.50 |
| 01/19/21 PFH | B110 | A106 | REVIEWED NEW EDLA TOLLING AGREEMENT AGAINST LAST ONE SIGNED TO ASSURE ACCURACY (.2); E MAIL TO MR. SERGESKETTER WITH EDLA TOLLING AGREEMENT AND REQUEST HE SIGN (.1). | .30 | 187.50 |
| 01/19/21 PFH | B110 | A106 | E MAIL FROM/TO MR. C. CARLSON/MR. BAIN RE DRAFT MOTION TO APPROVE THE NPA AND DISCLOSURE STATEMENT (.1); E MAIL FROM MS. K. JOHNSON RE SAME (.1). | .20 | 125.00 |
| 01/19/21 PFH | B110 | A107 | E MAIL TO AUSA KAMMER/LATSIS RE PRODUCTION. | .10 | 62.50 |
| 01/19/21 TKW | B190 | A102 | REGARDING NON-PROSECUTION AGREEMENT, RESEARCHED RECENT EXAMPLES OF FEDERAL OIL AND GAS LESSEES HAVING BEEN DEBARRED OR SUSPENDED AND REVIEWED ALL CASES INVOLVING SAME. | .50 | 187.50 |
| 01/20/21 JN | B180 | A104 | REVIEWED TOLLING AGREEMENT EXTENDING THE STATUTE OF LIMITATION ON CERTAIN CRIMINAL ACTIONS UNDER INVESTIGATION BY THE EASTERN DISTRICT OF LOUISIANA. | .20 | 140.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  43
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/20/21 JN | B180 | A105 | DRAFT AND REVIEW EMAILS WITH P. HARDIN REGARDING NON PROSECUTION AGREEMENT. | .50 | 350.00 |
| 01/20/21 JN | B180 | A104 | REVIEW CIVIL PENALTY VARIANCE REPORT COMPARING THE DEPARTMENT OF INTERIOR'S CIVIL PENALTY SETTLEMENT OFFER WITH CIVIL PENALTY AMOUNTS CONSISTENT WITH BSEE PAST PRACTICE AND MORE REASONABLE NUMBER OF DAYS FOR EACH CIVIL PENALTY. | 1.20 | 840.00 |
| 01/20/21 JN | B180 | A104 | RESEARCHED BSEE'S DATABASE OF CIVIL PENALTIES TO CREATE DEFENSES TO DEPARTMENT OF INTERIOR'S CIVIL PENALTY SETTLEMENT DEMAND. | 1.20 | 840.00 |
| 01/20/21 JN | B180 | A104 | REVIEWED FURTHER REVISED NON PROSECUTION AGREEMENT. | .40 | 280.00 |
| 01/20/21 JN | B180 | A104 | REVIEWED REVISED LEGAL RESEARCH MEMORANDUM DRAFTED BY T. WIMBERLY REGARDING POTENTIAL RISK OF FEDERAL DEBARMENT IN LIGHT OF FIELDWOOD'S EXECUTION OF NON PROSECUTION AGREEMENT. | .70 | 490.00 |
| 01/20/21 JN | B180 | A104 | CONDUCTED FURTHER RESEARCH INTO FEDERAL DEBARMENT BASED ON NEW RESEARCH CONTAINED IN MEMORANDUM BY T. WIMBERLY. | 1.10 | 770.00 |
| 01/20/21 KMJ | B110 | A101 | MULTIPLE CORRESPONDENCE AND TELEPHONE CONFERENCE WITH TEAM RELATED TO INFORMATION REQUESTED BY LEAD COUNSEL FOR AMENDED DISCLOSURE STATEMENT AND RELATED CORRESPONDENCE WITH C. CARLSON. | 1.50 | 750.00 |
| 01/20/21 KMJ | B110 | A101 | CORRESPONDENCE WITH J. NOE ON EXPERT WITNESS ISSUES AND REVIEW SAME AS RELATED TO ORDINARY COURSE REPRESENTATION. | .70 | 350.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  44
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/20/21 KMJ | B110 | A101 | FOLLOW UP WITH J. NOE ON STATUS OF PENDING MATTERS RELATED TO REGULATORY MATTERS AND POSSIBLE LITIGATION. | .30 | 150.00 |
| 01/20/21 PFH | B110 | A105 | E MAILS TO/FROM MS. K. JOHNSON RE DISCLOSURE (.1); E MAIL TO MS. JOHNSON WITH INDICTMENTS AND NEWS ARTICLES RE INDICTMENTS (.1); CALL WITH MS. JOHNSON RE EXPLANATION OF CRIMINAL CASE (.2). | .40 | 250.00 |
| 01/20/21 PFH | B110 | A106 | E MAIL TO MS. LIOU RE REVISION TO PARAGRAPH 18. | .10 | 62.50 |
| 01/20/21 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. CHESTER. | 1.10 | 687.50 |
| 01/20/21 PFH | B110 | A107 | CORRESPONDENCE TO MS. TIMMINS (EPA) WITH INFORMATION RE CALL (.1); E MAIL TO/FROM AUSA KAMMER/MR PEREZ WITH SAME (.1). | .20 | 125.00 |
| 01/20/21 PFH | B110 | A107 | E MAILS TO/FROM MR. SERGESKETTER/MR. CAPITELLI/MR. CHESTER RE STATUS OF EMPLOYEES. | .20 | 125.00 |
| 01/20/21 PFH | B110 | A107 | CALL FROM MR. CHESTER RE STATUS OF EMPLOYEES. | .10 | 62.50 |
| 01/20/21 PFH | B110 | A107 | E MAIL FROM AUSA LATSIS WITH FULLY EXECUTED TOLLING AGREEMENT FOR EDLA. | .10 | 62.50 |
| 01/20/21 PFH | B110 | A103 | DRAFTED LANGUAGE FOR DISCLOSURE OF PUBLIC INFORMATION ON CRIMINAL CASE. | .30 | 187.50 |
| 01/20/21 PFH | B110 | A103 | DRAFTED OUTLINE FOR CALL WITH DEBARMENT COUNSEL. | .60 | 375.00 |
| 01/20/21 PFH | B110 | A107 | E MAIL FROM MR. STOCKER (DOI OIG) CONFIRMING CALL RE DEBARMENT. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  45
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00

01/20/21 PFH   B110  A106   E MAIL TO/FROM MR.              .10        62.50
                            SERGESKETTER RE PLACE OF
                            CHARTER AND PRINCIPAL PLACE
                            OF DOING BUSINESS FOR
                            UNDERTAKING.

01/20/21 PFH   B110  A102   REVIEWED RESEARCH ON            .60       375.00
                            SUSPENSION AND DEBARMENT
                            (.4); CONSIDERED ITS
                            APPLICABILITY TO THIS MATTER
                            (.2).

01/20/21 PFH   B110  A107   CORRESPONDENCE TO MR. STANLEY   .20       125.00
                            STOCKER (DOI OIG) WITH
                            INFORMATION RE CALL (.1); E
                            MAIL RESPONSES FROM AUSA
                            KAMMER/MR PEREZ (.1).

01/20/21 PFH   B110  A104   REVIEWED MEMO RE DEBARMENT      .00          .00
                            ISSUES.

01/20/21 PFH   B110  A106   E MAIL TO MR. SERGESKETTER      .10        62.50
                            WITH INFORMATION RE CALLS
                            WITH DEBARMENT COUNSEL.

01/20/21 PFH   B110  A107   E MAIL TO AUSA D. KAMMER RE     .10        62.50
                            BANKRUPTCY COUNSEL DISCUSSING
                            PARAGRAPH 18 OF NPA.

01/20/21 PFH   B110  A106   E MAIL TO MR SERGESKETTER RE    .30       187.50
                            CHARTERING OF FIELDWOOD FOR
                            UNDERTAKING LANGUAGE (.1);
                            ANALYZED HOW TO DRAFT
                            UNDERTAKING (.2).

01/20/21 RBB   B420  A105   DRAFT FIRST ELECTRONIC MEMO     .10        59.00
                            FROM AND ELECTRONIC MEMO TO
                            MS. HARDIN REGARDING
                            UNDERTAKING FOR ADVANCEMENT.

01/20/21 RBB   B420  A105   DRAFT SECOND AND THIRD          .10        59.00
                            ELECTRONIC MEMO TO AND
                            ELECTRONIC MEMO FROM MS.
                            HARDIN REGARDING UNDERTAKING
                            FOR ADVANCEMENT.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   46
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Init. | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/20/21 | RBB | B420 | A105 | DRAFT THIRD ELECTRONIC MEMO TO AND ELECTRONIC MEMO FROM MS. HARDIN REGARDING UNDERTAKING FOR ADVANCEMENT. | .10 | 59.00 |
| 01/20/21 | RPV | B320 | A104 | EMAIL FROM AND TO MS. JOHNSON REGARDING DISCLOSURE STATEMENT. | .30 | 180.00 |
| 01/20/21 | TKW | B190 | A102 | REGARDING NON-PROSECUTION AGREEMENT, DRAFTED RESEARCH MEMORANDUM REGARDING SUSPENSION AND DEBARMENT OF FEDERAL OIL AND GAS LESSEES. | 3.00 | 1,125.00 |
| 01/20/21 | TKW | B190 | A102 | REGARDING NON-PROSECUTION AGREEMENT, RESEARCHED IMPUTATION OF SUSPENDED OR DEBARRED COMPANY (1.1); REVIEWED ALL CASES REGARDING SAME (.9). | 2.00 | 750.00 |
| 01/21/21 | JAH | B420 | A104 | ANALYZE DEBARMENT ISSUES. | .30 | 210.00 |
| 01/21/21 | JAH | B420 | A108 | EUGENE ISLAND 342 APPEAL -- CALLS AND CORRESPONDENCE WITH B. BYRD AND B. DEWOLFE. | 1.10 | 770.00 |
| 01/21/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT STATEMENT OF REASONS. | .90 | 630.00 |
| 01/21/21 | JN | B180 | A109 | CONFERENCE CALL WITH DEBARMENT COUNSEL FOR THE EPA. | .50 | 350.00 |
| 01/21/21 | JN | B180 | A109 | CONFERENCE CALL WITH CLIENT (M. DANE) REGARDING DEPARTMENT OF SECRETARY OF THE INTERIOR'S ORDER AND HOW IT RELATES TO OPERATIONS. | .50 | 350.00 |
| 01/21/21 | JN | B180 | A109 | PARTICIPATED IN A CONFERENCE CALL WITH THE DEBARMENT COUNSEL FOR THE DEPARTMENT OF INTERIOR TO DISCUSS POTENTIAL DEBARMENT AS A RESULT OF THE CLIENT POTENTIALLY ENTERING INTO A NON-PROSECUTION AGREEMENT. | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   47
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/21/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (J. SEEGER) TO DISCUSS ONGOING NEGOTIATIONS WITH BSEE REGARDING THE HANDING OVER OF ABANDONED ASSETS AND BSEE'S PRIORY PROPERTIES THEY HAVE THE MOST CONCERNS ABOUT. | .60 | 420.00 |
| 01/21/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM DEPARTMENT OF INTERIOR (R. LAMB) AND DEPARTMENT OF JUSTICE (S. ALI). | .70 | 490.00 |
| 01/21/21 JN | B180 | A103 | DRAFT UPDATE EMAIL TO THE CLIENT ON CONFERENCE CALL WITH DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR LAWYERS. | .30 | 210.00 |
| 01/21/21 JN | B180 | A104 | REVIEWED MEMORANDUM ON LEGAL RESEARCH AND UNDERLYING DEBARMENT REGULATION RELATING TO FEDERAL DEBARMENT AND SUSPENSION TO DETERMINE RISK OF FIELDWOOD DEBARMENT IF IT ACCEPTS THE NON-PROSECUTION AGREEMENT. | 2.40 | 1,680.00 |
| 01/21/21 JN | B180 | A105 | CONFERENCE CALL WITH P. HARDIN AND M. MAGNER IN PREPARATION WITH EPA DEBARMENT COUNSEL. | .30 | 210.00 |
| 01/21/21 JN | B180 | A109 | PARTICIPATED IN A CONFERENCE CALL WITH THE ASSISTANT U.S. ATTORNEY FOR THE EASTERN DISTRICT OF LOUISIANA AND EPA'S DEBARMENT COUNSEL TO DISCUSS FIELDWOOD'S NON-PROSECUTION AGREEMENT. | .60 | 420.00 |
| 01/21/21 JN | B180 | A104 | CONDUCTED LEGAL RESEARCH INTO POTENTIAL SUSPENSION OR DEBARMENT AS A RESULT OF THE NON-PROSECUTION AGREEMENT. | 1.70 | 1,190.00 |

```
FIELDWOOD ENERGY LLC                                         PAGE  48
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 01/21/21 | KMJ | B110 | A101 | MULTIPLE CORRESPONDENCE RELATED TO INFORMATION NEEDED TO PROVIDE AMENDED LANGUAGE FOR DISCLOSURE STATEMENT AND INVESTIGATE INFORMATION NEEDED TO PROVIDE SAME TO DEBTORS' COUNSEL. | 1.70 | 850.00 |
| 01/21/21 | KMJ | B110 | A101 | FOLLOW UP ON FEE APPLICATION STATUS AND DECEMBER FEE NOTICE. | .30 | 150.00 |
| 01/21/21 | PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. CAPITELLI RE ADMINISTRATIVE LEAVE. | .60 | 375.00 |
| 01/21/21 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH REPORT ON CALL WITH AUSA S. LATSIS RE NPA. | .10 | 62.50 |
| 01/21/21 | PFH | B110 | A107 | E MAIL TO AUSA LATSIS AND FROM MR. NOE RE CALL FOR BANKRUPTCY COUNSEL TO DISCUSS PARAGRAPH 18 OR NPA. | .10 | 62.50 |
| 01/21/21 | PFH | B110 | A106 | E MAILS TO/FROM MR. LAMME AND MR. SERGESKETTER RE NPA AND BOARD APPROVAL. | .10 | 62.50 |
| 01/21/21 | PFH | B110 | A107 | E MAIL FROM AUSA KAMMER TO MS. TIMMINS (EPA) WITH INDICTMENTS. | .10 | 62.50 |
| 01/21/21 | PFH | B110 | A107 | E MAIL FROM AUSA KAMMER TO MR. STOCKER (DOI OIG) WITH INDICTMENTS. | .10 | 62.50 |
| 01/21/21 | PFH | B110 | A107 | DRAFTED REPORT TO MR. LAMME/MR. SERGESKETTER RE CALLS WITH DEBARMENT COUNSEL AND DEBARMENT RESEARCH. | .90 | 562.50 |
| 01/21/21 | PFH | B110 | A107 | TWO CALLS WITH AUSA LATSIS RE NPA PARAGRAPH 18 AND BANKRUPTCY COUNSEL'S NEED TO DISCUSS. | .30 | 187.50 |
| 01/21/21 | PFH | B110 | A106 | CALL WITH MR. SERGESKETTER RE CALLS WITH DEBARMENT COUNSEL. | .20 | 125.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  49
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/21/21 | PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. CHESTER RE ADMINISTRATIVE LEAVE. | .20 | 125.00 |
| 01/21/21 | PFH | B110 | A105 | CALL WITH MR. MAGNER AND MR. NOE RE STRATEGY FOR CALL WITH DEBARMENT COUNSEL. | .30 | 187.50 |
| 01/21/21 | PFH | B110 | A107 | NUMEROUS E MAILS FROM/TO MS. K. JOHNSON/MR. VANCE MR CARLSON WITH REQUEST FOR REVISIONS AND DISCUSSION OF REVISIONS TO DISCLOSURE (.2); E MAIL TO MS. JOHNSON WITH REVISION (.1). | .30 | 187.50 |
| 01/21/21 | PFH | B110 | A108 | MEETING WITH M. CHESTER RE WALL DOCUMENTS. | .60 | 375.00 |
| 01/21/21 | PFH | B110 | A107 | CALL WITH MR. S. STOCKER (DOI OIG), AUSA D. KAMMER, MR. MAGNER, AND MR. NOE RE DEBARMENT. | .40 | 250.00 |
| 01/21/21 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE NEED FOR CHARTER OF FIELDWOOD FOR UNDERTAKING ANALYSIS (.1); DETERMINED WHAT IS NEEDED TO PROVIDE UNDERTAKING FOR FEES FOR DELAWARE CORPORATION (.1). | .20 | 125.00 |
| 01/21/21 | PFH | B110 | A107 | E MAILS FROM/TO AUSA LATSIS RE NPA. | .10 | 62.50 |
| 01/21/21 | PFH | B110 | A107 | PREPARED FOR CALL WITH MS. TIMMINS (EPA). | .30 | 187.50 |
| 01/21/21 | PFH | B110 | A107 | CALL WITH MS. TIMMINS (EPA), AUSA D. KAMMER, MR. NOE, MR. MAGNER, MR. PEREZ, AND MS. J. LIN (EPA). | .50 | 312.50 |
| 01/21/21 | PFH | B110 | A107 | CALL WITH AUSA KAMMER AND MR. MAGNER RE CALL WITH EPA. | .30 | 187.50 |
| 01/21/21 | PFH | B110 | A107 | E MAIL TO MS. K. JOHNSON WITH DRAFT LANGUAGE FOR DISCLOSURE OF CRIMINAL MATTERS. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE  50
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/21/21 | PFH | B110 | A107 | E MAIL FROM/TO AUSA LATSIS RE CALL TO DISCUSS DECOMMISSIONING. | .10 | 62.50 |
| 01/21/21 | RBB | B420 | A105 | ELECTRONIC MEMOS FROM AND ELECTRONIC MEMOS TO MS. HARDIN REGARDING UNDERTAKINGS. | .10 | 59.00 |
| 01/21/21 | RBB | B420 | A105 | ELECTRONIC MEMO FROM AND ELECTRONIC MEMO TO MS. HARDIN REGARDING UNDERTAKING FOR MR. HUSO. | .10 | 59.00 |
| 01/21/21 | RBB | B420 | A104 | REVIEW 6 DEL. CODE SECTION 18-108 (LLC LAW INDEMNIFICATION PROVISION). | .10 | 59.00 |
| 01/21/21 | RBB | B420 | A105 | OFFICE CONFERENCE WITH MS. HARDIN REGARDING DELAWARE LLC INDEMNIFICATION. | .10 | 59.00 |
| 01/21/21 | RPV | B320 | A105 | EMAILS FROM AND TO MS. HARDIN AND MS. JOHNSON REGARDING BANKRUPTCY ISSUES AND STATUS OF NEGOTIATIONS. | .70 | 420.00 |
| 01/22/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- WORK WITH B. DEWOLFE ON HIS DECLARATION. | 1.10 | 770.00 |
| 01/22/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- WORK ON BYRD EXPERT REPORT. | .60 | 420.00 |
| 01/22/21 | JN | B180 | A109 | CONFERENCE CALL WITH DEPARTMENT OF JUSTICE AND ASSISTANT U.S. ATTORNEY REGARDING NON-PROSECUTION AGREEMENT THAT WOULD RESOLVE ONGOING CRIMINAL INVESTIGATION INTO FIELDWOOD. | 1.20 | 840.00 |
| 01/22/21 | KMJ | B110 | A101 | FOLLOW UP ON DECEMBER FEE STATEMENT DUE FOR NOTICING (.1); REVIEW SAME (.2). | .30 | 150.00 |
| 01/22/21 | KMJ | B110 | A101 | MULTIPLE CORRESPONDENCE RELATED TO DISCLOSURE STATEMENT AMENDMENTS NEEDED (.4); REVIEW AND REVISE SUBMISSIONS TO C. CARLSON FOR | 1.50 | 750.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  51
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

```
                            SAME (1.1).

01/22/21 PFH   B110  A107   CALL WITH AUSA LATSIS, AUSA    1.20      750.00
                            D. KAMMER, MR. S. ALI, MR.
                            NOE RE DISCUSSING AND
                            NEGOTIATING LANGUAGE FOR
                            PARAGRAPH 18 OF NPA.

01/22/21 PFH   B110  A106   E MAIL FROM AUSA LATSIS RE      .10       62.50
                            CALL TO DISCUSS PARAGRAPH 18
                            OR NPA.

01/22/21 PFH   B110  A106   E MAILS FROM MR. CARLSON/MS.    .10       62.50
                            HAYDEN/MR. CHESTER RE
                            APPROVAL OF COUNSEL.

01/22/21 PFH   B110  A102   RESEARCHED KNOWLEDGE OF         .50      312.50
                            SPECIFIC FACTS BY WEIL AS
                            REQUESTED BY MS. JOHNSON
                            (.3); NUMEROUS E MAILS WITH
                            INFORMATION REQUESTED (.2).

01/22/21 PFH   B110  A102   E MAIL FROM MS. JOHNSON TO      .10       62.50
                            MR. CARSON WITH DISCLOSURE
                            LANGUAGE REQUESTED.

01/22/21 PFH   B110  A106   E MAIL FROM MR. SERGESKETTER    .10       62.50
                            AND TO MR. BIECK WITH CHARTER.

01/22/21 PFH   B110  A106   E MAIL FROM MR. CARLSON WITH    .20      125.00
                            REQUEST FOR INFORMATION RE
                            TIMING OF NPA AND WHAT FACTS
                            ARE INCLUDED (.1); EMAIL TO
                            MR. CARLSON RE TIMING AND
                            FROM MSS JOHNSON WITH
                            ADDITIONAL INFORMATION RE
                            CARLSON REQUEST (.1).

01/22/21 RPV   B320  A105   EMAILS FROM MS. HARDIN AND      .30      180.00
                            MS. JOHNSON REGARDING
                            DISCLOSURE STATEMENT.

01/22/21 GAR   B160  A105   CORRESPOND WITH K. JOHNSON      .50      170.00
                            AND J. NOE REGARDING SEVERAL
                            ENTRIES AND EXPENSES TO BE
                            INCLUDED IN THE DECEMBER
                            MONTHLY FEE STATEMENT.
```

```
FIELDWOOD ENERGY LLC                                      PAGE   52
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/22/21 | GAR | B160 | A107 | CORRESPOND WITH ALL NOTICE PARTIES TO SERVE JONES WALKER'S DECEMBER MONTHLY FEE STATEMENT PURSUANT TO THE INTERIM COMPENSATION ORDER. | .20 | 68.00 |
| 01/22/21 | GAR | B160 | A102 | REVIEW INTERIM COMPENSATION ORDER AND UST GUIDELINES REGARDING INCLUSION OF EXPERT FEES AS EXPENSES TO ENSURE COMPLIANCE WITH BOTH (.7); DISCUSS SAME WITH K. JOHNSON (.2). | .90 | 306.00 |
| 01/22/21 | GAR | B160 | A103 | FINALIZE JONES WALKER'S DECEMBER MONTHLY FEE STATEMENT FOR CO-COUNSEL'S REVIEW. | 1.30 | 442.00 |
| 01/23/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT STATEMENT OF REASONS. | 5.00 | 3,500.00 |
| 01/23/21 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT AND HOUILHAN LOKEY REGARDING PRESENTATION MATERIALS FOR UPCOMING CALL WITH LAWYERS FOR THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF THE INTERIOR. | 1.00 | 700.00 |
| 01/23/21 | JN | B180 | A104 | REVIEW PROPOSED RESTRUCTURING PLAN AND DISCLOSURE STATEMENT IN PREPARATION OF UPCOMING CALL WITH LAWYER FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR TO ANSWER VARIOUS QUESTIONS POSED BY THE GOVERNMENT. | 1.10 | 770.00 |
| 01/23/21 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT (M. DANE) TO DISCUSS PRESENTATION MATERIALS FOR UPCOMING CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  53
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/23/21 KMJ | B110 | A101 | CORRESPONDENCE WITH C. CARLSON RE DISCLOSURE STATEMENT AMENDMENT AND ADDITIONAL LANGUAGE NEEDED AND RELATED CORRESPONDENCE WITH P. HARDIN AND J. NOE RE ADDITIONAL INFORMATION NEEDED. | .30 | 150.00 |
| 01/23/21 RBB | B420 | A105 | TWO ELECTRONIC MEMOS FROM AND TWO ELECTRONIC MEMOS TO MS. HARDIN REGARDING LLC AGREEMENT. | .10 | 59.00 |
| 01/23/21 RPV | B320 | A105 | EMAILS FROM MS. JOHNSON REGARDING DISCLOSURE STATEMENT. | .20 | 120.00 |
| 01/23/21 SYD | B190 | A102 | RE EI 342 APPEAL (IBLA-2020-0306), CONDUCTED RESEARCH TO SUPPORT ARGUMENTS PRESENTED IN BRIEF. | 1.30 | 598.00 |
| 01/23/21 SYD | B190 | A103 | RE EI 342 APPEAL (IBLA-2020-0306), REVIEWED B. DEWOLFE'S DECLARATION (1.2); PROVIDED FEEDBACK TO J. HUNTER ON SAME (.4). | 1.60 | 736.00 |
| 01/24/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- PHONE CONFERENCE WITH S. DICHARRY RE BRIEFING REVISIONS AND REMAINING RESEARCH. | .50 | 350.00 |
| 01/24/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT STATEMENT OF REASONS. | 4.50 | 3,150.00 |
| 01/24/21 PFH | B110 | A105 | E MAILS FROM/TO MS. JOHNSON/MR. NOE RE DISCLOSURES. | .10 | 62.50 |
| 01/24/21 SYD | B190 | A103 | RE EI 342 APPEAL (IBLA-2020-0306), REVIEWED AND REVISED BRIEF. | 2.30 | 1,058.00 |
| 01/24/21 SYD | B190 | A103 | RE EI 342 APPEAL (IBLA-2020-0306), CONDUCTED RESEARCH TO SUPPORT ARGUMENTS PRESENTED IN BRIEF. | 2.70 | 1,242.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  54
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Tkpr | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/25/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT STATEMENT OF REASONS. | 4.10 | 2,870.00 |
| 01/25/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- WORK WITH EXPERT WITNESS (BYRD) ON REPORT. | 1.80 | 1,260.00 |
| 01/25/21 | JAH | B190 | A104 | REVIEW CIVIL PENALTY BACKGROUND. | .60 | 420.00 |
| 01/25/21 | JN | B180 | A104 | REVIEW AND REVISE APPEAL BRIEF RELATING TO APPEAL OF BSEE ORDER TO REMEDIATE BUBBLING GAS AT EI 342 BLOCK. | 1.20 | 840.00 |
| 01/25/21 | JN | B180 | A105 | CONFERENCE CALL WITH K. JOHNSON AND P. HARDIN TO DISCUSS DRAFTING DISCLOSURES FOR AMENDED DISCLOSURE STATEMENT RELATING TO POTENTIAL EXPOSURE TO CIVIL PENALTIES AND CRIMINAL FINES. | .50 | 350.00 |
| 01/25/21 | JN | B180 | A105 | CONFERENCE CALL WITH K. JOHNSON AND P. HARDIN TO DISCUSS POTENTIAL AMENDMENT TO DISCLOSURE STATEMENT TO DISCUSS POTENTIAL RESOLUTION OF CRIMINAL INVESTIGATIONS AND POTENTIAL ASSESSMENT OF CIVIL PENALTIES. | .50 | 350.00 |
| 01/25/21 | JN | B180 | A103 | DRAFT EMAILS TO AND REVIEW EMAILS FROM R. LAMB (INTERIOR SOLICITOR) REGARDING UPCOMING PRESENTATION TO DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR ON QUESTIONS RELATED TO THE DISCLOSURE STATEMENT. | .30 | 210.00 |
| 01/25/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS ADDITIONAL DISCLOSURES TO BE POTENTIALLY INCLUDED IN REVISED DISCLOSURE STATEMENT REGARDING CRIMINAL INVESTIGATIONS INTO FIELDWOOD AND POTENTIAL CIVIL PENALTY EXPOSURE. | 1.00 | 700.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  55
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/25/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (M. DANE AND T. LAMME) AND HOULIHAN LOKEY TO DISCUSS PRESENTATION MATERIALS FOR UPCOMING CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR. | 1.50 | 1,050.00 |
| 01/25/21 JN | B180 | A109 | CONFERENCE CALL WITH LENDERS REGULATORY COUNSEL TO DISCUSS CIVIL PENALTIES. | .20 | 140.00 |
| 01/25/21 KMJ | B110 | A101 | TELEPHONE CONFERENCE WITH J. NOE, P. HARDIN, AND TEAM ON AMENDED DISCLOSURE STATEMENT ISSUES, INFORMATION NEEDED FOR SAME, AND RELATED CORRESPONDENCE. | 1.50 | 750.00 |
| 01/25/21 MWM | B190 | A104 | MULTIPLE TELEPHONE CONFERENCE AND CORRESPONDENCE RE: NPA AND DISCLOSURE ISSUE. | .50 | 260.00 |
| 01/25/21 PFH | B110 | A106 | E MAIL TO/FROM MR. SERGESKETTER RE BOARD CALL. | .10 | 62.50 |
| 01/25/21 PFH | B110 | A105 | E MAIL FROM/TO MS. JOHNSON/MR. CARLSON/MR. NOE RE STATUS OF CRIMINAL CASE, DISCLOSURE, AND CALL. | .60 | 375.00 |
| 01/25/21 PFH | B110 | A106 | CALL WITH MR. CARLSON, MS. LIOU, MR. A. PEREZ, MS. JOHNSON, AND MR. NOE RE CRIMINAL DISCLOSURE AND INC DISCLOSURE. | 1.00 | 625.00 |
| 01/25/21 RBB | B420 | A104 | REVIEW FIELDWOOD LLC AGREEMENT, INCLUDING AMENDMENTS, FOR INDEMNIFICATION PROVISION(S). | .30 | 177.00 |
| 01/25/21 RBB | B420 | A105 | ELECTRONIC MEMO TO MS. HARDIN REGARDING FIELDWOOD INDEMNIFICATION AND ADVANCEMENT OBLIGATION AND NEED FOR UNDERTAKING TEMPLATE. | .20 | 118.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  56
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


01/25/21 RBB   B420  A105   ELECTRONIC MEMO FROM MS.         .30       177.00
                            LAYFIELD WITH EMBEDDED FORM
                            DELAWARE ADVANCEMENT
                            UNDERTAKING WITH COMMENTS.

01/25/21 RBB   B420  A105   ELECTRONIC MEMOS FROM AND        .10        59.00
                            ELECTRONIC MEMOS TO MS.
                            HARDIN AND MS. LAYFIELD
                            REGARDING UNDERTAKING.

01/25/21 SYD   B190  A103   EI 342 APPEAL                   4.50     2,070.00
                            (IBLA-2020-0306) - CONTINUED
                            RESEARCH TO SUPPORT ARGUMENTS
                            IN BRIEF.

01/25/21 SYD   B190  A103   RE EI 342 APPEAL                 .60       276.00
                            (IBLA-2020-0306) - PREPARED
                            FOR AND PARTICIPATED IN CALL
                            WITH B. BYRD (WHO IS DRAFTING
                            EXPERT REPORT FOR APPEAL) AND
                            J. HUNTER RE THE EXPERT
                            REPORT THAT WILL BE SUBMITTED
                            IN SUPPORT OF THE APPEAL.

01/25/21 SYD   B190  A101   PREPARED EXHIBITS FOR BRIEF.    1.10       506.00

01/26/21 JAH   B190  A104   EUGENE ISLAND 342 APPEAL --     1.00       700.00
                            WORK WITH DR. BYRD ON HIS
                            REPORT.

01/26/21 JAH   B190  A104   EUGENE ISLAND 342 APPEAL --      .30       210.00
                            CONTACTS WITH B. SERGESKETTER
                            RE FILING.

01/26/21 JAH   B190  A104   EUGENE ISLAND 342 APPEAL --     5.10     3,570.00
                            FINALIZE AND FILE STATEMENT
                            OF REASONS.

01/26/21 JAH   B190  A104   REVIEW CIVIL PENALTY            1.20       840.00
                            BACKGROUND (.5); DEVELOP
                            POSITION PAPER ON REVIEW OF
                            SAME (.7).

01/26/21 JN    B180  A109   VIDEO CONFERENCE CALL WITH      1.90     1,330.00
                            THE CLIENT, WEIL, AND
                            HOULIHAN LOKEY TO DISCUSS
                            PRESENTATION MATERIALS FOR
                            CALL FROM THE
                            DEPARTMENT OF JUSTICE AND
                            DEPARTMENT OF INTERIOR TO
```

```
FIELDWOOD ENERGY LLC                                        PAGE   57
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

|            |     |      |                                  |      |          |
|------------|-----|------|----------------------------------|------|----------|
|            |     |      | DISCUSS DISCLOSURE STATEMENT AND PROPOSED RESTRUCTURING PLAN. |      |          |
| 01/26/21 JN | B180 | A103 | DRAFT AND REVISE DISCLOSURES REGARDING ONGOING CRIMINAL INVESTIGATIONS AND POTENTIAL CIVIL PENALTY DISCUSSION. | 1.30 | 910.00 |
| 01/26/21 JN | B180 | A104 | REVIEW DATA ON OUTSTANDING INCIDENTS OF NON-COMPLIANCE IN PREPARATION FOR CALL WITH LENDERS COUNSEL. | .60 | 420.00 |
| 01/26/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (P. EILAND) TO PREPARE FOR CALL WITH LENDERS COUNSEL REGARDING OUTSTANDING INCIDENTS OF NON-COMPLIANCE AND CIVIL PENALTIES. | .70 | 490.00 |
| 01/26/21 JN | B180 | A109 | CONFERENCE CALL WITH G. ARATA (LENDERS REGULATORY COUNSEL) TO REVIEW DATA BASE OF INCIDENTS OF NON COMPLIANCE AND CIVIL PENALTIES. | 1.70 | 1,190.00 |
| 01/26/21 JN | B180 | A109 | PARTICIPATE IN CLIENT'S BOARD OF DIRECTORS MEETING. | 1.10 | 770.00 |
| 01/26/21 KMJ | B110 | A101 | REVIEW SUPPLEMENTAL LANGUAGE FROM P. HARDIN AND J. NOE TO AMENDED DISCLOSURE STATEMENT SUBMISSIONS ON MATTERS HANDLED BY JONES WALKER (.3); RELATED CORRESPONDENCE (.2). | .50 | 250.00 |
| 01/26/21 PFH | B110 | A106 | E MAILS TO/FROM MS. LIOU/MS. JOHNSON/MR. NOE WITH NEWLY DRAFTED DISCLOSURE LANGUAGE RE CRIMINAL INVESTIGATIONS (.3); DRAFTED NEW DISCLOSURE LANGUAGE FOR REVIEW BY MS. LIOU (.4). | .70 | 437.50 |
| 01/26/21 PFH | B110 | A104 | CONSIDERED WORDING FOR BOARD RESOLUTION. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                         PAGE  58
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/26/21 | RPV | B320 | A104 | REVIEWED AMENDED DRAFT DISCLOSURE (.2); EMAILS FROM MS. HARDIN AND MS. JOHNSON REGARDING SAME (.1). | .30 | 180.00 |
| 01/26/21 | SYD | B190 | A103 | EI 342 APPEAL (IBLA-2020-0306) - FINALIZED AND FILED BRIEF. | 6.30 | 2,898.00 |
| 01/26/21 | TKW | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEWED AND ANALYZED STATEMENT OF REASONS. | 2.40 | 900.00 |
| 01/27/21 | JAH | B190 | A104 | CALL WITH P. EILAND RE CIVIL PENALTIES. | .50 | 350.00 |
| 01/27/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE DR. BYRD (EXPERT) AND B. SERGESKETTER RE UPDATING REPORT/APPEAL STATUS. | .40 | 280.00 |
| 01/27/21 | JAH | B190 | A104 | REVIEW CIVIL PENALTY BACKGROUND (2.2); DEVELOP POSITION PAPER ON REVIEW OF SAME (2.4). | 4.60 | 3,220.00 |
| 01/27/21 | JN | B180 | A104 | REVIEW LEASE DATA FILE COMPILED BY CLIENT WITH ABANDONED PROPERTIES THAT WILL BE CIRCULATED TO LAWYERS FOR DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR. | .50 | 350.00 |
| 01/27/21 | JN | B180 | A104 | REVIEW AND PROVIDE COMMENT ON REVISED PRESENTATION MATERIALS TO BE USED IN UPCOMING CALL WITH LAWYERS FROM DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE. | .60 | 420.00 |
| 01/27/21 | JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR AND THE CLIENT TO DISCUSS VARIOUS REGULATORY ISSUES AS THEY RELATE TO THE DISCLOSURE STATEMENT AND PROPOSED PLAN OF REORGANIZATION. | 2.10 | 1,470.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  59
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Tkpr | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 01/27/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT AND WEIL FOLLOWING CALL WITH LAWYERS FROM DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR. | .40 | 280.00 |
| 01/27/21 | JN | B180 | A103 | DRAFT COMMUNICATIONS WITH INTERIOR SOLICITOR FOLLOWING CALL BETWEEN THE CLIENT AND LAWYERS FROM THE DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE. | .30 | 210.00 |
| 01/27/21 | JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER TO DISCUSS POSITION PAPER RESPONDING TO THE GOVERNMENT'S PROPOSED CIVIL PENALTY SETTLEMENT. | .20 | 140.00 |
| 01/27/21 | KMJ | B110 | A101 | CORRESPONDENCE WITH LEAD COUNSEL ON FIRST INTERIM FEE APPLICATION REVISIONS. | .20 | 100.00 |
| 01/27/21 | MWM | B190 | A104 | MULTIPLE TELEPHONE CONFERENCE AND CORRESPONDENCE RE: NDA AND DECOMMISSIONING LANGUAGE. | 1.10 | 572.00 |
| 01/27/21 | PFH | B110 | A107 | E MAILS FROM/TO AUSA D. KAMMER/MR. NOE/MR. MAGNER RE NEGOTIATION CALL WITH AUSAS RE NPA. | .20 | 125.00 |
| 01/27/21 | PFH | B110 | A107 | CALL WITH MR. MAGNER RE STRATEGY FOR NPA NEGOTIATIONS. | .20 | 125.00 |
| 01/27/21 | PFH | B110 | A105 | E MAILS TO/FROM MR. BIECK RE DRAFTING OF UNDERTAKING FOR HUSE AND WALL. | .10 | 62.50 |
| 01/27/21 | PFH | B110 | A106 | E MAILS FROM/TO MR. SERGESKETTER RE CALL WITH AUSA, PARTICIPANTS. | .10 | 62.50 |
| 01/27/21 | SYD | B190 | A103 | PREPARED FOR AND PARTICIPATED IN CALL WITH P. EILAND AND J. HUNTER RE CIVIL PENALTY SPREADSHEET. | .60 | 276.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   60
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

```
01/28/21 JAH   B190  A104   DRAFT CIVIL PENALTY POSITION     1.80      1,260.00
                            PAPER.

01/28/21 JN    B180  A109   CONFERENCE CALL WITH THE          .40        280.00
                            CLIENT TO DISCUSS CALL WITH
                            ASSISTANT U.S. ATTORNEY
                            REGARDING NON-PROSECUTION
                            AGREEMENT.

01/28/21 JN    B180  A109   PARTICIPATED IN CONFERENCE        .50        350.00
                            CALL WITH ASSISTANT U.S.
                            ATTORNEY FOR EASTERN DISTRICT
                            OF LOUISIANA REGARDING
                            NON-PROSECUTION AGREEMENT TO
                            RESOLVE PENDING CRIMINAL
                            INVESTIGATIONS AGAINST
                            FIELDWOOD.

01/28/21 JN    B180  A109   CONFERENCE CALL WITH THE          .50        350.00
                            CLIENT (P.EILAND) REGARDING
                            OUTSTANDING INCIDENTS OF
                            NON-COMPLIANCE.

01/28/21 JN    B180  A104   REVIEW INCIDENT OF               .60        420.00
                            NON-COMPLIANCE DATABASE TO
                            CREATE FILE TO BE SHARED WITH
                            LENDERS' REGULATORY COUNSEL.

01/28/21 MWM   B190  A104   PREPARE FOR AND TELEPHONE        .60        312.00
                            CONFERENCE WITH GOVERNMENT
                            RE: NPA.

01/28/21 PFH   B110  A106   CALL AND E MAILS WITH MR.        .70        437.50
                            SERGESKETTER, MR. NOE, AND
                            MR. MANGER TO REPORT ON CALL
                            WITH AUSA D. KAMMER AND
                            RECEIVE INSTRUCTIONS RE NPA
                            TERMS (.4); CALL WITH MR. NOE
                            RE NPA (.3).

01/28/21 PFH   B110  A107   E MAILS FROM/TO AUSA D.          .40        250.00
                            KAMMER/MR. NOE RE NPA (.1);
                            CALL WITH AUSA D. KAMMER,
                            AUSA S. LATSIS, MR. NOE, AND
                            MR. MAGNER RE REVISIONS TO
                            NPA, INCLUDING PARAGRAPH 18
                            RE DECOMMISSIONING (.3).
```

```
FIELDWOOD ENERGY LLC                                    PAGE  61
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/28/21 PFH | B110 | A107 | E MAIL FROM MR. CHESTER RE WALL. | .10 | 62.50 |
| 01/28/21 PFH | B420 | A104 | E MAILS TO/FROM MR. BIECK RE TECHNICAL ISSUES RE UNDERTAKINGS (.1); REVIEWED DRAFT UNDERTAKINGS FOR MR. WALL AND MR. HUSE TO SIGN (.2). | .30 | 187.50 |
| 01/28/21 PFH | B110 | A104 | REVIEWED KEITH GREENE LAWSUIT FILED IN THE USDC FOR THE EDLA IN 2016 AND THE ALLEGATIONS RE MAIN PASS 310 A AND JA, AS WELL AS THE RICO CASE STATEMENT (.7); SENT E MAIL TO MR. SERGESKETTER RE POLISHING WATER SAMPLES (.2). | .90 | 562.50 |
| 01/28/21 RBB | B420 | A103 | DRAFT MODIFICATION FOR WALL VERSION. | .20 | 118.00 |
| 01/28/21 RBB | B420 | A103 | DRAFT MODIFICATIONS FOR HUSE VERSION. | .10 | 59.00 |
| 01/28/21 RBB | B420 | A105 | LONG ELECTRONIC MEMO TO MS. HARDIN REGARDING POSSIBLE PROBLEMS WITH UNDERTAKING AND SOLUTIONS TO SAME. | .60 | 354.00 |
| 01/28/21 RBB | B420 | A104 | REVIEW FIELDWOOD LLC AGREEMENT REGARDING INDEMNIFICATION. | .20 | 118.00 |
| 01/28/21 RBB | B420 | A104 | REVIEW DEL. GEN. CORP. LAW SECTION 145. | .30 | 177.00 |
| 01/28/21 RBB | B420 | A104 | REVIEW RICHARDS LAYTON ADVANCEMENT FORM WITH DRAFTING COMMENTS. | .60 | 354.00 |
| 01/28/21 RBB | B420 | A104 | REVIEW WALL INDICTMENT. | .30 | 177.00 |
| 01/28/21 RBB | B420 | A104 | REVIEW HUSE INDICTMENT. | .40 | 236.00 |
| 01/28/21 RBB | B420 | A103 | DRAFT FORM UNDERTAKING. | .80 | 472.00 |
| 01/29/21 JAH | B190 | A104 | DRAFT CIVIL PENALTY POSITION PAPER. | 7.10 | 4,970.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   62
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 01/29/21 JN | B180 | A103 | DRAFT AND REVISE POSITION PAPER ON CIVIL PENALTIES. | 2.30 | 1,610.00 |
| 01/29/21 JN | B180 | A104 | CONDUCT LEGAL RESEARCH INTO ADMINISTRATIVE PROCEDURE ACT LIMITATION AND DEFENSES ON INTERIOR'S PROPOSED CIVIL PENALTY SETTLEMENT. | 2.20 | 1,540.00 |
| 01/29/21 KMJ | B110 | A101 | CORRESPONDENCE WITH DEBTORS' COUNSEL TO FOLLOW UP ON QUESTIONS FOR THE FIRST INTERIM FEE APPLICATION. | .20 | 100.00 |
| 01/29/21 PFH | B420 | A104 | CONSIDERED ALL POTENTIAL INTERVIEWS OF WITNESS (INCLUDING HUSE AND WALL) TO BE ABLE TO RESPOND TO AUSA KAMMER. | .30 | 187.50 |
| 01/29/21 PFH | B420 | A105 | E MAILS AND CALL WITH MR. NOE RE RESTRUCTURE AND DOI ISSUE. | .20 | 125.00 |
| 01/29/21 PFH | B420 | A107 | E MAIL FROM AUSA D. KAMMER RE INTERNAL INVESTIGATION. | .00 | .00 |
| 01/29/21 PFH | B420 | A107 | E MAIL TO MR. SERGESKETTER WITH KAMMER CORRESPONDENCE AND QUESTION (.1); EMAIL FROM/TO MR. SERGESKETTER WITH INSTRUCTIONS AND HIS RECOLLECTION OF INTERVIEWS CONDUCTED (.1). | .20 | 125.00 |
| 01/29/21 PFH | B110 | A107 | CALL FROM MR. CAPITELLI RE CIVIL SUIT BY GREENE/GLASS AGAINST HUSE. | .10 | 62.50 |
| 01/29/21 RBB | B420 | A105 | ELECTRONIC MEMO FROM MS. HARDIN REGARDING BANKRUPTY EMERGENCE. | .10 | 59.00 |
| 01/29/21 RBB | B420 | A105 | ELECTRONIC MEMO TO MS. HARDIN REGARDING BANKRUPTCY EMERGENCE AND EFFECTIVENESS OF UNDERTAKINGS. | .10 | 59.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   63
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Atty | B | A | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 01/29/21 | RBB | B420 | A105 | TWO ELECTRONIC MEMOS FROM AND ELECTRONIC MEMO TO MS. HARDIN REGARDING TIMING OF UNDERTAKINGS. | .10 | 59.00 |
| 01/29/21 | RBB | B420 | A103 | REVISE GENERAL UNDERTAKING FORM MULTIPLE TIMES. | .40 | 236.00 |
| 01/29/21 | RBB | B420 | A103 | REVISE HUSE UNDERTAKING FORM MULTIPLE TIMES. | .20 | 118.00 |
| 01/29/21 | RBB | B420 | A103 | REVISE WALL UNDERTAKING FORM MULTIPLE TIMES. | .10 | 59.00 |
| 01/29/21 | RBB | B420 | A105 | ELECTRONIC MEMO FROM AND FIRST ELECTRONIC MEMO TO MS. HARDIN REGARDING ABSENCE OF GOOD FAITH BELIEF STANDARD IN UNDERTAKING. | .10 | 59.00 |
| 01/29/21 | RBB | B420 | A105 | SECOND ELECTRONIC MEMO TO MS. HARDIN REGARDING ABSENCE OF GOOD FAITH BELIEF STANDARD IN UNDERTAKING. | .10 | 59.00 |
| 01/29/21 | SYD | B190 | A104 | ONRR-20-0296-OCS -- ANALYZED ARGUMENTS FOR APPEAL OF INTEREST INVOICE (CROSS-LEASE-NETTING). | 3.50 | 1,610.00 |
| 01/29/21 | SYD | B190 | A105 | ONRR-20-0296-OCS -- CONFER WITH T. WIMBERLY REGARDING ARGUMENTS IN SUPPORT OF APPEAL OF INTEREST INVOICE AND RESEARCH NEEDED TO SUPPORT ARGUMENTS. | .80 | 368.00 |
| 01/29/21 | TKW | B190 | A105 | APPEAL OF INTEREST -- ZOOM MEETING WITH S. DICHARRY REGARDING STRATEGY FOR APPEALING INTEREST INVOICE ONRR 20-0296. | 1.00 | 375.00 |
| 01/30/21 | JN | B180 | A104 | REVIEW AND REVISE POSITION PAPER ON CIVIL PENALTIES. | 1.70 | 1,190.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  64
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| Date | Staff | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/30/21 | JN | B180 | A104 | RESEARCH CIVIL PENALTY REGULATIONS AND RESEARCH FOR PURPOSES OF DRAFTING POSITION PAPER TO PROVIDE TO THE GOVERNMENT. | .80 | 560.00 |
| 01/30/21 | SYD | B190 | A103 | CIVIL PENALTY WHITE PAPER – REVIEWED DRAFT WHITE PAPER (.2); EMAILS WITH J. HUNTER AND J. NOE RE SAME (.1). | .30 | 138.00 |
| 01/31/21 | JAH | B190 | A104 | ANALYZE CIVIL PENALTY ISSUES. | .40 | 280.00 |
| 01/31/21 | JN | B180 | A104 | REVIEW AND REVISE NEW DRAFT OF CIVIL PENALTY POSITION PAPER. | 1.30 | 910.00 |
| 01/31/21 | JN | B180 | A109 | CONFERENCE CALL WITH SENIOR INTERIOR OFFICIAL/SOLICITOR REGARDING POTENTIAL PREDECESSOR OPPOSITION TO FIELDWOOD'S RESTRUCTURING PLAN. | .50 | 350.00 |
| 01/31/21 | JN | B180 | A104 | REVIEW CLIENT'S CIVIL PENALTY DATABASE IN PREPARATION OF FINALIZING CIVIL PENALTY POSITION PAPER. | .40 | 280.00 |
| 01/31/21 | JN | B180 | A104 | REVIEW BSEE GUIDANCE DOCUMENTS AND REGULATIONS ON CIVIL PENALTY ASSESSMENT. | .40 | 280.00 |
| 01/31/21 | JN | B180 | A104 | REVIEWED PROVISIONS OF DISCLOSURE STATEMENT THAT INTERIOR OFFICIAL NOTED COULD BE PROBLEMATIC RELEASES OF LIABILITY THAT COULD COMPLICATE THE GOVERNMENT'S APPROVAL OF THE RESTRUCTURING PLAN. | .90 | 630.00 |
| 01/31/21 | SYD | B190 | A103 | CIVIL PENALTY WHITE PAPER – REVISED THE DRAFT WHITE PAPER TO SEND TO  J. HUNTER AND J. NOE. | 5.50 | 2,530.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   65
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00

01/31/21 SYD   B190  A104   CIVIL PENALTY WHITE PAPER -      2.30      1,058.00
                            REVIEWED CORRESPONDENCES FROM
                            FIELDWOOD RE THE CIVIL
                            PENALTY ISSUES, INCLUDING
                            MATRIX PROVIDED BY BSEE AND
                            MATRIX COMPILED BY P. EILAND
                            AND EMAILS RELATING TO
                            VARIOUS INCS FOR PURPOSES OF
                            CLARIFYING FACTS IN DRAFT
                            WHITE PAPER.

                                                      --------   -----------
                            TOTALS                     471.90   $286,434.00
                                                      ========   ===========
```

```
FIELDWOOD ENERGY LLC                                        PAGE   66
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

```
                              ------THIS BILL-------   --CUMULATIVE TOTALS---
TASK CODE SUMMARY              HOURS         FEES      HOURS          FEES
                             --------   -----------   --------   -----------
                                 .00           .00     438.30    244,356.00
      AXXX    BAD CODE - ACCOUNTING U   .00      .00       .00           .00
         TOTAL                   .00           .00     438.30    244,356.00

ADMINISTRATION
      B110    CASE ADMINISTRATION    106.60    61,874.00    453.90    261,416.50
      B120    ASSET ANALYSIS/RECOVERY   3.10    1,860.00     11.40      6,796.00
      B130    ASSET DISPOSITION         .00          .00      3.20      1,920.00
      B140    RELIEF FROM STAY/PROTEC   .00          .00     10.80      5,674.50
      B160    FEE/EMPLMT APPLICATIONS 10.90    3,576.00    465.80     89,194.00
      B180    AVOIDANCE ACTION ANALYS 113.40   79,380.00    370.00    239,755.00
      B190    OTHER CONTESTED MATTERS 212.90  125,884.00    394.60    226,107.50
         TOTAL ADMINISTRATION       446.90   272,574.00  1,709.70    830,863.50

OPERATIONS
      B210    BUSINESS OPERATIONS       .40        88.00     97.00     45,287.00
      B230    FINANCING/CASH COLLECTI   .00          .00     26.60     14,679.00
      B260    BOARD OF DIRECTORS MATT   .30       198.00       .30        198.00
         TOTAL OPERATIONS             .70       286.00     123.90     60,164.00

CLAIMS AND PLAN
      B310    CLAIMS/ADMN/OBJECTIONS    .00          .00      2.10      1,027.00
      B320    PLAN DISCLOSURE STMT     1.80     1,080.00      1.80      1,080.00
         TOTAL CLAIMS AND PLAN       1.80     1,080.00      3.90      2,107.00

BANKRUPTCY-RELATED ADVICE
      B410    GENERAL BANKRUPTCY ADVI  8.20     3,813.00     82.80     38,336.50
      B420    RESTRUCTURING           14.30     8,681.00     17.70     10,726.00
         TOTAL BANKRUPTCY-RELATED ADVI 22.50  12,494.00    100.50     49,062.50

                             --------   -----------   --------   -----------
          TOTALS             471.90   286,434.00  2,376.30  1,186,553.00
                             ========   ===========   ========   ===========
```

```
FIELDWOOD ENERGY LLC                                    PAGE   67
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

| ATTORNEY SUMMARY | RATE | ----------THIS BILL----------<br>HOURS | FEES | --CUMULATIVE TOTALS---<br>HOURS | FEES |
|---|---|---|---|---|---|
| AMY G. SCAFIDEL | .00 | .00 | .00 | 2.40 | 1,248.00 |
| CINDY M. MULLER | .00 | .00 | .00 | 24.30 | 12,028.50 |
| DOUGLAS C. LONGMAN | .00 | .00 | .00 | 3.50 | 1,050.00 |
| DAVID M. HUNTER, D. | .00 | .00 | .00 | 24.20 | 13,431.00 |
| F. RIVERS LELONG | .00 | .00 | .00 | .60 | 321.00 |
| JONATHAN A. HUNTER, J. | 700.00 | 111.10 | 77,770.00 | 330.90 | 215,145.00 |
| JOSHUA A. NORRIS, J. | 650.00 | 7.50 | 4,875.00 | 43.60 | 28,340.00 |
| JAMES NOE | 700.00 | 118.70 | 83,090.00 | 535.40 | 343,527.50 |
| KRISTINA M. JOHNSON, K. | 500.00 | 12.20 | 6,100.00 | 73.50 | 33,685.00 |
| MARK A. CUNNINGHAM | 660.00 | .30 | 198.00 | .30 | 198.00 |
| MARC C. HEBERT, M. | .00 | .00 | .00 | 2.30 | 1,610.00 |
| MICHAEL W. MAGNER | 520.00 | 31.50 | 16,380.00 | 81.80 | 41,530.00 |
| PAULINE F. HARDIN, P. | 625.00 | 72.30 | 45,187.50 | 249.70 | 156,062.50 |
| ROBERT B. BIECK JR. | 590.00 | 6.40 | 3,776.00 | 6.40 | 3,776.00 |
| R. CHRISTIAN JOHNSEN | .00 | .00 | .00 | .40 | 250.00 |
| RICHARD D. BERTRAM | .00 | .00 | .00 | 67.20 | 37,968.00 |
| R PATRICK VANCE | 600.00 | 4.60 | 2,760.00 | 15.70 | 8,865.00 |
| R. SCOTT JENKINS | .00 | .00 | .00 | .80 | 436.00 |
| BRETT S. VENN | .00 | .00 | .00 | 2.70 | 1,377.00 |
| JOSEPH E. BAIN | 600.00 | 3.10 | 1,860.00 | 45.30 | 27,180.00 |
| MARK A. MINTZ | .00 | .00 | .00 | .40 | 160.00 |
| SARAH Y. DICHARRY | 460.00 | 53.30 | 24,518.00 | 178.40 | 82,064.00 |
| CAROLINE V. MCCAFFREY | 290.00 | 2.60 | 754.00 | 37.00 | 9,698.00 |
| DANIEL J. BALDWIN | 450.00 | 2.70 | 1,215.00 | 63.40 | 28,530.00 |
| GABRIELLE A. RAMIREZ | 340.00 | 11.00 | 3,740.00 | 71.50 | 22,192.50 |
| MADISON M. TUCKER | .00 | .00 | .00 | 1.00 | 275.00 |
| PATRICK J. FACKRELL | .00 | .00 | .00 | 1.90 | 598.50 |
| TAYLOR K. WIMBERLY | 375.00 | 28.40 | 10,650.00 | 77.90 | 29,212.50 |
| ELIZABETH L. CRADDOCK | 600.00 | 5.50 | 3,300.00 | 9.70 | 5,820.00 |
| ROBERT G. KENEDY | 575.00 | .30 | 172.50 | 52.90 | 29,557.50 |
| STANLEY A. MILLAN | .00 | .00 | .00 | 6.30 | 2,646.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | .20 | 40.00 |
| DANIEL J. VOGEL | .00 | .00 | .00 | .20 | 40.00 |
| GEORGETTE M. SHAHIEN | .00 | .00 | .00 | 9.70 | 1,988.50 |
| KILBY M. BRABSTON | .00 | .00 | .00 | 4.40 | 814.00 |
| MELLAINE B. SALINAS | 220.00 | .40 | 88.00 | 26.90 | 5,388.00 |
| TARA C. GORUMBA | .00 | .00 | .00 | 108.30 | 13,537.50 |
| WINTER RANDALL | .00 | .00 | .00 | 215.20 | 25,962.50 |
| TOTALS | | 471.90 | 286,434.00 | 2,376.30 | 1,186,553.00 |

```
FIELDWOOD ENERGY LLC                                          PAGE  68
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00




COSTS INCURRED:


01/29/21 COPYING                                              4.00
01/04/21 OUT OF TOWN TRAVEL - JAMES NOE - TRIP EXP - NEW    654.96
         ORLEANS, LA - 11/18/20 - PARTICIPATION IN
         FIELDWOOD LITIGATION MATTER
01/19/21 LEXIS LEGAL RESEARCH - DICHARRY, SARAH            460.35
01/19/21 LEXIS LEGAL RESEARCH - RAMIREZ, GABRIELLE          29.70
01/19/21 LEXIS LEGAL RESEARCH - WIMBERLY, TAYLOR           820.95
01/28/21 LEXIS LEGAL RESEARCH - WIMBERLY, TAYLOR            74.25
12/21/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     25.42
         ORIGINATED BY PAULINE F. HARDIN
12/29/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     12.64
         ORIGINATED BY PAULINE F. HARDIN
01/06/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     42.04
         ORIGINATED BY JAMES W. NOE
01/07/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     13.00
         ORIGINATED BY JAMES W. NOE
01/08/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      4.48
         ORIGINATED BY JAMES W. NOE
01/12/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      9.03
         ORIGINATED BY JOSEPH BAIN

                              TOTAL COSTS:            $2,150.82

                    COST SUMMARY

   E101   COPYING                        4.00
   E105   LONG DISTANCE                106.61
   E106   COMPUTER LEGAL RESEARCH    1,385.25
   E110   OUT OF TOWN TRAVEL           654.96
                                     --------------
          TOTAL DISBURSEMENTS        $2,150.82


                         TOTAL FEES AND COSTS:   $288,584.82
```

```
FIELDWOOD ENERGY LLC                                           PAGE   69
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



            * * *   R E M I T T A N C E   C O P Y   * * *

                        TOTAL FEES:                   $286,434.00

                        TOTAL COSTS:                    $2,150.82

                        LESS CREDITS:                       $0.00
                                                     -------------
                  TOTAL CURRENT FEES AND COSTS DUE    $288,584.82

BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.        BALANCE
 01/14/21        1060490        $11906.40


                  TOTAL PRIOR INVOICES DUE:            $11,906.40
                                                      -----------


                  TOTAL AMOUNT DUE:                   $300,491.22
                                                      ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                        JONES WALKER LLP
                201 St. Charles Ave. - 50th Floor
                New Orleans, Louisiana 70170-5100
```

FIELDWOOD ENERGY LLC                                              PAGE    70
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                        Iberia Bank
                        New Orleans, Louisiana
                        ABA Number:  265270413
                        Account Number:  20000247731
                        Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

```
FIELDWOOD ENERGY LLC                                          PAGE   71
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00
```

```
WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT JAMES NOE
IN DC CAPITOL          OR OUR CREDIT MANAGER AT (504)582-8220.
                         ATLANTA, GA (404)870-7500
                      BATON ROUGE, LA (225)248-2000
                       BIRMINGHAM, AL (205)244-5200
                        HOUSTON, TX (713)437-1800
                        JACKSON, MS (601)949-4900
                      LAFAYETTE, LA (337)593-7600
                         MIAMI, FL (305)679-5700
                        MOBILE, AL (251)432-1414
                      NEW ORLEANS, LA (504)582-8000
                        NEW YORK, NY (646)512-8101
                        PHOENIX, AZ (602)366-7889
                      TALLAHASSEE, FL (850)425-7800
                WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                 WASHINGTON, DC (DOWNTOWN) (202)434-4660
                      THE WOODLANDS, TX (281)296-4400


   *****************************************************************
```

```
FIELDWOOD ENERGY LLC                                              PAGE   72
FEBRUARY 19, 2021
INVOICE NO.: 1064320
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



BILLING ATTY:     JAMES NOE
SUPERVISING ATTY:  JAMES NOE



        * * *    A C C O U N T I N G   C O P Y   * * *



                TOTAL FEES:                        $286,434.00

                TOTAL COSTS:                         $2,150.82

                LESS CREDITS:                            $0.00
                                                   -------------
        TOTAL CURRENT FEES AND COSTS DUE      $288,584.82

BALANCE DUE ON PRIOR INVOICES:

    DATE         INVOICE NO.        BALANCE
 01/14/21         1060490         $11906.40


                TOTAL PRIOR INVOICES DUE:        $11,906.40
                                                -----------


                TOTAL AMOUNT DUE:               $300,491.22
                                                ============
```

## TRIP EXPENSES

| Client No. **45043** Use client #00500 for non-billable matters | Client & File Title or General Office **Fieldwood Restructuring** | DATE OF THIS REPORT **December 30, 2020** |
|---|---|---|
| File No. **178208-00** | TRAVEL DESTINATION ☐ Local Travel ☑ Out of Town Travel  From  Houston            To  New Orleans  To                                To | AMOUNT **654.96**  ATTORNEY **Jim Noe** |
| REASON FOR TRIP **Participation in Fieldwood Litigation matter.** | | DATE(S) OF TRIP **11/18/2020** |

### INDIVIDUAL BUSINESS EXPENSES INCURRED

| DATE PAID OR CHARGED | ITEMIZED HOTEL BILL* | | MEALS & BEVERAGE NOT INCLUDED IN HOTEL BILL | CAB FARES / CAR RENTAL | PERSONAL AUTO (Miles X .575) | AIR FARE (Including Baggage Fees) | PARKING, TOLLS, TIPS | MISC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | MEALS & BEVERAGE | LODGING / OTHER | | | | | | | |
| 11/18/20 | | | | | No. of Miles 0.00 | 654.96 | | | 654.96 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| | | | | | No. of Miles 0.00 | | | | 0.00 |
| **TOTALS** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **654.96** | **0.00** | **0.00** | **654.96** |

* Itemized hotel invoice must be attached hereto and meals & beverages must be broken out separately from lodging charges.

NOTE: EVERY EXPENSE OF $25.00 OR MORE REQUIRES A RECEIPT TO BE ATTACHED HERETO

### RECAP OF EXPENDITURES

| TOTAL TRIP EXPENSE | 654.96 | TOTAL MEALS | $0.00 | TOTAL OTHER | $654.96 |
|---|---|---|---|---|---|

LESS ADVANCE _____        VENDOR ID  6905

BALANCE DUE  654.96                  VOUCHER ID _____

Check ☑        Credit Personal Account ☐        DEC 30 2020

Make Check Payable to  Jim Noe _____

G/L# _____
File _____
Sep. Ck. _____ Y _____ N

**Johnson, Rhett**

| | |
|---|---|
| **From:** | Rosemary Noe <rblack94@gmail.com> |
| **Sent:** | Wednesday, December 16, 2020 4:07 PM |
| **To:** | Johnson, Rhett |
| **Subject:** | Fwd: [EXTERNAL] James William Noe's 11/18 New Orleans trip (QVIFS8): Your reservation is confirmed. |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

---------- Forwarded message ---------
From: **Johnson, Rhett** <rhettjohnson@joneswalker.com>
Date: Tue, Nov 17, 2020 at 10:55 AM
Subject: RE: [EXTERNAL] James William Noe's 11/18 New Orleans trip (QVIFS8): Your reservation is confirmed.
To: Noe, James <jnoe@joneswalker.com>
Cc: Rosemary Noe <rblack94@gmail.com>

Hey Jim, same thing with the hotel reservation as well?

**Rhett Johnson**　Government Relations Specialist
Jones Walker LLP
D: 202.203.1044
rhettjohnson@joneswalker.com

From: Noe, James <jnoe@joneswalker.com>
Sent: Tuesday, November 17, 2020 11:48 AM
To: Johnson, Rhett <rhettjohnson@joneswalker.com>
Cc: Rosemary Noe <rblack94@gmail.com>
Subject: Fwd: [EXTERNAL] James William Noe's 11/18 New Orleans trip (QVIFS8): Your reservation is confirmed.

Expense this to the Fieldwood Restructuring matter.

**James Noe ¦ Partner**
D: 202.203.1026 · M: 281.915.8448
JNoe@joneswalker.com



**Jones Walker LLP**
**499 S Capitol St SW, Ste 600**
**Washington, D.C. 20003**
**joneswalker.com**

Begin forwarded message:

**From:** Southwest Airlines <southwestairlines@ifly.southwest.com>
**Date:** November 17, 2020 at 10:47:05 AM CST
**To:** "Noe, James" <jnoe@joneswalker.com>
**Subject: [EXTERNAL] James William Noe's 11/18 New Orleans trip (QVIFS8): Your reservation is confirmed.**
**Reply-To:** "Southwest Airlines" <no-reply@ifly.southwest.com>

Here's your itinerary and other important travel information.
View our mobile site | View in browser

 **Southwest's**                    Manage Flight | Flight Status | My Account

## Hi James William,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**NOVEMBER 18 - NOVEMBER 20**

# HOU ✈ MSY

Houston (Hobby) to New Orleans

Confirmation # **QVIFS8**                    Confirmation date: 11/17/2020

| | |
|---|---|
| **PASSENGER** | **James William Noe** |
| RAPID REWARDS # | 20479418945 |
| TICKET # | 5262336288658 |

2

EXPIRATION[1]          November 17, 2021

EST. POINTS EARNED   7,618

Rapid Rewards® points are only estimations.

## Your itinerary

| Flight 1: Wednesday, 11/18/2020 | Est. Travel Time: 1h 5m | Business Select® |
| --- | --- | --- |

|  | DEPARTS | ARRIVES |
| --- | --- | --- |
| FLIGHT # 1059 | **HOU 09:40**AM<br>Houston (Hobby) | **MSY 10:45**AM<br>New Orleans |

| Flight 2: Friday, 11/20/2020 | Est. Travel Time: 1h 20m | Business Select® |
| --- | --- | --- |

|  | DEPARTS | ARRIVES |
| --- | --- | --- |
| FLIGHT # 0358 | **MSY 12:30**PM<br>New Orleans | **HOU 01:50**PM<br>Houston (Hobby) |

## Payment information

| Total cost | | | Payment |
| --- | --- | --- | --- |
| **Air - QVIFS8** | | | **Visa ending in 7179**<br>Date: November 17, 2020 |
| Base Fare | $ | 634.76 | |
| U.S. 9/11 Security Fee | $ | 11.20 | **Payment Amount: $654.96** |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| Total | $ | 654.96 | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262336268658

## Prepare for takeoff

3