**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION**
**DISCLOSURE DURING THE SECOND COMPENSATION PERIOD**
**(February 1, 2021 – April 30, 2021)**

| Category of Timekeeper | Total Hours | Total Fees | Blended Hourly Rate | |
|---|---|---|---|---|
| | | | **Billed in this Application** | **Billed or Collected from Firm or Offices for Preceding Year (Excluding Bankruptcy)** |
| Partner | 929.0 | $595,946.50 | $641.49 | $407.51 |
| Special Counsel | 12.3 | $6,955.00 | $565.45 | $343.05 |
| Associate | 163.9 | $58,325.50 | $355.86 | $277.69 |
| Paralegal | 6.0 | $1,319.00 | $219.83 | $169.07 |
| **AGGREGATED:** | **1,111.2** | **$662,546.00** | **$596.24** | **$361.71** |

**EXHIBIT B**

## SUMMARY OF TIMEKEEPERS RENDERING SERVICES DURING THE SECOND COMPENSATION PERIOD
### (February 1, 2021 – April 30, 2021)

| Name | Position/ Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $700.00 | 217.3 | $152,110.00 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $700.00 | 386.9 | $270,830.00 |
| Joshua A. Norris, Jr. | Partner/ Litigation | La. 2010 Tex. 2000 | $650.00 | 8.4 | $5,460.00 |
| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 57.5 | $35,937.50 |
| Joseph E. Bain | Partner/ Bankruptcy & Restructuring | N.Y. 2010 Tex. 2013 | $600.00 | 3.5 | $2,100.00 |
| Elizabeth L. Craddock | Special Counsel/ Government Relations | D.C. 2008 | $600.00 | 9.8 | $5,880.00 |
| R. Patrick Vance | Sr. Partner/ Litigation | La. 1975 | $600.00 | 0.1 | $60.00 |
| Robert B. Bieck, Jr. | Partner/ Litigation | D.C. 1994 La. 1977 Tex. 1977 | $590.00 | 0.2 | $118.00 |
| David M. Hunter | Partner/ Corporate | La. 1982 | $580.00 | 5.20 | $3,016.00 |

{HD117514.1}

| Name | Position/ Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Richard D. Bertram | Partner/ Maritime | La. 1986 | $565.00 | 100.1 | $56,556.50 |
| John F. Fletcher | Partner/ Tax | Tenn. 1996 La. 1997 Miss. 200 | $565.00 | 1.4 | $791.00 |
| Michael W. Magner | Partner/ Litigation | La. 1982 Tex. 2012 | $520.00 | 17.8 | $ 9,256.00 |
| Kristina M. Johnson | Partner/ Bankruptcy & Restructuring | Miss. 1992 | $500.00 | 8.0 | $4,000.00 |
| Grady S. Hurley | Partner/ Maritime | La. 1979 | $490.00 | 1.0 | $490.00 |
| C. Ellis Brazeal, III | Partner/ Litigation | Ala. 1987 | $485.00 | 1.4 | $679.00 |
| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 107.4 | $49,404.00 |
| Daniel J. Baldwin | Associate/ Litigation | Tex. 2011 | $450.00 | 5.2 | $2,340.00 |
| Stanley A. Millan | Special Counsel/ Litigation | D.C. 2008 La. 1970 Tex. 2007 | $430.00 | 2.5 | $1,075.00 |
| Paul O. Woodall, Jr. | Partner/ Corporate | Ala. 1995 | $410.00 | 8.0 | $3,280.00 |
| Mark T. Davis | Partner/ Corporate | Miss. 1984 | $395.00 | 2.3 | $908.50 |

| Name | Position/ Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Chad J. Hammons | Partner/ Litigation | Miss. 1996 | $380.00 | 2.5 | $950.00 |
| Taylor K. Wimberly | Associate/ Litigation | La. 2019 | $375.00 | 48.7 | $18,262.50 |
| Elise M. Henry | Associate/ Litigation | La. 2014 | $350.00 | 17.3 | $6,055.00 |
| Jordan B. Retif | Associate/ Corporate | La. 2019 | $350.00 | 15.0 | $5,250.00 |
| Gabrielle A. Ramirez | Associate/ Bankruptcy & Restructuring | Tex. 2019 | $340.00 | 77.7 | $26,418.00 |
| B. Karan Payne | Paraprofessional | N/A | $240.00 | 3.2 | $768.00 |
| Georgette M. Shahien | Paraprofessional | N/A | $205.00 | 1.1 | $231.00 |
| Mellaine B. Salinas | Paraprofessional | N/A | $220.00 | 0.5 | $110.00 |
| B. Cecilia Ortiz | Paraprofessional | N/A | $175.00 | 1.2 | $210.00 |
| **TOTAL:** | | | | **1,111.2** | **$662,546.00** |

{HD117514.1}

**EXHIBIT C**

**SUMMARY OF COMPENSATION REQUESTED BY
PROJECT CATEGORY DURING THE COMPENSATION PERIOD
(February 1, 2021 – April 30, 2021)**

| Task Code | Task Category | Hours | Fees |
|-----------|---------------|-------|------|
| B110 | Case Administration | 57.7 | $34,765.00 |
| B120 | Asset Analysis and Recovery | 2.7 | $1,070.00 |
| B160 | Fee/Employment Applications | 77.7 | $26,418.00 |
| B180 | Avoidance Action Analysis | 385.9 | $270,130.00 |
| B190 | Other Contested Matters | 393.5 | $230,023.50 |
| B210 | Business Operations | 100.6 | $56,666.50 |
| B230 | Financing/Cash Collection | 5.2 | $3,016.00 |
| B240 | Tax Issues | 10.8 | $4,750.00 |
| B250 | Real Estate | 5.5 | $1,676.50 |
| B260 | Board of Directors Matters | 1.0 | $700.00 |
| B310 | Claims/Admin/Objections | 1.3 | $272.50 |
| B320 | Plan/Disclosure Statement | 0.6 | $360.00 |
| B410 | General Bankruptcy Advice | 8.6 | $4,270.00 |
| B420 | Restructuring | 60.1 | $28,428.00 |
| **TOTAL:** | | **1,111.2** | **$662,546.00** |

{HD117515.1}

## EXHIBIT D

### SUMMARY OF PRIOR FEE STATEMENTS AND BALANCE OF FEES AND EXPENSES

| Period | Fees Incurred | Fees Requested | Fees Paid | Expenses Incurred | Expenses Paid | Balance (Fees & Expenses) |
|---|---|---|---|---|---|---|
| February 1, 2021 – February 28, 2021 | $162,588.50 | $130,070.80 | $130,070.80 | $2,391.26 | $2,391.26 | $32,517.70 |
| March 1, 2021 – March 31, 2021 | $243,246.50 | $194,597.20 | $194,597.20 | $6,930.07 | $6,930.07 | $48,649.30 |
| April 1, 2021 – April 30, 2021 | $256,711.00 | $205,368.80 | $205,368.80 | $1,573.09 | $1,573.09 | $51,342.20 |
| **TOTAL:** | **$662,546.00** | **$530,036.80** | **$530,036.80** | **$10,894.42** | **$10,894.42** | **$132,509.20** |

{HD117516.1}

**<u>EXHIBIT E</u>**

**SUMMARY OF EXPENSES FOR THE COMPENSATION PERIOD**
**(February 1, 2021 – April 30, 2021)**

| Expense Category | Amount |
|---|---|
| Computer Legal Research | $5,675.70 |
| Court Fees | $16.40 |
| Delivery Services | $27.05 |
| Long Distance | $175.27 |
| Other Professionals | $5,000.00 |
| **TOTAL:** | **$10,894.42** |

# **EXHIBIT F**

## **FEBRUARY FEE STATEMENT**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re | § § § | **Chapter 11** |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § § | **Case No. 20-33948 (MI)** |
| Debtors.[1] | § § § | **(Jointly Administered)** |

## MONTHLY FEE STATEMENT OF JONES WALKER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR THE PERIOD FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

| **Name of Applicant:** | **Jones Walker LLP** |
|---|---|
| Role of Applicant in case: | Special Counsel for Debtors |
| Date order of employment signed: | October 6, 2020 [Docket No. 411] |
| Time period covered by this statement: | February 1, 2021 through February 28, 2021 |
| **Summary of Total Fees and Expenses Requested** ||
| Total fees requested in this statement: | $162,588.50 |
| Total expenses requested in this statement: | $2,391.26 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $164,979.76 |
| **Summary of Attorney Fees Requested** ||
| Total attorney fees requested in this statement: | $161,479.50 |
| Total attorney hours covered by this statement: | 274.5 |
| Average hourly rate for attorneys: | $588.27 |
| **Summary of Paraprofessional Fees Requested** ||
| Total paraprofessional fees requested in this statement: | $1,109.00 |
| Total paraprofessional hours covered by this statement: | 4.8 |
| Average hourly rate for paraprofessionals: | $231.04 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 367], each party receiving notice of the monthly fee statement will have 14 days after the date of service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), Jones Walker LLP ("**Jones Walker**"), Special Counsel for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"), submits this monthly statement of services rendered and expenses incurred in this case for the period of February 1, 2021 through February 28, 2021 (the "**Statement Period**").[2]

## I.    Itemization of Services Rendered by Jones Walker

A.    The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Jones Walker seeks compensation.

| Name | Position/Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Jonathan A. Hunter | Partner/Litigation | La. 1988 | $700.00 | 37.2 | $26,040.00 |
| James Noe | Partner/Government Relations | La. 1997 Tex. 2003 | $700.00 | 113.5 | $79,450.00 |

---

[2]    For clarity, Jones Walker notes that certain fees and expenses requested in this statement were accrued outside of the Statement Period and inadvertently omitted from previous statements.

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Joshua A. Norris, Jr. | Partner/ Litigation | La. 2010 Tex. 2000 | $650.00 | 1.3 | $845.00 |
| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 20.5 | $12,812.50 |
| Joseph E. Bain | Partner/ Bankruptcy & Restructuring | Tex. 2013 | $600.00 | 1.6 | $960.00 |
| Elizabeth L. Craddock | Special Counsel/ Government Relations | D.C. 2008 | $600.00 | 3.5 | $2,100.00 |
| R. Patrick Vance | Sr. Partner/ Litigation | La. 1975 | $600.00 | 0.1 | $60.00 |
| Robert B. Bieck, Jr. | Partner/ Litigation | D.C. 1994 La. 1977 Tex. 1977 | $590.00 | 0.2 | $118.00 |
| John F. Fletcher | Partner/ Tax | Tenn. 1996 La. 1997 Miss. 2001 | $565.00 | 1.4 | $791.00 |
| Michael W. Magner | Partner/ Litigation | La. 1982 Tex. 2012 | $520.00 | 8.7 | $4,524.00 |
| Kristina M. Johnson | Partner/ Bankruptcy & Restructuring | Miss. 1992 | $500.00 | 5.4 | $2,700.00 |
| C. Ellis Brazeal, III | Partner/ Litigation | Ala. 1987 | $485.00 | 1.4 | $679.00 |
| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 14.9 | $6,854.00 |
| Paul O. Woodall, Jr. | Partner/ Corporate | Ala. 1995 | $410.00 | 8.0 | $3,280.00 |
| Mark T. Davis | Partner/ Corporate | Miss. 1984 | $395.00 | 2.3 | $908.50 |
| Chad J. Hammons | Partner/ Litigation | Miss. 1996 | $380.00 | 2.5 | $950.00 |

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Taylor K. Wimberly | Associate/ Litigation | La. 2019 | $375.00 | 16.5 | $6,187.50 |
| Jordan B. Retif | Associate/ Corporate | La. 2019 | $350.00 | 15.0 | $5,250.00 |
| Gabrielle A. Ramirez | Associate/ Bankruptcy & Restructuring | Tex. 2019 | $340.00 | 20.5 | $6,970.00 |
| B. Karan Payne | Paraprofessional | N/A | $240.00 | 3.2 | $768.00 |
| Mellaine B. Salinas | Paraprofessional | N/A | $220.00 | 0.5 | $110.00 |
| Georgette M. Shahien | Paraprofessional | N/A | $210.00 | 1.1 | $231.00 |
| **TOTAL** | | | | **279.3** | **$162,588.50** |

B.     The time records of Jones Walker consisting of a daily breakdown of the time spent by each person on each day, and details as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

## II.     Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by Jones Walker by task categories and provides a summary of disbursements incurred by category of disbursement.

A.     <u>Services Rendered</u>

The following services were rendered in the following task categories:

| Task Code | Task Category | Hours | Fees Earned |
|-----------|---------------|-------|-------------|
| B110 | Case Administration | 8.5 | $4,650.00 |
| B120 | Asset Analysis/Recovery | 2.7 | $1,070.00 |
| B160 | Fee/Employment Applications | 20.5 | $6,970.00 |
| B180 | Avoidance Action Analysis | 113.5 | $79,450.00 |
| B190 | Other Contested Matters | 79.2 | $44,356.50 |
| B210 | Business Operations | 0.5 | $110.00 |
| B240 | Tax Issues | 10.8 | $4,750.00 |
| B250 | Real Estate | 5.5 | $1,676.50 |
| B310 | Claims/Administrative/Objections | 0.1 | $62.50 |
| B320 | Plan/Disclosure Statement | 0.1 | $60.00 |
| B410 | General Bankruptcy Advice | 1.4 | $840.00 |
| B420 | Restructuring | 36.5 | $18,593.00 |
| **TOTAL** | | **279.3** | **$162,588.50** |

A detailed itemization of the services rendered and resulting fees in each of the above task categories is set forth in **Exhibit A**.

B.    Disbursements Incurred

The disbursements incurred by Jones Walker for expenses in this Statement are as follows:

| Expense | Amount |
|---------|--------|
| Long Distance | $95.81 |
| Computer Legal Research | $2,292.45 |
| Court Fees | $3.00 |
| **TOTAL** | **$2,391.26** |

C.    Accordingly, the amount of fees and expenses payable for this Statement Period is $132,462.06, which is calculated as follows:

| Description | Amount |
|---|---|
| Total Fees for Services Rendered | $162,588.50 |
| Twenty Percent (20%) Holdback | $32,517.70 |
| Fees Minus Holdback | $130,070.80 |
| Total Expenses for Disbursements Incurred (100%) | $2,391.26 |
| **TOTAL** | **$132,462.06** |

WHEREFORE, pursuant to the Interim Compensation Order, Jones Walker requests payment of compensation in the amount of (i) $130,070.80 (80% of $162,588.50) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $2,391.26 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $132,462.06 for the Statement Period.

Dated: March 29, 2021                              Respectfully submitted,

**JONES WALKER LLP**

 */s/ James Noe*
James Noe (TX Bar No. 24040178)
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:  713-437-1800
Fax:  713-437-1801
Email: jnoe@joneswalker.com

-and-

Mark A. Mintz (SDTX No. 1140193)
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel:  504-582-8368
Fax:  504-589-8368
Email: mmintz@joneswalker.com

*Special Counsel for Fieldwood Energy, LLC et al.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 29, 2021, a true and correct copy of the foregoing Monthly Fee Statement was duly served upon the following parties via email as ordered in the Interim Compensation Order [Docket No. 367] entered on September 17, 2020.

**<u>Debtors</u>**
Fieldwood Energy LLC
Mike Dane (mdane@fwellc.com)
Tommy Lamme (tlamme@fwellc.com)

**<u>Counsel to the Debtors</u>**
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq. (matt.barr@weil.com)
Alfredo R. Pérez, Esq. (alfredo.perez@weil.com)
Jessica Liou, Esq. (jessica.liou@weil.com)

**<u>Counsel to the Ad Hoc Group of Secured Lenders</u>**
Davis Polk & Wardwell LLP
Damian S. Schaible, Esq. (damian.schaible@davispolk.com)
Natasha Tsiouris, Esq. (natasha.tsiouris@davispolk.com)

Haynes and Boone, LLP
Charles A. Beckham Jr., Esq. (charles.beckham@haynesboone.com)
Martha Wyrick, Esq. (martha.wyrick@haynesboone.com)

**<u>Office of the U.S. Trustee for the Southern District of Texas</u>**
Hector Duran (hector.duran.jr@usdoj.gov)
Stephen Statham (stephen.statham@usdoj.com)

**<u>Counsel to the Creditors' Committee</u>**
Stroock & Stroock & Lavan LLP
Sherry Millman, Esq. (smillman@stroock.com)
Kenneth Pasquale, Esq. (kpasquale@stroock.com)

*/s/ James Noe*
James Noe

## **Exhibit A**

Itemization of Services Rendered and Disbursements Incurred

6905     45043

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

FIELDWOOD ENERGY LLC                    MARCH 23, 2021
ATTN:  TOMMY LAMME                      INVOICE NO. 1068326
2000 W. SAM HOUSTON PKWY S., STE 1200
HOUSTON, TX 77042


RE:  FIELDWOOD RESTRUCTURING

FILE NO. 178208-00


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 01/20/21 | JAH | B190 | A104 | ANALYZE DEBARMENT ISSUES POTENTIALLY ARISING FROM CRIMINAL INVESTIGATIONS AND NEGOTIATED PLEA. | .80 | 560.00 |
| 01/20/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT AND FILE MOTION FOR EXTENSION. | 1.10 | 770.00 |
| 01/20/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CONTINUE TO DRAFT AND REVISE FW IBLA BRIEF AND SUPPORTING TESTIMONY. | 4.20 | 2,940.00 |
| 01/20/21 | SYD | B190 | A104 | EI 342 IBLA APPEAL (IBLA-2020-0306) - REVIEW AND COMMENT ON MOTION FOR EXTENSION OF TIME. | .30 | 138.00 |
| 01/30/21 | JAH | B190 | A104 | DRAFT CIVIL PENALTY POSITION PAPER. | 2.00 | 1,400.00 |
| 02/01/21 | JAH | B190 | A104 | REVIEW CIVIL PENALTY BACKGROUND AND DEVELOP POSITION PAPER. | 6.20 | 4,340.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    2
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/01/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE B. SERGESKETTER RE APPEAL. | .10 | 70.00 |
| 02/01/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (M. DANE) TO DISCUSS VARIOUS PREDECESSOR ISSUES. | .60 | 420.00 |
| 02/01/21 JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER TO DISCUSS CIVIL PENALTY POSITION PAPER. | .20 | 140.00 |
| 02/01/21 JN | B180 | A104 | REVIEW TERM SHEET PROVIDED BY A LARGE PREDECESSOR REGARDING DECOMMISSIONING FOLLOWING RESTRUCTURING PLAN. | .50 | 350.00 |
| 02/01/21 JN | B180 | A104 | CONFERENCE CALL WITH LENDERS' REGULATORY COUNSEL TO DISCUSS STATUS OF POTENTIAL RESOLUTION OF CRIMINAL INVESTIGATION. | .40 | 280.00 |
| 02/01/21 JN | B180 | A103 | REVIEW AND REVISE CIVIL PENALTY POSITION PAPER. | 1.40 | 980.00 |
| 02/01/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (M. DANE AND T. LAMME) AND HOUILHAN LOKEY REGARDING PREDECESSOR TERM SHEET ON ACCEPTANCE OF DECOMMISSIONING LIABILITY. | .90 | 630.00 |
| 02/01/21 KMJ | B110 | A101 | FOLLOW UP ON STATUS OF AMENDED DISCLOSURE STATEMENT LANGUAGE. | .30 | 150.00 |
| 02/01/21 KMJ | B110 | A101 | CORRESPONDENCE WITH C. CARLSON RE FEE APPLICATION FOLLOW-UP. | .20 | 100.00 |
| 02/01/21 PFH | B420 | A107 | CALL TO AUSA D. KAMMER WITH MR. MAGNER RE PRODUCTION OF NON-PRIVILEGED MATERIALS (.2); E MAILS FROM/TO AUSA LATSIS RE INTERNAL INVESTIGATION (.1); E MAIL TO AUSA KAMMER RE WASHINGTON RECORDS (.1). | .50 | 312.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE    3
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


02/01/21 PFH   B420  A105  E MAIL FROM/TO MS K. JOHNSON        .10        62.50
                           WITH QUESTION RE DISCLOSURE
                           LANGUAGE.

02/01/21 PFH   B420  A104  DISCUSSION WITH MR MAGNER TO        .10        62.50
                           ANALYZE REQUEST FOR
                           INFORMATION FROM AUSA.

02/01/21 PFH   B110  A105  E MAILS TO/FROM MR BIECK WITH       .20       125.00
                           QUESTIONS RE UNDERTAKING
                           (.1); REVISED UNDERTAKING FOR
                           WALL AND HUSE (.1).

02/01/21 PFH   B420  A105  E MAIL TO MR LONGMAN/MS             .50       312.50
                           SHAHIEN RE WASHINGTON RECORDS
                           (.2); MULTIPLE E MAILS FROMMS
                           SHAHIEN RE LOCATING RECORDS
                           REQUESTED (.3).

02/01/21 RBB   B420  A105  ELECTRONIC MEMOS FROM AND          .10        59.00
                           ELECTRONIC MEMO TO MS. HARDIN
                           REGARDING FORM OF SIGNATURE
                           PAGES OF UNDERTAKINGS.

02/01/21 SYD   B190  A103  CIVIL PENALTY WHITE PAPER -        .90       414.00
                           CONTINUED TO MAKE REVISIONS
                           TO DRAFT WHITE PAPER.

02/01/21 GMS   B190  A107  ASSIST MS. HARDIN IN LOCATING      .90       189.00
                           CERTAIN OF MR.WASHINGTON'S
                           WORK PRODUCT ON USAO MATTER.

02/02/21 JAH   B190  A104  REVIEW FINAL CIVIL PENALTY          .30       210.00
                           POSITION STATEMENT AND
                           CORRESPONDENCE RE SAME.

02/02/21 JN    B180  A109  PARTICIPATED IN CONFERENCE        1.10       770.00
                           CALLS WITH LENDERS REGULATORY
                           COUNSEL AND P. HARDIN TO
                           DISCUSS SUCCESSOR LIABILITY
                           UNDER NON-PROSECUTION
                           AGREEMENT THAT WOULD RESOLVE
                           PENDING CRIMINAL
                           INVESTIGATIONS.

02/02/21 JN    B180  A103  REVIEW AND REVISE POSITION        1.20       840.00
                           PAPER ON CIVIL PENALTIES.
```

```
FIELDWOOD ENERGY LLC                                    PAGE    4
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/02/21 JN | B180 | A103 | DRAFT TRANSMITTAL EMAIL TO LAWYERS AT THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR REGRADING FIELDWOOD'S POSITION PAPER ON CIVIL PENALTIES. | .20 | 140.00 |
| 02/02/21 JN | B180 | A103 | DRAFT EMAIL TO THE CLIENT REGARDING UPDATE ON CALLS WITH LENDERS' REGULATORY COUNSEL CONCERNING SUCCESSOR LIABILITY UNDER NON-PROSECUTION AGREEMENT POTENTIALLY RESOLVING CRIMINAL INVESTIGATIONS. | .20 | 140.00 |
| 02/02/21 KMJ | B110 | A101 | CORRESPONDENCE AND TELEPHONE CONFERENCE WITH C. CARLSON RE STATUS ON AMENDED DISCLOSURE STATEMENT LANGUAGE AND STATUS OF FIRST INTERIM FEE APPLICATION. | .40 | 200.00 |
| 02/02/21 KMJ | B110 | A101 | CORRESPONDENCE WITH P. HARDIN AND J. NOE RE STATUS ON AMENDED DISCLOSURE STATEMENT LANGUAGE STATUS. | .30 | 150.00 |
| 02/02/21 PFH | B420 | A106 | E MAILS AND CALL WITH MS C. NICHOLSON (LENDER'S REGULATORY COUNSEL) RE STATUS OF CASE AND SUCCESSOR ISSUE (.3); CALL WITH MR NOE RE SAME (.2). | .50 | 312.50 |
| 02/02/21 PFH | B420 | A107 | E MAILS FROM/TO AUSA KAMMER WITH REVISED DRAFT NPA (.2); REVIEWED DRAFT NPA (.2); EMAIL TO AUSA KAMMER RE NEED FOR ATTACHED TOLLING AGREEMENT (.1); E MAIL FROM AUSA KAMMER RE REMOVING LANGUAGE RE ATTACHMENT (.1); E MAIL TO AUSA KAMMER RE POTENTIAL NEED TO REVISE (.1). | .70 | 437.50 |

```
FIELDWOOD ENERGY LLC                                          PAGE    5
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00

02/02/21 PFH   B420  A106  E MAILS TO MR.                     .30      187.50
                           SERGESKETTER/MR. NOE WITH
                           CORRESPONDENCE FROM AUSA AND
                           DRAFT NPA (.1); E MAIL FROM
                           MR NOE TO MR LAMME WITH DRAFT
                           REVISED NPA (.1); E MAILS
                           FROM MR LAMME RE CALL TO
                           DISCUSS NPA (.1).

02/02/21 PFH   B420  A107  E MAIL FROM AUSA LATSIS WITH       .10       62.50
                           REQUEST FOR INFORMATION ON
                           MR. WALL.

02/02/21 PFH   B420  A106  E MAIL TO/FROM MR                  .10       62.50
                           SERGESKETTER WITH E MAIL FROM
                           AUSA LATSIS WITH REQUEST FOR
                           INFORMATION ON MR. WALL.

02/02/21 PFH   B420  A107  E MAILS FROM MS J. HAYDN AND       .10       62.50
                           MR. CARLSON RE WALL
                           REPRESENTATION.

02/02/21 PFH   B420  A104  REVIEW DIGITAL DON WASHINGTON      .60      375.00
                           FILE RE MP 310 (.5); E MAIL
                           WITH MR MAGNER ON SAME (.1).

02/02/21 PFH   B420  A106  REVIEWED REVISED UNDERTAKINGS      .10       62.50
                           FOR HUSE AND WALL, INCLULDING
                           E MAIL TO MR SERGESKETTER FOR
                           INSTRUCTIONS.

02/02/21 PFH   B420  A105  E MAIL FROM MS K. JOHNSON RE       .10       62.50
                           STATUS OF DISCLOSURE LANGUAGE.

02/02/21 RBB   B420  A104  REVIEW FINAL VERSIONS OF HUSE      .10       59.00
                           AND WALL UNDERTAKINGS.

02/02/21 RPV   B320  A105  EMAIL FROM MS. JOHNSON             .10       60.00
                           REGARDING FIELDWOOD
                           DISCLOSURE STATEMENT ISSUES.

02/02/21 JEB   B120  A104  REVIEW CORRESPONDENCE             .20      120.00
                           REGARDING DISCLOSURE
                           STATEMENT.

02/02/21 GAR   B160  A103  REVISE JONES WALKER FIRST          .80      272.00
                           INTERIM FEE APPLICATION TO
                           RESOLVE ISSUES RAISED BY H.
                           JAMES (.4); CORRESPOND WITH
                           K. JOHNSON AND WEIL COUNSEL
```

```
FIELDWOOD ENERGY LLC                                    PAGE    6
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
                           ON SAME (.4).

02/02/21 TKW   B190  A102  APPEAL OF INTEREST INVOICE      1.50      562.50
                           ONRR 20-0296 -- RESEARCHED
                           CASES APPLYING CROSS-LEASE
                           NETTING.

02/02/21 GMS   B190  A107  COMMUNICATIONS WITH MS.          .20       42.00
                           HARDIN CONCERNING MATERIALS
                           PRESERVED FROM MR.
                           WASHINGTON'S NOTES ON
                           INTERVIEWS AND STATEMENTS.

02/03/21 CEB   B240  A106  TELEPHONE CONFERENCE WITH L.     .40      194.00
                           SMITH REGARDING ALABAMA LIEN
                           LAW.

02/03/21 CJH   B120  A102  MULTIPLE EMAILS WITH FIRM       2.50      950.00
                           ATTORNEYS RE MINERAL LIEN
                           ISSUES (.6); RESEARCH
                           STATUTES AND CASE LAW RE
                           PERFECTION OF LIENS ON OIL
                           WELLS AND TIMING ISSUES
                           RELATED TO ASSERTION AND
                           PERFECTION (1.4); EMAILS WITH
                           WEIL GOTSHAL ATTORNEY L.
                           SMITH RE TEXAS AND
                           MISSISSIPPI STATUTORY SCHEMES
                           (.5).

02/03/21 JAH   B190  A104  PREPARE FOR AND PARTICIPATE     1.60    1,120.00
                           IN LEGAL WORKING GROUP CALL.

02/03/21 JN    B180  A109  PREPARE FOR AND PARTICIPATE      .50      350.00
                           IN CONFERENCE CALL WITH P.
                           HARDIN REGARDING
                           NON-PROSECUTION AGREEMENT.

02/03/21 JN    B180  A109  CONFERENCE CALL WITH LAWYERS    1.00      700.00
                           FROM DEPARTMENT OF INTERIOR
                           AND DEPARTMENT OF JUSTICE
                           (LEGAL WORKING GROUP).

02/03/21 JN    B180  A109  CONFERENCE CALL WITH THE        1.00      700.00
                           CLIENT AND WEIL TO DISCUSS
                           MEETING WITH ENI AND TO
                           ADDRESS ENI CONCERNS.
```

```
FIELDWOOD ENERGY LLC                                        PAGE    7
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/03/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND THE CLIENT TO DISCUSS SUCCESSOR LIABILITY ON THE NON-PROSECUTION AGREEMENT. | .50 | 350.00 |
| 02/03/21 | JN | B180 | A103 | REVIEW AND REVISE CIVIL PENALTY POSITION PAPER (.9); DRAFT CIRCULATION EMAIL TO LAWYERS AT THE DEPARTMENT OF JUSTICE AND THE DEPARTMENT OF INTERIOR (.4). | 1.30 | 910.00 |
| 02/03/21 | KMJ | B110 | A101 | MULTIPLE TELEPHONE CONFERENCES AND CORRESPONDENCE WITH J. NOE AND OTHERS RE REQUESTS FOR MISSISSIPPI AND ALABAMA LIEN QUESTIONS. | 1.00 | 500.00 |
| 02/03/21 | MTD | B250 | A104 | RESPOND TO QUESTIONS FROM K. JOHNSON REGARDING CONSTRUCTION LIENS (.2); REVIEW REQUEST FOR CALCULATION OF RECORDING FEES AND TAXES (.1). | .30 | 118.50 |
| 02/03/21 | MWM | B190 | A104 | TELEPHONE CONFERENCE WITH MS. HARDIN TO REVIEW/REVISE NPA. | .50 | 260.00 |
| 02/03/21 | PFH | B420 | A106 | E MAIL FROM MR SERGESKETTER TO AUSA LATSIS WITH REQUESTED INFORMATION RE MR WALL. | .10 | 62.50 |
| 02/03/21 | PFH | B420 | A107 | E MAIL TO AUSA KAMMER WITH REVISED TOLLING AGREEMENT LANGUAGE FOR CONSIDERATION. | .20 | 125.00 |
| 02/03/21 | PFH | B420 | A106 | CALL WITH MR. LAMME, MR. SERGESKETTER, AND MR. NOE RE SUCCESSOR LIABILITY AND DRAFT NPA TERMS. | .30 | 187.50 |
| 02/03/21 | PFH | B420 | A106 | E MAILS FROM/TO MS J. LIOU/MR. NOE RE CALL ON DRAFT NPA AND SUCCESSOR LIABILITY ISSUE. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE    8
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


02/03/21 PFH   B420  A106   CALL WITH MS. LIOU, MR. NOE,      .50        312.50
                           MR. ALFREDO PEREZ, AND MR.
                           CARLSON RE SUCCESSOR
                           LIABILITY, TERMS OF NPA (.2);
                           EMAILS WITH MR. NOE RE SAME
                           (.2); EMAIL FROM MS. CARLSON
                           WITH REDLINE OF NPA (.1).


02/03/21 PFH   B420  A106   REVIEWED PARAGRAPH 4 AND 36       .70        437.50
                           IN NPA RE TOLLING OF STATUTE
                           OF LIMITATIONS (.2); REVIEWED
                           JANUARY 14, 2021 TOLLING
                           AGREEMENT (.3); REVISED
                           PARAGRAPH 36 OF JANUARY 14,
                           2021 TOLLING AGREEMENT (.2).


02/03/21 SYD   B190  A103   REGARDING ONRR-20-0296,           .50        230.00
                           DISCUSSED RESEARCH AND
                           POTENTIAL ARGUMENTS BASED ON
                           RESEARCH WITH T. WIMBERLY.


02/03/21 TKW   B190  A102   APPEAL OF INTEREST INVOICE       4.00      1,500.00
                           ONRR 20-0296 -- RESEARCHED
                           CASES APPLYING CROSS-LEASE
                           NETTING.


02/04/21 JAH   B190  A104   CONFERENCES WITH J. NOE RE        .40        280.00
                           STRATEGY, SURETIES, AND OTHER
                           CLAIMANTS.


02/04/21 JAH   B190  A104   CALL WITH BSEE COUNSEL RE         .30        210.00
                           ACCESS TO BOND FUNDS.


02/04/21 JFF   B240  A104   EMAIL CORRESPONDENCE WITH K.      .60        339.00
                           JOHNSON RE MORTGAGE RECORDING
                           TAX ISSUES (.2); REVIEW
                           BACKGROUND INFORMATION AND
                           CORRESPONDENCE RE SAME (.4).


02/04/21 JN    B180  A109   PARTICIPATE IN CONFERENCE         .50        350.00
                           CALL WITH THE CLIENT AND WEIL
                           TO DISCUSS AND PREPARE FOR
                           CONFERENCE CALL WITH ENI
                           LEGAL TEAM REGARDING
                           ABANDONED PROPERTIES.
```

```
FIELDWOOD ENERGY LLC                                     PAGE    9
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/04/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (T. LAMME) TO DISCUSS ACCESSING BONDS IN FAVOR OF BOEM IN THE EVENT OF DEFAULT OF DECOMMISSIONING OBLIGATIONS. | .00 | .00 |
| 02/04/21 KMJ | B110 | A101 | MULTIPLE TELEPHONE CONFERENCES AND CORRESPONDENCE WITH J. NOE AND OTHERS RE REQUESTS FOR MISSISSIPPI AND ALABAMA LIEN QUESTIONS. | .70 | 350.00 |
| 02/04/21 MTD | B250 | A104 | REVIEW AND ANALYZE CHART REGARDING DOCUMENTS FOR RECORDING IN MISSISSIPPI (.3); CONFERENCE WITH K. PAYNE REGARDING DOCUMENTS AND RECORDING REQUIREMENTS (.2); TELEPHONE WITH M. MALONEY AND K. PAYNE REGARDING DOCUMENTS, RECORDING REQUIREMENTS AND RECORDING COSTS (.2); REVIEW AND ANALYZE SAMPLE DOCUMENTS (.4); REVIEW AND ANALYZE COSTS (.3); REVIEW AND REVISE CHART REGARDING RECORDING REQUIREMENTS AND COSTS (.2); FORWARD CHART TO M. MALONEY (.1); TELEPHONE CONFERENCE WITH P. WOODALL REGARDING RECORDING REQUIREMENTS FOR ALABAMA (.1). | 1.80 | 711.00 |
| 02/04/21 PFH | B420 | A106 | E MAILS TO/FROM MR SERGEKETTER WITH UNDERTAKINGS FOR WALL AND HUSE AND INSTRUCTIONS FROM MR SERGESKETTER RE UNDERTAKINGS. | .10 | 62.50 |
| 02/04/21 PFH | B420 | A107 | E MAIL TO MR CHESTER WITH DRAFT UNDERTAKING FOR WALL. | .10 | 62.50 |
| 02/04/21 PFH | B420 | A107 | E MAIL TO MR CAPITELLI WITH DRAFT UNDERTAKING FOR HUSE. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                              PAGE  10
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/04/21 PFH | B420 | A106 | E MAILS FROM/TO MR. NOE AND MS. C. NICHOLSON RE CALL TO DISCUSS NPA. | .10 | 62.50 |
| 02/04/21 POW | B240 | A104 | REVIEW MULTIPLE EMAILS AND ATTACHMENTS REGARDING MORTGAGE RECORDING TAX ISSUE (.2); PREPARE AND SEND MATERIALS TO K. JOHNSON (.2); FURTHER EMAILS REGARDING SAME (.2); TELEPHONE CONFERENCE WITH BALDWIN COUNTY RECORDING OFFICE (.1); TELEPHONE CONFERENCE WITH MOBILE COUNTY RECORDING OFFICE (.1); TELEPHONE CONFERENCE WITH SECRETARY OF STATE (.2); REVIEW DRAFT MORTGAGE (.4); REVIEW NEW RECORDING FEE CHART (.3); TELEPHONE CONFERENCE WITH M. DAVIS (.2); REVIEW DRAFT MERGER AGREEMENT (.4); REVIEW U.S. SUPREME COURT CASE ON MORTGAGE RECORDING TAX UNDER BANKRUPTCY CODE SECTION 1146 (.3); LOCATE AND REVIEW PRIOR OPINION ON RECORDING TAX ISSUE (.3); REVIEW CERTIFICATE OF PROBATE JUDGE (.2); REVIEW 2018 ORDER RE FIELDWOOD'S PLAN CONFIRMATION (.3); PREPARE DETAILED MEMORANDUM REGARDING RECORDING TAX ISSUE (.6); TELEPHONE CONFERENCE WITH M. MALONEY (.1). | 4.10 | 1,681.00 |
| 02/04/21 SYD | B190 | A103 | RE ONRR-20-0296, REVIEWED MEMO SUMMARIZING RESEARCH NECESSARY TO SUPPORT BRIEF. | .40 | 184.00 |
| 02/04/21 GAR | B160 | A105 | CORRESPOND WITH J. NOE REGARDING JANUARY MONTHLY FEE STATEMENT OF JONES WALKER. | .10 | 34.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   11
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/04/21 TKW | B190 | A103 | APPEAL OF INTEREST INVOICE ONRR 20-0296 -- DRAFT RESEARCH MEMORANDUM REGARDING CROSS-LEASE NETTING AND ITS APPLICATION TO LEASES WITHIN A SINGLE UNIT. | 2.80 | 1,050.00 |
| 02/04/21 BKP | B250 | A104 | ASSIST IN PREPARING ESTIMATES OF MISSISSIPPI FILING FEES, INCLUDING DISCUSSION WITH M. MALONEY AND M. DAVIS WHAT CLIENT REQUIRES. | 2.20 | 528.00 |
| 02/05/21 JAH | B190 | A104 | CONFERENCES J. NOE RE STRATEGY RE SURETIES AND OTHER CLAIMANTS. | .30 | 210.00 |
| 02/05/21 JFF | B240 | A104 | REVIEW LOCAL FILING FEES AND BANKRUPTCY ORDER (.6); FOLLOW UP WITH K. JOHNSON RE SAME AND CONFIRM ABSENCE OF MISSISSIPPI MORTGAGE RECORDING TAXES (.2). | .80 | 452.00 |
| 02/05/21 JN | B180 | A109 | PARTICIPATE IN CALL WITH AD HOC GROUP OF PREDECESSORS TO DISCUSS ABANDONED PROPERTIES. | 2.10 | 1,470.00 |
| 02/05/21 JN | B180 | A109 | PARTICIPATE IN CALL WITH WEIL AND THE CLIENT REGARDING CALL WITH AD HOC GROUP OF PREDECESSORS. | .40 | 280.00 |
| 02/05/21 JN | B180 | A109 | CONFERENCE CALL WITH LENDERS' REGULATORY COUNSEL REGARDING CIVIL PENALTIES AND POTENTIAL NON-PROSECUTION AGREEMENT RESOLVING CRIMINAL INVESTIGATIONS. | .70 | 490.00 |
| 02/05/21 KMJ | B110 | A101 | MULTIPLE TELEPHONE CONFERENCES AND CORRESPONDENCE WITH J. NOE AND OTHERS RE REQUESTS FOR MISSISSIPPI AND ALABAMA LIEN QUESTIONS. | 1.00 | 500.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   12
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/05/21 MTD | B250 | A104 | RESPOND TO QUESTIONS REGARDING RECORDING FEES IN MISSISSIPPI. | .20 | 79.00 |
| 02/05/21 PFH | B420 | A107 | E MAILS FROM/ TO MS. HAYDEN/MR JASON GEORGE RE BANKRUPTCY ISSUE | .10 | 62.50 |
| 02/05/21 PFH | B420 | A107 | CALL WITH MS. C. NICHOLSON AND MR. NOE RE NPA TERMS AND HOW IT IMPACTS CLIENT. | .80 | 500.00 |
| 02/05/21 PFH | B420 | A107 | CALL WITH MR. NOE RE TIME FRAME OF NPA AND BANKRUPTCY TIMING | .10 | 62.50 |
| 02/05/21 PFH | B420 | A107 | E MAIL FROM AUSA LATSIS TO MR SERGESKETTER WITH QUESTIONS RE WALL. | .10 | 62.50 |
| 02/05/21 POW | B240 | A104 | REVIEW REVISED RECORDING FEE CHART (.3); PREPARE AND SEND COMMENTS TO IT (.3); CALCULATE NUMBERS ON SAME (.2); REVIEW AND RESPOND TO MULTIPLE EMAILS REGARDING MORTGAGE RECORDING TAX (.3); PREPARE AND SEND MEMORANDUM REGARDING UCC TERMINATION FEES (.4); LEGAL RESEARCH REGARDING SECTION 1146 EXEMPTION AT FEDERAL AND STATE LEVELS (.4); PREPARE AND SEND MEMORANDUM REGARDING SAME (.3); SEVERAL TELEPHONE CONFERENCES WITH BALDWIN COUNTY REGARDING UCC TERMINATIONS AND SATISFACTION OF SUPPLEMENTS TO MORTGAGE (.2); SEVERAL TELEPHONE CONFERENCES WITH MOBILE COUNTY REGARDING UCC TERMINATIONS AND SATISFACTION OF SUPPLEMENTS TO MORTGAGE (.2); REVIEW QUESTIONS FROM MARYLIY REGARDING FILING A MORTGAGE AS UCC-1 (.3); LOCATE ALABAMA CODE SECTIONS (.4); PREPARE AND SEND MEMORANDUM REGARDING SAME | 3.90 | 1,599.00 |

```
FIELDWOOD ENERGY LLC                                         PAGE   13
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

|  |  |  |  | Description | Hours | Amount |
|---|---|---|---|---|---|---|
|  |  |  |  | (.3); EMAILS REGARDING UCC TERMINATIONS (.3). |  |  |
| 02/05/21 | BKP | B250 | A104 | ASSIST IN PREPARING ESTIMATES OF MISSISSIPPI FILING FEES. | 1.00 | 240.00 |
| 02/06/21 | PFH | B420 | A106 | E MAIL FROM MR SERGESKETTER TO AUSA LATSIS WITH RESPONSES TO QUESTIONS RE WALL. | .10 | 62.50 |
| 02/08/21 | CEB | B240 | A102 | LEGAL RESEARCH REGARDING MECHANIC'S LIENS AS TO OIL AND GAS WELLS. | 1.00 | 485.00 |
| 02/08/21 | JN | B180 | A104 | REVIEW RELATIVITY DATABASE IN PREPARATION WITH UPCOMING CALL WITH PREDECESSORS REGARDING ABANDONED PROPERTIES. | 1.40 | 980.00 |
| 02/08/21 | JN | B180 | A104 | RESEARCHED DECOMMISSIONING REGULATIONS TO PREPARE FOR DRAFTING OF OPERATIONAL HAND-OVER DOCUMENTS TO PREDECESSORS ON ABANDONED PROPERTIES. | 1.30 | 910.00 |
| 02/08/21 | JN | B180 | A104 | REVIEWED INTERIOR'S CIVIL PENALTY SETTLEMENT PROPOSAL IN ADVANCE OF COMMUNICATION WITH LENDERS' REGULATORY COUNSEL REGARDING PENALTIES AND JONES WALKER'S POSITION PAPER ON THE ISSUES. | .50 | 350.00 |
| 02/08/21 | JN | B180 | A104 | REVIEWED JONES WALKER'S POSITION PAPER ON INTERIORS CIVIL PENALTY DEMAND TO ANSWER LEGAL QUESTIONS RAISED BY LENDERS' REGULATORY COUNSEL. | .60 | 420.00 |
| 02/08/21 | JN | B180 | A104 | CONDUCTED LEGAL RESEARCH ON HOW TO ASSIGN OR OTHERWISE TRANSFER EXPIRED LEASES TO PREDECESSORS. | 1.30 | 910.00 |
| 02/08/21 | MWM | B190 | A104 | MULTIPLE TELEPHONE CONFERENCE AND CORRESPONDENCE RE NPA. | .50 | 260.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   14
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/08/21 PFH | B110 | A107 | E MAIL TO AUSA KAMMER RE NPA. | .10 | 62.50 |
| 02/08/21 PFH | B110 | A107 | E MAIL FROM/TO MR. CAPITELLI WITH SIGNED HUSE UNDERTAKING. | .10 | 62.50 |
| 02/08/21 PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH SIGNED HUSE UNDERTAKING. | .10 | 62.50 |
| 02/08/21 PFH | B110 | A105 | E MAILS FROM/TO MR. MAGNER/MR SERGESKETTER WITH ARTICLE RE RESIGNATION DEMAND FOR ALL U.S. ATTORNEYS AND NEED TO SIGN NPA. | .30 | 187.50 |
| 02/09/21 JAH | B190 | A104 | CORRESPONDENCE RE CALL WITH SOLICITOR'S OFFICE ABOUT ASSIGNMENTS/ASSUMPTIONS OF LIABILITY. | .20 | 140.00 |
| 02/09/21 JN | B180 | A109 | CONFERENCE CALL WITH CLIENT (J. SEEGER) REGARDING NEXT STEPS WITH OUTREACH TO BSEE. | .40 | 280.00 |
| 02/09/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH AD HOC GROUP OF PREDECESSORS AND SURETIES. | 1.20 | 840.00 |
| 02/09/21 JN | B180 | A109 | PARTICIPATE IN POST-CALL FOLLOWING CALL WITH AD HOC GROUP OF PREDECESSORS. | .40 | 280.00 |
| 02/09/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT AND WEIL REGARDING DRAFTING OF SLIDES TO PRESENT TO GOVERNMENT ON COMPARING CLIENT'S PROPOSED PLAN TO LIQUIDATION. | .50 | 350.00 |
| 02/09/21 JN | B180 | A104 | REVIEW FINAL VERSION OF NON-PROSECUTION AGREEMENT. | .40 | 280.00 |
| 02/09/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS RECENT DISCUSSIONS WITH GOVERNMENT REGARDING POLICY MAKER INVOLVEMENT WITH BANKRUPTCY CASE. | .20 | 140.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  15
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/09/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (M. DANE AND T. LAMME) REGARDING PRESENTATION TO GOVERNMENT ON COMPARING CLIENT'S RESTRUCTURING PLAN TO LIQUIDATION. | .40 | 280.00 |
| 02/09/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (J. SEEGER) REGARDING OUTREACH TO BSEE REGIONAL MANAGEMENT AND STATUS OF DISCUSSIONS WITH DEPARTMENT OF JUSTICE AND POTENTIAL POLICY MAKER INVOLVEMENT AT INTERIOR WITH CASE. | .50 | 350.00 |
| 02/09/21 JN | B180 | A109 | PARTICIPATED IN CLIENT'S BOARD MEETING. | .60 | 420.00 |
| 02/09/21 JN | B180 | A109 | CONFERENCE CALL WITH LENDERS' REGULATORY COUNSEL TO DISCUSS CIVIL PENALTIES AND NON-PROSECUTION AGREEMENT. | .20 | 140.00 |
| 02/09/21 JN | B180 | A103 | REVIEW AND RESPOND TO EMAILS FROM INTERIOR SOLICITOR REGARDING CONFERENCE CALL TO DISCUSS CLIENT'S RESTRUCTURING PLAN AND LIQUIDATION. | .20 | 140.00 |
| 02/09/21 JN | B180 | A104 | REVIEW POSITION PAPER ON CIVIL PENALTIES IN PREPARATION OF CALL WITH LENDERS' REGULATORY COUNSEL TO DISCUSS DEFENSE ON CIVIL PENALTIES. | .40 | 280.00 |
| 02/09/21 JN | B180 | A104 | REVIEW PREVIOUSLY PRESENTED PRESENTATIONS TO THE GOVERNMENT FOR PURPOSES OF DRAFTING SLIDES FOR UPCOMING PRESENTATION TO GOVERNMENT REGARDING COMPARING THE CLIENT'S PROPOSED RESTRUCTURING PLAN AND LIQUIDATION. | .70 | 490.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   16
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/09/21 | MWM | B190 | A104 | TELEPHONE CONFERENCE WITH AUSA AND MS. HARDIN (.3); TELEPHONE CONFERENCE WITH CLIENT ON SAME (.4). | .70 | 364.00 |
| 02/09/21 | MWM | B190 | A104 | REVIEW NPA FINAL DRAFT (.8); MULTIPLE TELEPHONE CONFERENCE AND CORRESPONDENCE (.4). | 1.20 | 624.00 |
| 02/09/21 | PFH | B110 | A105 | E MAILS FROM/TO MR. NOE RE CALL WITH AUSA RE NPA. | .20 | 125.00 |
| 02/09/21 | PFH | B110 | A105 | CALL WITH MR. MAGNER RE STRATEGY FOR CALL WITH AUSA RE FINALIZING NPA. | .10 | 62.50 |
| 02/09/21 | PFH | B420 | A107 | E MAILS TO/FROM AUSA RE FINALIZING NPA. | .20 | 125.00 |
| 02/09/21 | PFH | B420 | A107 | CALL WITH AUSA D. KAMMER AND MR. MAGNER RE FINAL NEGOTIATIONS FOR NPA TERMS. | .30 | 187.50 |
| 02/09/21 | PFH | B420 | A106 | CALL WITH MR. SERGESKETTER AND MR. MAGNER TO REPORT ON CALL WITH AUSA KAMMER RE NPA NEGOTIATIONS. | .20 | 125.00 |
| 02/09/21 | PFH | B420 | A107 | E MAIL FROM AUSA KAMMER WITH REVISED NPA. | .10 | 62.50 |
| 02/09/21 | PFH | B420 | A106 | E MAIL TO MR SERGESKETTER WITH E MAIL FROM AUSA KAMMER WITH REVISED NPA. | .10 | 62.50 |
| 02/09/21 | PFH | B420 | A104 | REVIEWED NPA AGAINST EARLIER DRAFTS OF NPA TO ASSURE CHANGES ARE WHAT WAS AGREED TO. | 1.00 | 625.00 |
| 02/09/21 | PFH | B420 | A106 | E MAILS TO/FROM MR. SERGESKETTER/MR. NOE/MR. MAGNER RE SCHEDULING CALL WITH AUSA, TERMS OF NPA, WHETHER CHANGES ARE ACCEPTABLE, WHETHER TO SIGN AND WHO SHOULD BE SENT A COPY TO REVIEW. | .60 | 375.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   17
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/09/21 | PFH | B420 | A106 | E MAIL FROM MR. SERGESKETTER WITH SIGNED NPA BY MR. LAMME, INCLUDING EXECUTION OF SAME ON BEHALF OF FIELDWOOD. | .10 | 62.50 |
| 02/09/21 | PFH | B420 | A107 | E MAIL TO AUSA KAMMER WITH RESPONSE THAT FIELDWOOD WILL SIGN AGREEMENT. | .10 | 62.50 |
| 02/09/21 | PFH | B420 | A106 | E MAILS FROM/TO MR. SERGESKETTER RE ADDITIONAL CHANGES TO NPA HE WOULD LIKE TO MAKE. | .10 | 62.50 |
| 02/09/21 | ELC | B420 | A105 | STATUS UPDATE CONVERSATION WITH SPECIFIC EMPHASIS ON DEPT. OF INTERIOR MATTERS. | .50 | 300.00 |
| 02/09/21 | ELC | B420 | A102 | REVIEW OF GAO REPORTS ON INTERIOR DECOMMISSIONING ACTIONS. | 1.50 | 900.00 |
| 02/10/21 | JAH | B190 | A104 | CONFERENCE J. NOE RE ASSIGNMENT OF OFFSHORE LEASE ISSUES. | .30 | 210.00 |
| 02/10/21 | JAH | B190 | A104 | CORRESPONDENCE WITH R. LAMB (SOLICITOR'S OFFICE). | .20 | 140.00 |
| 02/10/21 | JN | B180 | A109 | CONFERENCE CALL WITH U.S. TRUSTEE REGARDING CRIMINAL INDICTMENTS OF FIELDWOOD EMPLOYEES AND ON-GOING INVESTIGATION. | .50 | 350.00 |
| 02/10/21 | JN | B180 | A103 | EXCHANGE EMAILS WITH WEIL REGARDING NON-PROSECUTION AGREEMENT AND HOW TO DESCRIBE THE AGREEMENT IN THE REVISED DISCLOSURE STATEMENT. | .30 | 210.00 |
| 02/10/21 | JN | B180 | A103 | DRAFT EMAIL TO CLIENT (P. EILAND) AND LENDERS' REGULATORY COUNSEL REGARDING GOVERNMENT'S CIVIL PENALTY SETTLEMENT OFFER. | .20 | 140.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  18
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/10/21 JN | B180 | A104 | REVIEW DRAFT PRESENTATION MATERIALS FOR UPCOMING CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND THE DEPARTMENT OF INTERIOR COMPARING THE PROPOSED RESTRUCTURING PLAN WITH LIQUIDATION. | .50 | 350.00 |
| 02/10/21 JN | B180 | A109 | ATTENDED VIRTUAL DRAFTING SESSION FOR SLIDES TO BE USED WITH MEETING WITH DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE REGARDING COMPARING CLIENT'S RESTRUCTURING PLAN AND LIQUIDATION. | 1.20 | 840.00 |
| 02/10/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL IN PREPARATION FOR CALL WITH THE U.S. TRUSTEE REGARDING THE RETENTION OF A LAW FIRM TO DEFEND INDICTED EMPLOYEE. | .20 | 140.00 |
| 02/10/21 JN | B180 | A105 | CONFERENCE CALL WITH P. HARDIN TO DISCUSS INDICTMENT OF FIELDWOOD EMPLOYEE. | .40 | 280.00 |
| 02/10/21 JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH WEIL AND THE U.S. TRUSTEE TO DISCUSS THE RETENTION OF LEGAL COUNSEL TO DEFEND FIELDWOOD EMPLOYEES IN CRIMINAL MATTER RELATED TO THEIR EMPLOYMENT. | .50 | 350.00 |
| 02/10/21 JN | B180 | A103 | DRAFT CORPORATE RESOLUTIONS APPROVING THE ENTERING INTO THE NON-PROSECUTION AGREEMENT RELATED TO CRIMINAL INVESTIGATIONS. | .50 | 350.00 |
| 02/10/21 JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER REGARDING PRESENTATION TO GOVERNMENT COMPARING THE CLIENT'S PLAN TO LIQUIDATION. | .20 | 140.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   19
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/10/21 JN | B180 | A104 | REVIEW AND REVISE RESOLUTIONS APPROVING NON-PROSECUTION AGREEMENT BASED ON COMMENTS AND SUGGESTED REVISIONS FROM P. HARDIN. | .40 | 280.00 |
| 02/10/21 JN | B180 | A105 | REVIEW COMMENTS TO RESOLUTIONS APPROVING THE NON-PROSECUTION AGREEMENT MADE BY P. HARDIN. | .20 | 140.00 |
| 02/10/21 JN | B180 | A102 | CONDUCT LEGAL AND REGULATORY RESEARCH INTO TRANSFERRING EXPIRED LEASES TO PREDECESSORS. | .70 | 490.00 |
| 02/10/21 PFH | B420 | A107 | E MAIL TO AUSA KAMMER WITH EXECUTED NPA (.1); EMAIL FROM AUSA KAMMER RE STATUS (.1). | .20 | 125.00 |
| 02/10/21 PFH | B420 | A106 | E MAIL TO MR. LAMME AND MR. SERGESKETTER WITH CORRESPONDENCE TO AUSA AND ITEMS REMAINING OUTSTANDING (.1); EMAIL TO MR LAMME WITH ADDITIONAL CORRESPONDENCE FROM AUSA KAMMER (.1). | .20 | 125.00 |
| 02/10/21 PFH | B420 | A105 | CALL WITH MR. NOE RE HIS UPCOMING CALL WITH U.S. TRUSTEE. | .40 | 250.00 |
| 02/10/21 PFH | B420 | A103 | REVISED RESOLUTION OF BOARD AUTHORIZING NPA (.1); SEVERAL E MAILS FROM/TO MR. NOE RE REVISIONS (.1). | .20 | 125.00 |
| 02/10/21 SYD | B190 | A103 | APPEAL OF ONRR INTEREST INVOICE - ONRR-20-0296 -- CONTINUED WORKING ON ARGUMENTS IN SUPPORT OF BRIEF. | .80 | 368.00 |
| 02/10/21 GAR | B160 | A102 | REVIEW DOCKET FOR FILING OF DISCLOSURE STATEMENT AMENDMENTS TO PROVIDE J. NOE WITH UPDATES ON STATUS OF FIRST AND FINAL FEE APPLICATION. | .30 | 102.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  20
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/10/21 GAR | B160 | A103 | EDIT SUPPORTING DOCUMENTATION FOR JONES WALKER'S JANUARY MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 1.20 | 408.00 |
| 02/10/21 ELC | B420 | A104 | REVIEW AND ANALYZE CLIENT'S PLUGGING AND ABANDONMENT DOCUMENTS AND PLANS. | 1.00 | 600.00 |
| 02/11/21 JAH | B190 | A104 | ANALYZE ISSUES RE ASSIGNMENT OF OFFSHORE LEASE ISSUES. | .60 | 420.00 |
| 02/11/21 JAH | B190 | A104 | EUGENE ISLAND 342 -- SUBSTITUTE EXPERT REPORT IN IBLA RECORD | .30 | 210.00 |
| 02/11/21 JN | B180 | A104 | REVIEW AND REVISE VARIOUS DRAFTS OF PRESENTATION SLIDES FOR PRESENTATION TO GOVERNMENT COMPARING RESTRUCTURING PLAN AND LIQUIDATION. | 1.40 | 980.00 |
| 02/11/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND THE CLIENT REGARDING DRAFT SLIDES TO GOVERNMENT PRESENTATION REGARDING PLAN VS. LIQUIDATION. | .90 | 630.00 |
| 02/11/21 JN | B180 | A103 | DRAFT EMAIL TO WEIL AND THE CLIENT REGARDING CHANGES TO PRESENTATION SLIDES FOR PRESENTATION TO GOVERNMENT REGARDING PLAN COMPARED TO LIQUIDATION. | .20 | 140.00 |
| 02/11/21 JN | B180 | A103 | DRAFT AND REVISE CORPORATE RESOLUTIONS APPROVING THE EXECUTION OF NON-PROSECUTION AGREEMENT. | .80 | 560.00 |
| 02/11/21 PFH | B420 | A105 | E MAIL FROM MR NOE WITH BOARD RESOLUTIONS APPROVING NPA. | .10 | 62.50 |
| 02/11/21 SYD | B190 | A103 | ONRR-20-0296 -- CONTINUED DRAFTING BRIEF (FOCUSING ON FACTUAL DEVELOPMENT). | 1.80 | 828.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   21
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/11/21 | SYD | B190 | A103 | PREPARED FOR AND PARTICIPATED IN CALL WITH DEIDRE CARRIER RE FACTUAL BACKGROUND. | .80 | 368.00 |
| 02/11/21 | SYD | B190 | A103 | IBLA-2020-306 (EI 342 APPEAL) - FILED REPLACEMENT EXPERT REPORT INTO THE RECORD (INCLUDED SIGNATURE OF EXPERT). | .40 | 184.00 |
| 02/11/21 | GAR | B160 | A102 | REVIEW DOCKET FOR FILING OF DISCLOSURE STATEMENT AMENDMENTS TO PROVIDE J. NOE WITH UPDATES ON STATUS OF FIRST AND FINAL FEE APPLICATION. | .10 | 34.00 |
| 02/11/21 | GAR | B160 | A103 | CONTINUE EDITING EXTENSIVE SUPPORTING DOCUMENTATION FOR JONES WALKER'S JANUARY MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 1.80 | 612.00 |
| 02/11/21 | GAR | B160 | A104 | REVIEW JONES WALKER'S RETENTION ORDER REGARDING CHANGES IN RATES TO ENSURE COMPLIANCE THEREWITH IN FORTHCOMING MONTHLY FEE STATEMENTS AND FEE APPLICATIONS (.5); DISCUSS FINDINGS ON SAME AND NEXT STEPS WITH J. NOE AND K. JOHNSON (.3). | .80 | 272.00 |
| 02/11/21 | GAR | B160 | A103 | REVIEW BANKR. S.D. TEX. PRECEDENT FOR NOTICES OF ANNUAL RATE INCREASE IN PREPARATION FOR NOTICE TO COMPLY WITH JONES WALKER'S RETENTION ORDER (.6); DISCUSS SAME WITH J. NOE AND K. JOHNSON (.2). | .80 | 272.00 |
| 02/11/21 | ELC | B420 | A105 | DISCUSSION AND REVIEW OF CLIENT'S SLIDE DECK IN PREPARATION OF MEETING WITH GOVERNMENT. | .50 | 300.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   22
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/12/21 JAH | B190 | A104 | CALL WITH LENDERS' COUNSEL RE INC/CIVIL PENALTY ISSUES. | .80 | 560.00 |
| 02/12/21 JAH | B190 | A104 | CONFERENCE J. NOE RE ASSIGNMENT OF OFFSHORE LEASE ISSUES. | .30 | 210.00 |
| 02/12/21 JAH | B190 | A104 | ANALYZE DESIGNATED OPERATOR LIABILITY. | .60 | 420.00 |
| 02/12/21 JAH | B190 | A104 | CALL WITH SOLICITOR'S OFFICE RE ASSIGNMENT AND DOO ISSUES. | .70 | 490.00 |
| 02/12/21 JN | B180 | A109 | PARTICIPATE IN DRAFTING SESSION WITH WEIL AND ALIX PARTNERS ON PRESENTATION TO GOVERNMENT ON COMPARING RESTRUCTURING PLAN TO LIQUIDATION. | .70 | 490.00 |
| 02/12/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR TO DISCUSS THE ASSIGNMENT OF LIABILITY UNDER EXPIRED LEASES. | .90 | 630.00 |
| 02/12/21 JN | B180 | A109 | PARTICIPATE IN PREPARATION CALL FOR PRESENTATION TO GOVERNMENT REGARDING COMPARING PLAN TO LIQUIDATION. | .60 | 420.00 |
| 02/12/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH LENDERS' REGULATORY COUNSEL AND P. EILAND TO DISCUSS OUTSTANDING INCIDENTS OF NON-COMPLIANCE AND CIVIL PENALTY EXPOSURE. | .60 | 420.00 |
| 02/12/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH LAWYERS FROM DEPARTMENT OF JUSTICE AND INTERIOR WITH LAWYERS REPRESENTING PREDECESSORS AND SURETIES. | 1.90 | 1,330.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   23
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


02/12/21 JN   B180  A104  REVIEW AND REVISE VARIOUS         1.40      980.00
                          VERSIONS OF PRESENTATION
                          SLIDES TO BE PRESENTED TO THE
                          GOVERNMENT REGARDING PLAN
                          COMPARED TO A LIQUIDATION.

02/12/21 JN   B180  A104  REVIEW FINAL VERSION OF            .40      280.00
                          NON-PROSECUTION AGREEMENT.

02/12/21 JN   B180  A104  REVIEW OF KATMAI DISCHARGE         .50      350.00
                          INCIDENT ROOT CAUSE
                          INVESTIGATION REPORT TO BE
                          PROVIDED TO LENDERS'
                          REGULATORY COUNSEL.

02/12/21 JN   B180  A109  CONFERENCE CALL WITH THE           .70      490.00
                          CLIENT (M. DANE AND T. LAMME)
                          REGARDING NEXT STEPS WITH THE
                          GOVERNMENT AND PREDECESSORS'
                          OBJECTION TO DISCLOSURE
                          STATEMENT.

02/12/21 JN   B180  A109  CONFERENCE CALL WITH CLIENT        .50      350.00
                          (P. EILAND) REGARDING
                          OUTSTANDING INCIDENTS OF
                          NON-COMPLIANCE AND POTENTIAL
                          EXPOSURE TO CIVIL PENALTIES.

02/12/21 PFH  B110  A107  E MAIL FROM/TO AUSA DALL           .10       62.50
                          KAMMER WITH SIGNED NPA.

02/12/21 PFH  B110  A106  E MAIL TO MR. SERGESKETTER         .10       62.50
                          WITH SIGNED NPA.

02/12/21 PFH  B110  A106  E MAILS FROM MR.                   .30      187.50
                          SERGESKETTER/ MR. NOE / MR.
                          MAGNER RE SIGNED NPA AND NEXT
                          STEPS.

02/12/21 PFH  B110  A104  REVIEWED SIGNED NPA.               .10       62.50

02/12/21 PFH  B420  A104  REVIEWED OBJECTIONS TO            .80      500.00
                          DISCLOSURE STATEMENT FILED BY
                          CHEVRON

02/12/21 PFH  B420  A105  E MAILS FROM/TO MR. NOE RE         .10       62.50
                          CHEVRON OBJECTIONS AND THEIR
                          MEANING RE CRIMINAL CASE.
```

```
FIELDWOOD ENERGY LLC                                      PAGE   24
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/12/21 | PFH | B420 | A106 | E MAILS TO/FROM MR SERGESKETTER RE WEIL ROLE IN FILING NEEDED MOTION RE NPA WITH BANKRUPTCY COURT. | .10 | 62.50 |
| 02/12/21 | GAR | B160 | A103 | DRAFT FIRST SUPPLEMENTAL DECLARATION REGARDING INDIVIDUAL RATE INCREASES TO ENSURE COMPLIANCE WITH JONES WALKER'S RETENTION ORDER. | .70 | 238.00 |
| 02/12/21 | GAR | B160 | A103 | BEGIN JANUARY MONTHLY FEE STATEMENT OF JONES WALKER. | .90 | 306.00 |
| 02/12/21 | GAR | B160 | A103 | CONTINUE EDITING EXTENSIVE SUPPORTING DOCUMENTATION FOR JONES WALKER'S JANUARY MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 2.20 | 748.00 |
| 02/13/21 | JAH | B190 | A104 | CALL WITH J. NOE RE DESIGNATED OPERATOR LIABILITY AND SIDETRACK ISSUES. | .40 | 280.00 |
| 02/13/21 | JAH | B190 | A104 | RESEARCH AND ANALYZE DESIGNATED OPERATOR LIABILITY ISSUES. | 2.10 | 1,470.00 |
| 02/13/21 | JN | B180 | A102 | RESEARCH JOINT AND SEVERAL LIABILITY REGULATIONS, BONDING REGULATIONS, AND BOEM ADJUDICATION REGULATIONS IN ORDER TO REPLY TO PREDECESSOR OBJECTIONS TO DISCLOSURE STATEMENT. | 3.10 | 2,170.00 |
| 02/13/21 | JN | B180 | A103 | DRAFT AND REVISE RESPONSES TO VARIOUS REGULATORY RELATED OBJECTIONS MADE BY PREDECESSORS TO DISCLOSURE STATEMENT AND RESTRUCTURING PLAN. | 3.30 | 2,310.00 |
| 02/14/21 | JAH | B190 | A104 | REVIEW AND COMMENT ON J. NOE MEMO RE DECOMMISSIONING LIABILITY OF PRIOR OWNERS/CO-OWNERS. | 1.10 | 770.00 |

FIELDWOOD ENERGY LLC                                          PAGE   25
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00

02/14/21 JAH    B190  A104   REVIEW AND COMMENT ON MEMO TO      .50        350.00
                            WEIL RE ASSIGNMENT AND
                            BONDING ISSUES.

02/14/21 JN     B180  A103   DRAFT AND REVISE MEMORANDUM       3.30      2,310.00
                            RESPONDING TO REGULATORY
                            ARGUMENTS MADE IN PREDECESSOR
                            OPPOSITION MOTION TO APPROVE
                            DISCLOSURE STATEMENT.

02/14/21 JN     B180  A104   RESEARCH DECOMMISSIONING          3.70      2,590.00
                            REGULATIONS, JOINT AND
                            SEVERAL LIABILITY, AND
                            ASSIGNMENT OF DECOMMISSIONING
                            LIABILITY.

02/14/21 SYD    B190  A103   RE APPEAL DOCKETED AS             4.30      1,978.00
                            ONRR-20-0296, WORKED ON
                            DRAFTING BRIEF AND
                            DECLARATION IN SUPPORT OF
                            BRIEF WITH FOCUS ON FACTUAL
                            BACKGROUND/PROCEDURAL HISTORY.

02/15/21 JAH    B190  A104   ANALYZE CIVIL PENALTY ISSUES      .50        350.00
                            AND CORRESPONDENCE RE SAME.

02/15/21 JAH    B190  A104   CONFERENCE WITH J. NOE RE         .30        210.00
                            DECOMMISSIONING LIABILITY
                            ISSUES RAISED BY PREDECESSORS.

02/15/21 JN     B180  A103   DRAFT AND REVISE MEMORANDUM       3.20      2,240.00
                            TO LAWYERS AT DEPARTMENT OF
                            JUSTICE AND DEPARTMENT OF
                            INTERIOR ON HOW LEASES WILL
                            BE ASSUMED BY PREDECESSORS
                            PURSUANT TO THE EXISTING
                            JOINT AND SEVERAL LIABILITY
                            REGULATIONS AND HOW
                            MECHANICALLY LEASES AND
                            LIABILITY WILL BE ALLOCATED
                            TO PREDECESSORS.

02/15/21 JN     B180  A102   RESEARCHED JOINT AND SEVERAL      3.10      2,170.00
                            LIABILITY REGULATIONS AND
                            REGULATORY MECHANISMS TO
                            ALLOCATE LIABILITY TO
                            PREDECESSORS.

```
FIELDWOOD ENERGY LLC                                      PAGE  26
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/15/21 MWM | B190 | A104 | REVIEW OBJECTION TO DISCLOSURE STATEMENT (.7); RELATED TELEPHONE CONFERENCE AND CORRESPONDENCE (.4). | 1.10 | 572.00 |
| 02/15/21 SYD | B190 | A103 | ONRR-20-0296-OCS -- CONTINUED WORKING ON BRIEF AND SUPPORTING DECLARATION. | 1.30 | 598.00 |
| 02/16/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT AND WEIL TO DISCUSS RESPONSE TO GOVERNMENT REGARDING TRANSITION PLANS AND TIMING OF CONFIRMATION. | .80 | 560.00 |
| 02/16/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR TO DISCUSS OPERATIONAL HANDOVER TO PREDECESSORS AND TRANSITION PLANS. | .50 | 350.00 |
| 02/16/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS POTENTIAL ADMINISTRATIVE AND PRIORITY CLAIMS THAT COULD BE MADE BY THE GOVERNMENT. | .60 | 420.00 |
| 02/16/21 JN | B180 | A102 | RESEARCH DIVISIVE MERGER AND PREEMPTION OF FEDERAL HEALTH AND SAFETY REGULATIONS AND POLICE POWER IN RESPONSE TO QUESTIONS FROM LAWYERS WITH DEPARTMENT OF INTERIOR. | 2.40 | 1,680.00 |
| 02/16/21 JN | B180 | A103 | REVIEW AND REVISE MOTION TO APPROVE NON-PROSECUTION AGREEMENT. | 1.20 | 840.00 |
| 02/16/21 JN | B180 | A103 | DRAFT ANSWERS TO VARIOUS QUESTIONS FROM WEIL REGARDING TIMING OF FILING MOTION TO APPROVE NON-PROSECUTION AGREEMENT. | .20 | 140.00 |
| 02/16/21 JN | B180 | A103 | DRAFT EMAILS TO P. HARDIN REGARDING SHARING COPY OF MOTION TO APPROVE NON-PROSECUTION AGREEMENT WITH THE U.S. ATTORNEY IN | .10 | 70.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   27
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | ADVANCE OF FILING THE MOTION. |  |
| 02/16/21 JN | B180 | A103 | REVIEW AND REVISE POTENTIAL DISCLOSURE FOR GAS BUBBLING WELLS AT ENGINE ISLAND 342 FOR POTENTIAL INCLUSION INTO DISCLOSURE STATEMENT. | .50 | 350.00 |
| 02/16/21 MWM | B190 | A104 | REVIEW MOTION TO APPROVE NPA (.7); RELATED TELEPHONE CONFERENCE AND CORRESPONDENCE (.4). | 1.10 | 572.00 |
| 02/16/21 PFH | B420 | A107 | E MAILS FROM/TO MR. NOE/MR MAGNER RE TIMING OF MOTION FOR AUTHORITY TO ENTER INTO NPA TO BE FILED WITH BANKRUPTCY JUDGE AND REVISIONS THERETO. | .10 | 62.50 |
| 02/16/21 PFH | B420 | A107 | REVIEWED AND REVISED MOTION FOR AUTHORITY TO ENTER INTO NPA TO BE FILED WITH BANKRUPTCY JUDGE. | .50 | 312.50 |
| 02/16/21 GAR | B160 | A102 | REVIEW DOCKET FOR FILING OF DISCLOSURE STATEMENT AMENDMENTS TO PROVIDE CO-COUNSEL WITH UPDATES ON STATUS OF FIRST AND FINAL FEE APPLICATION. | .20 | 68.00 |
| 02/16/21 GAR | B160 | A103 | DISCUSS FIRST SUPPLEMENTAL DECLARATION REGARDING INDIVIDUAL RATE INCREASES WITH M. MINTZ TO OBTAIN APPROVAL OF SAME TO SUPPLEMENT JONES WALKER'S RETENTION ORDER. | .30 | 102.00 |
| 02/16/21 GAR | B160 | A103 | CONTINUED DISCUSSION OF FIRST SUPPLEMENTAL DECLARATION REGARDING INDIVIDUAL RATE INCREASES WITH M. MINTZ AND K. JOHNSON TO DETERMINE NEXT STEPS. | .10 | 34.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   28
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 02/17/21 | JAH | B190 | A104 | REVIEW EI 342 APPEAL (.3); DRAFT INSERT FOR AMENDED DISCLOSURE STATEMENT (.7). | 1.00 | 700.00 |
| 02/17/21 | JN | B180 | A109 | CONFERENCE CALL WITH S. ALI AT DEPARTMENT OF JUSTICE REGARDING STATUS OF TRANSITION PLANNING FOR OPERATIONAL TURN-OVER TO PREDECESSORS. | .40 | 280.00 |
| 02/17/21 | JN | B180 | A102 | RESEARCH EFFECT OF DIVISIVE MERGER AND THE ALLOCATION OF LIABILITY IN RESPONSE TO QUESTIONS RECEIVED FROM DEPARTMENT OF INTERIOR LAWYERS. | 2.10 | 1,470.00 |
| 02/17/21 | MWM | B190 | A104 | MULTIPLE TELEPHONE CONFERENCE AND CORRESPONDENCE RE: NPA (.4); MEETING WITH MS. HARDIN RE: WDLA (.3). | .70 | 364.00 |
| 02/17/21 | PFH | B420 | A105 | E MAIL FROM/TO MR. NOE RE WHETHER THERE IS ANY NEED TO SEND MOTION TO AUSA BEFORE FILING. | .10 | 62.50 |
| 02/17/21 | PFH | B420 | A106 | E MAIL TO/FROM MR. SERGESKETTER RE CONTACTING WDLA FOR RESOLUTION AND MR. SERGESKETTER APPROVING CONTACT WITH WDLA. | .10 | 62.50 |
| 02/17/21 | PFH | B420 | A105 | CALL WITH MR. MAGNER TO DISCUSS STRATEGY FOR DEALING WITH WDLA. | .10 | 62.50 |
| 02/17/21 | SYD | B190 | A103 | ONRR-20-0296-OCS - CONTINUED WORKING ON DECLARATION AND BRIEF (2.0); ARRANGED FOR EXTENSION OF DEADLINE TO FILE (.3). | 2.30 | 1,058.00 |
| 02/17/21 | GAR | B160 | A103 | FINALIZE FIRST SUPPLEMENTAL DECLARATION REGARDING INDIVIDUAL RATE INCREASES TO DISCUSS WITH WEIL CO-COUNSEL. | .20 | 68.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  29
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| Date | Init. | | | Description | Hours | Amount |
|------|-------|---|---|-------------|-------|--------|
| 02/17/21 | GAR | B160 | A107 | DISCUSS NEXT STEPS FOR FILING FIRST SUPPLEMENTAL DECLARATION REGARDING INDIVIDUAL RATE INCREASES WITH C. CARLSON, WEIL CO-COUNSEL. | .20 | 68.00 |
| 02/17/21 | JBR | B420 | A102 | RESEARCH REGARDING DIVISIVE MERGERS UNDER TEXAS LAW AND ISSUES STEMMING FROM DIVISIVE MERGER (I.E. SUCCESSOR LIABILITY AND PREEMPTION). | 4.50 | 1,575.00 |
| 02/17/21 | TKW | B190 | A102 | APPEAL OF INTEREST INVOICE ONRR-20-0296 -- RESEARCHED AUTHORITY SUPPORTING THE PROPOSITION THAT ONCE A UNIT IS APPROVED THE ENTIRE UNIT IS ESSENTIALLY TREATED AS A SINGLE LEASE. | 1.50 | 562.50 |
| 02/18/21 | JAH | B190 | A104 | MULTIPLE CORRESPONDENCE SOLICITOR'S OFFICE AND T. ALLEN RE PARTIAL REMAND. | .40 | 280.00 |
| 02/18/21 | JAH | B190 | A104 | REVIEW IBLA ORDER RE BRIEFING SCHEDULE FOR SUPPLEMENTAL BONDING APPEAL. | .20 | 140.00 |
| 02/18/21 | JAH | B190 | A104 | REVIEW SUPPLEMENTAL BONDING MATERIALS AND BRIEFING RE FACTS SUBJECT TO BOEM MOTION FOR PARTIAL REMAND. | .50 | 350.00 |
| 02/18/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW CASE LAW RE SEEKING HEARING ON FACTUAL ISSUES AND PLAN STRATEGY RE SAME | .60 | 420.00 |
| 02/18/21 | JN | B180 | A109 | CONFERENCE CALL WITH S. DICHARRY REGARDING STATUS OF THE APPEAL OF THE INCIDENT OF NON-COMPLIANCE FOR FAILURE TO POST SUPPLEMENTAL BONDS. | .20 | 140.00 |
| 02/18/21 | JN | B180 | A103 | REVIEW FINAL DRAFT MOTION TO APPROVE ENTERING INTO NON-PROSECUTION AGREEMENT RELATED TO CRIMINAL INVESTIGATIONS. | .50 | 350.00 |

```
FIELDWOOD ENERGY LLC                                          PAGE   30
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


02/18/21 JN    B180  A104   REVIEW STATUS OF INCIDENTS OF       .70      490.00
                            NON-COMPLIANCE AND RELATED
                            IBLA APPEAL FOR FAILURE TO
                            POST SUPPLEMENTAL BONDING IN
                            RESPONSE TO QUESTIONS FROM
                            LENDERS REGULATORY COUNSEL.


02/18/21 JN    B180  A104   REVIEWED INCIDENT OF               .60      420.00
                            NON-COMPLIANCE ISSUED FOR
                            FAILURE TO POST SUPPLEMENTAL
                            BONDING AND APPEAL BRIEF IN
                            ORDER TO PROVIDE STATUS
                            REPORT TO LENDERS' REGULATORY
                            COUNSEL.


02/18/21 JN    B180  A103   DRAFT STATUS REPORT OF APPEAL      .40      280.00
                            OF INCIDENTS OF
                            NON-COMPLIANCE FOR FAILURE TO
                            POST SUPPLEMENTAL BONDING FOR
                            LENDERS' REGULATORY COUNSEL.


02/18/21 JN    B180  A102   RESEARCH REGULATORY AND LEGAL     1.20      840.00
                            MECHANISMS TO ALLOCATE
                            DECOMMISSIONING LIABILITY
                            INTO FIELDWOOD I, FIELDWOOD
                            III, AND NEWCO.


02/18/21 JN    B180  A102   RESEARCH IMPACT OF DIVISIVE       1.20      840.00
                            MERGER ON THE ALLOCATION OF
                            DECOMMISSIONING LIABILITY TO
                            PREDECESSORS.


02/18/21 MWM   B190  A104   MULTIPLE CORRESPONDENCE RE:        .50      260.00
                            NPA AND WDLA MATTERS.


02/18/21 PFH   B420  A106   E MAIL TO/FROM MR. NOE RE          .40      250.00
                            ASSURING MOTION IS FILED WITH
                            BANKRUPTCY COURT TODAY (.1);
                            EMAIL FROM MR JASON GEORGE RE
                            FILING MOTION (.1); E MAIL F
                            ROM MR SERGESKETTER WITH
                            INSTRUCTIONS TO FILE (.1); E
                            MAIL TO MR NOE WITH
                            INSTRUCTIONS THAT IT IS 5
                            DAYS FROM RECEIVING NPA AND
                            MUST FILE MOTION TODAY WITH
                            COURT (.1).
```

```
FIELDWOOD ENERGY LLC                                        PAGE   31
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


02/18/21 PFH   B420  A104   REVIEWED HISTORICAL FILES ON      .60       375.00
                           WDLA CASE TO DETERMINE TIME
                           FRAME OF ALLEGATIONS AND
                           REVIEWED TOLLING AGREEMENT
                           WITH WDLA TO DETERMINE WHAT
                           MAY BE PRESCRIBED

02/18/21 PFH   B420  A107   E MAIL TO AUSA F. PHILLIPS RE      .50       312.50
                           RESOLUTION WITH THE WDLA
                           (.1); E MAIL RESPONSE FROM
                           AUSA PHILLIPS (.1); E MAIL TO
                           AUSA PHILLIPS WITH
                           SUBSTANTIVE DISCUSSION OF
                           CASE AND RESOLUTION (.3).

02/18/21 SYD   B190  A105   IBLA-2020-0375&0376 (APPEAL       .80       368.00
                           OF SUPPLEMENTAL BONDING INCS)
                           -- DRAFTED AND SENT EMAIL TO
                           JIM NOE RE THE STATUS OF
                           FIELDWOOD'S APPEAL OF THE
                           JULY 6, 2020 SUPPLEMENTAL
                           BONDING INCS.

02/18/21 GAR   B160  A103   FINALIZE EDITS OF EXTENSIVE      3.60     1,224.00
                           SUPPORTING DOCUMENTATION FOR
                           JONES WALKER'S JANUARY
                           MONTHLY FEE STATEMENT TO
                           ENSURE COMPLIANCE WITH THE
                           U.S. TRUSTEE'S GUIDELINES.

02/18/21 GAR   B160  A103   TROUBLESHOOT ISSUES WITH         1.40       476.00
                           SUPPORTING DOCUMENTATION WITH
                           BILLING DEPARTMENT (.5);
                           FURTHER REVISE SAME BASED ON
                           NEEDED CHANGES (.9).

02/18/21 JBR   B420  A102   RESEARCH/DRAFTING OF MEMO        5.10     1,785.00
                           REGARDING DIVISIVE MERGERS
                           UNDER TEXAS LAW AND ISSUES
                           STEMMING FROM DIVISIVE MERGER
                           (I.E. SUCCESSOR LIABILITY AND
                           PREEMPTION).

02/19/21 JAH   B190  A104   SUPPLEMENTAL BONDING APPEAL       .30       210.00
                           -- CORRESPONDENCE WITH
                           SOLICITOR'S OFFICE RE
                           WITHDRAWAL OF LEASE-BASED INC
                           (INCLUDING CONFIRM ACCURACY
                           OF SOLICITOR'S INC
                           IDENTIFICATION).
```

```
FIELDWOOD ENERGY LLC                                    PAGE   32
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


02/19/21 JN    B180  A109  CONFERENCE CALL WITH CLIENT      .60      420.00
                           (M. DANE) REGARDING STATUS
                           AND NEXT STEPS WITH STATE
                           LEASES.

02/19/21 JN    B180  A109  CONFERENCE CALL WITH CLIENT      .50      350.00
                           (J. SEEGER) REGARDING
                           OPERATIONAL TRANSITION PLAN
                           AND COMMUNICATION WITH
                           REGIONAL MANAGEMENT AT BSEE.

02/19/21 JN    B180  A105  DRAFT COMMUNICATIONS             .40      280.00
                           COORDINATING SERVING MOTION
                           TO APPROVE NON PROSECUTION
                           AGREEMENT TO U.S. ATTORNEY'S
                           OFFICE IN EASTERN DISTRICT.

02/19/21 JN    B180  A103  DRAFT EMAIL TO U.S. ATTORNEY     .20      140.00
                           DESCRIBING BANKRUPTCY
                           APPROVAL PROCESS OF
                           NON-PROSECUTION AGREEMENT.

02/19/21 JN    B180  A102  RESEARCH IMPACT OF DIVISIVE     2.70    1,890.00
                           MERGER ON ABANDONMENT OF
                           PROPERTIES TO PREDECESSORS.

02/19/21 JN    B180  A102  RESEARCHED ABANDONMENT OF       2.20    1,540.00
                           STATE LEASES IN LOUISIANA AND
                           TEXAS.

02/19/21 PFH   B420  A105  CALL AND E MAILS WITH MR. NOE    .30      187.50
                           RE OUTSTANDING ISSUES
                           (APPROVAL OF NPA, DEBARMENT,
                           WDLA, ETC).

02/19/21 PFH   B420  A104  REVIEWED FILED MOTION FOR        .30      187.50
                           ENTRY OF AN ORDER APPROVING
                           NPA.

02/19/21 PFH   B420  A107  E MAIL TO AUSA D. KAMMER ET      .20      125.00
                           AL WITH FILED MOTION FOR
                           ENTRY OF AN ORDER APPROVING
                           NPA (.1); E MAIL FROM MR NOE
                           TO AUSA KAMMER WITH
                           EXPLANATION OF BANKRUPTCY
                           PROCESS (.1).
```

```
FIELDWOOD ENERGY LLC                                    PAGE  33
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/19/21 PFH | B420 | A106 | E MAIL TO MR. SERGESKETTER WITH CORRESPONDENCE TO AUSA D. KAMMER ET AL WITH FILED MOTION FOR ENTRY OF AN ORDER APPROVING NPA. | .10 | 62.50 |
| 02/19/21 GAR | B160 | A103 | COMPLETE JANUARY MONTHLY FEE STATEMENT OF JONES WALKER, INCLUDING VERIFYING EXTENSIVE INFORMATION THEREIN WITH CORRESPONDING EXHIBIT. | 2.80 | 952.00 |
| 02/19/21 GAR | B160 | A105 | DISCUSS STATUS OF FIRST SUPPLEMENTAL DECLARATION REGARDING INDIVIDUAL RATE INCREASES AND OUTSTANDING ISSUES WITH JANUARY MONTHLY FEE STATEMENT WITH K. JOHNSON AND J. NOE. | .20 | 68.00 |
| 02/19/21 GAR | B160 | A102 | REVIEW VARIOUS DOCKET FILINGS TO DETERMINE STATUS OF DISCLOSURE STATEMENT AMENDMENTS TO PROVIDE CO-COUNSEL WITH UPDATES ON NEXT STEPS FOR FIRST AND FINAL FEE APPLICATION. | .20 | 68.00 |
| 02/19/21 GAR | B160 | A104 | REVIEW AND FINALIZE JANUARY MONTHLY FEE STATEMENT OF JONES WALKER. | .70 | 238.00 |
| 02/19/21 JBR | B420 | A103 | DRAFTING OF MEMO REGARDING DIVISIVE MERGERS UNDER TEXAS LAW AND ISSUES STEMMING FROM DIVISIVE MERGER (I.E. SUCCESSOR LIABILITY AND PREEMPTION). | 5.40 | 1,890.00 |
| 02/21/21 JN | B180 | A104 | REVIEWED LEGAL RESEARCH MEMORANDUM DRAFTED BY J. RATIF REGARDING TEXAS DIVISIVE MERGER STATUTE. | .50 | 350.00 |
| 02/21/21 JN | B180 | A102 | RESEARCHED IMPACT OF DIVISIVE MERGER STATUTE ON ABANDONMENT OF DECOMMISSIONING LIABILITY REGULATIONS. | .70 | 490.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  34
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| Date | Atty | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 02/21/21 | PFH | B420 | A107 | E MAIL FROM MR. J. GEORGE RE SERVING VARIOUS GOVERNMENT ENTITIES AND FROM/TO MR. NOE RE SAME. | .10 | 62.50 |
| 02/22/21 | JAH | B190 | A104 | REVIEW AND COMMENT ON SLIDE DECK RE STATE LEASE LIABILITIES. | .50 | 350.00 |
| 02/22/21 | JAH | B190 | A104 | ANALYZE LOUISIANA LAW RE RESIDUAL LIABILITY FOR DECOMMISSIONING. | .70 | 490.00 |
| 02/22/21 | JAH | B190 | A104 | SUPPLEMENTAL BONDING APPEAL -- REVIEW BOEM MOTION TO REMAND AND INVESTIGATE OTHER ASSETS SUBJECT TO INCS. | .30 | 210.00 |
| 02/22/21 | JN | B180 | A104 | REVIEW LEGAL RESEARCH MEMORANDUM FROM J. RATIF REGARDING DIVISIVE MERGER IMPACT ON TRANSFER OF DECOMMISSIONING LIABILITY. | .60 | 420.00 |
| 02/22/21 | JN | B180 | A109 | CONFERENCE CALL WITH CLIENT (J. SMITH) REGARDING STATE LEASES IN TEXAS AND LOUISIANA. | .40 | 280.00 |
| 02/22/21 | JN | B180 | A104 | REVIEW PRESENTATION PREPARED BY CLIENT REGARDING STATE LEASES IN LOUISIANA AND TEXAS THAT WILL BE ABANDONED. | .50 | 350.00 |
| 02/22/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (J. SMITH) REGARDING STATUS OF STATE LEASES IN TEXAS AND LOUISIANA. | .70 | 490.00 |
| 02/22/21 | JN | B180 | A109 | CONFERENCE CALL WITH LENDERS' REGULATORY COUNSEL REGARDING STATE LEASES IN TEXAS AND LOUISIANA. | .70 | 490.00 |
| 02/22/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND THE CLIENT (M. DANE AND T. LAMME) REGARDING LITIGATION STRATEGY REGARDING ATLANTIC MARITIME. | .70 | 490.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   35
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/22/21 | JN | B180 | A102 | RESEARCH TEXAS AND LOUISIANA LAW ON ABANDONING STATE LEASES. | 1.20 | 840.00 |
| 02/22/21 | PFH | B420 | A107 | E MAIL FROM AUSA LATSIS WITH INSTRUCTIONS FOR PAYMENT OF FINE AND FROM AUSA KAMMER WITH DIFFERENT INSTRUCTIONS FOR PAYMENT OF FINE WITH RESPOSNE TO AUSAS ASKING FOR COORDINATED INSTRUCTIONS. | .10 | 62.50 |
| 02/22/21 | PFH | B420 | A105 | E MAILS FROM MR. NOE WITH REQUEST FOR NOTICE OF FILED MOTION TO AUSAS; E MAIL TO MR. NOE WITH NOTICE TO AUSAS. | .10 | 62.50 |
| 02/22/21 | SYD | B190 | A105 | DISCUSSED NEEDED RESEARCH RE ABANDONMENT UNDER LOUISIANA LAW AND TEXAS LAW WITH J. NOE. | .30 | 138.00 |
| 02/22/21 | GAR | B160 | A107 | FOLLOW UP WITH C. CARLSON, WEIL CO-COUNSEL, REGARDING FILING OF FIRST SUPPLEMENTAL DECLARATION REGARDING INDIVIDUAL RATE INCREASES FOR JONES WALKER. | .20 | 68.00 |
| 02/22/21 | GAR | B160 | A101 | REVIEW DOCKET FOR FILING OF DISCLOSURE STATEMENT AMENDMENTS TO PROVIDE CO-COUNSEL WITH UPDATES ON STATUS OF FIRST AND FINAL FEE APPLICATION. | .20 | 68.00 |
| 02/23/21 | JAH | B190 | A104 | CORRESPONDENCE AND ANALYSIS OF VALARIS/ATLANTIC CLAIMS. | .70 | 490.00 |
| 02/23/21 | JN | B180 | A109 | PARTICIPATE IN CLIENT'S BOARD OF DIRECTORS MEETING. | .60 | 420.00 |
| 02/23/21 | JN | B180 | A104 | REVIEW PRIOR LEGAL RESEARCH CONDUCTED IN ATLANTIC MARITIME LITIGATION. | 1.20 | 840.00 |
| 02/23/21 | JN | B180 | A104 | REVIEW LITIGATION STRATEGY DOCUMENT CREATED BY WEIL REGARDING ATLANTIC MARITIME. | .30 | 210.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   36
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/23/21 | JN | B180 | A109 | CONFERENCE CALL WITH ATLANTIC MARITIME'S OUTSIDE COUNSEL. | .40 | 280.00 |
| 02/23/21 | JN | B180 | A103 | DRAFT UPDATE EMAIL TO THE CLIENT REGARDING CALL WITH ATLANTIC MARITIME'S OUTSIDE COUNSEL. | .20 | 140.00 |
| 02/23/21 | JN | B180 | A104 | REVIEW DRILLING CONTRACT WITH ATLANTIC MARITIME. | .70 | 490.00 |
| 02/23/21 | KMJ | B110 | A101 | MULTIPLE CORRESPONDENCE RE STATUS OF DISCLOSURE STATEMENT AMENDMENTS. | .50 | 250.00 |
| 02/23/21 | KMJ | B110 | A101 | REVIEW STATUS RE NOTICE OF FEE INCREASES AND FEE NOTICE DUE, INCLUDING RELATED CORRESPONDENCE WITH J. NOE AND G. RAMIREZ RE SAME. | .50 | 250.00 |
| 02/23/21 | PFH | B420 | A107 | E MAIL TO AUSA KAMMER RE PROVIDING OFFICIAL NOTICE OF FILED BANKRUPTCY MOTION RE NPA APPROVAL. | .10 | 62.50 |
| 02/23/21 | PFH | B420 | A105 | CALL FROM MR NOE RE NEED TO PROVIDE OFFICIAL NOTICE TO EDLA OF FILED BANKRUPTCY MOTION RE NPA APPROVAL. | .10 | 62.50 |
| 02/23/21 | TKW | B190 | A102 | APPEAL OF INTEREST INVOICE ONRR-20-0296 -- RESEARCHED AUTHORITY SUPPORTING THE PROPOSITION THAT ONCE A UNIT IS APPROVED THE ENTIRE UNIT IS ESSENTIALLY TREATED AS A SINGLE LEASE. | 4.00 | 1,500.00 |
| 02/24/21 | JAN | B190 | A104 | REVIEW AND ANALYSIS OF LEGAL RESEARCH ON CHOICE OF LAW ISSUES AND PREEMPTION. | .80 | 520.00 |
| 02/24/21 | JAN | B110 | A105 | ATTEND CONFERENCE WITH BANKRUPTCY TEAM REGARDING LEGAL ISSUES AND CASE STATUS. | .50 | 325.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  37
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/24/21 JN | B180 | A102 | CONDUCT LEGAL RESEARCH ON FEDERAL PREEMPTION OF THE LOUISIANA OIL WELL ACT RELATING TO CLAIMS BROUGHT BY ATLANTIC MARITIME. | 4.60 | 3,220.00 |
| 02/24/21 JN | B180 | A109 | CONFERENCE CALL WITH CLIENT (JOHN SMITH) REGARDING STATE LEASES IN TEXAS AND LOUISIANA TO BE ABANDONED. | .50 | 350.00 |
| 02/24/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS LITIGATION STRATEGY REGARDING ATLANTIC MARINE. | .60 | 420.00 |
| 02/24/21 KMJ | B110 | A101 | REVIEW FEE NOTICE AND RATE INCREASE NOTICE AND CORRESPONDENCE TO C. CARLSON RE SAME. | .30 | 150.00 |
| 02/24/21 KMJ | B110 | A101 | CORRESPONDENCE TO G. RAMIREZ RE FEE NOTICE AND RATE INCREASE NOTICE. | .10 | 50.00 |
| 02/24/21 DJB | B410 | A108 | MEETING WITH JONES WALKER AND WEIL LAWYERS TO DISCUSS LITIGATION STRATEGY REGARDING VALARIS / ATLANTIC MARITIME LIENS ON FIELDWOOD INTERESTS. | .00 | .00 |
| 02/24/21 GAR | B160 | A105 | FOLLOW UP WITH K. JOHNSON AND J. NOE FOR NEXT STEPS FOR FILING OF FIRST SUPPLEMENTAL DECLARATION REGARDING INDIVIDUAL RATE INCREASES FOR JONES WALKER GIVEN UPCOMING DEADLINE TO SERVE THE JANUARY MONTHLY FEE STATEMENT. | .10 | 34.00 |
| 02/24/21 GAR | B160 | A101 | REVIEW DOCKET FOR FILING OF DISCLOSURE STATEMENT AMENDMENTS TO PROVIDE CO-COUNSEL WITH UPDATES ON STATUS OF FIRST AND FINAL FEE APPLICATION AND JANUARY MONTHLY FEE STATEMENT (.2); DISCUSS SAME AND RELATED UPDATES ON STATUS OF DISCLOSURE STATEMENT WITH K. JOHNSON AND J. NOE (.1). | .30 | 102.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   38
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 02/24/21 TKW | B190 | A102 | APPEAL OF INTEREST INVOICE ONRR-20-0296 -- RESEARCHED AUTHORITY SUPPORTING THE PROPOSITION THAT ONCE A UNIT IS APPROVED THE ENTIRE UNIT IS ESSENTIALLY TREATED AS A SINGLE LEASE. | 2.70 | 1,012.50 |
| 02/25/21 JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- CONFERENCE WITH J. NOE RE TASKS NEEDED FOR UPCOMING FILINGS RE ADJACENT STATE LAW ISSUE. | .50 | 350.00 |
| 02/25/21 JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- REVIEW CASE LAW RE "ADJACENT STATE" DETERMINATION. | 2.00 | 1,400.00 |
| 02/25/21 JAH | B190 | A104 | REVIEW DRAFT DISCLOSURE STATEMENT AND RELATED CORRESPONDENCE | .40 | 280.00 |
| 02/25/21 JN | B180 | A103 | REVIEW AND REVISE AMENDED DISCLOSURE STATEMENT. | 1.60 | 1,120.00 |
| 02/25/21 JN | B180 | A102 | RESEARCH FEDERAL PREEMPTION OF LOUISIANA OIL WELL LIEN ACT. | 1.40 | 980.00 |
| 02/25/21 JN | B180 | A104 | REVIEW AND REVISE PRESENTATION MATERIALS ON STATE LEASES IN LOUISIANA AND TEXAS SLATED FOR ABANDONMENT. | .90 | 630.00 |
| 02/25/21 JN | B180 | A105 | DRAFT EMAIL TO JOE BAIN REGARDING OUTREACH WITH TEXAS ATTORNEY GENERAL OFFICE REGARDING STATE LEASES TO BE ABANDONED. | .30 | 210.00 |
| 02/25/21 JN | B180 | A102 | RESEARCH FIELDWOOD'S HISTORY OF PAYMENT OF CIVIL PENALTIES. | .60 | 420.00 |
| 02/25/21 JN | B180 | A109 | CONFERENCE CALL WITH LENDERS' REGULATORY COUNSEL REGARDING STATE LEASES IN LOUISIANA AND TEXAS. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  39
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


02/25/21 JN    B180  A109  CONFERENCE CALL WITH THE          .40       280.00
                           CLIENT (M. DANE) REGARDING
                           PREDECESSOR ISSUES AND
                           GOVERNMENT OUTREACH.

02/25/21 MWM   B190  A104  REVIEW/REVISE DISCLOSURE         2.10     1,092.00
                           STATEMENT (1.8); RELATED
                           CORRESPONDENCE AND TELEPHONE
                           CONFERENCE WITH MS. HARDIN
                           (.3).

02/25/21 MWM   B190  A104  CORRESPONDENCE RE: WEIL RE:       .30       156.00
                           DISCLOSURE PLAN.

02/25/21 PFH   B420  A107  CALL WITH MR M. CHESTER RE        .30       187.50
                           WALL.

02/25/21 PFH   B420  A106  REPORT TO MR SERGESKETTER RE      .30       187.50
                           CALL WITH MR M. CHESTER (.1);
                           EMAIL FROM MR MAGNER TO MR
                           SERGESKETTER RE REPORT (.1);
                           E MAIL RESPONSES FROM MR
                           SERGESKETTER (.1).

02/25/21 PFH   B420  A107  E MAILS FROM/TO AUSA KAMMER/      .20       125.00
                           AUSA LATSIS RE SERVICE ON US
                           ATTORNEY OF MOTION FOR
                           APPROVAL OF NPA.

02/25/21 PFH   B420  A105  E MAILS TO MR. NOE WITH          .10        62.50
                           CORRESPONDENCE FROM AUSAS RE
                           SERVICE OF MOTION.

02/25/21 PFH   B110  A106  E MAIL FROM MR SERGESKETTER      .10        62.50
                           WITH QUESTIONS RE PARAGRAPH 7
                           OF THE NPA AND THE US
                           ATTORNEY'S INTERPRETATION OF
                           IT.

02/25/21 PFH   B420  A104  E MAIL FROM MS. H. JAMES WITH    .90       562.50
                           DRAFT DISCLOSURE STATEMENT
                           (.1); E MAIL FROM MR NOE WITH
                           DRAFT AMENDED DISCLOSURE
                           STATEMENT FOR REVIEW (.1);
                           REVIEWED AMENDED DISCLOSURE
                           STATEMENT AND E MAILED
                           COMMENTS TO MR NOE (.4);
                           EMAIL/CALL FROM MR MAGNER RE
                           SAME (.1); E MAIL RESPONSE
                           FROM MR CARLSON RE MY
```

```
FIELDWOOD ENERGY LLC                                       PAGE   40
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


                       COMMENTS ON DRAFT DISCLOSURE
                       STATEMENT (.1); EMAIL FROM MR
                       NOE WITH AMOUNT OF CIVIL
                       PENALTIES FOR INCLUSION IN
                       DISCLOSURE STATEMENT (.1).

02/25/21 JEB   B410  A104  CORRESPONDENCE WITH J. NOE        .90        540.00
                       REGARDING POTENTIAL
                       ABANDONMENT OF WELLS IN TEXAS
                       AND STRATEGY FOR REACHING OUT
                       TO THE TEXAS AG'S OFFICE TO
                       DISCUSS.

02/25/21 GAR   B160  A107  CORRESPOND WITH WEIL              .10         34.00
                       CO-COUNSEL AND K. JOHNSON
                       REGARDING OUTSTANDING ISSUES
                       WITH SERVICE OF MONTHLY FEE
                       APPLICATION.

02/25/21 MBS   B210  A105  REVIEW DOCKET FOR PLEADINGS       .50        110.00
                       FILED BY ATTORNEY GENERAL OF
                       TEXAS AND TEXAS RAILROAD
                       COMMISSION (.4); INTEROFFICE
                       EMAIL REGARDING NOTICES OF
                       APPEARANCES FILED (.1).

02/26/21 JAH   B190  A104  CORRESPONDENCE J. NOE AND         .30        210.00
                       WEIL RE CIVIL PENALTY ISSUES
                       IN DISCLOSURE.

02/26/21 JN    B180  A105  CONFERENCE CALL WITH J. BAIN      .40        280.00
                       TO DISCUSS TEXAS STATE LEASES
                       TO BE ABANDONED AND OUTREACH
                       STRATEGY WITH TEXAS ATTORNEY
                       GENERAL'S OFFICE.

02/26/21 JN    B180  A104  REVIEW AND REVISE               1.20        840.00
                       PRESENTATION MATERIALS
                       REGARDING STATE LEASES TO BE
                       ABANDONED IN TEXAS AND
                       LOUISIANA.

02/26/21 JN    B180  A109  CONFERENCE CALL WITH THE          .50        350.00
                       CLIENT (M. DANE AND T. LAMME)
                       REGARDING CALL WITH DOJ AND
                       DOI REGARDING POTENTIAL
                       OBJECTION TO DISCLOSURE
                       STATEMENT DUE TO LACK OF
                       CONSENSUAL AGREEMENT WITH
                       PREDECESSORS.
```

FIELDWOOD ENERGY LLC                                        PAGE   41
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


02/26/21 JN    B180   A109   CONFERENCE CALL WITH WEIL TO        .40        280.00
                             DISCUSS NEXT STEPS FOLLOWING
                             CALL WITH DOJ AND DOI
                             REGARDING POTENTIAL OBJECTION
                             TO DISCLOSURE STATEMENT.

02/26/21 JN    B180   A109   CONFERENCE CALL WITH LAWYERS        .90        630.00
                             FROM DOJ AND DOI REGARDING
                             DISCLOSURE STATEMENT AND
                             UPDATES ON NEGOTIATIONS WITH
                             PREDECESSORS REGARDING
                             CONSENSUAL AGREEMENTS ON
                             ABANDONED PROPERTIES.

02/26/21 JN    B180   A103   REVIEW AND REVISE REGULATORY        .90        630.00
                             PORTIONS OF NEW DRAFT OF
                             AMENDED DISCLOSURE STATEMENT.

02/26/21 JN    B180   A105   CONFERENCE CALL WITH J.             .40        280.00
                             HUNTER REGARDING ADACENT
                             STATE CHOICE OF LAW ISSUES
                             WITH RESPECT TO ATLANTIC
                             MARITIME'S LIENS.

02/26/21 JN    B180   A109   CONFERENCE CALL WITH WEIL           .20        140.00
                             REGARDING SERVICE OF PROCESS
                             ON MOTION TO APPROVE
                             NON-PROSECUTION AGREEMENT.

02/26/21 JN    B180   A103   DRAFT EMAIL TO LENDERS             .20        140.00
                             REGULATORY COUNSEL REGARDING
                             STATE LEASES IN LOUISIANA AND
                             TEXAS TO BE ABANDONED.

02/26/21 JN    B180   A109   PARTICIPATE IN CONFERENCE          .80        560.00
                             CALL WITH LAWYERS FROM
                             DEPARTMENT OF JUSTICE AND
                             DEPARTMENT OF INTERIOR
                             REGARDING POTENTIAL OBJECTION
                             TO DISCLOSURE STATEMENT.

02/26/21 JN    B180   A109   PARTICIPATE IN CONFERENCE          .40        280.00
                             CALL WITH THE CLIENT (M. DANE
                             AND T. LAMME) REGARDING CALL
                             WITH LAWYERS FROM DEPARTMENT
                             OF JUSTICE AND DEPARTMENT OF
                             INTERIOR.

```
FIELDWOOD ENERGY LLC                                    PAGE   42
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


02/26/21 JN    B180  A109  CONFERENCE CALL WITH WEIL          .30      210.00
                           REGARDING CALL WITH LAWYERS
                           FROM DEPARTMENT OF JUSTICE
                           AND DEPARTMENT OF INTERIOR.

02/26/21 KMJ   B110  A101  FOLLOW UP ON FEE NOTICE            .10       50.00
                           QUESTIONS TO C. CARLSON.

02/26/21 PFH   B110  A107  CALL WITH MR B. CAPITELLI RE       .30      187.50
                           NPA AND HUSE.

02/26/21 PFH   B310  A105  CALL TO MR. NOE RE PROPER WAY      .10       62.50
                           TO SERVICE US ATTORNEY WITH
                           MOTION TO APPROVE NPA.

02/26/21 PFH   B110  A107  E MAIL FROM MS. HILLARIE TO        .10       62.50
                           MR. NOE RE HISTORICAL
                           PENALTIES FOR USE IN
                           DISCLOSURE STATEMENT WITH
                           RESPONSE FROM MR. NOE WITH
                           ALTERNATIVE LANGUAGE.

02/26/21 PFH   B110  A107  E MAILS AND CALL WITH MR.          .00         .00
                           CAPITELLI RE STATUS OF CASE.

02/26/21 PFH   B110  A107  CALL FROM AUSA DALL KAMMER RE      .20      125.00
                           PAYEE FOR PAYMENT AND
                           DIRECTIONS TO SERVE HIM OR
                           AUSA LATSIS.

02/26/21 PFH   B110  A106  E MAIL TO MR.                      .20      125.00
                           SERGESKETTER/MR. NOE RE
                           SERVING US ATTORNEY WITH
                           BANKRUPTCY MOTION (.1); EMAIL
                           FROM/TO MR. SERGESKETTER RE
                           CLARIFICATION AND EXPLANATION
                           (.1).

02/26/21 JEB   B410  A104  CONFER WITH J. NOE REGARDING       .50      300.00
                           STRATEGY FOR TEXAS AND
                           LOUISIANA LEASES.

02/27/21 JAH   B190  A104  STATE LEASE ISSUES -- ANALYZE     1.10      770.00
                           RESIDUAL DECOMMISSIONING
                           LIABILITY.

02/27/21 JN    B180  A104  REVIEW BSEE'S AREAS OF             .50      350.00
                           CONCERN AND PRIORITY OF
                           REMEDIAL WORK CHART.
```

```
FIELDWOOD ENERGY LLC                                          PAGE   43
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


02/27/21 JN    B180  A103   REVIEW AND REVISE LATEST         1.70     1,190.00
                            DRAFT OF PRESENTATION
                            MATERIALS REGARDING STATE
                            LEASES SLATED FOR ABANDONMENT
                            IN TEXAS AND LOUISIANA.

02/28/21 JAH   B190  A104   ANALYZE ADJACENT STATE LAW        .90       630.00
                            ISSUES ARISING FROM VALARIS
                            CLAIMS

02/28/21 JAH   B190  A104   STATE LEASE ISSUES --             .60       420.00
                            CONTINUE ANALYZING RESIDUAL
                            DECOMMISSIONING LIABILITY.

02/28/21 JN    B180  A103   DRAFT EMAIL TO WEIL REGARDING     .40       280.00
                            EXPOSURE TO DECOMMISSIONING
                            ON STATE LEASES IN LOUISIANA
                            AND TEXAS.

02/28/21 JN    B180  A103   REVIEW AND REVISE                 .50       350.00
                            PRESENTATION OF EXPLOSURE TO
                            DECOMMISSIONING LIABILITY FOR
                            STATE LEASES IN LOUISIANA AND
                            TEXAS.
                                                            --------  -----------
                                    TOTALS                   279.30  $162,588.50
                                                            ========  ===========
```

```
FIELDWOOD ENERGY LLC                                  PAGE   44
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

|  |  | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| TASK CODE | SUMMARY | HOURS | FEES | HOURS | FEES |
|  |  | .00 | .00 | 438.30 | 244,356.00 |
| AXXX | BAD CODE - ACCOUNTING U | .00 | .00 | .00 | .00 |
|  | TOTAL | .00 | .00 | 438.30 | 244,356.00 |
| **ADMINISTRATION** | | | | | |
| B110 | CASE ADMINISTRATION | 8.50 | 4,650.00 | 462.40 | 266,066.50 |
| B120 | ASSET ANALYSIS/RECOVERY | 2.70 | 1,070.00 | 14.10 | 7,866.00 |
| B130 | ASSET DISPOSITION | .00 | .00 | 3.20 | 1,920.00 |
| B140 | RELIEF FROM STAY/PROTEC | .00 | .00 | 10.80 | 5,674.50 |
| B160 | FEE/EMPLMT APPLICATIONS | 20.50 | 6,970.00 | 486.30 | 96,164.00 |
| B180 | AVOIDANCE ACTION ANALYS | 113.50 | 79,450.00 | 483.50 | 319,205.00 |
| B190 | OTHER CONTESTED MATTERS | 79.20 | 44,356.50 | 473.80 | 270,464.00 |
|  | TOTAL ADMINISTRATION | 224.40 | 136,496.50 | 1,934.10 | 967,360.00 |
| **OPERATIONS** | | | | | |
| B210 | BUSINESS OPERATIONS | .50 | 110.00 | 97.50 | 45,397.00 |
| B230 | FINANCING/CASH COLLECTI | .20 | .00 | 26.60 | 14,679.00 |
| B240 | TAX ISSUES | 10.80 | 4,750.00 | 10.80 | 4,750.00 |
| B250 | REAL ESTATE | 5.50 | 1,676.50 | 5.50 | 1,676.50 |
| B260 | BOARD OF DIRECTORS MATT | .00 | .00 | .30 | 198.00 |
|  | TOTAL OPERATIONS | 16.80 | 6,536.50 | 140.70 | 66,700.50 |
| **CLAIMS AND PLAN** | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | .10 | 62.50 | 2.20 | 1,089.50 |
| B320 | PLAN DISCLOSURE STMT | .10 | 60.00 | 1.90 | 1,140.00 |
|  | TOTAL CLAIMS AND PLAN | .20 | 122.50 | 4.10 | 2,229.50 |
| **BANKRUPTCY-RELATED ADVICE** | | | | | |
| B410 | GENERAL BANKRUPTCY ADVI | 1.40 | 840.00 | 84.20 | 39,176.50 |
| B420 | RESTRUCTURING | 36.50 | 18,593.00 | 54.20 | 29,319.00 |
|  | TOTAL BANKRUPTCY-RELATED ADVI | 37.90 | 19,433.00 | 138.40 | 68,495.50 |
|  | TOTALS | 279.30 | 162,588.50 | 2,655.60 | 1,349,141.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   45
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

| | ----------THIS BILL---------- | | | --CUMULATIVE TOTALS--- | |
| ATTORNEY SUMMARY | RATE | HOURS | FEES | HOURS | FEES |
|---|---|---|---|---|---|
| AMY G. SCAFIDEL | .00 | .00 | .00 | 2.40 | 1,248.00 |
| C. ELLIS BRAZEAL, III | 485.00 | 1.40 | 679.00 | 1.40 | 679.00 |
| CHAD J. HAMMONS | 380.00 | 2.50 | 950.00 | 2.50 | 950.00 |
| CINDY M. MULLER | .00 | .00 | .00 | 24.30 | 12,028.50 |
| DOUGLAS C. LONGMAN | .00 | .00 | .00 | 3.50 | 1,050.00 |
| DAVID M. HUNTER, D. | .00 | .00 | .00 | 24.20 | 13,431.00 |
| F. RIVERS LELONG | .00 | .00 | .00 | .60 | 321.00 |
| JONATHAN A. HUNTER, J. | 700.00 | 37.20 | 26,040.00 | 368.10 | 241,185.00 |
| JOSHUA A. NORRIS, J. | 650.00 | 1.30 | 845.00 | 44.90 | 29,185.00 |
| JOHN F. FLETCHER | 565.00 | 1.40 | 791.00 | 1.40 | 791.00 |
| JAMES NOE | 700.00 | 113.50 | 79,450.00 | 648.90 | 422,977.50 |
| KRISTINA M. JOHNSON, K. | 500.00 | 5.40 | 2,700.00 | 78.90 | 36,385.00 |
| MARK A. CUNNINGHAM | .00 | .00 | .00 | .30 | 198.00 |
| MARC C. HEBERT, M. | .00 | .00 | .00 | 2.30 | 1,610.00 |
| MARK T. DAVIS, M. | 395.00 | 2.30 | 908.50 | 2.30 | 908.50 |
| MICHAEL W. MAGNER | 520.00 | 8.70 | 4,524.00 | 90.50 | 46,054.00 |
| PAULINE F. HARDIN, P. | 625.00 | 20.50 | 12,812.50 | 270.20 | 168,875.00 |
| PAUL O. WOODALL | 410.00 | 8.00 | 3,280.00 | 8.00 | 3,280.00 |
| ROBERT B. BIECK JR. | 590.00 | .20 | 118.00 | 6.60 | 3,894.00 |
| R. CHRISTIAN JOHNSEN | .00 | .00 | .00 | .40 | 250.00 |
| RICHARD D. BERTRAM | .00 | .00 | .00 | 67.20 | 37,968.00 |
| R PATRICK VANCE | 600.00 | .10 | 60.00 | 15.80 | 8,925.00 |
| R. SCOTT JENKINS | .00 | .00 | .00 | .80 | 436.00 |
| BRETT S. VENN | .00 | .00 | .00 | 2.70 | 1,377.00 |
| JOSEPH E. BAIN | 600.00 | 1.60 | 960.00 | 46.90 | 28,140.00 |
| MARK A. MINTZ | .00 | .00 | .00 | .40 | 160.00 |
| SARAH Y. DICHARRY | 460.00 | 14.90 | 6,854.00 | 193.30 | 88,918.00 |
| CAROLINE V. MCCAFFREY | .00 | .00 | .00 | 37.00 | 9,698.00 |
| DANIEL J. BALDWIN | .00 | .00 | .00 | 63.40 | 28,530.00 |
| GABRIELLE A. RAMIREZ | 340.00 | 20.50 | 6,970.00 | 92.00 | 29,162.50 |
| JORDAN B. RETIF | 350.00 | 15.00 | 5,250.00 | 15.00 | 5,250.00 |
| MADISON M. TUCKER | .00 | .00 | .00 | 1.00 | 275.00 |
| PATRICK J. FACKRELL | .00 | .00 | .00 | 1.90 | 598.50 |
| TAYLOR K. WIMBERLY | 375.00 | 16.50 | 6,187.50 | 94.40 | 35,400.00 |
| ELIZABETH L. CRADDOCK | 600.00 | 3.50 | 2,100.00 | 13.20 | 7,920.00 |
| ROBERT G. KENEDY | .00 | .00 | .00 | 52.90 | 29,557.50 |
| STANLEY A. MILLAN | .00 | .00 | .00 | 6.30 | 2,646.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | .20 | 40.00 |
| B. KARAN PAYNE | 240.00 | 3.20 | 768.00 | 3.20 | 768.00 |
| DANIEL J. VOGEL | .00 | .00 | .00 | .20 | 40.00 |
| GEORGETTE M. SHAHIEN | 210.00 | 1.10 | 231.00 | 10.80 | 2,219.50 |
| KILBY M. BRABSTON | .00 | .00 | .00 | 4.40 | 814.00 |
| MELLAINE B. SALINAS | 220.00 | .50 | 110.00 | 27.40 | 5,498.00 |
| TARA C. GORUMBA | .00 | .00 | .00 | 108.30 | 13,537.50 |
| WINTER RANDALL | .00 | .00 | .00 | 215.20 | 25,962.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   46
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00

          TOTALS           279.30     162,588.50  2,655.60  1,349,141.50
                         ========    ===========  ========  ===========
```

```
FIELDWOOD ENERGY LLC                                      PAGE   47
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00




COSTS INCURRED:


02/12/21 COURT RECORD FEES /PACER JANUARY 2021              3.00
01/25/21 LEXIS LEGAL RESEARCH - DICHARRY, SARAH          402.15
01/28/21 LEXIS LEGAL RESEARCH - DICHARRY, SARAH           14.85
02/04/21 LEXIS LEGAL RESEARCH - DICHARRY, SARAH           74.25
02/04/21 LEXIS LEGAL RESEARCH - HAMMONS, CHAD            267.30
02/04/21 LEXIS LEGAL RESEARCH - WIMBERLY, TAYLOR         519.90
02/24/21 LEXIS LEGAL RESEARCH - BRAZEAL, C ELLIS          44.55
02/24/21 LEXIS LEGAL RESEARCH - DICHARRY, SARAH          193.05
02/24/21 LEXIS LEGAL RESEARCH - NOE, JAMES               382.35
02/24/21 LEXIS LEGAL RESEARCH - WIMBERLY, TAYLOR         394.05
01/13/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION    8.27
         ORIGINATED BY SARAH Y. DICHARRY
01/15/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION   17.75
         ORIGINATED BY PAULINE F. HARDIN
01/21/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION   10.52
         ORIGINATED BY PAULINE F. HARDIN
01/25/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION    5.50
         ORIGINATED BY JAMES W. NOE
02/03/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION   41.64
         ORIGINATED BY JAMES W. NOE
02/05/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION   12.13
         ORIGINATED BY JAMES W. NOE

                            TOTAL COSTS:          $2,391.26

             COST SUMMARY

   E105    LONG DISTANCE                     95.81
   E106    COMPUTER LEGAL RESEARCH        2,292.45
   E112    COURT FEES                         3.00
                                       --------------
          TOTAL DISBURSEMENTS           $2,391.26


                       TOTAL FEES AND COSTS:   $164,979.76
```

```
FIELDWOOD ENERGY LLC                                          PAGE   48
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



        * * *   R E M I T T A N C E   C O P Y   * * *


                  TOTAL FEES:                  $162,588.50

                  TOTAL COSTS:                   $2,391.26

                  LESS CREDITS:                      $0.00
                                               ------------
                  TOTAL CURRENT FEES AND COSTS DUE  $164,979.76

BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.       BALANCE
 01/14/21        1060490        $11906.40
 02/19/21        1064320       $288584.82


                  TOTAL PRIOR INVOICES DUE:    $300,491.22
                                               -----------


                  TOTAL AMOUNT DUE:            $465,470.98
                                               ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                      JONES WALKER LLP
              201 St. Charles Ave. - 50th Floor
              New Orleans, Louisiana 70170-5100
```

```
FIELDWOOD ENERGY LLC                                        PAGE   49
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00
```

IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

```
FIELDWOOD ENERGY LLC                                        PAGE   50
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT JAMES NOE
IN DC CAPITOL        OR OUR CREDIT MANAGER AT (504)582-8220.
                         ATLANTA, GA (404)870-7500
                      BATON ROUGE, LA (225)248-2000
                       BIRMINGHAM, AL (205)244-5200
                        HOUSTON, TX (713)437-1800
                        JACKSON, MS (601)949-4900
                      LAFAYETTE, LA (337)593-7600
                         MIAMI, FL (305)679-5700
                        MOBILE, AL (251)432-1414
                      NEW ORLEANS, LA (504)582-8000
                        NEW YORK, NY (646)512-8101
                        PHOENIX, AZ (602)366-7889
                      TALLAHASSEE, FL (850)425-7800
                WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                 WASHINGTON, DC (DOWNTOWN) (202)434-4660
                    THE WOODLANDS, TX (281)296-4400



*********************************************************************
```

```
FIELDWOOD ENERGY LLC                                          PAGE   51
MARCH 23, 2021
INVOICE NO.: 1068326
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



BILLING ATTY:     JAMES NOE
SUPERVISING ATTY:  JAMES NOE
```

                * * *   A C C O U N T I N G   C O P Y   * * *

```
                      TOTAL FEES:                      $162,588.50

                      TOTAL COSTS:                       $2,391.26

                      LESS CREDITS:                          $0.00
                                                     -------------
             TOTAL CURRENT FEES AND COSTS DUE        $164,979.76

BALANCE DUE ON PRIOR INVOICES:

     DATE         INVOICE NO.        BALANCE
  01/14/21         1060490         $11906.40
  02/19/21         1064320        $288584.82


               TOTAL PRIOR INVOICES DUE:            $300,491.22
                                                    -----------

               TOTAL AMOUNT DUE:                    $465,470.98
                                                    ==========
```

**EXHIBIT G**

**MARCH FEE STATEMENT**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**MONTHLY FEE STATEMENT OF JONES WALKER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR
THE PERIOD MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Role of Applicant in case: | Special Counsel for Debtors |
| Date order of employment signed: | October 6, 2020 [Docket No. 411] |
| Time period covered by this statement: | March 1, 2021 through March 31, 2021 |
| **Summary of Total Fees and Expenses Requested** | |
| Total fees requested in this statement: | $243,246.50 |
| Total expenses requested in this statement: | $6,930.07 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $250,176.57 |
| **Summary of Attorney Fees Requested** | |
| Total attorney fees requested in this statement: | $243,246.50 |
| Total attorney hours covered by this statement: | 396.7 |
| Average hourly rate for attorneys: | $613.17 |
| **Summary of Paraprofessional Fees Requested** | |
| Total paraprofessional fees requested in this statement: | $0.00 |
| Total paraprofessional hours covered by this statement: | 0.0 |
| Average hourly rate for paraprofessionals: | $0.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 367], each party receiving notice of the monthly fee statement will have 14 days after the date of service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), Jones Walker LLP ("**Jones Walker**"), Special Counsel for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"), submits this monthly statement of services rendered and expenses incurred in this case for the period of March 1, 2021 through March 31, 2021 (the "**Statement Period**").[2]

## I.  Itemization of Services Rendered by Jones Walker

A.  The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Jones Walker seeks compensation.

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|------|------|------|------|------|------|
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $700.00 | 96.4 | $67,480.00 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $700.00 | 137.7 | $96,390.00 |

---

[2]  For clarity, Jones Walker notes that certain fees and expenses requested in this statement were accrued outside of the Statement Period and inadvertently omitted from previous statements.

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 10.1 | $6,312.50 |
| Joseph E. Bain | Partner/ Bankruptcy & Restructuring | Tex. 2013 | $600.00 | 1.5 | $900.00 |
| Elizabeth L. Craddock | Special Counsel/ Government Relations | D.C. 2008 | $600.00 | 5.1 | $3,060.00 |
| David M. Hunter | Partner/ Corporate | La. 1982 | $580.00 | 3.0 | $1,740.00 |
| Richard D. Bertram | Partner/ Maritime | La. 1986 | $565.00 | 52.1 | $29,436.50 |
| Michael W. Magner | Partner/ Litigation | La. 1982 Tex. 2012 | $520.00 | 0.9 | $468.00 |
| Kristina M. Johnson | Partner/ Bankruptcy & Restructuring | Miss. 1992 | $500.00 | 2.2 | $1,100.00 |
| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 46.1 | $21,206.00 |
| Daniel J. Baldwin | Associate/ Litigation | Tex. 2011 | $450.00 | 5.2 | $2,340.00 |
| Taylor K. Wimberly | Associate/ Litigation | La. 2019 | $375.00 | 12.5 | $4,687.50 |
| Gabrielle A. Ramirez | Associate/ Bankruptcy & Restructuring | Tex. 2019 | $340.00 | 23.9 | $8,126.00 |
| **TOTAL** | | | | **396.7** | **$243,246.50** |

B.     The time records of Jones Walker consisting of a daily breakdown of the time spent by each person on each day, and details as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

**II.      Itemization of Services Rendered and Disbursements Incurred By Category**

The following itemization presents the services rendered by Jones Walker by task categories and provides a summary of disbursements incurred by category of disbursement.

A.      <u>Services Rendered</u>

The following services were rendered in the following task categories:

| Task Code | Task Category | Hours | Fees Earned |
|:---:|:---:|:---:|:---:|
| B110 | Case Administration | 12.3 | $7,412.50 |
| B160 | Fee/Employment Applications | 23.9 | $8,126.00 |
| B180 | Avoidance Action Analysis | 137.7 | $96,390.00 |
| B190 | Other Contested Matters | 155.9 | $93,841.50 |
| B210 | Business Operations | 52.1 | $29,436.50 |
| B230 | Financing/Cash Collection | 3.0 | $1,740.00 |
| B320 | Plan/Disclosure Statement | 0.5 | $300.00 |
| B410 | General Bankruptcy Advice | 6.2 | $2,940.00 |
| B420 | Restructuring | 5.1 | $3,060.00 |
| **TOTAL** | | **396.7** | **$243,246.50** |

A detailed itemization of the services rendered and resulting fees in each of the above task categories is set forth in **<u>Exhibit A</u>**.

B.      <u>Disbursements Incurred</u>

The disbursements incurred by Jones Walker for expenses in this Statement are as follows:

| Expense | Amount |
|:---:|:---:|
| Long Distance | $44.37 |
| Computer Legal Research | $1,858.65 |
| Delivery Services | $27.05 |
| Other Professionals | $5,000.00 |
| **TOTAL** | **$6,930.07** |

C.     Accordingly, the amount of fees and expenses <u>payable for this Statement Period</u> is

$201,527.27, which is calculated as follows:

| Description | Amount |
|---|---|
| Total Fees for Services Rendered | $243,246.50 |
| Twenty Percent (20%) Holdback | $48,649.30 |
| Fees Minus Holdback | $194,597.20 |
| Total Expenses for Disbursements Incurred (100%) | $6,930.07 |
| **TOTAL** | **$201,527.27** |

[*Remainder of page intentionally left blank.*]

WHEREFORE, pursuant to the Interim Compensation Order, Jones Walker requests payment of compensation in the amount of (i) $194,597.20 (80% of $243,246.50) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $6,930.07 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $201,527.27 for the Statement Period.

Dated: April 19, 2021

Respectfully submitted,

**JONES WALKER LLP**

 */s/ James Noe*
James Noe (TX Bar No. 24040178)
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:  713-437-1800
Fax:  713-437-1801
Email: jnoe@joneswalker.com

-and-

Mark A. Mintz (SDTX No. 1140193)
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel:  504-582-8368
Fax:  504-589-8368
Email: mmintz@joneswalker.com

***Special Counsel for Fieldwood Energy, LLC et al.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, a true and correct copy of the foregoing Monthly Fee Statement was duly served upon the following parties via email as ordered in the Interim Compensation Order [Docket No. 367] entered on September 17, 2020.

**Debtors**
Fieldwood Energy LLC
Mike Dane (mdane@fwellc.com)
Tommy Lamme (tlamme@fwellc.com)

**Counsel to the Debtors**
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq. (matt.barr@weil.com)
Alfredo R. Pérez, Esq. (alfredo.perez@weil.com)
Jessica Liou, Esq. (jessica.liou@weil.com)

**Counsel to the Ad Hoc Group of Secured Lenders**
Davis Polk & Wardwell LLP
Damian S. Schaible, Esq. (damian.schaible@davispolk.com)
Natasha Tsiouris, Esq. (natasha.tsiouris@davispolk.com)

Haynes and Boone, LLP
Charles A. Beckham Jr., Esq. (charles.beckham@haynesboone.com)
Martha Wyrick, Esq. (martha.wyrick@haynesboone.com)

**Office of the U.S. Trustee for the Southern District of Texas**
Hector Duran (hector.duran.jr@usdoj.gov)
Stephen Statham (stephen.statham@usdoj.com)

**Counsel to the Creditors' Committee**
Stroock & Stroock & Lavan LLP
Sherry Millman, Esq. (smillman@stroock.com)
Kenneth Pasquale, Esq. (kpasquale@stroock.com)

*/s/ James Noe*
James Noe

# **Exhibit A**

Itemization of Services Rendered and Disbursements Incurred

6905    45043

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


FIELDWOOD ENERGY LLC                      APRIL 19, 2021
ATTN:  TOMMY LAMME                        INVOICE NO. 1071296
2000 W. SAM HOUSTON PKWY S., STE 1200
HOUSTON, TX 77042


        RE:  FIELDWOOD RESTRUCTURING

                FILE NO. 178208-00


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 01/20/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT/REVISE DEWOLFE DECLARATION AND FW STATEMENT OF REASONS. | 4.00 | 2,800.00 |
| 03/01/21 | JAH | B190 | A104 | CONFERENCE WITH J. NOE RE DECOMMISSIONING LIABILITIES FOR LEASES IN STATE WATERS AND ONSHORE. | .30 | 210.00 |
| 03/01/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW STATUS OF APPEAL. | .20 | 140.00 |
| 03/01/21 | JAH | B190 | A104 | VALARIS/ATLANTIC LIEN DISPUTE -- REVIEW CASE LAW RE DETERMINATION OF CONTROLLING STATE LAW AND PLAN EVIDENTIARY CASE RE SAME. | 4.00 | 2,800.00 |
| 03/01/21 | JN | B180 | A109 | CONFERENCE CALL WITH CLIENT REGARDING STATE LEASES. | .80 | 560.00 |
| 03/01/21 | JN | B180 | A103 | DRAFT AND REVISE PRESENTATION MATERIAL ON STATE LEASES. | .90 | 630.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    2
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

```
03/01/21 JN    B180  A109   CONFERENCE CALL WITH WEIL        .80       560.00
                            CO-COUNSEL TO DISCUSS NEXT
                            STEPS IN ATLANTIC MARITIME
                            ADVERSARIAL PROCEEDING.

03/01/21 JN    B180  A102   RESEARCH CHOICE OF LAW ISSUES   2.50     1,750.00
                            ON ADJACENT STATE RELATED TO
                            APPLICABLE LAW IN ATLANTIC
                            MARITIME ADVERSARIAL
                            PROCEEDING.

03/01/21 JN    B180  A105   VARIOUS CONFERENCE CALLS WITH    .50       350.00
                            J. HUNTER TO DISCUSS ADJACENT
                            STATE CHOICE OF LAW ISSUES
                            WITH RESPECT TO ATLANTIC
                            MARITIME ADVERSARIAL
                            PROCEEDING.

03/01/21 PFH   B110  A107   E MAIL TO AUSA DALL KAMMER RE    .10        62.50
                            CLARIFICATION OF PARAGRAPH 7
                            OF NPA RE ADMINISTRATIVE OR
                            CIVIL ACTIONS.

03/01/21 JEB   B410  A104   REVIEW AND ANALYZE SLIDE DECK    .50       300.00
                            REGARDING SHALLOW WATER
                            DECOMMISSIONING OBLIGATIONS.

03/02/21 JAH   B190  A104   VALARIS/ATLANTIC LIENS --        .80       560.00
                            PLAN ADJACENT STATE LAW
                            STRATEGY.

03/02/21 JAH   B190  A104   VALARIS/ATLANTIC LIENS --        .50       350.00
                            CALL AND CORRESPONDENCE WITH
                            R. BERTRAM RE ADJACENT STATE
                            LAW DEFENSE.

03/02/21 JN    B180  A102   RESEARCH TRANSFER OF            1.90     1,330.00
                            LIABILITY FOR DECOMMISSIONING
                            OF EXPIRED LEASES.

03/02/21 JN    B180  A102   CONTINUE REVIEW AND REVISE      1.40       980.00
                            PRESENTATION MATERIALS ON
                            STATE LEASES.

03/02/21 JN    B180  A102   RESEARCH ADJACENT STATE         1.70     1,190.00
                            CHOICE OF LAW ISSUE RELATED
                            TO ATLANTIC MARITIME'S
                            ADVERSARIAL PROCEEDING.
```

```
FIELDWOOD ENERGY LLC                                    PAGE    3
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

```
03/02/21 RDB   B210  A102   REVIEW OF CASE LAW RELATED TO      2.30      1,299.50
                            JUDICIAL INTERPRETATIONS OF
                            OUTER CONTINENTAL SHELF LANDS
                            ACT, 43 USCA 1332, AND
                            APPLICATION OF LAW OF
                            ADJACENT STATE (1.1); ADDRESS
                            ADJACENT STATE ISSUES RELATED
                            TO GREEN CANYON-- BLOCK 39,
                            MISSISSIPPI CANYON-- BLOCK
                            948, VIOSCA KNOLL--BLOCK 962,
                            AND MISSISSIPPI CANYON--BLOCK
                            519 (.9); REVIEW OF MARUBENI
                            DECISION OF WESTERN DISTRICT
                            OF LOUISIANA (.3).

03/02/21 SYD   B190  A104   REVIEWED STATUS OF                  .90        414.00
                            ADMINISTRATIVE APPEALS,
                            INCLUDING IBLA-2020-375 & 376
                            (SUPPLEMENTAL BONDING
                            APPEALS), IBLA 2020-0306, ET
                            AL (EI 342), AND
                            ONRR-20-0296-OCS (APPEAL OF
                            ONRR INTEREST INVOICE).

03/03/21 JAH   B190  A104   VALARIS/ATLANTIC LIENS --          2.00      1,400.00
                            REVIEW CASE LAW AND DEVELOP
                            STRATEGY FOR PRESENTING
                            "ADJACENT STATE LAW"
                            POSITIONS.

03/03/21 JAH   B190  A104   VALARIS/ATLANTIC LIEN DISPUTE       .40        280.00
                            -- RESEARCH
                            CONSULTANTS/EXPERT WITNESSES
                            FOR STRATEGY.

03/03/21 JAH   B190  A104   VALARIS/ATLANTIC LIENS --           .60        420.00
                            CONFERENCES AND
                            CORRESPONDENCE WITH R.
                            BERTRAM RE DEVELOPING
                            "ADJACENT STATE LAW"
                            POSITIONS.

03/03/21 JN    B180  A109   PARTICIPATE IN CONFERENCE          1.30        910.00
                            CALL WITH LEGAL WORKING GROUP
                            CONSISTING OF LAWYERS FROM
                            DEPARTMENT OF JUSTICE AND
                            DEPARTMENT OF INTERIOR.
```

```
FIELDWOOD ENERGY LLC                                    PAGE    4
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| Date | Initials | B-Code | A-Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/03/21 | JN | B180 | A103 | DRAFT MEMORANDUM ON DIVISIVE MERGER AND REGULATORY FRAMEWORK FOR TRANSFERRING LIABILITY FOR DECOMMISSIONING, INCLUDING TRANSFERRING LIABILITY FOR EXPIRED LEASES. | 1.40 | 980.00 |
| 03/03/21 | JN | B180 | A105 | CONFERENCE CALL WITH D. BALDWIN REGARDING INSTRUCTIONS FOR RESEARCH RELATED TO ATLANTIC MARITIME ADVERSARIAL PROCEEDING. | .30 | 210.00 |
| 03/03/21 | JN | B180 | A105 | VARIOUS CONFERENCE CALLS WITH J. HUNTER TO DISCUSS TRANSFERRING LIABILITY FOR EXPIRED LEASES AND CHOICE OF LAW ISSUES IN ATLANTIC MARITIME ADVERSARIAL PROCEEDING. | .50 | 350.00 |
| 03/03/21 | JN | B180 | A102 | RESEARCH INTO BSEE'S AUTHORITY TO ORDER DECOMMISSIONING TO PREDECESSORS ON EXPIRED LEASES. | 1.40 | 980.00 |
| 03/03/21 | JN | B180 | A103 | REVIEW AND REVISE PRESENTATION MATERIALS ON STATE LEASES. | .70 | 490.00 |
| 03/03/21 | KMJ | B110 | A101 | CORRESPONDENCE WITH C. CLIFFORD RE FEE NOTICE AND INTERIM FEE APPLICATION AND AMENDED DISCLOSURE STATEMENT. | .20 | 100.00 |
| 03/03/21 | MWM | B190 | A104 | MULTIPLE TELEPHONE CONFERENCE AND CORRESPONDENCE WITH P. HARDIN RE REQUIRED REPORTING UNDER NPA. | .40 | 208.00 |
| 03/03/21 | PFH | B110 | A107 | E MAIL FROM/TO AUSA D. KAMMER CLARIFYING WHAT MUST BE REPORTED UNDER PARAGRAPH 7 OF THE NPA. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                          PAGE   5
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/03/21 PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH CORRESPONDENCE FROM/TO AUSA D.KAMMER CLARIFYING WHAT MUST BE REPORTED UNDER PARAGRAPH 7 OF THE NPA. | .10 | 62.50 |
| 03/03/21 PFH | B110 | A107 | E MAIL FROM/TO AUSA S. LATSIS RE SERVICE OF MOTION ON GOVERNMENT. | .10 | 62.50 |
| 03/03/21 PFH | B110 | A105 | E MAIL TO/FROM J. NOE RE SERVICE OF PROCESS OF MOTION ON GOVERNMENT. | .10 | 62.50 |
| 03/03/21 RDB | B210 | A102 | REVIEW CASELAW RELATED TO OUTER CONTINENTAL SHELF LANDS ACT (.8); REVIEW VARIOUS CHARTS AND CHECK NOAA AND USCG RESOURCES RELATED TO KATMAI (GREEN CANYON, BLOCK 39), GUNFLINT (MISS. CANYON, BLOCK 948), SWORDFISH (VIOSCA KNOLL, BLOCK 962), AND GENOVESA (MISS. CANYON, BLOCK 519) (.6); CALL TO CONSULTING PETROLEUM ENGINEER P. VEROWSKY RELATED TO OCS ISSUES AND BSEE RESOURCES (.2); REVIEW CASELAW FROM UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS, RELATED TO OUTER CONTINENTAL SHELF LANDS ACT (.7). | 2.30 | 1,299.50 |
| 03/03/21 SYD | B190 | A104 | RE ONRR-20-0296, PREPARED FOR AND PARTICIPATED IN CALL WITH D. CARRIER TO DISCUSS DECLARATION IN SUPPORT OF APPEAL. | .80 | 368.00 |
| 03/03/21 GAR | B160 | A101 | CORRESPOND WITH C. CARLSON AND H. JAMES, WEIL CO-COUNSEL, AND K. JOHNSON REGARDING EXPECTED DATE AND RELATED ISSUES FOR FILING OF JONES WALKER'S NOTICE OF RATE INCREASE (.3); CONTINUOUS REVIEW OF DOCKET FOR FILING TO DETERMINE NOTICE PERIOD | .50 | 170.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    6
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | FOR SERVING JONES WALKER'S JANUARY MONTHLY FEE STATEMENT (.2). |  |  |
| 03/03/21 GAR | B160 | A101 | REVIEW DOCKET FOR FILING OF JONES WALKER'S NOTICE OF RATE INCREASE TO PROVIDE CO-COUNSEL WITH UPDATES ON STATUS OF JANUARY MONTHLY FEE STATEMENT (.2); DISCUSS SAME AND RELATED UPDATES ON STATUS OF NOTICE OF RATE INCREASE WITH K. JOHNSON AND J. NOE (.2). | .40 | 136.00 |
| 03/04/21 JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- REVIEW AND COMMENT ON MEMO RE DIVISIVE MERGER. | .50 | 350.00 |
| 03/04/21 JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- PREPARE FOR AND HAVE CONFERENCE WITH B. WARING RE EXPERT SUPPORT FOR ADJACENT STATE LAW ARGUMENTS. | .90 | 630.00 |
| 03/04/21 JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- REVIEW CASE LAW AND CRITERIA ACCEPTED AND REJECTED BY COURTS RE ADJACENT STATE DETERMINATION. | .80 | 560.00 |
| 03/04/21 JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- REVIEW AND RESEARCH IBLA DECISIONS RE LIABILITY OF PRIOR LEASE OWNERS GENERALLY AND FOR SIDETRACKS SPECIFICALLY. | 1.90 | 1,330.00 |
| 03/04/21 JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER TO DISCUSS TRANSFER OF EXPIRED LEASES AND ADJACENT STATE CHOICE OF LAW. | .40 | 280.00 |
| 03/04/21 JN | B180 | A102 | RESEARCH TRANSFER OF LIABILITY FOR EXPIRED LEASES IN IBLA OPINIONS AND EXISTING REGULATIONS. | 3.40 | 2,380.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    7
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/04/21 JN   B180  A103  REVIEW AND REVISE MEMORANDUM      1.40        980.00
                          TO DEPARTMENT OF JUSTICE AND
                          DEPARTMENT OF INTERIOR ON
                          IMPACT OF DIVISIVE MERGER.

03/04/21 JN   B180  A103  DRAFT AND REVISE MEMORANDUM       1.40        980.00
                          TO LEGAL WORKING GROUP
                          (LAWYERS FROM DEPARTMENT OF
                          INTERIOR AND DEPARTMENT OF
                          JUSTICE) REGARDING TRANSFER
                          OF EXPIRED LEASES AND
                          SUMMARIZING RESULTS OF LEGAL
                          RESEARCH.

03/04/21 JN   B180  A103  REVIEW/DRAFT EMAILS TO AND         .20        140.00
                          FROM THE CLIENT (M. DANE)
                          REGARDING POTENTIAL BONDING
                          DEMANDS AT EXIT OF BANKRUPTCY
                          CASE.

03/04/21 JN   B180  A109  CONFERENCE CALL WITH LENDERS       .50        350.00
                          REGULATORY COUNSEL REGARDING
                          STATE LEASES.

03/04/21 JN   B180  A109  DRAFT MEMORANDUM TO              2.80      1,960.00
                          DEPARTMENT OF INTERIOR
                          SOLICITOR REGARDING THE
                          TRANSFER OF LIABILITY FOR
                          EXPIRED LEASES AND REVISE
                          MEMORANDUM ON IMPACT OF
                          DIVISIVE MERGER ON THE
                          TRANSFER OF DECOMMISSIONING
                          LIABILITY.

03/04/21 JN   B180  A102  RESEARCH PREDECESSOR             1.10        770.00
                          LIABILITY FOR SIDETRACK WELLS.

03/04/21 JN   B180  A103  DRAFT EMAIL TO CLIENT             .30        210.00
                          REGARDING PREDECESSOR
                          LIABILITY FOR SIDETRACK WELLS.

03/04/21 KMJ  B110  A101  CORRESPONDENCE WITH C.            .30        150.00
                          CARLSON AND G. RAMIREZ RE
                          FIRST FEE APPLICATION AND
                          NOTICE OF RATE INCREASE.
```

```
FIELDWOOD ENERGY LLC                                    PAGE    8
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/04/21 RDB   B210  A102   CHECK WITH MARINE SOURCES          .80       452.00
                            RELATED TO POSSIBLE EXPERT
                            WITNESS TO ADDRESS RELATED TO
                            KATMAI (GREEN CANYON, BLOCK
                            39), GUNFLINT (MISS. CANYON,
                            BLOCK 948), SWORDFISH (VIOSCA
                            KNOLL, BLOCK 962), AND
                            GENOVESA (MISS. CANYON, BLOCK
                            519) (.5); REVIEW
                            CORRESPONDENCE FROM MR.
                            HUNTER TO MR. BEN WARING OF
                            OCS BULLETIN BOARD SYSTEM
                            (.3).

03/04/21 DJB   B410  A102   BEGIN RESEARCH TO IDENTIFY        1.10       495.00
                            BANKRUPTCY COURTS
                            INTERPRETING "ADJACENT STATE"
                            CHOICE OF LAW ANALYSIS UNDER
                            THE OUTER CONTINENTAL SHELF
                            LANDS ACT (OCSLA).

03/04/21 GAR   B160  A107   CORRESPOND VIA EMAIL AND           .30       102.00
                            PHONE WITH H. JAMES, WEIL
                            CO-COUNSEL, REGARDING SERVICE
                            OF JONES WALKER'S NOTICE OF
                            RATE INCREASE AND FILING OF
                            JONES WALKER'S FIRST INTERIM
                            FEE APPLICATION.

03/05/21 JAH   B190  A104   REVIEW AND COMMENT ON J. NOE       .60       420.00
                            MEMO TO WORKING GROUP RE
                            TEXAS DIVISIVE MERGER STATUTE.

03/05/21 JAH   B190  A104   REVIEW IBLA DECOMMISSIONING        .70       490.00
                            DECISIONS.

03/05/21 JAH   B190  A104   VALARIS/ATLANTIC LIENS --         1.50     1,050.00
                            REVIEW CASE LAW RE JUDICIAL
                            DETERMINATIONS OF ADJACENT
                            STATE FOR BLOCKS IN VICINITY
                            OF FW BLOCKS.

03/05/21 JN    B180  A103   REVIEW AND REVISE MEMORANDUM      1.80     1,260.00
                            ON DIVISIVE MERGER AND
                            TRANSFER OF LIABILITY ON
                            EXPIRED LEASES ADDRESSED TO
                            DEPARTMENT OF INTERIOR
                            SOLICITOR.
```

FIELDWOOD ENERGY LLC                                                    PAGE    9
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00

03/05/21 JN   B180  A105  CONFERENCE CALL WITH J.           .30        210.00
                          HUNTER REGARDING ADJACENT
                          STATE CHOICE OF LAW ISSUES
                          AND TRANSFERRING LIABILITY ON
                          EXPIRED LEASES.

03/05/21 JN   B180  A102  RESEARCH ABANDONMENT OF STATE     .80        560.00
                          LEASES IN LOUISIANA AND TEXAS.

03/05/21 JN   B180  A109  CONFERENCE CALL WITH CLIENT       .70        490.00
                          (J. SMITH AND G. GALLOWAY)
                          REGARDING LENDERS RESPONSE TO
                          PROPOSED HANDLING OF STATE
                          LEASES IN LOUISIANA AND TEXAS.

03/05/21 JN   B180  A103  REVIEW INFORMATION REQUEST        .30        210.00
                          FROM ENI AND DRAFT ADVICE
                          EMAIL ON POTENTIAL RESPONSE.

03/05/21 JN   B180  A104  REVIEW CHART ON REMEDIAL WORK     .40        280.00
                          PRIORITY SUBMITTED BY BSEE
                          AND PROVIDE ADVICE ON HOW TO
                          DISCLOSE TO PREDECESSORS.

03/05/21 JN   B180  A109  CONFERENCE CALL WITH CLIENT       .30        210.00
                          (G. GALLOWAY) REGARDING HANES
                          & BOONE RESPONSE TO HANDLING
                          OF STATE LEASES IN LOUISIANA
                          AND TEXAS.

03/05/21 JN   B180  A103  DRAFT EMAIL TO HANES & BOONE      .30        210.00
                          REGARDING HANDLING OF STATE
                          LEASES IN LOUISIANA AND TEXAS.

03/05/21 JN   B180  A104  REVIEW CLIENT'S RESPONSE TO       .40        280.00
                          REMEDIAL INCIDENT OF NON
                          COMPLIANCE REPAIR WORK TO BE
                          DELIVERED TO BSEE.

03/05/21 JN   B180  A104  REVIEWED PROPOSED                 .70        490.00
                          MODIFICATIONS TO DISCLOSURE
                          STATEMENT SCHEDULES PREPARED
                          BY LENDERS' COUNSEL.

03/05/21 JN   B180  A103  DRAFT COVER EMAIL SENDING         .40        280.00
                          MEMORANDUM REGARDING TRANSFER
                          OF LIABILITY FOR EXPIRED
                          LEASES TO LAWYERS AT
                          DEPARTMENT OF JUSTICE AND
                          DEPARTMENT OF INTERIOR.

FIELDWOOD ENERGY LLC                                      PAGE  10
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/05/21 JN    B180  A109   CONFERENCE CALL WITH CLIENT       .40      280.00
                            (J. SMITH) REGARDING RESPONSE
                            TO LENDERS COUNSEL REGARDING
                            MOVING CERTAIN STATE LEASES
                            TO ABANDONED PROPERTY.

03/05/21 JN    B180  A102   RESEARCH LOUISIANA ABANDONED      .60      420.00
                            WELL PROGRAM.

03/05/21 JN    B180  A104   DRAFT EMAIL ADVISING ON           .20      140.00
                            MATERIALS TO BE DISCLOSED TO
                            ENI REGARDING REMEDIAL WORK
                            TO BE COMPLETED ON ENI
                            PREDECESSOR PROPERTIES.

03/05/21 PFH   B110  A107   E MAIL TO AUSA F. PHILIPS RE      .10       62.50
                            RESOLUTION IN WDLA.

03/05/21 DJB   B410  A102   CONTINUE RESEARCHING TO           .90      405.00
                            IDENTIFY BANKRUPTCY COURTS
                            INTERPRETING "ADJACENT STATE"
                            CHOICE OF LAW ANALYSIS UNDER
                            THE OUTER CONTINENTAL SHELF
                            LANDS ACT (OCSLA).

03/05/21 DJB   B410  A102   RESEARCH 5TH CIRCUIT             1.20      540.00
                            BANKRUPTCY CASES FOR OPINIONS
                            FINDING THAT SUITS AGAINST
                            THIRD PARTIES TO WHOM THE
                            DEBTOR OWES INDEMNITY ARE AN
                            END-AROUND THE AUTOMATIC STAY.

03/06/21 JN    B180  A102   RESEARCH REGARDING THE          1.20      840.00
                            DISCHARGE OF THE UNDERLYING
                            CAUSE OF ACTION EXTINGUISHES
                            ACCESSORY IN REM RIGHTS
                            SECURING THE UNDERLYING CLAIM
                            UNDER LOUISIANA LAW, WHICH IS
                            ASSOCIATED WITH DEFENSE OF
                            ATLANTIC MARITIME'S CLAIMS
                            AGAINST FIELDWOOD WORKING
                            INTEREST OWNERS.

03/06/21 JN    B180  A103   DRAFT EMAIL TO WEIL COUNSEL       .20      140.00
                            REGARDING RESULTS OF LEGAL
                            RESEARCH ON EXTINGUISHED OF
                            UNDERLYING OBLIGATION
                            DISCHARGES ACCESSORY LIEN
                            RIGHTS.

FIELDWOOD ENERGY LLC                                        PAGE   11
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/07/21 JN    B180  A102   RESEARCH ABANONDMENT OF STATE       .90      630.00
                            LEASES IN TEXAS.

03/07/21 JN    B180  A104   REVIEW LATEST VERSION OF            .40      280.00
                            DISCLOSURE SCHEDULE OF STATE
                            LEASES IN TEXAS AND LOUISIANA.

03/07/21 JN    B180  A109   CONFERENCE CALL WITH WEIL AND       .20      140.00
                            LENDERS COUNSEL REGARDING
                            STATE LEASE ABANDONMENT.

03/08/21 JAH   B190  A104   VALARIS/ATLANTIC LIENS --           .90      630.00
                            REVIEW LOWLA CRITERIA AND
                            CONFERENCES J. NOE RE
                            MERITS-BASED DEFENSES.

03/08/21 JAH   B190  A104   VALARIS/ATLANTIC LIENS --           .90      630.00
                            PLAN STRATEGY FOR "ADJACENT
                            STATE" ARGUMENT AND POSITION.

03/08/21 JN    B180  A109   CONFERENCE CALL WITH CLIENT         .50      350.00
                            (J. SMITH) REGARDING STATE
                            LEASES AND ENI INFORMATION
                            REQUESTS.

03/08/21 JN    B180  A105   CONFERENCE CALLS WITH J.            .30      210.00
                            HUNTER TO DISCUSS DEFENSES TO
                            CLAIMS BROUGHT BY ATLANTIC
                            MARITIME.

03/08/21 JN    B180  A104   REVIEW AND COMMENT ON SLIDES        .50      350.00
                            PREPARED FOR MCMORRAN ON
                            ABANDONED PROPERTIES.

03/08/21 JN    B180  A103   DRAFT EMAIL TO DEPARTMENT OF        .20      140.00
                            INTERIOR REGARDING STATUS OF
                            CIVIL PENALTY SETTLEMENT
                            DISCUSSIONS.

03/08/21 JN    B180  A104   REVIEW COMPLAINT FILED BY           .40      280.00
                            ATLANTIC MARITIME AGAINST
                            FIELDWOOD WORKING INTEREST
                            OWNERS.

03/08/21 JN    B180  A102   CONDUCT LEGAL RESEARCH ON THE      2.60    1,820.00
                            PERFECTION OF ATLANTIC
                            MARITIME'S LIENS AND
                            REGARDING VARIOUS POTENTIAL
                            DEFENSES TO ATLANTIC

```
FIELDWOOD ENERGY LLC                                    PAGE   12
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

```
                        MARITIME'S LIENS.

03/08/21 JN    B180  A104   REVIEW SLIDES TO BE PRESENTED      .40        280.00
                            TO ENI REGARDING ABANDONED
                            PROPERTIES.

03/08/21 JN    B180  A109   PARTICIPATE IN A CALL WITH         .70        490.00
                            ENI AND THEIR LEGAL COUNSEL
                            REGARDING ABANDONED
                            PROPERTIES.

03/08/21 JN    B180  A104   REVIEW LATEST VERSION OF           .60        420.00
                            DICLSOSURE STATEMENT FOR
                            REGULATORY ISSUES.

03/08/21 JN    B180  A102   CONDUCT LEGAL RESEARCH INTO       1.30        910.00
                            ASSIGNMENT OF LIABILITY OF
                            EXPIRED LEASES IN RESPONSE TO
                            QUESTION MADE BY R. LAMB
                            (INTERIOR SOLICITOR).

03/08/21 PFH   B110  A107   CALL FROM AUSA F. PHILLIPS         .40        250.00
                            (WDLA).

03/08/21 PFH   B110  A106   E MAILS F FROM/TO MR.              .30        187.50
                            SERGESKETTER/MR. MAGNER WITH
                            REPORT ON CALL WITH AUSA
                            PHILLIPS AND RESOLUTION IN
                            WDLA AND STRATEGY.

03/08/21 RDB   B210  A102   REVIEW BSEE REGULATIONS AND        .50        282.50
                            LEGAL AUTHORITIES RELATED TO
                            JUDICIAL AND REGULATORY
                            APPLICATION AND
                            INTERPRETATIONS OF OUTER
                            CONTINENTAL SHELF LANDS ACT
                            AND FACTORS CONSIDERED TO
                            DETERMINE ADJACENT STATE LAW
                            AND LOCATION OF OFFSHORE
                            FACILITY.

03/08/21 SYD   B190  A104   PREPARE MEMORANDUM ADDRESSING     2.80      1,288.00
                            ABILITY TO ABANDON STATES
                            LEASES THROUGH BANKRUPTCY.

03/08/21 GAR   B160  A101   REVIEW DOCKET FOR FILING OF        .20         68.00
                            DISCLOSURE STATEMENT
                            AMENDMENTS TO PROVIDE
                            CO-COUNSEL WITH UPDATES ON
                            STATUS OF FIRST AND FINAL FEE
```

```
FIELDWOOD ENERGY LLC                                        PAGE   13
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00

                        APPLICATION.

03/09/21 JAH   B190  A104   REVIEW PRIOR BRIEFING ON           .60      420.00
                            LOWLA LIENS.

03/09/21 JN    B180  A104   REVIEW FINAL VERSION OF            .40      280.00
                            PRESENTATION MATERIALS
                            REGARDING STATE LEASES IN
                            LOUISIANA AND TEXAS.

03/09/21 JN    B180  A104   REVIEW DATA THAT THE CLIENT        .60      420.00
                            CREATED FOR ENI REGRADING
                            INCIDENTS OF NON-COMPLIANCE
                            ON THE PROPERTIES.

03/09/21 JN    B180  A102   CONDUCT LEGAL RESEARCH           2.80    1,960.00
                            REGARDING LIEN PERFECTION AND
                            LIEN EXTINGHISHMENT RELATED
                            TO CLAIMS BROUGHT BY ATLANTIC
                            MARITIME.

03/09/21 JN    B180  A104   REVIEW COMPLAINTS FILED BY        .80      560.00
                            ATLANTIC MARITIME AGAINST
                            WORKING INTEREST OWNERS AND
                            THE LIENS FILED IN VARIOUS
                            LOUISIANA PARISHES TO
                            DETERMINE IF LIENS PROPERLY
                            FILED AND PERFECTED.

03/09/21 JN    B180  A109   CONFERENCE CALL WITH THE          .50      350.00
                            CLIENT (P. EILAND) REGARDING
                            RECENT DENIALS OF EXTENSION
                            TO REMEDIATE INCIDENTS OF
                            NON-COMPLIANCE AND CIVIL
                            PENALTY REVIEW BEING
                            CONDUCTED BY BSEE.

03/09/21 JN    B180  A104   REVIEW LATEST DRAFT OF THE      1.30      910.00
                            DISCLOSURE STATEMENT
                            DISTRIBUTED TO THE CLIENT'S
                            BOARD OF DIRECTORS.

03/09/21 JN    B180  A104   REVIEW PRESENTATION MATERIALS    .50      350.00
                            FOR CLIENT'S BOARD OF
                            DIRECTORS FOR UPCOMING BOARD
                            MEETING REGARDING APPROVAL OF
                            AMENDED DISCLOSURE STATEMENT
                            AND AMENDMENT RESTRUCTURING
                            PLAN AND VARIOUS SCHEDULES.
```

```
FIELDWOOD ENERGY LLC                                    PAGE  14
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/09/21 JN | B180 | A109 | PARTICIPATE IN CLIENT'S BOARD OF DIRECTOR MEETING TO DISCUSS APPROVAL OF AMENDED DISCLOSURE STATEMENT AND RESTRUCTURING PLAN. | 3.00 | 2,100.00 |
| 03/09/21 KMJ | B110 | A101 | REVIEW FILE RE STATUS OF PENDING ISSUES RELATING TO FIRST INTERIM FEE APPLICATION AND REQUIRED RATE INCREASE NOTICE. | .20 | 100.00 |
| 03/09/21 RDB | B210 | A108 | TELEPHONE CONFERENCE WITH MR. VEROWSKY, CONSULTING ENGINEER, RELATED TO EXPERT WITNESS PROJECT AND BSEE MAPS AND RESOURCES. | .30 | 169.50 |
| 03/09/21 SYD | B190 | A104 | REGARDING ROYALTY APPEAL DOCKETED AS ONRR-20-0296, REVISE DECLARATION THAT WILL BE SUBMITTED IN SUPPORT OF APPEAL. | 1.60 | 736.00 |
| 03/10/21 JAH | B190 | A104 | VALARIS/ATLANTIC DISPUTE -- PLAN "ADJACENT STATE" POSITION. | .60 | 420.00 |
| 03/10/21 JN | B180 | A104 | REVIEW ATLANTIC MARITIME'S COMPLAINT AND LIEN DOCUMENTATION FILED WITH VARIOUS LOUISIANA PARISHES. | 1.30 | 910.00 |
| 03/10/21 JN | B180 | A109 | CONFERENCE CALL WITH EQUAPATROL'S COUNSEL REGARDING ATLANTIC MARITIME'S CLAIMS. | .30 | 210.00 |
| 03/10/21 JN | B180 | A109 | PARTICIPATE IN LEGAL WORKING GROUP CALL (WITH LAWYERS FROM DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR). | .70 | 490.00 |
| 03/10/21 JN | B180 | A103 | DRAFT AND REVISE SLIDES FOR THE BOARD OF DIRECTORS MEETING REGARDING GOVERNMENT CONSIDERATIONS IN THE EVENT OF A NEW MARKETING PROCESS FOR CERTAIN DEEPWATER ASSETS. | 1.60 | 1,120.00 |

```
FIELDWOOD ENERGY LLC                                          PAGE  15
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/10/21 KMJ   B110  A101  FOLLOW UP ON FEE NOTICES DUE        .30       150.00
                           AND INTERIM FEE APPLICATION.


03/10/21 SYD   B190  A104  REGARDING ROYALTY APPEAL          2.40     1,104.00
                           DOCKETED AS ONRR-20-0296,
                           COMPLETE DRAFT DECLARATION
                           FOR DEIDRE CARRIER'S
                           SIGNATURE.


03/11/21 JAH   B190  A104  GENOVESA PERMITTING/SOP --        2.80     1,960.00
                           NUMEROUS CALLS AND
                           CORRESPONDENCE WITH FW TEAM
                           RE BSEE/BOEM DENIALS AND
                           STRATEGY FOR RESOLVING.


03/11/21 JAH   B190  A104  GENOVESA PERMITTING/SOP --        1.10       770.00
                           REVIEW REGULATORY MATERIALS
                           RECEIVED FROM N. VAUGHN AND
                           B. MONTALVANO.


03/11/21 JAH   B190  A104  VALARIS/ATLANTIC LIENS --         .40        280.00
                           CALL WITH BEN WARING (OCSBBS)
                           RE BOEM/BSEE RESEARCH.


03/11/21 JN    B180  A109  PARTICIPATED IN VARIOUS VIDEO     2.20     1,540.00
                           AND TELEPHONIC CALLS WITH THE
                           CLIENT AND WEIL REGARDING THE
                           REVOCATION OF PERMITS FOR THE
                           GENOVESA WELL.


03/11/21 JN    B180  A109  PARTICIPATED IN CONFERENCE        .60        420.00
                           CALL WITH B. MONTALVO AND P.
                           EILAND REGARDING PERMITTING
                           HISTORY OF GENOVESA WELL.


03/11/21 JN    B180  A105  PARTICIPATED IN VARIOUS CALLS     .60        420.00
                           WITH J. HUNTER REGARDING NEXT
                           STEPS ON THE GOVERNMENTS
                           REVOCATION OF PERMITS FOR MC
                           519 LEASE.


03/11/21 JN    B180  A102  CONDUCTED LEGAL RESEARCH INTO     2.20     1,540.00
                           POTENTIAL LEGAL REMEDIES
                           AVAILABLE TO THE CLIENT DUE
                           TO CANCELLATION OF PERMITS
                           FOR MC 519 WELL.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   16
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00

03/11/21 JN    B180  A102   CONDUCTED LEGAL RESEARCH INTO     1.80     1,260.00
                            OBTAINING SUSPENSION OF
                            OPERATIONS FOR MC 519 LEASE.

03/11/21 JN    B180  A104   REVIEW DRAFT SUSPENSION OF         .50       350.00
                            PRODUCTION FOR MC 519 LEASE.

03/11/21 JN    B180  A104   REVIEW GENOVESA OPERATIONAL        .20       140.00
                            SCHEDULE.

03/11/21 PFH   B110  A107   CALL WITH MR. CAPITELLI RE         .60       375.00
                            SIGNED WALL UNDERTAKING.

03/11/21 PFH   B110  A107   E MAIL FROM MR. CHESTER WITH       .10        62.50
                            SIGNED WALL UNDERTAKING.

03/11/21 PFH   B110  A107   E MAILS WITH POWERPOINT FOR        .20       125.00
                            BOARD MEETING RE OPTIONS FOR
                            BANKRUPTCY.

03/11/21 SYD   B190  A104   REGARDING ROYALTY APPEAL          2.30     1,058.00
                            DOCKETED AS ONRR-20-0296,
                            PREPARE FOR AND PARTICIPATE
                            IN CALL WITH D. CARRIER
                            REGARDING DRAFT DECLARATION.

03/11/21 DJB   B410  A102   CONTINUE RESEARCH OF 5TH          1.40       630.00
                            CIRCUIT BANKRUPTCY CASES FOR
                            OPINIONS FINDING THAT SUITS
                            AGAINST THIRD PARTIES TO WHOM
                            THE DEBTOR OWES INDEMNITY ARE
                            AN END-AROUND THE AUTOMATIC
                            STAY.

03/11/21 GAR   B160  A104   REVIEW DOCKET FOR FILING OF        .40       136.00
                            JONES WALKER'S FIRST INTERIM
                            FEE APPLICATION (.2); DISCUSS
                            STATUS AND NEEDED UPDATES TO
                            FEE STATEMENTS WITH J. NOE
                            AND K. JOHNSON (.2).

03/11/21 ELC   B420  A106   CALLS WITH CLIENT RE BOEM         1.30       780.00
                            ACTION.

03/11/21 ELC   B420  A104   REVIEW GENOVESA DOCUMENTS.         .30       180.00
```

```
FIELDWOOD ENERGY LLC                                        PAGE   17
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/12/21 JAH   B190  A104   GENOVESA PERMITTING/SOP --      3.90      2,730.00
                            PREPARE PLAN MERITS ARGUMENTS
                            FOR LITIGATION CHALLENGE TO
                            DENIAL OF PERMIT.

03/12/21 JAH   B190  A104   GENOVESA -- CONFERENCE CALLS     .90        630.00
                            WITH FW TEAMS RE LEGAL
                            STRATEGY AND CONTACTS WITH
                            DOI.

03/12/21 JAH   B190  A104   GENOVESA PERMITTING/SOP --      1.10        770.00
                            REVIEW PRE-EXISTING SOP
                            RESEARCH FILES.

03/12/21 JN    B180  A109   PARTICIPATED IN VARIOUS VIDEO   2.70      1,890.00
                            AND TELECONFERENCE CALLS WITH
                            CLIENT AND WEIL TO DISCUSS
                            ACTION STEPS FOR RESPONDING
                            TO THE GOVERNMENTS REVOCATION
                            OF PERMITS ON MC 519 LEASE.

03/12/21 JN    B180  A109   CONFERENCE CALL WITH P.          .40        280.00
                            EILAND TO DISCUSS OPERATIONAL
                            HISTORY OF MC 519.

03/12/21 JN    B180  A109   PARTICIPATED IN FIELDWOOD'S     1.70      1,190.00
                            BOARD OF DIRECTORS CALL.

03/12/21 JN    B180  A103   DRAFT AND REVIEW VARIOUS         .90        630.00
                            COMMUNICATIONS TO AND FROM R.
                            LAMB (INTERIOR SOLICITOR)
                            REGARDING REVOCATION OF
                            PERMITS ON MC 519.

03/12/21 JN    B180  A104   REVIEW VARIOUS PERMITTING        .80        560.00
                            INFORMATION AND OPERATIONAL
                            APPROVAL DOCUMENTS RELATING
                            TO MC 519.

03/12/21 JN    B180  A102   CONDUCTED VARIOUS LEGAL         1.80      1,260.00
                            RESEARCH INTO POTENTIAL
                            CAUSES OF ACTION THE CLIENT
                            MAY HAVE AGAINST THE
                            GOVERNMENT AS A RESULT OF THE
                            REVOCATION OF PERMITS FOR MC
                            519 LEASE.
```

```
FIELDWOOD ENERGY LLC                                        PAGE  18
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/12/21 | PFH | B110 | A106 | E MAILS TO/FROM MR SERGESKETTER/MR NOE RE DEADLINE FOR OBJECTIONS TO NPA. | .10 | 62.50 |
| 03/12/21 | PFH | B110 | A107 | E MAILS FROM C. CARLSON WITH ANALYSIS FOR BOARD, FROM MR M. BARR, FROM J. MUDRIK WITH AMENDMENT TO PLAN TERM SHEET, AND FROM J. DILLOW RE WHAT WILL BE PRESENTED TO THE BOARD. | .10 | 62.50 |
| 03/12/21 | PFH | B110 | A107 | E MAIL FROM MR SERGESKETTER TO AUSA KAMMER WITH REQUESTED INFORMATION. | .10 | 62.50 |
| 03/12/21 | PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH CORRESPONDENCE FROM AUSA KAMMER. | .10 | 62.50 |
| 03/12/21 | PFH | B110 | A107 | E MAIL FROM AUSA KAMMER WITH REQUEST FOR INFORMATION ON TIN, LAMME'S ADDRESS ETC. | .10 | 62.50 |
| 03/12/21 | SYD | B190 | A104 | REGARDING GENOVESA, DISCUSSED NEED TO DRAFT ARGUMENTS RESPONDING TO BSEE AND BOEM'S REFUSAL TO ACT WITH J. HUNTER. | .90 | 414.00 |
| 03/12/21 | GAR | B160 | A104 | REVIEW DOCKET FOR FILING OF JONES WALKER'S FIRST INTERIM FEE APPLICATION (.2); DISCUSS RELATED UPDATES ON STATUS OF SAME WITH K. JOHNSON, J. NOE, AND WEIL CO-COUNSEL (.3). | .50 | 170.00 |
| 03/12/21 | ELC | B420 | A105 | MEETING WITH LEGAL TEAM ON POSSIBLE NEED FOR AN INJUNCTION AGAINST BOEM RE DOCD PLAN APPROVAL. | .40 | 240.00 |
| 03/12/21 | ELC | B420 | A106 | LISTEN TO VOICE MAIL FROM CLIENT RE BOEM OFFICIAL. | .10 | 60.00 |
| 03/12/21 | ELC | B420 | A102 | REVIEW ACTING SECRETARY ORDER NO. 3394 RE DELEGATED AUTHORITY. | .30 | 180.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  19
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/12/21 ELC | B420 | A108 | DRAFT AND SEND CORRESPONDENCE TO SENATE COMMITTEE STAFF REGARDING INTERIOR OFFICIAL CONTACT INFORMATION. | .30 | 180.00 |
| 03/12/21 ELC | B420 | A105 | CALL WITH J. NOE RE INTERIOR OFFICIALS. | .10 | 60.00 |
| 03/12/21 ELC | B420 | A105 | CALL WITH JIM NOE TO DISCUSS TALKING POINTS FOR BOEM CALL. | .30 | 180.00 |
| 03/12/21 ELC | B420 | A108 | CALL WITH SENIOR BOEM OFFICIAL. | .20 | 120.00 |
| 03/12/21 ELC | B420 | A108 | DRAFT AND SEND CORRESPONDENCE TO SENIOR SENATE COMMITTEE STAFF. | .20 | 120.00 |
| 03/12/21 ELC | B420 | A105 | CALL WITH J. NOE TO PROVIDE READ OUT OF CALL WITH BOEM AND NEXT STEPS. | .20 | 120.00 |
| 03/12/21 ELC | B420 | A106 | DRAFT AND SEND EMAIL TO CLIENT RE CALL WITH BOEM. | .10 | 60.00 |
| 03/12/21 ELC | B420 | A106 | CALL WITH CLIENT TO DISCUSS EMAIL TO BOEM REGIONAL OFFICE. | .20 | 120.00 |
| 03/12/21 ELC | B420 | A104 | REVIEW EMAIL RE SOP STRATEGY. | .20 | 120.00 |
| 03/12/21 ELC | B420 | A104 | REVIEW KEY DATA AND MESSAGE POINTS IN ADVANCE OF BOEM CALL. | .20 | 120.00 |
| 03/12/21 ELC | B420 | A106 | MS TEAMS MEETING TO DISCUSS THE DAY'S PROGRESS MADE IN SECURING BOEM DOCD AND BSEE PERMIT. | .50 | 300.00 |
| 03/12/21 ELC | B420 | A108 | DRAFT AND SENT EMAIL TO TX HOUSE SENIOR STAFF (.1); REVIEW AND RESPOND TO RELY EMAIL FROM STAFF (.1). | .20 | 120.00 |
| 03/13/21 JAH | B190 | A104 | GENOVESA PERMITTING/SOP -- ANALYZE "FINAL AGENCY ACTION" ISSUES AND PLAN MERITS ARGUMENTS. | 1.80 | 1,260.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   20
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/13/21 JAH | B190 | A104 | GENOVESA -- CORRESPONDENCE RE COMMUNICATIONS/STRATEGY RE DOI PERSONNEL AND RE DATE FOR RESUMING LEASE-HOLDING OPERATIONS. | .60 | 420.00 |
| 03/13/21 JN | B180 | A102 | CONDUCTED LEGAL RESEARCH INTO POTENTIAL CAUSES OF ACTION THE CLIENT MAY HAVE AGAINST THE GOVERNMENT AS A RESULT OF THE CANCELLATION OF PERMITS FOR MC 519 LEASE. | 2.30 | 1,610.00 |
| 03/13/21 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO AUSA KAMMER WITH INFORMATION REQUESTED. | .10 | 62.50 |
| 03/13/21 PFH | B110 | A107 | E MAIL TO AUSA KAMMER RE FINAL DECISION ON WHAT GOVERNMENT WANTS (CHECK OR WIRE). | .10 | 62.50 |
| 03/13/21 PFH | B110 | A107 | E MAIL FROM MR. SERGESKETTER TO AUSA KAMMER RE WIRE. | .10 | 62.50 |
| 03/13/21 PFH | B110 | A105 | E MAIL FROM MR. NOE WITH CORRESPONDENCE FROM MR. JASON RE DEADLINE FOR OBJECTIONS PASSED AND CERTIFICATE FILED. | .10 | 62.50 |
| 03/14/21 JAH | B190 | A104 | GENOVESA -- DEVELOP MERITS ARGUMENTS FOR POTENTIAL CHALLENGE TO APPLICATION OF SECRETARIAL ORDER TO FINAL PIPELINE PERMIT. | 3.00 | 2,100.00 |
| 03/14/21 JAH | B190 | A104 | GENOVESA -- REVIEW PRIOR RESEARCH ON "FINALITY" AND "EXHAUSTION" ISSUES. | 1.50 | 1,050.00 |
| 03/14/21 JN | B180 | A103 | REVIEW AND REVISE LATEST DRAFT OF THE AMENDED DISCLOSURE STATEMENT. | .90 | 630.00 |
| 03/14/21 JN | B180 | A104 | REVIEW VARIOUS LEGAL MEMORANDUMS FROM JONATHAN HUNTER REGARDING POTENTIAL LEGAL CAUSES OF ACTION AGAINST THE GOVERNMENT REGARDING THE REVOCATION OF | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   21
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

```
                          PERMITS FOR LEASE MC 519.

03/14/21 JN   B180  A104  DRAFT COMMUNICATIONS TO R.          .40        280.00
                          LAMB (INTERIOR SOLICITOR)
                          REGARDING MC 519 LEASE PERMIT
                          REVOCATION.

03/14/21 JN   B180  A102  CONDUCTED LEGAL RESEARCH INTO      3.20      2,240.00
                          POTENTIAL REGULATORY AND
                          BREACH OF CONTRACT ACTIONS
                          AGINAST THE GOVERNMENT DUE TO
                          REVOCATION OF PERMITS FOR MC
                          519 LEASE.

03/14/21 KMJ  B110  A101  REVIEW CORRESPONDENCE RE           .30        150.00
                          AMENDED DISCLOSURE STATEMENT
                          UPDATES.

03/14/21 PFH  B110  A106  E MAILS FROM/TO MR                 .20        125.00
                          SERGESKETTER WITH
                          CORRESPONDENCE FROM MR
                          CARLSON RE OBJECTION DEADLINE.

03/14/21 PFH  B110  A107  E MAIL FROM J. HILLARIE WITH       .10         62.50
                          SUPPLEMENT TO DISCLOSURE
                          STATEMENT, REDLINE AND
                          RESPONSE FROM J. NOE RE
                          DISCLOSURE STATEMENT LANGUAGE.

03/14/21 SYD  B190  A104  REGARDING GENOVESA, RESEARCH      4.80      2,208.00
                          AND ANALYSIS OF POTENTIAL APA
                          ARGUMENTS IN RESPONSE TO BSEE
                          AND BOEM'S POSITION THAT THEY
                          CANNOT PROCESS A PIPELINE
                          PERMIT AND RDOCD DUE TO THE
                          SECRETARIAL ORDER.

03/15/21 JAH  B190  A104  GENOVESA -- CALL WITH S.           .80        560.00
                          DICHARRY RE VARIOUS ARGUMENTS
                          FOR APA-BASED CHALLENGE TO
                          BOEM/BSEE REFUSAL TO PROCESS
                          FW PERMIT FILINGS.

03/15/21 JAH  B190  A104  GENOVESA -- CALLS AND              .50        350.00
                          CORRESPONDENCE WITH J. NOE RE
                          LEGAL THEORIES AND STRATEGIES
                          FOR GETTING LEASE TERM
                          PIPELINE APPROVED.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   22
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/15/21 JAH   B190  A104   GENOVESA PERMITTING/SOP --     1.90      1,330.00
                            DEVELOP BREACH OF CONTRACT
                            ARGUMENT TO USE AS LEVERAGE
                            TO GET PERMITS APPROVED.

03/15/21 JAH   B190  A104   GENOVESA PERMITTING/SOP --      .40        280.00
                            CORRESPONDENCE FW TEAM RE
                            INFORMATION RECEIVED FROM DOI
                            SOURCES.

03/15/21 JN    B180  A105   CONFERENCE CALL WITH J.         .30        210.00
                            HUNTER REGARDING MC 519 LEASE
                            PERMITS.

03/15/21 JN    B180  A103   DRAFT VARIOUS ELECTRONIC       1.30        910.00
                            COMMUNICATIONS TO R. LAMB
                            (.8); REVIEW RESPONSES
                            REGARDING MC 519 LEASE
                            PERMITS (.5).

03/15/21 JN    B180  A103   DRAFT AND REVIEW VARIOUS        .30        210.00
                            MESSAGES FROM AND TO R. LAMB
                            REGARDING PERMIT REVOCATION
                            FOR GENOVESA.

03/15/21 PFH   B110  A106   E MAIL FROM A. PEREZ WITH       .10         62.50
                            SIGNED ORDER FROM JUDGE
                            APPROVING NPA AND PAYMENT.

03/15/21 PFH   B110  A106   E MAIL TO AUSA KAMMER WITH      .10         62.50
                            CERTIFICATE OF NO OBJECTION
                            AND SIGNED ORDER APPROVING
                            NPA AND PAYMENT WITH REQUEST
                            FOR FURTHER WIRING
                            INSTRUCTIONS.

03/15/21 PFH   B110  A107   E MAIL TO AUSA F. PHILLIPS      .10         62.50
                            WITH FILED CERTIFICATE AND
                            SIGNED ORDER APPROVING NPA
                            AND REQUEST FOR DRAFT TOLLING
                            AGREEMENT.

03/15/21 PFH   B110  A106   E MAILS FROM MR J. DILLOW/J.    .20        125.00
                            MUDRICK/M. BOYADJIAN/M. BARR
                            RE BOARD MEETING ISSUES.
```

```
FIELDWOOD ENERGY LLC                                    PAGE  23
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/15/21 | PFH | B110 | A107 | E MAIL FROM C. TRUETING WITH WIRING INSTRUCTIONS AND FROM AUSA KAMMER WITH FURTHER INSTRUCTIONS. | .10 | 62.50 |
| 03/15/21 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH TREUTING INSTRUCTION E MAIL FOR WIRING. | .10 | 62.50 |
| 03/15/21 | PFH | B110 | A107 | E MAIL FROM MS TREUTING (USA'S OFFICE) RE WIRING INSTRUCTIONS AND DATES. | .10 | 62.50 |
| 03/15/21 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO MS .TREUTING CONFIRMING PAYMENT DATES. | .10 | 62.50 |
| 03/15/21 | PFH | B110 | A106 | E MAIL FROM MR SERGESKETTER TO MR NOE RE RESOLUTION AND PAYMENT TO EDLA. | .10 | 62.50 |
| 03/15/21 | PFH | B110 | A106 | E MAIL FROM MR A. PEREZ WITH PRESS NOTE. | .10 | 62.50 |
| 03/15/21 | SYD | B190 | A104 | REGARDING GENOVESA, RESEARCH AND ANALYSIS OF POTENTIAL APA ARGUMENTS IN RESPONSE TO BSEE AND BOEM'S POSITION THAT THEY CANNOT PROCESS A PIPELINE PERMIT AND RDOCD DUE TO THE SECRETARIAL ORDER (2.6); DISCUSSED SAME WITH JONATHAN HUNTER (.5). | 3.10 | 1,426.00 |
| 03/15/21 | DJB | B410 | A102 | RESEARCH OF 5TH CIRCUIT BANKRUPTCY CASES FOR OPINIONS FINDING THAT SUITS AGAINST THIRD PARTIES TO WHOM THE DEBTOR OWES INDEMNITY ARE AN END-AROUND THE AUTOMATIC STAY. | .40 | 180.00 |
| 03/15/21 | DJB | B410 | A104 | REVIEW AND ANALYZE EXCERPT OF DRAFT ADVERSARY COMPLAINT RECEIVED FROM WEIL COUNSEL. | .20 | 90.00 |
| 03/16/21 | JAH | B190 | A104 | GENOVESA PERMITTING/SOP -- CALL WITH J. NOE RE STATUS AND NEXT STEPS. | .20 | 140.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  24
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/16/21 JAH   B190  A104  VALARIS/ATLANTIC LIENS --        .30       210.00
                           COMMUNICATIONS WITH
                           CONSULTANT RE RESEARCH INTO
                           DOI DATA.


03/16/21 JAH   B190  A104  DECOMMISSIONING IN               .30       210.00
                           TEXAS/LOUISIANA WATERS/LANDS
                           -- CONFERENCE S. DICHARRY RE
                           ANALYSIS AND REVIEW PRIOR
                           RESEARCH.


03/16/21 JN    B180  A102  CONDUCTED LEGAL RESEARCH ON     2.10     1,470.00
                           ADJACENT STATE LAW
                           APPLICATION AND POTENTIAL
                           LIEN DEFECTS RELATED TO
                           ATLANTIC MARITIME'S LIENS AND
                           CLAIMS.


03/16/21 JN    B180  A105  VARIOUS CONFERENCE CALLS WITH    .40       280.00
                           J. HUNTER REGARDING ADJACENT
                           STATE ISSUES RELATED TO
                           ATLANTIC MARITIME CLAIMS.


03/16/21 MWM   B190  A104  MULTIPLE TELEPHONE CONFERENCE    .50       260.00
                           AND CORRESPONDENCE RE:
                           SETTLEMENT FUNDS.


03/16/21 SYD   B190  A104  RE GENOVESA SUSPENSION ISSUE     .50       230.00
                           -- COMPLETED SUMMARY OF
                           PRELIMINARY RESEARCH AND
                           CIRCULATED SAME TO J. HUNTER.


03/17/21 JAH   B190  A101  VALARIS/ATLANTIC LIENS --        .80       560.00
                           CALL WITH B. WARING AND C.
                           MILLER (OCSBBS) RE BOEM/BSEE
                           RESEARCH.


03/17/21 JAH   B190  A104  VALARIS/ATLANTIC LIENS --        .90       630.00
                           ANALYZE "ADJACENT STATE" DATA.


03/17/21 JN    B180  A109  CONFERENCE CALL WITH A. PEREZ    .40       280.00
                           REGARDING VARIOUS REGULATORY
                           ISSUES.


03/17/21 JN    B180  A109  PREPARED FOR AND PARTICIPATED    .70       490.00
                           IN LEGAL WORKING GROUP CALL
                           (CONSISTING OF LAWYERS FROM
                           THE DEPARTMENT OF JUSTICE AND
                           DEPARTMENT OF INTERIOR).
```

```
FIELDWOOD ENERGY LLC                                    PAGE  25
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/17/21 | PFH | B110 | A107 | E MAIL FROM AUSA F. PHILLIPS WITH WDLA TOLLING AGREEMENT (.1); REVIEW AGREEMENT (.1). | .20 | 125.00 |
| 03/17/21 | PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH DRAFT WDLA TOLLING AGREEMENT | .10 | 62.50 |
| 03/17/21 | RDB | B210 | A108 | TELEPHONE CONFERENCE WITH J. NOE, J. HUNTER, C. MILLER, AND B. WARING OF OCS BBS RELATED TO CLAIMS OF ATLANTIC MARITIME SERVICES LLC AGAINST WORKING INTEREST OWNERS UNDER LOUISIANA OIL WELL LIEN ACT AND LOCATION OF CERTAIN OFFSHORE BLOCKS IN RELATION TO ADJACENT STATE, INCLUDING REVIEW OF BOEM MAPS AND LOCATIONS. | .80 | 452.00 |
| 03/17/21 | RDB | B210 | A104 | CHECK DOCKET OF U.S. DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA IN CIVIL ACTION 20-3099 AND CIVIL ACTION 20-3097 RELATED TO CLAIMS AGAINST WORKING INTEREST PARTNERS RIDGEWOOD KATMAI AND ILX PROSPECT KATMAI FOR GREEN CANYON BLOCK 40 AND WORKING INTEREST PARTNER ECOPETROL AMERICA, LLC FOR MISSISSIPPI CANYON BLOCK 948. | .50 | 282.50 |
| 03/17/21 | SYD | B190 | A104 | RE ONRR-20-0296 (APPEAL OF ONRR INTEREST DEMAND) -- CONTINUED DEVELOPING ARGUMENTS FOR BRIEF (FOCUS ON STATUTORY ARGUMENT). | .80 | 368.00 |
| 03/18/21 | JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- COMMUNICATIONS WITH R. BERTRAM, J. NOE, AND C. MILLER (OCSBBS) RE DETAILS RE LEASES SUBJECT TO LIEN AND LEGAL STRATEGY FOR DEFEATING. | 2.10 | 1,470.00 |
| 03/18/21 | JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- REVIEW LIEN FILINGS. | .70 | 490.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  26
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/18/21 | JAH | B190 | A104 | EUGENE ISLAND 342 -- REVIEW IBLA ORDER RE BRIEFING EXTENSION AND RELATED PLEADINGS. | .20 | 140.00 |
| 03/18/21 | JN | B180 | A102 | CONDUCT RESEARCH INTO APPLICATION OF STATE PROCEDURAL LAW UNDER ADJACENT STATE CONCEPT IN OCSLA AND POTENTIAL DEFENSES TO ATLANTIC MARITIME LAWSUIT. | 3.30 | 2,310.00 |
| 03/18/21 | PFH | B110 | A107 | E MAIL FROM AUSA MCLAREN WITH QUESTION RE MP 310A. | .10 | 62.50 |
| 03/18/21 | PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH AUSA MCLAREN CORRESPONDENCE (.2); E MAILS FROM/TO MR SERGESKETTER WITH POTENTIAL RESPONSES AND STRATEGY ISSUES AND ATTACHMENTS RE WITNESS (.3). | .50 | 312.50 |
| 03/18/21 | PFH | B110 | A106 | E MAIL FROM MR SERGESKETTER TO C. TREUTING WITH CONFIRMATION OF FIRST WIRE PAYMENT. | .10 | 62.50 |
| 03/18/21 | PFH | B110 | A103 | REDLINED WDLA DRAFT TOLLING AGREEMENT AND SENT TO MR MAGNER FOR COMMENT. | .50 | 312.50 |
| 03/18/21 | PFH | B110 | A107 | E MAIL FROM AUSA MCLAREN RE VOLUME OF DISCHARGE AT MP 310 A | .10 | 62.50 |
| 03/18/21 | PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH CORRESPONDENCE FROM AUSA MCLAREN AND POTENTIAL RESPONSE. | .10 | 62.50 |
| 03/18/21 | RDB | B210 | A104 | REVIEW U.S. DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA DOCKET IN CIVIL ACTION 20-3097 FILED BY ATLANTIC MARITIME SERVICES, LLC AGAINST ECOPETROL AMERICA, LLC RELATED TO CLAIM UNDER LOUISIANA OIL WELL LIEN ACT AGAINST WORKING INTEREST | .30 | 169.50 |

```
FIELDWOOD ENERGY LLC                                         PAGE   27
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

```
                           OWNER FOR WELL 4, MISSISSIPPI
                           CANYON BLOCK 984.

03/18/21 RDB   B210  A104  REVIEW IN REM COMPLAINT OF          .50      282.50
                           ATLANTIC MARITIME SERVICES,
                           LLC SEEKING WRIT OF
                           SEQUESTRATION FOR SERVICES
                           RELATED TO OPERATIONS AT WELL
                           SITE UNDER LOUISANA OIL WELL
                           LIEN ACT WITH LIEN AFFIDAVITS
                           AND STATEMENT OF PRIVILEGE
                           FILED BY ATLANTIC MARITIME
                           SERVICES LLC'S PRESIDENT.

03/18/21 RDB   B210  A104  REVIEW IN REM COMPLAINT OF          .30      169.50
                           ATLANTIC MARITIME SERVICES,
                           LLC FILED AGAINST RIDGEWOOD
                           KATMAI LLC AND ILX PROSPECT
                           KATMAI LLC FOR SERVICES
                           RELATED TO WELL SITE LOCATED
                           AT GRAN CANYON, BLOCK 40.

03/18/21 RDB   B210  A104  MEMORANDUM TO J. HUNTER             .30      169.50
                           RELATED TO CIVIL ACTION
                           20-3097 AND CIVIL ACTION
                           20-3099 AND CLAIMS OF
                           ATLANTIC MARITIME SERVICES.

03/18/21 RDB   B210  A104  REVIEW U.S. DISTRICT COURT          .30      169.50
                           FOR EASTERN DISTRICT OF
                           LOUISIANA DOCKET IN CIVIL
                           ACTION 20-3099 FILED BY
                           ATLANTIC MARITIME SERVICES,
                           LLC AGAINST RIDGEWOOD KATMAI
                           AND IXL PROSPECT KATMAI, LLC.

03/18/21 RDB   B210  A104  REVIEW ADVERSARY COMPLAINT          .30      169.50
                           FILED BY FIELDWOOD AGAINST
                           ATLANTIC MARITIME SERVICES,
                           LLC IN U.S. BANKRUPTCY COURT
                           FOR THE SOUTHERN DISTRICT OF
                           TEXAS.

03/18/21 RDB   B210  A104  REVIEW VARIOUS BSEE/BOEM MAPS       .30      169.50
                           SHOWING ADMINISTRATIVE
                           BOUNDARIES AND ADDRESS BLOCK
                           AREA LOCATIONS WHICH ARE THE
                           SUBJECT OF OIL WELL LIEN ACT
                           CLAIMS OF ATLANTIC MARITIME
                           SERVICES, LLC.
```

```
FIELDWOOD ENERGY LLC                                    PAGE  28
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/18/21 SYD   B190  A104   ONRR-20-0296 (APPEAL OF ONRR     2.20      1,012.00
                            INTEREST DEMAND) - REVISED D.
                            CARRIER'S DECLARATION, WHICH
                            WILL BE SUBMITTED IN SUPPORT
                            OF THE APPEAL.

03/19/21 JAH   B190  A104   VALARIS/ATLANTIC LIENS --        2.90      2,030.00
                            REVIEW LOWLA AND CASE LAW RE
                            ANY POSSIBLE DEFECTS IN
                            PERFECTION OF LIENS AND/OR
                            FILINGS.

03/19/21 JAH   B190  A104   VALARIS/ATLANTIC LIENS --         .30        210.00
                            CORRESPONDENCE B. WARING/C.
                            MILLER RE ADJACENT STATE
                            RESEARCH.

03/19/21 JAH   B190  A104   VALARIS/ATLANTIC LIENS --         .80        560.00
                            COMMUNICATIONS WITH R.
                            BERTRAM, J. NOE, AND WEIL
                            TEAM RE FORMULATING LEGAL
                            POSITION.

03/19/21 JAH   B190  A104   EUGENE ISLAND 342 IBLA APPEAL     .40        280.00
                            -- CORRESPONDENCE B. DEWOLFE
                            AND R. SERGESKETTER RE
                            CONDITIONS FOR STAY.

03/19/21 JAH   B190  A104   CONFERENCE S. DICHARRY RE         .60        420.00
                            STRATEGY IN APPEAL OF ONRR
                            INTEREST ASSESSMENT.

03/19/21 JN    B180  A109   NUMEROUS CONFERENCE CALLS        3.20      2,240.00
                            WITH CLIENT REGARDING GENOVES
                            PERMIT REVOCATION.

03/19/21 JN    B180  A109   PARTICIPATED IN CALL WITH         .80        560.00
                            INTERIOR SOLICITORS REGARDING
                            GENOVESA PERMIT REVOCATION.

03/19/21 JN    B180  A109   PARTICIPATE IN CONFERENCE         .90        630.00
                            CALL WITH MARITIME BORDER
                            EXPERTS REGARDING ADJACENT
                            STATE ISSUES RELATING TO
                            LAWSUIT FILED BY ATLANTIC
                            MARITIME.
```

```
FIELDWOOD ENERGY LLC                                    PAGE  29
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/19/21 | JN | B180 | A102 | RESEARCH ADJACENT STATE ISSUES ON BOEM WEBSITE AND CASE LAW DETERMINING THE APPLICABLE STATE LAW FOR OFFSHORE BLOCKS. | 2.20 | 1,540.00 |
| 03/19/21 | PFH | B110 | A106 | E MAIL FROM MR SERGESKETTER APPROVING DRAFT WDLA TOLLING AGREEMENT AND FROM MR MAGNER WITH APPROVAL. | .10 | 62.50 |
| 03/19/21 | PFH | B110 | A106 | E MAIL FROM C. TREUTING WITH CONFIRMATION OF POSTING OF PAYMENT AND DATE. | .10 | 62.50 |
| 03/19/21 | PFH | B110 | A106 | E MAILS TO/FROM MR. SERGESKETTER WITH POTENTIAL DRAFT LANGUAGE FOR REPLY TO AUSA AND INSTRUCTIONS FOR CALL. | .30 | 187.50 |
| 03/19/21 | PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH REDLINED WDLA TOLLING GREEMENT. | .10 | 62.50 |
| 03/19/21 | PFH | B110 | A106 | E MAILS WITH AUSA MCLAREN (.2); CALL WITH AUSAS S. LATSIS AND R. MCLAREN AND B. SERGESKETTER RE FACTS RE MP 310 DISCHARGE (.5). | .70 | 437.50 |
| 03/19/21 | PFH | B110 | A106 | CALLS WITH MR SERGESKETTER BEFORE AND AFTER CALL WITH AUSAS TO DISCUSS FACTS, STRATEGY, AND REQUESTS FOR ASSISTANCE AND WDLA REDLINED TOLLING AGREEMENT (.7); E MAIL FROM MR SERGESKETTER APPROVING WDLA TOLLING AGREEMENT REDLINE (.1). | .80 | 500.00 |
| 03/19/21 | RDB | B210 | A104 | ADDRESS AVAILABILITY OF STATE LAW REMEDY OF SEQUESTRATION IN CIVIL ACTION FILED IN U.S. DISTRICT COURT TO ENFORCE LIEN UNDER LOUISIANA OIL WELL LIEN ACT VIA PROVISIONS OF THE OUTER CONTINENTAL SHELF LANDS ACT. | .50 | 282.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  30
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 03/19/21 | SYD | B190 | A104 | ONRR-20-0296 (APPEAL OF ONRR INTEREST DEMAND) - CONTINUED WORKING ON BRIEF (2.6); DISCUSSED SAME WITH J. HUNTER (.6). | 3.20 | 1,472.00 |
| 03/19/21 | SYD | B190 | A103 | ONRR0-20-0296 (APPEAL OF ONRR INTEREST DEMAND) - PREPARED FOR AND PARTICIPATED IN CALL WITH D. CARRIER RE HER DECLARATION THAT WILL BE FILED IN SUPPORT OF APPEAL. | 1.10 | 506.00 |
| 03/19/21 | GAR | B160 | A103 | BEGIN EDITING EXTENSIVE SUPPORTING DOCUMENTATION FOR JONES WALKER'S FEBRUARY MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 2.40 | 816.00 |
| 03/20/21 | JAH | B190 | A104 | VALARIS/ATLANTIC CLAIMS -- ANALYZE LOWLA ISSUES AND STRATEGY. | 1.70 | 1,190.00 |
| 03/20/21 | JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- COMMUNICATIONS WITH WEIL AND JW TEAM MEMBERS RE NUMEROUS FACT/LEGAL ISSUES AND QUESTIONS ARISING FROM INTENDED ADVERSARIAL PROCEEDING. | .90 | 630.00 |
| 03/20/21 | JN | B180 | A103 | DRAFT AND REVIEW EMAILS AND TEXTS TO AND FROM INTERIOR SOLICITORS REGARDING GENOVESA PERMIT REVOCATION. | .80 | 560.00 |
| 03/20/21 | KMJ | B110 | A101 | REVIEW FILE RE STATUS OF FIRST INTERIM FEE APPLICATION AND PENDING FEE NOTICES AND RELATED CORRESPONDENCE WITH G. RAMIREZ, J. NOE, AND C. CARLSON RE SAME. | .50 | 250.00 |
| 03/20/21 | SYD | B190 | A104 | ONRR-20-0296 (APPEAL OF ONRR INTEREST DEMAND) - CONTINUED DEVELOPING BRIEF IN SUPPORT OF APPEAL.. | 1.20 | 552.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   31
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/20/21 GAR | B160 | A105 | CONTINUED CORRESPONDENCE ON STATUS AND OUTSTANDING ISSUES REGARDING JANUARY AND FEBRUARY MONTHLY FEE STATEMENTS AND FIRST INTERIM FEE APPLICATION WITH K. JOHNSON AND J. NOE. | .70 | 238.00 |
| 03/21/21 JAH | B190 | A104 | APPEAL OF INTEREST INVOICE ON ROYALTY PAYMENTS: REVIEW DRAFT BRIEF. | .30 | 210.00 |
| 03/21/21 JAH | B190 | A104 | ATLANTIS/VALARIS LIENS -- PREPARE FOR CALL WITH WEIL TEAM. | .40 | 280.00 |
| 03/21/21 SYD | B190 | A104 | ONRR-20-0296 (APPEAL OF ONRR INTEREST DEMAND) - FINALIZE BRIEF IN SUPPORT OF APPEAL. | 2.90 | 1,334.00 |
| 03/22/21 JAH | B190 | A104 | WORK WITH S. DICHARRY TO FINALIZE STATEMENT OF REASONS IN APPEAL OF ROYALTY INTEREST INVOICE. | 1.10 | 770.00 |
| 03/22/21 JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- CONFERENCES WITH J. NOE AND R. BERTRAM RE LEGAL STRATEGY AND ADDITIONAL RESEARCH NEEDS. | .90 | 630.00 |
| 03/22/21 JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- REVIEW CASE LAW RE APPLICABILITY OF "ADJACENT STATE" NON-SUBSTANTIVE LAW (E.G., PROCEDURAL LAWS). | 1.40 | 980.00 |
| 03/22/21 JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- DEVELOP ARGUMENTS THAT OCSLA IS NOT COMPLETELY "SILENT" RE SEIZURE OF WORKING INTERESTS IN OFFSHORE LEASES. | .90 | 630.00 |
| 03/22/21 JAH | B190 | A104 | CONFERENCE J. NOE RE DECOMMISSIONING ASSETS WITHOUT A LEGALLY RESPONSIBLE PRIOR OWNER. | .30 | 210.00 |

FIELDWOOD ENERGY LLC                                    PAGE  32
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00

03/22/21 JAH   B190  A104  EUGENE ISLAND 42 APPEAL --      .60        420.00
                           CALL AND CORRESPONDENCE WITH
                           R. SERGESKETTER AND B.
                           DEWOLFE RE ANNUAL REVISIT OF
                           BSEE STAY.

03/22/21 JN    B180  A105  CONFERENCE CALL WITH J.         .30        210.00
                           HUNTER TO DISCUSS DEFENSES TO
                           ATLANTIC MARITIME'S LAWSUIT.

03/22/21 KMJ   B110  A101  CORRESPONDENCE WITH C.          .20        100.00
                           CLIFFORD RE STATUS ON INTERIM
                           FEE APPLICATION.

03/22/21 PFH   B110  A106  E MAIL TO AUSA F. PHILLIPS      .10         62.50
                           WITH REDLINE TOLLING
                           AGREEMENT FOR WDLA.

03/22/21 PFH   B110  A107  ANALYZED PRESENT POSITION OF    .50        312.50
                           CASE AGAINST HUSE AND ITS
                           IMPACT ON THE COMPANY.

03/22/21 PFH   B110  A107  E MAIL FROM/TO AUSA PHILLIPS    .10         62.50
                           WITH APPROVED TOLLING
                           AGREEMENT FOR WDLA.

03/22/21 RDB   B210  A108  REVIEW CASE LAW RELATED TO      .80        452.00
                           CHOICE OF LAW ISSUES UNDER
                           OUTER CONTINENTAL SHELF LANDS
                           ACT TO ADDRESS APPLICABILITY
                           OF LOUISIANA OIL WELL LIEN
                           ACT TO A LOCATION ON OUTER
                           CONTINENTAL SHELL BEYOND
                           THREE NAUTICAL MILES LIMIT OF
                           GULFWARD TERRITORIAL BOUNDARY
                           OF STATE OF LOUISIANA.

03/22/21 RDB   B210  A108  REVIEW AND ANALYZE CASE LAW     .50        282.50
                           ADDRESSING LOUISIANA REVISED
                           STATUTE 49:6 EXTENDING
                           GULFWARD BOUNDARY COASTAL
                           PARISHES COEXTENSIVELY WITH
                           THE BOUNDARIES OF STATE OF
                           LOUISIANA.

03/22/21 RDB   B210  A108  REVIEW AND ANALYZE MASTER       .80        452.00
                           DOMESTIC OFFSHORE DAYWORK
                           DRILLING CONTRACT BETWEEN
                           FIELDWOOD AND ATLANTIC
                           MARITIME SERVICES LLC.

FIELDWOOD ENERGY LLC                                              PAGE   33
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/22/21 RDB   B210  A108   REVIEW AND ANALYZE UNIT              .50      282.50
                            OPERATING AGREEMENT BETWEEN
                            FIELDWOOD AND RIDGEWOOD
                            KATMAI AND ILX PROSPECT
                            KATMAI FOR GREEN CANYON BLOCK
                            40.

03/22/21 RDB   B210  A108   REVIEW AND ANALYZE UNIT              .50      282.50
                            OPERATING AGREEMENT BETWEEN
                            FIELDWOOD, ECOPETROL AND
                            TALOS FOR GUNFLINT,
                            MISSISSIPPI CANYON BLOCK 948.

03/22/21 RDB   B210  A108   MEMORANDUM TO AND FROM MR.          .30      169.50
                            NOE RELATED TO CONTRACT AND
                            INVOICE ISSUES ASSOCIATED
                            WITH LIEN CLAIM OF ATLANTIC
                            MARITIME SERVICES LLC.

03/22/21 JEB   B410  A104   REVIEW AND ANALYSIS OF             .50      300.00
                            GOVERNMENT'S OBJECTION TO
                            DISCLOSURE STATEMENT.

03/22/21 SYD   B190  A104   ONRR-20-0296 (APPEAL OF ONRR      3.30    1,518.00
                            INTEREST DEMAND) - DISCUSSED
                            BRIEF WITH J. HUNTER (.5);
                            FINALIZE BRIEF FOR FILING
                            (2.8).

03/22/21 GAR   B160  A101   CORRESPOND WITH C. CARLSON,       .20       68.00
                            WEIL CO-COUNSEL, AND K.
                            JOHNSON REGARDING STATUS AND
                            HOLD UP ON JONES WALKER'S
                            FIRST INTERIM FEE APPLICATION.

03/22/21 GAR   B160  A103   CONTINUE EDITING EXTENSIVE       3.10    1,054.00
                            SUPPORTING DOCUMENTATION FOR
                            JONES WALKER'S FEBRUARY
                            MONTHLY FEE STATEMENT TO
                            ENSURE COMPLIANCE WITH THE
                            U.S. TRUSTEE'S GUIDELINES.

03/22/21 GAR   B160  A103   BEGIN FEBRUARY MONTHLY FEE       .90      306.00
                            STATEMENT OF JONES WALKER.

```
FIELDWOOD ENERGY LLC                                    PAGE   34
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00

03/22/21 TKW   B190  A102   RESEARCH WHETHER A FEDERAL      3.30      1,237.50
                           COURT APPLYING LOUISIANA
                           SUBSTANTIVE LAW UNDER 43
                           U.S.C. 1333(A)(2)(A) HAS
                           UTILIZED THE LOUISIANA
                           SEQUESTRATION PROCEDURE.

03/22/21 TKW   B190  A104   APPEAL OF INTEREST INVOICE       1.00        375.00
                           ONRR 20-0296: REVIEWED AND
                           ANALYZED DRAFT REGARDING
                           CROSS-LEASE NETTING.

03/23/21 DMH   B230  A104   DISCUSSIONS WITH MR. HUNTER       .40        232.00
                           RE: REGULATORY IMPEDIMENTS TO
                           ENFORCEMENT OF OIL WELL LIENS
                           (.2); REVIEWING OIL WELL LIEN
                           ACT (.2).

03/23/21 JAH   B190  A104   EUGENE ISLAND 342 IBLA APPEAL     .20        140.00
                           -- CORRESPONDENCE WITH B.
                           DEWOLFE RE PRIOR SUBMISSIONS
                           TO BSEE RE RECORDS OF GAS
                           QUALITY (.1); REVIEW SAME
                           (.1).

03/23/21 JAH   B190  A104   ATLANTIC/VALARIS LIENS --         .60        420.00
                           CORRESPONDENCE WITH INTERNAL
                           TEAM RE POTENTIAL LEGAL
                           THEORIES AND REQUIRED
                           RESEARCH.

03/23/21 JAH   B190  A104   VALARIS/ATLANTIC LIENS --         .40        280.00
                           COMMUNICATIONS WITH WEIL TEAM
                           RE LEGAL THEORIES FOR
                           CHALLENGING LIENS AND RESULTS
                           OF SIMILAR ARGUMENTS IN PRIOR
                           OFFSHORE BANKRUPTCIES.

03/23/21 JAH   B190  A104   VALARIS/ATLANTIC CLAIMS --       5.60      3,920.00
                           ANALYZE AND DRAFT ARGUMENTS
                           FOR DISMISSING LIENS.

03/23/21 JN    B180  A105   CONFERENCE CALL WITH J.           .40        280.00
                           HUNTER TO DISCUSS DEFENSES TO
                           ATLANTIC MARITIME'S LIENS AND
                           CLAIMS.
```

```
FIELDWOOD ENERGY LLC                                      PAGE  35
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/23/21 JN | B180 | A104 | REVIEW OBJECTION TO DISCLOSURE STATEMENT FILED BY ENI. | .40 | 280.00 |
| 03/23/21 JN | B180 | A104 | REVIEWED OBJECTION TO DISCLOSURE STATEMENT FILED BY THE GOVERNMENT. | .40 | 280.00 |
| 03/23/21 JN | B180 | A104 | REVIEWED OUTLINE OF LEGAL ARGUMENT REGARDING LIENS AND CLAIMS FILED BY ATLANTIC MARITIME (.3); PROVIDED COMMENTS TO J. HUNTER REGARDING ARGUMENTS (.3). | .60 | 420.00 |
| 03/23/21 JN | B180 | A102 | RESEARCH REGULATIONS REGARDING PREDECESSOR LIABILITY FOR SIDE-TRACKED WELLS, INCLUDING RESEARCH AND REVIEW OF IBLA OPINIONS. | 2.20 | 1,540.00 |
| 03/23/21 JN | B180 | A104 | REVIEWED DATA RECEIVED FROM THE CLIENT ON POTENTIAL ORPHANED ASSETS. | .50 | 350.00 |
| 03/23/21 JN | B180 | A103 | DRAFT EMAIL TO WEIL COUNSEL REGARDING PREDECESSORS RESPONSIBILITY FOR ORPHANED ASSETS. | .30 | 210.00 |
| 03/23/21 JN | B180 | A109 | CONFERENCE CALL WITH COUNSEL FOR ECCOPETROL REGARDING ATLANTIC MARINE LIENS AND CLAIMS. | .20 | 140.00 |
| 03/23/21 JN | B180 | A102 | REVIEW RESEARCH ON WHETHER ATLANTIC MARITIME CAN UTILIZE WRIT OF SEQUESTRATION UNDER OCSLA LAW AS SURROGATE FEDERAL LAW AND CONDUCTED ADDITIONAL RESEARCH INTO THE ISSUE. | .90 | 630.00 |
| 03/23/21 PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH CORRESPONDENCE FROM AUSA PHILLIPS WITH WDLA TOLLING AGREEMENT FOR SIGNATURE. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   36
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/23/21 | PFH | B110 | A106 | E MAIL FROM MR SERGESKETTER WITH SIGNED WDLA TOLLING AGREEMENT. | .10 | 62.50 |
| 03/23/21 | PFH | B110 | A104 | REVIEWED BILL OF PARTICULARS BY HUSE, OPPOSITON BY DOJ, AND REPLY BY HUSE RE ISSUES THAT COULD IMPACT FIELDWOOD. | .60 | 375.00 |
| 03/23/21 | RDB | B210 | A108 | REVIEW CASE LAW RELATED TO LOUISIANA OIL WELL LIEN ACT TO ADDRESS APPLICATION OF LOUISIANA OIL WELL LIEN ACT AND BANKRUPTCY CASES ADDRESSING OCSLA AND EXTENSION OF ADJACENT STATE'S LAWS TO OFFSHORE INSTALLATIONS ON OCS WHEN NOT INCONSISTENT WITH FEDERAL LAW (2.1); REVIEW SHORELINE BANKRUPTCY AND CHECK CASE LAW RELATED TO DEPARTMENT OF THE INTERIOR'S POSITION ON OFFSHORE LEASING IN CONTEXT OF LIEN CLAIM AGAINST FEDERAL LEASE (1.7). | 3.80 | 2,147.00 |
| 03/23/21 | RDB | B210 | A108 | MEMORANDUM TO AND FROM MR. J. HUNTER RELATED TO LIEN AND SEQUESTRATION ISSUES. | .30 | 169.50 |
| 03/23/21 | RDB | B210 | A108 | OUTLINE LEGAL ARGUMENTS RELATED TO CLAIMS OF ATLANTIC MARITIME. | .50 | 282.50 |
| 03/23/21 | GAR | B160 | A103 | TROUBLESHOOT ISSUES WITH SUPPORTING DOCUMENTATION FOR JANUARY MONTHLY FEE STATEMENT WITH BILLING DEPARTMENT AND J. NOE (.5); FURTHER REVISE SAME BASED ON NEEDED CHANGES (.6). | 1.10 | 374.00 |
| 03/23/21 | GAR | B160 | A103 | FINALIZE REVISION OF EXTENSIVE SUPPORTING DOCUMENTATION FOR JONES WALKER'S FEBRUARY MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES (.7); | .90 | 306.00 |

```
FIELDWOOD ENERGY LLC                                              PAGE   37
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | DISCUSS RELATED ISSUES WITH ACCOUNTING DEPARTMENT (.2). | | |
| 03/23/21 GAR | B160 | A103 | REVISE JANUARY MONTHLY FEE STATEMENT OF JONES WALKER BASED ON UPDATED SUPPORTING DOCUMENTATION TO ENSURE ACCURACY OF INFORMATION INCLUDED THEREIN. | 2.10 | 714.00 |
| 03/23/21 GAR | B160 | A103 | CONTINUE DRAFT OF FEBRUARY MONTHLY FEE STATEMENT OF JONES WALKER. | 1.30 | 442.00 |
| 03/24/21 JAH | B190 | A104 | ATLANTIC/VALARIS LIENS -- DRAFT ARGUMENT RE LOWLA INCONSISTENCY WITH OCSLA. | 3.10 | 2,170.00 |
| 03/24/21 JAH | B190 | A104 | CALL WITH OCSBBS AND REVIEW DATA THEY HAVE SUPPLIED. | 1.40 | 980.00 |
| 03/24/21 JAH | B190 | A104 | ATLANTIS/VALARIS LIENS -- CONFERENCES R. BERTRAM RE SEQUESTRATION. | .40 | 280.00 |
| 03/24/21 JN | B180 | A104 | REVIEWED LEGAL RESEARCH AND CASES RELATING THE POTENTIAL FOR FEDERAL LAW TO PREEMPT THE ABILITY OF ATLANTIC MARITIME TO USE LOUISIANA OIL LIEN ACT TO REQUIRE THE SEQUESTRATION OF FIELDWOOD'S WORKING INTEREST OWNERS. | 2.20 | 1,540.00 |
| 03/24/21 JN | B180 | A109 | PARTICIPATE IN HEARING ON APPROVAL OF DISCLOSURE PLAN. | 2.10 | 1,470.00 |
| 03/24/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH LENDERS REGULATORY COUNSEL TO DISCUSS VARIOUS OUTSTANDING REGULATORY ISSUES. | .60 | 420.00 |
| 03/24/21 PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH HUSE DISCOVERY MOTIONS AND FROM MR SERGESKETTER WITH COMMENTS. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  38
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/24/21 PFH | B110 | A107 | E MAIL TO AUSA F. PHILLIPS WITH SIGNED TOLLING AGREEMENT FOR WDLA. | .10 | 62.50 |
| 03/24/21 RDB | B210 | A104 | REVIEW AND ADDRESS LEGAL ARGUMENTS OF FIELDWOOD IN RESPONSE TO ATLANTIC MARITIME'S CLAIMS UNDER LOUISIANA OIL WELL LIEN ACT. | .50 | 282.50 |
| 03/24/21 RDB | B210 | A104 | ADDRESS NATURE OF WRIT OF SEQUESTRATION AND CLASSIFICATION OF PRIVILEGE CLAIMED BY ATLANTIC MARITIME . | .50 | 282.50 |
| 03/24/21 RDB | B210 | A104 | REVIEW FIELDWOOD'S ADVERSARY COMPLAINT AGAINST ATLANTIC MARITIME.  REVIEW STATEMENT AND CLAIMS OF PRIVILEGE FILED BY ATLANTIC MARITIME AGAINST WORKING INTEREST OWNERS. | .30 | 169.50 |
| 03/24/21 RDB | B210 | A108 | TELEPHONE CONFERENCE WITH MR. J. NOE, C. MILLER, AND B. WARING RELATED TO OVERLAY MAPS AND PLOTS WITH REFERENCE TO OCS-PLAN CZM MAPS FOR VIOSCA KNOLL 962, MISS. CANYON 519, AND VIOSCA KNOLL 826, GREEN CANYON 40 (.5); REVIEW PLOTS AND GEOGRAPHIC DISTANCES FROM OFFSHORE INSTALLATIONS TO ADJACENT COASTAL STATES (.5). | 1.00 | 565.00 |
| 03/24/21 RDB | B210 | A104 | REVIEW WORKING DRAFT OF SUMMARY SPREADSHEET PREPARED BY MR. C. MILLER. | .50 | 282.50 |
| 03/24/21 RDB | B210 | A104 | REVIEW CASE LAW RELATED TO NATURE OF LOUISIANA STATE LAW REMEDY OF SEQUESTRATION AND ADDRESS CHARACTERIZATION OF LEGAL ACTIONS FILED BY ATLANTIC MARINE IN U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA. | 1.30 | 734.50 |

```
FIELDWOOD ENERGY LLC                                       PAGE   39
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/24/21 JEB | B320 | A104 | CONFER WITH J. NOE REGARDING DISCLOSURE STATEMENT HEARING. | .50 | 300.00 |
| 03/24/21 GAR | B160 | A104 | VERIFY INCLUSION OF INADVERTENTLY OMITTED TIME ON THE FEBRUARY MONTHLY FEE STATEMENT OF JONES WALKER PER INQUIRY OF J. NOE. | .20 | 68.00 |
| 03/24/21 TKW | B190 | A104 | REVIEWED AND ANALYZED RULEMAKING HISTORY OF 30 C.F.R PART 556 ADDRESSING A CREDITOR SEIZING A LESSEE'S OWNERSHIP INTEREST IN A LEASE THROUGH SEQUESTRATION OR FORECLOSURE. | 1.00 | 375.00 |
| 03/24/21 TKW | B190 | A102 | RESEARCHED CASE LAW INVOLVING A THIRD PARTY CREDITOR SEIZING THE INTEREST OF A LEASE OWNER IN A LEASE AND REVIEWED ALL CASES ANALYZING SAME. | 1.00 | 375.00 |
| 03/24/21 TKW | B190 | A102 | RESEARCHED DECISIONS IN BANKRUPTCY COURT WHEREBY THE COURT CHARACTERIZED OVERRIDING ROYALTY BURDENS ON A LESSEE'S LEASE INTEREST AS A "REAL PROPERTY" INTEREST. | 1.70 | 637.50 |
| 03/25/21 JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- CONFERENCE J. NOE RE "ADJACENT STATE" ANALYSIS, MERITS DEFENSES AND CHANCES OF SUCCESS. | .30 | 210.00 |
| 03/25/21 JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- REVIEW CASE LAW AND DEVELOP ARGUMENT THAT LOWLA SEQUESTRATION CANNOT APPLY TO OFFSHORE FEDERAL LEASES. | 2.00 | 1,400.00 |
| 03/25/21 JN | B180 | A104 | REVIEW CLIENT'S OMNIBUS REPLY TO OBJECTIONS TO THE DISCLOSURE PLAN AND PROVIDE ADDITIONAL INFORMATION ON THE REGULATORY RELATED OBJECTIONS TO WEIL COUNSEL. | 1.20 | 840.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   40
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/25/21 JN    B180  A105  CONFERENCE CALL WITH J.          .50       350.00
                           HUNTER REGARDING DEFENSES TO
                           ATLANTIC MARITIME'S LIENS AND
                           CLAIMS AGAINST THE CLIENT.

03/25/21 JN    B180  A104  REVIEWED VARIOUS DOCUMENTS       1.40       980.00
                           AND DATA COLLECTED BY
                           OFFSHORE EXPERTS REGARDING
                           WHETHER BLOCKS SUBJECT TO
                           LIENS FILED BY ATLANTIC
                           MARITIME ARE ADJACENT TO
                           LOUISIANA OR OTHER STATES.

03/25/21 JN    B180  A109  PARTICIPATE IN CALL WITH         .60       420.00
                           COUNSEL FOR REMAINING
                           NON-CONSENTUAL PREDECESSORS
                           REGARDING THEIR SETTLEMENT
                           PROPOSAL FOR THE REMAINING
                           ABANDONED PROPERTIES.

03/25/21 RDB   B210  A108  REVIEW AND ANALYSIS OF           1.80     1,017.00
                           CASELAW RELATED TO OUTER
                           CONTINENTAL SHELF LANDS ACT
                           AND PROVISIONS OF LAW
                           ADOPTING LAW OF ADJACENT
                           STATE AS SURROGATE FEDERAL
                           LAW WHEN NOT INCONSISTENT
                           WITH FEDERAL LAW.

03/25/21 RDB   B210  A108  ADDRESS AND ANALYZE POSSIBLE     .80       452.00
                           CIVIL DEFENSES TO ENFORCEMENT
                           OF LIEN CLAIM UNDER LOUISIANA
                           OIL WELL LIEN ACT BASED ON
                           FEDERAL PREEMPTION ARGUMENTS.

03/25/21 RDB   B210  A108  REVIEW AND ANALYZE CASE LAW      .80       452.00
                           RELATED TO LOUISIANA STATE
                           COURT REMEDIES OF ATTACHMENT
                           AND SEQUESTRATION AND LOCATE
                           LEGAL AUTHORITIES FOR USE IN
                           FIELDWOOD'S MOTION TO OPPOSE
                           CLAIMS OF ATLANTIC MARINE.

03/25/21 TKW   B190  A102  RESEARCHED LOUISIANA FEDERAL     3.00     1,125.00
                           COURT DECISIONS WHEREBY THE
                           COURT CONSIDERED THE
                           APPLICATION OF THE LOUISIANA
                           OIL WELL LIEN ACT TO FEDERAL
                           LEASES IN THE GULF OF MEXICO.
```

FIELDWOOD ENERGY LLC                                          PAGE   41
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00

| | | | | | |
|---|---|---|---|---|---|
| 03/26/21 | DMH | B230 | A104 | REVIEW DRAFT ARGUMENT RE: ENFORCEMENT OF LOUISIANA PRIVILEGE ON FEDERAL LEASE (.3); MEMOS TO/FROM MR. NOE, MR. BERTRAM, MR. HUNTER (.2); DISCUSSION WITH MR. HUNTER (.2); REVIEW OIL WELL LIEN STATUTE RE: ENFORCEMENT THROUGH SEQUESTRATION (.3). | 1.10 | 638.00 |
| 03/26/21 | JAH | B190 | A104 | EUGENE ISLAND 342 -- REVIEW FILE RE CONDITIONS OF STAY. | .20 | 140.00 |
| 03/26/21 | JAH | B190 | A104 | VALARIS/ATLANTIC LIENS -- DRAFT, CIRCULATE, AND DISCUSS LOWLA BRIEF WITH INTERNAL CO-COUNSEL. | 2.80 | 1,960.00 |
| 03/26/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS PREDECESSOR LIABILITY REGULATORY ISSUES. | .60 | 420.00 |
| 03/26/21 | JN | B180 | A104 | REVIEW CLIENT'S DATABASE REGARDING POTENTIALLY ORPHANED ASSETS. | .60 | 420.00 |
| 03/26/21 | JN | B180 | A104 | REVIEW REVISED OUTLINE AND DRAFT BRIEFING MATERIALS REGARDING DEFENSES TO ATLANTIC MARITIME'S CLAIMS AND LIENS. | .50 | 350.00 |
| 03/26/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL (A. PEREZ) TO REPORT ON CONVERSATION WITH INTERIOR SOLICITOR R. LAMB REGARDING THE PREDECESSORS SETTLEMENT PROPOSAL FOR ABANDONED PROPERTIES. | .20 | 140.00 |
| 03/26/21 | RDB | B210 | A108 | REVIEW CASE LAW RELATED TO PRIVILEGE UNDER LOUISIANA OIL WELL LIEN ACT TO ADDRESS LEGAL GROUNDS FOR SEQUESTRATION (1.7); REVIEW VARIOUS PROVISIONS OF THE LOUISIANA CODE OF CIVIL PROCEDURE RELATED TO REMEDIES OF ATTACHMENT AND SEQUESTRATION, INCLUDING | 4.30 | 2,429.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   42
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

<table>
<tr><td></td><td></td><td></td><td></td><td>CASES INTERPRETING AND<br>APPLYING LOUISIANA CODE OF<br>CIVIL PROCEDURE ARTICLE 3571<br>(1.1); REVIEW CASE LAW<br>RELATED TO PRIVILEGE CLAIMS<br>UNDER LOUISIANA OIL WELL LIEN<br>ACT LA. R.S. 9:4862 (1.5).</td><td></td><td></td></tr>
<tr><td>03/26/21</td><td>SYD</td><td>B190</td><td>A104</td><td>REVIEWED DRAFT ADJACENT STATE<br>LAW ARGUMENTS.</td><td>.40</td><td>184.00</td></tr>
<tr><td>03/26/21</td><td>GAR</td><td>B160</td><td>A104</td><td>REVIEW JANUARY MONTHLY FEE<br>STATEMENT OF JONES WALKER TO<br>ENSURE ACCURACY OF<br>INFORMATION THEREIN MATCHES<br>UPDATED DOCUMENTATION.</td><td>.70</td><td>238.00</td></tr>
<tr><td>03/26/21</td><td>GAR</td><td>B160</td><td>A103</td><td>CONTINUE DRAFT OF FEBRUARY<br>MONTHLY FEE STATEMENT OF<br>JONES WALKER, INCLUDING<br>COMPILATION OF ATTORNEY<br>INFORMATION AS REQUIRED<br>THEREIN.</td><td>3.10</td><td>1,054.00</td></tr>
<tr><td>03/26/21</td><td>TKW</td><td>B190</td><td>A104</td><td>ANALYZED AND SUMMARIZED<br>LOUISIANA FEDERAL COURT<br>DECISIONS WHEREBY THE COURT<br>CONSIDERED THE APPLICATION OF<br>THE LOUISIANA OIL WELL LIEN<br>ACT TO FEDERAL LEASES IN THE<br>GULF OF MEXICO.</td><td>1.50</td><td>562.50</td></tr>
<tr><td>03/27/21</td><td>DMH</td><td>B230</td><td>A104</td><td>MEMOS TO/FROM INTERNAL<br>CO-COUNSEL RE: APPROACHES TO<br>CHALLENGING OIL WELL LIEN,<br>INAPPLICABILITY TO OFFSHORE<br>FEDERAL LEASES, AND<br>DISTINCTION WITH ENFORCEMENT<br>OF SHIP MORTGAGE.</td><td>.60</td><td>348.00</td></tr>
<tr><td>03/27/21</td><td>JAH</td><td>B190</td><td>A104</td><td>ATLANTIC/VALARIS LIENS --<br>MULTIPLE CORRESPONDENCE WITH<br>INTERNAL TEAM RE LEGAL<br>STRATEGY, INCLUDING PLANNING<br>OF STRATEGY.</td><td>2.40</td><td>1,680.00</td></tr>
</table>

```
FIELDWOOD ENERGY LLC                                      PAGE   43
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/27/21 JN   B180  A109  CONFERENCE CALL WITH WEIL AND      .50        350.00
                          THE CLIENT (G. GALLOWAY) TO
                          DISCUSS POTENTIAL ORPHANED
                          ASSETS TO WHICH THERE IS NO
                          PREDECESSOR LIABLE FOR THE
                          DECOMMISSIONING ASSOCIATED
                          WITH THE ORPHANED ASSETS.

03/27/21 JN   B180  A102  RESEARCH WHETHER THE              1.60      1,120.00
                          LOUISIANA PROCEDURAL DEVICE
                          OF SEQUESTRATION IS
                          INCONSISTENT WITH FEDERAL LAW
                          AND THEREFORE ATLANTIC MARINE
                          IS NOT ENTITLED TO SEQUESTER
                          WORKING INTERESTS.

03/27/21 JN   B180  A102  RESEARCH WHETHER PREDECESSORS      .80        560.00
                          ARE RESPONSIBLE FOR SIDETRACK
                          WELLS FROM WELLS THAT
                          EXISTING AT THE TIME OF THE
                          PREDECESSORS OWNERSHIP.

03/27/21 JN   B180  A109  CONFERENCE CALL WITH WEIL AND     1.40        980.00
                          THE CLIENT REGARDING NEXT
                          GOVERNMENT ENGAGEMENT, OPEN
                          DISCLOSURE STATEMENT ISSUES,
                          AND RESPONDING TO PREDECESSOR
                          SETTLEMENT OFFER.

03/27/21 SYD  B190  A104  ANALYZED DRAFT ADJACENT STATE     1.60        736.00
                          LAW ARGUMENTS.

03/28/21 DMH  B230  A104  MEMOS TO/FROM JW ATTORNEYS         .40        232.00
                          RE: LIMITS ON ENFORCEMENT OF
                          OIL WELL LIEN.

03/28/21 JAH  B190  A104  ATLANTIC/VALARIS LIENS --          .30        210.00
                          CORRESPONDENCE WITH D. HUNTER
                          AND S. DICHARRY RE BRIEFING
                          STRATEGY.

03/28/21 JAH  B190  A104  ATLANTIC/VALARIS LIENS --          .70        490.00
                          PLAN BRIEFING STRATEGY.

03/28/21 JN   B180  A102  RESEARCHED PREDECESSOR            1.70      1,190.00
                          LIABILITY FOR SIDETRACK OR
                          DEEPENED WELLS UNDER THE
                          REGULATIONS.
```

```
FIELDWOOD ENERGY LLC                                      PAGE   44
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| Date | Init. | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/28/21 | JN | B180 | A102 | RESEARCHED OCSLA'S PREEMPTION OF STATE REMEDIES (LIEN FORECLOSURE UNDER THE LOUISIANA OIL WELL LIEN ACT) RELATED TO LIENS FILED BY ATLANTIC MARITIME. | .80 | 560.00 |
| 03/28/21 | SYD | B190 | A104 | RESEARCH AND ANALYZE RE OCSLA'S ADJACENT STATE LAW PROVISION (3.3); REVISE DRAFT ARGUMENT RE ANALYSIS OF SAME (3.4). | 6.70 | 3,082.00 |
| 03/29/21 | DMH | B230 | A104 | DISCUSSION WITH MR. HUNTER RE: OCSLA JURISDICTION (.3); MEMOS TO/FROM MR. HUNTER, MR. NOE, AND MR. BERTRAM RE: SAME (.2). | .50 | 290.00 |
| 03/29/21 | JAH | B190 | A104 | ATLANTIS LIENS -- RESEARCH AND DRAFT BRIEF CHALLENGING VALIDITY OF LIENS. | 4.00 | 2,800.00 |
| 03/29/21 | JAH | B190 | A104 | CORRESPOND WITH J. NOE RE ALLOCATION OF DECOMMISSIONING LIABILITY FOR SIDETRACKS. | .20 | 140.00 |
| 03/29/21 | JN | B180 | A104 | REVIEW LEGAL RESEARCH MEMORANDUM REGARDING FEDERAL COURTS ENFORCEMENT OF LOUISIANA OIL WELL LIEN ACT RELATING TO LIENS AND CLAIMS FILED BY ATLANTIC MARITIME (.9); RESEARCH POTENTIAL PREEMPTION OF THE LOUISIANA OIL WELL LIEN ACT BY OCSLA (.8). | 1.70 | 1,190.00 |
| 03/29/21 | JN | B180 | A102 | RESEARCH CASE LAW AND THE REGULATIONS REGARDING WHETHER PREDECESSORS ARE LIABLE FOR SIDETRACKED WELLS. | 3.30 | 2,310.00 |
| 03/29/21 | KMJ | B110 | A101 | FOLLOW UP ON FEE NOTICES DUE FOR JANUARY AND FEBRUARY AND FILING OF INTERIM FEE APPLICATION AND RELATED CORRESPONDENCE WITH G. RAMIREZ AND J. NOE. | .20 | 100.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   45
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

```
03/29/21 RDB   B210  A104   REVIEWED RESEARCH MEMORANDUM    .50      282.50
                            FROM T. WIMBERLY RELATED TO
                            LOUISIANA OIL WELL LIEN ACT
                            AND SUBCONTRACTORS ABILITY TO
                            CLAIM STATE LAW PRIVILEGE FOR
                            SUPPLY OF GOODS AND SERVICES.

03/29/21 RDB   B210  A104   REVIEW OF UNION TEXAS          2.80    1,582.00
                            PETROLEUM DECISION OF U.S.
                            FIFTH CIRCUIT AND SUBSEQUENT
                            FIFTH CIRCUIT CASE LAW
                            RELATED TO OCSLA AND
                            APPLICATION OF STATE LAW TO
                            FACILITY LOCATED ON OCS WHY
                            NOT INCONSISTENT WITH FEDERAL
                            LAW (1.1); ADDRESS LEGAL
                            ARGUMENTS RELATED TO OCSLA
                            AND FEDERAL PREEMPTION OF
                            STATE LAW CLAIMS (1.7).

03/29/21 RDB   B210  A104   REVIEW AND ANALYZE OF          4.30    2,429.50
                            MARITIME CASELAW REGARDING
                            CONTRACT JURISDICTION AND
                            OUTLINE LEGAL ARGUMENTS AND
                            RESPONSE TO ATLANTIC MARITIME
                            CLAIMS UNDER LOUISIANA OIL
                            WELL LIEN ACT FOR OCS
                            LOCATIONS OFF STATE OF
                            LOUISIANA INCLUDING LEASE AT
                            MISSISSIPPI CANYON BLOCK 948.

03/29/21 RDB   B210  A104   DRAFT MEMORANDUM TO MR.         .50      282.50
                            HUNTER RELATED TO MARITIME
                            PREEMPTION, MARITIME CONTRACT
                            JURISDICTION, UNION TEXAS
                            DECISION, AND FIFTH CIRCUIT'S
                            DECISIONS IN THERIOT AND
                            DOIRON.

03/29/21 RDB   B210  A104   REVIEW VARIOUS OIL WELL LIEN    .50      282.50
                            ACT CASES AND OUTLINE
                            DISTINGUISHING NON-MARITIME
                            ASPECTS OF LIEN CLAIMS AS
                            OPPOSED TO CLAIMS INVOLVING
                            TRADITIONAL MARITIME
                            ACTIVITIES.
```

```
FIELDWOOD ENERGY LLC                                          PAGE   46
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


03/29/21 SYD   B190  A104   CONTINUED WORKING ON ADJACENT    2.60      1,196.00
                            STATE LAW ARGUMENT (2.0);
                            CIRCULATED SAME TO J. HUNTER
                            (.1); DISCUSSED SAME WITH J.
                            HUNTER (.5).

03/29/21 GAR   B160  A103   FINALIZE UPDATED JANUARY          .80        272.00
                            MONTHLY FEE STATEMENT AND
                            FEBRUARY MONTHLY FEE
                            STATEMENT OF JONES WALKER FOR
                            REVIEW BY J. NOE.

03/29/21 GAR   B160  A107   CORRESPOND WITH ALL NOTICE        .20         68.00
                            PARTIES TO SERVE JONES
                            WALKER'S JANUARY AND FEBRUARY
                            MONTHLY FEE STATEMENTS
                            PURSUANT TO THE INTERIM
                            COMPENSATION ORDER.

03/29/21 GAR   B160  A104   REVIEW INTERIM COMPENSATION       .50        170.00
                            ORDER AND RECENTLY SERVED
                            MONTHLY FEE STATEMENTS TO
                            DETERMINE STATUS OF SECOND
                            INTERIM COMPENSATION ORDER.

03/30/21 JAH   B190  A104   ATLANTIS LIENS -- DRAFT BRIEF    4.60      3,220.00
                            CHALLENGE VALIDITY OF
                            ATLANTIS LIENS.

03/30/21 JAH   B190  A104   EUGENE ISLAND 342 APPEAL --       .30        210.00
                            CORRESPOND WITH BSEE COUNSEL
                            RE CONTINUATION OF STAY (.1);
                            REVIEW TERMS OF SAME (.2).

03/30/21 JN    B180  A104   REVIEW DATA PROVIDED BY THE       .50        350.00
                            CLIENT ON POTENTIALLY
                            ORPHANED WELLS AND ASSETS.

03/30/21 JN    B180  A104   REVIEW RESPONSE SLIDE TO          .30        210.00
                            PREDECESSORS' SETTLEMENT
                            OFFER.

03/30/21 JN    B180  A104   REVIEW LEGAL RESEARCH AND        1.70      1,190.00
                            CASE LAW REGARDING POTENTIAL
                            PREEMPTION OF LOUISIANA STATE
                            LAW RELATING TO DEFENSE OF
                            CLAIMS BROUGHT BY ATLANTIC
                            MARITIME.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   47
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 03/30/21 JN | B180 | A104 | REVIEW AND REVISE BRIEF REGARDING THE APPLICATION OF MARITIME LAW TO ATLANTIC MARINE'S CLAIMS AND LIENS. | .70 | 490.00 |
| 03/30/21 JN | B180 | A102 | RESEARCH APPLICATION OF MARITIME LAW THAT WOULD PREVENT ATLANTIC MARTITIME TO UTILIZING LOUISIANA OIL WELL LIEN ACT TO ENFORCE LIENS. | 2.20 | 1,540.00 |
| 03/30/21 RDB | B210 | A104 | REVIEW AND ANALYSIS OF CASE LAW RELATED TO APPLICABILITY OF MARITIME LAW TO OFFSHORE DRILLING CONTRACTS (1.7); ADDRESS AND OUTLINE ADMIRALTY PREEMPTION ARGUMENTS IN RESPONSE TO ATLANTIC MARINE'S CLAIM OF SPECIAL PRIVILEGE UNDER LOUISIANA'S OIL WELL LIEN ACT (2.1). | 3.80 | 2,147.00 |
| 03/30/21 RDB | B210 | A104 | DRAFT LEGAL ARGUMENTS RELATED TO MASTER DOMESTIC OFFSHORE DAYWORK DRILLING CONTRACT BETWEEN FIELDWOOD AND ATLANTIC MARITIME AND USE OF ROWAN RESOLUTE (1.9); REVIEW CONTRACT PROVISIONS INCLUDING REVIEW OF VARIOUS APPENDICES TO DAYWORK DRILLING CONTRACT (.6); REVIEW INVOICE DETAIL SUBMITTED BY ATLANTIC MARITIME IN SUPPORT OF LIEN CLAIM (.8). | 3.30 | 1,864.50 |
| 03/30/21 GAR | B160 | A104 | REVIEW DOCKET FOR JONES WALKER'S FIRST FEE APPLICATION (.1); PROVIDE STATUS OF SAME TO K. JOHNSON, INCLUDING ANALYSIS OF RESPONSE DEADLINE AND TIMELINE FOR FILING CERTIFICATE OF NO OBJECTION TO PLAN ACCORDINGLY (.4). | .50 | 170.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   48
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00

03/30/21 GAR   B160  A103  BEGIN DRAFTING SECOND INTERIM    2.40        816.00
                           COMPENSATION ORDER OF JONES
                           WALKER PER THE INTERIM
                           COMPENSATION ORDER.

03/31/21 JAH   B190  A104  ATLANTIS/VALARIS LIENS --        4.50      3,150.00
                           REVISE DRAFT BRIEF RE
                           CHALLENGING LIENS.

03/31/21 JN    B180  A103  REVIEW AND REVISE DRAFT BRIEF    1.20        840.00
                           PRESENTING ARGUMENTS ON THE
                           APPLICATION OF MARITIME LAW
                           TO CLAIMS BROUGHT BY ATLANTIC
                           MARITIME.

03/31/21 JN    B180  A109  CONFERENCE CALL WITH LEGAL        .60        420.00
                           WORKING GROUP (CONSISTING OF
                           LAWYERS FROM DEPARTMENT OF
                           JUSTICE AND DEPARTMENT OF
                           INTERIOR).

03/31/21 JN    B180  A104  REVIEW AND REVISE EMAIL TO        .30        210.00
                           CLIENT PRESENTING BRIEF ON
                           LEGAL ARGUMENTS IN
                           FORTHCOMING ADVERSARIAL
                           PROCEEDING AGAINST ATLANTIC
                           MARITIME.

03/31/21 JN    B180  A102  RESEARCH APPLICABILITY OF        1.10        770.00
                           MARITIME LAW IN ATLANTIC
                           MARITIME ADVERSARIAL
                           PROCEEDING.

03/31/21 JN    B180  A104  REVIEW AND PROVIDE COMMENTS       .70        490.00
                           ON VARIOUS DRAFTS OF
                           PRESENTATION MATERIALS TO
                           GOVERNMENT REGARDING
                           FIELDWOOD'S COUNTER PROPOSAL
                           TO PREDECESSORS' SETTLEMENT
                           OFFER.

03/31/21 PFH   B110  A107  REVIEW AUDIT RESPONSE REQUEST.    .10         62.50

03/31/21 RDB   B210  A108  DRAFT AND FINALIZE LAW AND       3.50      1,977.50
                           ARGUMENTS RELATED TO MASTER
                           DOMESTIC OFFSHORE DAYWORK
                           DRILLING CONTRACT BETWEEN
                           FIELDWOOD AND ATLANTIC
                           MARITIME SERVICES FOR USE AND
                           PROVISION OF DRILL SHIP ROWAN
```

```
FIELDWOOD ENERGY LLC                                      PAGE   49
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

```
                        RESOLUTE (2.3); REVIEW AND
                        ANALYZE CASE LAW RELATED TO
                        MARITIME CONTRACT ISSUES AND
                        CLASSIFICATION OF DRILLING
                        FROM VESSEL AS MARITIME
                        CONTRACT (1.2).

03/31/21 RDB   B210  A108  MEMORANDUM TO J. HUNTER AND      .30      169.50
                        J. NOE RELATED TO LEGAL
                        ARGUMENTS IN SUPPORT OF
                        MARITIME JURISDICTION (.1);
                        ADD FACTUAL INFORMATION TO
                        OBTAIN FROM FIELDWOOD RELATED
                        TO DRILLING SERVICES PROVIDED
                        BY ATLANTIC MARITIME
                        INCLUDING RECOMPLETION AND
                        WORKOVER ACTIVITIES (.2).

03/31/21 RDB   B210  A108  REVIEW REVISED DRAFT BRIEF RE    2.50    1,412.50
                        CHALLENGES TO ATLANTIC
                        MARITIME'S LIEN CLAIM UNDER
                        LOUISIANA OIL WELL LIEN ACT
                        (1.2); ADDRESS LEGAL
                        ARGUMENTS RELATED TO MARITIME
                        CONTRACT JURISDICTION,
                        LOUISIANA OIL WELL LIEN ACT,
                        AND INCORPORATION OF STATE
                        LAW VIA OUTER CONTINENTAL
                        SHELF LANDS ACT (1.3).

03/31/21 GAR   B160  A103  CONTINUE DRAFTING SECOND         .50      170.00
                        INTERIM COMPENSATION ORDER OF
                        JONES WALKER, INCLUDING
                        REVIEW OF INFORMATION FROM
                        PREVIOUS MONTHLY FEE
                        STATEMENTS TO BE ENCOMPASSED
                        IN SAME.

                                          --------   -----------
                             TOTALS        396.70   $243,246.50
                                          ========   ===========
```

```
FIELDWOOD ENERGY LLC                                      PAGE   50
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| TASK CODE SUMMARY | | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| | | .00 | .00 | 438.30 | 244,356.00 |
| AXXX | BAD CODE - ACCOUNTING U | .00 | .00 | .00 | .00 |
| | TOTAL | .00 | .00 | 438.30 | 244,356.00 |
| **ADMINISTRATION** | | | | | |
| B110 | CASE ADMINISTRATION | 12.30 | 7,412.50 | 474.70 | 273,479.00 |
| B120 | ASSET ANALYSIS/RECOVERY | .00 | .00 | 14.10 | 7,866.00 |
| B130 | ASSET DISPOSITION | .00 | .00 | 3.20 | 1,920.00 |
| B140 | RELIEF FROM STAY/PROTEC | .00 | .00 | 10.80 | 5,674.50 |
| B160 | FEE/EMPLMT APPLICATIONS | 23.90 | 8,126.00 | 510.20 | 104,290.00 |
| B180 | AVOIDANCE ACTION ANALYS | 137.70 | 96,390.00 | 621.20 | 415,595.00 |
| B190 | OTHER CONTESTED MATTERS | 155.90 | 93,841.50 | 629.70 | 364,305.50 |
| | TOTAL ADMINISTRATION | 329.80 | 205,770.00 | 2,263.90 | 1,173,130.00 |
| **OPERATIONS** | | | | | |
| B210 | BUSINESS OPERATIONS | 52.10 | 29,436.50 | 149.60 | 74,833.50 |
| B230 | FINANCING/CASH COLLECTI | 3.00 | 1,740.00 | 29.60 | 16,419.00 |
| B240 | TAX ISSUES | .00 | .00 | 10.80 | 4,750.00 |
| B250 | REAL ESTATE | .00 | .00 | 5.50 | 1,676.50 |
| B260 | BOARD OF DIRECTORS MATT | .00 | .00 | .30 | 198.00 |
| | TOTAL OPERATIONS | 55.10 | 31,176.50 | 195.80 | 97,877.00 |
| **CLAIMS AND PLAN** | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | .00 | .00 | 2.20 | 1,089.50 |
| B320 | PLAN DISCLOSURE STMT | .50 | 300.00 | 2.40 | 1,440.00 |
| | TOTAL CLAIMS AND PLAN | .50 | 300.00 | 4.60 | 2,529.50 |
| **BANKRUPTCY-RELATED ADVICE** | | | | | |
| B410 | GENERAL BANKRUPTCY ADVI | 6.20 | 2,940.00 | 90.40 | 42,116.50 |
| B420 | RESTRUCTURING | 5.10 | 3,060.00 | 59.30 | 32,379.00 |
| | TOTAL BANKRUPTCY-RELATED ADVI | 11.30 | 6,000.00 | 149.70 | 74,495.50 |
| | **TOTALS** | 396.70 | 243,246.50 | 3,052.30 | 1,592,388.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   51
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

| ATTORNEY SUMMARY | RATE | THIS BILL HOURS | THIS BILL FEES | CUMULATIVE TOTALS HOURS | CUMULATIVE TOTALS FEES |
|---|---|---|---|---|---|
| AMY G. SCAFIDEL | .00 | .00 | .00 | 2.40 | 1,248.00 |
| C. ELLIS BRAZEAL, III | .00 | .00 | .00 | 1.40 | 679.00 |
| CHAD J. HAMMONS | .00 | .00 | .00 | 2.50 | 950.00 |
| CINDY M. MULLER | .00 | .00 | .00 | 24.30 | 12,028.50 |
| DOUGLAS C. LONGMAN | .00 | .00 | .00 | 3.50 | 1,050.00 |
| DAVID M. HUNTER, D. | 580.00 | 3.00 | 1,740.00 | 27.20 | 15,171.00 |
| F. RIVERS LELONG | .00 | .00 | .00 | .60 | 321.00 |
| JONATHAN A. HUNTER, J. | 700.00 | 96.40 | 67,480.00 | 464.50 | 308,665.00 |
| JOSHUA A. NORRIS, J. | .00 | .00 | .00 | 44.90 | 29,185.00 |
| JOHN F. FLETCHER | .00 | .00 | .00 | 1.40 | 791.00 |
| JAMES NOE | 700.00 | 137.70 | 96,390.00 | 786.60 | 519,367.50 |
| KRISTINA M. JOHNSON, K. | 500.00 | 2.20 | 1,100.00 | 81.10 | 37,485.00 |
| MARK A. CUNNINGHAM | .00 | .00 | .00 | .30 | 198.00 |
| MARC C. HEBERT, M. | .00 | .00 | .00 | 2.30 | 1,610.00 |
| MARK T. DAVIS, M. | .00 | .00 | .00 | 2.30 | 908.50 |
| MICHAEL W. MAGNER | 520.00 | .90 | 468.00 | 91.40 | 46,522.00 |
| PAULINE F. HARDIN, P. | 625.00 | 10.10 | 6,312.50 | 280.30 | 175,187.50 |
| PAUL O. WOODALL | .00 | .00 | .00 | 8.00 | 3,280.00 |
| ROBERT B. BIECK JR. | .00 | .00 | .00 | 6.60 | 3,894.00 |
| R. CHRISTIAN JOHNSEN | .00 | .00 | .00 | .40 | 250.00 |
| RICHARD D. BERTRAM | 565.00 | 52.10 | 29,436.50 | 119.30 | 67,404.50 |
| R PATRICK VANCE | .00 | .00 | .00 | 15.80 | 8,925.00 |
| R. SCOTT JENKINS | .00 | .00 | .00 | .80 | 436.00 |
| BRETT S. VENN | .00 | .00 | .00 | 2.70 | 1,377.00 |
| JOSEPH E. BAIN | 600.00 | 1.50 | 900.00 | 48.40 | 29,040.00 |
| MARK A. MINTZ | .00 | .00 | .00 | .40 | 160.00 |
| SARAH Y. DICHARRY | 460.00 | 46.10 | 21,206.00 | 239.40 | 110,124.00 |
| CAROLINE V. MCCAFFREY | .00 | .00 | .00 | 37.00 | 9,698.00 |
| DANIEL J. BALDWIN | 450.00 | 5.20 | 2,340.00 | 68.60 | 30,870.00 |
| GABRIELLE A. RAMIREZ | 340.00 | 23.90 | 8,126.00 | 115.90 | 37,288.50 |
| JORDAN B. RETIF | .00 | .00 | .00 | 15.00 | 5,250.00 |
| MADISON M. TUCKER | .00 | .00 | .00 | 1.00 | 275.00 |
| PATRICK J. FACKRELL | .00 | .00 | .00 | 1.90 | 598.50 |
| TAYLOR K. WIMBERLY | 375.00 | 12.50 | 4,687.50 | 106.90 | 40,087.50 |
| ELIZABETH L. CRADDOCK | 600.00 | 5.10 | 3,060.00 | 18.30 | 10,980.00 |
| ROBERT G. KENEDY | .00 | .00 | .00 | 52.90 | 29,557.50 |
| STANLEY A. MILLAN | .00 | .00 | .00 | 6.30 | 2,646.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | .20 | 40.00 |
| B. KARAN PAYNE | .00 | .00 | .00 | 3.20 | 768.00 |
| DANIEL J. VOGEL | .00 | .00 | .00 | .20 | 40.00 |
| GEORGETTE M. SHAHIEN | .00 | .00 | .00 | 10.80 | 2,219.50 |
| KILBY M. BRABSTON | .00 | .00 | .00 | 4.40 | 814.00 |
| MELLAINE B. SALINAS | .00 | .00 | .00 | 27.40 | 5,498.00 |
| TARA C. GORUMBA | .00 | .00 | .00 | 108.30 | 13,537.50 |
| WINTER RANDALL | .00 | .00 | .00 | 215.20 | 25,962.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  52
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00

            TOTALS            396.70    243,246.50  3,052.30  1,592,388.00
                            ========   ===========  ========  ===========
```

```
FIELDWOOD ENERGY LLC                                     PAGE   53
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00
```

COSTS INCURRED:

```
03/11/21 OTHER PROFESSIONALS - ENERGY DATA SOLUTIONS,     5000.00
         LLC - RETAINER FEE FOR PROFESSIONAL CONSULT
03/10/21 LEXIS LEGAL RESEARCH - BALDWIN, DANIEL            178.20
03/10/21 LEXIS LEGAL RESEARCH - HUNTER, JONATHAN           118.80
03/10/21 LEXIS LEGAL RESEARCH - NOE, JAMES                 221.55
03/17/21 LEXIS LEGAL RESEARCH - BALDWIN, DANIEL             29.70
03/17/21 LEXIS LEGAL RESEARCH - DICHARRY, SARAH            282.15
03/28/21 LEXIS LEGAL RESEARCH - DICHARRY, SARAH            230.85
03/28/21 LEXIS LEGAL RESEARCH - HUNTER, JONATHAN           118.95
03/28/21 LEXIS LEGAL RESEARCH - WIMBERLY, TAYLOR           678.45
03/11/21 DELIVERY SERVICES - FEDEX SENT BY JONATHAN A.      27.05
         HUNTER, ESQ., JONES TO BENJAMIN J. WARING, JD
         CPL ENERGY DATA
02/17/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      1.95
         ORIGINATED BY JAMES W. NOE
03/03/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     42.42
         ORIGINATED BY JAMES W. NOE

                         TOTAL COSTS:            $6,930.07

              COST SUMMARY

   E105   LONG DISTANCE                      44.37
   E106   COMPUTER LEGAL RESEARCH         1,858.65
   E107   DELIVERY SERVICES                 27.05
   E123   OTHER PROFESSIONALS            5,000.00
                                       --------------
          TOTAL DISBURSEMENTS           $6,930.07


                     TOTAL FEES AND COSTS:    $250,176.57
```

```
FIELDWOOD ENERGY LLC                                              PAGE   54
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



          * * *   R E M I T T A N C E   C O P Y   * * *


               TOTAL FEES:                         $243,246.50

               TOTAL COSTS:                          $6,930.07

               LESS CREDITS:                             $0.00
                                                   ------------
               TOTAL CURRENT FEES AND COSTS DUE    $250,176.57


BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.       BALANCE
03/23/21        1068326       $139232.60


               TOTAL PRIOR INVOICES DUE:           $139,232.60
                                                   -----------


               TOTAL AMOUNT DUE:                   $389,409.17
                                                   ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    JONES WALKER LLP
               201 St. Charles Ave. - 50th Floor
               New Orleans, Louisiana 70170-5100
```

FIELDWOOD ENERGY LLC                                             PAGE   55
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                        Iberia Bank
                        New Orleans, Louisiana
                        ABA Number:  265270413
                        Account Number:  20000247731
                        Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

```
FIELDWOOD ENERGY LLC                                          PAGE   56
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT JAMES NOE
IN DC CAPITOL         OR OUR CREDIT MANAGER AT (504)582-8220.
                         ATLANTA, GA (404)870-7500
                      BATON ROUGE, LA (225)248-2000
                       BIRMINGHAM, AL (205)244-5200
                        HOUSTON, TX (713)437-1800
                        JACKSON, MS (601)949-4900
                      LAFAYETTE, LA (337)593-7600
                         MIAMI, FL (305)679-5700
                        MOBILE, AL (251)432-1414
                     NEW ORLEANS, LA (504)582-8000
                        NEW YORK, NY (646)512-8101
                        PHOENIX, AZ (602)366-7889
                      TALLAHASSEE, FL (850)425-7800
                  WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                   WASHINGTON, DC (DOWNTOWN) (202)434-4660
                     THE WOODLANDS, TX (281)296-4400


    ****************************************************************
```

```
FIELDWOOD ENERGY LLC                                          PAGE   57
APRIL 19, 2021
INVOICE NO.: 1071296
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



BILLING ATTY:      JAMES NOE
SUPERVISING ATTY:  JAMES NOE




          * * *    A C C O U N T I N G   C O P Y   * * *




                    TOTAL FEES:                      $243,246.50

                    TOTAL COSTS:                       $6,930.07

                    LESS CREDITS:                          $0.00
                                                     -------------
             TOTAL CURRENT FEES AND COSTS DUE        $250,176.57

BALANCE DUE ON PRIOR INVOICES:

   DATE          INVOICE NO.       BALANCE
 03/23/21          1068326       $139232.60


                    TOTAL PRIOR INVOICES DUE:        $139,232.60
                                                     -----------


                    TOTAL AMOUNT DUE:                $389,409.17
                                                     ============
```

- ✔ OPERATING
- ☐ TRUST
- ☐ BARONNE TITLE
- ☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
| --- | --- | --- | --- |

**FIELDWOOD ENERGY LLC /**
**Fieldwood Restructuring**

DATE
**March 10, 2021**

FILE NO. **178208-00**

PAYABLE TO:

**ENERGY DATA SOLUTIONS, LLC**
**1101 Dealers Avenue**
**Suite 200**
**New Orleans, LA  70123**

AMOUNT  **$5,000.00**

MAIL CHECK  ☐

RETURN CHECK TO  ✔

Lisa Cazeno

PAYMENT FOR:

Retainer fee for professional consult.

NAME
**Jonathan A. Hunter, Esq.**

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
| --- | --- | --- | --- |
|  |  |  | **$5,000.00** |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- ☐ TRUST CHECK
- ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ☐ ARBITRATORS/MEDIATORS - E121
- ☐ COURT FEES - E112
- ☐ DELIVERY SERVICES/MESSENGERS - E107
- ☐ DEPOSITION TRANSCRIPTS - E115
- ☐ EXPERTS - E119

- ☐ LOCAL COUNSEL - E122
- ☐ MEALS - E111
- ✔ OTHER PROFESSIONALS - E123
- ☐ OUTSIDE PRINTING - E102
- ☐ PRIVATE INVESTIGATORS - E120
- ☐ SUBPOENA FEES - E113
- ☐ TRIAL EXHIBITS - E117
- ☐ TRIAL TRANSCRIPTS - E116
- ☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | Ben Waring <bwaring@ocsbbs.com> |
| **Sent:** | Tuesday, March 9, 2021 11:56 AM |
| **To:** | Hunter, Jonathan |
| **Cc:** | Charles Miller |
| **Subject:** | [EXTERNAL] Re: Offshore Data Project |

We can help you. We require a $5,000 deposit retainer. This is not a legal retainer and consulting and research, not legal services are being provided.  Let me know how you would like to make payment and we can advise/help. Thanks.

Ben

Sent from my iPhone

Benjamin J. "Ben" Waring, JD CPL
Land and Petroleum Energy
Onshore & OCS-Gulf of Mexico
Landman/Investor/Attorney-at-Law
LEXCO OWL System and The www.ocsbbs.com Website
AAPL CPL #5556 LSBA #25924
Waring & Associates Corporation
LEXCO Data Systems, Inc.
Energy Data Solutions, LLC
Arpent Energy, LLC


         \*   \*   \*

The Offshore Energy Building
1101 Dealers Avenue, Ste. 200
New Orleans, LA. 70123
Phone: 504-733-3117
Cell: 504-957-3865
Fax: 504-733-6040
Email: bwaring@ocsbbs.com
Website: www.ocsbbs.com


       On Mar 8, 2021, at 12:48 PM, Ben Waring <bwaring@ocsbbs.com> wrote:

       Got it. Thanks. Will review and respond soonest !! Thanks.

       Sent from my iPhone

       Benjamin J. "Ben" Waring, JD CPL
       Land and Petroleum Energy
       Onshore & OCS-Gulf of Mexico
       Landman/Investor/Attorney-at-Law
       LEXCO OWL System and The www.ocsbbs.com Website
       AAPL CPL #5556 LSBA #25924

**Waring & Associates Corporation**
**LEXCO Data Systems, Inc.**
**Energy Data Solutions, LLC**
**Arpent Energy, LLC**

         *   *   *

**The Offshore Energy Building**
**1101 Dealers Avenue, Ste. 200**
**New Orleans, LA. 70123**
**Phone: 504-733-3117**
**Cell: 504-957-3865**
**Fax: 504-733-6040**
**Email: bwaring@ocsbbs.com**
**Website:** www.ocsbbs.com

> On Mar 8, 2021, at 10:34 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Ben,

Please confirm receipt and that you can take on this project.  Thanks much.  JAH

**Jonathan Hunter** | Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Hunter, Jonathan
**Sent:** Friday, March 5, 2021 12:10 PM
**To:** 'Ben Waring' <bwaring@ocsbbs.com>
**Cc:** Bertram, Richard <rbertram@joneswalker.com>; Noe, James <jnoe@joneswalker.com>
**Subject:** FW: Offshore Data Project

Ben – sorry for the misfire – here's a second try.  JAH

**Jonathan Hunter** | Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Hunter, Jonathan
**Sent:** Thursday, March 4, 2021 3:25 PM
**To:** bjw@ocsbbs.com
**Cc:** Noe, James <jnoe@joneswalker.com>; Bertram, Richard <rbertram@joneswalker.com>
**Subject:** Offshore Data Project

**PRIVILEGED AND CONFIDENTIAL**

Ben,

2

Thanks again for making yourself available earlier today.  As we discussed, Jones Walker is regulatory counsel for the Fieldwood entities in Fieldwood's Chapter 11 bankruptcy proceeding pending in federal bankruptcy court in Houston.  We need to analyze and brief issues concerning the determination of the "adjacent State" for purposes of the OCSLA (43 USC 1333(a)(2)(A)), presumably under the four-part test for making that determination established by the Fifth Circuit in *Snyder Oil Corp. v. Samedan Oil Corp.*, 208 F.3d 521 (5th Cir. 2000).  Examples of lower courts applying that test can be found in the attached rulings by Magistrate Judge Palermo in *TOTAL v. Marubeni* and by Judge Gray in *Danos & Curole v. BP*.

The GOM assets at issue are the following (I need to check to see if any of these assets is comprised of more than only the single blocks identified below):

- Katmai – GC 39
- Gunflint – MC 948
- Swordfish – VK 962
- Genovesa – MC 519

We are interested in developing the type of information reviewed by the court in the *TOTAL* and *Danos* decisions, as well as any other potentially relevant information you might turn up.  Thank you.

JAH

**Jonathan Hunter**  |  Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>

<image002.png>

<image003.png>

Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

**EXHIBIT H**

**APRIL FEE STATEMENT**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**MONTHLY FEE STATEMENT OF JONES WALKER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR
THE PERIOD APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Role of Applicant in case: | Special Counsel for Debtors |
| Date order of employment signed: | October 6, 2020 [Docket No. 411] |
| Time period covered by this statement: | April 1, 2021 through April 30, 2021 |
| **Summary of Total Fees and Expenses Requested** | |
| Total fees requested in this statement: | $256,711.00 |
| Total expenses requested in this statement: | $1,573.09 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $258,284.09 |
| **Summary of Attorney Fees Requested** | |
| Total attorney fees requested in this statement: | $256,501.00 |
| Total attorney hours covered by this statement: | 434.0 |
| Average hourly rate for attorneys: | $747.82 |
| **Summary of Paraprofessional Fees Requested** | |
| Total paraprofessional fees requested in this statement: | $210.00 |
| Total paraprofessional hours covered by this statement: | 1.2 |
| Average hourly rate for paraprofessionals: | $175.00 |

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 367], each party receiving notice of the monthly fee statement will have 14 days after the date of service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), Jones Walker LLP ("**Jones Walker**"), Special Counsel for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"), submits this monthly statement of services rendered and expenses incurred in this case for the period of April 1, 2021 through April 30, 2021 (the "**Statement Period**").[2]

## I.      Itemization of Services Rendered by Jones Walker

A.      The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Jones Walker seeks compensation.

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|------|----------------------|--------------------------------|-------------|-------|--------------------|
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $700.00 | 83.7 | $58,590.00 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $700.00 | 135.7 | $94,990.00 |

---

[2]      For clarity, Jones Walker notes that certain fees and expenses requested in this statement were accrued outside of the Statement Period and inadvertently omitted from previous statements.

| Name | Position/Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Joshua A. Norris, Jr. | Partner/Litigation | La. 2010 Tex. 2000 | $650.00 | 7.1 | $4,615.00 |
| Pauline F. Hardin | Partner/Litigation | La. 1974 | $625.00 | 26.9 | $16,812.50 |
| Joseph E. Bain | Partner/Bankruptcy & Restructuring | Tex. 2013 | $600.00 | 0.4 | $240.00 |
| Elizabeth L. Craddock | Special Counsel/Government Relations | D.C. 2008 | $600.00 | 1.2 | $720.00 |
| David M. Hunter | Partner/Corporate | La. 1982 | $580.00 | 2.2 | $1,276.00 |
| Richard D. Bertram | Partner/Maritime | La. 1986 | $565.00 | 48.0 | $27,120.00 |
| Michael W. Magner | Partner/Litigation | La. 1982 Tex. 2012 | $520.00 | 8.2 | $4,264.00 |
| Kristina M. Johnson | Partner/Bankruptcy & Restructuring | Miss. 1992 | $500.00 | 0.4 | $200.00 |
| Grady S. Hurley | Partner/Maritime | La. 1979 | $490.00 | 1.0 | $490.00 |
| Sarah Y. Dicharry | Partner/Litigation | La. 2012 | $460.00 | 46.4 | $21,344.00 |
| Stanley A. Millan | Special Counsel/Litigation | D.C. 2008 La. 1970 Tex. 2007 | $430.00 | 2.5 | $1,075.00 |
| Taylor K. Wimberly | Associate/Litigation | La. 2019 | $375.00 | 19.7 | $7,387.50 |
| Elise M. Henry | Associate/Litigation | La. 2014 | $350.00 | 17.3 | $6,055.00 |
| Gabrielle A. Ramirez | Associate/Bankruptcy & Restructuring | Tex. 2019 | $340.00 | 33.3 | $11,322.00 |

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| B. Cecilia Lopez | Paraprofessional | N/A | $175.00 | 1.2 | $210.00 |
| **TOTAL** | | | | **435.2** | **$256,711.00** |

B.    The time records of Jones Walker consisting of a daily breakdown of the time spent by each person on each day, and details as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

## II.    Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by Jones Walker by task categories and provides a summary of disbursements incurred by category of disbursement.

A.    <u>Services Rendered</u>

The following services were rendered in the following task categories:

| Task Code | Task Category | Hours | Fees Earned |
|---|---|---|---|
| B110 | Case Administration | 36.9 | $22,702.50 |
| B160 | Fee/Employment Applications | 33.3 | $11,322.00 |
| B180 | Avoidance Action Analysis | 134.7 | $94,290.00 |
| B190 | Other Contested Matters | 158.4 | $91,825.50 |
| B210 | Business Operations | 48.0 | $27,120.00 |
| B230 | Financing/Cash Collection | 2.2 | $1,276.00 |
| B260 | Board of Directors Matters | 1.0 | $700.00 |
| B310 | Claims/Administrative Claims/Objections | 1.2 | $210.00 |
| B410 | General Bankruptcy Advice | 1.0 | $490.00 |
| B420 | Restructuring | 18.5 | $6,775.00 |
| **TOTAL** | | **435.2** | **$256,711.00** |

A detailed itemization of the services rendered and resulting fees in each of the above task categories is set forth in **Exhibit A**.

B.     Disbursements Incurred

The disbursements incurred by Jones Walker for expenses in this Statement are as follows:

| Expense | Amount |
|---------|--------|
| Long Distance | $35.09 |
| Computer Legal Research | $1,524.60 |
| Court Fees | $13.40 |
| **TOTAL** | **$1,573.09** |

C.     Accordingly, the amount of fees and expenses payable for this Statement Period is $206,941.89, which is calculated as follows:

| Description | Amount |
|-------------|--------|
| Total Fees for Services Rendered | $256,711.00 |
| Twenty Percent (20%) Holdback | $51,342.20 |
| Fees Minus Holdback | $205,368.80 |
| Total Expenses for Disbursements Incurred (100%) | $1,573.09 |
| **TOTAL** | **$206,941.89** |

[*Remainder of page intentionally left blank.*]

WHEREFORE, pursuant to the Interim Compensation Order, Jones Walker requests payment of compensation in the amount of (i) $205,368.80 (80% of $256,711.00) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $1,573.09 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $206,941.89 for the Statement Period.

Dated: May 13, 2021

Respectfully submitted,

**JONES WALKER LLP**

*/s/ James Noe*
James Noe (TX Bar No. 24040178)
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:  713-437-1800
Fax:  713-437-1801
Email: jnoe@joneswalker.com

-and-

Mark A. Mintz (SDTX No. 1140193)
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel:  504-582-8368
Fax:  504-589-8368
Email: mmintz@joneswalker.com

***Special Counsel for Fieldwood Energy, LLC et al.***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 13, 2021, a true and correct copy of the foregoing Monthly Fee Statement was duly served upon the following parties via email as ordered in the Interim Compensation Order [Docket No. 367] entered on September 17, 2020.

<u>**Debtors**</u>
Fieldwood Energy LLC
Mike Dane (mdane@fwellc.com)
Tommy Lamme (tlamme@fwellc.com)

<u>**Counsel to the Debtors**</u>
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq. (matt.barr@weil.com)
Alfredo R. Pérez, Esq. (alfredo.perez@weil.com)
Jessica Liou, Esq. (jessica.liou@weil.com)

<u>**Counsel to the Ad Hoc Group of Secured Lenders**</u>
Davis Polk & Wardwell LLP
Damian S. Schaible, Esq. (damian.schaible@davispolk.com)
Natasha Tsiouris, Esq. (natasha.tsiouris@davispolk.com)

Haynes and Boone, LLP
Charles A. Beckham Jr., Esq. (charles.beckham@haynesboone.com)
Martha Wyrick, Esq. (martha.wyrick@haynesboone.com)

<u>**Office of the U.S. Trustee for the Southern District of Texas**</u>
Hector Duran (hector.duran.jr@usdoj.gov)
Stephen Statham (stephen.statham@usdoj.gov)

<u>**Counsel to the Creditors' Committee**</u>
Stroock & Stroock & Lavan LLP
Sherry Millman, Esq. (smillman@stroock.com)
Kenneth Pasquale, Esq. (kpasquale@stroock.com)

*/s/ James Noe*
James Noe

## **Exhibit A**

Itemization of Services Rendered and Disbursements Incurred

6905    45043

**JONES WALKER LLP**
Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


FIELDWOOD ENERGY LLC                          MAY 13, 2021
ATTN:  TOMMY LAMME                            INVOICE NO. 1074503
2000 W. SAM HOUSTON PKWY S., STE 1200
HOUSTON, TX 77042


RE:  FIELDWOOD RESTRUCTURING

FILE NO. 178208-00


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 03/02/21 | JAN | B110 | A105 | CONFERENCE WITH TEAM REGARDING LEGAL STRATEGY FOR MOVING FORWARD WITH THREE LEGAL ARGUMENTS IN BANKRUPTCY COURT. | .50 | 325.00 |
| 03/15/21 | ELC | B420 | A106 | REVIEW CLIENT EMAIL REGARDING UPDATE OF CALL WITH SENIOR BOEM OFFICIAL. | .10 | 60.00 |
| 03/15/21 | ELC | B420 | A108 | CALL WITH SENIOR BOEM OFFICIAL (.2); REPORT BACK TO CLIENT (.1). | .30 | 180.00 |
| 03/15/21 | ELC | B420 | A108 | RESPOND TO SENIOR TEXAS DELEGATION HOUSE STAFFER, INCLUDING FOLLOW UP CORRESPONDENCE. | .20 | 120.00 |
| 04/01/21 | DMH | B230 | A104 | CONFERENCE CALL WITH J. NOE, J. NORRIS, R. BERTRAM, AND J. HUNTER REGARDING RESPONSE TO ATLANTIC LIEN CLAIMS, DEFENSES, PROCEDURAL APPROACH (.9); REVIEW DRAFT BRIEF REGARDING DEFENSE POSITION, INAPPLICABILITY OF LOWLA, PREVALENCE OF MARITIME LAW, | 2.20 | 1,276.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    2
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
                         ADJACENT STATES (1.3).

04/01/21 JAH   B190  A104  ATLANTIC/VALARIS LIENS --     1.10        770.00
                           PARTICIPATE IN CALL WITH JW
                           TEAM RE BRIEFING/HEARING
                           STRATEGY AND NEXT STEPS,
                           INCLUDING PREPARATION FOR
                           SAME.

04/01/21 JAH   B190  A104  ATLANTIC/VALARIS LIENS --     1.30        910.00
                           ANALYZE EVIDENCE NEEDED FOR
                           HEARING.

04/01/21 JAN   B110  A109  ATTEND CONFERENCE WITH TEAM   1.00        650.00
                           REGARDING BANKRUPTCY
                           ARGUMENTS AND HOW TO PROCEED
                           WITH ORAL ARGUMENT.

04/01/21 JAN   B110  A104  REVIEW OF LEGAL RESEARCH ON   1.50        975.00
                           MARITIME JURISDICTION.

04/01/21 JN    B180  A109  CONFERENCE CALL WITH LAWYERS  1.20        840.00
                           FROM DEPARTMENT OF JUSTICE
                           AND DEPARTMENT OF INTERIOR
                           REGARDING FIELDWOOD'S
                           SETTLEMENT PROPOSAL TO
                           PREDECESSORS.

04/01/21 JN    B180  A109  CONFERENCE CALL WITH J.        .90        630.00
                           NORRIS, R. BERTRAM, D.
                           HUNTER, AND J. HUNTER TO
                           DISCUSS ADVERSARIAL
                           PROCEEDING AGAINST ATLANTIC
                           MARITIME AND BACKGROUND OF
                           LEGAL ARGUMENTS.

04/01/21 JN    B180  A104  REVIEW AND COMMENT UPON        .40        280.00
                           PRESENTATION MATERIALS FOR
                           LAWYERS WITH THE DEPARTMENT
                           OF JUSTICE AND DEPARTMENT OF
                           INTERIOR ON COUNTEROFFER TO
                           SETTLEMENT PROPOSAL FROM
                           PREDECESSORS.

04/01/21 JN    B180  A102  RESEARCH MARITIME LAW         1.70      1,190.00
                           PREEMPTION OF STATE LAW
                           CLAIMS AND LIENS MADE BY
                           ATLANTIC MARITIME.
```

```
FIELDWOOD ENERGY LLC                                    PAGE    3
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/01/21 MWM | B190 | A104 | REVIEW MULTIPLE CORRESPONDENCE. | .30 | 156.00 |
| 04/01/21 PFH | B110 | A107 | E MAIL TO AUSA F. PHILLIPS REQUESTING FULLY EXECUTED TOLLING AGREEMENT FROM WDLA. | .10 | 62.50 |
| 04/01/21 PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH CORRESPONDENCE TO AUSA F. PHILLIPS REQUESTING FULLY EXECUTED TOLLING AGREEMENT FROM WDLA. | .10 | 62.50 |
| 04/01/21 PFH | B110 | A107 | DRAFTED AUDIT RESPONSE. | 1.00 | 625.00 |
| 04/01/21 PFH | B110 | A107 | E MAIL FROM AUSA PHILLIPS WITH FULLY EXECUTED TOLLING AGREEMENT. | .10 | 62.50 |
| 04/01/21 PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH CORRESPONDENCE FROM AUSA PHILLIPS WITH FULLY EXECUTED TOLLING AGREEMENT. | .10 | 62.50 |
| 04/01/21 PFH | B110 | A106 | E MAIL FROM AND TO MR SERGESKETTER WITH QUESTION RE MEANING OF TOLLING AGREEMENT WITH WDLA. | .10 | 62.50 |
| 04/01/21 PFH | B110 | A106 | CALL FROM MR SERGESKETTER RE IMPACT OF WDLA TOLLING AGREEMENT. | .40 | 250.00 |
| 04/01/21 RDB | B210 | A101 | TELEPHONE CONFERENCE WITH J. NOE, J. HUNTER, AND J. NORRIS RELATED TO LOUISIANA OIL WELL LIEN ACT CLAIMS ASSERTED BY ATLANTIC MARITIME AND LEGAL ARGUMENTS OF FIELDWOOD TO SUPPORT APPLICATION OF MARITIME LAW TO THE EFFECT OF MARITIME LAW ON APPLICATION OF STATE LAW. | 1.00 | 565.00 |
| 04/01/21 RDB | B210 | A101 | COMMENCE COMPILATION OF CASES TO ADDRESS SITUATIONS WHERE LOUISIANA OIL WELL ACT WAS APPLIED TO OCS OPERATIONS. | 1.50 | 847.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE    4
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/02/21 JAH | B190 | A104 | ATLANTIC/VALARIS LIENS -- CORRESPONDENCE WITH OCSBBS RE DATA FROM RESEARCH. | .20 | 140.00 |
| 04/02/21 JAH | B190 | A104 | IDENTIFY PRIOR RESEARCH RE "MARITIME" STATUS OF MODUS. | .40 | 280.00 |
| 04/02/21 JAN | B110 | A101 | DEVELOP PLAN AND STRATEGY FOR ORAL ARGUMENT. | .70 | 455.00 |
| 04/02/21 JAN | B110 | A104 | ANALYSIS OF COMPLAINTS AND LIEN INFORMATION FILED AGAINST WIOS. | .80 | 520.00 |
| 04/02/21 JAN | B110 | A105 | EMAILS WITH TEAM REGARDING DEVELOPMENT OF ARGUMENTS FOR BRIEF. | .30 | 195.00 |
| 04/02/21 JAN | B110 | A104 | ANALYSIS OF LEGAL RESEARCH TO DEVELOP ISSUES FOR BRIEF. | 1.80 | 1,170.00 |
| 04/02/21 JN | B180 | A103 | DRAFT EMAIL TO WEIL REGARDING STATUS OF CIVIL PENALTIES SETTLEMENT WITH GOVERNMENT. | .20 | 140.00 |
| 04/02/21 JN | B180 | A105 | DRAFT EMAIL TO J. NORRIS REGARDING MARITIME PREEMPTION ARGUMENT AGAINST ATLANTIC MARITIME'S CLAIMS. | .20 | 140.00 |
| 04/02/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR FOR THE PREDECESSORS TO DISCUSS CONSENSUAL SETTLEMENT AGREEMENT FOR DECOMMISSIONING. | 1.10 | 770.00 |
| 04/02/21 PFH | B110 | A106 | E MAIL TO AND FROM MR SERGESKETTER FROM MR CHESTER RE WALL. | .10 | 62.50 |
| 04/05/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH J. NOE RE NEXT STEPS AND WEIL DRAFT PLEADINGS. | .30 | 210.00 |

```
FIELDWOOD ENERGY LLC                                  PAGE    5
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/05/21 JAH | B190 | A104 | CONFERENCE WITH J. NOE RE STRATEGY FOR RESOLVING CIVIL PENALTY ISSUES (.4); REVIEW WHITE PAPER RE SAME (.1). | .50 | 350.00 |
| 04/05/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH R. BERTRAM RE IDENTIFYING CONFLICTING CASE LAW AND OUTLINING LEGAL FRAMEWORK. | .40 | 280.00 |
| 04/05/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW 5TH CIRCUIT CASE LAW. | 1.20 | 840.00 |
| 04/05/21 JN | B180 | A104 | REVIEW DISCOVERY PRODUCTION REQUESTED BY PREDECESSORS, INCLUDING PRODUCTION AND REVENUE PROJECTIONS FOR THE VARIOUS FIELDWOOD ENTITIES THAT WILL EMERGE FROM BANKRUPTCY. | .40 | 280.00 |
| 04/05/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS AMENDMENT COMPLAINT IN THE ATLANTIC MARITIME ADVERSARIAL PROCEEDING. | .40 | 280.00 |
| 04/05/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS AMENDED COMPLAINT IN ATLANTIC MARITIME ADVERSARIAL PROCEEDING. | .40 | 280.00 |
| 04/05/21 PFH | B110 | A106 | E MAILS FROM/TO MR SERGESKETTER/MR CHESTER RE CALL. | .10 | 62.50 |
| 04/05/21 TKW | B190 | A102 | RESEARCH FEDERAL COURT DECISIONS APPLYING THE LOUISIANA OIL WELL LIEN ACT TO CLAIMS BASED ON SERVICES BY A DRILL SHIP. | 1.50 | 562.50 |
| 04/06/21 JN | B180 | A104 | REVIEW EMAIL FROM WEIL REGARDING PENDING CRIMINAL INVESTIGATIONS INTO FIELDWOOD IN THE WESTERN DISTRICT OF LOUISIANA, INCLUDING RESPONSE TO SAME. | .30 | 210.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    6
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/06/21 PFH | B110 | A106 | CALL WITH MR SERGESKETTER AND MR CHESTER. | 1.50 | 937.50 |
| 04/06/21 PFH | B110 | A107 | E MAIL FROM MS LIOU RE STATUS OF WDLA CRIMINAL INVESTIGATION AND ITS IMPACT ON BANKRUPTCY (.1); EMAILS FROM/TO MR NOE RE SAME (.1). | .20 | 125.00 |
| 04/06/21 PFH | B110 | A104 | REVIEWED NOTES OF INTERVIEWS OF SEVERAL WITNESSES. | 1.00 | 625.00 |
| 04/06/21 PFH | B110 | A104 | E MAIL FROM MR CARLSON TO BOARD WITH STATUS UPDATE. | .10 | 62.50 |
| 04/06/21 RDB | B210 | A103 | ANALYZE CASE LAW RELATED TO OUTER CONTINENTAL SHELF LANDS ACT AND SITUATIONS APPLYING LOUISIANA OIL WELL LIEN ACT TO OFFSHORE FACILITIES ADJACENT TO STATE OF LOUISIANA. | 1.50 | 847.50 |
| 04/07/21 JAH | B190 | A104 | EUGENE ISLAND 342 -- CORRESPOND WITH SOLICITOR'S OFFICE AND R. SERGESKETTER RE POSSIBLE REMAND AND TERMS OF STAY. | .40 | 280.00 |
| 04/07/21 JAH | B190 | A104 | ATLANTIC LIENS -- CALL WITH WEIL TEAM RE COMPLAINT. | 1.00 | 700.00 |
| 04/07/21 JAH | B190 | A104 | ATLANTIC LIENS -- CALLS AND CORRESPONDENCE R. BERTRAM AND J. NOE RE DRAFTING REVISIONS TO COMPLAINT. | .60 | 420.00 |
| 04/07/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW AND COMMENT ON DRAFT COMPLAINT. | 2.00 | 1,400.00 |
| 04/07/21 JN | B180 | A105 | CONFERENCE CALL WITH P. HARDIN AND M. MAGNER TO DISCUSS STATUS OF CRIMINAL INVESTIGATIONS PENDING IN THE WESTERN DISTRICT OF LOUISIANA. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   7
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/07/21 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH WEIL TO DISCUSS LEGAL ISSUES AND POTENTIAL DEFENSES IN THE ATLANTIC MARITIME ADVISIARAL PROCEEDING AND FORTHCOMING AMENDMENT COMPLAINT. | 1.00 | 700.00 |
| 04/07/21 | JN | B180 | A109 | REVIEW DRAFT AMENDED COMPLAINT IN PREPARATION WITH CALL WITH WEIL TO DISCUSS. | .50 | 350.00 |
| 04/07/21 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR REGARDING PREDECESSOR DISCOVERY REQUESTS. | .80 | 560.00 |
| 04/07/21 | JN | B180 | A102 | CONDUCT ADDITIONAL LEGAL RESEARCH INTO THE APPLICATION AND SUPREMACY OF MARITIME LAW OVER LOUISIANA LAW RELATED TO CLAIMS AND LIENS FILED BY ATLANTIC MARITIME FOLLOWING CALL WITH WEIL TO DISCUSS THE ISSUES. | 1.20 | 840.00 |
| 04/07/21 | JN | B180 | A103 | DRAFT EMAIL TO WEIL REGARDING THE STATUS OF CRIMINAL INVESTIGATIONS IN THE WESTERN DISTRICT OF LOUISIANA. | .30 | 210.00 |
| 04/07/21 | JN | B180 | A104 | REVIEW TOLLING AGREEMENT BETWEEN FIELDWOOD AND THE U.S. ATTORNEY'S OFFICE FOR WESTERN DISTRICT OF LOUISIANA. | .50 | 350.00 |
| 04/07/21 | JN | B180 | A104 | REVIEW DISCOVERY REQUESTS MADE BY PREDECESSORS IN PREPARATION WITH CALL WITH THE GOVERNMENT. | .40 | 280.00 |
| 04/07/21 | MWM | B190 | A104 | REVIEW TOLLING AGREEMENT (.2); MULTIPLE TELEPHONE CONFERENCE WITH TEAM RE SAME (.4). | .60 | 312.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE    8
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/07/21 PFH | B110 | A105 | CALL WITH J. NOE AND J. MAGNER TO DISCUSS STATUS OF WDLA INVESTIGATION AND VALUE (.4); E MAIL TO J. NOE WITH WDLA TOLLING AGREEMENT (.1). | .50 | 312.50 |
| 04/07/21 PFH | B110 | A103 | FINALIZE AUDIT RESPONSE, INCLUDING TRANSMISSION TO MS EMERSON. | .10 | 62.50 |
| 04/07/21 RDB | B210 | A108 | TELEPHONE CONFERENCE WITH C. CARLSON, K. SIMMONS, E. CHOI, J. NOE, AND J. HUNTER RELATED TO ATLANTIC MARITIME AMENDED COMPLAINT AND ISSUES RELATED TO APPLICATION OF MARITIME LAW, LOUISIANA OIL WELL LIEN ACT, LOUISIANA LAW RELATED TO WRITS OF SEQUESTRATION. | .80 | 452.00 |
| 04/07/21 RDB | B210 | A104 | REVIEW VARIOUS ITEMS OF CORRESPONDENCE TO AND FROM J. NOE AND J. HUNTER RELATED TO FEDERAL PREEMPTION ISSUES. | .30 | 169.50 |
| 04/07/21 RDB | B210 | A104 | REVIEW WORKING DRAFT OF AMENDED ADVISORY COMPLAINT OF FIELDWOOD AGAINST ATLANTIC MARITIME SERVICES LLC. | 1.50 | 847.50 |
| 04/07/21 RDB | B210 | A103 | COMMENCE DRAFTING INSERTS TO AMENDED ADVISORY COMPLAINT OF FIELDWOOD RELATED TO ATLANTIC MARITIME'S CLAIMS UNDER LOUISIANA OIL WELL LIEN ACT AND APPLICATION OF GENERAL MARITIME LAW TO FIELDWOOD-ATLANTIC MASTER DOMESTIC OFFSHORE DAYWORK DRILLING CONTRACT. | 2.30 | 1,299.50 |
| 04/07/21 JEB | B190 | A104 | REVIEW CORRESPONDENCE REGARDING STRATEGY (.2); REVIEW AND PROVIDE INPUT ON DRAFT ADVERSARY COMPLAINT (.2). | .40 | 240.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE    9
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|-------------|------|--------|
| 04/08/21 | JAH | B190 | A104 | ATLANTIC LIENS -- DRAFT INSERTS FOR AMENDED COMPLAINT (4.1); REVISE SAME BEFORE CIRCULATING TO WEIL/JW TEAMS (1.3). | 5.40 | 3,780.00 |
| 04/08/21 | JAH | B190 | A104 | EUGENE ISLAND 342 -- CALL AND CORRESPONDENCE WITH SOLICITOR'S OFFICE RE POSSIBLE REMAND. | .40 | 280.00 |
| 04/08/21 | JN | B180 | A109 | CONFERENCE CALL WITH LENDERS' REGULATORY COUNSEL. | .50 | 350.00 |
| 04/08/21 | JN | B180 | A103 | REVISE AMENDED COMPLAINT AGAINST ATLANTIC MARITIME RAISING VARIOUS DEFENSES, INCLUDING THE APPLICATION OF MARITIME LAW PRECLUDES THE APPLICATION OF LOUISIANA LAW. | 1.40 | 980.00 |
| 04/08/21 | JN | B180 | A109 | PARTICIPATE IN CALL WITH WEIL TO PREPARE FOR CALL WITH PREDECESSORS AND THE GOVERNMENT. | .40 | 280.00 |
| 04/08/21 | JN | B180 | A109 | PARTICIPATE IN CALL WITH PREDECESSORS AND THE GOVERNMENT TO DISCUSS DISCOVERY REQUESTS. | 1.20 | 840.00 |
| 04/08/21 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT AND WEIL TO DISCUSS ABANDONMENT LIABILITY FOR STATE LEASES IN LOUISIANA AND POTENTIAL ABANDONMENT OF STATE LEASES IN LOUISIANA. | .60 | 420.00 |
| 04/08/21 | JN | B180 | A103 | REVISE AMENDED COMPLAINT AGAINST ATLANTIC MARITIME REGARDING VARIOUS DEFENSES TO LIENS AND CLAIMS. | 1.50 | 1,050.00 |
| 04/08/21 | JN | B180 | A102 | RESEARCH DECOMMISSIONING LIABILITY AND POTENTIAL PREDECESSOR LIABILITY FOR STATE LEASES IN LOUISIANA. | 1.40 | 980.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  10
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/08/21 JN | B180 | A105 | CONFERENCE CALLS WITH J. HUNTER AND R. BERTRAM TO DISCUSS AMENDED COMPLAINT ARGUMENTS AGAINST ATLANTIC MARITIME. | .50 | 350.00 |
| 04/08/21 RDB | B210 | A103 | CONTINUE DRAFTING INSERTS FOR AMENDED ADVERSARY COMPLAINT OF FIELDWOOD ENERGY TO BE FILED WITH UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION, INCLUDING INSERTS TO BACKGROUND FACTS RELATED TO FIELDWOOD'S OCS LEASES, MASTER DOMESTIC OFFSHORE DAYWORK DRILLING CONTRACT, MARITIME CHOICE OF LAW, PARTICULARS FOR DRILL SHIP ROWAN RESOLUTE, AND OTHER MARITIME AUTHORITIES RELATED TO DECLARATORY RELIEF THAT GENERAL MARITIME LAW APPLIES TO ATLANTIC'S CLAIMS. | 3.50 | 1,977.50 |
| 04/08/21 RDB | B210 | A103 | ANALYZE COUNTS II AND III TO WORKING DRAFT OF AMENDED ADVERSARY COMPLAINT TO BE FILED ON BEHALF OF FIELDWOOD WITH UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION, RELATED TO UNENFORCEABILITY OF ATLANTIC'S STATE LAW LIEN CLAIM DUE TO APPLICATION OF MARITIME AND PROVISIONS OF THE OUTER CONTINENTAL SHELF LANDS ACT AND REGULATIONS OF THE U.S. DEPARTMENT OF THE INTERIOR. | 1.50 | 847.50 |
| 04/08/21 RDB | B210 | A103 | FINALIZE WORKING DRAFT OF INSERTS TO COUNTS I, II, AND III OF AMENDED ADVERSARY COMPLAINT TO BE FILED ON BEHALF OF FIELDWOOD. | .80 | 452.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  11
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/08/21 RDB | B210 | A103 | REVIEW MEMORANDUM FROM J. HUNTER AND J. NOE RELATED TO WORKING DRAFT OF INSERTS TO FIELDWOOD'S AMENDED ADVERSARY COMPLAINT. | .50 | 282.50 |
| 04/08/21 RDB | B210 | A103 | MEMORANDUM TO J. HUNTER RELATED TO WORKING DRAFT AND UPDATES TO INSERTS TO AMENDED ADVERSARY COMPLAINT, INCLUDING BACKGROUND FACTS. | .30 | 169.50 |
| 04/08/21 SYD | B190 | A108 | CALL WITH SOLICITOR'S OFFICE AND J. HUNTER REGARDING STATUS OF APPEAL AND POSSIBILITY OF REMAND, INCLUDING PREPARATION FOR SAME. | .60 | 276.00 |
| 04/09/21 JAH | B190 | A104 | ATLANTIC LIENS -- ANALYZE DETERMINATIONS IN PRIOR COURT DECISIONS. | 1.00 | 700.00 |
| 04/09/21 JAH | B190 | A104 | LOUISIANA DECOMMISSIONING LIABILITY ISSUES -- CONFERENCE J. NOE. | .30 | 210.00 |
| 04/09/21 JAH | B190 | A104 | LOUISIANA LIABILITY ISSUES -- ANALYZE CIVIL CODE ARTICLES. | .30 | 210.00 |
| 04/09/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH ENI TO DISCUSS DECOMMISSIONING SETTLEMENT PROPOSAL. | .70 | 490.00 |
| 04/09/21 JN | B180 | A102 | RESEARCH DECOMMISSIONING LIABILITY FOR STATE LEASES IN LOUISIANA AND POTENTIAL TO HOLD CO-OWNERS AND PREDECESSORS RESPONSIBLE (.9); RESEARCH LOUISIANA'S ORPHAN WELL PROGRAM.(.5). | 1.40 | 980.00 |
| 04/11/21 JN | B180 | A102 | RESEARCH PREDECESSOR LIABILITY UNDER LOUISIANA LAW RELATED TO SEVERAL STATE LEASES THAT MAY BE ABANDONED. | 1.20 | 840.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  12
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| Date | Init. | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/12/21 | JAH | B190 | A104 | ATLANTIC LIENS --  RESEARCH CASE LAW RE "ADJACENCY" ISSUES, INCLUDING COMMENTARY ON SAME. | 4.80 | 3,360.00 |
| 04/12/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCES WITH J. NOE RE "ADJACENCY" ARGUMENTS. | .60 | 420.00 |
| 04/12/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CONFEREND WITH S. DICHARRY RE ADDITIONAL "ADJACENCY" RESEARCH. | .40 | 280.00 |
| 04/12/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPONDENCE/CALL WITH C. MILLER (OCSBBS CONSULTANT) RE ADDITIONAL RESEARCH. | .60 | 420.00 |
| 04/12/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPONDENCE T. WIMBERLY RE RESEARCH ON SOVEREIGN IMMUNITY/JOINDER ISSUES. | .30 | 210.00 |
| 04/12/21 | JAH | B190 | A104 | RESEARCH LOUISIANA LEGAL ISSUES RE JOINT AND SEVERAL LIABILITY FOR DECOMMISSIONING, INCLUDING ANALYSIS OF SAME. | 1.50 | 1,050.00 |
| 04/12/21 | JAH | B190 | A104 | CONFERENCE WITH J. NOE RE PROPOSAL TO "ASSIGN" FIELDWOOD ENERGY LLC BOEM "QUALIFICATION" STATUS. | .30 | 210.00 |
| 04/12/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE RE BSEE CONDITIONS FOR CONTINUATION OF STAY. | .40 | 280.00 |
| 04/12/21 | JN | B180 | A103 | REVISE AMENDED COMPLAINT AGAINST ATLANTIC MARITIME. | 1.40 | 980.00 |
| 04/12/21 | JN | B180 | A102 | RESEARCH APPLICATION OF OCSLA ADJACENT STATE CHOICE OF LAW PROVISION RELATING TO AMENDED COMPLAINT AGAINST ATLANTIC MARITIME. | .90 | 630.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  13
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/12/21 JN | B180 | A105 | VARIOUS CONFERENCE CALLS WITH J. HUNTER REGARDING LEGAL ISSUES RELATED TO AMENDMENT COMPLAINT AGAINST ATLANTIC MARITIME. | .50 | 350.00 |
| 04/12/21 JN | B180 | A104 | REVIEW LATEST VERSION OF PLAN OF MERGER FOR REGULATORY ISSUES, INCLUDING REGULATORY ISSUES RAISED BY LENDERS' REGULATORY COUNSEL. | .90 | 630.00 |
| 04/12/21 JN | B180 | A109 | CONFERENCE CALL WITH LENDERS' REGULATORY COUNSEL REGARDING LATEST VERSION OF PLAN OF MERGER. | .40 | 280.00 |
| 04/12/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL (A. PEREZ AND J. LIOU) REGARDING REGULATORY CONCERNS RAISED BY LENDERS' REGULATORY COUNSEL IN THE LATEST VERSION OF THE PLAN FOR MERGER. | .30 | 210.00 |
| 04/12/21 JN | B180 | A102 | RESEARCH DECOMMISSIONING LIABILITY IN LOUISIANA. | 3.10 | 2,170.00 |
| 04/12/21 JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER TO DISCUSS DECOMMISSIONING LIABILITY IN LOUISIANA. | .30 | 210.00 |
| 04/12/21 RDB | B210 | A108 | REVIEW REVISED DRAFT OF AMENDED ADVERSARY COMPLAINT OF FIELDWOOD AGAINST ATLANTIC MARITIME. | 1.50 | 847.50 |
| 04/12/21 RDB | B210 | A108 | REVIEW CORRESPONDENCE FROM K. HUNTER AND J. NOE TO MR. SIMMONS OF WEIL, GOTSHAL RELATED TO OCS ISSUES. | .30 | 169.50 |
| 04/12/21 RDB | B210 | A108 | REVIEW CORRESPONDENCE FROM MR. KEVIN SIMMONS OF WEIL, GOTSHAL RELATED TO AMENDED ADVERSARY COMPLAINT OF FIELDWOOD AGAINST ATLANTIC MARITIME. | .30 | 169.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE   14
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/12/21 SYD | B190 | A104 | RESEARCH REGARDING ADJACENCY ANALYSIS UNDER OCSLA. | 3.60 | 1,656.00 |
| 04/13/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCES AND CORRESPONDENCE WITH J. NOE AND S. DICHARRY RE "ADJACENCY" AND SOVEREIGN IMMUNITY ISSUES. | 2.00 | 1,400.00 |
| 04/13/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW CASE LAW RE ADJACENCY AND SOVEREIGN IMMUNITY ISSUES AND PROPOSE REVISIONS TO AMENDED COMPLAINT BASED ON SAME. | 4.80 | 3,360.00 |
| 04/13/21 JAH | B190 | A104 | EUGENE ISLAND 342 -- CORRESPONDENCE RE CONTINUATION OF STAY. | .20 | 140.00 |
| 04/13/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH D. POLK, WEIL, AND THE CLIENT TO DISCUSS COUNTER-PROPOSAL TO SETTLEMENT AGREEMENT WITH ENI. | .60 | 420.00 |
| 04/13/21 JN | B180 | A105 | VARIOUS CONFERENCE CALLS WITH J. HUNTER TO DISCUSS AMENDED COMPLAINT AGAINST ATLANTIC MARITIME. | .50 | 350.00 |
| 04/13/21 JN | B180 | A104 | REVISE AMENDED COMPLAINT AGAINST ATLANTIC MARITIME. | .80 | 560.00 |
| 04/13/21 JN | B180 | A102 | CONDUCT LEGAL RESEARCH ON ADJACENT STATE CHOICE OF LAW CASES FOR OFFSHORE BLOCKS UNDER OCSLA AND MARITIME CHOICE OF LAW CASES (1.5); REVIEW CASES ON THE SAME TOPICS PROVIDED BY S. DICHARRY (1.2). | 2.70 | 1,890.00 |
| 04/13/21 RDB | B210 | A108 | REVIEW U.S. SUPREME COURT AND U.S. FIFTH CIRCUIT CASELAW RELATED TO MARITIME CONTRACT JURISDICTION AND ADDRESS CASELAW RELATED TO DRILLING FROM VESSELS AND OTHER CRAFT. | 3.30 | 1,864.50 |

FIELDWOOD ENERGY LLC                                        PAGE  15
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/13/21 | SYD | B190 | A104 | RESEARCH RE WHETHER DOI CONSTITUTES AN INDISPENSABLE PARTY IN THE LOWLA LAWSUITS. | 5.50 | 2,530.00 |
| 04/13/21 | SYD | B190 | A104 | CONTINUED RESEARCH RE ADJACENCY ANALYSIS UNDER OCSLA. | 2.10 | 966.00 |
| 04/13/21 | TKW | B190 | A102 | RESEARCH FEDERAL COURT DECISIONS ADDRESSING WHETHER THE DEPARTMENT OF THE INTERIOR IS A NECESSARY OR INDISPENSABLE PARTY TO A CASE IN WHICH A THE RELIEF SOUGHT WOULD INVOLVE A TRANSFER OF AN OFFSHORE OR ONSHORE FEDERAL OIL AND GAS LEASE, ON THE BASIS THAT INTERIOR'S APPROVAL OF ANY AND EVERY "TRANSFER" IS REQUIRED. | 1.00 | 375.00 |
| 04/14/21 | JN | B180 | A103 | DRAFT UPDATE EMAIL TO WEIL ON STATUS OF POTENTIAL SETTLEMENT OF BSEE ORDERS TO REMEDIATE EUGENE ISLAND 342. | .30 | 210.00 |
| 04/14/21 | JN | B180 | A104 | REVIEW AS-FILED AMENDED COMPLAINT AGAINST ATLANTIC MARITIME, INCLUDING VARIOUS EXHIBITS FILED WITH COMPLAINT IN PREPARATION FOR DRAFTING MOTION FOR DECLARATORY JUDGMENT. | 2.60 | 1,820.00 |
| 04/14/21 | JN | B180 | A104 | REVIEW REVISED DATA ON CIVIL PENALTIES PREPARED BY THE CLIENT (P. EILAND). | .50 | 350.00 |
| 04/14/21 | JN | B180 | A104 | REVIEW FURTHER REVISED TERM SHEET ON SETTLEMENT WITH ENI. | .20 | 140.00 |
| 04/14/21 | JN | B180 | A109 | PARTICIPATE IN HEARING ON THE APPROVAL OF THE DISCLOSURE STATEMENT. | 1.10 | 770.00 |
| 04/14/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND THE CLIENT TO DISCUSS NEXT STEPS FOLLOWING APPROVAL OF THE DISCLOSURE STATEMENT. | .50 | 350.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  16
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| Date | Init | Code | Code | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 04/14/21 | JN | B180 | A104 | REVIEW NEWLY RELEASED FINANCIAL STATEMENTS OF FIELDWOOD. | .30 | 210.00 |
| 04/14/21 | RDB | B210 | A108 | REVIEW CORRESPONDENCE FROM C. MILLER, OCS-BBS (.1); UPDATE DATA AND OVERLAY MAP RELATED TO OCS BLOCKS AND ADJACENT STATES (.2). | .30 | 169.50 |
| 04/14/21 | RDB | B210 | A108 | REVIEW UPDATED DRAFT OF AMENDED ADVERSARY COMPLAINT AGAINST ATLANTIC MARITIME. | .50 | 282.50 |
| 04/14/21 | RDB | B210 | A108 | REVIEW DECISIONS OF JUDGE ISGUR RELATED TO MARITIME LAW ISSUES. | .30 | 169.50 |
| 04/14/21 | RDB | B210 | A108 | REVIEW CASELAW RELATED TO APPLICABILITY OF LOUISIANA OIL WELL LIEN ACT THROUGH OUTER CONTINENTAL SHELF LANDS ACT. | .80 | 452.00 |
| 04/15/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPONDENCE WITH J. NOE, S. DICHARRY, AND T. WIMBERLY RE RESEARCH AND DRAFTING OF SUMMARY JUDGMENT BRIEF. | .60 | 420.00 |
| 04/15/21 | JAH | B190 | A104 | CIVIL PENALTIES -- CORRESPONDENCE WITH R. LAMB AND T. LAMME RE NEGOTIATIONS. | .20 | 140.00 |
| 04/15/21 | JN | B180 | A104 | REVIEW INVOICES AND SCOPE OF WORK PERFORMED BY ATLANTIC MARITIME FOR PURPOSES OF ANALYZING APPLICABILITY AND PREEMPTION OF MARITIME LAW OVER LOUISIANA LAW. | 1.20 | 840.00 |
| 04/15/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND COUNSEL FOR ATLANTIC MARITIME TO DISCUSS AMENDED COMPLAINT AND SCHEDULING ORDER. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   17
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/15/21 | JN | B180 | A102 | RESEARCH SUPREMACY OF MARITIME LAW AND EXCLUSIVE FEDERAL JURISDICTION OF FEDERAL COURTS IN MARITIME CONTRACT MATTERS. | 4.70 | 3,290.00 |
| 04/15/21 | KMJ | B110 | A101 | UPDATE FROM G. RAMIREZ ON FEE NOTICES REQUIRED. | .10 | 50.00 |
| 04/15/21 | RDB | B210 | A104 | REVIEW DRAFT MOTION TO EXTEND AUTOMATIC STAY AND DEBTORS' EMERGENCY MOTION TO EXTEND STAY EXTENSION ORDER. | .30 | 169.50 |
| 04/15/21 | RDB | B210 | A108 | TELEPHONE CONFERENCE WITH J. NOE RELATED TO AMENDED ADVERSARY COMPLAINT. | .30 | 169.50 |
| 04/15/21 | RDB | B210 | A104 | REVIEW MARITIME CASELAW RELATED TO VESSEL STATUS. | .50 | 282.50 |
| 04/15/21 | RDB | B210 | A104 | REVIEW MARITIME CASELAW RELATED TO CONTRACT ISSUES AND PREEMPTION ISSUES RELATED TO ATLANTIC MARITIME'S CLAIMS UNDER LOUISIANA OIL WELL LIEN ACT. | 2.50 | 1,412.50 |
| 04/15/21 | GAR | B160 | A105 | DISCUSS STATUS OF JONES WALKER'S MARCH MONTHLY FEE STATEMENT WITH J. NOE AND K. JOHNSON. | .10 | 34.00 |
| 04/16/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPONDENCE RE BRIEFING. | .30 | 210.00 |
| 04/16/21 | JN | B180 | A102 | RESEARCH SUPREMACY OF MARITIME LAW AND THE INAPPLICABILITY OF LOUISIANA'S LIEN STATUTE TO THE ATLANTIC MARITIME MATTER AND MARITIME JURISDICTIONAL ISSUES. | 4.30 | 3,010.00 |
| 04/16/21 | JN | B180 | A103 | DRAFT MOTION FOR SUMMARY JUDGMENT/DECLARATION REGARDING SUPREMACY OF MARITIME LAW OVER ATLANTIC MARITIME'S CLAIMS AND LIENS. | 3.70 | 2,590.00 |

```
FIELDWOOD ENERGY LLC                                          PAGE   18
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/16/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND THE CLIENT TO DISCUSS THE POTENTIAL REJECTION OF LOUISIANA STATE LEASES. | 1.10 | 770.00 |
| 04/16/21 RDB | B210 | A108 | REVIEW U.S. COAST GUARD REGULATIONS RELATED TO MOBILE OFFSHORE DRILLING UNITS AND REGULATION OF DRILL SHIPS. | .30 | 169.50 |
| 04/16/21 SYD | B190 | A104 | CONTINUE RESEARCH REGARDING DOI AS NECESSARY PARTY (1.0); DISCUSS SAME WITH T. WIMBERLY (.3). | 1.30 | 598.00 |
| 04/16/21 GAR | B160 | A103 | EDIT EXTENSIVE SUPPORTING DOCUMENTATION FOR JONES WALKER'S MARCH MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 3.30 | 1,122.00 |
| 04/16/21 TKW | B190 | A102 | RESEARCH FEDERAL COURT DECISIONS ADDRESSING WHETHER THE DEPARTMENT OF THE INTERIOR IS A NECESSARY OR INDISPENSABLE PARTY TO A CASE IN WHICH A THE RELIEF SOUGHT WOULD INVOLVE A TRANSFER OF AN OFFSHORE OR ONSHORE FEDERAL OIL AND GAS LEASE, ON THE BASIS THAT INTERIOR'S APPROVAL OF ANY AND EVERY "TRANSFER" IS REQUIRED. | 2.80 | 1,050.00 |
| 04/18/21 JN | B180 | A103 | DRAFT MOTION FOR SUMMARY JUDGMENT/DECLARATION ON SUPREMACY OF MARITIME LAW OVER ATLANTIC MARITIME'S CLAIMS AND LIENS (1.6); REVISE SAME (.8). | 2.40 | 1,680.00 |
| 04/18/21 SYD | B190 | A104 | CONTINUED RESEARCH REGARDING DOI AS INDISPENSABLE PARTY TO LOWLA LITIGATION. | 2.20 | 1,012.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   19
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/18/21 TKW | B190 | A102 | RESEARCH FEDERAL COURT DECISIONS ADDRESSING WHETHER THE DEPARTMENT OF THE INTERIOR IS A NECESSARY OR INDISPENSABLE PARTY TO A CASE IN WHICH A THE RELIEF SOUGHT WOULD INVOLVE A TRANSFER OF AN OFFSHORE OR ONSHORE FEDERAL OIL AND GAS LEASE, ON THE BASIS THAT INTERIOR'S APPROVAL OF ANY AND EVERY "TRANSFER" IS REQUIRED. | 2.50 | 937.50 |
| 04/19/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCES WITH S. DICHARRY RE CONSTITUTIONAL ARGUMENTS (BASED ON PROPERTY CLAUSE) (.4); RESEARCH INTO MMS/BOEM REFERENCES TO RECORDATION OF MORTGAGES AND LIENS (.9). | 1.30 | 910.00 |
| 04/19/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCES WITH J. NOE REGARDING BRIEFING SCHEDULE AND DEVELOPMENT OF SUMMARY JUDGMENT ARGUMENTS. | .30 | 210.00 |
| 04/19/21 JAH | B190 | A104 | ATLANTIC LIENS -- PLAN BRIEFING STRATEGY REGARDING "COMPREHENSIVENESS" OF BOEM REGULATIONS AND EXCLUSION OF APPROVAL OF TRANSFERS OF LEASE INTERESTS VIA SEIZURE. | 1.40 | 980.00 |
| 04/19/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE AND CALL WITH BSEE COUNSEL REGARDING POSSIBLE REMAND. | .40 | 280.00 |
| 04/19/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE WITH FW TEAM RE BSEE REMAND PROPOSAL. | .40 | 280.00 |
| 04/19/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW STATEMENT OF REASONS AND CASE FILE REGARDING IMPLICATIONS OF BSEE REMAND PROPOSAL (.9); PREPARE FOR CALL WITH FW TEAM REGARDING SAME (.6). | 1.50 | 1,050.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   20
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/19/21 JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER TO DISCUSS SETTLEMENT WITH BSEE RELATED TO GAS LEAKS AT WELL AT EUGINE ISLAND 342. | .20 | 140.00 |
| 04/19/21 JN | B180 | A103 | REVISE MOTION FOR SUMMARY JUDGMENT/DECLARATION OF SUPREMACY OF MARITIME LAW OVER LOUISIANA LAW WITH RESPECT TO ATLANTIC MARITIME'S LIENS. | 2.30 | 1,610.00 |
| 04/19/21 JN | B180 | A105 | CONFERENCE CALL WITH R. BERTRAM REGARDING SUPREMACY OF MARITIME LAW. | .20 | 140.00 |
| 04/19/21 JN | B180 | A109 | CONFERENCE CALL WITH TEXAS ATTORNEY GENERAL'S OFFICE REGARDING POTENTIAL ABANDONMENT OF STATE LEASES. | .40 | 280.00 |
| 04/19/21 JN | B180 | A104 | REVIEW PRESENTATION MATERIALS REGARDING TEXAS STATE LEASES THAT MAY POTENTIALLY BE ABANDONED. | .50 | 350.00 |
| 04/19/21 JN | B180 | A104 | REVIEW RIGHTS OF WAY RELATED TO LOUISIANA STATE LEASES IN GRAND CHENIER. | .70 | 490.00 |
| 04/19/21 RDB | B210 | A108 | ANALYZE CASE LAW RELATED TO MARITIME PREEMPTION. | 1.30 | 734.50 |
| 04/19/21 RDB | B210 | A108 | ANALYZE CASE LAW RELATED TO STATE LAW SUPPLEMENTING MARITIME LAW (.5); ADDRESS PREEMPTIVE EFFECT OF MARITIME LAW ON AREAS COVERED AND SUBJECT (.3). | .80 | 452.00 |
| 04/19/21 RDB | B210 | A108 | REVIEW NORDIC'S MARK-UPS TO RIDER CLAUSES OF COA AND RELATED FROM A. HILL OF AMSTY (.3); REVIEW COMMENTS OF H. POWERS RELATED TO INTERNATIONAL GROUP POLLUTION INDEMNITY CLAUSE AND U.S. COGSA CLAUSE PARAMOUNT (.2). | .50 | 282.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  21
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00


04/19/21 SYD   B190  A104   CONTINUE DEVELOPING ARGUMENT    2.40      1,104.00
                            FOR ATLANTIC COMPLAINT THAT
                            DOI IS AN INDISPENSABLE PARTY
                            IN ATLANTIC'S IN REM ACTION.

04/19/21 GAR   B160  A103   CONTINUE DRAFTING SECOND        2.10        714.00
                            INTERIM FEE APPLICATION OF
                            JONES WALKER, INCLUDING
                            SUMMARIZING INFORMATION FROM
                            PREVIOUS MONTHLY FEE
                            STATEMENTS TO BE ENCOMPASSED
                            THEREIN.

04/19/21 GAR   B160  A107   CORRESPOND WITH ALL NOTICE       .10         34.00
                            PARTIES TO SERVE JONES
                            WALKER'S MARCH MONTHLY FEE
                            STATEMENT PURSUANT TO THE
                            INTERIM COMPENSATION ORDER.

04/19/21 GAR   B160  A103   DRAFT CERTIFICATE OF NO          .80        272.00
                            OBJECTION FOR FIRST INTERIM
                            FEE APPLICATION, INCLUDING
                            REVIEW OF DOCKET TO ENSURE NO
                            OBJECTIONS OR RESPONSES TO
                            APPLICATION WERE RECEIVED
                            (.6); PREPARE CORRESPONDING
                            EXHIBITS TO SAME (.2).

04/19/21 GAR   B160  A104   REVIEW CERTIFICATE OF NO         .40        136.00
                            OBJECTION FOR FIRST INTERIM
                            FEE APPLICATION TO ENSURE
                            ACCURACY OF CONTENTS THEREIN
                            (.3); PROVIDE TO K. JOHNSON
                            AND J. NOE TO DISCUSS NEXT
                            STEPS AND FINAL REVIEW BY
                            WEIL COUNSEL (.1).

04/19/21 GAR   B160  A105   DISCUSS DETAILS REGARDING        .20         68.00
                            SUPPORTING DOCUMENTATION FOR
                            JONES WALKER'S MARCH MONTHLY
                            FEE STATEMENT WITH ACCOUNTING
                            DEPARTMENT.

04/19/21 GAR   B160  A103   DRAFT JONES WALKER'S MARCH      3.10      1,054.00
                            MONTHLY FEE STATEMENT (2.1);
                            PREPARE SUPPORTING
                            DOCUMENTATION TO SAME (.3);
                            FINALIZE SAME, INCLUDING
                            CROSS CHECKING NUMBERS WITH
```

```
FIELDWOOD ENERGY LLC                                    PAGE   22
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | SUPPORTING DOCUMENTATION TO ENSURE ACCURACY OF INFORMATION THEREIN (.6); DISCUSS SAME WITH K. JOHNSON AND J. NOE PRIOR TO SERVING ON ALL NOTICE PARTIES (.1). | | |
| 04/20/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- PARTICIPATE IN CALL WITH FW TEAM RE BSEE REMAND PROPOSAL, INCLUDING PREPARATION FOR SAME. | 1.50 | 1,050.00 |
| 04/20/21 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- DRAFT EMAIL PROPOSING SETTLEMENT NEGOTIATIONS IN LIEU OF PROPOSED REMAND MOTION. | .60 | 420.00 |
| 04/20/21 | JN | B180 | A104 | REVIEW REVISED SETTLEMENT AGREEMENT PROPOSAL PROVIDED BY ENI REGARDING ABANDONED PROPERTY FORMERLY OWNED BY ENI. | .50 | 350.00 |
| 04/20/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT TO DISCUSS POTENTIAL SETTLEMENT WITH BSEE REGARDING LEAKING GAS WELLS ON BLOCK EI 342. | .50 | 350.00 |
| 04/20/21 | JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER TO DISCUSS POTENTIAL SETTLEMENT WITH BSEE REGARDING LEAKING GAS WELLS ON BLOCK EI 342. | .50 | 350.00 |
| 04/20/21 | JN | B180 | A102 | RESEARCH POTENTIAL PREEMPTION OF STATE LIEN STATUTES BY FEDERAL MARITIME LIEN ACT. | 2.20 | 1,540.00 |
| 04/20/21 | JN | B180 | A103 | REVISE MOTION FOR SUMMARY JUDGMENT/DECLARATION RELATED TO ATLANTIC MARITIME'S CLAIMS AND LIENS AGAINST FIELDWOOD. | 2.40 | 1,680.00 |
| 04/20/21 | JN | B260 | A109 | PARTICIPATE IN BOARD OF DIRECTORS MEETING FOR FIELDWOOD. | 1.00 | 700.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   23
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/20/21 RDB | B210 | A104 | REVIEW CASE LAW RELATED TO CONTRACT JURISDICTION (1.1); ADDRESS VESSEL RELATED ISSUES AND OCSLA PROVISIONS RELATED TO APPLICABILITY OF STATE LAW (.7). | 1.80 | 1,017.00 |
| 04/20/21 RDB | B210 | A104 | ADDRESS MARITIME LIEN ISSUES AND DOCTRINE THAT MARITIME LIENS ARE STRICTLY JURIS. | .80 | 452.00 |
| 04/20/21 RDB | B210 | A104 | REVIEW DRAFT INSERTS FOR ARGUMENTS TO OPPOSE ATLANTIC MARITIME'S LIEN CLAIM. | .50 | 282.50 |
| 04/20/21 SYD | B190 | A104 | CONTINUE RESEARCH TO SUPPORT ARGUMENTS IN ATLANTIC COMPLAINT. | 1.20 | 552.00 |
| 04/20/21 GAR | B160 | A103 | CONTINUE DRAFTING SECOND INTERIM FEE APPLICATION OF JONES WALKER. | 5.80 | 1,972.00 |
| 04/21/21 JAH | B190 | A104 | EUGENE ISLAND 342 -- CORRESPOND WITH SOLICITOR'S OFFICE RE POTENTIAL SETTLEMENT AND PLAN NEGOTIATION OF SAME. | .50 | 350.00 |
| 04/21/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW PRIOR RESEARCH RE "PROPERTY" INTEREST ISSUES AND COMMON RECORDATION OF MORTGAGES AND LIENS. | 2.20 | 1,540.00 |
| 04/21/21 JAH | B190 | A104 | REVIEW DEBARMENT RESEARCH. | .30 | 210.00 |
| 04/21/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL REGARDING BOEM QUALIFICATION REQUIREMENTS AND PROCESS. | .80 | 560.00 |
| 04/21/21 JN | B180 | A105 | VARIOUS CALLS WITH P. HARDIN REGARDING NOTICE TO SHOW CAUSE FOR DEBARMENT OF FIELDWOOD FROM FEDERAL CONTRACTING. | .50 | 350.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   24
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/21/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT REGARDING NOTICE TO SHOW CAUSE OF FIELDWOOD DEBARMENT FROM FEDERAL CONTRACTING. | .70 | 490.00 |
| 04/21/21 JN | B180 | A102 | RESEARCH REGULATIONS AND STANDARDS FOR DEBARMENT FROM FEDERAL CONTRACTING. | 4.20 | 2,940.00 |
| 04/21/21 JN | B180 | A104 | REVISE MOTION FOR SUMMARY JUDGMENT SEEKING DISMISSAL OF ATLANTIC MARITIME'S CLAIMS AND LIENS. | .90 | 630.00 |
| 04/21/21 PFH | B110 | A106 | E MAILS FROM/TO MR SERGESKETTER/MR NOE WITH NOTICE OF DEBARMENT. | .20 | 125.00 |
| 04/21/21 PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH REQUEST FOR ATTACHMENT TO NOTICE. | .10 | 62.50 |
| 04/21/21 PFH | B110 | A106 | CALL WITH MR SERGESKETTER AND MR NOE RE NOTICE OF DEBARMENT. | .30 | 187.50 |
| 04/21/21 PFH | B110 | A107 | E MAIL TO MS J. LIN (EPA). | .10 | 62.50 |
| 04/21/21 RDB | B210 | A104 | REVIEW FEDERAL MARITIME LIEN AND COMMERCIAL INSTRUMENTS ACT TO ADDRESS STATE LAW LIEN CLAIMS UNDER LOUISIANA OIL WELL LIEN ACT. | .80 | 452.00 |
| 04/21/21 RDB | B210 | A104 | COMMENCE REVIEW OF ATLANTIC MARITIME'S INVOICES FILED WITH COMPLAINT AGAINST ECOPETROL AMERICA, CIVIL ACTION 20-03097, EASTERN DISTRICT OF LOUISIANA. | .80 | 452.00 |
| 04/21/21 RDB | B210 | A104 | REVIEW REVISED AMENDED ADVERSARY COMPLAINT AGAINST ATLANTIC MARITIME. | .30 | 169.50 |
| 04/21/21 SYD | B190 | A104 | CONTINUE DEVELOPING ARGUMENTS FOR BRIEF IN SUPPORT OF ATLANTIC COMPLAINT. | 2.10 | 966.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   25
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/22/21 JAH | B190 | A104 | REVIEW EPA DEBARMENT NOTICE AND MEMORANDUM. | .80 | 560.00 |
| 04/22/21 JAH | B190 | A104 | CALLS AND CORRESPONDENCE WITH J. NOE REGARDING DEBARMENT ISSUES AND STRATEGY. | 1.50 | 1,050.00 |
| 04/22/21 JAH | B190 | A104 | CALL WITH FIELDWOOD TEAM (WEIL, FW LEGAL, AND JONES WALKER) REGARDING DEBARMENT ISSUES AND STRATEGY. | .60 | 420.00 |
| 04/22/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH S. DICHARRY REGARDING LEGAL THEORIES AND ARGUMENTS. | .60 | 420.00 |
| 04/22/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW CORRESPONDENCE RE HEARING SCHEDULE AND PLAN PREPARATION FOR SAME. | 1.30 | 910.00 |
| 04/22/21 JAH | B190 | A104 | REVIEW DEBARMENT REGULATIONS AND CASE LAW. | 2.40 | 1,680.00 |
| 04/22/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPOND WITH BSEE COUNSEL REGARDING JOINT MOTION TO SUSPEND. | .40 | 280.00 |
| 04/22/21 JAH | B190 | A104 | EUGENE ISLAND 342 -- DRAFT JOINT MOTION TO SUSPEND APPEAL. | .80 | 560.00 |
| 04/22/21 JN | B180 | A105 | VARIOUS CALLS WITH J. HUNTER, P. HARDIN, AND M. MAGNER REGARDING RESPONSE TO NOTICE TO SHOW CAUSE OF FIELDWOOD DEBARMENT FROM FEDERAL CONTRACTING. | 1.10 | 770.00 |
| 04/22/21 JN | B180 | A102 | RESEARCH REGULATIONS, STANDARDS AND CASE LAW FOR DEBARMENT FROM FEDERAL CONTRACTING. | 4.70 | 3,290.00 |
| 04/22/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (T. LAMME) ON GOVERNMENT OUTREACH AND TOPICS FOR FORTHCOMING LEGAL WORKING GROUP CALL WITH | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   26
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| Date | Init | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | GOVERNMENT LAWYERS. | | |
| 04/22/21 | JN | B180 | A109 | CONFERENCE CALL WITH EPA AND INTERIOR DEBARMENT COUNSEL. | .60 | 420.00 |
| 04/22/21 | MWM | B190 | A104 | REVIEW SHOW CAUSE ORDER (1.8); TELEPHONE CONFERENCE WITH SDO OFFICER REGARDING SAME (.8). | 2.60 | 1,352.00 |
| 04/22/21 | MWM | B190 | A104 | TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL (/; REVIEW DEBARMENT REGULATIONS AND STANDARDS | 2.10 | 1,092.00 |
| 04/22/21 | PFH | B110 | A107 | NUMEROUS E MAILS WITH J. LINE (EPA), J. NOE, M. MAGNER, AND MR. SHOCKEY RE NOTICE OF SUSPENSION. | .30 | 187.50 |
| 04/22/21 | PFH | B110 | A106 | NUMEROUS E MAILS TO MR SERGESKETTER WITH CORRESPONDENCE WITH MS. LIN (EPA). | .10 | 62.50 |
| 04/22/21 | PFH | B110 | A106 | RESEARCH RE SUSPENSION AND DEBARMENT PROCESS. | .30 | 187.50 |
| 04/22/21 | PFH | B110 | A107 | E MAIL FROM L. LOVETT WITH SHOW CAUSE NOTICE, ACTION REFERRAL MEMORANDUM, AND EXHIBITS. | .10 | 62.50 |
| 04/22/21 | PFH | B110 | A106 | E MAIL TO MR SERGESKEWTTER WITH E MAIL FROM L. LOVETT WITH SHOW CAUSE NOTICE, ACTION REFERRAL MEMORANDUM AND EXHIBITS | .10 | 62.50 |
| 04/22/21 | PFH | B110 | A106 | PREPARE ISSUES TO DISCUSS WITH J. LIN (EPA) RE NOTICE OF DEBARMENT. | .70 | 437.50 |
| 04/22/21 | PFH | B110 | A104 | REVIEW SHOW CAUSE NOTICE, ACTION REFERRAL MEMORANDUM, AND SOME EXHIBITS FROM EPA. | .50 | 312.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   27
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/22/21 PFH | B110 | A107 | CALL WITH J. LIN (EPA DEBARMENT), J. NOE, S. STOCKER (DOI DEBARMENT), AND M. MAGNER RE NOTICE OF DEBARMENT. | .70 | 437.50 |
| 04/22/21 PFH | B110 | A106 | E MAIL FROM MR SERGESKETTER WITH DRAFT SEMI-ANNUAL REPORT TO USA WITH SPECIFIC WORK UNDERTAKEN TO COMPLY WITH NPA. | .20 | 125.00 |
| 04/22/21 PFH | B110 | A106 | E MAILS FROM/TO R. SERGESKETER, A. PEREZ, T. LAMME, M. DANE REGARDING CALL WITH EPA DEBARMENT COUNSEL. | .10 | 62.50 |
| 04/22/21 PFH | B110 | A106 | CALL WITH R. SERGESKETTER, T. LAMME, M. DANE, J. NOE, M. MAGNER, J. HUNTER, A. PEREZ, AND C. CARLSON REGARDING DEBARMENT ISSUE. | .60 | 375.00 |
| 04/22/21 PFH | B110 | A106 | CALL WITH R. SERGESKETTER, J. NOE, AND M. MAGNER TO REPORT ON CALL WITH J. LIN (EPA), S. STOCKER (DOI) REGARDING DEBARMENT. | .30 | 187.50 |
| 04/22/21 PFH | B110 | A104 | CONSIDER POTENTIAL NEXT STEPS N LIGHT OF POSITION OF EPA DEBARMENT COUNSEL. | .40 | 250.00 |
| 04/22/21 PFH | B110 | A106 | E MAIL FROM R. SERGESKETTER WITH INFORMATION REGARDING P. EILAND AND HIS ROLE IN DEBARMENT ISSUE. | .10 | 62.50 |
| 04/22/21 PFH | B110 | A105 | E MAILS FROM/TO J. HUNTER AND J. NOE REGARDING DEBARMENT RESEARCH. | .10 | 62.50 |
| 04/22/21 SYD | B190 | A104 | EMAIL T. WIMBERLY REGARDING ADDITIONAL RESEARCH NEEDED FOR THE ATLANTIC COMPLAINT. | .20 | 92.00 |
| 04/22/21 SYD | B190 | A104 | REVIEWED DRAFT JOINT MOTION, PROVIDING COMMENTS TO SAME. | .60 | 276.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  28
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/22/21 | SYD | B190 | A104 | DISCUSS SUSPENSION AND DEBARMENT ISSUE WITH J. HUNTER. | .40 | 184.00 |
| 04/22/21 | SYD | B190 | A104 | CONTINUE RESEARCH AND ANALYSIS IN SUPPORT OF ARGUMENTS FOR ATLANTIC COMPLAINT. | 3.50 | 1,610.00 |
| 04/22/21 | SAM | B110 | A104 | OFFICE CONFERENCE WITH P. HARDIN AND J. NOE (.6); REVIEW EPA DEBARMENT OFFICIAL LETTER DATED 4/12/2021, NPA, DEBARMENT COUNSEL REFERRING MEMO, AND EXHIBITS (1.5); CORRESPONDENCE TO P. HARDIN REGARDING SAME (.3). | 2.40 | 1,032.00 |
| 04/23/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCES WITH J. NOE AND R. BERTRAM REGARDING PREP FOR BRIEFING AND HEARING. | .80 | 560.00 |
| 04/23/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCES WITH S. DICHARRY REGARDING DEVELOPMENT OF "INDISPENSABLE PARTY" ARGUMENT AND ADJACENCY ISSUES. | .60 | 420.00 |
| 04/23/21 | JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW SCHEDULING MOTION TO PLAN FW FILINGS. | .30 | 210.00 |
| 04/23/21 | JAH | B190 | A104 | EPA DEBARMENT -- CALL WITH J. NOE AND P. HARDIN REGARDING PREPARATIONS AND STRATEGY. | .40 | 280.00 |
| 04/23/21 | JAH | B190 | A104 | EPA DEBARMENT -- REVIEW AND COMMENT ON P. HARDIN DRAFT EMAIL TO DEBARMENT COUNSEL. | .30 | 210.00 |
| 04/23/21 | JAH | B190 | A104 | EPA DEBARMENT -- CONFERENCE AND CORRESPONDENCE E. HENRY REGARDING RESEARCH, EPA DEBARMENT PROCEDURES, AND STANDARDS. | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   29
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/23/21 JAH | B190 | A104 | EPA DEBARMENT -- ASSEMBLE AND REVIEW PRIOR DEBARMENT RESEARCH. | 1.50 | 1,050.00 |
| 04/23/21 JAN | B110 | A104 | REVIEW OF CASE STATUS (); CONFERENCE WITH TEAM REGARDING STRATEGY FOR MOVING FORWARD WITH ARGUMENTS AT HEARING (). | .50 | 325.00 |
| 04/23/21 JN | B180 | A105 | VARIOUS CALLS WITH R. BERTRAM AND J. HUNTER REGARDING DEBARMENT STANDARDS AND DEFENSES. | .60 | 420.00 |
| 04/23/21 JN | B180 | A102 | REVIEW RESEARCH REGARDING DEBARMENT PROVIDED BY JONATHAN HUNTER AND CONDUCTED RESEARCH ON DEBARMENT AND DEFENSES TO NOTICE TO SHOW CAUSE ON DEBARMENT. | 5.70 | 3,990.00 |
| 04/23/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS ATLANTIC MARITIME SCHEDULING ORDER. | .30 | 210.00 |
| 04/23/21 JN | B180 | A104 | REVIEW PROPOSED REVISED TERM SHEET REGARDING SETTLEMENT WITH ENI OVER DECOMMISSIONING LIABILITY. | .40 | 280.00 |
| 04/23/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL REGARDING COMMUNICATIONS TO LENDERS COUNSEL REGARDING NOTICE TO SHOW CAUSE ON DEBARMENT. | .20 | 140.00 |
| 04/23/21 JN | B180 | A104 | REVIEW DRAFT EMAIL TO LENDERS COUNSEL ON NOTICE TO SHOW CAUSE OF POTENTIAL DEBARMENT OF FIELDWOOD. | .20 | 140.00 |
| 04/23/21 PFH | B110 | A107 | E MAIL TO AUSA D. KAMMER RE DEBARMENT ISSUE. | .00 | .00 |
| 04/23/21 PFH | B110 | A105 | CALL WITH J. HUNTER AND J.NOE TO DISCUSS STRATEGY AND ASSIGN TASKS (.2); EMAILS TO/FROM J. HUNTER WITH REQUEST FOR DOCUMENTS (.1). | .30 | 187.50 |

FIELDWOOD ENERGY LLC                                        PAGE   30
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00


| 04/23/21 PFH | B110 | A106 | DRAFT E MAIL TO L. NGUYEN TO SEND TO R. SERGESKETTER FOR REVISIONS (.3); EMAIL REGARDING APPROVAL FROM R. SERGESKETTER, J. NOE, AND J. HUNTER (.1). | .40 | 250.00 |
|---|---|---|---|---|---|
| 04/23/21 PFH | B110 | A106 | E MAIL TO L. NGUYEN (EPA) RE MEETING TO DISCUSS DEBARMENT. | .10 | 62.50 |
| 04/23/21 RDB | B210 | A104 | REVIEW INVOICES RELATED TO ATLANTIC MARITIME'S CLAIMS AGAINST RIDGEWOOD AND ILX PROSPECT. | .80 | 452.00 |
| 04/23/21 RDB | B210 | A104 | OUTLINE MARITIME LAW AND OCSLA ARGUMENTS. | .30 | 169.50 |
| 04/23/21 SYD | B190 | A104 | ATLANTIC COMPLAINT - CONTINUE WORKING ON DRAFT ARGUMENTS (LOWLA INCONSISTENT WITH FEDERAL LAW; DOI AN INDISPENSABLE PARTY). | 2.70 | 1,242.00 |
| 04/23/21 EMH | B420 | A102 | REVIEW PRIOR MEMORANDUM ON SUSPENSION AND DEBARMENT, NON-PROSECUTION AGREEMENT, AND OTHER DOCUMENTS RELATED TO NPA. | 1.70 | 595.00 |
| 04/23/21 EMH | B420 | A102 | BEGIN REVIEWING EPA SUSPENSION AND DEBARMENT PROCEDURES UNDER 2CFR 180 AND 1532. | 1.40 | 490.00 |
| 04/23/21 TKW | B190 | A102 | RESEARCH CASES WHEREBY A PARTY SUBMITTED REPORTS PREPARED BY A NON-GOVERNMENTAL ENTITY TO DETERMINE WHAT STATE AN OFFSHORE PROPERTY IS ADJACENT TO UNDER OCSLA. | 4.40 | 1,650.00 |
| 04/23/21 ELC | B420 | A105 | INTERNAL CALL TO DISCUSS INFORMING CONGRESSIONAL REPRESENTATIVE OF BANKRUPTCY STATUS. | .20 | 120.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   31
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 04/23/21 | ELC | B420 | A108 | DRAFT CORRESPONDENCE TO CONGRESSIONAL OFFICE FOR POTENTIAL MEETING (.1); RECEIVE AND REVIEW RESPONSE TO SAME (.1). | .20 | 120.00 |
| 04/23/21 | SAM | B110 | A104 | OFFICE CONFERENCE WITH P. HARDIN ON EPA CONFERENCE. | .10 | 43.00 |
| 04/24/21 | JAH | B190 | A104 | DEBARMENT -- ANALYZE EPA RULES. | .70 | 490.00 |
| 04/24/21 | JAH | B190 | A104 | SUPPLEMENTAL BOND APPEALS -- REVIEW IBLA ORDER. | .10 | 70.00 |
| 04/24/21 | JN | B180 | A109 | CONFERENCE CALL WITH COUNSEL FROM ENI REGARDING POTENTIAL SETTLEMENT OF DECOMMISSIONING LIABILITY. | 2.00 | 1,400.00 |
| 04/24/21 | JN | B180 | A102 | CONDUCT RESEARCH INTO DEBARMENT STANDARDS AND REGULATION AND POTENTIAL DEFENSES. | 2.70 | 1,890.00 |
| 04/24/21 | EMH | B420 | A102 | RESEARCH EPA REGULATIONS CONCERNING SUSPENSION AND DEBARMENT. | 1.80 | 630.00 |
| 04/24/21 | EMH | B420 | A102 | REVIEW ARTICLES CONCERNING EPA SUSPENSION AND DEBARMENT ORGANIZATION AND PROCEDURES. | 1.60 | 560.00 |
| 04/25/21 | JAH | B190 | A104 | DEBARMENT -- CORRESPONDENCE WITH E. HENRY REGARDING RESEARCH INTO EPA RULES, INCLUDING REVIEW OF SAME. | .40 | 280.00 |
| 04/25/21 | JAH | B190 | A104 | DEBARMENT -- SEARCH FOR EXPERT SURVEYOR. | .40 | 280.00 |
| 04/25/21 | SYD | B190 | A104 | ATLANTIC COMPLAINT - CONTINUED WORKING ON DRAFT ARGUMENTS (LOWLA INCONSISTENT WITH FEDERAL LAW; DOI AN INDISPENSABLE PARTY). | 3.60 | 1,656.00 |
| 04/26/21 | JAH | B190 | A104 | DEBARMENT -- CONFERENCE WITH J. NOE REGARDING STRATEGY. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                     PAGE  32
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/26/21 JAH | B190 | A104 | DEBARMENT -- REVIEW DRAFT SLIDES AND RELATED CORRESPONDENCE. | .90 | 630.00 |
| 04/26/21 JAH | B190 | A104 | DEBARMENT -- REVIEW RESEARCH INTO EPA STANDARDS. | .60 | 420.00 |
| 04/26/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONTACT POTENTIAL EXPERT WITNESSES REGARDING ADJACENCY (J. PATTERSON, M. HEBERT, AND J. MATTINGLY). | .80 | 560.00 |
| 04/26/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH S. DICHARRY REGARDING ADJACENCY ARGUMENTS. | .30 | 210.00 |
| 04/26/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH R. BERTRAM REGARDING ADJACENCY ARGUMENTS | .40 | 280.00 |
| 04/26/21 JAH | B190 | A104 | ATLANTIC LIENS -- PREPARE FOR MEETINGS WITH R. BERTRAM AND J. MATTINGLY REGARDING ADJACENCY ARGUMENTS AND BOUNDARY EXTENSIONS. | .60 | 420.00 |
| 04/26/21 JAH | B190 | A104 | REVIEW AND COMMENT ON DEBARMENT SLIDE DECK. | .30 | 210.00 |
| 04/26/21 JN | B180 | A109 | CONFERENCE CALL WITH COUNSEL FOR ATLANTIC MARITIME TO DISCUSS SCHEDULING ORDER FOR ADVERSARIAL PROCEEDING. | .40 | 280.00 |
| 04/26/21 JN | B180 | A105 | VARIOUS CONFERENCE CALLS WITH J. HUNTER TO DISCUSS CLAIMS AGAINST ATLANTIC MARITIME AND TIMING OF DRAFTING MOTION FOR SUMMARY JUDGMENT. | .50 | 350.00 |
| 04/26/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS RECOMMENDATIONS TO THE CLIENT BASED ON CONFERENCE CALL WITH ATLANTIC MARITIME'S COUNSEL. | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   33
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/26/21 JN | B180 | A109 | MEETING WITH THE CLIENT TO DISCUSS HEALTH, SAFETY, AND ENVIRONMENTAL IMPROVEMENTS AND ENHANCEMENTS MADE SINCE INCIDENTS SUBJECT TO NON-PROSECUTION AGREEMENT IN PREPARATION OF EVIDENCE SUBMISSION ON NOTICE TO SHOW CAUSE ON DEBARMENT FROM FEDERAL CONTRACTING. | 3.30 | 2,310.00 |
| 04/26/21 JN | B180 | A104 | REVIEW NUMEROUS HEALTH, SAFETY, AND ENVIRONMENTAL PROCEDURES AND POLICIES IN PREPARATION OF DRAFTING PRESENTATION MATERIALS FOR MEETING WITH EPA AND INTERIOR DEBARMENT COUNSEL. | 2.70 | 1,890.00 |
| 04/26/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM INTERIOR AND THE DEPARMENT OF JUSTICE AND ENI TO DISCUSS POTENTIAL SETTLEMENT REGARDING LIABILITY FOR DECOMMISSIONING ON ABANDONED PROPERTIES AND RELATED BOEM ADJUDICATION ISSUES. | 1.00 | 700.00 |
| 04/26/21 JN | B180 | A103 | DRAFT PRESENTATION MATERIALS AND ARGUMENTS FOR MEETING WITH EPA AND INTERIOR DEBARMENT COUNSEL. | 4.20 | 2,940.00 |
| 04/26/21 JN | B180 | A109 | CONFERENCE CALL WITH LENDERS' REGULATORY COUNSEL REGARDING DEBARMENT PROCEEDINGS. | .60 | 420.00 |
| 04/26/21 JN | B180 | A102 | CONDUCTED LEGAL RESEARCH INTO STANDARDS FOR DEBARMENT FROM FEDERAL CONTRACTING. | 1.20 | 840.00 |
| 04/26/21 JN | B180 | A103 | DRAFT OUTLINE OF PRESENTATION MATERIALS FOR MEETING WITH DEBARMENT COUNSEL BASED ON MEETING WITH FIELDWOOD. | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   34
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/26/21 | KMJ | B110 | A101 | CORRESPOND WITH G. RAMIREZ REGARDING STATUS ON FIELDWOOD FIRST FEE APPLICATION AND PROCEDURAL PROTOCOLS DUE TO DELAYS IN FILING SAME. | .30 | 150.00 |
| 04/26/21 | MWM | B190 | A104 | MULTIPLE TELEPHONE CONFERENCES AND CORRESPONDENCE REGARDING SDO. | .50 | 260.00 |
| 04/26/21 | PFH | B110 | A107 | E MAILS FROM/TO MR LOVETT REGARDING MEETING WITH EPA. | .10 | 62.50 |
| 04/26/21 | PFH | B110 | A106 | E MAIL TO R. SERGESKETTER WITH LOVETT CORRESPONDENCE AND REQUEST FOR RESPONSE TO HER QUESTIONS. | .10 | 62.50 |
| 04/26/21 | PFH | B110 | A104 | REVIEWED POWERPOINT REVERSE PROFFER AND POWERPOINT USED WITH US ATTORNEY STRASSER FOR DETERMINATION OF WHICH SLIDES TO USE WITH EPA (.7); EMAILS TO/FROM J. NOE AND R. SERGESKETTER WITH SUGGESTED SLIDES AND STRATEGY (.3). | 1.00 | 625.00 |
| 04/26/21 | PFH | B110 | A104 | E MAIL FROM J. NOE WITH ACTION ITEMS. | .10 | 62.50 |
| 04/26/21 | PFH | B110 | A106 | CALL WITH R. SERGESKETTER, P. EILAND, AND J. NOE REGARDING PRESENTATION TO EPA. | 2.10 | 1,312.50 |
| 04/26/21 | PFH | B110 | A106 | E MAIL TO R. SERGESKETTER AND J. NOE WITH SLIDE INFORMATION/OUTLINE FROM CALL WITH P. EILAND. | .60 | 375.00 |
| 04/26/21 | PFH | B110 | A106 | NUMEORUS COMMUNICATIONS WITH R. SERGESKETTER, J. NOE, AND M. MAGNER REGARDING PRESENTATION TO EPA. | .20 | 125.00 |
| 04/26/21 | PFH | B110 | A106 | CALL TO AND E MAIL FROM AUSA KAMMER (ATTEMPT TO ADVISE OF EPA DEBARMENT). | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                         PAGE  35
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| 04/26/21 | RDB | B210 | A104 | REVIEW LEGISLATIVE HISTORY TO 1978 AMENDMENTS TO OUTER CONTINENTAL SHELF LANDS ACT. | .50 | 282.50 |
|----------|-----|------|------|---|---|---|
| 04/26/21 | RDB | B210 | A104 | REVIEW CASE LAW RELATED TO STATE BOUNDARIES AND LEGAL CONCEPTS FOR DETERMINING APPLICABILITY OF STATE LAW OF ADJACENT STATE AND PROJECTION OF STATE BOUNDARIES SEAWARD. | 2.30 | 1,299.50 |
| 04/26/21 | RDB | B210 | A102 | RESEARCH RELATED TO EXPERT WITNESSES FOR OCS BOUNDARY ISSUES. | .50 | 282.50 |
| 04/26/21 | SYD | B190 | A104 | CONTINUE WORKING ON DRAFT ARGUMENTS FOR ATLANTIC MSJ. | 1.60 | 736.00 |
| 04/26/21 | SYD | B190 | A104 | REVIEW DEBARMENT RESEARCH REGARDING PROCEDURE (.5); DISCUSS SAME WITH J. HUNTER (.4). | .90 | 414.00 |
| 04/26/21 | GAR | B160 | A107 | CORRESPOND WITH WEIL COUNSEL, H. JAMES, AND C. CLIFFORD, REGARDING FILING OF CERTIFICATE OF NO OBJECTION FOR JONES WALKER'S FIRST INTERIM FEE APPLICATION (.2); DISCUSS SAME WITH INTERNAL CO-COUNSEL, K. JOHNSON, REGARDING APPROVAL TO SEND SAME (.1). | .30 | 102.00 |
| 04/26/21 | TKW | B190 | A102 | RESEARCH CASES WHEREBY A PARTY SUBMITTED REPORTS PREPARED BY A NON-GOVERNMENTAL ENTITY TO DETERMINE WHAT STATE AN OFFSHORE PROPERTY IS ADJACENT TO UNDER OCSLA. | 1.00 | 375.00 |
| 04/27/21 | JAH | B190 | A104 | DEBARMENT -- REVIEW RESEARCH AND PLAN POSITION STATEMENT. | 2.10 | 1,470.00 |
| 04/27/21 | JAH | B190 | A104 | ATLANTIC LIENS -- WORK WITH R. BERTRAM ON DEVELOPING EXPERT TESTIMONY IN SUPPORT OF "ADJACENCY" ARGUMENTS. | 2.00 | 1,400.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  36
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/27/21 | JAH | B190 | A104 | ATLANTIC LIENS -- RESEARCH AND CONTACT POTENTIAL EXPERT WITNESSES. | 2.50 | 1,750.00 |
| 04/27/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CALL WITH J. NOE REGARDING BRIEFING STRATEGY. | .50 | 350.00 |
| 04/27/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CALL WITH WEIL AND FW REGARDING BRIEFING STRATEGY. | .80 | 560.00 |
| 04/27/21 | JAH | B190 | A104 | ATLANTIC LIENS -- REVISE ARGUMENTS DRAFTED BY S. DICHARRY. | 1.00 | 700.00 |
| 04/27/21 | JN | B180 | A109 | CONFERENCE CALLS WITH WEIL AND THE CLIENT TO DISCUSS MOTION FOR SUMMARY JUDGMENT ON CLAIMS BROUGHT BY ATLANTIC MARITIME. | .80 | 560.00 |
| 04/27/21 | JN | B180 | A105 | VARIOUS CONFERENCE CALLS WITH J. HUNTER TO DISCUSS LEGAL ARGUMENTS IN MOTION FOR SUMMARY JUDGMENT TO DISMISS CLAIMS BROUGHT BY ATLANTIC MARITIME. | .70 | 490.00 |
| 04/27/21 | JN | B180 | A103 | REVIEW AND REVISE MOTION FOR SUMMARY JUDGMENT SEEKING DISMISSAL OF ATLANTIC MARITIME'S CLAIMS. | 1.30 | 910.00 |
| 04/27/21 | JN | B180 | A103 | REVISE PRESENTATION MATERIALS FOR MEETING WITH EPA AND INTERIOR DEBARMENT COUNSEL. | 1.70 | 1,190.00 |
| 04/27/21 | JN | B180 | A102 | CONDUCT RESEARCH AND REVIEW DEBARMENT STANDARDS AND REGULATIONS. | .80 | 560.00 |
| 04/27/21 | JN | B180 | A104 | REVIEW ADDITIONAL POLICIES AND PROCEDURES REGARDING CORRECTIVE ACTIONS TAKEN AFTER THE INCIDENTS DESCRIBED IN NON-PROSECUTION AGREEMENT PROVIDED BY THE CLIENT (P. EILAND). | .70 | 490.00 |

FIELDWOOD ENERGY LLC                                        PAGE   37
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00

04/27/21 JN   B180  A104  REVIEW RESEARCH MEMORANDUM ON      .30        210.00
                         IMPACT OF EXTINGUISHED OF
                         UNDERLYING DEBT ON SECURITY
                         (LIEN) UNDER LOUISIANA LAW
                         RELATED TO LIENS CLAIMED BY
                         ATLANTIC MARITIME.

04/27/21 PFH  B110  A107  E MAIL FROM MS. LOVETT (EPA)       .10         62.50
                         REGARDING MEETING WITH MR.
                         NGUYEN REGARDING DEBARMENT.

04/27/21 PFH  B110  A106  E MAIL TO R. SERGESKETTER          .10         62.50
                         WITH E MAIL FROM MS. LOVETT
                         (EPA) REGARDING MEETING WITH
                         MR. NGUYEN REGARDING
                         DEBARMENT.

04/27/21 PFH  B110  A106  E MAIL FROM R. SERGESKETTER        .20        125.00
                         WITH APPROVAL OF DATE OF
                         MEETING WITH EPA AND
                         ATTENDEES (.1); SEVERAL E
                         MAILS FROM R. SERGESKETTER
                         REGARDING MEETING WITH EPA,
                         ATTENDEES, ETC. (.1).

04/27/21 PFH  B110  A107  E MAIL TO MS. LOVETT               .10         62.50
                         ACCEPTING DATE AND TIME AND
                         PROVIDING REQUESTED
                         INFORMATION REGARDING MEETING.

04/27/21 PFH  B110  A104  REVIEW NUMEROUS INFORMATION       1.10        687.50
                         FROM R. SERGESKETTER AND J.
                         NOE FOR POTENTIAL USE IN EPA
                         PRESENTATION REGARDING
                         BYPASSES AND CHANGES.

04/27/21 PFH  B110  A104  E MAILS AND CALL WITH AUSA D.      .60        375.00
                         KAMMER REGARDING NOTICE OF
                         DEBARMENT FROM EPA.

04/27/21 PFH  B110  A106  E MAILS TO/FROM R.                 .20        125.00
                         SERGESKETTER REPORTING ON
                         CALL WITH AUSA KAMMER
                         REGARDING THE DEBARMENT.

04/27/21 PFH  B110  A107  SECOND E MAIL TO MS. LOVETT        .10         62.50
                         WITH ADDITIONAL NAMES FOR
                         INCLUSION IN MEETING.

```
FIELDWOOD ENERGY LLC                                        PAGE   38
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

04/27/21 RDB   B210  A108   TELEPHONE CONFERENCE WITH DR.      .50       282.50
                            KOOB AND J. HUNTER RELATED TO
                            EXPERT WITNESS SERVICES AND
                            CLAIMS OF ATLANTIC MARITIME.

04/27/21 RDB   B210  A102   ANALYZE CASE LAW RELATED TO       1.80     1,017.00
                            OCSLA AND DETERMINATION OF
                            ADJACENT STATE (1.1); ADDRESS
                            AND REVIEW BLOCK CHARTS
                            RELATED TO VIOSCA KNOLL AREA
                            BLOCK 948 (.7).

04/27/21 RDB   B210  A105   MEETING WITH J. HUNTER TO          .80       452.00
                            ADDRESS EXPERT WITNESSES AND
                            PLOTS AND OVERLAY PLATS
                            RELATED TO OCS LEASE BLOCKS.

04/27/21 RDB   B210  A102   REVIEW CASE LAW RELATED TO        1.80     1,017.00
                            CLASSIFICATION OF OFFSHORE
                            AREA BLOCKS IN RELATION TO
                            ADJACENT COASTAL STATES,
                            INCLUDING REVIEW OF CASES
                            RELATED TO VIOSCA KNOLL AREA.

04/27/21 SYD   B190  A104   CONTINUE WORKING ON DRAFT         2.80     1,288.00
                            ARGUMENTS FOR ATLANTIC
                            COMPLAINT.

04/27/21 SYD   B190  A104   REVIEW REGULATIONS ADDRESSING      .70       322.00
                            DEBARMENT (.4); DISCUSS SAME
                            WITH J. HUNTER (.3).

04/27/21 EMH   B420  A102   REVIEW EPA SUSPENSION AND         5.60     1,960.00
                            DEBARMENT DECISIONS FOR
                            APPLICATION OF 2 CFR 180 AND
                            2 CFR 1532 PROVISIONS IN
                            ACTUAL DEBARMENT PROCEEDINGS
                            AS WELL AS SDO'S
                            INTERPRETATIONS OF PRESENT
                            RESPONSIBILITY.

04/27/21 EMH   B420  A102   CONDUCT ADDITIONAL RESEARCH       2.20       770.00
                            OF EPA POLICY AND DEBARMENT
                            DECISIONS TO DETERMINE
                            POSSIBLE AFFECT OF CIVIL
                            PENALTY PROCEEDING, TREATMENT
                            OF NPA BY SDO, AND POSSIBLE
                            AFFECT OF DEBARMENT ON NEW
                            ENTITIES.

```
FIELDWOOD ENERGY LLC                                  PAGE  39
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/27/21 GAR | B160 | A107 | CORRESPOND WITH C. CARLSON AND H. JAMES, WEIL CO-COUNSEL, REGARDING STATUS AND HOLD UP ON CERTIFICATE OF NO OBJECTION FOR JONES WALKER'S FIRST INTERIM FEE APPLICATION. | .10 | 34.00 |
| 04/27/21 GAR | B160 | A104 | REVIEW DOCKET TO VERIFY WHETHER CERTIFICATE OF NO OBJECTION FOR JONES WALKER'S FIRST INTERIM FEE APPLICATION HAS BEEN FILED TO DETERMINE NEED TO FOLLOW UP WITH WEIL CO-COUNSEL. | .20 | 68.00 |
| 04/27/21 GAR | B160 | A103 | CONTINUE DRAFTING SECOND INTERIM FEE APPLICATION OF JONES WALKER. | .50 | 170.00 |
| 04/27/21 BCO | B310 | A104 | CORRESPOND WITH VENDOR REGARDING OBTAINING OVERSIZE COPIES OF MAPS (PART OF APPENDIX) FOR ATTORNEY TO REVIEW (.3); ENSURE DELIVERY OF SAID COPIES TO HANDLING ATTORNEY AS REQUESTED (.2). | .50 | 87.50 |
| 04/27/21 BCO | B310 | A104 | CORRESPOND WITH VENDOR REGARDING OBTAINING OVERSIZE COPIES OF MAPS (PART OF APPENDIX) FOR ATTORNEY TO REVIEW AS REQUESTED. | .30 | 52.50 |
| 04/28/21 JAH | B190 | A104 | ENI ISSUES -- CONFERENCE WITH J. NOE REGARDING RESOLVING ISSUES RE RECENTLY INACTIVE LEASES. | .50 | 350.00 |
| 04/28/21 JAH | B190 | A104 | PARTICIPATE IN LEGAL WORKING GROUP CALL, INCLUDING PREPARTION FOR SAME. | 1.50 | 1,050.00 |
| 04/28/21 JAH | B190 | A104 | CORRESPOND WITH DEBARMENT TEAM REGARDING PRESENTATIONS TO EPA. | .80 | 560.00 |
| 04/28/21 JAH | B190 | A104 | ATLANTIC LIENS -- CALL WITH ATLANTIC COUNSEL. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   40
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00


04/28/21 JAH   B190  A104   ATLANTIC LIENS -- CALL WITH      .40       280.00
                            WEIL TEAM REGARDING
                            ORGANIZATION OF
                            RESPONSIBILITIES FOR MSJ.

04/28/21 JAH   B190  A104   ATLANTIC LIENS -- REVISE PLAN   1.90     1,330.00
                            REVISIONS TO INCLUDE MARITIME
                            AND OCSLA-BASED ARGUMENTS.

04/28/21 JAH   B190  A104   ATLANTIC LIENS -- COMMUNICATE    .40       280.00
                            WITH JW TEAM REGARDING
                            ALLOCATION OF BRIEFING
                            RESPONSIBILITY.

04/28/21 JAH   B190  A104   BSEE INCS -- CALL WITH R.         .60       420.00
                            SERGESKETTER REGARDING
                            STRATEGY FOR RESPONDING TO
                            AGGRESSIVE BSEE INCS POLICIES.

04/28/21 JAH   B190  A104   BSEE INCS -- REVIEW INCS          .90       630.00
                            (.6); PLAN LEGAL STRATEGY
                            (.3).

04/28/21 JN    B180  A102   RESEARCH TIMING OF LIABILITY      .90       630.00
                            ACCRUAL AND DECOMMISSIONING
                            FOLLOWING CONFERENCE CALL
                            WITH INTERIOR LAWYERS AND ENI.

04/28/21 JN    B180  A109   CONFERENCE CALL WITH LEGAL      1.20       840.00
                            WORKING GROUP CONSISTING OF
                            LAWYERS FROM DEPARTMENT OF
                            JUSTICE AND DEPARTMENT OF
                            INTERIOR TO DISCUSS
                            REGULATORY STATUS.

04/28/21 JN    B180  A102   RESEARCH REGULATIONS AND         .90       630.00
                            STANDARDS FOR FEDERAL
                            DEBARMENT.

04/28/21 JN    B180  A102   RESEARCH MARITIME LAW          1.50     1,050.00
                            PREEMPTION OF STATE LAW
                            REGARDING ATLANTIC MARITIME'S
                            CLAIMS.

04/28/21 JN    B180  A103   REVISE PRESENTATION MATERIALS  2.70     1,890.00
                            FOR MEETING WITH DEBARMENT
                            COUNSEL.
```

```
FIELDWOOD ENERGY LLC                                        PAGE   41
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/28/21 PFH | B110 | A106 | DRAFT SLIDES FOR EPA PRESENTATION (.6); E MAIL INFORMATION BACK AND FORTH WITH R. SERGESKETTER AND J. NOE REGARDING SAME (.1). | .70 | 437.50 |
| 04/28/21 PFH | B110 | A104 | REVIEW FEDERAL DEBARMENT RULES 180.800 ET SEQ FOR USE IN PRESENTATION/SLIDES AND RECORD FOR EPA (.6); CORRESPOND WITH R. SERGESKETTER REGARDING THOUGHTS ON USE OF RULES IN PRESENTATION (.2). | .80 | 500.00 |
| 04/28/21 RDB | B210 | A104 | REVIEW LEGISLATIVE HISTORY TO 1978 AMENDMENTS TO OCSLA TO ADDRESS LEGAL ARGUMENTS RELATED TO ADJACENT STATE AND SEAWARD LINES OF DEMARCATION BETWEEN STATE WATERS AND FEDERAL WATERS. | 1.30 | 734.50 |
| 04/28/21 RDB | B210 | A104 | REVIEW CASE LAW RELATED TO MARITIME CONTRACT ISSUES AND VESSEL STATUS OF ROWAN RESOLUTE AND RELATED TO DRILLING ACTIVITIES IN ADDITION TO MARITIME JURISDICTION. | 1.00 | 565.00 |
| 04/28/21 SYD | B190 | A104 | CONTINUE WORKING ON ATLANTIC ARGUMENTS, INCLUDING ADDITIONAL RESEARCH TO SUPPORT THOSE ARGUMENTS (2.8); DISCUSS SCHEDULE FOR COMPLETING DRAFT WITH J. HUNTER AND WEIL ATTORNEYS (.3). | 3.10 | 1,426.00 |
| 04/28/21 SYD | B190 | A104 | REVIEW RESEARCH REGARDING DEBARMENT PROCEDURE, INCLUDING ADDITIONAL RESEARCH FOR SAME (.8); DRAFT OUTLINE REGARDING PROCEDURE AND NECESSARY SHOWING IN RESPONSE TO DEBARMENT NOTICE (.9). | 1.70 | 782.00 |

FIELDWOOD ENERGY LLC                                        PAGE   42
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00

04/28/21 GAR   B160  A103   CONTINUE DRAFTING SECOND       5.80      1,972.00
                           INTERIM FEE APPLICATION OF
                           JONES WALKER, INCLUDING
                           COMPLETION OF ALL
                           ACCOMPANYING EXHIBITS
                           DETAILING EXTENSIVE
                           INFORMATION REQUIRED FOR SAME.

04/28/21 ELC   B420  A108   REVIEW CORRESPONDENCE FROM       .20        120.00
                           HOUSE OFFICE RE RE-SCHEDULING
                           OF MEETING (.1); DRAFT
                           INTERNAL CORRESPONDENCE
                           REGARDING NEW TIME FOR
                           MEETING (.1).

04/28/21 BCO   B310  A104   VERIFY INVOICE FROM VENDOR       .40         70.00
                           REGARDING OVERSIZE MAPS,
                           INCLUDING COMMUNICATION WITH
                           VENDOR TO REVISE INVOICE
                           PRIOR TO PROCESSING AS
                           REQUESTED BY HANDLING
                           ATTORNEY.

04/29/21 JAH   B190  A104   DEBARMENT -- REVIEW AND         1.50      1,050.00
                           COMMENT ON DRAFT PRESENTATION
                           TO EPA

04/29/21 JAH   B190  A104   ANALYZE COMPLIANCE DATES AND     .40        280.00
                           ISSUES ARISING FROM 2020
                           HURRICANE SEASON.

04/29/21 JN    B180  A109   CONFERENCE CALL WITH WEIL TO     .50        350.00
                           COORDINATE DRAFTING OF MOTION
                           FOR SUMMARY JUDGMENT.

04/29/21 JN    B180  A105   MEETING WITH P. HARDIN TO        .50        350.00
                           DISCUSS DEBARMENT
                           PRESENTATION.

04/29/21 JN    B180  A104   REVISE PRESENTATION MATERIALS   2.70      1,890.00
                           FOR MEETING WITH DEBARMENT
                           COUNSEL.

04/29/21 JN    B180  A102   RESEARCH STANDARDS AND          1.40        980.00
                           REGULATIONS ON DEBARMENT.

04/29/21 MWM   B190  A104   REVISE DEBARMENT DATA.          2.10      1,092.00

```
FIELDWOOD ENERGY LLC                                      PAGE   43
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 04/29/21 | PFH | B110 | A104 | WORK ON STRATEGY FOR SLIDES AND SLIDES FOR PRESENTATION TO DEBARMENT OFFICIAL. | 3.40 | 2,125.00 |
| 04/29/21 | PFH | B110 | A107 | CALL FROM M. CHESTER. | .10 | 62.50 |
| 04/29/21 | PFH | B110 | A106 | E MAIL TO R. SERGESKETRER WITH DRAFT SLIDES. | .10 | 62.50 |
| 04/29/21 | RDB | B210 | A102 | CORRESPOND WITH MS. CHOI AND K. SIMMONS, WEIL GOTSHAL, RELATED TO AMENDED ADVISORY COMPLAINT OF FIELDWOOD. | .30 | 169.50 |
| 04/29/21 | RDB | B210 | A102 | REVIEW AMENDED ADVERSARY COMPLAINT OF FIELDWOOD. | .30 | 169.50 |
| 04/29/21 | RDB | B210 | A102 | OUTLINE LEGAL ARGUMENTS RELATED TO MARITIME CONTRACT JURISDICTION AND MOTION FOR SUMMARY JUDGMENT OF FIELDWOOD. | 1.00 | 565.00 |
| 04/29/21 | RDB | B210 | A102 | RESEARCH RELATED TO PROFESSIONAL LAND SURVEYORS AND GEOGRAPHIC BOUNDARIES FOR MISSISSIPPI. | .50 | 282.50 |
| 04/29/21 | SYD | B190 | A104 | CONTINUE REVIEW OF DEBARMENT PROCEDURE (.7); DISCUSS SAME WITH J. HUNTER (.3); BEGAN REVIEW OF NOTICE RECEIVED FROM EPA AND ATTACHMENTS THERETO (1.4). | 2.40 | 1,104.00 |
| 04/29/21 | GAR | B160 | A103 | CONTINUE DRAFTING SECOND INTERIM FEE APPLICATION OF JONES WALKER, INCLUDING CALCULATING BREAKDOWN OF TIME BY ATTORNEY FOR EACH PROJECT CATEGORY TO ENSURE COMPLIANCE WITH LOCAL RULES AND U.S. TRUSTEE GUIDELINES. | 3.80 | 1,292.00 |
| 04/29/21 | TKW | B190 | A104 | ANALYZE CASES ADDRESSING WHETHER THE DEPARTMENT OF THE INTERIOR IS A NECESSARY OR INDISPENSABLE PARTY TO A CASE IN WHICH A THE RELIEF SOUGHT WOULD INVOLVE A TRANSFER OF AN OFFSHORE OR ONSHORE | 1.50 | 562.50 |

FIELDWOOD ENERGY LLC                                          PAGE   44
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00

|  |  |  |  | | |
|---|---|---|---|---|---|
| | | | FEDERAL OIL AND GAS LEASE, ON THE BASIS THAT INTERIOR'S APPROVAL OF ANY AND EVERY "TRANSFER" IS REQUIRED. | | |
| 04/30/21 | GSH | B410 | A102 | RESEARCH LOUISIANA LAW ON VESSEL OPERATIONS ON THE OCS. | .50 | 245.00 |
| 04/30/21 | GSH | B410 | A103 | DRAFT EMAIL REGARDING LOUISIANA LAW NOT EXTENDING TO VESSEL OPERATIONS WITH CASES ATTACHED. | .50 | 245.00 |
| 04/30/21 | JAH | B190 | A104 | ANALYZE DEBARMENT PROCEDURE AND EVIDENTIARY REQUIREMENTS. | .60 | 420.00 |
| 04/30/21 | JAH | B190 | A104 | CONFERENCE J. NOE AND P. HARDIN REGARDING STRATEGY FOR MAY 5 PRESENTATION. | .30 | 210.00 |
| 04/30/21 | JAH | B190 | A104 | DRAFT EMAIL FOR P. HARDIN TO SUBMIT TO EPA DEBARMENT COUNSEL REGARDING UPCOMING PRESENTATION. | .30 | 210.00 |
| 04/30/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH S. DICHARRY REGARDING REVISIONS TO INSERTS FOR MSJ. | .40 | 280.00 |
| 04/30/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH R. BERTRAM REGARDING MARITIME ARGUMENTS. | .20 | 140.00 |
| 04/30/21 | JAH | B190 | A104 | DEBARMENT -- CONFERENCE WITH P. HARDIN AND J. NOE REGARDING STRATEGY AND NEED FOR REGULATORY CLARIFICATION FROM EPA. | .40 | 280.00 |
| 04/30/21 | JAH | B190 | A104 | DRAFT EMAIL FOR P. HARDIN TO SUBMIT TO EPA REGARDING REGULATORY CLARIFICATION. | .30 | 210.00 |
| 04/30/21 | JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH WEIL AND FIELDWOOD REGARDING ENI TERM SHEET. | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  45
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/30/21 JN | B180 | A104 | REVIEW VARIOUS HS&E POLICIES AND PROCEDURES IN PREPARATION FOR DRAFTING DEBARMENT EVIDENTIARY DOCUMENTS. | 1.30 | 910.00 |
| 04/30/21 JN | B180 | A103 | REVISE DRAFT SLIDES FOR MEETING WITH EPA AND INTERIOR DEBARMENT COUNSEL. | 2.30 | 1,610.00 |
| 04/30/21 JN | B180 | A102 | RESEARCH REGULATORY REQUIREMENTS FOR EVIDENTIAL PLEADING IN "SHOW CAUSE" REVIEW ON DEBARMENT. | .80 | 560.00 |
| 04/30/21 JN | B180 | A104 | REVIEW REVISED TERM SHEET WITH ENI ON ABANDONED PROPERTIES. | .30 | 210.00 |
| 04/30/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL REGARDING ORPHANED ASSETS AND PROVIDING PREDECESSOR LIST OF ORPHANED ASSETS/WELLS. | .30 | 210.00 |
| 04/30/21 PFH | B110 | A104 | E MAILS AND CALL WITH J. HUNTER AND J. NOE REGARDING ANALYSIS OF STATUS OF TYPE OF DEBARMENT AT ISSUE (A PROPOSED NOTICE VERSUS A NOTICE AND WHAT IT MEANS IN TERMS OF WHAT MUST BE PRESENTED AND WHEN). | .50 | 312.50 |
| 04/30/21 PFH | B110 | A104 | WORK ON SLIDES FOR PRESENTATION TO EPA DEBARMENT (1.5); REVIEWED SEVERAL ITERATIONS OF DRAFT SLIDES (1.2). | 2.70 | 1,687.50 |
| 04/30/21 PFH | B110 | A106 | E MAIL TO R. SERGESKETTER WITH DRAFT E MAIL TO MR. NGUYEN REGARDING PROCESS APPROVAL. | .10 | 62.50 |
| 04/30/21 PFH | B110 | A107 | E MAIL TO MR. NGUYEN, MS. LIN, AND MR. STOCKER REGARDING PROCESS QUESTIONS. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  46
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 04/30/21 | SYD | B190 | A104 | CONTINUE WORKING ON ARGUMENTS FOR ATLANTIC MSJ (.7); DISCUSS SAME WITH J. HUNTER (.5). | 1.20 | 552.00 |

04/30/21 SYD   B190  A104  CONTINUE WORKING ON ARGUMENTS     1.20        552.00
                           FOR ATLANTIC MSJ (.7);
                           DISCUSS SAME WITH J. HUNTER
                           (.5).

04/30/21 EMH   B420  A102  REVIEW SHOW CAUSE NOTICE          1.60        560.00
                           (.4); CONDUCT RESEARCH
                           CONCERNING PROCEDURAL STAGE
                           PRIOR TO SDO ISSUANCE OF
                           NOTICE OF DEBARMENT (1.2).

04/30/21 EMH   B420  A102  REVIEW REPORTS FROM               1.40        490.00
                           INTER-AGENCY S&D COMMITTEE
                           AND VARIOUS ARTICLES
                           REGARDING USE OF SHOW CAUSE
                           NOTICES IN CONNECTION WITH
                           DEBARMENT.

04/30/21 GAR   B160  A103  CONTINUE DRAFTING SECOND          6.70      2,278.00
                           INTERIM FEE APPLICATION OF
                           JONES WALKER, INCLUDING
                           CALCULATING BREAKDOWN OF TIME
                           BY ATTORNEY FOR EACH PROJECT
                           CATEGORY TO ENSURE COMPLIANCE
                           WITH LOCAL RULES AND U.S.
                           TRUSTEE GUIDELINES.

04/30/21 TKW   B190  A104  ANALYZE AND SUMMARIZE CASES       5.00      1,875.00
                           ADDRESSING WHETHER THE
                           DEPARTMENT OF THE INTERIOR IS
                           A NECESSARY OR INDISPENSABLE
                           PARTY TO A CASE IN WHICH A
                           THE RELIEF SOUGHT WOULD
                           INVOLVE A TRANSFER OF AN
                           OFFSHORE OR ONSHORE FEDERAL
                           OIL AND GAS LEASE, ON THE
                           BASIS THAT INTERIOR'S
                           APPROVAL OF ANY AND EVERY
                           "TRANSFER" IS REQUIRED.

                                                         --------    -----------
                               TOTALS                      435.20    $256,711.00
                                                         ========    ===========

```
FIELDWOOD ENERGY LLC                                         PAGE   47
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| TASK CODE SUMMARY | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES |
| | .00 | .00 | 438.30 | 244,356.00 |
| AXXX      BAD CODE - ACCOUNTING U | .00 | .00 | .00 | .00 |
|    TOTAL | .00 | .00 | 438.30 | 244,356.00 |
| **ADMINISTRATION** | | | | |
| B110      CASE ADMINISTRATION | 36.90 | 22,702.50 | 511.60 | 296,181.50 |
| B120      ASSET ANALYSIS/RECOVERY | .00 | .00 | 14.10 | 7,866.00 |
| B130      ASSET DISPOSITION | .00 | .00 | 3.20 | 1,920.00 |
| B140      RELIEF FROM STAY/PROTEC | .00 | .00 | 10.80 | 5,674.50 |
| B160      FEE/EMPLMT APPLICATIONS | 33.30 | 11,322.00 | 543.50 | 115,612.00 |
| B180      AVOIDANCE ACTION ANALYS | 134.70 | 94,290.00 | 755.90 | 509,885.00 |
| B190      OTHER CONTESTED MATTERS | 158.40 | 91,825.50 | 788.10 | 456,131.00 |
|    TOTAL ADMINISTRATION | 363.30 | 220,140.00 | 2,627.20 | 1,393,270.00 |
| **OPERATIONS** | | | | |
| B210      BUSINESS OPERATIONS | 48.00 | 27,120.00 | 197.60 | 101,953.50 |
| B230      FINANCING/CASH COLLECTI | 2.20 | 1,276.00 | 31.80 | 17,695.00 |
| B240      TAX ISSUES | .00 | .00 | 10.80 | 4,750.00 |
| B250      REAL ESTATE | .00 | .00 | 5.50 | 1,676.50 |
| B260      BOARD OF DIRECTORS MATT | 1.00 | 700.00 | 1.30 | 898.00 |
|    TOTAL OPERATIONS | 51.20 | 29,096.00 | 247.00 | 126,973.00 |
| **CLAIMS AND PLAN** | | | | |
| B310      CLAIMS/ADMN/OBJECTIONS | 1.20 | 210.00 | 3.40 | 1,299.50 |
| B320      PLAN DISCLOSURE STMT | .00 | .00 | 2.40 | 1,440.00 |
|    TOTAL CLAIMS AND PLAN | 1.20 | 210.00 | 5.80 | 2,739.50 |
| **BANKRUPTCY-RELATED ADVICE** | | | | |
| B410      GENERAL BANKRUPTCY ADVI | 1.00 | 490.00 | 91.40 | 42,606.50 |
| B420      RESTRUCTURING | 18.50 | 6,775.00 | 77.80 | 39,154.00 |
|    TOTAL BANKRUPTCY-RELATED ADVI | 19.50 | 7,265.00 | 169.20 | 81,760.50 |
|     TOTALS | 435.20 | 256,711.00 | 3,487.50 | 1,849,099.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   48
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00
```

| ATTORNEY SUMMARY | RATE | ----------THIS BILL----------  HOURS | FEES | --CUMULATIVE TOTALS--- HOURS | FEES |
|---|---|---|---|---|---|
| AMY G. SCAFIDEL | .00 | .00 | .00 | 2.40 | 1,248.00 |
| C. ELLIS BRAZEAL, III | .00 | .00 | .00 | 1.40 | 679.00 |
| CHAD J. HAMMONS | .00 | .00 | .00 | 2.50 | 950.00 |
| CINDY M. MULLER | .00 | .00 | .00 | 24.30 | 12,028.50 |
| DOUGLAS C. LONGMAN | .00 | .00 | .00 | 3.50 | 1,050.00 |
| DAVID M. HUNTER, D. | 580.00 | 2.20 | 1,276.00 | 29.40 | 16,447.00 |
| F. RIVERS LELONG | .00 | .00 | .00 | .60 | 321.00 |
| GRADY S HURLEY | 490.00 | 1.00 | 490.00 | 1.00 | 490.00 |
| JONATHAN A. HUNTER, J. | 700.00 | 83.70 | 58,590.00 | 548.20 | 367,255.00 |
| JOSHUA A. NORRIS, J. | 650.00 | 7.10 | 4,615.00 | 52.00 | 33,800.00 |
| JOHN F. FLETCHER | .00 | .00 | .00 | 1.40 | 791.00 |
| JAMES NOE | 700.00 | 135.70 | 94,990.00 | 922.30 | 614,357.50 |
| KRISTINA M. JOHNSON, K. | 500.00 | .40 | 200.00 | 81.50 | 37,685.00 |
| MARK A. CUNNINGHAM | .00 | .00 | .00 | .30 | 198.00 |
| MARC C. HEBERT, M. | .00 | .00 | .00 | 2.30 | 1,610.00 |
| MARK T. DAVIS, M. | .00 | .00 | .00 | 2.30 | 908.50 |
| MICHAEL W. MAGNER | 520.00 | 8.20 | 4,264.00 | 99.60 | 50,786.00 |
| PAULINE F. HARDIN, P. | 625.00 | 26.90 | 16,812.50 | 307.20 | 192,000.00 |
| PAUL O. WOODALL | .00 | .00 | .00 | 8.00 | 3,280.00 |
| ROBERT B. BIECK JR. | .00 | .00 | .00 | 6.60 | 3,894.00 |
| R. CHRISTIAN JOHNSEN | .00 | .00 | .00 | .40 | 250.00 |
| RICHARD D. BERTRAM | 565.00 | 48.00 | 27,120.00 | 167.30 | 94,524.50 |
| R PATRICK VANCE | .00 | .00 | .00 | 15.80 | 8,925.00 |
| R. SCOTT JENKINS | .00 | .00 | .00 | .80 | 436.00 |
| BRETT S. VENN | .00 | .00 | .00 | 2.70 | 1,377.00 |
| JOSEPH E. BAIN | 600.00 | .40 | 240.00 | 48.80 | 29,280.00 |
| MARK A. MINTZ | .00 | .00 | .00 | .40 | 160.00 |
| SARAH Y. DICHARRY | 460.00 | 46.40 | 21,344.00 | 285.80 | 131,468.00 |
| CAROLINE V. MCCAFFREY | .00 | .00 | .00 | 37.00 | 9,698.00 |
| DANIEL J. BALDWIN | .00 | .00 | .00 | 68.60 | 30,870.00 |
| ELISE M. HENRY, E. | 350.00 | 17.30 | 6,055.00 | 17.30 | 6,055.00 |
| GABRIELLE A. RAMIREZ | 340.00 | 33.30 | 11,322.00 | 149.20 | 48,610.50 |
| JORDAN B. RETIF | .00 | .00 | .00 | 15.00 | 5,250.00 |
| MADISON M. TUCKER | .00 | .00 | .00 | 1.00 | 275.00 |
| PATRICK J. FACKRELL | .00 | .00 | .00 | 1.90 | 598.50 |
| TAYLOR K. WIMBERLY | 375.00 | 19.70 | 7,387.50 | 126.60 | 47,475.00 |
| ELIZABETH L. CRADDOCK | 600.00 | 1.20 | 720.00 | 19.50 | 11,700.00 |
| ROBERT G. KENEDY | .00 | .00 | .00 | 52.90 | 29,557.50 |
| STANLEY A. MILLAN | 430.00 | 2.50 | 1,075.00 | 8.80 | 3,721.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | .20 | 40.00 |
| B. CECILIA ORTIZ | 175.00 | 1.20 | 210.00 | 1.20 | 210.00 |
| B. KARAN PAYNE | .00 | .00 | .00 | 3.20 | 768.00 |
| DANIEL J. VOGEL | .00 | .00 | .00 | .20 | 40.00 |
| GEORGETTE M. SHAHIEN | .00 | .00 | .00 | 10.80 | 2,219.50 |
| KILBY M. BRABSTON | .00 | .00 | .00 | 4.40 | 814.00 |
| MELLAINE B. SALINAS | .00 | .00 | .00 | 27.40 | 5,498.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   49
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00

   TARA C. GORUMBA              .00      .00       .00    108.30     13,537.50
   WINTER RANDALL               .00      .00       .00    215.20     25,962.50
                                     --------  -----------  --------  -----------
                   TOTALS          435.20   256,711.00  3,487.50  1,849,099.00
                                     ========  ===========  ========  ===========
```

```
FIELDWOOD ENERGY LLC                                        PAGE   50
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00




COSTS INCURRED:


04/14/21  COURT RECORD FEES /PACER MARCH 2021              13.40
04/14/21  LEXIS LEGAL RESEARCH - DICHARRY,SARAH            81.15
04/14/21  LEXIS LEGAL RESEARCH - HUNTER,JONATHAN           38.85
04/14/21  LEXIS LEGAL RESEARCH - NOE,JAMES                171.30
04/24/21  LEXIS LEGAL RESEARCH - DICHARRY, SARAH          364.35
04/24/21  LEXIS LEGAL RESEARCH - HUNTER, JONATHAN          59.40
04/24/21  LEXIS LEGAL RESEARCH - NOE, JAMES               280.80
04/24/21  LEXIS LEGAL RESEARCH - WIMBERLY, TAYLOR         156.45
04/29/21  LEXIS LEGAL RESEARCH - DICHARRY, SARAH          327.75
04/29/21  LEXIS LEGAL RESEARCH - WIMBERLY, TAYLOR          44.55
03/17/21  LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION   15.00
          ORIGINATED BY JAMES W. NOE
03/31/21  LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION   20.09
          ORIGINATED BY JAMES W. NOE

                        TOTAL COSTS:            $1,573.09

                COST SUMMARY

    E105   LONG DISTANCE                       35.09
    E106   COMPUTER LEGAL RESEARCH          1,524.60
    E112   COURT FEES                          13.40
                                          --------------
           TOTAL DISBURSEMENTS            $1,573.09


                        TOTAL FEES AND COSTS:    $258,284.09
```

```
FIELDWOOD ENERGY LLC                                        PAGE   51
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



          * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                  $256,711.00

                    TOTAL COSTS:                   $1,573.09

                    LESS CREDITS:                      $0.00
                                                 ------------
             TOTAL CURRENT FEES AND COSTS DUE    $258,284.09

BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.        BALANCE
 03/23/21        1068326        $139232.60
 04/19/21        1071296        $250176.57


             TOTAL PRIOR INVOICES DUE:           $389,409.17
                                                 -----------


             TOTAL AMOUNT DUE:                   $647,693.26
                                                 ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                        JONES WALKER LLP
                 201 St. Charles Ave. - 50th Floor
                 New Orleans, Louisiana 70170-5100
```

FIELDWOOD ENERGY LLC                                              PAGE   52
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                        Iberia Bank
                        New Orleans, Louisiana
                        ABA Number:  265270413
                        Account Number:  20000247731
                        Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

```
FIELDWOOD ENERGY LLC                                          PAGE   53
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT JAMES NOE
IN DC CAPITOL         OR OUR CREDIT MANAGER AT (504)582-8220.
                          ATLANTA, GA (404)870-7500
                        BATON ROUGE, LA (225)248-2000
                        BIRMINGHAM, AL (205)244-5200
                          HOUSTON, TX (713)437-1800
                          JACKSON, MS (601)949-4900
                        LAFAYETTE, LA (337)593-7600
                           MIAMI, FL (305)679-5700
                          MOBILE, AL (251)432-1414
                        NEW ORLEANS, LA (504)582-8000
                          NEW YORK, NY (646)512-8101
                          PHOENIX, AZ (602)366-7889
                        TALLAHASSEE, FL (850)425-7800
                WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                 WASHINGTON, DC (DOWNTOWN) (202)434-4660
                    THE WOODLANDS, TX (281)296-4400



     ****************************************************************
```

```
FIELDWOOD ENERGY LLC                                          PAGE   54
MAY 13, 2021
INVOICE NO.: 1074503
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



BILLING ATTY:      JAMES NOE
SUPERVISING ATTY:  JAMES NOE



          * * *   A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                    $256,711.00

                    TOTAL COSTS:                     $1,573.09

                    LESS CREDITS:                        $0.00
                                                   -------------
              TOTAL CURRENT FEES AND COSTS DUE     $258,284.09

BALANCE DUE ON PRIOR INVOICES:

     DATE        INVOICE NO.       BALANCE
  03/23/21        1068326        $139232.60
  04/19/21        1071296        $250176.57


                    TOTAL PRIOR INVOICES DUE:      $389,409.17
                                                   -----------


                 TOTAL AMOUNT DUE:                 $647,693.26
                                                   ==========
```