IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| FIELDWOOD ENERGY LLC. et al., | § | CASE No. 20-33948 (MI) |
| | § | (Jointly Administered) |
| Debtors. | § | |

**PLAINS GAS SOLUTIONS, LLC'S NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO DEBTORS' PROPOSED ASSUMPTION OF CONTRACTS ABSENT PAYMENT OF THE CORRECT CURE AMOUNT**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Plains Gas Solutions, LLC (referred to herein as "PGS") hereby withdraws its notice of limited objection to Debtors' notice of assumption of executory contracts, as set forth in the Schedule of Assumed Contracts, filed June 8, 2021, at docket entry 1523.

Respectfully submitted,

/s/Patricia Williams Prewitt
Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
Texas State Bar No. 21566370
pwp@pattiprewittlaw.com
2456 FM 112.
Taylor, Texas
Telephone:  (512) 352-6760
Facsimile:  (713) 583-2833

Counsel for Plains Gas Solutions, LLC

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Objection was served by electronic mail on the 26th day of July 2021.