IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al.[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | |
| | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE THAT** that the undersigned Walker Wilcox Matousek LLP hereby enters its appearance on behalf of Mark Howard Gillespie, Michael Howard Clark, John A. Sansbury, Jr., Edward C. Stengel, Jeffrey W. Faw, and George Canjar. It is requested that all notices which are given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned, at the address listed below and further requests to be added to any Master Service List maintained in this case:

Charles B. Walther
WALKER WILCOX MATOUSEK LLP
1001 McKinney, Suite 2000
Houston, Texas 77002
Telephone: (713) 654-8001
Facsimile: (713) 343-6571
E-mail: bwalther@walkerwilcox.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure but also includes, without limitation, notice of any orders, plans, disclosure statements, applications, complaints,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

demands, hearings, motions, petitions, settlements, pleadings or requests, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that this Request for Service of Papers shall not be deemed or construed as a: (a) waiver of the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (b) waiver of a right to trial by jury in any proceeding so eligible in this case or in any case, controversy or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs or recoupments which any of the foregoing creditors and parties-in-interest has or may hereafter obtain, in law or in equity, all of which each expressly reserves. This Request for Service of Paper is not and shall not be construed to be, a consent pursuant to 28 U.S.C. § 157(c)(2).

Respectfully submitted this 26th day of July, 2021.

      **WALKER WILCOX MATOUSEK LLP**

      By: */s/ Charles B. Walther*
          Charles B. Walther
          Texas State Bar No. 24005125
          1001 McKinney, Suite 2000
          Houston, Texas 77002
          Telephone: (713) 343-6556
          Facsimile: (713) 343-6571
          bwalther@walkerwilcox.com

          **COUNSEL FOR MARK HOWARD GILLESPIE, MICHAEL HOWARD CLARK, JOHN A. SANSBURY, JR., EDWARD C. STENGEL, JEFFREY W. FAW, AND GEORGE CANJAR**

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, a true and correct copy of the foregoing pleading was served electronically on all parties registered for service through the Court's ECF system.

                                              */s/ Charles B. Walther*
                                              Charles B. Walther