**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**ORDER GRANTING MOTION TO WITHDRAW**

Upon considering the *Motion to Withdraw as Counsel of Record and Request for Withdrawal from the Court's CM/ECF Notices of Filing for this Action* (the "Motion"), this Court hereby grants the Motion and orders that Emma L. Persson is hereby withdrawn as attorney of record for Shell Offshore, Inc. ("Shell Offshore"), Shell Oil Company ("Shell Oil"), Shell GOM Pipeline Company, LLC ("Shell GOM") and Shell Pipeline, LLC ("Shell Pipeline") (collectively, "Shell"), creditors and parties-in-interest in the above-captioned bankruptcy case.

**IT IS THEREFORE ORDERED** that Emma L. Persson is withdrawn as attorney of record for Shell in the above-captioned bankruptcy case.

Dated: _____, 2021
Houston, Texas

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1