IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket Nos. 293 & 413 |

### NOTICE OF REVISIONS TO LIST OF <u>ORDINARY COURSE PROFESSIONALS</u>

**PLEASE TAKE NOTICE THAT** on September 3, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 293) (the "**OCP Motion**").

**PLEASE TAKE FURTHER NOTICE THAT** on October 6, 2020, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 413) (the "**OCP Order**"),[2] authorizing the Debtors to employ Ordinary Course Professionals in accordance with the procedures set forth in the OCP Order.

**PLEASE TAKE FURTHER NOTICE THAT** annexed to the OCP Order as Exhibit 1 and Exhibit 2 are nonexclusive lists of Ordinary Course Professionals (the "**Initial OCP Lists**").

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to paragraph 1(v) of the OCP Order, the Debtors are authorized to retain additional Ordinary Course Professionals; provided that each additional Ordinary Course Professional files an OCP Declaration with the Court and, subject to the objection procedure described in the OCP Order, the approved retention of the Ordinary Course Professional will be effective as of the date requested in any supplemental list of Ordinary Course Professionals or the expiration of the Objection Deadline applicable for each Ordinary Course Professional, whichever is earlier.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such terms in the OCP Order.

1

**PLEASE TAKE FURTHER NOTICE THAT** the following Ordinary Course Professionals have been added to the Initial OCP Lists as Tier 2 Ordinary Course Professionals:

| Name | Address | General Description |
|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz PC | 201 St. Charles Ave Suite 3600 New Orleans, LA 70170 | Legal |
| Keller and Heckman LLP | 1001 G Street, N.W. Suite 500 West Washington, D.C. 20001 | Legal |

**PLEASE TAKE FURTHER NOTICE THAT** the proposed effective date of Baker Donelson Bearman Caldwell & Berkowitz PC's retention as an Ordinary Course Professional is January 14, 2021.

**PLEASE TAKE FURTHER NOTICE THAT** the proposed effective date of Keller and Heckman LLP's retention as an Ordinary Course Professional is July 27, 2021.

**PLEASE TAKE FURTHER NOTICE THAT**, attached hereto as **Exhibit 1** and **Exhibit 2** are updated lists reflecting the Debtors' Ordinary Course Professionals.

Dated:  July 27, 2021
　　　　Houston, Texas

Respectfully submitted,

　/s/ Jessica Liou
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com


-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
　　　　　Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that on July 27, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                          */s/ Jessica Liou*
                                                                          Jessica Liou

**Exhibit 1**

**Tier 1 Ordinary Course Professionals**

| Name | Address | General Description |
|---|---|---|
| Ernst & Young LLP | 1401 McKinney Street<br>Suite 2400<br>Houston, TX 77010 | Accounting and Auditing |
| Simpson Thacher & Bartlett LLP | 425 Lexington Ave<br>New York, NY 10017 | Legal |
| Thompson & Knight LLP[1] | 811 Main Street<br>Suite 2500<br>Houston, TX 77002 | Legal |

---

[1] Thompson & Knight LLP has been re-designated as a Tier 1 Ordinary Course Professional with the consent of the Creditors' Committee, the U.S. Trustee, and the Ad Hoc Group of Secured Lenders, in accordance with paragraph 1.(viii) of the OCP Order.

**Exhibit 2**

**Tier 2 Ordinary Course Professionals**

| Name | Address | General Description |
|---|---|---|
| Adams and Reese LLP | Dept 5208<br>PO Box 2153<br>Birmingham, AL 35287-5208 | Legal |
| Baker Donelson Bearman Caldwell & Berkowitz PC | 201 St. Charles Ave<br>Suite 3600<br>New Orleans, LA 70170 | Legal |
| Beck Redden LLP | 1221 McKinney Street<br>Suite 4500<br>Houston, TX 77010 | Legal |
| Blank Rome LLP | 1825 Eye Street NW<br>Washington, DC 20006-5403 | Legal |
| BRI Consulting Group, Inc. | 1616 S. Voss Road<br>Suite 845<br>Houston, TX 77057 | Accounting and Auditing |
| Buck Keenan LP | 2229 San Felipe Street<br>Suite 1000<br>Houston, TX 77019 | Legal |
| Capitelli & Wicker | 1100 Poydras Street<br>New Orleans, LA 70163 | Legal |
| Capitol Services | 206 E 9th Street<br>Suite 1300<br>Austin, TX 78701 | Legal |
| Chaffe McCall LLP | 801 Travis Street<br>Suite 1910<br>Houston, TX 77002 | Legal |
| Corbett & Schreck, PC | P.O.Box 832<br>Manvel, TX 77578-0832 | Legal |
| Ernst & Young Product Sales LLC | 950 Main Avenue<br>Suite 1800<br>Cleveland, OH 44113 | Accounting and Auditing |
| Floom Energy Law PLLC | 1408 N Fillmore Street<br>Suite 7<br>Arlington, VA 22201 | Legal |
| Gieger Laborde & Laperouse LLC | 701 Poydras Street Suite 4800<br>New Orleans, LA 70139 | Legal |
| Hartline Barger LLP | 8750 North Central Expressway<br>Suite 1600<br>Dallas, TX 75231 | Legal |
| Holman Fenwick Willan USA LLP | 5151 San Felipe Suite<br>Suite 400<br>Houston, TX 77056 | Legal |
| Jackson Lewis PC | 1133 Westchester Avenue<br>Suite S125<br>West Harrison, NY 10604 | Legal |
| John & Hengerer | 1730 Rhode Island Avenue, N.W.<br>Suite 600<br>Washington, TX 20036-3116 | Legal |
| Keller and Heckman LLP | 1001 G Street, N.W.<br>Suite 500 West<br>Washington, D.C. 20001 | Legal |
| Kilmer Crosby & Quadros PLLC | 712 Main Street<br>Suite 1100<br>Houston, TX 77002 | Legal |

| Name | Address | General Description |
|---|---|---|
| King & Jurgens LLC | 201 St Charles Avenue<br>45th Floor<br>New Orleans, LA 70170 | Legal |
| Law Office Of Kevin M Sweeney | 1625 K. Street NW<br>Suite 1100<br>Washington, DC 20006 | Legal |
| Liskow & Lewis | 701 Poydras St.<br>Suite 5000<br>New Orleans, LA 70139 | Legal |
| Loyens & Loeff | Fred. Roeskestraat 100<br>ED Amsterdam 1076<br>Netherlands | Legal |
| Mayer Brown, LLP | 71 South Wacker Dr<br>Floor 33<br>Chicago, IL 60606 | Legal |
| Miller & Chevalier Chartered | 900 16th Street NW<br>Washington, DC 20006 | Legal |
| Opportune LLP | 711 Louisiana Street<br>Suite 3100<br>Houston, TX 77002 | Accounting and Auditing |
| Post & Schell PC | 1600 John F Kennedy Blvd<br>Philadelphia, PA 19103 | Legal |
| PriceWaterhouseCoopers LLP | 3109 W Dr MLK Jr Blvd<br>Tampa, FL 33607 | Accounting and Auditing |
| Ryder Scott Company LP | 1100 Louisiana Street<br>Suite 4600<br>Houston, TX 77002 | Accounting and Auditing |
| Schiffer Odom Hicks & Johnson PLLC | 700 Louisiana Street<br>Suite 2650<br>Houston, TX 77002 | Legal |
| Skinner Law Firm LLC | 600 Jefferson Street<br>Suite 810<br>Lafayette, LA 70505 | Legal |
| Stancil Property Tax, LLC[1] | 400 E. Las Colinas Blvd<br>Suite 700<br>Irving, TX 75039 | Accounting |
| Susman Godfrey LLP | 1000 Louisiana Street<br>Suite 5100<br>Houston, TX 77002-5096 | Legal |
| Thompson Coburn LLP | One US Bank Plaza<br>St. Louis, MO 63101 | Legal |
| Willis Towers Watson US LLC | 800 N. Glebe Road<br>Suite 1000<br>Arlington, VA 22203-2150 | Compensation Consulting |

---

[1] The Initial OCP Lists filed with the OCP Order identified Stancil & Co. as an Ordinary Course Professional. The above list has been updated to reflect the name of the professional retained pursuant to the OCP Declaration filed at Docket No. 482.