## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | Re: Docket No. 413 |
| | § | |

## DECLARATION AND DISCLOSURE STATEMENT OF MATTHEW S. CHESTER, BEHALF OF BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

I, Matthew S. Chester, hereby declare, pursuant to section 1746 of title 28 of the United States Code:

1.       I am a shareholder of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, located at 201 St. Charles Avenue, Suite 3600, New Orleans, Louisiana 70170 (the "**Firm**").

2.       Brandon C. Wall has requested that the Firm represent him in connection with a criminal matter that arose out of incidents that occurred during Mr. Wall's employment by the Debtors (the "**Services**").  The Firm has consented to provide such Services, and the Debtors have agreed to pay for such Services.  Although the Firm will be paid for its Services by one or more of the Debtors, the Firm will be employed to represent the interests of Mr. Wall.  The Debtors have determined, in their business judgment, that the payment of the fees by one or more of the Debtors is appropriate.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494), Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing, LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77402.

3.      The Firm has performed services in the past and will continue to perform services in the future, in matters both related and unrelated to these chapter 11 cases, for persons that are parties in interest in these chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties-in-interest in these chapter 11 cases. The Firm currently represents a number of creditors in these chapter 11 cases as identified on **Exhibit A** attached hereto.  These creditors have been informed of the Firm's retention by Mr. Wall.  The Firm does not believe that the representation of Mr. Wall will create a conflict with the representation of the clients identified on Exhibit A.

4.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.      Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, with respect to the matters on which the Firm is to be retained except as disclosed herein.

6.      The Debtors do not owe the Firm any amounts for prepetition services.

7.      As of August 3, 2020, the date on which the Debtors commenced the above captioned chapter 11 cases, the Firm was not a party to an agreement with the Debtors that provides for the indemnification by the Debtors of the Firm in connection with the Services.

8.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discovery any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _2nd_ day of April, 2021.

By: _____

Matthew S. Chester

3

## **Exhibit A**

Samson / Samson Contour Energy E & P, LLC / Samson Offshore Mapleleaf, LLC

Fugro / Fugro USA Marine, Inc.

Candy Fleet Corporation