IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

### NOTICE OF WITHDRAWAL OF OBJECTION OF
### WALTER OIL & GAS CORPORATION TO DEBTORS' CURE NOTICE
**[Related to Docket Nos. 1395, 1456 & 1513]**

**PLEASE TAKE NOTICE** that, on June 6, 2021, Walter Oil & Gas Corporation ("Walter") filed its Objection to Debtors' *Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts* (Docket No. 1395) and *Notice of Filing of Amended Schedule of Assumed Contracts and Cure Amounts* (Docket No. 1456) (collectively, the "Cure Notice").

**PLEASE TAKE FURTHER NOTICE** that Debtors and Walter are engaging in good faith discussions to consensually resolve Walter's various objections to the Cure Notice, as set forth in Walter's Objection.

**PLEASE TAKE FURTHER NOTICE** that, based upon the aforementioned ongoing good faith discussions, Walter, through counsel, hereby withdraws its Objection at Docket No. 1513.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

295701v1

Dated: July 27, 2021.

        Respectfully Submitted,

        **LOOPER GOODWINE P.C.**

        */s/ Paul J. Goodwine*
        Paul J. Goodwine (La. Bar No. 23757)
        SDTX Federal ID No. 437800
        Lindsey M. Johnson (La. Bar No. 34610)
        SDTX Federal ID No. 2127344
        650 Poydras Street, Suite 2400
        New Orleans, Louisiana 70130
        Telephone: (504) 503-1500
        Facsimile:  (504) 503-1501
        Email: pgoodwine@loopergoodwine.com
        Email: ljohnson@loopergoodwine.com

        ***Attorneys Walter Oil & Gas Corporation***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of July, 2021, a true and correct copy of the above and foregoing was served via the Court's CM/ECF system on all parties having consented to such electronic service in this case.

        */s/ Paul J. Goodwine*
        Paul J. Goodwine

295701v1