United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 29, 2021

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,*[1] | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF
ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE CHAPTER 11
DEBTORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
DURING THE PERIOD FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**

Upon the fee application (the "Application")[2] of AlixPartners, LLP ("AlixPartners"),

financial advisor to Fieldwood Energy LLC and its affiliated debtors and debtors-in-possession

(collectively, the "Debtors"), for entry of an order (this "Order"): (i) that an interim allowance be

awarded to AlixPartners for the Third Interim Period in the amount of $1,660,77150 (including a

Holdback in the amount of $332,154.30) as compensation for necessary professional services

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM ShelfLLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

rendered and reimbursement for out-of-pocket expenses incurred in the amount of $31,824.00 with respect to the restructuring engagement; (ii) the Debtors be authorized and directed to pay AlixPartners the remaining outstanding balance of $694,067.50; and (iii) granting such other relief as is appropriate under the circumstances, all as more fully set forth in the Application; and the Court having jurisdiction over the Application; and due and adequate notice of the Application having been given pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; and the Court having read and considered the Application; and no objections to the Application having been filed; and after due deliberation and for good cause shown, it is HEREBY ORDERED THAT:

1.     Omitted.

2.     AlixPartners is hereby awarded, on an interim basis, the allowance of $1,660,771.50 (including a Holdback in the amount of $332,154.30) as compensation for professional services rendered, and the sum of $31,824.00 for reimbursement of out-of-pocket expenses incurred during the Third Interim Period;

3.     The Debtors are hereby authorized to pay AlixPartners the outstanding amount of $694,067.50;

4.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: July 29, 2021

_____
Marvin Isgur
United States Bankruptcy Judge
