IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| FIELDWOOD ENERGY, LLC, *et al.*[1] | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | |

## NOTICE OF WITHDRAWAL OF AKER SOLUTIONS INC.'S OBJECTION TO CURE AMOUNT FOR TO BE ASSUMED CONTRACT

Aker Solutions Inc. ("Aker") hereby withdraws its *Objection to Cure Amount For To Be Assumed Contract* filed June 4, 2021 (Docket No. 1485).

Dated: July 29, 2021

/s/ *Bruce J. Ruzinsky*
Bruce J. Ruzinsky (TX Bar No. 17469425)
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: bruzinsky@jw.com
***Counsel for Aker Solutions Inc.***

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July 2021, a true and correct copy of the foregoing was served via the Court's CM/ECF electronic notification system for the Southern District of Texas.

/s/ *Bruce J. Ruzinsky*
Bruce J. Ruzinsky