UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| Fieldwood Energy LLC | § | Civil Action No. 4:21-cv-2155 |
|   Debtor | § | |
| | § | Bankruptcy Case No. 20-33948 |
| Aspen American Insurance Company | § | |
|   Appellant | § | |

# Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 6/30/2021. The designation of the record was due on 7/14/2021. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

    ☐ The filing fee has not been paid.

    ☒ The record has not been designated.

    ☐ The record designated by the appellant includes transcripts that have not been ordered.

    ☐ The appellant has not arranged to pay for the transcripts designated.

Date: August 2, 2021

                                                       Nathan Ochsner, Clerk of Court
                                                       <u>S. Arnow</u>
                                                       Deputy Clerk