IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**JOINT NOTICE AND REQUEST TO
RESET HEARING AND RENDER DECISION ON STAY MOTION**
(ECF Nos. 1412, 1414, 1415, 1907)

**I.   Motions to Quash**

**PLEASE TAKE NOTICE** that on May 28, 2021, BP Exploration & Production Inc. ("**BP**") filed its *Motion of BP Exploration & Production Inc. to Quash Debtors' Bankruptcy Rule 2004 Discovery Requests* (ECF No. 1415) and Shell Offshore Inc. ("**Shell**") filed *Shell Offshore Inc.'s Motion to Quash Debtors' Notice of Bankruptcy Rule 2004 Request for Production of Documents from Shell Offshore Inc.* (ECF No. 1412) (collectively, the "**Motions to Quash**");

**PLEASE TAKE FURTHER NOTICE** that on June 11, 2021, the Debtors filed the *Debtors' Response to Motion of BP Exploration & Production Inc. to Quash Debtors' Bankruptcy Rule 2004 Discovery Requests* (ECF No. 1539) and the *Debtors' Response to Motion of Shell Offshore Inc. to Quash Debtors' Bankruptcy Rule 2004 Discovery Requests* (ECF No. 1540);

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**PLEASE TAKE FURTHER NOTICE** that on July 9, 2021, BP filed its *Reply of BP Exploration & Production Inc. in Support of its Motion to Quash Debtors' Bankruptcy Rule 2004 Discovery Requests* (ECF No. 1845);

## II. Stay Motion

**PLEASE TAKE FURTHER NOTICE** that on May 28, 2021, BP filed its *Motion of BP Exploration & Production Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief From the Automatic Stay To Arbitration Against the Debtors* (the "**Stay Motion**") (ECF No. 1414);

**PLEASE TAKE FURTHER NOTICE** that on July 2, 2021, the Debtors filed the *Debtors' Response to Motion of BP Exploration & Production Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief From the Automatic Stay To Arbitration Against the Debtors* (ECF No. 1795);

**PLEASE TAKE FURTHER NOTICE** that on July 9, 2021, BP filed *BP Exploration & Production Inc.'s Reply in Support of its Motion of for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief From the Automatic Stay To Arbitration Against the Debtors* (ECF No. 1844);

## III. July 9, 2021 Hearing

**PLEASE TAKE FURTHER NOTICE** that on July 9, 2021, the Court held a hearing (ECF Nos. 1849, 1884) (the "**Hearing**") to consider the Motions to Quash and the Stay Motion, and heard argument on the Stay Motion but did not hear argument on the Motions to Quash;

**PLEASE TAKE FURTHER NOTICE** that at the conclusion of the Hearing, the Court ordered the Debtors and BP to file supplemental briefing in connection with the Stay Motion,

*see Agreed Preliminary Order* ¶ 2 (ECF No. 1907) ("**Agreed Order**"), and, accordingly, on July 16, 2021, the Debtors filed the *Debtors' Supplemental Brief on "Preliminary Relief in Aid of Arbitration" and Waiver* (ECF No. 1897) and BP filed the *Supplemental Brief of BP Exploration & Production Inc. in Support of Motion for Entry of an Order Pursuant to 11 U.S.C. § 362(d) Authorizing Relief from the Automatic Stay to Commence Arbitration* (ECF No. 1896);

**PLEASE TAKE FURTHER NOTICE** that since the Hearing, the Debtors, BP, and Shell engaged in commercial discussions (*see* Agreed Order ¶ 1) in good faith;

**PLEASE TAKE FURTHER NOTICE** that notwithstanding the parties' discussions, in accordance with Agreed Order ¶ 1, the parties are advising the Court that it is necessary for the Court to rule on the Stay Motion; and

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Agreed Order ¶ 4, the parties request that the Court set the Motions to Quash for further hearing on August 24, 2021 at 9 a.m. Central Time and render its decision on the Stay Motion.

Dated: August 2, 2021
      Houston, Texas

Respectfully submitted,

**WEIL GOTSHAL & MANGES LLP**
By: */s/ Paul R. Genender*
Paul R. Genender
  Texas State Bar No. 00790758
  Paul.Genender@weil.com
Erin M. Choi
  Texas State Bar No. 24079436
  Erin.Choi@weil.com
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
***Counsel for the Debtors***

**GREENBERG TRAURIG, LLP**
By: */s/ Craig A. Duewall*
Shari L. Heyen
  Texas State Bar No. 09564750
  HeyenS@gtlaw.com
Craig A. Duewall
  Texas State Bar No. 24025334
  DuewallC@gtlaw.com
300 West 6th Street, Suite 2050
Austin, Texas 78701
Telephone: (512) 320-7200
Facsimile: (512) 320-7210
***Counsel for BP Exploration & Production Inc.***

**NORTON ROSE FULBRIGHT US LLP**
By: */s/ Ryan Manns*
Ryan Manns
  Texas State Bar No. 24041391
  Ryan.Manns@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
***Counsel for Shell Offshore Inc.***

**Certificate of Service**

    I hereby certify that on August 2, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Paul R. Genender*
                                                      Paul R. Genender