# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Wednesday, August 4, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Serajul | Ali | US Dept. of Justice | US Dept. of the Interior |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill | Zurich American Insurance Company |
| Clifford | Carlson | Weil, Gotshal & Manges | Fieldwood |
| Erin | Choi | Weil, Gotshal & Manges | Fieldwood |
| Catherine | Diktaban | Hunton Andrews Kurth LLP | Apache Corporation |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Everest Reinsurance Company |
| Michael | Pera | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Company |
| Martha | Wyrick | Haynes & Boone, LLP | Ad Hoc Group of Secured Lenders |
| Thomas | Zabel | Zabel Freeman | Genesis |