UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **(Chapter 11)** |
| **FIELDWOOD ENERGY LLC, ET AL.** | § | **CASE NO. 20-33948 (MI)** |
| *Debtors*[1] | § | |
| | § | **(Jointly Administered)** |
| | § | |

## NOTICE OF WITHDRAWAL OF OBJECTION

**PLEASE TAKE NOTICE** that the undersigned, appearing in the above-captioned cases on behalf of the State of Louisiana, through the Department of Natural Resources, hereby withdraws *the State of Louisiana's Objection to Notice of Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts*, filed at Docket Number 1522 on June 8, 2021.

Respectfully submitted:

JEFF LANDRY
ATTORNEY GENERAL

By: _____
Ryan M. Seidemann, Ph.D. (La. Bar # 28991)
Christopher Jospeh Lento (La. Bar #35614)
Assistant Attorney General
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
TEL: (225) 326-6000
FAX: (225) 326-6099

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

*Attorney for the State of Louisiana,*
*Office of Mineral Resources*

### CERTIFICATE OF SERVICE

  This is to certify that, on August 5, 2021, a copy of the foregoing was served by the Electronic Case Filing System for the Bankruptcy Court for the Southern District of Texas.

_____
Ryan M. Seidemann, Ph.D.