UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CHAPTER 11 |
| FIELDWOOD ENERGY LLC, *et al.* § | |
| § | Case No. 20-33948(MI) |
| DEBTORS[1]. § | Jointly Administered |
| § | |

**NOTICE OF WITHDRAWAL OF SBM GULF PRODUCTION, LLC'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO NOTICE TO CONTRACT PARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE SCHEDULE OF ASSUMED CONTRACTS AND CURE AMOUNTS**
[Docket Nos. 1395, 1456 & 1512]

On June 7, 2021, SBM Gulf Production, LLC ("SBM") filed its *Limited Objection and Reservation of Rights* to Debtors' Notice to Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts (Docket No. 1395) and Notice of Filing of Amended Schedule of Assumed Contracts and Cure Amounts (Docket No. 1456) (collectively, the "Cure Notice").

SBM and the Debtors have resolved the issues raised in SBM's limited objection to the Cure Notice; accordingly, SBM hereby withdraws its *Limited Objection and Reservation of Rights* filed at Docket No. 1512.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: August 6, 2021

Respectfully submitted,

**SNOW & GREEN LLP**

By:    */s/ Kenneth P. Green*
      Kenneth P. Green
      Texas Bar No. 24036677
      Federal ID No. 613362
      Email: Ken@snow-green.com
      P. O. Box 549
      Hockley, Texas 77447
      Telephone: (713) 335-4800
      Facsimile: (713) 335-7878

**ATTORNEY FOR SBM GULF PRODUCTION, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, a true and correct copy of the foregoing notice was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties authorized to receive electronic notice in this case.

*/s/ Kenneth P. Green*
Kenneth P. Green