IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | Re Docket Nos. 1932, 1936 & 1971 |

**NOTICE OF CANCELLATION OF STATUS CONFERENCE SCHEDULED FOR AUGUST 9, 2021 AT 4:30 P.M. (PREVAILING CENTRAL TIME) AND CONSENT OF SURETIES AND DEUTSCHE BANK AG TO MERGER**

**PLEASE TAKE NOTICE** that on July 28, 2021, Apache Corporation ("**Apache**") filed *Apache Corporation's Emergency Motion for a Status Conference* (the "**Motion**") [Docket No. 1932], requesting a status conference to "report to the Court on the status of the Apache-Surety Definitive Documents, and, if necessary, resolve any remaining open issues between Apache, the Debtors, and the Apache Sureties (collectively, the "**Parties**") that pertain to finalizing the Apache-Surety Definitive Documents in advance of the Plan's Effective Date." Motion ¶ 1.

**PLEASE TAKE FURTHER NOTICE** that on August 4, 2021 at 10:30 a.m. (prevailing Central Time), the Court held a status conference on the Motion (the "**Status Conference**").

**PLEASE TAKE FURTHER NOTICE** that on August 9, 2021, the Debtors filed the proposed *Order in Aid of Implementation of the Plan* (the "**Proposed Order**") [Docket No.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1971], seeking, among other relief, the Court's approval of the GOM Shelf Merger (as defined in the Proposed Order).

**PLEASE TAKE FURTHER NOTICE** that on August 9, 2021, at 9:00 a.m. (prevailing Central Time), the Status Conference continued, at the conclusion of which, the Court further continued the Status Conference to August 9, 2021 at 4:30 p.m. (prevailing Central Time) (the "**Continued Hearing**").

**PLEASE TAKE FURTHER NOTICE** that Everest Reinsurance Company, Philadelphia Indemnity Insurance Company, HCC International Insurance Company, PLC, Zurich American Insurance Company, and Deutsche Bank AG New York Branch have each delivered to the Debtors signed letters consenting to the GOM Shelf Merger (collectively, the "**Consent Letters**"). In light of the Consent Letters, which will become effective upon the Effective Date of the Debtors' Plan, the parties have consented to the relief which would have been provided for in the Proposed Order and, thus, it is no longer necessary.

**PLEASE TAKE FURTHER NOTICE** that the Continued Hearing has been cancelled.

Dated: August 9, 2021
       Houston, Texas

                                            Respectfully submitted,

                                            */s/ Alfredo R. Pérez*
                                            WEIL, GOTSHAL & MANGES LLP
                                            Alfredo R. Pérez (15776275)
                                            Clifford W. Carlson (24090024)
                                            700 Louisiana Street, Suite 1700
                                            Houston, Texas 77002
                                            Telephone: (713) 546-5000
                                            Facsimile: (713) 224-9511
                                            Email: Alfredo.Perez@weil.com
                                                         Clifford.Carlson@weil.com

                                            -and-

                                            WEIL, GOTSHAL & MANGES LLP
                                            Matthew S. Barr (admitted *pro hac vice*)
                                            Jessica Liou (admitted *pro hac vice*)
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007
                                            Email: Matt.Barr@weil.com
                                                         Jessica.Liou@weil.com

                                            *Attorneys for Debtors*
                                            *and Debtors in Possession*

**Certificate of Service**

       I hereby certify that, on August 9, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Alfredo R. Pérez*
                                                Alfredo R. Pérez