IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO THIRD INTERIM FEE
APPLICATION OF JONES WALKER LLP FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS SPECIAL COUNSEL FOR
DEBTORS FOR THE PERIOD FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**
[Relates to Docket No. 1916]

1. On July 23, 2021, Jones Walker LLP ("Jones Walker"), special counsel for Fieldwood Energy LLC and its affiliated debtors and debtors in possession in the above-referenced jointly administered chapter 11 cases (collectively, the "Debtors"), filed the *Third Interim Fee Application of Jones Walker LLP for Allowance and Payment of Fees and Expenses as Special Counsel for Debtors for the Period February 1, 2021 through April 30, 2020* [Docket No. 1916] (the "Application").

2. Objections to the final relief sought under the Application were required to be filed by August 6, 2021 (the "Objection Deadline").

3. In accordance with paragraph 44 of the *Procedures for Complex Chapter 11 Cases of the Southern District of Texas*, Jones Walker files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) Jones Walker is unaware of any

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

{HD118314.1}

objection to the Application, and (iii) Jones Walker has reviewed the Court's docket and no objection to the Application appears thereon.

4. Therefore, Jones Walker respectfully requests entry of the proposed form of order attached hereto at the earliest convenience of the Court.

[*The remainder of this page is intentionally left blank.*]

Dated:  August 11, 2021

Respectfully submitted,

**JONES WALKER LLP**

*/s/ James Noe*
James Noe (TX Bar No. 24040178)
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:   713-437-1800
Fax:   713-437-1801
Email: jnoe@joneswalker.com

-and-

Mark A. Mintz (SDTX No. 1140193)
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel:   504-582-8368
Fax:   504-589-8368
Email: mmintz@joneswalker.com

***Special Counsel for Fieldwood Energy, LLC et al.***

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2021 a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Jessica Liou*
Jessica Liou

{HD118314.1}                                           3