IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Docket No. 1193 |

**CERTIFICATE OF NO OBJECTION TO SECOND INTERIM FEE
APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL
ADVISOR TO THE CHAPTER 11 DEBTORS FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021**

1. On March 31, 2021, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Second Interim Fee Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period November 1, 2021 through January 31, 2021* (Docket No. 1193) (the "**Application**"). Objections to the Application were required to be filed and served by April 14, 2021 (the "**Objection Deadline**").

2. On April 29, 2021, the Court entered the *Order Granting Leave to Supplement* [Docket No. 1318], which granted leave to file the cover sheet to the Application. The cover sheet is attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2

3. In accordance with paragraph 44 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than 24 hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any objections to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection or response to the Application appears thereon.

4. Therefore, the Debtors respectfully request entry of the proposed order filed with the Application, attached hereto as **Exhibit B**.

Dated:  August 11, 2021
       Houston, Texas

                                          Respectfully submitted,

                                          */s/ Jessica Liou*
                                          WEIL, GOTSHAL & MANGES LLP
                                          Alfredo R. Pérez (15776275)
                                          700 Louisiana Street, Suite 1700
                                          Houston, Texas 77002
                                          Telephone:  (713) 546-5000
                                          Facsimile:  (713) 224-9511
                                          Email:   Alfredo.Perez@weil.com

                                          -and-

                                          WEIL, GOTSHAL & MANGES LLP
                                          Matthew S. Barr (admitted *pro hac vice*)
                                          Jessica Liou (admitted *pro hac vice*)
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone:  (212) 310-8000
                                          Facsimile:  (212) 310-8007
                                          Email:   Matt.Barr@weil.com
                                                               Jessica.Liou@weil.com


                                          *Attorneys for Debtors*
                                          *and Debtors in Possession*

## Certificate of Service

I hereby certify that on August 11, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Jessica Liou*
                                                Jessica Liou