## Exhibit A

**Application Cover Sheet**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,*[1] | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

**SUMMARY COVER SHEET TO SECOND INTERIM FEE APPLICATION**
**OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE CHAPTER 11**
**DEBTORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**DURING THE PERIOD NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021**

| Name of Applicant: | **ALIXPARTNERS, LLP** | |
|---|---|---|
| Applicant's Role in Case / Name of Client: | Financial Advisor to Chapter 11 Debtors | |
| Date Order of Employment Signed: | October 6, 2020, [Docket No. 412], Effective as of the Petition Date | |
| Time period covered by this Application: | **Beginning of Period** | **End of Period** |
| | November 1, 2020 | January 31, 2021 |
| Time period covered by any prior Application: | August 3, 2020 | October 31, 2020 |
| Total amounts awarded in all prior Applications: | $1,627,626.41 | |
| Total fees requested in this Application: | $1,621,025.50 | |
| Total professional fees requested in this Application: | $1,621,025.50 | |
| Total actual professional hours covered by this Application: | 2,216.8 | |
| Average hourly rate for professionals: | $731.25 | |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identificationnumber, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| Total paraprofessional fees requested in this Application: | $0.00 |
| Total actual paraprofessional hours covered by this Application: | 0.0 |
| Average hourly rate for paraprofessionals: | $0.00 |
| Reimbursable expenses sought in this application: | $3,313.81 |
| Total to be Paid to Priority Unsecured Creditors: | [Confirmation Pending] |
| Anticipated % Dividend to Priority Unsecured Creditors: | [Confirmation Pending] |
| Total to be Paid to General Unsecured Creditors: | [Confirmation Pending] |
| Anticipated % Dividend to General Unsecured Creditors: | [Confirmation Pending] |
| Date of Confirmation Hearing: | Anticipated Hearing Date:  March 15, 2021 |
| Indicate whether plan has been confirmed: | No |

**ALIXPARTNERS, LLP**

**SUMMARY OF FEE STATEMENTS
DURING THE SECOND INTERIM PERIOD
NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021**

| Date Served | Period Covered | Requested | | Paid | | Amount Outstanding |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 12/20/2020 | 11/01/2020-11/30/2020 | $359,974.00 | $1,696.93 | $287,979.20 | $1,696.93 | $71,994.80 |
| 2/1/2021 | 12/01/2020-12/31/2020 | $583,350.50 | $1,076.90 | $466,680.40 | $1,076.90 | $116,670.10 |
| 3/8/2021 | 01/01/2021-01/31/2021 | $677,701.00 | $539.98 | | | $678,240.98 |
| | **Total** | **$1,621,025.50** | **$3,313.81** | **$754,659.60** | **$2,773.83** | **$866,905.88** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FOR THE SECOND INTERIM PERIOD**
**NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021**

| Professional | Title | Rate | Total Hours During Period | Total Fees During Period |
|---|---|---|---|---|
| John Castellano | Managing Director | $1,195 | 60.8 | $ 72,656.00 |
| Robert D Albergotti | Managing Director | $1,090 | 117.2 | 127,748.00 |
| Marc J Brown | Managing Director | $1,025 | 5.7 | 5,842.50 |
| Clayton G Gring | Director | $910 | 360.0 | 327,600.00 |
| Jeffrey W Kopa | Director | $840 | 22.5 | 18,900.00 |
| Jen M Chiang | Senior Vice President | $735 | 489.1 | 359,488.50 |
| Jamie Strohl | Senior Vice President | $690 | 283.3 | 195,477.00 |
| Nathan Kramer | Senior Vice President | $645 | 180.5 | 116,422.50 |
| Tyler G Baggerly | Vice President | $630 | 359.3 | 226,359.00 |
| Josh A Pupkin | Vice President | $515 | 280.8 | 144,612.00 |
| Tammy Brewer | Vice President | $450 | 57.6 | 25,920.00 |
| **Total Fees and Hours for Professionals** | | | **2,216.8** | **$ 1,621,025.50** |

**Average Billing Rate   $        731.25**

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**FOR THE SECOND INTERIM PERIOD**
**NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021**

| | Matter Code | Total Hours During Period | Total Fees During Period |
|---|---|---|---|
| 102 | Planning and Coordination/Case Management | 371.5 | $ 296,335.50 |
| 103 | Meetings with Counterparties and Advisors | 156.6 | 132,723.00 |
| 104 | Company Operations | 25.9 | 16,483.00 |
| 106 | Court Filings (Motions, etc.) | 296.5 | 188,716.50 |
| 107 | Administrative Court Reporting and Meetings (MORs, OCP caps) | 94.6 | 68,950.50 |
| 108 | Liquidity, Cash Management and Budgeting | 152.9 | 112,379.50 |
| 109 | DIP Negotiations | 2.2 | 1,386.00 |
| 110 | Asset Desposition Strategies | 4.4 | 2,991.50 |
| 111 | Business Plan Development | 45.3 | 32,822.00 |
| 112 | Plan of Reorganization and Disclosure Statement | 312.8 | 251,950.00 |
| 115 | Claims Analysis | 692.3 | 487,072.00 |
| 117 | Litigation/Adversary Proceeding Work | 1.7 | 875.50 |
| 119 | Engagement Administration | 1.6 | 1,439.50 |
| 120 | Fee Applications | 58.5 | 26,901.00 |
| | **TOTAL** | **2,216.8** | **$1,621,025.50** |

**Average Billing Rate   $       731.25**

**ALIXPARTNERS, LLP**

**SUMMARY OF EXPENSES**
**FOR THE SECOND INTERIM PERIOD**
**NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021**

| Expense Category | Total Expenses During Period |
|---|---|
| Other | $ 3,313.81 |
| **Total** | **$ 3,313.81** |