**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts [Docket No. 1395]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the Supplemental Service List attached hereto as **Exhibit B**:

- Notice of Filing of Amended Schedule of Assumed Contracts and Cure Amounts [Docket No. 1456]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: August 9, 2021

/s/ Xavi Flores
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) to me on August 9, 2021, by Xavi Flores, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 55622

**<u>Exhibit A</u>**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 12410123 | CENTURY EXPLORATION NEW ORLEANS INC | 101 ASHLAND WAY | MADISONVILLE | LA | 70447-3357 |
| 12414176 | EXTREME ENERGY SERVICES LLC | 4350 LOCKHILL SELMA RD STE 150 | SAN ANTONIO | TX | 78249-2163 |

## __Exhibit B__

Exhibit B

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 12147360 | COCKRELL OIL AND GAS, L.P., ET AL | 1000 MAIN ST | HOUSTON | TX | 77002 |
| 12413517 | LOBO OPERATING INC | 1819 W PINHOOK RD # 249 | LAFAYETTE | LA | 70508-3796 |