United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 11, 2021

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § § | **Case No. 20-33948 (MI)** |
| Debtors.[1] | § § § | **(Jointly Administered)** |

### STIPULATION AND ORDER BETWEEN DEBTORS AND
### MACQUARIE CORPORATE AND ASSET FUNDING, INC.
### RESOLVING ADJOURNED ASSUMPTION DISPUTE

This stipulation and order (the "**Stipulation and Order**") is entered into by and between (i) Macquarie Corporate and Asset Funding, Inc. ("**Macquarie**"), and (ii) Fieldwood Energy LLC and its debtor affiliates in the above captioned chapter 11 cases (collectively, the "**Debtors**", and together with Macquarie, the "**Parties**"). The Parties hereby stipulate and agree as follows:

WHEREAS, commencing on August 3, 2020, the Debtors each filed a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**");

WHEREAS, Fieldwood Energy LLC and Macquarie are party to that certain Master Lease Agreement dated October 21, 2019 (including any amendments, supplements, or modifications thereto, the "**Master Lease Agreement**"), pursuant to which Fieldwood Energy LLC leases equipment and other property from Macquarie (the "**Equipment Leases**") as set forth on certain

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

equipment schedules executed pursuant to the terms of the Master Lease Agreement (each, an "**Equipment Schedule**");

WHEREAS, Macquarie filed proofs of claim numbers 389 and 853 on November 16, 2020 and December 3, 2020, respectively (the "**Macquarie Proofs of Claim**") against Debtor Fieldwood Energy LLC;

WHEREAS, the Macquarie Proofs of Claim assert that (i) Macquarie is owed $17,357,100.07 as a General Unsecured Claim in connection with the Master Lease Agreement, including interest and other charges, and (ii) the Cure Amount for the Master Lease Agreement as of the Petition Date is $493,476.00;

WHEREAS, the Parties then conferred regarding (i) the potential assumption and assignment of the Master Lease Agreement, (ii) the Equipment Leases listed on the Schedule of Assumed Contracts, and (iii) the resolution of Macquarie's potential objection to the Debtors' proposed assumption of the Equipment Leases identified on the Schedule of Assumed Contracts[2] as contract numbers 1260 through 1280 based on Macquarie's assertion that such assumption would constitute a partial assumption of the Master Lease Agreement and the Equipment Schedule thereto, which assertion the Debtors dispute (the foregoing clauses (i) through (iii), the "**Macquarie Assumption Dispute**");

WHEREAS, on June 25, 2021, the Debtors filed the *Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* (ECF No. 1742) (the "**Plan**");

WHEREAS, on June 25, 2021, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and*

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan (as defined herein).

*Its Affiliated Debtors and (II) Granting Related Relief* (ECF No. 1751) (the "**Confirmation Order**");

WHEREAS, pursuant to paragraph 38 of the Confirmation Order and Section 8.2 of the Plan, the Debtors and Macquarie agreed to adjourn any hearing on the Macquarie Assumption Dispute to after the Confirmation Hearing; and

WHEREAS, the Parties have negotiated in good faith to resolve the Macquarie Assumption Dispute on the terms and conditions set forth in this Stipulation and Order.

**NOW, THEREFORE,** in consideration of the foregoing recitals, which are incorporated into this Stipulation and Order, the Parties hereby stipulate and agree as follows:

1.      As of and subject to the occurrence of the Effective Date, the Equipment Schedules to the Master Lease Agreement shall be amended in the forms attached hereto as **Exhibit A** (the "**Credit Bid Purchaser Schedule**") and **Exhibit B** (the "**FWE I Schedule**", and together with the Master Lease Agreement and the Credit Bid Purchaser Schedule, the "**Revised Agreement**").

2.      As of and subject to the occurrence of the Effective Date, and pursuant to the terms of the Plan Documents, which includes the Plan, the Confirmation Order, the Credit Bid PSA, and applicable Plan of Merger:

   a.   The Master Lease Agreement shall be assumed and (i) solely as it relates to the Credit Bid Purchaser Schedule, assumed and assigned to Credit Bid Purchaser and (ii) solely as it relates to the FWE I Schedule, assumed and allocated to FWE I.

   b.   The Credit Bid Purchaser Schedule shall be assigned to Credit Bid Purchaser and upon such assignment shall be in full force and effect as between the Credit Bid Purchaser and Macquarie.

c.  The FWE I Schedule shall be allocated to FWE I and shall be in full force and effect as between FWE I and Macquarie.

3.      The Cure Amount with respect to the Master Lease Agreement is $0.

4.      Upon this Stipulation and Order becoming a final order, Macquarie will withdraw the Macquarie Proofs of Claim and, upon such withdrawal, Prime Clerk, LLC is authorized and directed to remove the Macquarie Proofs of Claim from the official claims register.

5.      The Debtors may take such other actions as may be reasonably necessary and appropriate to carry out the provisions of this Stipulation and Order, including amending the Schedule of Assumed Contracts and the applicable schedules and exhibits to the Plan of Merger consistent with the terms of this Stipulation and Order; provided, however, that in the event of any inconsistency between this Stipulation and Order, on the one hand, and any filings in these chapter 11 cases insofar as such filings relate to the assumption and assignment or assumption and allocation (as applicable) of the Revised Agreement, this Stipulation and Order shall govern.

6.      Upon this Stipulation and Order becoming a final order, the Macquarie Assumption Dispute shall be deemed resolved.

7.      This Stipulation and Order is and shall be binding on the Parties and their successors and assigns.

8.      The Bankruptcy Court retains jurisdiction over all matters related to this Stipulation and Order.


Signed: August 11, 2021

Marvin Isgur
United States Bankruptcy Judge

4

IN WITNESS WHEREOF, this Stipulation and Order has been executed and delivered as of the day and year first below written.

Date:   August 10, 2021
        Houston, Texas


 /s/ *Lucy F. Kweskin*                                                                                                                                                    /s/ *Jessica Liou*

| | |
|---|---|
| MAYER BROWN | WEIL, GOTSHAL & MANGES LLP |
| Lucy F. Kweskin | Alfredo R. Pérez (15776275) |
| 1221 Avenue of the Americas | Clifford W. Carlson (24090024) |
| New York, NY 10020 | 700 Louisiana Street, Suite 1700 |
| Telephone: (917) 860-3920 | Houston, Texas 77002 |
| Email: LKweskin@mayerbrown.com | Telephone:  (713) 546-5000 |
| | Facsimile:  (713) 224-9511 |
| *Attorneys for Macquarie Corporate and* | Email: Alfredo.Perez@weil.com |
| *Asset Funding, Inc.* |       Clifford.Carlson@weil.com |
| | |
| | – and – |
| | |
| | WEIL, GOTSHAL & MANGES LLP |
| | Matthew S. Barr (admitted *pro hac vice*) |
| | Jessica Liou (admitted *pro hac vice*) |
| | 767 Fifth Avenue |
| | New York, New York 10153 |
| | Telephone:  (212) 310-8000 |
| | Facsimile:  (212) 310-8007 |
| | Email: Matt.Barr@weil.com |
| |       Jessica.Liou@weil.com |
| | |
| | *Attorneys for Debtors* |
| | *and Debtors in Possession* |

## Exhibit A

# EQUIPMENT SCHEDULE NO. 2

This Equipment Schedule No. 2 is executed by the Lessor and Lessee named below and is made pursuant to that certain Master Lease Agreement dated as of October 21, 2019 (the "**Lease**"; which is incorporated herein by reference).  This Equipment Schedule, incorporating by reference the terms and conditions of the Lease, constitutes a separate instrument of lease.  To the extent of any conflict or inconsistency between the terms of this Equipment Schedule and the Lease, the terms of this Equipment Schedule shall prevail.

1.   EQUIPMENT.  The Equipment leased hereunder shall be as set forth in the Exhibit 1 attached hereto.

TOTAL INVOICE COST:   "**Total Invoice Cost**" as used herein means $4,541,290.71.   The cost for each item of Equipment is set forth in Exhibit No. 1 attached hereto (with respect to each item of Equipment, the "**Invoice Cost**").

2.   TERM.  Upon and after the date of execution hereof, the Equipment shall be subject to the terms and conditions provided herein and in the Lease.

A full term of lease with respect to said Equipment (the "**Base Term**") shall commence on the date hereof and shall extend for Thirty Six (36) months after the first day of July 2021, (the "**Base Lease Commencement Date**").

3.   RENT.

(a) OMITTED

(b)  From and after the Base Lease Commencement Date, the monthly rent for said Equipment during the Base Term shall be $121,997.93.  Rent payments shall be made, in arrears, on the first day of the month for each month during the Base Term of this Lease.

(c)  Rent due hereunder shall be reduced by the amount set forth in Exhibit No, 1 as Rent for an item of Equipment subsequent to Lessee's payment of the Stipulated Loss Value for such item of Equipment if deemed Lost Equipment.

4.   LESSEE'S CONFIRMATION.

Lessee hereby confirms and warrants to Lessor that the Equipment:  (a) was duly delivered to Lessee at the location specified in Section 5 hereof; (b) has been received, inspected and determined to be in compliance with all applicable specifications and that the Equipment is hereby accepted for all purposes of the Lease; and (c) is a part of the "Equipment" referred to in the Lease and is taken subject to all terms and conditions therein and herein provided.  Lessee hereby represents and warrants to Lessor that, as of the date hereof, there is no Default or Event of Default under any Schedule or any other Lease Document (as such terms are defined in the Lease).

5.   LOCATION OF EQUIPMENT.  The location of the Equipment (or the location of the principal garage of the Equipment, if the Equipment is mobile) is specified on the Exhibit 1 attached hereto.

6.   COMMERCIAL LIABILITY INSURANCE.  The amount of commercial liability insurance referenced in Section 11 of the Lease is $10,000,000.00.

7.   TAX ATTRIBUTES.  The class of property to which the Equipment is assigned is ten (10)-year property.

8.    SCHEDULE OF STIPULATED LOSS VALUES.  This Schedule of Stipulated Loss Values shall be applicable to the Equipment subject to this Equipment Schedule.

| If Total Loss Occurs During Base Term Month: | Percent of Invoice Cost |
|---|---|
| 1 (Including Interim Term) | 105% |
| 2 | 103% |
| 3 | 100% |
| 4 | 98% |
| 5 | 95% |
| 6 | 93% |
| 7 | 90% |
| 8 | 88% |
| 9 | 85% |
| 10 | 83% |
| 11 | 80% |
| 12 | 78% |
| 13 | 75% |
| 14 | 73% |
| 15 | 70% |
| 16 | 68% |
| 17 | 65% |
| 18 | 63% |
| 19 | 60% |
| 20 | 58% |
| 21 | 55% |
| 22 | 53% |
| 23 | 50% |
| 24 | 48% |
| 25 | 45% |
| 26 | 43% |
| 27 | 40% |
| 28 | 38% |
| 29 | 35% |
| 30 | 33% |
| 31 | 30% |

| | |
|---|---|
| 32 | 28% |
| 33 | 25% |
| 34 | 23% |
| 35 | 20% |
| 36 | 18% |

9.    OMITTED

10.  PERSONAL PROPERTY TAXES.  Lessee agrees that it will not list any of such Equipment for property tax purposes or report any property tax assessed against such Equipment until otherwise directed in writing by Lessor.  Upon receipt of any property tax bill pertaining to such Equipment from the appropriate taxing authority, Lessor will pay such tax and will invoice Lessee for the expense.  Upon receipt of such invoice, Lessee will promptly reimburse Lessor for such expense.

11.  END OF BASE TERM OPTIONS.

(a)  OPTION TO RENEW.  (1) Provided that no Default or Event of Default has then occurred, Lessee shall have the option to renew this Equipment Schedule, with respect to all but not less than all of the Equipment, at the expiration of the Base Term of this Equipment Schedule, on the terms and conditions as are agreed between the Lessee and Lessor.  If Lessee desires to exercise this option it shall give Lessor irrevocable written notice of its request to renew this Equipment Schedule at least one hundred twenty (120) days before expiration of the Base Term.

(b)  OPTION TO PURCHASE.  Lessee shall have the option to purchase, upon the expiration of the Base Term of this Equipment Schedule, all but not less than all of the Equipment upon the following terms and conditions:  If Lessee desires to exercise this option it shall give Lessor irrevocable written notice of its election to purchase at least one hundred twenty   (120) days before expiration of the Base Term of this Equipment Schedule in accordance with its terms. At the expiration of the term of this Equipment Schedule, Lessee shall pay to Lessor in cash any Rent due on that date plus the purchase price for the Equipment, determined as hereinafter provided.  The purchase price of the Equipment shall be an amount equal to its then Fair Market Value, together with all taxes and charges upon sale.

For purposes of this Section, "**Fair Market Value**" shall be deemed to be an amount equal to the sale price of the Equipment, as installed and in use, obtainable in an arms' length transaction between a willing and informed buyer and a willing and informed seller under no compulsion to sell (and assuming that, as of the date of determination, the Equipment is in at least the condition required by Section 13 of the Lease and Section 12 hereof).  Lessor and Lessee may agree as to the Fair Market Value for the Equipment.   If the parties are unable to agree on the Fair Market Value of the Equipment, then Lessor and Lessee shall, at Lessee's expense, obtain appraisal values from three independent appraisers (one to be selected by Lessor, one by Lessee, and the other by the two selected by Lessor and Lessee; each of whom must be associated with a professional organization of equipment or personal property appraisers, such as the American Society of Appraisers) and the average Fair Market Value as determined by such appraisers shall be binding on the parties hereto. If the appraisers selected by Lessor and Lessee are unable to agree on the third appraiser, then Lessor will select the appraiser to provide the third appraisal value. Notwithstanding anything herein to the contrary or any determination of Fair Market Value for the Equipment as provided above, the Fair Market Value under this Section 11(b) for the Equipment shall be an amount that is not less than $544,954.89 nor more than $817,432.33

Notwithstanding any election of Lessee to purchase, the provisions of the Lease shall continue in full force and effect until the passage of ownership of the Equipment upon the date of purchase.  On the date of purchase, Lessor shall deliver to Lessee a bill of sale transferring and assigning to Lessee without recourse or warranty, except (with respect to the status of title conveyed) in respect of Lessor's acts, all of Lessor's right, title and interest in and to the Equipment.  Lessor shall not be required to make and may

specifically disclaim any representation or warranty as to the condition of the Equipment or any other matters.

(c)   OPTION TO RETURN THE EQUIPMENT.  If Lessee has not elected to renew this Equipment Schedule or purchase the Equipment leased hereunder one hundred twenty (120) days before expiration of the Base Term of this Equipment Schedule, or if Lessee has opted to renew the Lease but Lessee and Lessor are unable to agree upon renewal terms and conditions by at the end of such sixty (60) days before expiration of the Base Term of this Equipment Schedule, then Lessee shall promptly return the Equipment in accordance with the terms of the Lease, including Section 12 hereof.

## 12. EARLY PURCHASE OPTIONS

(a)   Provided that no Default or Event of Default has then occurred, Lessee shall have the option to purchase, upon any date on which Basic Rent is scheduled to be paid during the original term of this Lease (the date on which Lessee exercises this option being the "Early Termination Date"), all but not less than all of the Equipment leased hereunder upon the following terms and conditions:  If Lessee desires to exercise this option it shall give Lessor written notice of its election to purchase at least thirty (30) days and not more than ninety (90) days before the Early Termination Date.  On the Early Termination Date, Lessee shall pay to Lessor the aggregate of (i) any Rent due on that date, (ii) the Present Value (as defined below) of all remaining Rent payments scheduled hereunder, (iii) the Present Value of the Purchase Option Price that would have been paid under Section 11(b) hereof, and (iv) all taxes and charges due upon sale of the Equipment.

(b)   "Present Value" of an amount due hereunder is the product of that amount discounted from its scheduled payment date to the date of calculation at the per annum interest rate of 2%.

13.   OMITTED.

14.

CONSENT TO LESSEE. (a) QuarterNorth Energy LLC agrees that although it is not a party to the Lease, this Schedule and QuarterNorth Energy LLC's obligations, rights, liabilities and rights hereunder are subject to the Lease as if QuarterNorth Energy LLC had been a party thereto. References herein and in the Lease (as incorporated herein) to "Lessee"  shall be deemed to refer to QuarterNorth Energy LLC. (b)  Lessor agrees that QuarterNorth Energy LLC shall be the Lessee hereunder and under the Lease as the Lease relates to this Schedule.

Fieldwood Energy I LLC hereby requests Lessor to agree that QuarterNorth Energy LLC shall be the Lessee hereunder and that this Schedule shall be a Schedule as defined in the Lease and Lessor, by its execution of this Schedule, hereby agrees.
DATE OF EXECUTION:  August _____, 2021.

MACQUARIE CORPORATE AND ASSET FUNDING INC.           QUARTERNORTH ENERGY LLC


By:_____           By:_____

Name:_____           Name:_____

Title:_____            Title:_____

<u>As to Section 14 only:</u>

FIELDWOOD ENERGY I LLC

By:_____

Name:_____

Title:_____

# EXHIBIT NO. 1
# Equipment Description

This Exhibit No. 1 describes the Equipment being leased under Equipment Schedule No. 2, which is executed pursuant to that certain Master Lease Agreement dated as of October 21, 2019, by and between MACQUARIE CORPORATE AND ASSET FUNDING INC., its successors and assigns, and QUARTERNORTH ENERGY LLC, its successors and permitted assigns.

| Product Line | Serial No. | Invoice Cost | Rent | Location |
|---|---|---|---|---|
| Fuel Tank | 51416 | 4,335.15 | 116.72 | EB 165 |
| Generator | 1006511/01 | 66,183.25 | 1,781.91 | EB 165 |
| Generator | 1022679-01 | 66,183.25 | 1,781.91 | EB 165 |
| Fuel Tank | 51358 | 4,335.15 | 116.72 | SP 60C |
| Generator | 1004869/02 | 66,183.25 | 1,781.91 | SP 60C |
| Compressor | e100 | 595,622.21 | 16,036.51 | EB165 |
| Distribution | N/A | 14,450.49 | 389.06 | HI 550A |
| Fuel Tank | 1016126-3 | 4,335.15 | 116.72 | HI 550A |
| Generator | 4895/17 | 33,814.15 | 910.41 | HI 550A |
| Generator | 5290-80 | 33,814.15 | 910.41 | HI 550A |
| Fuel Tank | 10101669158 | 4,335.15 | 116.72 | EB 160 |
| Generator | 1003840-01 | 23,120.79 | 622.50 | SS 253D |
| Fuel Tank | C852006 | 4,335.15 | 116.72 | EB 159 |
| Generator | 1006511/03 | 66,183.25 | 1,781.91 | EB 159 |
| Compressor | F11158 | 309,032.68 | 8,320.38 | SS193A |
| Distribution | N/A | 14,450.49 | 389.06 | SS 246A |
| Fuel Tank | N/A | 4,335.15 | 116.72 | SS 246A |
| Generator | 1006277/03 | 66,183.25 | 1,781.91 | SS 246A |
| Compressor | None | 193,291.97 | 5,204.18 | SMI142 |

| | | | |
|---|---|---|---|
| Compressor | F11583 | 368,815.79 | 9,929.98 | SMI39A |
| Compressor | F-11582 | 368,556.73 | 9,923.00 | WC485-1 |
| Compressor | 153417 | 433,290.22 | 11,665.89 | WC485-2 |
| Compressor | F-4341 | 58,179.83 | 1,566.43 | WC290 |
| Distribution | 941143 | 14,450.49 | 389.06 | WD 79 |
| Distribution | 945211 | 14,450.49 | 389.06 | WD 80D |
| Fuel Tank | 1014998-4 | 28,900.98 | 778.13 | WD 79 |
| Generator | 1005933/01 | 66,183.25 | 1,781.91 | WD 79 |
| Distribution | N/A | 14,450.49 | 389.06 | WD 80D |
| Fuel Tank | D-162 | 4,335.15 | 116.72 | WD 86A |
| Generator | 5300-24 | 43,062.47 | 1,159.41 | WD 86A |
| Generator | 1000010 | 43,062.47 | 1,159.41 | WD 80D |
| Compressor | 4WF00094 | 870,640.03 | 23,441.07 | VR272 |
| Compressor | L-81582 | 316,829.91 | 8,530.31 | SMI40JA |
| Compressor | 361534 | 60,304.23 | 1,623.63 | SS80 |
| Generator | 1013972-02 | 66,183.25 | 1,781.91 | Unallocated |
| Generator | 4596/01 | 32,369.10 | 871.50 | Unallocated |
| Cables | Cables | 153,402.80 | 4,121.04 | Unallocated |

**Exhibit B**

AMENDED AND RESTATED **EQUIPMENT SCHEDULE NO. 1**

This Amended and Restated Equipment Schedule No. 1 ("**Schedule**"), dated as of August ____, 2021 amends and restates in its entirety the original Equipment Schedule 1, dated as of <u>October 21</u>, 2019 (the "**Original Schedule**") between Macquarie Corporate and Asset Funding Inc. ("**Lessor**") and Fieldwood Energy LLC ("**Original Lessee**"), which was executed pursuant to Master Lease Agreement between Original Lessee and Lessor dated <u>October 21</u>, 2019 (the "**Master Lease**"), which Master Lease was incorporated into the Original Schedule and remains incorporated into this Schedule by this reference. Unless otherwise defined in this Schedule, capitalized terms used in this Schedule have the meanings assigned to such terms in the Master Lease. If any provision of this Schedule conflicts with any provision of the Master Lease, the provisions contained in this Schedule shall prevail. Lessee hereby authorizes Lessor  to insert the serial numbers and other identification data of the Equipment, dates, and other omitted factual matters or descriptions in this Schedule.

All documents and instruments executed in connection with the Original Schedule shall continue in full force and effect.

Original Lessee transferred all of its right, title and interest in and to the Original Schedule to Fieldwood Energy I LLC ("Lessee") pursuant to a divisive merger under Texas Business Organizations Code section 1.002.  The Lessor hereby agrees that "**Lessee**", as such term is used herein and in the Master Lease, shall for all purposes hereof be deemed to be a reference to Fieldwood Energy I LLC.  Fieldwood Energy I LLC agrees that although it is not a party to the Master Lease, this Schedule and Fieldwood Energy I LLC's  obligations, rights, liabilities and rights hereunder are subject to the Master Lease as if Fieldwood Energy I LLC had been a party thereto.  References herein and in the Master Lease (as incorporated herein) to "Lessee" shall be deemed to refer to Fieldwood Energy I LLC.

This Amended and Restated Equipment Schedule No.1, incorporating by reference the terms and conditions of the Lease, constitutes a separate instrument of lease.  .

1.   EQUIPMENT.  The Equipment leased hereunder shall be as set forth in the Exhibit 1 attached hereto.

TOTAL INVOICE COST:   "**Total Invoice Cost**" as used herein means $_8,549,782.35_.   The cost for each item of Equipment is set forth in Exhibit No. 1 attached hereto (with respect to each item of Equipment, the "**Invoice Cost**").

2.   TERM.  Upon and after the date of execution hereof, the Equipment shall be subject to the terms and conditions provided herein and in the Lease.

A full term of lease with respect to said Equipment (the "**Base Term**") shall commence on the date hereof and shall extend for Thirty (30) months after the first day of July 2021, (the "**Base Lease Commencement Date**").

3.   RENT.

(a) OMITTED

(b) From and after the Base Lease Commencement Date, the monthly rent for said Equipment during the Base Term shall be $270,059.72.  Rent payments shall be made, in arrears, on the first day of the month for each month during the Base Term of this Lease.

(c)  Rent due hereunder shall be reduced by the amount set forth in Exhibit No, 1 as Rent for an item of Equipment subsequent to Lessee's payment of  the Stipulated Loss Value for such item of Equipment if deemed Lost Equipment .

4.   LESSEE'S CONFIRMATION.

Lessee hereby confirms and warrants to Lessor that the Equipment:  (a) was duly delivered to Lessee at the location specified in Section 5 hereof; (b) has been received, inspected and determined to be in compliance with all applicable specifications and that the Equipment is hereby accepted for all purposes of the Lease; and (c) is a part of the "Equipment" referred to in the Lease and is taken subject to all terms and conditions therein and herein provided.  Lessee hereby represents and warrants to Lessor that, as of the date hereof, there is no Default or Event of Default under any Schedule or any other Lease Document (as such terms are defined in the Lease).

5.   LOCATION OF EQUIPMENT.  The location of the Equipment (or the location of the principal garage of the Equipment, if the Equipment is mobile) is specified on the Exhibit 1 attached hereto.

6.   COMMERCIAL LIABILITY INSURANCE.  The amount of commercial liability insurance referenced in Section 11 of the Lease is $10,000,000.00.

7.   TAX ATTRIBUTES.  The class of property to which the Equipment is assigned is ten (10)-year property.

8.   SCHEDULE OF STIPULATED LOSS VALUES.  This Schedule of Stipulated Loss Values shall be applicable to the Equipment subject to this Equipment Schedule.

| If Total Loss Occurs During Base Term Month: | Percent of Invoice Cost |
|---|---|
| 1 (Including Interim Term) | 105% |
| 2 | 102% |
| 3 | 99% |
| 4 | 96% |
| 5 | 93% |
| 6 | 90% |
| 7 | 87% |
| 8 | 84% |
| 9 | 81% |
| 10 | 78% |
| 11 | 75% |
| 12 | 72% |
| 13 | 69% |

| | |
|---|---|
| 14 | 66% |
| 15 | 63% |
| 16 | 60% |
| 17 | 57% |
| 18 | 54% |
| 19 | 51% |
| 20 | 48% |
| 21 | 45% |
| 22 | 42% |
| 23 | 39% |
| 24 | 36% |
| 25 | 33% |
| 26 | 30% |
| 27 | 27% |
| 28 | 24% |
| 29 | 21% |
| 30 | 18% |

9.      OMITTED

10.  PERSONAL PROPERTY TAXES.  Lessee agrees that it will not list any of such Equipment for property tax purposes or report any property tax assessed against such Equipment until otherwise directed in writing by Lessor.  Upon receipt of any property tax bill pertaining to such Equipment from the appropriate taxing authority, Lessor will pay such tax and will invoice Lessee for the expense.  Upon receipt of such invoice, Lessee will promptly reimburse Lessor for such expense.

11.  END OF BASE TERM OPTIONS.

(a)  OPTION TO RENEW.  (1) Provided that no Default or Event of Default has then occurred, Lessee shall have the option to renew this Equipment Schedule, with respect to all but not less than all of the Equipment, at the expiration of the Base Term of this Equipment Schedule, on the terms and conditions as are agreed between the Lessee and Lessor.  If Lessee desires to exercise this option it shall give Lessor irrevocable written notice of its request to renew this Equipment Schedule at least one hundred twenty (120) days before expiration of the Base Term.

(b)  OPTION TO PURCHASE.  Lessee shall have the option to purchase, upon the expiration of the Base Term of this Equipment Schedule, all but not less than all of the Equipment upon the following terms and conditions:  If Lessee desires to exercise this option it shall give Lessor irrevocable written notice of its election to purchase at least one hundred twenty   (120) days before expiration of the Base Term of this Equipment Schedule in accordance with its terms.  At the expiration of the term of this Equipment Schedule, Lessee shall pay to Lessor in cash any Rent due on that date plus the purchase price for the Equipment, determined as hereinafter provided.  The purchase price of the Equipment shall be an amount equal to its then Fair Market Value, together with all taxes and charges upon sale.

For purposes of this Section, "**Fair Market Value**" shall be deemed to be an amount equal to the sale price of the Equipment, as installed and in use, obtainable in an arms' length transaction between a willing and informed buyer and a willing and informed seller under no compulsion to sell (and assuming that, as of the date of determination, the Equipment is in at least the condition required by Section 13 of the Lease and Section 12 hereof).  Lessor and Lessee may agree as to the Fair Market Value for the Equipment.   If the parties are unable to agree on the Fair Market Value of the Equipment, then Lessor and Lessee shall, at

Lessee's expense, obtain appraisal values from three independent appraisers (one to be selected by Lessor, one by Lessee, and the other by the two selected by Lessor and Lessee; each of whom must be associated with a professional organization of equipment or personal property appraisers, such as the American Society of Appraisers) and the average Fair Market Value as determined by such appraisers shall be binding on the parties hereto. If the appraisers selected by Lessor and Lessee are unable to agree on the third appraiser, then Lessor will select the appraiser to provide the third appraisal value. Notwithstanding anything herein to the contrary or any determination of Fair Market Value for the Equipment as provided above, the Fair Market Value under this Section 11(b) for the Equipment shall be an amount that is not less than $1,025,973.88 nor more than $1,538,960.82

Notwithstanding any election of Lessee to purchase, the provisions of the Lease shall continue in full force and effect until the passage of ownership of the Equipment upon the date of purchase. On the date of purchase, Lessor shall deliver to Lessee a bill of sale transferring and assigning to Lessee without recourse or warranty, except (with respect to the status of title conveyed) in respect of Lessor's acts, all of Lessor's right, title and interest in and to the Equipment. Lessor shall not be required to make and may specifically disclaim any representation or warranty as to the condition of the Equipment or any other matters.

(c)   OPTION TO RETURN THE EQUIPMENT.   If Lessee has not elected to renew this Equipment Schedule or purchase the Equipment leased hereunder one hundred twenty (120) days before expiration of the Base Term of this Equipment Schedule, or if Lessee has opted to renew the Lease but Lessee and Lessor are unable to agree upon renewal terms and conditions by at the end of such sixty (60) days before expiration of the Base Term of this Equipment Schedule, then Lessee shall promptly return the Equipment in accordance with the terms of the Lease, including Section 12 hereof.

12. EARLY PURCHASE OPTIONS

(a)   Provided that no Default or Event of Default has then occurred, Lessee shall have the option to purchase, upon any date on which Basic Rent is scheduled to be paid during the original term of this Lease (the date on which Lessee exercises this option being the "Early Termination Date"), all but not less than all of the Equipment leased hereunder upon the following terms and conditions:  If Lessee desires to exercise this option it shall give Lessor written notice of its election to purchase at least thirty (30) days and not more than ninety (90) days before the Early Termination Date.  On the Early Termination Date, Lessee shall pay to Lessor the aggregate of (i) any Rent due on that date, (ii) the Present Value (as defined below) of all remaining Rent payments scheduled hereunder, (iii) the Present Value of the Purchase Option Price that would have been paid under Section 11(b) hereof, and (iv) all taxes and charges due upon sale of the Equipment.

(b)   "Present Value" of an amount due hereunder is the product of that amount discounted from its scheduled payment date to the date of calculation at the per annum interest rate of 2%.

13.  OMITTED.

14.  OMITTED.  .

DATE OF EXECUTION:  August _____, 2021.

MACQUARIE CORPORATE AND ASSET FUNDING INC.          FIELDWOOD ENERGY I LLC


By:_____          By:_____
Name:_____          Name:_____
Title:_____          Title:_____

# EXHIBIT NO. 1
## Equipment Description

This Exhibit No. 1 describes the Equipment being leased under Amended and Restated Equipment Schedule No. 1, which is executed pursuant to that certain Master Lease Agreement dated as of October 21, 2019, by and between MACQUARIE CORPORATE AND ASSET FUNDING INC., its successors and assigns, and FIELDWOOD ENERGY I LLC, its successors and permitted assigns.

| Product Line | Serial No. | Invoice Cost | Rent | Location |
|---|---|---|---|---|
| Fuel Tank | 51456 | 4,335.15 | 136.91 | MC 311 |
| Generator | 1004626-002 | 66,183.25 | 2,090.15 | MC 311 |
| Generator | 1009733-01 | 66,183.25 | 2,090.15 | SS 207A |
| Fuel Tank | 51415 | 4,335.15 | 136.91 | MP 310 |
| Generator | 5263/23 | 43,062.47 | 1,359.97 | MP 311A |
| Generator | 5263/19 | 43,062.47 | 1,359.97 | SS 274A |
| Distribution | N/A | 14,450.49 | 456.36 | HI 573B |
| Generator | 1010184-02 | 66,183.25 | 2,090.15 | HI 573B |
| Fuel Tank | C907155 | 4,335.15 | 136.91 | HI 573A |
| Generator | 1004436-01 | 43,062.47 | 1,359.97 | HI 573A |
| Generator | 1000010 | 43,062.47 | 1,359.97 | WD 90E |
| Generator | 1013275-04 | 19,074.65 | 602.40 | WC 66A |
| Fuel Tank | 52804 | 4,335.15 | 136.91 | HI 179 |
| Generator | 1005871/04 | 43,062.47 | 1,359.97 | HI 179 |
| Fuel Tank | 10101669159 | 4,335.15 | 136.91 | WC 71D |
| Generator | 1002922-05 | 43,062.47 | 1,359.97 | WC 71D |
| Generator | 1003815-08 | 23,120.79 | 730.18 | BA 133A |
| Fuel Tank | 8041620807 | 4,335.15 | 136.91 | HI A595D |
| Generator | 5156/08 | 43,062.47 | 1,359.97 | HI A595D |

| | | | | |
|---|---|---|---|---|
| Generator | 1000595/02 | 43,062.47 | 1,359.97 | EI 189B |
| Compressor | F-14881 | 356,759.80 | 11,266.92 | CA43 |
| Compressor | 271420 | 180,741.59 | 5,708.05 | EI337A |
| Compressor | F12162 | 480,309.26 | 15,168.77 | EI53C |
| Compressor | F-14731 | 310,095.86 | 9,793.22 | HI179 |
| Compressor | F-13008 | 361,483.18 | 11,416.09 | MP140B |
| Compressor | F151 | 712,206.56 | 22,492.37 | MP153C |
| Compressor | 65F31 | 355,903.58 | 11,239.88 | SS129 |
| Compressor | F-17966 | 191,373.45 | 6,043.81 | SS189 |
| Compressor | F-13806 | 444,411.67 | 14,035.08 | SS204A |
| Compressor | 99031 | 203,777.28 | 6,435.54 | SS354 |
| Compressor | F04564 | 163,021.83 | 5,148.43 | ST49 |
| Compressor | 78007 | 148,795.34 | 4,699.14 | VR261A |
| Compressor | F12449 | 318,514.23 | 10,059.08 | VR76 |
| Compressor | F-25819 | 478,203.26 | 15,102.26 | WD103F |
| Compressor | F11695 | 511,636.91 | 16,158.13 | WD122 |
| Compressor | F11906 | 269,340.41 | 8,506.11 | WC71 |
| Compressor | F10834 | 287,201.93 | 9,070.20 | MP259A-1 |
| Compressor | 65F407 | 472,550.66 | 14,923.74 | MP259A-2 |
| Compressor | F11313 | 444,411.67 | 14,035.08 | SS207-1 |
| Compressor | F11312 | 444,411.67 | 14,035.08 | SS207-2 |
| Compressor | G6X5893 | 35,524.68 | 1,121.91 | BA491 |
| Compressor | 288792 | 254,922.44 | 8,050.77 | EI342C |

| | | | | |
|---|---|---|---|---|
| Compressor | 7B1282 | 148,019.48 | 4,674.64 | HIA341 |
| Compressor | 71B2571 | 64,689.99 | 2,042.99 | SMI66C |
| Generator | 1006057/02 | 66,183.25 | 2,090.15 | Unallocated |
| Generator | 1024987-2 | 66,183.25 | 2,090.15 | Unallocated |
| Cables | Cables | 162,701.72 | 5,139.22 | Unallocated |

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                                Case No. 20-33948-mi

Fieldwood Energy LLC                                                                     Chapter 11

The Official Committee of Unsecured Cred

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                 User: ADIuser                       Page 1 of 21

Date Rcvd: Aug 11, 2021           Form ID: pdf002                Total Noticed: 129

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bandon Oil and Gas GP, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Bandon Oil and Gas, LP, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Dynamic Offshore Resources NS, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy SP LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Offshore LLC, 2000 W. Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Onshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood SD Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | GOM Shelf LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Pipeline LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Processing LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| aty | + | Charles M Rush, 202 Magnate Drive, Lafayette, LA 70508-3830 |
| aty | + | Clark Hill Strasburger, Attn: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| aty | + | Darryl T. Landwehr, 935 Gravier Street, Suite 835, New Orleans, LA 70112-1727 |
| aty | + | Emile Joseph, Jr., Allen & Gooch, P O Box 81129, Lafayette, LA 70598-1129 |
| aty | + | Peter J. Segrist, Carver Darden et al, 1100 Poydras St., Ste 3100, New Orleans, LA 70163-1102 |
| aty | + | Petro Amigos Supply, Inc., c/o Wayne Kitchens, Total Plaza, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| aty | + | Ralph J Kooy, 100 N LaSalle St, Suite #514, Chicago, IL 60602-3551 |
| aty | + | Ronald Savoie, Jackson & Jackson, P.L.L.C., 111 Founders Drive, Suite 400, Baton Rouge, LA 70810-8959 |
| aty | + | William S Piper, 100 N LaSalle St, Suite #514, Chicago, IL 60602-3551 |
| cr | + | A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Aker Solutions Inc., Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037 |
| cr | + | All Aboard Development Corporation, 601 Poydras Street, Suite 1726, New Orleans, LA 70130-6039 |
| cr | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Anahuac Independent School District, c/o Owen M. Sonik, 1235 North Loop West, Houston, TX 77008-1758 |
| cr | + | Ankor E&P Holdings Corporation, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | Ankor Energy LLC, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| intp | + | Apache Corporation, Hunton Andrews Kurth LLP, Attn: Robin Russell, 600 Travis Street, Suite 4200 Houston, TX 77002-2929 |
| cr | + | Archrock Services, LP, 16666 North Chase Dr., Houston, TX 77060-6014 |
| cr | + | Aspen American Insurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| intp | + | BP Exploration & Production Inc., c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | + | Bay City Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Bedrock Petroleum Consultants, LLC, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Brian Cloyd, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | CETCO Energy Services Company, LLC, c/o Rudy Urban, Credit Manager, Cetco Energy Services., LLC, 635 Brake Ridge Court, Seymour, TN 37865 |
| cr | + | Callon Petroleum Company, 2000 W. Sam Houston Parkway S., Suite 2000, Houston, TX 77042, UNITED STATES 77042-3622 |
| cr | + | Chambers County, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Claroyan Lewis, Broussard & David, 557 Jefferson street, Lafayette, LA 70501-6905 |

| | | |
|---|---|---|
| cr | + | Colorado County, c/o John T. Banks, 3301 Northland Drive, Ste. 505, Austin, TX 78731-4954 |
| cr | + | ConocoPhillips Company, c/o Locke Lord LLP, c/o Bradley C. Knapp, 601 Poydras Street, Suite 2660 New Orleans, LA 70130-6032 |
| cr | + | Core Industries, Inc., PO Box 350, Mobile, AL 36601-0350 |
| | | Cortex Business Solutions USA LLC, c/o Sprouse Law Firm, 901 Mopac Expressway South, Building 1, Suite 300 Austin, TX 78746 |
| cr | + | DLS, LLC, P.O. Box 309, Lydia, LA 70569-0309 |
| cr | + | DeepSea Quality Consulting, Inc., c/o Ben L. Aderholt, Coats Rose, P.C., 9 Greenway, Suite 1000 Houston, TX 77046-0900 |
| cr | + | Dickinson Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Discovery Gas Transmission LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Diversified Well Logging, LLC, C/O Dore Rothberg McKay, PC, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Duane Landry, 105 Wild Iris Drive, Evangeline, LA 70537-3203 |
| cr | + | EOG Resources, Inc., c/o Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton St., Ste 1000, Fort Worth, TX 76102-3727 |
| cr | + | EnVen Energy Ventures, LLC, 609 Main Street, Suite 3200, Houston, TX 77002-3276 |
| cr | + | Everest Reinsurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| cr | + | Expro Americas, L.L.C., c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| | | Gibson Applied Technology & Enginnering, 1630 Park Ten Place, Suite 206, Houston, TX 77084 |
| cr | + | Gulfstar One LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| intp | + | Helis Oil & Gas Company, LLC, c/o J. David Forsyth, 400 Poydras Street, Suite 2550, New Orleans, LA 70130-3292 |
| cr | + | Ignition Systems & Controls, Inc., c/o Todd Barron Thomason Hudman & Bebout, Attn: Rafael Rodriguez, 3800 E. 42nd Street, Suite 409, Odessa, TX 79762-5928 |
| cr | + | Irongate Rental Services, LLC, c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | JX Nippon Oil Exploration (U.S.A.) Limited, c/o GIEGER, LABORDE & LAPEROUSE, L.L.C., 5151 SAN FELIPE, SUITE 750, Houston, TX 77056-3646 |
| intp | + | Jackson Walker LLP, c/o Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| cr | + | LLOG Exploration Company, LLC, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine, New Orleans, LA 70130-6171 |
| cr | + | Lewis Andrews, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Lexon Insurance Company and Endurance American Ins, Harris Beach PLLC, c/o Lee E. Woodard, Esq., 333 West Washing St., Ste. 200, Syracuse, NY 13202-5202 |
| cr | + | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC, c/o Lee E. Woodard, 333 West Washington Street, Suite 200 Syracuse, NY 13202-5202 |
| cr | + | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC, c/o Lee E. Woodard, 333 West Washington Street, Suite 200, Syracuse, NY 13202 UNITED STATES 13202-9204 |
| cr | + | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802 UNITED STATES OF AMERICA 70821-4064 |
| cr | + | Macquarie Corporate and Asset Funding Inc., c/o John M. Castillo, 130 E Travis Street, Suite 350, San Antonio, TX 78205-1784 |
| cr | + | Magnum Mud Equipment Co., Inc., Post Office Box 4258, Houma, LA 70361, UNITED STATES 70361-4258 |
| cr | + | Marathon Oil Company, c/o Clay M. Taylor, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |
| cr | + | Martin Energy Services LLC, c/o Robert P. Franke, Clark Hill Strasburger, 901 Main St., Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Marubeni Oil & Gas (USA) LLC, Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | McMoran Oil & Gas LLC, 1615 Poydras Street, Suite 600, New Orleans, LA 70112-1238 |
| cr | + | Merit Energy Company, Locke Lord Bissell & Liddell LLP, Attn: Philip Eisenberg, 600 Travis Street, Suite 3400 Houston, TX 77002-2926 |
| cr | #+ | Milorad Raicevic, 3701 Kirby Drive, Suite 1000, Houston, TX 77098-3928 |
| cr | + | Noble Energy, Inc., c/o Andrews Myers, PC, 1885 Saint James Place, 15th Floor, Houston, Tx 77056-4175 |
| cr | + | Patrick Burnett, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Performance Energy Services, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| op | + | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165-1446 |
| intp | | Railroad Commission of Texas, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Red Willow Offshore, LLC, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Regis Southern, c/o Reese Baker, 950 Echo Lane Ste 300, Houston, TX 77024-2824 |
| cr | + | SBM Gulf Production LLC, c/o Ken Green, Snow Spence Green LLP, P O Box 549, Hockley, TX 77447-0549 |
| cr | + | Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | + | Sheldon Independent School District, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Suite 600, Houston, TX 77008-1772 |
| cr | + | Sheldon Independent School District, et al, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Ste 600, Houston, TX 77008-1772 |
| cr | + | Shell Offshore Inc., 200 N. Dairy Ashford, Houston, TX 77079-1101 |
| cr | + | Shell Oil Company, c/o Sara M. Keith, 150 N. Dairy Ashford Rd., Building F, Houston, TX 77079-1128 |
| cr | + | Solar Turbines Incorporated, 100 N.E. Adams, Peoria, IL 61629-0001 |
| cr | + | Superior Performance, Inc., c/o S. Mayer Law, P.O. Box 6542, Houston, TX 77265, UNITED STATES 77265-6542 |
| intp | + | TC Oil Louisiana, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | TETRA Technologies, Inc., Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, c/o Zachary McKay, Houston, TX 77084-4927 |
| cr | + | TGS AP Investments AS, c/o Andrew A Braun, Geiger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA |

District/off: 0541-4      User: ADIuser      Page 3 of 21

Date Rcvd: Aug 11, 2021      Form ID: pdf002      Total Noticed: 129

| | | |
|---|---|---|
| | | 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company, c/o Andrew A Braun, Gieger, Laborde & Laperouse, LLC, Suite 4800, 701 Poydras St., New Orleans, LA 70139 US 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company ASA, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| intp | + | Tana Exploration Company, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | Targa Liquids Marketing and Trade, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Targa Midstream Services, LLC, c/o Steven W. Soule, Hall Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Tetra Applied Technologies, Inc., c/o Zachary S. McKay, Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| intp | | Texas General Land Office, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| cr | + | Transcontinental Gas Pipe Line Company, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Trendsetter Engineering, Inc., 10430 Rodgers Road, Houston, TX 77070, UNITED STATES 77070-1642 |
| cr | + | Trinity Bay Conservation District, c/o Owen M.Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Trunkline Field Services LLC, 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | U.S. Specialty Insurance Company, c/o Locke Lord LLP, ATTN: Philip Eisenberg, 600 Travis Street, Suite 2800, Houston, TX 77002-2914 |
| cr | | Universal Equipment, Inc., c/o Christopher J. Piasecki, Davidson Meaux, Post Office Box 2908, Lafayette, La 70502-2908 |
| cr | + | Valaris plc, Matthew D. Cavenaugh, Jackson Walker LLP, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| cr | + | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | WFS Liquids LLC, c/o Steven W. Soule', Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Walter Oil & Gas Corporation, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine New Orleans, LA 70130-6171 |
| cr | + | West Cameron Dehydration Company, L.L.C., 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | Westerngeco LLC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Williams Field Services-Gulf Coast Company LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Zurich American Insurance Company, c/o Duane Brescia, 720 Brazos Street, Suite 700, Austin, TX 78701-2531 |

TOTAL: 116

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnkatty@aldineisd.org | Aug 11 2021 20:00:00 | Aldine ISD, Legal Department, 2520 WWThorne Dr., Houston, TX 77073-3406 |
| cr | + | Email/Text: SPECK@LAWLA.COM | Aug 11 2021 20:00:00 | Atlantic Maritime Services, LLC, c/o Stewart F. Peck, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130, UNITED STATES 70130-6041 |
| cr | | Email/Text: toriet@broussardbrothers.com | Aug 11 2021 20:00:00 | Broussard Brothers, Inc., 501 S. Main St., Abbeville, LA 70510, US |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Aug 11 2021 20:00:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, Tx 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Aug 11 2021 20:00:00 | Deligans Valves, Inc., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Aug 11 2021 20:00:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Aug 11 2021 20:00:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Aug 11 2021 20:00:00 | Heartland Compression Services, L.L.C., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite |

|     |     |                                         |                     | 2775, New Orleans, LA 70130-6041 |
| --- | --- | --------------------------------------- | ------------------- | -------------------------------- |
| cr  | +   | Email/Text: bankruptcy@islandoperating.com |                  |                                  |
|     |     |                                         | Aug 11 2021 20:00:00 | Island Operating Company Inc, 770 S Post Oak Lane, Suite 400, Houston, TX 77056-6666 |
| cr  |     | Email/Text: houston_bankruptcy@LGBS.com |                     |                                  |
|     |     |                                         | Aug 11 2021 20:00:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr  |     | Email/Text: houston_bankruptcy@LGBS.com |                     |                                  |
|     |     |                                         | Aug 11 2021 20:00:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| cr  | +   | Email/Text: pwp@pattiprewittlaw.com     |                     |                                  |
|     |     |                                         | Aug 11 2021 20:00:00 | Plains Gas Solutions, c/o Law Ofc Patricia Williams Prewitt, 10953 Vista Lake Ct., Navasota, TX 77868, UNITED STATES 77868-6981 |
| cr  |     | Email/Text: ar@supremeservices.com      |                     |                                  |
|     |     |                                         | Aug 11 2021 20:00:00 | Supreme Service & Specialty Co. Inc., Attn: Freddy Bourgeois, 204 Industrial Ave. C, Houma, LA 70363 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| -------- | ------------- | ---------------- |
| cr   |  | 2M Oilfield Group Inc. |
| cr   |  | A-Port LLC |
| cr   |  | AGGREKO, LLC |
| cr   |  | AGI Industries Inc |
| cr   |  | AGI Packaged Pump Systems |
| cr   |  | Acadian Contractors, Inc |
| cr   |  | Ad Hoc Group of Secured Lenders |
| cr   |  | Anadarko E&P Company |
| cr   |  | Anadarko Petroleum Corp. |
| cr   |  | Anadarko U.S. Offshore LLC |
| cr   |  | Archrock Partners Operating, LLC and Archrock Serv |
| cr   |  | Aubrey Wild |
| cr   |  | Berkley Insurance Company |
| cr   |  | Burlington Resources Offshore |
| cr   |  | CCG Services (U.S.) Inc. |
| cr   |  | CGG Services (U.S.) Inc. |
| cr   |  | CNOOC Petroleum Offshore U.S.A. Inc. |
| cr   |  | CTD Legacy LLC |
| intp |  | Cantor Fitzgerald Securities, as DIP Agent |
| cr   |  | Chevron U.S.A. Inc. |
| cr   |  | Cortland Capital Market Services LLC |
| cr   |  | Cox Oil, LLC, Cox Operating LLC, Energy XXI GOM, L |
| cr   |  | Deep Sea Development Services, Inc., 19219Katy Freeway, Suite 260, Houston, UNITED STATES |
| cr   |  | Derrick Daniels |
| cr   |  | Diamond Oil Field Supply Inc |
| cr   |  | Diverse Safety & Scaffolding, LLC |
| intp |  | Ecopetrol America LLC |
| cr   |  | Ecopetrol America LLC |
| cr   |  | Edward C Stengel |
| cr   |  | Edward Randall, Individually and as Representative |
| intp |  | Eni Petroleum US LLC |
| intp |  | Eni US Operating Co. Inc. |
| cr   |  | Enterprise Gas Processing, LLC |
| cr   |  | ExxonMobil Corporation |
| intp |  | Facilities Consulting Group, LLC |
| cr   |  | Florida Gas Transmission Company, LLC |
| cr   |  | Florida Gas Transmission, LLC, |
| cr   |  | Freeport-McMoRan Oil & Gas LLC |

| | |
|---|---|
| cr | Fugro USA Marine, Inc. |
| cr | George Canjar |
| cr | Goldman Sachs Bank USA |
| cr | HB Rentals, LC |
| cr | HCC International Insurance Company PLC |
| cr | HHE Energy Company |
| cr | Halliburton Energy Services, Inc. |
| cr | Hess Corporation |
| cr | Houston Energy Deepwater Ventures I |
| cr | Hunt Oil Company, Chieftain International (U.S.) L |
| cr | ITC Global, Inc. |
| cr | Infinity Valve & Supply LLC |
| cr | Intracoastal Liquid Mud, Inc., UNITED STATES |
| cr | Japex (U.S.) Corp. |
| cr | Jeffrey W Faw |
| cr | John A Sansbury, Jr |
| intp | Kilgore Marine |
| cr | LLOG Energy, L.L.C. |
| cr | LLOG Exploration Offshore, L.L.C. |
| cr | Lavaca County |
| cr | Liberty Mutual Insurance Company |
| cr | Linear Controls, Inc. |
| cr | Live Oak CAD |
| cr | Louisiana Safety Systems, Inc. |
| intp | Manta Ray Offshore Gathering Company, L.L.C. |
| cr | Mark Howard Gillespie |
| cr | Michael Howard Clark |
| cr | Moodys Investors Service, Inc. |
| cr | Multiklient Invest AS |
| cr | NOV Process & Flow Technologies US, Inc. |
| cr | National Oilwell Varco, L.P. |
| intp | Nautilus Pipeline Company, L.L.C. |
| cr | North American Specialty Insurance Company |
| cr | Oceaneering International Inc. |
| cr | Oil States Energy Services, LLC |
| cr | Partco, LLC |
| cr | Philadelphia Indemnity Insurance Company |
| cr | Process Piping Materials, Inc. |
| cr | R360 Environmental Solutions, LLC |
| intp | RLI Insurance Company |
| cr | Renaissance Offshore, LLC |
| cr | Republic Helicopters, Inc. |
| cr | Ridgewood Energy Corporation |
| cr | Rio Grande City CISD |
| crcm | SLTL Ad Hoc Committee |
| cr | SM Energy Company |
| cr | Samson Contour Energy E & P, LLC |
| cr | Samson Offshore Mapleleaf, LLC |
| cr | Sea Robin Pipeline Company, LLC |
| cr | Shell GOM Pipeline Company, LLC |
| cr | Shell Pipeline, LLC |
| cr | Sirius America Insurance Company |
| cr | Sparrows Offshore, LLC |
| cr | Starr County |
| cr | State of Louisiana, Department of Natural Resource |
| cr | Stingray Pipeline Company, LLC |
| intp | Subsea 7 LLC |
| cr | Superior Energy Services, L.L.C. |
| cr | Talos Energy Inc. |
| cr | Talos Energy LLC |
| cr | Texaco Inc. |
| cr | The Hanover Insurance Company |
| cr | The Louisiana Land & Exploration Company |

District/off: 0541-4 | User: ADIuser | Page 6 of 21
Date Rcvd: Aug 11, 2021 | Form ID: pdf002 | Total Noticed: 129

| | | |
|---|---|---|
| crcm | | The Official Committee of Unsecured Creditors |
| cr | | Toys O'Neil |
| cr | | Travelers Casualty and Surety Company of America |
| cr | | Trunkline Gas Company, LLC |
| cr | | U.S. Department of the Interior |
| cr | | Union Oil Company of California |
| cr | | Unocal Pipeline Company |
| cr | | Valero Marketing and Supply Company |
| cc | | Valero Marketing and Supply Company |
| cr | | W&T Energy VI, LLC |
| cr | | W&T Offshore, Inc. |
| cr | | Warrior Energy Services Corporation |
| cr | | Welltec, Inc. |
| cr | | Wild Well Control, Inc. |
| cr | | Workstrings International, LLC |
| cr | | XH LLC |
| cr | | XL Specialty Insurance Co |
| cr | | XL Systems, L.P. |
| cr | | XTO Energy, Inc. |
| cr | | XTO Offshore, Inc. |
| db | *+ | Fieldwood Energy Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cd | *+ | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |

TOTAL: 121 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021 | Signature: | /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron James Power | |
| | on behalf of Interested Party Subsea 7 LLC apower@porterhedges.com  egarfias@porterhedges.com;ysanders@porterhedges.com |
| Alfredo R Perez | |
| | on behalf of Debtor Fieldwood Offshore LLC alfredo.perez@weil.com <br> alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | |
| | on behalf of Plaintiff Fieldwood Energy LLC alfredo.perez@weil.com <br> alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | |
| | on behalf of Debtor Fieldwood Energy SP LLC alfredo.perez@weil.com <br> alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | |
| | on behalf of Debtor Fieldwood Onshore LLC alfredo.perez@weil.com <br> alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we |

il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Fieldwood SD Offshore LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Bandon Oil and Gas GP  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Fieldwood Energy Inc. alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Plaintiff Fieldwood Energy  LLC and GOM Shelf LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Fieldwood Energy Offshore LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Galveston Bay Processing LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Plaintiff Fieldwood Energy LLC  et al. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Fieldwood Energy LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Galveston Bay Pipeline LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor FW GOM Pipeline  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Bandon Oil and Gas  LP alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor GOM Shelf LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Dynamic Offshore Resources NS  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Andrew A Braun

on behalf of Creditor Westerngeco LLC abraun@glllaw.com

Andrew A Braun

on behalf of Creditor TGS-NOPEC Geophysical Company ASA abraun@glllaw.com

Andrew A Braun

on behalf of Creditor TGS-NOPEC Geophysical Company abraun@glllaw.com

Andrew A Braun

on behalf of Creditor A2D TECHNOLOGIES  INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES
abraun@glllaw.com

Andrew A Braun

on behalf of Creditor TGS AP Investments AS abraun@glllaw.com

Audrey Lorene Hornisher
on behalf of Creditor Martin Energy Services LLC audrey.hornisher@clarkhillstrasburger.com
mina.alvarez@clarkhillstrasburger.com

Barnet B Skelton, Jr
on behalf of Creditor Houston Energy Deepwater Ventures I barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor Red Willow Offshore  LLC barnetbjr@msn.com

Ben L Aderholt
on behalf of Creditor DeepSea Quality Consulting  Inc. baderholt@coatsrose.com, vhernandez@coatsrose.com

Benjamin W Kadden
on behalf of Creditor Deligans Valves  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Superior Energy Services  L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Workstrings International  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor HB Rentals  LC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Heartland Compression Services  L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Warrior Energy Services Corporation bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Wild Well Control  Inc. bkadden@lawla.com, mnguyen@lawla.com

Bradley Clay Knapp
on behalf of Creditor ConocoPhillips Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor Merit Energy Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor W&T Offshore  Inc. bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor McMoran Oil & Gas LLC bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor Burlington Resources Offshore bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor The Louisiana Land & Exploration Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor Freeport-McMoRan Oil & Gas LLC bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor W&T Energy VI  LLC bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor U.S. Specialty Insurance Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Brandon Kevin Bains
on behalf of Creditor The Hanover Insurance Company bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
on behalf of Creditor Liberty Mutual Insurance Company bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
on behalf of Creditor Travelers Casualty and Surety Company of America bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
on behalf of Creditor XL Specialty Insurance Co bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker
on behalf of Creditor Renaissance Offshore  LLC brian.baker@stacybakerlaw.com

Brian A. Baker
on behalf of Creditor XL Systems  L.P. brian.baker@stacybakerlaw.com

Brian A. Baker

on behalf of Creditor National Oilwell Varco  L.P. brian.baker@stacybakerlaw.com

Brian A. Baker

on behalf of Defendant Renaissance Offshore LLC brian.baker@stacybakerlaw.com

Brian A. Baker

on behalf of Creditor NOV Process & Flow Technologies US  Inc. brian.baker@stacybakerlaw.com

Bruce J Ruzinsky

on behalf of Creditor Aker Solutions Inc. bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Interested Party Jackson Walker LLP bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Buffey E Klein

on behalf of Creditor 2M Oilfield Group Inc. buffey.klein@huschblackwell.com
tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

C Brannon Robertson

on behalf of Defendant Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
gabrielle.martinez@trialattorneytx.com

C Brannon Robertson

on behalf of Counter-Claimant Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
gabrielle.martinez@trialattorneytx.com

C Brannon Robertson

on behalf of Creditor Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
gabrielle.martinez@trialattorneytx.com

Catherine Allyn Diktaban

on behalf of Interested Party Apache Corporation cdiktaban@huntonak.com

Charles A Beckham, Jr

on behalf of Creditor Ad Hoc Group of Secured Lenders beckhamc@haynesboone.com  kenneth.rusinko@haynesboone.com

Charles A Beckham, Jr

on behalf of Interested Party Cantor Fitzgerald Securities  as DIP Agent beckhamc@haynesboone.com,
kenneth.rusinko@haynesboone.com

Charles Brittain Walther

on behalf of Creditor Michael Howard Clark bwalther@wwmlawyers.com

Charles Brittain Walther

on behalf of Creditor Edward C Stengel bwalther@wwmlawyers.com

Charles Brittain Walther

on behalf of Creditor George Canjar bwalther@wwmlawyers.com

Charles Brittain Walther

on behalf of Creditor John A Sansbury  Jr bwalther@wwmlawyers.com

Charles Brittain Walther

on behalf of Creditor Jeffrey W Faw bwalther@wwmlawyers.com

Charles Brittain Walther

on behalf of Creditor Mark Howard Gillespie bwalther@wwmlawyers.com

Charles M Rubio

on behalf of Creditor Island Operating Company Inc crubio@parkinslee.com
7485062420@filings.docketbird.com;arodriguez@parkinslee.com

Charles Stephen Kelley

on behalf of Creditor Welltec  Inc. ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Christopher Joseph Piasecki

on behalf of Creditor Universal Equipment  Inc. cpiasecki@davidsonmeaux.com

Clay Marshall Taylor

on behalf of Creditor Marathon Oil Company clay.taylor@bondsellis.com  krista.hillman@bondsellis.com

Constantine Z Pamphilis

on behalf of Creditor Committee SLTL Ad Hoc Committee dpamphilis@kasowitz.com  courtnotices@kasowitz.com

Craig A Ryan

on behalf of Creditor Callon Petroleum Company ryanc@onebane.com  stoutej@onebane.com

Cynthia Castanon

on behalf of Defendant Renaissance Offshore LLC Cynthia.castanon@stacybakerlaw.com

Cynthia Castanon

on behalf of Creditor Renaissance Offshore  LLC Cynthia.castanon@stacybakerlaw.com

Danielle Rushing
    on behalf of Creditor Valero Marketing and Supply Company drushing@dykema.com

Danielle Rushing
    on behalf of Counter-Claimant Valero Marketing and Supply Company drushing@dykema.com

David S Elder
    on behalf of Creditor Oceaneering International Inc. dselder@foley.com  rdiep@foley.com;david-elder-1574@ecf.pacerpro.com

Deborah Daywood Williamson
    on behalf of Creditor Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson
    on behalf of Counter-Claimant Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson
    on behalf of Defendant Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deirdre Carey Brown, pllc
    on behalf of Creditor XTO Energy  Inc. dbrown@forsheyprostok.com,
dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtd
rive.com,dcb@dcbfirm.com

Deirdre Carey Brown, pllc
    on behalf of Creditor ExxonMobil Corporation dbrown@forsheyprostok.com
dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtd
rive.com,dcb@dcbfirm.com

Devan Joan Dal Col
    on behalf of Creditor Hess Corporation ddalcol@reedsmith.com

Diane Wade Sanders
    on behalf of Creditor Rio Grande City CISD austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor Lavaca County austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor Live Oak CAD austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor Starr County austin.bankruptcy@publicans.com

Donna T Parkinson
    on behalf of Creditor R360 Environmental Solutions  LLC donna@parkinsonphinney.com

Douglas Saul Friedman
    on behalf of Creditor Renaissance Offshore  LLC doug.friedman@stacybakerlaw.com

Douglas Saul Friedman
    on behalf of Defendant Renaissance Offshore LLC doug.friedman@stacybakerlaw.com

Duane J Brescia
    on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane J Brescia
    on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com
djaenike@clarkhill.com;ckclark@clarkhill.com

Duane J Brescia
    on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com

Edward L Ripley
    on behalf of Creditor Unocal Pipeline Company eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley
    on behalf of Creditor Texaco Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley
    on behalf of Creditor Noble Energy  Inc. eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley
    on behalf of Creditor Chevron U.S.A. Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley
    on behalf of Creditor Union Oil Company of California eripley@andrewsmyers.com  sray@andrewsmyers.com

Elizabeth M Guffy
    on behalf of Defendant HCC International Insurance Company PLC eguffy@lockelord.com  eguffy@ecf.axosfs.com

Elizabeth M Guffy
on behalf of Creditor HCC International Insurance Company PLC eguffy@lockelord.com  eguffy@ecf.axosfs.com

Elliot W Scharfenberg
on behalf of Interested Party RLI Insurance Company escharfenberg@kfplaw.com

Emilio Fernando DeAyala
on behalf of Plaintiff Fieldwood Energy Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
on behalf of Plaintiff Fieldwood Energy LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
on behalf of Plaintiff Fieldwood SD Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emma Louise Persson
on behalf of Creditor Shell GOM Pipeline Company  LLC emma.persson@nortonrosefulbright.com

Emma Louise Persson
on behalf of Creditor Shell Pipeline  LLC emma.persson@nortonrosefulbright.com

Emma Louise Persson
on behalf of Creditor Shell Oil Company emma.persson@nortonrosefulbright.com

Emma Louise Persson
on behalf of Creditor Shell Offshore  Inc. emma.persson@nortonrosefulbright.com

Eric Michael English
on behalf of Creditor Talos Energy Inc. eenglish@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Eric Michael English
on behalf of Creditor Talos Energy LLC eenglish@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Florence Bonaccorso-Saenz
on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov

H Kent Aguillard
on behalf of Creditor DLS  LLC kent@aguillardlaw.com, gina@aguillardlaw.com

Hector Duran, Jr
on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Helen Hemingway McLaughlin
on behalf of Plaintiff Fieldwood SD Offshore LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
on behalf of Plaintiff Fieldwood Energy LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
on behalf of Plaintiff Fieldwood Energy Offshore LLC hmclaughlin@buckkeenan.com

J Robert Forshey
on behalf of Creditor HHE Energy Company bforshey@forsheyprostok.com
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J Robert Forshey
on behalf of Creditor XH LLC bforshey@forsheyprostok.com
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J Robert Forshey
on behalf of Creditor XTO Offshore  Inc. bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J Robert Forshey
on behalf of Creditor ExxonMobil Corporation bforshey@forsheyprostok.com
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J Robert Forshey
on behalf of Creditor XTO Energy  Inc. bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J. David Forsyth
on behalf of Interested Party Helis Oil & Gas Company  LLC jdf@sessions-law.com

James B. Bailey
on behalf of Creditor Bedrock Petroleum Consultants  LLC jbailey@bradley.com, jbailey@ecf.courtdrive.com

District/off: 0541-4
Date Rcvd: Aug 11, 2021

User: ADIuser
Form ID: pdf002

Page 12 of 21
Total Noticed: 129

James Harmon Hall

on behalf of Creditor Aubrey Wild James@chzfirm.com

James R Prince

on behalf of Creditor Hunt Oil Company  Chieftain International (U.S.) L.L.C., and Hunt Chieftain Development, L.P.
jim.prince@bakerbotts.com, BankruptcyDallas@bakerbotts.com;jim-prince-2090@ecf.pacerpro.com

James Robert MacNaughton

on behalf of Creditor Gibson Applied Technology & Enginnering robert@porterpowers.com

James W Walker

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jwalker@coleschotz.com
ahickey@coleschotz.com;amacias@coleschotz.com

Jameson Joseph Watts

on behalf of Creditor 2M Oilfield Group Inc. jameson.watts@huschblackwell.com
penny.keller@huschblackwell.com;jameson-watts-4163@ecf.pacerpro.com;Christine.deacon@huschblackwell.com

Jan M Hayden

on behalf of Creditor Samson Contour Energy E & P  LLC jhayden@bakerdonelson.com,
gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Jan M Hayden

on behalf of Creditor Samson Offshore Mapleleaf  LLC jhayden@bakerdonelson.com,
gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Jason George

on behalf of Debtor Fieldwood Energy LLC jason.george@weil.com

Jason B. Binford

on behalf of Interested Party Railroad Commission of Texas Jason.binford@oag.texas.gov

Jason B. Binford

on behalf of Interested Party Texas General Land Office Jason.binford@oag.texas.gov

Jason M Rudd

on behalf of Interested Party Tana Exploration Company  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M Rudd

on behalf of Interested Party TC Oil Louisiana  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jeffery Dayne Carruth

on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Jeri Leigh Miller

on behalf of Creditor Ridgewood Energy Corporation jeri.miller@sidley.com  jeri-leigh-miller-8108@ecf.pacerpro.com

Jeri Leigh Miller

on behalf of Interested Party ILX Prospect Katmai  LLC jeri.miller@sidley.com, jeri-leigh-miller-8108@ecf.pacerpro.com

Jeri Leigh Miller

on behalf of Interested Party Ridgewood Katmai  LLC jeri.miller@sidley.com, jeri-leigh-miller-8108@ecf.pacerpro.com

Jerome Harold Moroux

on behalf of Creditor Duane Landry jerome@broussard-david.com

Jerome Harold Moroux

on behalf of Creditor Claboryan Lewis jerome@broussard-david.com

Jessica Liou

on behalf of Plaintiff Fieldwood Energy LLC Jessica.Liou@weil.com

Jessica Liou

on behalf of Debtor Fieldwood Energy LLC Jessica.Liou@weil.com

Joel Cameron Simon

on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com

Joel Cameron Simon

on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com

John A Mouton, III

on behalf of Creditor Process Piping Materials  Inc. john@jmoutonlaw.com

John A Mouton, III

on behalf of Creditor Derrick Daniels john@jmoutonlaw.com

John A Mouton, III

on behalf of Creditor Intracoastal Liquid Mud  Inc. john@jmoutonlaw.com

John E Mitchell

on behalf of Creditor Stingray Pipeline Company  LLC john.mitchell@katten.com

John E Mitchell
    on behalf of Creditor Sea Robin Pipeline Company  LLC john.mitchell@katten.com

John E Mitchell
    on behalf of Creditor Florida Gas Transmission Company  LLC john.mitchell@katten.com

John E Mitchell
    on behalf of Creditor Trunkline Gas Company  LLC john.mitchell@katten.com

John E.W. Baay, II
    on behalf of Creditor LLOG Energy  L.L.C. jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor Westerngeco LLC jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor TGS-NOPEC Geophysical Company jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor LLOG Exploration Offshore  L.L.C. jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor TGS AP Investments AS jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor A2D TECHNOLOGIES  INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor TGS-NOPEC Geophysical Company ASA jbaay@glllaw.com

John F Higgins, IV
    on behalf of Interested Party Kilgore Marine jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John P Dillman
    on behalf of Creditor Galveston County houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Rio Grande City CISD houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Starr County houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Live Oak CAD houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Jefferson County houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Lavaca County houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Matagorda County houston_bankruptcy@publicans.com

John S Mayer
    on behalf of Creditor Solar Turbines Incorporated jmayer@rossbanks.com

John T Banks
    on behalf of Creditor Colorado County jbanks@pbfcm.com  jbanks@ecf.inforuptcy.com

John Zachary Balasko
    on behalf of Creditor U.S. Department of the Interior john.z.balasko@usdoj.gov

Jonathan Steven Ord
    on behalf of Interested Party RLI Insurance Company jord@krebsfarley.com

Joseph Lomax Jordan, Jr
    on behalf of Creditor AGI Industries Inc maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joseph Lomax Jordan, Jr
    on behalf of Creditor AGI Packaged Pump Systems maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joshua Nielson Eppich
    on behalf of Creditor EOG Resources  Inc. Joshua@BondsEllis.com, Joyce.Rehill@BondsEllis.com

District/off: 0541-4                               User: ADIuser                                    Page 14 of 21
Date Rcvd: Aug 11, 2021                        Form ID: pdf002                              Total Noticed: 129

Joshua W. Wolfshohl
> on behalf of Creditor Diverse Safety & Scaffolding  LLC jwolfshohl@porterhedges.com,
> egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Juan M Castillo
> on behalf of Creditor Macquarie Corporate and Asset Funding Inc. jcastillo@fcbtxlaw.com  anichols@fcbtxlaw.com

Karl Daniel Burrer
> on behalf of Interested Party BP Exploration & Production Inc. burrerk@gtlaw.com  jamrokg@gtlaw.com,

Kelly Singer
> on behalf of Interested Party Ecopetrol America LLC Kelly.singer@squirepb.com
> sarah.conley@squirepb.com,kelly-e-singer-8448@ecf.pacerpro.com

Kenneth P. Green
> on behalf of Creditor SBM Gulf Production LLC ken@snow-green.com  janis@snow-green.com;laura@snow-green.com

Kevin Chiu
> on behalf of Creditor EnVen Energy Ventures  LLC kevin.chiu@bakerbotts.com

Kevin M Maraist
> on behalf of Creditor Archrock Services  LP kmaraist@albmlaw.com

Kevin M Maraist
> on behalf of Creditor Archrock Partners Operating  LLC and Archrock Service LP kmaraist@albmlaw.com

Lacey E. Rochester
> on behalf of Creditor Fugro USA Marine  Inc. lrochester@bakerdonelson.com, cbretz@bakerdonelson.com

Lambert M Laperouse
> on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited laperouse@glllaw.com  hherrick@glllaw.com

Larry Preston Walton
> on behalf of Creditor Deep Sea Development Services  Inc. larrypwalton@larrypwalton.com

Leann Opotowsky Moses
> on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited moses@carverdarden.com
> Langley@carverdarden.com;8167471420@filings.docketbird.com

Leann Opotowsky Moses
> on behalf of Creditor C-Dive  L.L.C. moses@carverdarden.com,
> Langley@carverdarden.com;8167471420@filings.docketbird.com

Lee E Woodard
> on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company
> LWoodard@HarrisBeach.com, efilings@harrisbeach.com

Lee E Woodard
> on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., Endurance American Insurance Company, Ironshore
> Specialty Insurance Company LWoodard@HarrisBeach.com, efilings@harrisbeach.com

Lee E Woodard
> on behalf of Creditor Lexon Insurance Company and Endurance American Insurance Company LWoodard@HarrisBeach.com
> efilings@harrisbeach.com

Lisa Ann Powell
> on behalf of Creditor Oil States Energy Services  LLC Lisa.Powell@fisherbroyles.com

Lisa M. Norman
> on behalf of Creditor Noble Energy  Inc. lnorman@andrewsmyers.com, kbocco@andrewsmyers.com

Lisa M. Norman
> on behalf of Creditor Chevron U.S.A. Inc. lnorman@andrewsmyers.com  kbocco@andrewsmyers.com

Lloyd A. Lim
> on behalf of Creditor ITC Global  Inc. llim@balch.com, rkubanda@balch.com;nmata@balch.com;smckitt@balch.com

Lynda Lee Lankford
> on behalf of Creditor XTO Energy  Inc. llankford@forsheyprostok.com,
> calendar@forsheyprostok.com;jjones@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com

Lynda Lee Lankford
> on behalf of Creditor ExxonMobil Corporation llankford@forsheyprostok.com
> calendar@forsheyprostok.com;jjones@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com

Mark Alan Platt
> on behalf of Creditor CCG Services (U.S.) Inc. mplatt@fbtlaw.com  dwillliams@fbtlaw.com;mluna@fbtlaw.com

Mark Alan Platt
> on behalf of Creditor CGG Services (U.S.) Inc. mplatt@fbtlaw.com  dwillliams@fbtlaw.com;mluna@fbtlaw.com

Mark D Sherrill
> on behalf of Interested Party Nautilus Pipeline Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark D Sherrill
on behalf of Interested Party Manta Ray Offshore Gathering Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark S Finkelstein
on behalf of Creditor Trendsetter Engineering  Inc. mfinkelstein@smfadlaw.com, rjones@smfadlaw.com

Marvin E Sprouse, III
on behalf of Creditor Cortex Business Solutions USA LLC msprouse@sprousepllc.com  sprouselawfirm@gmail.com

Matthew D Cavenaugh
on behalf of Defendant Atlantic Maritime Services LLC mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh
on behalf of Creditor Atlantic Maritime Services  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh
on behalf of Creditor Valaris plc mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew J. Pyeatt
on behalf of Creditor Goldman Sachs Bank USA mpyeatt@velaw.com

Melissa E Valdez
on behalf of Creditor Sheldon Independent School District mvaldez@pbfcm.com
osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com

Melissa E Valdez
on behalf of Creditor Sheldon Independent School District  et al mvaldez@pbfcm.com,
osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com

Michael Fishel
on behalf of Interested Party Ridgewood Katmai  LLC mfishel@sidley.com,
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel
on behalf of Interested Party ILX Prospect Katmai  LLC mfishel@sidley.com,
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel
on behalf of Creditor Ridgewood Energy Corporation mfishel@sidley.com
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael D Warner
on behalf of Interested Party The Official Committee of Unsecured Creditors mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
on behalf of Creditor Committee The Official Committee of Unsecured Creditors mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael Edward Collins
on behalf of Defendant Philadelphia Indemnity Insurance Company mcollins@manierherod.com  rmiller@manierherod.com

Michael Edward Collins
on behalf of Creditor Philadelphia Indemnity Insurance Company mcollins@manierherod.com  rmiller@manierherod.com

Michael P Ridulfo
on behalf of Creditor Multiklient Invest AS mridulfo@krcl.com  rcoles@krcl.com

Michael P Ridulfo
on behalf of Creditor Sparrows Offshore  LLC mridulfo@krcl.com, rcoles@krcl.com

Millard A Johnson
on behalf of Creditor Ankor Energy LLC mjohnson@jdkglaw.com  msolis@jdkglaw.com;skeith@jdkglaw.com

Nicolette Zulli
on behalf of Creditor Moodys Investors Service  Inc. njzulli@duanemorris.com,
mlara@duanemorris.com;ANieto@duanemorris.com

Omar Jesus Alaniz
on behalf of Creditor Hess Corporation oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;jkrasnic@reedsmith.com;srhea@reedsmith.com

Omer F Kuebel, III
on behalf of Creditor ConocoPhillips Company rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Creditor McMoran Oil & Gas LLC rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Creditor Freeport-McMoRan Oil & Gas LLC rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Creditor All Aboard Development Corporation rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Owen Mark Sonik

District/off: 0541-4
Date Rcvd: Aug 11, 2021

User: ADIuser
Form ID: pdf002

Page 16 of 21
Total Noticed: 129

on behalf of Creditor Anahuac Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Bay City Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Chambers County osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Trinity Bay Conservation District osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Dickinson Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Sheldon Independent School District  et al osonik@pbfcm.com,
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Patricia Williams Prewitt

on behalf of Creditor Plains Gas Solutions Patti@pprewittlaw.com  pattiprewittlaw@gmail.com

Patrick Andrew Kelly

on behalf of Creditor Chevron U.S.A. Inc. pkelly@andrewsmyers.com

Patrick Andrew Kelly

on behalf of Creditor Noble Energy  Inc. pkelly@andrewsmyers.com

Patrick M. Shelby

on behalf of Creditor A-Port LLC rick.shelby@phelps.com  trisha.crombie@phelps.com

Patrick M. Shelby

on behalf of Creditor Linear Controls  Inc. rick.shelby@phelps.com, trisha.crombie@phelps.com

Paul Joseph Goodwine

on behalf of Creditor Ankor Energy LLC pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine

on behalf of Creditor Ankor E&P Holdings Corporation pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine

on behalf of Interested Party Apache Corporation pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine

on behalf of Creditor LLOG Exploration Company  LLC pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine

on behalf of Creditor Walter Oil & Gas Corporation pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine

on behalf of Creditor LLOG Exploration Offshore  L.L.C. pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine

on behalf of Creditor Marubeni Oil & Gas (USA) LLC pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul R. Genender

on behalf of Debtor Fieldwood Energy LLC paul.genender@weil.com
paul-genender-5536@ecf.pacerpro.com,fwe.lit.team@weil.com,fwe.rx.team@weil.com,bambo.obaro@weil.com

Peter C D'Apice

on behalf of Creditor CNOOC Petroleum Offshore U.S.A. Inc. dapice@sbep-law.com

Philip G Eisenberg

on behalf of Creditor W&T Offshore  Inc. peisenberg@lockelord.com

Philip G Eisenberg

on behalf of Creditor HCC International Insurance Company PLC peisenberg@lockelord.com

Philip G Eisenberg

on behalf of Creditor W&T Energy VI  LLC peisenberg@lockelord.com

Philip G Eisenberg

on behalf of Creditor U.S. Specialty Insurance Company peisenberg@lockelord.com

Philip T DeBaillon

on behalf of Creditor Infinity Valve & Supply LLC phil@philyourlawyer.com

Phillip W Nelson

on behalf of Creditor Cortland Capital Market Services LLC phillip.nelson@hklaw.com

Rafael Rodriguez

on behalf of Creditor Ignition Systems & Controls  Inc. rrodriguez@toddlawfirm.com

Randall A Rios

on behalf of Creditor Aspen American Insurance Company Randy.Rios@huschblackwell.com
randy-rios-2903@ecf.pacerpro.com

Randall A Rios

on behalf of Creditor Sirius America Insurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Randall A Rios

on behalf of Creditor Berkley Insurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Randall A Rios

on behalf of Creditor Everest Reinsurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Randy W Williams

on behalf of Creditor Patrick Burnett rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

Randy W Williams

on behalf of Creditor Brian Cloyd rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

Randy W Williams

on behalf of Creditor Lewis Andrews rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

Reese W Baker

on behalf of Creditor Regis Southern courtdocs@bakerassociates.net
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@g
mail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Richard A. Kincheloe

on behalf of Creditor U.S. Department of the Interior Richard.Kincheloe@usdoj.gov
caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.g
ov;USATXS.Bankruptcy-ECF@usdoj.gov

Richard Andrew Howell

on behalf of Defendant Sanare Energy Partners LLC RAHowell@JW.com
mmcclenathen@jw.com;kgradney@jw.com;dtrevino@jw.com

Richard M Gaal

on behalf of Creditor Core Industries  Inc. rgaal@mcdowellknight.com,
pholder@mcdowellknight.com;mkrscourtdocs@gmail.com;ctiblier@mcdowellknight.com;cjoiner@mcdowellknight.com

Robert Bernard Bruner

on behalf of Creditor Anadarko Petroleum Corp. bob.bruner@nortonrosefulbright.com

Robert Bernard Bruner

on behalf of Creditor Anadarko E&P Company bob.bruner@nortonrosefulbright.com

Robert Bernard Bruner

on behalf of Creditor Anadarko U.S. Offshore LLC bob.bruner@nortonrosefulbright.com

Robert L Paddock

on behalf of Plaintiff Fieldwood SD Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Plaintiff Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Counter-Defendant Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Plaintiff Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Counter-Defendant Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Counter-Defendant Fieldwood SD Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L. Marrero

office@bobmarrero.com

Robert P Franke

on behalf of Creditor Martin Energy Services LLC bfranke@clarkhill.com  malvarez@clarkhill.com;ahornisher@clarkhill.com

Robin Russell

on behalf of Defendant Apache Corporation rrussell@HuntonAK.com

Robin Russell

on behalf of Defendant Apache Shelf Exploration LLC rrussell@HuntonAK.com

Robin Russell

on behalf of Interested Party Apache Corporation rrussell@HuntonAK.com

Robin Russell

on behalf of Defendant Apache Shelf  Inc. rrussell@HuntonAK.com

Robin Russell

on behalf of Defendant Apache Deepwater LLC rrussell@HuntonAK.com

Ryan Dodson Dry

on behalf of Interested Party RLI Insurance Company rdry@krebsfarley.com  khaley@krebsfarley.com

Ryan E Chapple

on behalf of Creditor Patrick Burnett rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Brian Cloyd rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Lewis Andrews rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Manns

on behalf of Creditor Shell Offshore  Inc. ryan.manns@nortonrosefulbright.com

Ryan Michael Seidemann

on behalf of Creditor State of Louisiana  Department of Natural Resources seidemannr@ag.state.la.us, lentoc@ag.state.la.us

Scott A Zuber

on behalf of Creditor Everest Reinsurance Company szuber@csglaw.com

Scott A Zuber

on behalf of Counter-Defendant Fieldwood Energy LLC szuber@csglaw.com

Sean B Davis

on behalf of Creditor SM Energy Company sbdavis@winstead.com  mmingo@winstead.com

Sean B Davis

on behalf of Creditor Japex (U.S.) Corp. sbdavis@winstead.com  mmingo@winstead.com

Serajul F Ali

on behalf of Creditor U.S. Department of the Interior serajul.ali@usdoj.gov

Shari L Heyen

on behalf of Interested Party BP Exploration & Production Inc. heyens@gtlaw.com  jamrokg@gtlaw.com

Shelley B Marmon

on behalf of Creditor Republic Helicopters  Inc. samarmon@cjmhlaw.com

Simon Richard Mayer

on behalf of Creditor U.S. Specialty Insurance Company simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer

on behalf of Creditor HCC International Insurance Company PLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer

on behalf of Defendant HCC International Insurance Company PLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Stanwood R Duval

on behalf of Creditor Magnum Mud Equipment Co.  Inc. stan@duvallawfirm.com

Stephen A Roberts

on behalf of Creditor Zurich American Insurance Company stephen.roberts@clarkhillstrasburger.com
donna.jaenike@clarkhillstrasburger.com;ckclark@clarkhill.com

Stephen Douglas Statham

on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Stephen Jacob Humeniuk

on behalf of Creditor Cox Oil  LLC, Cox Operating LLC, Energy XXI GOM, LLC, Energy XXI Gulf Coast, Inc., Energy XXI
Onshore, LLC, Energy XXI Pipeline, LLC, Energy XXI Pipeline I, LLC, Energy XXI Pipeline II, LLC, M21K, LLC
Stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com

Steven W Soule

on behalf of Creditor Discovery Gas Transmission LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Transcontinental Gas Pipe Line Company  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Targa Liquids Marketing and Trade  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Venice Energy Services Company  L.L.C. ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor WFS Liquids LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Performance Energy Services  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Targa Midstream Services  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Gulfstar One LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Williams Field Services-Gulf Coast Company LLC ssoule@hallestill.com  smccormick@hallestill.com

Stewart F Peck

on behalf of Defendant Atlantic Maritime Services LLC speck@lawla.com

Stewart F Peck

on behalf of Creditor Atlantic Maritime Services  LLC speck@lawla.com

Suzanne K. Rosen

on behalf of Creditor ExxonMobil Corporation srosen@forsheyprostok.com
calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Suzanne K. Rosen

on behalf of Creditor XTO Energy  Inc. srosen@forsheyprostok.com,
calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Sylvia Ann Mayer

on behalf of Creditor Superior Performance  Inc. smayer@smayerlaw.com

Sylvia Ann Mayer

on behalf of Creditor Louisiana Safety Systems  Inc. smayer@smayerlaw.com

T. Josh Judd

on behalf of Creditor Edward Randall  Individually and as Representative of the Estate of Christopher Todd Randall, Deceased
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd

on behalf of Creditor Enterprise Gas Processing  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

Taylor Romero

on behalf of Creditor Patrick Burnett tromero@cstrial.com  aprentice@cstrial.com

Taylor Romero

on behalf of Creditor Lewis Andrews tromero@cstrial.com  aprentice@cstrial.com

Taylor Romero

on behalf of Creditor Brian Cloyd tromero@cstrial.com  aprentice@cstrial.com

Thomas A Howley

on behalf of Creditor Genesis Energy  L.P. tom@howley-law.com, roland@howley-law.com

Thomas Alan Zabel

on behalf of Creditor Genesis Energy  L.P. tzabel@zflawfirm.com, cturner@zflawfirm.com;pdupuis@zflawfirm.com

Thomas G Gruenert

on behalf of Creditor AGGREKO  LLC tgruenert@gruenertlawgroup.com

Thomas Scott Leo

on behalf of Creditor North American Specialty Insurance Company sleo@leolawpc.com  emartinez@leolawpc.com

Timothy Aaron Million

on behalf of Defendant Everest Reinsurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million

on behalf of Creditor Sirius America Insurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million

on behalf of Creditor Aspen American Insurance Company tim.million@huschblackwell.com
tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million

on behalf of Creditor Everest Reinsurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million

on behalf of Creditor Berkley Insurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Tony L. Draper

on behalf of Creditor John A Sansbury  Jr tdraper@wwmlawyers.com

Tony L. Draper

on behalf of Creditor Mark Howard Gillespie tdraper@wwmlawyers.com

Tony L. Draper

on behalf of Creditor George Canjar tdraper@wwmlawyers.com

Tony L. Draper

on behalf of Creditor Edward C Stengel tdraper@wwmlawyers.com

Tony L. Draper

on behalf of Creditor Michael Howard Clark tdraper@wwmlawyers.com

Tony L. Draper

on behalf of Creditor Jeffrey W Faw tdraper@wwmlawyers.com

Travis McRoberts

on behalf of Interested Party Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com

Travis McRoberts

on behalf of Creditor Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Victoria Duncan Vonder Haar

on behalf of Creditor Aldine ISD bnkatty@aldineisd.org

Victoria V Theriot

on behalf of Creditor Acadian Contractors  Inc ttheriot@acadiancontractors.com

Victoria V Theriot

on behalf of Creditor Broussard Brothers  Inc. ttheriot@acadiancontractors.com

Wayne Kitchens

on behalf of Attorney Petro Amigos Supply  Inc. jwk@hwallp.com, dkokenes@hwallp.com

William Alfred Wood, III

on behalf of Interested Party Eni Petroleum US LLC Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William Alfred Wood, III

on behalf of Interested Party Eni US Operating Co. Inc. Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William R. Howell, Jr.

on behalf of Creditor Marathon Oil Company william.howell@bondsellis.com  williamhowell@utexas.edu

William Ross Spence

on behalf of Creditor Supreme Service & Specialty Co. Inc. ross@sdllaw.com
brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com

William Shanler Robbins

on behalf of Creditor Partco  LLC wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Yelena Archiyan

on behalf of Creditor Trunkline Field Services LLC yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor Sea Robin Pipeline Company  LLC yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor West Cameron Dehydration Company  L.L.C. yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor Florida Gas Transmission Company  LLC yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor Stingray Pipeline Company  LLC yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor Florida Gas Transmission  LLC, yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor Trunkline Gas Company  LLC yelena.archiyan@katten.com

Zachary S McKay

on behalf of Creditor Tetra Applied Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelawgroup.net

District/off: 0541-4

Date Rcvd: Aug 11, 2021

User: ADIuser

Form ID: pdf002

Page 21 of 21

Total Noticed: 129

Zachary S McKay

on behalf of Creditor Irongate Rental Services  LLC zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay

on behalf of Creditor TETRA Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay

on behalf of Creditor Expro Americas  L.L.C. zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay

on behalf of Creditor Diversified Well Logging  LLC zmckay@dorelawgroup.net, chymel@dorelawgroup.net

TOTAL: 360