United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

### ORDER APPROVING THIRD INTERIM FEE APPLICATION OF JONES WALKER LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS SPECIAL COUNSEL TO DEBTORS FOR THE PERIOD FEBRUARY 1, 2021 TO APRIL 30, 2021

Upon consideration of the *Third Interim Fee Application of Jones Walker LLP for Allowance and Payment of Fees and Expenses as Special Counsel for Debtors for the Period February 1, 2021 through April 30, 2021* (the "Application") filed by Jones Walker LLP ("Jones Walker"), special counsel for Fieldwood Energy LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been given, no objections to the Application having been filed, and no other further notice is required; and (e) good and sufficient cause exists for granting the relief herein,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

{HD117518.1}

after due deliberation upon the Application and all relevant proceedings before the Court in connection with the Application. Therefore, **IT IS HEREBY ORDERED THAT:**

1. Jones Walker is hereby awarded, on an interim basis, the allowance of fees in the amount of $662,546.00 and reimbursement of expenses in the amount of $10,894.42 for services rendered for the period of February 1, 2021 through April 30, 2021.

2. The Debtors are authorized to pay Jones Walker any unpaid portion of all fees and expenses allowed pursuant to this Order.

Signed: August 16, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

{HD117518.1}