# EXHIBIT B2



BP Exhibit 5

Case No. 20-33948

1

```
 1                IN THE UNITED STATES BANKRUPTCY COURT

 2                 FOR THE SOUTHERN DISTRICT OF TEXAS

 3                           HOUSTON DIVISION

 4
    IN RE:                           §    CASE NO. 20-33948-11
 5                                   §
    FIELDWOOD ENERGY LLC,            §    HOUSTON, TEXAS
 6  ET AL,                           §    FRIDAY,
                                     §    APRIL 9, 2021
 7            DEBTORS.               §    1:59 P.M. TO 2:42 P.M.

 8
                          MOTION HEARING (VIA ZOOM)
 9

10            BEFORE THE HONORABLE MARVIN ISGUR
                 UNITED STATES BANKRUPTCY JUDGE
11

12      APPEARANCES:                        SEE NEXT PAGE

13       (RECORDED VIA COURTSPEAK; NO LOG NOTES)

14

15

16

17

18

19

20                     TRANSCRIPTION SERVICE BY:

21         JUDICIAL TRANSCRIBERS OF TEXAS, LLC
                935 Eldridge Road, #144
22               Sugar Land, TX  77478
                    281-277-5325
23            www.judicialtranscribers.com

24
       Proceedings recorded by electronic sound recording;
25       transcript produced by transcription service.


                   JUDICIAL TRANSCRIBERS OF TEXAS, LLC
```

```
 1                      APPEARANCES (VIA ZOOM):

 2

 3   For the Debtors:             WEIL GOTSHAL & MANGES LLP
                                  Alfredo R. Perez, Esquire
 4                                Clifford Carlson, Esquire
                                  700 Louisiana, Ste. 1700
 5                                Houston, Texas 77002
                                  713-546-5040
 6
     For the Ad Hoc Group         DAVIS POLK & WARDWELL LLP
 7   of Secured Lenders           Damian Schaible, Esquire
                                  450 Lexington Ave.
 8                                New York, New York
                                  212-450-4580
 9
     For HCC International        LOCKE LORD, LLP
10   Insurance Company            Elizabeth Guffy, Esquire
                                  2000 Bagby Street
11                                Houston, Texas 77002
                                  713-226-1328
12
     For Everest, Berkley, Aspen  CHIESA SHAHINIAN & GIANTOMASI
13   and Sirius                   Scott A. Zuber, Esquire
                                  One Boland Drive
14                                West Orange, New Jersey 07052
                                  973-325-1500
15
     For Ecopetrol America LLC    SQUIRE PATTON BOGGS (US) LLP
16                                Kelly Singer, Esquire
                                  1 E. Washington St., Ste. 2700
17                                Phoenix, Arizona 85004
                                  602-528-4099
18
     For BP Exploration           GREENBERG TRAURIG, LLP
19   & Production Inc.            Craig Duewall, Esquire
                                  300 West 6th St., Ste. 2050
20                                Austin, Texas 78701
                                  512-320-7200
21
                                  Karl Burrer, Esquire
22                                1000 Louisiana St., Ste. 1700
                                  Houston, Texas 77002
23                                713-374-3500

24   (Please also see Electronic Appearances.)

25
```

```
 1                              INDEX

 2
    WITNESS:              Direct      Cross     Redirect     Recross
 3
    None
 4

 5
    EXHIBITS:                         Marked    Offered     Received
 6
    Declaration at ECF No. 1225-3                              14*
 7  Declaration at ECF No. 1225-8                              14*

 8

 9

10  *Admitted solely for the purpose of considering the motions

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  that the value is informed by this.  I mean, Mr. Hansen is
2  perform -- has performed a valuation, we have a credit bid.
3  He's going to be -- you know, we're providing the expert
4  report.  All of that information is going in there.
5       There's no -- there's nothing in this that is the
6  basis for his valuation.  This was done as a historical --
7  you know, we did this -- you know, it was historical and it
8  has nothing to do other than allowing a competitor -- an
9  express competitor who prob -- you know, and again, it's
10 probably for another day, but the Court already heard, you
11 know, a long night of testimony on this and it's just an
12 effort for them to get this information, which has nothing
13 to do with the abandoned property, this has nothing to do
14 with the valuation of Newco, it has nothing to do with
15 any item that could possibly, Your Honor, be at issue in
16 confirmation, other than an effort by a competitor to get
17 information from us with respect to a well which we're going
18 to have a dispute on the basis of, you know, the reasons why
19 they took the actions that they took, Your Honor.
20       So I'm happy to -- I'm happy to wait until they
21 file something, and we'll address it at that time on an
22 evidentiary basis.
23       MR. SCHAIBLE:  Your Honor, this is Damian
24 Schaible.  May I be heard briefly?
25       THE COURT:  Of course.

Case 20-33948   Document 1996-5   Filed in TXSB on 08/20/21   Page 6 of 6
Case 20-33948   Document 1415-3   Filed in TXSB on 05/28/21   Page 6 of 6

32

```
 1              MR. PEREZ:  Thank you, Your Honor.
 2              MS. GUFFY:  Thank you, Your Honor.
 3              MR. DUEWALL:  Thank you, Your Honor.
 4              THE COURT:  We are in adjournment.  You all have a
 5   good weekend.  Stay safe.
 6              MR. PEREZ:  Okay.
 7         (Proceedings adjourned at 2:42 p.m.)
 8                            * * * * *
 9           I certify that the foregoing is a correct
10   transcript to the best of my ability due to the condition of
11   the electronic sound recording of the ZOOM/telephonic
12   proceedings in the above-entitled matter.
13   /S/ MARY D. HENRY
14   CERTIFIED BY THE AMERICAN ASSOCIATION OF
15   ELECTRONIC REPORTERS AND TRANSCRIBERS, CET**337
16   JUDICIAL TRANSCRIBERS OF TEXAS, LLC
17   JTT TRANSCRIPT #63827
18   DATE FILED:  APRIL 23, 2021
19
20
21
22
23
24
25
```