# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, August 24, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Nicole | Bakare | Grenberg Traurig, LLP | BP Exploration & Production Inc. |
| Karl | Burrer | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Erin | Choi | Weil, Gotshal & Manges | Fieldwood Energy |
| Craig | Duewall | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Paul | Genender | Weil, Gotshal & Manges | Fieldwood Energy |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Shari | Heyen | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Ryan | Manns | Norton Rose Fulbright US LLP | Shell Offshore Inc. |
| Sherry | Millman | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Debtor |
| Barnet | Skelton | Barnet B. Skelton, Jr., Attorney at Law | Houston Energy Deepwater Ventures I, LLC and Red Willow Offshore, LLC |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |