United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 24, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-33948 |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER MODIFYING STAY

For the reasons set forth on the record on this date, the automatic stay is lifted to allow BP Exploration & Production Inc. to commence and proceed with arbitration of the disputes between Fieldwood and BP arising from and relating to Fieldwood's invocation of Article 3.02(a) of the LSPS OA.

Upon completion of the arbitration, the parties will return to this Court to obtain further orders, which will be issued after consideration of the arbitration award and the confirmed plan in this case.

SIGNED 08/24/2021

_____
Marvin Isgur
United States Bankruptcy Judge