IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

### NOTICE OF FILING OF REDLINE OF
### SIXTH AMENDED PLAN SUPPLEMENT EXHIBITS

**PLEASE TAKE NOTICE** that, on June 15, 2021, Fieldwood Energy LLC and its

debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession

(collectively, the "**Debtors**"), filed the *Notice of Filing of Amended Plan Supplement in*

*Connection with Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its*

*Affiliated Debtors* [Docket No. 1562], which included (i) at Exhibit D the Schedule of Assumed

Contracts (the "**June 15 Schedule of Assumed Contracts**"), (ii) at Exhibit F the Credit Bid

Purchase Agreement and the exhibits thereto (the "**June 15 Credit Bid Purchase Agreement**"),

and (iii) at Exhibit N1 the Chevron Definitive Documents, which included the Plan of Merger and

the exhibits thereto as Exhibit 1-A annexed thereto (the "**June 15 Chevron Plan of Merger**").

**PLEASE TAKE FURTHER NOTICE** that, on June 16, 2021, the Debtors filed the

*Notice of Filing of Second Amended Plan Supplement in Connection with Fifth Amended Joint*

*Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1587], which

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778);
Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489);
Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM
Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy
SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The
Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

included the Oil and Gas Schedules as <u>Exhibits O1</u> through <u>O5</u> annexed thereto (the "**June 16 Oil and Gas Schedules**").

PLEASE TAKE FURTHER NOTICE that on June 25, 2021, the Debtors filed the *Fifth Amended Plan Supplement in Connection with Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1756] (the "**Fifth Amended Plan Supplement**"), which included (i) at <u>Exhibit B</u> certain disclosures under section 1129(a)(5) of the Bankruptcy Code (the "**June 25 1129(a)(5) Exhibit**"), (ii) at <u>Exhibit H</u> the Apache Definitive Documents (Revised Plan of Merger and the exhibits thereto) (the "**June 25 Apache Plan of Merger**"), and (iii) certain of the Oil and Gas Schedules <u>Exhibits O3</u> and <u>O5</u> (the "**June 25 Oil and Gas Schedules**").

PLEASE TAKE FURTHER NOTICE that on August 27, 2021, the Debtors filed the *Sixth Amended Plan Supplement in Connection with Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 2013] (the "**Sixth Amended Plan Supplement**"), which included revised drafts of (i) the 1129(a)(5) Exhibit (the "**Revised 1129(a)(5) Exhibit**"), (ii) the June 15 Schedule of Assumed Contracts (the "**Revised Schedule of Assumed Contracts**"), (iii) the June 15 Credit Bid Purchase Agreement (the "**Revised Credit Bid Purchase Agreement**"), (iv) June 25 Apache Plan of Merger (the "**Revised Apache Plan of Merger**"), (v) the June 15 Chevron Plan of Merger (the "**Revised Chevron Plan of Merger**"), and (vi) the June 25 Oil and Gas Schedules (the "**Revised Oil and Gas Schedules**").  The Revised 1129(a)(5) Exhibit, the Revised Schedule of Assumed Contracts, the Revised Credit Bid Purchase Agreement, the Revised Apache Plan of Merger, the Revised Chevron Plan of Merger, and the Revised Oil and Gas Schedules replace and supersede all prior-filed versions of such documents.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit A** is a changed pages only redline of the Revised 1129(a)(5) Exhibit marked against the June 25 1129(a)(5) Exhibit.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit B** is a changed pages only redline of the Revised Schedule of Assumed Contracts marked against the June 15 Schedule of Assumed Contracts.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit C** is a changed pages only redline of the Revised Credit Bid Purchase Agreement marked against the June 15 Credit Bid Purchase Agreement.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit D** is a changed pages only redline of the Revised Apache Plan of Merger marked against the June 25 Apache Plan of Merger.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit E** is a changed pages only redline of the Revised Chevron Plan of Merger marked against the June 15 Chevron Plan of Merger.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibits F** through **I** are changed pages only redlines of the Revised Oil and Gas Schedules marked against June 16 Oil and Gas Schedules or June 25 Oil and Gas Schedules, as applicable.

Dated:  August 27, 2021
        Houston, Texas

Respectfully submitted,

*/s/ Jessica Liou*

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: Matt.Barr@weil.com
        Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

   I hereby certify that, on August 27, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


          *_/s/ Jessica Liou_____*
          Jessica Liou

## Exhibit A

**1129(a)(5) Redline**

Upon the Effective Date, the FWE I Sole Manager shall serve as the sole officer of FWE I[4] and the sole officer, director, or manager of each Post-Effective Date FWE I Subsidiary.[5]

Jon Graham is a senior oil and gas professional with 43 years' experience in the oil and gas industry.  Mr. Graham worked for Apache Corporation ("**Apache**") for 25 years before retiring in 2020.  From 2017 to 2020, he was a Region Vice President and Managing Director for Apache's North Sea Region exploration and production operations, which had oil and gas properties with an asset value in excess of $2 billion, net production of 60,000 BOEPD, annual lease level income of $1.2 billion, and an annual expenditure of $400 million.  Mr. Graham's responsibilities as Region Vice President and Managing Director included overseeing a workforce of 1,200 personnel and developing and implementing short- and long-term exploration and production strategies.  Mr. Graham's other positions with Apache include Corporate Vice President of Health, Safety, Security, and Environment; Region Vice President for Argentina; Vice President of Reservoir Engineering; Engineering General Manager; Reservoir Engineering Manager of Offshore Gulf of Mexico Region; Region Vice President of Gulf Coast Onshore; and Reservoir Engineering Manager of Western Region.  Prior to joining Apache, Mr. Graham worked for Hunt Oil Company; Pacific Enterprises Oil Company; Sante Fe Minerals, Inc.; Lawson Engineering, Inc.; Grace Petroleum Corporation; Pacific Enterprises Oil Company; and Amoco Production Company.  Mr. Graham received a B.S. in Mechanical Engineering from University of Missouri – Rolla and a MBA from University of Oklahoma.

**Independent Director of FWE I – Thomas Strauss at Wilmington Trust:**

Upon the Effective Date, the independent director of FWE I shall serve as the sole independent director of FWE I.

Thomas Strauss is a Vice President & Director – Client Services for Wilmington Trust.  In his role, Mr. Strauss is responsible for managing Wilmington Trust's Special Purpose Vehicle business in the United States, which provides directors managers, and officers as well as administrative, accounting, and tax services for a wide variety of structured finance and securitization vehicles.  Ms. Strauss's expertise includes tax and accounting services.  Prior to joining Wilmington Trust, he practiced public accounting at a firm in Pennsylvania.  Mr. Strauss holds a bachelor's degree in Accounting from Pennsylvania State University and is a Certified Public Accountant and Certified Corporate Trust Specialist.

---

[4] *See* FWE I LLC Agreement § 7.03.

[5] *See* Plan § 5.12(b)(iii).

2

## Exhibit B

**Schedule of Assumed Contracts Redline**

Fieldwood Energy, LLC, et al.
Prepared ~~June 11~~ August 26, 2021

**Schedule of Assumed Contracts**
Notes:
[1] The inclusion or exclusion by the Debtors of any contract or lease on this schedule shall not constitute an admission by the Debtors that any such contract or lease is or is not an executory contract or unexpired lease or that the Debtors or the Post-Effective Date Debtors or their respective affiliates has any liability thereunder.
[2] The Debtors reserve the right, in their reasonable discretion, to further amend this schedule to add or remove any executory contract or unexpired lease for any reason, including executory contracts and unexpired leases that are subject to an ~~Adjourned~~ Assumption Dispute (as defined in the ~~Plan~~ Confirmation Order).
[3] Known Contract Counterparties represent parties listed in actual agreements and/or vendor names.
[4] The Debtors continue to review the contracts listed on this schedule to determine the appropriate Debtor entity. To the extent the Debtors are able to identify the proper Debtor entity for the contracts to which the Debtor entity is currently listed, the Debtors will filed an amended schedule prior to the confirmation hearing to reflect this information.
[5] Associated leases represent the oil and gas leases that are associated with or related to the same underlying contract.
[6] Related lease parties represent current lease co-working interest owners and JIB partners based on Company accounting system records.
[7] ~~Estimates based on spot pre-petition amounts payable balances. Cure estimates~~ Amounts were adjusted to zero for completed trade agreements. Bracketed amounts reflect Cure Amounts subject to ongoing negotiation between contract counterparties and related to Adjourned Assumption Disputes (as defined in the Confirmation Order).
[8] Reference is hereby made to the Debtors' ~~Fourth~~ Fifth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors (Docket ~~[ECF No. 1284]~~ 1742) (including any exhibits and schedules thereto and as may be further amended, supplemented, or modified, the "Plan"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan. The proposed treatment set forth on this Schedule of Assumed Contracts is for informational purposes only. In the event of any conflict between any of the Credit Bid Purchase Agreement, the Definitive Documents or any other documents relating to any Plan of Merger (collectively, the "Transaction Documents"), on the one hand, and this Schedule of Assumed Contracts, the applicable Transaction Documents shall control.

| # | Contract Date | Contract Category | Contract Description [1][2] | Known Contract Counterparties [3] | Debtor Entities | Associated Leases [ ] | Related Lease Parties [ , ] | Cure [ ] | Contract Treatment [ , ] | FW I / Credit Bid Purchaser | FW III | FW IV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Oilfield Services | MSA | 3D at Depth, Inc. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x (Credit Bid Purchaser) | | |
| 2 | 1/1/2014 | Oilfield Services | MSA | Abrado, Inc. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 3 | 1/1/2014 | Non-Oilfield Services | MSA | ACADIAN CONTRACTORS INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 4 | 1/1/2014 | Oilfield Services | Master Ground Transportation Contract | ACME TRUCK LINE INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 5 | 1/25/2016 | Other | Master Service Contract - Quarterly Preventive Maintenance (Houston) | ACS MAINTENANCE SOLUTIONS, INC. | Fieldwood Energy LLC | n.a. | n.a. | $4,378.96 | Assume and assign to Credit Bid Purchaser | x | | |
| 6 | 11/17/2017 | Oilfield Services | MSA | ADAPT CONCEPTS, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 7 | 9/6/2018 | Oilfield Services | MSA | ADD ENERGY LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 8 | | Non-Oilfield Services | Perpetual Software License Agreement | Adobe Software | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 9 | | Other | processes direct deposits, garnishments and tax | ADP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 10 | | Oilfield Services | Fieldwood Energy LLC Purchase Order Terms and Conditions | Advanced Biocatalytics Corporation | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 11 | 1/1/2014 | Oilfield Services | MSA | Advanced Logistics, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 12 | 4/1/2014 4/1/2014 4/1/2020 | Other Services Agreement | Response Resources Agreement, Utilization Agreement N&R Utilization Agreement | NET Inc. | | Area wide | | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 13 | | Oilfield Services | MSA | AGGREKO LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 14 | 1/1/2014 | Non-Oilfield Services | Consulting Agreement | AGILINK TECHNOLOGIES INC | Fieldwood Energy LLC | n.a. | n.a. | $19,980.24 | Assume and assign to Credit Bid Purchaser | x | | |
| 15 | | Non-Oilfield Services | Consulting Agreements | AGILINK TECHNOLOGIES INC | Fieldwood Energy LLC | n.a. | n.a. | $19,980.24 | Assume and assign to Credit Bid Purchaser | x | | |
| 16 | | Oilfield Services | MSA, Work Order For Quincy Compressor Model QSI-22Q | AIRE TECHNOLOGIES, COMPRESSED AIR SYSTEMS | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 17 | 11/8/2018 | Oilfield Services | Technical Services Contract | AKER SOLUTIONS INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 18 | 9/17/2020 | Oilfield Services | Fieldwood Energy LLC Purchase Order Terms and Conditions | Alamo Inc. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 19 | 12/14/2016 | Other Misc. | by and between Fieldwood Energy LLC and All Aboard Development Corporation. All Aboard Development Corp. surrender of interest | All Aboard Development Corporation; Walter Oil and Gas Corporation | Fieldwood Energy LLC | SS 189 Lease G04232 | CASTEX OFFSHORE INC, WALTER OIL & GAS CORPORATION, WALTER OIL & GAS CORPORATION, BRISTOW US LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x (FW I) | | |
| 20 | 7/14/2016 | Non-Oilfield Services | Master Service Agreement | ALPHEUS DATA SERVICES | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 21 | | Non-Oilfield Services | Master Services Agreements | ALPHEUS DATA SERVICES | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 22 | 1/1/2014 | Oilfield Services | MSA | ALTEC, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x (FW I) | | |
| 23 | 10/01/1997 | Lease of Platform Space | Lease of Platform Space - Amberjack Pipeline Company at GC 65 "A" Platform | Amberjack Pipeline Company | Fieldwood Energy Offshore LLC | GC 65 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 24 | 12/01/1997 | Facilities & Tie-in Agreements | Offshore Tie-in - Amberjack Pipeline Company at GC 65 "A" Platform | Amberjack Pipeline Company | Fieldwood Energy Offshore LLC | GC 65 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 25 | 03/27/2017 | Facilities & Tie-in Agreements | APPROVAL BY FIELDWOOD ENERGY TO ASSIGN AND ADDENDUM TO CONSENT TO ASSIGN BETWEEN AMBERJACK PIPELINE COMPANY AND SHELL OFFSHORE INC. | AMBERJACK PIPELINE COMPANY AND SHELL OFFSHORE INC. | Fieldwood Energy Offshore LLC | GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x (FW I) / x (Credit Bid Purchaser) | | |
| 26 | 03/27/2017 | Offshore Tie-in Agreement | by and between Fieldwood Energy LLC, Fieldwood Energy LLC and Amberjack Pipeline Company LLC. Consent of PSA between Empire and Amberjack subject to addendum | Amberjack Pipeline Company LLC | Fieldwood Energy Offshore LLC | GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x / x | | |
| 27 | 07/11/2009 | Marketing - Construction, Operations, Management, Ownership Agreements | Proposes that the producers utilizing the Amberjack Pipeline, (collectively, "the Producers", become owners in the Amberjack Pipeline, by and between Fieldwood Energy LLC and ? | Amberjack Pipeline, Chevron Pipe Line Company | Fieldwood Energy LLC | MC 110 Lease G18192 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x / x | | |
| 28 | 07/11/2009 | Marketing - Construction, Operations, Management, Ownership Agreements | Proposes that the producers utilizing the Amberjack Pipeline, (collectively, "the Producers", become owners in the Amberjack Pipeline, by and between Fieldwood Energy LLC and ? | Amberjack Pipeline, Chevron Pipe Line Company | Fieldwood Energy LLC | MC 110 Lease G18192 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x / x | | |
| 29 | 07/11/2009 | Marketing - Construction, Operations, Management, Ownership Agreements | Proposes that the producers utilizing the Amberjack Pipeline, (collectively, "the Producers", become owners in the Amberjack Pipeline, by and between Fieldwood Energy LLC and? | Amberjack Pipeline, Chevron Pipe Line Company | Fieldwood Energy LLC | MC 110 Lease G18192 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x / x | | |
| 30 | | Non-Oilfield Services | Addendum to Existing Interior Landscaping Agreement effective 03/03/2020 | AMBIUS | Fieldwood Energy LLC | | | $3,494.77 | Assume and assign to Credit Bid Purchaser | x | | |
| 31 | 06/01/2000 | Marketing - Connection Agreement | Connection Agreement between Amtrjerck Pipeline and Anadkaro, Shell and Ocean Energy, INC. | Amtrjerck Pipeline and Anadkaro, Shell and Ocean Energy, INC. | | GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x / x | | |
| 32 | 2/17/2014 | Oilfield Services | Master Rental Services Agreement | Amega Wood Services, LLC | Fieldwood Energy LLC | WD 121 Lease G19843, WD 122 Lease G13645 | TARPNET INC | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 33 | 10/01/1995 | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN AMERADA HESS CORPORATION AND VASTAR RESOURCES INC. | AMERADA HESS CORPORATION AND VASTAR RESOURCES INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 34 | 03/07/1996 | Joint Development / Venture / Exploration Agreements | JOINT DEVELOPMENT AREA AGREEMENT DATED MARCH 7, 1996, BY AND BETWEEN LOUISIANA LAND AND EXPLORATION COMPANY AND ENSERCH EXPLORATION, INC. ET AL COVERING PORTIONS OF BLOCKS 107, 108, 118 AND 117, EUGENE ISLAND. | Amerada Hess Corporation, Vastar Resources Inc., Hardy Oil & Gas USA, Inc., British-Borneo Exploration, Zilkha Energy Company, Louisiana Land and Exploration Company, Enserch Exploration, Inc. | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | EI 107 Lease G12441, EI 108 Lease G03811, EI 117 Lease G34293, EI 118 Lease G15242 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x (FW I) | | |
| 35 | 6/28/2018 | Oilfield Services | MSA, Transfer of ABS MSA to Affiliate | American Bureau of Shipping; ABSG Consulting, Inc. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 36 | 1/1/2014 | Oilfield Services | Master Ground Transportation Contract | AMERICAN EAGLE LOGISTICS LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |

| # | Date | Type | Description | Counterparty | Debtor | Lease/Reference | Assignee | Amount | Treatment | | | |
|---|------|------|-------------|--------------|--------|-----------------|----------|--------|-----------|---|---|---|
| 37 | | Oilfield Services | 502519_Master Services Agreement dated effective 01/03/2014 | AMERICAN TANK CO. INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 38 | 03/25/2004 | Joint Development / Venture / Exploration Agreements | Amendment to Joint Venture Development Agreement, dated. March 25, 2004 between Anadarko E & P Company LP, Chevron U.S.A. Inc., Hunt Oil Company, Hunt Petroleum, the George.R.Brown Partnership LP, Offshore Investment .Cov and the.Lamar Hunt Trust Estate., amended to the Unit Area comprised. | Anadarko E&P Company LP | Fieldwood Energy Offshore LLC | SS 206 Lease G01522, SS 207 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 39 | 03/01/1998 | Unit Agreement and/or Unit Operating Agreement | UNIT OPERATING AGREEMENT DATED MARCH 1, 1998, BY AND BETWEEN ANADARKO PETROLEUM CORPORATION AND SHELL OFFSHORE INC. UNIT NO.754398019 | ANADARKO PETROLEUM CORPORATION AND SHELL OFFSHORE INC. | Fieldwood Energy Offshore LLC | GI 110 Lease G13943, GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account if the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 40 | 03/01/1998 | Unit Agreement and/or Unit Operating Agreement | UNIT AGREEMENT FOR OUTER CONTINENTAL SHELF EXPLORATION, DEVELOPMENT, AND PRODUCTION OPERATIONS ON THE GRAND ISLE BLOCK 116 UNIT, DATED MARCH 1, 1998, BY AND BETWEEN ANADARKO PETROLEUM CORPORATION, AND SHELL OFFSORE INC. UNIT NO 754398019 | ANADARKO PETROLEUM CORPORATION, AND SHELL OFFSORE INC. UNIT NO.754398019 | Fieldwood Energy Offshore LLC | GI 110 Lease G13943, GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account if the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 41 | 03/02/1998 | Letter Agreement - Other Land | LETTER AGREEMENT DATED MARCH 2, 1998, BY AND BETWEEN ANADARKO PETROLEUM CORPORATION, ET AL, AND AMOCO PRODUCTION COMPANY, ET. AL. | ANADARKO PETROLEUM CORPORATION, ET AL, AND AMOCO PRODUCTION COMPANY, ET. AL. | Fieldwood Energy Offshore LLC | GI 110 Lease G13943, GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser | | x | |
| 42 | 06/01/2000 | Marketing - Connection Agreement | TIE IN AGREEMENT ON PLATFORM AMBERJACK PIPELINE COMPANY BY AND BETWEEN ANADARKO PETROLEUM CORPORATION, SHELL OFFSHORE, INC., AND OCEAN ENERGY, INC. | ANADARKO PETROLEUM CORPORATION, SHELL OFFSHORE, INC., AND OCEAN ENERGY, INC. | Fieldwood Energy Offshore LLC | GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account if the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 43 | 02/01/2004 | Joint Operating Agreement | Joint Operating Agreement by and between Anadarko Petroleum Corporation and Noble Energy, Inc. dated effective February 1, 2004 and amended by: (a) First Amendment dated 8 Apr 04 (b) Second Amendment dated 12 Sep 12 (c) Third Amendment dated 1 Jan 13 | Anadarko US Offshore LLC | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $1,211,025.42 | Assume and assign to Credit Bid Purchaser | | x | |
| 44 | 03/01/2004 | Dedication Agreement | Dedication of GC 282 to ANR Pipeline dated 1 Mar 2004 | ANR Pipeline Company | Fieldwood Energy LLC | GC 282 Lease G16727 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 45 | 09/28/2001 | Marketing - Connection Agreement | CONNECTION AGREEMENT INSTALLATION OF FACILITIES | ANR PIPELINE COMPANY, FOREST OIL CORPORATION | Fieldwood Energy LLC | SM 149 Lease G02592 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account if the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 46 | Original - 9/30/2013; 1st Amend 1/14/2014, 2nd Amend 9/12/2017, 3rd Amend 6/7/2018 | Non-O&G Real Property Lease / Rental / Sublease Agreements | Sublease agreement between Fieldwood Energy and Apache Total Area: B0300, B0150, B0200, L12, L15, L16, L17 and L18 Square Footage: 133,685 SF Address: 2000 W Sam Houstn Pkwy S, Houston, TX 77042 | Apache | Fieldwood Energy LLC | Total Area: B0300, B0150, B0200, L12, L15, L16, L17 and L18Square Footage: 133,685 SF | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 47 | 06/03/2011 | Other Notices | Apache Notice Letter, dated June 3, 2011, non-consented EB 159 #A-9 (Red. Thru Tubing Gravel Pack GM 2-2 | Apache | Fieldwood SO Offshore LLC | EB 159 Lease G02646 | APACHE DEEPWATER LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x |
| 48 | 11/20/2012 | Indemnity and Release Agreement | GAS IMBALANCE SETTLEMENT RELEASE AND INDEMNITY AGREEMENT BETWEEN APACHE AND SARATOGA, AS SUCCESSOR-IN-INTEREST UNDER THE TIE-IN MEASUREMENT AND ALLOCATION AGREEMENT | APACHE AND SARATOGA | Fieldwood Energy LLC | MP 140 Lease G02193 | JX NIPPON OIL EXPLORATION USA LTD | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 49 | 06/15/2012 | Marketing - Connection Agreement | REQUEST FOR CONSENT TO ASSIGN SM 149C TIE IN CONNECTION TO SHELL BETWEEN APACHE AS SUCCESSOR IN INTEREST TO UNION OIL AND FOREST OIL AND EQUILON ENERPRISES | APACHE AS SUCCESSOR IN INTEREST TO UNION OIL AND FOREST OIL AND EQUILON ENERPRISES | Fieldwood Energy LLC | SM 149 Lease G02592 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account if the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 50 | 09/30/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | Owned property - pay annual taxes Originaly aquired by Apache in 201 Apache Corporation acquisition. Included in Project Tobasco Agreement for $1 Total Area: 3 buildings, office/warehouse space Square Footage: approx. 33,800 SF on approx 6 acres Address: 4877 NW Evangeline Thruway Carencro LA | Apache Corporation | | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 51 | 1/2/2014 | Other | First Amendment to Sublease Agreement | APACHE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 52 | 1/3/2018 | Other | Letter Agreement Amending Fourth Amendment to Decommissioning Agreement | APACHE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 53 | 4/11/2018 | Other | Fifth Amendment to Decommissioning Agreement | APACHE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 54 | 5/21/2018 | Other | Third Amendment to Sublease Agreement | APACHE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 55 | 7/1/2016 | Other | Third Amendment to Decommissioning Agreement | APACHE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 56 | 9/1/2017 | Other | Fourth Amendment to Decommissioning Agreement | APACHE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 57 | 9/30/2013 | Other | Sublease Agreement | APACHE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 58 | 9/30/2013 | Other | Decommissioning Agreement | APACHE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $49,753,790.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 59 | 9/30/2013 | Other | First Amendment to Decommissioning Agreement | APACHE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 60 | 9/30/2013 | Other | Second Amendment to Decommissioning Agreement | APACHE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 61 | 9/7/2017 | Other | Second Amendment to Sublease Agreement | APACHE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 62 | 09/30/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | Purchased GOM Shelf as a company from Apache | Apache Corporation | GOM Shelf LLC | BA A0133 g02685, EI 217 g00978, EI 246 810, EI 266 811, EI 267 812, EI 269 813, EI 330 g02115, GI 32 174, GI 39 126, GI 39 126, GI 40, GI 41, GI 41, GI 42, GI 43, GI 44, GI 46, GI 47... | | $0.00 | Assume and allocate pursuant Allocate Pursuant to Divisive mergers Divisive Mergers | | x | |
| 63 | 01/13/2003 | Farmout Agreement | Farmout Agreement between Apache Corporation & Hunt Petroleum (AEC), Inc. | Apache Corporation & Hunt Petroleum (AEC), Inc. | | SM 40 Lease G13607 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 64 | 05/19/2003 | Confidentiality Agreements / AMI and Related Consents | Area of Mutual Interest Agreement by and between FIELDWOOD ENERGY OFFSHORE LLC(SUCCESSOR TO GRYPHON EXPLORATION COMPANY) ANDAPACHE CORPORATION (SUCCESSOR TO SPINNAKER EXPLORATION COMPANY, L.L.C.) | APACHE CORPORATION (SUCCESSOR TO SPINNAKER EXPLORATION COMPANY, L.L.C.) | Fieldwood Energy Offshore LLC | SS 301 Lease G10794 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 65 | 08/01/2010 | Marketing - Service Agreement | SERVICE AGREEMENT SOUTH PASS 49 PIPELINE QUALITY BANK SERVICES BY AND BETWEEN APACHE CORPORATION AND ALLOCATION SPECIALIST, LTD. | APACHE CORPORATION AND ALLOCATION SPECIALIST, LTD. | | SP 49 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 66 | 02/01/2013 | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN APACHE CORPORATION AND ENERGY XXI GOM, LLC | APACHE CORPORATION AND ENERGY XXI GOM, LLC | Fieldwood Energy LLC | SP 62 Lease G01294, VK 899 Lease G34408 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 67 | 02/01/2013 | Confidentiality Agreements / AMI and Related Consents | AREA OF MUTUAL INTEREST AGREEMENT BY AND BETWEEN APACHE CORPORATION AND ENERGY XXI GOM, LLC | APACHE CORPORATION AND ENERGY XXI GOM, LLC - AREA OF MUTUAL INTEREST: APACHE CORPORATION, GOM SHELF LLC AND ENERGY XXI GOM LLC | Fieldwood Energy LLC | SP 62 Lease G01294, VK 899 Lease G34408 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 68 | 09/30/2003 | Lease of Platform Space | by and between Apache Corporation and Hunt Petroleum (AEC), Inc. | Apache Corporation and Hunt Petroleum (AEC), Inc. | | SM 40 Lease G13607 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 69 | 12/09/2009 | Facilities & Tie-In Agreements | TIE-IN, MEASUREMENT AND ALLOCATION AGREEMENT BETWEEN APACHE CORPORATION AND LOBO OPERATING, INC.(Grand Bay Receiving Station) | APACHE CORPORATION AND LOBO OPERATING, INC.(Grand Bay Receiving Station) | Fieldwood Energy LLC | MP 140 Lease G02193 | JX NIPPON OIL EXPLORATION USA LTD | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 70 | 08/20/2007 | Option Agreement | OPTION AGREEMENT BY AND BETWEEN APACHE CORPORATION AND MAGNUM HUNTER PRODUCTION, INC. | APACHE CORPORATION AND MAGNUM HUNTER PRODUCTION, INC. | Fieldwood Energy LLC | ST 287 Lease G24667 | RIDGEWOOD ENERGY CORPORATION | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |

| # | Date | Type | Title | Counterparty | Lease | Additional Party | Cure | Treatment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 11/08/2012 | Operating Agreement - Other | Attached to and made part of that certain Participation Agreement dated November 8, 2012 by and between Apache Corporation and Montfore Exploration LLC | Apache Corporation and Montfore Exploration LLC | SM 48 Lease 786 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 72 | 11/08/2012 | Property Participation & Exchange Agreements | Participation Agreement dated November 8, 2012 by and between Apache Corporation and Montforte Exploration LLC | Apache Corporation and Montforte Exploration LLC | SM 48 Lease 786 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 73 | 02/01/1999 | Operating Agreement - Other | b/b Apache Corporation and PETSEC Energy Inc. | Apache Corporation and PETSEC Energy Inc. | MP 5 Lease SL13890, MP 6 Lease SL03771, MP 5 Lease SL13900, MP 6 Lease SL13891, MP 7 Lease SL03773, MP 7 Lease SL13892, MP 91 Lease G14576 | | $0.00 | Assume and Assign to Credit Bid Purchaser | x | | | |
| 74 | 11/15/2007 | Property Participation & Exchange Agreements | PARTICIPATION AGREEMENT BY AND BETWEEN APACHE CORPORATION AND RIDGEWOOD ENERGY CORPORATION Amended 10 January 2008" here as there is an amendment, dated 10 Jan 2008 that describes both the ORRI we pay to Magnum Hunter and the provenance by which Ridgewood never received an assignment in ST 287 as they went from Consent in the Sole Track, but they still retain their share of PA (25%) in the Topshole of the Producer on ST 287 (via the OA of the same date as the original PA at 8382) | APACHE CORPORATION AND RIDGEWOOD ENERGY CORPORATION | ST 287 Lease G24987 | RIDGEWOOD ENERGY CORPORATION | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 75 | 11/15/2007 | Joint Operating Agreement | OPERATING AGREEMENT BY AND BETWEEN APACHE CORPORATION AND RIDGEWOOD ENERGY CORPORATION | APACHE CORPORATION AND RIDGEWOOD ENERGY CORPORATION | ST 287 Lease G24987 | RIDGEWOOD ENERGY CORPORATION | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 76 | 11/20/2021 | Facilities & Tie-In Agreements | MEMORANDUM TO PROVIDE FOR FUEL GAS BETWEEN APACHE CORPORATION AND SARATOGAS RESULOURCES, INC. | APACHE CORPORATION AND SARATOGAS RESULOURCES, INC. | MP 140 Lease G02193 | JX NIPPON OIL EXPLORATION USA LTD | $0.00 | Assume and Reject | x | | | |
| 77 | 03/15/2011 | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN APACHE CORPORATION AND STONE ENERGY OFFSHORE LLC | APACHE CORPORATION AND STONE ENERGY OFFSHORE LLC | MP 314, 315 Lease G00693, MP 315 Lease G08467 | Fieldwood Energy LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | EPL OIL & GAS, LLC; HI&D OFFSHORE LP, TALOS ENERGY OFFSHORE, LLC | x | | |
| 78 | 09/17/2012 | Property Participation & Exchange Agreements | PARTICIPATION AGREEMENT BY AND BETWEEN APACHE CORPORATION AND WALTER OIL & GAS CORPORATION | APACHE CORPORATION AND WALTER OIL & GAS CORPORATION | GI 54 Lease G21173 | Fieldwood Energy LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 79 | 07/01/2013 | Joint Operating Agreement | Joint Operating Agreement dated 9/30/2013 but effective 7/1/2013 b/t Apache Corporation, Apache Shelf, Inc., Apache Deepwater LLC, Apache Shelf Exploration LLC, Fieldwood Energy LLC, and GOM Shelf OA attached as Exhibit D | Apache Corporation, Apache Shelf, Inc., Apache Deepwater LLC, Apache Shelf Exploration LLC, Fieldwood Energy LLC, and GOM Shelf OA attached as Exhibit D | GOM Shelf LLC | WC 111 Lease 82, WC 130 Lease G12761, WC 144 Lease G01953, WC163 Lease G05269, WC 165 Lease 756, WC 172 Lease G01998, WC 225 Lease G20900, WC 269 Lease G13563, WC 290 Lease G04818, WC 295 Lease G24730, WC 300 Lease G15078, WC 310 Lease G17780, WC 401 Lease G07619, WD 34 Lease G03414, WD 38 Lease G22772, WD 41 Lease G01073, WD 42 Lease G16470, WD 45 Lease G20069, WD 58 Lease G04845, WD 71 Lease 838, WD 73 Lease G01085, WD 90 Lease G01589, WD 92 Lease G09045, WD 128 Lease G18083, WD 122 Lease G13645, WD 128 Lease G19960, WD 133 Lease G15195, WD 143 Lease 16473, WD 24 Lease G04098, EI 224 Lease G18063, ST 311 Lease G31418, VR 271 Lease G04600, VR 110 Lease 81, EI 10 Lease G23851, MC 21 Lease G23552, VK 823 Lease G10942, BA 491 Lease G06069, BA A47 Lease G03840, BA A 105 Lease G01737, BA A133 Lease G02885, BS 41 Lease | BISSO EXPLORATION & FAIRFIELD ROYALTY CORP., HILCORP ENERGY 1 LP, BISSO EXPLORATION &, CALLON PETROLEUM OPERATING CO, W & T OFFSHORE INC, ANKOR ENERGY LLC, PEREGRINE OIL AND GAS II, LLC, Chevron USA Production Company, CNOOC MARKETING U.S.A, INC., COX OPERATING, L.L.C., SHELL TRADING (US) COMPANY | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | x | x | · |
| 80 | 12/15/1999 | Letter Agreement - Other Land | Letter Agreement, dated December 15, 1999, between Apache Corporation, Chevron U.S.A. Production Company, Kelley Oil Corporation, Key Production Company, Mobil Exploration & Producing U.S. Inc. and Sabco Oil and Gas Corporation | Apache Corporation, Chevron U.S.A. Production Company, Kelley Oil Corporation, Key Production Company, Mobil Exploration & Producing U.S. Inc. and Sabco Oil and Gas Corporation | Fieldwood Energy Offshore LLC | MP 77 Lease G04481 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x |
| 81 | [Removed] | Marketing - Construction, Operations, Management, Ownership Agreements | Owners constructed and own the Latent Line which is used by current ~~Gas supplies in the High Island Area to a trunk pipeline system owned in High Island Offshore Block. This Agreement sets forth the obligations and~~ Owners rights and responsibilities with respect by and between Fieldwood Energy LLC and and | Fieldwood Energy LLC | HI A 378 G03731, HI A 378 G03751, HI A 573, WC 263, WC 172 | n/a | $0.00 | Assume and Allocate Pursuant to Divisive mergers | · | | | |
| 82 | 02/01/2013 | Joint Development / Venture / Exploration | MP 256 EXXO Exploration AgreementExploration Agreement Apache & Energy XXI 2-1-2013 with Exhibits (less B) | Apache Corporation, GOM Shelf LLC, ENERGY XXI GOM LLC | Fieldwood Energy LLC | MP 256 Lease G21673 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | EPL OIL & GAS, LLC | · | | |
| 83 | 04/23/2013 | Operating Agreement - Other | Amendment and Ratification of OA eff. 4/23/2013 b/b Apache Corporation, GOM Shelf, BDX Exploration, BDX Group, Shoreline Offshore and Tenkay Resources | Apache Corporation, GOM Shelf, BDX Exploration, BDX Group, Shoreline Offshore and Tenkay Resources | GOM Shelf LLC | SS 68 Lease G02917, SS 91 Lease G02919 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 84 | 06/30/2003 | Farmout Agreement | Amendment to Farmout Agreement dated 01-13-2003 Ratification of Joint Area Agreement dated 06-01-2003 SM 40 and SM 41 Between Apache Corporation, Hunt Petroleum AEC Inc and LLOG Exploration Offshore Inc. | Apache Corporation, Hunt Petroleum AEC Inc and LLOG Exploration Offshore Inc. | | SM 40 Lease G1607, SM 41 Lease G01192 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 85 | 07/01/2013 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT by and among APACHE CORPORATION,APACHE SHELF, INC., and APACHE DEEPWATER LLC collectively as the Sellers, and FIELDWOOD ENERGY LLCas Buyer and GOM SHELF LLC Dated as of July 18, 2013 | Apache Corporation; Apache Deepwater LLC; Apache Shelf, INC. | Fieldwood Energy LLC | MULTIPLE. ST 67, EI 119, EI 120, EI 125, EI 126, PL 11, WC 110, WC 111, GI 39, GI 39, GI 40, GI 41, GI 41, GI 42, GI 46, GI 47, GI 48, GI 32, GI 43, GI 44, GI 52, WD 57, WD 68, WD 89, WD 70, WC 71, WC 102, SM 241, SS 30, SS 31, SS 32, SS 33, SS 150, SS 154, EI 189, EI 175, EI 188, EI 53, EI 206, SS 198, SS 199, WC 20, VR 131, SM 48, SM 108, EI 246, EI 266, EI 267, EI 269, SS 169, WD 71, WD 94, WD 103, WD 104, WD 105, EE 2 SL16473, EE 2 SL16475, EI 227, EC 265, EC 278, EI 170, SS 249, SS 275, SS 274, WD 41, WD 73 G01083, WD 75, WD 90, WD 133, WD 133, SM 1, SM 41, SM 66, SM 74, SM 108, GI 33, GI 61, GI 62 | | $0.00 | Assume and ~~allocate pursuant~~ Allocate Pursuant to ~~Divisive mergers~~ Divisive Mergers | x | | | |
| 86 | 09/27/2013 | Abandonment / Decommissioning Agreement | FULLY-PAID UP TURNKEY REMOVAL CONTRACT by and among APACHE CORPORATION, AT ACHE SHELF, INC., AND APACHE DEEPWATER LLC, as Company and GOM SHELF LLC, as Contractor, Dated as of September 27, 2013 | Apache Corporation; Apache Deepwater LLC; Apache Shelf, INC. | GOM Shelf LLC | MULTIPLE | | $0.00 | Assume and ~~allocate pursuant~~ Allocate Pursuant to ~~Divisive merger~~ Divisive Mergers | x | | | |
| 87 | 11/07/2014 | Assignment of Oil & Gas Leasehold Interest(s) | by and between Fieldwood Energy LLC, Apache Shelf Exploration LLC, and Apache Offshore Petroleum Limited Partnership and Apache Shelf Exploration LLC | Apache Corporation; Apache Offshore Petroleum Limited Partnership and Apache Shelf Exploration LLC | Fieldwood Energy LLC | SS 259 Lease G05044 | APACHE OFFSHORE INVESTMENT GP | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 88 | 11/07/2014 | Assignment of Oil & Gas Leasehold Interest(s) | by and between Fieldwood Energy LLC, Apache Shelf Exploration LLC, Apache Offshore Petroleum Limited Partnership and Apache Shelf Exploration LLC | Apache Corporation; Apache Offshore Petroleum Limited Partnership and Apache Shelf Exploration LLC | Fieldwood Energy LLC | ST 276 Lease G01780 | APACHE OFFSHORE INVESTMENT GP | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 89 | 11/07/2014 | Assignment of Oil & Gas Leasehold Interest(s) | by and between Fieldwood Energy LLC, Apache Shelf Exploration LLC, Apache Offshore Petroleum Limited Partnership and Apache Shelf Exploration LLC Corporation | Apache Corporation; Apache Offshore Petroleum Limited Partnership and Apache Shelf Exploration LLC Corporation | Fieldwood Energy LLC | ST 296 Lease G01841 | APACHE OFFSHORE INVESTMENT GP | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 90 | 11/07/2014 | Assignment of Oil & Gas Leasehold Interest(s) | by and between Fieldwood Energy LLC, Apache Shelf Exploration LLC, Apache Offshore Petroleum Limited Partnership and Apache Shelf Exploration LLC Corporation | Apache Corporation; Apache Offshore Petroleum Limited Partnership and Apache Shelf Exploration LLC Corporation | Fieldwood Energy LLC | ST 295 Lease G05646 | APACHE OFFSHORE INVESTMENT GP; BRISTOW US LLC, TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 91 | 12/28/2013 | Well / Prospect Proposals | Letter proposing well BI-19 MP 302 well by and between Fieldwood Energy LLC, GOM Shelf LLC, Apache Corporation and Apache Shelf Exploration LLC | Apache Corporation; Apache Shelf Exploration LLC | Fieldwood Energy LLC | MP 302 Lease G33264 | APACHE SHELF EXPLORATION LLC, EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |

| # | Date | Type | Description | Counterparty | Debtor | Lease Info | Assignee | Cure | Assume | Reject |
|---|---|---|---|---|---|---|---|---|---|---|
| 92 | 03/15/2013 | Joint Development / Venture / Exploration Agreements | Exploration Venture for portions of VR 271 SM 87 by and between Fieldwood Energy Offshore LLC, Apache Corporation and Pisces Energy LLC | Apache Corporation, Pisces Energy LLC | Fieldwood Energy Offshore LLC | VR 271; Lease G04800, SM 87 Lease G24870 | CASTEX OFFSHORE, INC. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 93 | 08/25/2011 | Property Participation & Exchange Agreements | PARTICIPATION AGREEMENT b/b APACHE CORPORATIONand CASTEX OFFSHORE, INC., ET AL | APACHE CORPORATIONand CASTEX OFFSHORE, INC., ET AL | Fieldwood Energy LLC | SS 189 Lease G04232 | CASTEX OFFSHORE INC, WALTER OIL & GAS CORPORATION, WALTER OIL & GAS CORPORATION, BRISTOW US LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 94 | 05/01/2012 | Other Transportation Agreements | CONDENSATE TRANSPORT & SEPARATION AGREEMENT b/b APACHE CORPORATIONand CASTEX OFFSHORE, INC., ET AL | APACHE CORPORATIONand CASTEX OFFSHORE, INC., ET AL | Fieldwood Energy LLC | SS 189 Lease G04232 | CASTEX OFFSHORE INC, WALTER OIL & GAS CORPORATION, WALTER OIL & GAS CORPORATION, BRISTOW US LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 95 | 09/21/2007 | Farmout Agreement | FARMOUT AGREEMENT b/b APACHE CORPORATIONand SENECA RESOURCES CORPORATION | APACHE CORPORATIONand SENECA RESOURCES CORPORATION | Fieldwood Energy LLC | SS 189 Lease G04232 | CASTEX OFFSHORE INC, WALTER OIL & GAS CORPORATION, WALTER OIL & GAS CORPORATION, BRISTOW US LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 96 | 12/14/2009 | OPTION AGREEMENT | OPTION AGREEMENT b/b APACHE CORPORATIONand WALTER OIL & GAS CORPORATION, ET AL | APACHE CORPORATIONand WALTER OIL & GAS CORPORATION, ET AL | Fieldwood Energy LLC | SS 189 Lease G04232 | CASTEX OFFSHORE INC, WALTER OIL & GAS CORPORATION, WALTER OIL & GAS CORPORATION, BRISTOW US LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 97 | 02/01/2010 | Farmout Agreement | FARMOUT AGREEMENT b/b APACHE CORPORATIONand WALTER OIL & GAS CORPORATION, ET AL | APACHE CORPORATIONand WALTER OIL & GAS CORPORATION, ET AL | Fieldwood Energy LLC | SS 189 Lease G04232 | CASTEX OFFSHORE INC, WALTER OIL & GAS CORPORATION, WALTER OIL & GAS CORPORATION, BRISTOW US LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 98 | 09/15/1978 | Joint Operating Agreement | Amendment of Operating Agreement, dated September 15, 1978, between Amoco Production Company, Mobil Oil Corporation, and Union Oil Company of California | Apache Deepwater | Fieldwood SD Offshore LLC | EB 160 Lease G02647, EB 161 Lease G02648 | APACHE DEEPWATER LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 99 | 09/01/1975 | Joint Operating Agreement | First Amendment to Operating Agreements, dated effective September 1, 1975, between Mobil Oil Corporation, Amoco Production Company, and Union Oil Company of California | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645, EB 159 Lease G02646, EB 160 Lease G02647, EB 161 Lease G02648 | APACHE DEEPWATER LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 100 | 11/13/1978 | Joint Operating Agreement | Second Amendment to Operating Agreements, dated effective November 13, 1978, between Mobil Oil Corporation, Amoco Production Company, and Union Oil Company of California | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645 | APACHE DEEPWATER LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 101 | 11/13/1978 | Joint Operating Agreement | Fourth Amendment to Operating Agreements, dated effective November 13, 1978, between Mobil Oil Corporation, Amoco Production Company, and Union Oil Company of California | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645 | APACHE DEEPWATER LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 102 | 01/01/1980 | Joint Operating Agreement | Third Amendment to Operating Agreements, dated effective January 1, 1980, between Mobil Oil Corporation, Amoco Production Company, and Union Oil Company of California | Apache Deepwater | Fieldwood SD Offshore LLC | EB 159 Lease G02646, EB 160 Lease G02647 | APACHE DEEPWATER LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 103 | 04/22/1980 | Joint Operating Agreement | Amendment to Operating Agreement, dated April 22, 1980, between Union Oil Company of California and Amoco Production Company | Apache Deepwater | Fieldwood SD Offshore LLC | EB 159 Lease G02646, EB 160 Lease G02647 | APACHE DEEPWATER LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 104 | 07/01/1986 | Joint Operating Agreement | Amendment to Operating Agreement, dated effective July 1, 1986, between Amoco Production Company, Union Oil Company of California, and Mobil Producing Texas & New Mexico, Inc. | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645, EB 159 Lease G02646, EB 160 Lease G02647, EB 161 Lease G02648 | APACHE DEEPWATER LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 105 | 01/01/2001 | Joint Operating Agreement | Fifth Amendment to Operating Agreements, dated effective January 1, 2001, between Union Oil Company of California and Vastar Offshore,Inc. | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645 | APACHE DEEPWATER LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 106 | 01/15/2001 | Joint Operating Agreement | Amendment to Operating Agreement, dated January 15, 2001, between Union Oil Company, Amoco Production Company, and Vastar Offshore,Inc. | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645 | APACHE DEEPWATER LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 107 | 07/01/2013 | Assignment of Oil & Gas Leasehold Interest(s) | Stipulates the interest held by Apache Offshore Petroleum Limited Partnership, Fieldwood Energy LLC and Third parties | Apache Offshore Petroleum Limited Partnership | Fieldwood Energy LLC | PN 969 G05953 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 108 | 10/31/1988 | Farmout Agreement | Farmout Agreement 10/31/1988 | Apache Shelf | Fieldwood Energy LLC | BA 491H Lease G06069 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 109 | 03/10/1989 | Farmout Agreement | Ratification of Farmout Agreement 3/10/1989 | Apache Shelf | Fieldwood Energy LLC | BA 491 Lease G06069 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 110 | 12/01/1992 | Farmout Agreement | Farmout 12/1/1992 | Apache Shelf | Fieldwood Energy LLC | VR 363 Lease G06522 | | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | x |
| 111 | 12/30/1993 | Operating Agreement - Other | WD 90, WD 103 Operating AgreementS 12-30-1993 | Apache Shelf | Fieldwood Energy LLC | WD 0090 Lease G21086, WD 0103 Lease G12390 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 112 | 02/07/2000 | Operating Agreement - Other | Operating Agreement eff. 2-7-00 | Apache Shelf | Fieldwood Energy LLC | HI 206 Lease G20660 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 113 | 08/01/2004 | Operating Agreement - Other | Operating Agreement 8/1/04 | Apache Shelf | Fieldwood Energy LLC | HI A341 Lease G25605 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 114 | 10/17/2006 | Joint Operating Agreement | Operating Agreement eff. 10-17-06 | Apache Shelf | Fieldwood Energy LLC | EC 37 Lease G25933 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 115 | 01/04/2007 | Farmout Agreement | Farmout Agreement | Apache Shelf | | SM 44 Lease G23640 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 116 | 10/17/2006 | Joint Operating Agreement | Operating Agreement | Apache Shelf | | SM 44 Lease G23640 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 117 | 01/01/1993 | Property Participation & Exchange Agreements | Participation Agreement as Amended | Apache Shelf Exploration | Fieldwood Energy LLC | VK 203 Lease G07890, VK 204 Lease G04921 | TALOS PRODUCTION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 118 | 05/02/2014 | Letter Agreement - Other Land | Set forth the agreement between Apache Shelf and Fieldwood for the drilling of the EI 126 A-5 well | Apache Shelf Exploration LLC | Fieldwood Energy LLC | EI 126 Lease 52 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 119 | 07/01/2013 | Joint Operating Agreement | JOperating Agreement covering OCS-G 32264 MP 302 | Apache Shelf Exploration LLC | Fieldwood Energy LLC | MP 302 Lease G32264 | APACHE SHELF EXPLORATION LLC, EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 120 | 12/04/2013 | Other Lease / Rental Agreement | by and between Fieldwood Energy LLC, GOM Shelf LLC and Apache Shelf Exploration LLC – Amends certain Slot Rental Agreement dated 12/26/2012 | Apache Shelf Exploration LLC | Fieldwood Energy LLC | MP 302 Lease G32264 | APACHE SHELF EXPLORATION LLC, EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 121 | 03/13/2014 | Elections | by and between Fieldwood Energy LLC, GOM Shelf LLC and Apache Shelf Exploration LLC: Proposal to run casing and election by Apache | Apache Shelf Exploration LLC | Fieldwood Energy LLC | MP 302 Lease G32264 | APACHE SHELF EXPLORATION LLC, EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 122 | 04/28/2014 | Marketing - PHA | PHA MP31/IB-MP302B19 by and between Fieldwood and APACHE SHELF EXPLORATION LLC and APACHE SHELF EXPLORATION LLC | APACHE SHELF EXPLORATION INC | Fieldwood Energy LLC | MP 302 Lease G32264 | APACHE SHELF EXPLORATION LLC, Transcontinental Gas Pipeline Co LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 123 | 07/01/2013 | Joint Operating Agreement | EI 136 Operating Agreement covering depths below 19,135' SSTVD | Apache Shelf Exploration LLC | Fieldwood Energy LLC | EI 136 Lease G00152 | APACHE SHELF EXPLORATION LLC, Transcontinental Gas Pipeline Co LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 124 | 08/19/2019 | Preferential Rights Agreement | Negative Pref election associated with Apache Shelf to Juneau by and between Apache Shelf Exploration LLC Fieldwood Energy Offshore LLC,LLC & GOM Shelf LLC | Apache Shelf Exploration LLC, Fieldwood Energy Offshore LLC,LLC & GOM Shelf LLC | Fieldwood Energy Offshore LLC, GOM Shelf LLC | GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 125 | 01/01/1989 | Operating Agreement - Other | WCIGI UOA - CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | Apache Shelf Exploration LLC, Atlantic Richfield Company, BP Exploration & Production Inc., Conoco Inc., Fieldwood Energy Offshore LLC, GOM Shelf LLC, DXY USA Inc., Texaco Producing Inc. | Fieldwood Energy LLC, Fieldwood Energy Offshore LLC, GOM Shelf LLC | GI Lease 174, GI 42 Lease 131, GI 43 Lease 175, GI 44 Lease 176, WD 67 Lease 179, WD 68 Lease 180, WD 69 Lease 181, WD 70 Lease 182, WD 71 Lease 838 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and (i) assign to Credit Bid Purchaser pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |
| 126 | 02/22/2019 | Joint Development / Venture / Exploration | NFA - EXXI MP 295 Side Ltr Agrmnt dtd 2-22-13 | APACHE SHELF EXPLORATION LLC, ENERGY XXI GOM LLC | | MP 295 Lease G32263 | APACHE SHELF EXPLORATION LLC, ENERGY XXI GOM LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 127 | 02/01/2013 | Operating Agreement - Other | b/b Apache Shelf Exploration LLC, Fieldwood Energy LLC and Energy XXI GOM, LLC as amended | Apache Shelf Exploration LLC, Fieldwood Energy LLC and Energy XXI GOM, LLC | | MP 143 G30283, MP 272 Lease G34865, MP 294 N/2 Lease G34394, MP 295 Lease G32263 | APACHE SHELF EXPLORATION LLC, ENERGY XXI GOM LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 128 | 05/01/1995 | Joint Agreement and/or Unit Operating Agreement | Amendment to Unit Operating Agreement, dated effective May 1, 1995, by and between Conoco Inc., Vastar Resources, Inc., Texaco Exploration and Production Inc. and Oxy USA Inc. | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | Fieldwood Energy LLC, GOM Shelf LLC | GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |
| 129 | 01/01/1989 | Operating Agreement - Other | CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | Apache Shelf Exploration LLC, BP Exploration & Production Inc., Fieldwood Energy Offshore LLC; GOM Shelf LLC | Fieldwood Energy Offshore LLC | SS 199 Lease G12558 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |
| 130 | 01/01/1989 | Operating Agreement - Other | GI CATCO UOA - CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL Unit No. 891002021 | Apache Shelf Exploration LLC, BP Exploration & Production Inc.; Fieldwood Energy Offshore LLC; GOM Shelf LLC | Fieldwood Energy Offshore LLC, GOM Shelf LLC | GI 39 Lease 126, GI 39 Lease 127, GI 40 Lease 128, GI 41 Lease 129, GI 41 Lease 130, GI 46 Lease 132, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |
| 131 | 01/21/1986 | Joint Agreement and/or Unit Operating Agreement | Unit No. 891006784 - SS 271 | Apache Shelf Exploration LLC; Bureau of Ocean Energy Management; Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; Hilcorad Energy Company Inc.; Talos ERT LLC; W & T Energy VI, LLC; W & T Offshore, Inc. | Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | SS 247 Lease G01028, SS 248 Lease G01029, SS 249 Lease G01030, SS 270 Lease G01037, SS 271 Lease G01038 | TALOS ERT LLC, W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 132 | 11/21/1955 | Joint Agreement and/or Unit Operating Agreement | West Delta-Grand Isle Unit Agreement, dated November 21, 1955, between Continental Oil Company, as unit operator, and The Atlantic Refining Company, Tidewater Associated Oil Company and Cities Service Production Company, as non-operators, as amended ; Unit No. 891002454 | Apache Shelf Exploration LLC; BP Exploration & Production Inc.; Fieldwood Energy Offshore LLC; GOM Shelf LLC | Fieldwood Energy Offshore LLC | GI 32 Lease 174, GI 42 Lease 131, GI 43 Lease 175, GI 44 Lease 176, WD 67 Lease179, WD 68 Lease 180, WD 69 Lease 181, WD 70 Lease 182, WD 71 Lease 838 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |
| 133 | 04/01/2014 | Farmout Agreement | Farmout Agreement: OCS-G 13576, East Cameron Block 71 (Limited to the NE/4 of the block and a Contract Area created to include the Farmout Area and EC 08 S/2) | Apache Shelf LLC; CASTEX OFFSHORE INC | Fieldwood Energy LLC | EC 71; Lease G13576 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 134 | 07/01/1988 | Operating Agreement - Other | Operating Agreement eff. 7/1/88 | Apache Shelf, Thistlewood Energy, Endeavour O&G, Agincourt, Westmount Resources, Arcadia Oil | Fieldwood Energy LLC | EI 255 Lease G01958 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 135 | 02/11/1999 | Operating Agreement - Other | Operating Agreement eff. 2-11-99 | Apache Shelf, Thistlewood Energy, Endeavour O&G, Agincourt, Westmount Resources, Arcadia Oil | Fieldwood Energy LLC | EI 255 Lease G01958 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 136 | | Marketing - Construction, Operations, Management, Ownership Agreements | The Barracuda Pipeline is comprised of the sections of the Bonito Pipeline System (Segments I and II), that remained in service after abandonment of Bonito Pipeline. All owners in the Bonito Pipeline assigned their respective interest to Apache (Fieldwood) by and between Fieldwood Energy LLC and | Apache, Fieldwood Energy LLC, and Bonito Pipeline Owners | Fieldwood Energy LLC | EI Lease G02112, EI 316 Lease G05040, EI 330 Lease G02115, EI 281 Lease G06901, EI 292 Lease G06952, EI 329 Lease G04652, EI 330 Lease G02332, EI 354 G10752, EI 353 Lease G03783, EI 361 Lease G02324 | ARENA ENERGY LP, TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |

| # | Date | Category | Description | Counterparty | Debtor | Lease/Reference | Other Party | Amount | Disposition |
|---|------|----------|-------------|--------------|--------|-----------------|-------------|--------|-------------|
| 137 | 11/02/2010 | Marketing - Construction, Operations, Management, Ownership Agreements | The Operator is responsible for the entity's operations, accounting, and reporting detailed in the Operating Agreement, including pipeline operation, repair, and maintenance, as well as administrative functions such as paying expenses and maintaining records by and between Fieldwood Energy LLC and and | Apache, Fieldwood Energy LLC, and Bonito Pipeline Owners | Fieldwood Energy LLC | MC 110 Lease G18192 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 138 | 11/02/2010 | Marketing - Construction, Operations, Management, Ownership Agreements | The Operator is responsible for the entity's operations, accounting, and reporting detailed in the Operating Agreement, including pipeline operation, repair, and maintenance, as well as administrative functions such as paying expenses and maintaining records by and between Fieldwood Energy LLC and and | Apache, Fieldwood Energy LLC, and Bonito Pipeline Owners | Fieldwood Energy LLC | MC 110 Lease G18192 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 139 | 02/01/2013 | Data Agreement | Data Agreement effective 2-1-2013 by and between Fieldwood Energy LLC, GOM Shelf LLC, Apache Corporation and EXXI | APACHE, GOM SHELF, EXXI, FIELDWOOD | Fieldwood Energy LLC, GOM Shelf LLC | SP 62 Lease G01294, VK 899 Lease G34408 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 140 | 03/05/2012 | Withdrawal Agreement | Apache withdrawals and assigns its interest in the HI 176 Platform A and Pipeline Segment 8569 to Hoactzin and creates an escrow in the amount of $594K for decommissioning | Apache, Hoactzin | Fieldwood Energy LLC | HI 176 Lease G06164 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 141 | 02/22/2016 | Elections | by and between Fieldwood Energy LLC, Apache Shelf Exploration LLC, GOM Offshore Exploration I, LLC; GOM Offshore Exploration II, LLC; Hall-Houston Exploration IV, L.P. and GOM Offshore Exploration I, LLC; Hall Houston withdrawal Election | ApacheShelf Exploration LLC; GOM Offshore Exploration I, LLC; Hall-Houston Exploration IV, L.P. | Fieldwood Energy LLC | SS 176 Lease G33646 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 142 | | Oilfield Services | OTHER SERVICES - 544037_Master Services Agreement dated effective 09/01/2016 | A-PORT LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 143 | | Oilfield Services | 777485_Master_Service_Contract Effective_6-25-2017 | APPSMITHS VENTURES LP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 144 | | Oilfield Services | 700020_Master_Service_Contract Effective_11-1-2013 | AQUEOS CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 145 | | Oilfield Services | Contract Compression and Aftermarket Services | ARCHROCK PARTNERS OPERATING LP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 146 | | Oilfield Services | Contract Compression and Aftermarket Services | ARCHROCK SERVICES, LP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 147 | 01/01/1982 | Joint Operating Agreement | OPERATING AGREEMENT BY AND BETWEEN SOHIO PETROLEUM COMPANY AND EXXON CORPORATION | Arena Energy LP; Dynamic Offshore Resources NS, LLC; Fieldwood Energy Offshore LLC | Fieldwood Energy LLC; Dynamic Offshore Resources NS, LLC; Fieldwood Energy Offshore LLC | EI 315 Lease G24912 | ARENA ENERGY LP, TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 148 | 11/07/2017 | Marketing - PHA | Enhancement and modification to test separator MBD -4010 at HI 547 B Platform; per Manta Ray Offshore Gathering, L.L.C. | Arena Energy LP; Manta Ray Offshore Gathering, L.L.C. | Fieldwood Energy LLC | HI A547 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 149 | 04/01/1977 | Unit Agreement and/or Unit Operating Agreement | UNIT OPERATING AGREEMENT BY AND BETWEEN DEVON ENERGY PRODUCTION , APACHE CORPORATION, ET AL. | Arena Energy Offshore, LP; Arena Energy, LP; Energy XXI GOM LLC; Fieldwood Energy LLC; GOM Shelf LLC; Renaissance Offshore, LLC | Fieldwood Energy LLC; GOM Shelf LLC | EI 330 Lease G02115 | ENERGY XXI GOM LLC, RENAISSANCE OFFSHORE, LLC; Arena, TANA EXECUTION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 150 | 04/01/1977 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement, JD Sand, Reservoir A, Eugene Island Block 330 Field (Unit Number B9101843), dated effective April 1,1977, naming Pennzoil Oil & Gas, Inc., as Operator, and Texaco Inc. and Shell Oil Company, as sub-operators | Arena Energy Offshore, LP; Arena Energy, LP; Energy XXI GOM LLC; Fieldwood Energy LLC; GOM Shelf LLC; Renaissance Offshore, LLC | Fieldwood Energy LLC; GOM Shelf LLC | EI 330 Lease G02115, EI 337 Lease G03332 | ENERGY XXI GOM LLC, RENAISSANCE OFFSHORE, LLC; Arena, TANA EXECUTION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 151 | 04/17/2018 | Marketing - PHA | by and between Fieldwood Energy LLC and Arena Energy, LP; Amendment to Production Handling Service Agreement dated May 8, 1988 | Arena Energy, LP; Arena Offshore, LP | Fieldwood Energy LLC | HI A547 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 152 | 08/08/2018 | Elections | In accordance with certain Farmout Agreements dated 12/17/2002, 05/19/2003 and 02/13/2004, Fieldwood elects to decline | Arena Energy, LP; Arena Offshore, LP | Fieldwood Energy LLC | PL 25 Lease G14535 | ARENA OFFSHORE LP | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 153 | 07/25/2019 | Farmout Agreement | Pursuant to that certain Farmout dated 12/17/2002, Reassignment to Arena and P&A liability | Arena Energy, LP; Arena Offshore, LP | Fieldwood Energy LLC | PL 25 Lease G14535 | ARENA OFFSHORE LP | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 154 | 08/01/2012 | Throughput Capacity Lease Agreement | Fieldwood leases capacity to Arena for Barracله Pipeline | Arena Offshore, LP | Fieldwood Energy LLC | EI 316, EI 330 Barracuda Pipeline Lease G05040, EI 316, EI 330 Barracuda Pipeline Lease G02115 | ARENA ENERGY LP, TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 155 | | Oilfield Services | P&A Contractor | ARO SOLUTIONS, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 156 | | Oilfield Services | 701006_PO Terms & Conditions dated effective 10/14/2015 | ARROW MAGNOLIA INTERNATIONAL, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 157 | 11/1/2013 | Non-Oilfield Services | Consulting Agreement | Ascende Inc | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 158 | | Oilfield Services | 529652_Master_Service_Contract Effective_12-31-2019 | ASRC ENERGY SERVICES OMEGA, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 159 | 12/31/2019 | Oilfield Services | License and System Service Agreement | ASSAI SOFTWARE SERVICES BV | Fieldwood Energy LLC | n.a. | n.a. | $11,347.31 | Assume and assign to Credit Bid Purchaser |
| 160 | 12/31/2019 | Oilfield Services | License and System Services Agreement | ASSAI SOFTWARE SERVICES BV | Fieldwood Energy LLC | n.a. | n.a. | $11,347.31 | Assume and assign to Credit Bid Purchaser |
| 161 | | Oilfield Services | License and System Service Agreement dated effective December 31, 2019 | ASSAI SOFTWARE SERVICES BV | Fieldwood Energy LLC | n.a. | n.a. | $11,347.31 | Assume and assign to Credit Bid Purchaser |
| 162 | | Non-Oilfield Services | AT&T Dedicated Ethernet 7663403 | AT & T CORP | Fieldwood Energy LLC | n.a. | n.a. | $1,109.42 | Assume and assign to Credit Bid Purchaser |
| 163 | | Non-Oilfield Services | AT&T Mobile Business Agreement dated 07/19/2017 | AT&T MOBILITY | Fieldwood Energy LLC | n.a. | n.a. | $14,234.87 | Assume and assign to Credit Bid Purchaser |
| 164 | 11/1/2013 | Non-Oilfield Services | Master Services Contract - Offshore Inspection Services (shelf) | ATHENA CONSULTING INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 165 | | Oilfield Services | 554353_Master Service Agreement dated effective 11/01/2013 | ATHENA CONSULTING INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 166 | 09/10/1991 | Letter Agreement - Other | LETTER AGREEMENT BY AND BETWEEN ATLANTIC RICHFIELD COMPANY AND EXXON CORPORATION | ATLANTIC RICHFIELD COMPANY AND EXXON CORPORATION | Fieldwood Energy LLC | ST 67 Lease 20 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 167 | 07/01/1992 | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN ATLANTIC RICHFIELD COMPANY AND SAMEDAN OIL CORPORATION | ATLANTIC RICHFIELD COMPANY AND SAMEDAN OIL CORPORATION | Fieldwood Energy LLC | ST 67 Lease 20 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 168 | 01/01/1989 | Operating Agreement - Other | CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL. | Atlantic Richfield Company, Texaco Producing Inc., Canadianoxy Offshore Production Company and OXY USA Inc. | Fieldwood Energy Offshore LLC | SS 208 Lease G01522 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 169 | 09/13/1991 | Letter Agreement - Other Land | Letter Agreement by and between Atlantic Ritchfield Company and Exxon Corporation | Atlantic Ritchfield Company and Exxon Corporation | | ST 53 Lease G04000, ST 67 Lease 20 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 170 | 07/01/1992 | Well Completion Agreement | Well Completion Agreement by and between Atlantic Ritchfield Company and Samedan Oil Corporation ; ST 68 001 Well | Atlantic Ritchfield Company and Samedan Oil Corporation | | ST 67/68 Lease 20 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 171 | | Oilfield Services | Master Services Contract Effective 05/16/17 | Automatic Access Gates LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 172 | 09/15/1999 | Joint Development / Venture - Exploration | by and between Aviara Energy Corporation and Eugene Island 308, L.L.C. | Aviara Energy Corporation and Eugene Island 308, L.L.C. | Fieldwood Energy LLC | EI 313 Lease G02608 | EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 173 | 05/18/1999 | Operating Agreement - Other | by and between Aviara Energy Corporation and Texaco Exploration and Production Inc. | Aviara Energy Corporation and Texaco Exploration and Production Inc. | Fieldwood Energy LLC | EI 313 Lease G02608 | EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 174 | | Non-Oilfield Services | Software Licensing Agreement | AXIO GLOBAL, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 175 | | Oilfield Services | Labor | B & B SERVICES | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 176 | | Oilfield Services | 514517_Master Service Agreement dated effective 01/30/2014 | B & J MARTIN INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 177 | | Oilfield Services | 510096_Master Service Agreement dated effective 11/01/2013 | BAKER HUGHES OILFIELD OPERATIONS INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 178 | 09/15/1979 | Joint Operating Agreement | OPERATING AGREEMENT EFFECTIVE SEPTEMBER 15, 1979, BY AND BETWEEN ANADARKO PRODUCTION CO. AS OPERATOR, AND PAN-EASTERN EXPLORATION COMPANY, DIAMOND SHAMROCK CORPORATION, COLUMBIA GAS DEVELOPMENT CORPORATION, TEXASGULF, INC. AND SAMEDAN OIL CORPORATION AS NON-OPERATORS. | Bandon Oil & Gas, LP; Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | Bandon Oil and Gas, LP; Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | HI A365 Lease G02750, HI A376 Lease G02754 | TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 179 | | Oilfield Services | 559390_Master Service Agreement dated effective 05/12/2015 | BARRACUDA OIL TOOLS, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 180 | | Oilfield Services | 700012_Master Service Agreement dated effective 04/14/2015 | BAYWATER DRILLING LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 181 | | Oilfield Services | 536336_Master Service Agreement dated effective 01/01/2014 | BEACON RENTAL & SUPPLY INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 182 | | Oilfield Services | 700538_Master Service Agreement dated effective 04/11/2014 | BECNEL RENTAL TOOLS, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 183 | | Oilfield Services | 558650_Master Service Agreement dated effective 01/01/2014 | BEDROCK PETROLEUM CONSULTANTS LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 184 | | Oilfield Services | 777960_Master Service Agreement dated effective 08/09/2019 | BELZONA HOUSTON / OFFSHORE | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 185 | | Oilfield Services | Specialty Coatings Company used in the GOM to Protect the Interior / Exterior Surfaces from Erosion / Corrosion | BELZONA OFFSHORE | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 186 | | Oilfield Services | Bucking Up Pup-Joints and Collars | BENTON COMPLETION SERVICES INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 187 | | Oilfield Services | 777788_Master Service Agreement dated effective 10/09/2018 | BERGER GEOSCIENCES, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 188 | 04/01/2005 | Ownership & Partnership Agreements | Partnership agreement by and between BHP Billiton Petroleum (Deepwater) Inc, Noble Energy and Chevron USA re certain operations across GC 238 and GC 282 | BHP Billiton Petroleum (Deepwater) Inc, Noble Energy and Chevron USA re certain operations across GC 238 and GC 282 | Fieldwood Energy LLC | GC 282 Lease G16727, GC 238 Lease G26302 | | $0.00 | Assume and assign to Credit Bid Purchaser |

| # | Date | Type | Agreement | Counterparty | Debtor | Lease/Block | Assignee | Treatment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 189 | 03/01/1997 | Joint Operating Agreement | Joint Operating Agreement by and between BHP Petroleum (Deepwater) Inc and Chevron USA Inc dated 1 Mar 97 (Typhoon Operating Agreement) which is made applicable to the Boris Prospect on GC 282 by that certain Joint Venture Agreement dated 18 Jul 2001. Not/e Ratified the JOperating Agreement on 31 August 2001 | BHP Billiton Petroleum Deepwater; CHEVRON USA INC | Fieldwood Energy LLC | GC 282 Lease G16727 | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 190 | 07/01/2006 | Joint Operating Agreement | Joint Operating Agreement by and between Noble Energy, Inc./Samson Offshore Inc, Murphy Exploration and Production Company - USA and Statoil USA E+P Inc dated 1 July 2006, as amended by (a) 1st Amendment dated 1 Aug 09 (b) 2nd Amendment dated 14 Oct 09 and (c) 3rd Amendment dated 10 Nov 09 | BHP Billiton Petroleum Deepwater; Equinor USA E&P; Murphy E&P USA | Fieldwood Energy LLC | GC 768 Lease G21817, GC 679 Lease G21811 | ANADARKO US OFFSHORE LLC | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 191 | 03/01/2004 | Joint Operating Agreement | Joint Operating Agreement by and between BHP Petroleum (Deepwater) Inc and Chevron USA Inc dated 1 Mar 97 (Typhoon Operating Agreement) which is made applicable to the Boris Prospect on GC 282 by that certain Joint Venture Agreement dated 18 Jul 2001. Notice Ratified the JOperating Agreement on 31 August 2001. JBA dated 1 Mar 04 with BHP mandates used of the Boris JOperating Agreement for GC 238 | BHP Billiton Petroleum DW; NOBLE NERGY, INC.; NORSK HYRDO E&P AMERICAS AS, INC. AND DAVIS OFFSHORE, L.P. | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | GC 238 Lease G28302 | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 192 | 05/01/2005 | Letter Agreement - Other | Letter Agmnt by and between BHP, CVX and Noble setting dispute re OH and PHA Fees on Boris and at Typhoon platform dated 29 June 06 | BHP, CVX and Noble setting dispute re OH and PHA Fees on Boris and at Typhoon platform dated 29 June 06 | Fieldwood Energy LLC | GC 282 Lease G16727 | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 193 | | Oilfield Services | 538911_Rental Agreement dated effective 10/10/2018 | BICO DRILLING TOOLS INC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 194 | 03/13/2014 | Operating Agreement - Other | Pursuant to change in operatorship per that PSA btw SandRidge and Black Elk | Black Elk Energy Offshore Operations, LLC | Fieldwood Energy LLC | ST 53 Lease G04000 | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 195 | | Oilfield Services | EB 110 P&A Comms Provider | BLACKHAWK DATACOM | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 196 | | Oilfield Services | Cement Heads, Centralizer Subs, Divert Tool | BLACKHAWK SPECIALTY TOOLS | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 197 | | Oilfield Services | 564131-Daywork Drilling Contract dated 11-26-2008 | BLAKE INTERNATIONAL RIGS, LLC. | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 198 | | Oilfield Services | 54129d_Master Services Agreement dated effective 11/01/2013; Work Order dated effective 08/14/2014 | BLANCHARD CONTRACTORS, INC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 199 | | Oilfield Services | 53748d_Master Services Agreement dated effective 08/25/2016 | BLUE FIN SERVICES LLC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 200 | 10/6/2017 | Non-Oilfield Services | Consulting Agreement | Blue Latitudes, LLC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 201 | | Non-Oilfield Services | Perpetual Software License Agreement | BLUE MARBLE GEOGRAPHICS | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 202 | | Oilfield Services | 700965_Master_Service_Contract Effective_7-22-2015 | BOBCAT METERING-CALIBRATION SERVICES, LLC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 203 | | Oilfield Services | Pipeline Isolation Tools | BOLTTECH MANNINGS INC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 204 | 08/05/2000 | Transfer & Conveyance | Transfer of Ownership and Title Agreement, made and entered into August 5, 2000, by and between Bonray,Inc.; Energen Resources Corporation; Forcenergy Inc; Gardner Offshore Corporation; Gulfstar Energy, Inc; Gulfstream Energy Services, Inc.; Liberty Energy Gulf Corporation; Range Energy Ventures Corporation; and V.Sass Energy Interests, Inc, as Seller, to Range Resources Corporation and Chevron U.S.A. Inc., concerning the sale of the Main Pass Block 154 Platform "A" and the wells OCS-G 10902 No. A001 and OCS-G 10902 No. A002; all as more fully described in said document | Bonray,Inc.; Energen Resources Corporation; Forcenergy Inc; Gardner Offshore Corporation; Gulfstar Energy, Inc; Gulfstream Energy Services, Inc.; Liberty Energy | Fieldwood Energy Offshore LLC | MP 154 Lease G10902 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x |
| 205 | | Oilfield Services | Various Drilling Services - Snubbing Units, HWO Units, Consulting Services | BOOTS & COOTS | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 206 | | Oilfield Services | 56421b_Master Service Agreement dated effective 01/14/2014 | BOSARGE BOATS INC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 207 | | Oilfield Services | 53639d_Master_Service_Contract Effective_4-6-2017 | BOSARGE DIVING INC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 208 | | Oilfield Services | 77750T_Master Services Agreement dated effective 08/10/2017 | BOSCO OILFIELD SERVICES LLC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 209 | 6/13/2016 | Non-Oilfield Services | Cloud Based Document Sharing Site | Box.com | Fieldwood Energy LLC | n.a. | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 210 | 04/01/2004 | Joint Operating Agreement | AMENDMENT OF JOINT OPERATING AGREEMENT DATED APRIL 1, 2004, BY AND BETWEEN BP AMERICA PRODUCTION COMPANY AND STONE ENERGY CORPORATION. | BP AMERICA PRODUCTION COMPANY AND STONE ENERGY CORPORATION | Fieldwood Energy Offshore LLC | WC 34 Lease G02819, WC 35 Lease G01860, WC 66 Lease G02825, WC 77 Lease G02825 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 211 | 12/31/2007 | Operating Agreement - Other | Company Agreement, dated effective December 31, 2007, between BP America Production Company,Chevron USA Inc, and GOM Shelf LLC, amending the Operating Agreements for certain jointly-owned Facilities and Wells in GI 40, 41, 47, 48 and WD 69 and 70 damaged by Hurricane Katrina. | BP America Production Company, Chevron USA Inc, and GOM Shelf LLC | Fieldwood Energy Offshore LLC | WD 69 Lease 161 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 212 | 09/26/2002 | Marketing - Other | WATER SATURATION AGREEMENT BP AMERICA AND CMS TRUNKLINE GAS COMPANY, LLC | BP AMERICA PRODUCTION COMPANY, CMS TRUNKLINE GAS COMPANY, LLC | Fieldwood Energy LLC | EW 826 Lease G05800 | APACHE DEEPWATER LLC, WALTER OIL & GAS CORPORATION, W & T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 213 | 10/03/2019 | Letter Agreement - Other Land | Letter Agreement re BP Project Team for Genovesa by and between BP and FW dated 3 Oct 2019 | BP and FW dated 3 Oct 2019 | Fieldwood Energy LLC | MC 519 Lease G27278 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 214 | 05/14/2008 | Other Notices | Final Notification Letter Memo-Well Payout, elated May 14, 2008, EB 160 N2 Lease G02647 and used on March 3, 2008. | BP E&P | Fieldwood SD Offshore LLC | EB 160 Lease G02647 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | x |
| 215 | 01/01/1989 | Unit Agreement and/or Unit Operating Agreement | EI 266 Unit Operating Agreement | BP E&P, EPL D&G, Apache Shelf | Fieldwood Energy LLC | EI 266 Lease 811, EI 246 Lease 810, EI 267 Lease 812, EI 269 Lease 813 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 216 | 01/01/2012 | Other Lease / Rental Agreement | Lease Rental and Minimum Royalty Payment Agreement by and between BP Exploration and Production, Inc, Marathon Oil Company and Samson Offshore, LLC, BHP Billiton Petroleum (Deepwater) Inc | | Fieldwood Energy LLC | MC 993 N/2 Lease G24134 | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 217 | 01/01/1994 | Joint Operating Agreement | BP EXPLORATION & OIL INC, AND SHELL OFFSHORE INC ET AL | BP EXPLORATION & OIL INC. | Fieldwood Energy LLC | MC 108 Lease G06777 | TALOS PRODUCTION LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 218 | 04/02/2007 | Joint Operating Agreement | Joint Operating Agreement – Isabella Prospect, dated effective April 2, 2007, by and between BP Exploration & Production Inc., as Operator and Noble Energy, Inc (predecessor in interest to Fieldwood Energy LLC) as Non-Operator, governing the Mississippi Canyon Block 562 OCS-G19966) as amended by (i) the first amendment, dated effective 15 Oct 2018, by and between BP Exploration and Production, Inc, Marathon Oil Company and Samson Offshore, LLC dated effective 15 Oct 2018; (ii) the second amendment to the Isabella Prospect JOperating Agreement dated 10 Dec 2018, but made effective as of 15 Oct 2018; (iii) that certain Lease Exchange and Well Participation Agreement by and between BP Exploration and Production and Fieldwood Energy LLC dated and effective 20 Jan 20 | BP Exploration & Production Inc. | Fieldwood Energy LLC | MC 562 Lease G19966 | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 219 | 06/03/2014 | Joint Operating Agreement | "Bright" Joint Operating Agreement made part of the "Bright Participation Agreement" dated 3 June 2014 by and between Noble Energy, Inc and BP Exploration and Production, Inc. | | Fieldwood Energy LLC | MC 474 Lease G35825, MC 518 Lease G35828 | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 220 | 10/03/2019 | Letter Agreement - Other Land | Letter Agreement by and between Fieldwood Energy LLC and BP Exploration and Production dated 3 Oct 19 agreeing the method for renumeration of BP for its costs incurred facilitating the tie-in into the BP operated Loop and Na Kika Platform. | BP Exploration & Production Inc. | Fieldwood Energy LLC | MC 519 Lease G27278 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 221 | 01/28/2020 | Letter Agreement - Other Land | Letter Agreement by and between Fieldwood Energy LLC and BP Exploration and Production dated 28 Jan 20 permitting Fieldwood to operate certain tie-in operations into the Loop. | BP Exploration & Production Inc. | Fieldwood Energy LLC | MC 519 Lease G27278 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 222 | 05/27/2005 | Surface / Subsurface Agreement | Operating Agmt eff. 5-27-2005 b/b BP Exploration & Production Inc. and EOG Resources, Inc. | BP Exploration & Production Inc. and EOG Resources, Inc. | Fieldwood Energy Offshore LLC | GI 94 Lease G02163, GI 93 Lease G02628 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 223 | 05/28/2005 | Property Participation & Exchange Agreements | Participation Agmt eff. 5-28-2005 b/b BP Exploration & Production Inc. and EOG Resources, Inc. | BP Exploration & Production Inc. and EOG Resources, Inc. | Fieldwood Energy Offshore LLC | GI 94 Lease G02163 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 224 | 01/19/2006 | Letter Agreement - Other Land | Letter Agreement - dated January 19, 2006, between BP Exploration & Production Inc. and Union Oil Company of California | BP Exploration & Production Inc. and Union Oil Company of California | Fieldwood SD Offshore LLC | EB 158 Lease G02643, EB 159 Lease G02646, EB 160 Lease G02647, EB 161 Lease G02648 | APACHE DEEPWATER LLC | $0.00 Assume and assign to Credit Bid Purchaser | | | x |
| 225 | 12/01/2011 | Joint Operating Agreement | Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective December 1, 2011 (as amended) by and between BP Exploration & Production Inc., Fieldwood Energy LLC, Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC as amended a) by that certain First Amendment of the Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective as of October 15, 2014, b) by that certain Second Amendment of the Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective as of October 15, 2018, c) by that certain Third Amendment of the Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective as of 1 May 2019. | BP Exploration & Production Inc.; Houston Energy Deepwater Ventures I, LLC; Red Willow Offshore | Fieldwood Energy LLC | MC 519 Lease G27278, MC 562 Lease G19966, MC 563 Lease G21176 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 226 | 05/01/2019 | Joint Operating Agreement | MC 519 DEEP Joint Operating Agreement dated effective May 1, 2019, by and between Fieldwood, Red Willow and HEDV, which governs the deep operating rights interest on that certain oil and gas lease OCS-G 27278 (MC 519) as amended a) by that certain First Amendment to the MC 519 DEEP JOperating Agreement made effective 31 May 2019 by and between Fieldwood, Red Willow, BP and HEDV | BP Exploration & Production Inc.; Houston Energy Deepwater Ventures I; Red Willow, BP and HEDV | Fieldwood Energy LLC | MC 519 Lease G27278 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 Assume and assign to Credit Bid Purchaser | | x | |

| # | Date | Category | Description | Counterparty | Debtor | Lease / Reference | Counterparty 2 | Cure / Assumption Note | | | |
|---|------|----------|-------------|--------------|--------|-------------------|----------------|-----------------------|---|---|---|
| 227 | 10/01/2002 | Other Handling / Stabilization Agreements | First Amendment to Orion (MC 110) Platform Access, Operating Services and Production Handling Agreement by and between BP Exploration & Production Inc.; Stone Energy Corporation and Shell Offshore Inc.; Stone Energy Corporation, Green Energy, Inc.; Devon SFS Operating, Inc. : Desire to install gas lift system on Amberjack Platform | BP Exploration & Production Inc.; Stone Energy Corporation and Shell Offshore Inc.; Stone Energy Corporation, Green Energy, Inc.; Devon SFS Operating, Inc. | MC 110 Lease G18192 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 228 | 10/15/2018 | Property Participation & Exchange Agreements | Cash Consideration Exchange Agreement by and between BP Exploration and Production Inc and Fieldwood Energy LLC dated 25 October effective 15 October 2018 | BP Exploration and Production Inc and Fieldwood Energy LLC dated 25 October effective 15 October 2018 | Fieldwood Energy LLC | | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 229 | 12/15/2011 | Acquisition / PSA / Other Purchase or Sale | MP 296 MP 296 B19 ST2 Slot & Well Bore Acq Agmt | BP Exploration and Production, Inc, Marathon Oil Company, Noble Energy, Inc, Samson Offshore, LLC, BHP Billiton Petroleum (Deepwater) Inc | MP 296 Lease G01673 | EPL OIL & GAS, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 230 | | Oilfield Services | 546442_Helicopter Service Agreement dated effective 02/24/2014 | BRISTOW US LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | x | | |
| 231 | | Oilfield Services | 60504_MSA dated effective 02/26/2014; Amend. effective 06/01/2015; Amend. effective 03/20/2017 | BROUSSARD BROTHERS INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | x | | |
| 232 | | Oilfield Services | 777874_Master Services Agreement dated effective 12/13/2018 | BUGWARE, INC. | Fieldwood Energy LLC | n.a. | | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 233 | 10/27/1954 | Unit Agreement and/or Unit Operating Agreement | Grand Isle CATCO Unit Agreement, dated October 27, 1954, between Continental Oil Company and The Atlantic Refining Company, Tide Water Associated Oil Company and Cities Service Oil Company.; Unit No. 891002021 | Bureau of Ocean Energy Management | Fieldwood Energy Offshore LLC; GOM Shelf LLC | GI 39 Lease 126, GI 39 Lease 127, GI 40 Lease 128, GI 41 Lease 129, GI 41 Lease 130, GI 46 Lease 132, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177 | APACHE SHELF EXCHANGE LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 234 | 06/01/2010 | Property Participation & Exchange Agreements | Approval of Revision of Participation Area, effective June 1, 2010, whereby the Grand Isle CATCO Unit was revised. | Bureau of Ocean Energy Management | Fieldwood Energy Offshore LLC | GI 39 Lease 127, GI 46 Lease 132, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177 | APACHE SHELF EXCHANGE LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 235 | 04/01/2012 | Property Participation & Exchange Agreements | Approval of Revision of Participation Area, effective April 1, 2012, whereby the Grand Isle CATCO Unit was revised. | Bureau of Ocean Energy Management | Fieldwood Energy Offshore LLC | GI 39 Lease 127, GI 46 Lease 132, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177 | APACHE SHELF EXCHANGE LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 236 | 05/15/1992 | Unit Agreement and/or Unit Operating Agreement | EC 331/332 Unit Agreement | Bureau of Ocean Energy Management | Fieldwood Energy LLC | EC 331 Lease G09658, EC 332 Lease G09478 | CAIRN ENERGY USA INC, CONTINENTAL LAND & FUR CO INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | x |
| 237 | 11/01/1992 | Unit Agreement and/or Unit Operating Agreement | UNIT AGREEMENT BY AND BETWEEN CONOCO INC. AND CITIES SERVICE COMPANY ET AL | Bureau of Ocean Energy Management | Fieldwood Energy LLC | MP 296 Lease G01673, MP 303 Lease G04253, MP 304 Lease G03339 | EPL OIL & GAS, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 238 | 06/15/1993 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement for Outer Continental Shelf Exploration, Development, and Production Operations on the Green Canyon Block 244 Unit (Contract No. 754300016) dated effective June 15, 1993 covering OCS-G 11043 (Green Canyon Block 244), OCS-G 12209 (Green Canyon Block 200), and OCS-G 12210 (Green Canyon Block 201) | Bureau of Ocean Energy Management | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | GC 200 Lease G12210, GC 201 Lease G12209, GC 244 Lease G11043 | LLOG EXPLORATION COMPANY; RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, W&D CONTROL RACK, INC., W&T ENERGY V LLC, SHELL TRADING (US) COMPANY; RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 239 | 04/13/1998 | Letter Agreement - Other Land | LETTER: NIPPON TAKES ITS SHARE OF COperating AgreementSTAL P/O & SHARE OF ELF'S INTEREST DATED APRIL 13, 1998, BY AND BETWEEN ELF EXPLORATION INC., COperating AgreementSTAL O&G CORPORATION AND NIPPON OIL EXPLORATION U.S.A. LIMITED. | Bureau of Ocean Energy Management; ELF EXPLORATION INC., COASTAL O&G CORPORATION AND NIPPON OIL EXPLORATION U.S.A. LIMITED. | Fieldwood Energy Offshore LLC | VK 780 Lease G08684, VK 824 Lease G15436 | ENERGY XXI GOM LLC, MARUBENI OIL & GAS (USA) LLC, TOTAL E & P USA INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 240 | 12/18/2002 | Pooling Agreement | POOLING AGREEMENT DATED DECEMBER 18, 2002, BY AND BETWEEN THE STATE OF TEXAS AND SPINNAKER EXPLORATION COMPANY, L.L.C. | Bureau of Ocean Energy Management, THE STATE OF TEXAS, AND SPINNAKER EXPLORATION COMPANY, L.L.C. | Fieldwood Energy Offshore LLC | PN 883 Lease MF100410, PN 883 Lease MF100411, PN 883 Lease MF100412, PN 883 Lease MF101098, PN 883 Lease MF96140, PN 883 Lease MF96147, PN 883 Lease SL96140 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 241 | 07/01/1984 | Unit Agreement and/or Unit Operating Agreement | UNIT AGREEMENT BY AND BETWEEN SHELL OFFSHORE INC. AND FLORIDA EXPLORATION COMPANY ET AL | Bureau of Ocean Energy Management; MP 310 Unit Agreement | Fieldwood Energy LLC | MP 303 Lease G04253, MP 304 Lease G03339, MP 310 Lease G04126 | EPL OIL & GAS, LLC, TALOS ENERGY OFFSHORE, LLC, HE&D OFFSHORE LP | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 242 | | Oilfield Services | 500909_Master Services Agreement dated effective 11/01/2013 | BURNER FIRE CONTROL INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 243 | 11/19/2015 | Other Handling / Stabilization Agreements | PHA between Fieldwood and Byron for Byron's SM 6 production | Byron Energy Inc. | Fieldwood Energy LLC | SM 10/ SM 6 Lease G01181 | | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 244 | | Oilfield Services | Master Services Contract dated effective 11/01/2013 | C-DIVE LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 245 | | Oilfield Services | Pipe Supplier | CACTUS PIPE & SUPPLY, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x |
| 246 | | Oilfield Services | Provide Material Wellheads, Material Trees, Installation Service and Repair Service | CACTUS WELLHEAD LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 247 | 03/01/2016 | Farmout Agreement | by and between Fieldwood Energy LLC, Walter Oil and Gas Corporation and Cairn Energy USA; Ratify and amend that certain Farmout dated 12/31/1984 | Cairn Energy USA; Walter Oil & Gas Corporation | Fieldwood Energy LLC | MP 301 Lease G04486 | WALTER OIL & GAS CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 248 | 09/01/1996 | Joint Operating Agreement | JOA BY AND BETWEEN CAIRNE ENERGY USA, INC. AND NORCEN CAIRNE ENERGY USA, INC. AND NORCEN EXPLORER, INC. ET AL. EXPLORER, INC. ET AL | | Fieldwood Energy LLC | ST 291 Lease G16455 | ENVEN ENERGY VENTURES LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 249 | 05/01/2003 | Joint Operating Agreement | Offshore Operating Agreement dated May 1, 2003 between Magnum Hunter Production,Inc, and Westport Resource Corporation et al | Dalton Petroleum Operating Co. | Fieldwood Energy LLC | WC 295 Lease G24730 | CALYPSO EXPLORATION LLC, CHEYENNE INTERNATIONAL CORP, MAGNUM HUNTER PRODUCTION INC, W & T OFFSHORE INC, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 250 | | Oilfield Services | Terms and Conditions between Fieldwood Energy and Caltex, fully executed on 09/08/2020 | CALTEX OIL TOOLS, LLC | Fieldwood Energy LLC | | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 251 | 05/29/2019 | Other Misc. | Non Consent by Calypso AFE FW194028 by and between Calypso Exploration LLC and Fieldwood Energy LLC : Per 12.6 of JOA A.2 non consented Calypso assigned full still responsible for obligations prior to election | Calypso Exploration LLC and Fieldwood Energy LLC | Fieldwood Energy LLC | SS 79 Lease G15277 | CALYPSO EXPLORATION LLC | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 252 | | Oilfield Services | 53834_Master Services Agreement dated effective 11/01/2013; Change Date dated effective 01/01/2014 | CAMERON INTERNATIONAL CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 253 | | Oilfield Services | Wellhead, Measurement, Solutions, Etc. | CAMERON SOLUTIONS INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 254 | | Oilfield Services | 700336_Master Services Agreement dated effective 01/01/2014 | CARDINAL COIL TUBING LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 255 | | Oilfield Services | Third Party Certification Engineering Group Required by BSEE (Wellwork) | CARDNO PPI TECHNOLOGY SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 256 | | Oilfield Services | 502386_Joinder dated effective 06/24/2019 | CARLISLE ENERGY GROUP, INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 257 | | Oilfield Services | 555168_Master Services Agreement dated effective 11/01/2013 | CASED HOLE WELL SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 258 | 07/21/2014 | Operating Agreement - Other | Castex is named as operator of HI 167 Platform | CASTEX OFFSHORE INC | Fieldwood Energy LLC | HI 116; HI 167 Lease G08156 | | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 259 | 04/13/2016 | Other Misc. | by and between Fieldwood Energy LLC, Chevron U.S.A. Inc., Peregrine Oil & Gas LLC; Re - Requests changes to compression standards in that certain Processing & Contract Operating Services Agreement dated 07/01/2011 | CASTEX OFFSHORE INC; Chevron U.S.A. Inc.; Peregrine Oil & Gas II, LLC | Fieldwood Energy LLC | MP 59 Lease G08461 | | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 260 | 05/31/2016 | Elections | by and between Fieldwood Energy LLC, Chevron U.S.A. Inc., Peregrine Oil & Gas II, LLC and Castex Offshore, Inc.; increases to continue compression services paid original test period | CASTEX OFFSHORE INC; Chevron U.S.A. Inc.; Peregrine Oil & Gas II, LLC | Fieldwood Energy LLC | MP 59 Lease G03194, MP 59 Lease G08461 | | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 261 | 06/29/2016 | Elections | by and between Fieldwood Energy LLC, Chevron U.S.A. Inc., Peregrine Oil & Gas II, LLC and Castex Offshore, Inc. | CASTEX OFFSHORE INC; Chevron U.S.A. Inc.; Peregrine Oil & Gas II, LLC | Fieldwood Energy LLC | MP 59 Lease G03194, MP 59 Lease G08461 | | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 262 | 04/01/2019 | Other Handling / Stabilization Agreements | First Amendment to that certain Production Handling Agreement, dated September 1, 2009 - Eugene Island 224 "A" Platform - Federal Offshore Louisiana | CASTEX OFFSHORE INC; GOME 1271 GP, LLC; Juniper Exploration, L.L.C | EI 224 Lease G05504 | TALOS PETROLEUM LLC, WALTER OIL & GAS CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 263 | 04/08/2016 | Withdrawal Agreement | Withdrawal Election | CASTEX OFFSHORE INC; Northstar Offshore Ventures LLC; Peregrine Oil & Gas II, LLC | Fieldwood Energy LLC | WC 269 - W/2 NE/4 NE/4; SE/4 and the N/2 NE/4 SE/4 of block 269 surface to 12,805' TVD Lease G10963 | | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 264 | 07/02/2014 | Assignment of Platform & Pipelines | by and between Fieldwood Energy LLC and Castex Offshore, Inc. | CASTEX OFFSHORE INC; Walter Oil and Gas Corporation | Fieldwood Energy LLC | HI 116 Lease G06156 | | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 265 | 02/01/2010 | Joint Operating Agreement | Joint Operating Agreement between Castex offshore, INC. as Operator and Hunt Oil Company and Walter Oil & Gas Corporation as non-operator | Castex offshore, INC. as Operator and Hunt Oil Company and Walter Oil & Gas Corporation as non-operator | HI 178 Lease G27509 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 266 | 06/01/2013 | Operating Agreement - Other | Operating agreement eff. 6-1-13 Castex, et al | CBI, et al | Fieldwood Energy LLC | EI 224 Lease G05504 | TALOS PETROLEUM LLC, WALTER OIL & GAS CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 267 | | Non-Oilfield Services | Perpetual Software License Agreement | CDI | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 268 | 07/12/2006 | Unit Agreement and/or Unit Operating Agreement | BS 53 Field Voluntary Unit LLC agreement Century Exploration New Orleans, Inc, and LA State Mineral Board | Century Exploration New Orleans, Inc. and LA State Mineral Board | | BS Lease 17860, BS Lease 17861 | UPSTREAM EXPLORATION LLC | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 269 | 04/01/2014 | Operating Agreement - Other | VRGo Deep OA Operator ERT GOM, LLC by and between Century Exploration New Orleans LLC, CL&F Resources LP, Sandridge Energy Offshore, LLC and Energy Resource Technology GOM, LLC | Century Exploration New Orleans LLC, CL&F Resources LP, Sandridge Energy Offshore, LLC and Energy Resource Technology GOM, LLC | BS Lease 17860, BS Lease 16737, BS Lease 12806 | UPSTREAM EXPLORATION LLC | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 270 | | Oilfield Services | 558154_Master Services Agreement dated effective 01/01/2014 | CENTURY TECHNICAL SERVICES INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 271 | | Oilfield Services | 700842_Master Services Agreement dated effective 01/01/2014 | CETCO ENERGY SERVICES COMPANY LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 272 | | Non-Oilfield Services | Perpetual Software License Agreement | CGG SERVICES (U.S.) INC. | Fieldwood Energy LLC | n.a. | n.a. | $981.23 Assume and assign to Credit Bid Purchaser | | x | |
| 273 | | Oilfield Services | Pipe Supplier | CHAMPIONS PIPE & SUPPLY CO | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 274 | 04/01/2008 | Right of Way | Charles Nicholson ETAL | CHAMPIONX | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 275 | | Oilfield Services | Amendment to Master Services Contract, dated effective February 1, 2020 | CHAMPIONX | Fieldwood Energy LLC | | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 276 | 04/01/2008 | Right of Way | Charles Nicholson ETAL | Charles Nicholson ETAL | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 277 | 08/11/2011 | Other Services Agreement | Registration Agreement for Emergency Response Script Services | ChemTel Inc. | | Area wide | | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 278 | 06/21/2020 | Abandonment / Decommissioning | Chet Morrison remove the two well conductors of the previously plugged wells HI 176 #2, #3 | Chet Morrison Contractors; Exxon Mobil Corporation; HoactzÃn Partners, LP; Ridgewood Energy Corporation | HI 176 Lease G27509 | CHEVRON USA INC, EPL OIL & GAS, LLC | $0.00 Assume and Allocate to Credit Bid Purchaser Mergers | | x | |
| 279 | 02/18/2000 | Operating Agreement - Other | b/t Chevron and Samedan | Chevron and Samedan | | VK 113 Lease G16535 | CHEVRON USA INC, EPL OIL & GAS, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | x |

| # | Date | Type | Description | Counterparty | Debtor | Lease | Non-Debtor | $ | Treatment |
|---|------|------|-------------|--------------|--------|-------|------------|---|-----------|
| 280 | 06/01/2009 | Ownership & Partnership Agreements | Owners Agreement between the owners of the High Island Pipeline System | Bandon Oil and Gas, LP and Fieldwood Energy LLC and Fieldwood SD Offshore LLC and Chevron Pipe Line Company, owners of the High Island Pipeline System | Bandon Oil and Gas, LP; Fieldwood Energy LLC; Fieldwood SD Offshore LLC | | HIPS | n.a. | $0.00 | Assume and allocate pursuant Allocate Pursuant to Divisive mergers Divisive Mergers | x | | x | x |
| 281 | 11/18/1999 | Letter Agreement - UOA | Letter Agreement, dated November 18, 1999, by and between Chevron U.S.A. Inc. and Samedan Oil Corporation and Samedan Oil Corporation to Unit Operating Agreement for the Viosca Knoll 252 Unit concerning Subpart (c) of Section m, "Overhead", and made effective January 1, 2000. | Chevron U.S.A. Inc. and Samedan Oil Corporation | Fieldwood Energy LLC | VK 251 Lease G10930, VK 340 Lease G10933 | Williams Field Services | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | |
| 282 | 03/20/2012 | Other Notices | Chevron's Notice to Apache Letter, dated March 20, 2012, EB 159 #A-25 Well (GM-2-2 Sand) conductor removal. | Chevron U.S.A. Inc. and Apache Corporation | Fieldwood SD Offshore LLC | EB 159 Lease G02646 | APACHE DEEPWATER LLC | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x |
| 283 | 10/25/2013 | Letter Agreement - Other | Letter Agreement dated October 25, 2013 evidencing Chevron U.S.A. Inc.'s consent to an assignment of interest from Apache Corporation in that certain Farmout Agreement dated and made effective June 1, 2009, to Fieldwood Energy LLC. | Chevron U.S.A. Inc. and Apache Corporation | Fieldwood Energy LLC | CA 42 Lease G32267 | CASTEX OFFSHORE INC, PEREGRINE OIL AND GAS II LLC | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 284 | 09/25/2003 | Confidentiality Agreements AMI and Related | Area of Mutual Interest Agreement by and between Apache Corporation and Chevron USA | CHEVRON U.S.A. INC. | Fieldwood Energy LLC | WD 80 Lease G01089, WD 103 Lease 840, WD 103 Lease G12360 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 285 | 12/30/2013 | Withdrawal Agreement | Withdrawal agreement by and between Fieldwood Energy LLC and Chevron U.S.A. Inc. | Chevron U.S.A. Inc. | Fieldwood Energy LLC | SS 216 Lease G01524 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 286 | 08/01/2016 | Letter Agreement - UOA | Letter Agreement, dated August 1, 2016, between Chevron U.S.A. Inc.; RUE No. OCS-G 22052 for MP 154 surface wells used as disposal wells for VK 252 Unit | Chevron U.S.A. Inc. | Fieldwood Energy LLC | VK 340 Lease G10933 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x |
| 287 | 08/04/2016 | Other Misc. | by and between Fieldwood Energy LLC and Chevron U.S.A. Inc.; submitted new RUE to replace OCS -G 22052, consent by chevron to issuance of new RUE | Chevron U.S.A. Inc. | Fieldwood Energy LLC | VK 340 Lease G10933 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 288 | 07/28/2017 | Indemnity and Release Agreement | by and between Fieldwood Energy LLC and Chevron U.S.A. Inc.; Chevron sold to Cantium and needed DOO from Fieldwood, Fieldwood required this Agreement to allow DOO | Chevron U.S.A. Inc. | Fieldwood Energy LLC | MP 59 Lease G03194, MP 59 Lease G08461 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 289 | 07/01/2019 | Joint Operating Agreement | Joint Operating Agreement by and between Chevron USA Inc and Fieldwood Energy LLC dated 1 July 2019 and as amended by that (a)First Amendment dated effective 1 January 2020 (b) Second Amendment dated effective 1 May 2020 (Part of the JOA) | Chevron U.S.A. Inc. | Fieldwood Energy LLC | MC 118 Lease G35963, MC 119 Lease G36537, MC 163 Lease G36538, MC 204 Lease G36540 | | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 290 | 05/01/2020 | Property Participation & Exchange Agreements | Lease Exchange Agreement by and between Chevron USA Inc and Fieldwood Energy LLC dated 1 May 2020 | Chevron U.S.A. Inc. | Fieldwood Energy LLC | MC 118 Lease G35963, MC 119 Lease G36537, MC 162 Lease G36860, MC 163 Lease G36538, MC 206 Lease G36540 | | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 291 | 06/06/1994 | Letter Agreement - UOA | Letter Agreement, dated June 6, 1994, whereby Chevron U.S.A. Inc. approves, adopts and recognizes the Unit Operating Agreement, dated January 21, 1994 for the Viosca Knoll 252 Unit | Chevron U.S.A. Inc. | Fieldwood Energy LLC | | Williams Field Services | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | x |
| 292 | 08/01/2015 | Acquisition / PSA / Other Purchase or Sale Agreements | by and between Fieldwood Energy LLC and Chevron U.S.A. Inc.; MP 77, 78 and VK 251, 252, 340 Fields | Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | MP 77,78 and VK 251, 252, 340 Fields Lease G04481; MP 77, 78 and VK 251, 252, 340 Fields Lease G10932; MP 77, 78 and VK 251, 252, 340 Fields Lease G10933 | Williams Field Services | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | x |
| 293 | 08/01/2016 | Letter Agreement - UOA | by and between Fieldwood Energy LLC and Chevron U.S.A.; RUE No. OCS-G 22052 for MP 154 surface wells used as disposal wells for VK 252 Unit | Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930 | Williams Field Services | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | x |
| 294 | 08/04/2016 | Other Misc. | by and between Fieldwood Energy Offshore LLC and Chevron U.S.A. Inc.; submitted new RUE to replace OCS -G 22052, consent by chevron to issuance of new RUE | Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930 | Williams Field Services | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | x |
| 295 | 10/14/2004 | Letter Agreement - Other Land | Letter Agreement, dated October 14, 2004, between Chevron U.S.A. Inc. and Noble Energy, Inc. concerning Production Handling Agreement Twin's, Viosca Knoll 251 "A" Platform/Cadillac/Prospect and any Other Fields/ Non-unit Production | Chevron U.S.A. Inc. and Noble Energy, Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | Williams Field Services | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | x |
| 296 | 07/07/1997 | Letter Agreement - Other Land | Letter Agreement, dated July 7, 1997, by and between Chevron U.S.A. Inc. and Samedan Oil Corporation,concerning of the OCSTG 10930 Well #1 in Viosca Knoll Block 251 to a proposed depth of 22,500' and certain earning and assignment provisions, more fully described therein | Chevron U.S.A. Inc. and Samedan Oil Corporation | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | Williams Field Services | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | x |
| 297 | 04/28/2014 | Letter Agreement - Other Land | Letter Agreement, dated April 28, 2014, between Chevron U.S.A. Inc. and Samson Contour Energy E&P, LLC, regarding Main Pass 77 Oil Imbalance Claim | Chevron U.S.A. Inc. and Samson Contour Energy E&P, LLC, regarding Main Pass 77 Oil Imbalance Claim | Fieldwood Energy Offshore LLC | MP 77 Lease G04481 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | * |
| 298 | 05/02/1989 | Letter Agreement - Other Land | Letter Agreement, dated May 2, 1989, between Southern Natural Gas Company and Chevron U.S.A. Inc. concerning the "Construction, Installation, Operation and Maintenance of Measurement and Pipeline Facilities " for receipt points at various locations on the OCS, including Main Pass 77 'A' platform (as amended); Consent Sec. YO. | Chevron U.S.A. Inc. and Southern Natural Gas Company | Fieldwood Energy Offshore LLC | MP 77 Lease G04481 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | * |
| 299 | 06/25/1992 | Letter Agreement - Other Land | Letter Agreement, dated June 25, 1992, between Chevron U.S.A. Inc. ("Chevron") and Southern Natural Gas Company ("Southern"), concerning the "Interconnection of Pneumatic Chart Recorders Permit - Various Meter Stations, Offshore Louisiana ", whereby Chevron obtained consent from Southern for Chevron to connect, operate and maintain pneumatic chart recorders on various of Southern's existing meter stations, offshore, Louisiana (including Main Pass Area Block 77 'A' platform). | Chevron U.S.A. Inc. and Southern Natural Gas Company | Fieldwood Energy Offshore LLC | MP 77 Lease G04481 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | * |
| 300 | 02/15/1993 | Letter Agreement - Other Land | Letter Agreement, dated effective February 15, 1993, between Chevron U.S.A. Inc. ("Chevron") and Southern Natural Gas Company "Southern"), concerning the "Interconnection of Pneumatic Chart Recorders Permit - Various Meter Stations, Offshore Louisiana", whereby Chevron obtained consent from Southern to connect, operate and maintain pneumatic chart recorders on various of Southern's existing meter stations (including Main Pass Area Block 77 'A' platform). | Chevron U.S.A. Inc. and Southern Natural Gas Company | Fieldwood Energy Offshore LLC | MP 77 Lease G04481 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | * |
| 301 | 08/07/2003 | Property Participation & Exchange Agreements | Exploration Participation Agreement, dated August 7, 2003, by and between Chevron U.S.A. Inc. and Westport Resources Corporation, as amended, concerning certain Offshore Continental Shelf properties, at as more fully, provided for and described therein. | Chevron U.S.A. Inc. and Westport Resources Corporation | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | Williams Field Services | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | x |
| 302 | 09/24/2004 | Letter Agreement - Other Land | Letter Agreement dated August 24, 2004, between Chevron U.S.A. Inc. and Williams Field Services- Gulf Coast Company, L.P. and Williams Field Services- Gulf COperating Agreemetnt Company, L.P. | Chevron U.S.A. Inc. and Williams Field Services- Gulf Coast Company, L.P. | Fieldwood Energy Offshore LLC | BA A133 Lease G02865 | W & T ENERGY VI LLC | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | x |
| 303 | 05/06/2010 | Letter Agreement - Other Land | Transfer interest N1 well and line, etc. by and between Chevron U.S.A. Inc. GOM SHELF LLC | GOM Shelf LLC | GOM Shelf LLC | GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 304 | 06/01/2009 | Farmout Agreement | Farmout Agreement dated effective June 1, 2009, between Chevron U.S.A. Inc., and Phoenix Exploration Company, LP and Challenger Minerals Inc., covering OCS-G 32267, Chandeleur Block 42 and OCS-G 32268, Chandeleur Block 43, INSOFAR AND ONLY INSOFAR as they cover those depths from the surface to one hundred feet (100') below the deepest depth drilled and logged in the earning well. | Chevron U.S.A. Inc., and Phoenix Exploration Company, LP and Challenger Minerals Inc. | Fieldwood Energy LLC | CA 42 Lease G32267 | CASTEX OFFSHORE INC, PEREGRINE OIL AND GAS II LLC | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 305 | 12/31/2007 | Acquisition / PSA / Other Purchase or Sale Agreements | Agreement for Purchase and Sale, effective December 31, 2007, between Chevron U.S.A. Inc., as Seller, and Wild Well Control, Inc., as Buyer, conveying Chevron's undivided interest in certain Facilities and Wells in GI 40, 41, 47, 48 and WD 69 and 70 to Wild Well Control for the purpose of decommissioning | Chevron U.S.A. Inc., as Seller, and Wild Well Control, Inc., as Buyer | Fieldwood Energy Offshore LLC | WD 69 Lease 161 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 306 | 10/30/2006 | Farmout Agreement | Farmout Agreement, dated effective October 30, 2006, between Chevron U.S.A Inc., as-Farmor, and Mariner Energy Resources, Inc., as farmee, covering S/2 of SM 149 (OCS-G 2592) and S/2 of SM 150 (S05-01032I) and limited to depths from the surface to the stratigraphic equivalent of 100' below the deepest depth drilled in the #1 Well as proposed. | Chevron U.S.A. Inc., as-Farmor, and Mariner Energy Resources, Inc., as farmee | Fieldwood Energy Offshore LLC | SM 149 Lease G02592, SM 150 Lease G16325 | | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 307 | 01/07/2004 | Farmout Agreement | FARMOUT AGREEMENT BY AND BETWEEN CHEVRON U.S.A. INC., ET AL, AND BP AMERICA PRODUCTION COMPANY, ET AL, | CHEVRON U.S.A. INC., ET AL, AND BP AMERICA PRODUCTION COMPANY, ET AL. | Fieldwood Energy LLC | GI 52 Lease 177 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 308 | 11/01/2004 | Property Participation & Exchange Agreements | Exploration Participation Agreement, dated November 1, 2004, by and between Chevron U.S.A. Inc. and Newfield Exploration Company, Corporation concerning certain Offshore Continental Shelf properties, at as more fully provided for and described therein | Chevron U.S.A. Inc., and Newfield Exploration Company, Corporation | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | Williams Field Services | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | * |
| 309 | 11/03/2011 | Letter Agreement - Other Land | Letter Agreement dated November 3, 2011, evidencing Chevron U.S.A. Inc.'s consent to an assignment of interest from Phoenix Exploration Company LP in that certain Farmout Agreement dated and made effective June 1, 2009, to Apache Corporation and Castex Offshore, Inc. | Chevron U.S.A. Inc., Phoenix Exploration Company LP and Castex Offshore, Inc. | Fieldwood Energy Offshore LLC | CA 42 Lease G32267 | CASTEX OFFSHORE INC, PEREGRINE OIL AND GAS II LLC | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 310 | 11/03/2011 | Letter Agreement - Other Land | Letter Agreement, dated November 3, 2011, executed between Chevron U.S.A. Inc. (granting party) and Phoenix Exploration Company, LP; Apache Corporation and Castex Offshore, Inc. (grantees), being a conditional consent to assign. | Chevron U.S.A. Inc., Phoenix Exploration Company, LP, Apache Corporation and Castex Offshore, Inc. | Fieldwood Energy Offshore LLC | VK 340 Lease G10933 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 311 | 11/03/2001 | Letter Agreement - Other Land | Letter Agreement, dated November 3, 2011, executed between Chevron U.S.A. Inc. (granting party) and Phoenix Exploration Company, LP; Apache Corporation and Castex Offshore, Inc. (grantees), being a conditional consent to assign. | Chevron U.S.A. Inc., Phoenix Exploration Company, LP, Apache Corporation and Castex Offshore, Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930 | Williams Field Services | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | x |

| # | Date | Type | Description | Counterparty | Debtor | Lease / Property | Other Party | Cure Amount | Treatment |
|---|---|---|---|---|---|---|---|---|---|
| 312 | 03/31/2003 | Letter Agreement - UOA | Letter Agreement, dated March 31, 2003, between Chevron U.S.A. Inc., Sabco Oil and Gas Corporation, Apache Corporation, ExxonMobil Production Company, Key Production Company and Contour Energy Company regarding Second Opportunity to Participate - Election to Acquire*Non-Participating Interest, in the MP77 OCS-G 4461 A-6 TTPG, Project No. UHGHP-R3011, Cost Center UCP170000, Main Pass Block 77, Key Production Company election. | Chevron U.S.A. Inc., Sabco Oil and Gas Corporation, Apache Corporation, ExxonMobil Production Company, Key Production Company and Contour Energy Company | Fieldwood Energy Offshore LLC | MP 77 Lease G04481 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 313 | 08/09/1994 | Letter Agreement - Other Land | Letter Agreement, dated June 9, 1994, by and between Chevron U.S.A. Inc., Samedan Oil Corporation and Continental Land & Fur Co., Inc. | Chevron U.S.A. Inc., Samedan Oil Corporation and Continental Land & Fur Co., Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10030, VK 340 Lease G10033 | Williams Field Services | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 314 | 03/01/2017 | Joint Bidding Agreements | Joint Bidding Agreement by and between Chevron USA Inc and Fieldwood Energy LLC dated 1 March 2019 | Chevron U.S.A. Inc.; Ecopetrol America Inc; Talos Energy Offshore LLC | Fieldwood Energy LLC | MC 119 Lease G36537, MC 163 Lease G36538, MC 206 Lease G36540, n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 315 | 03/01/2017 | Other Misc. | by and between Fieldwood Energy LLC, W & T Offshore, Inc., Renaissance Offshore LLC, Transcontinental Gas Pipe Line and Chevron U.S.A. Inc. | Chevron U.S.A. Inc.; Renaissance Offshore LLC; Transcontinental Gas Pipe Line Company, LLC; W&T Offshore, Inc. | Fieldwood Energy LLC | ST 316 Lease G22762 | W&T OFFSHORE INC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 316 | 08/01/2019 | Joint Operating Agreement | Operating Agreement dated and effective as of August 1, 2019 by and among Chevron U.S.A. Inc., Fieldwood Energy LLC, and Ridgewood Castle Rock, LLC | Chevron U.S.A. Inc.; Ridgewood Castle Rock, LLC | Fieldwood Energy LLC | MC 743 Lease G06401 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 317 | 12/08/2000 | Letter Agreement - Other Land | Letter Agreement, dated December 8, 2000 (effective December 1, 2000), by and between Chevron U.S.A. Inc. and Williams Field Services - Gulf Coupling Agreement Company, L.P., whereby Chevron U.S.A. Inc. consents to an assignment by Williams Field Services - Gulf Coupling Agreement Company, L.P., to its affiliate, Williams Mobile Bay Producer Services, L.L.C. | Chevron U.S.A. Inc. and Williams Field Services - Gulf Coast Company, L.P. | Fieldwood Energy Offshore LLC | VK 340 Lease G10033 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 318 | 03/01/2000 | Marketing - Gathering | Gas gathering agreement between Chevron U.S.A. production Company and Samedan Oil Company as Producer and Shell Offshore Inc. and Amoco Production Company as Processor (considered PHA) | Chevron U.S.A. production Company and Samedan Oil Company as Producer and Shell Offshore Inc. and Amoco Production Company as Processor | | VK 251 Lease G10930 | Williams Field Services | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 319 | 08/01/2004 | Unit Agreement and/or Unit Operating Agreement | Amendment and Supplement to/Unit Operating Agreement for the Itxaca Knoll 252 Unit, dated August 1, 2004, by and between Chevron USA Inc. and Noble Energy Inc. | Chevron U.S.A. Inc. and-Noble Energy, Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10033 | Williams Field Services | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 320 | 07/18/2001 | Joint Development / Venture / Exploration Agreements | Joint Venture Agmnt amongst Chevron USA INC and BHP Petroleum (Deepwater) Inc dated 18 July 2001 whereby CVX and BHP exchanged WI in GC 281 and 282 and committed to Operating Agreement, 'Samedan/NBL' deal termed into BHP's Interest) | Chevron USA INC and BHP Petroleum (Deepwater) Inc | Fieldwood Energy LLC | GC 282 Lease G16727 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 321 | 01/01/1989 | Operating Agreement - Other | Operating Agreement 1/1/89 | CHEVRON USA INC, Apache Shelf | Fieldwood Energy LLC | EI 307 Lease G02110 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 322 | 09/12/2002 | Construction Agreements | DMA amongst Chevron USA INC, BHP Billion Petroleum (Deepwater) Inc and Noble Energy Inc dated 12 Aug 2002 | Chevron USA INC, BHP Billion Petroleum (Deepwater) Inc and Noble Energy | Fieldwood Energy LLC | GC 282 Lease G16727 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 323 | 08/01/2002 | Joint Development / Venture / Exploration Agreements | Development Plan approved by Chevron USA INC, BHP Billion Petroleum (Deepwater) Inc and Noble Energy Inc dated 12 Aug 2002 | Chevron USA INC, BHP Billion Petroleum (Deepwater) Inc, Noble Energy Inc | Fieldwood Energy LLC | GC 282 Lease G16727 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 324 | 11/02/1964 | Unit Agreement and/or Unit Operating Agreement | EI 266 Unit Agreement | CHEVRON USA INC, EPL OIL & GAS, LLC, Stone Energy, BP E&P | Fieldwood Energy LLC | EI 266 Lease 811, EI 246 Lease 810, EI 267 Lease 812, EI 269 Lease 813 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 325 | 01/01/2004 | Farmout Agreement | FARMOUT AGREEMENT DATED JANUARY 21, 2004, BY AND BETWEEN CHEVRON USA INC. AND BP AMERICA PRODUCTION COMPANY | CHEVRON USA INC. AND BP AMERICA PRODUCTION COMPANY | Fieldwood Energy Offshore LLC | WC 86 Lease G02826 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 326 | 09/14/2010 | Letter Agreement - Other | CHEVRON USA INC. AND GOM SHELF LLC | CHEVRON USA INC. AND GOM SHELF LLC | Fieldwood Energy LLC | SI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and assign to Credit Bid Purchaser |
| 327 | 09/13/2006 Removed | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN DAVIS OFFSHORE, L.P., STEPHENS PRODUCTION COMPANY, LLC, ENERGY PARTNERS, LTD, NOBLE ENERGY INC., AND STATOILHYDRO USA E&P INC | CHEVRON USA INC.; PHOENIX EXPLORATION COMPANY, LP; CHALLENGER MINERALS INC.; DAVIS OFFSHORE, L.P.; STEPHENS PRODUCTION COMPANY, LLC; ENERGY PARTNERS, LTD; NOBLE ENERGY INC.; AND STATOILHYDRO USA E&P INC | Fieldwood Energy Offshore LLC | WD 79 Lease ... | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 328 | 06/15/2015 | Elections | by and between Fieldwood Energy LLC, Chevron U.S.A. Inc., Wichita Partnership, Ltd., W & T Energy VI, LLC and W&T Offshore, L.L.C. in furtherance of April 14, 2015 letter Areana earned assignment from Chevron Chevron to resign as operator | CHEVRON USA INC; W&T Energy VI, LLC; W&T Offshore, L.L.C.; Wichita Partnership, Ltd. | Fieldwood Energy LLC | ST 148 Lease G01960 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 329 | 09/17/2015 | Elections | In furtherance of April 14, 2015 and June 15, 2015 letters, Areana earned assignment from Chevron to resign as operator, clarifying Working Interests, etc. | CHEVRON USA INC; W&T Energy VI, LLC; W&T Offshore, L.L.C.; Wichita Partnership, Ltd. | Fieldwood Energy LLC | ST 148 Lease G01960 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 330 | 04/30/2009 | Operating Agreement - Other | Operating Agreement eff. 4-30-09 Chevron USA, et al | Chevron USA, et al | Fieldwood Energy LLC | MP 58 Leases G03194, MP 59 Lease G08461 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 331 | 06/01/2009 | Operating Agreement - Other | Operating Agreement eff. 6-1-09 Chevron USA, et al | Chevron USA, et al | Fieldwood Energy LLC | MP 58 Lease G03194, MP 59 Lease G08461 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 332 | 09/01/1996 | Operating Agreement - Other | Offshore Operating Agreement 9/1/1996 | Chevron USA, Renaissance, Apache Shelf | Fieldwood Energy LLC | VR 406 Lease G15212 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 333 | 09/03/1996 | Operating Agreement - Other | Operating Agreement (depths below 9000' on VR 392 & VR 408) and all | Chevron USA, Renaissance, Apache Shelf | Fieldwood Energy LLC | VR 406 Lease G15212 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 334 | 01/31/2000 | Farmout Agreement | Farmout Letter Agreement 1/31/2000 | Chevron USA, Renaissance, Apache Shelf | Fieldwood Energy LLC | VR 406 Lease G15212 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 335 | 06/28/2012 | Ownership and Operating Agreement | Ownership and Operating Agreement | Chevron, Dynamic Offshore Resources, LLC, GOMH Exploration, LLC and Hall-Houston Exploration III, L.P. | Fieldwood Energy LLC | VR 229 Lease G27070 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 336 | 06/28/2012 | Ownership and Operating Agreement | Ownership and Operating Agreement | Chevron, Dynamic Offshore Resources, LLC, GOMH Exploration, LLC and Hall-Houston Exploration III, L.P. | Fieldwood Energy LLC | VR 229 Lease G27070 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 337 | Original - 11/15/2019; 1st Amend 5/14/2020; 2nd Amend 9/14/2020 | Non-O&G Real Property Agreements / Lease / Rental / Sublease Agreements | Lease agreement between Fieldwood and Cheyenne Services Total Area: 2 buildings; office/warehouse space Square Footage: approx. 23,800 SF on approx 3 acres Address: 108 Galbert Road Lafayette LA 70506 | Cheyenne Services | Fieldwood Energy LLC | Total Area: 2 buildings; office/warehouse space Square Footage: approx. 23,800 SF on approx 3 acres | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 338 | 11/15/2019 | Other | Lease - 108 Galbert Rd., Lafayette, LA 70506 | CHEYENNE SERVICES LIMITED | Fieldwood Energy LLC | n.a. | n.a. | $6,475.38 | Assume and assign to Credit Bid Purchaser |
| 339 | 4/26/2020 | Other | First Amendment to Lease - 108 Galbert Rd., Lafayette, LA 70506 | CHEYENNE SERVICES LIMITED | Fieldwood Energy LLC | n.a. | n.a. | $6,475.38 | Assume and assign to Credit Bid Purchaser |
| 340 | | Oilfield Services | Master Service Agreement dated effective July 17, 2019 | CHURCH POINT WHOLESALE | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 341 | | Oilfield Services | 77999_Rental Agreement dated effective 11/21/2018 | CHURCHILL DRILLING TOOLS US INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 342 | | Oilfield Services | 77762/1_Master Services Agreement dated effective 05/02/2019 | C-INNOVATION, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 343 | 08/25/2016 | Other Handling / Stabilization Agreements | by and between Fieldwood Energy LLC, CL&F Resources, L.P., Houston Energy LP, Helis Oil and Gas Company LLC and W&T Offshore, Inc.; Amendment and Ratification of Production Handling Agreement (High Island, East Addition Block 129) | CL&F Resources, L.P.; Helis Oil and Gas Company LLC; Houston Energy LP; W&T Offshore, Inc. | Fieldwood Energy LLC | HI 129 Lease G01848 | W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, HELIS OIL & GAS CO, CALYPSO EXPLORATION LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 344 | | Other | | CLARIANT CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 345 | 1/30/2019 | Other | Classic Business Products Maintenance Contract Agreement | CLASSIC BUSINESS PRODUCTS, INC | Fieldwood Energy LLC | n.a. | n.a. | $465.00 | Assume and assign to Credit Bid Purchaser |
| 346 | 10/27/2015 | Other | Classic Business Products Maintenance Contract Agreement | CLASSIC BUSINESS PRODUCTS, INC | Fieldwood Energy LLC | n.a. | n.a. | $465.00 | Assume and assign to Credit Bid Purchaser |
| 347 | 10/3/2018 | Other | Classic Business Products Maintenance Contract Agreement | CLASSIC BUSINESS PRODUCTS, INC | Fieldwood Energy LLC | n.a. | n.a. | $465.00 | Assume and assign to Credit Bid Purchaser |
| 348 | 10/3/2018 | Other | Classic Business Products Rental Agreement | CLASSIC BUSINESS PRODUCTS, INC | Fieldwood Energy LLC | n.a. | n.a. | $465.00 | Assume and assign to Credit Bid Purchaser |
| 349 | 8/2/2018 | Other | Classic Business Products Maintenance Contract Agreement | CLASSIC BUSINESS PRODUCTS, INC | Fieldwood Energy LLC | n.a. | n.a. | $465.00 | Assume and assign to Credit Bid Purchaser |
| 350 | 9/4/2019 | Other | Classic Business Products Maintenance Contract Agreement | CLASSIC BUSINESS PRODUCTS, INC | Fieldwood Energy LLC | n.a. | n.a. | $465.00 | Assume and assign to Credit Bid Purchaser |
| 351 | | Oilfield Services | Spill Response, Services Agreement, OSRO | CLEAN GULF ASSOCIATES | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 352 | | Oilfield Services | Spill Response, Services Agreement, OSRO | CLEAN GULF ASSOCIATES SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 353 | 01/01/1984 | Unit Agreement and/or Unit Operating Agreement | Co-Development Agreement and Amendment to Unit Operating Agreement originally by and between CNG Producing Company & Columbia Gas Development Corp., et al | CNG Producing Company & Columbia Gas Development Corp., et al | Fieldwood Energy Offshore LLC | SS 271 Lease G01038, SS 247 Lease G01026, SS 248 Lease G01029, SS 249 Lease G01037 | TALOS ERT LLC, W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 354 | 09/03/1974 | Farmout Agreement | Farmout Agreement by and between CNG Producing Company, Columbia Gas Development Corporation and Forest Oil Corporation | CNG Producing Company, Columbia Gas Development Corporation and Forest Oil Corporation | Fieldwood Energy Offshore LLC | SS 271 Lease G01038 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 355 | 01/01/1994, 04/08/1994 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement by and between CNG Producing Company, CNG Development Company, Total Minatome Corporation, Mobile Exploration and Producing North America Inc., Murphy Exploration and Production Company and Anadarko Petroleum Corporation; and Forest Oil Corporation and Timbuck Company | CNG Producing Company, CNG Development Company, Total Minatome Corporation, Mobile Exploration and Producing North America Inc., Murphy Exploration and Production Company, and Anadarko Petroleum Corporation and Timbuck Company | Fieldwood Energy Offshore LLC | SS 247 Lease G01026, SS 248 Lease G01029, SS 249 Lease G01037, SS 271 Lease G01038 | TALOS ERT LLC, W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 356 | 09/24/1985 | Letter Agreement - JOA | Clarification Letter Agreement by and between CNG Producing Company, Hunt Oil Company, Southland Royalty Company successor to Hunt Oil Company and Anadarko Production Company | CNG Producing Company, Hunt Oil Company, Southland Royalty Company successor to Hunt Oil Company and Anadarko Production Company | Fieldwood Energy Offshore LLC | VR 78 Lease G04421 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 357 | | Other | 501307_Master Service Agreement dated effective 01/01/2014 | COASTAL CHEMICAL CO LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 358 | 04/10/1998 | Farmout Agreement | FARMOUT AGREEMENT DATED APRIL 10, 1998, BY AND BETWEEN COASTAL OIL & GAS CORPORATION AND NIPPON OIL EXPLORATION U.S.A. LIMITED | COASTAL OIL & GAS CORPORATION AND NIPPON OIL EXPLORATION U.S.A. LIMITED | Fieldwood Energy Offshore LLC | VK 780 Lease G06884, VK 824 Lease G16436 | ENERGY XXI GOM LLC, MARUBENI OIL & GAS (USA) LLC, TOTAL E & P USA INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 359 | 1/7/2016 | Oilfield Services | Contract for the Extraction of Hydrocarbons under the Production Sharing Modality - Fieldwood Energy E&P Mexico, S. De R.L. De C.V. | Comision Nacional de Hidrocarburos | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 360 | | Oilfield Services | Gravel Pack Tools, CT Unit Tools | CONCENTRIC PIPE AND TOOL RENTALS | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |

| # | Date | Type | Description | Counterparty | Debtor | Other | Counterparties | Amount | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| 361 | 04/15/1991 | Operating Agreement - Other | Operating Agreement eff. 4-15-91 b/b Conoco and Shell | Conoco and Shell | Fieldwood Energy LLC | MP 289 Lease G01666 | ANADARKO US OFFSHORE LLC, ERA HELICOPTERS INC., HIGH POINT GAS GATHERING, L.L.C., SHELL PIPELINE COMPANY LP, TALOS PETROLEUM LLC, W & T OFFSHORE INC, RIDGEWOOD ENERGY CORPORATION | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 362 | 01/01/1989 | Operating Agreement - Other | CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | Fieldwood Energy LLC | WD 94 Lease 839 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 363 | 01/01/1989 | Operating Agreement - Other | CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | Fieldwood Energy LLC | WD 95 Lease G01497 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 364 | 01/01/1989 | Operating Agreement - Other | CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | Fieldwood Energy LLC | WD 96 Lease G01498 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 365 | 01/01/1989 | Operating Agreement - Other | CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY. | CONOCO INC. AND ATLANTIC RICHFIELD COMPANY. | Fieldwood Energy Offshore LLC | WC 34 Lease G03251, WC 35 Lease G02819, WC 66 Lease G02826 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 366 | 10/01/1990 | Joint Operating Agreement | RATIFICATION AND AMENDMENT NUMBER 1 TO JOINT OPERATING AGREEMENT DATED OCTOBER 1, 1990, BY AND BETWEEN CONOCO INC. AND TEXAS PRODUCING INC. | CONOCO INC. AND TEXAS PRODUCING INC. | Fieldwood Energy Offshore LLC | WC 34 Lease G03251, WC 35 Lease G02819, WC 66 Lease G02826 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 367 | 05/01/1995 | Joint Operating Agreement | AMENDMENT TO OPERATING AGREEMENT DATED MAY 1, 1995, BY AND BETWEEN CONOCO INC. AND VASTAR RESOURCES, INC., ET AL. | CONOCO INC. AND VASTAR RESOURCES, INC., ET AL. | Fieldwood Energy Offshore LLC | WC 34 Lease G03251, WC 35 Lease G02819, WC 65 Lease G02825, WC 66 Lease G02826, WC 67 Lease G03256 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 368 | 05/01/1995 | Unit Agreement and/or Unit Operating Agreement | Grand Isle CATCO Unit Operating Agreement Amendment for the GI 41 A Platform, dated May 1,1995,between Conoco Inc., Atlantic Richfield Company, Texaco Producing Inc. and OXY USA Inc. | Conoco Inc., Atlantic Richfield Company, Vastar Resources, Inc., Texaco Exploration and Production Inc., Oxy USA Inc., Texaco Producing Inc. | Fieldwood Energy LLC | GI 41 Lease 129, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 369 | 01/01/1989 | Operating Agreement - Other | CATCO Operating Agreement eff. 1/1/89 by and between Conoco, Richfield , Texaco, et al | Conoco, Richfield , Texaco, et al | Fieldwood Energy LLC | EI 208 Lease 577 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 370 | 02/25/2010 | Operating Agreement - Other | Operating Agreement eff. 2-25-10 | Contango Op | Fieldwood Energy LLC | EI 10 Lease G23651 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 371 | 08/01/1960 | Unit Agreement and/or Unit Operating Agreement | Amendment to GIWD Unit Agmt by and between Continental Oil Company, Et al. Cities Service Production Company | Continental Oil Company, Et al. Cities Service Production Company | Fieldwood Energy LLC | WD 68 Lease 180, WD 69 Lease 181, WD 70 Lease 182, WD 71 Lease 836 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 372 | 10/01/1960 | Unit Agreement and/or Unit Operating Agreement | Amends GIWD Unit and CATCO Unit by and between Continental Oil Company, Et al. Cities Service Production Company, Et al. | Continental Oil Company, Et al. Cities Service Production Company, Et al. | Fieldwood Energy LLC | GI 32 Lease 174, GI 39 Lease 127, GI 40 Lease 128, GI 41 Lease 129, GI 41 Lease 130, GI 42 Lease 131, GI 43 Lease 175, GI 47 Lease 133, GI 48 Lease 134, GI 52 Lease 177, WD 68 Lease 180, WD 69 Lease 181, WD 70 Lease 182, WD 71 Lease 836 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 373 | | Oilfield Services | Provide Specialized Laboratory Analysis of Produced Solids | CORE MINERALOGY, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 374 | 8/30/2019 | Non-Oilfield Services | Master Subscription Agreement, Order Form | COUPA SOFTWARE, INC. | Fieldwood Energy LLC | n.a. | n.a. | $2,028.09 | Assume and assign to Credit Bid Purchaser |
| 375 | 9/15/2016 | Non-Oilfield Services | System Services / License Agreements | COUPA SOFTWARE, INC. | Fieldwood Energy LLC | n.a. | n.a. | $2,028.09 | Assume and assign to Credit Bid Purchaser |
| 376 | 03/30/2017 | Other Misc. | Fieldwood agreed to COX request/letter of no objection to allow cox to produce its EI 64B well. Fieldwood is the operator of SW4 of EI 53 | Cox Operating LLC | Fieldwood Energy LLC | EI 64; EI 53 Lease 479 | ENVEN ENERGY VENTURES LLC | $0.00 | Assume and Assign to Credit Bid Purchaser |
| 377 | 01/26/2021 | Marketing - Transportation | Cox leasing capacity on Segment B and Segment I (30 day term) Cox table for add'/local share of operation expenses | Cox Operating LLC | Fieldwood Energy LLC | HI A474 Lease G02366 | FREEPORT MCMORAN OIL & GAS LLC | $0.00 | Assume and Assign to Credit Bid Purchaser |
| 378 | | Oilfield Services | 608794_Master Services Agreement dated effective 12/03/2013; Amendment dated effective 01/28/2019 | C-PORT/STONE LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 379 | 09/01/1994 | Unit Agreement and/or Unit Operating Agreement | EI 89 Field UOperating Agreement 9/1/94 | Crane Holding Inc.; W & T Energy VI LLC | Fieldwood Energy LLC | EI 0089 Lease 44, EI 0089 Lease 229 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 380 | | Oilfield Services | 542303_Master Services Agreement dated effective 11/01/2013; Amendment dated effective 11/07/2017 | CRESCENT ENERGY SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 381 | | Oilfield Services | 701147_Master Services Agreement dated effective 03/10/2016 | CROSBY DREGGING LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 382 | | Oilfield Services | 505424-Master Time Charter Agreement dated 11-1-2013 | CROSBY TUGS INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 383 | 7/1/2017 7/1/2017 | Other Services Agreements | Response Resources Agreement Utilization Agreement | CSA Ocean Sciences Inc. | | Area wide | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 384 | | Oilfield Services | Engine Parts/Maintenance/Overhauls | CSI COMPRESSCO SUB, INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 385 | | Oilfield Services | 532967_Master Services Agreement dated effective 12/01/2013 | CSI TECHNOLOGIES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 386 | | Oilfield Services | 558082_Master Services Agreement dated effective 01/01/2014 | CUSTOM COMPRESSION SYSTEMS, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 387 | | Oilfield Services | 564325_PO Terms & Conditions dated effective 01/15/2019 | CUSTOM PROCESS EQUIPMENT LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 388 | 1/1/2017 | Non-Oilfield Services | Administrative Services Agreement | CVS/CAREMARK | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 389 | | Non-Oilfield Services | 554431_Master Agreement dated effective 11/01/2013 | CYRUS J GUIDRY & ASSOCIATES | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 390 | 2/9/2018 | Non-Oilfield Services | Master Consulting Agreement | DAGEN PERSONNEL | Fieldwood Energy LLC | n.a. | n.a. | $7,570.56 | Assume and assign to Credit Bid Purchaser |
| 391 | | Oilfield Services | 700908_Master Services Agreement dated effective 04/17/2015 | DALEY TOWER SERVICE, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 392 | 10/26/2013 | Oilfield Services | 508251_Master Services Agreement dated effective 09/01/2013; Amendment dated effective 01/01/2015 | DANOS LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 393 | | Oilfield Services | 700234_Master Services Agreement dated effective 11/01/2013 | DART ENERGY SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 394 | 2/8/2019 | Non-Oilfield Services | Managed Services Agreement | DATAVOX, INC. | Fieldwood Energy LLC | n.a. | n.a. | $23,416.16 | Assume and assign to Credit Bid Purchaser |
| 395 | | Non-Oilfield Services | Software Licensing Agreement | DATAWATCH CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 396 | 05/12/2006[Removed] | Letter Agreement - Other | LETTER AGREEMENT BY AND BETWEEN DAVIS OFFSHORE, L.P., NOBLE OFFSHORE, L.P. AND STATOILHYDRO USA E&P INC | DAVIS OFFSHORE, L.P., NOBLE OFFSHORE, L.P., AND STATOILHYDRO USA E&P INC. | Fieldwood Energy Offshore LLC | GC 108 Lease G28021 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 397 | 05/12/2006[Removed] | Joint Bidding Agreements | JOINT BIDDING AGREEMENT BY AND BETWEEN DAVIS OFFSHORE, L.P., STEPHENS PRODUCTION COMPANY, LLC - ENERGY PARTNERS, LTD | DAVIS OFFSHORE, L.P., STEPHENS PRODUCTION COMPANY, LLC - ENERGY PARTNERS, LTD | Fieldwood Energy Offshore LLC | GC 108 Lease G28021 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 398 | 10/16/2013 | Other Misc. | DCL Mooring & Rigging | DCL Mooring & Rigging | | Area wide | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 399 | 01/31/2010 | Abandonment / Decommissioning Agreement | Decommissioning Obligations Agreement by and between Wild Well Control, Inc and Dynamic Offshore Resources Inc dated 31 Jan 2010 | Decommissioning Obligations Agreement by and between Wild Well Control, Inc and Dynamic Offshore Resources Inc dated 31 Jan 2010 | Fieldwood Energy Offshore LLC | GC 65GC 108GC 109 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser |
| 400 | 10/03/2014 | Letter Agreement - Operating Agreement | Letter Agreement dated 3 Oct 14 by and between Deep Gulf Energy LLC, Noble Energy, Inc, BP Exploration and Production, Inc, Red Willow Offshore and Houston Energy Deepwater Ventures I, LLC designating Deep Gulf as Operator of the Interest from 0-19,000' TVDSS | Deep Gulf Energy III, LLC, Noble Energy, Inc, BP Exploration and Production, Inc, Red Willow Offshore and Houston Energy Deepwater Ventures I, LLC | Fieldwood Energy LLC | MC 563 Lease G21176 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 401 | | Oilfield Services | 701011_Master Services Agreement dated effective 01/22/2016 | DEEPTREND, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 402 | 09/03/2019 | Other Lease / Rental Agreement | Lease Agreement with Agreement to Purchase by and between Deepwater Abandonment Alternatives, Inc. and Fieldwood Energy Offshore LLC | Deepwater Abandonment Alternatives, Inc. | Fieldwood Energy Offshore LLC | GC 200 (NW/4 SE/4, SW/4 NE/4, E/2 SE/4 NW/4, S/2 NE/4 NW/4, E/2 NE/4, W/2 NE/4 NE/4) lease G12229 | RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, WILD WELL CONTROL INC, CHEVRON USA INC, W & T ENERGY VI LLC, SHELL TRADING (US) COMPANY | $0.00 | Assume and assign to Credit Bid Purchaser |
| 403 | | Oilfield Services | 511622_Master Services Agreement dated effective 08/19/2014 | DEEPWATER CORROSION SERVICES INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 404 | | Oilfield Services | 510045_Rental Agreement dated effective 01/21/2014 | DEEPWELL RENTALS INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 405 | | Oilfield Services | Completion Engineering Consultant | DELGE | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |

| # | Date | Agreement Type | Title / Description | Counterparty | Debtor | | | Treatment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 406 | 4/1/2013 4/1/2013 | Other Services Agreement | Response Resources Agreement Utilization Agreement | Delmar Systems, Inc. | | Area wide | | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 407 | | Oilfield Services | Suction Piles, Installation Tools, Mooring, Anchoring, Work Wire, and Towing Equipment & Services | DELMAR SYSTEMS, INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 408 | 1/1/2020 | Non-Oilfield Services | Administrative Services Agreement | DELTA DENTAL INSURANCE COMPANY | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 409 | | Oilfield Services | Gravel Pack Screens | DELTA SCREENS | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 410 | | Oilfield Services | 777816_Master Services Agreement dated effective 12/05/2018 | DELTA SUBSEA, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 411 | | Oilfield Services | Auto Care for Lafayette Fleet | DELTA WORLD TIRE | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 412 | | Oilfield Services | 700329_Master Services Agreement dated effective 02/13/2014 | DEMEX INTERNATIONAL INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 413 | 10/04/1956 | Unit Agreement and/or Unit Operating Agreement | S7 54 Unit Agreement, as amended and/or expanded by and between Department of the Interior and Humble Oil & Refining Company ; ST 54 Unit which includes St 87 (as amended by those certain letter Agreements, etc.) | Department of the Interior and Humble Oil & Refining Company | | ST 87 Lease 20 | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 414 | 05/13/1999 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement (754399006) by and between Dept of Interior and Shell Offshore Inc dated effective 13 May 1999 and as amended on 15 Mar 2004 | Dept of Interior and Shell Offshore Inc dated effective 13 May 1999 and as amended on 15 Mar 2004 | | GC 65 Lease G05889, GC 108 Lease G14668, GC 109 Lease G05900 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE LLC, CHEVRON USA INC, W & T ENER | $0.00 Assume and assign to Credit Bid Purchaser | | x | |
| 415 | | Oilfield Services | Screening (Shaker) Equipment | DERRICK CORP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 416 | 06/01/2018 | Marketing - Transportation | IT Transport Contracy by and between Destin Pipeline company, L.L.C. and Fieldwood Energy LLC. | Destin Pipeline company, L.L.C. and Fieldwood Energy LLC. | Fieldwood Energy LLC | MC 110 Lease G18192, BS 52 Lease 17675 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 417 | | Oilfield Services | Mechanical Parts | DEVALL DIESEL SERVICES, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 418 | 10/25/2005 | Farmout Agreement | Farmout Agreement, as amended; El 312 with Devon | Devon | | El 312 Lease G22679 | EPL OIL & GAS, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 419 | 05/17/2007 | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN DEVON ENERGY PRODUCTION COMPANY, L.P. AND HUNT PETROLEUM CORPORATION, ET AL. | DEVON ENERGY PRODUCTION COMPANY, L.P. AND HUNT PETROLEUM CORPORATION, ET AL. | Fieldwood Energy LLC | MO 826 Lease G26176 | W & T OFFSHORE INC, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 420 | | Oilfield Services | 559614_Master Services Agreement dated effective 11/01/2013 | DIAMOND PETROLEUM VENTURES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 421 | | Oilfield Services | Derrick Barge Rental | DIAMOND SERVICE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 422 | 1/1/2015 | Non-Oilfield Services | Master Services Contract | DISA INC | Fieldwood Energy LLC | n.a. | n.a. | $12,774.45 Assume and assign to Credit Bid Purchaser | x | | |
| 423 | 1/10/2014 | Non-Oilfield Services | Master Services Contract | DISA INC | Fieldwood Energy LLC | n.a. | n.a. | $12,774.45 Assume and assign to Credit Bid Purchaser | x | | |
| 424 | 05/01/2015 | Acquisition / PSA / Other Purchase or Sale | by and between Fieldwood Energy LLC and Discovery Producer Services LLC; ST 311 Pipeline Divestiture | Discovery Producer Services LLC | Fieldwood Energy LLC | ST 311 Lease G31416 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 425 | 06/26/2015 | Settlement / Release / Relinquishment | by and between Fieldwood Energy LLC and Discovery Producer Services LLC; ST 311 Pipeline Divestiture | Discovery Producer Services LLC | Fieldwood Energy LLC | ST 311 Lease G31416 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 426 | | Oilfield Services | Master Services Contract dated effective June 01, 2015 | DIVERSE SAFETY AND SCAFFOLDING LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 427 | | Oilfield Services | 700305_Master Services Agreement dated effective 01/17/2014 | DLS LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 428 | | Oilfield Services | Perpetual Software License Agreement | DOCVUE LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 429 | | Oilfield Services | 777873_Master Services Agreement dated effective 04/08/2018 | DOF SUBSEA USA INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 430 | 12/20/2002 | Joint Operating Agreement | Joint Operating Agreement by and between Dominion Exploration & Production, Inc. and Spinnaker Exploration Company | Dominion Exploration & Production, Inc. and Spinnaker Exploration Company | Fieldwood Energy Offshore LLC | WC 130 Lease G12761 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 431 | 08/23/2002 | Joint Operating Agreement | Joint Operating Agreement by and between Dominion Exploration & Production, Inc., as Operator, and Spinnaker Exploration Company, L.L.C., as Non-Operator | Dominion Exploration & Production, Inc., as Operator, and Spinnaker Exploration Company, L.L.C., as Non-Operator | Fieldwood Energy Offshore LLC | WC 72 Lease G23735 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 432 | 11/26/2019 | Settlement / Release / Relinquishment | Settlement and Release Agreement b/b Dominion Oklahoma Texas Exploration and Production, Inc. and Fieldwood Energy LLC | Dominion Oklahoma Texas Exploration and Production, Inc. and Fieldwood Energy LLC | HI 45 Lease G12564 | | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 433 | | Oilfield Services | 777591_Master Services Agreement dated effective 05/16/2018 | DOVECO LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 434 | | Oilfield Services | OEM Manufacturer, Clark Gas Compressor Parts, Shop Repairs | DRESSER-RAND CO | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 435 | | Oilfield Services | 664739_Master Services Agreement dated effective 09/05/2014 | DRILL CUTTINGS DISPOSAL COMPANY LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 436 | | Oilfield Services | 516459_Master Services Agreement dated effective 11/01/2013 | DRILLCHEM DRILLING SOLUTIONS | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 437 | | Oilfield Services | 514968_Master Services Agreement dated effective 11/01/2013 | DRILLING SERVICES OF AMERICA | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 438 | ~~12/15/1992~~ Foreclosed | ~~Marketing - PHA~~ | ~~Shell Offshore Inc. (SOI) as owner and operator of VC 69 Platform and BP Exploration & Oil Inc., Marathon Oil Company, and Shell Onshore Development Inc.: successor in interest to Shell Offshore Inc.~~ | ~~Shelby Degassifier Abandonment Alternatives Inc~~ | | ~~VC 69 Lease G05889~~ | ~~WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE LLC, CHEVRON USA INC, W & T ENER~~ | ~~$0.00 Assume and assign to Credit Bid Purchaser~~ | | x | |
| 439 | | Oilfield Services | 777663_Master Services Agreement dated effective 05/14/2019 | DURHAM'S INSPECTION SERVICES, INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 440 | | Oilfield Services | 502178_Master Services Agreement dated effective 11/01/2013 | DYNAMIC INDUSTRIES INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 441 | 09/26/2012 | Letter Agreement - Other Land | LETTER AGREEMENT BY AND BETWEEN DYNAMIC OFFSHORE RESOURCES AND NOBLE ENERGY INC | DYNAMIC OFFSHORE RESOURCES AND NOBLE ENERGY INC | Fieldwood Energy Offshore LLC | Utilization of Bullwinkle Platform for Talon Prospect Lease G06021 | | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 442 | 06/10/1986 | Unit Agreement and/or Unit Operating Agreement | SS 271 Unit Operating Agreement (Unit#8910/676A) As Amended, originally by and between Forest Oil Corp. as Operator, and Texas Oil & Gas Exploration Corp. et al as Non-Operators | Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; Hornet GOM, Inc.; Talos ERT LLC; W & T Energy VI, LLC | Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; Hornet GOM, Inc.; Talos ERT LLC; W & T Energy VI, LLC | SS 247 Lease G01528, SS 248 Lease G01029, SS 246 Lease G01030, SS 270 Lease G01037, SS 271 Lease G01038 | TALOS ERT LLC, W & T ENERGY VI LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 443 | Removed | ~~Marketing - Construction, Operation, Management, Ownership Agreements~~ | ~~Owners constructed and own the Latent Line which is used to deliver oil and gas production from the Mensa field through the Boxer platform (SS 258) and into the West Delta 143 platform (WD 143). Owners share responsibilities with respect to and between Fieldwood Energy Offshore LLC and Marathon Oil Company~~ | ~~Dynamic Offshore Resources, LLC, Enterprise GTM Offshore Operating Company, LLC~~ | ~~Fieldwood Energy Offshore LLC~~ | ~~HI A-416, HI A-447, HI A-550 Lease G01691~~ | ~~TARPAT INC~~ | ~~$0.00 Assume and Allocate Pursuant to Divisive Mergers~~ | | | x |
| 444 | | Oilfield Services | Terms and Conditions entered into by and between Fieldwood Energy LLC and E&C FinFan Inc. | E&C FINFAN, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 445 | | Oilfield Services | Pipe Supplier | EAGLE PIPE, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 446 | | Non-Oilfield Services | Perpetual Software License Agreement | ECAD, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 447 | | Oilfield Services | 701181_Master Services Agreement dated effective 12/12/2016 | ECHO OFFSHORE, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 448 | | Marketing - Other | Market Authorization Letter Agreement to act as agent for Ecopetrol America Inc. to Market gas production | Ecopetrol America Inc. | Fieldwood Energy LLC | MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, ECOPETROL OFFSHORE, LLC; ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 449 | | Marketing - Other | Market Authorization Letter Agreement to act as agent for Ecopetrol America Inc. to Market gas production | Ecopetrol America | Fieldwood Energy LLC | MC 904 Lease G06996 | | $0.00 Assume and assign to Credit Bid Purchaser | x | | |
| 450 | 07/01/2006 | Joint Operating Agreement | Joint Operating Agreement by and between Noble Energy, Inc. [Fieldwood is successor-in-interest to Noble Energy, Inc.] and Samson Offshore Company effective as of July 1, 2006, including any memorandums or financial statements of the same, as amended by the A. Ratification and Amendment of Gunflint Joint Operating Agreement by and among Noble Energy, Inc., Samson Offshore LLC, BP Exploration & Production Inc., and Marathon Oil Company dated effective August 1, 2008... | Ecopetrol America LLC; Talos Energy Offshore LLC | Fieldwood Energy LLC | MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134, MC 904 Lease G06996, MC 905 Lease G06405 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 451 | | Oilfield Services | 538166_Master Services Agreement dated effective 01/20/2014; Amendment dated effective 08/09/2014 | ECOSERV, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | |

| # | Category | Description | Counterparty Agreement | Counterparty | Debtor | Ref | Ref2 | Assignee | Cure | Treatment |
|---|---|---|---|---|---|---|---|---|---|---|
| 452 | Oilfield Services | 508662_Master Services Agreement dated effective 06/06/2018 | | EDG INC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 453 | | 542177_PO Terms & Conditions dated effective 05/08/2019 | | EDGEN MURRAY CORPORATION | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 454 | Oilfield Services | Produced Water EPA testing for NPDES permit | | ELEMENT MATERIALS TECHNOLOGY LAFAYETTE LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 455 | 05/01/1988 | Operating Agreement - Other | Offshore Operating Agreement entered into May 1, 1988 by and between ELF Aquitaine Operating Inc. as Operator and Plumn Offshore Inc. and TXP Inc. and TXP Operating Company as Non-Operators | ELF Aquitaine Operating Inc. as Operator and Plumn Offshore, Inc. and TXP Operating Company as Non-Operators | | SI 342 Lease G02319 | | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 456 | 04/06/1998 | Joint Development / Venture / Exploration Agreements | AMENDMENT TO JOINT VENTURE AGREEMENT -ELF ASSUMED (Operating Agreement)STAL POSISTION DATED APRIL 6, 1998 ELF EXPLORATION INC. AND COASTAL O&G CORPORATION | ELF EXPLORATION INC. AND COASTAL O&G CORPORATION | Fieldwood Energy Offshore | VK 779/VK 780 Lease G06884, VK824 Lease G15436 | | ENERGY XXI GOM LLC, MARUBENI OIL & GAS (USA) LLC, TOTAL E & P USA INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 457 | 04/06/1998 | Letter Agreement - Other Land | LETTER (ELF OFFERS NIPPON PART OF THE (Operating Agreement)STAL INTEREST) DATED APRIL 6, 1998, BY AND BETWEEN ELF EXPLORATION INC. AND NIPPON OIL EXPLORATION U.S.A. LIMITED | ELF EXPLORATION INC. AND NIPPON OIL EXPLORATION U.S.A. LIMITED | Fieldwood Energy Offshore LLC | VK 780 Lease G06884, VK 824 Lease G15436 | | ENERGY XXI GOM LLC, MARUBENI OIL & GAS (USA) LLC, TOTAL E & P USA INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 458 | Oilfield Services | 537482_Master Services Agreement dated effective 11/01/2013 | | ELITE COMMUNICATION SERVICES INC | Fieldwood Energy LLC | n.a. | | n.a. | $159,560.07 | Assume and assign to Credit Bid Purchaser |
| 459 | Oilfield Services | 777975_Master Services Agreement effective 10/30/2019 | | EMINENT OILFIELD SERVICES, LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 460 | 03/01/2019 | Marketing - Service Agreement | SERVICES CONTRACT FOR PIG LAUNCHER BETWEEN EMPIRE DEEPWATER LLC AND FIELDWOOD ENERGY LLC | EMPIRE DEEPWATER LLC AND FIELDWOOD ENERGY LLC | Fieldwood Energy LLC | EW 826 Lease G05800 | | APACHE DEEPWATER LLC, WALTER OIL & GAS CORPORATION, W & T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 461 | Oilfield Services | 701217_Master Services Agreement dated effective 08/06/2018 | | ENCORE WELLHEAD SYSTEMS LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 462 | Oilfield Services | 700564_Master Service Agreement effective 04/28/2014 | | ENERGY COMPLETION SERVICES LP | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 463 | 07/01/1998 | Farmout Agreement | FO by and between Energy Development Corp & Juniper Energy Kp | | Energy Development Corp & Juniper Energy Kp | | EI 57 Lease G02601 | | TALOS PRODUCTION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 464 | Non-Oilfield Services | | | ENERGY GRAPHICS INC | Fieldwood Energy LLC | n.a. | | n.a. | $38,970.00 | Assume and assign to Credit Bid Purchaser |
| 465 | Non-Oilfield Services | | | ENERGY INFORMATICS INC | Fieldwood Energy LLC | n.a. | | n.a. | $1,500.00 | Assume and assign to Credit Bid Purchaser |
| 466 | Oilfield Services | BOP Certifier (Wellwork) | | ENERGY RISK CONSULTING | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 467 | 09/09/2013 | Operating Agreement - Other | Amends certain JOperating Agreement dated 02/01/2013 | | Energy XXI GOM LLC | Fieldwood Energy LLC | SP 62 Lease G01294 | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 468 | 01/01/1971 | Joint Operating Agreement | PENNZOIL OFFSHORE GAS OPERATORS, INC., MESA PETROLEUM CO., ET AL. | | Energy XXI GOM LLC | Fieldwood Energy LLC | SI 330 Lease G02115 | | ENERGY XXI GOM LLC, RENAISSANCE OFFSHORE LLC, Anna, TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 469 | 12/01/1974 | Joint Operating Agreement | PENNZOIL OFFSHORE GAS OPERATORS, INC. AND PENNZOIL LOUISIANA AND TEXAS OFFSHORE, INC. ET AL. | | Energy XXI GOM LLC; Fieldwood Energy LLC; GOM Shelf LLC | Fieldwood Energy LLC; GOM Shelf LLC | SM 127 Lease G02883, SM 141 Lease G02885 | | ENERGY XXI GOM LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 470 | 05/01/1974 | Joint Operating Agreement | OPERATING AGREEMENT BY AND BETWEEN PENNZOIL OFFSHORE GAS OPERATORS, INC. AND PENNZOIL LOUISIANA AND TEXAS OFFSHORE, INC. ET AL. | | Energy XXI GOM LLC; Fieldwood Energy LLC; GOM Shelf LLC | Fieldwood Energy LLC; GOM Shelf LLC | SM 128 Lease G02587 | | ENERGY XXI GOM LLC, SHELL PIPELINE COMPANY LP, TRUNKLINE GAS CO LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 471 | 01/01/2000 | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN OCEAN ENERGY, INC., MCMORAN OIL & GAS LLC., ET AL. | | Energy XXI GOM LLC; OCEAN ENERGY, INC., MCMORAN OIL & GAS LLC., ET AL. | Fieldwood Energy LLC | SI 108 Lease G03811 | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 472 | Oilfield Services | 701119_PO Terms & Conditions dated effective 03/22/2016 | | ENERUETEX TECHNOLOGY LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 473 | Oilfield Services | 777589_Master Services Agreement dated effective 06/06/2018 | | ENGINUITY GLOBAL LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 474 | Oilfield Services | ENSCO 102 Daywork Drilling Contract 09 05 2018 | | ENSCO OFFSHORE COMPANY | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 475 | 07/01/1996 | Joint Operating Agreement | 7.1.1996 SM 30 Joint Operating Agreement, as amended | | ENSERCH EXPLORATION, INC. AND PETROBRAS AMERICA, INC. | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | SM 30 Lease G16320 | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 476 | 12/14/1995 | Other Misc. | REVISED LETTER OF INTENT (FARMOUT) DATED DECEMBER 14, 1995, BY AND BETWEEN ENSERCH EXPLORATION, INC. AND PETROBRAS AMERICA, INC. | | ENSERCH EXPLORATION, INC. AND PETROBRAS AMERICA, INC. | | SM 280 Lease G14456 | | MP GULF OF MEXICO, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 477 | 05/02/1978 | Farmout Agreement | FARMOUT AGREEMENT EFFECTIVE MAY 2, 1978, BY AND BETWEEN ENSERCH, FARMOR, AND ANADARKO, FARMEE. | | ENSERCH, FARMOR, AND ANADARKO, FARMEE. | Fieldwood Energy Offshore LLC | HI A365 Lease G02750 | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 478 | 08/01/2018 | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Entech Enterprises, Inc.: Entech Withdraws from SS 271 Unit | | Entech Enterprises, Inc. | Fieldwood Energy Offshore LLC | SS 271 Lease G21038 | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 479 | Oilfield Services | Utilities - Grand Isle and Venice | | ENTERGY GULF STATES LOUISIANA LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 480 | Oilfield Services | Utilities - Grand Isle and Venice | | ENTERGY LOUISIANA LLC | Fieldwood Energy LLC | n.a. | | n.a. | $2,830.22 | Assume and assign to Credit Bid Purchaser |
| 481 | 02/01/2006 | Marketing - Transportation | Memorandum of Agreement in addition to the Gas Gathering between Enterprise Field Services company, LLC and Noble Energy, Inc. - Dedication of production | Enterprise Field Services company, LLC and Noble Energy, Inc. - Dedication of production | | GC 768 Lease G21817 | | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 482 | 05/01/2009 | Marketing - Transportation | Reimbursement Agreement between Enterprise Field Services, LLC and Anadarko Petroleum, BW Petroleum US LLC, ConocoPhillips Company, BHP Billiton Petroleum Inc, MCX Gulf of Mexico, LLC, NIPPON Oil Exploration USA Limited, Hess Corporation, Repsol E&P USA, Ecopetrol America Inc, and Noble Energy Inc. | Enterprise Field Services, LLC and Anadarko Petroleum, BW Petroleum US LLC, ConocoPhillips Company, BHP Billiton Petroleum Inc, MCX Gulf of Mexico, LLC, NIPPON Oil Exploration USA Limited, Hess Corpo | | GC 768 Lease G21817 | | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 483 | Oilfield Services | Enterprise Offshore Drilling -- Appendix A, Drilling Order 07 12 2018 | | ENTERPRISE OFFSHORE DRILLING LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 484 | 10/07/2013 | Elections | Election Letter Agreement by and between Fieldwood Energy LLC and Enven Energy Ventures LLC | Enven Energy Ventures LLC | ENVEN ENERGY VENTURES LLC | Fieldwood Energy LLC | PL 13 Lease G03171 | | ANKOR ENERGY LLC, ENVEN ENERGY VENTURES, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 485 | 09/01/1981 | Joint Operating Agreement | Operating Agreement 9/1/1981 | | ENVEN ENERGY VENTURES LLC; Walter O&G, Castex, GOME 1271, Dorado | Fieldwood Energy LLC | VR 271 Lease G04800 | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 486 | 02/26/1966 | Operating Agreement - Other | Operating Agreement by and between Hardy Oil & Gas USA Inc., As Operator and British-Borneo Exploration, Inc. and Zilkha Energy Company, As Non-Operators | ENVEN ENERGY VENTURES LLC; Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | GA 151 Lease G15740 | | ENVEN ENERGY VENTURES LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 487 | 06/24/1994 | Operating Agreement - Other | Operating Agreement eff. 6-24-94 | | EnVen Energy Ventures, Walter O&G, Energy XXI GOM | Fieldwood Energy LLC | MP 281 Lease G10910 | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 488 | | Non-Oilfield Services | Perpetual Software License Agreement | | ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 489 | 11/01/2006 | Farmout Agreement | Farmout Agreement by and between EOG Resources, Inc. and - EOG term out SS 79 to Seneca Resources Corporation | EOG Resources, Inc. | | SS 79 Lease G15277 | | CALYPSO EXPLORATION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 490 | 06/14/2000 | Farmout Agreement | Farmout Agreement by and between EOG Resources, Inc. and PetroQuest Energy One, L.L.C. : EOG farm out SS 79 to PetroQuest. PetroQuest then enters Exploration and Development Agreement with Challenge Minerals | EOG Resources, Inc. and PetroQuest Energy One, L.L.C. | | SS 79 Lease G15277 | | CALYPSO EXPLORATION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 491 | Oilfield Services | Diving & ROV Services, Well P&A, Cutting Services, Heavy Lifting, Derrick Barges | | EPC COMPANIES, LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 492 | Oilfield Services | Diving & ROV Services, Well P&A, Cutting Services, Heavy Lifting, Derrick Barges | | EPIC DIVING & MARINE SERVICES, LLC (a diverga | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 493 | 8/19/2020 | Non-Oilfield Services | Statement of Work | | EPIC INSURANCE BROKERS & CONSULTANTS | Fieldwood Energy LLC | n.a. | | n.a. | $145.16 | Assume and assign to Credit Bid Purchaser |
| 494 | 08/01/2010 | Marketing - Service Agreement | SERVICE AGREEMENT FOR SOUTH PASS 49 PIPELINE PERSONNEL | | EPL O&G | | SP 49 | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 495 | 12/04/2013 | Other Lease / Rental Agreement | by and between Fieldwood Energy LLC, GOM Shelf LLC and EPL Oil & Gas, LLC - Amends certain Soil Rental Agreement dated 12/29/2012 | EPL OIL & GAS, LLC | Fieldwood Energy LLC | MP 322 Lease G32264 | | APACHE SHELF EXPLORATION LLC, EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 496 | 10/25/2005 | Property Participation & Exchange Agreements | EI 311/312 includes JOA with EPL | | EPL OIL & GAS, LLC | | EI 312 Lease G22879 | | EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 497 | 04/28/2014 | Marketing - PHA | PHA MP311B-MP302B19 by and between Fieldwood and EPL Oil & GAS, LLC and EPL OIL & GAS, LLC | EPL OIL & GAS, LLC | Fieldwood Energy LLC | MP 311 Lease G02213 | | EPL OIL & GAS, LLC, APACHE SHELF EXPLORATION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 498 | 02/06/1997 | Joint Operating Agreement | OPERATING AGREEMENT BY AND BETWEEN CONTINENTAL OIL COMPANY AND TENNECO OIL COMPANY ET AL, AS AMENDED | EPL OIL & GAS, LLC; Fieldwood Energy LLC; GOM Shelf LLC | | MP 295 Lease G01673, MP 303 Lease G04253, MP 304 Lease G03339, MP 311 Lease G02213 | | EPL OIL & GAS, LLC; EPL OIL & GAS, LLC; APACHE SHELF EXPLORATION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 499 | 06/23/2003 | Marketing - Correction Agreement | OFFSHORE TIE-IN EQUILON ENTERPRISES LLC DBA SHELL OIL PRODUCTS US CONNECTION FOR BOURBON OIL PIPELINE AT MC 311A | | EQUILON ENTERPRISES LLC | | MC 311 Lease G02968 | | ARENA ENERGY LP, BRISTOW US LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 500 | 04/16/2014 | Other Lease / Rental Agreement | Rental Agreement | | Equinor USA E&P, W & T Energy VI | | MC 993 N2/MC 993 S/2 Lease G24134 | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 501 | 11/01/2011 | Joint Operating Agreement | Joint Operating Agreement by and between Marathon Oil Company, Statoil USA E&P Inc and Woodside Energy (USA) Inc dated and effective 1 Nov 2011 | | Equinor USA E&P, W & T Energy VI | | MC 993 N/2 Lease G24134 | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 502 | 09/11/2012 | Joint Operating Agreement | Area of Mutual Interest Agreement and Joint Operating Agreement made and entered into between Marathon Oil Company, Statoil USA E&P Inc and Woodside Energy (USA) Inc dated and effective 11 June 2012 (including Operating Agreement to be identical to JOperating Agreement for MC 993 S/2) | | Equinor USA E&P, W & T Energy VI | Fieldwood Energy LLC | MC 992 S/2 Lease G24133 | | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 503 | Oilfield Services | 500985_MSA dated effective 12/18/13; Amend. effective 01/26/2015; Amend. effective 06/21/2018 | | ERA HELICOPTERS LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 504 | Oilfield Services | 777598_Master Service Agreement dated effective 03/20/2018 | | ESEIS, INC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 505 | Oilfield Services | 700634_Master Service Agreement effective 10/01/2014 | | ETHOS ENERGY LIGHT TURBINES LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 506 | Oilfield Services | Rental Drill Bits | | EVANS RENTALS, INC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 507 | Oilfield Services | Master Agreement | | Eventure Global | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 508 | 7/31/2018 | Non-Oilfield Services | Services Agreement | | EVERYTHINGBENEFITS | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 509 | Oilfield Services | 508471_Master Services Agreement dated effective 11/01/2013 | | EXPEDITORS & PRODUCTION SERVICES CO, INC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 510 | 5/6/2019 | Non-Oilfield Services | Consulting Agreement | | EXPLOITATION TECHNOLOGIES LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |

| # | Category | Description | Counterparty / Agreement | Debtor | Lease / ID | Counterparty 2 | Amount | Treatment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 511 | Oilfield Services | Explosives Contractor | EXPLOSIVE SERVICES INTERNATIONAL LTD | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 512 | 08/16/1993 | Joint Operating Agreement | Amendment to Operating Agreement, dated August 16, 1993, between Express Acquisition Company and Torch EnergyAdvisors Inc. | Fieldwood Energy LLC | SS 207 Lease G01523 | | $0.00 | Assume and Assign to Divwine Mergers | x | | x |
| 513 | Oilfield Services | Daily Operating Supplies | EXPRESS SUPPLY & STEEL LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 514 | Oilfield Services | 700629_Master Services Agreement dated effective 05/07/2015 | EXPRESS WELD LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 515 | Oilfield Services | Pipeline Rental Tools/Equipment | EXPRO MIDSTREAM SERVICES, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 516 | Oilfield Services | 543437_Master Services Agreement dated effective 11/01/2013 | EXTREME ENERGY SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 517 | 12/11/2007 | Letter Agreement - Other Land | Letter Agreement by and between Exxon Mobil Corporation and Apache Corporation : Amendment to Letter Agreement 10/24/2006 | Exxon Mobil Corporation and Apache Corporation | ST 67/68 Lease 20 | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 518 | 04/09/2008 | Letter Agreement - Other Land | Letter Agreement by and between Exxon Mobil Corporation and Apache Corporation : Exxon Mobil grants extension to well commencement per Amendment to Letter Agreement dated 08/10/1991 | Exxon Mobil Corporation and Apache Corporation | ST 67/68 Lease 20 | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 519 | 01/31/2007 | Facilities & Tie-In Agreements | EXXON MOBIL PIPELINE COMPANY CONNECTION AGREEMENT FOR WD 73A platform owned by Exxon and connecting to WD 90 | EXXONMOBIL PIPELINE COMPANY | | WD 90 Lease G01089 | | $0.00 | Assume and Assign to Credit Bid Purchaser | x | | |
| 520 | 08/21/2006 | Marketing - Connection Agreement | EXXONMOBILE PIPELINE COMPANY CONNECTION AGREEMENT WITH APACHE CORPORATION | EXXONMOBIL PIPELINE COMPANY | MC 311 Lease G02968 | ARENA ENERGY LP, BRISTOW US LLC | $0.00 | Assume and Assign to Divwine Mergers | x | | |
| 521 | Oilfield Services | 777903_Master Services Agreement dated effective 03/28/2019 | F.A.D. FLANGE ACCIAIO E DERIVATI S.P.A. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 522 | Oilfield Services | 505180_Master Services Agreement dated effective 12/01/2013 | FASTORQ LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 523 | Oilfield Services | 921699_Master Services Agreement dated effective 02/02/2014 | FDF ENERGY SERVICES | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 524 | 6/1/2020 | Non-Oilfield Services | Service Agreement | FIDELITY INVESTMENTS INSTITUTIONAL | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 525 | 04/01/2009 | Marketing - Other | Allocation of quality bank by and between Fieldwood and Allocation Specialists, LLC and Allocation Specialists, LLC | Fieldwood and Allocation Specialists, LLC and Allocation Specialists, LLC | Fieldwood Energy LLC | GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Service Agreement | | x | |
| 526 | 11/01/2018 | Marketing - Other | Allocation of quality bank by and between Fieldwood and Allocation Specialists, LLC and Allocation Specialists, LLC | Fieldwood Energy LLC | GC 965 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 527 | 01/01/2006 | Marketing - PHA | GC 768 by and between Fieldwood and Anadarko US Offshore LLC and Anadarko US Offshore LLC | Fieldwood and Anadarko US Offshore LLC and Anadarko US Offshore LLC | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 528 | 08/01/1997 | Marketing - PHA | ST 176/ST 148 by and between Fieldwood and Arena Offshore LLC and Arena Offshore LLC | Fieldwood and Arena Offshore LLC and Arena Offshore LLC | Fieldwood Energy LLC | ST 161 Lease G01248, ST 148 Lease G01960 | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 529 | 10/31/2013 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and Arena Offshore LP and Arena Offshore LP | Fieldwood and Arena Offshore LP and Arena Offshore LP | Fieldwood Energy LLC | EI 315 Lease G02112, EI 316 Lease G05040, EI 329 Lease G02912 | ARENA ENERGY LP, TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divwine Mergers | x | | |
| 530 | 09/21/2010 | Marketing - PHA | MC 519-Santiago,MC 563-Santa Cruz,MC 562-Isabela MC 563 by and between Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | Fieldwood Energy LLC | MC 562 Lease G19966 | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 531 | 09/21/2010 | Marketing - PHA | MC 562 and MC 519 at MC 474(Genovesa) by and between Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | Fieldwood Energy LLC | MC 562 Lease G19966 | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 532 | 09/21/2010 | Marketing - PHA | MC 519-Santiago,MC 563-Santa Cruz,MC 562-Isabela by and between Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | Fieldwood Energy LLC | MC 519 Lease G27278 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 533 | 09/21/2010 | Marketing - PHA | MC 562 and MC 519 at MC 474(Genovesa) by and between Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | Fieldwood and BP Exploration and Production Inc. and BP Exploration and Production Inc. | Fieldwood Energy LLC | MC 519 Lease G27278, MC 474 Lease G35825 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 534 | 01/01/2011 | Marketing - Lease of Platform Space | BRI176-LOPS by and between Fieldwood and BRISTOW U.S. LLC and BRISTOW U.S. LLC | Fieldwood and BRISTOW U.S. LLC and BRISTOW U.S. LLC | Fieldwood Energy LLC | EI 346 Lease G16482, MC 311 Lease G02968, SS 189 Lease G04232, ST 290 Lease G05040 | BRISTOW US LLC, ARENA ENERGY LP, BRISTOW US LLC | $0.00 | Assume and Allocate Pursuant to Divwine Mergers | x | | |
| 535 | 07/01/2014 | Marketing - PHA | VR 271 by and between Fieldwood and Castex Offshore Inc and Castex Offshore Inc | Fieldwood and Castex Offshore Inc and Castex Offshore Inc | Fieldwood Energy LLC | VR 271 Lease G04800 | | $0.00 | Assume and Allocate Pursuant to Divwine Mergers | x | | |
| 536 | 11/01/2016 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and Chevron Products Company and Chevron Products Company | Fieldwood and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC | GC 965 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 537 | 11/04/2016 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and Chevron Products Company | Fieldwood and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC | GC 965 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 538 | 06/13/2018 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and Chevron Products Company | Fieldwood and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC | GC 965 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 539 | 10/01/2016 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and Chevron USA INC and Chevron USA INC | Fieldwood and Chevron USA INC and Chevron USA INC | Fieldwood Energy LLC | GC 965 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 540 | 11/01/2016 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and Chevron USA INC and Chevron USA INC | Fieldwood and Chevron USA INC and Chevron USA INC | Fieldwood Energy LLC | GC 965 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 541 | 07/13/2018 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and Chevron USA INC and Chevron USA INC | Fieldwood and Chevron USA INC and Chevron USA INC | Fieldwood Energy LLC | GC 965 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 542 | 02/02/1996 | Marketing - Pipeline Transport | Gathering Agreement by and between Fieldwood and CMA Pipeline and CMA Pipeline | Fieldwood and CMA Pipeline and CMA Pipeline | Fieldwood Energy LLC | ST 206 Lease G05613 | MARATHON OIL COMPANY, W & T OFFSHORE INC, CMA PIPELINE | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 543 | 09/30/2015 | Marketing - Pipeline Transport | Gathering Agreement by and between Fieldwood and CMPA PIPELINE PARTNERSHIP, LLC and CMPA PIPELINE PARTNERSHIP, LLC | Fieldwood and CMPA PIPELINE PARTNERSHIP, LLC and CMPA PIPELINE PARTNERSHIP, LLC | Fieldwood Energy LLC | ST 206 Lease G05613 | MARATHON OIL COMPANY, W & T OFFSHORE INC, CMA PIPELINE | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 544 | 07/18/2002 | Marketing - PHA | HI A-582 by and between Fieldwood and Cox Operating, LLC and Cox Operating, LLC | Fieldwood and Cox Operating, LLC and Cox Operating, LLC | Fieldwood Energy LLC | HI A582 Lease G02719 | COX OPERATING LLC | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 545 | 07/31/2013 | Marketing - PHA | Capacity Agreement by and between Fieldwood and Energy XXI and Energy XXI | Fieldwood and Energy XXI and Energy XXI | Fieldwood Energy LLC | EI 315 Lease G02112, EI 316 Lease G05040, EI 329 Lease G02912 | ARENA ENERGY LP, TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 546 | 06/03/2015 | Marketing - PHA | Capacity Agreement by and between Fieldwood and Energy XXI and Energy XXI | Fieldwood and Energy XXI and Energy XXI | Fieldwood Energy LLC | EI 315 Lease G02112, EI 316 Lease G05040, EI 329 Lease G02912 | ARENA ENERGY LP, TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 547 | 11/01/2006 | Marketing - Lease of Platform Space | ERA100-LOPS by and between Fieldwood and ERA Helicopters LLC and ERA Helicopters LLC | Fieldwood and ERA Helicopters LLC and ERA Helicopters LLC | Fieldwood Energy LLC | HI A-573 Lease G02350, MP 289 Lease G01666, SS 274 Lease G01039, ST 200 Lease G05613, VR 265 Lease G21905 | ERA HELICOPTERS INC., Crimson Louisiana Pipeline LLC, EAST CAMERON GATHERING LLC, ERA HELICOPTERS INC. | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 548 | 12/01/2011 | Marketing - Lease of Platform Space | ERA100-LOPS by and between Fieldwood and ERA Helicopters LLC and ERA Helicopters LLC | Fieldwood and ERA Helicopters LLC and ERA Helicopters LLC | Fieldwood Energy LLC | GC 965 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 549 | 02/29/1996 | Marketing - PHA | PHA by and between Fieldwood and FIELDWOOD ENERGY LLC and FIELDWOOD ENERGY LLC | Fieldwood and FIELDWOOD ENERGY LLC and FIELDWOOD ENERGY LLC | Fieldwood Energy LLC | GC 965 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 550 | 04/01/2007 | Marketing - PHA | RID108101-MP289C-MP275 by and between Fieldwood and FWE and FWE | Fieldwood and FWE and FWE | Fieldwood Energy LLC | MP 289 Lease G01666 | ANADARKO US OFFSHORE LLC, ERA HELICOPTERS INC., HIGH POINT GAS GATHERING, L.L.C., SHELL PIPELINE COMPANY LP, TALOS PETROLEUM LLC, W & T OFFSHORE INC., | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | |
| 551 | ~~09/14/1995~~ Removed | ~~Marketing - PHA~~ | ~~PHA SS289-SM288A by and between Fieldwood and FWE and FWE~~ | ~~Fieldwood and FWE and FWE~~ | ~~Fieldwood Energy LLC~~ | ~~SM 288 Lease G02310~~ | ~~HELIS OIL & GAS CO, FIELDWOOD ENERGY LLC, MP GULF OF MEXICO, LLC~~ | ~~$0.00~~ | ~~Assume and Assign to Divwine Mergers~~ | ~~-~~ | | |
| 552 | 05/01/2012 | Marketing - PHA | PHA EI354-EI337A by and between Fieldwood and FWE and FWE | Fieldwood and FWE and FWE | Fieldwood Energy LLC | EI 354 Lease G10752, EI 337, EI 337 | RIDGEWOOD ENERGY CORPORATION, COX OPERATING LLC | $0.00 | Assume and ~~allocate pursuant~~ Allocate Pursuant to ~~divwine mergers~~ Divwine Mergers | x | | |

| # | Date | Category | Description | Counterparty | Debtor | Lease | Other Parties | Amount | Treatment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 553 | 12/10/2013 | Marketing - PHA | MC 725 by and between Fieldwood and GULFSTAR ONE LLC and GULFSTAR ONE LLC as amended by A. First Amendment to Production Handling Agreement by and among Gulfstar One LLC, Noble Energy, Inc., Samson Offshore Mapleleaf, LLC and Marathon Oil Company dated effective July 1, 2016; B. Second Amendment to Production Handling Agreement by and among Gulfstar One LLC, Noble Energy Inc., Ecopetrol America Inc, Samson Offshore Mapleleaf, LLC, and Marathon Oil Company dated effective August 4, 2016 | Fieldwood and GULFSTAR ONE LLC and GULFSTAR ONE LLC as amended by | Fieldwood Energy LLC | MC 948 Lease G28030 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 554 | 04/01/2018 | Marketing - PHA | PHA ST 308 Katmai by and between Fieldwood and ILX PROSPECT KATMAI LLC and ILX PROSPECT KATMAI LLC | Fieldwood and ILX PROSPECT KATMAI LLC | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 555 | 01/17/1997 | Marketing - Lease of Platform Space | ZZ50G-GC065 MROG LOPS by and between Fieldwood and Manta Ray Offshore Gathering Co., LLC and Manta Ray Offshore Gathering Co., LLC | Fieldwood and Manta Ray Offshore Gathering Co., LLC and Manta Ray Offshore Gathering Co., LLC | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 556 | 01/14/2019 | Marketing - PHA | RED100-GC200TA09 ORLOV PHA by and between Fieldwood and RED WILLOW OFFSHORE LLC and RED WILLOW OFFSHORE LLC | Fieldwood and RED WILLOW OFFSHORE LLC and RED WILLOW OFFSHORE LLC | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 557 | 01/01/2020 | Marketing - Pipeline | Transportation Agreement by and between Fieldwood and RED WILLOW OFFSHORE LLC and RED WILLOW OFFSHORE LLC | Fieldwood and RED WILLOW OFFSHORE LLC and RED WILLOW OFFSHORE LLC | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 558 | 04/01/2018 | Marketing - PHA | PHA ST 308 Katmai by and between Fieldwood and RIDGEWOOD KATMAI LLC and RIDGEWOOD KATMAI LLC | Fieldwood and RIDGEWOOD KATMAI LLC and RIDGEWOOD KATMAI LLC | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 559 | 04/28/2009 | Marketing - Lease of Platform Space | ROT101-LOPS MATAGORDA ISLAND 623C by and between Fieldwood and Rotocraft Leasing Company, LLC and Rotocraft Leasing Company, LLC | Fieldwood and Rotocraft Leasing Company, LLC and Rotocraft Leasing Company, LLC | Fieldwood Energy LLC | EI 189 Lease 423 | ENVEN ENERGY VENTURES LLC, HELIS OIL & GAS COMPANY LLC, ROTOCRAFT LEASING CO LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 560 | 04/28/2009 | Marketing - Lease of Platform Space | ROT101-LOPS EI 189P/F B by and between Fieldwood and Rotocraft Leasing Company, LLC and Rotocraft Leasing Company, LLC | Fieldwood and Rotocraft Leasing Company, LLC | Fieldwood Energy LLC | EI 622 Lease G05000 | EOG RESOURCES INC, ROTOCRAFT LEASING CO LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 561 | 04/28/2009 | Marketing - PHA | MC 736 by and between Fieldwood and SBM Gulf Production, LLC and SBM Gulf Production, LLC | Fieldwood and SBM Gulf Production, LLC and SBM Gulf Production, LLC | Fieldwood Energy LLC | MC 898 Lease G28022, MC 782 Lease G33757 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 562 | 01/01/2010 | Marketing - Lease of Platform Space | Annual LOPS payment for 12" Pipeline by and between Fieldwood and Shell GOM Pipeline CO LLC and Shell GOM Pipeline CO LLC | Fieldwood and Shell GOM Pipeline CO LLC and Shell GOM Pipeline CO LLC | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 563 | 11/01/2016 | Marketing - Lease of Platform Space | Annual LOPS payment for 16" Pipeline by and between Fieldwood and Shell GOM Pipeline CO LLC and Shell GOM Pipeline CO LLC | Fieldwood and Shell GOM Pipeline CO LLC and Shell GOM Pipeline CO LLC | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 564 | 03/01/2016 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 565 | 12/05/2016 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 566 | 12/05/2016 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 567 | 12/05/2016 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 568 | 12/05/2016 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 569 | 06/29/2018 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 570 | 06/29/2018 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood and SHELL TRADING (US) COMPANY and SHELL TRADING (US) COMPANY | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 571 | 06/30/1999 | Marketing - PHA | MC 110/MC110 by and between Fieldwood and Talos Energy and Talos Energy | Fieldwood and Talos Energy and Talos Energy | Fieldwood Energy LLC | MC 110 Lease G18192 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 572 | 03/01/2007 | Marketing - Pipeline Transport | SM 107 by and between Fieldwood and Talos Energy and Talos Energy | Fieldwood and Talos Energy and Talos Energy | Fieldwood Energy LLC | SM 108 Lease 792 | TALOS PRODUCTION LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 573 | 03/01/2007 Removed | Marketing - PHA | MC 108/MC 100 by and between Fieldwood and Talos Energy LLC and Talos Energy LLC and Talos Energy LLC | Fieldwood Energy LLC | MC 108 Lease G20777 | TALOS PRODUCTION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | * | |
| 574 | 08/01/2015 | Marketing - PHA | PHA by and between Fieldwood and Talos Energy Offshore, LLC and Talos Energy Offshore, LLC | Fieldwood and Talos Energy Offshore, LLC | Fieldwood Energy LLC | MP 300 Lease G08760, MP 310 Lease G04126 | TALOS ENERGY OFFSHORE, LLC, HESD OFFSHORE LP | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 575 | 01/14/2019 | Marketing - PHA | TAL109-GC200TA09 ORLOV PHA by and between Fieldwood and TALOS ENERGY OFFSHORE, LLC and TALOS ENERGY OFFSHORE, LLC | Fieldwood and TALOS ENERGY OFFSHORE, LLC and TALOS ENERGY OFFSHORE, LLC | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 576 | 01/01/2020 | Marketing - Pipeline Transport | Transportation Agreement by and between Fieldwood and TALOS ENERGY OFFSHORE, LLC and TALOS ENERGY OFFSHORE, LLC | Fieldwood and TALOS ENERGY OFFSHORE, LLC and TALOS ENERGY OFFSHORE, LLC | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 577 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-19 by and between Fieldwood and TAMPNET | Fieldwood and TAMPNET | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 578 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-23 by and between Fieldwood and TAMPNET | Fieldwood and TAMPNET | Fieldwood Energy LLC | VR 371 Lease G08524 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 579 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-7 by and between Fieldwood and TAMPNET | Fieldwood and TAMPNET | Fieldwood Energy LLC | GI 43 Lease 175 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 580 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-8 by and between Fieldwood and TAMPNET | Fieldwood and TAMPNET | Fieldwood Energy LLC | GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |

| No. | Date | Type | Description | Counterparty / Title | Debtor | Lease / Reference | Non-Debtor Parties | Cure | Treatment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 581 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-2 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | EI 120 Lease 50 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 582 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-18 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | SP 89 Lease G34367 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 583 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-15 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | SS 207 Lease G01523, SS 216 Lease G01524 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | x |
| 584 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-24 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | WC 71 Lease 244 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 585 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-25 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | WD 105 Lease 842 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 586 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-22 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | VR 315 Lease G04215 | ANKOR E&P HOLDINGS CORPORATION, CANNAT ENERGY INC. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x |
| 587 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-20 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | ST 295 Lease G05646 | APACHE OFFSHORE INVESTMENT GP, BRISTOW US LLC, TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 588 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-5 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | EI 315 Lease G02112 | ARENA ENERGY LP, TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 589 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-6 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | HI 179 Lease G03236 | ARENA ENERGY LP, Transcontinental Gas Pipeline Co LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 590 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-8 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | EI 346 Lease G14482 | BRISTOW US LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 591 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-14 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | SS 169 Lease G04232 | CASTEX OFFSHORE INC, WALTER OIL & GAS CORPORATION, WALTER OIL & GAS CORPORATION, BRISTOW US LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 592 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-12 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | HI A-573 Lease G02393, MC 311 Lease G02968, SP 70 Lease G01614 | ERA HELICOPTERS INC. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 593 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-16 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | SS 274 Lease G01039 | ERA HELICOPTERS INC. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 594 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-1 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | BA A105 Lease G01757 | TAMPNET INC, TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 595 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-17 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | SM 268 Lease G02310 | HELIS OIL & GAS CO, AMERICAN PANTHER, LLC, MP GULF OF MEXICO, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 596 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-13 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | MP 310 Lease G04126 | TALOS ENERGY OFFSHORE LLC, HE&D OFFSHORE LP | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 597 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-4 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | EI 224 Lease G05504 | TALOS PETROLEUM LLC, WALTER OIL & GAS CORPORATION | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 598 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-11 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | HI A-550 Lease G04081 | TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 599 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-26 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | WD 122 Lease G13645 | TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 600 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-27 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | WD 79, WD 80 Lease G01674 | TAMPNET INC, VENICE GATHERING SYSTEMS | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 601 | 08/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-3 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | EI 158 Lease G01220 | Transcontinental Gas Pipeline Co LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 602 | 07/08/2013 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and Tana Exploration Company, LLC and Tana Exploration Company, LLC | Fieldwood and Tana Exploration Company, LLC and Tana Exploration Company, LLC | Fieldwood Energy LLC | EI 315 Lease G02112, EI 316 Lease G05540, EI 329 Lease G02912 | ARENA ENERGY LP, TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 603 | 03/01/2014 | Marketing - PHA | BS 25 by and between Fieldwood and Tana Exploration Company, LLC and Tana Exploration Company, LLC | Fieldwood and Tana Exploration Company, LLC | Fieldwood Energy LLC | SS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 604 | 12/01/2016 | Marketing - Other | AGREEMENT FOR VR 78 PRODUCTION TO FLOW TO TRANSCO'S PIPELINE | FIELDWOOD AND TRANSCO | Fieldwood Energy LLC | VR 78 Lease G04421 | | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 605 | 12/01/2016 | Interconnection and Measurement Agreement | AGREEMENT FOR VR 78 PRODUCTION TO FLOW TO TRANSCO'S PIPELINE | FIELDWOOD AND TRANSCO | Fieldwood Energy LLC | VR 78 Lease G04421 | | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 606 | 09/05/1981 | Marketing - Lease of Platform Space | A-LOPS-EI158B by and between Fieldwood and Transcontinental Gas Pipeline Corporation and Transcontinental Gas Pipeline Corporation | Fieldwood and Transcontinental Gas Pipeline Corporation and Transcontinental Gas Pipeline Corporation | Fieldwood Energy LLC | EI 136 Lease G03152 | APACHE SHELF EXPLORATION LLC, Transcontinental Gas Pipeline Co LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 607 | 09/15/1981 | Marketing - Lease of Platform Space | A-LOPS-EI136JA by and between Fieldwood and Transcontinental Gas Pipeline Corporation and Transcontinental Gas Pipeline Corporation | Fieldwood and Transcontinental Gas Pipeline Corporation and Transcontinental Gas Pipeline Corporation | Fieldwood Energy LLC | EI 136 Lease G03152 | APACHE SHELF EXPLORATION LLC, Transcontinental Gas Pipeline Co LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 608 | 03/01/2017 | Marketing - Other | Agreement by and between Fieldwood and Upstream Exploration LLC and Upstream Exploration LLC | Fieldwood and Upstream Exploration LLC and Upstream Exploration LLC | Fieldwood Energy LLC | BS 52 Lease 17675 | UPSTREAM EXPLORATION LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 609 | 06/13/1996 | Marketing - PHA | SS 300 B/SS301 by and between Fieldwood and W & T Offshore, Inc. and W & T Offshore, Inc. | Fieldwood and W & T Offshore, Inc. and W & T Offshore, Inc. | Fieldwood Energy LLC | SS 300 Lease G07760, SS 301 Lease G10794 | W&T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | | | |
| 610 | 10/23/2018 | Marketing - PHA | MO826-VK251 by and between Fieldwood and W& T Offshore and W&T Offshore | Fieldwood and W&T Offshore and W&T Offshore | Fieldwood Energy LLC | MO 826 Lease G26176 | W & T OFFSHORE INC, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 611 | 03/01/2017 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and W&T Energy Energy VI, LLC and W&T Energy Energy VI, LLC | Fieldwood and W&T Energy VI, LLC and W&T Energy Energy VI, LLC | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 612 | 03/01/2017 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and W&T Energy VI, LLC and W&T Energy Energy VI, LLC | Fieldwood and W&T Energy VI, LLC and W&T Energy Energy VI, LLC | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 613 | 08/01/2018 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and W&T Energy VI, LLC and W&T Energy Energy VI, LLC | Fieldwood and W&T Energy VI, LLC and W&T Energy Energy VI, LLC | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 614 | 08/01/2018 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and W&T Energy VI, LLC and W&T Energy Energy VI, LLC | Fieldwood and W&T Energy VI, LLC and W&T Energy Energy VI, LLC | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 615 | | Marketing - PHA | ST 320 A-SST1 by and between Fieldwood and W&T Offshore, Inc. and W&T Offshore, Inc. | Fieldwood and W&T Offshore, Inc. and W&T Offshore, Inc. | Fieldwood Energy LLC | ST 320 Lease G24990 | W&T OFFSHORE INC, WALTER OIL & GAS CORPORATION | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 616 | 11/12/2013 | Marketing - Pipeline Transport | Capacity Agreement by and between Fieldwood and Walter Oil & Gas Corporation and Walter Oil & Gas Corporation | Fieldwood and Walter Oil & Gas Corporation | Fieldwood Energy LLC | EW 826 Lease G05800 | APACHE DEEPWATER LLC, WALTER OIL & GAS CORPORATION, W & T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| ~~617~~ | ~~09/30/2020~~ | ~~Marketing - PHA~~ | ~~EW 963 SS385-SS1 by and between Fieldwood and WALTER OIL & GAS CORPORATION and WALTER OIL & GAS CORPORATION~~ | ~~Fieldwood and WALTER OIL & GAS CORPORATION and WALTER OIL & GAS CORPORATION~~ | ~~Fieldwood Energy LLC~~ | ~~EI 224 Lease G05504~~ | ~~TALOS PETROLEUM LLC, WALTER OIL & GAS CORPORATION~~ | ~~$0.00~~ | ~~Assume and Allocate Pursuant to Divisive Mergers~~ | | | | |
| 618 | 10/21/2018 | Marketing - Pipeline Transport | ST 320 XG2 by and between Fieldwood and Walter Oil & Gas Corporation and Walter Oil & Gas Corporation | Fieldwood and Walter Oil & Gas Corporation | Fieldwood Energy LLC | ST 320 Lease G24990 | W&T OFFSHORE INC, WALTER OIL & GAS CORPORATION | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 619 | 05/20/2019 | Marketing - PHA | ST 320 AG3 by and between Fieldwood and Walter Oil & Gas Corporation and Walter Oil & Gas Corporation | Fieldwood and Walter Oil & Gas Corporation | Fieldwood Energy LLC | ST 320 Lease G24990 | W&T OFFSHORE INC, WALTER OIL & GAS CORPORATION | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 620 | | Marketing - PHA | ST 311 A1 by and between Fieldwood and Walter Oil & Gas Corporation and Walter Oil & Gas Corporation | Fieldwood and Walter Oil & Gas Corporation | Fieldwood Energy LLC | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 621 | 06/14/2000 | Marketing - Lease of Platform Space | WILT74 OFSBN FEE-VK201A by and between Fieldwood and WILLIAMS FIELD SERVICES and WILLIAMS FIELD SERVICES | Fieldwood and WILLIAMS FIELD SERVICES and WILLIAMS FIELD SERVICES | Fieldwood Energy LLC | VK 251 Lease G12930 | Williams Field Services | $0.00 | Assume and Allocate Pursuant to Divisive Mergers Divisive Mergers | x | | | x |
| 622 | 1/7/2016 | Other | Services Agreement | Fieldwood E&P Mexico, S. De R.L. De C.V. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 623 | 1/7/2016 | Other | Services Agreement | Fieldwood E&P Mexico, S. De R.L. De C.V. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 624 | 2/21/2018 | Other | Engineering, Procurement, Construction and Installation Services Agreement | Fieldwood E&P Mexico, S. De R.L. De C.V. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 625 | | Other | Contract for the Extraction of Hydrocarbons under the Production Sharing Modality - Fieldwood Energy E&P Mexico, S. De R.L. De C.V. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 626 | 03/01/2011 | Marketing - Processing | POL (0.3/GPM) 80-80% PLUS FEE + $.15 IMCF (ESC) by and between Fieldwood Energy LLC (Formally Noble Energy Inc.) and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC (Formally Noble Energy Inc.) and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | GC 768 Lease G21617 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 627 | 01/22/2015 | Marketing - Reserve Commitment | Big Bend / Dantzler Reserve Commitment between Fieldwood Energy LLC (Successor to Noble Energy, Inc) and Destin Pipeline Company, LLC and Destin Pipeline Company, LLC | Fieldwood Energy LLC (Successor to Noble Energy, Inc) and Destin Pipeline Company, LLC | Fieldwood Energy LLC | MC 742 Lease G32343, MC 697 Lease G28021, MC 698 Lease G28022, MC 782 Lease G33757 | ER EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 628 | 02/01/2012 | Marketing - Processing | Galapagos Dantzler/Santa Cruz Reserve Commitment between Fieldwood Energy LLC (Successor to Nobel Energy, Inc) and Destin Pipeline Company, LLC and Destin Pipeline Company, LLC | Fieldwood Energy LLC (Successor to Nobel Energy, Inc) and Destin Pipeline Company, LLC | Fieldwood Energy LLC | MC 519 Lease G27278, MC 562 Lease G19966, MC 563 Lease G20176 | ER EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 629 | 10/01/2015 | Marketing - Transport | Coordination Agreement between Fieldwood Energy LLC and (Spectra) Texas Eastern and Texas Eastern to Process at Targa Venice | Fieldwood Energy LLC and (Spectra) Texas Eastern and Texas Eastern to Process at Targa Venice | Fieldwood Energy LLC | BS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 630 | 12/07/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas between Fieldwood Energy LLC and Air Liquide Large Industries U.S. LP | Fieldwood Energy LLC and Air Liquide Large Industries U.S. LP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 631 | 10/01/2013 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas between Fieldwood Energy LLC and Apache Corporation | Fieldwood Energy LLC and Apache Corporation | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 632 | 08/01/2016 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas between Fieldwood Energy LLC and Arena Energy, LP | Fieldwood Energy LLC and Arena Energy, LP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |
| 633 | 07/01/2019 | Marketing - Processing | between $.15 mmbtu to $.10 mmbtu depending on volume mcc by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC and Arrowhead Louisiana Pipeline, LLC | between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC | Fieldwood Energy LLC | WC 33 Lease G01500, WC 66 Lease G02826, WC 65 Lease G02825, EC 9/14 Lease G01440, EC 2 3g 16473 Lease 16473, EC 2 3L16473 Lease 16473 | FAIRFIELD ROYALTY CORP, HILCORP ENERGY 1 LP | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser | | | x | |

| # | Date | Category | Description | Counterparty | Entity | Lease / Property | Other Party | Amount | Disposition | | | | |
|---|------|----------|-------------|--------------|--------|------------------|-------------|--------|-------------|---|---|---|---|
| 634 | 12/01/2008 | Marketing - Processing | Greater of FEE or POL (85%/15%) min Fee $.16 (annual escalator) by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator and Arrowhead Louisiana Pipeline, LLC current operator | Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator | Fieldwood Energy LLC | VR-78 Lease G04421, GI 43 (GI 32 - 52 / WD 67-71, 94-96) Lease 175, VR 229 Lease G27070 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Divisive Mergers (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 635 | 01/01/2011 | Marketing - Processing | Greater of FEE or POL (85%/15%) min Fee $.16 (annual escalator) by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator and Arrowhead Louisiana Pipeline, LLC current operator | Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator | Fieldwood Energy LLC | VR-78 Lease G04421, GI 43 (GI 32 - 52 / WD 67-71, 94-96) Lease 175, VR 229 Lease G27070 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Divisive Mergers (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 636 | 09/17/2017 | Marketing - Processing | Greater of FEE or POL (85%/15%) min Fee $.16 (annual escalator) by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator and Arrowhead Louisiana Pipeline, LLC current operator | Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator | Fieldwood Energy LLC | VR-78 Lease G04421, GI 43 (GI 32 - 52 / WD 67-71, 94-96) Lease 175, VR 229 Lease G27070 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Divisive Mergers (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 637 | 03/01/2020 | Marketing - Processing | Amend to FEE: Tranaco VR 86/78 = $.1673 per MMBtu(annual Escalator); Kinetica Egan Gap interconnect = $.08 per mmbtu (not subject to Escalator) by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator and Arrowhead Louisiana Pipeline, LLC current operator | Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator | Fieldwood Energy LLC | VR-78 Lease G04421, GI 43 (GI 32 - 52 / WD 67-71, 94-96) Lease 175, VR 229 Lease G27070, ST 53 Lease G04000 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Divisive Mergers (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 638 | 07/01/2017 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and BASF Intertrade Corporation | Fieldwood Energy LLC and BASF Intertrade Corporation | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 639 | 08/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Boston Gas Company D/B/A National Grid | Fieldwood Energy LLC and Boston Gas Company D/B/A National Grid | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 640 | 11/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and BP Energy Company | Fieldwood Energy LLC and BP Energy Company | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 641 | 01/01/2020 | Property Participation & Exchange Agreements | Lease Exchange and Well Participation Agreement dated effective 20 January 2020 by and between Fieldwood Energy LLC and BP Exploration and Production Inc covering MC 474 / 518 | Fieldwood Energy LLC and BP Exploration and Production Inc covering MC 474 / 518 | Fieldwood Energy LLC | MC 474 Lease G35825, MC 518 Lease G35828 | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 642 | 06/01/2020 | Marketing - Crude Sales | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | MC 697 Lease G28021, MC 698 Lease G28022, MC 782 Lease G33757, MC738 Lease G32343 | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 643 | 06/01/2020 | Marketing - Crude Sales | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | MC 742 Lease G32343 | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 644 | 04/01/2021 | Marketing - Crude Sales | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | MC 474 Lease G35825 | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 645 | 11/30/2017 | Marketing - Crude Sales | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | ST 295 Lease G05646 | APACHE OFFSHORE INVESTMENT GP, BRISTOW US LLC, TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 646 | 05/19/2020 | Marketing - Crude Sales | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | MC 698 Lease G28022, MC 782 Lease G33757 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 647 | 06/01/2020 | Marketing - Crude Sales | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | MC 698 Lease G28022 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 648 | 07/01/2020 | Marketing - Crude Sales | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. | Fieldwood Energy LLC | GC 040 Lease G34536 | LLX PROSPECT KATMAI LLC, RIDGEWOOD KATNAI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 649 | 06/14/2000 | Marketing - Gathering | Gas Gathering Agreement by and between Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC | VK 251 Lease G10930 | Williams Field Services | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x | x |
| 650 | 06/14/2000 | Marketing - Gathering | Gas Gathering Agreement by and between Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC | VK 251 Lease G10930 | Williams Field Services | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x | x |
| 651 | 08/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Castex Energy, Inc. | Fieldwood Energy LLC and Castex Energy, Inc. | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 652 | 07/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Castex Offshore, Inc. | Fieldwood Energy LLC and Castex Offshore, Inc. | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 653 | 09/13/2011 | Marketing - Transportation | Chandeleur IT transportation - Firetwood interest rate MP 56 was sold to Chandeleur by and between Fieldwood Energy LLC and Chandeleur Pipeline, LLC, now owned by Third Coast Midstream and Chandeleur Pipeline, LLC, now owned by Third Coast Midstream | Fieldwood Energy LLC and Chandeleur Pipeline, LLC, now owned by Third Coast Midstream and Chandeleur Pipeline, LLC, now owned by Third Coast Midstream | Fieldwood Energy LLC | MP 56 Lease G00194 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 654 | 03/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Chevron Natural Gas | Fieldwood Energy LLC and Chevron Natural Gas | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 655 | 02/25/2011 | Marketing - Construction, Operations, Management, Ownership Agreements | Provides for the construction and operation of the EI 361 Pipeline (Segment 5 and EI 342 in parallel with EI 361 Pipeline) (Segment 6) and the Barnacle Pipeline (the still in service portion what was formerly Bonito Pipeline) , by and between Fieldwood Energy LLC and Chevron Pipeline Company and Chevron Pipeline Company | Fieldwood Energy LLC and Chevron Pipeline Company and Chevron Pipeline Company | Fieldwood Energy LLC | EI 315 Lease G02112, EI 316 Lease G05040, EI 330 Lease G02115, EI 291 Lease G09591, EI 282 Lease G09552, EI 329 Lease G02912, EI 337 Lease G03332 | ARENA ENERGY LP, TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 656 | 02/01/2016 | Marketing - Other | Methanol Treatment Agreement by and between Fieldwood Energy LLC and Chevron Pipeline Company and Chevron Pipeline Company | Fieldwood Energy LLC and Chevron Pipeline Company and Chevron Pipeline Company | Fieldwood Energy LLC | n.a. | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 657 | 10/01/1984 | Marketing - Construction, Operations, Management, Ownership Agreements | Provides for the construction and operation of the EI 361 Pipeline. Originating from the Fieldwood A Platform to the Bonito Pipeline System by and between Fieldwood Energy LLC and Chevron Pipeline Company and Chevron Pipeline Company | Fieldwood Energy LLC and Chevron Pipeline Company and Chevron Pipeline Company | Fieldwood Energy LLC | EI 354 Lease G10752, EI 353 Lease G03783, EI 354 Lease G10752, EI 361 Lease G02324 | RIDGEWOOD ENERGY CORPORATION, COX OPERATING LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 658 | 05/31/2018 | Marketing - Crude Sales | Sunfirst - Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company | Fieldwood Energy LLC and Chevron Products Company | Fieldwood Energy LLC | MC 904 Lease G28005, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 659 | 01/30/2014 | Marketing - Crude Sales | Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC | MP 77 Lease G04481 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | * |
| 660 | 01/31/2014 | Marketing - Crude Sales | Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC | PL 13 Lease G03171, MP 140 Lease G02193 | ANKOR ENERGY LLC, ENVEN ENERGY VENTURES, LLC, JX NIPPON OIL EXPLORATION USA LTD | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 661 | 05/31/2018 | Marketing - Crude Sales | Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC | MC 948 Lease G28030 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 662 | 01/31/2014 | Marketing - Crude Sales | Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC | SS 274 Lease G01039, EI 188 Lease 443, SM 149 Lease Q02292, SM 132 Lease G02282, SM 268 Lease G02310, SS 204 Lease G01520, SS 207 Lease G01523, SS 216 Lease G01524, ST 311 Lease G31418, SM 48 Lease G15067, SM 41 Lease G01182, SM 44 Lease G23640, SS 248 Lease G01027, SS 247 Lease G01320, SM 44 Lease G01021, SM 48 Lease G16320, SM 48 Lease 786 | URA HELICOPTERS INC. | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Divisive Mergers (as defined in the Credit Bid Purchase Agreement) | x | x | x | * |
| 663 | 03/18/2014 | Marketing - Crude Sales | Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company | Fieldwood Energy LLC | GI 116 Lease G13944, ST 320 Lease G24990 | W & T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | * |
| 664 | 09/01/2018 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and CIMA Energy, LTD | Fieldwood Energy LLC and CIMA Energy, LTD | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 665 | 08/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Colonial Gas Company D/B/A National Grid | Fieldwood Energy LLC and Colonial Gas Company D/B/A National Grid | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 666 | 03/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and ConocoPhillips Company | Fieldwood Energy LLC and ConocoPhillips Company | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Assign to Credit Bid Purchaser | | x | | |
| 667 | 11/30/2016 | Marketing - Transportation | Oil Transport by and between Fieldwood Energy LLC and Crimson Gulf LLC and Crimson Gulf LLC and Crimson Gulf LLC | Fieldwood Energy LLC and Crimson Gulf LLC and Crimson Gulf LLC | Fieldwood Energy LLC | EI 158 Lease G03152, EI 158 Lease G01220, EI 173 Lease G19622, EI 174 Lease G03782, EI 175 Lease 436, EI 167 Lease G10736, EI 189 Lease 423, EI 211 Lease G00932, EI 213 Lease G00503, EI 207 Lease G02010, SS 151 Lease G15282, SS 175 Lease G05550, SS 176 Lease G33840, SS 246 Lease G01027, SS 247 Lease G01026, SS 248 Lease G01229, SS 249 Lease G01030, SS 271 Lease G01038, SS 274 Lease G01039, SS 291 Lease G02923 | APACHE SHELF EXPLORATION LLC, Transcontinental Gas Pipeline Co LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 668 | 07/08/2011 | Marketing - Gathering | Galapagos, FT 2 - plus 5 amendments-MDQ changes by and between Fieldwood Energy LLC and Destin Pipeline Company, LLC and Destin Pipeline Company, LLC | Fieldwood Energy LLC and Destin Pipeline Company, LLC and Destin Pipeline Company, LLC | Fieldwood Energy LLC | MC 519 Lease G27278, MC 562 Lease G19966, MC 563 Lease G21776 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 669 | 08/28/2015 | Marketing - Gathering | Big Bend Gathier, Destin FT2, - plus 4 amendments-MDQ changes by and between Fieldwood Energy LLC and Destin Pipeline Company, LLC and Destin Pipeline Company, LLC | Fieldwood Energy LLC and Destin Pipeline Company, LLC and Destin Pipeline Company, LLC | Fieldwood Energy LLC | MC 782 Lease G33757, MC 697 Lease G33757 | RIDGEWOOD DANTZLER LLC, TALOS EXPLORATION LLC, W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 670 | 11/15/2013 eff 12/1/2013 | Marketing - Transportation | Discovery Gas FT2 agreement, plus amendments to MDQ and Exhibit B by and between Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC and Discovery Gas Transmission | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |

| # | Date | Category | Description | Counterparty/Agreement | Debtor | Lease | Counterparty | Amount | Treatment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 671 | 11/15/2013 eff 12/1/2013 | Marketing - Transportation | Discovery Gas FT2 Discount letter by and between Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 672 | 05/01/2020 | Marketing - Transportation | Discovery Gas - FT2 agreement by and between Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC | GC 040 Lease G34536 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 673 | 05/01/2020 | Marketing - Transportation | Discovery Gas FT2 Discount letter by and between Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC | GC 040 Lease G34536 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 674 | 04/01/2015 | Marketing - Transportation | Discovery Gas - FT2 agreement, by and between Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 675 | 04/01/2015 | Marketing - Transportation | Discovery Gas FT2 Discount letter by and between Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 676 | 04/01/2015 | Marketing - Gathering | Discovery Gas Gathering and Gas Dedication by and between Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission | Fieldwood Energy LLC | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 677 | 07/15/2004 | Marketing - Transportation | Condensate Transportation Agreement by and between Fieldwood Energy LLC and Discovery Gas Transmission LLC and Discovery Gas Transmission LLC | Fieldwood Energy LLC and Discovery Gas Transmission LLC and Discovery Gas Transmission LLC | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 678 | 08/25/2009 | Marketing - Separation & Stabilization | Amendment Letter to Condensate Transport Agreement ST 308 Tarantula by and between Fieldwood Energy LLC and Discovery Gas Transmission LLC and Discovery Gas Transmission LLC | Fieldwood Energy LLC and Discovery Gas Transmission LLC | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 679 | 04/01/2015 | Marketing - Transportation | Liquids Transportation Agreement by and between Fieldwood Energy LLC and Discovery Gas Transmission LLC and Discovery Gas Transmission LLC | Fieldwood Energy LLC and Discovery Gas Transmission LLC and Discovery Gas Transmission LLC | Fieldwood Energy LLC | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 680 | 07/15/2004 | Marketing - Separation & Stabilization | Liquids Sep., Handling, Stab.,and Redelivery Agreement by and between Fieldwood Energy LLC and Discovery Producer Services LLC and Discovery Producer Services LLC | Fieldwood Energy LLC and Discovery Producer Services LLC | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 681 | 05/01/2020 | Marketing - Separation & Stabilization | Liquids Sep., Handling, Stab.,and Redelivery Agreement by and between Fieldwood Energy LLC and Discovery Producer Services LLC and Discovery Producer Services LLC | Fieldwood Energy LLC and Discovery Producer Services LLC | Fieldwood Energy LLC | GC 040 Lease G34536 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 682 | 10/01/2006 | Marketing - Separation & Stabilization | Amendment Letter to Condensated Sep., and Redelivery Agreement ST 308 Tarantula by and between Fieldwood Energy LLC and Discovery Producer Services LLC and Discovery Producer Services LLC | Fieldwood Energy LLC and Discovery Producer Services LLC | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 683 | 02/24/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and DTE Energy Trading, Inc. | Fieldwood Energy LLC and DTE Energy Trading, Inc. | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 684 | 02/01/2017 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Duke Energy Carolinas, LLC | Fieldwood Energy LLC and Duke Energy Carolinas, LLC | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 685 | 05/08/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Duke Energy Florida, Inc. | Fieldwood Energy LLC and Duke Energy Florida, Inc. | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 686 | 02/27/2015 | Marketing - Transportation | Crude Oil Transport, by and between Fieldwood Energy LLC and Endymion Oil Pipeline Company LLC and Endymion Oil Pipeline Company LLC | Fieldwood Energy LLC and Endymion Oil Pipeline Company LLC and Endymion Oil Pipeline Company LLC | Fieldwood Energy LLC | MC 697 Lease G28021; MC 698 Lease G28022; MC 742 Lease G32343; MC 782 Lease G33757 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 687 | 10/01/1981 | Marketing - Construction, Operations, Management, Ownership Agreements | Provides description and ownership of said Gathering System by and between Fieldwood Energy LLC and Energy XXI Pipeline II, LLC and Energy XXI Pipeline II, LLC | Fieldwood Energy LLC and Energy XXI Pipeline II, LLC and Energy XXI Pipeline II, LLC | Fieldwood Energy LLC | WD 80 Lease G01989, WD 85 Lease G04895, WD 86 Lease G02934, SP 87 Lease G07799, SP 89 Lease G01618, WD 104 Lease 841, WD 105 Lease 842, WD 132 Lease G01108, WD 121 Lease G18643, WD 122 Lease G13645, WD 128 Lease G10883, SP 87 Lease G07799, SP 88 Lease G10894 | TAMPNET INC, TALOS ERT LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 688 | 09/16/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Enlink Gas Marketing, LP | Fieldwood Energy LLC and Enlink Gas Marketing, LP | Fieldwood Energy LLC | | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 689 | 04/01/2020 | Marketing - Processing | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC | Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC | Fieldwood Energy LLC | EI 126 Lease 52, EI 136 Lease G03152, EI 158 Lease G01220, SS 32 Lease 335, SS 33 Lease 336, SS 91 Lease G02919, SS 214 Lease 828, SS 233 Lease G01528, SS 245 Lease G01527, SS 271 Lease G01536, SS 252 Lease G01529, SS 253 Lease G01531, SS 354 Lease G15312, SM 93 Lease G21618, SM 139 Lease G21106, PL 1 Lease G04234, PL 9 Lease G02924, PL 10 Lease G02925, PL 11 Lease 71, SS 68 Lease G02917, PL 10 Lease G02925, PL 11 Lease 71, ST 242 Lease G23933, ST 315 Lease G23946, ST 316 Lease G22762, VR 272 Lease G22829, VR 313 Lease G01172, VR 315 Lease G04215, VR 332 Lease G06514 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | | x x * |
| 690 | 11/01/2004 | Marketing - Processing | $0.06/MMBTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC | SM 149 Lease G02592 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 691 | 04/01/2007 | Marketing - Processing | $0.06/MMBTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC | SM 149 Lease G02592 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 692 | 01/19/2012 | Marketing - Processing | 82% / 8% by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC | SM 136 Lease G02588, SM 137 Lease G02589 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | * |
| 693 | 02/17/2014 | Marketing - Processing | 92% / 8% by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC | SM 137 Lease G02588, SS 207 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | * |
| 694 | 01/01/2013 | Marketing - Processing | 90%/10% AND 9.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC | EI 346 Lease G14482; GI 116 Lease G13944, SS 79/80 Lease G15277 | BRISTOW US LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 695 | 10/22/1976 | Marketing - Processing | Agreement for the Construction and Operation of the Blue Water Gas Plant, Acadia Parish, Louisiana by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC | VR 261 | n.a. | $0.00 | Assume and ~~assign pursuant~~ Allocate Pursuant to ~~divisive mergers~~ Divisive Mergers | x | | | |
| 696 | 01/01/2011 | Marketing - Processing | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC | GI 116 Lease G13944, EI 346 Lease G14482, SS 79/80 Lease G15277 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 697 | 04/01/2012 | Marketing - Processing | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC | GI 116 Lease G13944, EI 346 Lease G14482, SS 79/80 Lease G15277 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 698 | 06/01/2012 | Marketing - Processing | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC | GI 116 Lease G13944, EI 346 Lease G14482, SS 79/80 Lease G15277 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 699 | 11/01/2012 | Marketing - Processing | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC | GI 116 Lease G13944, EI 346 Lease G14482, SS 79/80 Lease G15277 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 700 | 03/01/2011 | Marketing - Processing | Gas processing Raw make purchase by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC ((Formally Noble Energy Inc.) and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC ((Formally Noble Energy Inc.) and Enterprise Gas Processing LLC | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 701 | 03/16/2004 | Marketing - Processing | 97/12% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SM 142 Lease G01216, SM 40 Lease G13607, EC 178 Lease G34229, EI 307 Lease G02110, EC 338 Lease G02063 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 702 | 11/11/2004 | Marketing - Processing | 95/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | VR 161 Lease G34253 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |

| # | Date | Category | Description | Counterparty 1 | Counterparty 2 | Reference | Other Party | Amount | Treatment | | | | |
|---|------|----------|-------------|----------------|----------------|-----------|-------------|--------|-----------|---|---|---|---|
| 703 | 12/06/2004 | Marketing - Processing | 6713% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | VR 161 Lease G34253 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 704 | 02/01/2005 | Marketing - Processing | 86/12% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SM 36 Lease G16320 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | |
| 705 | 04/01/2010 | Marketing - Processing | 85/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | EI 307 Lease G02110 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 706 | 04/01/2011 | Marketing - Processing | 85/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | EI 307 Lease G02110 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 707 | 11/01/2011 | Marketing - Processing | LX/SPM*100) at $.10 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | MC 519 Lease G27278, MC 563 Lease G21178, MC 562 Lease G19966 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 708 | 11/01/2006 [Removed] | Marketing - Processing | 85/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SC 532 Lease G20478 | EARN ENERGY USA INC, CONTINENTAL LAND & FU GO INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x |
| 709 | 11/01/2007 [Removed] | Marketing - Processing | 85/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SC 532 Lease G20478 | EARN ENERGY USA INC, CONTINENTAL LAND & FU GO INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x |
| 710 | 11/12/2014 [Removed] | Marketing - Processing | 85/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SC 532 Lease G20478 | EARN ENERGY USA INC, CONTINENTAL LAND & FU GO INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x |
| 711 | 08/01/2009 | Marketing - Processing | FEE - .0800 PER mcf SUBJECT TO gip by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | EI 211 Lease G05502, EI 212 Lease G05503, EI 281 Lease G09591, EI 281 Lease G09591, SS 178 Lease G05551, SS 190 Lease G10775, EI 53 Lease 479, GI 76 Lease G02161, SM 280 Lease G14456, SS 274 Lease G01026, ST 205 Lease G05612, ST 295 Lease G12981, ST 291 Lease G16455, SM 143 Lease G02502, ST 190 Lease Q01351, ST 205 Lease G05612, SM 281 Lease G16455, SM 268 Lease Q02210, SM 281 Lease Q02800, SM 280 Lease G14456 | EPL OIL & GAS, LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 712 | 01/18/2012 | Marketing - Processing | FEE - .0800 PER MCF - ESCALATOR ADDED by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | EI 211 Lease G05502, EI 212 Lease G05503, EI 281 Lease G09591, EI 281 Lease G09591, SS 178 Lease G05551, SS 190 Lease G10775, EI 53 Lease 479, GI 76 Lease G02161, SM 280 Lease G14456, SS 274 Lease G01026, ST 205 Lease G05612, ST 295 Lease G12981, ST 291 Lease G16455, SM 143 Lease G02502, ST 190 Lease Q01351, ST 205 Lease G05612, SM 281 Lease G16455, SM 268 Lease Q02210, SM 281 Lease Q02800, SM 280 Lease G14456 | EPL OIL & GAS, LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 713 | 02/11/2015 | Marketing - Processing | 95% & $0.08/Mmbtu MINIMUM $.20 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | MC 742 Lease G32343, MC 697 Lease G28021, MC 698 Lease G28022 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 714 | 01/08/2019 | Marketing - Processing | $.16 /MMBTU (excl) plus electricity fee by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | MP 140 Lease G02193, WD 90 Lease G01089, WD 103 Lease 840, WD 105 Lease 842, MP 289 Lease G01666, MP 290 Lease G34866, MP 275 Lease G15395, MP 289 Lease G01665, SP 62 Lease G01294, MP 296 Lease G01673, MP 311 Lease G02213, MP 311 Lease G02213, MP 77 Lease G04481, BS 52 Lease 17675, MC 311 Lease G02969, MC 108 Lease G09777 | JX NIPPON OIL EXPLORATION USA LTD | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 715 | 01/01/2012 | Marketing - Processing | FEE - .08005 MCF (SUBJECT TO gip (NEVER LESS THAT .075 OR GRATER THAN $.12 /MCF by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SM 76 Lease G01206, SM 58 Lease G01194, EI 158 Lease G01220, EI 188 Lease 443, SS 207 Lease G01523, ST 295 Lease G00846, SS 189 Lease G04232, PL 25 Lease G14535 | LOUISIANA LAND & EXPLORATION CO | $0.00 | Assume and assign to Credit Bid Purchaser | x | | | |
| 716 | 01/08/2019 | Marketing - Processing | $.16 /MMBTU (excl) plus electricity fee by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | MC 110 Lease G18192 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | | | |
| 717 | 07/01/1970 | Marketing - Processing | Agreement for the Construction and Operation of the Toca Gas Processing Plant, St. Bernard Parish, Louisiana by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | WD 73 G01083, WD 75, WD 90, WD 103, WD 104, WD 105 | n.a. | $149/34.29 | Assume and allocate pursuant Allocate Pursuant to divisive mergers Divisive Mergers | x | | | |
| 718 | 07/01/1970 | Marketing - Construction, Operations, Management, Ownership Agreements | The Operator shall receive the gas to be processed at the Plant Delivery Point for the account of each owner and ship, processing, deliver the Residue Gas to Highpoint, all in accordance with agreements by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | WD 105, SP 62, BS 52, SP 65, SP 70, MP 289, MP 290, WD 133, MC 311 | n.a. | $0.00 | Assume and allocate pursuant Allocate Pursuant to divisive mergers Divisive Mergers | x | | | |
| 719 | 07/25/2014 | Marketing - Processing | Ratification to the Agreement for the Construction and Operation of the Toca Gas Processing Plant, St. Bernard Parish, Louisiana by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | WD 73 G01083, WD 75, WD 90, WD 103, WD 105 | n.a. | $0.00 | Assume and allocate pursuant Allocate Pursuant to divisive mergers Divisive Mergers | x | | | |
| 720 | 10/01/2012 | Marketing - Processing | pct 85% 15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | GC 200 Lease G12209, GC 201 Lease G12210, GC 244 Lease G11043 | RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, WILD WELL CONTROL INC, CHEVRON USA INC, W & T ENERGY VI LLC, SHELL TRADING (US) COMPANY | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 721 | 02/27/2015 | Marketing - Processing | 95.75% & $0.10/Mmbtu / Minimum $.20 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | MC 782 Lease G33757 | RIDGEWOOD OANTZLER LLC, TALOS EXPLORATION LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 722 | 03/01/2005 | Marketing - Processing | 6713% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SM 142 Lease G01216, SM 40 Lease G13607, EC 178 Lease G34029, EI 307 Lease G02110 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 723 | 01/01/2006 | Marketing - Processing | 6713% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SM 142 Lease G01216, SM 40 Lease G13607, EC 178 Lease G34029, EI 307 Lease G02110 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 724 | 11/01/1992 [Removed] | Marketing - Processing | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SC 205 Lease G00973, EC 338 Lease G02063, EI 316 Lease G02113, EI 314 Lease G00042, EI 315 Lease G03922, EI 339 Lease G02114, EI 354 Lease G35284, SM 39 Lease G02018, SM 41 Lease G02590, SM 40 Lease G13605, SM 48 Lease G01240, SM 127 Lease G02585, SM 126 Lease G02587, SM 141 Lease G02585 | TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | x | |
| 725 | 10/01/1999 [Removed] | Marketing - Processing | CONTRACT OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SC 205 Lease G00973, EC 338 Lease G02063, EI 316 Lease G02113, EI 314 Lease G00042, EI 315 Lease G03922, EI 339 Lease G02114, EI 354 Lease G35284, SM 39 Lease G02018, SM 41 Lease G02590, SM 40 Lease G13605, SM 48 Lease G01240, SM 127 Lease G02585, SM 126 Lease G02587, SM 141 Lease G02586 | TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | x | |
| 726 | 01/01/1998 [Removed] | Marketing - Processing | RAW IMAGE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SC 205 Lease G00973, EC 338 Lease G02063, EI 316 Lease G02113, EI 314 Lease G00042, EI 315 Lease G03922, EI 339 Lease G02114, EI 354 Lease G35284, SM 39 Lease G02018, SM 41 Lease G02590, SM 40 Lease G13605, SM 48 Lease G01240, SM 127 Lease G02585, SM 126 Lease G02587, SM 141 Lease G02586 | TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | x | |
| 727 | 11/01/1992 [Removed] | Marketing - Processing | AMENDMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SC 205 Lease G00973, EC 338 Lease G02063, EI 316 Lease G02113, EI 314 Lease G00042, EI 315 Lease G03922, EI 339 Lease G02114, EI 354 Lease G35284, SM 39 Lease G02018, SM 41 Lease G02590, SM 40 Lease G13605, SM 48 Lease G01240, SM 127 Lease G02585, SM 126 Lease G02587, SM 141 Lease G02586 | TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | x | |
| 728 | 02/01/2000 [Removed] | Marketing - Processing | SERVICE FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SC 205 Lease G00973, EC 338 Lease G02063, EI 316 Lease G02113, EI 314 Lease G00042, EI 315 Lease G03922, EI 339 Lease G02114, EI 354 Lease G35284, SM 39 Lease G02018, SM 41 Lease G02590, SM 40 Lease G13605, SM 48 Lease G01240, SM 127 Lease G02585, SM 126 Lease G02587, SM 141 Lease G02586 | TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | x | |

| # | Category | Description | Counterparty/Debtor | Debtor | Lease Info | Counterparty Name | Cure | Treatment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 739 | 10/01/2007 | Marketing - Processing | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | CC 338 Lease G02063 | W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 740 | 02/20/2008 | Marketing - Processing | 88/12% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | SM 36 Lease G16320, CC 338 Lease G02063 | W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | x | |
| 741 | 04/01/2018 | Marketing - Processing | lee + $.12 / MMBTU by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | ST 320 Lease G24990 | W&T OFFSHORE INC, WALTER OIL & GAS | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 742 | 04/01/2018 | Marketing - Processing | NGL BANK - FIRST AMENDED AND RESTATED by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC - Manta Ray Offshore Gathering | Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC | ST 320 Lease G24990 | W&T OFFSHORE INC, WALTER OIL & GAS CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 743 | 08/01/2015 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Enven Energy Ventures, LLC | Fieldwood Energy LLC | | | Enven Energy Ventures, LLC | $0.00 Assume and allocate to Credit Bid Purchaser | | | x | |
| 744 | 01/23/2014 | Marketing - Crude Sales | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL OIL CORPORATION and EXXONMOBIL OIL CORPORATION (FWEEXC0001) | Fieldwood Energy LLC and EXXONMOBIL OIL CORPORATION and EXXONMOBIL OIL CORPORATION | Fieldwood Energy LLC | | | $0.00 Assume and allocate to Credit Bid Purchaser | | | x | |
| 745 | 01/23/2014 | Marketing - Crude Sales | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL OIL CORPORATION and EXXONMOBIL OIL CORPORATION (FWEEXC0002) | Fieldwood Energy LLC and EXXONMOBIL OIL CORPORATION | Fieldwood Energy LLC | | | $0.00 Assume and allocate to Credit Bid Purchaser | | | x | |
| 746 | 01/23/2014 | Marketing - Crude Sales | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL OIL CORPORATION and EXXONMOBIL OIL CORPORATION (FWEEXC0002) | Fieldwood Energy LLC and EXXONMOBIL OIL CORPORATION | Fieldwood Energy LLC | | | $0.00 Assume and allocate to Credit Bid Purchaser | | | x | |
| 747 | 04/28/2015 | Marketing - Crude Sales | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL OIL CORPORATION and EXXONMOBIL OIL CORPORATION (R0020) | Fieldwood Energy LLC and EXXONMOBIL OIL CORPORATION | Fieldwood Energy LLC | GI 43 Lease 175 | APACHE SHELF EXPLORATION, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and allocate to Credit Bid Purchaser | | | x | |
| 748 | 04/2020 | Marketing - Crude Sales | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL OIL CORPORATION and EXXONMOBIL OIL CORPORATION (JG001) | Fieldwood Energy LLC and EXXONMOBIL OIL CORPORATION | Fieldwood Energy LLC | GC 065 Lease G05889, GC 108 Lease G14968, GC 109 Lease G05900, GC 244 Lease G11043, GC 200 Lease G12208, GC 243 Lease G20051, GC 201 Lease G12210 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 Assume and allocate to Credit Bid Purchaser | | | x | |
| 749 | 07/23/2020 | Marketing - Connection Agreement | ST 53/ST 57 CONNECTION AGREEMENT BETWEEN FIELDWOOD ENERGY LLC AND FIELDWOOD ENERGY OFFSHORE AND ROSEFIELD PIPELINE COMPANY, LLC | FIELDWOOD ENERGY LLC AND FIELDWOOD ENERGY OFFSHORE AND ROSEFIELD PIPELINE COMPANY, LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | ST 53 Lease G00400, ST 67 Lease 23 | | $0.00 Assume and allocate to Credit Bid Purchaser pursuant to the Plan and the Credit Bid Purchase Agreement on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 750 | 11/21/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Florida Power & Light Company | Fieldwood Energy LLC and Florida Power & Light Company | Fieldwood Energy LLC | n.a. | | $0.00 Assume and allocate to Credit Bid Purchaser | | | x | |
| 751 | 02/01/2019 | Marketing - Transportation | Pool Agreement by and between Fieldwood Energy LLC and Gulf South Pipeline Company, LP and Gulf South Pipeline Company, LP | Fieldwood Energy LLC and Gulf South Pipeline Company, LP | Fieldwood Energy LLC | GI 32 Lease 196, EI 89 Lease 44 | COX OPERATING LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 752 | 12/10/2013 | Marketing - Transportation | Crude Oil Transport by and between Fieldwood Energy LLC and Gulfstar One LLC and Gulfstar One LLC | Fieldwood Energy LLC and Gulfstar One LLC and Gulfstar One LLC | Fieldwood Energy LLC | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G32363, MC 993 Lease G32363 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 Assume and allocate to Credit Bid Purchaser | | | x | |
| 753 | 12/10/2013 | Marketing - Transportation | Crude Oil Transport by and between Fieldwood Energy LLC and Gulfstar One LLC and Gulfstar One LLC | Fieldwood Energy LLC and Gulfstar One LLC and Gulfstar One LLC | Fieldwood Energy LLC | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G32363, MC 993 Lease G32363 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 Assume and allocate to Credit Bid Purchaser | | | x | |

| # | Date | Category | Description | Counterparty Contract | Debtor | Lease Info | Counterparty | Amount | Treatment | | | |
|---|------|----------|-------------|----------------------|--------|-----------|-------------|--------|-----------|---|---|---|
| 754 | 12/10/2013 | Marketing - Transportation | Crude Oil Transport. by and between Fieldwood Energy LLC and Gulfstar One LLC and Gulfstar One LLC | Fieldwood Energy LLC and Gulfstar One LLC and Gulfstar One LLC | Fieldwood Energy LLC | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G32363, MC 993 Lease G32363 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 755 | 11/01/1995 | Marketing - Transportation | ET Transport Contract by and between Fieldwood Energy LLC and HIGH ISLAND OFFSHORE SYSTEM, llc and HIGH ISLAND OFFSHORE SYSTEM, llc | Fieldwood Energy LLC and HIGH ISLAND OFFSHORE SYSTEM, llc and HIGH ISLAND OFFSHORE SYSTEM, llc | Fieldwood Energy LLC | EB 159 Lease G02646, EB 160 Lease G02647, EB 165 Lease G08280, HI A-341 Lease G25605, HI A-365 G02750 Lease G02750, HI A-376 G02744 Lease G02744, HI A545 Lease G17199, HI A-550 Lease G04081, HI A-563 Lease G02388, HI A-382 Lease G02707, HI A-576 Lease G02721, HI A-586 Lease G02722 | APACHE DEEPWATER LLC | $~~0.00~~ $10.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | * |
| 756 | 10/10/2013 | Marketing - Transportation | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC | Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC | Fieldwood Energy LLC | MC 110 Lease G18192 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 757 | 01/01/2019 | Marketing - Transportation | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC | Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC | Fieldwood Energy LLC | MC 110 Lease G18192 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 758 | 12/01/2013 | Marketing - Transportation | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC | Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC | Fieldwood Energy LLC | SS 52 Lease 17675, MP 153 Lease G01987, SP 95 Lease G01610, MP 296 Lease G01673, MP 310 Lease G04126, MP 311 Lease G02213, MP 313 Lease G02213, MP 77 Lease G04481, SP 62 Lease G01294, WD 75 Lease G01085, MC 110 Lease G18192 | UPSTREAM EXPLORATION LLC; AMERICAN PANTHER, LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | * |
| 759 | 12/01/2013 | Marketing - Transportation | IT Transport Contract by and between Fieldwood Energy LLC and High Point Gas Transmission, LLC and High Point Gas Transmission, LLC | Fieldwood Energy LLC and High Point Gas Transmission, LLC and High Point Gas Transmission, LLC | Fieldwood Energy LLC | MC 311 Lease G02968, WD 105 Lease 842, MP 288 Lease G01666, MP 275 Lease G15395, BS 52 Lease 17675, MC 110 Lease G18192 | ARENA ENERGY LP, BRISTOW US LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 760 | 09/10/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and J. Aron & Company | Fieldwood Energy LLC and J. Aron & Company | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 761 | 01/14/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and J.P. Morgan Ventures Energy Corporation | Fieldwood Energy LLC and J.P. Morgan Ventures Energy Corporation | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 762 | 03/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Jefferson Island Storage & Hub, L.L.C. | Fieldwood Energy LLC and Jefferson Island Storage & Hub, L.L.C. | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 763 | 07/25/2019 | Joint Development / Venture / Exploration | Exploration Venture Agreement by and between Fieldwood Energy LLC and Juneau Oil & Gas LLC (terminated 6-23-20) | Fieldwood Energy LLC and Juneau Oil & Gas LLC (terminated 6-23-20) | Fieldwood Energy LLC | MULTIPLE | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 764 | 08/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Keyspan Gas East Corporation D/B/A National Grid | Fieldwood Energy LLC and Keyspan Gas East Corporation D/B/A National Grid | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 765 | 05/01/2006 | Marketing - PHA | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC | SS 207 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | * |
| 766 | 03/01/2011 | Marketing - PHA | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC | SS 207 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | * |
| 767 | 11/1/2012 amended 12/1/2013 | Marketing - PHA | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC | SS 207 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | * |
| 768 | 11/1/2012 Amended effective 12/1/2013 | Marketing - Transportation | Oil Liquids Transportation transferring agreement from apache Corporation to Fieldwood Energy LLC by and between Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC | WC 165 Lease 758, WC 291 Lease G04397 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 769 | Amendment date 8/1/2014 contract date 11/1/2012 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC | SM 149 Lease G02592, SM 149 Lease G02592, SM 149 Lease G02592 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 770 | 03/01/2011 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC | VR 380 Lease G02580, SM 149 Lease G02592, EI 267 Lease 812, SS 79/80 Lease G15277 | CALYPSO EXPLORATION LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 771 | 11/01/2012 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC | SS 79/80 Lease G15277 | CALYPSO EXPLORATION LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 772 | 09/01/1997 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC | VR 229 Lease G27070 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 773 | Amendment effective 11/1/2009 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC and Kinetica and Kinetica | Fieldwood Energy LLC | VR 229 Lease G27070 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 774 | 04/01/2004 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC | VR 261 Lease G03328 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | * |
| 775 | 09/30/2009 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC | VR 261 Lease G03328 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | * |
| 776 | 09/30/2009 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC | VR 261 Lease G03328 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | * |
| 777 | 10/22/2009 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC | VR 261 Lease G03328 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | * |
| 778 | 1/1/2007 Original Contract; Amendment Effective 1/1/2007 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC | WC 66 Lease G02826 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 779 | 8/1/1992, Amendment Effective 1/1/2007 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC | WC 66 Lease G02826 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 780 | 12/01/2013 | Marketing - Transportation | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC | GI 43 Lease 175, GI 47 Lease 133, EI 224 Lease G05504, SS 169 Lease 820, SS 182 Lease G03988, SS 193 Lease G13917, SS 198 Lease 593, SS 198 Lease 593, SM 106 Lease G16760, VR 126 Lease G27070, VR 261 Lease G03328, EC 2 SL16473 Lease 16473, EC 2 SL16473 Lease 16473, ST 53 Lease G04300 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY, BOIS D'ARC EXPLORATION, LLC, FAIRFIELD ROYALTY CORP., HILCORP ENERGY 1 LP | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 781 | 02/25/2010 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC | WC 65 Lease G02825, WC 66 Lease G02826, WC 72 Lease G23735, EC 2 SL16473 Lease 16473 | FAIRFIELD ROYALTY CORP, HILCORP ENERGY 1 LP | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers | x | x | |
| 782 | 09/01/1997 | Marketing - Transportation | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC | Fieldwood Energy LLC | SS 198 Lease 593 | RENAISSANCE OFFSHORE, LLC, TALOS PRODUCTION LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 783 | 04/01/2020 | Marketing - Transportation | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC | Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC | Fieldwood Energy LLC | EI 188 Lease 423, EI 189 Lease 423, EI 211 Lease G05502, EI 212 Lease G05503, EI 342 Lease G02119, EI 346 Lease G14482, SM 149 Lease G02592, SM 7 Lease G30610, SM 10 Lease G01191, SS 105 Lease G09614, SS 129 Lease G12941, SS 176 Lease G05551, SS 204 Lease G01520, SS 207 Lease G01523, SS 216 Lease G01524, VR 380 Lease G02580 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 784 | 04/01/2020 | Marketing - Transportation | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC | Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC | Fieldwood Energy LLC | SS 301 Lease G10794 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 785 | 04/01/2020 | Marketing - Gathering | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC | Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC | Fieldwood Energy LLC | ST 49 Lease G24956, ST 53 Lease G04300, WC 66 Lease G02826, WC 65 Lease G02825 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |

| # | Date | Type | Description | Counterparty | Debtor | Other Party | Amount | Treatment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 786 | 12/01/2013 | Marketing - Transportation | IT Transmission by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC | Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC | Fieldwood Energy LLC | SS 79/80 Lease G15277, SS 301 Lease G10794, SS 300 Lease G07760, SM 149 Lease G02592 | CALYPSO EXPLORATION LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers (on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |  |
| 787 | 04/01/2020 | Marketing - Transportation | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC | Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC | Fieldwood Energy LLC | SS 79/80 Lease G15277 | CALYPSO EXPLORATION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |  |  | x |
| 788 | 10/01/1982 | Marketing - Construction, Operations, Management, Ownership Agreements | Governs the Ownership and Operations of the Facility. The Facility is co-owned by two groups, Owners and Producers. Facility assets are owned in three different classes: either solely owned by Owners, co-owned by Owners and Producers or solely owned by Pr's by and between Fieldwood Energy LLC and Kinetica Partners LLC and Kinetica Partners LLC | Fieldwood Energy LLC and Kinetica Partners LLC and Kinetica Partners LLC | Fieldwood Energy LLC | SA 10 | n.a. | $0.00 | Assume and allocate pursuant Allocate Pursuant to divisive mergers Divisive Mergers |  | x |  |
| 789 | 01/01/2017 | Other Assignment / Bill of Sale (or Conveyance, Notice of Exercise) | by and between Fieldwood Energy LLC and Lamar Hunt Trust Estate Assignment made as result of Withdrawal from Operating Agreement | Fieldwood Energy LLC and Lamar Hunt Trust Estate | Fieldwood Energy LLC | SM 281 Lease G02600 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |  | x |  |
| 790 | 01/01/2017 | Other Assignment / Bill of Sale (or Conveyance, Notice of Exercise) | by and between Fieldwood Energy LLC and Lamar Hunt Trust Estate. Assignment made as result of Withdrawal from Operating Agreement | Fieldwood Energy LLC and Lamar Hunt Trust Estate | Fieldwood Energy LLC | SM 280 Lease G14656 | MP GULF OF MEXICO, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |  | x |  |
| 791 | 10/01/2017 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Mansfield Power and Gas LLC | Fieldwood Energy LLC | Fieldwood Energy LLC | n.a. | MANSFIELD POWER and GAS LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser |  |  | x |
| 792 | 02/01/2006 | Marketing - Gathering | Crude Oil Transport by and between Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 $0,000.00 | Assume and Allocate Pursuant to Credit Bid Purchaser |  |  | x |
| 793 | 03/15/2020 | Marketing - Gathering | Crude Oil Transport by and between Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC | Fieldwood Energy LLC | GC 040 Lease G34536 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser |  |  | x |
| 794 | 03/15/2020 | Marketing - Gathering | Crude Oil Transport by and between Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC | Fieldwood Energy LLC | GC 040 Lease G34536 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser |  |  | x |
| 795 | 06/01/2003 | Marketing - Gathering | Crude Oil Transport by and between Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC | Fieldwood Energy LLC | Fieldwood Energy LLC | ST 316 Lease G22762 | W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser |  |  | x |
| 796 | 09/01/2004 | Marketing - Gathering | Crude Oil Transport, by and between Fieldwood Energy LLC and Manta Ray Gathering Company LLC and Manta Ray Gathering Company LLC | Fieldwood Energy LLC | Fieldwood Energy LLC | ST 308 Lease G21685 | | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser |  |  | x |
| 797 | 04/01/2010 | Marketing - Transportation | Manta Ray firm Gathering and Dedication , Discount Rate of $.12 by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company | Fieldwood Energy LLC | Fieldwood Energy LLC | GI 116 Lease G13944, GC 065 Lease G05889, GC 108 Lease G14668, GC 109 Lease G05900 | | $0.00 $68,311.22 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers (on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |  |
| 798 | 02/01/2006 | Marketing - Transportation | Anaconda Gas Pipeline Gathering agreement; includes gas Dedication; plus 1 amendment dated 7/1/2011 by and between Fieldwood Energy LLC and Genesis Manta Ray Offshore Gathering Company; and Manta Ray Offshore Gathering Company Ray Offshore Gathering Company | Fieldwood Energy LLC | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 $176,702.20 | Assume and Allocate Pursuant to Divisive Mergers |  |  | x |
| 799 | 12/01/1992 | Marketing - Transportation | Manta Ray firm Gathering and Dedication , Discount Rate of $.02 by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company | Fieldwood Energy LLC | Fieldwood Energy LLC | ST 295 Lease G05646 | APACHE OFFSHORE INVESTMENT GP, BRISTOW US LLC, TAMPNET INC | $0.00 $47,644.22 | Assume and Allocate Pursuant to Divisive Mergers |  |  | x |
| 800 | 04/01/2000 | Marketing - Transportation | Manta Ray firm Gathering and Dedication , Discount Rate of $.06 by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company | Fieldwood Energy LLC | Fieldwood Energy LLC | GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers (on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |  |
| 801 | 12/01/2013 | Marketing - Transportation | Firm - Gathering by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company | Fieldwood Energy LLC | Fieldwood Energy LLC | ST 320 Lease G24990 | W&T OFFSHORE INC, WALTER OIL & GAS CORPORATION | $0.00 $6,011.90 | Assume and Allocate Pursuant to Divisive Mergers |  | x |  |
| 802 | 07/01/2013 | Marketing - Separation & Stabilization | Consent to assign liquids separation.7 stabilization agreement as amended dated 1/17/2001 between Manta Ray and Apache (Contract Nos. 101939, 010225 and 100989) by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | GI 116 Lease G13944, GI 110 Lease G13943 | W & T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |  | x |  |
| 803 | 04/27/2004 | Marketing - Separation & Stabilization | Oil Liquids Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | ST 295 Lease G05646 | APACHE OFFSHORE INVESTMENT GP, BRISTOW US LLC, TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |  | x |  |
| 804 | 11/01/2000 | Marketing - Separation & Stabilization | Oil Liquids Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | GI 110 Lease G13943, GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers (on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |  |
| 805 | 11/01/2000 | Marketing - Separation & Stabilization | Oil Liquids Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | GI 110 Lease G13943, GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers (on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |  |
| 806 | 03/01/2008 | Marketing - Separation & Stabilization | Oil Liquids Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | GI 110 Lease G13943, GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers (on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |  |
| 807 | 11/01/2010 | Marketing - Separation & Stabilization | LSA by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | GI 116 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers (on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |  |
| 808 | 06/01/2014 | Marketing - Separation & Stabilization | Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | GI 116 Lease G13944, GI 110 Lease G13943 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers (on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |  |
| 809 | 04/01/2018 | Marketing - Separation & Stabilization | Contract for ST 320 by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | ST 320 Lease G24990 | W&T OFFSHORE INC, WALTER OIL & GAS CORPORATION | $0.00 $7.00 | Assume and Allocate Pursuant to Divisive Mergers |  | x |  |
| 810 | 04/01/2011 | Marketing - Separation & Stabilization | Oil Liquids Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | GC 065 Lease G05889, GC 108 Lease G14668, GC 109 Lease G05900, GC 243 Lease G20051 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 $9,524.25 | Assume and Allocate Pursuant to Divisive Mergers |  |  | x |
| 811 | 04/01/2011 | Marketing - Separation & Stabilization | Liquids Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | GC 065 Lease G05889, GC 108 Lease G14668, GC 109 Lease G05900, GC 243 Lease G20051 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |  |  | x |
| 812 | 04/01/2011 | Marketing - Separation & Stabilization | LSSA by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | GC 065 Lease G05889, GC 108 Lease G14668, GC 109 Lease G05900, GC 243 Lease G20051 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |  |  | x |
| 813 | 06/08/2017 | Lease of Platform Space | by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering, L.L.C. | Fieldwood Energy LLC | Fieldwood Energy LLC | ST 295 Lease G05646 | APACHE OFFSHORE INVESTMENT GP, BRISTOW US LLC, TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |  | x |  |
| 814 | 07/11/2018 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Marathon Oil Company | Fieldwood Energy LLC | Fieldwood Energy LLC | n.a. | MARATHON OIL COMPANY | $0.00 | Assume and Allocate Pursuant to Credit Bid Purchaser |  |  | x |

| # | Date | Category | Description | Counterparty | Fieldwood Entity | Lease Info | Amount | Treatment | | | |
|---|------|----------|-------------|--------------|-----------------|-----------|--------|-----------|---|---|---|
| 815 | 05/23/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Marathon Petroleum Company LP | Fieldwood Energy LLC and Marathon Petroleum Company LP | Fieldwood Energy LLC | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 816 | 06/06/2018 | Marketing - Crude Sales | Marathon Petroleum Corporation buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company LP | Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company LP | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 817 | 07/01/2018 | Marketing - Crude Sales | Marathon Petroleum Corporation buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company LP | Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company LP | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 818 | 03/05/2014 | Marketing - Crude Sales | Marathon Petroleum Corporation buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company LP | Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company LP | Fieldwood Energy LLC | EB 158 Lease G02645, EB 159 Lease G02646, EB 160 Lease G02647, EB 165 Lease G06280, HI A-365 G02754 Lease G02754, HI A-376 G02754 Lease G02754, HI A349 Lease G02760, HI A-325 Lease G02293, HI A-595 Lease G02721, HI A-582 Lease G02719 | APACHE DEEPWATER LLC | $0.00 | Assume and assign to Divisive Mergers | x | | * |
| 819 | 11/18/2015 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and McMoRan Oil & Gas LLC | Fieldwood Energy LLC and McMoRan Oil & Gas LLC | Fieldwood Energy LLC | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 820 | 10/15/2015 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Mercuria Energy Gas Trading LLC | Fieldwood Energy LLC and Mercuria Energy Gas Trading LLC | Fieldwood Energy LLC | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 821 | 08/26/2015 | Marketing - Transportation | Murphy Lake~ Gas Transportation for Big Bend and Dantzler by and between Fieldwood Energy LLC and Murphy and Murphy | Fieldwood Energy LLC and Murphy and Murphy | Fieldwood Energy LLC | MC 696 Lease G28022, MC 782 Lease G33757, MC 742 Lease G28022 | HOUSTON ENERGY DEEPWATER VENTURES V.; RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 822 | 08/28/2015 | Marketing - Transportation | Murphy Lateral ~Gas Transportation for Big Bend and Dantzler by and between Fieldwood Energy LLC and Murphy and Murphy | Fieldwood Energy LLC and Murphy and Murphy | Fieldwood Energy LLC | MC 697 Lease G33757 | RIDGEWOOD DANTZLER LLC, TALOS EXPLORATION LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 823 | 08/26/2015 | Marketing - Transportation | Crude Oil Transport by and between Fieldwood Energy LLC and Murphy Exploration & Production Company USA and Murphy Exploration & Production Company USA | Fieldwood Energy LLC and Murphy Exploration & Production Company USA and Murphy Exploration & Production Company USA | Fieldwood Energy LLC | MC 697 Lease G28021, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V.; RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 824 | 08/28/2015 | Marketing - Transportation | Crude Oil Transport by and between Fieldwood Energy LLC and Murphy Exploration & Production Company USA and Murphy Exploration & Production Company USA | Fieldwood Energy LLC and Murphy Exploration & Production Company USA and Murphy Exploration & Production Company USA | Fieldwood Energy LLC | MC 696 Lease G28022 | HOUSTON ENERGY DEEPWATER VENTURES V.; RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 825 | 08/28/2015 | Marketing - Transportation | Crude Oil Transport by and between Fieldwood Energy LLC and Murphy Exploration & Production Company USA and Murphy Exploration & Production Company USA | Fieldwood Energy LLC and Murphy Exploration & Production Company USA and Murphy Exploration & Production Company USA | Fieldwood Energy LLC | MC 782 Lease G33757 | RIDGEWOOD DANTZLER LLC, TALOS EXPLORATION LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 826 | 04/01/2018 | Marketing - Transportation | LTA for ST 320 by and between Fieldwood Energy LLC and Nautilus Pipeline Company, L.L.C. and Nautilus Pipeline Company, L.L.C. | Fieldwood Energy LLC and Nautilus Pipeline Company, L.L.C. and Nautilus Pipeline Company, L.L.C. | Fieldwood Energy LLC | ST 320 Lease G24990 | W&T OFFSHORE INC, WALTER OIL & GAS CORPORATION | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 827 | 02/14/2020 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and NextEra Energy Power Marketing, LLC | Fieldwood Energy LLC and NextEra Energy Power Marketing, LLC | Fieldwood Energy LLC | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 828 | 08/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Niagara Mohawk Power Corporation D/B/A National Grid | Fieldwood Energy LLC and Niagara Mohawk Power Corporation D/B/A National Grid | Fieldwood Energy LLC | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 829 | 09/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and NJR Energy Services Company | Fieldwood Energy LLC and NJR Energy Services Company | Fieldwood Energy LLC | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 830 | 04/11/2018 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Noble Energy, Inc. | Fieldwood Energy LLC and Noble Energy, Inc. | Fieldwood Energy LLC | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 831 | 07/08/2011 | Marketing - Gathering | Galapagos, Gas Gathering; Okeanos Gas Dedication within Gathering plus 5 amendments-MOQ changes by and between Fieldwood Energy LLC and Okeanos Gas Gathering Company, LLC and Okeanos Gas Gathering Company, LLC | Fieldwood Energy LLC and Okeanos Gas Gathering Company, LLC and Okeanos Gas Gathering Company, LLC | Fieldwood Energy LLC | MC 519 Lease G27278, MC 562 Lease G19966, MC 563 Lease G21176 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 832 | 08/26/2015 | Marketing - Gathering | Big Bend Dantzler, Destin FT2 - plus 4 amendments-MOQ changes by and between Fieldwood Energy LLC and Okeanos Gas Gathering Company, LLC and Okeanos Gas Gathering Company, LLC | Fieldwood Energy LLC and Okeanos Gas Gathering Company, LLC and Okeanos Gas Gathering Company, LLC | Fieldwood Energy LLC | MC 696 Lease G28022, MC 742 Lease G28022 | HOUSTON ENERGY DEEPWATER VENTURES V.; RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 833 | 2/27/2015 | Marketing - Gathering | Big Bend Dantzler, Okeanos Gas Gathering, Gas Dedication within Gathering - plus 4 amendments-MOQ changes by and between Fieldwood Energy LLC and Okeanos Gas Gathering Company, LLC and Okeanos Gas Gathering Company, LLC | Fieldwood Energy LLC and Okeanos Gas Gathering Company, LLC and Okeanos Gas Gathering Company, LLC | Fieldwood Energy LLC | MC 696 Lease G28022, MC 782 Lease G33757, MC 742 Lease G28022, MC 697 Lease G33757 | HOUSTON ENERGY DEEPWATER VENTURES V.; RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 834 | 06/01/2015 | Marketing - Construction, Operations, Management, Ownership Agreements | Operator to perform the physical operations, maintenance, and repair of the High Island Pipeline System (HIPS), as well as the management and administrative functions for the HIPS | Blanton Oil and Gas, LP and Fieldwood Energy LLC and Fieldwood SD Offshore LLC and Panther Operating Company, LLC (Third Coast Midstream) | Blanton Oil and Gas, LP; Fieldwood Energy LLC; Fieldwood SD Offshore LLC | HIPS | n.a. | $0.00 | Assume and allocate pursuant Allocate Pursuant to divisive mergers Divisive Mergers | x | x | * |
| 835 | 06/01/2018 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Peoples Gas System, a division of Tampa Electric Company | Fieldwood Energy LLC and Peoples Gas System, a division of Tampa Electric Company | Fieldwood Energy LLC | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 836 | 06/18/2020 | Marketing - Crude Sales | Phillips 66 Petroleum Company buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Phillips 66 Company and Phillips 66 Company | Fieldwood Energy LLC and Phillips 66 Company and Phillips 66 Company | Fieldwood Energy LLC | GI 43 Lease 175 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 837 | 06/18/2020 | Marketing - Crude Sales | Phillips 66 Petroleum Company buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Phillips 66 Company and Phillips 66 Company | Fieldwood Energy LLC and Phillips 66 Company and Phillips 66 Company | Fieldwood Energy LLC | MP 311 Lease G02213, SP 62 Lease G01294, SP 65 Lease G01610 | EPL OIL & GAS, LLC, APACHE SHELF EXPLORATION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 838 | [Removed] | | | | | | | | | | |
| 839 | [Removed] | | | | | | | | | | |
| 840 | 10/01/2008 | Marketing - Processing | GPM +1.25 = 15%, 1.25 - 2.5 = 12.5%, >2.5 = 10% by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. | Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. | Fieldwood Energy LLC | GI 83 Lease G03793, ST 195 Lease G03593, ST 179 Lease G12020, ST 203 Lease G01269, ST 190 Lease G01261 | CLK EXPLORATION COMPANY | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | x | * |
| 841 | 11/01/2010 | Marketing - Processing | GPM +1.25 = 15%, 1.25 - 2.5 = 12.5%, >2.5 = 10% by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. | Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. | Fieldwood Energy LLC | GI 83 Lease G03793, ST 195 Lease G03593, ST 179 Lease G12020, ST 203 Lease G01269, ST 190 Lease G01261 | CLK EXPLORATION COMPANY | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | x | * |
| 842 | 07/24/2012 | Marketing - Processing | GPM +1.25 = 15%, 1.25 - 2.5 = 12.5%, >2.5 = 10% by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. | Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. | Fieldwood Energy LLC | GI 83 Lease G03793, ST 195 Lease G03593, ST 179 Lease G12020, ST 203 Lease G01269, ST 190 Lease G01261 | CLK EXPLORATION COMPANY | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | x | * |
| 843 | 05/01/2009 | Marketing - Processing | 82.9% or $.08/MMBtu by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. | Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. | Fieldwood Energy LLC | GI 116 Lease G13844, SS 189 Lease G04232 | CASTEX OFFSHORE INC, WALTER OIL & GAS CORPORATION, WALTER OIL & GAS CORPORATION, BRISTOW US LLC, W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan or the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 844 | 06/29/2010 | Marketing - Processing | 82.9% or $.08/MMBtu by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. | Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. | Fieldwood Energy LLC | GI 116 Lease G13844, SS 189 Lease G04232 | CASTEX OFFSHORE INC, WALTER OIL & GAS CORPORATION, WALTER OIL & GAS CORPORATION, BRISTOW US LLC, W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan or the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 845 | 09/01/2004 | Marketing - Transportation | Crude Oil Purchase and SaleTransport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC | ST 308 Lease G21685 | n.a. | $0.00 $10,685.94 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 846 | 04/10/2012 | Marketing - Transportation | Crude Oil Purchase and SaleTransport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC | VR 380 Lease G02580 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 847 | 05/01/2006 | Marketing - Transportation | Crude Oil Purchase and SaleTransport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 848 | 12/22/1995 | Marketing - Transportation | Crude Oil Purchase and SaleTransport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC | GI 346 Lease G14482 | BRISTOW US LLC | $0.00 $5,113.97 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 849 | 03/15/2020 | Marketing - Transportation | Crude Oil Purchase and SaleTransport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC | GC 540 Lease G34536 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 850 | 03/15/2020 | Marketing - Transportation | Crude Oil Purchase and SaleTransport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC | GC 540 Lease G34536 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 851 | 07/15/2003 | Marketing - Transportation | Crude Oil Purchase and SaleTransport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC | Fieldwood Energy LLC | ST 316 Lease G22762 | W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 852 | 02/27/2015 | Marketing - Transportation | Crude Oil Transport, by and between Fieldwood Energy LLC and Proteus Oil Pipeline Company LLC and Proteus Oil Pipeline Company Pipeline Company LLC | Fieldwood Energy LLC and Proteus Oil Pipeline Company LLC and Proteus Oil Pipeline Company LLC | Fieldwood Energy LLC | MC 696 Lease G28022, MC 742 Lease G28022, MC 782 Lease G33757 | HOUSTON ENERGY DEEPWATER VENTURES V.; RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 853 | 02/27/2015 | Marketing - Transportation | Crude Oil Transport, by and between Fieldwood Energy LLC and Proteus Oil Pipeline Company LLC and Proteus Oil Pipeline Company Pipeline Company LLC | Fieldwood Energy LLC and Proteus Oil Pipeline Company LLC and Proteus Oil Pipeline Company LLC | Fieldwood Energy LLC | MC 697 Lease G28021 | W&T OFFSHORE INC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 854 | 06/01/1998 | Marketing - Crude Sales | Producers sell Crude Oil to Questor and Questor purchases Crude Oil from Producers. Producers buy back a volume of Crude Oil at HIPS Segment till tee-in equal to their monthly production sold to Questor at the Platform. by and between Fieldwood Energy LLC and Questor Pipeline Venture and Questor Pipeline Venture | Fieldwood Energy LLC and Questor Pipeline Venture and Questor Pipeline Venture | Fieldwood Energy LLC | HI A-376 G02754 | n.a. | $0.00 | Assume and allocate pursuant Allocate Pursuant to divisive mergers Divisive Mergers | x | | |
| 855 | 05/01/2019 | Acquisition / PSA / Other Purchase or Sale Agreements | Purchase and Sale Agreement by and between Fieldwood Energy LLC and Red Willow Offshore dated 10 Jun 2019, but effective 1 May 2019 | Fieldwood Energy LLC and Red Willow Offshore | Fieldwood Energy LLC | MC 519 Lease G27278 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 856 | 03/15/2020 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Red Willow Offshore, LLC | Fieldwood Energy LLC and Red Willow Offshore, LLC | Fieldwood Energy LLC | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 857 | 03/08/2021 | Settlement / Release / Reinquishment Agreements | Release and Settlement Agreement entered into as of March 8, 2021 by and between Fieldwood Energy LLC and Renaissance Offshore LLC | Fieldwood Energy LLC and Renaissance Offshore LLC | Fieldwood Energy LLC | SP 64 Lease G01901, SP 65 Lease G01610, SS 198 Lease G13355, MP 152 Lease G01966, MP 153 Lease G01967, EI 330 Lease G02215 | RENAISSANCE OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 858 | 11/30/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Rooster Petroleum, LLC | Fieldwood Energy LLC and Rooster Petroleum, LLC | Fieldwood Energy LLC | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |

| # | Date | Category | Description | Counterparty | Lease/Property | Company | Amount | Treatment |
|---|------|----------|-------------|--------------|----------------|---------|--------|-----------|
| 859 | 03/06/2020 | Marketing - Gathering | Crude Oil Transport, by and between Fieldwood Energy LLC and Rosefield Pipeline Company LLC and Rosefield Pipeline Company LLC | Fieldwood Energy LLC and Rosefield Pipeline Company LLC and Rosefield Pipeline Company LLC | ST 49 Lease G24956, ST 53 Lease G04000, ST 67 Lease 20 | Fieldwood Energy LLC | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Merger on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 860 | 07/23/2020 | Marketing - Connection Agreement | Connection Agreement by and between Fieldwood Energy LLC and Rosefield Pipeline Company LLC and Rosefield Pipeline Company LLC | Fieldwood Energy LLC and Rosefield Pipeline Company LLC and Rosefield Pipeline Company LLC | ST 53 Lease G04000, ST 67 Lease 20 | Fieldwood Energy LLC | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Merger on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 861 | 07/23/2020 | Facilities & Tie-In Agreements | ST 49 A PLATFORM TIE-IN TO ST 49 LATERAL PIPELINE BETWEEN FIELDWOOD ENERGY LLC AND ROSEFIELD PIPELINE COMPANY, LLC | FIELDWOOD ENERGY LLC AND ROSEFIELD PIPELINE COMPANY, LLC | ST 49 Lease G24956 | Fieldwood Energy LLC | | $0.00 Assume and Allocate Pursuant to Divisive Mergers |
| 862 | 05/01/2018 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Samson Offshore Mapleleaf, LLC | Fieldwood Energy LLC and Samson Offshore Mapleleaf, LLC | n.a. | Fieldwood Energy LLC | | $0.00 Assume and Allocate Pursuant to Divisive Mergers |
| 863 | 06/01/2015 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Samson Oil & Gas USA Corp. | Fieldwood Energy LLC and Samson Oil & Gas USA Corp. | n.a. | Fieldwood Energy LLC | | $0.00 Assume and Allocate Pursuant to Divisive Mergers |
| 864 | 07/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Scana Energy Marketing, Inc. | Fieldwood Energy LLC and Scana Energy Marketing, Inc. | n.a. | Fieldwood Energy LLC | | $0.00 Assume and Allocate Pursuant to Divisive Mergers |
| 865 | 12/01/2013 | Marketing - Transportation | Searobin East - Rertgrade-Flash- Transport, IT max Rate, by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | EW 826 Lease G05800, SM 268 Lease G02310, SS 274 Lease G01039, EI 53 Lease 479, SS 189 Lease G04232 | Fieldwood Energy LLC | $5.00 / $1,032.64 | Assume and Allocate Pursuant to Divisive Mergers |
| 866 | 12/01/2013 | Marketing - Transportation | Searobin West Transport, IT max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | EI 330 Lease G02115, EI 337 Lease G03332, SM 128 Lease G02567, SM 39 Lease G16320, EI 333 Lease G02217, EI 315 Lease G02112, EI 316 Lease G05040, EC 338 Lease G02063 | ENERGY XXI GOM LLC, RENAISSANCE OFFSHORE, LLC, Arena, TANA EXPLORATION COMPANY LLC | $0.00 / $5,926.62 | Assume and Allocate Pursuant to Divisive Mergers |
| 867 | 12/01/2013 | Marketing - Transportation | Searobin West Transport, max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | EI 330 Lease G02115 | ENERGY XXI GOM LLC, RENAISSANCE OFFSHORE, LLC, Arena, TANA EXPLORATION COMPANY LLC | | $0.00 Assume and Allocate Pursuant to Divisive Mergers |
| 868 | 12/01/2013 | Marketing - Transportation | Searobin Retrograde contract, IT max rate by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | EI 330 Lease G02115, EI 337 Lease G03332, SM 128 Lease G02567, SM 39 Lease G16320, EI 333 Lease G02217, EI 315 Lease G02112, EI 316 Lease G05040 | ENERGY XXI GOM LLC, RENAISSANCE OFFSHORE, LLC, Arena, TANA EXPLORATION COMPANY LLC | $0.00 / $16.89 | Assume and Allocate Pursuant to Divisive Mergers |
| 869 | 12/01/2013 | Marketing - Transportation | Searobin East - Transport, IT max Rate, by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | SS 274 Lease G01039, SM 268 Lease G02310, EW 826 Lease G05800, ST 205 Lease G05612, EI 53 Lease 479, SS 189 Lease G04232, GI 116 Lease G13944, ST 295 Lease G05646 | ERA HELICOPTERS INC. | $5.00 / $2,583.70 | Assume and Allocate Pursuant to Divisive Mergers |
| 870 | 08/01/2018 | Marketing - Gathering | IT Retrograde contract/Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | SS 274 Lease G01039, SM 268 Lease G02310, EW 826 Lease G05800, ST 205 Lease G05612, ST 205 Lease G05613, EI 53 Lease 479, ST 195 Lease G03583, SS 189 Lease G04232, GI 116 Lease G13944, ST 295 Lease G05646 | ERA HELICOPTERS INC. | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Merger on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 871 | 12/01/2013 | Marketing - Transportation | Searobin East - PTR - Transport, IT max Rate, by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | SS 274 Lease G01039, SM 268 Lease G02310, EW 826 Lease G05800, ST 205 Lease G05612, EI 53 Lease 479, EI 316 Lease G05040, EC 338 Lease G02063, EI 361 Lease G02324 | ERA HELICOPTERS INC., MARATHON OIL COMPANY, W & T ENERGY VI LLC, ERA HELICOPTERS INC., TRUNKLINE GAS CO LLC | $5.00 / $3,262.74 | Assume and Allocate Pursuant to Divisive Mergers |
| 872 | 12/01/2013 | Marketing - Transportation | Searobin East - Transport, IT Discount Life of reserves at ST 292 (FW production- GI 116, ST 295) by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | GI 116 Lease G13944, ST 295 Lease G05646 | W & T OFFSHORE INC | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Merger on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 873 | 12/01/2013 | Marketing - Transportation | Searobin East - Transport, IT max Rate, by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | GI 116 Lease G13944 | W & T OFFSHORE INC | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Merger on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 874 | 01/01/2017 | Marketing - Transportation | Searobin East - Transport, IT Discount Life of reserves at ST 292 (FW production- GI 116, ST 295) by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | GI 116 Lease G13944, ST 295 Lease G05646 | W & T OFFSHORE INC | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Merger on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 875 | 01/01/2017 | Marketing - Transportation | Searobin East - PTR Transport, IT Discount Life of reserves at ST 292 (FW production- GI 116, ST 295) by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | GI 116 Lease G13944, ST 295 Lease G05646 | W & T OFFSHORE INC | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Merger on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 876 | 05/01/2003 | Marketing - Transportation | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | CC 261 Lease G00971 | | Fieldwood Energy LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 877 | 05/01/2015 | Marketing - Transportation | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | GI 93 Lease 228 | | Fieldwood Energy LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 878 | 05/01/2015 | Marketing - Transportation | Amendment No. 2 to LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | ST 161 Lease G21248, ST 203 Lease G01289, EW 826 Lease G05800, GI 78 Lease G02161, EI 53 Lease 479, ST 160 Lease G02628, GI 94 Lease G02163, SM 268 Lease G02310, SS 189 Lease G04232, SS 274 Lease G01039, ST 179 Lease G12020, ST 291 Lease G16455, SM 268 Lease G02310, GI 83 Lease G00753, ST 195 Lease G03583, ST 205 Lease G05612, ST 206 Lease G05613 | | Fieldwood Energy LLC | | $0.00 Assume and Allocate Pursuant to Divisive Mergers |
| 879 | 02/01/2018 | Marketing - Transportation | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | EW 826 Lease G05800, SS 189 Lease G04232, ST 205 Lease G05612, ST 206 Lease G05613, EI 53 Lease 479, GI 78 Lease G02161 | APACHE DEEPWATER LLC, WALTER OIL & GAS CORPORATION, W & T OFFSHORE INC | $5.00 / $3,795.05 | Assume and Allocate Pursuant to Divisive Mergers |
| 880 | 02/01/2018 | Marketing - Transportation | Liquid Hydrocarbon Transportation Agreement by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | EW 826 Lease G05800, SS 189 Lease G04232, ST 205 Lease G05612, ST 206 Lease G05613, EI 53 Lease 479, GI 78 Lease G02161 | APACHE DEEPWATER LLC, WALTER OIL & GAS CORPORATION, W & T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 881 | 05/01/2001 | Marketing - Separation & Stabilization | Retrograde Condensate Separation by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | EI 53 Lease 479, SS 189 Lease G04232, SS 274 Lease G01039 | ENVEN ENERGY VENTURES LLC | $5.00 / $1,313.69 | Assume and Allocate Pursuant to Divisive Mergers |
| 882 | 05/01/2015 | Marketing - Transportation | Amendment No. 2 by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | EI 53 Lease 479 | ENVEN ENERGY VENTURES LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 883 | 10/01/2004 | Marketing - Separation & Stabilization | LSA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | ST 205 Lease G05612, ST 206 Lease G05613 | MARATHON OIL COMPANY, W & T ENERGY VI LLC, ERA HELICOPTERS INC., TRUNKLINE GAS CO LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 884 | 10/01/2004 | Marketing - Separation & Stabilization | Liquid Hydrocarbons Injector by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | ST 205 Lease G05612, ST 206 Lease G05613 | MARATHON OIL COMPANY, W & T ENERGY VI LLC, ERA HELICOPTERS INC., TRUNKLINE GAS CO LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 885 | 09/01/2006 | Marketing - Separation & Stabilization | Liquid Hydrocarbon Separation Agreement by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | ST 205 Lease G05612, ST 206 Lease G05613, ST 291 Lease G16455 | MARATHON OIL COMPANY, W & T ENERGY VI LLC, ERA HELICOPTERS INC., TRUNKLINE GAS CO LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 886 | 01/01/2011 | Marketing - Separation & Stabilization | Liquid Hydrocarbon Separation Agreement by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | ST 205 Lease G05612, ST 206 Lease G05613, ST 291 Lease G16455 | MARATHON OIL COMPANY, W & T ENERGY VI LLC, ERA HELICOPTERS INC., TRUNKLINE GAS CO LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 887 | 06/01/2011 | Marketing - Separation & Stabilization | Liquid Hydrocarbon Separation Agreement by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | ST 205 Lease G05612, ST 206 Lease G05613, ST 291 Lease G16455 | MARATHON OIL COMPANY, W & T ENERGY VI LLC, ERA HELICOPTERS INC., TRUNKLINE GAS CO LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 888 | 01/19/2012 | Marketing - Separation & Stabilization | Liquid Hydrocarbon Separation Agreement by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | ST 205 Lease G05612, ST 206 Lease G05613, ST 291 Lease G16455 | MARATHON OIL COMPANY, W & T ENERGY VI LLC, ERA HELICOPTERS INC., TRUNKLINE GAS CO LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 889 | 09/01/2012 | Marketing - Separation & Stabilization | Retrograde Condensate Separation by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | ST 205 Lease G05612, ST 206 Lease G05613, SS 274 Lease G01039, GI 94 Lease G02163, ST 291 Lease G16455, SM 268 Lease G02310, ST 161 Lease G21248, ST 160 Lease G02628, ST 203 Lease G01289, ST 179 Lease G12020, ST 291 Lease G16455, EW 826 Lease G05800, GI 93 Lease G00828, GI 83 Lease G00753 | MARATHON OIL COMPANY, W & T ENERGY VI LLC, ERA HELICOPTERS INC., TRUNKLINE GAS CO LLC | | $0.00 Assume and Allocate Pursuant to Divisive Mergers |
| 890 | 05/01/2015 | Marketing - Transportation | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | ST 205 Lease G05612, ST 206 Lease G05613, EI 53 Lease 479 | MARATHON OIL COMPANY, W & T ENERGY VI LLC, ERA HELICOPTERS INC., TRUNKLINE GAS CO LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 891 | 03/01/2018 | Marketing - Separation & Stabilization | Retrograde Condensate Separation Amendment Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | ST 205 Lease G05612, ST 206 Lease G05613, EW 826 Lease G05800, GI 78 Lease G02161, SM 268 Lease G02310, SS 189 Lease G04232, SS 274 Lease G01039, EI 53 Lease 479, GI 83 Lease G00753 | MARATHON OIL COMPANY, W & T OIL & GAS LLC, PIQUANT INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 892 | 05/05/2006 | Marketing - Transportation | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | CC 261 Lease G00971, EC 278 Lease G00974 | TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 893 | 07/01/2010 | Marketing - Transportation | Amendment No. 2 for LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | CC 261 Lease G00971, EC 278 Lease G00974, EI 333 Lease G02317 | TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 894 | 06/17/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Sempra Midstream Services, Inc. | Fieldwood Energy LLC and Sempra Midstream Services, Inc. | n.a. | Fieldwood Energy LLC | | $0.00 Assume and Allocate Pursuant to Divisive Mergers |

| # | Date | Category | Description | Counterparty | Debtor | Lease Details | Third Party | Amount | Treatment | | | | |
|---|------|----------|-------------|--------------|--------|---------------|-------------|--------|-----------|---|---|---|---|
| 896 | 03/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase for Natula Gas by and between Fieldwood Energy LLC and Sequent Energy Management, L.P. | Fieldwood Energy LLC and Sequent Energy Management, L.P. | Fieldwood Energy LLC | | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 897 | 08/19/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | WC 485 Lease G02220, EI 337 Lease G03332, SM 39 Lease G16320, SM 40 Lease G13607 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 898 | 08/19/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | VR 380 Lease G02580, EI 211 Lease G05502, EI 212 Lease G05503, SM 149 Lease G02592, EI 53 Lease 479, EI 53 Lease 479, EI 76 Lease G02161, SM 106 Lease G02278, GI 63 Lease G03793, EI 346 Lease G14492, SS 193 Lease G10775, SS 204 Lease G01520, SS 208 Lease G01522, SS 216 Lease G01524, SM 268 Lease G02310, SS 169 Lease G04202, EW 826 Lease G05800, SS 274 Lease G01029, ST 206 Lease G05013, SS 207 Lease G01523, SS 216 Lease G01524, GA 210 Lease G25624, HI 206 Lease G20660, VR 328 Lease G02106, WC 110 Lease 81, WC 295 Lease G24730, EI 188 Lease 443, SS 79/80 Lease G15277 | | $0.00 Assume and () assign to Credit Bid Purchaser pursuant to the Plan and the Credit Bid Purchase Agreement) or Assumed Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | x | x |
| 899 | 08/19/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | SS 169 Lease 820, SS 178 Lease G05551, SS 176 Lease G33640, SS 177 Lease 590, VR 332 Lease G06514, VR 333 Lease G14417, VR 315 Lease G24215, VR 272 Lease G23829 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | x | x |
| 900 | 08/19/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | MC 563 Lease G21176 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 901 | 08/19/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | MC 474 Lease G35825 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 902 | 09/01/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | VR 78 Lease G04421 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 903 | 08/19/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | WC 519 Lease G27278 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 904 | 08/19/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | SM 128 Lease G02587, EI 333 Lease G02317, EI 315 Lease G02112, EI 316 Lease G05040, EI 307 Lease G02110 | ENERGY XXI GOM LLC, SHELL PIPELINE COMPANY LP, TRUNKLINE GAS CO LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 905 | 08/19/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | SM 128 Lease G02587, VR 196 Lease G19760, VR 229 Lease G27070 | ENERGY XXI GOM LLC, SHELL PIPELINE COMPANY LP, TRUNKLINE GAS CO LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 906 | 08/18/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | MP 310 Lease G04126, MC 108 Lease G09777, MC 110 Lease G18192, MP 296 Lease G01673, WD 79, WD 80 Lease G01674, ST 53 Lease G04000, SS 193 Lease G10917, SM 105 Lease G17008, SM 106 Lease G02279, MC 311 Lease G02968, EC 349 Lease G14385, MC 708 Lease G14389, EC 352 Lease G04473, EC 52 Lease 17075, BS 25 Lease G21442, EI 32 Lease 166, WC 498 Lease G03520, WD 75 Lease G01085, WD 90 Lease 840 | TALOS ENERGY OFFSHORE, LLC, HE&D OFFSHORE LP, COX OPERATING LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 907 | 08/14/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | HI A-550 Lease G04081, WC 65 Lease G02825, WC 66 Lease G02826 | TAMPNET INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | x |
| 908 | 08/13/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | SA A133 Lease G02665, BA A105 Lease G01757 | W & T ENERGY VI LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 909 | 08/19/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | HI 129 Lease G01948, HI 179 Lease G03236, EI 224 Lease G05504, SS 129 Lease G12941, SS 198 Lease 593, EC 338 Lease G02063, EI 361 Lease G02304 | W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, HELIS OIL & GAS CO, CALYPSO EXPLORATION LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 910 | 08/11/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | PL 10 Lease G02825, SS 253 Lease G01071, SS 354 Lease G15212, EI 188 Lease G01220, SS 354 Lease G15312, EI 214 Lease 828, SS 91 Lease G02919, SS 91 Lease G02919, VR 225 Lease G02220, ST 316 Lease G02782, SS 354 Lease G15312, VR 272 Lease G23825, EI 158 Lease G02120, ST 316 Lease G02762, SS 214 Lease 828, PL 10 Lease G02925, EI 126 Lease 52, EI 120 Lease 50, VR 315 Lease G04215, SS 253 Lease G01031, SS 233 Lease G01528, VR 313 Lease G01172 | WALTER OIL & GAS CORPORATION, MCMORAN OIL & GAS LLC, RIDGEWOOD ENERGY CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 911 | 08/14/2020 | Marketing - Crude Sales | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company | Fieldwood Energy LLC | ST 311 Lease G31418, ST 320 Lease G24990 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 912 | 09/22/2017 | Marketing - Gas Sales | Base Contract for Sale and Purchase for Natula Gas by and between Fieldwood Energy LLC and Sierentz Global Merchants LLC | Fieldwood Energy LLC and Sierentz Global Merchants LLC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 913 | 05/01/2020 | Marketing - Gas Sales | Base Contract for Sale and Purchase for Natula Gas by and between Fieldwood Energy LLC and South Jersey Resources Group, LLC | Fieldwood Energy LLC and South Jersey Resources Group, LLC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 914 | 09/10/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Southern Company Services, Inc | Fieldwood Energy LLC and Southern Company Services, Inc | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 915 | 05/21/2018 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Southwest Energy, LP | Fieldwood Energy LLC and Southwest Energy, LP | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 916 | 08/07/2018 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Spire Marketing Inc. | Fieldwood Energy LLC and Spire Marketing Inc. | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 917 | 02/01/1995 | Marketing - Transportation | Stingray - Vr 371 Lateral agreement with Reserve Dedication of Block 371, VR 362, -&-36 by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating) | Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating) | Fieldwood Energy LLC | VR 371 Lease G06524 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 918 | 01/01/2012 | Marketing - Transportation | Stinray - HI 350, WC 144 WC269 & 10 discount. Reserve Dedication agreement 310374 by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating) | Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating) | Fieldwood Energy LLC | HI A350 Lease G02428, HI A350 Lease G02428, HI A350 Lease G02428 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 919 | 12/01/2003 | Marketing - Transportation | Stingray Reserve Dedication VR Block 328 $.10 by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating) | Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating) | Fieldwood Energy LLC | VR 326 Lease G02106 | HELIS OIL & GAS COMPANY LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| ~~920~~ | ~~12/01/2003~~ | ~~Marketing - Construction, Operations, Management, Ownership Agreements~~ | ~~Provides for the construction and operation of the onshore separation facility which is connected to the facility at Stingray Pipeline Company and which processes contains gas from the Fieldwood Operating Energy LLC and transported by Stingray by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC and Stingray Pipeline Company LLC (MCP Operating)~~ | ~~Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating)~~ | ~~Fieldwood Energy LLC~~ | ~~WC 268 Lease G02986, WC 488 Lease G02220, WC 627 Lease G02849~~ | ~~MCMORAN OIL & GAS LLC~~ | ~~$0.00 Assume and Allocate Pursuant to Divisive Mergers~~ | | x | | |
| 921 | 01/01/2010 | Marketing - Transportation | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC and Stingray Pipeline Company LLC | Fieldwood Energy LLC and Stingray Pipeline Company LLC and Stingray Pipeline Company LLC | Fieldwood Energy LLC | HI A350 Lease G02428, WC 144 Lease G01953, WC 172 Lease G01998 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 922 | 02/01/1995 | Marketing - Transportation | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC and Stingray Pipeline Company LLC | Fieldwood Energy LLC and Stingray Pipeline Company LLC and Stingray Pipeline Company LLC | Fieldwood Energy LLC | VR 326 Lease G02986 | HELIS OIL & GAS COMPANY LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 923 | 01/01/2012 | Marketing - Transportation | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC and Stingray Pipeline Company LLC | Fieldwood Energy LLC and Stingray Pipeline Company LLC and Stingray Pipeline Company LLC | Fieldwood Energy LLC | VR 326 Lease G02106 | HELIS OIL & GAS COMPANY LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 924 | 10/01/2009 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Superior Natural Gas Corporation | Fieldwood Energy LLC and Superior Natural Gas Corporation | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 925 | 11/02/2010 | Marketing - Construction, Operations, Management, Ownership Agreements | SP 49 Pipeline LLC (the "Entity"), an limited liability company, was formed on November 2, 2010 by Apache GOM Pipeline, Inc. (succeeded by FW GOM Pipeline, Inc), Energy XXI GOM LLC, and Stone Energy Offshore, L.L.C. (succeeded by Talos Resources LLC). Then by and between Fieldwood Energy LLC and Talos Resources LLC and Energy XXI GOM, LLC and Talos Resources LLC and Energy XXI GOM, LLC | Fieldwood Energy LLC and Talos Resources LLC and Energy XXI GOM, LLC | Fieldwood Energy LLC (FW GOM Pipeline, Inc.) | WC 110 Lease G18192 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) or Assumed Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 926 | 09/16/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Tammany Oil & Gas LLC | Fieldwood Energy LLC and Tammany Oil & Gas LLC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 927 | 06/01/2018 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Targa Electric Company | Fieldwood Energy LLC and Targa Electric Company | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 928 | 06/19/2014 | Confidentiality Agreements | Consent to Disclose by and between Fieldwood Energy LLC and Targa Exploration Company LLC - BS 25 and other properties | Fieldwood Energy LLC and Targa Exploration Company LLC | Fieldwood Energy LLC | BS 25 Lease 19718, BS 25 Lease G31442, EI 315 Lease G24912, EI 342 Lease G02319, VR 229 Lease G27070 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| 929 | 03/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Targa Gas Marketing LLC | Fieldwood Energy LLC and Targa Gas Marketing LLC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | |
| ~~930~~ | ~~01/01/2014~~ | ~~Marketing - Transportation~~ | ~~A Gathering by and between Fieldwood Energy LLC and Targa Midstream Services and Targa Midstream Services~~ | ~~Fieldwood Energy LLC and Targa Midstream Services and Targa Midstream Services~~ | ~~Fieldwood Energy LLC~~ | ~~WD 71 Lease 244, WC 202 Lease G04816~~ | | ~~$0.00 Assume and assign to Credit Bid Purchaser~~ | | | x | |
| ~~931~~ | ~~01/01/2014~~ | ~~Marketing - Transportation~~ | ~~Pelican Pipeline by and between Fieldwood Energy LLC and Targa Midstream Services and Targa Midstream Services~~ | ~~Fieldwood Energy LLC and Targa Midstream Services and Targa Midstream Services~~ | ~~Fieldwood Energy LLC~~ | ~~HI 120 Lease G31948, WC 202 Lease G04816~~ | ~~W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC~~ | ~~$0.00 Assume and Allocate Pursuant to Divisive Mergers~~ | | x | | |
| 932 | 09/01/2005 | Marketing - Processing | POL DEPENDENT ON GPm by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | SP 60 Lease G02137, SP 61 Lease G01608 | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) or Assumed Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 933 | 08/01/2007 | Marketing - Processing | POL depending on GPM plus FEE $.10 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | WD 34 Lease G03414, ST 148 Lease G01960 | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) or Assumed Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| ~~934~~ | ~~01/01/2014~~ | ~~Marketing - Processing~~ | ~~A Gathering by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP~~ | ~~Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP~~ | ~~Fieldwood Energy LLC~~ | ~~WD 71 Lease 244, WC 202 Lease G04816~~ | | ~~$0.00 Assume and assign to Credit Bid Purchaser~~ | | | x | |
| ~~935~~ | ~~01/01/2014~~ | ~~Marketing - Processing~~ | ~~POL GPm plus $.10(Btu/lease by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP~~ | ~~Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP~~ | ~~Fieldwood Energy LLC~~ | ~~WC 71 Lease 244, WC 202 Lease G04816, ST 148 Lease G01960~~ | | ~~$0.00 Assume and Allocate Pursuant to Divisive Mergers~~ | | x | | |

| # | Date | Category | Description | Parties | Counterparty | Leases | Company | Amount / Treatment | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 936 | | Marketing - Processing | Greater of 87%/13% or $.08 by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | | Fieldwood Energy LLC | WD 71 Lease 246, WD 102 Lease 247 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | • | |
| 937 | | Marketing - Processing | Greater of 87%/13% or $.08 by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | | Fieldwood Energy LLC | WD 71 Lease 246, WD 102 Lease 247 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | • | |
| 938 | | Marketing - Processing | POL depending on GPM plus FEE $.13 MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | • | • |
| 939 | | Marketing - Processing | POL depending on GPM plus FEE $.13 MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | • | • |
| 940 | | Marketing - Processing | POL depending on GPM plus FEE $.13 MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | • | • |
| 941 | | Marketing - Processing | POL depending on GPM plus FEE $.13 MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | • | • |
| 942 | | Marketing - Processing | POL depending on GPM plus FEE $.13 MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | • | • |
| 943 | | Marketing - Processing | POL depending on GPM plus FEE $.13 MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | • | • |
| 944 | | Marketing - Processing | POL depending on GPM plus FEE $.13 MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | | Fieldwood Energy LLC | WD 41 Lease G01073, GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | • | • |
| 945 | 02/01/2013 | Marketing - Processing | GREATER OF FEE POL 85%/15% OR $.15 / MMBTU PLUS dga FEE by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and ~~Venice Energy Services Company, L.L.C.~~ | Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | GI 47 Lease 133, SS 198 Lease 593, GI 48 Lease 134, SM 106 Lease G02275, SP 75 Lease G05051, EI 224 Lease G03504, SS 129 Lease G12941, SS 130 Lease 453 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |
| 946 | 02/01/2013 | Marketing - Processing | GREATER OF FEE POL 85%/15% OR $.15 / MMBTU PLUS dga FEE by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and ~~Venice Energy Services Company, L.L.C.~~ | Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | GI 43 Lease 175, ST 53 Lease G04000, VR 229 Lease G27070, GI 32 Lease 174, GI 36 Lease 126, GI 40 Lease 128, GI 41 Lease 129, GI 42 Lease 131, GI 44 Lease 176, GI 46 Lease 132, GI 52 Lease 177, WD 94 Lease 839, WD 95 Lease G01497, WD 96 Lease G01498, GI 43 Lease 175, GI 47 Lease 133, GI 48 Lease 134 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |
| 947 | 04/01/2013 | Marketing - Processing | Greater of Fee or POL (85%/15%) min Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual escalation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | GI 32 Lease 174, GI 39 Lease 126, GI 40 Lease 128, GI 41 Lease 129, GI 42 Lease 131, GI 44 Lease 176, GI 46 Lease 132, GI 47 Lease 133, GI 52 Lease 177, WD 94 Lease 839, WD 95 Lease 176, WD 95 Lease G01497, WD 96 Lease 182, WD 71 Lease 838, WD 94 Lease 839, WD 95 Lease G01497, WD 96 Lease G01498 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |
| 948 | 04/01/2013 | Marketing - Processing | Greater of Fee or POL (85%/15%) min Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual escaltion) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | GI 43 Lease 175 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x |
| 949 | ~~05/17/2013~~ 06/01/2014 | Marketing - Processing | GREATER OF FEE OR POL 85%/15% OR $.15 / MMBTU PLUS dga FEE by and between Fieldwood Energy LLC and ~~TARGA MIDSTREAM SERVICES LP~~ ~~Venice Energy Services Company, L.L.C.~~ | | Fieldwood Energy LLC | WD 86 Lease G02934, SP 87 Lease G07795, SP 89 Lease G01618 | ARENA OFFSHORE LP | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x |
| 950 | 01/01/1998 | Marketing - Processing | POL+ 85%/15% by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | WD 79, WD 80 Lease G01674, WD 80 Lease G01989 | TAMPNET INC, VENICE GATHERING SYSTEMS | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 951 | 05/01/2010 | Marketing - Processing | POL+ 85%/15% by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | WD 79, WD 80 Lease G01674, WD 80 Lease G01989 | TAMPNET INC, VENICE GATHERING SYSTEMS | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 952 | 05/01/2011 | Marketing - Processing | POL+ 85%/15% by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | WD 79, WD 80 Lease G01674, WD 80 Lease G01989 | TAMPNET INC, VENICE GATHERING SYSTEMS | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 953 | 1/12/2012 as amended 5/1/2015 | Marketing - Processing | Greater of Fee or POL (90%/20%) min Fee $.15 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual escalation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP | Fieldwood Energy LLC | SS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 954 | 06/10/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Tenaska Marketing Ventures | Fieldwood Energy LLC and Tenaska Marketing Ventures | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 955 | 12/01/2013 | Marketing - Transportation | IT Transport Contract by and between Fieldwood Energy LLC and Texas Eastern and Texas Eastern | Fieldwood Energy LLC and Texas Eastern and Texas Eastern | Fieldwood Energy LLC | CA 43 Lease G32268, VK 113 Lease G16535, EC 14 Lease G16572, SP 87 Lease G07795, SP 89 Lease G01618, VR 261 Lease G03328, VR 265 Lease G21955 | CASTEX OFFSHORE INC, PEREGRINE OIL AND GAS II LLC, CHEVRON USA INC, EPL OIL & GAS, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | • |
| 956 | 12/01/2013 | Marketing - Transportation | IT Transport Contract by and between Fieldwood Energy LLC and Texas Eastern and Texas Eastern | Fieldwood Energy LLC and Texas Eastern and Texas Eastern | Fieldwood Energy LLC | SS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 957 | 12/01/2013 | Marketing - Transportation | IT Transport Contract by and between Fieldwood Energy LLC and Texas Eastern and Texas Eastern | Fieldwood Energy LLC and Texas Eastern and Texas Eastern | Fieldwood Energy LLC | SS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 958 | 04/01/2015 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Texla Energy Management, Inc. | Fieldwood Energy LLC and Texla Energy Management, Inc. | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 959 | 08/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and The Brooklyn Union Gas Company D/B/A National Grid NY | Fieldwood Energy LLC and The Brooklyn Union Gas Company D/B/A National Grid NY | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 960 | 04/29/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and The Energy Authority, Inc. | Fieldwood Energy LLC and The Energy Authority, Inc. | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 961 | 08/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and The Narragansett Electric Company D/B/A National Grid | Fieldwood Energy LLC and The Narragansett Electric Company D/B/A National Grid | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 962 | 05/01/2016 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and TOTAL Gas & Power North America, Inc. | Fieldwood Energy LLC and TOTAL Gas & Power North America, Inc. | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 963 | 01/26/2015 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and TrailStone NA Logistics, LLC | Fieldwood Energy LLC and TrailStone NA Logistics, LLC | Fieldwood Energy LLC | n.a. | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 964 | 12/01/2013 | Marketing - Transportation | IT Transport Contract by and between Fieldwood Energy LLC and Transco and Transco | Fieldwood Energy LLC and Transco and Transco | Fieldwood Energy LLC | MC 904 Lease G36066 | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 965 | 12/01/2014 | Marketing - Transportation | Plant Flash Gas by and between Fieldwood Energy LLC and Transco and Transco | Fieldwood Energy LLC and Transco and Transco | Fieldwood Energy LLC | VR 78 Lease G04421 | | $0.00 Assume and assign to Credit Bid Purchaser | | x |

| | Date | Category | Description | Counterparty Contract | Debtor | Lease | Counterparty | Cure Amount | Assumption / Divisive Merger | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 966 | 12/01/2013 | Marketing - Transportation | IT Transport Contract by and between Fieldwood Energy LLC and Transco and Transco | Fieldwood Energy LLC and Transco and Transco | Fieldwood Energy LLC | MC 948 Lease G28030, MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G32363, MC 993 Lease G32363 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 967 | 12/01/2013 | Marketing - Transportation | IT Transport Contract by and between Fieldwood Energy LLC and Transco and Transco | Fieldwood Energy LLC and Transco and Transco | Fieldwood Energy LLC | BA A133 Lease G20985, BA 491 Lease G01757, GA 210 Lease G25524, HI 206 Lease G20990, HI 179 Lease G03236, WC 110 Lease B1, SS 354 Lease G15312... | W & T OFFSHORE VI LLC; LOUISIANA LAND & EXPLORATION CO; MCMORAN OIL & GAS LLC; RIDGEWOOD ENERGY CORPORATION | $0.00 | Assume and assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | x | x |
| 968 | 12/01/2013 | Marketing - Transportation | ISCT Contract by and between Fieldwood Energy LLC and Transco and Transco | Fieldwood Energy LLC and Transco and Transco | Fieldwood Energy LLC | MO 826 Lease G28176, VK 251 Lease O10930 | W & T OFFSHORE INC, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 969 | ~~09/01/2010~~ 12/01/1995 | Marketing - Gathering | ~~Condensate and Condensate Flash Vapors~~ Measurement and Allocation of Condensate and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G20985, BA 491 Lease G06069 | ERA HELICOPTERS INC., TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 970 | 02/10/2014 | Marketing - Transportation | Injected and Retrograde Condensate Transportation and Btu Reduction Make-up Agreement by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G20985, BA 491 Lease G06069 | ERA HELICOPTERS INC., TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 971 | 07/01/2014 | Marketing - Gathering | Measurement and Allocation of Condensate by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G20985, BA 491 Lease G06069 | ERA HELICOPTERS INC., TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 972 | 04/08/2010 | Marketing - Transportation | Liquid Transportation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC formerly Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC Transcontinental Gas | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC formerly Transcontinental Gas Pipe Line Company LLC Transcontinental Gas | Fieldwood Energy LLC | SA 10 Lease G00958 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 973 | 11/01/2007 | Marketing - Transportation | Liquid Transportation BTU Makeup by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC | EI 126 Lease 52, PL 10 Lease G02925, SS 214 Lease 828, SS 253 Lease G01031, VR 313 Lease G01172, EI 158 Lease G01220, SS 233 Lease G01528, VR 315 Lease G04215, ST 314 Lease G22762, VR 272 Lease G23829, SS 91 Lease G02919, SS 354 Lease G15312 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | x |
| 974 | 07/01/2008 | Marketing - Transportation | Liquid Transportation BTU Makeup by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC | BA 491 Lease G06069 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x |
| 975 | 08/06/1997 | Marketing - Transportation | Liquid Transportation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC | HI 179 Lease G03236 | ARENA ENERGY LP, Transcontinental Gas Pipeline Co LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 976 | 09/27/1993 | Marketing - Transportation | Liquid Transportation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G20985, BA 491 Lease G06069, GA 210 Lease G25524, HI 179 Lease G03236, HI 206 Lease G20990, WC 110 Lease B1, SS 354 Lease G15312, VR 78 Lease G04421 | ERA HELICOPTERS INC., TAMPNET INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | x |
| 977 | 11/01/2007 | Marketing - Transportation | Liquid Transportation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G20985, BA 491 Lease G06069, GA 210 Lease G25524, HI 179 Lease G03236, HI 206 Lease G20990, WC 110 Lease B1, VR 78 Lease G04421 | ERA HELICOPTERS INC., TAMPNET INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | x |
| 978 | 01/22/2013 | Marketing - Transportation | Liquid Transportation by and between Fieldwood Energy LLC and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) | Fieldwood Energy LLC and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G20985, BA 491 Lease G06069, GA 210 Lease G25524, HI 179 Lease G03236, HI 206 Lease G20990, WC 110 Lease B1, VR 78 Lease G04421 | ERA HELICOPTERS INC., TAMPNET INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | x |
| 979 | 08/07/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and United Energy Trading, LLC | Fieldwood Energy LLC and United Energy Trading, LLC | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 980 | ~~12/01/2004~~ 03/01/2006 | Marketing - Other | Provides for certain monitoring, maintenance and repairs for the South Pass Dehydration Facility on behalf of Owners by and between Fieldwood Energy LLC and Venice Energy Services Company LLC (Targa Resources) and Venice Energy Services Company LLC (Targa Resources) | Fieldwood Energy LLC and Venice Energy Services Company LLC (Targa Resources) and Venice Energy Services Company LLC (Targa Resources) | Fieldwood Energy LLC | SP 89 Lease G01618, WD 86 Lease G02934, WD 128 Lease G10883, WD 104 Lease 841 | TALOS ERT LLC, THE LOUISIANA LAND & EXPL CO LLC, SANARE ENERGY PARTNERS, LLC, Texas Eastern Transmission / Spectra Energy | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 981 | 08/13/1997 | Marketing - Transportation | Venice Gathering Firm Transport with Discount § 05, ST-148 by and between Fieldwood Energy LLC and Venice Gathering System, L.L.C. and Venice Gathering System, L.L.C. | Fieldwood Energy LLC and Venice Gathering System, L.L.C. | Fieldwood Energy LLC | ST 148 Lease G01960 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 982 | 12/17/1997 | Marketing - Transportation | Venice Gathering Firm Transport with Discount § 05, ST-148 by and between Fieldwood Energy LLC and Venice Gathering System, L.L.C. and Venice Gathering System, L.L.C. | Fieldwood Energy LLC and Venice Gathering System, L.L.C. | Fieldwood Energy LLC | ST 148 Lease G01960 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 983 | 10/01/2019 | Marketing - Transportation | FT -2 Transport by and between Fieldwood Energy LLC and Venice Gathering and Venice Gathering | Fieldwood Energy LLC and Venice Gathering and Venice Gathering | Fieldwood Energy LLC | WD 79, WD 80 Lease G01674, ST 148 Lease G01960 | TAMPNET INC, VENICE GATHERING SYSTEMS | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | | | |
| 984 | 12/15/1997 | Marketing - Transportation | Venice Gathering Firm Transport with Discount § 05, ST-148 by and between Fieldwood Energy LLC and Venice Gathering System, L.L.C. and Venice Gathering System, L.L.C. | Fieldwood Energy LLC and Venice Gathering System, L.L.C. | Fieldwood Energy LLC | ST 148 Lease G01960 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 985 | 04/01/2003 | Marketing - Gathering | GC 45, WD 41 by and between Fieldwood Energy LLC and Venice Gathering System, L.L.C. and Venice Gathering System, L.L.C. | Fieldwood Energy LLC and Venice Gathering System, L.L.C. | Fieldwood Energy LLC | WD 41 Lease G01073 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 986 | 11/01/2010 | Marketing - Gathering | Venice Gathering, Max Rate by and between Fieldwood Energy LLC and Venice Gathering System, L.L.C. and Venice Gathering System, L.L.C. | Fieldwood Energy LLC and Venice Gathering System, L.L.C. | Fieldwood Energy LLC | WD 41 Lease G01073 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 987 | 12/16/1997 | Marketing - Transportation | Venice Gathering Firm Transport with Discount § 05, WD 79 by and between Fieldwood Energy LLC and Venice Gathering System, L.L.C. and Venice Gathering System, L.L.C. | Fieldwood Energy LLC and Venice Gathering System, L.L.C. | Fieldwood Energy LLC | WD 79, WD 80 Lease G01674 | TAMPNET INC, VENICE GATHERING SYSTEMS | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | | |
| 988 | 01/01/2001 | Marketing - Transportation | Venice Gathering Firm transport Max rate WD 79 by and between Fieldwood Energy LLC and Venice Gathering System, L.L.C. and Venice Gathering System, L.L.C. | Fieldwood Energy LLC and Venice Gathering System, L.L.C. | Fieldwood Energy LLC | WD 79, WD 80 Lease G01674 | TAMPNET INC, VENICE GATHERING SYSTEMS | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 989 | 03/31/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and W&T Offshore, Inc. | Fieldwood Energy LLC and W&T Offshore, Inc. | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 990 | 09/14/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Washington Gas Light Company | Fieldwood Energy LLC and Washington Gas Light Company | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 991 | 09/10/1990 | Marketing - Gathering | Gathering Agreement - Discount for BA 491 by and between Fieldwood Energy LLC and WFS and WFS | Fieldwood Energy LLC and WFS and WFS | Fieldwood Energy LLC | BA 491 Lease G06069 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 992 | 09/01/2009 | Marketing - Terminaling | Terminaling Agreement by and between Fieldwood Energy LLC and WFS-Liquid Company and WFS-Liquid Company | Fieldwood Energy LLC and WFS-Liquid Company and WFS-Liquid Company | Fieldwood Energy LLC | SM 48 Lease G01198, SM 132 Lease G02202, ST 316 Lease G22762, SS 145 Lease G04831, SM 75 Lease G01025 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 993 | 09/01/2009 | Marketing - Terminaling | Terminaling Agreement by and between Fieldwood Energy LLC and WFS-Liquid Company and WFS-Liquid Company | Fieldwood Energy LLC and WFS-Liquid Company and WFS-Liquid Company | Fieldwood Energy LLC | PL 10 Lease G02925, PL 13 Lease G03171, PL 10 Lease G02925, SI 146 Lease G03528, EI 126 Lease G15241, EI 107 Lease G15241, SS 162 Lease G03966, SS 259 Lease G05044, SS 33 Lease 336, SS 193 Lease G13917, SM 76 Lease G12108 | WALTER OIL & GAS CORPORATION, MCMORAN OIL & GAS LLC, RIDGEWOOD ENERGY CORPORATION | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | x |
| 994 | 02/01/2014 | Marketing - Terminaling | Terminaling Agreement by and between Fieldwood Energy LLC and WFS-Liquid LLC and WFS-Liquid LLC | Fieldwood Energy LLC and WFS-Liquid LLC and WFS-Liquid LLC | Fieldwood Energy LLC | EI 126 Lease 52, PL 10 Lease G02925, SS 214 Lease 828, SS 253 Lease G01031, VR 313 Lease G01172, EI 158 Lease G01220, SS 233 Lease G01528, VR 315 Lease G04215, ST 314 Lease G22762, VR 272 Lease G23829, SS 91 Lease G02919, SS 354 Lease G15312 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x |
| 995 | 03/26/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and WGL Midstream, Inc. | Fieldwood Energy LLC and WGL Midstream, Inc. | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 996 | 02/01/2014 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy LLC and Williams Energy Resources LLC | Fieldwood Energy LLC and Williams Energy Resources LLC | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | | |
| 997 | 04/01/2003 | Marketing - Processing | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids reserved by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | BA 491 Lease G06069 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 998 | 04/01/2003 | Marketing - Processing | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids reserved by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | BA 491 Lease G06069 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 999 | 12/01/2003 | Marketing - Processing | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids reserved by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | BA 491 Lease G06069 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |

| # | Date | Category | Description | Counterparty / Agreement | Debtor | Counterparties | Lease | Additional Parties | Amount | Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 07/15/2004 | Marketing - Processing | POL 90%/10% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1001 | 08/01/2008 | Marketing - Processing | POL 90%/10% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1002 | 08/25/2009 | Marketing - Processing | POL 90%/10% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | ST 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1003 | 12/10/2013 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | MC 904 Lease G26930, MC 948 Lease G28030, MC 949 Lease G32363, MC 962 Lease G24133, MC 993 Lease G24134 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1004 | 12/12/2013 | Marketing - Processing | POL 90%/10% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | SI 308 Lease G21685 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1005 | 12/10/2013 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | MC 904 Lease G26930, MC 948 Lease G28030, MC 949 Lease G32363, MC 962 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC; ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1006 | 12/10/2013 | Marketing - Processing | POL 85% / 15% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | MC 904 Lease G26930, MC 948 Lease G28030, MC 949 Lease G32363, MC 962 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC; ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1007 | 02/01/2004 | Marketing - Processing | PTR KEEP WHOLE -fee=6.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | BA A105 Lease G01757 | ERA HELICOPTERS INC., TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1008 | 09/01/2004 | Marketing - Processing | PTR KEEP WHOLE -fee=6.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | BA A105 Lease G01757 | ERA HELICOPTERS INC., TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1009 | 11/05/2004 | Marketing - Processing | PTR KEEP WHOLE -fee=6.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | BA A105 Lease G01757 | ERA HELICOPTERS INC., TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1010 | 05/01/2020 | Marketing - Processing | POL 85% of GPM- Never less than10% or more than 20% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | GC 040 Lease G34536 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 1011 | 01/24/2001 | Marketing - Processing | 80% / 20% PTR KEEP WHOLE by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services | Fieldwood Energy LLC | | MP 259 Lease G07827 | MCMORAN OIL & GAS LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1012 | 01/01/2016 | Marketing - Processing | 80% / 20% PTR KEEP WHOLE by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services | Fieldwood Energy LLC | | MP 259 Lease G07827, VK 692/693 Lease G07898, VK 694 Lease G13055 | MCMORAN OIL & GAS LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1013 | 08/01/2004 | Marketing - Processing | PTR KEEP WHOLE -fee=6.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services | Fieldwood Energy LLC | | BA A133 Lease G02665 | W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1014 | 08/01/2008 | Marketing - Processing | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services | Fieldwood Energy LLC | | BA A133 Lease G02665, MU A-111 Lease G03061, MU A-111 Lease G03068, BA A47 Lease G03964 | W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1015 | 12/01/2010 | Marketing - Processing | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services | Fieldwood Energy LLC | | BA A133 Lease G02665, MU A83 Lease G03061, MU A-111 Lease G03068, BA A47 Lease G03964 | W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1016 | 09/01/2009 | Marketing - Processing | If Inlet volume is greater than 25,000, (120,000 MMBTU * .03) + (Excess over Daily Volume * 0.025)/Total Field Delivery Pt. Daily Volume by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | MO 826 Lease G26176 | W & T OFFSHORE INC, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1017 | 04/01/2015 | Marketing - Processing | GPM: < 1.8 = 82/18%, 1.8<3 = 85/15%, >3 = 88/12% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | | ST 311 Lease G31418, ST 320 Lease G24090 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1018 | 10/15/2018 | Assignment of Oil & Gas Leasehold Interest(s) | Assignment and Bill of Sale dated 10/25/2018 but effective 10/15/2018 by and between Fieldwood Energy LLC as Assignor and BP Exploration & Production as Assignee & Production as Assignee | Fieldwood Energy LLC as Assignor and BP Exploration & Production as Assignee | Fieldwood Energy LLC | | MC 562 Lease G19966 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1019 | 11/02/2020 | Letter Agreement - Other Land | Letter Agreement dated 11-20-2020 but acknowledged and agreed to 12-9-2020 by and between Fieldwood Energy LLC, Arena Offshore, LP and Arena Energy, LLC | Fieldwood Energy LLC, Arena Offshore, LP and Arena Energy, LLC | Fieldwood Energy LLC | | PL 25 Lease G14535 | ARENA OFFSHORE LP | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1020 | 01/28/2021 | Settlement / Release / Relinquishment Agreements | Release and Settlement Agreement effective January 28, 2021 by and between Fieldwood Energy LLC, Fieldwood SD Offshore LLC and Sanare Energy Partners LLC | Fieldwood Energy LLC, Fieldwood SD Offshore LLC and Sanare Energy Partners LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; Fieldwood SD Offshore LLC | | VR 229 Lease G27070, SP 89 Lease G01618, SM 40 Lease G13607, SS 252 Lease G04880, SS 251 Venice Dehydration Station Lease ?, Grand Chenier Separation Facility | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 1021 | 11/01/2018 | Letter Agreement - Other Land | Letter Agreement re Project Team Letter Agreement re Project Team by and between Fieldwood Energy LLC, Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC. effective November 1, 2018 covering Katmai | Fieldwood Energy LLC, Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC. effective November 1, 2018 covering Katmai | Fieldwood Energy LLC | | EW 1009 Lease G24878, EW 1010 Lease G24879, EW 1011 Lease G34880, GC 40 Lease G34536, GC 41 Lease G34537, GC 39A Lease G34890 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1022 | 12/04/1958 | Operating Agreement - Other | OPERATING AGREEMENT BY AND BETWEEN THE TEXAS COMPANY AND PAN AMERICAN PETROLEUM CORPORATION , AS AMENDED | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | | WD 103 Lease 840 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1023 | 07/25/1960 | Operating Agreement - Other | Operating Agreement, dated effective July 25,1960, as amended, as amended by Second Molid Oil Company, Inc.; Gulf Oil Corporation; and Humble Oil & Refining Company, as amended. SS 169 Field. | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | | SS 169 Lease 820 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1024 | 07/01/1974 | Joint Operating Agreement | OPERATING AGREEMENT DATED JULY 1, 1974, BY AND BETWEEN MOBIL OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, TEXAS GAS EXPLORATION CORPORATION, AMOCO PRODUCTION COMPANY AND NORTHWEST MUTUAL LIFE INSURANCE COMPANY, AS AMENDED. | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | | HI A382 Lease G02757 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1025 | 07/01/1974 | Joint Operating Agreement | OPERATING AGREEMENT DATED JULY 1, 1974, BY AND BETWEEN MOBIL OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, TEXAS GAS EXPLORATION CORPORATION, AMOCO PRODUCTION COMPANY AND NORTHWEST MUTUAL LIFE INSURANCE COMPANY, AS AMENDED. | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | | HI A598 Lease G02722 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1026 | 11/11/1980 | Joint Operating Agreement | JOINT OPERATING AGREEMENT DATED NOVEMBER 11, 1980, BY AND BETWEEN ANADARKO PETROLEUM CORPORATION, AS OPERATOR, AND ONG PRODUCING COMPANY AND HUNT OIL COMPANY; AS NON-OPERATORS, COVERING VERMILION AREA, BLOCK 78, OCS-G 6421, OFFSHORE LOUISIANA. | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | | VR 78 Lease G6421 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1027 | 04/01/1981 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement, dated April 1,1981, by and between Conoco Inc., Atlantic Richfield Company, Getty Oil Company, Cities Service Company, Placid Oil Company, Hamilton Brother Oil Company, Mobil Oil Exploration and Producing S.E., Inc., Gulf Oil Corporation, Hunt Oil Company, Highland Resources, Inc., Hunt Industries and Prosper Energy Corporation, covering construction, operation of working interest owners in the Ship Shoal 206, 207, OCS-G 523 and OCS-G 1523, respectively. | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | | SS 206 Lease G01522, SS 207 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1028 | 04/01/1981 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement for the C-SUS Sand, effective April 1,1981, between Arco Oil and Gas Company; Getty Oil Company; Cities Service Company; Hamilton Brothers; Mobil Oil; Exploration &+ Producing S.E., Inc., Gulf Oil Corporation, Hunt Oil Company, Highland Resources, Inc., Hunt, Industries, and Prosper Energy Corporation; Unit No. 891020231 | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | | SS 206 Lease G01522, SS 207 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1029 | 07/01/1974 | Joint Operating Agreement | OPERATING AGREEMENT DATED JULY 1, 1974, BY AND BETWEEN MOBIL OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, TEXAS GAS EXPLORATION CORPORATION, AMOCO PRODUCTION COMPANY AND NORTHWEST MUTUAL LIFE INSURANCE COMPANY, AS AMENDED. | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | | HI A586 Lease G02721 | APACHE DEEPWATER LLC, COX OPERATING, L.L.C., ENI Trading & Shipping Inc., NEXEN ENERGY MARKETING U.S.A. INC., SANARA ENERGY PARTNERS, LLC, SHELL TRADING (US) COMPANY | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1030 | 08/01/1973 | Joint Operating Agreement | OPERATING AGREEMENT BY AND BETWEEN MOBIL OIL CORPORATION AND UNION OIL COMPANY OF CALIFORNIA ET AL | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | | HI A573 Lease G02393, HI A572 Lease G02392 | ERA HELICOPTERS INC. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1031 | 08/19/2019 | Termination / Ratification and Joinder of Operating and Other Agreements | Terminates Master Use Agreement and JEA by and between Fieldwood Energy LLC, Fieldwood Energy Offshore LLC, GOM Shelf LLC, GOM Shelf LLC; Juneau Oil & Gas LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; GOM Shelf LLC; Juneau Oil & Gas LLC; GOM Shelf LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; GOM Shelf LLC | | GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 1032 | 11/01/2019 | Property Participation & Exchange Agreements | Agree to prospect area; elects not to acquire GI 46 AMI; elects not to participate, etc. by and between Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; GOM Shelf LLC; Juneau Oil & Gas LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; GOM Shelf LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; GOM Shelf LLC | | GI 46 Lease 132 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 1033 | 07/01/1995 | Joint Operating Agreement | OFFSHORE OPERATING AGREEMENT EFFECTIVE JULY 1, 1995, BY AND BETWEEN NORCEN EXPLORER, INC, OPERATOR, DALEN RESOURCES OIL & GAS CO AND GLOBAL NATURAL RESOURCES CORPORATION OF NEVADA, COVERING PORTIONS OF BLOCK 117 AND 118, EUGENE ISLAND, AS AMENDED TO EXCLUDE JOINT DEVELOPMENT ACREAGE | Fieldwood Energy LLC; Tammany Oil and Gas LLC | Fieldwood Energy LLC; Tammany Oil and Gas LLC | | EI 107 Lease G15241, EI 108 Lease G03811, EI 118 Lease G15242 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1034 | 02/23/1996 | Development / Venture / Exploration Agreement | JOINT DEVELOPMENT AGREEMENT BY AND BETWEEN APACHE CORPORATION, W & T, DEVON, NCX | Fieldwood Energy LLC; Tammany Oil and Gas LLC | Fieldwood Energy LLC; Tammany Oil and Gas LLC | | EI 107 Lease G15241, EI 108 Lease G03811, EI 117 Lease G34293, EI 118 Lease G15242 | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1035 | 02/01/1971 | Joint Operating Agreement | Operating Agreement, dated February 1,1971, between Tenneco Oil Company and Texaco Inc. Amendment to Operating Agreement, dated effective May 1,1974, between Tenneco Oil Company, Texaco Inc. and Tenneco Exploration 11, Ltd., whereby Tenneco Exploration, Inc. is assigned, in its entirety, the interests previously owned in part by, and ratified, the operating agreement | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; Tana Exploration Company LLC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | | EI 342 Lease G02219 | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1036 | 01/01/1972 | Joint Operating Agreement | OPERATING AGREEMENT OF AND BY AND BETWEEN SIGNAL OIL AND GAS COMPANY AND THE LOUISIANA LAND AND EXPLORATION COMPANY, ET AL | Fieldwood Energy LLC, GOM Shelf LLC, TALOS ERT LLC, The Louisiana Land Exploration Co LLC | Fieldwood Energy LLC; GOM Shelf LLC | | SP 87 Lease G00758, SP 89 Lease G01618 | TALOS ERT LLC, TALOS ERT LLC, THE LOUISIANA LAND & EXPL CO LLC, SANARE ENERGY PARTNERS, LLC, Texas Eastern Transmission / Spectra Energy | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1037 | 12/20/2016 | Preferential Rights Agreement | Preferential Right to Purchase Election Letter by and between Fieldwood Energy Offshore LLC and ANKOR E&P Holdings Corporation - ANKOR Waiver of Pref per GCE5 to Fieldwood Transaction | Fieldwood Energy Offshore LLC and ANKOR E&P Holdings Corporation | Fieldwood Energy Offshore LLC | | SS 79 Lease G15277 | CALYPSO EXPLORATION LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1038 | 10/11/2017 | Preferential Rights Agreement | Preferential Right to Purchase Election Letter by and between Fieldwood Energy Offshore LLC and ANKOR E&P Holdings Corporation - ANKOR Waiver of Pref per SCL to Fieldwood Transaction | Fieldwood Energy Offshore LLC and ANKOR E&P Holdings Corporation | Fieldwood Energy Offshore LLC | | SS 79 Lease G15277 | CALYPSO EXPLORATION LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |

| # | Date | Type | Description | | Counterparty | Other Parties | Amount | Disposition | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1039 | 11/04/2014 | Farmout Agreement | Farmout Proposal by and between Fieldwood Energy Offshore LLC and AMKOR Energy LLC, STX Energy E&P Offshore Management, LLC, SCL Resources, LLC | Fieldwood Energy Offshore LLC and AMKOR Energy LLC, STX Energy E&P Offshore Management, LLC, SCL Resources, LLC | Fieldwood Energy Offshore LLC | SS 79 Lease G15277 | CALYPSO EXPLORATION LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | | |
| 1040 | 07/07/2015 | Preferential Rights Agreement | Preferential Right to Purchase Election Letter by and between Fieldwood Energy Offshore LLC and Apache Shelf Exploration LLC - Waiver of pref relevant to Block Elk's Interest | Fieldwood Energy Offshore LLC and Apache Shelf Exploration LLC | Fieldwood Energy Offshore | | W & T OFFSHORE INC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | | |
| 1041 | 07/01/2016 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas by and between Fieldwood Energy Offshore LLC and Entrix Gas Marketing, LP | Fieldwood Energy Offshore LLC and Entrix Gas Marketing, LP | Fieldwood Energy Offshore LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | | |
| 1042 | 06/01/2017 | Other Notices | Notice of Default by and between Fieldwood Energy Offshore LLC and Knight Resources, LLC - Notice Default per 87 of JOA dated 07/15/2000 non-payment JIBS | Fieldwood Energy Offshore LLC and Knight Resources, LLC | Fieldwood Energy Offshore LLC | SS 79 Lease G15277 | CALYPSO EXPLORATION LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | | |
| 1043 | 01/01/2017 | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate: Withdrawal Letter Agreement dated 6-15-2017 but effective 1/1/2017 | Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate | Fieldwood Energy Offshore LLC | SS 208 Lease G01522 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | x |
| 1044 | 01/01/2017 | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate: Withdrawal Letter Agreement dated 6-15-2017 but effective 1/1/2017 | Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate | Fieldwood Energy Offshore LLC | SS 207 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | x |
| 1045 | 01/01/2017 | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate: Withdrawal Letter Agreement dated 6-15-2017 but effective 1/1/2017 | Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate | Fieldwood Energy Offshore LLC | SS 216 Lease G01524 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1046 | 01/01/2017 | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate: Withdrawal Letter Agreement dated 6-15-2017 but effective 1/1/2017 | Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate | Fieldwood Energy Offshore LLC | SM 265 Lease G02311 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1047 | 01/01/2017 | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate: Withdrawal Letter Agreement dated 6-15-2017 but effective 1/1/2017 | Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate | Fieldwood Energy Offshore LLC | SM 281 Lease G02800 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1048 | 01/01/2017 | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate: Withdrawal Letter Agreement dated 6-15-2017 but effective 1/1/2017 | Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate | Fieldwood Energy Offshore LLC | SS 204 Lease G01520 | EPL OIL & GAS, LLC, KINETICA DEEPWATER EXPRESS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1049 | 01/01/2017 | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate: Withdrawal Letter Agreement dated 6-15-2017 but effective 1/1/2017 | Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate | Fieldwood Energy Offshore LLC | SM 268 Lease G02310 | HELIS OIL & GAS CO, AMERICAN PANTHER, LLC, MP GULF OF MEXICO, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1050 | 01/01/2017 | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate: Withdrawal Letter Agreement dated 6-15-2017 but effective 1/1/2017 | Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate | Fieldwood Energy Offshore LLC | SM 280 Lease G14456 | MP GULF OF MEXICO, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1051 | 06/01/2014 | Marketing - Separation & Stabilization | LSSA putting all Blocks on one contract by and between Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC | GC 116 Lease G13844 | W & T OFFSHORE INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | | |
| 1052 | 03/01/2014 | Marketing - Separation & Stabilization | LSSA putting all Blocks on one contract by and between Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC | GC 109 Lease G05900, GI 110 Lease G13943, GI 116 Lease G13844 | WILD WELL CONTROL INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | | |
| 1053 | 06/01/2014 | Marketing - Separation & Stabilization | LSSA putting all Blocks on one contract by and between Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC | GC 108 Lease G14668, GC 109 Lease G05900, GI 110 Lease G13943 | WILD WELL CONTROL INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | | |
| 1054 | 01/01/2015 | Marketing - Separation & Stabilization | LSSA putting all Blocks on one contract by and between Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC | GC 108 Lease G14668, GC 109 Lease G05900, GC 200 Lease G12209, GC 201 Lease G12210, GC 244 Lease G11043, GI 110 Lease G13943, GI 116 Lease G13844, GI 116 Lease G13844 | WILD WELL CONTROL INC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | | |
| 1055 | 03/01/2014 | Marketing - Separation & Stabilization | LSSA putting all Blocks on one contract by and between Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC | GC 065 Lease G05889, GC 108 Lease G14668 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | | |
| 1056 | 06/01/2014 | Marketing - Separation & Stabilization | LSSA putting all Blocks on one contract by and between Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | | |
| 1057 | 01/01/2015 | Marketing - Separation & Stabilization | LSSA putting all Blocks on one contract by and between Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy Offshore LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | | |
| 1058 | 05/30/2017 | Other Notices | Notice of Default by and between Fieldwood Energy Offshore LLC and Rooster Oil & Gas, LLC - Notice Default per 87 of JOA dated 07/15/2000 non payment JIBS | Fieldwood Energy Offshore LLC and Rooster Oil & Gas, LLC | Fieldwood Energy Offshore LLC | SS 79 Lease G15277 | CALYPSO EXPLORATION LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | | |
| 1059 | Effective as of 1/14/2019 | Marketing - PHA | Fieldwood Energy Offshore LLC and Wild Well Control, Inc. (WWCI*) in their capacity as co-owners of the Platform and Fieldwood, Talos Energy Offshore LLC("Talos") and Red Willow Offshore, LLC ("Red Willow") | Fieldwood Energy Offshore LLC and Wild Well Control, Inc. (WWCI*) in their capacity as co-owners of the Platform and Fieldwood, Talos Energy Offshore LLC("Talos") and Red Willow Offshore, LLC ("Red Willow") | Fieldwood Energy Offshore LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | | |
| 1060 | 05/01/1997 | Joint Operating Agreement | Amendment to Operating Agreement, dated effective May 1,1997, between GOM Shelf, LLC, and Chevron Texaco and Kerr-McGee Oil & Gas Corporation, amending Exhibit "A" to reflect a new division of interest. | Fieldwood Energy Offshore LLC, Fieldwood Energy, GOM Shelf, LLC, GOM Shelf LLC | Fieldwood Energy Offshore LLC, GOM Shelf LLC | BA A133 Lease G02665 | W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | * |
| 1061 | 01/12/1995 | Joint Operating Agreement | Main Agreement, dated effective January 12, 1995, between Cities Service Oil Company, Betty Oil Company, Sunray DX Oil Company and Tidewater Oil Company, governing operations on the contract area. The Operating Agreement contained in Exhibit "C" of the Main Agreement was superseded by the Joint Operating Agreement eff. 5/1/97 | Fieldwood Energy Offshore LLC, GOM Shelf LLC; W & T Energy VI LLC, GOM Shelf LLC | Fieldwood Energy Offshore LLC | BA A133 Lease G02665 | W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | | * |
| 1062 | 04/01/2010 | Marketing - Transportation | X Gathering, dedication for GC 243 - Aspen, $.59 by and between Fieldwood Energy Offshore, LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company | Fieldwood Energy Offshore, LLC and Manta Ray Offshore Gathering Company | Fieldwood Energy Offshore LLC | GC 243 Lease G22051 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | | |
| 1063 | 04/01/2010 | Marketing - Transportation | Manta Ray firm Gathering and Dedication , Discount Rate of $.12 by and between Fieldwood Energy Offshore, LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company | Fieldwood Energy Offshore, LLC and Manta Ray Offshore Gathering Company | Fieldwood Energy Offshore LLC | GC 244 Lease G11043, GC 200 Lease G12209, GI 116 Lease G13944, GI 110 Lease G13943 | RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | | |
| 1064 | 10/01/2011 | Marketing - Transportation | Seachon West Pipeline - sandridge (Dynamic IT transport plus Discount letter for SMI 142 and SMI 43 by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company | Fieldwood Energy Offshore LLC | SM 142 Lease G01216, SM 40 Lease G13607, SM 40 Lease G13807 | | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | x | |
| 1065 | 10/01/2011 | Marketing - Transportation | Seachon Pipeline - sandridge (Dynamic IT transport by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company | Fieldwood Energy Offshore LLC | EC 178 Lease G34229 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | | |
| 1066 | 10/01/2011 | Marketing - Transportation | SeachonWest Pipeline - sandridge (Dynamic IT Retrograde by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company | Fieldwood Energy Offshore LLC | EC 178 Lease G34229 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | | |
| 1067 | 08/01/2012 | Marketing - Transportation | Searobin West Discounted Trans = 1758 plus Discounted Gathering .0842 = total discounted rate - $.24 - Discount only for SMI 39 & GI 337 by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company | Fieldwood Energy Offshore LLC | SM 39 Lease G16320 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x | |
| 1068 | 08/01/2012 | Marketing - Transportation | Searobin West Discounted Trans = 1758 plus Discounted Gathering .0842 = total discounted rate - $.24 - Discount only for SMI 39 & GI 337 by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company | Fieldwood Energy Offshore LLC | SM 39 Lease G16320 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x | |
| 1069 | 08/01/2012 | Marketing - Transportation | Searobin West Discounted Trans = 1758 plus Discounted Gathering .0842 = total discounted rate - $.24 - Discount only for SMI 39 & GI 337 by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company | Fieldwood Energy Offshore LLC | SM 39 Lease G16320 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | | x | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1070 | 10/01/2011 | Marketing - Transportation | Seardrill West Pipeline - sandridge /Dynamic IT Retrograde by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC, and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore LLC | SM 40 Lease G19607, SM 40 Lease G13607 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1071 | 10/1/2011, discount letter 9/16/2011 | Marketing - Transportation | Seardrill WestIT PTR Contract for Discount SMI 142 and SMI 40 by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore LLC | SM 40 Lease G19607, SM 40 Lease G13607 | SANARE ENERGY PARTNERS, LLC | $0.00 0.13 | Assume and assign to Credit Bid Purchaser | | x | |
| 1072 | 07/21/2018 | Marketing - Transportation | Ticonderoga - GC 768 by and between Fieldwood Energy, LLC and Nautilus Pipeline Company and Nautilus Pipeline Company | Fieldwood Energy, LLC and Nautilus Pipeline Company and Nautilus Pipeline Company | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1073 | 10/30/2017 | Marketing - Transportation | EW 910 / ST 320 by and between Fieldwood Energy, LLC and Nautilus Pipeline Company and Nautilus Pipeline Company | Fieldwood Energy, LLC and Nautilus Pipeline Company and Nautilus Pipeline Company | Fieldwood Energy LLC | ST 320 Lease G24990 | W&T OFFSHORE INC, WALTER OIL & GAS CORPORATION | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 1074 | 03/27/2017 | Marketing - Connection Agreement | CONSENT TO ASSIGN BY FIELDWOOD TO OFFSHORE TIE IN AGREEMENT BY AMBERJACK PIPELINE AND EMPIRE DEEPWATER LLC AND ADDENDUM TO CONSENT TO ASSIGN | FIELDWOOD, AMBERJACK PIPELINE, EMPIRE DEEPWATER LLC | Fieldwood Energy LLC | GI 116 Lease G13844 | W&T OFFSHORE INC | $0.00 | Assume and (1) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 1075 | 06/08/2017 | Marketing - Lease of Marine Platform Space | FIELDWOOD LEASES PLATFORM SPACE AT ST 292 from Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood, Manta Ray Offshore Gathering Company, L.L.C. | | ST 295 Lease G05646 | APACHE OFFSHORE INVESTMENT GP, BRISTOW US LLC, TAMPNET INC | $0.00 4,579.15 | Assume and allocate pursuant Allocate Pursuant to Divisive mergers Divisive Mergers | x | | |
| 1076 | | Non-Oilfield Services | Amendment to Master Subscription Agreement effective Jan 1, 2016 | FLEETRAIL INC | Fieldwood Energy LLC | n.a. | n.a. | $2,344.52 | Assume and assign to Credit Bid Purchaser | | x | |
| 1077 | | Oilfield Services | 777817_PO Terms & Conditions dated effective 01/15/2019 | FITZGERALD INSPECTION, INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1078 | | Oilfield Services | 503898_Master_Service_Contract Effective_11-1-2013 | FLUID CRANE & CONSTRUCTION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1079 | | Oilfield Services | Fluids Consultant | FLUID TECHNOLOGY SERVICE INTERNATIONAL LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1080 | | Oilfield Services | 530551_Master Services Agreement dated effective 08/13/2015 | FMC TECHNOLOGIES INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1081 | 01/01/1994 | Marketing - Connection Agreement | Tie in Agreement between ForcaEnergy Gas Exploration, Inc. and Shell Oil Company | ForceEnergy Gas Exploration, Inc. and Shell Oil Company | | SM132 Lease G02282, SM 149 Lease G02592 | | $0.00 | Assume and (1) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | x |
| 1082 | 11/08/1995 | Letter Agreement - Other Land | LETTER AGREEMENT BY AND BETWEEN FORCENERGY GAS EXPLORATION INC. AND ENERGY INVESTMENTS INC | FORCENERGY GAS EXPLORATION INC. AND ENERGY INVESTMENTS INC. | | VR 380 Lease G02580 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1083 | 04/17/1996 | Joint Development / Venture / Exploration Agreements | Plan of Development by and between Shell Offshore Inc, BP Exploration and Oil, Inc and marathon oil company dated effective 17 Apr 1996 | FORCENERGY GAS EXPLORATION INC. AND ENERGY INVESTMENTS INC, Plan of Development by and between Shell Offshore Inc, BP Exploration and Oil, Inc and marathon oil company dated effective 17 Apr 1996. | Fieldwood Energy LLC | GC 200 Lease G12209, GC 201 Lease G12210, GC 244 Lease G11043 | RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, WILD WELL CONTROL, INC., CHEVRON USA INC, W & T ENERGY VI LLC, SHELL TRADING (US) COMPANY | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1084 | | Oilfield Services | 700466_Master Services Agreement dated effective 06/20/2019 | FOREFRONT EMERGENCY MANAGEMENT LP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1085 | 02/25/2004 | Joint Operating Agreement | Ratification and Amdt. Of Operating Agreement eff. 2-25-2004 b/b Forest Oil Corporation et al | Forest Oil Corporation et al | Fieldwood Energy Offshore LLC | WD 34 Lease G03414 | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1086 | 07/20/2004 | Other Handling / Stabilization Agreements | PHA eff. 7-20-2004 b/b Forest Oil Corporation, as operator and co-owner of the WD 34 A PF and Red Willow Offshore, LLC, et al. as producers | Forest Oil Corporation, as operator and co-owner of the WD 34 A PF and Red Willow Offshore, LLC, et al. as producers | Fieldwood Energy Offshore LLC | WD 34 Lease G03414 | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1087 | 04/05/1972 | Farmout Agreement | Farmout Agmt by and between Forest Oil Corporation, et al and Petio Oil Company, et al | Forest Oil Corporation, et al and Petio Oil Company, et al | | SS 249 Lease G01030 | TALOS ERT LLC, W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1088 | 02/25/2004 | Farmout Agreement | Farmout Agmt eff. 2-25-2004 b/b Forest Oil Corporation, Texas Standard Oil Company, Noble Energy, Inc. and Pioneer Natural Resources USA, Inc., as Farmors, and Houston Energy, L.P., as Farmee | Forest Oil Corporation, Texas Standard Oil Company, Noble Energy, Inc. and Pioneer Natural Resources USA, Inc., as Farmors, and Houston Energy, L.P., as Farmee | Fieldwood Energy Offshore LLC | WD 34 Lease G03414 | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1089 | | Oilfield Services | 700002_Master Services Agreement dated effective 10/08/2014 | FORUM US INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1090 | 04/01/2008 | Right of Way | Frances L. Welch Perry | Frances L. Welch Perry | | WC 66 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1091 | 04/01/2008 | Right of Way | Frances L. Welch Perry ETAL | Frances L. Welch Perry ETAL | | WC 66 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1092 | | Non-Oilfield Services | Janitorial Services Agreement / Master Services Contract effective 01/01/2014 | FRANKS JANITORIAL SERVICES INC | Fieldwood Energy LLC | n.a. | n.a. | $2,632.26 | Assume and assign to Credit Bid Purchaser | | x | |
| 1093 | | Oilfield Services | Drilling; Tubular Handling; Casing Running Service | FRANK'S INTERNATIONAL LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1094 | 08/07/2014 | Elections | MP 259 A-7 Recompletion Proposal Election: McMoRan elects not to participate in A-7 well to Tex W-3 Sand | Freeport-McMoRan Oil & Gas | Fieldwood Energy LLC | MP 259 Lease G07827 | MCMORAN OIL & GAS LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1095 | 11/05/2014 | Other Misc. | MP 259 A-7 Recompletion Request for estimate of Timing Operations; Request timely operations extension for proposed A-7 well | Freeport-McMoRan Oil & Gas | Fieldwood Energy LLC | MP 259 Lease G07827 | MCMORAN OIL & GAS LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1096 | ~~[Removed]~~ | ~~Oilfield Services~~ | ~~700520_vendor dated effective 11/05/2018~~ | ~~FUCRO GEOSERVICES, INC~~ | | | | | ~~Assume and assign to Credit Bid Purchaser~~ | | x | |
| 1097 | 6/30/2020 | Other | Consulting Agreement | G. MATT MCCARROLL | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1098 | 6/30/2020 | Other | Separation and Release Agreement | G. MATT MCCARROLL | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1099 | | Oilfield Services | 777869_Master Services Agreement dated effective 12/05/2018 | GAIA EARTH SCIENCES LIMITED | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1100 | | Oilfield Services | 777877_Master Services Agreement dated effective 02/11/2019 | GATE | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1101 | | Oilfield Services | 700651_Master Services Agreement dated effective 07/01/2014 | GAUGINGS UNLIMITED LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1102 | | Oilfield Services | Turbines / Compressor Equipment Purchases and Maintenance | GE OIL & GAS COMPRESSION SYSTEMS, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1103 | | Oilfield Services | 557242_Master Services Agreement dated effective 11/01/2013 | GE OIL & GAS LOGGING SERVICES INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1104 | | Oilfield Services | 555510_MSA dated effective 02/09/2015; Joinder effective 04/02/2019; Joinder effective 05/14/2019 | GE OIL & GAS PRESSURE CONTROL LP (Hybrid) | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1105 | | Non-Oilfield Services | Geological and Geophysical Integrated Modeling | GEOCOMPUTING GROUP LLC | Fieldwood Energy LLC | n.a. | n.a. | $137,685.20 | Assume and assign to Credit Bid Purchaser | | x | |
| 1106 | | Oilfield Services | Geological and Geophysical Integrated Modeling | GEOLOGICAL & GEOPHYSICAL INTEGRATED MODELING | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1107 | | Oilfield Services | 777549_Master Services Agreement dated effective 12/17/2017 | GIR SOLUTIONS LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1108 | | Oilfield Services | Tank & Vessel Builder | GLOBAL VESSEL & TANK, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1109 | 12/31/2007 | Acquisition / PSA / Other Purchase or Sale Agreements | PURCHASE AND SALE AGREEMENT BY AND BETWEEN GOM SHELF LLC AND WILD WELL CONTROL INC. | GOM SHELF LLC AND WILD WELL CONTROL INC. | Fieldwood Energy LLC | GI 43 Lease 128, GI 41 Lease 129, GI 41 Lease 130, GI 47 Lease 133, GI 48 Lease 134, WD 69 Lease 181, WD 70 Lease 182 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and (1) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 1110 | 03/28/2005 | Property Participation & Exchange Agreements | PARTICIPATION AGREEMENT BY AND BETWEEN GOM SHELF LLC BY APACHE CORPORATION AND RIDGEWOOD ENERGY CORPORATION | GOM SHELF LLC BY APACHE CORPORATION AND RIDGEWOOD ENERGY CORPORATION | | WD lease 835, WD 95 Lease G01497, WD 96 Lease G01498 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1111 | 12/19/2007 | Letter Agreement - Other Land | Retention of 2007 AREs rather than issue 2008 AFEs by and between GOM Shelf LLC Chevron U.S.A. Inc. | GOM Shelf LLC Chevron U.S.A. Inc. | | GI 39 Lease 127, GI 40 Lease 128, GI 41 Lease 129, GI 41 Lease 130, GI 47 Lease 133, GI 48 Lease 132, GI 48 Lease 134, GI 52 Lease 177 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1112 | 07/18/2007 | Water Bottom Contracts | Renewal of term Contract No. 164 with State of LA by and between GOM Shelf LLC State of LA State Land Office | GOM Shelf LLC State of LA State Land Office | GOM Shelf LLC | GI 43 ID at. Lease 175 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1113 | 07/02/2012 | Water Bottom Contracts | Renewal of term Contract No. 164 with State of LA by and between GOM Shelf LLC State of LA State Land Office | GOM Shelf LLC State of LA State Land Office | GOM Shelf LLC | AREA 5 GI 43 Lease 175 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1114 | 07/18/2006 | Water Bottom Contracts | Renewal of term Contract No. 164 with State of LA by and between GOM Shelf LLC State of LA State Land Office | GOM Shelf LLC State of LA State Land Office | GOM Shelf LLC | GI 43 Et al. Lease 175 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1115 | 11/21/2019 | Letter Agreement - Other Land | Letter Agreement SS 198 J-11 Well zone shift; Zone shift recommended and election from HO to HG sand by and between GOM Shelf Offshore LLC and Talos Energy Offshore LLC | GOM Shelf Offshore LLC and Talos Energy Offshore LLC | | SS 198 Lease 593 | RENAISSANCE OFFSHORE, LLC, TALOS PRODUCTION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | x | |
| 1116 | | Oilfield Services | 520998_Master Service Agreement dated effective 11/01/2013 | GREENE'S ENERGY GROUP, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1117 | | Oilfield Services | Pressure Testing, Pipeline Flushes, Flowback Equipment, Tree, Valve and Wellhead Services | GREENE'S HOLDING CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1118 | 11/21/2016 | Well / Prospect Proposals | by and between Fieldwood Energy Offshore LLC and GS E&R America Offshore, LLC's interest in GI 94, SS 79, VR 332 and WD 34 | Fieldwood Energy Offshore LLC and GS E&R America Offshore, LLC's interest in GI 94, SS 79, VR 332 and WD 34 | Fieldwood Energy Offshore LLC | GI 94 Lease G02163, SS 79 Lease G15277, VR 332 Lease G09514, WD 34 Lease G03414 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1119 | 10/01/2016 | Assignment of Oil & Gas Leasehold Interest(s) | by and between Fieldwood Energy Offshore LLC and GS E&R America Offshore, LLC; Fieldwood Energy Offshore LLC, Bureau of Ocean Energy Management | GS E&R America Offshore, LLC; Fieldwood Energy Offshore LLC, Bureau of Ocean Energy Management | Fieldwood Energy Offshore LLC | GI 94 Lease G02163, SS 79 Lease G15277, VR 332 Lease G09514, WD 34 Lease G03414 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1120 | | Oilfield Services | 528563_Master_Services_Contract_Effective_11-1-2013 | GULF COAST MARINE FABRICATORS, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1121 | | Oilfield Services | 530974_Master Services Agreement dated effective 11/01/2013 | GULF CRANE SERVICES, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1122 | | Oilfield Services | 500963_Master_Service_Contract_Effective_7-1-2019 | GULF ISLAND SERVICES, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1123 | | Oilfield Services | 700921_Rental_Agreement dated effective 04/10/2015 | GULF OFFSHORE RENTALS LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |

| | Date | Agreement Type | Description | Counterparty / Debtor | Debtor | Lease | Related Leases | Non-Debtor Counterparty | Cure Amount | Assumption / Rejection | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1124 | 11/17/1978 | Farmout Agreement | Farmout Agreement dated November 17,1978 between Gulf Oil Corporation and Shell Oil Company covering the Northeast Quarter (NE/4) of that certain Oil and Gas Lease dated July 1,1967 bearing Serial No. OCS-G 1609, South Pass Area Block 61. | Gulf Oil Corporation and Shell Oil Company | Fieldwood Energy Offshore LLC | SP 61 Lease G01609 | | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 1125 | 04/28/1982 | Letter Agreement - Other Land | Letter Agreement dated April 28,1982 between Gulf Oil Company and Shell Oil Company evidencing an agreement for Gulf Oil Company to install a Drilling Platform in the Northeast Quarter (NE/4) South Pass Area Block 61. | Gulf Oil Company and Shell Oil Company | Fieldwood Energy Offshore LLC | SP 61 Lease G01609 | | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | |
| 1126 | 11/01/1972 | Operating Agreement - Other | b/n Gulf Oil Corporation, Mobil Oil Corporation, Pennzoil Offshore Gas Operators, Inc., and Pennzoil Louisiana and Texas Offshore, Inc., as amended | Gulf Oil Corporation, Mobil Oil Corporation, Pennzoil Offshore Gas Operators, Inc., and Pennzoil Louisiana and Texas Offshore, Inc., as amended | | MP 138 G02191, MP 140 Lease G02193, MP 146 G02195, SP 49 Lease G02177 | | JX NIPPON OIL EXPLORATION USA LTD | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 1127 | 11/01/1980 | Joint Operating Agreement | Operating Agreement, Main Pass Area, Blocks 77 and 78, Gulf of Mexico, dated effective November 1, 1980,between Gulf Oil Corporation, Texoma Production Company, The Anschutz Corporation, NICOR Exploration Company, and The Superior Oil Company, covering the federal Oil and Gas Lease OCS-G 4481, Blocks 77and78 Main Pass Area, Offshore Louisiana, a true copy of the original is recorded in C.O.B. 592, Folio 856, Plaquemines Parish, Louisiana. | Gulf Oil Corporation, Texoma Production Company, The Anschutz Corporation, NICOR Exploration Company, and The Superior Oil Company | Fieldwood Energy LLC | MP 77 Lease G04481 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | x |
| 1128 | 01/31/2014 | Construction Agreement | Construction and Coordination Agreement by and among Gulf Star One, LLC, Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company effective January 31, 2014. | Gulf Star One, LLC, Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company effective January 31, 2014. | Fieldwood Energy LLC | MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G28134 | | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | |
| 1129 | Effective as of 7/1/2016 | Marketing - PHA | Gulstar One LLC, Noble Energy, Inc., Ecopetrol America, Inc., Samson Offshore Mapleleaf, LLC and Marathon Oil Company, Noble, Ecopetrol, Samson and Marathon Oil Company | Gulstar One LLC, Noble Energy, Inc., Ecopetrol America, Inc., Samson Offshore Mapleleaf, LLC and Marathon Oil Company | Fieldwood Energy LLC | MC 948 Lease G28030 | | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | |
| 1130 | Effective 8/4/2016 | Marketing - PHA | Gulstar One, Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore Mapleleaf, Inc and Marathon Oil Company | Gulstar One, Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore Mapleleaf, Inc and Marathon Oil Company | Fieldwood Energy LLC | MC 948 Lease G28030 | | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | |
| 1131 | 11/05/2013 | Letter Agreement - Other Land | Vote to end Appraisal ops between the Gunflint Partners | Gunflint Partners | Fieldwood Energy LLC | MC 948 G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G28134 | | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | |
| 1132 | | Oilfield Services | 536275_Master Services Agreement dated effective 03/10/2014 | GYRODATA, INC | | | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1133 | 07/09/2012 | Joint Operating Agreement | Offshore Operating Agreement (Ship Sh)Operating Agreement 176 Prospect OCS-G 33648) Originally by and between Hall-Houston Exploration IV, L.P. as Operator and GOM Offshore Exploration I, LLC and Apache Corporation as Non-Operators | Hall-Houston Exploration IV, L.P. as Operator and GOM Offshore Exploration I, LLC and Apache Corporation as Non-Operators | Fieldwood Energy Offshore LLC | SS 176 Lease G33648 | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 1134 | | Withdrawal Agreement | by and between Fieldwood Energy LLC and Hall-Houston Exploration IV, L.P.; Hall Houston withdrawal Agreement | Hall-Houston Exploration IV, L.P. | Fieldwood Energy LLC | SS 176 Lease G33648 | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 1135 | 09/01/1988 | Operating Agreement - Other | Ownership and Operating Agreement BY Hall-Houston Offshore, Exxon Corporation, Ridgewood, et al, Amerada Hess Corporation, Ridgewood, et al and Amerada Hess Corporation | Hall-Houston Offshore, Exxon Corporation, Ridgewood, et al, Amerada Hess Corporation | | HI 176 Lease G27509 | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | |
| 1136 | | Oilfield Services | 500672_Master Services Agreement dated effective 11/01/2013; Amendment dated effective 07/06/2016 | HALLIBURTON ENERGY SERVICES | | | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1137 | 03/07/1996 | Joint Development / Venture / Exploration Agreements | Letter Agreement by and between Hardy Oil & Gas USA, Inc., British-Borneo Exploration by Hardy Oil & Gas USA, Inc., British Borneo, Exploration, Inc. and Zilkha Energy Company | Hardy Oil & Gas USA, Inc., British-Borneo Exploration by Hardy Oil & Gas USA, Inc., British Borneo, Exploration, Inc. and Zilkha Energy Company | | GA 151 Lease G15740 | | ENVEN ENERGY VENTURES LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | |
| 1138 | 02/26/1996 | Joint Development / Venture / Exploration Agreements | Hardy Oil & Gas USA, Inc., British-Borneo Exploration, Inc. and Zilkha Energy Company | Hardy Oil & Gas USA, Inc., British-Borneo Exploration, Inc. and Zilkha Energy Company | | GA 151 Lease G15740 | | ENVEN ENERGY VENTURES LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | |
| 1139 | | Oilfield Services | 777656_Master Services Agreement dated effective 01/16/2019 | HARDY OILFIELD SERVICE LLC | | | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1140 | 06/15/2012 | Operating - Connection Agreement | CONNECTION AGREEMENT BETWEEN HARVEST HARVEST PIPELINE, LLC AND APACHE CORPORATION FOR 10" CRUDE OIL LINE | HARVEST-MARKS PIPELINE, LLC AND APACHE CORPORATION FOR 10" CRUDE OIL LINE | | MP 140 Lease G02193 | | JX NIPPON OIL EXPLORATION USA LTD | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 1141 | | Oilfield Services | 501029_Master Services Agreement dated effective 12/01/2013 | HB RENTALS LC | | | Fieldwood Energy LLC | | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1142 | | Non-Oilfield Services | Annual contract and quarterly installment agreement | HCL MECHANICAL SERVICES LLC | | | | n.a. | $2,559.04 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1143 | 1/1/2019 | Non-Oilfield Services | Administrative Services Agreement | HEALTH CARE SERVICE CORP | | | Fieldwood Energy LLC | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1144 | 03/30/2009 | Property Participation & Exchange Agreements | Participation Agreement dated March 30, 2009 between Helis Oil & Gas Company, L.L.C., et al and Challenger Minerals Inc. | Helis Oil & Gas Company, L.L.C., et al and Challenger Minerals Inc. | Fieldwood Energy SP LLC | SS 252 Lease G01529 | | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and allocate pursuant Allocate Pursuant to divisive merges Divisive Mergers | | | | x |
| 1145 | 03/30/2009 | Operating Agreement - Other | Memorandum of Offshore Operating Agreement and Financing Agreement dated March 30, 2009 between Helis Oil & Gas Company, L.L.C. et al | Helis Oil & Gas Company, L.L.C. et al | Fieldwood Energy SP LLC, Fieldwood Energy SP LLC | SS 252 Lease G01529 | | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and allocate pursuant Allocate Pursuant to divisive merges Divisive Mergers | | | | x |
| 1146 | 03/30/2009 | Joint Operating Agreement | Offshore Operating Agreement dated March 30 2009 between Helis Oil & Gas Company, L.L.C., Operator, and Houston Energy, LP, et al, Non-operators | Helis Oil & Gas Company, L.L.C., Operator, and Houston Energy, LP, et al, Non-operators | Fieldwood Energy SP LLC | SS 252 Lease G01529 | | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and allocate pursuant Allocate Pursuant to divisive merges Divisive Mergers | | | | x |
| 1147 | 10/19/2015 | Operating Agreement - Other | by and between Fieldwood Energy LLC and Helis Oil and Gas Company L.L.C.: Contract Operations Agreement #18 Helis well | Helis Oil and Gas Company L.L.C. | Fieldwood Energy LLC | HI 129 Lease G01848 | | W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, HELIS OIL & GAS CO, CALYPSO EXPLORATION LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | | |
| 1148 | | Oilfield Services | 777516-Daywork Drilling Contract dated 7/17/2018 | HELIX ENERGY SOLUTIONS GROUP INC | | | Fieldwood Energy LLC | | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1149 | 4/1/2013 12/16/2010 | Other Services Agreements | Response Services Agreement Utilization Agreement | Helix Energy Solutions Group, Inc. | | | Area wide | | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1150 | | Oilfield Services | 557021-Daywork Drilling Contract dated 1-31-2012 | HELMERICH & PAYNE INTL DRILLING CO | | | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1151 | | Non-Oilfield Services | PCOOSA Usage (January and December 2020) | HGC CONSULTING | | | n.a. | | $16,500.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1152 | 08/15/1991 | Operating Agreement - Other | HI A442 Operating Agreement C-02-0004164 | HI A442 OIL C-02-0004164 | | | HI A442 Lease G11383 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x | |
| 1153 | | Oilfield Services | 531398_Master Services Agreement dated effective 12/09/2013 | HOLE OPENER CORP | | | Fieldwood Energy LLC | | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1154 | | Oilfield Services | Rigging Supplies | HOLLOWAY HOUSTON | | | | | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1155 | 05/01/2019 | Joint Operating Agreement | Santiago / Santa Cruz Joint Operating Agreement effective May 1, 2019, by and between Fieldwood, Red Willow and HEDV, which governs the operating rights interest on that certain oil and gas lease OCS-G 27278 (MC 519) as amended (a) by that certain First Amendment to the Santiago / Santa Cruz Operating Agreement made effective 31 May 2019 by and between Fieldwood, Red Willow and HEDV | Houston Energy Deepwater Ventures I, LLC; Red Willow Offshore | Fieldwood Energy LLC | MC 519 Lease G27278 | | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1156 | 10/15/2018 | Joint Operating Agreement | Joint Operating Agreement by and among BP Exploration & Production Inc., Fieldwood Energy LLC, Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC made effective as of October 15, 2018 and as amended by (a) that First Amendment to the OPA, dated effective 31 May 2019. | Houston Energy Deepwater Ventures I, LLC; Red Willow Offshore, LLC | Fieldwood Energy LLC | MC 519 Lease G27278 | | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1157 | 03/12/2019 | Letter Agreement - Other | Letter Agreement by and between Fieldwood Energy LLC, Red Willow Offshore and HEDVI waiving certain requirements under the Operating Agreement for Project Team | Houston Energy Deepwater Ventures I, LLC; Red Willow Offshore | Fieldwood Energy LLC | MC 519 Lease G27278 | | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1158 | 06/10/2010 | Joint Development / Venture / Exploration Agreements | Genovesa Development Plan by and between Fieldwood Energy LLC, Red Willow Offshore and HEDVI approving the development of the Genovesa Discovery on MC 519 | Houston Energy Deepwater Ventures I, LLC; Red Willow Offshore | Fieldwood Energy LLC | MC 519 Lease G27278 | | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |
| 1159 | 05/01/2007 | Joint Operating Agreement | Joint Operating Agreement - Santiago Prospect, dated effective 1 May 2007 by and between Noble Energy, Inc (as predecessor-in-interest to Fieldwood Energy LLC) as Operator and Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC covering MC 519 and MC 563 and superseded by that certain Unit Operating Agreement (Offshore Operating Agreement) dated dated effective January 1, 2009, originally by and between Noble Energy, Inc. (as predecessor in interest of Fieldwood), as Operator, and BP, Red Willow and HE&D Offshore, L.P. as Non-Operators, as amended (a)by that certain First Amendment of the Unit Operating Agreement and Establishment of Lease Offshore Operating Agreement, dated effective as of October 10, 2014, by and among BP, Red Willow, HEDV, Noble Energy, Inc. (as predecessor in interest of Fieldwood), Deep Gulf Energy III, LLC, Ridgewood South Santa Cruz, LLC and ILX Prospect South Santa Cruz, LLC; and (b)by that certain Second Amendment of the Offshore Operating Agreement, dated effective as of October 15. | Houston Energy Deepwater Ventures I, LLC; Red Willow Offshore; BP Exploration & Production Inc.; Kosmos Energy GOM Op; Ridgewood S Santa Cruz; ILX Prospect Santa Cruz | Fieldwood Energy LLC | MC 519 Lease G27278, MC 563 Lease G21176 | | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | | x | |

| No. | Date | Type | Description | Counterparty | Debtor | Leases / Properties | Non-Debtor Party | Cure Amount | Treatment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1160 | 06/01/2012 | Joint Operating Agreement | Joint Operating Agreement made and entered into effective 1 jun 12, among Noble Energy, Inc, LLC, Red Willow Offshore, LLC, and Houston Energy Deepwater Ventures V, LLC | Houston Energy Deepwater Ventures V, LLC, Red Willow Offshore, LLC, W & T | Fieldwood Energy LLC | MC 697 Lease G28021, MC 698 Lease G28022, MC 742 Lease G32343 | RED WILLOW OFFSHORE VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1161 | 10/01/2015 | Unit Agreement and/or Operating Agreement | Unit Agreement (754316002) by and between the Big Bend Producers Noble Energy Inc, W+T Energy VI, LLC, Red Willow Offshore, LLC and HEDV V, LLC) and the US Dept of Interior dated 29 Mar 16, but effective 1 Oct 15 which each Unit Exhibit A/B has been revised dated 18 Jan 19, but effective 26 OCt 18 | Houston Energy Deepwater Ventures V, LLC | Fieldwood Energy LLC | MC 697 Lease G28021, MC 698 Lease G28022, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1162 | 05/16/2014 | Termination / Ratification and Joinder of Operating or Other Agreements | Terminates Farmouts dated 05.01.13 and 06.01.13 | Houston Energy, L.P. | Fieldwood Energy SP LLC | SS 252 Lease G01529 | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and allocate pursuant Allocate Pursuant to divsive mergers Divisive Mergers | | | x |
| 1163 | 02/22/2011 | Marketing - PHA | Production Handling Agreement for Morlotte Exploration Operated Still 48 Well No. E-2 at Hunt Oil Owned and Operated SM 39 Facilities effective February 22, 2011 by and between Hunt Oil Company as Owner and Morlotte Exploration LLC as Producer and Amendment and Ratification eff. April 1, 2013 by and between Dynamic Offshore Resources, LLC as owner and successor to Morlotte Exploration LLC | Hunt Oil Company as Owner and Morlotte Exploration LLC as Producer and Amendment and Ratification eff. April 1, 2013 by and between Dynamic Offshore Resources, LLC as owner and successor to Hunt Oil C | SM 48 00786 | | | $0.00 | Assume and allocate pursuant to Divisive Mergers | | x | |
| 1164 | 02/17/2010 | Farmout Agreement | Farmout Agmt b/t Hunt Oil Company (Farmor) and Castex Offshore Inc, and Walter Oil & Gas Corporation (Farmees), created HI 176 onl | Hunt Oil Company (Farmor) and Castex Offshore Inc. and Walter Oil & Gas Corporation (Farmees), created HI 176 onl | | HI 176 Lease G27509 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1165 | 02/24/2003 | Operating Agreement - Other | PA and Joint Operating Agreement dated 2/24/03 between Hunt Petroleum (AEC), Inc. and LLOG Exploration Offshore, Inc | Hunt Petroleum (AEC), Inc. and LLOG Exploration Offshore, Inc | Fieldwood Energy LLC | SM 0040 Lease G13607, SM 0041 Lease G01192 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1166 | 06/01/2003 | Operating Agreement - Other | Hunt Petroleum, Devon Energy, LLOG Exploration, as ratified by Apache Corp with letter dated 06-30-2003 | Hunt Petroleum, Devon Energy, LLOG Exploration, as ratified by Apache Corp with letter dated 06-30-2003 | Fieldwood Energy LLC | SM 40 Lease G13607, SM 41 Lease G01192 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1167 | 06/01/2003 | Lease of Platform Space | Lease and Operations Agreement between Hunt Petroleum, LLOF and Apache | Hunt Petroleum, LLOF and Apache | Fieldwood Energy LLC | SM 40 Lease G13607, SM 41 Lease G01192 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1168 | 06/01/2003 | Joint Area Agreements | Hunt Petroleum, LLOG Exploration, ratification with Apache Corp - letter dated 06-30-2003 - Letter | Hunt Petroleum, LLOG Exploration, ratification with Apache Corp - letter dated 06-30-2003 | Fieldwood Energy LLC | SM 40 Lease G13607, SM 41 Lease G01192 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1169 | 06/01/2003 | Operating Agreement - Other | Operating Agreement SM 40 W/2 and SM 41 E/2 by and between Hunt Petroleum, LLOG Exploration,Inc and Devon Energy Production Company attached to the Joint Area Agreement | Hunt Petroleum, LLOG Exploration,Inc and Devon Energy Production Company attached to the Joint Area Agreement | Fieldwood Energy LLC | SM 40 Lease G13607, SM 41 Lease G01192 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1170 | 07/02/2018 | HWCG SUB LLC Organizational Docs. | Limited Liability Company | HWCG Sub LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1171 | 07/02/2018 | HWCG SUB LLC Organizational Docs. | Organizational Consent | HWCG Sub LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1172 | 08/13/2018 | HWCG SUB LLC Organizational Docs. | Assignment of Membership Interest | HWCG Sub LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1173 | 08/13/2018 | HWCG SUB LLC Organizational Docs. | Contribution Agreement | HWCG Sub LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1174 | 08/13/2018 | HWCG SUB LLC Organizational Docs. | Consent of Node Energy, Inc. | HWCG Sub LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1175 | | Oilfield Services | 700974_Master Services Agreement dated effective 04/16/2015 | IDEAL ENERGY SOLUTIONS LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1176 | | Non-Oilfield Services | Perpetual Software License Agreement | IHS GLOBAL INC | Fieldwood Energy LLC | n.a. | n.a. | $84,265.64 | Assume and assign to Credit Bid Purchaser | | x | |
| 1177 | 04/01/2018 | Unit Agreement and/or Operating Agreement | SC 40 Unit Operating Agreement by and between Fieldwood Energy LLC, Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC, effective April 1, 2018 | ILX Prospect Katmai, LLC; Ridgewood Katmai, LLC | Fieldwood Energy LLC | EW 1009 Lease G34878, EW 1010 Lease G34879, EW 1011 Lease G34880, GC 040 Lease G34536, GC 041 Lease G34537, GC 39 A Lease G34966, GC 039 B Lease G36476 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1178 | 11/01/2018 | Joint Development / Venture / Exploration Agreements | Letter Agreement re Adnivedated Development PLan by and between Fieldwood Energy LLC, Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC, effective November 1, 2018 | ILX Prospect Katmai, LLC; Ridgewood Katmai, LLC | Fieldwood Energy LLC | EW 1009 Lease G34878, EW 1010 Lease G34879, EW 1011 Lease G34880, GC 040 Lease G34536, GC 041 Lease G34537, GC 39 A Lease G34966, GC 039 B Lease G36476 | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1179 | 08/01/2013 | Operating Agreement - Other | Offshore Operating Agreement, effective as of August 1, 2013, between Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.) and Ridgewood Energy Corporation as amended by that First Amendment dated 1 Aug 2016 | ILX; Ridgewood; W & T Energy Offshore | Fieldwood Energy LLC | MC 782 Lease G33757 | RIDGEWOOD DANTZLER LLC, TALOS EXPLORATION LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1180 | 1/17/2019 | Other | Equipment Lease Agreement (Sales order # 307302) | MAGENET CONSULTING LLC | Fieldwood Energy LLC | n.a. | n.a. | $6,687.99 | Assume and assign to Credit Bid Purchaser | | x | |
| 1181 | 1/17/2019 | Other | Equipment Service Agreement (Sales order # 307302) | MAGENET CONSULTING LLC | Fieldwood Energy LLC | n.a. | n.a. | $6,687.99 | Assume and assign to Credit Bid Purchaser | | x | |
| 1182 | 10/4/2018 | Other | Equipment Lease Agreement (Sales order # 303672) | MAGENET CONSULTING LLC | Fieldwood Energy LLC | n.a. | n.a. | $6,687.99 | Assume and assign to Credit Bid Purchaser | | x | |
| 1183 | 10/4/2018 | Other | Equipment Service Agreement (Sales order # 303672) | MAGENET CONSULTING LLC | Fieldwood Energy LLC | n.a. | n.a. | $6,687.99 | Assume and assign to Credit Bid Purchaser | | x | |
| 1184 | | Oilfield Services | Manage Design and Construction of Drill Site / Production Facilities in "Wetlands" | INDUSTRIAL & OILFIELD SERVICES, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1185 | | Oilfield Services | DOT Pipeline Training Provider | INDUSTRIAL SOLUTIONS GROUP LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1186 | | Oilfield Services | Gas and Gas Cylinders, Welding Supply | INDUSTRIAL WELDING SUPPLY CO OF HARVEY INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1187 | | Oilfield Services | Chemical Pump | INJECT-TECH & SUPPLY, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1188 | 11/30/1994 | Joint Development / Venture / Exploration Agreements | Amendment to Joint Venture Development Agreement, dated November30,1994, between Norcen Explorer, Inc., Texaco Exploration, and Production, Inc., Hunt Industries, The George R. Brown Partnership, JOG Venture, Lamar Hunt Trust Estate, Motel Oil Exploration &Producing Southeast Inc., and Hunt Oil Company, covering all of Blocks 206 and 207 Ship ShOperating Agreement Area | Norcen Explorer, Inc., Texaco Exploration, and Production, Inc., Hunt Industries, The George R. Brown Partnership, JOG Venture, Lamar Hunt Trust Estate, Motel Oil Exploration | Fieldwood Offshore | SS 206 Lease G01523, SS 207 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | x |
| 1189 | | Oilfield Services | 701010_Master Services Agreement dated effective 09/11/2015 | INSULATION TECHNOLOGIES, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1190 | | Oilfield Services | 700603_Master Services Agreement dated effective 12/01/2013 | INTERNATIONAL SNUBBING SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 1191 | | Oilfield Services | 777938_Master Services Agreement dated effective 09/11/2019 | INTERWELL US LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1192 | | Oilfield Services | 701222_Master Services Agreement dated effective 10/03/2016 | IPT GLOBAL LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1193 | | Non-Oilfield Services | Amendment to Recall Document Management Services Agreement Effective 10/26/2015 | IRON MOUNTAIN | Fieldwood Energy LLC | n.a. | n.a. | $37,316.16 | Assume and assign to Credit Bid Purchaser | | x | |
| 1194 | | Oilfield Services | Surface BOP Rental Tools | IRONGATE RENTAL SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1195 | | Oilfield Services | 701004_Master_Service_Contract Effective_1-1-2014 | IRONGATE TUBULAR SERVICES, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1196 | | Oilfield Services | 501047_MSA effective 11/01/2013; Amendment effective 09/03/2014; Amendment effective 01/31/2015 | ISLAND OPERATING COMPANY INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1197 | | Oilfield Services | SEMS Compliance Software | ISN SOFTWARE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1198 | | Oilfield Services | 777643_Master Services Agreement dated effective 06/18/2019 | ITT CTREAT LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1199 | | Oilfield Services | 700528_Master Services Agreement dated effective 01/27/2014 | J & J MARINE PEST SOLUTIONS, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1200 | | Non-Oilfield Services | Service agreement for 3343 CO RD 166 COM PR STATIC | JACKSON ELECTRIC COOP INC | Fieldwood Energy LLC | n.a. | n.a. | $473.87 | Assume and assign to Credit Bid Purchaser | | x | |
| 1201 | | Oilfield Services | 777754_Master Services Agreement dated effective 09/25/2018 | JAMES FISHER SUBSEA EXCAVATION INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1202 | | Oilfield Services | 510197_Master Services Agreement dated effective 11/01/2013 | JANIC DIRECTIONAL SURVEY INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1203 | | Oilfield Services | 700823_Master Services Agreement dated effective 01/08/2015 | JAVELER MARINE SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1204 | | Oilfield Services | Tubular Supplier | JD RUSH CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1205 | | Oilfield Services | Utilities | JEFFERSON DAVIS ELECTRIC COOPERATIVE INC | Fieldwood Energy LLC | n.a. | n.a. | $17,264.77 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 1206 | | Oilfield Services | Choke Parts | JM CAMEL SALES | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1207 | 09/16/2015 | Withdrawal Agreement | by and between Fieldwood Energy LLC and JOC Venture; JOC Venture withdrawal | JOC Venture | Fieldwood Energy LLC | SS 201 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x |
| 1208 | 09/16/2015 | Withdrawal Agreement | by and between Fieldwood Energy LLC and JOC Venture; JOC Venture withdrawal | JOC Venture | Fieldwood Energy LLC | SS 216 Lease G01524 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 1209 | 09/16/2015 | Withdrawal Agreement | by and between Fieldwood Energy LLC and JOC Venture; JOC Venture withdrawal | JOC Venture | Fieldwood Energy LLC | SS 204 Lease G01520 | EPL OIL & GAS, LLC, KINETICA DEEPWATER EXPRESS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1210 | | Oilfield Services | 777511_Master Services Agreement dated effective 06/25/2018 | JOHN C HEALY JR CONSULTING LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1211 | | Oilfield Services | Onshore Surveys | JOHN CHANCE LAND SURVEYS INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1212 | | Oilfield Services | 502327_PO Terms & Conditions dated effective 07/27/2015 | JOHN W STONE OIL DISTRIBUTOR LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1213 | 06/01/1999 | Operating Agreement - Other | Joint Operating Agreement dated June 1, 1999 by and between JP Petroleum Company, Inc., as Operator, and LLOG Exploration Offshore, Inc. Et al as Non-Operators | JP Petroleum Company, Inc., as Operator, and LLOG Exploration Offshore, Inc. Et al as Non-Operators | Fieldwood Energy LLC | VR 328 Lease G21066 | HELIS OIL & GAS COMPANY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 1214 | | Oilfield Services | Pipeline Patrol Flights (PJ) | KENAN AVIATION, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1215 | 05/20/2003 | Letter Agreement - Operating Agreement | Letter Agreement Pursuant to Operating and Processing Agreement dated 06/13/1998 by and between Kerr McGee Oil & Gas Corporation and Gryphon Exploration Company : Depth Severance, Etc. | Kerr McGee Oil & Gas Corporation and Gryphon Exploration Company | Fieldwood Energy LLC | SS 301 Lease G01794 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |

| # | Date | Type | Title | Counterparty | Counterparty 2 | Debtor | Lease | Counterparty 3 | Amount | Treatment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1216 | 05/22/2003 | Termination / Ratification and Joinder of Operating and Other Agreements | Ratification of Operating and Processing Agreement by and between Kerr McGee Oil & Gas Corporation and Gryphon Exploration Company Ratifies Operating Agreement effective 04/01/1996 | Kerr-McGee Oil & Gas Corporation and Gryphon Exploration Company | | | SS 301 Lease G10794 | | $0.00 | Assume and assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 1217 | 07/01/1992 | Operating Agreement - Other | Operating Agreement 7-1-92 b/b Kerr-McGee and Samedan | Kerr-McGee and Samedan | | Fieldwood Energy LLC | SS 314 Lease G26074 | W&T OFFSHORE INC | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 1218 | 09/05/2002 | Farmout Agreement | Farmout Agreement by and between Kerr-McGee Oil & Gas Corp. and LLOG Exploration Offshore, Inc. | Kerr-McGee Oil & Gas Corp. and LLOG Exploration Offshore, Inc. | | | BS 27 Lease SL4574, BS 28 Lease SL1999, BS 29 Lease 20, BS 36 Lease SL1230, BS 37 Lease SL4408 | | $0.00 | Assume and assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 1219 | 03/19/2003 | Operating Agreement - Other | by and between Kerr-McGee Oil & Gas Corp. and LLOG Exploration Offshore, Inc. | Kerr-McGee Oil & Gas Corp. and LLOG Exploration Offshore, Inc. | | | BS Lease 1999, BS Lease 20, BS Lease G01230, BS Lease 4409 | | $0.00 | Assume and assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 1220 | | Oilfield Services | KILGORE AIRCRAFT LEASE AGREEMENT | KILGORE MARINE SERVICES INC | | Fieldwood Energy LLC | | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1221 | 11/01/1989 | Operating Agreement - Other | Ownership and Operating Agreement b/b Kilroy Company of TX, et al | Kilroy Company of TX, et al | | Fieldwood Energy LLC | HI 31 MP114021 Lease 114921, HI 31 MP 108158 Lease 108158, HI 31 MP 108159 Lease 108159 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1222 | 10/10/2018 | Facilities & Tie-in Agreements | FACILITIES, CONNECTION FOR GAS CONNECTION WITH KINETICA ENERGY EXPRESS, LLC AND FIELDWOOD ENERGY LLC | KINETICA ENERGY EXPRESS, LLC | | Fieldwood Energy LLC | SS 169 Lease 820, SS 182 Lease G03998, SS 193 Lease G13017 | BOIS D'ARC EXPLORATION, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1223 | 1/1/2016 | Other | SecurePlan Agreement (#I0941) | KNIGHT SECURITY SYSTEMS LLC | | Fieldwood Energy LLC | n.a. | n.a. | $897.17 | Assume and assign to Credit Bid Purchaser | | x | |
| 1224 | | Oilfield Services | 777949_Master Services Agreement dated effective 04/09/2019 | KNIGHTEN INDUSTRIES | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1225 | | Non-Oilfield Services | Consulting Agreements | KPMG LLP | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1226 | | | HR and payroll system | Kronos | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1227 | | Oilfield Services | PO Terms & Conditions entered into by and between Fieldwood Energy LLC and L&J Technologies | L&J TECHNOLOGIES D/B/A SHAND AND JURS LLC and L&J Technologies | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1228 | | Oilfield Services | Cylinder Head Repairs, Replacement Parts, Maintenance Services | LA ENERGY SERVICES OF IBERIA, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1229 | | Non-Oilfield Services | Global Warehouse - Water Acct# 9182646524 & Acct# 0841689191 | LAFAYETTE UTILITIES SYSTEM | | Fieldwood Energy LLC | n.a. | n.a. | $43.32 | Assume and assign to Credit Bid Purchaser | | x | |
| 1230 | | Non-Oilfield Services | Perpetual software license agreement | LANDMARK GRAPHICS CORP | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1231 | | Oilfield Services | 777602_Master Services Agreement dated effective 01/01/2014 | LAREDO OFFSHORE SERVICES, INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1232 | | Oilfield Services | 777602_Master Services Agreement dated effective 01/01/2014 | LAREDO OFFSHORE SERVICES, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1233 | | Oilfield Services | 777711_Master Services Agreement dated effective 07/19/2018 | LARRY DOIRON, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1234 | | Non-Oilfield Services | Perpetual software license agreement | LARSON SOFTWARE TECHNOLOGY, INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1235 | | Non-Oilfield Services | | LEASEQUERY, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1236 | 10/03/2012 | Letter Agreement - Other Land | Letter Agreement between Statoil USA E+P Inc and Marathon Oil Company dated 3 October 2012 | Letter Agreement between Statoil USA E+P Inc and Marathon Oil Company dated 3 October 2012 | | Fieldwood Energy LLC | MC 992 S/2 Lease G24133 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1237 | 01/01/2013 | Letter Agreement - Other Land | Letter Agreement between Western Geco by Samson Offshore, LLC dated 17 December 2014 covering blocks GC 679 and GC768 | Letter Agreement between Western Geco by Samson Offshore, LLC dated 17 December 2014 covering blocks GC 679 and GC768 | | Fieldwood Energy LLC | GC 679 Lease G21811, GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1238 | | Non-Oilfield Services | Data subscription agreement | LEXCO DATA SYSTEMS, LP | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1239 | | Oilfield Services | 512590_Master Services Agreement dated effective 11/01/2013 | LINEAR CONTROLS INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1240 | 01/15/2001 | Operating Agreement - Other | Operating Agreement b/b LLOG and Century | LLOG and Century | | | BS 44 Lease 3770, BS 45 Lease 15683 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1241 | 03/27/2003 | Operating Agreement - Other | Operating Agreement b/b LLOG and Century | LLOG and Century | | | BS 45 Lease 15683, BS 52/53 Lease 17675 | UPSTREAM EXPLORATION LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1242 | 11/01/2010 | Pipeline Use / Tie-in Modification Agreements | Pipeline Use Agreement b/b LLOG and XTO | LLOG and XTO | | | MP 112 Lease G09707 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x |
| 1243 | 10/09/2013 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement between Bluewater Holdings, L.L.C.; LLOG Exploration Offshore, L.L.C.; Sandridge Energy Offshore, LLC and Sandridge Energy Offshore, LLC; LLOG Bluewater Holdings, L.L.C.; LLOG Exploration Company, L.L.C.; LA State Mineral Board ; Federal/State Unit | LLOG Bluewater Holdings, L.L.C.; LLOG Exploration Offshore, L.L.C.; Sandridge Energy Offshore, LLC and Sandridge Energy Offshore, LLC; LLOG Bluewater Holdings, L.L.C.; LLOG Exploration Company, L.L.C. | | | BS 25 Lease 19718, BS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1244 | 05/20/2003 | Unit Agreement and/or Unit Operating Agreement | Unit Order No. 1245-B Unit Teodazia W Zone Reservoir A BS 53 Field by and between LLOG Exploration Company, L.L.C. and Office of Conservation State of LA | LLOG Exploration Company, L.L.C. and Office of Conservation State of LA | | | SS Lease 15683 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1245 | 03/01/2009 | Property Participation & Exchange Agreements | Participation Agreement by and between LLOG Exploration Offshore, Inc.; LLOG Exploration Company, L.L.C. and XTO Offshore Inc. | LLOG Exploration Offshore, Inc.; LLOG Exploration Company, L.L.C. and XTO Offshore Inc. | | | BS 25 Lease 19718, BS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1246 | | Non-Oilfield Services | Perpetual Software License Agreement | LMK RESOURCES INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1247 | | Oilfield Services | 777800_PO Terms & Conditions dated effective 08/14/2018 | LOADMASTER INDUSTRIES | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1248 | | Non-Oilfield Services | | LOGIX FIBER NETWORKS | | Fieldwood Energy LLC | n.a. | n.a. | $158,435.97 | Assume and assign to Credit Bid Purchaser | | x | |
| 1249 | 9/12/2020 | Non-Oilfield Services | IT Services Agreement | LONG VIEW SYSTEMS CORP | | Fieldwood Energy LLC | n.a. | n.a. | $843,446.15 | Assume and assign to Credit Bid Purchaser | | x | |
| 1250 | | Non-Oilfield Services | IT Services Agreement, Addendum | LONG VIEW SYSTEMS CORP | | Fieldwood Energy LLC | n.a. | n.a. | $843,446.15 | Assume and assign to Credit Bid Purchaser | | x | |
| 1251 | | Oilfield Services | Labor & Parts | LOUISIANA MACHINERY COMPANY LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1252 | 11/04/2003 | Government Orders | Louisiana Office of Conservation;Order No. 255-R, 10,200' RA SUA | Louisiana Office of Conservation | | | BS Lease 1999, BS Lease 20, BS Lease G01230, BS Lease 4409 | | $0.00 | Assume and assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 1253 | | Oilfield Services | 503189_Master Services Agreement dated effective 11/01/2013 | LOUISIANA SAFETY SYSTEMS INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1254 | 12/16/2020 | Indemnity and Release Agreement | Offshore Facilities Boarding, Release and Idmenfication Agreement for SS 91 A &B platforms by and between Louisiana State University and Fieldwood Energy LLC extended 12-16-2020 through 12-15-2021 | Louisiana State University and Fieldwood Energy LLC extended 12-16-2020 through 12-15-2021 | | Fieldwood Energy LLC | SS 91 Lease G02919 | | $0.00 | Assume and assign to Credit Bid Purchaser | x | | |
| 1255 | | Oilfield Services | 533957_Master Services Agreement dated effective 03/11/2014 | LQT INDUSTRIES, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1256 | | Oilfield Services | 507057_Rental Agreement dated effective 03/12/2014 | LSE CRANE AND TRANSPORTATION | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1257 | | Oilfield Services | 701037_Master_Service_Contract Effective_12-14-2015 | M&P MANAGEMENT, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1258 | | Oilfield Services | 531437_Master Services Agreement dated effective 11/01/2013 | M.R. HARLAN, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1259 | | Oilfield Services | Subsea Tree Hydraulic Oil (Shell - HI A573 Only) | MACDERMID OFFSHORE SOLUTIONS | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1260 | 10/21/2019[Removed] | Equipment Lease | 426 Generator, Serial No. 10008416-09 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | | | x |
| 1261 | 10/21/2019[Removed] | Equipment Lease | 750 Generator, Serial No. 100061169 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | | | x |
| 1262 | 10/21/2019[Removed] | Equipment Lease | 300 Generator, Serial No. 100010 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | | | x |
| 1263 | 10/21/2019[Removed] | Equipment Lease | 750 Generator, Serial No. 52E319 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | | | x |
| 1264 | 10/21/2019[Removed] | Equipment Lease | 400 Generator, Serial No. 82E331 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | | | x |
| 1265 | 10/21/2019[Removed] | Equipment Lease | 500 Generator, Serial No. 1004526-002 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | | | x |
| 1266 | 10/21/2019[Removed] | Equipment Lease | 500 Generator, Serial No. 100872-01 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | | | x |
| 1267 | 10/21/2019[Removed] | Equipment Lease | 90 Generator, Serial No. 10133TG-01 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | | | x |
| 1268 | 10/21/2019[Removed] | Equipment Lease | Compressor, Serial No. 271A33 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | | | x |
| 1269 | 10/21/2019[Removed] | Equipment Lease | Compressor, Serial No. 9616A | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | | | x |
| 1270 | 10/21/2019[Removed] | Equipment Lease | Compressor, Serial No. TB1282 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and allocate pursuant to divisive mergers | | | x |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1271 | 10/21/2010 Removed | Equipment Lease | Compressor, Serial No. F04664 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and allocate pursuant to Divisive mergers | × | | |
| 1272 | 10/21/2010 Removed | Equipment Lease | Compressor, Serial No. F11605 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and allocate pursuant to Divisive mergers | × | | |
| 1273 | 10/21/2010 Removed | Equipment Lease | Compressor, Serial No. F12052 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and allocate pursuant to Divisive mergers | × | | |
| 1274 | 10/21/2010 Removed | Equipment Lease | Compressor, Serial No. F-12008 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and allocate pursuant to Divisive mergers | × | | |
| 1275 | 10/21/2010 Removed | Equipment Lease | Compressor, Serial No. F-13806 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and allocate pursuant to Divisive mergers | × | | |
| 1276 | 10/21/2010 Removed | Equipment Lease | Compressor, Serial No. F-14891 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and allocate pursuant to Divisive mergers | × | | |
| 1277 | 10/21/2010 Removed | Equipment Lease | Compressor, Serial No. F-731 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and allocate pursuant to Divisive mergers | × | | |
| 1278 | 10/21/2010 Removed | Equipment Lease | Compressor, Serial No. F-25919 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | × |
| 1279 | 10/21/2010 Removed | Equipment Lease | Compressor, Serial No. L-81652 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | × |
| 1280 | 10/21/2010 Removed | Equipment Lease | Fuel Tank, Serial No. 4310/4401/4402 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and allocate pursuant to Divisive mergers | | × | |
| 1281 | 10/21/2010 Removed | Equipment Lease | Fuel Tank, Serial No. 51415 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and allocate pursuant to Divisive mergers | | × | |
| 1282 | 10/21/2010 Removed | Equipment Lease | Fuel Tank, Serial No. 51456 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and allocate pursuant to Divisive mergers | | × | |
| 1283 | 10/21/2010 Removed | Equipment Lease | Fuel Tank, Serial No. C562606 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | × |
| 1284 | | Oilfield Services | 50987B_Master Services Agreement dated effective 11/01/2013 | MAGNOLIA TORQUE & TESTING INC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | × | |
| 1285 | 09/01/2004 | Joint Operating Agreement | Operating Agreement eff. 9-1-04 | Magnum Hunter | Fieldwood Energy Offshore LLC | VP 242 Lease G23033 | | MAGNUM HUNTER PRODUCTION INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | × |
| 1286 | 11/07/2007 | Farmout Agreement | FARMOUT AGREEMENT BY AND BETWEEN MAGNUM HUNTER PRODUCTION, INC. AND APACHE CORPORATION | MAGNUM HUNTER PRODUCTION, INC. AND APACHE CORPORATION | Fieldwood Energy LLC | ST 267 Lease G24687 | | RIDGEWOOD ENERGY CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | × | |
| 1287 | 12/01/1999 | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN FORCEENERGY INC. AND MAKO OFFSHORE EXPLORATION, INC., ET AL. | Mako Offshore Exploration, Inc.; Pruet Offshore Company | Fieldwood Energy LLC | VR 381 Lease G16314 | | MAKO OFFSHORE EXPLORATION INC, PRUET Offshore Company | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | × | |
| 1288 | | Oilfield Services | Derrick Barge Work | MANSON GULF | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | × | | |
| 1289 | 10/01/1999 | Marketing - Connection Agreement | AGREEMENT TO TIE IN AND FOR OPERATION AND CONSTRUCTION BETWEEN MANTA RAY OFFSHORE GATHERING COMPANY, L.L.C. AND ANADARKO PETROLEUM CORPORATION, OCEAN ENERGY INC., AND SHELL OFFSHORE INC. | MANTA RAY OFFSHORE GATHERING COMPANY, L.L.C. AND ANADARKO PETROLEUM CORPORATION, OCEAN ENERGY INC., AND SHELL OFFSHORE INC. | Fieldwood Energy LLC | GI 110 Lease G13943, GI 111 G35611, GI 116 Lease G13944 | | W & T OFFSHORE INC | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | × | × | |
| 1290 | 10/01/1999 | Marketing - Connection Agreement | Manta Ray Offshore Gathering Company, L.L.C. and Anadarko Petroleum Corporation, Ocean Energy Inc., Shell Offshore Inc. | Manta Ray Offshore Gathering Company, L.L.C. and Anadarko Petroleum Corporation, Ocean Energy Inc., Shell Offshore Inc. | Fieldwood Energy LLC | GI 110 Lease G13943, GI 111 G35611, GI 116 Lease G13944 | | W & T OFFSHORE INC | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | × | × | |
| 1291 | 06/08/2017 | Other Assignment / Bill of Sale (or Conveyance, Notice of Exercise) & Related Consents | by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering, L.L.C.; Manta Ray sets to Fieldwood pursuant to reverse of gas flow in ST 295 block to direct flow of gas to ST 292 Platform | Manta Ray Offshore Gathering Company, L.L.C.; Manta Ray Offshore Gathering, L.L.C. | Fieldwood Energy LLC | ST 295 Lease G05646 | | APACHE OFFSHORE INVESTMENT GP, BRISTOW US LLC, TAMPNET INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | × | | |
| 1292 | 06/08/2017 | Interconnection and Measurement Agreement | by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering, L.L.C.; Fieldwood desires to connect with Manta Ray's ST 292 platform and piping, etc. | Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | ST 295 Lease G05646 | | APACHE OFFSHORE INVESTMENT GP, BRISTOW US LLC, TAMPNET INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | × | | |
| 1293 | 04/01/2011 | Marketing - Separation & Stabilization | Liquids Separation Agreement between Noble Energy, Inc and Manta Ray Offshore Gathering Company, L.L.C. | Manta Ray Offshore Gathering Company, L.L.C. | Fieldwood Energy LLC | GC 768 Lease G21817 | | ANADARKO US OFFSHORE LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | × | | |
| 1294 | 01/01/2012 | Lease Rental and Minimum Royalty Payment Agreement | Lease Rental and Minimum Royalty Payment Agreement by and between Marathon Oil Company, Samson Offshore, LLC, BHP Billiton Petroleum (Deepwater) Inc and Noble Energy, Inc dated 9 March 2012 | Marathon Oil Company, Samson Offshore, LLC, BHP Billiton Petroleum (Deepwater) Inc and Noble Energy, Inc dated 9 March 2012, but effective 1 Jan 12 | Fieldwood Energy LLC | MC 992 N/2 Lease G24133 | | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | × | | |
| 1295 | 10/01/1990 | Joint Operating Agreement | Unit Agreement and/or Unit Operating Agreement dated 10/1/90 between Marathon Oil Co and Phillips Petroleum etal | Marathon Oil Co and Phillips Petroleum etal | Fieldwood Energy LLC | WD 0267 Lease G01449 | | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | × | | |
| 1296 | 06/11/2012 | Joint Operating Agreement | Area of Mutual Interest Agreement and Joint Operating Agreement made and entered into between Marathon Oil Company, Statoil USA E&P Inc and Woodside Energy (USA) Inc dated and effective 11 June 2012 (including JOA to be identical to JOA for MC 993 S/2) | Marathon Oil Company, Statoil USA E&P Inc and Woodside Energy (USA) Inc dated and effective 11 June 2012 (including JOA to be identical to JOA for MC 993 S/2) | Fieldwood Energy LLC | MC 992 S/2 Lease G24133 | | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | × | | |
| 1297 | 04/01/1981 | Operating Agreement - Other | b/b Marathon, Amerada Hess, LL&E and Texas Eastern Corporation | Marathon, Amerada Hess, LL&E and Texas Eastern Corporation | | HI A-550 Lease G04381 | | TAMPNET INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | × |
| 1298 | 05/01/2008 | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN MARINER ENERGY, INC. AND APACHE CORPORATION | MARINER ENERGY, INC. AND APACHE CORPORATION | Fieldwood Energy LLC | ST 49 Lease G24956 | | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | × |
| 1299 | 01/01/2005 | Joint Operating Agreement | Operating Agreement 1-1-05 by an between Maritech and Arena | Maritech and Arena | Fieldwood Energy LLC | EC 328 Lease G10638 | | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | × | | |
| 1300 | 08/01/1987 | Operating Agreement - Other | DA by and between Mark Producing, Inc. as Operator and EP Operating Company and Non-Operator | Mark Producing, Inc. as Operator and EP Operating Company and Non-Operator | Fieldwood Energy LLC | EC 332 Lease G09478 | | CARIN ENERGY USA INC, CONTINENTAL LAND & FUR CO INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | × |
| 1301 | | Oilfield Services | 55043B_Master Service Agreement dated effective 06/20/2018 | MARLIN OILFIELD DIVERS INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | × | | |
| 1302 | 11/13/2018 | Non-Oilfield Services | Consulting Agreement - Kalmac Development | MARS OFFSHORE TECHNOLOGY INC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | × | |
| 1303 | | Oilfield Services | 53396I_Master Services Agreement dated effective 12/03/2013, Amendment dated effective 01/28/2019 | MARTIN HOLDINGS, LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | × | |
| 1304 | | Oilfield Services | 77771G_Master Services Agreement dated effective 07/17/2018 | MASTER FLO VALVE (USA) INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | × | |
| 1305 | | Oilfield Services | 75079K_Rental Agreement dated effective 10/22/2014 | MAVERICK ENERGY SOLUTIONS, LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | × | | |
| 1306 | | Oilfield Services | Inspection and Service | MAXIM SILENCERS INC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | × | | |
| 1307 | 07/01/1978 | Operating Agreement - Other | b/b McMoRan and Transco et al | McMoRan and Transco et al | | HI A447 Lease G02360 | | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | × |
| 1308 | 11/28/1979 | Operating Agreement - Other | McMoRan et al | McMoRan et al | | HI A-446 Lease G02359 | | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | × |
| 1309 | | Oilfield Services | 55645T_Master Services Agreement dated effective 11/01/2013 | MECHANICAL & PERFORMANCE ANALYSIS | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | × | | |
| 1310 | | Oilfield Services | 77772A_Master_Service_Contract Effective_6-8-2018 | MELANCON'S WELDING & REPAIR, LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | × | | |
| 1311 | 11/01/2005 | Joint Development / Venture / Exploration | JOINT DEVELOPMENT AGREEMENT BY AND BETWEEN MERIT ENERGY COMPANY AND STONE ENERGY CORPORATION ET AL | MERIT ENERGY COMPANY AND STONE ENERGY CORPORATION ET AL | Fieldwood Energy LLC; GOM Shelf LLC | SS 198 Lease S93, SS 198 Lease G12355 | | RENAISSANCE OFFSHORE, LLC, TALOS PRODUCTION LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | × | | |
| 1312 | 07/01/1975 | Joint Operating Agreement | Operating Agreement eff. 7/1/75 by and between Mesa Petroleum as Operator and American Natural Gas Production Co. et al | Mesa Petroleum as Operator and American Natural Gas Production Co., et al | Fieldwood Energy LLC | PL 13 Lease G03171 | | ANKOR ENERGY LLC, ENVEN ENERGY VENTURES, LLC | $0.00 2041,278.31 Assume and Allocate Pursuant to Divisive Mergers | × | | |
| 1313 | | Oilfield Services | Mud, Completion Brine, Chemical Tools, Solids Handling Equipment | M-I SWACO | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | × | | |
| 1314 | | Non-Oilfield Services | Software Licensing Agreement | MICROSOFT LICENSING, GP | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | × | | |
| 1315 | | Oilfield Services | Blast Media | MINERAL TECH LLC | Fieldwood Energy LLC | n.a. | | n.a. | $283.00 Assume and assign to Credit Bid Purchaser | × | | |
| 1316 | 11/07/2005 | Unit Agreement and/or Unit Operating Agreement | Amendment to Unit Agreement, Viosca Knoll Block 252 Unit, Contract No. 754394013, dated November 7, 2005 (effective November 1, 2005) as approved by the Minerals Management Service by letter dated January 10,2007, but made effective November 8, 2006, replacing Exhibits "A", "B" and "C" and Article 13.1 in its entirety (reduction of Unit Area) | Minerals Management Service | Fieldwood Energy LLC | VK 251 Lease G10930, VK 340 Lease G10033 | | Williams Field Services | $0.00 Assume and Allocate Pursuant to Divisive Mergers | × | | |
| 1317 | 07/01/1974 | Joint Operating Agreement | Operating Agreement originally by and between Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Fieldwood Energy LLC | EB 160 Lease G02647 | | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | × |
| 1318 | 07/01/1974 | Joint Operating Agreement | Operating Agreement originally by and between Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Fieldwood Energy LLC | EB 161 Lease G02648 | | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | × |
| 1319 | 07/01/1974 | Joint Operating Agreement | Operating Agreement originally by and between Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Fieldwood Energy LLC | EB 158 Lease G02645 | | APACHE DEEPWATER LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | × |
| 1320 | 07/01/1974 | Joint Operating Agreement | Operating Agreement originally by and between Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Fieldwood Energy LLC | EB 159 Lease G02646 | | APACHE DEEPWATER LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | × |
| 1321 | 01/01/1988 | Marketing - Connection Agreement | OFFSHORE TIE-IN AGREEMENT EWING BANK 826 PIPELINE SYSTEM TIE-IN TO SHELL PIPE LINE COROPRATION'S COUGAR PIPELINE BETWEEN MOBILE EXPLORATION & PRODUCING U.S. INC., KERR-MCGEE PIPELINE CORP., AND SOHIO PIPELINE (document just shows 1988) | MOBILE EXPLORATION & PRODUCING U.S. INC., KERR-MCGEE PIPELINE CORP., AND SOHIO PIPELINE | Fieldwood Energy LLC | EW 826 Lease G05800 | | APACHE DEEPWATER LLC, WALTER OIL & GAS CORPORATION, W & T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | × | | |
| 1322 | 05/27/1968 | Operating Agreement - Other | DA by and between Mobil Oil Corporation and Union Oil Company of California | Mobil Oil Corporation and Union Oil Company of California | | SA A102 Lease G01754 | | | $0.00 Assume and allocate pursuant Allocate Pursuant to Divisive mergers Divisive Mergers | × | | |
| 1323 | | Oilfield Services | 70063_Master Service Agreement dated effective 02/06/2014 | MODERN AMERICAN RECYCLING SERVICES INC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | × | | |
| 1324 | | Oilfield Services | 77795I_Master Services Agreement dated effective 03/29/2019 | MONCLA WORKOVER & DRILLING SERVICES INC. | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | × | | |

| # | Date | Category | Description | Counterparty | Debtor | Lease | Other Party | Treatment | | | | | |
|---|------|----------|-------------|--------------|--------|-------|-------------|-----------|---|---|---|---|---|
| 1325 | 12/31/2013 | Property Participation & Exchange Agreements | First Amendment to the Participation Agreement OCS-G0786, South Marsh Island Area, Block 48 Offshore Federal Waters | Monfrore Exploration L.L.C. | Fieldwood Energy LLC | SM 48 Lease 786 | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | | |
| 1326 | 05/14/2015 | Property Participation & Exchange Agreements | by and between Fieldwood Energy LLC assign and Monfrore Exploration L.L.C.: Second Amendment to the Participation Agreement OCS-G0786, South Marsh Island Area, Block 48 Offshore Federal Waters | Monfrore Exploration L.L.C. | Fieldwood Energy LLC | SM 48 Lease 786 | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | | |
| 1327 | 09/13/2016 | Other Misc. | by and between Fieldwood Energy LLC and Monfrore Exploration L.L.C.: Fieldwood agrees to pay Monforte's insurance charges | Monfrore Exploration L.L.C. | Fieldwood Energy LLC | S5 274 Lease G01038 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1328 | 12/12/2019 | Acquisition / PSA / Other Purchase or Sale | by and between Fieldwood Energy LLC and Monfrore Exploration L.L.C.: SS 274 A Platform to El 259 A Platform | Monfrore Exploration L.L.C. | Fieldwood Energy LLC | S5 274 Lease G01039 | ERA HELICOPTERS INC. | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1329 | 12/12/2019 | Pipeline Purchase Agreement | Terms and condition of sale of pipeline and associated equipment | Monfrore Exploration L.L.C. | Fieldwood Energy LLC | S5 274 Lease G01039 | ERA HELICOPTERS INC. | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1330 | | Oilfield Services | 515485_Master Services Agreement dated effective 11/01/2013 | MONTCO OFFSHORE INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1331 | | Oilfield Services | 558865_Master Services Agreement effective 12/03/2013 | MONTCO OILFIELD CONTRACTORS LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1332 | 05/19/2016 | Letter Agreement - Other | Letter Agreement governing the Transition of Operatorship from Murphy Exploration and Production Company - USA to Noble Energy, Inc dated 19 May 2016 | MURPHY EXPLORATION AND PRODUCTION COMPANY - USA | Fieldwood Energy LLC | MC 697 Lease G26021, MC 698 Lease G26022, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1333 | 1/10/2020 | Non-Oilfield Services | Consulting Agreement | N DARLENE WALKER & ASSOCIATES | Fieldwood Energy LLC | n.a. | n.a. | $8,750.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1334 | 1/10/2020 | Non-Oilfield Services | Consulting Agreement | N DARLENE WALKER & ASSOCIATES | Fieldwood Energy LLC | n.a. | n.a. | $8,750.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1335 | | Oilfield Services | Daywork Drilling Contract dated 3-11-2014 | NABORS OFFSHORE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1336 | | Oilfield Services | 526377_Master Services Agreement dated effective 11/01/2013; Amendment dated effective 02/01/2020 | NALCO COMPANY | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1337 | | Oilfield Services | 556324_Master Services Agreement effective 11/01/2013 | NATIONAL OILWELL VARCO, LP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1338 | | Oilfield Services | 777952_Master Services Agreement effective 05/30/2019 | NATIONAL RESPONSE CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1339 | | Oilfield Services | 701142_Master Services Agreement dated effective 11/14/2016 | NEO PRODUCTS | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1340 | | Non-Oilfield Services | Perpetual Software License Agreement | NEURALOG LP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1341 | | Oilfield Services | 549528_Master Services Agreement dated effective 01/01/2014 | NEW TECH GLOBAL VENTURES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1342 | 02/28/2007 | Farmout Agreement | FO eff. 2/28/07 by and between Newfield and Apache | Newfield and Apache | Fieldwood Energy LLC | EI 348 Lease G14482 | BRISTOW US LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1343 | 06/01/2004 | Operating Agreement - Other | Operating Agreement eff. 6-1-04 by and between Newfield Exploration Co & Triumph Energy LLC | Newfield Exploration Co & Triumph Energy LLC | Fieldwood Energy LLC | WD 133 Lease G01106 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1344 | 05/02/2012 | Confidentiality Agreements / AMI and Related Consents | Letter, dated May 2, 2012 between Newfield Exploration Company and Chevron U.S.A. Inc., being a waiver of confidentiality provision grant by Chevron in favor of Newfield; | Newfield Exploration Company and Chevron U.S.A. Inc. | Fieldwood Energy Offshore | VK 251 Lease G10930, VK 340 Lease G10933 | Williams Field Services | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | x |
| 1345 | 04/19/2004 | Farmout Agreement | Farmout Agreement by and between Newfield Exploration Company and Westport Resources Company, as Owners of WC 73, and Dominion Exploration & Production, Inc, and Spinnaker Exploration Company, LLC as Owners of WC 72 | Newfield Exploration Company and Westport Resources Company, as Owners of WC 73, and Dominion Exploration & Production, Inc, and Spinnaker Exploration Company, LLC as Owners of WC 72 | Fieldwood Energy Offshore LLC | WC 72 Lease G23735 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1346 | 11/18/2004 | Letter Agreement - Other Land | Letter Agreement, dated November 18, 2004, between Chevron U.S.A. Inc. and Newfield Exploration Company, amending the terms of Letter Agreement dated October 14, 2004, between Chevron U.S.A. Inc. and Noble Energy, Inc. concerning Production Handling Agreement Terms, Vioska knoll 251 "A" Platform, Cadillac Prospect and any Other Future Non-unit Production. | Newfield Exploration Company, Chevron U.S.A. Inc., Noble Energy, Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | Williams Field Services | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | x |
| 1347 | | Oilfield Services | Wireline Tools and Parts | NEWLIN RENTAL-REPAIR & SUPPLIES INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1348 | | Oilfield Services | 501111_Master Services Agreement effective 11/01/2013 | NEWMAN CRANE SERVICE INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1349 | | Oilfield Services | Gas and Gas Cylinders, Welding Supply | NI WELDING SUPPLY LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1350 | | Confidentiality Agreements / AMI and Related Consents | NOLE OF MUTUAL INTEREST AGREEMENT BY AND BETWEEN NOBLE ENERGY INC, DAVIS OFFSHORE, L.P. AND STATOILHYDRO USA E&P INC | NOBLE ENERGY INC AND DAVIS OFFSHORE, L.P. AND STATOILHYDRO USA E&P INC | Fieldwood Energy Offshore LLC | GC 158 Lease G26021 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1351 | | Confidentiality Agreements / AMI and Related Consents | NOLE OF MUTUAL INTEREST AGREEMENT BY AND BETWEEN NOBLE ENERGY INC., DAVIS OFFSHORE, L.P. AND STATOILHYDRO USA E&P INC | NOBLE ENERGY INC AND DAVIS OFFSHORE, L.P. AND STATOILHYDRO USA E&P INC | Fieldwood Energy Offshore LLC | GC 158 Lease G26021 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1352 | 12/20/2012 | Letter Agreement - Other Land | Letter Agreement by and between Noble Energy Inc and Anadarko Petroleum Corporation dated 20 Dec 2012 | Noble Energy Inc and Anadarko Petroleum Corporation dated 20 Dec 2012 | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1353 | | Confidentiality Agreements / AMI and Related Consents | NOLE OF MUTUAL INTEREST AGREEMENT BY AND BETWEEN NOBLE ENERGY INC AND DAVIS OFFSHORE LP | NOBLE ENERGY INC AND DAVIS OFFSHORE, L.P. AND STEPHENS PRODUCTION COMPANY LLC | Fieldwood Energy Offshore LLC | KC 104 Lease G26021 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1354 | 05/04/2015 | Letter Agreement - Other Land | by and between Fieldwood Energy LLC and : Oil Test Sampling Agreement by and between Noble Energy Inc and Deep Gulf Energy III, LLC for samples of Santiago-Santa Cruz Well to be shared with MC 563 Parties | Noble Energy Inc and Deep Gulf Energy III, LLC | Fieldwood Energy LLC | MC 519 Lease G27279, MC 563 Lease G21178 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1355 | 03/20/2008 | Property Participation & Exchange Agreements | Participation Agreement by and between Noble Energy Inc and Marathon Oil Company for the drilling of the MC 948 #1 Well | Noble Energy Inc and Marathon Oil Company for the drilling of the MC 948 #1 Well | Fieldwood Energy LLC | MC 948 Lease G28030 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1356 | 08/28/2014 | Letter Agreement - Other Land | Letter Agreement by and between Noble Energy Inc and Murphy dated 28 Aug 14 covering certain operational issues at Thunderhawk | Noble Energy Inc and Murphy | Fieldwood Energy LLC | MC 697 Lease G26021, MC 698 Lease G26022, MC 742 Lease G32343, MC 782 Lease G33757 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1357 | 02/26/2015 | Letter Agreement - Other Land | Letter Agreement by and between Noble Energy Inc and Murphy dated 11 Jul 16 governing certain operational issues at Thunderhawk | Noble Energy Inc and Murphy dated 11 Jul 16 governing certain operational issues at Thunderhawk | Fieldwood Energy LLC | MC 697 Lease G26021, MC 698 Lease G26022, MC 736, MC 738, MC 742 Lease G32343, MC 782 Lease G33757 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1358 | 05/24/2016 | Letter Agreement - Other Land | Letter Agreement by and between Noble Energy Inc and Murphy dated 11 Jul 16 governing certain operational issues at Thunderhawk | Noble Energy Inc and Murphy dated 11 Jul 16 governing certain operational issues at Thunderhawk | Fieldwood Energy LLC | MC 697 Lease G26021, MC 698 Lease G26022, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1359 | 11/01/2005 | Ownership & Partnership Agreements | Partnership agreement by and between Noble Energy Inc and Samson Offshore Company covering multiple blocks in DWGOM dated 1 Nov 2005 as amended (a) First Amendment dated 22 Aug 06 and (b) Second Amendment dated 20 Mar 07 and (c) Third Amendment dated 21 Mar 07 and (d) Fourth Amendment dated 1 Apr 07 (AMI Expired 1 Sep 07) | Noble Energy Inc and Samson Offshore Company | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1360 | | Letter Agreement - Other Land | LETTER AGREEMENT BY AND BETWEEN NOBLE ENERGY INC., DAVIS OFFSHORE, L.P., ENERGY PARTNERS, LTD., AND STEPHENS PRODUCTION COMPANY LLC | NOBLE ENERGY INC, DAVIS OFFSHORE, L.P., ENERGY PARTNERS, LTD. AND STEPHENS PRODUCTION COMPANY LLC | Fieldwood Energy Offshore LLC | KC 104 Lease G26021 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1361 | 06/17/2009 | Farmout Agreement | Farm out agreement by and between Noble Energy Inc, Samson Offshore Company and Exxon Mobil Exploration Company where XOM Company assigns GC 767 in return for well commitment and ORRI on GC 679, 980, 723, 724 and 768 (below 17,000 to 100' below commitment well). Commitment well drilled on GC 723 | Noble Energy Inc, Samson Offshore Company and Exxon Mobil Exploration Company | Fieldwood Energy LLC | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1362 | | Letter Agreement - JOA | LETTER AGREEMENT BY AND BETWEEN NOBLE ENERGY INC., STATOIL, USA E&P INC., ENERGY PARTNERS LTD., CAL-DIVE EXPLORATION LLC AND DAVIS OFFSHORE, L.P. (Establishment of AMI from Shallow Water Base Down JOA Exhibit "A" Substitution Page). | NOBLE ENERGY INC, STATOIL, USA E&P INC., ENERGY PARTNERS LTD., CAL-DIVE EXPLORATION LLC AND DAVIS OFFSHORE, L.P. | Fieldwood Energy Offshore LLC | GC 158 Lease G26021 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1363 | 08/28/2014 | Facilities & Tie-in Agreements | Bridging Agreement by and between Noble Energy Inc, W+T Energy VI LLC, ILX Prospect Dantzler, LLC and Ridgewood Dantzler bridging responsibilities of Loop Operator and Field Operated dated 28 Aug 14 | Noble Energy Inc, W+T Energy VI, ILX Prospect Dantzler, LLC and Ridgewood Dantzler | Fieldwood Energy LLC | MC 782 Lease G33757 | RIDGEWOOD DANTZLER LLC, TALOS EXPLORATION LLC, W & T ENERGY VI LLC | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |
| 1364 | 08/15/2014 | Assignment of Wellbores | by and between Fieldwood Energy LLC and W & T Offshore, Inc. : RE: High Island 129 No. 12 Well Assignment | Noble Energy Inc, W+T Energy VI, LLC, ILX Prospect Dantzler, LLC, Ridgewood Dantzler, Houston Energy Deepwater Ventures V, LLC; Red Willow Offshore LLC | Fieldwood Energy LLC | HI 129 Lease G01646 | W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, HELIS OIL & GAS CO, CALYPSO EXPLORATION LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1365 | | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN NOBLE ENERGY INC., DAVIS OFFSHORE, L.P., ENERGY PARTNERS, LTD., AND STEPHENS PRODUCTION COMPANY LLC | NOBLE ENERGY INC, DAVIS OFFSHORE, L.P., ENERGY PARTNERS, LTD., AND STEPHENS PRODUCTION COMPANY LLC | Fieldwood Energy Offshore LLC | KC 104 Lease G26021 | | $0.00 Assume and assign to Credit Bid Purchaser | | | x | | |

| # | Date | Type | Description | Counterparty | Debtor | Lease/Reference | Other Parties | Cure | Treatment |
|---|------|------|-------------|--------------|--------|------------------|---------------|------|-----------|
| 1366 | 01/01/2013 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement, Gunflint Prospect, Gunflint Unit, Offshore Louisiana, by and among Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Samson Offshore, LLC, Marathon Oil Company, BP Exploration & Production Inc., and BHP Billiton Petroleum (Deepwater) Inc., dated effective January 1, 2013, including any memorandums or financial statements of the same, as amended by: A. Ratification and First Amendment of the MC 948 Unit Operating Agreement dated effective January 1, 2013 by and among Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company. B. Second Amendment to the MC 948 Unit Operating Agreement dated effective May 20, 2013 by and between Noble Energy Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company. C. Ratification and Third Amendment to the MC 948 Unit Operating Agreement dated effective November 30, 2018 by and between Fieldwood Energy LLC, Samson Offshore Maverick LLC and Ecopetrol America Inc. | Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company | Fieldwood Energy LLC | MC 948 S/2,S/2N/2 Lease G28030, MC 949 S/2,S/2N/2 Lease G32363, MC 992 N/2 Lease G24133, MC 993 N/2 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1367 | 04/01/2011 | Marketing - Transportation | Nautilus Liquids Transportation Agreement between Noble Energy, Inc and Nautilus Pipeline Company, LLC | Noble Energy, Inc and Nautilus Pipeline Company, LLC | | GC 768 Lease G21817 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1368 | 10/10/2014 | Assignment of ORRI | Assignment Agreement dated 10 Oct 14 by and between Noble Energy, Inc, BP Exploration and Production, Inc and Houston Energy Deepwater Ventures LLC whereby Noble and BP assigned their combined 99.75% WI from 0-19,000'TVDSS on MC 563 in return for 2% (proportionately reduced) ORRI in S Santa Cruz Well and retained back in rights for its WI in 19,001-99,999 TVDSS on MC 563 and Noble/FW retained operatorship in such 19,001-99,999 TVDSS interval if back in was exercised | Noble Energy, Inc, BP Exploration and Production, Inc and Houston Energy Deepwater Ventures LLC | Fieldwood Energy LLC | MC 563 Lease G21176 | | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1369 | 01/01/2009 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement (Offshore Operating Agreement) dated effective January 1, 2009, originally by and between Noble Energy, Inc. (as predecessor in interest of Fieldwood), as Operator, and BP, Red Willow and HE&D Offshore, L.P. as Non-Operators, as amended: (a)by that certain First Amendment of the Unit Operating Agreement and Establishment of Lease Offshore Operating Agreements, dated effective as of October 10, 2014, by and among BP, Red Willow, HEDV Noble Energy, Inc. (as predecessor in interest of Fieldwood), Deep Gulf Energy III, LLC, Ridgewood South Santa Cruz, LLC and ILX Prospect South Santa Cruz, LLC and (b)by that certain Second Amendment of the Offshore Operating Agreement, dated effective as of October 15, 2018, by and among BP, Red Willow, HEDV and Fieldwood and (c) by that certain Third Amendment of the Offshore Operating Agreement, dated effective as of 1 May 2018, by and among BP, Red Willow, HEDV and Fieldwood and (d) by that certain Fourth Amendment of the Offshore Operating | Noble Energy, Inc. (as predecessor in interest of Fieldwood), as Operator, and BP, Red Willow and HE&D Offshore, L.P. as Non-Operators | Fieldwood Energy LLC | MC 519 Lease G27278 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1370 | 12/10/2013 | Facilities & Tie-In Agreements | Authorization Agreement for Tie-Back Development by and among Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company, dated effective December 10, 2013 as amended by that Amended and Restated Authorization Agreement for Tie-Back Development dated effective as of January 31, 2014 by and among Noble Energy, Inc., Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company. | Noble Energy, Inc. (Fieldwood is successor-in-interest to Noble Energy, Inc.), Ecopetrol America Inc., Samson Offshore, LLC and Marathon Oil Company | Fieldwood Energy LLC | MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1371 | 10/01/2015 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement made and entered into effective October 1, 2015, among Noble Energy, Inc. (the "Unit Operator", Fieldwood is successor-in-interest to Noble Energy, Inc.), W&T Energy VI, LLC, Red Willow Offshore, LLC, and Houston Energy Deepwater Ventures V, LLC | Noble Energy, Inc. (the "Unit Operator", Fieldwood is successor-in-interest to Noble Energy, Inc.), W&T Energy VI, LLC, Red Willow Offshore, LLC, and Houston Energy Deepwater Ventures V, LLC | Fieldwood Energy LLC | MC 697 SE/4 SE/4; E/2 NE/4 SE/4 Lease G32021; MC 698 Lease G28022; MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1372 | 12/20/2005 | Confidentiality Agreement / AMI and Related Consents | Letter Agreement, dated December 20, 2005, between Noble Energy, Inc. and Gherovin U.S.A. Inc., being a consent-to-disclose confidential data | Noble Energy, Inc. and Gherovin U.S.A. Inc., being a consent-to-disclose confidential data | Fieldwood Energy LLC | VK 251 Lease G10800, VK 340 Lease G10933 | Williams Field Services | $0.00 | Assume and assign to Divisive Mergers | x | x |
| ~~1373~~ | ~~03/01/2000~~ | ~~Joint Operating Agreement~~ | ~~JOINT OPERATING AGREEMENT BY AND BETWEEN NOBLE ENERGY, INC., STATOIL HYDRO USA E&P INC, STEPHENS PRODUCTION COMPANY AND DAVIS OFFSHORE, L.P.~~ | ~~NOBLE ENERGY, INC., STATOIL HYDRO USA E&P INC, STEPHENS PRODUCTION COMPANY AND DAVIS OFFSHORE, L.P.~~ | ~~Fieldwood Energy Offshore LLC~~ | ~~GI 100 Lease G28021~~ | | ~~$0.00~~ | ~~Assume and assign to Credit Bid Purchaser~~ | x | x |
| 1374 | 08/01/2016 | Unit Agreement and/or Unit Operating Agreement | Amendment No. 1 to Big Bend Prospect Offshore Operating Agreement and Unit Operating Agreement. Big Bend Prospect, MC 698 Unit by and between Noble Energy, Inc., W & T Energy VI, LLC, Red Willow Offshore, LLC, and Houston Energy Deepwater Ventures V, LLC | Noble Energy, Inc., W & T Energy VI, LLC, Red Willow Offshore, LLC, and Houston Energy Deepwater Ventures V, LLC | Fieldwood Energy LLC | MC 697 Lease G32021, MC 698 Lease G28022, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| ~~1375~~ | ~~04/02/2018~~ | ~~Other Notices~~ | ~~NOTICE AGREEMENT BY AND BETWEEN NOBLE ENERGY, INC., STEPHENS PRODUCTION COMPANY AND DAVIS OFFSHORE~~ | ~~NOBLE ENERGY, INC., STEPHENS PRODUCTION COMPANY AND DAVIS OFFSHORE, L.P. AND ENERGY PARTNERS LTD~~ | ~~Fieldwood Energy Offshore LLC~~ | ~~GI 100 Lease G28021~~ | | ~~$0.00~~ | ~~Assume and assign to Credit Bid Purchaser~~ | x | x |
| ~~1376~~ | ~~12/11/2008~~ | ~~Letter Agreement - Other, Land~~ | ~~LETTER AGREEMENT BY AND BETWEEN NOBLE ENERGY, INC., STEPHENS PRODUCTION COMPANY, ENERGY PARTNERS, LTD, AND DAVIS OFFSHORE, L.P.~~ | ~~NOBLE ENERGY, INC., STEPHENS PRODUCTION COMPANY, ENERGY PARTNERS, LTD, AND DAVIS OFFSHORE, L.P.~~ | ~~Fieldwood Energy Offshore LLC~~ | ~~GI 100 Lease G28021~~ | | ~~$0.00~~ | ~~Assume and assign to Credit Bid Purchaser~~ | x | x |
| 1377 | 06/01/1994 | Joint Operating Agreement | OPERATING AGREEMENT DATED JUNE 1, 1994, BY AND BETWEEN NORCEN EXPLORER, INC, OPERATOR, AND DALEN RESOURCES OIL & GAS CO. | NORCEN EXPLORER, INC, OPERATOR, AND DALEN RESOURCES OIL & GAS CO. | Fieldwood Energy Offshore LLC | SM 280 Lease G14456 | MP GULF OF MEXICO, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 1378 | 10/19/1994 | Joint Development / Venture / Exploration Agreements | Joint Venture Development Agreement, dated October 19,1994", between Norcen Explorer, Inc. and Texaco Exploration and Production, Inc. forming a working-interest unit comprising portions of Ship Shoal/Shoal Agreement Block 206 and OCS-G 1523,-Ship ShOperating Agreement Block 207. | Norcen Explorer, Inc. and Texaco Exploration and Production, Inc. | Fieldwood Energy Offshore LLC | SS 206 Lease G01522, SS 207 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 1379 | 04/06/1995 | Joint Development / Venture / Exploration Agreements | Amendment to Joint Venture Development Agreement, dated April 6, 1995, between Norcen Explorer, Inc., Texaco Exploration and Production, Inc., Hunt Industries, The George R. Brown, Partnership, JOC Venture, Lamar Hunt Trust Estate, Mobil Oil Exploration & Producing Southeast Inc., and Hunt Oil Company. | Norcen Explorer, Inc., Texaco Exploration and Production, Inc., Hunt Industries, The George R. Brown, Partnership, JOC Venture, Lamar Hunt Trust Estate, Mobil Oil Exploration | Fieldwood Energy Offshore LLC | SS 206 Lease G01522, SS 207 Lease G01523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x |
| 1380 | 11/16/1994 | Joint Development / Venture / Exploration Agreements | Joint Venture Development Agreement, dated November 16++1994, between Norcen Explorer, Inc., Texaco Exploration and Production, Inc., Industries, The George R. Brown Partnership, JOC Venture, LamarHunt Trust Estate, Mobil Oil Exploration SoProducingSoutheast Inc.,-and Hunt Oil Company, covering of of Blocks 206 and 207 Ship ShOperating Agreement Area. | Norcen Explorer, Inc., Texaco Exploration and Production, Inc, Industries, The George R. Brown Partnership, JOC Venture, LamarHunt Trust Estate, Mobil Oil Exploration | | | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | 3 |
| 1381 | | Oilfield Services | 540735_Master Services Agreement dated effective 11/11/2013 | NORD-SUD SHIPPING, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1382 | | Oilfield Services | 777653_Master_Service_Contract Effective 6/28/2018 | NORSAFE MARINE & OFFSHORE SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1383 | 05/01/1982 | Ownership & Partnership Agreement | Terms for construction and operation of the facility and allocation of commingled condensate - Operated by Northern Natural Gas Company | Northern Natural Gas Company | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | ~~Assume and allocate pursuant~~ Allocate Pursuant to Divisive mergers Divisive Mergers | x |
| 1384 | | Other Misc. | Partition and Redemption Agmt. dated 11-1-2005 b/t Northstar Gulfsands, LLC and Gulfsands Petroleum USA, Inc. | Northstar Gulfsands, LLC and Gulfsands Petroleum USA, Inc. | Fieldwood Energy Offshore LLC | VR 332 Lease G09514 | ANKOR E&P HOLDINGS CORPORATION, CANNAT ENERGY INC. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 1385 | 07/07/2008 | Letter Agreement - Other | VR 332 AG Letter Agmt dated July 7, 2008 b/t Northstar Interests, L.C. and Dynamic Offshore Resources, LLC | Northstar Interests, L.C. and Dynamic Offshore Resources, LLC | Fieldwood Energy Offshore LLC | VR 332 Lease G09514 | ANKOR E&P HOLDINGS CORPORATION, CANNAT ENERGY INC. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 1386 | 06/01/2014 | Acquisition / PSA / Other Purchase or Sale Agreements | by and between Fieldwood Energy Offshore LLC, NW Pipeline, Inc. and Northwestern Mutual Life Ins. Co/HPS 13-III | Northwestern Mutual Life Ins. Co; NW Pipeline, Inc. | Fieldwood Energy Offshore LLC | HI A-573 Lease G02293, HI A-362 Lease G02757, HI A-572 Lease G00742, HI A-595 Lease G02721, HI A-596 Lease G02732, HI A-531 Lease G02896, BA A-105 Lease G21757, WC 143 Lease G05298 | ERA HELICOPTERS INC. | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1387 | | Oilfield Services | 701064_Joinder dated effective 02/14/2019 | NOV PROCESS & FLOW TECHNOLOGIES US, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1388 | 01/01/1991 | Operating Agreement - Other | b/t NW Mutual, Hardy and Unocal | NW Mutual, Hardy and Unocal | Fieldwood Energy Offshore LLC | BA-A 102 Lease G01754, BA-A 105 Lease G01757 | ERA HELICOPTERS INC., TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x |
| 1389 | | Oilfield Services | 701100_Master Services Agreement dated effective 04/29/2016 | OCC-MED OF LAFAYETTE | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1390 | | Oilfield Services | 777653_Master Service Agreement dated effective 05/21/2018 | OCEAN EDGE SERVICES INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1391 | 06/01/1999 | Confidentiality Agreement / AMI and Related Agreements | AREA OF MUTUAL INTEREST BY AND BETWEEN OCEAN ENERGY INC AND DUKE ENERGY HYDROCARBONS, LLC INC. AND DUKE ENERGY HYDROCARBONS, LLC | OCEAN ENERGY INC. AND DUKE ENERGY HYDROCARBONS, LLC | Fieldwood Energy Offshore LLC | EI 126 Lease S2 | | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1392 | 02/09/1999 | Joint Operating Agreement | Offshore Operating Agreement, dated February 9, 1999, between Ocean Energy, Inc. and Shell Offshore Inc., covering Vermilion 195, 196 and 207, as amended December 23, 1999 by that certain Letter Agreement regarding the sale of properties to McMoran Oil & Gas LLC and further amended August 22, 2000, December 31, 2001 and September 15, 2010. | Ocean Energy, Inc., Shell Offshore Inc., McMoran Oil | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | VR 196 Lease G19760, VR 207 Lease G19761 | HALLIBURTON ENERGY SERV INC, ARENA ENERGY LP, ARENA OFFSHORE LP | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1393 | | Oilfield Services | 553294_Master_Service_Contract Effective_4-22-2010 | OCEAN FLOW INTERNATIONAL INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1394 | | Oilfield Services | Master Services Agreement dated effective 11/20/2013; Amendment dated 01/01/2015 | OCEANEERING INTERNATIONAL INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1395 | 03/01/1998 | Termination / Ratification and Joinder of Operating | Ratification and Joinder by and between OEI & SOI | OEI & SOI | Fieldwood Energy Offshore LLC | GI 110 Lease G13943, GI 110 Lease G13944 | W & T OFFSHORE INC | $0.00 | Assume and assign to Credit Bid Purchaser | x |
| 1396 | | Oilfield Services | 503720_Master Services Agreement dated effective 11/01/2013 | OFFSHORE ENERGY SERVICES, INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | x |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1397 | Oilfield Services | 513875_Master Services Agreement dated effective 11/01/2013 | OFFSHORE EQUIPMENT SOLUTIONS | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and Assign Pursuant to Divisive Mergers | x | |
| 1398 | Oilfield Services | 541788_Master Services Agreement dated effective 11/01/2013 | OFFSHORE SERVICES OF ACADIANA LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1399 | ~~Oilfield Services~~ Articles of Merger | Articles of Merger by and between Offshore Shelf LLC and W&T Offshore, Inc. - Pursuant to Plan of Merger | Offshore Shelf LLC and W&T Offshore, Inc. | | MC 110 Lease G16782 | ABERDEEN OIL & GAS (USA) LLC; TALOS RESOURCES LLC | | $0.00 Assume and assign to Credit Bid Purchaser | | * |
| 1400 | Oilfield Services | 546893_Master Services Agreement dated effective 09/20/2016 | OFFSHORE TECHNICAL COMPLIANCE, LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1401 | Oilfield Services | 700682_Master Services Agreement dated effective 03/24/2014 | OFFSHORE TECHNICAL SOLUTIONS, LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and Assign Pursuant to Divisive Mergers | x | |
| 1402 | Oilfield Services | 700271_Master Services Agreement dated effective 12/17/2018 | OIL & GAS EVALUATIONS AND CONSULTING LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1403 | 7/17/2013 | Non-Oilfield Services | Software Agreement, End User Support Agreement, DocVue Product Schedule | OIL & GAS INFORMATIONS SYSTEMS, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1404 | Oilfield Services | 700364_Master Services Agreement dated effective 07/10/2009 | OIL STATES QCS | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1405 | Oilfield Services | 777866_Master Services Agreement dated effective 01/28/2019 | OLIVIER INTERNATIONAL, LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1406 | Oilfield Services | Spill Response - GTB Remdiation Work in '14 / Early '15, OSRO | OMI ENVIRONMENTAL SOLUTIONS | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1407 | Oilfield Services | Joinder to Master Services Contract dated November 18, 2018 | OneSubsea LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1408 | Oilfield Services | 700986_Joinder dated effective 11/19/2018 | ONESUBSEA LLC | Fieldwood Energy LLC | n.a. | | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1409 | 01/04/2007 | Operating Agreement - Other | Operating Agreement as Amended | | Operating Agreement as Amended | SM 44 Lease G23840 | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | |
| 1410 | 5/14/2014 | Non-Oilfield Services | Perpetual Software License Agreement | OPPORTUNE LLP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1411 | 5/31/2014 | Non-Oilfield Services | Perpetual Software License/Master Agreement | OPPORTUNE LLP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1412 | | Non-Oilfield Services | Consulting Agreement; Engagement Letter | OPPORTUNE LLP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1413 | 04/01/1976 | Joint Operating Agreement | Operating Agreement eff. 4-1-76 as amended | Orinoco Natural Resources | | VR 261 Lease G03328 | | $0.00 Assume and Assign Pursuant to Divisive Mergers | x | | x |
| 1414 | | Oilfield Services | | OSIsoft LLC | Fieldwood Energy LLC | n.a. | n.a. | $5,221.74 Assume and assign to Credit Bid Purchaser | | x |
| 1415 | | Oilfield Services | QC 65 PI Data Software Company | OSIsoft LLC | Fieldwood Energy LLC | n.a. | n.a. | $5,221.74 Assume and assign to Credit Bid Purchaser | | x |
| 1416 | 12/02/1985 | Marketing - Construction, Operations, Management, Ownership Agreements | Governs the Ownership and Operations of the Producers' Facility. The Producers' Facility consists of assets owned by Producers, as well as those assets co-owned by the Producers and Owners. Fieldwood, as the designated Producers' Representative, reprents th by and between Fieldwood Energy LLC and and | Owners and Producers of Sabine Pass Facility | | SA 10 | | $0.00 ~~Assume and allocate pursuant~~ Allocate Pursuant ~~to divisive mergers~~ Divisive Mergers | x | |
| 1417 | 01/01/1997 | Joint Operating Agreement | Joint Operating Agreement, dated effective January 1, 1997, between DXY USA Inc., as Operator, Texaco Exploration and Production Inc. and Sun and Sun Operating Limited Partnership, for Brazos Block A-133. | DXY USA Inc., as Operator, Texaco Exploration and Production Inc. and Sun Operating Limited Partnership, for Brazos Block A-133. | | BA-A133 Lease G02665 | W & T ENERGY VI LLC | | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | * |
| 1418 | 9/6/2019 | Joint Operating Agreement | Perpetual Software License Agreement | P2 ENERGY SOLUTIONS | Fieldwood Energy LLC | n.a. | n.a. | $202,808.97 Assume and assign to Credit Bid Purchaser | | x |
| 1419 | 10/15/2018 | Non-Oilfield Services | Consulting Agreement | PAINTWIRE LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1420 | | Non-Oilfield Services | Data subscription agreement | PALEO DATA | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1421 | | Non-Oilfield Services | Perpetual Software License Agreement | PANDELL TECHNOLOGY USA CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $7,617.47 Assume and assign to Credit Bid Purchaser | | x |
| 1422 | 05/16/2019 | Letter Agreement - Operating Agreement | by and between Fieldwood Energy LLC and Panther Pipeline, LLC; Letter Agreement fldagolde Operating Agreement fld 5/16/519 with regard to natural gas pipeline work. | Panther Pipeline, LLC | | MI 518 Lease G05169 | | $0.00 Assume and Assign Pursuant to Divisive Mergers | x | |
| 1423 | 2/1/2016 | Non-Oilfield Services | Consulting Agreement | PARADIGM | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1424 | | Oilfield Services | Industrial Air Filters | PARKER HANNIFIN | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1425 | | Oilfield Services | BOP Rental, Downhole tools | PATTERSON RENTAL TOOLS, PATTERSON FISHING TOO | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1426 | | Oilfield Services | 550709_Rental Agreement dated effective 02/11/2014 | PAWS ENERGY SERVICES INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1427 | | Oilfield Services | 778044_Master_Rental_Agreement dated 6-27-2020 | PELICAN WASTE AND DEBRIS LLC | Fieldwood Energy LLC | n.a. | n.a. | $104.19 Assume and assign to Credit Bid Purchaser | | x |
| 1428 | | Oilfield Services | 700604_Master_Service_Contract Effective_7-28-2015 | PENINSULA MARINE INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1429 | 05/17/1999 | Farmout Agreement | by and between PennzEnergy Exploration and Production L.L.C. and Aviara Energy Corporation | PennzEnergy Exploration and Production L.L.C. and Aviara Energy Corporation | | EI-313 Lease G02606 | EPL OIL & GAS, LLC | | $0.00 Assume and Assign Pursuant to Divisive Mergers | x | |
| 1430 | 02/10/1994 | Joint Development / Venture / Exploration Agreements | JOINT DEVELOPMENT AGREEMENT DATED FEBRUARY 10, 1994, BY AND BETWEEN PENNZOIL EXPLORATION AND PRODUCTION COMPANY, SONAT EXPLORATION COMPANY AND UNION OIL COMPANY OF CALIFORNIA - TERMINATED BY LETTER AGREEMENT DATED MARCH 10, 1999. | PENNZOIL EXPLORATION AND PRODUCTION COMPANY, SONAT EXPLORATION COMPANY AND UNION OIL COMPANY OF CALIFORNIA | Fieldwood Energy Offshore LLC | EI 53 Lease 479 | ENVEN ENERGY VENTURES LLC | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1431 | | Oilfield Services | 700471_Master_Service_Contract Effective_07-2-2019 | PERC ENGINEERING, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1432 | | Oilfield Services | 777953_Master Services Agreement Effective 12/04/2018 | PETRAM CONSULTING, LLC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1433 | | Oilfield Services | Pipe Supplier | PETRO AMIGOS SUPPLY INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1434 | 1/7/2016 | Other | Contract for the Extraction of Hydrocarbons under the Production Sharing Modality - Fieldwood Energy E&P Mexico, S. De R.L. De C.V. | Petrobal Upstream Delta 1, S.A. de C.V. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1435 | | Oilfield Services | 777567_Master Services Agreement Effective 02/28/2018 | PETROLEUM CO-ORDINATORS | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1436 | | Non-Oilfield Services | Perpetual Software License Agreement | PETROLEUM EXPERTS: INC. | Fieldwood Energy LLC | n.a. | n.a. | $41,309.38 Assume and assign to Credit Bid Purchaser | | x |
| 1437 | | Oilfield Services | PHI 2019-2020 Pricing Agreement (4); Ninth Amendment dated 04/22/2020 | PETROLEUM HELICOPTERS INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1438 | 7/24/2018 | Non-Oilfield Services | Consulting Agreement | Petrophysical Applications International, Inc. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1439 | | Non-Oilfield Services | Consulting Agreement; Subscription License Agreement | PETROPHYSICAL SOLUTIONS INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1440 | 11/10/2017 | Non-Oilfield Services | Master Consulting Agreement | PETROPLAN USA LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1441 | 07/15/2000 | Joint Operating Agreement | Operating Agreement eff. 7-15-00 b/t Petroquest Energy One, L.L.C and LLOG Exploration and Production Company | Petroquest Energy One, L.L.C and LLOG Exploration and Production Company | Fieldwood Energy Offshore LLC | SS 79 Lease G15277 | CALYPSO EXPLORATION LLC | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1442 | 01/12/2001 | Property Participation & Exchange Agreements | Participation Agreement by and between PetroQuest Energy One, L.L.C. and Challenge Minerals Inc; Stephens Production Company, LLC; Exploration and Development of contract area including SS 79 | PetroQuest Energy One, L.L.C. and Challenge Minerals Inc; Stephens Production Company, LLC | | SS 79 Lease G15277 | | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1443 | 07/15/2000 | Property Participation & Exchange Agreements | Participation Agreement by and between PetroQuest Energy One, L.L.C. and LLOG Exploration & Production Company | PetroQuest Energy One, L.L.C. and LLOG Exploration & Production Company | | SS 79 Lease G15277 | CALYPSO EXPLORATION LLC | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1444 | 01/12/2001 | Joint Operating Agreement | Joinder and Ratification Agreement by and between PetroQuest Energy One, L.L.C. and LLOG Exploration & Production Company; Challenter Minerals Inc.; GMT, Inc.; Stephens Production Company, L.L.C.: Joinder and Ratification to 07/15/2000 JOA | PetroQuest Energy One, L.L.C. and LLOG Exploration & Production Company; Challenter Minerals Inc.; GMT, Inc.; Stephens Production Company, L.L.C. | | SS 79 Lease G15277 | | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1445 | | Oilfield Services | 547503_PO Terms & Conditions dated effective 07/24/2018 | PETROQUIP ENERGY SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1446 | | Oilfield Services | Pipeline Repair Clamps | PETROQUIP INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1447 | | Non-Oilfield Services | Perpetual Software License Agreement | Petroseismic Software | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1448 | 10/01/2014 | Other Services Agreements | MOU | PetroSkills (OGCI) | | Area wide | | | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1449 | | Oilfield Services | Fishing Tools (Formerly Extreme Energy Services) | PETROSTAR SERVICES, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and Assign Pursuant to Divisive Mergers | x | |
| 1450 | | Oilfield Services | 777661_Master_Service_Contract Effective_12-19-2019 | PETROSTREAM LP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1451 | | Oilfield Services | 700006_Master Service Agreement effective 01/01/2013 | PHARMASAFE INDUSTRIAL SERVICES INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1452 | | Non-Oilfield Services | Perpetual Software License Agreement | Phi Helipass, Llc | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1453 | | Oilfield Services | Personnel Check-in, Cargo Processing, Etc., at Heliports, Marine Ports, and Other Ports | PHI HELIPASS, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1454 | | Oilfield Services | 700975_Master Services Agreement dated effective 06/08/2015 | PHOENIX INTERNATIONAL HOLDING, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1455 | 08/27/2008 | Farmout Agreement | FARMOUT AGREEMENT BY AND BETWEEN PESCES ENERGY LLC AND APACHE CORPORATION | PESCES ENERGY LLC AND APACHE CORPORATION | Fieldwood Energy LLC | ST 291 Lease G16455 | ENVEN ENERGY VENTURES LLC | | $0.00 Assume and Assign Pursuant to Divisive Mergers | x | |
| 1456 | 3/7/2019 | Other | Second Amendment to Standard Lease Agreement | PINHOOK TOWER | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1457 | 4/15/2017 | Other | Standard Lease Agreement | PINHOOK TOWER | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1458 | 5/1/2018 | Other | Amendment to Standard Lease Agreement | PINHOOK TOWER | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1459 | | Oilfield Services | Facility and Structural Engineering for Construction Dept (Topside) | PINNACLE PROJECT SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |
| 1460 | | Oilfield Services | Slickline and E-line, Coil Tubing Units, Well Servicing | PIONEER WIRELINE SERVICES | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | | x |

| # | Date | Category | Description | Counterparty | Debtor | Contract Ref | Assignee | Amount | Treatment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1461 | | Oilfield Services | Pipe Supplier | PIPECO SERVICES | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1462 | 4/20/2017 | Other | PitneyBowes Lease Agreement (0040071677) | PITNEY BOWES POSTAGE BY PHONE | | Fieldwood Energy LLC | n.a. | n.a. | $1,126.98 | Assume and assign to Credit Bid Purchaser | | x | |
| 1463 | 8/6/2018 | Other | PitneyBowes Lease Agreement (0240047002) | PITNEY BOWES POSTAGE BY PHONE | | Fieldwood Energy LLC | n.a. | n.a. | $1,126.98 | Assume and assign to Credit Bid Purchaser | | x | |
| 1464 | | Non-Oilfield Services | Agreement for postage for machines in Houston and Lafayette | PITNEY BOWES POSTAGE BY PHONE | | Fieldwood Energy LLC | n.a. | n.a. | $945.86 | Assume and assign to Credit Bid Purchaser | | x | |
| 1465 | 09/02/1992 | Surface Lease | PLAQUEMINE PARISH GOVERNMENT S-92-1 SL#33 | PLAQUEMINE PARISH GOVERNMENT | | Fieldwood Energy LLC | GRANDBAY / MP140 | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1466 | 09/14/1992 | Surface Lease | SURFACE LEASE AGREEMENT BETWEEN PLAQUEMINES PARISH GOVERNMENT AS LESSOR AND CHEVRON PIPELINE COMPANY, LESSEE FOR MP 140 | PLAQUEMINE PARISH GOVERNMENT AS LESSOR AND CHEVRON PIPELINE COMPANY, LESSEE FOR MP 140 | | MP 140 Lease G02193 | JX NIPPON OIL EXPLORATION USA LTD | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1467 | | Oilfield Services | 777972_Master Services Agreement effective 11/01/2019 | PMB SAFETY & REGULATORY, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1468 | 07/07/1994 | Letter Agreement - Other Land | LETTER AGREEMENT BY AND BETWEEN POGO PRODUCING COMPANY AND COCKRELL OIL AND GAS, L.P., ET AL | POGO PRODUCING COMPANY AND COCKRELL OIL AND GAS, L.P., ET AL | | Fieldwood Energy LLC | EI 330 Lease G02115 | ENERGY XXI GOM LLC, RENAISSANCE OFFSHORE, LLC, Arena, TANA EXPLORATION COMPANY LLC | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1469 | 05/17/2006 | Marketing - Other | LETTER AGREEMENT, PLATFORM & FACILITIES OWNERSHIP AND ABANDONMENT LIABILITY, EUGENE ISLAND 330 D BY AND BETWEEN POGO PRODUCING COMPANY, APACHE CORPORATION, EXXONMOBIL CORPORATION, MARINER ENERGY RESOURCES, INC. | POGO PRODUCING COMPANY, APACHE CORPORATION, EXXONMOBIL CORPORATION, MARINER ENERGY RESOURCES, INC. | | Fieldwood Energy LLC | EI 330 Lease G02115 | ENERGY XXI GOM LLC, RENAISSANCE OFFSHORE, LLC, Arena, TANA EXPLORATION COMPANY LLC | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1470 | 03/01/1976 | Joint Operating Agreement | Operating Agreement eff. 3-1-76 b/b POGO, Mesa and Mobil, et al | POGO; Mesa and Mobil, et al | | Fieldwood Energy LLC | EI 337 Lease G03332; EI 354 Lease G10752 | RIDGEWOOD ENERGY CORPORATION; RIDGEWOOD ENERGY CORPORATION, COX OPERATING LLC | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1471 | 01/31/2010 | Other Services Agreements | Preferred Provider Agreement by and between Wild Well Control, Inc and Dynamic Offshore Resources Inc dated 31 Jan 2010 | Preferred Provider Agreement by and between Wild Well Control, Inc and Dynamic Offshore Resources Inc dated 31 Jan 2010 | | Fieldwood Offshore LLC | GC 65GC 108GC 109 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER. | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1472 | | Oilfield Services | 500736_Master Services Agreement dated effective 01/01/2014 | PREMIERE, INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1473 | | Oilfield Services | 700844_Master_Service_Contract Effective_11-1-2013 | PRIORITY ARTIFICIAL LIFT SERVICES, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1474 | | Oilfield Services | Wellhead Maintenance and Testing, Valve Repairs | PRO VALVE SERVICES, INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1475 | | Oilfield Services | Pipe, Valves & Fittings | PROCESS PIPING MATERIALS INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1476 | | Oilfield Services | 504958_Master Services Agreement dated effective 10/01/2014 | PROCOR CHEMICALS INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1477 | 06/01/2012 | Other Services Agreements | Production Technician Services Contract by and between June 1, 2012, as amended yearly | Production Technician Services | | | MC 519 Lease G27276, MC 562 Lease G19966, MC 563 Lease G20176 | BP EXPLORATION & PRODUCTION INC, HOUSTON ENERGY DEEPWATER VENTURES I, RED WILLOW OFFSHORE LLC | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1478 | | Other Services Agreements | 777941_Master Services Agreement effective 10/23/2018 | PRODUCTION TECHNOLOGY & SERVICES, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1479 | 9/12/2013 9/12/2015 | Other Services Agreements | Resource Provider Agreement; Utilization Agreement | Production Testing Services Inc. | | | Area wide | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1480 | | Oilfield Services | 515220_Master Services Agreement dated effective 02/14/2014 | PROFESSIONAL FLUID SERVICES, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1481 | | Oilfield Services | 777510_Master Services Agreement dated effective 03/14/2016 | PROFESSIONAL RENTAL TOOLS LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1482 | | Wireline Rentals | Wireline Rentals | PROFESSIONAL WIRELINE RENTALS | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1483 | | Oilfield Services | Machine Shop | PROGRESS MACHINE INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1484 | | Oilfield Services | 505442_Master Services Agreement dated effective 02/24/2014 | PROSERV OPERATIONS INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1485 | | Oilfield Services | 700472_Master_Service_Contract_2-14-2014 | PROSPER OPERATORS, INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1486 | | Oilfield Services | Master Service Contract dated July 19, 2019; Amendment dated December 1, 2019 | PROVISIONS ENERGY & MARINE SUPPORT | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1487 | | Oilfield Services | Pipe Supplier | PYRAMID TUBULAR PRODUCTS LP | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1488 | | Oilfield Services | 522792_Master Services Agreement dated effective 01/01/2014 | QUALITY CONSTRUCTION & PRODUCTION L | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1489 | | Oilfield Services | 554630_Master Services Agreement dated effective 11/25/2013 | QUALITY ENERGY SERVICES, INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1490 | | Oilfield Services | 506420_Master Services Agreement dated effective 07/08/2014 | QUALITY PREHEAT & PRESSURE WASHERS INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1491 | | Oilfield Services | 536026_Master Services Agreement dated effective 11/01/2013 | QUALITY PROCESS SERVICES LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1492 | | Oilfield Services | Production Operators; Quality Company - Operators, Area 8 | QUALITY PRODUCTION MGMT LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1493 | | Oilfield Services | 777581_PO Terms & Conditions dated effective 04/03/2018 | QUALITY WIRELINE & CABLE INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1494 | | Oilfield Services | 564799_Master Services Agreement dated effective 07/25/2018 | QUEST INTEGRITY USA LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1495 | 7/18/2013 | Non-Oilfield Services | Software Licensing Agreement | QUORUM BUSINESS SOLUTIONS (USA), INC. | | Fieldwood Energy LLC | n.a. | n.a. | $57,918.45 | Assume and assign to Credit Bid Purchaser | | x | |
| 1496 | | Oilfield Services | PO Terms & Conditions | R&R ENERGY SERVICES LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1497 | 10/23/2000 | Letter Agreement - Other Land | Letter Agreement, dated October 23, 2000, between Range Resources Corporation and Chevron U.S.A. Inc, entitled "Annual Reciprocity Notice Regarding Conveyance to Chevron U.S.A. Inc. of Main Pass Block 154, South and East Addition Platform "A" and Two Wells Thereon, Federal OCS, Offshore Alabama." | Range Resources Corporation and Chevron U.S.A. Inc. | | Fieldwood Energy LLC | MP 154 Lease G10902 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x |
| 1498 | 07/12/1998 | Joint Operating Agreement | JOINT OPERATING AGREEMENT DATED JULY 12, 1998 BY AND BETWEEN RANGER OIL COMPANY, THE HOUSTON EXPLORATION COMPANY AND SPINNAKER EXPLORATION COMPANY, L.L.C. | RANGER OIL COMPANY, THE HOUSTON EXPLORATION COMPANY AND SPINNAKER EXPLORATION COMPANY, L.L.C. | | Fieldwood Energy Offshore LLC | PN 883 Lease MP100410, PN 883 Lease MP100411, PN 883 Lease MP100412, PN 883 Lease MP101898, PN 883 Lease MP96146, PN 883 Lease MP96147, PN 883 Lease SL98146 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1499 | 08/05/1999 | Joint Development / Venture / Exploration Agreements | EXPLORATION AGREEMENT DATED AUGUST 5, 1999 BY AND BETWEEN RANGER OIL COMPANY, THE HOUSTON EXPLORATION COMPANY AND SPINNAKER EXPLORATION COMPANY, L.L.C. | RANGER OIL COMPANY, THE HOUSTON EXPLORATION COMPANY AND SPINNAKER EXPLORATION COMPANY, L.L.C. | | Fieldwood Energy Offshore LLC | PN 883 Lease MP100410, PN 883 Lease MP100411, PN 883 Lease MP100412, PN 883 Lease MP101898, PN 883 Lease MP96146, PN 883 Lease MP96147, PN 883 Lease SL98146 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1500 | | Oilfield Services | Spotting Fluid | RAPID DRILLING LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1501 | | Oilfield Services | Solid Body Centralizers | RAY OIL TOOL CO, INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1502 | 01/14/2019 | Operating Agreement - Other | Operating Agreement, effective as of January 14, 2019, among Fieldwood Energy Offshore LLC, Red Willow Offshore, LLC, and Talos Energy Offshore LLC (Mill on S/2S/2 GC 156 through 14 Jan 21 in Art 26.8 of Operating Agreement) | Red Willow Offshore; Talos Energy Offshore | | Fieldwood Energy Offshore LLC | GC 200 (NW/4 SE/4, SW/4 NE/4, E/2 SE/4 NW/4, S/2 NE/4 NW/4, W/2 E/2 SE/4, NE/4 SW/4 SE/4, SW/4 NW/4 NE/4) Lease G12209 | RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, WILD WELL CONTROL, INC, CHEVRON USA INC, W & T ENERGY VI LLC, SHELL TRADING (US) COMPANY | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1503 | 03/04/2020 | Unit Agreement and/or Unit Operating Agreement | Ratification of GC 244 Unit Agreement by Red Willow Offshore LLC and Talos Energy Offshore dated 4 March 2020 | Red Willow Offshore; Talos Energy Offshore | | Fieldwood Energy Offshore LLC | GC 200 (NW/4 SE/4, SW/4 NE/4, E/2 SE/4 NW/4, S/2 NE/4 NW/4, W/2 E/2 SE/4, NE/4 SW/4 SE/4, SW/4 NW/4 NE/4) Lease G12209 | RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, WILD WELL CONTROL, INC, CHEVRON USA INC, W & T ENERGY VI LLC, SHELL TRADING (US) COMPANY | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1504 | | Oilfield Services | Tension Packers | RELIABLE PACKER SALES & SERVICES TOOLS LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1505 | | Oilfield Services | Training Provider | RELYON NUTEC USA, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1506 | 01/01/1973 | Operating Agreement - Other | Offshore Operating Agreement" (VR 369/386+) *Unit Operating Agreement supersedes JOperating Agreement 1/1/1973 | Renaissance Offshore, W & T Energy VI, Marathon Oil | | Fieldwood Energy LLC | VR 369 Lease G02276, VR 386 Lease G02278 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1507 | 12/12/1977 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement (VR 369 Unit Area) 12/12/1977 | Renaissance Offshore, W & T Energy VI, Marathon Oil | | Fieldwood Energy LLC | VR 369 Lease G02274 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1508 | 12/23/1977 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement" (VR 369 Unit Area) *JOperating Agreement supersedes JOperating Agreement 12/23/1977 | Renaissance Offshore, W & T Energy VI, Marathon Oil | | Fieldwood Energy LLC | VR 369 Lease G02274 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1509 | 08/07/2012 | Master Service Agreement | Master Services Agreement | Rentsys Recovery Services, Inc. | | | Area wide | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1510 | | Oilfield Services | Workstrings | RESOURCE RENTAL TOOLS LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1511 | 2/10/2019 | Non-Oilfield Services | IT Services Agreement | REVOLUTIONARY SECURITY LLC | | Fieldwood Energy LLC | n.a. | n.a. | $178,258.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1512 | 04/01/2007 | Marketing - PHA | RID108101-MP286C-MP275 by and between Fieldwood and RIDGEWOOD ENERGY CORPORATION and RIDGEWOOD ENERGY CORPORATION | RIDGEWOOD ENERGY CORPORATION | | Fieldwood Energy LLC | MP 275 Lease G15395 | RIDGEWOOD ENERGY CORPORATION | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1513 | | Oilfield Services | 777913_Master Services Agreement dated effective 01/02/2019 | RIG QA INTERNATIONAL, INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1514 | | Oilfield Services | 700947_Master_Service_Contract Effective_5-22-2015 | RIGHT HAND OILFIELD ASSOCIATES, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1515 | | Oilfield Services | 526151_Master Services Agreement dated effective 01/01/2014; Amendment dated effective 06/28/2018 | RIGNET INC | | Fieldwood Energy LLC | n.a. | n.a. | $976,052.20 | Assume and assign to Credit Bid Purchaser | | x | |
| 1516 | | Oilfield Services | Parts Only | RING-KAR COMPRESSION, INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1517 | | Oilfield Services | Crane Mats | RITTER FOREST PRODUCTS | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |

| # | Type | Agreement | Counterparty | Debtor | Lease/Other | Other Party | Amount | Treatment | | | |
|---|------|-----------|--------------|--------|-------------|-------------|--------|-----------|---|---|---|
| 1518 | Oilfield Services | 508791-Helicopter Service Agreement Dated 7/17/2014 | RLC, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1519 | 06/15/2001 | Joint Operating Agreement | JOINT DEVELOPMENT AGREEMENT EFFECTIVE JUNE 15, 2001, BY AND BETWEEN RME PETROLEUM COMPANY AND W&T OFFSHORE, INC., "SM 280 OWNERS" AND RME ET AL "SM 281 OWNERS" AND THAT CERTAIN JOINT OPERATING AGREEMENT ATTACHED THERETO AS EXHIBIT "B" | RME PETROLEUM COMPANY, W&T OFFSHORE, INC, RME ET AL | Fieldwood Energy Offshore LLC | SM 280 Lease G14456, SM 281 Lease G02600 | MP GULF OF MEXICO LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1520 | Oilfield Services | 70100Q_Master_Service_Contract Effective_1-05-2016 | ROGUE INDUSTRIAL GROUP LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1521 | Original - 9/1/2017; 1st Amend 5/1/2018; 2nd Amend 3/7/2018 | Non-O&G Real Property Lease / Rental / Sublease Agreements | Lease agreement between Fieldwood and Ronnie White Custom Homes. Total Area: Level 7, 8 and 9. Square Footage: 32,543 SF. Address: 2514 W Pinhook Road Lafayette, LA 70508 | Ronnie White Custom Homes | Fieldwood Energy LLC | Total Area: Level 7, 8 and 9 Square Footage: 32,543 SF | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1522 | Oilfield Services | Rowan Amendment (12-18-13) | ROWAN COMPANIES, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1523 | Oilfield Services | Rig Company | ROWAN DRILLING AMERICAS LIMITED | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1524 | Oilfield Services | Rig Company | ROWAN DRILLING US LIMITED | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1525 | Oilfield Services | 51143Q_Master Services Agreement dated effective 11/01/2013 | ROYAL SERVICE AND RENTALS INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1526 | Other | Engagement Letter | RYAN, LLC | Fieldwood Energy LLC | n.a. | n.a. | $1,294,629.12 | Assume and assign to Credit Bid Purchaser | | x | |
| 1527 | 11/17/2000 | Operating Agreement - Other | Participation Agreement and Operating Agreement 11-17-00 b/b Samedan and Stone | VR 261 Lease G03328 | Fieldwood Energy LLC | | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | * |
| 1528 | 09/20/1995 | Operating Agreement - Other | Operating Agreement off. 9-20-95 b/b Samedan and Walter | Samedan and Walter | Fieldwood Energy LLC | VR 314 Lease G05438, VR 315 Lease G04215 | WALTER OIL & GAS CORPORATION | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1529 | 03/01/2002 | Farmout Agreement | Farmout Agmt. off. 3-1-2002 b/b Samedan Oil Corporation (Farmor) and Pure Resources, L.P. (Farmee) | Samedan Oil Corporation (Farmor) and Pure Resources, L.P. (Farmee) | Fieldwood Energy LLC | VR 332 Lease G08514 | ANKOR E&P HOLDINGS CORPORATION, CANNAT ENERGY INC. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1530 | 06/11/1993 | Joint Operating Agreement | Operating Agreement off. 6-11-1993 b/b Samedan Oil Corporation and British Borneo Exploration Inc., et al | Samedan Oil Corporation and British Borneo Exploration Inc., et al | Fieldwood Energy Offshore LLC | VR 332 Lease G08514, VR 333 Lease G14417 | ANKOR E&P HOLDINGS CORPORATION, CANNAT ENERGY INC. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1531 | 06/09/2003 | Property Participation & Exchange Agreements | Participation Agmt. eff. 6-9-2003 b/b Samedan Oil Corporation and CLK Company | Samedan Oil Corporation and CLK Company | Fieldwood Energy Offshore LLC | VR 332 Lease G08514 | ANKOR E&P HOLDINGS CORPORATION, CANNAT ENERGY INC. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1532 | 01/20/1993 | Joint Operating Agreement | Offshore Operating Agreement, effective January 20, 1993, between Samedan Oil Corporation and Energy Development Corporation, as amended effective February 1, 2011. | Samedan Oil Corporation and Energy Development Corporation | Bandon Oil and Gas, LP; Fieldwood Energy LLC | VR 362 Lease G10887, VR 363 Lease G09522, VR 371 Lease G09524 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1533 | 01/21/1994 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement for the Vioca Knoll 252 Unit, by and between Samedan Oil Corporation, as Operator, and Continental Land &'Fur Co., Inc., dated effective January 21,1994. Preferential Right to Purchase - 15 Days. (Section 26.2) | Samedan Oil Corporation, as Operator, and Continental Land &'Fur Co., Inc., dated effective January 21,1994. Preferential Right to Purchase - 15 Days. (Section 26.2) | Fieldwood Energy LLC | VR 251 Lease G10930, VK 340 Lease G10933 | Williams Field Services | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1534 | 02/01/1995 | Marketing - Connection Agreement | Lateral Project Agreement between Samedan Oil Corporation, Energy Development Corporation, Shell Offshore, Inc. and Stingray Pipeline Company | Samedan Oil Corporation, Energy Development Corporation, Shell Offshore, Inc. and Stingray Pipeline Company | Fieldwood Energy LLC | VR 371 Lease G09524, VR 362 Lease G10887 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1535 | 02/01/1995 | Marketing - Connection Agreement | Lateral Project Agreement between Samedan Oil Corporation, Energy Development Corporation, Shell Offshore, Inc. and Stingray Pipeline Company | Samedan Oil Corporation, Energy Development Corporation, Shell Offshore, Inc. and Stingray Pipeline Company | Fieldwood Energy LLC | VR 371 Lease G09524, VR 362 Lease G10887 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1536 | 01/10/2000 | Farmout Agreement | Farmout Agreement Samson Offshore Company - Farmor and W&T Offshore, INC.-Farmee - ORRI difference between Lease burdens and 25.00% proportionately reduced. | Samson Offshore Company, W&T Offshore, Inc. | Fieldwood Energy LLC | OC 345 Lease G15156 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1537 | 02/16/2017 | Letter Agreement - Other Land | Letter Establishing Initial Rates by and between Samson Offshore Mapleleaf, LLC and Chevron Pipeline Company dated February 16, 2017. | Samson Offshore Mapleleaf, LLC and Chevron Pipeline Company | Fieldwood Energy LLC | MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 860 Lease G24134, MC 904 Lease G36596, MC 905 Lease G36403 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1538 | Oilfield Services | Utilities | SAN LEON MUNICIPAL UTILITY DISTRICT | Fieldwood Energy LLC | n.a. | n.a. | $597.80 | Assume and assign to Credit Bid Purchaser | | x | |
| 1539 | 10/08/1982 | Joint Operating Agreement | Operating Agreement effective October 8, 1982 | Sanare Energy Partners Offshore | VR 229 Lease G27070 | Fieldwood Energy LLC | | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1540 | 10/12/1987 | Joint Operating Agreement | Joint Operating Agreement eff 10-12-1987 | Sanare Energy Partners | Fieldwood Energy Offshore LLC | VR 229 Lease G27070 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1541 | 10/12/1988 | Joint Operating Agreement | Joint Operating Agreement effective 10-12-1988 | Sanare Energy Partners | Fieldwood Energy Offshore LLC | VR 229 Lease G27070 | SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1542 | 06/14/2018 | Performance Bond & Supplemental Bonding | Sanare Energy Partners, LLC is the new principal replacing Northstar Offshore Ventures LLC | | Fieldwood Energy LLC | S 246, Lease 810, EI 267 Lease 812 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1543 | [Removed] | ~~Marketing - Construction, Operation, Management, Ownership Agreements~~ | ~~Service constructed and own the Latura Line which is used to transport Gas supplies in the High Island Area to a trunk pipeline system owned by High Island Offshore System, These Agreement sets forth Operator and Owners rights and responsibilities with respect to and between Fieldwood Energy Offshore LLC and and~~ | ~~Bandridge Offshore, LLC, Enterprise GTM Offshore Operating Company, LLC~~ | ~~Fieldwood Energy Offshore LLC~~ | ~~SB 160 Lease G00647, EB 165 Lease G06290~~ | ~~WALTER OIL & GAS CORPORATION~~ | ~~$0.00~~ | ~~Assume and Allocate Pursuant to Divisive Mergers~~ | x | | * |
| 1544 | 07/11/2018 | Letter Agreement - Other Land | Joinder Agreement by and Between Fieldwood Energy, Noble Energy and SBM Gulf Production, LLC dated 11 April 2018 governing transition from NBL to Fieldwood Operatorship of THK | SBM Gulf Production, LLC | Fieldwood Energy LLC | MC 697 Lease G28021, MC 698 Lease G28022, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1545 | Oilfield Services | 77700Q_Master Services Agreement dated effective 12/12/2019 | SBS ENERGY SERVICES, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1546 | Non-Oilfield Services | Master Services Agreements | SCHLUMBERGER TECHNOLOGY CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1547 | Oilfield Services | 50153B_Master Services Agreement dated effective 11/21/2013 | SCHLUMBERGER TECHNOLOGY CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1548 | 08/01/2017 | Assignment of Oil & Gas Leasehold Interest(s) | by and between Fieldwood Energy Offshore LLC and SCL Resources, LLC | SCL Resources, LLC; SCL Resources, LLC | Fieldwood Energy Offshore LLC | SS 79 Lease G15277 | CALYPSO EXPLORATION LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1549 | 09/01/2017 | Well / Prospect Proposals | by and between Fieldwood Energy Offshore LLC and SCL Resources, LLC. Offer to Purchase SCL Resources, LLC'S Interest in GI 94, SS 79 | SCL Resources, LLC | Fieldwood Energy Offshore LLC | GI 94 Lease G02163, SS 79 Lease G15277, VR 332 Lease G08514, WD 34 Lease G00414 | GEOEAGLE EXPLORATION LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1550 | Start date 12/1/2013-End Date 1/1/2200 | Marketing - Transportation | Liquids Transportation Service by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | SEA ROBIN PIPELINE, LLC | Fieldwood Energy LLC | EC 261 Lease G00971, EC 278 Lease G00974, EI 330 Lease G02115, EI 337 Lease G03332, SM 128 Lease G02587, EI 333 Lease G02317, EI 315 Lease G02112, EI 316 Lease G05040 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1551 | Start date 5/1/2014-End date 1/1/2200 | Marketing - Transportation | Liquids Transportation Service by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | SEA ROBIN PIPELINE, LLC | Fieldwood Energy LLC | EC 261 Lease G00971, EC 278 Lease G00974, EI 330 Lease G02115, EI 337 Lease G03332, SM 128 Lease G02587, EI 333 Lease G02317, EI 315 Lease G02112, EI 316 Lease G05040 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1552 | 04/14/2015 | Marketing - Connection Agreement | INTERCONNECT AND REIMBURSEMENT AGREEMENT | SEA ROBIN PIPELINE, LLC | Fieldwood Energy LLC | SS 274 Lease G01639 | ERA HELICOPTERS INC. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1553 | 06/13/2018 | Marketing - Other | PIPING REIMBURSEMENT AGREEMENT; SHIP SHOAL BLOCK 274 BETWEEN SEA ROBIN PIPELINE AND FIELDWOOD ENERGY LLC | SEA ROBIN PIPELINE, LLC AND FIELDWOOD ENERGY LLC | Fieldwood Energy LLC | SS 274 Lease G01639 | ERA HELICOPTERS INC. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1554 | | | 77782B_PO Terms & Conditions dated effective 01/11/2019 | SEAHORSE ENERGY | Fieldwood Energy LLC | | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1555 | Oilfield Services | 53325T_Master Services Agreement dated effective 12/04/2013 | SEAL-TITE INTERNATIONAL | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1556 | Oilfield Services | 56561Q_Master Services Agreement dated effective 11/01/2013 | SELECT OILFIELD SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1557 | Master Service Agreement | Master Services Agreement | SEND WORD NOW | Fieldwood Energy LLC | communication software | New wide | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1558 | 06/17/2011 | Master Service Agreement | | Send Word Now (SWN) | Fieldwood Energy LLC | | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1559 | Oilfield Services | Wire Rope / Slings | SERVICE RIGGING | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1560 | Oilfield Services | 56575T_Master Services Agreement dated effective 11/01/2013 | SHAMROCK ENERGY SOLUTIONS | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1561 | Oilfield Services | H3E Training and Facility Use | SHELL EXPLORATION AND PRODUCTION COMPANY | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1562 | 08/04/1983 | Confidentiality Agreements / AMI and Related Consents | Area of Mutual Interest Agreement effective August 4, 1984 BY AND BETWEEN APACHE CORPORATION AND SHELL OFFSHORE CONTIGUOUS BLOCK TO SHELL VENTURE PROPERTY THAT MAY TRIGGER AMI RESPONSIBILITY REGARDING FUTURE PURCHASE OR SALE OF TRACTS COVERING GEOLOGIC STRUCTURE COMMON TO EXISTING SHELL VENTURE PROPERTY | SHELL OFFSHORE | Fieldwood Energy LLC | SS 198 Lease 593, SS 199 Lease G12358, SS 223 G07526, SS 238 Lease G03165, SP 82 G05685, SP 83 Lease G05052, ST 276 Lease G01050, ST 295 Lease G05046, ST 296 Lease G12981 | RENAISSANCE OFFSHORE, LLC, TALOS PRODUCTION LLC, APACHE OFFSHORE INVESTMENT GP, APACHE OFFSHORE INVESTMENT GP, BRISTOW US LLC, TAMPNET INC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1563 | 01/07/2004 | Confidentiality Agreements / AMI and Related Consents | Area of Mutual Interest Agreement by and between Apache Corporation and Shell Offshore et al | SHELL OFFSHORE ET AL | Fieldwood Energy LLC | SS 258, 259, APACHE WAIVED PREF RGHT TO BUY SHELL'S RIGHTS BELOW 15,000' Lease G05044 | APACHE OFFSHORE INVESTMENT GP | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1564 | ~~08/01/2002~~ [Removed] | ~~Marketing - RMA~~ | ~~Shell Offshore Inc (Bullwinkle Owner and Operator) and Shell Offshore Inc. and Marathon Oil Company (Troika Group) and Marathon Oil Company (Droshky Owner)~~ | ~~Shell Offshore Inc (Bullwinkle Owner and Operator) and Shell Offshore Inc. and Marathon Oil Company (Troika Group) and Marathon Oil Company (Droshky Owner)~~ | ~~Fieldwood Energy Offshore LLC~~ | ~~GC 65 Lease G09906~~ | ~~WILD WELL CONTROL INC, DEEPWATER MANAGEMENT II, NAUTILUS, MARUBEN OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE LLC, CHEVRON USA INC, W & T ENER~~ | ~~$0.00~~ | ~~Assume and assign to Credit Bid Purchaser~~ | | x | * |
| 1565 | 11/02/1987 | Property Participation & Exchange Agreements | EXCHANGE AGREEMENT BY AND BETWEEN SHELL OFFSHORE INC AND CONOCO INC | SHELL OFFSHORE INC AND CONOCO INC | Fieldwood Energy LLC | MP 303 Lease G04253, MP 304 Lease G03339, MP 310 Lease G04126 | EPL OIL & GAS, LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1566 | ~~08/01/2002~~ [Removed] | ~~Other Handling Agreements~~ | ~~Platform Handling Agreement by and between Shell Offshore Inc and Marathon Oil Company (Troika Group) dated 1 Aug 2009 including flow back agreement~~ | ~~Shell Offshore Inc and Marathon Oil Company~~ | ~~Fieldwood Energy Offshore LLC~~ | ~~GC 65 Lease G09906, GC 100 Lease G14668, GC 100 Lease G09906~~ | ~~WILD WELL CONTROL INC, DEEPWATER MANAGEMENT II, NAUTILUS, MARUBEN OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE LLC, CHEVRON USA INC, W & T ENER~~ | ~~$0.00~~ | ~~Assume and assign to Credit Bid Purchaser~~ | | x | * |

| # | Type | Agreement | Description | Counterparty | Lease | Amount | Treatment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1567 | Other Handling / Stabilization Agreement | Angus Production Handling Agreement by and between Shell Offshore Inc and Shell Deepwater Development and Marathon Oil Company dated 1 March 00 | Shell Inc and Shell Deepwater Development and Marathon Oil Company | Fieldwood Energy Offshore LLC | GC 65 Lease G06680; GC 109 Lease G14668; GC 169 Lease G26606 | $0.00 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER, WILD WELL CONTROL INC | | | | * |
| 1568 | 06/15/1993 | Unit Agreement and Unit Operating Agreement | Unit Operating Agreement dated effective June 15, 1993 between Shell Offshore Inc and Marathon Oil Company, as successors in interest. | Shell Offshore Inc and Marathon Oil Company, as successors in interest. | Fieldwood Energy Offshore LLC | GC 204 Lease G12210, GC 201 Lease G12209, GC 244 Lease G11043 | $0.00 | LLOG EXPLORATION COMPANY, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC | x | | | |
| 1569 | 04/11/1982 | Operating Agreement - Other | b/b Shell Offshore Inc, and Florida Exploration Company, et al | Shell Offshore Inc, and Florida Exploration Company, et al | | SS 258 Lease G05560, SS 259 Lease G05564 | $0.00 | APACHE OFFSHORE INVESTMENT GP | x | | | |
| 1570 | 10/01/1983 | Operating Agreement - Other | b/b Shell Offshore Inc, and Florida Exploration Company, et al | Shell Offshore Inc, and Florida Exploration Company, et al | | PN 969 Lease G09855, PN 976 Lease G09954 | $62,197.36 | PEREGRINE OIL AND GAS II, LLC | x | | | |
| 1571 | | Other Handling / Stabilization Agreement | Lease Production Handling Agreement by and between Shell Offshore Inc, Nexen Energy Inc, Hydro Gulf of Mexico, LLC and Davis Offshore LP dated 1 March 06 and as amended 10 Dec 2008 | Shell Offshore Inc, Nexen Energy, Inc, Hydro Gulf of Mexico, LLC and Davis Offshore, LP dated 1 March 06 and as amended 10 Dec 2008 | Fieldwood Energy Offshore LLC | GC 65 Lease G06680; GC 109 Lease G14668; GC 169 Lease G26606 | $0.00 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | | | | * |
| 1572 | | Marketing - PHA | Shell Offshore Inc, (SOI) as owner and operator of GC 65 Platform and BP Exploration & Oil Inc, Marathon Oil Company, and Shell Deepwater Development Inc., successor in interest to Shell Offshore Inc. | Shell Offshore Inc, (SOI) as owner and operator of GC 65 Platform and BP Exploration & Oil Inc, Marathon Oil Company, and Shell Deepwater Development Inc., successor in interest to Shell Offshore Inc. | | GC 65 Lease G06680 | $0.00 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | | | | |
| 1573 | 08/31/1991 | Unit Agreement and/or Unit Operating Agreement | UNIT AGREEMENT, SOUTH TIMBALIER BLOCK 295 FIELD UNIT BY AND BETWEEN SHELL OFFSHORE INC. AND APACHE CORPORATION, ET AL. | SHELL OFFSHORE INC. AND APACHE CORPORATION, ET AL. | | ST 276 Lease G07780, ST 295 Lease G05546, ST 296 Lease G12961 | $0.00 | APACHE OFFSHORE INVESTMENT GP | x | | | |
| 1574 | 02/11/1993 | Letter Agreement - Other Land | Letter Agreement by and between Shell Offshore Inc. and BP Exploration & Oil Inc. : b/w BP and Shell in Lieu of PHA with Apache, exploration area | Shell Offshore Inc. and BP Exploration & Oil Inc. | | MC 498 106 Lease G14132 G00777 | $0.00 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | x | | | |
| 1575 | 03/07/2005 | Termination / Ratification and Joinder of Operating / Other Agreements | Termination of Exploration Program Agreement by and between Shell Offshore Inc. and Devon Louisiana Corporation; Apache Corporation - Termination of 01/01/1998 Exploration Program Agreement | Shell Offshore Inc. and Devon Louisiana Corporation; Apache Corporation | | GI 110 Lease G13943, GI 116 Lease G13944 | $0.00 | W & T OFFSHORE INC | x | | | |
| 1576 | 05/07/1993 | Operating Agreement - Other | Letter Agmt. dated 5-7-1993 b/b Shell Offshore Inc. and Freeport McMoRan Oil and Gas Company. | Shell Offshore Inc. and Freeport McMoRan Oil and Gas Company. | Fieldwood Energy Offshore LLC | VR 332 Lease G06014 | $0.00 | ANKOR E&P HOLDINGS CORPORATION, CANNAT ENERGY INC | x | | | |
| 1577 | 01/01/1998 | Joint Development / Venture / Exploration Agreements | Exploration Program Agreement by and between Shell Offshore Inc. and Ocean Energy Inc. : Exploration Program Agreement Shell ID prospects Ocean to Participate | Shell Offshore Inc. and Ocean Energy Inc. | | GI 110 Lease G13943, GI 116 Lease G13944 | $0.00 | W & T OFFSHORE INC | x | x | | * |
| 1578 | 06/01/1993 | Farmout Agreement | Farmout Agmt. eff. 6-1-1993 b/b Shell Offshore Inc. and Samedan Oil Corporation. | Shell Offshore Inc. and Samedan Oil Corporation | Fieldwood Energy Offshore LLC | VR 332 Lease G06014 | $0.00 | ANKOR E&P HOLDINGS CORPORATION, CANNAT ENERGY INC | x | | | |
| 1579 | 04/01/1998 | Joint Operating Agreement | OFFSHORE OPERATING AGREEMENT DATED APRIL 1, 1998, BY AND BETWEEN SHELL OFFSHORE INC. AND SNYDER OIL CORPORATION, ET AL. | SHELL OFFSHORE INC. AND SNYDER OIL CORPORATION, ET AL. | Fieldwood Energy Offshore LLC | VK 780 Lease G06884, VK 824 Lease G15436 | $0.00 | ENERGY XXI GOM LLC, MARUBENI OIL & GAS (USA) LLC, TOTAL E & P USA INC | x | | | * |
| 1580 | 12/18/1997 | Property Participation & Exchange Agreements | PARTICIPATION AGREEMENT BY AND BETWEEN SHELL OFFSHORE INC. AND WESTPORT OIL AND GAS COMPANY INC. | SHELL OFFSHORE INC. AND WESTPORT OIL AND GAS COMPANY INC. | Fieldwood Energy | MC 110 Lease G18192 | $0.00 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | x | | | |
| 1581 | 12/01/2006 | Farmout Agreement | Dronkey Farmout Agreement dated effective December 1, 2006 between Shell Offshore Inc. and Marathon Oil Company designating Marathon Oil Company as operator of GC 244 16,000' TVDSS to 24,000' TVDSS | Shell Offshore Inc. and Marathon Oil Company designating Marathon Oil Company as operator of GC 244 16,000' TVDSS to 24,000' TVDSS | Fieldwood Energy Offshore LLC | GC 244 Lease G11043 | $0.00 | RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC | x | | | |
| 1582 | 09/25/1997 | Operating Agreement - Other | b/b Shell Offshore Inc. and Barrett Resources Corporation | Shell Offshore Inc. and Barrett Resources Corporation | | HI A545 Lease G17199 | $0.00 | TALOS ENT LLC | x | | | |
| 1583 | 04/08/2010 | Letter Agreement - UOA | Letter Agreement, dated 4/8/2010 between Shell Offshore Inc., Apache Corporation and Nippon Oil Exploration U.S.A. Limited amending the Unit Operating Agreement, dated March 1, 1998. | Shell Offshore Inc., Apache Corporation and Nippon Oil Exploration U.S.A. Limited amending the Unit Operating Agreement, dated March 1, 1998. | Fieldwood Energy Offshore LLC | GI 110 Lease G13943, GI 116 Lease G13944 | $0.00 | W & T OFFSHORE INC | x | | | |
| 1584 | 12/15/1989 | Farmout Agreement | FARMOUT AGREEMENT BY AND BETWEEN SHELL OFFSHORE INC., ET AL. AND CNG PRODUCING COMPANY | SHELL OFFSHORE INC., ET AL. AND CNG PRODUCING COMPANY | Fieldwood Energy LLC | ST 276 Lease G07780 | $0.00 | APACHE OFFSHORE INVESTMENT GP | x | | | |
| 1585 | 02/01/1998 | Joint Operating Agreement | OPERATING AGREEMENT BY AND BETWEEN SHELL OFFSHORE INC. AND WESTPORT OIL AND GAS COMPANY INC. | SHELL OFFSHORE INC., OPERATOR, AND WESTPORT OIL & GAS COMPANY, INC | Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | MC 110 Lease G18192 | $0.00 | MARUBENI OIL & GAS (USA) LLC, TALOS RESOURCES LLC | x | | | |
| 1586 | 04/01/1998 | Joint Development / Venture / Exploration Agreements | JOINT VENTURE AGREEMENT - SPECTER PROSPECT DATED APRIL 1, 1998 BY AND BETWEEN SHELL OFFSHORE, INC. AND ELF EXPLORATION INC. ET AL. | SHELL OFFSHORE, INC. AND ELF EXPLORATION INC. ET AL. | Fieldwood Energy Offshore LLC | VK 780 Lease G06884, VK 824 Lease G15436 | $0.00 | ENERGY XXI GOM LLC, MARUBENI OIL & GAS (USA) LLC, TOTAL E & P USA INC | x | | | |
| 1587 | 11/05/1998 | Joint Development / Venture / Exploration Agreements | ADDENDUM TO JOINT VENTURE AGREEMENT DATED NOVEMBER 5, 1998, BY AND BETWEEN SHELL OFFSHORE INC. AND NIPPON OIL EXPLORATION U.S.A. LIMITED, ET AL. | SHELL OFFSHORE INC. AND NIPPON OIL EXPLORATION U.S.A. LIMITED, ET AL. | Fieldwood Energy Offshore LLC | VK 780 Lease G06884, VK 824 Lease G15436 | $0.00 | ENERGY XXI GOM LLC, MARUBENI OIL & GAS (USA) LLC, TOTAL E & P USA INC | x | | | |
| 1588 | 12/01/1979 | Operating Agreement - Other | OFFSHORE OPERATING AGREEMENT b/b SHELL OIL COMPANY and FLORIDA EXPLORATION COMPANY, ET AL. | SHELL OIL COMPANY/and FLORIDA EXPLORATION COMPANY, ET AL. | Fieldwood Energy LLC | SS 188 Lease G04232 | $0.00 | CASTEX OFFSHORE INC, WALTER OIL & GAS CORPORATION, WALTER OIL & GAS CORPORATION, BRISTOW US LLC | x | | | |
| 1589 | 06/01/2021 | Surface Lease | SHELL PIPELINE | Shell Pipeline | | MP 88 /Perez Family Surface Lease | $0.00 | | x | | | |
| 1590 | 07/01/1986 | Marketing - Construction, Operations, Management, Ownership Agreements | Shell Pipeline is contract operator - Fieldwood Energy LLC has ownership along with various other owners including shell. | Shell Pipeline | Fieldwood Energy LLC | GC 065 Lease G05889 | $0.00 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | x | | | |
| 1591 | 03/30/2010 | Elections | Ship ShOperating Agreement 252 Marketing Election Letter dated March 30, 2010 (Helis Oil & Gas Company, L.L.C.) | Ship Shoal 252 Marketing Election Letter dated March 30, 2010 (Helis Oil & Gas Company, L.L.C.) | Fieldwood SP LLC | SS 252 Lease G21529 | $0.00 | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, PANARES ENERGY PARTNERS, LLC | | | | x |
| 1592 | | Oilfield Services | 2018 Shore Offshore Services LLC - Platform Removal Contract | SHORE OFFSHORE SERVICE LLC | Fieldwood Energy LLC | n.a. | $0.00 | | | | x | |
| 1593 | | Oilfield Services | 777005_Master Services Agreement dated effective 01/22/2019 | SIGNA ENGINEERING CORP | Fieldwood Energy LLC | n.a. | $0.00 | | | | x | |
| 1594 | | Oilfield Services | Master Services Agreement dated effective 03/07/2019 | Skofci Industries, Inc. | Fieldwood Energy LLC | n.a. | $30,480.96 | | | | x | |
| 1595 | | Oilfield Services | 777962_PO Terms & Conditions dated effective 10/10/2019 | SKYSPRING OIL & GAS SERVICES, INC. | Fieldwood Energy LLC | n.a. | $0.00 | | | | x | |
| 1596 | | Oilfield Services | MWD, LWD, Whipstocks, Drilling Tools, Fishing Services | SMITH INTERNATIONAL, INC | Fieldwood Energy LLC | n.a. | $0.00 | | | | x | |
| 1597 | 7/21/2016 | Non-Oilfield Services | Sales Agreement (Final) | SOLEX | Fieldwood Energy LLC | n.a. | $50,165.13 | | | | x | |
| 1598 | | Oilfield Services | Catering Services & Personnel (Cooks, Galleyhands, Etc.) | SONOCO | Fieldwood Energy LLC | n.a. | $0.00 | | | | x | |
| 1599 | 5/31/2019 | Non-Oilfield Services | Consulting Agreement | SOREAP LLC | Fieldwood Energy LLC | n.a. | $0.00 | | | | x | |
| 1600 | | Non-Oilfield Services | Consulting Agreements | SOREAP LLC | Fieldwood Energy LLC | n.a. | $0.00 | | | | x | |
| 1601 | 08/01/1994 | Operating Agreement - Other | OPERATION AND MAINTENANCE OF MEASUREMENT FACILITIES GRAND BAY RECEIVING STATION BETWEEN SOUTHERN NATURAL GAS COMPANY AND PENZOIL PETROLEUM COMPANY | SOUTHERN NATURAL GAS COMPANY AND PENZOIL PETROLEUM COMPANY | | MP 140 Lease G02193 | $0.00 | JX NIPPON OIL EXPLORATION USA LTD | x | | | |
| 1602 | | Oilfield Services | 558442-Deywork Drilling Contract dated 1-3-2012 | SPARTAN OFFSHORE DRILLING, LLC | Fieldwood Energy LLC | n.a. | $0.00 | | | | x | |
| 1603 | | Oilfield Services | 701192_Master Services Agreement dated effective 08/16/2016 | SPECIALTY RTP LLC | Fieldwood Energy LLC | n.a. | $0.00 | | | | x | |
| 1604 | | Oilfield Services | Water Analyzers | SPECTRO SCIENTIFIC, INC. | Fieldwood Energy LLC | n.a. | $0.00 | | | | x | |
| 1605 | 01/01/2005 | Unit Agreement and/or Unit Operating Agreement | VOLUNTARY UNIT AGREEMENT DATED JANUARY 1, 2005, BY AND BETWEEN SPINNAKER EXPLORATION COMPANY, L.L.C. AND THE HOUSTON EXPLORATION COMPANY AND GRYPHON EXPLORATION COMPANY | SPINNAKER EXPLORATION COMPANY, L.L.C. AND THE HOUSTON EXPLORATION COMPANY AND GRYPHON EXPLORATION COMPANY | Fieldwood Energy Offshore LLC | GA 210 Lease G22524 | $0.00 | | x | | | |
| 1606 | 10/15/2004 | Operating Agreement - Other | b/b SPN and Arena as amended by Amendment and Supplement to Evaluation Agreement dated November 5, 2004; Amendment and Supplement to Evaluation Agreement dated December 13, 2004, Extension Request dated November 8, 2005; and Assignment Agreement and Amendment to Operating Agreements dated May 5, 2006 | SPN and Arena | | WD 57 Lease G01446, WD 79/80 Lease G01874, WD 80 Lease G01989, WD 85 Lease G04895, WD 86 Lease G02934 | $0.00 | | x | | | |
| 1607 | 11/05/2004 | Amendment and Supplement to Evaluation | b/b SPN and Arena | SPN and Arena | | WD 57 Lease G01446, WD 79/80 Lease G01874, WD 80 Lease G01989, WD 85 Lease G04895, WD 86 Lease G02934 | $0.00 | | x | | | |
| 1608 | 12/13/2004 | Amendment and Supplement to Evaluation | b/b SPN and Arena | SPN and Arena | | WD 57 Lease G01446, WD 79/80 Lease G01874, WD 80 Lease G01989, WD 85 Lease G04895, WD 86 Lease G02934 | $0.00 | | x | | | |
| 1609 | 05/05/2006 | Operating Agreement - Other | b/b SPN and Arena | SPN and Arena | | WD 57 Lease G01446, WD 79/80 Lease G01874, WD 80 Lease G01989, WD 85 Lease G04895, WD 86 Lease G02934 | $0.00 | | x | | | |

| # | Date | Type | Description | Counterparty | Description 2 | Debtor | Lease | Assignee/Other | Cure/Treatment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1610 | 11/01/2004 | Operating Agreement - Other | b/b SPN and Arena | SPN and Arena | | | WD 57 Lease G01449, WD 79/80 Lease G01874, WD 80 Lease G01989 | TAMPNET INC, VENICE GATHERING SYSTEMS | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1611 | 12/27/2007 | Property Participation & Exchange Agreements | | | | | WD 57 Lease G01449, WD 79/80 Lease G01874, WD 80 Lease G01989, EI 100 Lease 796 | TAMPNET INC, VENICE GATHERING SYSTEMS | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1612 | 02/15/2009 | Farmout Agreement | Farmout Agreement dated February 15, 2009 between SPN Resources, LLC and Moreno Offshore Resources, L.L.C., Farmors, and Houston Energy, L.P., Farmee | SPN Resources, LLC and Moreno Offshore Resources, L.L.C., Farmors, and Houston Energy, L.P., Farmee | Fieldwood Energy SP LLC | SS 252 Lease G01529 | | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC | $0.00 Assume and allocate pursuant to Divisive Mergers | | x | | |
| 1613 | 04/27/2012 | Other Handling / Stabilization Agreements | Production Handling Agreement dated August 1, 2009 between SPN Resources, LLC and Moreno Offshore Resources, L.L.C., Platform Owners, and Helis Oil & Gas Company, L.L.C., et al, Producers; as amended by agreement on April 27, 2012 | SPN Resources, LLC and Moreno Offshore Resources, L.L.C., Platform Owners, and Helis Oil & Gas Company, L.L.C., et al, Producers | Fieldwood Energy SP LLC | SS 252 Lease G01529 | | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC | $0.00 Assume and allocate pursuant to Divisive Mergers | | x | | |
| 1614 | | Oilfield Services | Stabilizers | STABIL DRILL | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1615 | | Oilfield Services | Software at Grand Chenier Separating Facility (Wonderware West) | STANDARD AUTOMATION & CONTROL LP | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1616 | 06/12/2013 | Other Lease / Rental Agreement | Lease Extension and Amendment State Lease No. 19718 by and between State Mineral Board and Dynamic Offshore Resources, LLC; LLOG Bluewater Holdings, L.L.C; LLOG Exploration Company, L.L.C. | State Mineral Board and Dynamic Offshore Resources, LLC; LLOG Bluewater Holdings, L.L.C; LLOG Exploration Company, L.L.C. | | | BS 25 Lease 19718 | | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1617 | 09/18/1975 | Right of Way | ST OF LA ROW 1594 | STATE OF LA | | | SP 6 & 7 | | $0.00 Assume and assign to Divisive Mergers | x | | | |
| 1618 | 06/28/2007 | Water Bottom Contracts | STATE OF LA WATER BOTTOM LEASE #576 | STATE OF LA | | | BURRWOOD / SP 42-43 | | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1619 | 10/17/2007 | Surface Lease | ST OF LA NO 3011 | STATE OF LA | | | BURRWOOD | | $0.00 Assume and assign Allocate Pursuant to Credit Bid Purchaser Divisive Mergers | | x | ? | |
| 1620 | 06/17/2014 | Assignment of Oil & Gas Leasehold Interest(s) | Assignment agreement dated 17 Jun 14 by and between Statoil Gulf of Mexico LLC and Noble Energy, Inc | Statoil Gulf of Mexico LLC and Noble Energy, Inc., Phoenix Exploration Company LP, Challenger Minerals Inc, et al | Fieldwood Energy LLC | SW 790 Lease G33140 | | | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1621 | 03/01/2014 | Letter Agreement - Other Land | Letter Agreement dated effective March 1, 2014 by and between Statoil Gulf of Mexico LLC and Noble Energy, Inc., as amended by letter dated June 9, 2014 | Statoil Gulf of Mexico, LLC, Noble Energy, Inc., Phoenix Exploration Company LP | Fieldwood Energy LLC | GC 40 Lease G34536, GC 41 Lease G34537, EW 1009 Lease G34878, EW 1010 Lease G34879, EW 1011 Lease G34880 | | ILX PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1622 | | Oilfield Services | Tubing Supplier, Chrome | STEEL SERVICE OILFIELD TUBULAR INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1623 | 04/07/2008 | Surface Lease | STERLING SUGARS LLC | STERLING SUGARS LLC | | | WHITE POINT / SL149/1403- FWE II | | $0.00 Assume and assign Allocate Pursuant to Credit Bid Purchaser Divisive Mergers | | x | ? | |
| 1624 | | Oilfield Services | Threader | STEWART TUBULAR PRODUCTS INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1625 | 02/23/2017 | Marketing - Pipeline Transport | Stingray Precedent Agreement by and between Stingray Pipeline Company L.L.C. and Fieldwood Energy LLC | Stingray Pipeline Company L.L.C. and Fieldwood Energy LLC | Fieldwood Energy LLC | n.a., n.a., n.a., n.a. | | | $0.00 assume and re-assign Allocate Pursuant to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchaser Agreement on account of the Acquired Interests and/or (ii) means pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement)) | x | ? | x | x |
| 1626 | | Oilfield Services | 500187_MSA dated effective 11/01/2013, Master Services Agreement dated effective 01/01/2015 | STOKES & SPIEHLER OFFSHORE INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1627 | | Oilfield Services | Texas RRC Permits | STOKES & SPIEHLER REGULATORY SERVICES, INC | | Fieldwood Energy LLC | MC 108 Lease G09777 | | | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1628 | 09/26/2015 | Performance Bond & Supplemental Bonding | by and between Fieldwood Energy LLC and Stone Energy Corporation; Stone acknowledgement of receipt of Bond | Stone Energy Corporation | Fieldwood Energy LLC | MC 108 Lease G09777 | | TALOS PRODUCTION LLC | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1629 | 06/29/2004 | Letter Agreement - Other Land | LETTER AGREEMENT DATED JUNE 29, 2004, BY AND BETWEEN STONE ENERGY CORPORATION AND BP AMERICA PRODUCTION COMPANY | STONE ENERGY CORPORATION AND BP AMERICA PRODUCTION COMPANY. | Fieldwood Energy Offshore LLC | WC 34 Lease G02251, WC 35 Lease G02819, WC 35, WC 66 Lease G01860, WC 66/66 Lease G01860, WC 65 Lease G02825, WC 66 Lease G02826, WC 67 Lease G03256 | | TALOS PRODUCTION LLC | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1630 | 03/28/1995 | Letter Agreement - Other Land | LETTER AGREEMENT DATED MARCH 28,1995, BY AND BETWEEN STONE ENERGY CORPORATION AND DAVID U. MELOY, ET AL | STONE ENERGY CORPORATION AND DAVID U. MELOY, ET AL. | Fieldwood Energy Offshore LLC | WC 34 Lease G02819, WC 35 Lease G01860, WC 65 Lease G02825, WC 66 Lease G02826, WC 67 Lease G03256 | | | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1631 | 07/15/1994 | Letter Agreement - Other Land | LETTER AGREEMENT DATED JULY 15, 1994 BY AND BETWEEN STONE ENERGY CORPORATION AND DAVID U. MELOY. | STONE ENERGY CORPORATION AND DAVID U. MELOY. | Fieldwood Energy Offshore LLC | WC 34 Lease G02819, WC 35 Lease G01860, WC 65 Lease G02825, WC 66 Lease G02826, WC 67 Lease G03256 | | | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1632 | 04/04/2006 | Joint Operating Agreement | STONE ENERGY CORPORATION AND GOM SHELF LLC, ET AL | STONE ENERGY CORPORATION AND GOM SHELF LLC, ET AL. | Fieldwood Energy Offshore LLC | SS 198 Lease 553, SS 198 Lease G12355 | | RENAISSANCE OFFSHORE, LLC, TALOS PRODUCTION LLC | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1633 | 01/10/2014 | Well / Prospect Proposals | Gilligan & Bingo: Stone offering of prospects to Fieldwood Fieldwood election | Stone Energy Offshore, L.L.C. | Fieldwood Energy LLC | MC 65 Lease G21742 | | | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1634 | 02/05/2014 | Well / Prospect Proposals | Gilligan & Bingo: Stone requesting extension and fieldwood's election | Stone Energy Offshore, L.L.C. | Fieldwood Energy LLC | MC 65 Lease G21742 | | | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1635 | 03/24/2014 | Well / Prospect Proposals | Proposal Amendment and Various requests for extension from Stone and election by Fieldwood | Stone Energy Offshore, L.L.C. | Fieldwood Energy LLC | MC 65 Lease G21742 | | | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1636 | | | | | | | | | | | | | |
| 1637 | 01/10/2014 | Well / Prospect Proposals | Gilligan & Bingo: Stone offering of prospects to Fieldwood election | Stone Energy Offshore, L.L.C. | Fieldwood Energy LLC | MC 108 Lease G09777 | | TALOS PRODUCTION LLC | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1638 | 02/05/2014 | Well / Prospect Proposals | Gilligan & Bingo: Stone requesting extension and fieldwood's election | Stone Energy Offshore, L.L.C. | Fieldwood Energy LLC | MC 108 Lease G09777 | | TALOS PRODUCTION LLC | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1639 | 03/24/2014 | Well / Prospect Proposals | Gilligan & Bingo: Stone requesting extension and fieldwood's election | Stone Energy Offshore, L.L.C. | Fieldwood Energy LLC | MC 108 Lease G09777 | | TALOS PRODUCTION LLC | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1640 | 09/09/2015 | Performance Bond & Supplemental Bonding Agreement | by and between Fieldwood Energy LLC, SEO A LLC, Stone Energy Corporation and Stone Energy Offshore, L.L.C.: Fieldwood will apply own Supp Bonding | Stone Energy Offshore, L.L.C.; Stone Energy Offshore, L.L.C., Stone Energy Corporation, SEO A LLC | Fieldwood Energy LLC | MC 108 Lease G09777 | | TALOS PRODUCTION LLC | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1641 | | Oilfield Services | Core Sample / Fluid Sample Analysis | STRATUM RESERVOIR BIOTECH LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1642 | | Oilfield Services | Master Service Contract dated Feb 11, 2020 | STRATUM RESERVOIR LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1643 | | Oilfield Services | MSA dated effective 08/07/2014 (Net 30 for PO 26323 only) | STRESS ENGINEERING SERVICES, INC. | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1644 | | Oilfield Services | Master Agreement for the Provision of Marine Construction Services dated effective 06/28/2018 | Subsea 7 (US) LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1645 | | Oilfield Services | Master Agreement for the Provision of Marine Construction Services dated effective May 20, 2016 | Subsea 7 (US) LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1646 | | Oilfield Services | Marine Construction Services (EPCI) dated May 20, 2019 | SUBSEA 7 US LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1647 | | Oilfield Services | 777780_Master Service Agreement effective 11/13/2018 | SUBSEA SOLUTIONS, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1648 | | Oilfield Services | Marine Construction Services Agreement dated effective May 20th 2016 | SUBSEA7-I-TECH US INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1649 | 12/17/2019 | Non-Oilfield Services | Consulting Agreement | SULLEXIS, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1650 | | Oilfield Services | Specialty Fluids | SUN DRILLING PRODUCTS CORP | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1651 | | Oilfield Services | 512844_Master Services Agreement effective 12/01/2013 | SUPERIOR ENERGY SERVICES, LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1652 | | Oilfield Services | Various Construction Services (CT Units, QP Tools, Rental Equip., Cement Services, Well Support, Etc.) | SUPERIOR ENERGY SERVICES LLC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1653 | 01/31/2010 | Acquisition / IPSA / Other Purchase or Sale Agreements | Purchase and Sale Agreement, dated January 31, 2010, by and between Superior Energy Services, Inc., Wild Well Control, Inc. and Dynamic Offshore Resources, LLC. | Superior Energy Services, Inc.; Wild Well Control, Inc. | Fieldwood Energy Offshore LLC | VK 65 Lease G05890, GC 64 Lease G34539 | | WILD WELL CONTROL INC. DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC., MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1654 | | Oilfield Services | Grating & Handrail Pipe, Valves and Fittings | SUPERIOR SUPPLY & STEEL | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1655 | | Oilfield Services | Wellheads | SURFACE SYSTEMS CAMERON | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1656 | | Oilfield Services | 777801_PO Terms & Conditions dated effective 04/01/2019 | SWAGELOK LOUISIANA | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1657 | 09/27/2013 | Surface Lease | SWEET LAKE LAND & OIL CO | SWEET LAKE LAND & OIL CO | | | GIBBSTOWN | | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1658 | | Other | stop loss insurance | Symetra, Partner re | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1659 | 09/01/1994 | Farmout Agreement | Farmout Agmt Eff. 9-1-94 | Talos Energy Offshore | | | PL 5 Lease LG12027 | | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1660 | 12/04/1958 | Operating Agreement - Other | Operating Agreement eff. 12/4/58 | Talos Energy Offshore | | | CC 265 Lease G00972 | | TALOS ENERGY OFFSHORE, LLC | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1661 | 11/21/2019 | Letter Agreement - Other Land | Letter Agreement SS 198 J-11 Wall zone shift recommended and election from HO to HG sand by and between GOM Shelf LLC and Renaissance Offshore, LLC | Talos Energy Offshore, LLC, Renaissance Offshore, LLC | GOM Shelf LLC | SS 198 Lease 553 | | RENAISSANCE OFFSHORE, LLC, TALOS PRODUCTION LLC | $0.00 Assume and assign to Talos Mergers | x | | | |
| 1662 | 10/18/2018 | Abandonment / Decommissioning Agreement | pursuant to that certain PHA for MC 496 produced at SP Platform dated 11/1/2002 | Talos ERT LLC; The Louisiana Land and Exploration Company LLC, Marubeni Oil & Gas (USA) LLC | Fieldwood Energy LLC | SP 89 Lease G01618 | | ENERGY XXI GOM, LLC, EXXON MOBIL CORP & EXPL CO LLC, SANARE ENERGY PARTNERS, LLC, Texas Eastern Transmission / Spectra Energy | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1663 | | Oilfield Services | 504973_Master Service Agreement dated effective 02/21/2014 | TAM INTERNATIONAL | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1664 | | Oilfield Services | Communication for L/B Man O War (PBA) | TAMPNET INC | | Fieldwood Energy LLC | n.a. | n.a. | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1665 | 12/16/2013 | Joint Operating Agreement | TANA EXPLORATION COMPANY LLC AND APACHE CORPORATION | TANA EXPLORATION COMPANY LLC AND APACHE CORPORATION | Fieldwood Energy LLC | EI 315 N2 Lease G24912 | | ARENA ENERGY LP, TANA EXPLORATION COMPANY LLC | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |
| 1666 | 08/13/2012 | Property Participation & Exchange Agreements | Participation Agreement by and between Tana Exploration Company LLC and Dyanmice Offshore Resources, LLC; BS 25 Federal and State | Tana Exploration Company LLC and Dyanmice Offshore Resources, LLC | | | BS 25 Lease 19718, BS 25 Lease G31442 | | TANA EXPLORATION COMPANY LLC | $0.00 Assume and assign to Credit Bid Purchaser | x | | | |

| # | Date | Type | Description | Counterparty | Debtor | Lease/Reference | Assignee | Cure Amount | Treatment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1667 | 06/06/2013 | Elections | BS No. 1 Well Election Completion Letter by and between Tana Exploration Company LLC and Dynamic Offshore Resources, LLC; Walter Oil & Gas Corporation ; Tana drilled well No. 1 federal Lease G31442 | Tana Exploration Company LLC and Dynamic Offshore Resources, LLC; Walter Oil & Gas Corporation | | BS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1668 | 06/03/2013 | Other Misc. | BS No. 1 Well Recommendation Discontinue Drilling by and between Tana Exploration Company LLC and Dynamic Offshore Resources, LLC; Walter Oil & Gas Corporation ; Tana drilled well No. 1 federal Lease G31442 | Tana Exploration Company LLC and Dynamic Offshore Resources, LLC; Walter Oil & Gas Corporation | | BS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1669 | 12/07/2017 | Termination / Ratification and Joinder of Operating Agreement / Other Agreements | Termination of Ratification and Joinder of Offshore Operating Agreement by and between Tana Exploration Company LLC and Fieldwood Energy LLC; Tax Partnership election | Tana Exploration Company LLC and Fieldwood Energy LLC | | BS 25 Lease 19718, BS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1670 | 08/21/2012 | Termination / Ratification and Joinder of Operating Agreement / Other Agreements | Ratification and Joinder of Offshore Operating Agreement by and between Tana Exploration Company LLC and LLOG Exploration Offshore, L.L.C.; LLOG Exploration Company, L.L.C.; Walter Oil & Gas Corporation; Dynamic Offshore Resources, LLC | Tana Exploration Company LLC and LLOG Exploration Company, L.L.C.; LLOG Exploration Offshore, L.L.C.; Walter Oil & Gas Corporation; Dynamic Offshore Resources, LLC | | BS 25 Lease 19718, BS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1671 | 08/21/2012 | Operating Agreement - Other | Amendment No. 1 to Offshore Operating Agreement by and between Tana Exploration Company LLC and Walter Oil & Gas Corporation; LLOG Exploration Offshore, L.L.C.; LLOG Exploration Company, L.L.C.; Dynamic Offshore Resources, LLC; Bluewater Holdings, L.L.C.; Dynamic Offshore Resources, LLC; Amend JOA 03/01/2009 | Tana Exploration Company LLC and Walter Oil & Gas Corporation; LLOG Exploration Offshore, L.L.C.; LLOG Exploration Company, L.L.C.; Bluewater Holdings, L.L.C.; Dynamic Offshore Resources, LLC | | BS 25 Lease 19718, BS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1672 | | Other | Flexible spending account | TaxSaver | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1673 | | Oilfield Services | 701035_Master Services Agreement dated effective 11/30/2015 | TCB FABRICATION, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1674 | | Other | telemedicine | Teladoc | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1675 | | Oilfield Services | Hazard Surveys and Vessel Positioning (Purchased Tesla Equipment) | TELESIS GEOPHYSICAL SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1676 | | Oilfield Services | 553360_Master_Services_Contract dated effective 01/31/20 | TENARIS GLOBAL SERVICES USA CORP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1677 | | Oilfield Services | 501430_Master Services Agreement dated effective 11/01/2013 | TETRA APPLIED TECHNOLOGIES, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1678 | 05/18/1999 | Property Participation & Exchange Agreements | by and between Texaco Exploration and Production Inc. and Aviara Energy Corporation | Texaco Exploration and Production Inc. and Aviara Energy Corporation | | EI 313 Lease G02608 | EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1679 | 05/01/1991 | Operating Agreement - Other | Operating Agreement, as amended by and between Texaco Exploration and Production Inc. and Mobil Oil Exploration & Producing Southeast Inc., et al | Texaco Exploration and Production Inc. and Mobil Oil Exploration & Producing Southeast Inc., et al | | SS 204 Lease G01520, SS 204 Lease G01523, SS 216 Lease G01524 | EPL OIL & GAS, LLC; KINETICA DEEPWATER EXPRESS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1680 | 03/13/1998 | Joint Operating Agreement | AMENDMENT TO OPERATING AGREEMENT DATED MARCH 13, 1998, BY AND BETWEEN TEXACO EXPLORATION AND PRODUCTION INC. AND VASTAR RESOURCES, INC. | TEXACO EXPLORATION AND PRODUCTION INC. AND VASTAR RESOURCES, INC. | Fieldwood Energy LLC | WC 34 Lease G05251; WC 35 Lease G02819; WC 35, WC 66 Lease G01860; WC 66 Lease G02826 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1681 | 05/01/1991 | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN TEXACO EXPLORATION AND PRODUCTION INC., MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST INC. | Texaco Exploration and Production Inc., Mobil Oil Exploration & Producing Southeast Inc., Chevron Southeast Inc., Hunt Oil Company, The George R. Brown Partnership, Torch Energy Advisors Incorporated, Toro, Norcen Explorer, Inc., Norcen Offshore Properties | Fieldwood Energy Offshore LLC | SM 281 Lease G02600 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1682 | 06/15/2001 | Joint Operating Agreement | JOINT OPERATING AGREEMENT BY AND BETWEEN TEXACO EXPLORATION AND RWE PERTROLEUM COMPANY ET AL | TEXACO EXPLORATION AND RWE PERTROLEUM COMPANY ET AL | Fieldwood Energy LLC | SM 281 Lease G02600 | MP GULF OF MEXICO, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1683 | 08/27/2003 | Marketing - Connection Agreement | INTERCONNECT AGREEMENT FOR SP 87 | TEXAS EASTERN TRANSMISSION CORPORATION, MARATHON OIL COMPANY | | SP 87 Lease G07799 | TALOS ERT LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1684 | 02/16/2010 | Marketing - Connection Agreement | Interconnect and Reimbursement Agreement | TEXAS EASTERN TRANSMISSION, LP, PHOENIX EXPLORATION COMPANY LP, PEREGRINE OIL AND GAS II, LLC, CHALLENGER MINERALS INC. | | CA 43 Lease G32268 | CASTEX OFFSHORE INC, PEREGRINE OIL AND GAS II LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1685 | | Oilfield Services | Provides SuperSacks of Cement | TEXAS LEHIGH CEMENT COMPANY LP | | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1686 | | Oilfield Services | 700476_Master_Service_Contract Effective_02-28-2014 | TEXAS MARINE SHIPYARD LP | | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1687 | 10/10/2018 | Non-Oilfield Services | Consulting Agreement | TH1, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1688 | | Oilfield Services | Slickline / Cased Hole Bailers | THE CAVINS CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1689 | 1/1/2017 | Non-Oilfield Services | Insurance Policy | THE GUARDIAN LIFE INSURANCE COMPANY | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1690 | 10/10/2016 | Non-Oilfield Services | Services Agreement | THE GUARDIAN LIFE INSURANCE COMPANY | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1691 | 10/08/2004 | Other Misc. | LETTER OF INTENT DATED OCTOBER 8, 2004, BY AND BETWEEN THE HOUSTON EXPLORATION COMPANY AND SPINNAKER EXPLORATION COMPANY, L.L.C. | THE HOUSTON EXPLORATION COMPANY AND SPINNAKER EXPLORATION COMPANY, L.L.C. | Fieldwood Energy Offshore LLC | GA 210 Lease G25524 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1692 | 10/07/2004 | Joint Development / Venture / Exploration Agreements | EXPLORATION AGREEMENT DATED OCTOBER 7, 2004, BY AND BETWEEN THE HOUSTON EXPLORATION COMPANY AND SPINNAKER EXPLORATION COMPANY, L.L.C. | THE HOUSTON EXPLORATION COMPANY AND SPINNAKER EXPLORATION COMPANY, L.L.C. | Fieldwood Energy Offshore LLC | GA 210 Lease G25524 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1693 | 02/22/2006 | Farmout Agreement | Farmout Proposal Letter Agreement The Houston Exploration Company and Noble Energy Inc. 2/22/2006 | The Houston Exploration Company and Noble Energy Inc. 2/22/2006 | Fieldwood Energy LLC | VR 408 Lease G15212 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1694 | 12/1/2018 | Other | Sublease - One Briar Lake Plaza--Suite 320 | THE LUBRIZOL CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $1,858.38 | Assume and assign to Credit Bid Purchaser | | x | |
| 1695 | 02/11/1994 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement For Outer Continental Shelf Exploration, Development and Production Operations on the Vosca Knoll 252 Unit designated Contract No. 754394013, by the Minerals Management Service, dated effective February 11, 1994, executed by Semadan Oil Corporation (as Unit Operator) and Chevron U.S.A. Inc.(as a working interest owner). | The Minerals Management Service, Semadan Oil Corporation and Chevron U.S.A. Inc. | | VK 251 Lease G10930, VK 340 Lease G10933 | Williams Field Services | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1696 | | Oilfield Services | Mud Logging | THE MUDLOGGING COMPANY USA LP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1697 | 03/13/1962 | Oilfield Services | 504791_Master Services Agreement dated effective 11/01/2013 | THE NACHER CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1698 | 03/13/1962 | Operating Agreement - Other | Operating Agreement dated 3/13/62 between The Pure Oil Company and The Ohio Oil Company | The Pure Oil Company and The Ohio Oil Company | Fieldwood Energy LLC | SS 253 Lease G21031 | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC | $0.00 | Assume and allocate pursuant Allocate Pursuant to divisive mergers Divisive Mergers | | | x |
| 1699 | | Oilfield Services | Drill Pipe, Downhole Tools, Other Rental Tools | THOMAS TOOLS | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1700 | 1/30/2019 | Non-Oilfield Services | Subscription Agreement | TIBCO SOFTWARE, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1701 | | Oilfield Services | Filter Media | TIMBALIER SALES & RENTAL INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1702 | | Oilfield Services | 560612_Master Services Agreement dated effective 05/11/2017 | TIMKEN GEARS & SERVICES INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1703 | 9/10/2018 | Non-Oilfield Services | Consulting Agreement | TIORAM SUBSEA INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1704 | 10/01/1991 | Farmout Agreement | FO and Operating Agreement dated 10/1/91 between Torch Energy Advisors Inc etal and Hall-Houston Oil Company | Torch Energy Advisors Inc etal and Hall-Houston Oil Company | Fieldwood Energy LLC | SS 291 Lease G02523 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1705 | 05/28/2009 | Marketing - Connection Agreement | CONNECTION AGREEMENT INSTALLATION OF FACILITIES | TOTAL E&P USA, INC., STONE ENERGY OFFSHORE LLC | | MC 108 Lease G08777 | TALOS PRODUCTION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1706 | | Oilfield Services | Daily Operating Supplies | TOTAL PRODUCTION SUPPLY, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1707 | | Oilfield Services | 501635_Master Services Agreement dated effective 01/01/2014 | TOTAL SAFETY U.S. INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1708 | 12/20/2018 | Other Misc. | by and between Fieldwood Energy LLC and TR Offshore, L.L.C. Contemplation of Contract Operating Agreement, Transportation Agreement | TR Offshore, L.L.C. | Fieldwood Energy LLC | MI 518 Lease SL 80522 Lease MF80522 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1709 | 01/03/1997 | Joint Operating Agreement | Operating Agreement eff. 1-3-1977 b/b Tranoco Exploration Company, as Operator, and Freeport Oil Company, Energy Development Corporation, Pioneer Production Corporation, et al | Tranoco Exploration Company, as Operator, and Freeport Oil Company, Energy Development Corporation, Pioneer Production Corporation, et al | Fieldwood Energy Offshore LLC | WD 34 Lease G03414 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1710 | 01/25/2005 | Marketing - Connection Agreement | CONNECTION AND LATERAL LINE INTERCONNECT AGREEMENT | TRANSCONTINENTAL GAS PIPELINE CORPORATION, BP EXPLORATION INC | | MC 108 Lease G08777 | TALOS PRODUCTION LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1711 | 01/25/2005 | Letter Agreement - Operating Agreement | Letter Agreement for the Operation and Ownership Transfer of Certain South Marsh Island Block 66 Facilities, dated effective January 25, 2005, between Transcontinental Gas Pipeline Corporation, as Seller and Union Oil Company of California and Forest Oil Corporation, as Purchasers, for facilities and pipeline associated with "A" and "C" Platform; NEVER CONSUMMATED. | Transcontinental Gas Pipeline Corporation, Union Oil Company of California and Forest Oil | Fieldwood Energy Offshore LLC | SM 66 Lease G01198 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1712 | 12/04/1996 | Operating Agreement - Other | OPERATING AGREEMENT BY AND BETWEEN TRANSTEXAS AND DAVIS PETROLEUM CORP | TRANSTEXAS AND DAVIS PETROLEUM CORP | | ST 331/332; EAGLE BAY ST 329 #1; SAN LEON GAS UNIT | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1713 | 02/20/2000 | Pooling Agreement | POOLING AGREEMENT BY AND BETWEEN TRANSTEXAS GAS CORPORATION, DAVIS PETROLEUM CORP AND GENERAL LAND OFFICE OF THE STATE OF TEXAS | TRANSTEXAS GAS CORPORATION, DAVIS PETROLEUM CORP AND GENERAL LAND OFFICE OF TEXAS | Fieldwood Onshore LLC | SAN LEON GAS UNIT NO. 1 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1714 | 10/03/2020 | Non-O&G Real Property Lease / Rental / Sublease Agreements | COVID-19 Testing locations. Monthly agreement between Fieldwood and Trend Services. Total Area: Work Trailer & Furniture - 3 Locations Square Footage: 8'x24' Trailer Address; PH - Galveston, Houma and Abbeville | Trend Services | Fieldwood Energy LLC | Total Area: Work Trailer & Furniture - 3 Locations Square Footage: 8'x24' Trailer | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1715 | | Other Services Agreements | Response Retainer Agreement Utilization Agreement | Trendsetter Subsea International LLC | | Area wide | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1716 | 4/1/2011, 4/15/2011 | | | | | | | | | | | |
| 1717 | | Oilfield Services | Thread Protectors | TRI-STAR PROTECTOR SVC CO | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1718 | | Oilfield Services | Primary Cleaning - Confined Space Entry Crews, Clean Out Crews (also called Gibsons Trusco / Gibsons) | TRUSSCO, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1719 | | Oilfield Services | 778061_Master Services Agreement dated effective 09/21/20 | TRUSTED COMPLIANCE LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |

| # | Date | Category | Description | Counterparty | Debtor | Lease/Reference | Additional Party | Amount | Treatment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1720 | | Oilfield Services | P&A ARO Reports (Topside) | TSB OFFSHORE INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1721 | | Oilfield Services | Thread and Tubular Inspection | TUBOSCOPE | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1722 | | Oilfield Services | 559582_Master Services Agreement dated effective 11/01/2013 | TUBULAR SOLUTIONS, INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1723 | | Oilfield Services | Fieldwood Core Network Provider (O&M) | TW TELECOM HOLDINGS LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1724 | 10/01/2001 | Operating Agreement - Other | Operating Agreement eff. 10-1-01 b/b Union and Forest | | Fieldwood Energy LLC | SM 58 Lease G08680 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1725 | 10/01/2001 | Operating Agreement - Other | Operating Agreement eff. 10-1-01 b/b Union and Forest | Union and Forest | | VR 380 Lease G02580 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1726 | 03/01/2001 | Joint Operating Agreement | Joint Development Agreement with Operating Agreement, dated March 1, 2001, between Union Oil Company of California, Vastar Offshore, Inc. and Panaco, Inc., parts of EB 161 and 205. | United States Department of the Interior, Minerals Management Service, Vastar Offshore, Inc. and Panaco, Inc. | Fieldwood SD Offshore LLC | EB 161 Lease G02648 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | | x |
| 1727 | 02/01/2005 | Letter Agreement - Other | Letter Agreement, dated February 1, 2005, between Union Oil Company of California and Forest Oil, covering OCS-G 2589, South Marsh Island Block 137, asthe Unit Operating Agreement for South Marsh Island Block 137 Unit, identified as Unit Agreement No. 14-09-001-20237, replacing and superseding, effective October 1, 1998, the Operating Agreement dated January 1, 1989 between Conoco Inc., Texaco Producing Inc. and CanadianOXY Offshore Production Company. | Union Oil Company of California and Forest Oil | Fieldwood Energy Offshore LLC | SM 137 Lease G02589 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1728 | 10/01/2001 | Operating Agreement - Other | Joint Operating Agreement, dated effective October 1,2001, between Union Oil Company of California and Forest Oil Corporation, covering SM 66 | Union Oil Company of California and Forest Oil Corporation | | SM 66 Lease G01198 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1729 | 10/01/2001 | Operating Agreement - Other | Joint Operating Agreement, dated effective October 1,2001, between Union Oil Company of California and Forest Oil Corporation, covering OCS-G 2282, South Marsh Island Block 132. | Union Oil Company of California and Forest Oil Corporation | | SM 132 Lease G02282 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1730 | 10/01/2001 | Operating Agreement - Other | Joint Operating Agreement, dated effective October 1,2001, between Union Oil Company of California and Forest Oil Corporation, covering SM 135 | Union Oil Company of California and Forest Oil Corporation | | SM 135 Lease G19776 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1731 | 10/01/2001 | Operating Agreement - Other | Joint Operating Agreement, dated effective October 1,2001, between Union Oil Company of California and Forest Oil Corporation, covering SM 136 | Union Oil Company of California and Forest Oil Corporation | | SM 137 Lease G02588 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1732 | 10/01/2001 | Operating Agreement - Other | Joint Operating Agreement, dated effective October 1,2001, between Union Oil Company of California and Forest Oil Corporation, covering SM 137 | Union Oil Company of California and Forest Oil Corporation | | SM 137 Lease G02589 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1733 | 10/01/2001 | Operating Agreement - Other | Joint Operating Agreement, dated effective October 1,2001, between Union Oil Company of California and Forest Oil Corporation, covering SM 149 | Union Oil Company of California and Forest Oil Corporation | | SM 149 Lease G02592 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 1734 | 10/01/2001 | Operating Agreement - Other | Joint Operating Agreement, dated effective October 1,2001, between Union Oil Company of California and Forest Oil Corporation, covering SM 150 | Union Oil Company of California and Forest Oil Corporation | | SM 150 Lease G16325 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1735 | 03/01/1979 | Joint Operating Agreement | OPERATING AGREEMENT DATED MARCH 1, 1979, BY AND BETWEEN UNION OIL COMPANY OF CALIFORNIA AND MOBIL OIL EXPLORATION & PRODUCTION SOUTHEAST INC. | UNION OIL COMPANY OF CALIFORNIA AND MOBIL OIL EXPLORATION & PRODUCTION SOUTHEAST INC. | Fieldwood Energy LLC, Fieldwood Energy Offshore LLC | ST 53 Lease G04000 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | |
| 1736 | 04/30/1993 | Unit Agreement and/or Unit Operating Agreement | VR 371 Unit Agreement effective 4-30-33 | Unit Agreement (VR 371/363/362 Unit) 4/30/1993, VR 371 UA | Fieldwood Energy LLC | VR 371 Lease G00524 | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1737 | 01/11/2001 | Letter Agreement - UOA | Letter, dated January 11, 2001, from the United States Department of the Interior, Minerals Management Services Chevron U.S.A. Inc., approving the initial participating area plat and Exhibit C for the Viosca Knoll 252 Unit, Agreement No. 754394013, effective November 8, 2000 | United States Department of the Interior, Minerals Management Service, Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10033 | Williams Field Services | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1738 | 01/09/2002 | Letter Agreement - UOA | Letter, dated January 9, 2002, from the United States Department of the Interior, Minerals Management Service to Chevron U.S.A. Inc., approving revisions to the participating area plat and Exhibit C for the Viosca Knoll 252 Unit, Agreement No. 754394013, effective December 1, 2001. | United States Department of the Interior, Minerals Management Service, Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10033 | Williams Field Services | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1739 | 05/28/2004 | Letter Agreement - UOA | Letter, dated May 28, 2004, from the United States Department of the Interior, Minerals Management Service to Chevron U.S.A. Inc., approving the participating area plat and Exhibit Cfor theViosca Knoll 252 Unit, Agreement No. 754394013, effective December 1, 2003. | United States Department of the Interior, Minerals Management Service, Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10033 | Williams Field Services | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1740 | 01/10/2007 | Letter Agreement - UOA | Letter dated January 10, 2007, from the United States Department of the Interior, Minerals Management Service to Chevron U.S.A. Inc., approving a revision Exhibit "A", "B" and "C" reflecting a change in the Unit Area due to contraction provisions in the Viosca Knoll 252 Unit, Agreement No. 754394013. | United States Department of the Interior, Minerals Management Service, Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10033 | Williams Field Services | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | x |
| 1741 | | Oilfield Services | 778024_Master_Service_Contract Effective_3/4/2020 | UNITED STATES K-9 UNLIMITED, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1742 | | Oilfield Services | Master Service Contract dated effective July 28, 2020 | UNITED SUBSEA SPECIALISTS LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1743 | 08/01/2010 | Joint Operating Agreement | Amdt to JOA dated 5/16/2001 by and between Unocal and Callon | Unocal and Callon | | EC 257 Lease G01580 | UNION OIL COMPANY OF CALIFORNIA, W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 1744 | 05/16/2001 | Joint Operating Agreement | Unocal and Callon dated 5/16/2001 but effective 2/14/2001 | Unocal and Callon dated 5/16/2001 but effective 2/14/2001 | | EC 257 Lease G01580 | UNION OIL COMPANY OF CALIFORNIA, W & T ENERGY VI LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 1745 | 01/01/1991 | Property Participation & Exchange Agreements | Offshore Participation Agreement, dated effectiveJanuary 1,1991, between Unocal Exploration Corporation, The Northwestern Mutual Life Insurance Company, and Harry Oil & Gas USA Inc. | Unocal Exploration Corporation, The Northwestern Mutual Life Insurance Company, and Harry Oil & Gas USA Inc. | Fieldwood Energy Offshore LLC | BA A105 Lease G01757 | DRA HELICOPTERS INC., TAMPNET INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1746 | | Oilfield Services | 509603_Master Service Agreement dated effective 11/01/2013 | VARIABLE BORE RAMS INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1747 | 12/15/1996 | Operating Agreement - Other | Operating Agreement eff. 12-15-96 b/b Vastar and Union | Vastar and Union | | SS 105 Lease G00614 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1748 | 11/16/2001 | Property Participation & Exchange Agreements | N/2 G/32 BL/8 ST 1 Well by and between Vastar Resources, Inc., a part of BP America Inc. | Vastar Resources, Inc., a part of BP America Inc. Spinnaker Exploration Company, L.L.C. | Fieldwood Energy LLC | SI 52 Lease 177 | APACHE SHELF EXPLORATION LLC, BP AMERICA PRODUCTION COMPANY | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | | x | |
| 1749 | 10/29/2020 | Non-O&G Real Property Lease / Rental / Sublease Agreement | Lease agreement between Fieldwood Energy and Vector Aviation Total Area: Heliport and office trailer Address: 112 Revis Simon Loop Abbeville LA 70510 | Vector Aviation | Fieldwood Energy LLC | Total Area: Heliport and office trailer | | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1750 | 10/2/2019 | Non-Oilfield Services | Software License Agreement | VERIS GLOBAL, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1751 | 10/2/2019 | Non-Oilfield Services | Software Licensing Agreement | VERIS GLOBAL, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1752 | | Oilfield Services | 777930_Master Services Agreement dated effective 06/24/2019 | VERIS GLOBAL, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1753 | | Non-Oilfield Services | Services Agreement | VERIZON WIRELESS | Fieldwood Energy LLC | n.a. | n.a. | $3,696.73 | Assume and assign to Credit Bid Purchaser | | x | |
| 1754 | | Oilfield Services | 536859_Master Services Agreement dated effective 11/22/2013 | VERSABUILD LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1755 | | Oilfield Services | Paraffin Wax Remediation Product Vendor | VERSALIS AMERICAS INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1756 | | Oilfield Services | Rigging Derrick Barges | VERSAMARINE, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1757 | | Oilfield Services | I&E Control and Power Systems; Provides Engineering, Fabrication, Installation, and Startup | VERSATECH AUTOMATION SERVICES LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1758 | | Oilfield Services | 509136_Master Services Agreement dated effective 01/01/2014 | VESCO RENTAL & PRESSURE CONTROL LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1759 | | Oilfield Services | Provides Wellhead Equipment and Rental Tools | VETCO GRAY INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1760 | 11/26/2013 | Oilfield Services | Consulting Agreement | VIKING ENGINEERING LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1761 | | Oilfield Services | 777494_PO Terms & Conditions dated effective 09/06/2017 | VIKING FABRICATORS LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1762 | | Oilfield Services | Life Raft Exchange | VIKING LIFE SAVING EQUIPMENT AMERICA, INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1763 | | Oilfield Services | 777904_PO Terms & Conditions dated effective 03/28/2019 | VME PROCESS, INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1764 | | Other | Vision Service Provider | VSP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |
| 1765 | 04/23/1975 | Operating Agreement - Other | Operating Agreement eff. 4-23-75 | W & T Energy VI, Arena, W & T Offshore, Wichita Partnership | | ST 148 Lease G01960 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers | x | | |
| 1766 | 08/28/2014 | Facilities & Tie-In Agreements | Bridging Agreement dated 28 Aug 2014 by and between the Big Bend Producers Noble Energy Inc, W+T Energy VI, LLC, Red Willow Offshore, LLC and HELIX re Big Bend Field Operator | W & T Energy VI, LLC; Red Willow Offshore, LLC; Houston Energy Deepwater Ventures V, LLC; Noble Energy Inc, ILX Prospect Dantzler, LLC, Ridgewood Dantzler | Fieldwood Energy LLC | MC 697 Lease G28021, MC 698 Lease G28022, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser | | x | |

| # | Date | Type | Description | Counterparty | Debtor | Lease | Additional Parties | Amount | Treatment |
|---|------|------|-------------|--------------|--------|-------|--------------------|--------|-----------|
| 1767 | 02/01/1994 | Joint Operating Agreement | JOperating Agreement eff. 2/1/94 | W & T Offshore | Fieldwood Energy Offshore LLC | SS 301 Lease G10794 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 1768 | 05/16/2003 | Joint Operating Agreement | JOperating Agreement eff. 5/19/03 | W & T Offshore | Fieldwood Energy Offshore LLC | SS 301 Lease G10794 | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 1769 | 04/10/1956 | Unit Agreement and/or Unit Operating Agreement | Unit No. 891002891 - SS 32 | W & T Offshore, Inc. | Fieldwood Energy LLC | SS 32 Lease 333, SS 31 Lease 334, SS 32 Lease 335, SS 33 Lease 336 | W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1770 | 11/21/2019 | Withdrawal Agreement | by and between Fieldwood Energy LLC and W&T Offshore, Inc., W&T Withdrawal from EC 2 SL 18121 - W&T did not prepay abandonment | W&T Offshore, Inc. | Fieldwood Energy LLC | EC 2 Lease 18121 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1771 | 12/10/2019 | Other Misc. | by and between Fieldwood Energy LLC and W&T Offshore, Inc.: W&T Non-consent lease saving co-operation on EC 2 SL 18121 for failure to respond to lease number FW194042 | W&T Offshore, Inc. | Fieldwood Energy LLC | EC 2 Lease 18121 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1772 | 07/08/2016 | Letter Agreement - Other Land | by and between Fieldwood Energy LLC and W&T Offshore, Inc.; Fieldwood's response to W&T Letter Agreement - HI 129 #16 Well - Final Agreement | W&T Offshore, Inc. | Fieldwood Energy LLC | HI 129 Lease G01848 | W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, HELIS OIL & GAS CO, CALYPSO EXPLORATION LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1773 | 07/21/2016 | Operating Agreement - Other | by and between Fieldwood Energy LLC and W&T Offshore, Inc.; Contract Operating Agreement eff. 7-21-16 | W&T Offshore, Inc. | Fieldwood Energy LLC | HI 129 Lease G01848 | W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, HELIS OIL & GAS CO, CALYPSO EXPLORATION LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1774 | 07/21/2016 | Operating Agreement - Other | by and between Fieldwood Energy LLC and W&T Offshore, Inc.; Contract Operating Agreement - #16 well | W&T Offshore, Inc. | Fieldwood Energy LLC | HI 129 Lease G01848 | W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, HELIS OIL & GAS CO, CALYPSO EXPLORATION LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1775 | 07/11/2012 | Letter Agreement - Operating Agreement | Letter Agreement Pursuant to Operating and Processing Agreement dated 06/13/1996 by and between W&T Offshore, Inc. and Dynamic Offshore Resources, LLC | W&T Offshore, Inc. and Dynamic Offshore Resources, LLC | | SS 300 Lease G07780, SS 301 Lease G10794 | W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1776 | 11/01/2014 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement between Water and FeeGov for EW 834 Unit dated 1 Nov 14 as amended by that first amendment dated 1 April 2016 | Water and FeeGov for EW 834 Unit dated 1 Nov 14 as amended by that first amendment dated 1 April 2016 | | EW 790 Lease G33140, EW 834 Lease G27982, EW 835 Lease G15156, MC 793 Lease G33177, EW 788 Lease G35805 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1777 | 09/01/1988 | Operating Agreement - Other | Agreement for ownership and operation of Platform and Facilities | Water O&G, Castex, GOM 1271 | | HI 176 Lease G06164 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1778 | 04/23/2014 | Joint Operating Agreement | Letters of No Objection, Lease & Pipeline Crossings: Appres to ST 276, 296 & 311, includes indemnification | Fieldwood Energy LLC | | ST 276 Lease G07780 | APACHE OFFSHORE INVESTMENT GP | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1779 | 07/15/2008 | Property Participation & Exchange Agreements | ST 311 Participation Agreement-Walter & APA-7-15-2008 | WALTER OIL & GAS CORPORATION | | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1780 | 07/15/2008 | Assignment of ORRI | ST 311 Walter ORRI Assign. | WALTER OIL & GAS CORPORATION | | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1781 | 09/15/2017 | Operating Agreement - Other | ST 311-320 JOA Offshore Operating Agreement dtd 9-15-17, as amended | Walter Oil & Gas Corporation and W & T Offshore, et al | | ST 311 Lease G31418, ST 320 Lease G24990 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1782 | 12/01/2011 | Property Participation & Exchange Agreements | ST 311 Participation Agreement-Walter & APA & Castex-12-1-2011 | Walter Oil & Gas Corporation, Apache, Castex | | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1783 | 07/02/2015 | Assignment of Oil & Gas Leasehold Interest(s) | By and between Walter Oil & Gas Corporation, Castex Offshore, Inc., Fieldwood Energy LLC and Apache Shelf Exploration LLC as "Seller" and Discovery Producer Services LLC as "Buyer" | Walter Oil & Gas Corporation, Castex Offshore, Inc., Fieldwood Energy LLC and Apache Shelf Exploration LLC as "Seller" and Discovery Producer Services LLC as "Buyer" | Fieldwood Energy LLC | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1784 | 01/15/2010 | Farmout Agreement | Farmout Agreement by and between Noble Energy Inc and Walter Oil and Gas Corporation dated 15 Jan 10 as amended by (a) First Amndt dated (b) Second Amndt dated (c) Third Amndt dated (d) Fourth Amndt dated 1 March 15 (Walter assigned 50% record title interest) (e) Fifth Amendment dated 1 June 2016 (f) Consent to Assign dated 31 Jan 20 | Walter Oil and Gas Corporation | Fieldwood Energy LLC | EW 790 Lease G33140, EW 834 Lease G27982 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1785 | 11/01/2014 | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement between Walter and Non-Ops (FW holds 3% WI in UOperating Agreement), Included only as it fanned out its WI to Walter and retained ORRI | Walter Oil and Gas Corporation | Fieldwood Energy LLC | EW 790 Lease G33140, EW 788 Lease G35805, EW 834 Lease G27982, EW 835 Lease G15156, MC 793 Lease G33177 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1786 | 12/01/2014 | Letter Agreement - UOA | Nobles stipulations to Walter prior to signing Unit Operating Agreement dated 1 Dec 14 | Walter Oil and Gas Corporation | Fieldwood Energy LLC | EW 790 Lease G33140, EW 834 Lease G27982, EW 835 Lease G15156, EW 793 Lease G33177 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1787 | | Oilfield Services | Master Service Contract dated effective November 01, 2013 | WARD LEONARD | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1788 | | Oilfield Services | 548139_Master Services Agreement effective 12/01/2013 | WARRIOR ENERGY SERVICES CORPORATION | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1789 | | Non-Oilfield Services | Dumpster rental and pickup agreement | WASTE CONNECTIONS BAYOU, INC | Fieldwood Energy LLC | n.a. | n.a. | $27.33 | Assume and assign to Credit Bid Purchaser |
| 1790 | | Oilfield Services | Trash Disposal (Creole, FW North, and Myette Point) | WASTE MANAGEMENT, INC | Fieldwood Energy LLC | n.a. | n.a. | $1,433.59 | Assume and Allocate Pursuant to Divisive Mergers |
| 1791 | | Oilfield Services | 525177_Master Services Agreement dated effective 01/01/2014 | WAVELAND SERVICES, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1792 | | Oilfield Services | Casing, Cement, Float Equipment | WEATHERFORD GEMOCO | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1793 | | Oilfield Services | Master Service contract dated Feb 11, 2020 | WEATHERFORD LABORATORIES, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1794 | | Oilfield Services | Casing Services, Liner Hanger, Float Equip., Packers Completion Tools, ElineWireline, Fishing, Sample Analysis, Trucking | WEATHERFORD U.S. LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1795 | | Oilfield Services | Master Service Contract dated November 01, 2013 | WEATHERFORD U.S., L.P | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1796 | | Oilfield Services | 509008_Master Services Agreement dated effective 11/17/2014 | WEIR SEABOARD | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1797 | 1/17/2014 | Non-Oilfield Services | MSA - WellEzJ / Quorum (WellEz) - Fieldwood Amendment 11.4.19 - signed 2019.11.05 | WELLEZ INFORMATION MANAGEMENT, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1798 | 01/01/2013 | Overriding Royalty Interest Agreement | ORRI granted to Western Geco by Samson Offshore, LLC dated 1 January 2013 covering blocks GC 679 and GC768 | Western Geco, Samson Offshore | Fieldwood Energy LLC | GC 679 Lease G21611, GC 768 Lease G21617 | ANADARKO US OFFSHORE LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1799 | 03/03/1998 | Property Participation & Exchange Agreements | PARTICIPATION AGREEMENT BY AND BETWEEN WESTPORT OIL AND GAS COMPANY INC. AND GAS COMPANY INC. AND BASIN EXPLORATION INC | WESTPORT OIL AND GAS COMPANY INC. AND BASIN EXPLORATION INC | Fieldwood Energy LLC | MC 110 Lease G18162 | MARUBEN OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1800 | 03/03/1998 | Property Participation & Exchange Agreements | PARTICIPATION AGREEMENT EFFECTIVE MARCH 3, 1998, BY AND BETWEEN WESTPORT OIL AND GAS COMPANY, INC, AND BASIN EXPLORATION, INC | WESTPORT OIL AND GAS COMPANY, INC, AND BASIN EXPLORATION, INC | Fieldwood Energy Offshore LLC | MC 110 Lease G18162 | MARUBEN OIL & GAS (USA) LLC, TALOS RESOURCES LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1801 | | Oilfield Services | 531921_Master Services Agreement dated effective 10/22/2018 | WHITCO PUMP & EQUIPMENT LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1802 | | Oilfield Services | 529283_PO Terms & Conditions dated effective 02/10/2017 | WHITCO SUPPLY LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1803 | 03/01/2010 | Marketing - Transportation | Gathering and Dedication of Reserves by and between Wild Well (FWE) and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company | Wild Well (FWE) and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company | Fieldwood Energy LLC | GC 065 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | ~~$2,021,978.10~~ | Assume and assign to Credit Bid Purchaser |
| 1804 | 11/01/2020 | Marketing - Transportation | X Gathering, dedication for GC 243 - Aspen, $.09 by and between Wild Well Aspen (FWE) and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company | Wild Well Aspen (FWE) and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company | Fieldwood Energy LLC | GC 243 Lease G20051 | | ~~$9,042.72~~ | Assume and assign to Credit Bid Purchaser |
| 1805 | | Oilfield Services | 511356_Master Service Agreement dated effective 12/01/2013 | WILD WELL CONTROL INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1806 | 01/01/2010 | Acquisition / PSA / Other Purchase or Sale Agreements | Purchase and Sale Agreement by and between Wild Well Control, Inc and Shell Offshore Inc dated 31 Jan 2010 but effective 1 Jan 2010 as Amended 26 Aug 2010 | Wild Well Control, Inc and Shell Offshore Inc dated 31 Jan 2010 but effective 1 Jan 2010 as Amended 26 Aug 2010 | Fieldwood Energy LLC | GC 65 Lease G05889, GC 108 Lease G14668, GC 109 Lease G05900, GC 64 Lease G07005 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1807 | 01/01/2010 | Acquisition / PSA / Other Purchase or Sale Agreements | by and between Fieldwood Energy Offshore LLC and Wild Well Control, Inc.: 51% of the Rocky 12-in pipeline Tangent B255 running approximately 7.3 miles between the GC 65 "A" platform and the GC 109 "A" Platform | Wild Well Control, Inc. | Fieldwood Energy Offshore LLC | GC 19/65 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1808 | 12/02/2016 | Well / Prospect Proposals | Fieldwood Offer to Purchase Wild Well's Interest in the Rocky 12" Pipeline | Wild Well Control, Inc. | Fieldwood Energy Offshore LLC | GC 19/65 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1809 | 01/01/2010 | Joint Operating Agreement | Joint Operating Agreement by and between Wild Well Control, Inc and Dynamic Offshore Resources Inc dated effective 1 Jan 2010 | Wild Well Control, Inc. | Fieldwood Energy Offshore LLC | GC 65 Lease G05889, GC 108 Lease G14668, GC 109 Lease G05900, GC 64 Lease G34036 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1810 | 01/26/2012 | Letter Agreement - JOA | Letter Agreement regarding Green Canyon 65 Unit Joint Operating Agreement Amendment for Bullwinkle Drilling Program, dated January 26, 2012, between Dynamic Offshore Resources, LLC and Wild Well Control, Inc. | Wild Well Control, Inc. | Fieldwood Energy Offshore LLC | GC 65 Lease G05889 | WILD WELL CONTROL INC, DEEPWATER ABANDONMENT ALTERNATIVES INC, MARUBENI OIL & GAS (USA) LLC, WALTER OIL & GAS CORPORATION, ERA HELICOPTERS INC, MANTA RAY OFFSHORE GATHERING, RED WILLOW OFFSHORE LLC, TALOS ENERGY OFFSHORE, LLC, CHEVRON USA INC, W & T ENER | $0.00 | Assume and assign to Credit Bid Purchaser |

| # | Type | Description | Counterparty | Debtor Entity | Lease / Reference | Other Party | Amount | Treatment |
|---|------|-------------|--------------|---------------|-------------------|-------------|--------|-----------|
| 1811 | Oilfield Services | Weather Service | WILKENS WEATHER TECHNOLOGIES INC | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1812 | | Trash Disposal (Cameron Dock) | WILKERSON TRANSPORTATION, INC | | | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1813 | 03/01/2001 | Marketing - Gas Sales | MP 259 no longer flowing by and between WILLIAMS ENERGY SERVICES COMPANY, AND DEVON SFS OPERATING, INC | WILLIAMS ENERGY SERVICES COMPANY, AND DEVON SFS OPERATING, INC | | MP 255/259, VK 662, 693, 694, 698 Lease G07827 | MCMORAN OIL & GAS LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1814 | 08/01/1998 | Marketing - Gas Sales | MP 259 no longer flowing by and between WILLIAMS ENERGY SERVICES COMPANY, AND SNYDER OIL COMPANY | WILLIAMS ENERGY SERVICES COMPANY, AND SNYDER OIL COMPANY | | MP 255/259, VK 662, 693, 694, 698 Lease G07827 | MCMORAN OIL & GAS LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1815 | 06/24/1997 | Marketing - Gas Sales | MP 259 no longer flowing by and between WILLIAMS ENERGY SERVICES COMPANY, AND SNYDER OIL COMPANY AND SOCO OFFSHORE, INC. | WILLIAMS ENERGY SERVICES COMPANY, AND SNYDER OIL COMPANY AND SOCO OFFSHORE, INC. | | MP 255/259, VK 662, 693, 694, 698 Lease G07827 | MCMORAN OIL & GAS LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1816 | 12/10/2013 | Marketing - Gas Export Agreement | Williams Field Services Lateral Agreement | Williams Field Services | | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC; ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1817 | 12/10/2013 | Marketing - Gas Export Agreement | Williams Field Services Lateral Agreement | Williams Field Services | | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC; ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1818 | 12/10/2013 | Marketing - Gas Export Agreement | Williams Field Services Lateral Agreement | Williams Field Services | | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC; ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1819 | 12/10/2013 | Marketing - Transportation | Williams Field Services Gas Gathering Agreement (Canyon Chief) | Williams Field Services | | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC; ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1820 | 12/10/2013 | Marketing - Transportation | Williams Field Services Gas Gathering Agreement (Canyon Chief) | Williams Field Services | | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC; ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1821 | 12/10/2013 | Marketing - Transportation | Williams Field Services Gas Gathering Agreement (Canyon Chief) | Williams Field Services | | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC; ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1822 | | Oilfield Services | S25605_Master_Service_Contract Effective_6-27-2018 | W-INDUSTRIES INC - TEXAS | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1823 | | Oilfield Services | Wireline Rentals; No Longer a Schlumberger Entity | WIRELINE CONTROL SYSTEMS | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1824 | | Non-Oilfield Services | DocVue Software License | WOLFEPAK SOFTWARE, LLC | Fieldwood Energy LLC | n.a. | n.a. | $8,802.70 | Assume and assign to Credit Bid Purchaser |
| 1825 | 8/1/2019 | Non-Oilfield Services | Annual Subscription | WOOD MACKENZIE INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1826 | | Non-Oilfield Services | Subscription Software License | Workshare Technology Inc. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1827 | | Oilfield Services | S53388_Master Service Agreement dated effective 12/01/2013 | WORKSTRINGS INTERNATIONAL, LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1828 | | Oilfield Services | Non-Rotating Casing Protectors | WWT INTERNATIONAL, INC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1829 | | Oilfield Services | S10196_Master Services Agreement dated effective 01/01/2014 | XL SYSTEMS LP | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1830 | 11/01/2010 | Farmout Agreement | Farmout Agmt b/t XTO Offshore, Inc. and Century Exploration New Orleans | XTO Offshore, Inc. and Century Exploration New Orleans | | SS 45 Lease 15663 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1831 | 7/22/2020 | Non-Oilfield Services | Consulting Agreement | YAMMM Software LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1832 | 10/18/2018 | Non-Oilfield Services | Software License Agreement | ZETAWARE INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1833 | | Non-Oilfield Services | System Services / License Agreements | ZETAWARE INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1834 | | Non-Oilfield Services | License and System Services Agreement dated effective 10-18-2018 | ZETAWARE INC. | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1835 | | Other | KD&D insurance, business travel insurance | Zurich | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1836 | 04/01/1992 | Unit Agreement and/or Operating Agreement | Unit Agreement for Outer Continental Shelf Exploration, Development and Production Operations on the South Pass Block 60 Unit (Blocks 6,17, 59, 60, 66 and 67) South Pass Area, Offshore Louisiana Outer Continental Shelf, Contract No. 754394018, as amended | | | SP 61 Lease G01609, SP 66 Lease G01611, SP 67 Lease G01612, SP 6 Lease G03337, SP 17 Lease G02836, SP 59 Lease G02942, SP 59 Lease G02943, SP 59 60 Lease G01608, SP 60 Lease G02137 | ANKOR E&P HOLDINGS CORPORATION | $0.00 | Assume and Allocate (iii) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 1837 | 04/01/1992 | Unit Agreement and/or Operating Agreement | Amendment to Unit Agreement. For Outer Continental Shelf Exploration, Development and Production Operations on the South Pass Block 60 Unit (Blocks 6,17, 59, 60, 66 and 67) South Pass Area, Offshore Louisiana Outer Continental Shelf (Contract No. 754394018) to expand the Unit Agreement to include the NE/4 of the NW/4 of Block 61, DCS-G 1608, South Pass Area. | | | SP 61 Lease G01609, SP 66 Lease G01611, SP 67 Lease G01612, SP 6 Lease G03337, SP 17 Lease G02836, SP 59 Lease G02942, SP 59 Lease G02943, SP 59 60 Lease G01608, SP 60 Lease G02137 | ANKOR E&P HOLDINGS CORPORATION | $0.00 | Assume and Allocate (iii) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) |
| 1838 | 07/01/1983 | Unit Agreement and/or Operating Agreement | ST 295 UOA, as amended | | Fieldwood Energy LLC | ST 276 Lease G07780, ST 295 Lease G05646, ST 296 Lease G12981 | APACHE OFFSHORE INVESTMENT GP | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1839 | 09/01/2010 | Joint Development / Venture / Exploration | top-295 Joint Venture Letter Agreement | top-295 Joint Venture Letter Agreement | | MP 295 Lease G32283 | APACHE SHELF EXPLORATION LLC, ENERGY XXI GOM LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1840 | 12/20/2012 | Farmout Agreement | MP 295 Extension 12-20-12 | | | MP 295 Lease G32283 | APACHE SHELF EXPLORATION LLC, ENERGY XXI GOM LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1841 | 02/01/2013 | Operating Agreement - Other | Primary Term Lands - MOA Recorded 01-2015 Revision | | | MP 295 Lease G32283 | APACHE SHELF EXPLORATION LLC, ENERGY XXI GOM LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1842 | 02/22/2013 | Joint Development / Venture / Exploration | Heron Prospect (MP 295) Letter of Agreement 2-22-13 | | | MP 295 Lease G32283 | APACHE SHELF EXPLORATION LLC, ENERGY XXI GOM LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1843 | 06/01/2014 | Operating Agreement - Other | Heron Prospect MOA amd. No.2 6-1-14 | | | MP 295 Lease G32283 | APACHE SHELF EXPLORATION LLC, ENERGY XXI GOM LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1844 | 01/13/2015 | Operating Agreement - Other | Heron Prospect (MP 295) Letter Agmt 1-13-15 | | | MP 295 Lease G32283 | APACHE SHELF EXPLORATION LLC, ENERGY XXI GOM LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1845 | 07/10/2015 | Termination / Ratification and Joinder of Operating or | MP 295 6-18-2012 Farmout Termination Ltr dtd 7-10-15 | | | MP 295 Lease G32283 | APACHE SHELF EXPLORATION LLC, ENERGY XXI GOM LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1846 | 08/07/1953 | Unit Agreement and/or Operating Agreement | Unit Ht 179 Unit Agreement | | Fieldwood Energy LLC | HI 179 Lease G02238 | ARENA ENERGY LP, Transcontinental Gas Pipeline Co LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1847 | 01/01/1978 | Unit Agreement and/or Operating Agreement | Unit Ht 179 Unit Operating Agreement | | Fieldwood Energy LLC | HI 179 Lease G02238, GA 180 Lease G03228 | ARENA ENERGY LP, Transcontinental Gas Pipeline Co LLC; ARENA ENERGY LP | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1848 | 08/01/1997 | Unit Agreement and/or Operating Agreement | SC 331/332 Unit Operating Agreement | | Fieldwood Energy LLC | SC 331 Lease G09658, SC 332 Lease G09478 | CAIRN ENERGY USA INC, CONTINENTAL LAND & FUR CO INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1849 | 06/01/2009 | Operating Agreement - Other | JOperating Agreement CA 4243 | | | CA 4243 Lease G32207, CA 43 Lease G32268 | CASTEX OFFSHORE INC, PEREGRINE OIL AND GAS LLLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1850 | 01/01/1987 | Joint Operating Agreement | Joint Operating Agreement 1-1-87 | | | GI 63 Lease G03793 | CLK EXPLORATION COMPANY | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1851 | 01/01/1990 | Operating Agreement - Other | Operating Agreement effective January 1, 1990 | | | GI 361 Lease G02324 | COX ENERGY LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1852 | 07/01/1994 | Operating Agreement - Other | Operating Agreement 7/1/1974 | | | HI A582 Lease G02719 | COX OPERATING LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1853 | 08/04/2000 | Farmout Agreement | Farmout Agreement 8/4/2000 | | | HI A582 Lease G02719 | COX OPERATING LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1854 | 04/13/2009 | Letter Agreement - JOA | Letter Agreement Amending Article 12.2 of Joint Operating Agreement | | | MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G38405 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1855 | 05/07/2009 | Letter Agreement - JOA | Letter Agreement Amending Article 12.2 of Joint Operating Agreement | | | MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G38405 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1856 | 04/25/2011 | Letter Agreement - Other | Rescinds AFE | | | MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1857 | 10/25/2012 | Letter Agreement - UOA | One time supersedence of UOperating Agreement provision 11.2 | | | MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1858 | 01/01/2013 | Unit Agreement and/or Operating Agreement | Unit Agreement for Outer Continental Shelf Exploration and Production Operations on the Mississippi Canyon Block 948 Unit, Contract No. 754313005. | | | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1859 | 12/10/2013 | Marketing - Gathering | | | | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 993 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1860 | 12/10/2013 | Marketing - Gathering | | | | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 993 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1861 | 12/10/2013 | Marketing - Gathering | | | | MC 904 Lease G36566, MC 948 Lease G28030, MC 949 Lease G32363, MC 993 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1862 | 02/20/2014 | Letter Agreement - UOA | One time supersedence of UOperating Agreement provision 8.3.1 | | | MC 948 Lease G28030, MC 949 Lease G32363, MC 992 Lease G24133, MC 993 Lease G24134 | ECOPETROL AMERICA LLC, TALOS ENERGY OFFSHORE, LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1863 | 10/01/1987 | Unit Agreement and/or Operating Agreement | HI 623 Unit Operating Agreement | | | HI 623 Lease G03088 | EOG RESOURCES INC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1864 | 07/01/1983 | Unit Agreement and/or Operating Agreement | EI 212 Unit Operating Agreement | | | EI 212 Lease G05503 | EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1865 | 07/01/1984 | Unit Agreement and/or Operating Agreement | Unit MP 303 Lease G04253, MP 304 Lease G03335, MP 310 Lease G04126 | | | MP 303 Lease G04253, MP 304 Lease G03335, MP 310 Lease G04126 | EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1866 | 06/07/1988 | Unit Agreement and/or Operating Agreement | Unit EI 212 Unit Agreement | | Fieldwood Energy LLC | EI 212 Lease G05503 | EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1867 | 03/29/2005 | Confidentiality Agreements, AMI and Related | Area of Mutual Interest - EI 312 N/2 | | | EI 312 Lease G2879 | EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1868 | 10/25/2005 | Operating Agreement - Other | Operating Agreement 10-25-05 | | | EI 312 Lease G22679, EI 311 Lease G27918 | EPL OIL & GAS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1869 | 02/28/2006 | Letter Agreement - Other | SS 204 A365T1 Non-Consent 500% Penalty | | | SS 204 Lease G01520 | EPL OIL & GAS, LLC, KINETICA DEEPWATER EXPRESS, LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1870 | 08/01/1973 | Operating Agreement - Other | Operating Agreement eff. 8-1-73 | | Fieldwood Energy LLC | HI A474 Lease G02366 | FREEPORT MCMORAN OIL & GAS LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1871 | 08/01/1973 | Operating Agreement - Other | Operating Agreement eff. 8-1-73 | | Fieldwood Energy LLC | HI A490 Lease G02372 | FREEPORT MCMORAN OIL & GAS LLC | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |

| # | Date | Type | Description | Debtor | Lease/Property | Counterparty | Treatment | C1 | C2 | C3 | C4 | C5 |
|---|------|------|-------------|--------|----------------|--------------|-----------|----|----|----|----|----|
| 1872 | 10/01/2004 | Operating Agreement - Other | Operating Agreement eff. 10-1-04 | Fieldwood Energy LLC | SS 159 Lease G11984 | HOACTZIN PARTNERS LP | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1873 | 02/11/2009 | Other Handling / Stabilization Agreements | Anchor Producer PHA dated 11 Feb 2009 (FW/NBL not a party; info only) | | MC 697 Lease G28021, MC 698 Lease G28022, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | x | | | |
| 1874 | 09/01/2016 | Letter Agreement - Other Land | | | MC 697 Lease G28021, MC 698 Lease G28022, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1875 | 05/05/2017 | Letter Agreement - Other Land | | | MC 697 Lease G28021, MC 698 Lease G28022, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1876 | 09/11/2017 | Letter Agreement - Other Land | | | MC 697 Lease G28021, MC 698 Lease G28022, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1877 | 04/01/2018 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement No. 754318002 for the Green Canyon Block 40 Unit approved by the BOEM effective April 1, 2018 | | EW 1009 Lease G34878, EW 1010 Lease G34875, EW 1011 Lease G34880, GC 040 Lease G34536, GC 041 Lease G34537, GC 39 A Lease G34996, GC 039 B Lease G34876 | LLP PROSPECT KATMAI LLC, RIDGEWOOD KATMAI LLC | $0.00 Assume and Allocate to Credit Bid Purchaser | | x | | | |
| 1878 | 07/01/1990 | Unit Agreement and/or Unit Operating Agreement | MP 259 Unit Agreement and Unit Operating Agreement | | MP 259 Lease G07827, VK 652/653 Lease G7898 | MCMORAN OIL & GAS LLC | $0.00 Assume and Allocate to Credit Bid Purchaser | x | | | | |
| 1879 | 07/24/2006 | Operating Agreement - Other | Operating Agreement eff. 7-24-06 | Fieldwood Energy LLC | PL 9 Lease GG2624 | MCMORAN OIL & GAS LLC, RIDGEWOOD ENERGY CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1880 | 01/17/1963 | Marketing - Construction, Operations, Management, Ownership Agreements | Conveyance and Operating Agreement Grand Chenier Separation Facilities Cameron Parish, Louisiana | | WC 65 GG2825, WC 86 GG2826, WC 72 G23735, EC 2 SL16473 16473 | n.a. | $0.00 Assume and allocate pursuant Allocate Pursuant to Divisive mergers Divisive Mergers | x | | | | |
| 1881 | 03/24/1972 | Unit Agreement and/or Unit Operating Agreement | SP 65 G G-1 Unit Res B Unit Agreement-89101232? | | SP 65 Lease G01610, MP 152 Lease G01966, MP 153 Lease G01967 | RENAISSANCE OFFSHORE, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1882 | 03/18/1972 | Unit Agreement and/or Unit Operating Agreement | SP 65 G G-1 Unit A Unit Agreement-89101232 | | SP 65 Lease G01610, MP 152 Lease G01966, MP 153 Lease G01967, SP 64 Lease G01901 | RENAISSANCE OFFSHORE, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1883 | 03/18/1972 | Unit Agreement and/or Unit Operating Agreement | SP 65 G2-G3 Unit Agreement-89101233 | | SP 65 Lease G01610, MP 152 Lease G01966, MP 153 Lease G01967, SP 64 Lease G01901 | RENAISSANCE OFFSHORE, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1884 | 10/01/1997 | Unit Agreement and/or Unit Operating Agreement | SP 65 G G-1 Unit Res A Lease G01610 | | SP 65 G G-1 Unit Res A Lease G01610 | RENAISSANCE OFFSHORE, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1885 | 10/01/1997 | Unit Agreement and/or Unit Operating Agreement | SP 65 G G-1 Unit Res B UOperating Agreement | | SP 65 G G-1 Unit Res B Lease G01610 | RENAISSANCE OFFSHORE, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1886 | 10/01/1997 | Unit Agreement and/or Unit Operating Agreement | SP 65 G2-G3 UOperating Agreement | | SP 65 G2-G3 Lease G01610 | RENAISSANCE OFFSHORE, LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1887 | 04/01/2008 | Marketing - PHA | Ratification of SM 44 "C"- SM 42"JA" PHA for SM 40 C-2/C20 Well | | SM 40 Lease G13607, SM 44 Lease G23840 | SANARE ENERGY PARTNERS, LLC | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | | x | | | |
| 1888 | 10/01/1981 | Marketing - Construction, Operations, Management, Ownership Agreements | Provides for the construction management of the Facility by and between Fieldwood Energy LLC and N/A and N/A | | SP 87 Lease G07799, SP 88 Lease G01618, WD 105 Lease 842, WD 86 Lease G02934, WD 104 Lease 841, WD 105 Lease 842, WD 121 Lease G19843, WD 122 Lease G19845, WD 128 Lease G10683, SP 87 Lease G07799, SP 88 Lease G10884 | TALOS ERT LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1889 | 09/26/1982 | Marketing - Construction, Operations, Management, Ownership Agreements | Provides for the use of the Venice Dehydration Station by the Venice Dehydration Station Owners by and between Fieldwood Energy LLC and and | | SP 88 Lease G01618, WD 86 Lease G02934, WD 128 Lease G10883, WD 104 Lease 841 | TALOS ERT LLC, THE LOUISIANA LAND & EXPL CO LLC, SANARE ENERGY PARTNERS, LLC, Texas Eastern Transmission / Spectra Energy | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1890 | 08/03/1964 | Unit Agreement and/or Unit Operating Agreement | Operating Agreement eff. 8-3-64 | GOM Shelf LLC | SM 108 Lease 792 | TALOS PRODUCTION LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1891 | 05/01/2000 | Operating Agreement - Other | Operating Agreement eff. 5/1/00 | Fieldwood Energy LLC | SM 93 Lease G21618 | TALOS PRODUCTION LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1892 | 03/28/2014 | Well / Prospect Proposals | Proposal Amendment and Various requests for extension from Stone and election by Fieldwood | | MC 108 Lease G00777 | TALOS PRODUCTION LLC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1893 | 10/01/1987 | Operating Agreement - Other | SP 61, 70 Joint Operating Agreement eff. 10-1-87 | | SP 70 Lease G01614 | TAMPNET INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1894 | 03/01/2009 | Operating Agreement - Other | Operating Agreement | | SS 25 Lease 19718, BS 25 Lease G31442 | TANA EXPLORATION COMPANY LLC | $0.00 Assume and Allocate to Credit Bid Purchaser | x | | | | |
| 1895 | 08/14/2003 | Unit Agreement and/or Unit Operating Agreement | EI 8A Voluntary Unit Agreement | | EI 45 Lease 15683, BS S253 Lease 17675 | UPSTREAM EXPLORATION LLC | $0.00 Assume and Allocate to Credit Bid Purchaser | | | | x | |
| 1896 | 11/01/1978 | Operating Agreement - Other | Operating Agreement eff. 11/1/78 | Fieldwood Energy LLC | HI 129 Lease G01848 | W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, HELIS OIL & GAS CO, CALYPSO EXPLORATION LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1897 | 09/15/2003 | Operating Agreement - Other | 9/15/2003 operating agreement | | HI 129 Lease G01848 | W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, HELIS OIL & GAS CO, CALYPSO EXPLORATION LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1898 | 02/05/2004 | Other Handling / Stabilization Agreements | 2/5/2004 production handling agreement (which was amended and ratified by the 8/25/2016 PHA) | | HI 129 Lease G01848 | W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, HELIS OIL & GAS CO, CALYPSO EXPLORATION LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1899 | 01/06/2005 | Termination / Ratification and Joinder of Operating and Other Agreements | 1/6/2005 ratification of 9/15/2003 operating agreement | | HI 129 Lease G01848 | W & T OFFSHORE INC, HELIS OIL & GAS COMPANY LLC, HELIS OIL & GAS CO, CALYPSO EXPLORATION LLC, CHEYENNE PETROLEUM COMPANY, MAGNUM HUNTER PRODUCTION INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1900 | 08/01/1973 | Operating Agreement - Other | Operating Agreement eff. 8/1/73 | Fieldwood Energy LLC | HI 110 W/2 Lease G02253 | W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1901 | 08/01/1973 | Operating Agreement - Other | Operating Agreement eff. 8/1/73 | | HI 111 E/2 Lease G02254 | W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1902 | 06/01/2001 | Operating Agreement - Other | Offshore Operating Agreement 6/1/2001 | | ST 315 Lease G23946, ST 316 Lease G22762 | W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1903 | 03/01/2014 | Operating Agreement - Other | ST 320 Contract Operating Agreement dtd 3-1-14 | | ST 320 Lease G24990 | W&T OFFSHORE INC, WALTER OIL & GAS CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1904 | 09/01/1981 | Joint Operating Agreement | Offshore Operating Agreement 9/1/1981 | | WC 290 Lease G04818 | WALTER OIL & GAS CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | | | x |
| 1905 | 01/01/1985 | Operating Agreement - Other | Operating Agreement eff. 1/1/85 | | MP 300 Lease G01317 | WALTER OIL & GAS CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1906 | 07/02/1986 | Farmout Agreement | Farmout Agreement 7/2/1986 | | WC 290 Lease G04818 | WALTER OIL & GAS CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | | | | | x |
| 1907 | 06/28/2006 | Operating Agreement - Other | JOperating Agreement eff. 6-28-86 | Fieldwood Energy LLC | MP 301 Lease G04486 | WALTER OIL & GAS CORPORATION | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1908 | 10/16/2013 | Other Misc. | ST 311 A Platform Construction Contract Gulf Island LLC and Walter Oil and Gas dtd 10-16-13 | | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1909 | 04/01/2015 | Dedication Agreement | ST 311 Gas Dedication and Gathering Agreement eff 04012015 | | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1910 | 04/01/2015 | Other Handling / Stabilization Agreements | ST 311 Liquids Dedication, Handling, Stabilization and Redeliv Agreement eff 04012015 | | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1911 | 04/01/2015 | Other Transportation Agreements | ST 311 Liquids Transportation Agreement eff 04012015 | | ST 311 Lease G31418 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1912 | 09/15/2017 | Other Misc. | ST 311 320 UCC_Mortgage and Conveyance | | ST 311 Lease G31418, ST 320 Lease G24990 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1913 | 09/15/2017 | Property Participation & Exchange Agreements | ST 311-320 JOA Participation Agreement dtd 9-15-17 | | ST 311 Lease G31418, ST 320 Lease G24990 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1914 | 11/05/2019 | Transfer Agreement & Notices | | | ST 311 Lease G31418, ST 320 Lease G24990 | WALTER OIL & GAS CORPORATION, W&T OFFSHORE INC | $0.00 Assume and Allocate Pursuant to Divisive Mergers | x | | | | |
| 1915 | 06/30/2003 | Unit Agreement and/or Unit Operating Agreement | TEX W R/A SUA Unit Agreement | | BS 45 Lease 15683 | | $0.00 Assume and Allocate to Credit Bid Purchaser | | | | x | |
| 1916 | 05/11/2011 | Pipeline Use / Tie-in / Modification Agreements | Pipeline Tie-In and Use Agreement | | MP 112 Lease G09707 | | $0.00 Assume and Allocate to Credit Bid Purchaser | | | | | x |
| 1917 | 11/01/2013 | Master Service Agreement | Platform Audits / BSEE Drawings | | Area wide | | $0.00 Assume and Allocate to Credit Bid Purchaser | | | | x | |
| 1918 | 06/24/2019 | Master Service Agreement | – IT and Consulting Support for the HWCG - Fieldwood Portal for Various Exercises | Fieldwood Energy LLC | Area wide | | $0.00 Assume and Allocate to Credit Bid Purchaser | | x | | | |
| 1919 | 08/06/2019 | Right of Use Agreement | USACE RUE DACW29-2-17-73 SP60 | | Area wide | | $0.00 Assume and Allocate to Credit Bid Purchaser | | x | | | |
| 1920 | 10/02/2019 | Other Services Agreement | IT and Consulting Support for the HWCG - Fieldwood Portal for Various Exercises | | Area wide | | $0.00 Assume and Allocate to Credit Bid Purchaser | | x | | | |
| 1921 | 10/30/2019 | Master Service Agreement | Industry Standards, Analytics, and Research / Subscription Service | | Area wide | | $0.00 Assume and Allocate to Credit Bid Purchaser | | x | | | |
| 1922 | 11/19/2018 | Master Service Agreement | Industry Standards, Analytics, and Research / Subscription Service | | Area wide | | $0.00 Assume and Allocate to Credit Bid Purchaser | | x | | | |
| 1923 | 05/11/2004 (Amends and Supersedes the Construction and Operations Agreement dated June 1, 1972) | Marketing - Construction, Operations, Management, Ownership Agreements | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condensate from Sea Robin Pl by and between Fieldwood Energy LLC and and | Fieldwood Energy LLC | EC 118 Lease G34229, EC 261 Lease G00671, EC 278 Lease G00679, EC 338 Lease G02063, EC 332 Lease G09478, EI 337 Lease G03332, EI 307 Lease G02110, EI 315 Lease G24912, EI 361 Lease G02324, EI 318 Lease G04006, EI 330 Lease G02115, EI 333 Lease G00771, EI 322 Lease G02317, EI 337 Lease G02024, EI 361 Lease G02324, SM 39 Lease G16320, SM 40 Lease G13607, SM 142 Lease G01216, SM 128 Lease G02587 | | $0.00 Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | x | x | | x | x |
| 1924 | 11/19/2018 | Master Service Agreement | Regulatory | | Area wide | | $0.00 Assume and Allocate to Credit Bid Purchaser | | x | | | |

| # | Category | Type | Description | Counterparties | Fieldwood Entity | Lease/Property | Counterparty Address | Cure Amount | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| 1925 | Marketing - Transportation | Ratification and Joinder of the Gas Lateral Transportation Agreement effective June 12, 2018 by and between Murphy Exploration & Production Company-USA, Eni Petroleum USA LLC and Marubeni Oil and Gas (USA) LLC, in their capacities as "Pipeline Owners", Murphy, in its capacity as operator of the Transportation System; Fieldwood Energy LLC in its capacity as a producer in the Big Bend Leases and the Dantzler Leases; and Fieldwood, in its capacity as operator of the Big Bend Leases and the Dantzler Leases | Murphy Exploration & Production Company-USA, Eni Petroleum USA LLC and Marubeni Oil and Gas (USA) LLC, in their capacities as "Pipeline Owners", Murphy, in its capacity as operator of the Transportation System | Fieldwood Energy LLC | MC 697 Lease G28021, MC 698 Lease G28022, MC 742 Lease G32343, MC 782 Lease G33757 | HOUSTON ENERGY DEEPWATER VENTURES V, LLC; RIDGEWOOD DANTZLER LLC, TALOS EXPLORATION LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1926 | Marketing - Transportation | Ratification and Joinder of the Gas Lateral Transportation Agreement effective June 12, 2018 by and between Murphy Exploration & Production Company-USA, Eni Petroleum USA LLC and Marubeni Oil and Gas (USA) LLC, in their capacities as "Pipeline Owners", Murphy, in its capacity as operator of the Transportation System; Fieldwood Energy LLC in its capacity as a producer in the Big Bend Leases and the Dantzler Leases; and Fieldwood, in its capacity as operator of the Big Bend Leases and the Dantzler Leases | Murphy Exploration & Production Company-USA, Eni Petroleum USA LLC and Marubeni Oil and Gas (USA) LLC, in their capacities as "Pipeline Owners", Murphy, in its capacity as operator of the Transportation System | Fieldwood Energy LLC | MC 697 Lease G28021, MC 698 Lease G28022, MC 742 Lease G32343, MC 782 Lease G33757 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI EXPLORATION LLC, W & T ENERGY VI LLC | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1927 | Marketing - PHA | Joinder Agreement effective July 31, 2018 by and between SBM Gulf Production, LLC, Murphy Exploration & Production Company - USA, Marubeni Oil & Gas (USA) LLC and Eni Petroleum US LLC | SBM Gulf Production, LLC, Murphy Exploration & Production Company - USA, Marubeni Oil & Gas (USA) LLC and Eni Petroleum US LLC | Fieldwood Energy LLC | MC 697 Lease G28021, MC 698 Lease G28022, MC 742 Lease G32343 | HOUSTON ENERGY DEEPWATER VENTURES V, RED WILLOW OFFSHORE LLC, W & T ENERGY VI LLC | $640,068.26 | Assume and assign to Credit Bid Purchaser |
| 1928 | Settlement / Release / Relinquishment Agreements | Settlement Agreement and Release made and entered into 2/14/2018 by and between Fieldwood Energy LLC, Fieldwood Energy SP LLC, Fieldwood Energy Offshore LLC, and Northstar Offshore Group, LLC by and through The Litigation Trust | Fieldwood Energy LLC, Fieldwood Energy Offshore LLC, Fieldwood Energy SP LLC, Fieldwood Energy SP LLC | PL 8 Lease G03587, PL 13 Lease G03171, SM 39 Lease G16320, SM 142 Lease G01216, SM 143 Lease G01217, VR 196 Lease G19760, VR 207 Lease G19761 | ANKOR ENERGY LLC, ANKOR ENERGY LLC, ENVEN ENERGY VENTURES, LLC, HALIBURTON ENERGY SERV INC, ARENA ENERGY LP, ARENA OFFSHORE | $0.00 | Assume and Allocate to Divisive Mergers |
| 1929 | HWCG SUB LLC Organizational Docs | Second Amended and Restated Limited Liability Company Agreement of HWCG Holdings LLC dated effective as of April 1, 2021 | Relates to membership unit in HWCG LLC | Fieldwood Energy LLC | n.a. | n.a. | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1930 | Unrecorded Easement | Unrecorded Easement Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana | Tennessee Gas Pipeline Company | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1931 | Unrecorded Easement | Unrecorded Easement Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana | Harvest Pipeline Company | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1932 | Surface Lease | Surface Lease Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 308484) | Zora Lee Crain Byrd et al | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1933 | Surface Lease | Surface Lease Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 308481) | James Donald Richard et al | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1934 | Surface Lease | Surface Lease Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 308483) | Richard Theriot etal | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1935 | Surface Lease | Surface Lease Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 308483) | Barbara Jean Richard Lemaire | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1936 | Surface Lease | Surface Lease Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 299965) | Melba Lou Vincent Trahan et al | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1937 | ROW | ROW Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 108363) | Delvain Broussard | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1938 | ROW | ROW Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 108601) | Cameron Parish School Board | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1939 | ROW | ROW Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 108068) | Mermentau Mineral & Land Company | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1940 | ROW | ROW Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 108672) | Miami Corporation | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1941 | ROW Amend | ROW Amend Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 301016) | Miami Corporation | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1942 | ROW | ROW Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 109150) | Sweet Lake Land and Oil Company | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1943 | ROW | ROW Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 108385) | Donaville Skelton | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1944 | ROW | ROW Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 108386) | Emare Theriot | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1945 | ROW | ROW Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 108364) | Eume Theriot | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1946 | ROW | ROW Grand Cheiner Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 108786) | State of Louisiana ROW No. 701 | Fieldwood Energy LLC | n.a. | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1947 | Marketing - Gas Buy Back | Gas Buy Back Master Interconnect, Construction and Operating Agreement by and between Dynamic Offshore Resources, LLC and Apache Deepwater LLC | Apache Deepwater LLC | Fieldwood Energy LLC | GC 85 Lease G20988 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1948 | Marketing - Gas Sales | Base Contract for Sale and Purchase of Natural Gas, Construction and Operating Agreement by and between Dynamic Offshore Resources, LLC and Anadarko US Offshore LLC | Anadarko US Offshore LLC | Fieldwood Energy LLC | MP 289-C | ANADARKO US OFFSHORE LLC | $0.00 | Assume and Allocate to Divisive Mergers |
| 1949 | Lease Agreement – Other, Land | Letter Agreement Re: Trondheim (GC 766) and MP 289C, dated June 4, 2021 by and between Anadarko and Fieldwood Energy LLC | Anadarko US Offshore LLC | Fieldwood Energy LLC | GC 766 Lease G21817, MP 289-C | | $0.00 | Assume and (i) assign to Credit Bid Purchaser (pursuant to the Plan and the Credit Bid Purchase Agreement) on account of the Acquired Interests and/or (ii) allocate pursuant to the Divisive Mergers on account if the Excluded Assets (as defined in this Credit Bid Purchase Agreement) |
| 1950 | Marketing - PHA | PHA BT 306 Katrina by and between Fieldwood and Fieldwood | Fieldwood and Fieldwood | Fieldwood Energy LLC | BT 306 Lease G21686 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1951 | Oil Liquids Transportation | Liquids Transportation Agreement Patterson Terminal Contract #110580 | Fieldwood Energy LLC and Kinetica | Fieldwood Energy LLC | EI 63 Lease G00425 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1952 | 11/1/2012 Amendment effective 8/1/2014 | Oil Liquids Transportation | Liquids Transportation Agreement Patterson Terminal Contract #110562 Amendment No. 1 | Fieldwood Energy LLC and Kinetica | Fieldwood Energy LLC | EI 63 Lease G00425 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1953 | 12/01/2012 | Oil Liquids Transportation | Associated Liquids Transport Agreement No. 117842 Amendment | Fieldwood Energy LLC and Kinetica | Fieldwood Energy LLC | EI 63 Lease G00425 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1954 | Amendment effective 3/1/2011 | Oil Liquids Transportation | Liquids Transport Agreement No. 94134 for Patterson terminal | Fieldwood Energy LLC and Kinetica | Fieldwood Energy LLC | EI 63 Lease G00425 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1955 | Amendment effective 3/1/2011 | Oil Liquids Transportation | Liquids Transport Agreement No. 94076 for Patterson Terminal | Fieldwood Energy LLC and Kinetica | Fieldwood Energy LLC | EI 63 Lease G00425 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1956 | Amendment effective 3/1/2011 | Oil Liquids Transportation | Liquids Transport Agreement No. 114708 for Patterson Terminal | Fieldwood Energy LLC and Kinetica | Fieldwood Energy LLC | EI 63 Lease G00425 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1957 | 11/2/2010 amended, effective 12/1/2014 | Oil Liquids Transportation | Associated Liquids Transportation Agreement Patterson Terminal - LG Contract No. 117180 | Fieldwood Energy LLC and Kinetica | Fieldwood Energy LLC | EI 63 Lease G00425 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1958 | 12/12/1988 | LOFS EW 826 | Lease of Offshore Platform Space by and between Sojitz Petroleum Company, Mobil Oil Exploration & Producing Southeast Inc. and Ken-McGee Corporation Louisiana Inc. and Trunkline Gas Company as Lessees covering Lease EW 826 | Fieldwood Energy LLC | EW 826 G06900 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1959 | 04/01/2016 | Marketing - Transportation | FET Transport I - EN7220 (10500) | Nautilus Pipeline Company, L.L.C. | Fieldwood Energy Offshore LLC | GC 160 Lease G05889, GC 108 Lease G14968, GC 109 Lease G05890, GC 200 Lease G11222 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1960 | 04/01/2016 | Marketing - Transportation | Nautilus Liquids Transportation Agreement (10502) | Nautilus Pipeline Company, L.L.C. | Fieldwood Energy Offshore LLC | GC 160 Lease G05889, GC 108 Lease G14968, GC 109 Lease G05890, GC 200 Lease G11222 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1961 | 04/01/2016 | Marketing - Transportation | First Amendment to Liquids Transportation Agreement | Nautilus Pipeline Company, L.L.C. | Fieldwood Energy Offshore LLC | GC 160 Lease G05889, GC 108 Lease G14968, GC 109 Lease G05890, GC 200 Lease G11222, GC 244 Lease G11220 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1962 | 01/01/2015 | Marketing - Transportation | Second Amendment to Liquids Transportation Agreement | Nautilus Pipeline Company, L.L.C. | Fieldwood Energy Offshore LLC | GC 160 Lease G05889, GC 108 Lease G14968, GC 109 Lease G05890, GC 200 Lease G11222, GC 244 Lease G11220 | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1963 | 02/01/2001 | GAS PURCHASE CONTRACT KINETICA | Gas purchase contract – between Fieldwood Offshore LLC and Texas Midstream Services | Texas Midstream Services | Fieldwood Energy Offshore LLC | Hayes Lumber - State Lease | | $0.00 | Assume and assign to Credit Bid Purchaser |
| 1964 | 12/01/2013 | Marketing Gas - Transport | IG Transport Contract, Kinetica Midstream | Kinetica Midstream Energy LLC | Fieldwood Energy LLC | SS 300 Lease G07793, SS 80 Lease G16277 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1965 | 01/03/2014 | Marketing - Crude Sales | Base Agreement for Crude Oil - EXXONMOBIL OIL CORPORATION | EXXONMOBIL OIL CORPORATION | Fieldwood Energy LLC | ST 308 Lease G13951 | | $0.00 | Assume and Allocate Pursuant to Divisive Mergers |
| 1966 | 12/01/2012 | Marketing - Construction, Operations, Management, Ownership Agreements | MOS-15-LLOG-0987 - Owners constructed and own the Lateral Line, which is used to connect Gas supplies in the High Island Area to a trunk/transportation owned by High Island Offshore System. This Agreement sets forth each Owner's rights and responsibilities with respect to and between Fieldwood Energy Offshore LLC and Enterprise GTM Offshore Operating Company, LLC | Enterprise GTM Offshore Operating Company, LLC | Fieldwood Energy Offshore LLC | EB 160 Lease G05842 | | $154,327.67 | Assume and assign to Credit Bid Purchaser |
| 1967 | 12/01/2012 | Marketing - Construction, Operations, Management, Ownership Agreements | MOS-13-LLOG-0987 - Owners constructed and own the Lateral Line, which is used to connect Gas supplies in the High Island Area to a trunk/transportation owned by High Island Offshore System. This Agreement sets forth each Owner's rights and responsibilities with respect to and between Fieldwood Energy Offshore LLC and Enterprise GTM Offshore Operating Company, LLC | Enterprise GTM Offshore Operating Company, LLC | Fieldwood Energy Offshore LLC | HIA-369B | | $76,803.20 | Assume and Allocate Pursuant to Divisive Mergers |
| 1968 | 12/01/2012 | Marketing - Construction, Operations, Management, Ownership Agreements | MOS-13-LLOG-0987 - Owners constructed and own the Lateral Line, which is used to connect Gas supplies in the High Island Area to a trunk/transportation owned by High Island Offshore System. This Agreement sets forth each Owner's rights and responsibilities with respect to and between Fieldwood Energy Offshore LLC and Enterprise GTM Offshore Operating Company, LLC | Enterprise GTM Offshore Operating Company, LLC | Fieldwood Energy Offshore LLC | HIA-376 | | $52,317.26 | Assume and Allocate Pursuant to Divisive Mergers |
| 1969 | 12/01/2012 | Marketing - Construction, Operations, Management, Ownership Agreements | MOS-13-LLOG-0987 - Owners constructed and own the Lateral Line, which is used to connect Gas supplies in the High Island Area to a trunk/transportation owned by High Island Offshore System. This Agreement sets forth each Owner's rights and responsibilities with respect to and between Fieldwood Energy Offshore LLC and Enterprise GTM Offshore Operating Company, LLC | Enterprise GTM Offshore Operating Company, LLC | Fieldwood Energy Offshore LLC | HIA-376B | | $10,603.45 | Assume and Allocate Pursuant to Divisive Mergers |

| | Date | Marketing Category | Description | Counterparty | Debtor | Lease | Treatment | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1970 | 04/16/2013 | Marketing – Construction, Operations, Maintenance, Ownership Agreements | HI25-12-14-CA-0001 – Owners constructed and own Ex Lateral Line, which is used to connect Gas supplies to the High Island Area to a trunk southwestern owned by High Island Offshore System. This Agreement sets forth Operator and Owners rights and responsibilities with respect to and between Fieldwood Energy Offshore LLC and and | Fieldwood Energy LLC, Enterprise GTM Offshore Operating Company LLC | Fieldwood Energy LLC | HI6.573 | $52,741.32 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1971 | 04/01/2006 | Marketing – Construction, Operations, Maintenance, Ownership Agreements | HI33-08-MO-0104--Owners constructed and own Meter Station to measure certain gas deliveries to the HI-573B Platform. This Agreement sets forth Operator and Owners rights and responsibilities with respect to and between Fieldwood Energy Offshore LLC and and | Fieldwood Energy LLC, Enterprise GTM Offshore Operating Company LLC | Fieldwood Energy LLC | HI-573B | $45,414.50 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1972 | 12/01/2005 | Marketing – Construction, Operations, Maintenance, Ownership Agreements | HI35-05-MO-0114 – Owners constructed and own Meter Station to measure certain gas deliveries to the HI-341 Platform. This Agreement sets forth Operator and Owners rights and responsibilities with respect to and between Fieldwood Energy Offshore LLC and and | Fieldwood Energy LLC, Enterprise GTM Offshore Operating Company LLC | Fieldwood Energy LLC | HI-341 | $42,551.80 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1973 | 07/01/2011 | Marketing – Gas Processing | GAS PROCESSING AGREEMENT – 50% / 9% | ONLINK Midstream | Fieldwood Energy LLC | SS 300 Lease G07760, SS 80 Lease G15277 | $0.00 | Assume and assign to Credit Bid Purchaser | | | |
| 1974 | 01/01/2012 | Marketing – Gas Processing | FIRST AMENDMENT – GAS PROCESSING AGREEMENT – 92% / 8% | ONLINK Midstream | Fieldwood Energy LLC | SS 300 Lease G07760, SS 80 Lease G15277 | $0.00 | Assume and assign to Credit Bid Purchaser | | | |
| 1975 | 07/01/2011 | Marketing – Gas Processing | GAS PROCESSING AGREEMENT – 92% / 8% | ONLINK Midstream | Fieldwood Energy LLC | SS 300 Lease G07760, SS 80 Lease G15277 | $0.00 | Assume and assign to Credit Bid Purchaser | | | |
| 1976 | 01/16/2012 | Marketing – Gas Processing | FIRST AMENDMENT – GAS PROCESSING AGREEMENT – 92% / 8% | ONLINK Midstream | Fieldwood Energy LLC | SS 300 Lease G07760, SS 80 Lease G15277 | $0.00 | Assume and assign to Credit Bid Purchaser | | | |
| 1977 | 01/01/2012 | Marketing – Gas Processing | Sendridge Energy / Bandon – GAS PROCESSING AGREEMENT – 92% | ONLINK Midstream | Fieldwood Energy LLC | SS 300 Lease G07760, SS 80 Lease G15277 | $0.00 | Assume and assign to Credit Bid Purchaser | | | |
| 1978 | 07/01/2011 | Marketing – Gas Processing | Sendridge Energy / Dynamic – GAS PROCESSING AGREEMENT – 8% | ONLINK Midstream | Fieldwood Energy LLC | SS 300 Lease G07760, SS 80 Lease G15277 | $0.00 | Assume and assign to Credit Bid Purchaser | | | |
| 1979 | 01/16/2012 | Marketing – Gas Processing | Sendridge Energy / Dynamic – FIRST AMENDMENT – GAS PROCESSING AGREEMENT – 92% / 8% | ONLINK Midstream | Fieldwood Energy LLC | SS 300 Lease G07760, SS 80 Lease G15277 | $0.00 | Assume and assign to Credit Bid Purchaser | | | |
| 1980 | 01/01/2012 | Marketing – Gas Processing | Sendridge Energy / Dynamic – FIRST AMENDMENT – GAS PROCESSING AGREEMENT – 92% / 8% | ONLINK Midstream | Fieldwood Energy LLC | SS 300 Lease G07760, SS 80 Lease G15277 | $0.00 | Assume and assign to Credit Bid Purchaser | | | |
| 1981 | 08/26/1998 | Marketing – Connection Agreement | Meter 82634 – Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company LLC | Fieldwood Energy LLC | EI 33C | $0.00 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1982 | Undated | Marketing – Connection Agreement | Meter 80416--Pipeline Interconnect Agreement | SEA Robin Pipeline Company LLC | Fieldwood Energy LLC | SM 268 | $0.00 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1983 | 04/02/2015 | Marketing – Connection Agreement | Meter 80381 – Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company LLC | Fieldwood Energy LLC | SS 274 | $510,411.80 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1984 | 09/10/2014 | Marketing – Connection Agreement | Meter 82507 – Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company LLC | Fieldwood Energy LLC | ST 206 | $0.00 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1985 | 09/26/2003 | Marketing – Connection Agreement | Water Saturated Gas Agreement | SEA Robin Pipeline Company LLC | Fieldwood Energy LLC | EW 830 | $0.00 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1986 | 12/01/2006 | Marketing – Connection Agreement | Meter 84092 – Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company LLC | Fieldwood Energy LLC | WD 105 | $517,584.00 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1987 | 12/30/1998 | Marketing – Connection Agreement | Measurement Service Agreement for Measurement Facilities at SM 205 | SEA Robin Pipeline Company LLC | Fieldwood Energy LLC | SM 35 | $14,189.73 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1988 | 02/01/2006 | Marketing – Connection Agreement | Meter 84104 – Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company LLC | Fieldwood Energy LLC | EI 330A | $0.00 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1989 | 11/01/2006 | Marketing – Connection Agreement | K11032 - Dehydration Agreement | West Cameron Dehydration Company, LLC | Fieldwood Energy LLC | VR 371 | $53,806.50 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1990 | 12/01/2013 | Marketing – Transportation | Florida Gas Transmission – NP – Pooling agreement K 110048 | Fieldwood Energy LLC and Florida Gas Transmission Company LLC | Fieldwood Energy LLC | n.a. | $0.00 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1991 | 12/01/2013 | Marketing – Transportation | Florida Gas Transmission – ITS-WD (western division) agreement K 110048 | Fieldwood Energy LLC and Florida Gas Transmission Company LLC | Fieldwood Energy LLC | n.a. | $0.00 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1992 | 12/01/2013 | Marketing – Transportation | Florida Gas Transmission – ITS-Market Area – agreement K 110048 | Fieldwood Energy LLC and Florida Gas Transmission Company LLC | Fieldwood Energy LLC | n.a. | $0.00 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1993 | 12/01/2013 | Marketing – Transportation | Trunkline Gas company LLC - IT-29561 - interruptible Agreement | Fieldwood Energy LLC and Trunkline Gas Company, LLC | Fieldwood Energy LLC | n.a. | $0.00 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1994 | 12/01/2013 | Marketing – Transportation | Trunkline Gas company LLC - IT-29562 - interruptible Pooling Agreement | Fieldwood Energy LLC and Trunkline Gas Company, LLC | Fieldwood Energy LLC | n.a. | $0.00 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1995 | 12/01/2013 | Marketing – Transportation | Trunkline Gas company LLC - IT-29557 - interruptible Pooling Agreement | Fieldwood Energy LLC and Trunkline Gas Company, LLC | Fieldwood Energy LLC | n.a. | $590,773.96 | Assume and Allocate Pursuant to Divestiture Mergers | | | |
| 1996 | 11/11/2016 | Marketing – Transportation | IT Retrograde contract/Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company (IT-NRCM) S-2019 | IT Retrograde contract/Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company | Fieldwood Energy LLC | SS 274 Lease G01559, SM 268 Lease G02310, EW 826 Lease G00800, ST 206, Lease G05012, ST 206 Lease G05613, EI 53 Lease A75, ST 195 Lease G03500, SS 189 Lease G04232, EI 178 Lease G11564, ST 206 Lease G05046 | $0.00 | Assume and (i) assign to the Plan and the Credit Bid Purchaser Agreement on account of the Acquired Interests and/or (ii) allocate pursuant to the Divesture Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | | | |
| 1997 | 12/01/2013 | Marketing – Transportation | Master ITS Flash contract 2666 - Searobin West - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Master ITS Flash contract 2666 - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC | n.a. | $0.00 | Assume and (i) assign to Credit Bid Purchaser pursuant to the Plan and the Credit Bid Purchase Agreement on account of the Acquired Interests and/or (ii) allocate pursuant to the Divesture Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | | | |
| 1998 | 12/01/2013 | Marketing – Transportation | Master POOL - Pooling contract 2667 - Searobin West pooling agreement - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Master ITS Flash contract 2667 - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC | n.a. | $0.00 | Assume and (i) assign to Credit Bid Purchaser pursuant to the Plan and the Credit Bid Purchase Agreement on account of the Acquired Interests and/or (ii) allocate pursuant to the Divesture Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | | | |
| 1999 | 12/01/2013 | Marketing – Transportation | Oil Liquids Transportation Agreement LTA Contract No. 102160 | Liquids Transportation Service by and between Fieldwood Energy Offshore LLC and Shoreco Pipeline Company LLC, and Shoreco Pipeline Company LLC | Fieldwood EnergyOffshore LLC | n.a. | $24.02 | Assume and assign to Credit Bid Purchaser | | | |
| 2000 | 01/01/2013 | Marketing – Transportation | Oil Liquids Transportation Agreement LTA Contract No. 115575 | Liquids Transportation Service by and between Fieldwood Energy LLC and Shoreco Pipeline Company LLC, and Shoreco Pipeline Company LLC | Fieldwood Energy LLC | WC 132 | $0.00 | Assume and assign to Credit Bid Purchaser | | | |
| 2001 | 02/01/1995 | Marketing – Transportation | Oil Liquids Transportation Agreement LTA Contract No. 102710 | Fieldwood Energy LLC and Shoreco Pipeline Company LLC | Fieldwood Energy LLC | Shoreco Vermillion block – VR 371 | $0.00 | Assume and assign to Credit Bid Purchaser | | | |
| 2002 | 07/30/2006 | Marketing – Transportation | IT Transport Agreement – Shoreco Reserve Dedication and Commodity Transport Rate Agreement K 110620 | Fieldwood Energy LLC and Shoreco Pipeline Company LLC | Fieldwood Energy LLC | WC 485 and WC 507 | $0.00 | Assume and assign to Credit Bid Purchaser | | | |
| 2003 | 12/01/2016 | Marketing – Transportation | Shoreco Pipeline Company LLC - IT Transport – 600017 - HI 330 – Discount & SS | Fieldwood Energy LLC and Shoreco Pipeline Company LLC | Fieldwood Energy LLC | HI 330 interconnect ( would include all HIOS receipt points) | $0.00 | Assume and (i) assign to Credit Bid Purchaser pursuant to the Plan and the Credit Bid Purchase Agreement on account of the Acquired Interests and/or (ii) allocate pursuant to the Divesture Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | | | |
| 2004 | 12/21/2016 | Equipment Lease | Master Lease Agreement | MACQUARIE CORPORATE AND ASSET FUNDING, INC. | Fieldwood Energy LLC | n.a. | $0.00 | Assume and (i) assign to Credit Bid Purchaser pursuant to the Plan and the Credit Bid Purchase Agreement on account of the Acquired Interests and/or (ii) allocate pursuant to the Divesture Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | | | |
| 2005 | 08/22/1974 | Marketing – Processing | Gas Connection Agreement and Tenneco Oil Company, dated effective August 22, 1974, between Pan Transportation Company and Tenneco Oil Company, SS 168/169 | Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | SS 168 Lease 00800 | $0.00 | Assume and (i) assign to Credit Bid Purchaser pursuant to the Plan and the Credit Bid Purchase Agreement on account of the Acquired Interests and/or (ii) allocate pursuant to the Divesture Mergers on account of the Excluded Assets (as defined in the Credit Bid Purchase Agreement) | | | |

** The Cure Amount for the Apache Decommissioning Agreement is $49,783,795 (the "Apache Decom Cure Amount"). Notwithstanding anything contained in the Plan or any other document, the Apache Decom Cure Amount will be satisfied solely by a drawdown on the Standby Facility (as defined in that certain Agreement and Plan of Merger attached to the Apache Implementation Agreement), and not from any other source, and will be paid into Trust A on the Effective Date on a ... as soon as reasonably practicable thereafter (but in no event later than ten (10) business days following the Effective Date). The Debtors and Apache reserve all rights in the event of any dispute regarding the Apache Decommissioning Agreement, including as to the amount or payment of the Apache Decom Cure Amount.

**<u>Exhibit C</u>**

**Credit Bid Purchase Agreement Redline**

DPW DRAFT
5/26/21 *Execution Version*

# PURCHASE AND SALE AGREEMENT

## AMONG

## FIELDWOOD ENERGY LLC

## AND

## ITS AFFILIATES SIGNATORY HERETO

## AS SELLERS

## QUARTERNORTH ENERGY LLC

## AS BUYER

## AND

## [_____]

## MAKO BUYER 2 LLC

## AS BUYER 2

## DATED

## AUGUST 27, 2021

## [_____] [____], 2021

**[DISCLAIMER:  This is a proposed form purchase agreement only, and not an offer that can be accepted.  Until the authorized representatives of the Sellers and Buyer agree to and execute a definitive agreement, neither the Sellers nor Buyer has any obligation (legal or otherwise) to conclude a transaction.  Unless included in a definitive agreement, communications (written or oral) shall not create any obligations whatsoever on the Sellers or Buyer and no person, including any recipient of this proposed form, may rely on them as the basis for taking or foregoing any action or opportunity or for incurring any costs.  Further, this proposed form purchase agreement may be amended and/or modified in its entirety to provide for the 363 Credit Bid Transaction in the circumstances contemplated by, and subject to any consents required by, Section 5.2(c) of the Plan.]**

**TABLE OF CONTENTS**

**Page**

ARTICLE I  PURCHASE AND SALE ............................................................................. 2
    1.1    Purchase and Sale ................................................................................ 2
    1.2    Acquired Interests; Assets ................................................................... 2
    1.3    Excluded Assets ................................................................................... 8
    1.4    Effective Time ................................................................................... ~~10~~9
    1.5    Certain Sellers ................................................................................... 10
    1.6    FERC and Marketing-Related Contract Matters ................................. 10

ARTICLE II  CONSIDERATION ................................................................................... ~~10~~11
    2.1    Consideration ..................................................................................... ~~10~~11
    2.2    Allocation of Adjusted Consideration ............................................... ~~11~~12
    2.3    Consents to Assign ............................................................................ 12
    2.4    Governmental Approvals .................................................................... 14
    2.5    Preferential Rights ............................................................................. 15
    ~~2.6~~    ~~[Reserved.]~~ ................................................................................... ~~17~~
    2.~~7~~6    Withholding ....................................................................................... 17
    2.~~8~~7    Assets Sold "As Is, Where Is" .......................................................... 17
    2.~~9~~8    Presence of Wastes, NORM, Hazardous Substances and Asbestos .... 18

ARTICLE III  DUE DILIGENCE ................................................................................... ~~19~~18
    3.1    Due Diligence .................................................................................... ~~19~~18

ARTICLE IV  SELLERS' REPRESENTATIONS .......................................................... ~~20~~19
    4.1    Organization/Qualification ................................................................. ~~20~~19
    4.2    Power and Authority .......................................................................... 20
    4.3    Non-Contravention ............................................................................ 20
    4.4    Authorization and Enforceability ....................................................... 20
    4.5    Liability for Brokers' Fees ................................................................. 21
    4.6    Litigation ........................................................................................... 21
    4.7    Governmental Approvals .................................................................... 21
    4.8    Preferential Rights; Applicable Consents ........................................... 21
    4.9    Taxes ................................................................................................. ~~22~~21
    4.10   Well Status ........................................................................................ ~~23~~22
    4.11   Compliance with Laws; Permits ........................................................ 23
    4.12   Environmental Matters ....................................................................... 23
    4.13   Payments ........................................................................................... 24
    4.14   Material Contracts ............................................................................. 24
    4.15   Imbalances; Prepayments ................................................................... 26
    4.16   AFEs; Cash Calls ............................................................................... 26
    4.17   Labor and Employment Matters ......................................................... ~~27~~26
    4.18   Employee Benefits ............................................................................. ~~28~~27
    4.19   Non-Consent Operations .................................................................... ~~29~~28
    4.20   Suspense Funds .................................................................................. 29
    4.21   Payout Balances ................................................................................. 29
    4.22   Title to Acquired Interests ................................................................. 29

i

# TABLE OF CONTENTS

**(continued)**

**Page**

| | | |
|---|---|---|
| 4.23 | Insurance | ~~30~~29 |
| 4.24 | Related Party Transactions | 30 |
| 4.25 | Intellectual Property | 30 |
| 4.26 | Undue Influence | 32 |
| 4.27 | No Undisclosed Material Liabilities | 32 |
| 4.28 | Absence of Certain Changes | ~~33~~32 |
| 4.29 | Equipment and Fixed Assets | 33 |
| 4.30 | Operatorship | 33 |
| 4.31 | Joint Venture | 33 |
| 4.32 | Plan of Merger | ~~35~~34 |
| 4.33 | Exhibit X-1 | 35 |

ARTICLE V  BUYERS' REPRESENTATIONS — 35

| 5.1 | Organization; Standing; Capitalization | 35 |
| 5.2 | Power | ~~37~~36 |
| 5.3 | Non-Contravention | ~~37~~36 |
| 5.4 | Authorization and Enforceability | 37 |
| 5.5 | Liability for Brokers' Fees | 37 |
| 5.6 | Litigation | 37 |
| 5.7 | Governmental and Third Person Consents | 37 |
| 5.8 | Financial Capability | ~~38~~37 |
| 5.9 | Qualification | ~~38~~37 |
| 5.10 | Bankruptcy | ~~38~~37 |
| 5.11 | Investor Status; Investigation | 38 |
| 5.12 | No Other Representations | 39 |

ARTICLE VI  COVENANTS AND AGREEMENTS — 39

| 6.1 | Covenants and Agreements of the Sellers | 39 |
| 6.2 | Casualty Event | ~~43~~42 |
| 6.3 | Press Releases | 43 |
| 6.4 | Solicitation; Other Offers | 43 |
| 6.5 | Regulatory Matters; Cooperation | ~~44~~43 |
| 6.6 | Bankruptcy Court Matters | ~~46~~44 |
| 6.7 | Assumption and Assignment of Contracts | ~~47~~45 |
| 6.8 | Employee Matters | ~~49~~46 |
| 6.9 | [Reserved] | ~~52~~49 |
| 6.10 | ~~Certain Agreements 52~~[Reserved] | 49 |
| 6.11 | Transfer Orders; Letters in Lieu | ~~52~~49 |
| 6.12 | Taxes | ~~52~~49 |
| 6.13 | Commercially Reasonable Efforts | ~~53~~51 |
| 6.14 | Insurance Policies | ~~53~~51 |
| 6.15 | Novation of Hedges | ~~54~~51 |
| 6.16 | Qualification | ~~54~~52 |

ii

**TABLE OF CONTENTS**

**(continued)**

**Page**

| | | |
|---|---|---|
| 6.17 | Settlements with Governmental Authorities | 5452 |
| 6.18 | Operator Forms | 5452 |
| 6.19 | [Reserved] | 5452 |
| 6.20 | Bonds and Insurance | 5452 |
| 6.21 | ℩New Equity Interests | 5552 |
| 6.22 | Employment Agreements | 5552 |

| | | |
|---|---|---|
| ARTICLE VII | CONDITIONS PRECEDENT TO CLOSING | 5553 |
| 7.1 | Conditions Precedent of the Parties | 5553 |
| 7.2 | Sellers' Conditions Precedent | 5653 |
| 7.3 | Buyers' Conditions Precedent | 5654 |

| | | |
|---|---|---|
| ARTICLE VIII | RIGHT OF TERMINATION AND ABANDONMENT | 5856 |
| 8.1 | Termination | 5856 |
| 8.2 | Remedies | 6158 |
| 8.3 | Specific Performance | 6158 |

| | | |
|---|---|---|
| ARTICLE IX | CLOSING | 6158 |
| 9.1 | Date of Closing | 6158 |
| 9.2 | Closing Obligations | 6159 |

| | | |
|---|---|---|
| ARTICLE X | POST-CLOSING OBLIGATIONS AND COVENANTS | 6260 |
| 10.1 | Field Data and Records | 6260 |
| 10.2 | Suspense Funds; Prepaid JOA Funds | 6260 |
| 10.3 | Post-Closing Asset Reconciliation | 6360 |
| 10.4 | [Assignments; Operatorship | 6461 |
| 10.5 | Confidentiality | 6562 |
| 10.6 | Seller Marks License | 6663 |
| 10.7 | Power of Attorney | 6663 |
| 10.8 | No Successor Liability | 6663 |
| 10.9 | Access to Records | 6664 |
| 10.10 | Payment of Assumed Liabilities | 6764 |
| 10.11 | Payment of Retained Liabilities | 6765 |
| 10.12 | Accounts Receivables | 6765 |
| 10.13 | Directors' and Officers' Indemnification | 6966 |
| 10.14 | Rights of Use | 7168 |
| 10.15 | Post-Closing Agreements | 7168 |
| 10.16 | Effective Date Payments | 7169 |
| 10.17 | South Marsh 39 | 69 |
| 10.18 | Certain Bank Accounts | 69 |
| 10.19 | Specified Matters | 69 |

| | | |
|---|---|---|
| ARTICLE XI | ASSUMPTION AND RETENTION OF LIABILITIES | 7169 |

97751377
WEIL:\97751377\56\45327.0007#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

**TABLE OF CONTENTS**

**(continued)**

**Page**

| | | |
|---|---|---|
| 11.1 | Buyer's Assumption of Liabilities | 7169 |
| 11.2 | Sellers' Retention of Liabilities | 7371 |
| 11.3 | Reservation as to Third Persons | 7473 |
| 11.4 | Certain Liens | 73 |

ARTICLE XII  MISCELLANEOUS ............................................. 7573

| | | |
|---|---|---|
| 12.1 | Expenses | 7573 |
| 12.2 | Notices | 7573 |
| 12.3 | Amendments | 7674 |
| 12.4 | Waiver | 7674 |
| 12.5 | No Third-Party Beneficiaries | 7675 |
| 12.6 | Assignment | 7675 |
| 12.7 | Counterparts | 7775 |
| 12.8 | Governing Law; Jurisdiction; Venue; Jury Trial | 7775 |
| 12.9 | Entire Agreement | 7876 |
| 12.10 | Binding Effect | 7876 |
| 12.11 | Time of the Essence | 7876 |
| 12.12 | No Partnership; No Fiduciary Duty | 7876 |
| 12.13 | Obligations of the Sellers | 7877 |
| 12.14 | No Recourse | 7877 |
| 12.15 | Disclosure Schedules | 7977 |
| 12.16 | Other Contract Interpretation | 7978 |

ARTICLE XIII  SURVIVAL AND INDEMNIFICATION .......................... 8079

| | | |
|---|---|---|
| 13.1 | Survival; Limited Recourse Against Sellers | 8079 |
| 13.2 | Indemnification by Buyer | 8180 |
| 13.3 | Indemnification Procedures | 8280 |

Annex I        Definitions

iv

**EXHIBIT LIST¹**

| Exhibit | Title |
|---|---|
| EXHIBIT A | Leases |
| EXHIBIT B | Easements |
| EXHIBIT C | Scheduled Wells |
| EXHIBIT D | Platforms and Facilities |
| EXHIBIT D-1 | Inventory |
| EXHIBIT E | Permits |
| EXHIBIT F | Seismic Data |
| EXHIBIT G | Form of Assignment, Bill of Sale and Conveyance for Co-Owned Assets |
| EXHIBIT H | Form of Assignment, Bill of Sale and Conveyance for Other Assets |
| EXHIBIT I | Form of Assignment and Assumption Agreement |
| EXHIBIT J | Form of Assignment of Leases and Subleases |
| EXHIBIT J-1 | Form of Quitclaim Deed and Act of Sale for Owned Real Property (Jefferson Parish) |
| EXHIBIT J-2 | Form of Quitclaim Deed and Act of Sale for Owned Real Property (100% Fee Simple) |
| EXHIBIT K | Form of Office Assets Conveyance |
| EXHIBIT L | [Reserved]Contract Operating Agreement |
| EXHIBIT MM-1 | [Reserved]Owned Real Property (Jefferson Parish) |
| EXHIBIT M-2 | Owned Real Property (100% Fee Simple) |
| EXHIBIT N | [Reserved] |
| EXHIBIT O | [Reserved] |
| EXHIBIT P | Form of Transition Services Agreement |
| EXHIBIT Q | Form of SEMS Bridging Agreement |
| EXHIBIT R | Form of ST 308 Performance Bond |
| EXHIBIT S | Form of Release Document[Reserved] |
| EXHIBIT T | Form of Farmout Agreement |

¹ Note to Draft:  Exhibits are subject to ongoing review and comment by Buyer and are subject to change in all respects.

97751377
97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

| Exhibit | Title |
|---|---|
| EXHIBIT U | [Reserved] |
| EXHIBIT V | [Reserved]Specified Excluded Receivables |
| EXHIBIT W | Form of Funding Agreement |
| EXHIBIT X | Working Capital |
| EXHIBIT X-1 | Working Capital Estimate |
| EXHIBIT Y | Specified Oil and Gas Interests |
| EXHIBIT Z | Specified P&A Equipment |

**SCHEDULE LIST**

| Schedule | Title |
|---|---|
| Schedule 1.2 | Applicable Shared Asset Interests |
| Schedule 1.2(rr) | Rights, Claims, Demands and Cause of Action |
| Schedule 1.3(d) | Scheduled Exclusions |
| Schedule 1.6 | FERC Matters |
| Schedule 4.6 | Litigation |
| Schedule 4.7 | Governmental Approvals |
| Schedule 4.8(a) | Preferential Rights |
| Schedule 4.8(b) | Applicable Consents |
| Schedule 4.9 | Taxes |
| Schedule 4.9(p) | Entity Classifications |
| Schedule 4.12 | Environmental Matters |
| Schedule 4.13 | Payments |
| Schedule 4.14 | Material Contracts |
| Schedule 4.14(c) | Leases and Easements |
| Schedule 4.15 | Imbalances |
| Schedule 4.16(a) | AFEs |
| Schedule 4.16(b) | Cash Calls |
| Schedule 4.18 | Employee Benefits |
| Schedule 4.19 | Non-Consent Operations |
| Schedule 4.20 | Suspense Funds |

97751377
WEIL:\97751377\67\45327.000797751377
\#93848098v\87\93848098v104
WEIL:\97751377\87\45327.0007

| Schedule | Title |
|---|---|
| Schedule 4.21 | Payout Balances |
| Schedule 4.22 | Title Matters |
| Schedule 4.22(d) | Owned Real Property |
| Schedule 4.23 | Insurance |
| Schedule 4.24 | Related Party Transactions |
| Schedule 4.25(a) | Owned Intellectual Property |
| Schedule 4.27 | Material Liabilities |
| Schedule 4.28(b) | Absence of Certain Changes |
| Schedule 4.31(c) | Equity Interests of Fieldwood Mexico and Subsidiaries |
| Schedule 4.31(d) | Fieldwood U.A. Interests |
| Schedule 4.31(f) | Fieldwood U.A. Liabilities |
| Schedule 5.1(c) | Buyer Grandparent Equity Interests |
| Schedule 5.7 | Buyer Governmental and Third Person Consents |
| ~~Schedule 5.9~~ | ~~Lease Bonds, Area-Wide Bonds, Surety Bonds and Insurance Policies~~ |
| Schedule 6.1(a) | Sellers' Required Operations |
| Schedule 6.1(b) | Sellers' Disallowed Operations |
| Schedule 6.7(~~g~~a) | ~~Required~~ Assigned 365 Contracts List |
| Schedule 6.22 | Seller Employees |
| Schedule 7.3(i) | Required Novations |
| Schedule 7.3(l) | Required Governmental Approvals |
| Schedule 10.13(a) | Existing D&O Indemnification Terms |
| Schedule 10.13(e) | D&O Indemnified Parties |
| Schedule 10.14 | Right of Use Easements (RUEs) |
| Schedule 10.17 | South Marsh 39 Assets |
| Schedule 10.18 | Certain Accounts |

[End of Table of Contents]

97751377
WEIL:\97751377\67\45327.000797751377
#93848098v87#93848098v104
WEIL:\97751377\87\45327.0007

# PURCHASE AND SALE AGREEMENT[2]

This Purchase and Sale Agreement (this "***Agreement***") is made as of [~~_____~~] [~~____~~]August 27, 2021 (the "***Execution Date***") by and among (a) Fieldwood Energy LLC, a ~~Delaware~~Texas limited liability company ("***Fieldwood***"), Fieldwood Energy Inc., a Delaware corporation, Dynamic Offshore Resources NS, LLC, a Texas limited liability company, Fieldwood Energy Offshore LLC, a ~~Delaware~~Texas limited liability company, Fieldwood Onshore LLC, a Delaware limited liability company, Fieldwood SD Offshore LLC, a ~~Delaware~~Texas limited liability company, Fieldwood Offshore LLC, a Delaware limited liability company, Bandon Oil and Gas GP, LLC, a ~~Delaware~~Texas limited liability company, Bandon Oil and Gas, LP, a ~~Delaware~~Texas limited partnership, Fieldwood Energy SP LLC, a Louisiana limited liability company, Galveston Bay Pipeline LLC, a Delaware limited liability company, and Galveston Bay Processing LLC, a Delaware limited liability company, (b) subject to Section 1.5, FW GOM Pipeline, Inc., a Delaware corporation ("***FW GOM Pipeline***"), and GOM Shelf LLC, a Delaware limited liability company ("***GOM Shelf***" and each of the other entities specified in clauses (a) and (b), a "***Seller***" and collectively the "***Sellers***"), and (c) [~~_____~~], a [QuarterNorth Energy LLC, a Delaware limited liability company~~]~~ ("***Buyer***"), and [~~_____~~]Mako Buyer 2 LLC, [a Delaware limited liability company and a wholly-owned subsidiary of Buyer~~]~~ ("***Buyer 2***"). The Sellers, Buyer and Buyer 2 may be referred to individually as a "***Party***" or collectively as the "***Parties.***" Capitalized terms used in this Agreement have the meanings referenced in **Annex I** to this Agreement.

## RECITALS

A.   The Sellers desire to sell, and Buyer desires to purchase, all of the Acquired Interests on the terms and subject to the conditions set forth below.

B.   On August 3, 2020 and August 4, 2020, the Sellers (collectively, the "***Debtors***") filed voluntary petitions (the "***Bankruptcy Cases***") under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended from time to time, the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Bankruptcy Court***").

C.   On June 25, 2021, the Debtors filed their *Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [ECF No. 1742] (including any exhibits and schedules thereto and as may be further amended, supplemented, or modified, the "***Plan***") and on June 25, 2021, the Bankruptcy Court entered an order confirming the Plan [ECF No. 1751] (the "***Confirmation Order***").

~~C~~D.   [Buyer has provided to the Sellers at or prior to the execution of this Agreement a copy of a fully executed and effective direction letter (the "***Direction Letter***") causing to be

---

[2] ~~Note to Draft: Subject to review by Administrative Agent.~~

1

delivered at Closing such portion of the **[Obligations]** (as defined in Claims arising under the Credit Agreement) as is necessary to allow for payment of the Credit Bid and Release.]³

DE.     Pursuant to the Plan, and as consideration for the transactions contemplated by the Direction Letter, each holder of Allowed FLTL Claims (as defined in the Plan) will receive its pro rata portion (as determined pursuant to the Plan and the Confirmation Order) of (a) on the Effective Date, the Credit Bid and Release New Equity Interests and (b) if and when issuable pursuant to the Plan, Confirmation Order, or any other order entered by the Bankruptcy Court, the FLTL Subscription Rights.

EF.     Pursuant to the Plan, each holder of Allowed SLTL Claims (as defined in the Plan) will receive its pro rata portion (as determined pursuant to the Plan and the Confirmation Order) of, if and when issuable pursuant to the Plan, Confirmation Order, or any other order entered by the Bankruptcy Court, the SLTL Subscription Rights.

FG.     Following Fieldwood's receipt of the GUC Warrants and the SLTL Warrants pursuant to Section 9.2(j), Fieldwood will cause such GUC Warrants and SLTL Warrants to be distributed and received by the Persons entitled to receipt of such interests pursuant to the Plan on the Effective Date in accordance with the Plan.

GH.     Upon the terms and subject to the conditions set forth herein, the Parties intend to effectuate the transactions contemplated by this Agreement through a sale of the Acquired Interests pursuant to Sections 105, 363, 365, 1123(a)(5)(D), 1129, 1141 and 1146 of the Bankruptcy Code, and Rules 4001, 6004, 6006 and 3020 of the Federal Rules of Bankruptcy Procedure of the Bankruptcy Code (as amended from time to time, the "***Bankruptcy Rules***").

HI.     The execution and delivery of this Agreement and the Sellers' ability to consummate the transactions contemplated by this Agreement are subject to, among other things, the Bankruptcy Court's entry of the Confirmation Order.

## AGREEMENT

In consideration of the recitals above, the provisions below and other good and valuable cause and consideration, the receipt and sufficiency of which are hereby acknowledged, Buyer, Buyer 2 and the Sellers agree as follows:

## ARTICLE I
## PURCHASE AND SALE

1.1     Purchase and Sale.    Subject to the provisions hereof and the entry of the Confirmation Order, Buyer agrees to purchase and accept from the Sellers and the Sellers agree to sell, assign, convey, transfer and deliver, or cause to be sold, assigned conveyed, transferred and delivered to Buyer at the Closing, the Acquired Interests free and clear of any and all Encumbrances (other than Permitted Encumbrances (except that the Fieldwood U.A. Interests

---

³ Note to Draft: Subject to review by Administrative Agent.

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

and the JV Interests shall not be subject to any Permitted Encumbrances other than pursuant to the Mexico PSA)); *provided* that Buyer and Buyer 2 may determine in their sole discretion that certainthe Fieldwood U.A. Interests and certain JV Interests maycurrently held by Fieldwood Offshore LLC will be acquired by Buyer 2 instead of by Buyer, in which caseand all references hereto to Buyer with respect to such Fieldwood U.A. Interests or JV Interests shall be understood to be to Buyer 2 instead of Buyer.

1.2    Acquired Interests; Assets.  As used herein, the term "***Acquired Interests***" refers to (x) all of each Seller's right, title and interest in, to, under or derived from the Co-Owned Assets excluding the FWE I Assets and the GOM Shelf Oil and Gas Properties other than the Applicable Shared Asset Interests (which Applicable Shared Asset Interests shall be "Co-Owned Assets") and (y) all of each Seller's right, title and interest in, to, under or derived from the Other Assets.  As used herein, the term "***Assets***" means the Co-Owned Assets and Other Assets, wherever located, real, personal or mixed, tangible or intangible, known or unknown, as the same shall exist as of the Closing.  As used herein, the term "***Co-Owned Assets***" means the following (*provided*, that (subject to the following provisos) Buyer may, from time to time prior to the Designation Deadline, subject to obtaining the Sellers' prior written consent (in the Sellers' sole discretion (it being understood that Buyer shall not add to or remove from the "Co-Owned Assets" any FWE I Asset or GOM Shelf Oil and Gas Properties provided that the foregoing shall not prevent the addition or removal of Applicable Shared Asset Interests as appropriate (which may be added or removed with the Sellers' prior written consent))), add any assets to or remove any assets from the "Co-Owned Assets" (and, in the event an asset is added or removed, to the extent applicable, add, modify or remove any related Liabilities to or from the "Assumed Liabilities") and any affected Exhibit or Schedule (including **Schedule 1.3(d)**) will be updated accordingly, and if Buyer removes any asset from the "Co-Owned Assets" Buyer shall indemnify the Sellers with respect to any Liability incurred by the Sellers as a result of the removal by Buyer of any Co-Owned Asset and the retention by the Sellers of such "Co-Owned Asset"; *provided, further,* that (notwithstanding anything to the contrary in this Section 1.2), Buyer may not remove any assets from the "Co-Owned Assets" after the Designation Deadline):assets described in clauses (a) through (o) below:

(a)    the oil and gas leases (and other agreements) described in **Part 1** of **Exhibit A**, but excluding the FWE I Assets and the GOM Shelf Oil and Gas Properties other than the Applicable Shared Asset Interests (collectively, the "***Co-Owned Leases***"), including all Working Interests, Net Revenue Interests, royalty interests, overriding royalty interests, production payments, net profits interests, carried interests, reversionary interests (including rights under non-consent provisions), possibilities of reverter, conversion rights and options, fee mineral interests and other interests of every kind and character in, to, under or derived from any Co-Owned Lease or any land subject to, covered by or included within any Co-Owned Lease (except that, solely as to each of lease OCS-00786 covering South Marsh Island 48 and lease OCS-G 1609 covering South Pass 61, the interests in such lease to be conveyed hereunder are solely the overriding royalty interests held by the Sellers in such lease);

(b)    (i) each Unit that includes any of the lands covered by or subject to any Co-Owned Lease (each, a "***Co-Owned Subject Unit***"), (ii) each pooling, unitization or communitization declaration, designation, agreement or order creating or modifying any Co-

3

Owned Subject Unit (each, a "***Co-Owned Subject Unit Agreement***") and (iii) the oil and gas leases and lands subject to, covered by or included within each Co-Owned Subject Unit;

    (c) all servitudes, rights of way, easements, surface leases, subsurface agreements and similar rights and agreements related to or held for use in connection with (in each case, whether or not located on) any land subject to or covered by any Co-Owned Lease or Co-Owned Subject Unit (collectively, the "***Co-Owned Easements***"), including those described in **Part 1** of **Exhibit B**;

    (d) all wells (whether producing, not producing, shut-in, temporarily abandoned, injection, disposal or otherwise) owned or operated in connection with any of the Co-Owned Leases or Co-Owned Subject Units, whether or not such well is located on any land subject to or covered by any Co-Owned Lease or Co-Owned Subject Unit (collectively, the "***Co-Owned Wells***"), including those described in **Part 1** of **Exhibit C** (such wells, the "***Co-Owned Scheduled Wells***");

    (e) all equipment, machinery, structures, fixtures, inventory, vehicles, rolling stock, improvements and other movable property related to, used or held for use in connection with or held as inventory in connection with (in each case, whether or not located on) any Co-Owned Lease, Co-Owned Subject Unit, Co-Owned Easement, lands covered by or subject to any Co-Owned Lease, Co-Owned Subject Unit or Co-Owned Easement or Co-Owned Well (including well equipment; casing; rods; tanks and tank batteries; boilers; tubing; pumps; pumping units and engines; Christmas trees; production facilities; dehydration units and facilities; heater-treaters; compressors; testing and sampling equipment; sulfur recovery units and facilities; valves; gauges; supervisory control and data acquisition (SCADA) systems, equipment and related software; meters and other measurement equipment; flow lines; pipelines; gathering systems; processing systems or facilities; umbilicals; caissons; water systems (whether for source water, treatment, disposal, injection or otherwise); the platforms and facilities listed in **Part 1** of **Exhibit D**; completion equipment (including all completion equipment held at Superior Yard); and all additions and accessions to, substitutions for and replacements of any of the foregoing, together with all attachments, components, parts, equipment, supplies, pipes, tools, casing, tubing, tubulars, fittings and accessories in connection with any of the foregoing), including the foregoing listed in **Part 1** of **Exhibit D-1** (collectively, the "***Co-Owned Inventory***");

    (f) (i) all oil, gas, minerals, condensate, distillate, natural gasoline, natural gas liquids, plant products and other liquid or gaseous hydrocarbons and all other substances produced with any of the foregoing hydrocarbons (collectively, "***Hydrocarbons***") (A) that are produced on, or the right to explore for which, or an interest in which, is granted pursuant to, any Co-Owned Lease, Co-Owned Subject Unit or Co-Owned Subject Unit Agreement or (B) that are located in any Co-Owned Inventory; and (ii) all proceeds from the sale of any such Hydrocarbons;

    (g) all Permits (and pending applications therefor) that pertain or relate in any way to any of the Co-Owned Field Assets, including the Permits listed in **Part 1** of **Exhibit E**, to the extent assignable by the Sellers to Buyer or Buyer 2;

4

(h)      subject to <u>Section 6.7</u>, all Co-Owned Assigned Contracts;

(i)      all rights (including intangible and inchoate rights), Claims, rights of set-off, rights under warranties and indemnities made by prior owners, manufacturers, vendors and Third Persons or accruing under applicable statutes of limitation or prescription, insofar only as the foregoing relate or are attributable to any of the other Co-Owned Assets or to any Assumed Liabilities, including any and all Claims of any Seller against other Persons pertaining to Imbalances attributable to the Co-Owned Assets;

~~(j) to the extent transferable by the Sellers to Buyer at Closing without payment of a fee or other penalty to any Third Party pursuant to any Contract (unless Buyer has, prior to the Closing, separately agreed in writing to pay such fee or penalty), all seismic data (conventional, three dimensional or otherwise; whether owned or licensed; and including original field tapes) (including all such data relating to those licenses and agreements listed in **Part 1** of **Exhibit F**), log cores, geological, reserve engineering and other scientific and technical information, samples, tests, reports, maps and data that relate to any of the Co-Owned Field Assets or any land on which any Co-Owned Field Asset is located (collectively, the "*Co-Owned Field Data*");~~

(j)      [reserved];

(k)      all files, records (including reservoir, production, operation, contract, land and title records; drawings, maps, plats and surveys; abstracts of title, title insurance policies, title opinions and title curative; lease, prospect, contract, division order, marketing, correspondence, operations, environmental, production, processing, accounting, Property-Related Tax, Production Tax, Transfer Tax, regulatory compliance, facility and well records and files; supplier lists and files; customer lists and files; and reports to any Governmental Authority), databases, data and other information (in each case, whether in written or electronic format) that relate to any of the other Co-Owned Assets (collectively, the "*Co-Owned Records*");

(l)      [reserved.];

(m)      all raw materials, work-in-process, finished goods, supplies and other inventories related to, used or held for use in connection with (in each case, whether or not located on) any Co-Owned Lease, Co-Owned Subject Unit, Co-Owned Easement or Co-Owned Well;

(n)      all goodwill associated with any Co-Owned Asset; and

(o)      all credits or other rights to prepaid expenses, deposits, advances, prepayments, excess or unearned premiums, costs, and other refunds attributable to any Co-Owned Assets (excluding Excluded Prepaid JOA Funds).

As used herein, the term "*Other Assets*" means the assets described in clauses (p) through (~~rr~~uu) below~~; *provided*, that, from time to time prior to the Designation Deadline, Buyer may, in its sole discretion (subject to the following provisos), (x) add any assets to the "Other Assets" or (y) remove any Other Assets from the "Other Assets" (other than (1) to add any Co-Owned Assets to, or to remove any Co-Owned Assets from, the Other Assets or (2) the assets or items set forth in clauses (aa), (ee), (gg), (ii), (oo) or (pp) of this Section 1.2), and, in the event an asset is added~~

5

or removed, to the extent applicable, add, modify or remove any related Liabilities to or from the "Assumed Liabilities" (and any affected Exhibit or Schedule (including **Schedule 1.3(d)**) will be updated accordingly); *provided, however,* that Buyer may not add or remove any FWE I Asset or GOM Shelf Oil and Gas Property; *provided, further,* that (notwithstanding anything to the contrary in this Section 1.2), Buyer may not remove any assets from the "Other Assets" after the Designation Deadline; and, *provided, further,* that Buyer may not (i) remove any assets from the "Other Assets" unless Buyer has agreed in writing to indemnify Sellers with respect to any Liability incurred by any Seller as a result of the retention by Sellers of such "Other Asset" or (ii) add any assets to the Other Assets if such addition would require a Governmental Approval (except for those which are obtained post Closing) that would reasonably be expected to materially delay the Closing); *provided, further* that Buyer may remove any such asset if Buyer increases the Cash Portion to include the amount of such Liability.:

(p)      the oil and gas leases (and other agreements) described in **Part 2** of **Exhibit A** (collectively, the "*Other Leases*"), including all Working Interests, Net Revenue Interests, royalty interests, overriding royalty interests, production payments, net profits interests, carried interests, reversionary interests (including rights under non-consent provisions), possibilities of reverter, conversion rights and options, fee mineral interests and other interests of every kind and character in, to, under or derived from any Other Lease or any land subject to, covered by or included within any Other Lease (except that, (x) solely as to lease OCS-G 12210 covering Green Canyon 201 (and, after any segregation of such lease, the lease covering the NE/4 of Block 201 Green Canyon), the interests in such lease to be conveyed hereunder exclude any record title or operating rights in the NE1/4 of Block 201, Green Canyon, (y) solely as to lease OCS-G 10794 covering Ship Shoal 301, Fieldwood's overriding royalty interest in such lease is not to be conveyed hereunder; and (z) solely as to each of OCS-G 1449 covering portions of West Delta 57, 79 and 80, OCS-G 1874 covering portions of West Delta 79 and 80 and OCS-G 1989 and OCS-G 2136 covering portions of West Delta 80, the interests in such lease to be conveyed hereunder are solely the overriding royalty interests held by the Sellers in such lease);

(q)      (i) each Unit that includes any land covered by or subject to any Other Lease (each, a "*Other Subject Unit*"), (ii) each pooling, unitization or communitization declaration, designation, agreement or order creating or modifying any Other Subject Unit (each, a "*Other Subject Unit Agreement*") and (iii) the oil and gas leases and lands subject to, covered by or included within each Other Subject Unit;

(r)      all servitudes, rights of way, easements, surface leases, subsurface agreements and similar rights and agreements located on (or related to or held for use in connection with (in each case, whether or not located on)) any land subject to or covered by any Other Lease or Other Subject Unit (collectively, the "*Other Easements*"), including those described in **Part 2** of **Exhibit B**;

(s)      all wells (whether producing, not producing, shut-in, temporarily abandoned, injection, disposal or otherwise) owned or operated in connection with any Other Lease or Other Subject Unit, whether or not such well is located on any land subject to or covered by any Other Lease or Other Subject Unit (collectively, the "*Other Wells*"), including those described in **Part 2** of **Exhibit C** (such wells, the "*Other Scheduled Wells*");

6

(t)     all equipment, machinery, structures, fixtures, inventory, vehicles, rolling stock, improvements and other movable property related to, used or held for use in connection with or held as inventory in connection with (in each case, whether or not located on) any Other Lease, Other Subject Unit, Other Easement, lands covered by or subject to any Other Lease, Other Subject Unit or Other Easement or Other Well (including well equipment; casing; rods; tanks and tank batteries; boilers; tubing; pumps; pumping units and engines; Christmas trees; production facilities; dehydration units and facilities; heater-treaters; compressors; testing and sampling equipment; sulfur recovery units and facilities; valves; gauges; supervisory control and data acquisition (SCADA) systems, equipment and related software; meters and other measurement equipment; flow lines; pipelines; gathering systems; processing systems or facilities; umbilicals; caissons; water systems (whether for source water, treatment, disposal, injection or otherwise); the platforms and facilities listed in **Part 2** of **Exhibit D**; completion equipment (including completion equipment held at Superior Yard) and all additions and accessions to, substitutions for and replacements of any of the foregoing, together with all attachments, components, parts, equipment, supplies, pipes, tools, casing, tubing, tubulars, fittings and accessories in connection with any of the foregoing), including the foregoing listed in **Part 2** of **Exhibit D-1** (collectively, the "***Other Inventory***");

(u)     (i) all Hydrocarbons (A) that are produced on, or the right to explore for which, or an interest in which, is granted pursuant to, any Other Lease, Other Subject Unit or Other Subject Unit Agreement or (B) that are located in any Other Inventory; and (ii) all proceeds from the sale of any such Hydrocarbons;

(v)     all Permits (and pending applications therefor) that pertain or relate in any way to any of the Other Field Assets, including the Permits listed in **Part 2** of **Exhibit E**, to the extent assignable by the Sellers to Buyer or Buyer 2;

(w)     all rights (including intangible and inchoate rights), Claims, rights of set-off, rights under warranties and indemnities made by prior owners, manufacturers, vendors and Third Persons or accruing under applicable statutes of limitation or prescription, insofar only as the foregoing relate or are attributable to any of the Other Assets, including any and all Claims of any Seller against other Persons pertaining to Imbalances attributable to the Other Assets;

(x)     to the extent transferable by the Sellers to Buyer at Closing without payment of a fee or other penalty to any Third ~~Party~~Person pursuant to any Contract (unless Buyer has, prior to the Closing, separately agreed in writing to pay such fee or penalty, and for the avoidance of doubt, Buyer has agreed to pay all such fees and penalties with respect to the licenses and agreements listed in **Exhibit F**), (i) all seismic data (conventional, three dimensional or otherwise; whether owned or licensed; and including original field tapes) (including all such data relating to those licenses and agreements listed in ~~Part 2 of~~ **Exhibit F**), log cores, geological, reserve engineering and other scientific and technical information, samples, tests, reports, maps and data that relate to any of the ~~Other Field Assets~~Acquired Interests or any land on which any ~~Other Field Asset~~Acquired Interest is located and (ii) copies of all proprietary seismic data (conventional, three dimensional or otherwise), log cores, geological, reserve engineering and other scientific and technical information, samples, tests,

7

reports, maps and data that relate to any of the FWE I Oil and Gas Properties or any land on which any FWE I Oil and Gas Property is located (collectively, the "~~Other~~ Field Data");

(y)      all files, records (including reservoir, production, operation, contract, land and title records; drawings, maps, plats and surveys; abstracts of title, title insurance policies, title opinions and title curative; lease, prospect, contract, division order, marketing, correspondence, operations, environmental, production, processing, accounting, Property-Related Tax, Production Tax, Transfer Tax, regulatory compliance, facility and well records and files; supplier lists and files; customer lists and files; and reports to any Governmental Authority), databases, data and other information (in each case, whether in written or electronic format) that relate to any of the Other Assets (collectively, the "*Other Records*");

(z)      subject to <u>Section 6.7</u>, all of the Other Assigned Contracts;

(aa)      all Working Capital Assets;

(bb)      all of the Sellers' rights, title and interest as borrowers under the Prepetition FLFO Credit Agreement (as defined in the Plan) as modified to the extent set forth in the First Lien Exit Facility Documents (as defined in the Plan);

(cc)      all raw materials, work-in-process, finished goods, supplies and other inventories located on (or related to, used or held for use in connection with (in each case, whether or not located on)) any Other Lease, Other Subject Unit, Other Easement or Other Well;

(dd)      all goodwill associated with the Other Assets;

(ee)      the Office Sublease, the Lafayette Lease Agreement, the Warehouse Lease and the Lubrizol Sublease and, in each case, the premises demised thereunder, all fixtures and appurtenances thereto, and all furniture and other personal (movable) property located therein (collectively, the "*Office Assets*");

(ff)      all credits or other rights to prepaid expenses, deposits, advances, prepayments, excess or unearned premiums, costs, and other refunds attributable to the Other Assets;

(gg)      all (i) Suspense Funds and Undisbursed Revenue related to the Acquired Interests and (ii) Prepaid JOA Funds;

(hh)      all futures, options, swaps and other derivatives with respect to the sale of Hydrocarbons described in <u>clauses (f)</u> or <u>(u)</u> of this <u>Section 1.2</u> and novated to Buyer pursuant to <u>Section 6.15</u> (the "*Hedges*");

(ii)      all assets relating to the Assumed Employee Plans (to the extent funded);

(jj)      all of the Sellers' economic analyses and pricing forecasts relating to any of the Assets;

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

(kk)     all Transferred Intellectual Property;

(ll)     all Seller IT Assets;

(mm)    all Tax refunds other than those described in Section 1.3(f);

(nn)     all collateral securing any bond provided for any of the Assets;

(oo)     all memberships (*lidmaatschap*), including all membership rights (*lidmaatschapsrechten*) of Fieldwood U.A. held by any Seller (the "***Fieldwood U.A. Interests***") and all shares in the capital of Fieldwood Mexico and any of its Subsidiaries (Fieldwood Mexico and its Subsidiaries, collectively, the "***Mexico JV***") held by any Seller (the "***JV Interests***"), and all rights, interests and title in and to such Seller's equity ownership of, and all present and future rights of such Seller as an equity holder of, Fieldwood U.A. or the Mexico JV, as applicable, both actual and contingent, including all distributions of profits, dividends, distribution of reserves, repayments of capital, liquidation or dissolution proceeds and all other distributions, payments and repayments in respect of such equity ownership and any right to receive the same, and all other rights in respect of such equity ownership under or pursuant to the organizational documents of and any equity holders' agreement in respect of Fieldwood U.A. or the Mexico JV, as applicable;

(pp)     the Specified P&A Equipment;

(qq)     all proceeds recovered under the Tail Policy, but only with respect to reimbursement of D&O Indemnified Liabilities actually paid by Buyer pursuant to Section 10.1‐23; and

(rr)     all rights, claims, demands and causes of action of the Sellers (x) relating to the Acquired Interests or the Assumed Liabilities, including and (y) without duplication, those set forth on Schedule 1.2(rr); *provided* that this clause (rr) shall not apply with respect to or in connection with Taxes or Tax refunds.;

(ss)     for clarity, and without duplication, the "Assets" (as defined in the Mexico PSA), unless the "Completion Date" (as defined in the Mexico PSA) has occurred prior to the Closing Date;

(tt)     all of Sellers' right, title and interest in the owned real property described on Exhibit M-2 and an undivided 25% interest in the real property described on Exhibit M-1; and

(uu)     all of Sellers' shares of stock of, or other equity interests in, White Shoal Pipeline Corp., a Delaware corporation (the "***White Shoal Equity***").

1.3    Excluded Assets.  The Assets and Acquired Interests do not include, and there is hereby expressly excepted and excluded therefrom and reserved to the Sellers, all assets and properties of each Seller and its Affiliates that are not described or otherwise identified as Acquired Interests in Section 1.2, including the following assets and properties (the "***Excluded Assets***"):

9

(a)      all corporate, financial, legal (other than title opinions) and tax records of the Sellers, but excluding Records;

(b)      other than (i) the Fieldwood U.A. Interests and the shares of capital stock or equity interests of any Person held, directly or indirectly, by Fieldwood U.A. and (ii) the JV Interests and the shares of capital stock or equity interests of any Person held, directly or indirectly, by Fieldwood Mexico and its Subsidiaries, any shares of capital stock or other equity interest held by the Sellers in any other Person;

(c)      all BOEM operator numbers;

(d)      all of the Sellers' right, title and interest in and to those interests, rights, properties and assets more particularly described on **Schedule 1.3(d)** as such Schedule may be amended in accordance with Section 2.6;

(e)      all of the Sellers' right, title and interest in, to and under any of the FWE I Assets, other than any Applicable Shared Asset Interests added to the Co-Owned Assets or Other Assets by Buyer pursuant to the terms of Section 1.2;

(f)      all Tax refunds (other than Covered Tax Refunds) attributable to the Retained Liabilities;

(g)      all Excluded Contracts;

(h)      all assets of any Employee Plan that are not Assumed Employee Plans;

(i)      all Intellectual Property owned or purported to be owned by any Seller (other than Transferred Intellectual Property);

(j)      all insurance policies held by the Sellers;

(k)      all rights, claims, demands and causes of action of the Sellers under this Agreement;

(l)      all cash held in accounts of the Sellers, other than (i) Suspense Funds, (ii) Undisbursed Revenue and (iii) Prepaid JOA Funds;

(m)      any and all Claims of any Seller against other Persons pertaining to Imbalances attributable to the FWE I Assets;

(n)      the Specified Excluded Receivables;

(o)      all Avoidance Actions;

(p)      as to each of lease OCS-G 1449 covering portions of West Delta 57, 79 and 80, OCS-G 1874 covering portions of West Delta 79 and 80, OCS-G 1989 and OCS-G 2136 covering portions of West Delta 80, OCS-00786 covering South Marsh Island 48 and lease OCS-

G 1609 covering South Pass 61, any interest other than any overriding royalty interests held by the Sellers in such lease;

(q)     solely as to lease OCS-G 12210 covering Green Canyon 201 any record title or operating rights (for the avoidance of doubt, not including any overriding royalty interests) in the NE1/4 of Block 201, Green Canyon; and

(r)     solely as to lease OCS-G 10794 covering Ship Shoal 301, Fieldwood's overriding royalty interest in such lease.; and

(s)     notwithstanding anything herein to the contrary, if the "Completion Date" (as defined in the Mexico PSA) occurs prior to the Closing Date, the "Assets" (as defined in the Mexico PSA) and, for the avoidance of doubt, the right of the "Seller" (as defined in the Mexico PSA) to receive the "Purchase Price" (as defined in the Mexico PSA).

1.4     Effective Time.  The purchase and sale of the Acquired Interests shall be effective as of 7:00 am (Central Prevailing Time) on the Closing Date (the "**Effective Time**"). For the avoidance of doubt, after the Closing, (a) all Hydrocarbons produced from the FWE I Oil and Gas Properties on or after the Effective Time and (b) the Working Capital Assets shall be owned by Buyer. To the extent Sellers receive proceeds on account of the sale of Hydrocarbons that constitute Acquired Interests or receive proceeds on account of Working Capital Assets ("**Buyer Proceeds**"), Sellers shall deliver such proceeds to Buyer promptly following Sellers' receipt thereof.

1.5     Certain Sellers.  The Parties agree that each of FW GOM Pipeline and GOM Shelf have executed this Agreement as Sellers solely for the purpose of selling, assigning, conveying, transferring and delivering to Buyer any Acquired Interests held by such entities as of the Closing pursuant to this Article I and the applicable Transfer Documents, and without limiting the applicability of covenants and representations to the closing conditions set forth in Article VII neither FW GOM Pipeline nor GOM Shelf makes, or shall have any obligation or liability with respect to, any other covenant or representation of the Sellers made under this Agreement or any certificate delivered pursuant hereto.  For the avoidance of doubt, neither FW GOM Pipeline or GOM Shelf shall be required or obligated to sell, assign, convey, transfer or deliver to Buyer or Buyer 2 any of the GOM Shelf Oil and Gas Properties.  Notwithstanding anything to the contrary, Fieldwood Energy I, GOM Shelf, and their Subsidiaries shall have no liability under this Agreement or any Ancillary Document (including, without limitation, for breach, misrepresentation, fraud, breach of warranty, or otherwise) or relating to the sale or purchase of the Acquired Interests, the operation or business of the Acquired Interests, or any other transactions contemplated by this Agreement or any Ancillary Document, except for any breach (i) by Fieldwood Energy I of its obligations pursuant to Section 3(b)(i) of the Plan of Merger (as contemplated by Section 10.12(e)) or (ii) by FW GOM Pipeline or GOM Shelf of its obligations pursuant to Sections 9.2, 10.2, 10.3, 10.4, 10.5, 10.6, 10.7, 10.9 and, in respect of its interest in an asset which is also in part a Co-Owned Asset, 10.11.

1.6     FERC and Marketing-Related Contract Matters.  Notwithstanding anything to the contrary in this Agreement or any assignment instrument delivered pursuant hereto, the assignment to Buyer of each Delayed FERC-Regulated Asset and Marketing Contract will not be

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

deemed effective until, and will be deemed effective upon, the Condition Precedent End Date. With respect to the period from the Effective Date and until the Condition Precedent End Date, Fieldwood (which, following the Closing Date will be known as Fieldwood Energy III LLC) and Buyer have or shall enter into one or more hydrocarbon purchase agreements whereby Buyer will sell hydrocarbons produced from its assets to Fieldwood on mutually agreeable terms. Further, notwithstanding anything herein to the contrary, until such time as a Delayed FERC-Regulated Asset or Marketing Contract is assigned to Buyer at the Condition Precedent End Date, Fieldwood and Buyer shall each be allocated and shall pay, pay over or reimburse to the other all costs, expenses, liabilities and benefits arising in connection with such Delayed FERC-Regulated Asset or Marketing Contract (taking into account any payments made or services received pursuant to the hydrocarbon purchase agreements described above and the Contract Operating Agreement to be entered into between Buyer and Fieldwood) such that Fieldwood, on the one hand, and Buyer on the other, each bear such costs, expenses and liabilities and receive such benefits as such parties would have borne and received had such Delayed FERC-Regulated Asset or Marketing Contract been vested with Buyer at the Effective Time (without limiting the foregoing, if Fieldwood is required to post any form of credit assurance with respect to Buyer volumes attributable to the Delayed FERC-Regulated Assets or Marketing Contracts, Buyer shall provide such credit assurance as required by such Delayed FERC-Regulated Assets or Marketing Contracts and/or applicable law). For the avoidance of doubt, (a) Fieldwood shall have no obligation to pay or reimburse any costs, expenses, or liabilities related to any Delayed FERC-Regulated Asset or Marketing Contract from any funds other than the funds Fieldwood receives pursuant to such Delayed FERC-Regulated Asset or Marketing Contract and (b) Buyer shall reimburse Fieldwood upon demand for any and all costs, expenses, or liabilities incurred by Fieldwood related to the defense of any claims asserted against Fieldwood related to the Delayed FERC-Regulated Assets or Marketing Contracts.

**ARTICLE II**
**CONSIDERATION**

2.1    Consideration.

(a)    The aggregate consideration to be paid by Buyer and Buyer 2 to the Sellers with respect to the sale to Buyer and Buyer 2 of the Acquired Interests shall consist of the following (collectively, the "**Consideration**"): (1) a credit bid and equivalent release of the Sellers and any guarantors (and their respective successors and assigns) from a portion of the Claims arising under the Credit Agreement, in an aggregate amount up to the FLTL Claims Allowed Amount (as defined in the Plan) (the "**Credit Bid and Release**")[4], (2) the Cash Portion, (3) the GUC Warrants, (4) the SLTL Warrants, (5) the Subscription Rights and (6) Buyer's assumption of the Assumed Liabilities (including, for the avoidance of doubt, the Liabilities set

---

[4] Note to Draft: Credit Bid and Release to be equal to at least $1.03 billion, less (i) the Cash Portion, (ii) the GUC Warrants, (iii) the SLTL Warrants, (iv) the Subscription Rights and (v) the amount of the First Lien Exit Facility on the Closing Date, subject to such other adjustments as agreed with consent of the Debtors, the Required DIP Lenders and the Requisite FLTL Lenders (each as defined in the Plan).

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

forth in Section 11.1(o))[5].  For the avoidance of doubt, the Credit Bid and Release will not include all of the Claims arising under the Credit Agreement, and (x) the portion of such Claims not included in the Credit Bid and Release will not be transferred to Sellers by Buyer and Buyer 2 pursuant to this Agreement and (y) the holder(s) thereof will be entitled to receive the distribution of the FLTL Subscription Rights by the Debtors pursuant to, and as contemplated by, the Plan.  The Credit Bid and Release shall be equal to at least $1.03 billion, less (i) the Cash Portion, (ii) the GUC Warrants, (iii) the SLTL Warrants, (iv) the Subscription Rights and (v) the amount of the First Lien Exit Facility on the Closing Date, subject to such other adjustments as agreed with consent of the Debtors, the Required DIP Lenders and the Requisite FLTL Lenders (each as defined in the Plan).

(b)     Prior to the Closing, the Sellers and Buyer shall in good faith endeavor to agree upon the Closing Cash Amount, the Effective Date Cash Obligations and the Effective Date Cash Obligations Amount in accordance with the definitions thereof.

(c)     The Parties hereby agree that, for U.S. federal income tax purposes, the assumption by Buyer of the remaining Allowed FLFO Claims (as such term is defined in the Plan) pursuant to Section 11.1(o) hereof shall be treated as if: (i) Buyer issues a debt instrument to the Sellers ("**Buyer Obligation**") with terms that are identical (with the exception of the obligor) to the terms of the Buyer Parent Debt (defined below) as additional consideration for the Acquired Interests, (ii) the Sellers deliver the Buyer Obligation to holders of Allowed FLFO Claims (as such term is defined in the Plan) (together with the FLFO Distribution Amount (as such term is defined in the Plan)) in satisfaction of their Allowed FLFO Claims (as such term is defined in the Plan), in a transaction that constitutes a "significant modification" within the meaning of Treasury Regulations Section 1.1001-3, and (iii) Buyer Parent issues the First Lien Exit Facility (as such term is defined in the Plan) (the "**Buyer Parent Debt**") to holders of Allowed FLFO Claims (as such term is defined in the Plan) in substitution of the Buyer Obligation, thereby assuming Buyer's obligation with respect to the Buyer Obligation. The parties further agree that (i) the issue price, within the meaning of Section 1273 of the Code, of the Buyer Obligation is equal to the issue price of the Buyer Parent Debt and (ii) the Sellers shall take into account for U.S. federal income tax purposes any cancellation of debt consequences under the Code, resulting from or in connection with (including as a result of the application of Treasury Regulations Section 1.1274-5, if applicable) or arising from the transactions described in this paragraph.

2.2     Allocation of Adjusted Consideration.  The Parties acknowledge and agree that the Credit Bid and Release and the Cash Portion (and the Assumed Liabilities, taking into account Section 2.1(c), and other relevant items, to the extent properly taken into account under the federal income Tax principles as consideration for the Acquired Interests) shall be allocated among the Acquired Interests in accordance with Section 1060 of the Code and the Treasury Regulations thereunder (and any similar provision of state, local or non-U.S. Law, as appropriate).  Buyer shall, as promptly as practicable after the Closing Date, but in no case later than one hundred twenty (120) days following the Closing Date, prepare and deliver to the

---

[5]  Note to Draft: Sellers to be third party beneficiaries of the Direction Letter, with the right to specifically enforce the Credit Bid and Release.

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

Sellers a proposed allocation as described in the preceding sentence (the "***Initial Allocation***"). The Parties, for a period of no more than ninety (90) days, shall cooperate in good faith to resolve any disagreements the Sellers may have with the Initial Allocation and agree on a final allocation (the "***Final Allocation***"). The Parties agree to file all Tax Returns (including the filing of IRS Form 8594 with their U.S. federal income Tax Return for the taxable year that includes the date of the Closing) consistent with the Final Allocation unless otherwise required by applicable Law.

2.3     Consents to Assign.

(a) The Sellers shall, within five (5) Business Days after the Execution Date (to the extent not sent prior to the Execution Date), send to the holder of each Applicable Consent with respect to each Lease and any Assigned Contract that is not a 365 Contract (for which notices regarding 365 Contracts are addressed in Section 6.7) a notice seeking such holder's consent to the transactions contemplated hereby or as otherwise sufficient to permit the assignment of such Lease or Assigned Contract to Buyer or Buyer 2, as applicable, pursuant to this Agreement upon entry of the Confirmation Order.  Upon request of Buyer, the Sellers shall promptly provide a reasonable update to Buyer regarding the status of requests for consents made pursuant to this Section 2.3(a).

(a)     [reserved.]

(b)     If the Sellers fail to obtain an Applicable Consent prior to Closing and (i) with respect to any Lease or Assigned Contract that is not a 365 Contract, (A) the failure to obtain such Applicable Consent would under the express terms thereof cause the assignment of the Acquired Interest affected thereby to Buyer or Buyer 2, as applicable, to be void or voidable, (B) the failure to obtain such Applicable Consent would under the express terms thereof permit the termination of such Lease or Assigned Contract under the express terms thereof upon the purported assignment of such Lease or Assigned Contract to Buyer or Buyer 2, as applicable, pursuant to this Agreement, or (C) the failure to obtain such Applicable Consent would under the express terms thereof permit a party to such Lease or Assigned Contract to impose a financial or other penalty on any Seller, Buyer or Buyer 2 or (ii) with respect to any Lease or Assigned Contract, a party holding such Applicable Consent right has objected to the assignment of the affected Acquired Interest in accordance with the terms of the relevant Applicable Consent right (each Consent as to which clause (i) or (ii) is applicable, a "***Required Consent***"), then, unless the Bankruptcy Court has entered an order approving (or in the case of clause (ii), such objection is resolved to permit) the sale and assignment of the affected Acquired Interest to Buyer or Buyer 2, as applicable, pursuant to this Agreement without obtaining such Required Consent (and without Buyer or Buyer 2 being subject to the consequences set forth in clauses (i)(A) through (i)(C) of the definition of Required Consent as a result of not obtaining such Required Consent), the Acquired Interests (or portions thereof) affected by such un-obtained Required Consent shall be excluded from the Acquired Interests to be assigned to Buyer or Buyer 2 at Closing (and shall be considered Excluded Assets hereunder)  (a "***Delayed Asset***").  In the event that any such Required Consent with respect to any such Delayed Asset (or portion thereof) is obtained during the Post-Closing Consent Period (or if during the Post-Closing Consent Period the Bankruptcy Court enters an order providing that (x) such Required Consent is not required to consummate the sale and assignment of the Delayed Asset to Buyer or Buyer 2, as applicable, pursuant to this

14

the Acquired Interests to Buyer or Buyer 2, as applicable, pursuant to this Agreement, in accordance with Sections 6.5(ba) and (eb). If Buyer so requests, the Sellers shall be required to make any payments or provide any other consideration in order to obtain any Governmental Approval (provided that Buyer shall reimburse Sellers for any such payment made after the Closing); *provided*, *however*, that without the consent of Buyer, the Sellers shall not be required to incur any Liability, pay any money or provide any other consideration in order to obtain any such Governmental Approval (other than any Liability or obligation to pay money or provide consideration that has been expressly assumed by Buyer). If, as of the Closing, any Governmental Approval, other than any Governmental Approval that is required or permitted to be made or obtained after the Closing (and, if permitted, customarily made or obtained after the Closing) (each, an "***Applicable Governmental Approval***"), has not been obtained and, notwithstanding the entry of the Confirmation Order, the failure to have obtained such Applicable Governmental Approval restricts the Sellers' ability to transfer any Acquired Interest to Buyer or Buyer 2, as applicable, at Closing, then, notwithstanding anything to the contrary herein, (x) (A) without limiting any of the rights of Buyer hereunder, including those set forth in Section 7.3, Buyer in its sole discretion may elect for the Sellers not to sell, transfer, convey, assign or deliver such Acquired Interests (which shall be treated as Delayed Assets, *mutatis mutandis*) and (B) from and after the Closing, (i) the Sellers and Buyer shall reasonably cooperate in a reasonable arrangement (to the extent legally permissible) to provide Buyer or Buyer 2, as applicable, with all of the benefits of, or under, such Delayed Asset, including (at Buyer's cost) enforcement for the benefit of Buyer or Buyer 2, as applicable, of any and all rights of the Sellers against any party with respect to such Delayed Asset arising out of the breach or cancellation with respect to such Delayed Asset by such party; *provided*, that to the extent that any such arrangement has been made to provide Buyer or Buyer 2, as applicable, with the benefits of, under or with respect to, a Delayed Asset, from and after the Closing, Buyer shall be responsible for, and shall promptly pay and perform all payment and other obligations under such Delayed Asset for the period during which Buyer or Buyer 2, as applicable, is receiving the benefits under the applicable Delayed Asset to the same extent as if such Delayed Asset had been assigned or transferred at the Closing, (ii) the Sellers shall reasonably cooperate with Buyer to obtain such Applicable Governmental Approval, and (iii) subject to the immediately following proviso, the Sellers shall promptly after receipt of the Applicable Governmental Approval with respect to such Delayed Asset, sell, transfer, convey, assign and deliver such Delayed Asset to Buyer or Buyer 2, as applicable, and Buyer or Buyer 2, as applicable, shall accept such conveyance; *provided* that, with respect to any such Delayed Asset that is an Other Asset, Buyer in its sole discretion (subject to the immediately following proviso) may elect for the Sellers not to sell, transfer, convey, assign or deliver such Delayed Asset to Buyer after receipt of the Applicable Governmental Approval; *provided* however that Buyer shall so request such sale, transfer, conveyance, assignment and deliverance promptly after receipt of the Applicable Governmental Approval, unless (1) the retention of such Delayed Asset by the applicable Seller would not result in such Seller retaining any incremental Liabilities as compared to if such Seller had transferred such Delayed Asset to Buyer (unless Buyer provides an amount in cash to the Sellers equal to the amount of such Liabilities and/or indemnification to the Sellers for any such Liabilities) or (2) the Sellers and Buyer mutually agree not to make such sale, transfer, conveyance, assignment and deliverance of such Delayed Asset; *provided further* that from and after the date that is six (6) months after the Closing, Buyer shall have no obligation to make any such request and may elect for the Sellers to retain such Delayed Asset, in which case such

17

Delayed Asset shall be an Excluded Asset for all purposes under this Agreement and the arrangements described under <u>clause (B)(i)</u> shall terminate.

      2.5    <u>Preferential Rights</u>.

      ~~(a) The Sellers shall, within five (5) Business Days after the Execution Date (to the extent not sent prior to the Execution Date), send to the holder of each Preferential Right with respect to any Acquired Interest a notice setting forth the information required to satisfy such notice provision for such Preferential Right and requesting a waiver thereof or as otherwise sufficient to permit the assignment of such Acquired Interest to Buyer or Buyer 2, as applicable, pursuant to this Agreement upon entry of the Confirmation Order free and clear of such Preferential Right if such Preferential Right is not validly waived or exercised prior to Closing. The Sellers and Buyer shall agree in good faith on the holders to whom the notices in the preceding sentence shall be sent. Upon request of Buyer, the Sellers shall promptly provide a reasonable update to Buyer regarding requests for waivers of Preferential Rights made pursuant to this Section 2.5(a).~~

      <u>(a)</u>    [Reserved.]

      (b)    If a bona fide Preferential Right with respect to any Acquired Interest is validly exercised prior to the Closing, such Acquired Interest and the related Contracts (solely to the extent related to such Acquired Interest) shall be excluded from the Acquired Interests conveyed to Buyer or Buyer 2, as applicable, at the Closing, the affected Acquired Interest will be deemed to be an Excluded Asset, and the Sellers shall pay over to Buyer all proceeds received for the affected Acquired Interest and related Contracts (or portion thereof) from the Person exercising such Preferential Right.

      (c)    If prior to Closing (i) any Acquired Interest is burdened by a Preferential Right that has not been validly exercised or waived as of the Closing, regardless of whether the time period for the exercise of such right has expired or (ii) any Person asserts that it is the beneficiary of a Preferential Right with respect to any Acquired Interest and objects to the sale of such Acquired Interest to Buyer pursuant to this Agreement and such objection is not resolved so as to permit the sale and assignment of such Acquired Interest free and clear of such Preferential Right (as applicable to the sale and assignment to Buyer or Buyer 2, as applicable, pursuant to this Agreement) to Buyer or Buyer 2, as applicable (~~by Final Order of the Bankruptcy Court or otherwise~~ to Buyer's reasonable satisfaction), then, without limiting any of the rights of Buyer hereunder, including those set forth in <u>Section 7.3</u>, (A) at Buyer's option, such Acquired Interest shall be excluded from the Acquired Interests and treated as a Delayed Asset (*mutatis mutandis*), and (B) from and after the Closing, if Buyer so elects, (i) the Sellers and Buyer shall reasonably cooperate to provide a reasonable arrangement (to the extent legally permissible) to provide Buyer or Buyer 2, as applicable, with all of the benefits of, or under, such Delayed Asset, including (at Buyer's cost) enforcement for the benefit of Buyer or Buyer 2, as applicable, of any and all rights of the Sellers against any party with respect to such Delayed Asset arising out of the breach or cancellation with respect to such Delayed Asset by such party; *provided*, that to the extent that any such arrangement has been made to provide Buyer or Buyer 2, as applicable, with the benefits of, under or with respect to, a Delayed Asset, from and after the Closing, Buyer shall be responsible for, and shall promptly pay and perform all payment and other obligations under

18

such Delayed Asset for the period during which Buyer or Buyer 2, as applicable, is receiving the benefits under the applicable Delayed Asset to the same extent as if such Delayed Asset had been assigned or transferred at the Closing, (ii) the Sellers and Buyer shall reasonably cooperate with Buyer to obtain the waiver of the Preferential Right with respect to such Delayed Asset, and (iii) if such asserted Preferential Right is not validly exercised prior to its expiration or waiver, or if the dispute regarding the Preferential Right affecting such Delayed Asset is resolved by Final Order of the Bankruptcy Court or otherwise to Buyer's reasonable satisfaction, such Delayed Asset, subject to the immediately following proviso, shall be promptly conveyed to Buyer or Buyer 2, as applicable; *provided* that, with respect to any such Delayed Asset that is an Other Asset, Buyer in its sole discretion (subject to the immediately following proviso) may elect for the Sellers not to sell, transfer, convey, assign or deliver such Delayed Asset to Buyer after the occurrence of the events in the preceding clause (iii); *provided* that Buyer shall so elect, unless (x) the retention of such Delayed Asset by the applicable Seller would not result in such Seller retaining any incremental Liability as compared to if such Seller had transferred such Delayed Asset to Buyer (unless Buyer provides an amount in cash to the Sellers equal to the amount of such Liabilities and/or indemnification to the Sellers for any such Liabilities) or (y) the Sellers and Buyer mutually agree for Buyer not to so elect; *provided further* that from and after the date that is six (6) months after the Closing, Buyer shall have no obligation to make any such election and may elect for the Sellers to retain such Delayed Asset, in which case such Delayed Asset shall be an Excluded Asset for all purposes under this Agreement and the arrangements described in <u>clause (B)(i)</u> shall terminate.  If, for any reason, such Preferential Right is validly exercised by the holder thereof after the Closing and prior to an election by Buyer for the Sellers to retain such Delayed Asset pursuant to the second proviso in the preceding sentence, the Sellers shall pay over to Buyer all proceeds paid for the affected Acquired Interest by the holder of the relevant Preferential Right.

2.6 [Reserved.]

2.6    2.7 Withholding.  Buyer and its Affiliates shall be entitled to deduct and withhold, from any amounts payable under this Agreement, amounts required to be deducted and withheld under the Code or any other applicable Law.  To the extent any amount is so withheld and paid to the appropriate Governmental Authority pursuant to applicable Law, such withheld amounts shall be treated for all purposes of the Agreement as having been paid to the Person in respect of which such deduction or withholding was made.

2.7    2.8 Assets Sold "As Is, Where Is".

(a)    BUYER ACKNOWLEDGES AND AGREES THAT THE ACQUIRED INTERESTS SOLD PURSUANT TO THIS AGREEMENT ARE SOLD, CONVEYED, TRANSFERRED AND ASSIGNED ON AN "AS IS, WHERE IS" BASIS "*WITH ALL FAULTS*" AND THAT, EXCEPT AS SET FORTH IN <u>ARTICLE IV</u> OF THIS AGREEMENT AND THE CERTIFICATES DELIVERED BY THE SELLERS AT CLOSING (BUT SUBJECT TO THE TERMINATION OF REPRESENTATIONS AND WARRANTIES AT CLOSING PURSUANT TO <u>SECTION 13.1</u>), THE SELLERS MAKE NO REPRESENTATIONS OR WARRANTIES, TERMS, CONDITIONS, UNDERSTANDINGS OR COLLATERAL AGREEMENTS OF ANY NATURE OR KIND, EXPRESS OR IMPLIED, BY STATUTE OR OTHERWISE, CONCERNING THE ACQUIRED INTERESTS OR THE CONDITION,

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

2.8   ~~2.9~~ Presence of Wastes, NORM, Hazardous Substances and Asbestos. BUYER ACKNOWLEDGES THAT THE ACQUIRED INTERESTS HAVE BEEN USED TO EXPLORE FOR, DEVELOP AND PRODUCE HYDROCARBONS, AND THAT SPILLS OF WASTES, CRUDE OIL, PRODUCED WATER, HAZARDOUS SUBSTANCES AND OTHER MATERIALS MAY HAVE OCCURRED THEREON OR THEREFROM.  ADDITIONALLY, THE ACQUIRED INTERESTS, INCLUDING PRODUCTION EQUIPMENT, MAY CONTAIN ASBESTOS, HAZARDOUS SUBSTANCES OR NORM.  NORM MAY AFFIX OR ATTACH ITSELF TO THE INSIDE OF WELLS, MATERIALS AND EQUIPMENT AS SCALE OR IN OTHER FORMS, AND NORM-CONTAINING MATERIAL MAY HAVE BEEN BURIED OR OTHERWISE DISPOSED OF ON THE ACQUIRED INTERESTS. SPECIAL PROCEDURES MAY BE REQUIRED FOR REMEDIATION, REMOVING, TRANSPORTING AND DISPOSING OF ASBESTOS, NORM, HAZARDOUS SUBSTANCES AND OTHER MATERIALS FROM THE ACQUIRED INTERESTS.

## ARTICLE III
## DUE DILIGENCE

3.1   Due Diligence.

(a)   From and after the date hereof until the Closing Date, the Sellers shall (i) afford to Buyer and its Representatives (at Buyer's cost) during normal business hours (A) upon the reasonable request of Buyer, reasonable access to and entry upon any specified Field Asset (subject to (1) execution of the Sellers' customary boarding agreement, (2) the terms, conditions and restrictions of agreements that are related to access to such Field Assets and to which any Seller is a party and (3) the consent of any third party operator, as applicable), including execution of agreements required by any third party with respect to access to such Field Assets for the purposes of performing onsite tests, inspections, examinations, investigations, studies and assessments of the Field Assets (including non-invasive environmental assessments of the Field Assets and, subject to the consent of the Sellers (such consent not to be unreasonably withheld, conditioned or delayed) invasive environmental assessments of the Field Assets; *provided*, that prior to conducting any invasive environmental assessments, Buyer and Sellers will cooperate in good faith to enter into a written agreement with respect to the parameters and scope of, allocation of liability with respect to, and rights to information (including samples) arising from, such assessments); and (B) at the offices of each of the Sellers, (1) reasonable access to the Sellers' title records, Leases, Easements, Contracts, environmental and legal materials, books, records, statements and operating data, information relating to the Field Assets (including all land and title records, surveys, abstracts of title, title insurance policies, title opinions, title curative and all lease, contract, division order, marketing, acquisition, correspondence, operations, environmental, insurance, production, accounting, regulatory, Property-Related Tax, Production Tax, Transfer Tax and well records and files) and any other information or documents that are in the possession or control of the Sellers and relate in any way to any Acquired Interests and (2) to the extent permitted in accordance with applicable licensing agreements, the opportunity to review the Field Data, and (ii) instruct the Sellers' representatives to reasonably cooperate with Buyer and its Representatives in their investigation of the Acquired Interests.  Notwithstanding anything in this Section 3.1(a) to the contrary, (x) all such information shall be held in confidence by Buyer in accordance with the terms of Section 10.5, and (y) in no event shall the Sellers be obligated to provide (A) access or

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

each of the preceding clauses (x) and (z), after giving effect to the Confirmation Order), result in (i) a breach of or default under, or give rise to any right of termination, revocation, cancellation or acceleration under, any Permit, Lease, Subject Unit Agreement, Easement, Assigned Contract, credit agreement (excluding the Credit Agreement), note, bond, mortgage, indenture, license or other agreement, document or instrument to which any Seller is a party or by which any Seller or any of the Acquired Interests may be bound, or otherwise result in a loss of any benefit relating to the Acquired Interests, (ii) the creation or imposition of any Encumbrance upon any Acquired Interest other than Permitted Encumbrances (except that the Fieldwood U.A. Interests and the JV Interests shall not be subject to any Permitted Encumbrances other than pursuant to the Mexico PSA), or (iii) violate any applicable Law, except, in the case of the preceding clauses (i) and (ii), as would not reasonably be expected to result, individually or in the aggregate, in a Material Adverse Effect.

4.4     Authorization and Enforceability.  Subject to entry of the Disclosure Statement Order and the Confirmation Order, each Seller has full capacity, power and authority to enter into and perform this Agreement, each Ancillary Document to which such Seller is (or, upon its execution and delivery, will be) a party and the transactions contemplated herein and therein. The execution, delivery and performance by each Seller of this Agreement and each Ancillary Document to which such Seller is (or, upon its execution and delivery, will be) a party have been duly and validly authorized and approved by all necessary company action on the part of such Seller.  Subject to entry of the Disclosure Statement Order and the Confirmation Order, this Agreement and each Ancillary Document to which each Seller is (or, upon its execution and delivery, will be) a party are, or upon their execution and delivery will be, the valid and binding obligations of such Seller and enforceable against such Seller in accordance with their respective terms, subject to the effects of bankruptcy, insolvency, reorganization, moratorium and similar Laws as well as to principles of equity (regardless of whether such enforceability is considered in a proceeding in equity or at law).

4.5     Liability for Brokers' Fees.  Other than Houlihan Lokey Capital, Inc., there is no investment banker, broker, finder or other intermediary which has been retained by or is authorized to act on behalf of any Seller who might be entitled to any fee, commission or expenses in connection with the transactions contemplated by this Agreement or any of the Ancillary Documents.

4.6     Litigation.  Other than the Bankruptcy Cases or as specified on **Schedule 4.6**, no Claim (or any basis thereof) by any Governmental Authority or other Person (including expropriation or forfeiture proceedings) nor any legal, administrative or arbitration proceeding (or any basis thereof) is pending or, to the Sellers' Knowledge, threatened against any Acquired Interest or against any Seller relating to any Acquired Interest which, individually or in the aggregate, if determined or resolved adversely in accordance with the plaintiff's demands, (x) to the extent the representation is to the existence of any basis of any Claim or any legal, administrative or arbitration proceeding, would reasonably be expected to result, individually or in the aggregate, in a Material Adverse Effect and (y) otherwise, would reasonably be expected to be material to the Acquired Interests, individually or taken as a whole, or which in any manner challenges or seeks to prevent, enjoin, alter or materially delay the transactions contemplated by this Agreement.

23

no Governmental Authority responsible for the administration or imposition of Taxes in any jurisdiction in which a Seller or any of its Affiliates (in respect of the Acquired Interests) or Fieldwood U.A. has not filed a Tax Return has asserted in writing that such Seller, any of its Affiliates, or Fieldwood U.A., as the case may be, is subject to Tax or required to file a Tax Return in that jurisdiction; (j) Fieldwood U.A. has withheld and paid all Taxes required to have been withheld and paid in connection with amounts paid or owing to any employee, independent contractor, creditor, customer, shareholder or other third party; (k) Fieldwood U.A. has not been a member of any Company Group; (l) none of the Sellers or Fieldwood U.A. has engaged in a "***listed transaction***" within the meaning of Treasury Regulations Section 1.6011-4(b); (m) the Acquired Interests are not subject to, for federal income tax purposes, a partnership between any Seller and any other Person for which a partnership income tax return is required to be filed under Subchapter K of Chapter 1 of Subtitle A of the Code (other than a partnership for which an election to be excluded from such provisions is in effect pursuant to the provisions of Section 761 of the Code and the regulations thereunder); (n) Fieldwood U.A. is not, and does not own (directly or indirectly) stock or a warrant in, a corporation that is (or was at any time during the course of such ownership) a passive foreign investment company, as defined in Section 1297 of the Code; (o) Fieldwood U.A. is not a party to or bound by any Tax Sharing Agreement; and (p) **Schedule 4.9(p)** lists (A) the entity classification of Fieldwood U.A., Fieldwood Mexico and any Subsidiary thereof for U.S. federal income Tax purposes, as of the date hereof and as of the Closing Date, and (B) each entity classification election and change in entity classification that has been made under Treasury Regulations Section 301.7701-3 with respect to Fieldwood U.A., Fieldwood Mexico and any Subsidiary thereof for U.S. federal income Tax purposes.

      4.10    <u>Well Status</u>.  Except as set forth on **<u>Exhibit C</u>**, (a) the Sellers are the operators of that portion of the Lease(s) covering all Scheduled Wells; (b) all Wells that are not currently producing Hydrocarbons in paying quantities have been plugged, abandoned and decommissioned, and all related salvage, site clearance and surface restoration and decommissioning operations have been completed, in accordance with all applicable Laws in all material respects; (c) no Scheduled Well has been permanently, or is currently temporarily, plugged and abandoned; and (d) there is no Well in respect of which any Seller or any of its Affiliates has received an order from any Governmental Authority requiring that such Well be plugged and abandoned (or re-plugged), other than a Well for which such plugging and abandonment (or re-plugging) requirements have been completely satisfied.  All Wells that have not been plugged, abandoned and decommissioned are listed on **<u>Exhibit C</u>**.

      4.11    <u>Compliance with Laws; Permits</u>.  Except as would not reasonably be expected to result, individually or in the aggregate, in a Material Adverse Effect, (a) each Seller, and to the Sellers' Knowledge each Third Person operator of any Lease (or portion thereof), Subject Unit or Easement, is in compliance, and since January 1, 2018 has at all times complied, with all applicable Laws and all Permits necessary or required in each case in connection with the ownership and, with respect to each Acquired Interest operated by a Seller, operation of the Acquired Interests, including the Leases, Subject Units, Easements and Wells and the production, marketing and disposition of Hydrocarbons therefrom; and (b) with respect to each Acquired Interest, the Sellers and, to the Sellers' Knowledge, each Third Person operator of such Acquired Interest, if applicable, has all Permits necessary or required in connection with the ownership and operation of such Acquired Interest, and all such Permits are in full force and effect.  Since January 1, 2018, no Seller has received written notice from any Governmental

25

any action to terminate, cancel, rescind, repudiate or procure a judicial reformation of any such Material Contract or any provision thereof.

(c)     Prior to the Execution Date, the Sellers made available to Buyer accurate and complete copies of all Leases and Easements. Except as set forth on **Schedule 4.14(c)**, no Seller is a party to or bound by any Lease or Easement (other than any Lease or Easement that is an Excluded Asset or Retained Liability).

4.15     Imbalances; Prepayments.   Except as set forth on **Schedule 4.15**, as of ~~the Execution Date~~July 30, 2021, (x) no Seller has a Claim constituting an Acquired Interest and (y) no Seller is subject to any Liability constituting an Assumed Liability, with respect to any Imbalance.

4.16     AFEs; Cash Calls.   Except as set forth on **Schedule 4.16(a)**, no authorities for expenditure or other commitments to make capital expenditures relating to any Acquired Interest for which the Sellers' liability is in excess of $200,000 is outstanding.   Except as set forth on **Schedule 4.16(b)**, no cash calls or payments due from any Seller under the terms of the Assigned Contracts or otherwise relating to the Acquired Interests are past due by more than thirty (30) days (excluding amounts being disputed in good faith).

4.17     Labor and Employment Matters.

(a)     The Sellers have provided the Ad Hoc Group of Secured Lenders Advisors (as defined in the Plan), on a confidential basis and for professional eyes only, with a true and complete list of the following information for all employees of the Sellers and of each of their Affiliates (such employees from time to time, and whether or not listed, the "***Seller Employees***"), including name, title, hire date, location, whether full- or part-time, whether active or on leave (and, if on leave, the nature of the leave and the expected return date), whether exempt from the Fair Labor Standards Act of 1938, annual salary or wage rate, most recent annual bonus received, and current annual bonus opportunity (such list, the "***Employee List***"), which list may not be shared with any debt or equity holders of Buyer.  In addition, the Sellers have provided Buyer with the Employee List, but excluding each Seller Employee's name and title, which can be shared with Buyer's debt and equity holders, the DIP Lenders (as such term is defined in the Plan) and the Prepetition FLTL Lenders (as such term is defined in the Plan).

(b)     The Sellers and each of their Affiliates are, and for the last three (3) years, have been, in compliance in all material respects with applicable Laws relating to labor and employment, including those relating to worker classification, labor management relations, wages and hours (including classification of independent contractors and exempt and non-exempt employees), overtime, collective bargaining, unemployment, workers' compensation, equal employment opportunity, discrimination, civil rights, affirmative action, work authorization, immigration, safety and health, continuation coverage under group health plans, information privacy and security and payment of withholding of taxes and social security.

(c)     For the last three (3) years, (i), no allegations of sexual harassment or other sexual misconduct have been made against any current or former employee or independent contractor of the Sellers or any of their Affiliates who has three or more direct reports, (ii) there

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

(c)      Each Assumed Employee Plan that is intended to be qualified under Section 401(a) of the Code has received a favorable determination letter or opinion, is entitled to rely on an opinion letter from the IRS or has applied to the IRS for such a letter within the applicable remedial amendment period or such period has not expired and, to the Sellers' Knowledge, no circumstances exist that would reasonably be expected to result in the loss of such qualification.

(d)      No Assumed Employee Plan provides for any post-employment or post-retirement medical, dental, disability, hospitalization, life or similar benefits (whether insured or self-insured) to any current or former employee of the Sellers (other than coverage mandated by applicable Law, including COBRA).

(e)      Each Employee Plan has been maintained, funded and administered in compliance with its terms and all applicable Law, including ERISA and the Code, except where the failure to be so operated would not reasonably be expected to result in a material Liability. There is no action, suit, investigation, audit, proceeding or claim (other than routine claims for benefits) pending against or, to the Sellers' Knowledge, threatened against or involving any Employee Plan before any court or arbitrator or any Governmental Authority, including the IRS, the Department of Labor or the Pension Benefit Guaranty Corporation, that would reasonably be expected to result in a material Liability.

(f)      Neither the execution of this Agreement nor the consummation of the transactions contemplated hereby (either alone or together with any other event) will (i) entitle any current or former employee or independent contractor to any material payment or benefit, including any bonus, retention, severance, retirement or job security payment or benefit, (ii) accelerate the time of payment or vesting or trigger any payment or funding (through a grantor trust or otherwise) of compensation or benefits under, or increase the amount payable or trigger any other obligation under, any Employee Plan with respect to any current or former employee or independent contractor or (iii) result in the payment of any amount that would subject any current or former employee or independent contractor to excise taxes under Section 4999 of the Code.

4.19      Non-Consent Operations.  Except as set forth on **Schedule 4.19**, no operations are being conducted or have been conducted on any Field Assets with respect to which any Seller has elected, or been deemed, to be a non-consenting party under the applicable operating agreement and with respect to which all of such Seller's rights have not yet reverted to it.

4.20      Suspense Funds.  **Schedule 4.20** sets forth the amount of all Suspense Funds as of the date set forth thereinJuly 30, 2021.

4.21      Payout Balances.  To the Sellers' Knowledge, **Schedule 4.21** contains a list of the estimated status of any "*payout*" balance (on a gross Working Interest basis for all Working Interest owners affected thereby), as of the date set forth on such Schedule, for each Well, Lease or Subject Unit that is subject to a reversion or other adjustment at some level of cost recovery or payout.

4.22    Title to Acquired Interests.

(a)    The Sellers: (i) with respect to each Lease listed on **Exhibit A**, hold pursuant to such Lease a valid interest in all or a portion of the oil and gas interests leased pursuant to such Lease, (ii) with respect to each Easement listed on **Exhibit B**, have a valid easement or other limited property interest in such Easement and (iii) with respect to each Well listed on **Exhibit C**, hold pursuant to one or more of the Leases a valid interest in all or a portion of the oil and gas produced from such Well, in each case, free and clear of any Encumbrances (other than (x) Permitted Encumbrances and (y) as would not be material to such Acquired Interest). For the avoidance of doubt, the Sellers do not make any representations or warranties pursuant to the preceding sentence with respect to holding any specific net revenue interest or working interest in any of the Wells or Leases.  Except for the Encumbrances described on **Schedule 4.22**, the Sellers have good and valid title to all Acquired Interests other than the Wells, Leases, Easements and Subject Units, and are the record and beneficial owners of the Fieldwood U.A. Interests and the JV Interests, in each case free and clear of any Encumbrances and any other limitation or restriction (including any restriction on the right to vote, sell or otherwise dispose of the Fieldwood U.A. Interests or the JV Interests), other than Permitted Encumbrances (except that the Fieldwood U.A. Interests and the JV Interests shall not be subject to any Permitted Encumbrances other than pursuant to the Mexico PSA), in each case except as would not be material to such Acquired Interest.

(b)    No Affiliate of Fieldwood that is not a Seller owns any asset, property or right that is an Acquired Interest or would have been an Acquired Interest if such Affiliate had been a Seller hereunder.

(c)    The Acquired Interests constitute all of the property and assets used or held for use in the business of the Sellers as it relates to the ownership and operation of the Leases and are adequate to conduct the business of the Sellers as it relates to the ownership and operation of the Leases as currently conducted.

(d)    Except as set forth on **Schedule 4.22(d)**, no Seller or any of its Affiliates owns any real property.

4.23    Insurance.  **Schedule 4.23** sets forth a true and complete list of all policies of insurance held by or maintained by the Sellers or any of their Affiliates related to any Acquired Interests or the Seller Employees, including the type of policy, the limits of the coverage and any deductible or self-retention limit with respect thereto.  Such policies of insurance are in full force and effect.  Except as set forth on **Schedule 4.23**, no Seller has received, since January 1, 2020, any written notice from any insurer under any insurance policy applicable to the Acquired Interests or the Seller Employees disclaiming or limiting coverage with respect to any particular material claim or such policy in general or canceling or amending any such policy.  All premiums payable under all such insurance policies have been timely paid and each Seller has otherwise complied in all material respects with the terms and conditions of all such insurance policies.  To the Knowledge of the Sellers, no termination of, material non-ordinary course premium increase with respect to, or material alteration of coverage under, any of such policies or bonds has been threatened.

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

the Owned Intellectual Property has been adjudged invalid or unenforceable in whole or part, all issuances and registrations included in the Owned Intellectual Property are valid, enforceable, in full force and effect and subsisting, and all registration, maintenance and renewal fees applicable to such issuances and registrations that are currently due have been paid and all documents and certificates related to such items and required to be filed with the relevant Governmental Authority for the purposes of maintaining such items have been filed with the relevant Governmental Authority.

(f)     To the Sellers' Knowledge, no Person has infringed, misappropriated or otherwise violated any material Owned Intellectual Property.   The Sellers have taken commercially reasonable steps in accordance with normal industry practice to maintain the confidentiality of all material Owned Intellectual Property the value of which to any of the Sellers is contingent upon maintaining the confidentiality thereof and no such material Owned Intellectual Property has been disclosed other than to employees, representatives, agents or partners of the Sellers or any other Persons, in each case, who are bound by written and enforceable confidentiality agreements.

(g)     The Sellers have appropriate procedures in place designed to provide that all material Intellectual Property conceived or developed by employees performing their duties for any Seller, and by Third Persons performing research and development for any Seller, have been assigned to such Seller, as applicable.  To the extent that any material Owned Intellectual Property has been developed or created by any Third Persons (including any current or former employee) for any Seller, such Seller has a written agreement with such Third Persons with respect thereto, which provides that such Seller either (i) has obtained ownership of and is the sole and exclusive owner of or (ii) has obtained a valid right to exploit, sufficient for the conduct of its business as it relates to the Acquired Interests, as currently conducted, such material Owned Intellectual Property.

(h)     The Seller IT Assets operate and perform in a manner that permits each Seller to conduct its business as it relates to the Acquired Interests as currently conducted, and the Sellers have taken commercially reasonable actions, consistent with current industry standards, to protect the integrity and security of the Seller IT Assets (and the confidentiality and security of all information and transactions stored or contained therein or transmitted thereby) against unauthorized use, access, interruption, modification or corruption, including the implementation of commercially reasonable (i) data backup, (ii) disaster avoidance and recovery procedures, (iii) business continuity procedures and (iv) encryption and other security protocol technology.  There has been no unauthorized use, access, interruption, modification or corruption of any Seller IT Assets that had a material adverse impact on the Sellers.

(i)     The Sellers have at all times materially complied with all applicable Laws, policies, procedures and contractual and all other obligations governing the collection, use, storage, processing, disclosure, protection, or security of Personal Information collected, used, stored, transferred or processed by or on behalf of any Seller (collectively, the "***Data Obligations***").  There has been no material loss, theft, security breach or unauthorized or unlawful disclosure or acquisition of any such Personal Information. No Claim has been asserted or, to the Sellers' Knowledge, threatened in writing, in each case, against any Seller alleging a violation of any Data Obligation.  For purposes of this Section ~~4.25(b)~~4.25(i), "***Personal***

34

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

and (C) class D shares, (ii) Fieldwood Energy de Mexico, S. de R.L. de C.V. consists of two (2) equity interests (*partes sociales*), (iii) Fieldwood Energy E&P Mexico, S. de R.L. de C.V. consists of two (2) equity interests (*partes sociales*) and (iv) Fieldwood Energy Services de Mexico, S. de R.L. de C.V. consists of two (2) equity interests (*partes sociales*) (the equity interests of the Mexico JV collectively, the "***JV Shares***").   The equity interests of Fieldwood Mexico and each of its Subsidiaries that are held by the Sellers are listed on **Schedule 4.31(c)**. To the Sellers' Knowledge, (x) the equity interests of Fieldwood Mexico, and (y) the issued and outstanding JV Shares are held of record by the Persons listed on **Schedule 4.31(c)**.

(d)     The outstanding equity interests of Fieldwood U.A., as of the Execution Date, consist of the Fieldwood U.A. Interests, and are held of record by the Persons listed on **Schedule 4.31(d)**.

(e)     All of the issued and outstanding Fieldwood U.A. Interests and, to the Sellers' Knowledge, JV Interests have been duly authorized and validly issued, and are fully paid and nonassessable and were not issued in violation of any rights of first refusal, preemptive rights or similar rights.   Except as set forth on **Schedule 4.31(c)** and **Schedule 4.31(d)**, (i) all of the outstanding securities or other similar ownership interests of any class or type of or in Fieldwood U.A. are held by Fieldwood Offshore LLC and Fieldwood, (ii) there are no outstanding securities or other similar ownership interests of any class or type of or in Fieldwood U.A. or, to the Sellers' Knowledge, the Mexico ~~J.V.~~JV and (iii) there are no outstanding options, warrants, calls, purchase rights, subscription rights, exchange rights or other rights, convertible exercisable or exchangeable securities, "***phantom***" equity rights, stock appreciation rights, equity-based performance units, or similar agreements, commitments or undertakings of any kind pursuant to which Fieldwood U.A. or, to the Sellers' Knowledge, the Mexico JV is or may become obligated to (i) issue, deliver, transfer, sell or otherwise dispose of, or pay an amount relating to, any securities or other similar ownership interests of the Mexico JV or Fieldwood U.A., or any securities convertible into or exercisable or exchangeable for any securities or other ownership interests of the Mexico JV or Fieldwood U.A., or (ii) redeem, purchase or otherwise acquire any outstanding securities of the Mexico JV or Fieldwood U.A.

(f)     Fieldwood U.A. has no employees.   Fieldwood U.A. has (i) no assets other than the JV Interests held by Fieldwood U.A. and (ii) except as set forth on **Schedule 4.31(f)**, no non *de minimis* Liabilities other than those Liabilities incident to the ownership of the JV Interests held by Fieldwood U.A. (but not any Liabilities with respect to any breach of Law or Contract with respect to the ownership of such JV Interests).

4.32     Plan of Merger.   The FWE I Oil and Gas Properties (excluding the assets listed on Exhibit I-K of the Plan of Merger) include solely "Legacy Apache Properties" (as such term is defined in the Apache Term Sheet (as such term is defined in the Restructuring Support Agreement)) and no other asset.   As of the Execution Date, there is no asset listed on Exhibit I-K of the Plan of Merger that is related to, used or held for use in connection with or held as inventory in connection with, any Lease, Easement or Well listed on **Exhibit A**, **Exhibit B** or **Exhibit C**.

4.33     Exhibit X-1.   **Exhibit X-1** sets forth an estimate of estimated Working Capital Assets (excluding clause (b) of the definition thereof) and Working Capital Liabilities (excluding

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

clause (b) of the definition thereof) assuming an Effective Time occurring on June 30, 2021, which was prepared at the direction of the Sellers.  To the Sellers' Knowledge, when prepared in February 2021, the information in **Exhibit X-1** reflected a reasonable estimate of Working Capital Assets (excluding clause (b) of the definition thereof) and Working Capital Liabilities (excluding clause (b) of the definition thereof) assuming an Effective Time occurring on June 30, 2021, subject to (a) the assumptions described therein and (b) omission of liabilities for accrued payroll. To the Sellers' Knowledge, (x) the Fieldwood Energy I Closing Accounts Receivable do not include or exclude assets that would have resulted in a material deviation of the net amount of the Working Capital Assets described in **Exhibit X-1** if such assets had been estimated and reflected in **Exhibit X-1** when prepared and (y) the Fieldwood Energy I Closing Accounts Payable do not include or exclude liabilities that would have resulted in a material deviation of the net amount of the Working Capital Liabilities described in **Exhibit X-1** if such liabilities had been estimated and reflected in **Exhibit X-1** when prepared (assuming that all, or substantially all, pre-petition payables are excluded from the calculation of Fieldwood Energy I Closing Accounts Payable as obligations satisfied, compromised (to the extent compromised), settled, released or discharged pursuant to the Plan and Confirmation Order, including by being paid as Cure Costs), in the case of each of <u>clause (x)</u> and <u>clause (y)</u>, after taking into account duplication between the accounts described in **Exhibit X-1** and in the definitions of Working Capital Assets and Working Capital Liabilities, on the one hand, and Fieldwood Energy I Closing Accounts Receivable and Fieldwood Energy I Closing Accounts Payable, on the other hand.

### ARTICLE V
### BUYERS' REPRESENTATIONS

Each of Buyer and Buyer 2 represents and warrants to the Sellers, subject to the Disclosure Schedules (subject to Section 12.15), as follows:

5.1     <u>Organization; Standing; Capitalization.</u>

(a)     At the date hereof, each of Buyer and Buyer 2 is a limited liability company duly organized, validly existing and in good standing under the laws of the State of Delaware. Each of Buyer and Buyer 2 has all requisite power and authority and all governmental licenses, authorizations, permits, consents and approvals required to carry on its business as now conducted.

(b)     At the Closing, (i) all of the issued and outstanding [membership interests] of Buyer are held by [—————], a [—————]QuarterNorth Energy Intermediate Inc., a Delaware corporation ("***Buyer Intermediate***"), (ii) all of the issued and outstanding [membership interests] of Buyer 2 are held by Buyer, (iii) all of the issued and outstanding [**membership**equity interests] of Buyer Intermediate are held by [—————], a [—————]QuarterNorth Energy Holding Inc. a Delaware corporation ("***Buyer Parent***") and (iv) all of the issued and outstanding [**membership**equity interests] of Buyer Parent are held by

38

[~~_____], a [_____~~]QuarterNorth Energy Inc., a Delaware corporation ("**Buyer Grandparent**").[6]

(c)     At the Closing, except as set forth on **Schedule 5.1(c)**, the authorized and issued equity interests of Buyer Grandparent (the "**Buyer Grandparent Equity Interests**") shall consist solely of (i) the New Equity Interests to be issued pursuant to Section 4.4(a)(i) of the Plan, (ii) the Subscription Rights (including any New Equity Interests issued in connection with the exercise thereof), (iii) Backstop Commitment Premium Equity Interests ~~(as defined in the Plan)~~, (iv) the GUC Warrants, (v) the SLTL Warrants and (vi) the New Money Warrants, in each case, issued pursuant to, and in accordance with, the Plan.  At the Closing, all of the issued and outstanding Buyer Grandparent Equity Interests, and all of the membership interests of Buyer Parent, Buyer, Buyer 2 and Buyer Intermediate, will have been duly authorized and validly issued, and will be fully paid and nonassessable and not issued in violation of any rights of first refusal, preemptive rights or similar rights.  As of the Closing Date, except as set forth in Section 5.1(b) and the first sentence of this Section 5.1(c), there are no issued and outstanding (i) securities or other similar ownership interests of any class or type of or in Buyer, Buyer 2, Buyer Intermediate, Buyer Parent or Buyer Grandparent or (ii) options, warrants, calls, purchase rights, subscription rights, exchange rights or other rights, convertible exercisable or exchangeable securities, "**phantom**" equity rights, stock appreciation rights, equity-based performance units, or similar agreements, commitments or undertakings of any kind pursuant to which Buyer, Buyer 2, Buyer Intermediate, Buyer Parent or Buyer Grandparent is or may become obligated to (A) issue, deliver, transfer, sell or otherwise dispose of, or pay an amount relating to, any securities or other similar ownership interests of Buyer, Buyer 2, Buyer Intermediate, Buyer Parent or Buyer Grandparent or any securities convertible into or exercisable or exchangeable for any securities or other ownership interests of Buyer, Buyer 2, Buyer Intermediate, Buyer Parent or Buyer Grandparent, or (B) redeem, purchase or otherwise acquire any outstanding securities of Buyer, Buyer 2, Buyer Intermediate, Buyer Parent or Buyer Grandparent.[7]

(d)     As of immediately following the Closing, the only Liabilities of Buyer, Buyer 2, Buyer Intermediate and Buyer Parent will be: (x) liabilities under the Exit Facilities (as defined in the Plan), (y) in the case of Buyer and Buyer 2, the Assumed Liabilities and (z) Liabilities incurred in connection with this Agreement or any of the Ancillary Documents or any of the transactions contemplated hereunder or thereunder (including with respect to any surety bonds).

5.2     Power.  Each of Buyer and Buyer 2 has the requisite power and authority to execute and deliver this Agreement and the Ancillary Documents to which it is a party and perform its obligations under this Agreement and such Ancillary Documents.

5.3     Non-Contravention.  Buyer's execution, delivery and performance of this Agreement and each Ancillary Document to which Buyer is (or, upon its execution and delivery, will be) a party and the performance of the transactions contemplated herein and therein will not

---

[6] ~~Note to Draft: To be confirmed prior to signing.~~

[7] ~~Note to Draft: To be confirmed prior to signing.~~

~~97751377~~#93848098v104
~~WEIL:\97751377\67\45327.0007~~WEIL:\97751377\87\45327.0007
#93848098v87

5.8     <u>Financial Capability</u>.  At or prior to the Closing, Buyer has provided to the Sellers a true and complete copy of the [Direction Letter.][8]

5.9     <u>Qualification</u>.  At the Closing, Buyer will have met the BOEM Qualifications.

5.10    <u>Bankruptcy</u>.   There are no bankruptcy, reorganization, receivership or arrangement proceedings pending against or to Buyer's Knowledge, threatened against Buyer or Buyer 2.

5.11    <u>Investor Status; Investigation</u>.

(a)     To the extent any Acquired Interests constitute securities, the Acquired Interests are being acquired by Buyer and Buyer 2 for investment purposes only, for Buyer's and Buyer 2's own account and not with a view to, or for resale in connection with, any distribution thereof in violation of the 1933 Act.

(b)     Each of Buyer and Buyer 2 acknowledges that, to the extent any Acquired Interests constitute securities, the sale of the Acquired Interests has not been registered under the 1933 Act or any state or foreign securities laws and that the Acquired Interests, to the extent constituting securities, may not be sold, transferred, offered for sale, pledged, hypothecated or otherwise disposed of unless such transfer, sale, assignment, pledge, hypothecation or other disposition is pursuant to the terms of an effective registration statement under the 1933 Act and registered under any applicable state or foreign securities laws or pursuant to an exemption from registration under the 1933 Act and any applicable state or foreign securities laws.

(c)     Each of Buyer and Buyer 2 has such expertise, knowledge and sophistication in financial and business matters generally that it is capable of evaluating, and has evaluated, the merits and economic risks of its investment in the Acquired Interests.  Each of Buyer and Buyer 2 is knowledgeable of the oil and gas business and of the usual and customary practices of oil and gas producers, including those in the areas where the Acquired Interests are located.  Further, each of Buyer and Buyer 2 is capable of making such investigation, inspection, review and evaluation of the Acquired Interests as a prudent purchaser would deem appropriate under the circumstances including with respect to all matters relating to the Acquired Interests, their value, operation and suitability.

(d)     Each of Buyer and Buyer 2 has had the opportunity to examine all aspects of the Acquired Interests that Buyer and Buyer 2 have deemed relevant and has had access to all information requested by Buyer or Buyer 2 with respect to the Acquired Interests in order to enter into this Agreement.  In connection with the transactions contemplated hereby, each of Buyer and Buyer 2 has had the opportunity to ask such questions of, and has received sufficient answers from, the representatives of the Sellers and obtain such additional information about the Acquired Interests as each of Buyer and Buyer 2 deems necessary to enter into this Agreement.

---

[8] Note to Draft: Subject to Agent feedback (i.e., whether 1 letter or 2 letters).

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

(e)    Each of Buyer and Buyer 2 confirms, acknowledges and agrees that Buyer and Buyer 2, as applicable, is relying entirely upon the representations and warranties of the Sellers in this Agreement, any certificates delivered hereunder and any Ancillary Document, as well as Buyer's and Buyer 2's own investigations and inspections of the books, records and assets of the Sellers, including the Acquired Interests, prior to the execution of this Agreement in entering into this Agreement and proceeding with the transactions on the terms as set forth herein.  Each of Buyer and Buyer 2 acknowledges and agrees that, other than the express representations and warranties of the Sellers set forth in Article IV, in the certificates delivered by the Sellers at Closing, or any Ancillary Document, any description of the Sellers, their businesses, operations and assets (including the Acquired Interests) in this Agreement, the Disclosure Schedules or any Ancillary Document is for the sole purpose of identification only and no representation, warranty or condition is or will be given by the Sellers in respect of the accuracy of any description.  In deciding to enter into this Agreement, and to consummate the transactions contemplated hereby, other than the express representations and warranties of the Sellers set forth in Article IV, any certificates delivered hereunder and any Ancillary Document, each of Buyer and Buyer 2 has relied solely upon its own knowledge, investigation, judgment and analysis and not on any other disclosure or representation made by the Sellers or the Sellers' representatives.  Nothing herein shall limit Buyer's or Buyer 2's remedies in the event of Fraud, except that Buyer and Buyer 2 shall have no remedy in the event of Fraud with respect to Fieldwood Energy I, FW GOM Pipeline, GOM Shelf or any of their respective Subsidiaries.

5.12    No Other Representations.  No Seller nor any other Person (on behalf of any Seller or otherwise) has made or is making any representation or warranty whatsoever, express or implied, at law or in equity, with respect to the Sellers, the Acquired Interests, this Agreement or the transactions contemplated by this Agreement other than the representations and warranties expressly set forth in Article IV (as modified by the Disclosure Schedules), the certificates delivered hereunder or any Ancillary Document, and neither Buyer nor Buyer 2 is relying on and has not relied on any representation or warranty other than those representations or warranties set forth in Article IV (as modified by the Disclosure Schedules), the certificates delivered hereunder or any Ancillary Document and any reliance by Buyer or Buyer 2 on any representation or warranty other than those representations and warranties set forth in Article IV (as modified by the Disclosure Schedules), the certificates delivered hereunder or any Ancillary Document is hereby expressly disclaimed.  Nothing herein shall limit Buyer's or Buyer 2's remedies in the event of Fraud, except that Buyer and Buyer 2 shall have no remedy in the event of Fraud with respect to Fieldwood Energy I, FW GOM Pipeline, GOM Shelf or any of their respective Subsidiaries.

**ARTICLE VI**
**COVENANTS AND AGREEMENTS**

6.1    Covenants and Agreements of the Sellers.  The Sellers covenant and agree that, during the Interim Period (or, if earlier, until termination of this Agreement), except (u) as otherwise expressly required under this Agreement or, any Ancillary Document or the Mexico PSA, (v) as required by any applicable Law or Governmental Authority (including the Bankruptcy Code, the Bankruptcy Court and any actions required to be taken (or not taken) by the Sellers in order to comply with any orders of the Bankruptcy Court), (w) to the extent related solely to Excluded Assets and/or Retained Liabilities, (x) for renewal of insurance coverage in

(vii)    provide Buyer (promptly but in no event later than three (3) Business Days after the Sellers' receipt thereof) with copies of any written notice received from any Third Person with respect to (A) any proposed operations on any Field Asset or (B) any Claim relating to any Acquired Interests (in the case of each of <u>clauses (A)</u> and <u>(B)</u>, where the Sellers' Liability (or potential Liability) is in excess of $1,000,000); and

(viii)    provide Buyer with copies of any material correspondence received from any Governmental Authority with respect to any Acquired Interests as soon as reasonably practicable, but in no event later than two (2) Business Days after the Sellers' receipt thereof; and

(ix)    within ten (10) Business Days following the execution of this Agreement, deliver to Buyer a true and complete list of the names, titles, hire date, location, whether full- or part-time, whether active or on leave (and, if on leave, the nature of the leave and the expected return date), whether exempt from the Fair Labor Standards Act of 1938, annual salary or wage rate, most recent annual bonus received, current annual bonus opportunity for all Seller Employees, which list shall be updated not less than ten (10) Business Days prior to the Closing to reflect the hiring, resignation or termination of any Seller Employee; and

(b)    except as set forth on **Schedule 6.1(b)**, each Seller shall not and shall cause its Affiliates not to:

(i)    modify in any material respect its now existing credit, collection or payment policies, procedures or practices as they relate to the Acquired Interests, including accelerating collections of receivables or failing to pay or delaying payment of payables in a manner inconsistent with its now existing practices;

(ii)    remove any Acquired Interest from any real property or other location of the Sellers' business such that such Acquired Interest is no longer located within any property of the Sellers' business that is an Acquired Interest, except for sales of inventory in the ordinary course of business;

(iii)    subject to, and without limiting, the Sellers' rights pursuant to <u>Section 6.4</u>, transfer, convey, sell, abandon or otherwise dispose of any material Acquired Interests (other than sales of Hydrocarbons in the ordinary course of business consistent with past practice) or any interest in any of the Leases;

(iv)    create any Encumbrance on any Acquired Interests other than Permitted Encumbrances (except that the Fieldwood U.A. Interests and the JV Interests shall not be subject to any Permitted Encumbrances other than the Mexico PSA) or Encumbrances that will be released prior to Closing (including if released pursuant to the Confirmation Order);

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

(xiii)   cause or allow any of its current directors and officers liability, property or casualty insurance policies that apply to any of the Acquired Interests or that apply to the business of the Sellers as it relates to the Acquired Interests to be canceled or terminated or any of the coverage thereunder to lapse unless, simultaneously with such termination, cancellation or lapse, replacement policies providing coverage equal to or greater than the coverage under the canceled, terminated or lapsed policies are in full force and effect;

(xiv)   make, change or revoke any material Tax election in respect of the Acquired Interests, settle or otherwise compromise any claim relating to Taxes of Fieldwood U.A. or with respect to the Acquired Interests, enter into any closing agreement or similar agreement relating to Taxes of Fieldwood U.A. or the Acquired Interests, surrender any right to claim a Tax refund, offset or other reduction in Tax Liability of Fieldwood U.A. or with respect to the Acquired Interests, or request any ruling or similar guidance with respect to Taxes of Fieldwood U.A. or with respect to the Acquired Interests; or

(xv)   enter into any Contract or other commitment to take, or authorize the taking of or resolve to take, any actions prohibited by this Section 6.1(b).

6.2   <u>Casualty Event</u>.   The Sellers shall give Buyer prompt written notice of any Casualty Event that occurs with respect to any Acquired Interest during the Interim Period, together with a description of the applicable insurance coverage and an estimate of the Sellers' exposure with respect to such Casualty Event.  If the damaged or taken Acquired Interest is not repaired or replaced on or before the Closing Date, the Sellers shall provide to Buyer an assignment of all of the Sellers' right, title and interest in and to all insurance proceeds and recoveries from Third Persons payable, in each case with respect to the Acquired Interest damaged or taken as the result of such Casualty Event.

6.3   <u>Press Releases</u>.   Except as required in the Bankruptcy Cases or by applicable Law (a) each Party shall consult with the other before issuing any press release or otherwise making any public statement with respect to the transactions contemplated by this Agreement and (b) no Party shall issue any press release or make any such public statement before obtaining the other Party's prior written approval, which shall not be unreasonably withheld, conditioned or delayed. To the extent such release or public statement is required by Law, the Party intending to make such release or public statement (i) shall give the other Party the opportunity (within reasonable time before any applicable deadline) to review and comment upon such release or public statement and (ii) shall consider in good faith all reasonable comments thereto received sufficiently in advance of any applicable deadline.

6.4   <u>Solicitation; Other Offers</u>.

(a) The Sellers may, ~~Each of Buyer and Buyer 2 acknowledges and agrees that from and after the Execution Date through entry of the Confirmation Order, the Sellers may take any action (including entering into any agreement or letter of intent with respect thereto) to cause, promote, assist with or enter into an Alternative Transaction.~~

46

(b) Without limiting the foregoing, the Sellers may, directly or indirectly through its Representatives, (i) engage in discussions and negotiations regarding an Alternative Transaction with any one or more Third Persons as potential bidders (each, an "***Alternative Bidder***") in connection with the solicitation of one or more proposals relating to an Alternative Transaction and (ii) furnish to any Alternative Bidder who has signed a confidentiality agreement and has made a request therefor any public or non-public information relating to the Sellers and afford to any such Alternative Bidder access to any properties, Acquired Interests, books or records of the Sellers or the business of the Sellers; *provided* that the Sellers shall not actively solicit proposals relating to an Alternative Transaction unless the failure to do so would be contrary to or inconsistent with applicable fiduciary duties.

6.5     Regulatory Matters; Cooperation.

(a) The Sellers, on one hand, and Buyer, on the other hand, shall cooperate, and reasonably determine upon the advice of counsel (which, in the case of Buyer, may be Davis Polk & Wardwell LLP as counsel to the Required Lenders) within fifteen (15) Business Days of the Execution Date, other than the notifications required to be filed under the HSR Act, any notifications, filings, consents, clearances, waivers, waiting periods and approvals, if any, required under any applicable Antitrust Law in connection with the transactions contemplated by this Agreement (including by any persons that will hold, directly or indirectly, any equity interest in Buyer as of or immediately after the Closing) (the "***Foreign Antitrust Approvals***").  Subject to Section 6.5(c), as soon as reasonably practicable (and, in any event, within ten (10) Business Days, or a later date as agreed by the Parties) after the Execution Date, the Sellers, on the one hand, and Buyer, on the other hand, shall each prepare and file, or cause to be prepared and filed, any notifications required to be filed under the HSR Act with the United States Federal Trade Commission, the Antitrust Division of the United States Department of Justice and any Foreign Antitrust Approvals, and request early termination of the waiting periods applicable to such notifications.  Subject to Section 6.5(c), Buyer, on the one hand, and the Sellers, on the other hand, shall promptly respond to any requests for additional information or documentary materials in connection with such filings and shall take all commercially reasonable actions necessary to cause the waiting periods applicable to such notifications to terminate or expire at the earliest practicable date after the date of filing.  The Sellers shall be responsible for payment of the applicable filing fee under the HSR Act or Foreign Antitrust Approvals, and each Party shall be responsible for any other payment of its own respective costs and expenses incurred by such Party (including attorneys' fees and other legal fees and expenses) associated with the preparation of its portion of any antitrust filings.

(a)     (b) Subject to the provisions of Section 6.5(eb) and Section 6.7, including the limitations set forth therein, the Sellers, on the one hand, and Buyer, on the other hand, shall use reasonable best efforts to obtain, at the earliest practicable date, all necessary Governmental Approvals and all necessary registrations, declarations and filings (including registrations, declarations and filings with Governmental Authorities and any change in control requirements relating to any consent decrees, decisions, judgments, settlements, consent orders, stipulations, decrees or similar orders relating to the Acquired Interests, if any), in each case for the consummation of the transactions contemplated by this Agreement and the Ancillary Documents, and use its reasonable best efforts to avoid any Claim by any Governmental Authority relating to the transactions contemplated by this Agreement and the Ancillary Documents.  Subject to the

47

provisions of Section 6.5(eb) and Section 6.7, including the limitations set forth therein, in addition to such actions, the Sellers, on the one hand, and Buyer, on the other hand, shall use reasonable best efforts to (i) take all acts necessary in connection with meeting with any Governmental Authority regarding the transferring of the Permits included in the Acquired Interests and (ii) execute and deliver any additional instruments reasonably necessary to consummate the transactions contemplated hereby and to fully carry out the purposes of this Agreement.

(b)    (c) The Sellers, on the one hand, and Buyer, on the other hand, (i) to the extent permissible, shall promptly inform each other of any material communication from any Governmental Authority concerning this Agreement, the transactions contemplated hereby, and any filing, notification or request for approval by any Governmental Authority and (ii) to the extent permissible, shall permit the other to review in advance any proposed written or material oral communication or information submitted to any such Governmental Authority in response thereto.  In addition, none of the Parties shall agree to participate in any meeting with any Governmental Authority in respect of any filings, investigation or other inquiry with respect to this Agreement or the transactions contemplated hereby, unless, to the extent permissible, such Party consults with the other Parties in advance and, to the extent permitted by any such Governmental Authority, gives the other Party the opportunity to attend and participate thereat, in each case to the maximum extent reasonably practicable.  Subject to restrictions under any Law, each of Buyer, on the one hand, and the Sellers, on the other hand, shall furnish the other with copies of all correspondence, filings and communications (and memoranda setting forth the substance thereof) between it and its Affiliates and their respective Representatives on the one hand, and the Governmental Authority or members of its staff on the other hand, with respect to this Agreement, the transactions contemplated hereby (excluding documents and communications which are subject to preexisting confidentiality agreements or to the attorney-client privilege or work product doctrine or which refer to valuation of the Acquired Interests) or any such filing, notification or request for approval.  Each Party shall also furnish the other Party with such necessary information and assistance as such other Party and its Affiliates may reasonably request in connection with their preparation of necessary filings, registration or submissions of information to the Governmental Authority in connection with this Agreement, the transactions contemplated hereby and any such filing, notification or request for approval.  Notwithstanding anything to the contrary in this Agreement, nothing in this Agreement shall require Buyer or the Sellers, or any of their respective Affiliates to (and none of any Seller or any of its Affiliates shall, without the prior written consent of Buyer), in performing their respective obligations under this Section 6.5, (i) enter into any settlement, undertaking, consent decree, stipulation or agreement with any Governmental Authority in connection with the transactions contemplated hereby, (ii) divest or otherwise hold separate (including by establishing a trust or otherwise), or take any other action (or otherwise agree to do any of the foregoing) with respect to the Acquired Interests or any assets or business of Buyer or any of its Affiliates or (iii) defend any Claim relating to the transactions contemplated by this Agreement or any Ancillary Document, except, in the case of each of clauses (i) through (iii), actions expressly contemplated to be taken by the Sellers in accordance with the Plan.

(c)    (d) Notwithstanding anything to the contrary contained in this Agreement, Buyer shall (or shall through its Representatives), on behalf of the Parties, control and lead all communications and strategy relating to the Antitrust Laws (*provided* that the Sellers are not

constrained from complying with applicable Law), *provided*, further, that the Parties shall consult and cooperate with one another, and consider in good faith the views of one another, regarding the form and content of any analyses, appearances, presentations, memoranda, briefs, arguments, opinions and proposals made or submitted by or on behalf of either Party in connection with proceedings under or relating to any Antitrust Law prior to their submission.

6.6    Bankruptcy Court Matters.

(a) Qualified Bids.  Subject to the terms of the Disclosure Statement Order, if one or more Qualified Bid(s) (as such term is defined in the Disclosure Statement Order) is received by the Sellers on or before the Bid Deadline (as such term is defined in the Disclosure Statement Order), no later than three (3) Business Days after the Bid Deadline (as such term is defined in the Disclosure Statement Order), the Sellers shall file with the Bankruptcy Court a notice of receipt of such Qualified Bid(s) (as such term is defined in the Disclosure Statement Order) and the Sellers' proposed procedures for selecting the highest or otherwise best bid, including, but not limited to, any procedures for submitting revised bids and/or holding an auction to the extent the Sellers determine holding an auction will maximize value to the Sellers' estate.

(a)    (b) Confirmation Order.  The Sellers and Buyer shall use commercially reasonable efforts to obtain entry by the Bankruptcy Court of a Confirmation Order by no later than the Confirmation Outside Date.  The Confirmation Order shall be in form and substance acceptable to the Sellers and Buyer.  The Sellers acknowledge and agree, and the Confirmation Order shall provide that, on the Closing Date and concurrently with the Closing, all then existing or thereafter arising Liabilities and Encumbrances of, against or created by the Sellers or their bankruptcy estates, shall be fully released from and with respect to the Acquired Interests, which shall be transferred to Buyer free and clear of all Encumbrances (other than Permitted Encumbrances (except for the Fieldwood U.A. Interests and the JV Interests, which shall not have any Permitted Encumbrances)) and Retained Liabilities and Buyer shall at Closing be required to assume the Assumed Liabilities as set forth hereunder.    The Sellers and Buyer covenant and agree that if the Confirmation Order is entered, they will pursue the transactions contemplated by the Confirmation Order and in this Agreement.  The Sellers shall use commercially reasonable efforts to cause the Confirmation Order to provide either that (a) the Sellers have complied with the requirements of any applicable Law relating to bulk sales and transfer or (b) compliance with applicable Law relating to bulk sales and transfers is not necessary or appropriate under the circumstances.  Buyer agrees that it will take commercially reasonable efforts to take such actions as are reasonably requested by the Sellers to assist in obtaining entry of the Confirmation Order.

(b)    (c) Reasonable Efforts.  The Sellers shall use commercially reasonable efforts to (i) obtain entry of the Disclosure Statement Order, (ii) promptly commence solicitation on the Plan upon entry of the Disclosure Statement Order, and (iii) (A) facilitate the solicitation, confirmation and consummation of the Plan and the transactions contemplated hereby, (B) obtain entry of the Confirmation Order and (C) consummate the Plan.

(c)   ~~(d)~~ Bankruptcy Filings.

(i)   During the Interim Period, the Sellers shall deliver to Buyer copies of all pleadings, motions, notices, statements, schedules, applications, reports and other papers that relate, in whole or in part, to this Agreement and the transactions contemplated hereby at least two (2) Business Days prior to the date when the Sellers intend to file any such pleading or other document (*provided,* that if delivery of such motions, orders or materials (other than the Plan, the disclosure statement, a disclosure statement order, the Confirmation Order or adequate protection order) at least two (2) Business Days in advance is not reasonably practicable, such motion, order or material shall be delivered as soon as reasonably practicable prior to filing) for Buyer's prior review and comment, and the Sellers shall consult in good faith with Buyer regarding the form and substance of such filings to the extent they are related to the Acquired Interests, any Assumed Liabilities or the transactions contemplated hereby, including any of Buyer's rights or obligations hereunder.  The Parties shall use commercially reasonable efforts to consult and cooperate regarding (i) any such pleadings, motions, notices, statements, schedules, applications, reports or other papers, (ii) any discovery taken in connection with seeking entry of the Confirmation Order (including any depositions) and (iii) any hearings relating to the Confirmation Order, including the submission of any evidence, including witness testimony, in connection with such hearing.  ~~The Sellers agree to diligently prosecute the entry of the Confirmation Order as provided herein.~~ During the Interim Period (subject to <u>Section 6.4</u>), the Sellers shall not take any action that is intended to (or is reasonably likely to), or fail to take any action the intent (or reasonably likely result) of which failure to act is to, result in the reversal, voiding, modification or staying of the Confirmation Order, or this Agreement.

(ii)   In the event the entry of the Disclosure Statement Order, the Confirmation Order, or any other order reasonably necessary in connection with the transactions contemplated by this Agreement is appealed, the Sellers shall use commercially reasonable efforts to defend such appeal.

(d)   ~~(e)~~ Cooperation with Plan Administrator. In accordance with the terms of the Plan, the Parties agree that they shall use commercially reasonable efforts to cooperate with the Plan Administrator (as defined in the Plan) and each other, in relation to the Parties' respective activities and obligations under the Plan, including by providing reasonable, good-faith access to personnel, systems, and books and records and their respective personnel and consulting with each other to avoid duplication of effort.

6.7   <u>Assumption and Assignment of Contracts</u>.

(a)   ~~No later than twenty-eight (28) days p~~Prior to the ~~Designation Deadline, the Sellers shall provide to Buyer a list of all 365 Contracts and the Sellers' good faith estimate of Cure Costs associated with each such 365 Contract (the "365 Schedule").  The Sellers may amend or supplement the 365 Schedule from time to time to add or remove any 365 Contract inadvertently included or excluded from such 365 Schedule or to amend, based on the Sellers' good faith calculation of the Cure Costs, any proposed Cure Costs set forth in such 365 Schedule and shall provide Buyer written notice thereof.  No later than fourteen (14) days prior to the~~

50

~~Designation Deadline, Buyer shall~~date hereof, Buyer has designated in writing which 365 Contracts ~~from the 365 Schedule~~ Buyer desires to be assumed by the Sellers and assigned to Buyer (~~collectively, and as further modified by Buyer pursuant to the provisions of this Section 6.7,~~ the "**Assigned 365 Contracts**" and Buyer's designated list of Assigned 365 Contracts, and as may be further amended, modified or supplemented with the mutual consent of Buyer and the Sellers, the "**Assigned 365 Contracts List**").  The Assigned 365 Contracts List is attached hereto as **Schedule 6.7(a)**.

~~(b) Promptly following the receipt of Buyer's initial designation of the Assigned 365 Contracts pursuant to Section 6.7(a) (to the extent not previously filed) and by no later than the Designation Deadline, the Sellers shall file the Assigned 365 Contracts List with the Bankruptcy Court and deliver a written notice of the proposed assignments of the Assigned 365 Contracts and the proposed Cure Costs for each Assigned 365 Contract (consistent with the Sellers' good faith estimates set forth on the 365 Schedule) to all non-debtor parties of the Assigned 365 Contracts, which notice shall notify each non-debtor party to such Assigned 365 Contract of (i) the proposed Cure Cost for such Assigned 365 Contract and (ii) an objection deadline for such non-debtor party to object to the proposed assumption and assignment and proposed Cure Cost.~~

(b) ~~(c)~~ Notwithstanding ~~anything herein to the contrary,~~ ~~Buyer may, from time to time, in its sole discretion revise the Assigned 365 Contracts List at any time prior to 5:00 p.m. (prevailing Central Time) on the date that is seven (7) days before the Confirmation Hearing (or such other time as agreed in writing between the Sellers and the applicable counterparty to a 365 Contract) (the "*Designation Deadline*") by (x) subtracting therefrom any Assigned 365 Contract, and any 365 Contract so removed shall no longer be considered Assigned 365 Contracts for purposes of this Agreement or (y) adding thereto any 365 Contract, and any 365 Contract so added will be an Assigned 365 Contract for the purposes of this Agreement; *provided* that if the Confirmation Hearing is adjourned or continued, such amendment right shall be extended to 5:00 p.m. (prevailing Central Time) on the date that is seven (7) days before the rescheduled or continued Confirmation Hearing, and this provision shall apply in the case of any and all subsequent adjournments and continuances of the Confirmation Hearing.  The Sellers shall promptly file on the docket in the Bankruptcy Cases and serve on the affected non-Debtor counterparty(ies) a notice of any actions taken by Buyer pursuant to the preceding sentence pursuant to and in accordance with the Disclosure Statement Order.  Subject to the preceding sentences, all~~All 365 Contracts of the Sellers ~~that are listed on the 365 Schedule and~~ which Buyer ~~does~~has not designated~~d~~ in writing for assumption and assignment shall not be considered Assigned 365 Contracts or Acquired Interests and shall automatically be deemed "**Excluded Contracts**;"~~ *provided, however,* that Buyer may not exclude from the Assigned 365 Contracts any 365 Contract that is set forth on **Schedule 6.7(g)**~~.

(c) ~~(d)~~ Each ~~of~~Buyer and each applicable Seller ~~and Buyer, as applicable,~~ shall use commercially reasonable efforts to assign or cause to be assigned, the Assigned 365 Contracts to Buyer~~, including, if necessary, taking all actions required by the Bankruptcy Court to obtain a Final Order containing a finding that the proposed assumption and assignment of the Assigned 365 Contract to Buyer satisfies all applicable requirements of Section 365 of the Bankruptcy Code~~.  If the Sellers are successful in effecting such assumption as of or before the

Closing, such Lease, Easement or Contract shall become an Assigned 365 Contract and transferred and conveyed to Buyer.

(d) ~~(e)~~ On the Closing Date, immediately following payment by Buyer of the Cash Portion, the Sellers shall pay all undisputed Cure Costs with respect to the Assigned 365 Contracts.

(e) ~~(f)~~ Buyer shall provide adequate assurance of future performance of all of the Assigned 365 Contracts so that all Assigned 365 Contracts can be assumed by the Sellers and assigned to Buyer at the Closing in accordance with the provisions of Section 365 of the Bankruptcy Code and this Agreement, and Buyer acknowledges that such cooperation may require Buyer to provide reasonably necessary information regarding Buyer and its Subsidiaries, as well as a commitment of performance by Buyer and/or its Subsidiaries with respect to the Assigned 365 Contracts from and after the Closing to demonstrate adequate assurance of the performance of the Assigned 365 Contracts, and the Sellers' obligation to assume and assign such Assigned 365 Contracts is subject to Buyer providing such adequate assurance of future performance.

~~(g) Notwithstanding anything in this Agreement to the contrary, including Section 6.7(e) above, the Contracts set forth on **Schedule 6.7(g)** shall at all times constitute Assigned 365 Contracts and shall be assigned to Buyer at the Closing.[9]~~

(f) ~~(h)~~ Notwithstanding anything to the contrary in this Agreement, no Seller (i) shall agree to, settle or compromise any dispute with respect to, the amount of Cure Costs in respect of any Assigned 365 Contract without the prior written approval of Buyer in its sole discretion or (ii) shall, without the prior written consent of Buyer in its sole discretion, reject or move to reject ~~(A) any 365 Contracts prior to the Designation Deadline or (B)~~ any Assigned 365 Contract ~~(whether before or after the Designation Deadline)~~.

~~(i) Notwithstanding anything in this Section 6.7 to the contrary, Buyer may not, except with the prior written consent of the Sellers, designate any 365 Contract as an Assigned 365 Contract to the extent that such 365 Contract is identified on Exhibit I-F of the Plan of Merger (except to the extent constituting Applicable Shared Asset Interests).~~

6.8     Employee Matters.

(a)     Offers and Terms of Employment.  All Seller Employees (including those on leave of absence or disability) identified by the Sellers ~~on the updated list provided pursuant to Section 6.1(a)(vii)~~ shall be offered employment by Buyer or its Affiliate no later than five (5) days prior to the Closing Date, in each case, such employment to be effective as of the Closing Date; provided, however, that neither Buyer nor any of its Affiliates shall be required to make an offer of employment to any Section 6.8 Employee unless Buyer and Seller mutually agree that

---

[9] ~~Note to Draft: Schedule 6.7(g) to include the McCarroll agreements and, subject to Buyer's review of Schedule 6.7(g), any agreements related to the Co-Owned Assets that are required to be conveyed in connection with the assignment of the Co-Owned Assets.~~

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

(h)    Tax Reporting.  Buyer shall adopt the "*alternate procedure*" for preparing and filing IRS Forms W-2 (Wage and Tax Statements), as described in Revenue Procedure 2004-53.  Under this procedure, Buyer as the successor employer shall provide Forms W-2 to Transferred Employees reflecting all wages paid and Taxes withheld with respect to such Transferred Employees for the calendar year in which the Closing Date occurs.  The Sellers as the predecessor employer shall have no employment tax reporting responsibilities for the Transferred Employees following the Closing Date.  Buyer shall also adopt the "*alternate procedure*" of Revenue Procedure 2004-53 for purposes of IRS Forms W-4 (Employee's Withholding Allowance Certificate) and W-5 (Earned Income Credit Advance Payment Certificate).

(i)    No Third Party Beneficiaries.    Without limiting the generality of Section 12.5, no provision of this Section 6.8 shall (i) be treated as an amendment of, or undertaking to amend, any benefit plan, (ii) obligate Buyer or the Sellers to retain the employment of any particular employee or (iii) confer any rights or benefits on any Third Person beneficiary or create any Third Person beneficiary or other rights in any current or former employee, independent contractor or other service provider (including any beneficiary or dependent thereof) of any Seller in respect of continued employment (or resumed employment) with either Buyer or any of, its Affiliates and no provision of this Section 6.8 shall create any rights in any such Persons in respect of any benefits that may be provided, directly or indirectly, under any Employee Plan or any plan or arrangement that may be established by Buyer or any of its Affiliates, including as to the level or duration of compensation or benefits.  No provision of this Agreement shall constitute a limitation on rights to amend, modify or terminate after the Closing Date any such plans or arrangements of the Sellers, Buyer or any of their respective Affiliates.

6.9    [Reserved].

6.10    [Reserved].Certain Agreements.   The Sellers will obtain assignment of, or replacement agreements with respect to, the Specified Section 6.10 Contract(s) prior to or at the Closing (with any replacement agreement being on substantially the same terms as the Specified Section 6.10 Contract(s) being replaced); *provided* that Buyer understands and agrees that this Section 6.10 will not require Sellers to enter into any settlement, undertaking or agreement, undertake any obligation, or pay any consideration, in each case, with or to any third party, other than, to the extent required to be paid prior to the Closing, if so requested by Buyer, Sellers paying in cash any such consideration requested by such third party.

6.11    Transfer Orders; Letters in Lieu.  Prior to the Closing, the Sellers shall deliver to Buyer completed transfer orders or letters in lieu thereof, directing all purchasers of production to make payment to Buyer of proceeds attributable to Hydrocarbons constituting Acquired Interests effective as of the Closing or make other reasonable industry arrangements with Buyer and the purchasers of production for Buyer to receive payments for production after the Closing Date.

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

6.12   <u>Taxes</u>.

(a)   To the extent not exempt under the Confirmation Order or Section 1146 of the Bankruptcy Code, Buyer shall assume responsibility for, and shall bear and pay, all Transfer Taxes (if any) incurred or imposed with respect to the conveyance of the Acquired Interests to Buyer; *provided* that if any such Transfer Taxes are due prior to the Closing the Sellers shall assume responsibility for, and shall bear and pay such Transfer Taxes.  The Party required by applicable Law to file Tax Returns with respect to Transfer Taxes shall prepare and file such Tax Returns or other documents and the non-preparing Party shall cooperate therewith.

(b)   <u>(i)</u> The Sellers shall timely file or cause to be timely filed when due all Tax Returns that are required to be filed by or with respect to Fieldwood U.A. on or prior to the Closing Date and all Tax Returns that are required to be filed by the Sellers under applicable Law with respect to the Acquired Interests (including any Tax Returns reporting any Property-Related Taxes and Production Taxes) and, in each case, all such Tax Returns shall be prepared and filed in a manner consistent with past practice.  In each case, the Sellers shall remit or cause to be remitted any Taxes shown as due on such Tax Returns.

<u>(ii)</u>   Buyer shall timely file or cause to be timely filed when due (taking into account all extensions properly obtained) all other Tax Returns that are required to be filed by or with respect to Fieldwood U.A. and the Acquired Interests after the Closing Date <u>(including any Tax Returns reporting Straddle Period Non-Income Taxes)</u> and shall pay any Taxes shown as due on such Tax Returns. ~~The Sellers~~<u>Buyer shall timely pay in full all Straddle Period Non-Income Taxes (which will not be subject to reimbursement by Sellers). Subject to the preceding sentence, the Sellers</u> shall reimburse Buyer for (A) Retained Taxes which are remitted in respect of any Tax Return to be filed by Buyer pursuant to this <u>Section 6.12</u> or (B) Retained Taxes in respect of any Tax Return to be filed by the Sellers under this <u>Section 6.12(b)</u> which have not been paid by the Sellers and for which a taxing authority seeks payment from Buyer, in each case, up to the amount reserved for such Retained Taxes in determining the Effective Date Cash Obligations Amount, no later than ten (10) days after Buyer's written request therefor.

<u>(iii)   The Sellers shall prepare all Tax Returns with respect to a Covered Tax and deliver a draft of each such Tax Return to Buyer for its review at least thirty (30) days prior to the date on which such Tax Return is due, and shall reflect all reasonable comments received from Buyer prior to such due date to the extent PwC (or another nationally recognized accounting firm mutually agreed upon by Sellers and Buyer) views such comments from Buyer as "more likely than not" to be upheld in the event of an audit. With respect to any Covered Tax liability payable by the Sellers, the Sellers shall notify Buyer in writing, as soon as reasonably practicable prior to the due date of such Tax liability (including any required deposit of estimated Taxes), of the amount of Covered Taxes so payable, as reasonably determined by Sellers, together with a reasonably detailed summary of such amount, including all relevant supporting workpapers and any other information reasonably requested by Buyer, and Buyer shall pay to Fieldwood Inc. the amount of such Covered Tax no later than two (2) days before such payment is due and payable.  The Sellers shall, in turn, timely remit or cause to be remitted to the applicable taxing authority the amount paid by Buyer to Sellers in the</u>

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

preceding sentence.  To the extent that Sellers receive any refund (or credit in lieu of a refund that actually reduces the cash Income Taxes payable by the Sellers with respect to a Post-Closing Tax Period) of Covered Taxes (including interest thereon actually received) but net of any additional Income Taxes owed by the Sellers on account of such refund or credit  (a "**Covered Tax Refund**"), Sellers shall pay or cause to be paid to Buyer such Covered Tax Refund promptly following receipt thereof; *provided* that Buyer shall not be entitled to Covered Tax Refunds to the extent such Covered Tax Refunds, in the aggregate, exceed the amount of Covered Taxes actually paid by Buyer to Sellers, in the aggregate, pursuant to this Section 6.12(b)(iii).

(c)     For purposes of this Agreement, in the case of a Straddle Period, (x) all Property-Related Taxes and any exemptions, allowances and deductions with respect to such Taxes shall be allocated between the Pre-Closing Tax Period and the Post-Closing Tax Period based on the number of days of such Straddle Period included in the Pre-Closing Tax Period and the number of days of such Straddle Period included in the Post-Closing Tax Period, (y) all Production Taxes shall be allocated between the Pre-Closing Tax Period and the Post-Closing Tax Period based upon the period during which the applicable production occurred, and (z) all other Taxes shall be allocated between the Pre-Closing Tax Period and the Post-Closing Tax Period as if such taxable period ended as of the end of the day on the final day of the Pre-Closing Tax Period.

(d)     Property-Related Taxes and Production Taxes shall be timely paid, and all applicable filings, reports and returns shall be filed as provided by applicable Law.

(e)     All Tax Sharing Agreements between the Sellers and any Affiliates of the Sellers, on the one hand, and Fieldwood U.A., Fieldwood Mexico or any Subsidiary thereof, on the other hand, will terminate as to Fieldwood U.A., Fieldwood Mexico and any Subsidiary thereof prior to the Closing Date and Fieldwood U.A., Fieldwood Mexico and such Subsidiary will not have any liability thereunder on or after the Closing Date.

(f)     Each Seller, on the one hand, and Buyer, on the other hand, will provide each other with such cooperation and information as either of them reasonably may request of the other in filing any Tax Return, claiming any refund of Taxes, determining a Liability for Taxes or a right to a refund of Taxes, or conducting any audit or other proceeding in respect of Taxes.  Such cooperation and information shall include providing copies of relevant Tax Returns or portions thereof, together with accompanying schedules, related work papers and documents relating to rulings and other determinations by Governmental Authorities.  Any information obtained under this Section 6.12 shall be kept confidential except as may be otherwise necessary in connection with the filing of Tax Returns or claims for refund or in conducting any audit or other proceeding.

6.13   Commercially Reasonable Efforts.  Subject to the terms and conditions of this Agreement, and subject to the Bankruptcy Code and any orders of the Bankruptcy Court, and without limiting any other provision of this Agreement (including Section 6.5(eb)), Buyer and the Sellers each agree to use commercially reasonable efforts to take, or cause to be taken, all actions and to do, or cause to be done, all things necessary or desirable to cause the conditions precedent to Closing set forth in Article VII to be satisfied and to consummate the transactions;

*provided* that the Parties understand and agree that the commercially reasonable efforts of any Party shall not be deemed to include, except as expressly set forth in this Agreement, entering into any settlement, undertaking, consent decree, stipulation or agreement with any Governmental Authority in connection with the transactions contemplated hereby; *provided, further* that this <u>Section 6.13</u> shall not (a) limit or affect the obligation of any Party to perform any of its other obligations and covenants expressly set forth in this Agreement or (b) require any Party to incur any obligations or pay any fees or amounts to third parties not otherwise required under this Agreement or the Plan.

6.14    <u>Insurance Policies</u>.  Effective at or prior to Closing, the Sellers shall cause Buyer to be named as an 'additional insured' with respect to each insurance policy held by the Sellers which provides coverage with respect to any of the Acquired Interests (excluding, for the avoidance of doubt, any director and officer insurance policies).  The Sellers shall maintain such insurance policies in full force and effect until the expiration of their terms, and shall cooperate in good faith with Buyer in connection with any claim made by Buyer under any such policy. The Sellers shall not have any obligation to renew any such insurance policies following the expiration of their terms, and from and after such expiration, Buyer will be solely responsible for maintaining such insurance as Buyer deems reasonable with respect to the Acquired Interests.

6.15    <u>Novation of Hedges</u>.  Buyer shall use commercially reasonable efforts to cause the Hedges to be novated to Buyer at Closing, and the Sellers shall reasonably cooperate with Buyer in connection with such novation; *provided* that (a) to the extent that the total volume of production hedged as of the Closing with respect to the Hedges exceeds 45,000 Boepd, Buyer may elect to (but is not required pursuant to this <u>Section 6.15</u> to) use commercially reasonable efforts to novate such excess (or any portion thereof) to Buyer at Closing; (b) Buyer shall be solely responsible for any credit support or other requirements in connection with such novation; and (c) the Sellers shall not be required to pay any consideration or undertake any obligation in connection with such novation.

6.16    <u>Qualification</u>.  Prior to the Closing, Sellers (and their respective officers and employees) will provide commercially reasonable assistance to Buyer with respect to Buyer obtaining such qualifications as are necessary to own and, where applicable, to assume operatorship of, the Acquired Interests in all jurisdictions where the Acquired Interests are located.

6.17    <u>Settlements with Governmental Authorities</u>.  From the date hereof until the Closing, none of any Seller nor any of its Affiliates shall make or enter into any material non-ordinary course stipulation, settlement or other agreement with any Governmental Authority (each, a "***Governmental Settlement Agreement***") that is not in form and substance acceptable to Buyer.  <u>For the avoidance of doubt, the August 20 Settlement is in form and substance acceptable to Buyer.</u> The Sellers shall pay all amounts due and payable under any Governmental Settlement Agreement executed by any Seller or any of its Affiliates prior to the Closing.

6.18    <u>Operator Forms</u>.  By no later than ten (10) days after the Execution Date, the Sellers shall have sent all applicable Third Persons all designation of operator forms (Form BOEM – 1123) designating Buyer as operator (along with all corresponding OSFR forms) with respect to each Lease or portion thereof as to which any Seller is the designated operator as of

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

the date hereof, and Sellers shall use reasonable best efforts to obtain such executed forms from such Third Persons prior to the Closing.

6.19 [Reserved].

6.20 Bonds and Insurance. To the extent required by applicable state and federal Governmental Authorities (and subject to compliance by the Sellers with their respective covenants under this Agreement) in connection with the transactions contemplated by this Agreement, as of the Closing or promptly thereafter (and in any case within ten (10) Business Days of the Closing) Buyer and/or Buyer 2, as applicable, will have the lease bonds, area-wide bonds and surety bonds or insurance policies set forth on **Schedule 6.20**, in each case to the extent required by and in accordance with the requirements of such Governmental Authorities as determined by Buyer in its sole discretion.

6.21 [New Equity Interests. The Debtors, on behalf of Buyer and with Buyer's cooperation, shall cause (a) the Credit Bid and Release New Equity Interests to be received by the Persons entitled to receipt of such interests pursuant to the Plan on as of the Effective Date in accordance with the Plan, and (b) the Equity Rights Offering New Equity Interests (if and when authorized pursuant to an order of the Bankruptcy Court) to be received on as of the Effective Date by the Persons entitled to receipt of such interests in accordance with the Plan, the Subscription Rights, the FLTL ERO Backstop Agreement and the SLTL ERO Backstop Agreement.] [10]

6.22 Employment Agreements. Buyer shall, in good faith, negotiate the terms of an employment agreement (each, an "*Employment Agreement*") with each of the Seller Employees identified on **Schedule 6.22** from and after the date hereof. If terms of an Employment Agreement are mutually agreed between Buyer and a Seller Employee prior to Closing, then at (or immediately following) the Closing Buyer shall enter into an Employment Agreement with each such Seller Employee.

## ARTICLE VII
## CONDITIONS PRECEDENT TO CLOSING

7.1 Conditions Precedent of the Parties. The obligations of the Sellers, Buyer and Buyer 2 to consummate the transactions contemplated by this Agreement are subject to the fulfillment, at or before the Closing, of each of the following conditions:

(a) no applicable Law shall prohibit the transactions contemplated hereby or the consummation of the Closing and no suit, action or proceeding shall be pending or threatened before any court or arbitration tribunal seeking to enjoin, restrain, prohibit or declare illegal the transactions contemplated by this Agreement;

---

[10] Note to Draft: Subject to review of Equity Rights Offerings procedures/ERO Backstop Agreements/obligations of Buyer to issue equity upon exercise of Subscription Rights.

(b)      no injunction, order, decree or judgment that restrains, enjoins or prohibits the transactions contemplated in this Agreement shall be in effect;

(c)      any applicable waiting period under the HSR Act relating to the transactions contemplated hereby shall have expired or been terminated;

(d)      the Bankruptcy Court shall have entered the Disclosure Statement Order and the Confirmation Order and each such order shall be a Final Order;

(e)      each of the conditions precedent to the Effective Date shall have been satisfied (or shall become effective concurrent with the Closing Date hereunder) or waived in accordance therewith; and

(f)      (i) the Credit Bid and Release New Equity Interests shall have been, or will be on the Effective Date, received by the holders of Allowed FLTL Secured Claims (as defined in the Plan) in accordance with the Plan and (ii) the Equity Rights Offering New Equity Interests (if and when authorized pursuant to an order of the Bankruptcy Court) shall have been, or will be on the Effective Date, received by the Persons entitled to receipt of such interests in accordance with the Plan, the Subscription Rights, the FLTL ERO Backstop Agreement and the SLTL ERO Backstop Agreement.

7.2      Sellers' Conditions Precedent.  The obligation of the Sellers to consummate the transactions contemplated by this Agreement are subject to the fulfillment, at or before the Closing, of each of the following conditions:

(a)      the representations and warranties of Buyer and Buyer 2 set forth in this Agreement shall be true and correct, as of the date hereof and as of the Closing Date, as if made at and as of such date (other than any representation and warranty expressly made as of a specific earlier date, which shall have been true and correct as of such earlier date), except for those failures to be true and correct that, individually or in the aggregate, would not adversely affect in any material respect the ability of Buyer and Buyer 2 to consummate the transactions contemplated by this Agreement;

(b)      Each of Buyer and Buyer 2 shall have performed and fulfilled in all material respects each covenant, agreement and condition required by this Agreement to be performed or fulfilled by Buyer or Buyer 2, as applicable, at or before the Closing;

(c)      the Effective Date Cash Obligations Amount shall have been agreed in amounts acceptable to Sellers acting in good faith; and

(d)      Each of Buyer and Buyer 2 shall have executed and delivered all documents required to be executed and delivered by Buyer or Buyer 2, as applicable, as set forth in Section 9.2.

The foregoing conditions of this Section 7.2 are for the sole benefit of the Sellers and may be waived by the Sellers, in whole or in part, at any time and from time to time in the sole discretion of the Sellers. The failure by the Sellers at any time to exercise any of their rights

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

hereunder shall not be deemed a waiver of any such right and each such right shall be deemed an ongoing right which may be asserted at any time and from time to time.

7.3    <u>Buyers' Conditions Precedent</u>.    The obligation of Buyer and Buyer 2 to consummate the transactions contemplated by this Agreement are subject to the fulfillment, at or before the Closing, of each of the following conditions:

(a)    (i) each of the Fundamental Representations of each Seller shall be true and correct in all respects, except for *de minimis* inaccuracies, as of the date hereof and as of the Closing Date, as if made at and as of such date (other than any representation and warranty expressly made as of a specific earlier date, which shall have been true and correct as of such earlier date), (ii) the representations and warranties of each Seller set forth in each of <u>Section 4.22(a)</u>, <u>Section 4.32</u> and <u>Section 4.33</u> shall (disregarding any qualifications or exceptions set forth therein relating to Material Adverse Effect or "materiality" or any similar qualification or standard) be true and correct in all material respects, as of the date hereof and as of the Closing Date, as if made at and as of such date (other than any representation and warranty expressly made as of a specific earlier date, which shall have been true and correct in all material respects as of such earlier date), and (iii) all other representations and warranties of each Seller set forth in <u>Article IV</u> of this Agreement shall (disregarding any qualifications or exceptions set forth therein relating to Material Adverse Effect or "materiality" or any similar qualification or standard) be true and correct, as of the date hereof and as of the Closing Date, as if made at and as of such date (other than any representation and warranty expressly made as of a specific earlier date, which shall have been true and correct as of such earlier date) except in the case of this <u>clause (iii)</u>, for those failures to be true and correct that would not, individually or in the aggregate, reasonably be expected to have a Material Adverse Effect; <u>(excluding in the case of each of clauses (i), (ii) and (iii), if the Completion Date (as defined in the Mexico PSA) has occurred prior to the Closing Date, the representations and warranties in Section 4.31 relating to the Assets (as defined in the Mexico PSA))</u>;

(b)    each Seller shall have performed and fulfilled in all material respects each covenant, agreement and condition required by this Agreement to be performed or fulfilled by such Seller at or before the Closing;

(c)    each Seller shall have executed and delivered all documents required to be executed and delivered by such Seller as set forth in <u>Section 9.2</u>;

(d)    no Default or Event of Default (each as defined in the DIP Credit Agreement) under the DIP Credit Agreement shall have occurred and be continuing;

(e)    the Restructuring Support Agreement shall not have been terminated with respect to any party thereto;

(f)    the conditions precedent under each of the Backstop Commitment Letters shall have been satisfied or waived;

(g)    the Plan confirmed by the Confirmation Order shall be in substantially the same form and substance as the plan ~~filed~~<u>confirmed</u> by the ~~Debtors on [•],~~<u>Bankruptcy Court</u> at Docket No. ~~[•] in the Bankruptcy Court~~<u>1751-1</u>, as may be amended, modified or supplemented

61

from time to time in accordance with the Restructuring Support Agreement or as otherwise consented to by or on behalf of Buyer;

(h)     at least five (5) Business Days prior to the Closing Date, the Bankruptcy Court shall have approved and authorized the assumption and assignment of each material Assigned 365 Contract pursuant to Section 365 of the Bankruptcy Code through entry of an order ~~that shall have become a Final Order~~ and all such material Assigned 365 Contracts shall have been duly assigned to Buyer at or prior to the Closing;

(i)     all Assigned 365 Contracts that require novation and are set forth on **Schedule 7.3(i)** will have been novated to Buyer;

~~(j) the estimated amount of Allowed Specified Administrative Expense Claims at any time are projected by the Sellers not to exceed the Toggle Amount (as defined in the Plan), or, upon the occurrence of the Toggle Date, such other amount as determined by the Majority Backstop Parties (as defined in the Second Lien Backstop Commitment Letter) in their sole and absolute discretion;~~

(j)     ~~(k)~~ the aggregate Allocated Values of all Acquired Interests treated as Delayed Assets pursuant to Section 2.3(b), Section 2.4 and Section 2.5, together with the aggregate Allocated Values of all Acquired Interests with respect to which a bona fide Preferential Right is validly exercised prior to the Closing, shall not be greater than $100,000,000;

(k)     ~~(l)~~ all Governmental Approvals set forth on **Schedule 7.3(l)** shall have been obtained and delivered to Buyer and such Governmental Approvals shall be in full force and effect;

(l)     ~~(m)~~ since the Execution Date, no Material Adverse Effect (or any result, event, occurrence, change, circumstance, consequence or development that, individually or in the aggregate, would reasonably be expected to result in a Material Adverse Effect) shall have occurred;

(m)     ~~(n)~~ any agreements between Buyer and the Plan Administrator (as defined in the Plan) shall be reasonably acceptable to Buyer;

(n)     ~~(o)~~ Buyer shall have obtained all qualifications required to assume operatorship of the Leases operated by a Seller as of immediately prior to the Closing in all jurisdictions where such Leases are located, all of which qualifications shall be in full force and effect; and

~~(p) the Sellers shall have delivered to Buyer a fully executed copy of the Fourth Amendment to Office Sublease;~~

(o)     ~~(q)~~ the Effective Date Cash Obligations Amount shall have been agreed in amounts acceptable to Buyer acting in good faith~~; and~~.

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

~~(r) the Sellers shall have delivered to Buyer a duly executed letter agreement, or the Bankruptcy Court shall have entered an order which shall have become a Final Order, in each case in a form reasonably acceptable to Buyer, providing that Buyer is not a "successor" or "assign" of Sellers under the NPA.~~

The foregoing conditions of this <u>Section 7.3</u> are for the sole benefit of Buyer and Buyer 2 and may be waived by Buyer or Buyer 2, as applicable, in whole or in part, at any time and from time to time in the sole discretion of Buyer and Buyer 2. <u>Determination, on behalf of Buyer and Buyer 2, with respect to whether the conditions precedent set forth in Section 7.1 and this Section 7.3 have been satisfied shall be made by Buyer and Buyer 2 at the direction of the Required Lenders.</u>   The failure by Buyer or Buyer 2 at any time to exercise any of its rights hereunder shall not be deemed a waiver of any such right and each such right shall be deemed an ongoing right which may be asserted at any time and from time to time.

## ARTICLE VIII
## RIGHT OF TERMINATION AND ABANDONMENT

8.1    <u>Termination</u>.  This Agreement may be terminated by written notice at any time before the Closing:

(a)    by mutual written consent of the Sellers and Buyer;

(b)    by the Sellers, on one hand, or by Buyer, on the other hand:

(i)    if the Closing shall not have been consummated on or before ~~July~~August 31, 2021 (as such date may be extended by mutual written agreement of the Parties, the "***End Date***"); *provided* that the right to terminate this Agreement pursuant to this <u>Section 8.1(b)(i)</u> shall not be available to any Party (A) who is then in material breach of any of its material agreements, covenants, representations or warranties contained herein or (B) whose breach of any provision of this Agreement is the proximate cause of the failure of the Closing to be consummated before the End Date;

(ii)    if there shall be any applicable Law that makes consummation of the transactions contemplated by this Agreement illegal or otherwise prohibited or if consummation of such transactions would violate any ~~F~~final ~~O~~order of any Governmental Authority having competent jurisdiction;

(iii)    for any reason, Buyer is unable, pursuant to Section 363(k) or Section 1123(a) of the Bankruptcy Code, to credit bid in payment of all or any portion of the Consideration as set forth in <u>Section 2.1</u> (other than the Assumed Liabilities);

(iv)    the Bankruptcy Court shall have entered an order dismissing, or converting into cases under Chapter 7 of the Bankruptcy Code, any of the cases commenced by the Sellers under Chapter 11 of the Bankruptcy Code and comprising part of the Bankruptcy Cases; or

(v)    any of the Sellers shall have entered into any agreement with respect to any Alternative Transaction (consistent with the fiduciary duties of the officers

and directors of the Sellers) or if the Bankruptcy Court shall have approved any such Alternative Transaction;

(c)     by Buyer if:

(i)     the Sellers shall have breached any of their representations and warranties, or shall have failed to perform or comply with any of their covenants and agreements contained in this Agreement and such breach or failure to perform or comply (A) would result in the Sellers being unable to satisfy a condition set forth in Section 7.3 and (B) is not cured within ten (10) Business Days after Buyer notifies the Sellers of such breach or failure to perform or comply in writing; *provided*, that Buyer shall not have a right of termination pursuant to this Section 8.1(c)(i) if Buyer is then in material breach of any of its material agreements, covenants, representations or warranties contained herein;

(ii)     any of the Sellers, without the prior consent of Buyer, enter into a definitive agreement with respect to the sale of any material Acquired Interests (excluding sales of Hydrocarbons in the ordinary course of business) or any interest in any of the Leases (other than, for the avoidance of doubt, the Mexico PSA);

(iii) the Confirmation Order shall not have been entered by the Confirmation Outside Date;

(iii)     (iv)  the Restructuring Support Agreement shall have been terminated with respect to any party thereto; *provided*, that the right to terminate this Agreement pursuant to this Section 8.1(c)(iviii) shall not be available to Buyer if any Consenting Creditor's breach of any provision of the Restructuring Support Agreement is the proximate cause of the termination of the Restructuring Support Agreement;

(iv)     (v)  any Event of Default (as defined in the DIP Facility Credit Agreement) under the DIP Facility Credit Agreement shall have occurred and be continuing;

(v)     (vi)  the Equity Rights Offerings are not consummated;

(vi)     (vii)  the Disclosure Statement Order or the Confirmation Order shall have been stayed, vacated, reversed or materially modified or amended by the Bankruptcy Court or another court of competent jurisdiction at any time without the prior written consent of Buyer; or

(vii)     (viii)  any Seller seeks to have the Bankruptcy Court enter an order dismissing, or converting into cases under Chapter 7 of the Bankruptcy Code, any of the cases commenced by the Sellers under Chapter 11 of the Bankruptcy Code and comprising part of the Bankruptcy Cases, or if a trustee in the Bankruptcy Cases or a responsible officer or an examiner with enlarged powers is appointed (other than a fee examiner) relating to the operation of the Sellers' businesses pursuant to Section 1104 of

64

transactions contemplated hereby) or were otherwise breached and that the Parties shall be entitled to injunctive relief, specific performance and other equitable relief to prevent breaches (or threatened breaches) of this Agreement and to enforce specifically the performance of the provisions hereof.  Any Party seeking an injunction to prevent breaches of this Agreement and to enforce specifically the provisions of this Agreement shall not be required to provide any bond or other security in connection with any such order or injunction.  The rights set forth in this <u>Section 8.3</u> shall, subject to <u>Section 8.2</u>, be in addition to any other rights which a Party may have at law or in equity pursuant to this Agreement.

## ARTICLE IX
## CLOSING

9.1     <u>Date of Closing</u>.  Subject to satisfaction (or waiver by the required Party) of the conditions to Closing set forth in <u>Article VII</u> (other than those conditions that by their nature cannot be satisfied until the time of Closing, but subject to the satisfaction (or waiver by the requisite Party) of those conditions), the Closing shall occur on the Effective Date (the "***Closing Date***").  Notwithstanding the foregoing, the pParties ~~hereto~~ may agree in writing to such other date or time for Closing to take place and such other date or time shall be the "***Closing Date***" as such term is defined herein.  The Closing shall take place through electronic means of communication on the Closing Date.

9.2     <u>Closing Obligations</u>.  At Closing, the Parties (as applicable) shall take, or cause to be taken, the following actions, each being a condition precedent to the others and each being deemed to have occurred simultaneously with the others:

(a)     The Sellers and Buyer shall deliver to one another duly executed counterpart signature pages to each Transfer Document to which they are a party, in sufficient numbers of duly executed and acknowledged original counterparts to facilitate, to the extent appropriate, recording in all relevant jurisdictions;

(b)     The Sellers shall deliver to Buyer the JV Assignment Agreements duly executed by the applicable Sellers;

(c)     ~~Buyer and Buyer 2 shall deliver a duly executed counterpart to the Release Document~~[Reserved];

(d)     The Sellers shall deliver to Buyer a certificate, dated and effective as of the Closing Date, executed by an authorized officer of each Seller, certifying to Buyer that, on the Closing Date, the conditions set forth in <u>Section 7.3(a)</u> and <u>Section 7.3(b)</u> have been satisfied;

(e)     Buyer shall deliver to the Sellers a certificate, dated and effective as of the Closing Date, executed by an authorized officer of each of Buyer and Buyer 2, certifying to the Sellers that, on the Closing Date, the conditions set forth in <u>Section 7.2(a)</u> and <u>Section 7.2(b)</u> have been satisfied;

(f)     Each Seller shall deliver to Buyer a statement that satisfies the requirements of Treas. Reg. §1.1445-2(b)(2), certifying that such Seller is not a foreign person within the meaning of Section 1445(f)(3) or Section 1446(f)(2) of the Code;

(g) Fieldwood and Buyer shall deliver to one another duly executed signature pages to the Funding Agreement;

(g)     (h) Buyer shall deliver by wire transfer of immediately available funds an amount in cash equal to the Cash Portion, to one or more accounts designated by the Sellers (which shall be designated by the Sellers at least two (2) days prior to Closing);

(h)     (i) Sellers shall pay the Cure Costs out of the Closing Cash Amount and/or the Cash Portion in accordance with an order of the Bankruptcy Court; and

(i)     (j) Buyer shall deliver to Fieldwood the GUC Warrants and the SLTL Warrants for distribution by Fieldwood pursuant to the Plan.; and

(j)     Sellers shall deliver to Buyer (i) a duly executed stock transfer power with respect to the transfer of the White Shoals Equity to Buyer and (ii) if certificated, any stock certificates in the possession of Sellers with respect to the White Shoals Equity.

# ARTICLE X
## POST-CLOSING OBLIGATIONS AND COVENANTS

10.1    _Field Data and Records_.  Within ten (10) Business Days after the Closing, pursuant to Buyer's reasonable instructions, the Sellers shall deliver to Buyer any Field Data or Records that are not maintained in the Office Assets.  Buyer shall be entitled to all original Field Data and Records.  Within ten (10) Business Days after the Closing, the Sellers may make and retain, at the Sellers' expense, copies of any Field Data and Records (except to the extent prohibited by Contract where Buyer obtains the originals thereof).

10.2    _Suspense Funds; Prepaid JOA Funds_.

(a)     To the extent that as of Closing, any Seller holds Suspense Funds or Undisbursed Revenue relating to the Acquired Interests (excluding Prepaid JOA Funds) the Sellers shall deliver to Buyer at Closing such Suspense Funds and Undisbursed Revenue and an accounting of such Suspense Funds and Undisbursed Revenue and Buyer shall from and after such time be responsible for the application of such Suspense Funds and Undisbursed Revenue under the applicable operating or other agreement governing the application of such Suspense Funds and Undisbursed Revenue.   The Sellers shall remain liable, and shall be solely responsible, for (i) the disbursement of all funds owed to Persons (including any Suspense Funds) that are not paid or disbursed to Buyer at Closing and (ii) all Liabilities with respect to any misapplication of any Suspense Funds (or any escheat or other Laws related thereto) as to any period of time at or before the Closing Date; such Liabilities and responsibilities shall be considered Retained Liabilities.

(b)     To the extent that as of Closing, any Seller holds funds received by the Sellers (in their capacity as operator of any Acquired Interests) on account of working interest

10.4    Assignments; Operatorship.

(a)    ~~Other than with respect to Governmental Approvals (which are addressed by Section 2.4), the~~ Sellers will prepare and execute, and Buyer will execute, at or before the Closing, all Transfer ~~d~~Documents ~~ations~~ necessary to convey to Buyer the Acquired Interests granted by a Governmental Authority ~~(except any such documentation that is customarily completed post-Closing)~~ in the form as prescribed by the applicable Governmental Authority and otherwise reasonably acceptable to Buyer and the Sellers.

(b)    At the Closing, each Seller shall, as applicable, deliver to Buyer ~~a resignation as operator of (and, as applicable, designated applicant under OSFR for) all Field Assets as to which such Seller served as operator (or, as applicable, designated applicant under OSFR) immediately before the Closing Date.  With respect to those Field Assets as to which a Seller controls the selection of the successor operator (or, as applicable, the designated applicant under OSFR), such Seller shall at the Closing deliver to Buyer (and any pertinent Third Person) a written notification designating Buyer as the successor operator of (or, as applicable, the successor designated applicable under OSFR for) such Field Assets effective as of the Closing Date~~ or its Representatives (i) letters of the appointment of agent and designations of operator (Form BOEM-1123) for each portion of the Field Assets which such Seller is the designated operator, (ii) designations of applicant (Form BOEM-1017), for each Field Asset (or portion thereof) for which a Seller is the Designated Applicant, (iii) Form BOEM-1125 for each Seller which is a Designated Applicant for a Field Asset. Promptly after Closing, each Seller, as applicable, shall deliver to Buyer (i) designations of operator (Form BOEM-1123) for each portion of the Field Assets (or portion thereof) for which a third party is the designated operator, (ii) designations of applicant (Form BOEM-1017), for each Field Asset (or portion thereof) for which a third party is the Designated Applicant. Upon approval of any Transfer Document submitted, in the event as part of the assignment submittal Buyer designated a Seller as the Designated Operator, Seller and Buyer shall coordinate to promptly submit designations of operator (Form BOEM-1123) to reflect QNE as the designated operator. ~~-~~ With respect to any Field Assets operated by a Seller and as to which the Sellers do not control the selection of the successor operator ~~(or, as applicable, the designated applicant under OSFR), the Sellers will cast their votes at or before Closing~~ ("**_Operated Assets_**"), promptly after Closing the applicable Seller shall notify its co-owners of its resignation as operator in accordance with the terms of the applicable operating agreement, will cast its vote in favor of Buyer (if allowed by the applicable agreement), and will use commercially reasonable efforts to obtain ~~before, or promptly following, Closing~~ the votes of the other owners of Working Interests in such Field Assets, in each case in favor of the designation of Buyer as successor operator of ~~(and, as applicable, the designated applicant under OSFR for)~~ such Field Assets effective as of the Closing Date. ~~-~~ Within five (5) days after the later of the Closing Date or the date on which Buyer is named successor operator under the terms of the applicable Contract, the Sellers and Buyer shall make all necessary filings for the Operated Assets, including the Transfer Documents and any BOEM designation of operator (~~f~~Forms ~~-~~ BOEM-1123) and designated applicant ~~OSFR form~~ designations (Form BOEM-1017), and take all other actions necessary to cause the ~~resignation of the applicable Sellers as operator of (and, as applicable, the designated applicant under OSFR for), and the~~ designation of Buyer as the successor operator of (and, as applicable, the designated applicant under OSFR for), such ~~Field~~Operated Assets to be recognized and, if required, approved by all relevant Governmental Authorities. Upon Buyer's receipt of its Certificate of

Financial Responsibility, the Parties shall cooperate so that Buyer is the Designated Applicant for all Field Assets for which as Seller is the Designated Applicant. In each case, the Sellers shall use commercially reasonable efforts to assist Buyer in assuming the timely operation and management of the Field Assets. Each of the Sellers' covenants in this Section 10.4(b) is subject to the accuracy at Closing of Buyer's representations in Section 5.9. Each of Buyer's covenants in this Section 10.4(b) is subject to Buyer's receipt from the Sellers and Third Persons of all such required designations and forms. ~~For the avoidance of doubt, "Field Assets" does not include any Lease, Subject Unit, Easement or Well with respect to which no right, title or interest is included in the Acquired Interests.~~

(c) ~~With respect to each Field Asset operated by the Sellers as of the Closing, the Sellers, with the continued assistance of Buyer, shall use commercially reasonable efforts to cause each joint owner, record title interest owner and applicable operating rights interest owner in such Field Asset to execute and deliver such~~Each Party agrees that any instruments, forms and filings (including any BOEM or BSEE assignments, change of name, change of qualification, designation of operator forms and designated applicant OSFR form designations and any instruments, forms and filings required by BSEE) that ~~are necessary to designate and appoint under all applicable Laws, Leases, Easements and Contracts, Buyer as operator of (and, as applicable, the designated applicant under OSFR for) such Field Asset as promptly as practicable following the Closing.~~

~~(d)~~ may be required by BOEM or BSEE in connection with the implementation of the Divisive Merger, any assignments by or in favor of and any other merger or name change of a Seller or Fieldwood Energy I, Fieldwood Energy III (and its affiliates and subsidiaries) or Fieldwood Energy IV LLC or any change to a Seller's qualifications with BOEM shall not be submitted to BOEM or BSEE until after BOEM or BSEE, as applicable, has approved ~~Each Party agrees that the execution and delivery of the~~ instruments, forms and filings (including any BOEM or BSEE assignments, designation of operator forms and OSFR form designation, and any instruments, forms and filings required by BSEE) that are necessary for BOEM or BSEE, as applicable, to designate, recognize and appoint under all applicable Law, Leases, Easements and Contracts Buyer as ~~operator~~owner of (and, as applicable, the designated operator of and/or the designated applicant under OSFR for) ~~of~~ the Field Assets ~~will be made prior to the execution and delivery of the instruments, forms and filings (including any BOEM designation of operator forms and designated applicant OSFR form designations and any instruments, forms and filings required by BSEE) that may be required in connection with the implementation of the Divisive Merger.~~.

10.5    Confidentiality. Following the Closing, the Sellers agree not to, and to cause their respective Affiliates and Representatives not to, use or disclose any confidential or non-public information concerning the Acquired Interests or the business affairs of Buyer and its Affiliates, including as it relates to the Acquired Interests, or the Assumed Liabilities ("*Confidential Information*") except disclosure of Confidential Information that (a) is lawfully obtained after Closing from a source that, to the Knowledge of the Sellers, was not under an obligation of confidentiality to Buyer with respect to such information, (b) is disclosed or becomes available to the public without any breach by the Sellers of the terms of this Section 10.5, (c) is or may be necessary to wind down any of the Sellers' bankruptcy estates, or in connection with the enforcement of the rights of, or the defense of any Claim against or involving, any Seller

predecessors, successors or assigns; or (d) other than as expressly set forth in this Agreement, be liable for any acts or omissions of any Seller or any of its Affiliates, predecessors, successors or assigns in the current or former conduct of the business of the Sellers relating to the Acquired Interests or arising under or related to the Acquired Interests.  Without limiting the generality of the foregoing, and except as otherwise expressly provided in this Agreement, the Parties intend that Buyer shall not be liable for any Encumbrances (except Permitted Encumbrances (except for the Fieldwood U.A. Interests and the JV Interests, which shall not have any Permitted Encumbrances other than pursuant to the Mexico PSA)) against any Seller or any of its Affiliates, predecessors, successors or assigns, and Buyer shall have no successor or vicarious liability of any kind or character whether known or unknown as of the Closing Date, or whether fixed or contingent, whether now existing or hereafter arising, with respect to the Acquired Interests or any Liabilities of the Sellers arising prior to or after the Closing Date other than the Assumed Liabilities and Permitted Encumbrances (except for the Fieldwood U.A. interests and the JV Interests, which shall not have any Permitted Encumbrances other than pursuant to the Mexico PSA).  The Parties agree that the provisions substantially in the form of this <u>Section 10.8</u> shall be reflected in the Confirmation Order.

      10.9    <u>Access to Records</u>.

      (a)    On and after the Closing Date, each Seller will, and will cause its Affiliates, successors and assigns and Representatives to, afford promptly to Buyer and its agents reasonable access to its books of account, financial and other records (including accountant's work papers), information, employees and auditors to the extent necessary or useful for Buyer in connection with any audit, investigation, dispute or litigation or any other reasonable business purpose relating to the Acquired Interests or the Assumed Liabilities; *provided* that any such access by Buyer shall not unreasonably interfere with the conduct of the business of such Seller.

      (b)    Buyer agrees that, following the Closing, and subject to applicable Law and any confidentiality restrictions to third parties, and except as may be necessary to protect any applicable legal privilege, it shall (and shall cause its Subsidiaries to) give to the Sellers and their Representatives reasonable access during normal business hours to the Records pertaining to any and all periods prior to and including the Closing Date, to the extent useful or necessary for the Sellers in connection with any audit, investigation, dispute or litigation relating to the Seller's prior ownership of the Acquired Interests or the Assumed Liabilities, as the Sellers and their Representatives may reasonably request; *provided* that any such access by the Sellers shall not unreasonably interfere with the conduct of business of Buyer.

      10.10  <u>Payment of Assumed Liabilities</u>.  If, from and after the Closing Date, any Seller or their respective Affiliates receives an invoice from a third party for payment of amounts that constitute Assumed Liabilities, such Seller may deliver such invoice to Buyer for payment and Buyer shall pay such invoice promptly and in any event within thirty (30) days of Buyer's receipt of such invoice from such Seller; *provided*, that for the avoidance of doubt, that if any such invoice covers amounts that are not Assumed Liabilities, as well as amounts that are Assumed Liabilities, Buyer shall only be required by this <u>Section 10.10</u> to pay that portion of the amounts invoiced that constitute Assumed Liabilities.

against Buyer.  Buyer and the D&O Indemnified Parties agree that the Indemnitors are express third party beneficiaries of the terms of this <u>Section 10.13</u>.

(c)  Without limiting <u>Section 10.13(a)</u>, in the event a Claim is brought against any D&O Indemnified Party (whether arising before or after the Closing Date), nothing in this <u>Section 10.13</u> shall limit the D&O Indemnified Party's(ies') right, to the extent provided pursuant to the Existing D&O Indemnification Terms, to retain counsel satisfactory to him or her (and Buyer shall (to the extent such coverage would be available pursuant to the Existing D&O Indemnification Terms) pay the fees and expenses of such counsel (to the extent such fees and expenses constitute D&O Indemnified Liabilities) for the D&O Indemnified Party promptly as statements therefor are received), *provided* that, to the extent the D&O Indemnified Party(ies) would retain control of any such defense pursuant to the Existing D&O Indemnification Terms, the D&O Indemnified Party(ies) shall retain control of any such defense.

(d)  In the event that Buyer or any of its successors or assigns (i) consolidates with or merges into any other Person and is not the continuing or surviving corporation or entity of such consolidation or merger; or (ii) sells, transfers or conveys to any Person or Persons acting in concert all or substantially all of its properties and assets, or ownership of a majority of equity representing the right to control the management of Buyer, then, and in each such case, Buyer shall cause proper provision to be made so that the successors and assigns of Buyer shall assume all of the obligations of Buyer set forth in this <u>Section 10.13</u>.

(e)  Each manager that is included in the D&O Indemnified Parties is identified on **Schedule 10.13(e)**.

10.14  <u>Rights of Use</u>.  The Parties recognize that, under current BSEE policy, BSEE will recognize only a single entity as the holder of a right of use and easement (each, a "***RUE***").  The Parties agree that RUE No. OCS-G 30329 covering the South Marsh Island 132 Platform B (Complex ID 21982) shall be held by Fieldwood Energy I (upon completion of the anticipated Divisive Merger) on behalf of both itself and Buyer; the Parties agree that, as a contractual matter between themselves, Fieldwood Energy I and Buyer shall each own a one-half interest in such platform and shall each be responsible for one half of the costs and obligations (for operating, decommissioning and otherwise) relating to such platform.  The Sellers and Buyer will use commercially reasonable efforts to obtain, to the extent required by BSEE, a replacement ~~Right of Use Agreements~~RUE with respect to each ~~Right of Use Agreement~~RUE listed on **Schedule 10.14** at, or as promptly as practicable following, the Closing.  The rights of the Sellers and Buyer to use, and the obligations with respect to, any RUE listed in **Part 1** of **Schedule 10.14** shall be governed by the terms of the joint operati~~on~~ng agreement~~s from~~for the Lease(s) associated with such RUE.

10.15  <u>Post-Closing Agreements</u>.  On the date of the consummation of the transactions contemplated by the Divisive Merger, each Seller shall, and shall cause its applicable Affiliates to <u>(to the extent the same are identified as a party thereto)</u>, and Buyer shall, deliver counterparts to the TSA, the SEMS Bridging Agreement, the ST 308 Performance Bond, the Farmout Agreement, ~~and~~<u>the Contract Operating Agreement,</u> each of the Joint Operating Agreement Amendments <u>and the Funding Agreement</u>.

76

10.16   Effective Date Payments.  On the Effective Date, the Sellers will pay, or cause to be paid, each of the Effective Date Cash Obligations that is to be paid on the Effective Date pursuant to the Plan to the applicable payees thereof.

10.17   South Marsh 39.  Buyer, in its sole discretion, may elect (prior to or following the Closing) by delivering written notice to Fieldwood to cause the Sellers to assign to Buyer (or Buyer's designee) the assets and properties listed on **Schedule 10.17** (the "***SMI 39 Assets***"). If Buyer elects to acquire the SMI 39 Assets on or prior to the date that is three (3) Business Days prior to the Closing, the SMI 39 Assets will be deemed Other Interests for all purposes hereunder and transferred to Buyer at Closing.  If Buyer timely elects to either (i) acquire the SMI 39 Assets, or (ii) cause a designee of Buyer to acquire the SMI 39 Assets, then, Sellers shall promptly (but not prior to the Closing) cause the SMI 39 Assets to be assigned to Buyer or such designee pursuant to an Assignment, Bill of Sale and Conveyance in substantially the form of **Exhibit H** and Buyer or such designee, as applicable, will assume the Liabilities of Sellers relating to the SMI 39 Assets to the same extent as Buyer would have assumed such Liabilities pursuant to Article XI had the SMI 39 Assets been Other Assets.

10.18   Certain Bank Accounts.  Prior to or following the Closing, Sellers will use commercially reasonable efforts to transfer each of the bank accounts listed on **Schedule 10.18** to Buyer and take such other actions reasonably requested by Buyer to cause Buyer Proceeds to be promptly received by, and/or paid over to, Buyer.

10.19   Specified Matters.  From and after the Closing, Buyer shall control and prosecute the Specified Matters on behalf of Sellers (at Buyer's expense).  If it is finally determined that Sellers have any cash liability with respect to, or arising out of, any of the Specified Matters (and such cash liability was not otherwise satisfied, released or discharged pursuant to the Plan or Confirmation Order), Buyer or Sellers (as applicable) shall notify the other in writing, as soon as reasonably practicable prior to the due date of such liability, of the amount of the liability so payable together with reasonably detailed supporting summary and documentation and any other information reasonably requested by Buyer, and Buyer shall pay to Sellers the amount of such liability, which amount Sellers will pay over to the applicable governmental authority to satisfy such liability, no later than the later of (a) two (2) Business Days after Closing or (b) five (5) Business Days, before such payment is due and payable.  The Sellers shall, in turn, timely remit or cause to be remitted to the applicable governmental authority the amount paid by Buyer to Sellers in the preceding sentence.

## ARTICLE XI
## ASSUMPTION AND RETENTION OF LIABILITIES

11.1   Buyer's Assumption of Liabilities.  Subject to the terms of this Agreement, if the Closing occurs, Buyer shall be deemed to have assumed (and shall pay, perform and discharge) the following Liabilities of the Sellers, as of the Closing (collectively, the "***Assumed Liabilities***"):

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

(a)    all Liabilities to the extent arising out of the Leases and the Assigned Contracts that are Acquired Interests, but, as to such Leases and such Assigned Contracts that constitute Other Assets, only to the extent that such Liabilities arise after the Closing;

(b)    all Liabilities to the extent arising out of the ownership, operation, use or environmental condition of the Acquired Interests (other than the Leases and Assigned Contracts), but, as to the Other Assets that are Acquired Interests, only to the extent that the acts, omissions, events or conditions giving rise thereto first arise, occur or come into existence after the Closing;

(c)    all Liabilities to assess, remediate, remove, transport or dispose as required under Environmental Law any Environmental Contaminants present as of the Closing at the Acquired Interests;

(d)    all Liabilities (whether arising before, at or after the Closing) to the extent arising out of the plugging, abandonment and decommissioning of, and all related salvage, site clearance and surface restoration activities for, any Field Assets that are Acquired Interests to the extent required under applicable Law or the terms of the applicable Leases, but, as to such Field Assets that constitute Other Assets, excluding any monetary fines and penalties to the extent that such monetary fines and penalties arise from or relate to facts or conditions existing or occurring at or before the Closing;

(e)    all Liabilities to the extent arising out of any Imbalances attributable to the Acquired Interests;

(f)    all Liabilities to the extent arising out of any Suspense Funds delivered to Buyer at the Closing but excluding Liabilities with respect to misapplication of any Suspense Funds (or any escheat or other Laws related thereto) before the Closing;

(g)    all Liabilities to the extent arising out of any Prepaid JOA Funds or Undisbursed Revenue, in each case, that is delivered to Buyer at the Closing but excluding Liabilities with respect to misapplication of Prepaid JOA Funds or Undisbursed Revenue (or any escheat or other Laws related thereto) before the Closing;

(h)    all Liabilities assumed by Buyer pursuant to Section 6.8;

(i)    all Liabilities for Taxes attributable to the Acquired Interests other than the Retained Taxes;

(j)    all Liabilities relating to (i) any Seller Employee who becomes a Transferred Employee, that arise at, before or after the Closing, in each case unless such claim is (A) discharged under the Plan or (B) covered by insurance and (ii) any Employee Severance that becomes due and payable following the Closing;

(k)    all indemnities of Buyer under Section 1.2, Section 2.3, Section 2.4 and Section 2.5;

(l)      all Working Capital Liabilities;

(m)      the D&O Indemnified Liabilities;

(n)      all Liabilities arising out of or relating to any affirmative defenses ~~and defensive setoff and recoupment rights~~ of third parties with respect to any Claim or cause of action assigned to Buyer pursuant to Section 1.2(i), Section 1.2(w) and Section 1.2(rr) to the extent that if treated as Retained Liabilities such defenses or rights would not constitute general unsecured claims of the Sellers; and

(o)      the Allowed FLFO Claims (as defined in the Plan) remaining following distribution of the FLFO Distribution Amount (as defined in the Plan) pursuant to the Plan (as modified to the extent set forth in the First Lien Exit Facility Documents (as defined in the Plan)).

Notwithstanding anything to the contrary herein, Assumed Liabilities shall not include any surety bond premiums, indemnity obligations or other obligations on account of surety bonds that were obtained by the Sellers.

11.2    <u>Sellers' Retention of Liabilities</u>.   Notwithstanding anything to the contrary set forth in this Agreement or in any other document or instrument entered into in connection with this Agreement, the Parties expressly acknowledge and agree that Buyer is assuming only the Assumed Liabilities and is not assuming any other Liability of any Seller.  All other Liabilities of each Seller or any of its Affiliates (or any predecessor of any Seller or any of its Affiliates or any prior owner of all or part of their businesses and assets) shall be retained by and remain Liabilities of such Seller and its Affiliates (all such Liabilities not being assumed being herein referred to as the "***Retained Liabilities***") including the following:

(a)      all Liabilities arising out of the Leases and the Assigned Contracts except those Liabilities set forth in Section 11.1(a);

(b)      all Liabilities arising out of the plugging, abandonment and decommissioning of, and all related salvage, site clearance and surface restoration activities for, any assets, properties or leases, except those Liabilities set forth in Section 11.1(d);

(c)      all Liabilities relating to the presence of Environmental Contaminants, except those Liabilities set forth in Section 11.1(c);

(d)      [reserved];

(e)      all current liabilities of the Sellers and their Subsidiaries, including all expenses and accounts, notes and other payables (other than the Working Capital Liabilities);

(f)      all Liabilities arising out of the ownership, operation, use or environmental condition of the Acquired Interests (other than Leases and Assigned Contracts) prior to or as of the Closing, except those liabilities set forth in Section 11.1(b);

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

(g)      all indebtedness, whether or not encumbering all or any portion of the Acquired Interests (other than the Working Capital Liabilities);

(h)      all Liabilities arising out of any Suspense Funds, Undisbursed Revenue and Prepaid JOA Funds (except for those Liabilities described in Sections 11.1(f) and Section 11.1(g));

(i)      [reserved];

(j)      all Liabilities arising out of or relating to the Decommissioning Agreement and Apache PSA;

(k)      all Liabilities related to, resulting from or otherwise arising out of or relating to any Excluded Assets (other than the Working Capital Liabilities);

(l)      all Liabilities arising out of or relating to any Seller's breach of this Agreement;

(m)      all Liabilities for (a) Taxes of the Sellers or Taxes relating to the Acquired Interests (other than Fieldwood U.A. Interests) or the Assumed Liabilities with respect to any Pre-Closing Tax Period (including Property-Related Taxes and Production Taxes that are allocated to the Pre-Closing Tax Period pursuant to Section 6.12), (b) Taxes imposed on Fieldwood U.A. or Fieldwood Mexico or any Subsidiary thereof, or for which Fieldwood U.A. or Fieldwood Mexico or any Subsidiary thereof may otherwise be liable, with respect to any Pre-Closing Tax Period; (c) Taxes imposed on Fieldwood U.A. or Fieldwood Mexico or any Subsidiary thereof, or for which Fieldwood U.A. or Fieldwood Mexico or any Subsidiary thereof may otherwise be liable, as a result of having been a member of any Company Group; and (d) Transfer Taxes solely to the extent such Transfer Taxes are the responsibility of the Sellers pursuant to Section 6.12 (the "*Retained Taxes*");

(n)      all Liabilities for non-compliance by the Sellers or Buyer (or any of their respective Affiliates) with any bulk sales, bulk transfer or similar Law;

(o)      all Liabilities relating to any current or former independent contractor of any Seller or any of its Affiliates or any Seller Employee or other current or former employee of any Seller or any of its Affiliates who does not become a Transferred Employee, that arise at, before or after the Closing (except for those Liabilities assumed by Buyer pursuant to Section 6.8(c));

(p)      all Liabilities arising out of or relating to any Claim with respect to facts and circumstances existing prior to the Closing, including Liabilities for any fines or penalties relating thereto, except (i) as provided in Section 11.1(b) through Section 11.1(h) and (ii) any affirmative defenses and defensive setoff and recoupment rights of third parties with respect to any Claim or cause of action assigned to Buyer pursuant to Section 1.2(i), Section 1.2(w) and Section 1.2(rr) except to the extent that if treated as Retained Liabilities such defenses or rights would constitute general unsecured claims of the Sellers;

80

(q)     all Liabilities relating to an Employee Plan that is not an Assumed Employee Plan;

(r)     Liabilities satisfied, compromised, settled, released or discharged pursuant to the Plan and the Confirmation Order; and

(s)     all Effective Date Cash Obligations.

Notwithstanding anything contained in this Section 11.2 or elsewhere in this Agreement or any Ancillary Document, Assumed Liabilities shall include all Fieldwood Energy I Closing Accounts Payable.

11.3    Reservation as to Third Persons.  Nothing herein is intended to limit or otherwise waive any recourse Buyer or the Sellers may have against any Third Person for any Liabilities that may be incurred with respect to the Acquired Interests.

11.4    Certain Liens.  For the avoidance of doubt, nothing in this Agreement is intended to require the release of, and no Party will be in breach of this Agreement as a result of the non-release of, any pledge of the equity of the Mexico JV entities relating to a credit facility of any of the Mexico JV entities.

## ARTICLE XII
## MISCELLANEOUS

12.1    Expenses.  Except as otherwise specifically provided herein or in any order of the Bankruptcy Court, all fees, costs and expenses (including engineering, land, title, legal, accounting, consulting and other professional fees, costs and expenses) (excluding any fees, costs and expenses incurred by the Prepetition FLTL Agents (including, without limitation, the fees and disbursements of their respective counsel) and the Prepetition FLTL Agents Advisors (each as defined in the Plan)) incurred by Buyer, Buyer 2 or the Sellers in negotiating this Agreement, the Ancillary Documents or in consummating the transactions contemplated herein or therein shall be paid by the Party incurring the same whether or not the Closing shall have occurred.  Buyer shall be solely responsible and pay for all recording fees related to the transfer of the Acquired Interests; *provided* that if any such recording fees are required to be paid prior to the Closing the Sellers shall pay such recording fees when due.

12.2    Notices.  All notices and communications required or permitted to be given hereunder (each, a "***Notice***") shall be in writing and shall be delivered personally, or sent by certified U.S. mail, postage prepaid with return receipt requested, bonded overnight courier, by facsimile or email transmission (provided any such facsimile or email transmission is confirmed either orally or by written confirmation), addressed to the appropriate Party at the address for such Party shown below:

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

If to Buyer or Buyer 2:

[——]c/o QuarterNorth Energy LLC
2000 W. Sam Houston Pkwy. S., Suite 1200
Houston, Texas  77042
Attention:  Mike Dane
              Thomas R. Lamme
Email:      MDane@qnenergy.com
              TLamme@qnenergy.com

with a copy (which will not constitute notice)
to:

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attention:  Damian Schaible
              Natasha Tsiouris
              Cheryl Chan
Email:      damian.schaible@davispolk.com
              natasha.tsiouris@davispolk.com
              cheryl.chan@davispolk.com

and

Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Attention: John R. Ashmead
              Gregg S. Bateman
              Catherine LoTempio

Email: ashmead@sewkis.com
        bateman@sewkis.com
        lotempio@sewkis.com

If to the Sellers:

c/o Fieldwood Energy LLC
2000 W. Sam Houston Pkwy. S., Suite 1200
Houston, Texas  77042
Attention:  Mike Dane
              Thomas R. Lamme
              Jon GrahamDavid
Dunn
Email:      MDane@fwellc.com
              TLamme@fwellc.com
              JGraham@fwellc.com

with a copy (which will not constitute notice)
to:

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, Texas  75201
Attention:  Rodney L. Moore
              Samuel C. Peca
              Matt Barr
              Alfredo R. Perez
              Jessica Liou
Email:      rodney.moore@weil.com
              samuel.peca@weil.com
              matt.barr@weil.com
              alfredo.perez@weil.com
              jessica.liou@weil.com
 and

David M. Dunn
2000 Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
Email: ddunn@provincefirm.com

Any Notice given in accordance herewith shall be deemed to have been given and received upon:
(a) if by personal delivery, then upon receipt (except, if a Notice is received at or after 5:00 p.m.
Central Time or on a day that is not a Business Day, it shall be deemed received on the next
Business Day), (b) if sent by U.S. certified mail, postage prepaid, return receipt requested, then
the date shown as received on the return notice, (c) if sent by facsimile or email transmission, the
date such facsimile or email transmission is confirmed either orally or by written confirmation,

or (d) if by bonded overnight courier, the date shown on the notice of delivery.  Any Party may change the address, facsimile number or email address to which Notices are to be addressed by giving written notice to the other Party in the manner provided in this Section 12.2.

12.3    Amendments.  Except as set forth in Section 1.2, Section 2.1, Section 2.3(b), Section 2.4, Section 2.6 and Section 6.7, this Agreement, including all Exhibits and Schedules hereto, may be amended or modified only by an agreement in writing executed by all of the Parties.

12.4    Waiver.  No Party shall be deemed to have waived or discharged any claim arising out of this Agreement, or any power, right, privilege, remedy or condition under this Agreement, unless the waiver or discharge of such claim, power, right, privilege, remedy or condition is expressly set forth in a written instrument duly executed and delivered by the Party against whom the waiver or discharge is sought to be enforced.  A waiver or discharge made on one occasion or a partial waiver or discharge of any power, right, privilege, remedy or condition shall not preclude any other or further exercise or enforcement of such power, right, privilege or remedy or requirement to satisfy such condition.  Except as expressly provided otherwise in this Agreement, the rights of each Party under this Agreement shall be cumulative, and the exercise or partial exercise of any such right shall not preclude the exercise of any other right.

12.5    No Third-Party Beneficiaries.  Nothing in this Agreement entitles any Person other than Buyer, Buyer 2 and the Sellers, including Fieldwood Energy I and GOM Shelf and their Subsidiaries, to any claims, remedy or right of any kind; *provided, however,* (a) the D&O Indemnified Parties are intended to be, and shall be, third party beneficiaries of Section 10.123, (b) the Non-Recourse Parties are intended to be, and shall be, third party beneficiaries of Section 12.14 and (c) the Seller Indemnified Parties are intended to be, and shall be, third party beneficiaries of the rights of Seller Indemnified Parties specified in Article XIII.  From and after the establishment of the Liquidating Trust, the Liquidating Trustee shall be a third party beneficiary of the Sellers' rights under this Agreement.

12.6    Assignment.

(a)    Subject to Section 12.6(b), neither this Agreement nor any rights, interests or obligations hereunder shall be assigned by any Party by operation of Law or otherwise without the other Party's express written consent (which may be granted or withheld in the sole discretion of such other Party); *provided*, *however*, that Buyer and Buyer 2 shall be permitted, upon notice to the Sellers, to assign all or part of its respective rights or obligations hereunder (including obligations related to the Assumed Liabilities) to any wholly-owned Subsidiary of NewCo (as defined in the Plan) and the Sellers may assign their respective rights and obligations under this Agreement to any liquidating trust or other similar representative of the Sellers created or appointed pursuant to a Bankruptcy Court order.  Notwithstanding the foregoing, no assignment of any rights hereunder shall relieve the assigning Party of any obligations or responsibilities hereunder.

(b)    If a Liquidating Trust is established, from and after the formation of the Liquidating Trust, subject to the terms of the Confirmation Order, all rights and obligations of the Sellers under this Agreement shall accrue to and be for the benefit of and shall be exercisable

83

OR NON-PERFORMANCE OF THIS AGREEMENT, OR ANY ANCILLARY DOCUMENT (UNLESS SUCH ANCILLARY DOCUMENT PROVIDES OTHERWISE).

12.9    Entire Agreement.  This Agreement (including the Exhibits, Schedules and Disclosure Schedules), the Ancillary Documents and the Plan constitute the entire agreement between the Parties with respect to the subject matter hereof and supersede all negotiations, prior discussions and prior agreements and understandings relating to such subject matter.  In the event of any conflict between this Agreement, any Ancillary Document and the Plan, this Agreement will control.

12.10    Binding Effect.  This Agreement shall be binding in all respects against (a) the Sellers and all of their successors and permitted assigns (including, for the avoidance of doubt, any trustee, examiner or other fiduciary appointed in the Bankruptcy Case) and (b) Buyer, Buyer 2 and all of their respective successors and permitted assigns.

12.11    Time of the Essence.  Time is of the essence for this Agreement.

12.12    No Partnership; No Fiduciary Duty.  This Agreement shall not create and it is not the purpose or intention of the Parties to create any partnership, mining partnership, joint venture, general partnership or other partnership relationship and none shall be inferred.  Nothing in this Agreement shall be construed to establish a fiduciary relationship between the Parties for any purpose.

12.13    Obligations of the Sellers.  The Liabilities, obligations, representations, warranties and covenants of the Sellers in this Agreement and in the Ancillary Documents are solidary (as that term is used under Louisiana law) and joint and ~~solidary~~several (as that phrase is used under Texas law).  Fieldwood shall cause each other Seller to comply with such Seller's obligations under this Agreement, including with respect to the transfer and assignment of the Acquired Interests and Assumed Liabilities and the obligations in Section 6.1.

12.14    No Recourse.  Notwithstanding anything that may be expressed or implied in this Agreement or any Ancillary Document, each Party, on behalf of itself and its Affiliates and their respective representatives, covenants, agrees and acknowledges that no Person other than the Parties (and their respective successors or assignees, as applicable) has any obligation hereunder and that, neither any Party, their respective Affiliates or their respective representatives, shall have any right of recovery under this Agreement or any Ancillary Document against, and no personal liability under this Agreement or any Ancillary Document shall attach to, any Party's former, current or future debt or equity financing sources, equity holders, controlling Persons, directors, officers, employees, general or limited partners, members, managers, Affiliates or agents, or any former, current or future equity holder, controlling Person, director, officer, employee, general or limited partner, member, manager, Affiliate or agent of any of the foregoing (collectively, each of the foregoing but not including the Parties, a "***Non-Recourse Party***"), whether by or through attempted piercing of the corporate, limited partnership or limited liability company veil, by or through a claim by or on behalf of any Party against any Non-Recourse Party, by the enforcement of any assessment or by any legal or equitable proceeding, by virtue of any applicable Law, whether in contract, tort or otherwise.  Without limiting the foregoing, no past, present or future director, officer, employee, incorporator, member, partner,

85

(d)     Miscellaneous Interpretation.  When calculating the period of time before which, within which or following which any act is to be done or step taken pursuant to this Agreement, the date that is the reference date in calculating such period shall be excluded.  If the last day of such period is a day other than a Business Day, the period in question shall end on the next succeeding Business Day. Whenever the words "include," "*includes*" or "*including*" are used in this Agreement, they will be deemed to be followed by the words "*without limitation*" and shall not be construed to limit any general statement that it follows to the specific or similar items or matters immediately following.  Unless the context otherwise requires, (1) "*or*" is disjunctive but not exclusive, (2) words in the singular include the plural and vice versa, (3) the words "herein," "hereof," "hereby," "*hereunder*" and words of similar nature refer to this Agreement as a whole and not to any particular subdivision unless expressly so limited, (4) the use in this Agreement of a pronoun in reference to a Party or Person includes the masculine, feminine or neuter, as the context may require, (5) reference to any Person includes the successors and permitted assigns of that Person, (6) any reference in this Agreement to "$" means United States dollars, (7) and reference in this Agreement to "*days*" (but not "*Business Days*") means to calendar days, (8) reference to any law in this Agreement means such law as amended, modified, codified, reenacted, supplemented or superseded in whole or in part, and in effect from time to time together with any rules or regulations promulgated thereunder, (9) any reference in this Agreement to "*related to*", "*relating to*" or a similar phrase, in each case, in respect of the business of the Sellers, the Acquired Interests, or any other matter means, unless the context otherwise requires, "*related in whole or in part to*", "*relating in whole or in part to*" or a similar construction in the case of a similar phrase, as applicable, and (10) any reference in this Agreement to "*transactions contemplated by this Agreement*" or words of similar import includes the transactions contemplated by the other Ancillary Documents except as the context may otherwise require.  The Annex, Schedules and Exhibits attached to this Agreement are deemed to be part of this Agreement and included in any reference to this Agreement.  If the deadline for performance falls on a day that is not a Business Day, then the actual deadline for performance will be the next succeeding day that is a Business Day.  Where this Agreement references any item being "made available" to Buyer, such item will be deemed to have been "made available" to Buyer if it was provided to Davis Polk & Wardwell LLP or any other Representative of Buyer (including through an electronic dataroom).

**ARTICLE XIII**
**SURVIVAL AND INDEMNIFICATION**

13.1    Survival; Limited Recourse Against Sellers.

(a)     The representations and warranties of the Sellers, Buyer and Buyer 2 contained herein and in any certificate or other writing delivered by the Sellers pursuant hereto, including any representation or warranty that may be deemed to be made pursuant to Section 1.1 with respect to the Acquired Interests being acquired by Buyer or Buyer 2 free and clear of any and all Encumbrances (other than Permitted Encumbrances (except that the Fieldwood U.A. Interests and the JV Interests shall not be subject to any Permitted Encumbrances other than pursuant to the Mexico PSA)), shall terminate upon and not survive the Closing and there shall be no liability (whether arising in contract, tort or otherwise, or whether at law or in equity, and regardless of the legal theory under which any entitlement, remedy or recourse may be sought or imposed (including all rights afforded by any statute which limits the effects of a release with

87

respect to unknown claims)) thereafter in respect thereof.  Nothing herein shall limit Buyer's or Buyer 2's remedies in the event of Fraud, except that Buyer and Buyer 2 shall have no remedy in the event of Fraud with respect to Fieldwood Energy I, FW GOM Pipeline, GOM Shelf or any of their respective Subsidiaries.  Each of the covenants of the Sellers, Buyer and Buyer 2 contained in this Agreement shall terminate upon the Closing except to the extent that performance under such covenant is to take place after Closing, in which case such covenant shall survive the Closing until the earlier of (i) performance of such covenant in accordance with this Agreement or (ii) the expiration of applicable statute of limitations with respect to any claim for any failure to perform such covenant (for clarity, any covenant that may be deemed to be made pursuant to Section 1.1 with respect to the Acquired Interests being acquired by Buyer or Buyer 2 free and clear of any and all Encumbrances (other than Permitted Encumbrances (except that the Fieldwood U.A. Interests and the JV Interests shall not be subject to any Permitted Encumbrances other than pursuant to the Mexico PSA) shall terminate upon Closing)).  The intended effect of termination of representations, warranties, covenants and agreements is to bar, from and after the date of termination, any claim or cause of action based on (x) the alleged inaccuracy of such representation or breach of such warranty or (y) an alleged breach or failure to fulfill such covenant or agreement; *provided* that if a written notice of any claim with respect to any covenant to be performed after Closing is given prior to the expiration of such covenant then such covenant shall survive until, but only for purposes of, the resolution of such claim by final, non-appealable judgment or settlement.

(b)     Neither Buyer nor Buyer 2 shall have any recourse against any Person who is not a party to this Agreement (excluding any successor or assign of any Seller), including any Affiliate of any Seller or any lender or creditor of any Seller from and after Closing for any Losses relating to the Acquired Interests or this Agreement (including with respect to title and environmental matters) or the Sellers' breach of any representations and warranties, covenants or other provision of this Agreement.  In addition, each of Buyer and Buyer 2 agree to the terms, conditions and limitations set forth in Section 1.5.

(c)     No Seller shall have any recourse against any Person who is not a party to this Agreement (excluding any successor or assign of Buyer or Buyer 2), including any Affiliate of Buyer or Buyer 2 or any lender or creditor of Buyer or Buyer 2 from and after Closing for any Losses relating to the Acquired Interests or this Agreement (including with respect to title and environmental matters) or Buyer or Buyer 2's breach of any representations and warranties, covenants or other provision of this Agreement.

(d)     For the avoidance of doubt, nothing in this Agreement shall prohibit the Sellers from ceasing operations or winding up their respective affairs following the Closing.

13.2     Indemnification by Buyer.  From and after Closing, Buyer hereby agrees to indemnify and hold each Seller, Fieldwood Energy I, GOM Shelf, and each of their successors, their Affiliates and all of their respective officers, managers, directors, employees, equity owners and agents (collectively, the "***Seller Indemnified Parties***") harmless from and against any and all Liabilities (including reasonable attorneys' fees and costs incurred in connection therewith) based upon, attributable to or resulting from:

PROVISIONS PROVIDED FOR IN THIS AGREEMENT SHALL BE APPLICABLE WHETHER OR NOT THE LIABILITIES, LOSSES, COSTS, EXPENSES AND DAMAGES IN QUESTION AROSE OR RESULTED SOLELY OR IN PART FROM THE SOLE, ACTIVE, PASSIVE, CONCURRENT OR COMPARATIVE NEGLIGENCE, STRICT LIABILITY OR OTHER FAULT OR VIOLATION OF LAW OF OR BY ANY INDEMNIFIED PARTY.

(h)     <u>Tax Treatment of Indemnity Payments</u>.  The Sellers, Buyer and Buyer 2 agree to treat any indemnity payment made pursuant to this Agreement as an adjustment to the Consideration for federal, state, local and foreign income tax purposes.  Any indemnity payment under this Agreement shall be treated as an adjustment to the value of the asset upon which the underlying Indemnification Claim was based, unless a final determination (within the meaning of Section 1313 of the Code) with respect to the Indemnified Party or any of its Affiliates causes any such payment not to be treated as an adjustment to the value of the asset for United States federal income tax purposes.

(i)     <u>Sole and Exclusive Remedy</u>.  Except for any post-Closing payment expressly contemplated by this Agreement or any claim for a breach of a Party's covenants hereunder (to the extent not limited by <u>Section 13.1(a)</u>) or for Fraud (but not Fraud with respect to Fieldwood Energy I, FW GOM Pipeline, GOM Shelf or any of their respective Subsidiaries), the remedies provided in this <u>Article XIII</u> and in <u>Section 8.3</u> shall be the sole and exclusive legal and equitable remedies of the Parties, from and after the Closing, with respect to this Agreement and the transactions contemplated hereby, and no Person will have any other entitlement, remedy or recourse, whether in contract, tort or otherwise, or whether at law or in equity, and regardless of the legal theory under which such entitlement, remedy or recourse may be sought or imposed (including all rights afforded by any statute which limits the effects of a release with respect to unknown claims), it being agreed that all of such other remedies, entitlements and recourse are expressly waived and released by the Parties to the fullest extent permitted by law.

[***Signature page<u>s</u> follow<s*** .]

97751377#93848098v104
WEIL:\97751377\67\45327.0007WEIL:\97751377\87\45327.0007
#93848098v87

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Execution Date.

**SELLERS:**

Fieldwood Energy Inc.

By: _____
Name:
Title:

Fieldwood Energy LLC

By: _____
Name:
Title:

Dynamic Offshore Resources NS, LLC

By: _____
Name:
Title:

Fieldwood Energy Offshore LLC

By: _____
Name:
Title:

Fieldwood Onshore LLC

By: _____
Name:
Title:

Fieldwood SD Offshore LLC

By: _____
Name:
Title:

SIGNATURE PAGE TO
PURCHASE AND SALE AGREEMENT
WEIL:\97751377\67\45327.0007
97751377
#93848098v87#93848098v104
WEIL:\97751377\87\45327.0007

**BUYER:**

[_____]

QuarterNorth Energy LLC

By: QuarterNorth Energy Intermediate Inc.,
     its sole member

By: _____
Name: Tim Daileader
Title:  President

**BUYER 2:**

[_____]

Mako Buyer 2 LLC

By: QuarterNorth Energy LLC,
     its sole member

By: QuarterNorth Energy Intermediate Inc.,
     its sole member

By: _____
Name: Tim Daileader
Title:  President

**Annex I**

**Definitions**

The following terms and expressions shall have the following meanings:

"*1933 Act*" means the Securities Act of 1933, as amended, and the rules and regulations as promulgated thereunder.

"*365 Contracts*" means all Applicable Contracts and other executory contracts and unexpired leases to which a Seller is a party to the extent covering, attributable to or relating to any of the Acquired Interests or to which any of the Acquired Interests is subject or bound, in each case that may be assumed by one or more Sellers pursuant to Section 365 of the Bankruptcy Code.

~~"*365 Schedule*" is defined in Section 6.7(a).~~

"*Accounts Receivable Collections*" is defined in Section 10.12(c).

"*Accounts Receivable Setoff*" is defined in Section 10.12(b).

"*Acquired Interests*" is defined in Section 1.2.

"*Affiliate*" means, with respect to a Person, any other Person that, as of the relevant time for which the determination of affiliation is made, directly or indirectly controls, is controlled by, or is under common control with, such Person.  For purposes of this definition, the term "control" means the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of a Person, whether through ownership of voting securities, contract, voting trust, membership in management or in the group appointing or electing management or otherwise through formal or informal arrangements or business relationships.

~~"*Agent*" is defined in the recitals.~~

"*Agreement*" is defined in the preamble and includes all annexes, schedules and exhibits hereto, as well as all supplements, amendments and restatements hereof.

"*Allocated Value*" means the value allocated to the applicable Acquired Interest, if any, as agreed in good faith by Buyer and the Sellers.

"*Allowed Priority Tax Claim*" has the meaning set forth in the Plan.

~~"*Allowed Specified Administrative Expense Claims*" has the meaning set forth in the Plan.~~

"*Alternative Bidder*" is defined in Section 6.4~~(b)~~.

"*Alternative Transaction*" means (a) any sale, transfer or other disposition of all or a material portion of the Acquired Interests or (b) any series of sales, transfers or other dispositions

of any portion of the Acquired Interests that, when taken collectively, constitutes a disposition of all or a material portion of the Acquired Interests, in each case, to any Person or Persons other than Buyer.

"**_Ancillary Documents_**" means each Assignment, Bill of Sale and Conveyance, the Assignment and Assumption Agreement, the Office Assets Conveyance, the Quitclaim Deeds, the TSA, the Farmout Agreement, the ST 308 Performance Bond, the SEMS Bridging Agreement, the Assignment of Leases and Subleases, the Joint Operating Agreement Amendments, the JV Assignment Agreement, the Funding Agreement, the ~~Release Document~~Contract Operating Agreement and any other agreement, document, instrument or certificate entered into or delivered pursuant to this Agreement.

"**_Antitrust Law_**" means, collectively, the HSR Act, Title 15 of the United States Code §§ 1 7 (the Sherman Act), Title 15 of the United States Code §§ 12-27 and Title 29 of the United States Code §§ 52-53, (the Clayton Act), the Federal Trade Commission Act (15 U.S.C. §§ 41, et seq.) and the rules and regulations promulgated thereunder and any other Laws that are designed or intended to prohibit, restrict or regulate actions having the purpose or effect of monopolization or restraint of trade or lessening of competition through merger or acquisition.

"**_Apache PSA_**" means that certain Purchase and Sale Agreement, dated as of July 18, 2013, by and among Apache Corporation, Apache Deepwater LLC, Apache Shelf, Inc., Apache Shelf Exploration LLC, GOM Shelf and Fieldwood, as amended from time to time, and the transaction documents executed in connection therewith.

"**_Applicable Consent_**" means any consent, waiver or approval that is required to be obtained from, or any notice that is required to be given to, any Third Person as a result of the assignment of the Acquired Interests by the Sellers to Buyer as contemplated by this Agreement (each, a "**_Consent_**") that (a) relates to an Assigned Contract, which consent, waiver or approval would be required for such Assigned Contract to be assumed and assigned to Buyer, after giving effect to Sections 365(c)(1) and 365(f)(1) of the Bankruptcy Code or (b) that relates to any Acquired Interest other than an Assigned Contract, other than, in each case, (i) for Preferential Rights and (ii) any Governmental Approvals.

"**_Applicable Contracts_**" means (a) all Contracts (*provided* that, for clarity, any "Operating Agreement" or "Joint Operating Agreement" identified on the Assigned 365 ~~Schedule~~Contracts List shall be deemed a Contract for purposes of this definition) to which a Seller is a party or is bound to the extent covering, attributable to or relating to any of the Acquired Interests or to which any of the Acquired Interests is subject or bound, including, without limitation, operating agreements, crude oil, condensate and natural gas purchase and sale agreements, gathering agreements, transportation agreements, marketing, disposal or injection agreements, farmout and farmin agreements, unitization, pooling and communitization agreements, exploration agreements, development agreements, area of mutual interest agreements, exchange and processing contracts and agreements, partnership and joint venture agreements, confidentiality agreements and any other similar contracts, agreements and instruments, and all amendments thereto, and (b) all Easements.

"*Applicable Governmental Approval*" is defined in <u>Section 2.4.</u>

"*Applicable Shared Asset Interests*" means, with respect to each asset described on Schedule 1.2, the portion of the Sellers' right, title, and interest in each such asset that corresponds to the portion of the Sellers' right, title and interest in the Co-Owned Leases, the Co-Owned Subject Units and the Co-Owned Wells (collectively, the "<u>Co-Owned Oil and Gas Properties</u>"), as applicable, conveyed to Buyer under this Agreement.

"*AR Collections Period*" is defined in <u>Section 10.12(b).</u>

"*Assets*" is defined in <u>Section 1.2.</u>

"*Assigned 365 Contracts*" is defined in <u>Section 6.7(a).</u>

"*Assigned 365 Contracts List*" is defined in <u>Section 6.7(a).</u>

"*Assigned Contracts*" means (a) the Assigned 365 Contracts and (b) all Applicable Contracts that are not 365 Contracts (other than Excluded Assets), and any and all amendments, ratifications or extensions of the foregoing.

"*Assignment and Assumption Agreement*" means that Assignment and Assumption Agreement to be entered into at Closing by the parties thereto, in the form attached as **Exhibit I** hereto.

"*Assignment, Bill of Sale and Conveyance*" means that Bill of Sale, Assignment and Assumption Agreement to be entered into at Closing by the parties thereto in the form attached as **Exhibit G** hereto for the Co-Owned Assets and in the form attached as **Exhibit H** hereto for the Other Assets.

"*Assignment of Leases and Subleases*" means each Assignment and Assumption of Leases and Subleases to be entered into at Closing by the parties thereto for the Office Sublease, the Lafayette Lease Agreement, the Warehouse Lease and the Lubrizol Sublease, in the form attached as **Exhibit J** hereto.

"*Assumed Employee Plan*" is defined in <u>Section 4.18(a).</u>

"*Assumed Liabilities*" is defined in <u>Section 11.1.</u>

"*August 20 Settlement*" means that certain U.S. Department of the Interior Settlement Agreement entered into on August 20, 2021 between Fieldwood and its debtor affiliates and the United States Department of the Interior by and through the Bureau of Safety and Environmental Enforcement.

"*Avoidance Action*" means any avoidance, preference, recovery, claim, right or cause of action of any Seller arising under Chapter 5 of the Bankruptcy Code or under any analogous state or federal bankruptcy or non-bankruptcy laws.

"***Backstop Commitment Letters***" means the Second Lien Backstop Commitment Letter, the FLTL ERO Backstop Agreement and the SLTL ERO Backstop Agreement.

"***Backstop Commitment Premium Equity Interests***" has the meaning set forth in the Plan.

"***Balance Sheet Date***" is defined in <u>Section 4.27</u>.

"***Bankruptcy Cases***" is defined in the recitals.

"***Bankruptcy Code***" is defined in the recitals.

"***Bankruptcy Court***" is defined in the recitals.

"***Bankruptcy Rules***" is defined in the recitals.

"***BOEM***" means the Bureau of Ocean Energy Management or any successor agency thereto.

"***BOEM Qualifications***" means the Person has received a GOM qualification number from BOEM, and is able to bid on, own and hold a lease on the Outer Continental Shelf, Gulf of Mexico region.

"***BSEE***" means the Bureau of Safety and Environmental Enforcement or any successor agency thereto.

"***Business Day***" means any day other than a Saturday, a Sunday or any other day on which banking institutions in, New York, New York or Houston, Texas, are required or authorized by Law or executive order to be closed.

"***Buyer***" is defined in the preamble.

"***Buyer 2***" is defined in the preamble.

"***Buyer Grandparent***" is defined in <u>Section 5.1</u>~~1~~(b).

"***Buyer Grandparent Equity Interests***" is defined in <u>Section 5.1(c)</u>.

"***Buyer Intermediate***" is defined in <u>Section 5.1(b)</u>.

"***Buyer Obligation***" is defined in <u>Section 2.1(c)</u>.

"***Buyer Parent***" is defined in <u>Section 5.1(b)</u>.

"***Buyer Parent Debt***" is defined in <u>Section 2.1(c)</u>.

"***Buyer Proceeds***" is defined in Section 1.4.

"*Cash Portion*" means an amount in cash (which amount shall not exceed the proceeds of (x) the Second Lien Exit Facility (as defined in the Plan) plus (y) the proceeds of the Equity Rights Offerings (as defined in the Plan), less (z) $120,000,000; *provided*, that the amount in (z) may be reduced to an amount not less than $100,000,000 in the sole and absolute discretion of the Buyer), equal to (a) the Effective Date Cash Obligations Amount, less (b) the Closing Cash Amount.  For the avoidance of doubt, $3,000,000 of the Cash Portion will be used to fund the payment referenced in the second sentence of Section 4(b) of the Eni Implementation Agreement.

"*Casualty Event*" means (a) any fire, explosion, accident, earthquake, act of the public enemy, act of God or other similar event or occurrence that results in damage to or the destruction of any Acquired Interest and (b) any taking, or threatened taking, of any Acquired Interest by condemnation or under the right of eminent domain.

"*CERCLA*" is defined in the definition of Environmental Contaminants.

"*Chevron Implementation Agreement*" means that certain Chevron Term Sheet Implementation Agreement, dated as of June 11, 2021, by and between Fieldwood and Chevron U.S.A. Inc., a Pennsylvania corporation.

"*Claims*" means any and all claims, demands, Encumbrances, notices of non-compliance or violation, notices of Liability or potential Liability, investigations, incidents of non-compliance (INCs), actions (whether judicial, administrative or arbitrational), causes of action, suits, proceedings and controversies.

"*Closing*" means the consummation of the transactions contemplated in this Agreement.

"*Closing Accounts Receivable*" means all current assets of the Sellers as of the Effective Time that are included in the Working Capital Assets, other than such current assets attributable to the Acquired Interests.

"*Closing Accounts Receivables Statement*" is defined in Section 10.12(a).

"*Closing Cash Amount*" means the amount of cash in accounts of the Sellers as of immediately prior to the Effective Time, excluding all restricted cash (restricted cash includes, for the avoidance of doubt, all Suspense Funds, Excluded Suspense Funds, Prepaid JOA Funds, Excluded Prepaid JOA Funds, Undisbursed Revenue and Excluded Undisbursed Revenue), but including all cash to be returned to the Sellers on the Effective Date from the Adequate Assurance Deposit (as defined in the Utilities Order), in each case, as determined in good faith by the Sellers and Buyer in accordance with GAAP.

"*Closing Date*" is defined in Section 9.1.

"*COBRA*" means Section 4980B of the Code and Sections 601 through 608 of ERISA.

"*Code*" means the Internal Revenue Code of 1986, as amended.

"*Company Group*" means any group of entities filing Tax Returns on an affiliated, combined, consolidated, unitary or similar basis for Tax purposes that, at any time on or before the Closing Date, includes or has included Fieldwood U.A. or Fieldwood Mexico or any of their respective Subsidiaries.

"*Condition Precedent End Date*" means the date that is the first day of the month following the month during which the waiver requested in the FERC Petitions is granted by FERC and any underlying enabling requirements to process/handle, transport and sell the hydrocarbons subject to the Marketing Contracts and the Delayed FERC-Regulated Assets have been satisfied.

"*Confidential Information*" is defined in Section 10.5.

"*Confirmation Hearing*" means the hearing to be held by the Bankruptcy Court regarding confirmation of the Plan, as such hearing may be adjourned or continued from time to time.

"*Confirmation Order*" means an order of the Bankruptcy Court in form and substance, including with respect to (i) all findings of fact and conclusions of law and (ii) the matters described in Section 2.3 through Section 2.5, acceptable to Fieldwood and the Buyer, confirming the Plan and, without limitation to the generality of the foregoing, such Confirmation Order shall provide that the transfer of the Acquired Interests to Buyer shall be, pursuant to, inter alia, Sections 105, 363, 365, 1123(a)(5)(b), 1129, 1141 and 1146 of the Bankruptcy Code, free and clear of any and all Encumbrances (other than Permitted Encumbrances (except for the Fieldwood U.A. Interests and the JV Interests, which shall not have any Permitted Encumbrances)) and Retained Liabilities, which Confirmation Order shall be subject to the consent rights set forth in the Restructuring Support Agreement.

"*Confirmation Outside Date*" has the meaning set forth in the Plan*Order*" is defined in the recitals.

"*Consent*" is defined in the definition of Applicable Consent.

"*Consenting Creditors*" has the meaning set forth in the Plan.

"*Consideration*" is defined in Section 2.1(a).

"*Contract Operating Agreement*" means a Contract Operating Agreement to be entered into between Buyer and Fieldwood Energy III in substantially the form attached hereto as Exhibit L.

"*Contracts*" means any agreement, license, lease, sublease, sublicense, contract, promise, obligation, sale or purchase order, service order, indenture, note, bond, loan, mortgage, deed of trust, instrument, commitment or undertaking, including any exhibits, annexes, appendices or attachments thereto, and any amendments, modifications, supplements, extension or renewals thereto, but excluding, however (a) any Lease, easement (including the Easements), right-of-way

or other instrument, in each case, creating any oil and gas mineral interest or other real property interests and (b) any Permit.

"***Conveyed***" means conveyed, assigned, or sold pursuant to the Apache PSA, regardless of whether such conveyance, assignment, or bill of sale was recorded in the appropriate records of, or approved or recognized by, any applicable Governmental Authority.

"***Co-Owned Assets***" is defined in Section 1.2.

"***Co-Owned Assigned Contracts***" means the Assigned Contracts relating to any Co-Owned Lease, Co-Owned Subject Unit, Co-Owned Easement or Co-Owned Inventory.

"***Co-Owned Easements***" is defined in Section 1.2(c).

"***Co-Owned Field Assets***" means the Co-Owned Leases, Co-Owned Subject Units, Co-Owned Easements, Co-Owned Wells and Co-Owned Inventory.

"***Co-Owned Field Data***" is defined in Section 1.2(j).

"***Co-Owned Inventory***" is defined in Section 1.2(e).

"***Co-Owned Leases***" is defined in Section 1.2(a).

"***Co-Owned Records***" is defined in Section 1.2(k).

"***Co-Owned Scheduled Wells***" is defined in Section 1.2(d).

"***Co-Owned Subject Unit***" is defined in Section 1.2(b).

"***Co-Owned Subject Unit Agreement***" is defined in Section 1.2(b).

"***Co-Owned Wells***" is defined in Section 1.2(d).

"***Covered Taxes***" means any and all U.S. federal, state and local Income Taxes incurred by the Sellers, for the taxable year of the Sellers that includes the Closing, attributable to the purchase, sale or transfer of the Acquired Interests hereunder, equal to the incremental Tax liability for Income Taxes actually payable by the Sellers, determined by comparing (i) the Income Tax liability that would have been so payable without taking into account any items of income, gain, deduction, loss and credit or any receipts incurred by reason of such purchase, sale or transfer, to (ii) the actual Income Tax liability so payable by the Sellers for such taxable period (*i.e.,* applying a "with and without" methodology). For the avoidance of doubt, Covered Taxes shall be calculated (A) with the Sellers electing out of the installment method pursuant to Section 453(d) of the Code, and including as part of the consideration received for the Acquired Interests the full amount of Covered Taxes payable by the Buyer pursuant to Section 6.12(b)(iii), (B) by utilizing elections and methods consistent with the Sellers' past practices unless otherwise required by law or with Buyer's prior consent (such consent not to be unreasonably withheld,

conditioned or delayed) and (C) taking into account any available Tax assets or attributes of Sellers actually available to offset taxable income.

"*Credit Agreement*" means that certain *Amended and Restated First Lien Credit Agreement*, dated as of April 11, 2018, by and among Fieldwood, as borrower, Fieldwood Energy Inc., as holdings, Cantor Fitzgerald Securities, as the administrative agent and collateral agent, the lenders party thereto, and the other parties thereto, as amended, restated, amended and restated, supplemented, or otherwise modified.

"*Credit Bid and Release*" is defined in Section 2.1(a)(1).

"*Credit Bid and Release New Equity Interests*" means the New Equity Interests being distributed to the holders of Allowed FLTL ~~Secured~~ Claims (as defined in the Plan) pursuant to the Plan.

"*Cure Costs*" means, with respect to any given 365 Contract, all monetary liabilities, including pre-petition monetary liabilities, of the Sellers that must be paid or otherwise satisfied to cure all of the Sellers' monetary defaults under such 365 Contract pursuant to Section 365 of the Bankruptcy Code in order for such 365 Contract to be assumed and assigned to Buyer (if applicable) as provided hereunder, as such amounts are determined by the Bankruptcy Court or approved pursuant to the assignment and assumption procedures provided for in the Plan, Confirmation Order, or herein.

"*D&O Indemnified Liabilities*" is defined in Section 10.13(a).

"*D&O Indemnified Parties*" is defined in Section 10.13(a).

"*Data Obligations*" is defined in Section 4.25(i).

"*Debtors*" is defined in the recitals.

"*Decommissioning*" has the meaning ascribed to such term in the Decommissioning Agreement.

"*Decommissioning Agreement*" means that Decommissioning Agreement, dated as of September 30, 2013, by and among Apache Corporation, Apache Shelf, Inc., Apache Deepwater LLC, Apache Shelf Exploration LLC, Fieldwood and GOM Shelf, as amended.

"*Delayed Asset*" is defined in Section 2.3(b).

"*~~Designation Deadline~~*" is defined in ~~Section 6.7(e)~~.

"*Delayed FERC-Regulated Assets*" means the FERC-regulated contracts of Sellers that constitute Acquired Interests set forth on Schedule 1.6.

"*DIP Facility Credit Agreement*" means that certain *Senior Secured Debtor-in-Possession Term Loan Credit Agreement*, dated as of August 24, 2020, by and among Fieldwood, as borrower, Fieldwood Energy Inc., as holdings, Cantor Fitzgerald Securities, as the

administrative agent and collateral agent, the lenders party thereto, and the other parties thereto, as amended, restated, amended and restated, supplemented, or otherwise modified from time to time.

"*Direction Letter*" is defined in the recitals.

"*Disclosure Schedules*" is defined in Section 12.15.

"*Disclosure Statement*" means the Disclosure Statement For Joint Chapter 11 Plan Of Fieldwood Energy LLC And Its Affiliated Debtors, as may be amended, modified, or supplemented from time to time in form and substance acceptable to the Debtors, the Required DIP Lenders (as defined in the Plan), and the Requisite FLTL Lenders (as defined in the Plan).

"*Disclosure Statement Order*" means an order of the Bankruptcy Court approving the Disclosure Statement.

"*Divisive Merger*" has the meaning set forth in the Plan.

"*Divisive Merger Effective Time*" means the effective time of the Divisive Merger.

"*Easements*" means the Co-Owned Easements and Other Easements.

"*Effective Date*" means the "*Effective Date*" of the Plan.

"*Effective Date Cash Obligations*" means the Sellers' obligations under the Confirmation Order, the Plan, the Plan of Merger and the transactions contemplated thereby and this Agreement, including, without limitation, collectively: (i) the DIP Claims (as defined in the Plan) and related fees and expenses as provided in Section 2.4 of the Plan, (ii) the FLFO Distribution Amount (as defined in the Plan), (iii) the Professional Fee Escrow Amount (as defined in the Plan), (iv) the Restructuring Expenses (as defined in the Plan), (v) any Allowed Postpetition Hedge Claims, (vi) any Cure Amounts (as defined in the Plan), (vii) any Allowed Administrative Expense Claims (as defined in the Plan) not otherwise included in the other subsections of this definition, (viii) any Allowed Priority Tax Claims (as defined in the Plan), (ix) any Allowed Priority Non-Tax Claims (as defined in the Plan), (x) any Allowed Other Secured Claims (as defined in the Plan), (xi) the Plan Administrator Expense Reserve Amount (as defined in the Plan), (xii) the FWE I Cash Amount (as defined in the Plan of Merger), (xiii) an amount for the initial capitalization of Fieldwood Energy III as determined by the Sellers and the Majority Backstop Parties (as defined in the Second Lien Backstop Commitment Letter), (xiv) any cash distributions to holders of Allowed Unsecured Trade Claims (as defined in the Plan), (xv) any other amounts as agreed between the Sellers and the Required DIP Lenders (as defined in the Plan) and the Requisite FLTL Lenders (as defined in the Plan), (xvi) amounts due or to become due after the Closing pursuant to any Governmental Settlement Agreement and, (xvii) the amounts of any Claims asserted prior to the Closing with respect to facts and circumstances existing prior to the Closing (except to the extent such amounts constitute general unsecured claims of the Sellers), including, but not limited to, (1) Claims for personal injury or damage to third party property (but with respect to such Claims that are covered by insurance policies, including for the avoidance of doubt, such Claims for personal injury or damage to third party property only to the extent of the applicable deductible or retention amount under the

applicable insurance policies covering such Claims) and (2) fines and penalties related to such Claims, including Claims described in the preceding clause (1) (except to the extent such Claims or related Liabilities (x) constitute Assumed Liabilities or (y) are satisfied, compromised (to the extent compromised), settled, released or discharged pursuant to the Plan and Confirmation Order) and (xviii) any cash obligations (including funding of accounts and reserves) arising pursuant to (A) the Chevron Implementation Agreement, (B) the Eni Implementation Agreement or (C) any other term sheet or definitive agreement entered into in connection with the Plan between any Seller and any predecessor in interest or co-working interest owner, in each case of clauses (i) through (xviii) solely to the extent not paid by the Sellers prior to Closing.

"*Effective Date Cash Obligations Amount*" means the amount of cash necessary to satisfy the Effective Date Cash Obligations, as determined in good faith by the Sellers and Buyer.

"*Effective Time*" is defined in Section 1.4.

"*Employee List*" is defined in Section 4.17(a).

"*Employee Plan*" is defined in Section 4.18(a).

"*Employee Severance*" is defined in Section 6.8(c).

"*Employment Agreements*" is defined in Section 6.22.

"*Encumbrance*" means any encumbrance, license, right of first refusal, mortgage, deed of trust, pledge, security interest, lien, privilege, charge of any kind (including any agreement to grant any of the foregoing), adverse claim of any kind, capital lease, conditional sale or title retention agreement, lease or sublease in the nature thereof or the filing of or agreement to give any financing statement under the Uniform Commercial Code of any jurisdiction.

"*End Date*" is defined in Section 8.1(b)(i).

"*Eni Implementation Agreement*" means that certain Eni Term Sheet Implementation Agreement, dated as of June 23, 2021, by and among Fieldwood (and certain of its subsidiaries), Eni Petroleum US LLC, a Delaware limited liability company, Eni US Operating Co. Inc., a Delaware corporation, and, following execution of joinders thereto, Buyer and Fieldwood Energy III.

"*Environmental Contaminants*" means "hazardous substances" and "pollutants or contaminants" as those terms are defined in Section 101 of the Comprehensive Environmental Response, Compensation and Liability Act ("*CERCLA*"), petroleum, including any fraction thereof, any "natural gas, natural liquids, liquefied natural gas, or synthetic gas usable for fuel" as those terms are used in Section 101 of CERCLA, any "solid or hazardous waste" as those terms are defined or used in the Resource Conservation and Recovery Act and any industrial or oil and gas wastes regulated by applicable rules of any relevant Governmental Authority. The term also includes NORM concentrated, disposed of, released from or present on any Field Assets or resulting from or in association with Hydrocarbon activities on any Field Assets.

"*Environmental Law*" means all applicable Laws (including the CERCLA, the Resource Conservation and Recovery Act, the Oil Pollution Act of 1990 and such other applicable Laws relating to the Release, management or disposal of Environmental Contaminants including oilfield waste, in each case as amended from time to time) relating to the protection of the environment or protection of human health (to the extent relating to exposure to Environmental Contaminants).

"*Equity Rights Offerings*" has the meaning set forth in the Plan.

"*Equity Rights Offering New Equity Interests*" means the New Equity Interests issuable upon exercise of the FLTL Subscription Rights and SLTL Subscription Rights in accordance with the Plan.

"*ERISA*" means the Employee Retirement Income Security Act of 1974, as amended.

"*ERISA Affiliate*" is defined in Section 4.18(a).

"*Excluded Assets*" is defined in Section 1.3.

"*Excluded Contracts*" is defined in Section 6.7(eb).

"*Excluded Prepaid JOA Funds*" means any funds received by the Sellers (in their capacity as operator of any Excluded Assets) on account of working interest owners in Excluded Assets as prepayments for items under operating or other agreements.

"*Excluded Suspense Funds*" means those proceeds of production and associated penalties and interest in respect of any Excluded Assets or any Hydrocarbons produced from or attributable to any Excluded Assets that belong to one or more Third Persons and are being held in suspense by any Seller or any Affiliate thereof.

"*Excluded Undisbursed Revenue*" means those proceeds of production and associated penalties and interest in respect of any Excluded Assets or any Hydrocarbons produced from or attributable to any Excluded Assets that belong to one or more Third Persons and have been received by, and at the Closing are being held by, the Sellers on account of such Third Persons for disbursement to such Third Persons after the Closing.

"*Execution Date*" is defined in the preamble.

"*Existing D&O Indemnification Terms*" is defined in Section 10.13(a).

"*Farmout Agreement*" means that Farmout Agreement by and among Fieldwood Energy I, GOM Shelf and Buyer, in the form attached hereto as **Exhibit T**.

"*FCPA*" is defined in Section 4.26.

"*FERC*" means the Federal Energy Regulatory Commission.

"*FERC-Regulated Assets*" is defined in Section 1.6.

"*FERC Petitions*" means (i) that certain Joint Petition of Fieldwood Energy LLC, Fieldwood Energy Offshore LLC, GOM Shelf LLC and QuarterNorth Energy LLC for Limited Waiver and Request for Expedited Action and Shortened Comment Period filed with the United States of America before the Federal Energy Regulatory Commission, Docket No. RP21-1030-000 and (ii) that certain Supplement to Joint Petition of Fieldwood Energy LLC, Fieldwood Energy Offshore LLC, Fieldwood Energy SP LLC, and QuarterNorth Energy LLC for Limited Waivers and Request for Expedited Action and Shortened Comment Period filed with the United States of America before the Federal Energy Regulatory Commission, Docket No. RP21-901-000.

"*Field Assets*" means the Leases, Subject Units, Easements, Wells and Inventory.

"*Field Data*" ~~means the Co-Owned Field Data and Other Field Data~~is defined in Section 1.2(x).

"*Fieldwood*" is defined in the preamble.

"*Fieldwood Energy I*" means a Texas limited liability company to be formed pursuant to the Plan of Merger under the name Fieldwood Energy I LLC (or such other name as may be substituted therefor in the final, as filed version of the Plan of Merger).

"*Fieldwood Energy I Closing Accounts Payable*" means, whether classified on the books and records of the Sellers as an account payable or otherwise, expenses of the Sellers incurred by any Seller as of the Effective Time but not yet paid as of the Effective Time and attributable to the FWE I Oil and Gas Properties and the GOM Shelf Oil and Gas Properties, including, without limitation:

(a)     payables arising from the exploration of and production and sale of oil and gas from the FWE I Oil and Gas Properties and the GOM Shelf Oil and Gas Properties;

(b)     payables to third parties on account of third party working interest owners to the extent that there is a corresponding joint interest billing receivable included in the Fieldwood Energy I Closing Accounts Receivable;

(c)     obligations for Royalties in respect of the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties payable on account of Hydrocarbons produced from the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties and sold prior to and unpaid as of the Effective Time (*provided* that if a Royalty reporting, miscalculation, or underpayment claim is asserted after the Effective Time with respect to any Royalty paid prior to the Effective Time such claim or obligation shall not be deemed a Fieldwood Energy I Closing Accounts Payable except to the extent any such reporting, miscalculation, or underpayment claim (i) totals more than $1,000,000, (ii) arises out of the willful misconduct of the person or persons performing such reporting, calculations, or payments as determined by a final, non-appealable judgment of a court or other tribunal having jurisdiction) and (iii) is asserted within three (3) years of the Closing Date;

(d)     the GOM Shelf and FW GOM Pipeline Payables;

~~"*Final Order*" means an order or judgment of the Bankruptcy Court or other court of competent jurisdiction with respect to the relevant subject matter which has: (a) not been reversed, stayed, modified or amended, as to which the time to appeal, petition for certiorari or move for reargument, reconsideration or rehearing has expired and no appeal, petition for certiorari or motion for reargument, reconsideration or rehearing has been timely filed; or (b) as to which any appeal, petition for certiorari or motion for reargument, reconsideration or rehearing that has been or may be filed has been resolved by the highest court to which the order or judgment was appealed or from which certiorari, reargument, reconsideration or rehearing was sought; *provided, however*, that the possibility that a motion under Rules 59 or 60 of the Federal Rules of Civil Procedure or any analogous Bankruptcy Rule (or any analogous rules applicable in such other court of competent jurisdiction) may be filed relating to such order or judgment shall not cause such order or judgment not to be a Final Order.~~

"*Financial Statements*" means (a) the consolidated quarterly financial statements (unaudited) of Sellers for the fiscal quarter ended September 30, 2020 and the elapsed portion of the fiscal year then ended and (b) the consolidated annual financial statements of Sellers for the year ended December 31, 2019.

"*FLTL ERO Backstop Agreement*" has the meaning set forth in the Plan.

"*FLTL Subscription Rights*" means the "FLTL Subscription Rights" as defined in the Plan.

~~"*Foreign Antitrust Approvals*" is defined in Section 6.5(a).~~

"*Fourth Amendment to Office Sublease*" is defined in the definition of Office Sublease.

"*Fraud*" means common law fraud and requires (a) a false representation with respect to a representation or warranty made by Sellers in Article IV or any certificate delivered by Sellers hereunder, (b) knowledge or belief that the representation was false when made, (c) with intent to induce, and (d) justifiable reliance upon the representation (it being acknowledged that each of Buyer and Buyer 2 has relied on each of the representations in Article IV and the certificates delivered hereunder).

"*Fundamental Representations*" means the representations and warranties set forth in Section 4.1, Section 4.2, Section 4.3(a), Section 4.4, Section 4.5, Section 4.31(a) and Section 4.31(f).

"*Funding Agreement*" means a Funding Agreement by and between Buyer and Fieldwood, in the form attached hereto as **Exhibit W**.

"*FW GOM Pipeline*" is defined in the preamble.

"*FWE I Assets*" has the meaning set forth in Part A of Schedule I to the Plan of Merger as of the date hereof as reflected in the Plan of Merger as it exists on the date hereof but excluding the Specified Oil and Gas Interests and the Specified P&A Equipment.

"***FWE I Obligations***" has the meaning set forth in Part B of Schedule I to the Plan of Merger.

"***FWE I Oil and Gas Properties***" has the meaning set forth in Part A of Schedule I to the Plan of Merger as of the date hereof as reflected in the Plan of Merger as it exists on the date hereof but excluding the Specified Oil and Gas Interests.

"***FWE I Suspense Funds***" means all funds held in suspense (i) by Fieldwood to the extent attributable to any of the FWE I Assets and (ii) by GOM Shelf, and any interest accrued in escrow accounts for such suspended funds.

"***GAAP***" means generally accepted accounting principles in the United States of America, consistently applied.

"***GOM Shelf***" is defined in the preamble.

"***GOM Shelf and FW GOM Pipeline Payables***" means the payables of GOM Shelf and FW GOM Pipeline as of the Effective Time (as determined consistent with the definition of Fieldwood Energy I Closing Accounts Payable).

"***GOM Shelf Oil and Gas Properties***" has the meaning set forth in the Plan of Merger as of the date hereof as reflected in the Plan of Merger as it exists on the date hereof but excluding the Specified Oil and Gas Interests.

"***Governmental Approval***" means any authorization, consent, approval, exemption, franchise, permit or license of, or filing with, or notice or any other action by, any relevant Governmental Authority.

"***Governmental Authority***" means any transnational, domestic or foreign governmental or quasi-governmental federal, state, provincial, county, city, regulatory or administrative authority or other political subdivision or any officer, department, bureau, agency, commission, court or other statutory or regulatory body or instrumentality thereof.

"***Governmental Settlement Agreement***" is defined in Section 6.17.

"***GUC Warrants***" has the meaning set forth in the Plan.

"***Hedges***" is defined in Section 1.2(hh).

"***HSR Act***" means the Hart-Scot-Rodino Antitrust Improvements Act of 1976, and the rules and regulations promulgated thereunder.

"***Hydrocarbons***" is defined in Section 1.2(gf).

"***Imbalance***" means (a) any imbalance between (i) the quantity of Hydrocarbons produced from any well and allocated to a Person from time to time and (ii) the share of such production to which such Person is actually entitled by virtue of its ownership interest in such well or in the lease or unit under which such well is produced and (b) any imbalance between (i)

the quantity of Hydrocarbons produced from any oil and gas asset and actually delivered from a Third Person pipeline and allocated to a Person from time to time and (ii) the share of such Hydrocarbons to which such Person is actually entitled to receive from such Third Person pipeline.

"*Implementation Agreement*" means that certain Apache Term Sheet Implementation Agreement dated January 1, 2021, by and between Fieldwood, GOM Shelf, Apache Corporation, Apache Shelf, Inc., Apache Deepwater LLC, and Apache Shelf Exploration LLC.

"*Income Taxes*" means any and all Taxes imposed on, measured or determined in whole or in part by reference to net income, gross income or gross receipts.

"*Indemnification Claim*" is defined in Section 13.3(a).

"*Indemnified Party*" means a Party entitled to indemnification under this Agreement, whether on behalf of itself or, with respect to the Sellers, any of the Seller Indemnified Parties.

"*Indemnifying Party*" means a Party from whom indemnification is sought under this Agreement by an Indemnified Party.

"*Indemnitors*" is defined in Section 10.13(b).

"*Initial Allocation*" is defined in Section 2.2.

"*Intellectual Property*" means any and all intellectual property rights or industrial property rights throughout the world, including all (a) national and multinational statutory invention registrations, patents and patent applications of any type issued or applied for in any jurisdiction, including all provisionals, divisions, continuations, continuations-in-part, reissues, extensions, re-examinations and the equivalents of any of the foregoing in any jurisdiction, and all inventions disclosed in each such registration, patent or patent application, (b) trademarks, service marks, trade dress, logos, brand names, certification marks, domain names, trade names, corporate names and other indications of origin, whether or not registered, in any jurisdiction, and all registrations and applications for registration of the foregoing in any jurisdiction, and all goodwill associated with the foregoing (collectively, "*Trademarks*"), (c) copyrights (whether or not registered) and registrations and applications for registration thereof in any jurisdiction, including all derivative works, moral rights, renewals, extensions, reversions or restorations associated with such copyrights, regardless of the medium of fixation or means of expression, (d) trade secrets, information, data, specifications, processes, methods, know-how, formulae, techniques, schematics, drawings, blueprints, utility models, designs, technology, software, inventions, discoveries, ideas and improvements, including manufacturing information and processes, engineering and other manuals and drawings, standard operating procedures, flow diagrams, technical information, research records and similar data and information, (e) database rights, industrial designs and industrial property rights and (f) the right to assert, claim or sue and collect damages for the past, present or future infringement, misappropriation or other violation of any of the foregoing.

"*Interim Period*" means the period from the Execution Date through and including the Closing Date.

"*Interim Unpaid P&A Expenses*" means all incurred but unpaid expenses incurred by Fieldwood for Plugging and Abandonment costs and expenses on the FWE I Oil and Gas Properties between the filing on August 3, 2020, of the Bankruptcy Cases and the Divisive Merger Effective Time to the extent not paid as of the Divisive Merger Effective Time.

"*Inventory*" means the Co-Owned Inventory and Other Inventory.

"*IRS*" means the Internal Revenue Service of the United States.

"*Joint Operating Agreement Amendment*" means the amendments to jointly owned properties operating agreements with respect to those Co-Owned Leases (or portion thereof) that are not subject to any Assigned Contract that is a joint operating agreement or unit operating agreement with one or more Third Persons, in each case that is in form and substance acceptable to Buyer.

"*JV Assignment Agreement*" means the Assignment Agreements (or equivalent) and related instruments to be entered into at Closing by the parties thereto with respect to the transfer of the Fieldwood U.A. Interests and (unless the Completion Date (as defined in the Mexico PSA) has occurred prior to the Closing Date) the JV Interests pursuant to this Agreement, in each case that is in form and substance acceptable to Buyer.

"*JV Interests*" is defined in Section 1.2(oo).

"*JV Shares*" is defined in Section 4.31(c).

"*Knowledge*" means (a) with respect to Buyer and Buyer 2, the actual knowledge of any executive officer of Buyer or Buyer 2, as applicable, and (b) with respect to the Sellers, the actual knowledge of Thomas Lamme, Mike Dane, William Swingle, Patrick Eiland and John Seeger.

"*Lafayette Lease Agreement*" means that certain Lease Agreement dated as of April 5, 2017, between Fieldwood and Ronnie White Custom Homes, L.L.C.

"*Law*" means all laws, constitutions, treaties, statutes, ordinances, rules, regulations, codes, orders, judgments, decrees, orders, writs, injunctions and decisions of any Governmental Authority, or having the effect of law in any applicable jurisdiction, including all principles of common law.

"*Lease Burdens*" means all royalties, overriding royalties, production payments, carried interests, net profits interests, reversionary interests and similar contractual burdens upon, payable out of or measured by Hydrocarbons produced from or allocated to a Lease; and all rentals, shut-in royalties, minimum royalties and bonus payments under a Lease.

"*Leases*" means the Co-Owned Leases and Other Leases.

"**Liability**" means any debt, Loss, obligation, duty, commitment, demand, responsibility, suit, judgment, undertaking, royalty, deficiency or obligation (including those arising out of any action, such as any settlement or compromise thereof or judgment or award therein), Claim or Encumbrance of any kind or nature whatsoever whether known or unknown, disclosed or undisclosed, expressed or implied, primary or secondary, direct or indirect, matured or unmatured, determined or indeterminable, disputed or undisputed, secured or unsecured, joint or several, asserted or unasserted, fixed, absolute or contingent, accrued or unaccrued, liquidated or unliquidated, whether due or to become due, whether in contract, tort or otherwise, and whether or not required to be accrued on the financial statements of any entity or individual, including those arising under any Law, or imposed by any Governmental Authority or arbitrator of any kind.

"**Licensed Intellectual Property**" means any and all Intellectual Property (a) owned by a Third Person and licensed or sublicensed to a Seller or for which a Seller has obtained a covenant not to be sued, in each case, under an Assigned Contract and (b) related to the ownership or operation of the Acquired Interests.

"**Liquidating Trust**" means a liquidating or similar trust as may be established with respect to Sellers' estates in conjunction with the Bankruptcy Cases.

"**Liquidating Trustee**" means the trustees or other representative of the Liquidating Trust.

"**Losses**" and "**Loss**" means any and all losses, judgments, damages, liabilities, injuries, costs, interest, taxes, settlements, penalties and fines or expenses (including any incidental, indirect or consequential damages, losses, liabilities or expenses, and any lost profits or diminution in value). As used herein, the term "Losses" includes reasonable attorneys' fees and other costs and expenses of any Party entitled to defense or indemnity hereunder incident to (a) the investigation and defense of any Claim that results in litigation or the settlement of any Claim or (b) the enforcement of such defense or indemnity rights under this Agreement.

"**Lubrizol Sublease**" means that certain Sublease, dated December 22, 2018, by and between The Lubrizol Corporation, as sublandlord, and Fieldwood Energy LLC, as subtenant, for Suite 320 in the building known as One Briarlake Plaza and located at 2000 W. Sam Houston Parkway South, Houston, Texas, and that certain Consent to Sublease, effective as of January 29, 2019.

"**Marketing Contracts**" means each marketing-related contract designated in the column titled "Contract Type" on the Schedule of Assumed Contracts (as defined in the Plan) (e.g., Marketing, Sales, Gathering, Handling, Transport, Processing).

"**Material Adverse Effect**" means a result, event, occurrence, change, circumstance, development or consequence that, individually or in the aggregate, would reasonably be expected to (a) materially and adversely affect the value, condition (financial or otherwise) or results of operations of the Acquired Interests taken as a whole or (b) materially and adversely affect the ability of the Sellers to perform their obligations under this Agreement or the documents executed in connection herewith or consummate the transactions contemplated herein and

therein; *provided*, that, with respect to <u>clause (a)</u> only, any result, event, occurrence, change, circumstance, development or consequence to the extent resulting from any of the following matters shall not be taken into account in determining whether a Material Adverse Effect has occurred: (i) changes in financial or securities markets generally; (ii) changes in general economic or political conditions in the United States or worldwide; (iii) changes in conditions or developments generally applicable to the oil and gas industry in the area where the Acquired Interests are located, including, but not limited to, changes in the market price of oil and natural gas; (iv) actions taken after the date of this Agreement as required by this Agreement or with the written consent of Buyer; (v) the commencement or pendency of the Bankruptcy Cases and any adverse effects resulting therefrom, (vi) entering into this Agreement or the announcement of the transactions contemplated hereby (provided, that this <u>clause (vi)</u> shall not be excluded with respect to the representations and warranties and related conditions contained in this Agreement that address the consequences of the execution, announcement or performance of this Agreement or the consummation of the transactions contemplated hereby); (vii) acts of God, including hurricanes, storms or other naturally occurring events; (viii) acts or failures to act of Governmental Authorities, except as a result of any action or inaction by or on behalf of the Sellers; [(ix) matters expressly disclosed on any Exhibit or Annex to this Agreement or in the Disclosure Schedules]; (x) any epidemic, pandemic or disease outbreak (including the COVID-19 virus) or hostilities, terrorist activities or war or any similar disorder and, in each case, governmental actions related thereto; (xi) matters that are cured or no longer exist by the earlier of Closing and the termination of this Agreement; (xii) any change in laws or in GAAP and any interpretations thereof from and after the Execution Date; (xiii) any reclassification or recalculation of reserves in the ordinary course of business; (xiv) natural declines in well performance; (xv) the departure of officers or directors of the Sellers after the Execution Date; (xvi) any objections in the Bankruptcy Court to (A) this Agreement and the other Ancillary Documents and the transactions contemplated hereby and thereby, (B) the reorganization of any Seller and any related plan of reorganization or disclosure statement or (C) the Plan of Merger or transactions contemplated thereby; and (xvii) any order of the Bankruptcy Court (except any such order that would preclude or prohibit the Sellers from consummating the transactions contemplated by this Agreement) or any actions or omissions of the Sellers in compliance therewith; *provided*, that, with respect to <u>clauses (i)</u> through <u>(iii)</u>, <u>(vii)</u>, <u>(viii)</u>, <u>(x)</u> and <u>(xii)</u> any such result, event, occurrence, change, circumstance, development or consequence shall not be disregarded to the extent that it has had a disproportionate effect on the Acquired Interests relative to similar oil and gas assets in the Gulf of Mexico held by other participants in the industries in which the Acquired Interests are operated.

"***Material Contract***" is defined in <u>Section 4.14(a)</u>.

"***Mexico JV***" is defined in <u>Section 1.2(oo)</u>.

"***Mexico PSA***" means that certain Purchase Agreement, dated as of July 2, 2021, by and between Fieldwood, Buyer and Lukoil International Holding GMBH, a private company with limited liability under the laws of Austria.

"***Net Revenue Interest***" means, with respect to each Lease and Scheduled Well, the interest in and to all Hydrocarbons produced and saved from or attributable to such Lease or Scheduled Well, after giving effect to all valid Lease Burdens, carried interests, reversionary

interests and other similar interests constituting burdens upon, measured by or payable out of Hydrocarbons produced and saved from or attributable to such Lease or Scheduled Well.

"***New Equity Interests***" has the meaning set forth in the Plan.

"***New Money Warrants***" has the meaning set forth in the Plan.

"***Non-Recourse Party***" is defined in Section 12.14.

"***Non-Transferred Asset***" is defined in Section 10.3(b).

"***NORM***" means naturally occurring radioactive material.

"***Notice***" is defined in Section 12.2.

"***NPA***" means that certain Non-Prosecution Agreement dated as of February 9, 2021, entered into between Fieldwood and the United States Attorney's Office for the Eastern District of Louisiana.

"***Office Assets***" is defined in Section 1.2(ee).

"***Office Assets Conveyance***" means that Bill of Sale, Assignment and Assumption Agreement to be entered into at the Closing by the parties thereto, in the form attached as **Exhibit K** hereto.

"***Office Sublease***" means that certain Sublease Agreement, dated as of September 30, 2013, between Apache Corporation, as sublessor, and Fieldwood, as sublessee, for space in the building known as One BriarLake Plaza located at 2000 West Sam Houston Parkway South, Houston, Texas, as amended by (i) First Amendment to Sublease Agreement, dated as of January 2, 2014, (ii) Second Amendment to Sublease Agreement, dated as of September 7, 2017, (iii) Third Amendment to Sublease Agreement, dated as of May 28, 2018, and (iv) Fourth Amendment to Sublease Agreement, dated as of _____  ___January 1, 202θ1 (the "***Fourth Amendment to Office Sublease***").

"***Organizational Documents***" is defined in Section 4.31(b).

"***OSFR***" means Oil Spill Financial Responsibility.

"***Other Assets***" is defined in Section 1.2(o).

"***Other Assigned Contracts***" means all Assigned Contracts other than the Co-Owned Assigned Contracts.

"***Other Easements***" is defined in Section 1.2(r).

"***Other Field Assets***" means the Other Leases, Other Subject Units, Other Easements, Other Wells and Other Inventory.

"*Other Field Data*" is defined in Section 1.2(x).

"*Other Inventory*" is defined in Section 1.2(t).

"*Other Leases*" is defined in Section 1.2(p).

"*Other Records*" is defined in Section 1.2(y).

"*Other Scheduled Wells*" is defined in Section 1.2(s).

"*Other Subject Unit*" is defined in Section 1.2(q).

"*Other Subject Unit Agreement*" is defined in Section 1.2(q).

"*Other Wells*" is defined in Section 1.2(s).

"*Owned Intellectual Property*" means any and all Intellectual Property (except for Trademarks) (a) owned or purported to be owned by any Seller and (b) related to the ownership or operation of the Acquired Interests.

"*P&A Obligations*" means any and all obligations, liabilities, damages, losses, and claims arising out of or attributable to the payment or performance of all Plugging and Abandonment.

"*Parties*" and "*Party*" are defined in the preamble.

"*Permit*" means any permit, license, authorization, certificate, registration, franchise, exemptions, waiver, consent, approval or other similar rights or privileges granted by any Governmental Authority.

"*Permitted Encumbrances*" means:

(a)     easements, restrictive covenants, servitudes, permits, surface leases and other rights with respect to surface operations, and rights-of-way on, over or in respect of any of the Acquired Interests that, singularly or in the aggregate, do not prevent or materially interfere with the ownership, value or operation of the affected Acquired Interests and which are of a nature that would be reasonably acceptable to a prudent owner or operator of oil and gas properties;

(b)     all applicable Laws and all rights reserved to or vested in any Governmental Authority:  (1) to control or regulate the Assets in any manner, (2) by the terms of any right, power, franchise, grant, license or Permit issued by any Governmental Authority, or by any provision of applicable Law, to terminate such right, power, franchise, grant, license or permit or to purchase, condemn, expropriate or recapture or to designate a purchaser of any Asset; (3) to use such Asset in a manner which does not materially impair the use of such property for the purposes for which it is currently owned and operated; or (4) to enforce any obligations or duties affecting the Assets to any Governmental Authority with respect to any franchise, grant, license or permit, excluding in each case of clauses (1) through (4) any such

(k)     all Governmental Approvals in connection with the conveyance of the Acquired Interests, if the same are permitted to be received after Closing and are customarily sought and received after Closing;

(l)     such other defects or irregularities of title or encumbrances as Buyer or Buyer 2 may expressly waive in writing;

(m)     any maintenance of uniform interest provision in a joint or unit operating agreement if waived by the party or parties having the right to enforce such provision;

(n)     any Encumbrance affecting the Assets that is permanently and fully discharged by the Sellers at or prior to the Closing;

(o)     non-exclusive licenses of, to or under any Intellectual Property granted in the ordinary course of business;

(p)     rights of a common owner of any interest in rights-of-way, Permits or easements (including Easements) held by the Sellers and such common owner as tenants in common or through common ownership that, singularly or in the aggregate, do not prevent or materially interfere with the ownership, value or operation of the affected Acquired Interests;

(q)     any matters set forth on **Exhibit A** or **Exhibit C**, all litigation and claims set forth on **Schedule 4.6**, and all Imbalances set forth on **Schedule 4.15**; and

(r)     all depth restrictions or limitations applicable to any Acquired Interests to the extent set forth on **Exhibit A** or **Exhibit C**.

"***Person***" means any individual, corporation, limited liability company, partnership, trust, joint stock company, joint venture, association, unincorporated organization, Governmental Authority or any other form of entity.

"***Personal Information***" is defined in Section 4.25(i).

"***Petition Date***" means August 3, 2020.

"***Plan***" ~~means the joint plan filed by the Debtors under chapter 11 of the Bankruptcy Code implementing the restructuring transactions, including the transaction contemplated in this Agreement, which plan shall be in substantially the same form and substance as the plan filed by the Debtors on January 1, 2021, at Docket No. 722 in the Bankruptcy Court, as may be amended, modified or supplemented by the Plan Supplement or otherwise from time to time in accordance with the Restructuring Support Agreement.~~is defined in the recitals.

"***Plan of Merger***" means the form of Agreement and Plan of Merger of Fieldwood into Fieldwood Energy I and Fieldwood Energy III which ~~is attached as Exhibit 5 to the Implementation Agreement.~~was filed with the Bankruptcy Court as an "Apache Definitive Document" with the *Notice of Filing of Plan Supplement with Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1756].

"***Plan Supplement***" has the meaning set forth in the Plan.

"***Plugging and Abandonment***" and its derivatives mean all plugging, replugging, abandonment, re-plugging and re-abandonment, equipment removal, disposal, or restoration associated with the properties and assets included in or burdened by the FWE I Assets, including all plugging and abandonment, removal, dismantling, decommissioning, surface and subsurface restoration, site clearance, and disposal of the FWE I Oil and Gas Properties, well cellars, fixtures, platforms, caissons, flowlines, pipelines, structures, and personal property of whatever kind located on or under, related to, or associated with operations and activities conducted by whomever with respect to each of the FWE I Oil and Gas Properties, the flushing, pickling, burial, removal, and capping of all associated flowlines, field transmission and gathering lines, pit closures, the restoration of the surface, site clearance, any disposal of related waste materials and Environmental Contaminants and obligations to obtain plugging exceptions for any of the FWE I Oil and Gas Properties, with a current plugging exception, all in accordance with all applicable Laws, the terms and conditions of each of the FWE I Oil and Gas Properties, or similar leasehold interests, beneficial interests, easements and the FWE I Oil and Gas Properties.

"***Post-Closing Consent Period***" is defined in <u>Section 2.3(d)</u>.

"***Post-Closing Tax Period***" means any taxable period beginning after the Closing Date and, with respect to a Straddle Period, the portion of such Straddle Period beginning after the Closing Date.

"***Pre-Closing Tax Period***" means any taxable period ending on or before the Closing Date and, with respect to a Straddle Period, the portion of such Straddle Period ending on and including the Closing Date.

"***Preferential Right***" means any preferential right to purchase, right of first refusal, right of first offer or similar right that is applicable to the Acquired Interests or the Assigned Contracts and the operation of which is triggered by the transactions contemplated in this Agreement.

"***Prepaid JOA Funds***" is defined in <u>Section 10.2(b)</u>.

"***Production Taxes***" means any and all severance, production, gathering, Btu or gas, transportation, gross receipts, utility, excise and other similar taxes (other than Property-Related Taxes, Transfer Taxes and taxes based on or measured by income or gross or net worth) relating to the production, gathering or transportation of Hydrocarbons, or increases therein, and any interest or penalties thereon.

"***Property-Related Taxes***" means any and all ad valorem, property, generation, conversion, privilege, consumption, lease, transaction and other taxes, franchise fees, governmental charges or fees, licenses, fees, permits and assessments, or increases therein, and any interest or penalties thereon.

"***Quitclaim Deeds***" means each Quitclaim Deed and Act of Sale to be entered into at Closing by the parties thereto in the forms attached as **Exhibit J-1** and **Exhibit J-2** hereto.

"***Records***" means the Co-Owned Records and Other Records.

"***Release***" means any release, disposal, spilling, leaking, pouring, emission, emptying, discharge, injection, escape, transmission, leaching or dumping, or any threatened release, of any Environmental Contaminants from, or related in any way to the use, ownership or operation of, the Acquired Interests.

"***Release Document***" means a Credit Bid and Release Agreement in the form attached hereto as **Exhibit S**.

"***Remaining Accounts***" is defined in Section 10.12(d).

"***Representatives***" means, with respect to a Person, the directors, managers, shareholders, members, partners, officers, employees, consultants, advisors, agents or other representatives, including legal counsel, accountants, investment bankers and financial advisors of (i) such Person, (ii) such Person's Affiliates, (iii) the successors and assigns of such Person and (iv) the successors and assigns of such Person's Affiliates; *provided* however that solely with respect to Buyer and Buyer 2, the term "Representatives" shall also include Davis Polk & Wardwell LLP.

"***Required Consent***" is defined in Section 2.3(b).

"***Restructuring Support Agreement***" means that certain *Restructuring Support Agreement*, dated as of August 4, 2020, by and among Fieldwood, certain of its affiliates specified therein, the Consenting Creditors, and Apache Corporation, as the same may be amended, restated, or otherwise modified in accordance with its terms.

"***Retained Liabilities***" is defined in Section 11.2.

"***Retained Taxes***" is defined in Section 11.2(m).

"***Royalties***" means all minimum royalties, shut-in payments, royalties, overriding royalties, reversionary interests, net profits interests, production payments, carried interests, non-participating royalty interests, reversionary interests, and other royalty burdens and other interests payable out of production of Hydrocarbons from or allocated to the FWE I Oil and Gas Properties, the GOM Shelf Oil and Gas Properties, or the proceeds thereof to third parties.

"***RUE***" is defined in Section 10.14.

"***Section 6.8 Employee***" means each of those employees of Sellers specified on **[insert reference to email of counsel].**in the email from Samuel C. Peca of Weil, Gotshal & Manges LLP to Cheryl Chan of Davis Polk & Wardwell LP on August 4, 2021 at 8:00 a.m. Eastern Time.

"***Scheduled Wells***" means the Co-Owned Scheduled Wells and Other Scheduled Wells.

"***Second Lien Backstop Commitment Letter***" has the meaning set forth in the Plan.

(d)      receivables of the Sellers for imbalances attributable to the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties;

(e)      rights to insurance proceeds or other claims of recovery, indemnity, contribution, or reimbursement of the Sellers attributable to the FWE I Assets or the GOM Shelf Oil and Gas Properties due to casualty or other damage or destruction of or to the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties;

(f)      cash in the amount of advance payments on account of third party working interest owners in the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties, to the extent such cash amounts are associated with FWE I Obligations; and

(g)      rights to receive and collect cash and advance payments, in each case pursuant to cash calls associated with the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties to the extent such cash and advance payments are associated with FWE I Obligations.

"**Specified Matters**" means the civil penalties described on Exhibit D to the August 20 Settlement.

"**Specified Oil and Gas Interests**" means the assets listed on **Exhibit Y**.

"**Specified P&A Equipment**" means the equipment listed on **Exhibit Z**.

"**Specified Section 6.10 Contract(s)**" means those certain contracts and/or agreements specified on **[insert reference to email of counsel]**.

"**ST 308 Performance Bond**" means that ST 308 Performance Bond to be entered into by and among Buyer, Apache Corporation and the surety named therein, a form of which is attached as **Exhibit R** hereto.

"**Straddle Period**" means any taxable period beginning on or prior to the Closing Date and ending after the Closing Date.

"**Straddle Period Non-Income Taxes**" any and all Property-Related Taxes, Production Taxes, or other periodic non-income Taxes relating to the Acquired Interests, in each case, attributable to a Straddle Period that are first due and payable after the Closing Date.

"**Subject Unit Agreement**" means the Co-Owned Subject Unit Agreements and Other Subject Unit Agreements.

"**Subject Units**" means the Co-Owned Subject Units and Other Subject Units.

"**Subscription Rights**" has the meaning set forth in the Plan.

"**Subsidiary**" means, with respect to any Person, any entity of which such first Person (either alone or through or together with any other Person pursuant to any contract) (a) owns, directly or indirectly, securities or other ownership interests having ordinary voting power to

elect a majority of the board of directors or other governing body of such corporation, partnership, limited liability company, joint venture or other entity or other persons performing similar functions or (b) acts as the managing member or general partner of such other Person that is a partnership, limited liability company, joint venture or other entity.

"**_Superior Yard_**" means the property located at 203 Commission Blvd. Lafayette, LA 70508.

"**_Suspense Funds_**" means those proceeds of production and associated penalties and interest in respect of any Field Assets or any Hydrocarbons produced from or attributable to any Field Assets that belong to one or more Third Persons and are being held in suspense by any Seller or any Affiliate thereof.

"**_Tail Policy_**" means the directors and officers insurance policies of the Sellers, including that certain policy issued by Sompo International (Endurance American Insurance Company), Policy Number BLP300011112000, and each additional layer of directors and officers insurance held by the Sellers.

"**_Tax_**" means (i) all U.S. federal, state, local or non-U.S. taxes, including all income, gross receipts, license, payroll, employment, excise, severance, stamp, occupation, premium, environmental, customs duties, capital stock, ad valorem, value added, inventory, franchise, profits, withholding, windfall profit, social security, surcharge, impost, unemployment, disability, health, real property, personal property, mortgage, production, sales, use, occupancy, transfer, registration, alternative or add-on minimum, estimated or other similar tax of any kind whatsoever or any assessment, duty, levy, fee or charge of any kind in the nature of (or similar to) taxes imposed by any Governmental Authority, and including any interest, penalty, or addition thereto, (ii) any liability for the payment of any amounts of the type described in clause (i) as a result of any obligation to indemnify or otherwise assume or succeed to the liability of any other person, including as a transferee or successor, whether imposed by Law or Contract and (iii) in the case of Fieldwood U.A. and Fieldwood Mexico or any of their respective Subsidiaries, any liability for the payment of amounts determined by reference to amounts described in clauses (i) and (ii) as a result of being or having been a member of any Company Group (including, in each case, for any Tax purposes or by operation of Law), as a result of any obligation under any agreement or arrangement (including any Tax Sharing Agreement), as a result of being a transferee or successor, or by Contract.

"**_Tax Return_**" means any return, claim for refund, declaration, disclosure, election, report, statement, information return or other similar document (including any related or supporting information, amendments, schedule or supplements of any of the foregoing) filed or required to be filed with any Governmental Authority with respect to Taxes.

"**_Tax Sharing Agreement_**" means any agreement or arrangement, including any Tax sharing, allocation, indemnification, reimbursement, receivables or similar agreement entered into prior to the Closing binding Fieldwood U.A. or Fieldwood Mexico or any of their respective Subsidiaries that provides for the allocation, apportionment, sharing or assignment of any Tax liability or Tax benefit, or the transfer or assignment of income, revenues, receipts, or gains for the purpose of determining any Person's Tax liability (other than any customary commercial

contract entered into in the ordinary course of business the principal subject matter of which is not Taxes).

"***Third Person***" means any Person other than the Sellers, Buyer or Buyer 2.

"***Toggle Date***" has the meaning set forth in the Plan.

"***Trademarks***" is defined in the definition of Intellectual Property.

"***Transfer Documents***" means each Assignment, Bill of Sale and Conveyance, the Assignment and Assumption Agreement, the Office Assets Conveyance, the Assignment of Leases and Subleases, the Quitclaim Deeds, Form-BSEE 149, Form-BOEM 150, Form-BOEM 151 and each JV Assignment Agreement.

"***Transfer Taxes***" means any sales, use, goods and services, value added, stock, stamp, document, filing, recording, registration and similar tax or charge (including any interest or penalties thereon and the cost of preparing any Tax Returns with respect thereto).

"***Transferred Employee***" is defined in Section 6.8(a).

"***Transferred Intellectual Property***" means the Owned Intellectual Property and Licensed Intellectual Property.

"***Trust Agreement***" means that certain Trust Agreement dated September 30, 2013 by and among Fieldwood and GOM Shelf, as Settlors and Primary Beneficiaries, and Apache Corporation, Apache Shelf, Inc., Apache Deep Water LLC and Apache Shelf Exploration LLC, as Secondary Beneficiaries, as amended.

"***TSA***" means that Transition Services Agreement to be entered into by Buyer, Fieldwood Energy I and GOM Shelf in the form attached as **Exhibit P** hereto.

"***Undisbursed Revenue***" means those proceeds of production and associated penalties and interest in respect of any Field Assets or any Hydrocarbons produced from or attributable to any Field Assets that belong to one or more Third Persons and have been received by, and at the Closing are being held by, the Sellers on account of such Third Persons for disbursement to such Third Persons after the Closing.

"***Unit***" means a unit for the production and operation of a Hydrocarbon well created by the pooling, unitization or communitization, whether voluntary or governmental, of any or all portions of any Leases and the lands covered thereby with other oil and gas leases or lands.

"***Utilities Order***" means that certain Order of the Bankruptcy Court entered on August 5, 2020, providing for, among other things, "Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies".

"***Warehouse Lease***" means that certain Lease dated as of November 15, 2019, by and between Cheyenne Services, LLC, as lessor, and Fieldwood Energy LLC, as lessee, for leased premises located at 108 Galbert Rd., Lafayette, LA, as amended by (i) First Amendment to

Lease, executed April 26, 2020 and (ii) Second Amendment to Lease, executed November 10, 2020.

"**Wells**" means the Co-Owned Wells and Other Wells.

"**White Shoal Equity**" is defined in Section 1.2(uu).

"**Working Capital Assets**" means, without duplication, (a) the current assets of the Sellers as of immediately prior to the Effective Time; *provided* that this <u>clause (a)</u> shall include only the types of current assets set forth as line items under the header "Current Assets" on **Exhibit X**, excluding the Specified Excluded Receivables, and (b) the Fieldwood Energy I Closing Accounts Receivable.  For the avoidance of doubt, Working Capital Assets shall not include any cash, including Suspense Funds, Undisbursed Revenue and Prepaid JOA Funds.

"**Working Capital Liabilities**" means, without duplication, (a) the current liabilities of the Sellers as of immediately prior to the Effective Time; *provided* that this <u>clause (a)</u> shall include only the types of current liabilities set forth as line items under the header "Current Liabilities" on **Exhibit X**, excluding any prepetition accounts, Interim Unpaid P&A Expenses, obligations for FWE I Suspense Funds, Excluded Suspense Funds or Excluded Prepaid JOA Funds, P&A Obligations and Decommissioning expenses or any obligations satisfied, compromised (to the extent compromised), settled, released or discharged pursuant to the Plan and Confirmation Order, and (b) the Fieldwood Energy I Closing Accounts Payable; *provided, further*, that in no event shall Working Capital Liabilities include Effective Date Cash Obligations.

"**Working Interest**" means, with respect to each Lease and Scheduled Well, the interest that represents the ownership of the oil and gas leasehold estate created by such Lease or Scheduled Well and that is burdened with the obligation to bear and pay costs of operations on or in respect of such Lease or Scheduled Well.

[End of Annex I]

*Updated 6/10/2021*8/25/2021

**EXHIBITS AND SCHEDULES**

**to the**

**PURCHASE AND SALE AGREEMENT**

**AMONG**

**FIELDWOOD ENERGY LLC**

**AND**

**ITS AFFILIATES SIGNATORY HERETO**

**AS SELLERS**

**AND**

**QUARTERNORTH ENERGY LLC**

**AS BUYER**

**AND**

**MAKO BUYER 2 LLC**

**AS BUYER 2**

**DATED**

[_____] [_____], 2021

**AUGUST 27, 2021**

**EXHIBIT LIST**

| Exhibit | Title |
|---|---|
| EXHIBIT A | Leases |
| EXHIBIT B | Easements |
| EXHIBIT C | Scheduled Wells |
| EXHIBIT D | Platforms and Facilities |
| EXHIBIT D-1 | Inventory |
| EXHIBIT E | Permits |
| EXHIBIT F | Seismic Data |
| EXHIBIT G | Form of Assignment, Bill of Sale and Conveyance for Co-Owned Assets |
| EXHIBIT H | Form of Assignment, Bill of Sale and Conveyance for Other Assets |
| EXHIBIT I | Form of Assignment and Assumption Agreement |
| EXHIBIT J | Form of Assignment of Leases and Subleases |
| EXHIBIT J-1 | Form of Quitclaim Deed and Act of Sale for Owned Real Property (Jefferson Parish) |
| EXHIBIT J-2 | Form of Quitclaim Deed and Act of Sale for Owned Real Property (100% Fee Simple) |
| EXHIBIT K | Form of Office Assets Conveyance |
| EXHIBIT L | [Reserved]Form of Contract Operating Agreement |
| EXHIBIT MM-1 | [Reserved]Owned Real Property (Jefferson Parish) |
| EXHIBIT M-2 | Owned Real Property (100% Fee Simple) |
| EXHIBIT N | [Reserved] |
| EXHIBIT O | [Reserved] |
| EXHIBIT P | Form of Transition Services Agreement |
| EXHIBIT Q | Form of SEMS Bridging Agreement |
| EXHIBIT R | Form of ST 308 Performance Bond |
| EXHIBIT S | Form of Release Document[Reserved] |
| EXHIBIT T | Form of Farmout Agreement |
| EXHIBIT U | [Reserved] |
| EXHIBIT V | [Reserved] |

WEIL:\97869848\17\45327.0007
WEIL:\97869848\12\45327.0007

| EXHIBIT W | Form of Funding Agreement |
| EXHIBIT X | Working Capital |
| EXHIBIT X-1 | Working Capital Estimate |
| EXHIBIT Y | Specified Oil and Gas Interests |
| EXHIBIT Z | Specified P&A Equipment |

## **SCHEDULE LIST**

| **Schedule** | **Title** |
|---|---|
| Schedule 1.2 | Applicable Shared Asset Interests |
| Schedule 1.2(rr) | Specified Claims |
| Schedule 1.3(d) | Scheduled Exclusions |
| Schedule 1.6 | FERC Matters |
| Schedule 4.6 | Litigation |
| Schedule 4.7 | Governmental Approvals |
| Schedule 4.8(a) | Preferential Rights |
| Schedule 4.8(b) | Applicable Consents |
| Schedule 4.9 | Taxes |
| Schedule 4.9(p) | Entity Classifications |
| Schedule 4.12 | Environmental Matters |
| Schedule 4.13 | Payments |
| Schedule 4.14 | Material Contracts |
| Schedule 4.14(c) | Leases and Easements |
| Schedule 4.15 | Imbalances |
| Schedule 4.16(a) | AFEs |
| Schedule 4.16(b) | Cash Calls |
| Schedule 4.18 | Employee Benefits |
| Schedule 4.19 | Non-Consent Operations |
| Schedule 4.20 | Suspense Funds |
| Schedule 4.21 | Payout Balances |
| Schedule 4.22 | Title Matters |

| **Schedule** | **Title** |
|---|---|
| Schedule 4.22(d) | Owned Real Property |
| Schedule 4.23 | Insurance |
| Schedule 4.24 | Related Party Transactions |
| Schedule 4.25(a) | Owned Intellectual Property |
| Schedule 4.27 | Material Liabilities |
| Schedule 4.28(b) | Absence of Certain Changes |
| Schedule 4.31(c) | Equity Interests of Fieldwood Mexico and Subsidiaries |
| Schedule 4.31(d) | Fieldwood U.A. Interests |
| Schedule 4.31(f) | Fieldwood U.A. Liabilities |
| Schedule 5.1(c) | Buyer Grandparent Equity Interests |
| Schedule 5.7 | Buyer Governmental and Third Person Consents |
| Schedule 6.1(a) | Sellers' Required Operations |
| Schedule 6.1(b) | Sellers' Disallowed Operations |
| Schedule 6.7(ga) | ~~Required~~ Assigned 365 Contracts List |
| Schedule 6.22 | Seller Employees |
| Schedule 7.3(i) | Required Novations |
| Schedule 7.3(l) | Required Governmental Approvals |
| Schedule 10.13(a) | Existing D&O Indemnification Terms |
| Schedule 10.13(e) | D&O Indemnified Parties |
| Schedule 10.14 | Right of Use Easements (RUEs) |
| Schedule 10.17 | South Marsh 39 Assets |
| Schedule 10.18 | Certain Accounts |
| | ~~[End of List of Exhibits and Schedules]~~ |

**Exhibit A**
**Leases[1]**

## Part 1.  Co-Owned Leases

| Field | Block | Lease | Type | Seller | Operator | Interest in Lease[2] | Lease Status |
|-------|-------|-------|------|--------|----------|---------------------|--------------|
| Grand Isle 43 (GI32-52/ WD67-71, 94-96) | GI 32 (S/2) | OCS-00174 | Federal | FEO | GOM Shelf | 25% record title | UNIT |
| | | | | | GOM Shelf | 25% operating rights in S/2 of Block 32, Grand Isle Area, from 12,756' TVDSS to 18,000' subsea (TVDS) | |
| | | | | | BP E&P | 25% operating rights in S/2 of Block 32, Grand Isle Area, as to depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS) | |
| Grand Isle 43 (GI32-52/ WD67-71, 94-96) | GI 39 (E/2) | OCS-00126 | Federal | FEO | GOM Shelf | 25% record title | UNIT |
| | | | | | GOM Shelf | 25% operating rights in ~~W~~E/2 of Block 39, Grand Isle Area, from 12,256' TVDSS to 18,000' TVDSS | |
| | | | | | BP E&P | 25% operating rights in ~~W~~E/2 of Block 39, Grand Isle Area, from 18,000' feet TVDS to 99,999' TVDS | |
| Grand Isle 43 (GI32-52/ WD67-71, 94-96) | GI 39 (W/2) | OCS-00127 | Federal | FEO | GOM Shelf | 25% record title | UNIT |
| | | | | | GOM Shelf | 25% operating rights in W/2 of Block 39, Grand Isle Area, from 12,256' TVDSS to 18,000' subsea (TVDS) | |
| | | | | | BP E&P | 25% operating rights in W/2 of Block 39, Grand Isle Area, as to depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS) | |
| Grand Isle 43 (GI32-52/ WD67-71, 94-96) | GI 40 | OCS-00128 | Federal | FEO | GOM Shelf | 25% record title | UNIT |
| | | | | | GOM Shelf | 25% operating rights in all of Block 40, Grand Isle Area, from 12,469' TVDSS to 18,000' subsea (TVDS) | |
| | | | | | BP E&P | 25% operating rights in all of Block 40, Grand Isle Area, as to depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS) | |

[1] The references in this Exhibit A to Field, Seller, Operator, Interest in Lease and Lease Status are not intended to limit in any way the scope of any Assigned Interests or who is a Seller with respect to any Lease.

[2] Unless otherwise indicated on this exhibit, no operating rights for any OCS lease that is listed in either table of this exhibit as to which a Seller is listed as having a record title interest have been severed from the record title for such lease.

| Field | Block | Lease | Type | Seller | Operator | Interest in Lease[2] | Lease Status |
|-------|-------|-------|------|--------|----------|----------------------|--------------|
| | | | | | BP E&P | 25% operating rights in all of Block 46, Grand Isle Area, as to depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS) | |
| Grand Isle 43 (GI32-52/ WD67-71, 94-96) | GI 47 | OCS-00133 | Federal | FEO | GOM Shelf | 25% record title | UNIT |
| | | | | | GOM Shelf | 25% operating rights in all of Block 47, Grand Isle Area, from 15,742' TVDSS to 18,000' subsea (TVDS) | |
| | | | | | BP E&P | 25% operating rights in all of Block 47, Grand Isle Area, as to depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS) | |
| Grand Isle 43 (GI32-52/ WD67-71, 94-96) | GI 48 | OCS-00134 | Federal | FEO | GOM Shelf | 25% record title | UNIT |
| | | | | | GOM Shelf | 25% operating rights in all of Block 48, Grand Isle Area, from 16,812' TVDSS to 18,000' subsea (TVDS) | |
| | | | | | BP E&P | 25% operating rights in all of Block 48, Grand Isle Area, as to depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS) | |
| Grand Isle 43 (GI32-52/ WD67-71, 94-96) | GI 52 (N/2) | OCS-00177 | Federal | FEO | GOM Shelf | 25% record title | UNIT |
| | | | | | GOM Shelf | 0% operating rights in N/2 of Block 52, Grand Isle Area, as to all depths from the surface down to 17,651 feet TVDSS | |
| | | | | | BP E&P | 25% operating rights in N/2 of Block 52, Grand Isle Area, as to all depths below 17,651 feet TVDSS down to 99,999 feet TVDSS | |
| Grand Isle 43 (GI32-52/ WD67-71, 94-96) | WD 67 (S/2) | OCS-00179 | Federal | FEO | GOM Shelf | 25% record title | UNIT |
| | | | | | GOM Shelf | 25% operating rights in S/2 of Block 67, West Delta Area, from 11,650' TVDSS to 18,000' subsea (TVDS) | |
| | | | | | BP E&P | 25% operating rights in S/2 of Block 67, West Delta Area, as to depths below 18,000' subsea (TVDS) to 99,999' subsea (TVDS) | |
| Grand Isle 43 (GI32-52/ WD67-71, 94-96) | WD 68 (S/2) | OCS-00180 | Federal | FEO | GOM Shelf | 25% record title | UNIT |
| | | | | | GOM Shelf | 25% operating rights in S/2 of Block 68, West Delta Area, from 13,225' TVDSS to 18,000' subsea (TVDS) | |
| | | | | | BP E&P | 25% operating rights in S/2 of Block 68, West Delta Area, as to depths below 18,000' subsea (TVDS) to 99,999' subsea (TVDS) | |

Exhibit A – Page 3

| Field | Block | Lease | Type | Seller | Operator | Interest in Lease | Lease Status |
|---|---|---|---|---|---|---|---|
| - | | 255675 | SL-TX | Fieldwood Onshore | Fieldwood Onshore | 100% working interest (lease recorded in Galveston County, Texas) | TERMIN |
| Annapolis Valley | MC 380 | OCS-G 36544 | Federal | Fieldwood | Fieldwood | 100% record title | PRIMARY |
| Annapolis Valley | MC 424 | OCS-G 36545 | Federal | Fieldwood | Fieldwood | 100% record title | PRIMARY |
| Bartolome | MC 563 | OCS-G 21176 | Federal | Fieldwood | Fieldwood | 23.25% operating rights in all of Block 563, Mississippi Canyon, as to depths from below 19,000' down to 99,999' TVDSS | PROD |
| | | | | ~~FEO~~Fieldwood | Kosmos Energy GOM Operations | 0.465% ORRI insofar as the lease covers all of Block 563, Mississippi Canyon, limited to depths from the surface to 19,000' TVDSS | |
| Boris | GC 282 | OCS-G 16727 | Federal | Fieldwood | BHP Billiton Petroleum (GOM) | 25% operating rights in all of Block 282, Green Canyon, from 16,700' TVD to 99,999' TVD | PROD |
| | | | | ~~FEO~~Fieldwood | Energy Resource Technology GOM | 1.75% ORRI insofar as the lease pertains to depths from 0 to ~~16,999~~16,699' TVD | |
| Deep Blue | GC 679 | OCS-G 21811 | Federal | Fieldwood | Fieldwood | 37.5% record title | PROD |
| | | | | | Anadarko Petroleum Corporation | 0% operating rights in E1/2 of Block 679, Green Canyon Area, limited in depth from the surface down to the stratigraphic equivalent of 16,048' TVD (17,315' MD) as seen in the Kerr-McGee OCS-G 21811 No. 1 (ST#1) well | |
| | | | | | Eni US Operating Co. Inc. | 0% operating rights in W1/2 of Block 679, Green Canyon Area, limited in depth from the surface down to 16,048' TVD | |
| | | | | | Fieldwood | 43.125% operating rights in all of Block 679, Green Canyon, below 16,048' TVD to 99,999' TVD | |
| Emory Peak | MC 743 | OCS-G 36401 | Federal | Fieldwood | Chevron USA | 25% record title | PRIMARY |
| Ewing Bank 834 (Coelacanth) | EW 789 | OCS-G 35805 | Federal | Fieldwood | Walter O&G | 1.3% ORRI insofar as the lease cover the SE/4 of Block 789, Ewing Bank, from the surface to 26,000' SSTVD | UNIT |
| Ewing Bank 834 (Coelacanth) | EW 790 | OCS-G 33140 | Federal | Fieldwood | Fieldwood | 100.0% operating rights in  SW1/4SW1/4; S1/2SE1/4SW1/4; S1/2SW1/4SE1/4 and NW1/4SE1/4SW1/4 of Block 790, Ewing Bank, limited to depths from below 26,000' TVDSS to 99,999' TVDSS | UNIT |
| | | | | | | 100.0% operating rights in N1/2; N1/2S1/2; SE1/4SE1/4; N1/2SW1/4SE1/4 and ~~N~~NE1/4SE1/~~54~~SW1/4 of Block 790, Ewing Bank, from the surface to 99,999' TVDSS | |
| | | | | | | 1.3% ORRI insofar as the lease covers SW1/4SW1/4; S1/2SE1/4SW1/4; S1/2SW1/4SE1/4; NW1/4SE1/4SW1/4 of Block 790, Ewing Bank, from surface down to and including 26,000' TVDSS | |

Exhibit A – Page 10

| Field | Block | Lease | Type | Seller | Operator | Interest in Lease | Lease Status |
|-------|-------|-------|------|--------|----------|-------------------|--------------|
| Ewing Bank 834 (Coelacanth) | EW 834 | OCS-G 27982 | Federal | Fieldwood | Walter O&G | 1.3% ORRI insofar as the lease covers NE1/4 NE1/4, NW1/4NW1/4, N/2SE1/4NE1/4 and N/2NE1/4NE/4 of Block 834, Ewing Bank, from the surface down to 2617,000' TVDSS<br><br>1.3% ORRI insofar as the lease covers NE1/4NE1/4, NW1/4NE1/4, N1/2NE1/4NW1/4 of Block 790, Ewing Bank, from 17,000' TVDSS down to 21,400' TVDSS<br><br>1.3% ORRI insofar as the lease covers NE1/4 NE1/4, NW1/4NE1/4 and N/2NE1/4 of Block 834, Ewing Bank, from 21,400' TVDSS down to 26,000' TVDSS<br><br>1.3% ORRI insofar as the lease covers S/1/2NE1/4, NW1/4NW1/4, N1/2SE1/4NW1/4 and S1/2NE1/4NW1/4 of Block 834, Ewing Bank, from the surface down to 26,000' TVDSS | UNIT |
| Ewing Bank 834 (Coelacanth) | EW 835 | OCS-G 33707 | Federal | Fieldwood | Walter O&G | 1.3% ORRI insofar as the lease covers the North 7800' of Block 835, Ewing Bank, from the surface down to 26,000' TVDSS | UNIT |
| Ewing Bank 834 (Coelacanth) | MC 793 | OCS-G 33177 | Federal | Fieldwood | Walter O&G | 1.3% ORRI insofar as the lease covers the W1/2W1/2NW1/4 of Block 793, Mississippi Canyon, from the surface down to 26,000' TVDSS | UNIT |
| Fandango | MC 297 | OCS-G 34434 | Federal | Fieldwood | Fieldwood | 70% record title | PRIMARY |
| Galapagos | MC 519 | OCS-G 27278 | Federal | Fieldwood | BP E&P (in part) and Fieldwood (in part) | 65.0% record title<br><br>49% operating rights in SW1/4 of Block 519, Mississippi Canyon, from the surface down to and including 99,99919,300' TVDSS<br><br>49% operating rights in S1/2NW1/4 of Block 519, Mississippi Canyon, from the surface down to and including 14,000'<br><br>25.75% operating rights in S1/2SE1/4NE1/4 of Block 519, Mississippi Canyon, from depths below 19,300' TVDSS down to and including 99,999' TVDSS<br><br>25.75% operating rights in S1/2NW1/4 of Block 519, Mississippi Canyon, from depths below 14,000' TVDSS down to and including 99,999' TVDSS<br><br>25.75% operating rights in N1/2NW1/4; N1/2NE1/4; SW1/4NE1/4 and N1/2SE1/4NE1/4 of Block 519, Mississippi Canyon, from the surface down to and including 99,999' TVDSS | PROD |

Exhibit A – Page 11

| Field | Block | Lease | Type | Seller | Operator | Interest in Lease | Lease Status |
|---|---|---|---|---|---|---|---|
| Green Canyon 39/40 (Katmai) | EW 1009 | OCS-G 34878 | Federal | Fieldwood | Fieldwood | 50% record title | UNIT |
| Green Canyon 39/40 (Katmai) | EW 1010 | OCS-G 34879 | Federal | Fieldwood | Fieldwood | 50% record title | UNIT |
| Green Canyon 39/40 (Katmai) | EW 1011 | OCS-G 34880 | Federal | Fieldwood | Fieldwood | 50% record title | UNIT |
| Green Canyon 39/40 (Katmai) | GC 39 A | OCS-G 34966 | Federal | Fieldwood | Fieldwood | 50% record title | UNIT |
| Green Canyon 39/40 (Katmai) | GC 39 B | OCS-G 36476 | Federal | Fieldwood | Fieldwood | 50% record title | PRIMARY |
| Green Canyon 39/40 (Katmai) | GC 040 | OCS-G 34536 | Federal | Fieldwood | Fieldwood | 50% record title | UNIT |
| Green Canyon 39/40 (Katmai) | GC 041 | OCS-G 34537 | Federal | Fieldwood | Fieldwood | 50% record title | UNIT |
| Green Canyon 64/65/108/109/243 | GC 064 | OCS-G 34539 | Federal | FEO | FEO | 49% record title | PROD |
| Green Canyon 64/65/108/109/243 | GC 065 | OCS-G 05889 | Federal | FEO | FEO | 49% operating rights in all of Block 65, Green Canyon, from the surface of the earth down to and including the depth of 99,999 feet | UNIT |
| Green Canyon 64/65/108/109/243 | GC 108 | OCS-G 14668 | Federal | FEO | FEO | 49% operating rights in all of Block 108, Green Canyon, from the surface of the earth down to and including the depth of 99,999 feet | UNIT |
| Green Canyon 64/65/108/109/243 | GC 109 | OCS-G 05900 | Federal | FEO | FEO | 49% operating rights in all of Block 109, Green Canyon, from the surface of the earth down to and including the depth of 99,999 feet | UNIT |
| Green Canyon 200 (Troika & Orlov) | GC 200 | OCS-G 12209 | Federal | FEO | FEO | 100% record title<br>53.33333% operating rights in NW1/4SE1/4; SESW1/4NE1/4; E1/2SE1/4NW1/4; S1/32NE1/4NW1/4; W1.2E1/2SE1/4; NE1/4SW1/4SE1/4; SW1/4NW1/4NE1/4 of Block 200, Green Canyon, as to all depths from surface to 17,518' TVDSS | UNIT |

Exhibit A – Page 12

| Field | Block | Lease | Type | Seller | Operator | Interest in Lease | Lease Status |
|---|---|---|---|---|---|---|---|
| Green Canyon 200 (Troika)[40] | GC 201 | OCS-G 12210 (and any further lease created from the segregation of OCS-G 12210) | Federal | FEO | ~~FOE~~FEO | 100% record title ~~as to~~in the ~~WS~~1/2 and ~~SE~~NW1/4 of Block 201, Green Canyon | UNIT |
| | | | | | LLOG Exploration | 4.87~~4~~999% ORRI insofar as the lease covers the NE1/4 of Block ~~157~~201, Green Canyon~~, from the surface to 17,000' subsea TVD~~ | |
| Green Canyon 200 (Troika) | GC 244 | OCS-G 11043 | Federal | FEO | FOE (in part) and Deepwater Abandonment Alternatives, Inc. (in part) | 100% record title | UNIT |
| | | | | | | 0% operating rights as to all of Block 244, Green Canyon, as to those depths from 16,000 feet true vertical depth subsea down to 24,000 feet true vertical depth subsea | |
| Gunflint | MC 904 | OCS-G 36566 | Federal | Fieldwood | Fieldwood | 58.9363% record title | PRIMARY |
| Gunflint | MC 905 | OCS-G 36405 | Federal | Fieldwood | Fieldwood | 58.9363% record title | PRIMARY |
| Hagerman | MC 789 | OCS-G 36557 | Federal | Fieldwood | Fieldwood | 100% record title | PRIMARY |
| Isabela N (Miocene) | MC 474 | OCS-G 35825 | Federal | Fieldwood | BP E&P | 24.33333% record title | PRIMARY |
| | | | | | | 0% operating rights in all of Block 474, Mississippi Canyon, from depths below 20,000' TVDSS down to and including 99,9999' TVDSS | |
| Isabela N (Miocene) | MC 518 | OCS-G 35828 | Federal | Fieldwood | BP E&P | 24.33333% record title | PRIMARY |
| | | | | | | 0% operating rights in all of Block 518, Mississippi Canyon, from depths below 19,500' TVDSS down to and including 99,9999' TVDSS | |
| Little Burn | GC 238 | OCS-G 26302 | Federal | Fieldwood | BHP Billiton Petroleum (GOM) | 40% operating rights in all of Block 238, Green Canyon, from 16,700' TVD to 99,999' TVD | PROD |
| | | | | ~~FEO~~Fieldwood | Talos ERT LLC | 2.8% ORRI insofar as the lease pertains to depths from 0 to ~~16,999~~16,699' TVD | |
| Mississippi Canyon 562 (Isabela) | MC 562 | OCS-G 19966 | Federal | Fieldwood | BP E&P | 12.5% record title | PROD |
| | | | | | | 0% operating rights in N/2 of Block 562, Mississippi Canyon, from the surface to 19,500' TVDSS | |
| | | | | | | 0% operating rights in N/2 of Block 562, Mississippi Canyon, from depths below 19,500' TVDSS down to and including 99,999' TVDSS | |

[40] ~~As to this Other Lease, no interest in the operating rights or record title as to the NE1/4 of Block 201, Green Canyon, is being conveyed hereunder.~~

Exhibit A – Page 13

| Field | Block | Lease | Type | Seller | Operator | Interest in Lease | Lease Status |
|---|---|---|---|---|---|---|---|
| South Marsh Is. 40/41/44 | SM 40 | OCS-G 13607 | Federal | FEO | FEO | 100% record title | TERMIN |
| South Timbalier 308 / Ewing Bank 873 | ST 287 | OCS-G 24987 | Federal | Fieldwood | Fieldwood | 100% record title | PROD |
| | | | | | | 100% operating rights in all of Block 287, South Timbalier Area, South Addition, from the surface to 13,852' SSTVD | |
| | | | | | | 50% operating rights in all of Block 287, South Timbalier Area, South Addition, from 13,852' SSTVD to 99,999' SSTVD | |
| South Timbalier 308 / Ewing Bank 873 | ST 308 | OCS-G 21685 | Federal | Fieldwood | Fieldwood | 100% record title | PROD |
| | | | | | | 100% operating rights in all of Block 308, South Timbalier Area, South Addition, from the surface to 18,571' SSTVD | |
| | | | | | | 50% operating rights in all of Block 308, South Timbalier Area, South Addition, from 18,571' SSTVD to 99,999' SSTVD | |
| Steamboat | GC 153 | OCS-G 36814 | Federal | Fieldwood | Fieldwood | 100% record title | PRIMARY |
| Talon | GC 198 | OCS-G 36021 | Federal | FEO | FEO | 100% record title | PRIMARY |
| Tarantula | EW 828 | OCS-G 35806 | Federal | FEO | FEO | 100% record title | PRIMARY |
| Ticonderoga | GC 768 | OCS-G 21817 | Federal | Fieldwood | (see below) | 100% record title | PROD |
| | | | | | Anadarko | 50% operating rights in all of Block 768, Green Canyon, from the surface to the stratigraphic equivalent of 13,370' subsea TVD in the OCS-G 21817 #1 Well | |
| | | | | | Fieldwood | 43.125% operating rights in all of Block 768, Green Canyon, below the stratigraphic equivalent of 13,370' subsea TVD in the OCS-G 21817 #1 Well down to a depth of 40,000' subsea TVD | |
| Umbrella Point | - | 5752 | SL - TX | Fieldwood Onshore | Fieldwood Onshore | 100% record title | TERMIN |
| Umbrella Point | - | 140960 | SL - TX | Fieldwood SD Offshore | Fieldwood SD Offshore | 100% record title | TERMIN |
| WILDCAT - ACOM O.H. ESTATE | - | 165888 | SL - TX | Fieldwood Onshore | Fieldwood Onshore | 100% record title | TERMIN |
| EAGLE BAY | - | 186892 | SL - TX | Fieldwood Onshore | Fieldwood Onshore | 100% record title | TERMIN |
| EAGLE BAY | - | 176012 | SL - TX | Fieldwood Onshore | Fieldwood Onshore | 100% record title | TERMIN |

Exhibit A – Page 15

**Exhibit B**
Easements

## Part 1.  Co-Owned Easements

| ROW Number | Seller | Segment Number | Originating Area | Originating Block | Originating Name | Receiving Area | Receiving Block | Receiving Name | Size (inch) | Product | Status | Associated Lease | Undivided interest to be assigned to Buyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G03432 | Fieldwood | 4647 | SM | 149 | 6"SSTI | SM | 132 | B | 6 | BLKO | Active | G02592 | 50% |
| G09319 | ~~Fieldwood~~ FEO | 5890 | ST | 53 | A | ST | 52 | A | 6 | OIL | Active | G04000 | 50% |
| G12304 | GOM Shelf | 9084 | GI | 43 | AS | GI | 19 | F/S | 10 | OIL | Active | 00175 | 25% |
| G28385 | Fieldwood | 17265 | ST | 68 | Caisson No. 1 | ST | 53 | A | 6 | BLKO | Active | ~~G0400000~~ 020 | 20.334% |

### RUEs related to Co-Owned Leases

| RUE Number | Area | Block No. | Structure | Complex ID No. | FW Lease | Operator | Approval Date | Associated Assets | Party to hold RUE on behalf of Buyer and Fieldwood Energy I | Undivided interest for which Buyer is to be responsible |
|---|---|---|---|---|---|---|---|---|---|---|
| G30267 | ST | 68 | CAISS. #1 | 24108 | 00020 | Fieldwood | 03/09/18 | ST 67 #6 | Buyer | 20.334% |
| G30329 | SM | 132 | B | 21982 | G02592 G02588 | Fieldwood | 5/06/19 | SM 136 C 007, SM 149 C001, C002 & C004 | Fieldwood Energy I | 50% |

## Part 2.  Other Easements

| ROW Number | Seller | Segment Number | Originating Area | Originating Block | Originating Name | Receiving Area | Receiving Block | Receiving Name | Size (inch) | Product | Status | Associated Lease |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G09330 | FEO | 8204 | SS | 80 | A | EI | 125 | 30 SSTI | 6 | G/C | Active | G15277 |
| G15047 | Bandon | 10675 | VR | 371 | A | VR | 350 | 08 SSTI | 6 | OIL | Active | G09524 |
| G16055 | FEO | 11050 | SS | 301 | A | SS | 300 | B | 8 | BLKO | Active | G10794 |

Exhibit B – Page 1

| ROW Number | Seller | Segment Number | Originating Area | Originating Block | Originating Name | Receiving Area | Receiving Block | Receiving Name | Size (inch) | Product | Status | Associated Lease |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G23712 | ~~Fieldwood~~ FEO | 13736 | SS | 79 | #2 | SS | 80 | A | 4 | BLKO | Active | G15277 |
| G23713 | ~~Fieldwood~~ FEO | 13737 | SS | 79 | #2 | SS | 80 | A | 4 | BLKO | Active | G15277 |
| G28816 | ~~Fieldwood~~ FEO | 14292 | SM | 40 | JA | SM | 40 | 10"SSTI | 6 | OIL | Active | G13607 |
| G28817 | ~~Fieldwood~~ FEO | 14293 | SM | 40 | B | SM | 40 | JA | 6 | BLKO | Active | G13607 |
| G28818 | ~~Fieldwood~~ FEO | 14294 | SM | 40 | B | SM | 40 | JA | 6 | BLKO | Active | G13607 |
| G28819 | ~~Fieldwood~~ FEO | 14295 | SM | 40 | JA | SM | 40 | B | 2 | LIFT | Active | G13607 |
| G09349 | FEO | 8255 | GC | 65 | A | GC | 19 | A | 12 | OIL | Active | G05889 |
| G17737 | FEO | 11393 | GC | 200 | SS Manifold | GC | 65 | A | 10 | BLKO | Active | G12210 |
| | | 11394 | GC | 200 | SSMANIFO | GC | 65 | A | 24 | CSNG | Active | G12210 |
| | | 11395 | GC | 200 | SSMANIFO | GC | 65 | A | 5 | UMB | Active | G12210 |
| | | 11959 | GC | 200 | SSMANIFO | GC | 65 | A | 2 | UMB | Active | G12210 |
| G17738 | FEO | 11396 | GC | 200 | SSMANIFO | GC | 65 | A | 10 | BLKG | Active | G12210 |
| | | 11397 | GC | 200 | SSMANIFO | GC | 65 | A | 24 | CSNG | Active | G12210 |
| | | 11410 | GC | 200 | SSMANIFO | GC | 65 | A | 5 | UMB | Active | G12210 |
| | | 12141 | GC | 200 | SSMANIFO | GC | 65 | A | 5 | UMB | Proposed | G12210 |
| G17685 | FEO | 11260 | GC | 65 | A | GC | 19 | A | 16 | OIL | Active | G05889 |
| G28736 | Fieldwood | 19154 | MC | 948 | PLET NPL3 HUB | MC | 724 | Gulfstar 1 SPAR | 8 | BLKO | Active | G28030 |
| | | 19365 | MC | 948 | PLET NPL3 HUB | MC | 767 | ILS NPL1 | 12 | CSNG | Active | G28030 |
| | | 19374 | MC | 948 | PLET NPL3 HUB | MC | 948 | PLET SPL2 HUB | 8 | BLKO | Active | G28030 |
| G28809 | FEO | 20222 | GC | 244 | PLEM A | GC | 156 | Mid-Line PLET A-1 | 8 | BLKO | Proposed | G11043 |
| G28820 | FEO | 20197 | GC | 156 | PLET 2 | GC | 156 | A-2 PLET | 8 | BLKO | Active | G12209 |

| ROW Number | Seller | Segment Number | Originating Area | Originating Block | Originating Name | Receiving Area | Receiving Block | Receiving Name | Size (inch) | Product | Status | Associated Lease |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G29287 | FEO Fieldwood | 19155 | MC | 948 | PLET SPL2 HUB | MC | 724 | Gulfstar 1 SPAR | 8 | BLKO | Active | G28030 |
| | | 19362 | MC | 724 | Gulfstar 1 Spar | MC | 948 | UTA1 | 8 | UMB | Active | G28030 |
| | | 19432 | MC | 948 | PLET SPL2 | MC | 768 | ILS SPL1 | 12 | CSNG | Active | G28030 |
| G29294 | Fieldwood | 19282 | MC | 736 | A Thunderhawk | MC | 782 | Dan 1 STUA 1 | 6 | UBEH | Active | G33757 |
| | | 19149 | MC | 698 | RGL PLET 1 | MC | 736 | A Thunderhawk | 8 | BLKO | Active | G28022 |
| | | 19296 | MC | 698 | RGl PLET 1 | MC | 736 | A Thunderhawk | 12 | CSNG | Active | G28022 |
| G29295 | Fieldwood | 19097 | MC | 698 | RGL PLET 1 | MC | 736 | A Thunderhawk | 8 | BLKO | Active | G28022 |
| | | 19149 | MC | 698 | RGL PLET 1 | MC | 736 | A Thunderhawk | 8 | BLKO | Active | G28022 |
| | | 19283 | MC | 736 | A Thunderhawk | MC | 698 | BBD SUTA | 6 | UMB | Active | G28022 |
| | | 19364 | MC | 698 | RGL PLET 1 | MC | 736 | A | 12 | CSNG | Active | G28022 |
| G29299 | Fieldwood | 19297 | MC | 736 | A Thunderhawk | MC | 692 | North Plet | 1 | LIFT | Active | G28022 |
| | | 19334 | MC | 736 | A Thunderhawk | MC | 692 | SUTA | 5 | UMBH | Active | G28022 |
| G29417 | FEO | 20221 | GC | 156 | Mid-Line PLET A-1 | GC | 156 | Md-Line PLET A-2 | 8 | BLKO | Active | G12209 |
| G29417 | FEO | 20155 | GC | 156 | Mid-Line PLET A-2 | GC | 65 | A | 8 | BLKO | Proposed | G12209 |
| G29420 | FEO | 20183 | GC | 200 | SUTA | GC | 244 | TROIKA SUTA | 5 | UMB | Proposed | G11043 |
| G29424 | FEO | 20195 | GC | 65 | A | GC | 200 | SUTA | 3 | UMB | Proposed | G12209 |
| G29425 | FEO | 20196 | GC | 200 | PLET-1 | GC | 156 | PLET-2 | 8 | BLKO | Proposed | G12210 |
| G29427 | FEO Fieldwood | 20202 | GC | 40 | K1 PLET | ST | 308 | A | 8 | BLKO | Proposed | G34966 |
| | | 20203 | GC | 40 | K1 PLET | ST | 308 | Start Up Flange | 12 | CSNG | Proposed | G34966 |
| | | 20278 | ST | 308 | A | GC | 39 | K2 SUTA | 5 | UBEH | Proposed | G34966 |
| G29427 | Fieldwood | 20200 | GC | 39 | K2 SUTA | GC | 40 | K1 SUTA | 5 | UBEH | Active | G34966 |

Exhibit B – Page 3

| Asset Name | FWE Acct. Code | Lease Number | API |
|---|---|---|---|
| GRAND ISLE 048 #J006 | GI048J0600 | 00134 | 177174012000 |
| GRAND ISLE 048 #J007 | GI048J0700 | 00134 | 177174012200 |
| GRAND ISLE 048 #J008 | GI048J0800 | 00134 | 177174016900 |
| GRAND ISLE 048 #J009 | GI048J0900 | 00134 | 177174044200 |
| GRAND ISLE 048 #J010 ST | GI048J1001 | 00134 | 177174044401 |
| GRAND ISLE 048 #P001 FKA #14 | GI048P0100 | 00134 | 177174015300 |
| GRAND ISLE 110 #A002 | GI110A0200 | G13943 | 177184008900 |
| GRAND ISLE 110 #A005 BP2 | GI110A0502 | G13943 | 177184010402 |
| GRAND ISLE 116 #A001 | GI116A0100 | G13944 | 177184008700 |
| GRAND ISLE 116 #A003 | GI116A0300 | G13944 | 177184009200 |
| GRAND ISLE 116 #A004 | GI116A0401 | G13944 | 177184009501 |
| GRAND ISLE 116 #A006 | GI116A0601 | G13944 | 177184010601 |
| GRAND ISLE 116 #A007 | GI116A0700 | G13944 | 177184011100 |
| MISSISSIPPI CANYON 110 #001 | MC1100100 | G18192 | 608174060500 |
| MISSISSIPPI CANYON 110 #A009 | MC110A0900 | G18192 | 608174042501 |
| MISSISSIPPI CANYON 110 #A011ST | MC110A1101 | G18192 | 608174042801 |
| MISSISSIPPI CANYON 110 #A031 | MC110A3100 | G18192 | 608174087900 |
| SOUTH MARSH IS 048 #E002 (ORRI) | SM048E0201 | 00786 | 177072002800 |
| SOUTH MARSH IS 048 #E003 ST1BP (ORRI) | SM048E0302 | 00786 | 177072003302 |
| SOUTH MARSH IS 048 #E004 (ORRI) | SM048E0401 | 00786 | 177072004001 |
| SOUTH MARSH IS 048 #E007 (ORRI) | SM048E07 | 00786 | 177074092300 |
| SOUTH MARSH IS 149 #C001 ST1 | SM149C0101 | G02592 | 177084088901 |
| SOUTH MARSH IS 149 #C002 | SM149C0200 | G02592 | 177084089100 |
| SOUTH MARSH IS 149 #C004 | SM149C0400 | G02592 | 177084090300 |
| SOUTH MARSH IS 149 #C005 | SM149C0500 | G02592 | 177084090400 |
| SOUTH MARSH IS 149 #D001 (ORRI) | SM149D0101 | G02592 | 177084094401 |
| SOUTH PASS 061 #D004 ST2 (ORRI) | SP061D0402 | G01609 | 177234006302 |
| SOUTH PASS 061 #D023 (ORRI) | SP061D2300 | G01609 | 177234008200 |
| SOUTH PASS 061 #D024 ST1 (ORRI) | SP061D2401 | G01609 | 177234007701 |
| SOUTH PASS 061 #D025 (ORRI) | SP061D2500 | G01609 | 177234008300 |
| SOUTH PASS 061 #D026 (ORRI) | SP061D2600 | G01609 | 177234008400 |
| SOUTH PASS 061 #D033 ST2 (ORRI) | SP061D3302 | G01609 | 177234008702 |
| SOUTH PASS 061 #D035 ST2 (ORRI) | SP061D3502 | G01609 | 177234009102 |
| SOUTH PASS 061 #D036 ST1 (ORRI) | SP061D3601 | G01609 | 177234009201 |
| SOUTH PASS 061 #D039 ST1 (ORRI) | SP061D3901 | G01609 | 177234009801 |
| SOUTH PASS 061 #D040 ST2 (ORRI) | SP061D4002 | G01609 | 177234009602 |
| SOUTH PASS 061 #D043 ST2 (ORRI) | SP061D4302 | G01609 | 177234009602 |
| SOUTH TIMBALIER 053 #004 | ST05300401 | G04000 | 177154043101 |
| SOUTH TIMBALIER 053 #006 | ST05300601 | G04000 | 177154083500 |
| SOUTH TIMBALIER 053 #A001 | ST053A0101 | G04000 | 177154034402 |
| SOUTH TIMBALIER 053 #A002 | ST053A0201 | G04000 | 177154037601 |
| SOUTH TIMBALIER 053 #A003 | ST053A0301 | G04000 | 177154038401 |

Exhibit C – Page 3

WEIL:\97869848\12\45327.0007WEIL:\97869848\17\45327.0007

| Asset Name | FWE Acct. Code | Lease Number | API |
|---|---|---|---|
| WEST DELTA 070 #FF001 | WD070FF100 | 00182 | 177194084200 |
| WEST DELTA 070 #FF002 | WD070FF200 | 00182 | 177194084300 |
| WEST DELTA 070 #FF003 | WD070FF300 | 00182 | 177194084400 |
| WEST DELTA 070 #I003 ST1 | WD070I0301 | 00182 | 177190091301 |
| WEST DELTA 070 #I004 | WD070I0400 | 00182 | 177190091500 |
| WEST DELTA 070 #I005 ST1 | WD070I0501 | 00182 | 177190095001 |
| WEST DELTA 070 #I006 ST | WD070I0601 | 00182 | 177190095101 |
| WEST DELTA 070 #I008 ST1 | WD070I0801 | 00182 | 177190102101 |
| WEST DELTA 070 #I010 ST1 | WD070I1001 | 00182 | 177190105701 |
| WEST DELTA 070 #I012 STBP2 | WD070I1202 | 00182 | 177194010702 |
| WEST DELTA 070 #I013 | WD070I1300 | 00182 | 177194038400 |
| WEST DELTA 070 #I014 | WD070I1400 | 00182 | 177194061100 |
| WEST DELTA 070 #I015 | WD070I1500 | 00182 | 177194061300 |
| WEST DELTA 070 #I016 ST | WD070I1601 | 00182 | 177194064201 |
| WEST DELTA 070 #I017 | WD070I1700 | 00182 | 177194064600 |
| WEST DELTA 070 #L003 | WD070L0300 | 00182 | 177190113800 |
| WEST DELTA 070 #L004 | WD070L0400 | 00182 | 177190115100 |
| WEST DELTA 070 #L005 | WD070L0500 | 00182 | 177190115500 |
| WEST DELTA 070 #L006 | WD070L0600 | 00182 | 177190115000 |
| WEST DELTA 070 #L010 | WD070L1000 | 00182 | 177190119500 |
| WEST DELTA 070 #L011 | WD070L1100 | 00182 | 177190121400 |
| WEST DELTA 071 #E006 | WD071E0600 | 00838 | 177190073200 |
| WEST DELTA 071 #E007 ST1 | WD071E0701 | 00838 | 177190095601 |
| WEST DELTA 071 #E009 ST1 | WD071E0901 | 00838 | 177190095701 |
| WEST DELTA 071 #E010 | WD071E1000 | 00838 | 177190095700 |
| WEST DELTA 071 #O003 | WD071O0300 | 00838 | 177190121500 |
| WEST DELTA 071 #O005 | WD071O0501 | 00838 | 177190125001 |
| WEST DELTA 071 #O006 | WD071O0601 | 00838 | 177190127101 |
| WEST DELTA 071 #O007 | WD071O0702 | 00838 | 177190129602 |
| WEST DELTA 071 #O009 | WD071O0900 | 00838 | 177190133600 |
| WEST DELTA 071 #O010 | WD071O1000 | 00838 | 177194002500 |
| WEST DELTA 071 #O013 | WD071O1303 | 00838 | 177192001102 |
| WEST DELTA 079 #A019 (ORRI) | WD079A19 | G01449 | 177192006800 |
| WEST DELTA 079 #A021 (ORRI) | WD079A21 | G01449 | 177192012700 |
| WEST DELTA 079 #C017 (ORRI) | WD079C17 | G01874 | 177192013800 |
| WEST DELTA 079 #C025 (ORRI) | WD079C25 | G01874 | 177194008701 |
| WEST DELTA 079 #C032 (ORRI) | WD079C32 | G01874 | 177194019400 |
| WEST DELTA 079 #C033 (ORRI) | WD079C33 | G01874 | 177192009101 |
| WEST DELTA 079 #D020 (ORRI) | WD079D20 | G01449 | 177192023101 |
| WEST DELTA 079 #D023 (ORRI) | WD079D23 | G01449 | 177194006600 |
| WEST DELTA 079 #D024 (ORRI) | WD079D24 | G01449 | 177194007300 |
| WEST DELTA 079 #D031 (ORRI) | WD079D31 | G01449 | 177194037800 |

Exhibit C – Page 5

| Asset Name | FWE Acct. Code | Lease Number | API |
|---|---|---|---|
| WEST DELTA 079 #D035 (ORRI) | WD079D35 | G01449 | 177194046200 |
| WEST DELTA 079 #D036 (ORRI) | WD079D36 | G01449 | 177194047400 |
| WEST DELTA 079 #F002 (ORRI) | WD079F02 | G01449 | 177194038300 |
| WEST DELTA 080 #A010 (ORRI) | WD080A10 | G01874 | 177190136300 |
| WEST DELTA 080 #A016 (ORRI) | WD080A16 | G01874 | 177192004600 |
| WEST DELTA 080 #B016 (ORRI) | WD080B16 | G01874 | 177192018200 |
| WEST DELTA 080 #D019 (ORRI) | WD080D19 | G01449 | 177192021703 |
| WEST DELTA 080 #D029 (ORRI) | WD080D29 | G01874 | 177194036501 |
| WEST DELTA 080 #D032 (ORRI) | WD080D32 | G01449 | 177194038500 |
| WEST DELTA 080 #D034 (ORRI) | WD080D34 | G01874 | 177192019501 |
| WEST DELTA 079 #A019 | WD079A19 | G01449 | 177192006800 |
| WEST DELTA 094 #V001 | WD094V0100 | 00839 | 177192005700 |
| WEST DELTA 094 #V002 | WD094V0200 | 00839 | 177192011600 |
| WEST DELTA 094 #V003 | WD094V0300 | 00839 | 177192014900 |
| WEST DELTA 094 #V004 | WD094V0400 | 00839 | 177192015500 |
| WEST DELTA 094 #V014 | WD094V1400 | 00839 | 177194039000 |
| WEST DELTA 094 #V015 | WD094V1500 | 00839 | 177194064000 |
| WEST DELTA 094 #V016 | WD094V1602 | 00839 | 177194063902 |
| WEST DELTA 095 #S005 ST1BP1 | WD095S0502 | G01497 | 177190126202 |
| WEST DELTA 095 #S006 | WD095S0600 | G01497 | 177190135400 |
| WEST DELTA 095 #S008 | WD095S0800 | G01497 | 177190127700 |
| WEST DELTA 095 #S010 ST1 | WD095S1001 | G01497 | 177192000101 |
| WEST DELTA 095 #S012 ST | WD095S1201 | G01497 | 177192002301 |
| WEST DELTA 095 #X001 ST | WD095X0101 | G01497 | 177194002901 |
| WEST DELTA 095 #X003 | WD095X0300 | G01497 | 177194003200 |
| WEST DELTA 095 #X007 ST1 | WD095X0701 | G01497 | 177194003701 |
| WEST DELTA 095 #X011 | WD095X1100 | G01497 | 177194055700 |
| WEST DELTA 095 #X012D | WD095X12D0 | G01497 | 177194055900 |
| WEST DELTA 096 #S002 ST1BP1 | WD096S0202 | G01498 | 177190123402 |
| WEST DELTA 096 #S007 ST1 | WD096S0701 | G01498 | 177190132901 |
| WEST DELTA 096 #X004 ST1 | WD096X0401 | G01498 | 177194003301 |
| WEST DELTA 096 #X006 ST2 | WD096X0602 | G01498 | 177194003502 |
| WEST DELTA 096 #X009 | WD096X0900 | G01498 | 177194004000 |

## Part 2.  Other Wells

| Asset Name | FWE Acct. Code | Lease Number | API |
|---|---|---|---|
| BLOWFISH GU AKA ST TR 329 #2 | BLOWFISH2 | ST-TX 227360 | 421673142600 |
| BRETON SOUND 025 #A001 | BS02501 | G31442 | 177264005300 |
| BRETON SOUND 052 #002 SL17860 | SL1786002 | ST-LA 17860 | 17726205670000 |
| BRETON SOUND 053 #001 SL17675 | SL1767501 | ST-LA 17675 | 177262055100 |

Exhibit C – Page 6

| Asset Name | FWE Acct. Code | Lease Number | API |
|---|---|---|---|
| BRETON SOUND 053 #003 SL15683 | SL1568303 | ST-LA 15683 | 177262053100 |
| BRETON SOUND 53 #UV 3-8 RA VUA (ORRI) | SL1905101 | ST-LA 19051 | 177262058300 |
| EAGLE BAY GU AKA ST TR 329 1 | EAGLEBAYGU | ST-TX 186891 | #N/A |
| EAST CAMERON 345 #A001 (ORRI) | EC345A01 | G15156 | 177044100800 |
| EWING BANKS 789 #A006 (ORRI) | EW789A06 | G35805 | 608104015500 |
| EWING BANKS 789 #A007 (ORRI) | EW789A07 | G35805 | 608104015401 |
| EWING BANKS 790 A-2 (ORRI) | EW790A02 | G33140 | 608104015100 |
| EWING BANKS 790 A-3 (ORRI) | EW790A03 | G33140 | 608104015300 |
| EWING BANKS 790 #A009 (ORRI) | EW790A09 | G33140 | 608104015700 |
| EWING BANKS 834 A-1 (ORRI) | EW834A01 | G27982 | 608105010300 |
| GREEN CANYON 40 #1 | GC04001 | G34536 | 608114062300 |
| GREEN CANYON 39 #2 | GC04002 | G34966 | 608114066500 |
| GREEN CANYON 064 #A026 | GC064A26 | G34539 | 608114063101 |
| GREEN CANYON 065 #A004 | GC065A04 | G05889 | 608114011600 |
| GREEN CANYON 065 #A006 | GC065A06 | G05889 | 608114014800 |
| GREEN CANYON 065 #A008 | GC065A08 | G05889 | 608114015800 |
| GREEN CANYON 065 #A009 | GC065A09 | G05889 | 608114017000 |
| GREEN CANYON 065 #A020 | GC065A20 | G05889 | 608114059902 |
| GREEN CANYON 065 #A023 | GC065A23 | G05889 | 608114064200 |
| GREEN CANYON 065 #A024 | GC065A24 | G05889 | 608114061900 |
| GREEN CANYON 065 #A038 | GC065A38 | G05889 | 608114015501 |
| GREEN CANYON 065 #A043 | GC065A43 | G05889 | 608114017100 |
| GREEN CANYON 065 #A044 | GC065A44 | G05889 | 608114017701 |
| GREEN CANYON 065 #A059 | GC065A59 | G05889 | 608114015900 |
| GREEN CANYON 065 #A060 | GC065A60 | G05889 | 608114015300 |
| GREEN CANYON 108 #A017 | GC108A17 | G14668 | 608114045202 |
| GREEN CANYON 108 #A021 | GC108A21 | G14668 | 608114060701 |
| GREEN CANYON 109 #A001 | GC109A01 | G05900 | 608114010000 |
| GREEN CANYON 109 #A002 | GC109A02 | G05900 | 608114010600 |
| GREEN CANYON 109 #A003 | GC109A03 | G05900 | 608114011200 |
| GREEN CANYON 109 #A005 | GC109A05 | G05900 | 608114012100 |
| GREEN CANYON 109 #A010 | GC109A10 | G05900 | 608114017300 |
| GREEN CANYON 109 #A011 | GC109A11 | G05900 | 608114017800 |
| GREEN CANYON 109 #A015 | GC109A15 | G05900 | 608114039502 |
| GREEN CANYON 109 #A018 | GC109A18 | G05900 | 608114047603 |
| GREEN CANYON 109 #A031 | GC109A31 | G05900 | 608114011900 |
| GREEN CANYON 109 #A032 | GC109A32 | G05900 | 608114012303 |
| GREEN CANYON 109 #A033 | GC109A33 | G05900 | 608114012401 |
| GREEN CANYON 109 #A034 | GC109A34 | G05900 | 608114014401 |
| GREEN CANYON 109 #A035 | GC109A35 | G05900 | 608114014700 |
| GREEN CANYON 109 #A036 | GC109A36 | G05900 | 608114015000 |

Exhibit C – Page 7

WEIL:\97869848\12\45327.0007WEIL:\97869848\17\45327.0007

| Asset Name | FWE Acct. Code | Lease Number | API |
|---|---|---|---|
| MISSISSIPPI CANYON 948 #2 ST2 | MC94802 | G28030 | 608174114902 |
| MISSISSIPPI CANYON 948 #3 | MC94803 | G28030 | 608174118801 |
| MISSISSIPPI CANYON 948 #4 | MC94804 | G28030 | 608174129900 |
| MISSISSIPPI CANYON 992 #1 | MC99201 | G24133 | 608174125200 |
| RF FEDERAL 1 (ORRI) | RFFEDERAL1 | ST-MS 230150 | 230372096200 |
| RF FEDERAL 2 (ORRI) | RFFEDERAL2 | ST-MS 231240 | 2303720983 |
| SAN LEON GAS UNIT 1-ST2 | SANLEONG2 | ST-TX 185633 | 421673134500 |
| SAN LEON GAS UNIT A 2 | SANLEONGA2 | ST-TX 234082 | UNKNOWN |
| SAN LEON GAS UNIT B-1 | SANLEONGB1 | ST-TX 255675 | 421673145400 |
| SAN LEON UNIT SWD 1 | SANLEONU1 | ST-TX 24318 | 421673131900 |
| SOUTH MARSH IS 040 #B001 | SM040B01 | G13607 | 177074083600 |
| SOUTH MARSH IS 040 #B005 (D01) | SM040B05 | G13607 | 177074085700 |
| SOUTH MARSH IS 040 #B007 (D01) | SM040B07 | G13607 | 177074089800 |
| SOUTH MARSH IS 040 #JA001 | SM040J01 | G13607 | 177074063602 |
| SOUTH MARSH IS 040 #JA002 | SM040J02 | G13607 | 177074069100 |
| SOUTH MARSH IS 041 #016 | SM04116 | G01192 | 177074091800 |
| SOUTH MARSH IS 041 #B002 | SM041B02 | G01192 | 177074084901 |
| SOUTH MARSH IS 041 #B003 | SM041B03 | G01192 | 177074085300 |
| SOUTH MARSH IS 041 #B004 | SM041B04 | G01192 | 177074085400 |
| SOUTH MARSH IS 041 #B006 | SM041B06 | G01192 | 177074087600 |
| SOUTH MARSH 87 I-2 (ORRI) | | G24870 | 1764097900 |
| SHIP SHOAL 079 #A002 | SS079A02 | G15277 | 177114134300 |
| SHIP SHOAL 301 #A001 | SS301A0100 | G10794 | 177124044301 |
| SHIP SHOAL 301 #A002 | SS301A02 | G10794 | 177124053200 |
| SHIP SHOAL 301 #A004 | SS301A0400 | G10794 | 177124063100 |
| SHIP SHOAL 301 #A005 | SS301A0500 | G10794 | 177124068500 |
| SOUTH TIMBALIER 287 #A008 ST2 | ST287A0802 | G24987 | 177164034802 |
| SOUTH TIMBALIER 308 #A001 | ST308A0100 | G21685 | 177164028000 |
| SOUTH TIMBALIER 308 #A002 ST1 | ST308A0101 | G21685 | 177164028701 |
| SOUTH TIMBALIER 308 #A003 | ST308A0300 | G21685 | 177164030600 |
| SOUTH TIMBALIER 308 #A004 | ST308A0400 | G21685 | 177164030900 |
| SOUTH TIMBALIER 308 #A005 ST1 | ST308A0501 | G21685 | 177164032901 |
| SOUTH TIMBALIER 308 #A006 BP1 | ST308A0601 | G21685 | 177164033301 |
| SOUTH TIMBALIER 308 #A007 BP1 | ST308A0701 | G21685 | 177164033804 |
| STATE TRACT 086 R1L | STTR86R1L | ST-TX 172916 | 420713213700 |
| STATE TRACT 086 R1U | STTR86R1U | ST-TX 172915 | 420713213700 |
| STATE TRACT 087-10 U (F-12 SD) | STTR8710U | ST-TX 5797 | 420713194600 |
| STATE TRACT 087-11 U (F-8 SD) | STTR8711U | ST-TX 5797 | 42071319761 |
| STATE TRACT 087-12 | STTR8712 | TX Onshore | 420713216700 |
| STATE TRACT 087-8 (F-5 SD) | STTR8708 | TX Onshore | 4207102787 |
| STATE TRACT 088-12B (F-5 SD) | STTR8812B | TX Onshore | 420713029900 |
| STATE TRACT 088-5B-L (F-5 SD) | STTR8805B | ST-TX 5749 | 420710276702 |

Exhibit C – Page 9

| Asset Name | FWE Acct. Code | Lease Number | API |
|---|---|---|---|
| STATE TRACT 088-7B-L (F-8 SD) | STTR8807BL | TX Onshore | 420710276602 |
| STATE TRACT 088-7B-U (F-5 SD) | STTR8807BU | TX Onshore | 420710276601 |
| STATE TRACT 330 2R | STTR3302R | ST-TX 234082 | 421673132400 |
| STATE TRACT 330-01 | STTR33001 | ST-TX 24318 | 421673131400 |
| STATE TRACT 331-05 | STTR33105 | ST-TX 178537 | 4216731320 |
| STATE TRACT 331-06 | STTR33106 | ST-TX 183756 | 4216731342 |
| STATE TRACT 331-08 | STTR33108 | ST-TX 207398 | 421673140500 |
| STATE TRACT 331-09 | STTR33109 | ST-TX 191681 | 4216731304 |
| SUE FULLER #2 (ORRI) | SUEFUL2 | 13911 | 42734663 |
| VAUGHEY 1 (ORRI) | VAUGHEY1 | ST-TX 230140 | 230372095400 |
| VERMILION 078 #A001 | VR078A0100 | G04421 | 177054077800 |
| VERMILION 078 #A002 ST2 | VR078A0202 | G04421 | 177054047903 |
| VERMILION 078 #A003 ST2 | VR078A0302 | G04421 | 177054102402 |
| VERMILION 229 #A001 | VR229A01 | G27070 | 177054127100 |
| VERMILION 362 #005 | VR36205 | G10687 | 177064073900 |
| VERMILION 362 #A003 | VR362A0300 | G10687 | 177064070400 |
| VERMILION 362 #A007 | VR362A07 | G10687 | 177064089501 |
| VERMILION 362 #B001 | VR362B0100 | G10687 | 177064072800 |
| VERMILION 362 #B002 | VR362B0200 | G10687 | 177064073400 |
| VERMILION 362 #B005 | VR362B0500 | G10687 | 177064087901 |
| VERMILION 363 #B003 | VR363B0301 | G09522 | 177064074101 |
| VERMILION 371 #A001 | VR371A0100 | G09524 | 177064068100 |
| VERMILION 371 #A002 | VR371A0200 | G09524 | 177064068800 |
| VERMILION 371 #A004 | VR371A0400 | G09524 | 177064070800 |
| VERMILION 371 #A005 | VR371A0500 | G09524 | 177064072500 |
| VERMILION 371 #A006 | VR371A0600 | G09524 | 177064089101 |
| VERMILION 371 #B004 | VR371B0400 | G09524 | 177064074801 |
| WEST YELLOW CREEK UNIT (ORRI) | WYELLOWCRE | SL-MS 23017 | UNKNOWN |

[There are no depth restrictions or limitations applicable to any Acquired Interests set forth in this Exhibit.]

[End of Exhibit C]

Exhibit C – Page 10

WEIL:\97869848\12\45327.0007 WEIL:\97869848\17\45327.0007

| Asset Name | FWE Acct. Code | Complex ID | Lease Number | Area/Block | WI |
|---|---|---|---|---|---|
| SOUTH TIMBALIER 053 P/F-4 | ST053PF4 | 22768 | G04000 | ST053 | 50.0% |
| SOUTH TIMBALIER 053 P/F-6 | ST053PF6 | 24184 | G04000 | ST053 | 50.0% |
| SOUTH TIMBALIER 053 P/F-A | ST053PFA | 22421 | G04000 | ST053 | 50.0% |
| SOUTH TIMBALIER 053 P/F-A-AUX | ST053PFAAX | 22421 | G04000 | ST053 | 50.0% |
| SOUTH TIMBALIER 053 P/F-C (5) | ST053PFC5 | 23534 | G04000 | ST053 | 50.0% |
| SOUTH TIMBALIER 053 P/F-I | ST053PFI | 22512 | G04000 | ST053 | 50.0% |
| WEST DELTA 068 P/F-U | WD68UPLT | 29935 | 00180 | WD068 | 25.0% |
| WEST DELTA 070 P/F-D | WD070PFD | 20015 | 00182 | WD070 | 25.0% |
| WEST DELTA 070 P/F-I | WD070PFI | 21805 | 00182 | WD070 | 25.0% |
| WEST DELTA 070 P/F-L | WD070PFL | 21805 | 00182 | WD070 | 25.0% |
| WEST DELTA 070 P/F-FF | WD070PFFF | 2035 | 00182 | WD070 | 25.0% |
| WEST DELTA 071 P/F-E | WD71EPLT | 20047 | 00838 | WD071 | 25.0% |
| WEST DELTA 071 P/F-O | WD071OPLT | 20510 | 00838 | WD071 | 25.0% |
| WEST DELTA 094 P/F-V | WD094PFV | 20036 | 00839 | WD094 | 25.0% |
| WEST DELTA 095 P/F-S | WD095PFS | 21270 | G01497 | WD095 | 25.0% |
| WEST DELTA 095 P/F-X | WD095PFX | 21270 | G01497 | WD095 | 25.0% |
| Asset Name | FWE Acct. Code | Complex ID | RUE Number | Area/Block | WI |
| SOUTH MARSH ISLAND 132 P/F B | | 21982 | G30329 | SM 132 | 50% |
| SOUTH TIMBALIER 68 CAISS. #1 | ST681CAS | 24108 | G30267 | ST 68 | 20.334% |

**Facilities**

| Name | State | Parish | Seller | Legal Description | Associated Assets |
|---|---|---|---|---|---|
| GRAND ISLE TANK BAT | Louisiana | Jefferson | FEO | PART OF ORIG LOT 8 SEC 32 T21S R25E CONTAINS 0.5286 ACRES as further described in COB 1054/Pg 851, COB 2913/Pg 442, COB 3036/Pg 728, COB 3046/Pg 80, COB 3082/Pg 294, COB 3171/Pg 69 and COB 3171/Pg 70 of the conveyance records of Jefferson Parish, Louisiana | the Co-Owned Leases in the Grand Isle unit and in the Grand Isle/West Delta unit |

Exhibit D – Page 2

**Part 2.  Other Platforms and Facilities**

**Platforms**

| Asset Name | FWE Acct. Code | Complex ID | Lease Number | Area/Block | WI |
|---|---|---|---|---|---|
| BRETON SOUND 025 P/F-A | BS025CAS | 2532 | G31442 | BS025 | 25.0% |
| BRETON SOUND 052 P/F-A | BS052PFA | | SL-LA 17860 | BS052 | 50.0% |
| BRETON SOUND 053 P/F-CF | BS053PFCF | | Onshore | BS053 | 50.0% |
| GREEN CANYON 065 P/F-A | GC065PFA | 23552 | G05889 | GC065 | 49.0% |
| HIGH ISLAND 030 P/F-L | HI030PFL | | SL-TX 11408 | HI030 | 100.0% |
| SHIP SHOAL 079 P/F-A | SS79PFA | 913 | G15277 | SS079 | 100.0% |
| SHIP SHOAL 301 P/F-A | SS301PFA | 32027 | G10794 | SS301 | 100.0% |
| SOUTH TIMBALIER 308 P/F-A | ST308APLT | 1500 | G21685 | ST308 | 100.0% |
| VERMILION 078 P/F-A | VR78APLT | 23674 | G04421 | VR078 | 100.0% |
| VERMILION 229 P/F-A | VR229PFA | 2261 | G27070 | VR229 | 50.0% |
| VERMILION 362 P/F-B | VR362PFB | 27064 | G10687 | VR362 | 100.0% |
| VERMILION 371 P/F-A | VR371PFA | 27021 | G09524 | VR371 | 100.0% |
| **Asset Name** | **FWE Acct. Code** | **Complex ID** | **RUE Number** | **Area/Block** | **WI** |
| SOUTH MARSH ISLAND 40 P/F B | SM040PSB | 1266 | G13607 | SM 40 | 100% |
| SOUTH MARSH ISLAND 40 P/F JA | SM040PFJA | 27017 | G13607 | SM 40 | 100% |
| SHIP SHOAL 80 P/F A | SS080PFA | 23548 | G30201 | SM 40 | 100% |

**Facilities**

| Name | State | County/Parish | Seller | Legal Description | Associated Assets |
|---|---|---|---|---|---|
| FIELDWOOD NORTH CARENCRO | Louisiana | Lafayette | Fieldwood | TR 2A-1 SEC 71 T8S R4E (2.508 AC)(236.95X461) PART TR 2A SEC 71 T8S R4E (20X647.77X203.61X31.81X236.08X 461), all as further described in that Act of Cash Sale recorded at File No. 2013-42702 of the conveyance records of | Warehouse for P&A |

WEIL:\97869848\12\45327.0007WEIL:\97869848\17\45327.0007

| Name | State | County/Parish | Seller | ~~Legal Description~~ | Associated Assets |
|---|---|---|---|---|---|
| | | | | ~~Lafayette Parish, Louisiana~~ | |
| EAGLE ~~POINT~~BAY ST 331 MAIN PLATFORM | Texas | Galveston | Fieldwood Onshore | | Scheduled Wells with API numbers of 4216731345 and 421631500 |
| SAN LEON PROD FACILITY | Texas | Galveston | Fieldwood Onshore | ~~Blocks 138/139 out of the San Leon Townsite & Subdivision out of the Amos Edwards Survey A-10~~ | ST-TX 24318 ST-TX 185633 ST-TX 234082 ST-TX 255675 |
| GRAND ISLE TANK BAT | Louisiana | Jefferson | FEO | | the Co-Owned Leases in the Grand Isle unit and in the Grand Isle/West Delta unit |

[End of Exhibit D]

Exhibit D – Page 4

**Exhibit E**
**Permits**

## Part 1.  Co-Owned Permits

| Block | Lease | Permit |
|-------|-------|--------|
| GI 32 | 00174 | No active/pending permits at this time |
| GI 39 | 00126 | No active/pending permits at this time |
| GI 39 | 00127 | No active/pending permits at this time |
| GI 40 | 00128 | APM Well No. M001 - Recomp to PI E1 |
| GI 41 | 00129 | Segment 17191 - Pipeline Repair; In Review |
| GI 41 | 00130 | No active/pending permits at this time |
| GI 42 | 00131 | No active/pending permits at this time |
| GI 43 | 00175 | No active/pending permits at this time |
| GI 44 | 00176 | No active/pending permits at this time |
| GI 46 | 00132 | No active/pending permits at this time |
| GI 47 | 00133 | No active/pending permits at this time |
| GI 48 | 00134 | No active/pending permits at this time |
| GI 52 | 00177 | No active/pending permits at this time |
| GI 110 | G13943 | No active/pending permits at this time |
| GI 116 | G13944 | No active/pending permits at this time |
| MC 110 | G18192 | No active/pending permits at this time |
| SM 41 | G01192 | No active/pending permits at this time |
| SM 48 | 00786 | No active/pending permits at this time |
| SM 149 | G02592 | C001 (APM for CT Cleanout/Modify Perfs) |
| SP 6061 | G01609 | No active/pending permits at this time |
| ST 53 | G04000 | No active/pending permits at this time |
| ST 67 | 00020 | No active/pending permits at this time |
| WD 67 | 00179 | No active/pending permits at this time |
| WD 68 | 00180 | No active/pending permits at this time |
| WD 69 | 00181 | No active/pending permits at this time |

Exhibit E – Page 1

| Block | Lease | Permit |
|-------|-------|--------|
| WD 70 | 00182 | APMs for Well Nos. WD70 I002, I007 & L005 - Conductor Repairs<br>Well No. I014 - Install Lower PB Valve<br>Well No. O004 - TTRC to JR Sand |
| WD 71 | 00838 | APMs for PA Well Nos. E006 & E009<br>WD71 Well Nos. O002 & O007- Conductor Repairs<br>WD71 Well No. O008 - APM for PA |
| WD 94 | 00839 | No active/pending permits at this time |
| WD 95 | G01497 | No active/pending permits at this time |
| WD 96 | G01498 | No active/pending permits at this time |

## Part 2.  Other Permits

| Block | Lease | Permits |
|-------|-------|---------|
| AT 023 | G35015 | No active/pending permits at this time |
| BS 025 | G31442 | No active/pending permits at this time |
| EC 345 | G15156 | No active/pending permits at this time |
| EW 789 | G35805 | No active/pending permits at this time |
| EW 790 | G33140 | No active/pending permits at this time |
| EW 828 | G35806 | No active/pending permits at this time |
| EW 834 | G27982 | No active/pending permits at this time |
| EW 835 | G33707 | No active/pending permits at this time |
| EW 1009 | G34878 | Nothing filed under FW yet (previous Noble submittals need to be re-permitted under FW when operations determined) |
| EW 1010 | G34879 | Nothing filed under FW yet (previous Noble submittals need to be re-permitted under FW when operations determined) |
| EW 1011 | G34880 | Nothing filed under FW yet (previous Noble submittals need to be re-permitted under FW when operations determined) |
| GC 39 A | G34966 | Approved Revised EP Control No.R-6837 to drill/complete well B |
| GC 39 B | G36476 | No active/pending permits at this time |
| GC 040 | G34536 | Revised DWOP in-review w/BSEE; approved Revised EP Control No.R-6837 to drill/complete wells C, F, I, J |
| GC 041 | G34537 | Nothing pending for any Seller |
| GC 064 | G34539 | No permits are pending |

WEIL:\97869848\12\45327.0007WEIL:\97869848\17\45327.0007

| Block | Lease | Permits |
|-------|-------|---------|
| MC 562 | G19966 | No active/pending permits at this time |
| MC 563 | G21176 | No active/pending permits at this time |
| MC 691 | G36400 | No active/pending permits at this time |
| MC 697 A | G28021 | Nothing filed under FW yet (previous Noble submittals need to be re-permitted under FW when operations determined) |
| MC 698 | G28022 | Nothing filed under FW yet (previous Noble submittals need to be re-permitted under FW when operations determined) |
| MC 742 | G32343 | Nothing filed under FW yet (previous Noble submittals need to be re-permitted under FW when operations determined) |
| MC 743 | G36401 | No active/pending permits at this time |
| MC 782 | G33757 | Active departure for #002 well for cycling zones (will continue to be renewed every 4 months) |
| MC 789 | G36557 | No active/pending permits at this time |
| MC 793 | G33177 | No active/pending permits at this time |
| MC 904 | G36566 | No active/pending permits at this time |
| MC 905 | G36405 | No active/pending permits at this time |
| MC 948 | G28030 | Approved SDOCD Control No. S-8000 for #001 well (SHL in MC948/BHL in MC992) to sidetrack & produce well + install 2 LT pipelines |
| MC 949 | G32363 | Nothing filed under FW yet (previous Noble submittals need to be re-permitted under FW when operations determined) |
| MC 992 | G24133 | Approved SDOCD Control No. S-8000 for #001 well (SHL in MC948/BHL in MC992) to sidetrack & produce well + install 2 LT pipelines |
| MC 993 | G24134 | Nothing filed under FW yet (previous Noble submittals need to be re-permitted under FW when operations determined) |
| SM 040 | G13607 | No active/pending permits at this time |
| SS 079 | G15277 | No active/pending permits at this time |
| SS 301 | G10794 | SOP Approved with contingency that the A004 recompletion will need to begin by January 31, 2021<br>Segment 11050 - Temp Cessation; In Review |
| ST 287 | G24987 | No active/pending permits at this time |
| ST 308 | G21685 | ST308 A002 - Casing Departure Request; pending |
| VR 078 | G04421 | No active/pending permits at this time |
| VR 229 | G27070 | No active/pending permits at this time |
| VR 362 | G10687 | APM for VR362 A003 - Conductor Repair |
| VR 363 | G09522 | No active/pending permits at this time |
| VR 371 | G09524 | RPM for VR 371 A001 (TA)<br>Segment 10675 - Temp Cessation; In Review |

Exhibit E – Page 4

EXECUTION VERSION

| | |
|---|---|
| PREPARED BY, AND WHEN | REVIEWED FOR COMPLIANCE |
| RECORDED, RETURN TO: | WITH MS LAW BY: |
| Leslie Steele Smith, Esq. | Mark T. Davis, Esq. (MS Bar No. 5839) |
| Weil, Gotshal & Manges LLP | Jones Walker LLP |
| 200 Crescent Court, Suite 300 | 190 East Capitol Street, Suite 800 |
| Dallas, Texas 75201 | Jackson, Mississippi  39201 |
| Phone: (214) 746-7740 | Phone: (601) 949-4900 |

**INDEXING INSTRUCTIONS:**  To the Chancery Clerks of Jackson, Hancock and Harrison Counties, Mississippi, and other Mississippi Counties, if any, referenced on Exhibit A attached hereto: The real property described herein lies offshore within the reasonable projected seaward extension of the relevant county boundary.

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT (FOR CO-OWNED ASSETS)

| | |
|---|---|
| ADDRESS AND PHONE FOR ASSIGNOR: | ADDRESS AND PHONE FOR ASSIGNEE: |
| Fieldwood Energy LLC | QuarterNorth Energy LLC |
| Fieldwood Energy Inc. | 2000 W. Sam Houston Parkway S., Suite 1200 |
| Dynamic Offshore Resources NS, LLC | Houston, Texas 77042 |
| Fieldwood Energy Offshore LLC | Phone: (713) 630-8914 |
| Fieldwood Onshore LLC | |
| Fieldwood SD Offshore LLC | |
| Fieldwood Offshore LLC | |
| Bandon Oil and Gas GP, LLC | |
| Bandon Oil and Gas, LP | |
| Fieldwood Energy SP LLC | |
| Galveston Bay Pipeline LLC | |
| Galveston Bay Processing LLC | |
| FW GOM Pipeline, Inc. | |
| GOM Shelf LLC | |
| 2000 W. Sam Houston Parkway S., Suite 1200 | |
| Houston, Texas 77042 | |
| Phone:                         (713)                                                 630-8914 | |

TRANSFERRED unto Assignee all of such Assignor's right, title, and interest in, to, under or derived from the following (collectively the "*Co-Owned Assets*"):

(a)      the oil and gas leases (and other agreements) described in **Exhibit A** attached hereto (collectively, the "*Co-Owned Leases*"), including all Working Interests, Net Revenue Interests, royalty interests, overriding royalty interests, production payments, net profits interests, carried interests, reversionary interests (including rights under non-consent provisions), possibilities of reverter, conversion rights and options, fee mineral interests and other interests of every kind and character in, to, under or derived from any Co-Owned Lease or any land subject to, covered by or included within any Co-Owned Lease (except that, solely as to each of lease OCS-00786 covering South Marsh Island 48 and lease OCS-G 1609 covering South Pass 61, the interests in such lease conveyed hereunder are solely the overriding royalty interests held by the Assignors in such lease);

(b)      (i) each Unit that includes any of the lands covered by or subject to any Co-Owned Lease (each, a "*Co-Owned Subject Unit*"), (ii) each pooling, unitization or communitization declaration, designation, agreement or order creating or modifying any Co-Owned Subject Unit (each, a "*Co-Owned Subject Unit Agreement*") and (iii) the oil and gas leases and lands subject to, covered by or included within each Co-Owned Subject Unit;

(c)      all servitudes, rights of way, easements, surface leases, subsurface agreements and similar rights and agreements related to or held for use in connection with (in each case, whether or not located on) any land subject to or covered by any Co-Owned Lease or Co-Owned Subject Unit (collectively, the "*Co-Owned Easements*"), including those described in **Exhibit B** attached hereto;

(d)      all wells (whether producing, not producing, shut-in, temporarily abandoned, injection, disposal or otherwise) owned or operated in connection with any of the Co-Owned Leases or Co-Owned Subject Units, whether or not such well is located on any land subject to or covered by any Co-Owned Lease or Co-Owned Subject Unit (collectively, the "*Co-Owned Wells*"), including those described in **Exhibit C** attached hereto;

(e)      all equipment, machinery, structures, fixtures, inventory, vehicles, rolling stock, improvements and other movable property related to, used or held for use in connection with or held as inventory in connection with (in each case, whether or not located on) any Co-Owned Lease, Co-Owned Subject Unit, Co-Owned Easement, lands covered by or subject to any Co-Owned Lease, Co-Owned Subject Unit or Co-Owned Easement or Co-Owned Well (including well equipment; casing; rods; tanks and tank batteries; boilers; tubing; pumps; pumping units and engines; Christmas trees; production facilities; dehydration units and facilities; heater-treaters; compressors; testing and sampling equipment; sulfur recovery units and facilities; valves; gauges; supervisory control and data acquisition (SCADA) systems, equipment and related software; meters and other measurement equipment; flow lines; pipelines; gathering systems; processing systems or facilities; umbilicals; caissons; water systems (whether for source water, treatment, disposal, injection or otherwise); the platforms and facilities listed in **Exhibit D** attached hereto; completion equipment (including all completion equipment held at the property located at 203 Commission Blvd., Lafayette, LA 70508); and all additions and accessions to, substitutions for and replacements of any of the foregoing, together with all attachments, components, parts, equipment, supplies, pipes, tools, casing, tubing, tubulars, fittings and accessories in connection with any of the foregoing), including the foregoing listed in **Exhibit D-1** attached hereto (collectively, the "*Co-Owned Inventory*");

(f)  (i) all oil, gas, minerals, condensate, distillate, natural gasoline, natural gas liquids, plant products and other liquid or gaseous hydrocarbons and all other substances produced with any of the foregoing hydrocarbons (collectively, "***Hydrocarbons***") (A) that are produced on, or the right to explore for which, or an interest in which, is granted pursuant to, any Co-Owned Lease, Co-Owned Subject Unit or Co-Owned Subject Unit Agreement or (B) that are located in any Co-Owned Inventory; and (ii) all proceeds from the sale of any such Hydrocarbons;

(g)  all Permits (and pending applications therefor) that pertain or relate in any way to any of the Co-Owned Field Assets, including the Permits listed in **Exhibit E** attached hereto, to the extent assignable by the Assignors to Assignee,

(h)  subject to Section 6.7 of the Purchase and Sale Agreement, all Co-Owned Assigned Contracts; ~~*provided* notwithstanding anything set forth in this Assignment, the assignment to Assignee of each marketing-related contract designated in the column titled "Contract Category" on the Schedule of Assumed Contracts (e.g., Marketing – Crude Sales, Marketing – Gas Sales, Marketing – Processing) attached to the Purchase and Sale Agreement will be deemed effective on a date that is no later than ten (10) Business Days after receipt of any third-party approvals and completion of appropriate documentation for assignment of such contracts as determined necessary by Assignee.~~

(i)  all rights (including intangible and inchoate rights), Claims, rights of set-off, rights under warranties and indemnities made by prior owners, manufacturers, vendors and Third Persons or accruing under applicable statutes of limitation or prescription, insofar only as the foregoing relate or are attributable to any of the other Co-Owned Assets or to any Assumed Liabilities, including any and all Claims of any Assignor against other Persons pertaining to Imbalances attributable to the Co-Owned Assets;

(j)  to the extent transferable by the Assignors to Assignee at Closing without payment of a fee or other penalty to any Third Party pursuant to any Contract (unless Assignee has, prior to the Closing, separately agreed in writing to pay such fee or penalty), all seismic data (conventional, three dimensional or otherwise; whether owned or licensed; and including original field tapes) (including all such data relating to those licenses and agreements listed in **Exhibit F** attached hereto), log cores, geological, reserve engineering and other scientific and technical information, samples, tests, reports, maps and data that relate to any of the Co-Owned Field Assets or any land on which any Co-Owned Field Asset is located;

(k)  all files, records (including reservoir, production, operation, contract, land and title records; drawings, maps, plats and surveys; abstracts of title, title insurance policies, title opinions and title curative; lease, prospect, contract, division order, marketing, correspondence, operations, environmental, production, processing, accounting, Property-Related Tax, Production Tax, Transfer Tax, regulatory compliance, facility and well records and files; supplier lists and files; customer lists and files; and reports to any Governmental Authority), databases, data and other information (in each case, whether in written or electronic format) that relate to any of the other Co-Owned Assets;

(l)  [reserved];

(m)      all raw materials, work-in-process, finished goods, supplies and other inventories related to, used or held for use in connection with (in each case, whether or not located on) any Co-Owned Lease, Co-Owned Subject Unit, Co-Owned Easement or Co-Owned Well;

(n)      all goodwill associated with any Co-Owned Asset;

(o)      all credits or other rights to prepaid expenses, deposits, advances, prepayments, excess or unearned premiums, costs, and other refunds attributable to any Co-Owned Assets (excluding Excluded Prepaid JOA Funds); and

(p)      all rights, claims, demands and causes of action of Assignors relating to the Co-Owned Assets or the Assumed Liabilities, including those set forth on **Exhibit G**; *provided* that this clause (o) shall not apply with respect to or in connection with Taxes or Tax refunds.

PROVIDED that the Delayed FERC-Regulated Assets and the Marketing Contracts shall not be assigned to Assignee at Closing hereunder and instead such assignment will not be deemed effective until, and will be deemed effective upon, the Condition Precedent End Date.  For clarity, "Delayed FERC-Regulated Assets" and "Marketing Contracts" do not include any interests in any Co-Owned Lease, Co-Owned Subject Unit, Co-Owned Easement or Co-Owned Well.

EXCEPTING AND RESERVING to each Assignor and its successors and assigns, however, the Excluded Assets (as defined below).  For the avoidance of doubt, the Co-Owned Assets shall not include, and this Assignment shall not effect any assignment or conveyance of, (i) any assets conveyed to any Assignor under the assignments, bills of sale or other conveyance documents listed on **Schedule 1** attached hereto or (ii) any other assets owned or otherwise held by GOM Shelf LLC as of the Effective Time (other than as set forth on **Schedule 2**) attached hereto.

TO HAVE AND TO HOLD the Co-Owned Assets unto Assignee, its successors and assigns, forever, subject, however, to the terms and conditions of this Assignment and the Purchase and Sale Agreement.

ASSIGNEE ACKNOWLEDGES AND AGREES THAT THE CO-OWNED ASSETS SOLD PURSUANT TO THIS ASSIGNMENT ARE SOLD, CONVEYED, TRANSFERRED AND ASSIGNED ON AN "AS IS, WHERE IS" BASIS "*WITH ALL FAULTS*" AND THAT, EXCEPT AS SET FORTH IN ARTICLE IV OF THE PURCHASE AND SALE AGREEMENT AND THE CERTIFICATES DELIVERED BY THE ASSIGNORS AT CLOSING PURSUANT TO THE PURCHASE AND SALE AGREEMENT (BUT SUBJECT TO THE TERMINATION OF REPRESENTATIONS AND WARRANTIES PURSUANT TO SECTION 13.1 OF THE PURCHASE AND SALE AGREEMENT), THE ASSIGNORS MAKE NO REPRESENTATIONS OR WARRANTIES, TERMS, CONDITIONS, UNDERSTANDINGS OR COLLATERAL AGREEMENTS OF ANY NATURE OR KIND, EXPRESS OR IMPLIED, BY STATUTE OR OTHERWISE, CONCERNING THE CO-OWNED ASSETS OR THE CONDITION, DESCRIPTION, QUALITY, USEFULNESS, QUANTITY OR ANY OTHER THING AFFECTING OR RELATING TO THE CO-OWNED ASSETS, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH WARRANTIES ARE ALSO HEREBY EXPRESSLY DISCLAIMED.  ASSIGNEE FURTHER ACKNOWLEDGES THAT THE ASSIGNORS HAVE MADE NO AGREEMENT OR PROMISE TO REPAIR OR IMPROVE ANY OF THE CO-OWNED ASSETS BEING SOLD TO ASSIGNEE, AND THAT ASSIGNEE TAKES ALL SUCH CO-OWNED ASSETS IN THE CONDITION EXISTING ON THE CLOSING DATE (SUBJECT TO SATISFACTION OR WAIVER OF THE CONDITIONS SET FORTH IN ARTICLE VII OF THE PURCHASE AND SALE AGREEMENT) "AS IS, WHERE IS" AND "*WITH ALL FAULTS*" AND WITHOUT WARRANTY

Exhibit I-A(i)

| Field | Block | Lease | Type | Rights | Date Le Eff | Date Le Exp | Le Cur Acres | Operator | Wt | Lease Status |
|---|---|---|---|---|---|---|---|---|---|---|
| LOUISIANA NON-OPERATED | -- | 12503 | SL-LA | ORRI | -- | -- | -- | -- | 0.6% | TERMIN |
| LOUISIANA NON-OPERATED | -- | 06618 | SL-LA | ORRI | -- | -- | -- | -- | 5.2% | -- |
| BRAZOS 491 | BA 491 | G06069 | Federal | RT | 10/1/1983 | | 5,760 | Fieldwood En | 100.0% | TERMIN |
| BRAZOS A-102/A-105 | BA A105 | G01757 | Federal | RT | 7/1/1968 | | 5,760 | Fieldwood En | 12.5% | PROD |
| BRAZOS A-102/A-105 | BA A-105 | G01757 | Federal | RT A | 7/1/1968 | | 5,760 | Fieldwood En | 12.5% | PROD |
| BRAZOS A-133 | BA A133 | G02665 | Federal | OP | 7/1/1974 | | 5,760 | GOM Shelf | 12.5% | PROD GOM Shelf |
| BRAZOS A-133 | BA A-133 | G02665 | Federal | RT | 7/1/1974 | | 5,760 | GOM Shelf | 25.0% | PROD GOM Shelf |
| $0 Liability | BA A19 | G33399 | Federal | RT | 1/1/2010 | 12/31/2014 | 5,760 | Apache Shelf Exp | 100.0% | EXPIR |
| $0 Liability | BA A47 | G03940 | Federal | RT | 3/1/1979 | 9/21/2014 | 5,760 | Fieldwood En | 33.3% | TERMIN |
| $0 Liability | BA A47 | G03940 | Federal | OP | 3/1/1979 | 9/21/2014 | 5,760 | Fieldwood En | 50.0% | TERMIN |
| $0 Liability | BA A69 | G32733 | Federal | RT | 11/1/2008 | 10/31/2013 | 5,760 | Apache Shelf Exp | 100.0% | EXPIR |
| $0 Liability | B5 39 | G33683 | Federal | RT | 7/1/2010 | 5/20/2015 | 1,237 | Petsec En | 18.8% | RELINQ |
| BRETON SOUND 41 | B5 41 | G21142 | Federal | OP 2 | 5/1/1999 | 1/26/2014 | 4,995 | Fieldwood En Off | 13.1% | TERMIN |
| BRETON SOUND 41 | B5 41 | G21142 | Federal | Contractual | 5/1/1999 | 1/26/2014 | 4,995 | Fieldwood En Off | TBD | TERMIN |
| $0 Liability | B5 42 | G33684 | Federal | RT | 7/1/2010 | 5/13/2015 | 4,552 | Apache Shelf Exp | 100.0% | RELINQ |
| CHANDELEUR 42/43 | CA 42 | G32267 | Federal | OP 1 | 7/1/2008 | 6/21/2019 | 5,000 | Fieldwood En | 50.0% | RELINQ |
| CHANDELEUR 42/43 | CA 43 | G32268 | Federal | OP 1 | 7/1/2008 | | 5,000 | Fieldwood En | 50.0% | PROD |
| $0 Liability | DD 253 | G10426 | Federal | RT | 6/1/1990 | 9/8/2014 | 5,760 | Apache Shelf Exp | 100.0% | EXPIR |
| $0 Liability | DD 297 | G10427 | Federal | RT | 6/1/1990 | 9/8/2014 | 5,760 | Apache Shelf Exp | 100.0% | EXPIR |
| $0 Liability | EB 128 | G34034 | Federal | RT | 4/1/2012 | 3/15/2016 | 165 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EB 172 | G34133 | Federal | RT | 4/1/2012 | 3/15/2016 | 5,760 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EC 12 | G34220 | Federal | RT | 8/1/2012 | 7/7/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| EAST CAMERON 9/14 | EC 14 | G13572 | Federal | RT | 7/1/1992 | 5/16/2005 | 2,544 | Fieldwood En | 50.0% | TERMIN |
| $0 Liability | EC 171 | G34218 | Federal | RT | 9/1/2012 | 8/17/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EC 172 | G17858 | Federal | RT | 7/1/1997 | 1/22/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EC 178 | G34229 | Federal | RT | 10/1/2012 | 7/24/2015 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EC 179 | G34230 | Federal | RT | 10/1/2012 | 7/24/2015 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| EAST CAMERON 2 - (SL LA) | EC 185 | G34796 | Federal | RT | 6/1/2013 | 5/25/2017 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| EAST CAMERON 2 - (SL LA) | EC 2 | 18121 | SL-LA | WI | 5/12/2004 | 1/0/1900 | 220 | Fieldwood | 50.0% | ACTIVE |
| EAST CAMERON 2 - (SL LA) | EC 2 | 16473 | SL-LA | WI | 7/13/1999 | 7/15/2015 | 148 | Apache | 89.1% | RELINQ |
| EAST CAMERON 2 - (SL LA) | EC 2 | 16475 | SL-LA | WI | 7/19/1999 | | 134.75 | Apache | 89.1% | ACTIVE |
| $0 Liability | EC 222 | G02037 | Federal | OP | 2/1/1971 | 11/24/2015 | 5,000 | Talos | 17.9% | TERMIN |
| $0 Liability | EC 222 | G02037 | Federal | OP 2 | 2/1/1971 | 11/24/2015 | 5,000 | Talos | 17.9% | TERMIN |
| $0 Liability | EC 229 | G34232 | Federal | RT | 10/1/2012 | 9/16/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EC 230 | G34233 | Federal | RT | 10/1/2012 | 9/16/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EC 24 | G04098 | Federal | RT | 10/1/1979 | 2/12/2014 | 5,000 | Apex O&G | 18.0% | TERMIN |
| $0 Liability | EC 24 | G04098 | Federal | OP 2 | 10/1/1979 | 2/12/2014 | 5,000 | Apex O&G | 31.3% | TERMIN |
| $0 Liability | EC 24 | G04098 | Federal | OP 3 | 10/1/1979 | 2/12/2014 | 5,000 | Apex O&G | 30.3% | TERMIN |
| $0 Liability | EC 242 | G34234 | Federal | RT | 10/1/2012 | 9/16/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EC 243 | G34235 | Federal | RT | 10/1/2012 | 9/16/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EC 261 | G00971 | Federal | RT | 6/1/1962 | 1/14/2016 | 5,000 | Fieldwood En | 50.0% | TERMIN |
| $0 Liability | EC 263 | G33072 | Federal | RT | 6/1/2009 | 5/31/2014 | 5,000 | Apache Shelf Exp | 100.0% | EXPIR |
| $0 Liability | EC 264 | G01880 | Federal | RT | 3/1/1969 | 7/11/2016 | 5,000 | Fieldwood En | 50.0% | TERMIN |
| $0 Liability | EC 265 | G00972 | Federal | RT | 6/1/1962 | 1/30/2019 | 5,000 | Fieldwood En | 50.0% | RELINQ |
| $0 Liability | EC 270 | G02045 | Federal | RT | 1/1/1971 | 6/7/2013 | 2,500 | Apache | 70.0% | TERMIN |
| EAST CAMERON 265 / 278 | EC 278 | G00974 | Federal | RT | 6/1/1962 | 10/3/2016 | 5,000 | Fieldwood En | 50.0% | TERMIN |
| $0 Liability | EC 292 | G34237 | Federal | RT | 9/1/2012 | 8/23/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EC 293 | G34238 | Federal | RT | 9/1/2012 | 8/23/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EC 294 | G34239 | Federal | RT | 9/1/2012 | 8/23/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EC 310 | G34240 | Federal | RT | 11/1/2012 | 10/4/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| *No FW lease ownership | EC 328 | G10638 | Federal | RT | 5/1/1989 | | 5,000 | Arena Off | 100.0% | PROD |
| $0 Liability | EC 33 | G01972 | Federal | OP | 9/1/1970 | 2/15/2016 | 1,250 | Merit En | 15.6% | TERMIN |
| *No FW asset ownership | EC 335 | G02439 | Federal | OP | 8/1/1973 | 6/6/2015 | 5,000 | Energy XXI GOM | 14.0% | TERMIN |
| EAST CAMERON 338 | EC 338 | G02663 | Federal | RT | 2/1/1971 | | 5,000 | Anadarko US Off | 15.7% | PROD |
| EAST CAMERON 37 | EC 37 | G25933 | Federal | RT | 5/1/2004 | 5/27/2014 | 2,608 | Probe Res US | 100.0% | TERMIN |
| $0 Liability | EC 370 | G33073 | Federal | RT | 6/1/2009 | 5/31/2014 | 5,000 | Apache Shelf Exp | 100.0% | EXPIR |
| *No FW asset ownership | EC 71 | G13576 | Federal | RT | 9/1/1992 | | 5,000 | EC Off Prop | 100.0% | SOP |
| EAST CAMERON 14 | EC 9/14 | G01440 | Federal | RT | 4/1/1966 | 03/26/2021 | 3,152 | Fieldwood En | 100.0% | PROD TERMIN |
| EAST CAMERON 9/14 | EC 9/14 | G01440 | Federal | OP 1 | 4/1/1966 | 03/26/2021 | 3,152 | Fieldwood En | 100.0% | PROD TERMIN |
| EUGENE ISLAND 010 | EI 10 | G23851 | Federal | RT | 7/1/2002 | | 2,303 | Contango Op | 50.0% | PROD |
| EUGENE ISLAND 010 | EI 10 | G23851 | Federal | OP 2 | 7/1/2002 | | 2,303 | Contango Op | 50.0% | PROD |
| $0 Liability | EI 105 | 00797 | Federal | RT | 5/1/1960 | 12/9/2013 | 5,000 | Fieldwood En | 75.0% | TERMIN |
| EUGENE ISLAND 105/106 | EI 106 | G17966 | Federal | RT A | 7/1/1997 | 8/4/2013 | 5,000 | Apache | 50.0% | TERMIN |
| EUGENE ISLAND 105/106 | EI 106 | G17966 | Federal | RT B | 7/1/1997 | 8/4/2013 | 5,000 | Apache | 100.0% | TERMIN |
| $0 Liability | EI 107 | G15241 | Federal | RT | 9/1/1995 | 9/1/2013 | 5,000 | Apache | 75.0% | TERMIN |
| $0 Liability | EI 108 | G03811 | Federal | RT A | 6/1/1978 | 11/22/2015 | 5,000 | Fieldwood En | 60.0% | TERMIN |
| $0 Liability | EI 108 | G03811 | Federal | RT B | 6/1/1978 | 11/22/2015 | 5,000 | Fieldwood En | 60.0% | TERMIN |
| $0 Liability | EI 108 | G03811 | Federal | RT B | 6/1/1978 | 11/22/2015 | 5,000 | Fieldwood En | 71.3% | TERMIN |
| $0 Liability | EI 116 | G34292 | Federal | RT | 9/1/2012 | 8/31/2017 | 5,000 | Apache Shelf Exp | 100.0% | EXPIR |
| $0 Liability | EI 117 | G34293 | Federal | RT | 10/1/2012 | 9/16/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EI 118 | G15242 | Federal | RT A | 7/1/1995 | 12/17/2015 | 5,000 | Black Elk En Off Op | 25.0% | TERMIN |
| $0 Liability | EI 118 | G15242 | Federal | RT B | 7/1/1995 | 7/1/2014 | 5,000 | Fieldwood En | 75.0% | TERMIN |
| EUGENE IS. 119/120/125/126 | EI 119 | 00049 | Federal | RT A | 8/28/1945 | 04/23/2021 | 5,000 | Fieldwood En | 50.0% | PROD TERMIN |
| EUGENE IS. 119/120/125/126 | EI 119 | 00049 | Federal | RT B | 8/28/1945 | 04/23/2021 | 5,000 | Fieldwood En | 50.0% | PROD TERMIN |
| EUGENE IS. 119/120/125/126 | EI 120 | 00050 | Federal | RT | 8/28/1945 | 04/23/2021 | 5,000 | Fieldwood En | 75.0% | PROD TERMIN |
| EUGENE IS. 119/120/125/126 | EI 125 | 00051 | Federal | RT | 8/28/1945 | 02/23/2021 | 5,000 | Fieldwood En | 100.0% | OPEN TERMIN |
| EUGENE IS. 119/120/125/126 | EI 126 | 00052 | Federal | RT | 8/28/1945 | 04/23/2021 | 5,000 | Fieldwood En | 75.0% | PROD TERMIN |
| EUGENE IS. 119/120/125/126 | EI 126 | 00052 | Federal | OP | 8/28/1945 | 04/23/2021 | 5,000 | Fieldwood En | 75.0% | PROD TERMIN |
| $0 Liability | EI 128 | G34294 | Federal | RT | 10/1/2012 | 7/24/2016 | 3,427 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EI 131 | G33625 | Federal | RT | 6/1/2010 | 4/30/2015 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EI 132 | G33626 | Federal | RT | 6/1/2010 | 4/30/2015 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | EI 135 | G34296 | Federal | RT | 10/1/2012 | 8/26/2015 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| EUGENE IS. 136/158 | EI 136 | G03152 | Federal | RT | 7/1/1975 | | 5,000 | Fieldwood En | 100.0% | PROD SOP |
| EUGENE IS. 136/158 | EI 158 | G16353 | Federal | OP | 6/1/1996 | 8/24/2014 | 5,000 | Black Elk En Off Op | 50.0% | TERMIN |
| EUGENE IS. 136/158 | EI 158 | G01220 | Federal | RT | 6/1/1962 | | 5,000 | Fieldwood En | 100.0% | PROD SOP |
| EUGENE IS. 173/174/175 | EI 173 | G13622 | Federal | RT | 7/1/1992 | 03/22/2021 | 5,000 | Fieldwood En | 30.0% | PROD TERMIN |
| EUGENE IS. 173/174/175 | EI 174 | G03782 | Federal | RT | 6/1/1978 | 03/22/2021 | 5,000 | Arena Off | 100.0% | PROD TERMIN |
| EUGENE IS. 173/174/175 | EI 174 | G03782 | Federal | OP | 6/1/1978 | 03/22/2021 | 5,000 | Arena Off | 30.0% | PROD TERMIN |
| EUGENE IS. 173/174/175 | EI 175 | 00438 | Federal | OP 1 | 12/1/1954 | 03/22/2021 | 5,000 | Fieldwood En | 75.0% | PROD TERMIN |
| EUGENE IS. 187/189 | EI 187 | G10736 | Federal | RT | 7/1/1989 | 04/08/2021 | 5,000 | Fieldwood En | 100.0% | PROD TERMIN |
| EUGENE ISLAND 188 | EI 188 | 00443 | Federal | RT | 1/1/1955 | 4/30/2010 | 5,000 | Apache | 100.0% | TERMIN |
| $0 Liability | EI 189 | G0423 | Federal | RT | 12/1/1954 | 04/08/2021 | 3,750 | Fieldwood En | 100.0% | PROD TERMIN |
| $0 Liability | EI 196 | G0802 | Federal | RT | 5/1/1960 | 3/25/2019 | 3,516 | Fieldwood En | 100.0% | RELINQ |
| $0 Liability | EI 196 | G0802 | Federal | OP | 5/1/1960 | 3/25/2019 | 3,516 | Fieldwood En | 100.0% | RELINQ |
| $0 Liability | EI 196 | G13821 | Federal | OP 2 | 5/1/1960 | 3/22/2019 | 1,484 | Arena Off | 100.0% | RELINQ |
| $0 Liability | EI 196 | G13821 | Federal | OP 4 | 5/1/1960 | 3/22/2019 | 1,484 | Arena Off | 100.0% | RELINQ |
| $0 Liability | EI 20 | G34286 | Federal | RT | 10/1/2012 | 8/19/2016 | 3,582 | Castex Off | 50.0% | RELINQ |
| *No FW asset ownership | EI 207 | G34301 | Federal | RT | 8/1/2012 | 7/7/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| *No FW asset ownership | EI 208 | 00577 | Federal | OP | 9/1/1955 | | 2,500 | ANKOR En | 100.0% | PROD |
| EUGENE IS. 211/212 / SHIP SHOAL 175/176 | EI 211 | G05502 | Federal | RT B | 7/1/1983 | | 5,000 | Fieldwood En | 66.7% | UNIT |
| EUGENE IS. 211/212 / SHIP SHOAL 175/176 | EI 211 | G05502 | Federal | OP | 7/1/1983 | | 5,000 | Chevron USA | 66.7% | UNIT |
| EUGENE IS. 211/212 / SHIP SHOAL 175/176 | EI 212 | G05503 | Federal | RT B | 7/1/1983 | | 5,000 | Fieldwood En | 66.7% | UNIT |
| EUGENE IS. 211/212 / SHIP SHOAL 175/176 | EI 212 | G05503 | Federal | OP | 7/1/1983 | | 5,000 | Chevron USA | 66.7% | UNIT |
| $0 Liability | EI 216 | G34303 | Federal | RT | 8/1/2012 | 7/7/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| EUGENE ISLAND 196/217/227 | EI 217 | G00978 | Federal | RT | 5/1/1962 | 3/22/2019 | 5,000 | Arena Off | 25.0% | RELINQ |
| EUGENE IS. 266 | EI 224 | G00504 | Federal | ORRI | 7/1/1983 | | 5,000 | Castex Off | 100.0% | PROD |
| EUGENE IS. 266 | EI 224 | G00504 | Federal | RT | 7/1/1983 | | 5,000 | Castex Off | 100.0% | PROD |
| EUGENE ISLAND 196/217/227 | EI 227 | 00809 | Federal | RT | 5/1/1960 | 3/25/2019 | 5,000 | Arena Off | 4.17% | PRIMARY |
| EUGENE ISLAND 196/217/227 | EI 227 | G36745 | Federal | ORRI | 11/1/2019 | | 5,000 | Arena Off | 6.25% | PRIMARY |
| EUGENE ISLAND 196/217/227 | EI 227 | G36745 | Federal | RT | 11/1/2019 | | 5,000 | Arena Off | 4.17% | PRIMARY |
| EUGENE ISLAND 224/266 | EI 246 | 00810 | Federal | OP 1 | 5/1/1960 | | 5,000 | Fieldwood En | 25.0% | UNIT |
| EUGENE ISLAND 224/266 | EI 246 | 00810 | Federal | OP 2 | 5/1/1960 | | 5,000 | Fieldwood En | 25.0% | UNIT |
| EUGENE ISLAND 224/266 | EI 246 | 00810 | Federal | RT | 5/1/1960 | | 5,000 | Fieldwood En | 25.0% | UNIT |
| EUGENE ISLAND 224/266 | EI 246 | 00810 | Federal | ORRI | 5/1/1960 | -- | 5,000 | Sanare En Part | 6.7% | UNIT |
| EUGENE ISLAND 255 | EI 255 | G01958 | Federal | OP 3 | 1/1/1970 | | 2,500 | Cox Op | 2.0% | PROD |
| EUGENE ISLAND 255 | EI 255 | G01958 | Federal | OP 4 | 1/1/1970 | | 2,500 | Cox Op | 77.2% | PROD |
| EUGENE ISLAND 255 | EI 255 | G01958 | Federal | OP | 1/1/1970 | | 2,500 | Cox Op | 38.6% | PROD |
| $0 Liability | EI 266 | 00811 | Federal | OP 1 | 5/1/1960 | | 5,000 | Fieldwood En | 75.0% | UNIT |
| $0 Liability | EI 266 | 00811 | Federal | OP 2 | 5/1/1960 | | 5,000 | Fieldwood En | 75.0% | UNIT |
| $0 Liability | EI 266 | 00811 | Federal | RT | 5/1/1960 | | 5,000 | Fieldwood En | 25.0% | UNIT |
| $0 Liability | EI 267 | 00812 | Federal | OP | 5/1/1960 | | 5,000 | Fieldwood En | 25.0% | UNIT |
| $0 Liability | EI 267 | 00812 | Federal | OP 2 | 5/1/1960 | | 5,000 | Fieldwood En | 25.0% | UNIT |
| $0 Liability | EI 267 | 00812 | Federal | RT | 5/1/1960 | | 5,000 | Fieldwood En | 25.0% | UNIT |
| $0 Liability | EI 269 | 00813 | Federal | RT | 5/1/1960 | | 5,000 | Fieldwood En | 75.0% | UNIT |
| $0 Liability | EI 280 | G23876 | Federal | RT | 5/1/2002 | 1/19/2014 | 5,000 | Energy XXI GOM | 18.8% | TERMIN |
| $0 Liability | EI 281 | G09591 | Federal | RT | 5/1/1988 | 7/5/2016 | 5,000 | Bennu O&G | 90.5% | TERMIN |
| $0 Liability | EI 281 | G09591 | Federal | OP 1 | 5/1/1988 | 7/5/2016 | 5,000 | Bennu O&G | 45.3% | TERMIN |
| $0 Liability | EI 281 | G09591 | Federal | OP 2 | 5/1/1988 | 7/5/2016 | 5,000 | Bennu O&G | 45.3% | TERMIN |
| $0 Liability | EI 281 | G09591 | Federal | OP 3 | 5/1/1988 | 7/5/2016 | 5,000 | Bennu O&G | 45.3% | TERMIN |
| $0 Liability | EI 282 | G09592 | Federal | RT | 5/1/1988 | 7/5/2016 | 5,000 | Apache | 75.0% | TERMIN |
| $0 Liability | EI 282 | G09592 | Federal | OP 1 | 5/1/1988 | 7/5/2016 | 5,000 | Apache | 75.0% | TERMIN |
| $0 Liability | EI 282 | G09592 | Federal | OP 2 | 5/1/1988 | 7/5/2016 | 5,000 | Apache | 75.0% | TERMIN |
| $0 Liability | EI 29 | G34287 | Federal | RT | 12/1/2012 | 11/22/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| EUGENE IS. 307 | EI 307 | G02110 | Federal | OP | 2/1/1971 | 11/4/2019 | 2,500 | Apache Shelf Exp | 50.0% | RELINQ |
| SOUTH MARSH IS. 142 / EUGENE IS. 312 | EI 312 | G26379 | Federal | OP B | 6/1/2001 | 8/7/2020 | 5,000 | Fieldwood En | 8.3% | TERMIN |
| SOUTH MARSH IS. 142 / EUGENE IS. 312 | EI 312 | G26379 | Federal | ORRI | 6/1/2001 | 8/7/2020 | 5,000 | Fieldwood En | 8.3% | TERMIN |
| $0 Liability | EI 313 | G02608 | Federal | RT | 6/1/1974 | 6/23/2016 | 5,000 | Arena Off | 50.0% | TERMIN |
| $0 Liability | EI 313 | G02608 | Federal | OP | 6/1/1974 | 6/23/2016 | 5,000 | Arena Off | 50.0% | TERMIN |
| $0 Liability | EI 313 | G02608 | Federal | OP 2 | 6/1/1974 | 6/23/2016 | 5,000 | Arena Off | 50.0% | TERMIN |
| EUGENE IS. 315/316/329 | EI 315 | G02112 | Federal | RT | 4/1/1974 | | 2,500 | Fieldwood En | 50.0% | TERMIN |
| EUGENE IS. 315/316/329 | EI 315 | G02112 | Federal | OP | 4/1/1974 | | 2,500 | Fieldwood En | 50.0% | TERMIN |
| EUGENE IS. 315/316/329 | EI 316 | G02540 | Federal | RT | 4/1/1982 | | 5,000 | Fieldwood En | 50.0% | TERMIN |
| EUGENE IS. 315/316/329 | EI 329 | G02952 | Federal | RT | 1/1/1975 | | 5,000 | Fieldwood En | 50.0% | TERMIN |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | Contractual | 1/1/1971 | | 5,000 | Fieldwood En | 47.0% | UNIT |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 2 | 1/1/1971 | | 5,000 | Fieldwood En | 47.0% | UNIT |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 3 | 1/1/1971 | | 5,000 | Fieldwood En | 47.0% | UNIT |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 5 | 1/1/1971 | | 5,000 | Fieldwood En | 47.0% | UNIT |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 4 | 1/1/1971 | | 5,000 | Fieldwood En | 47.0% | UNIT |

| Field | Block | Lease | Type | Rights | Date Le Eff | Date Le Exp | Le Cur Acres | Operator | WI | Lease Status | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 3 | 1/1/1971 | | 5,000 | Fieldwood En | 47.0% | UNIT | |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 2 | 1/1/1971 | | 5,000 | Fieldwood En | 47.0% | UNIT | |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | RT | 1/1/1971 | | 5,000 | Fieldwood En | 42.0% | UNIT | |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP | 1/1/1971 | | 5,000 | Fieldwood En | 23.0% | UNIT | GOM Shelf |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 7 | 1/1/1971 | | 5,000 | Fieldwood En | 23.0% | UNIT | GOM Shelf |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 6 | 1/1/1971 | | 5,000 | Fieldwood En | 23.0% | UNIT | GOM Shelf |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 5 | 1/1/1971 | | 5,000 | Fieldwood En | 23.0% | UNIT | GOM Shelf |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 4 | 1/1/1971 | | 5,000 | Fieldwood En | 23.0% | UNIT | GOM Shelf |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 2 | 1/1/1971 | | 5,000 | Fieldwood En | 23.0% | UNIT | GOM Shelf |
| EUGENE IS. 330 | EI 330 | G02115 | Federal | OP 2 | 1/1/1971 | | 5,000 | Fieldwood En | 23.0% | UNIT | GOM Shelf |
| EUGENE IS. 333/334 | EI 333 | G02317 | Federal | RT | 2/1/1973 | 8/29/2020 | 5,000 | Fieldwood En | 100.0% | UNIT | |
| EUGENE IS. 333/334 | EI 334 | G15263 | Federal | RT | 7/1/1995 | 8/29/2020 | 5,000 | Fieldwood En | 100.0% | TERMIN | |
| EUGENE IS. 337 | EI 337 | G03332 | Federal | RT | 3/1/1976 | | 5,000 | Fieldwood En | 100.0% | UNIT | |
| EUGENE IS. 337 | EI 337 | G3332 | Federal | ORRI | 3/1/1976 | | | Fieldwood En | 0.1% | UNIT | |
| EUGENE IS. 337 | EI 337 | G03332 | Federal | OP 4 | 3/1/1976 | | 5,000 | Fieldwood En | 98.0% | UNIT | |
| EUGENE IS. 337 | EI 337 | G03332 | Federal | OP 1 | 3/1/1976 | | 5,000 | Fieldwood En | 100.0% | UNIT | |
| EUGENE IS. 337 | EI 337 | G03332 | Federal | OP 3 | 3/1/1976 | | 5,000 | Fieldwood En | 100.0% | UNIT | |
| EUGENE IS. 342/343 | EI 342 | G02319 | Federal | RT A | 2/1/1973 | | 5,000 | Fieldwood En | 50.0% | TERMIN | |
| EUGENE IS. 342/343 | EI 342 | G02319 | Federal | RT B | 2/1/1973 | | 5,000 | Fieldwood En | 75.0% | TERMIN | |
| EUGENE IS. 342/343 | EI 342 | G02319 | Federal | OP 1 | 2/1/1973 | | 5,000 | Fieldwood En | 75.0% | TERMIN | |
| EUGENE IS. 342/343 | EI 342 | G02319 | Federal | OP 2 | 2/1/1973 | | 5,000 | Fieldwood En | 61.8% | TERMIN | |
| EUGENE IS. 345/346 | EI 345 | G21647 | Federal | RT | 7/1/2000 | 8/21/2019 | 5,000 | Fieldwood En | 50.0% | TERMIN | |
| EUGENE IS. 345/346 | EI 346 | G14482 | Federal | RT | 6/1/1994 | | 5,000 | Arena Off | 100.0% | PROD | |
| EUGENE IS. 353/354 | EI 353 | G03783 | Federal | OP | 6/1/1978 | 8/26/2020 | 5,000 | Fieldwood En | 100.0% | TERMIN | |
| EUGENE IS. 337 | EI 354 | G10752 | Federal | RT | 5/1/1989 | 03/22/2021 | 5,000 | Fieldwood En | 100.0% | PROD TERMIN | |
| EUGENE IS. 337 | EI 354 | G10752 | Federal | OP | 5/1/1989 | 03/22/2021 | 5,000 | Fieldwood En | 67.0% | PROD TERMIN | |
| EUGENE IS. 353/354 | EI 361 | G02324 | Federal | RT | 2/1/1973 | | 5,000 | Cox Op | 12.4% | PROD | |
| EUGENE IS. 53 | EI 53 | 00479 | Federal | OP 1 | 12/1/1954 | | 5,000 | EnVen En Vent | 66.7% | PROD | |
| EUGENE IS. 53 | EI 53 | 00479 | Federal | OP | 12/1/1954 | | 5,000 | EnVen En Vent | 100.0% | PROD | |
| EUGENE ISLAND 57/58 | EI 57 | G02601 | Federal | OP 2 | 5/1/1974 | 3/27/2020 | 5,000 | Talos | 31.7% | TERMIN | |
| EUGENE ISLAND 57/58 | EI 57 | G02601 | Federal | OP 4 | 5/1/1974 | 3/27/2020 | 5,000 | ANKOR En | 15.8% | TERMIN | |
| $0 Liability | EI 88 | G10721 | Federal | OP | 7/1/1989 | 2/22/2016 | 5,000 | Fieldwood En | 75.0% | TERMIN | |
| EUGENE ISLAND 88/89/90/93/94/95 | EI 89 | 00044 | Federal | OP | 8/28/1945 | 2/22/2016 | 5,000 | Fieldwood En | 75.0% | TERMIN | |
| EUGENE ISLAND 88/89/90/93/94/95 | EI 89 | 00044 | Federal | OP 2 | 8/28/1945 | 2/22/2016 | 5,000 | Fieldwood En | 75.0% | TERMIN | |
| *No FW asset ownership | EI 90 | 00229 | Federal | OP | 11/19/1948 | 2/22/2016 | 1,250 | Fieldwood En | 75.0% | TERMIN | |
| $0 Liability | EI 93 | 00228 | Federal | OP | 11/19/1948 | 2/22/2016 | 2,500 | Fieldwood En | 75.0% | TERMIN | |
| $0 Liability | EI 94 | G05488 | Federal | OP | 7/1/1982 | 2/22/2016 | 5,000 | Fieldwood En | 75.0% | TERMIN | |
| $0 Liability | EI 95 | 00046 | Federal | OP | 8/28/1945 | 2/22/2016 | 5,000 | Fieldwood En | 75.0% | TERMIN | |
| $0 Liability | EW 525 | G33704 | Federal | RT | 7/1/2010 | 6/19/2015 | 2,420 | Apache Shelf Exp | 46.9% | RELINQ | |
| $0 Liability | EW 526 | G33134 | Federal | RT | 6/1/2009 | 5/31/2014 | 3,517 | Apache Shelf Exp | 100.0% | EXPIR | |
| $0 Liability | EW 781 | G33137 | Federal | RT | 6/1/2009 | 5/31/2014 | 309 | Apache Shelf Exp | 100.0% | EXPIR | |
| EWING BANK 826/782 / SOUTH TIMBALIER 291 | EW 782 | G31470 | Federal | RT | 7/1/2007 | | 1,093 | Fieldwood En | 100.0% | PROD | |
| $0 Liability | EW 789 | G33139 | Federal | RT | 7/1/2009 | 4/30/2015 | 5,760 | Apache Shelf Exp | 100.0% | RELINQ | |
| EWING BANK 826/782 / SOUTH TIMBALIER 291 | EW 836 | G05800 | Federal | RT | 7/1/1983 | | 5,760 | BP E&P | 100.0% | PROD | |
| $0 Liability | EW 905 | G34415 | Federal | RT | 8/1/2012 | 7/7/2016 | 1,007 | Apache Shelf Exp | 100.0% | RELINQ | |
| $0 Liability | EW 906 | G33708 | Federal | RT | 6/1/2010 | 4/7/2016 | 1,084 | Apache Shelf Exp | 100.0% | RELINQ | |
| $0 Liability | EW 949 | G34877 | Federal | RT | 8/1/2013 | 7/7/2016 | 5,760 | Apache Shelf Exp | 100.0% | RELINQ | |
| $0 Liability | EW 950 | G33709 | Federal | RT | 6/1/2010 | 4/7/2016 | 5,760 | Apache Shelf Exp | 100.0% | RELINQ | |
| $0 Liability | FM 411 | G08361 | Federal | RT | 8/1/1986 | 1/30/2015 | 5,760 | Chevron USA | 24.3% | EXPIR | |
| $0 Liability | FM 412 | G08362 | Federal | RT | 8/1/1986 | 1/30/2015 | 5,760 | Chevron USA | 16.0% | EXPIR | |
| $0 Liability | FM 455 | G08362 | Federal | RT | 8/1/1986 | 1/30/2015 | 5,760 | Chevron USA | 24.2% | EXPIR | |
| $0 Liability | FM 456 | G08364 | Federal | RT | 8/1/1986 | 1/30/2015 | 5,760 | Chevron USA | 24.3% | EXPIR | |
| $0 Liability | FM 499 | G08365 | Federal | RT | 8/1/1986 | 1/30/2015 | 5,760 | Chevron USA | 24.3% | EXPIR | |
| $0 Liability | FM 500 | G08366 | Federal | RT | 8/1/1986 | 1/30/2015 | 5,760 | Chevron USA | 16.0% | EXPIR | |
| $0 Liability | FM 543 | G08367 | Federal | RT | 8/1/1986 | 1/30/2015 | 5,760 | Chevron USA | 24.3% | EXPIR | |
| $0 Liability | FM 587 | G08368 | Federal | RT | 8/1/1986 | 1/30/2015 | 5,760 | Chevron USA | 24.3% | EXPIR | |
| GALVESTON 151 | GA 151 | G15740 | Federal | RT | 11/1/1995 | 4/12/2016 | 4,804 | Fieldwood En | 33.3% | TERMIN | |
| HIGH IS. 179 / GA 180 | GA 180 | G03228 | Federal | RT | 9/1/1975 | | 5,760 | Fieldwood En | 100.0% | UNIT TERMIN | |
| HIGH ISLAND 179 | GA 192 | G03229 | Federal | CONT | 9/1/1975 | | 5,760 | Apache | 90.0% | UNIT PROD | |
| GALVESTON 210 | GA 210 | G25524 | Federal | OP 1 | 12/1/2003 | | 5,760 | Fieldwood En | 83.3% | PROD | |
| GALVESTON 210 | GA 210 | G25524 | Federal | OP 3 | 12/1/2003 | | 5,760 | Fieldwood En | 66.7% | PROD | |
| GALVESTON 210 | GA 210 | G25524 | Federal | RT | 12/1/2003 | | 5,760 | Fieldwood En | 66.7% | PROD | |
| GALVESTON 210 | GA 210 | G25524 | Federal | OP | 12/1/2003 | | 5,760 | Fieldwood En | 83.3% | PROD | |
| $0 Liability | GA 343 | G06105 | Federal | RT | 10/1/1983 | 1/19/2014 | 5,760 | Black Elk En Off Op | 12.5% | TERMIN | |
| $0 Liability | GA 343 | G06105 | Federal | OP | 10/1/1983 | 1/19/2014 | 5,760 | Black Elk En Off Op | 37.5% | TERMIN | |
| $0 Liability | GB 85 | G34515 | Federal | RT | 8/1/2012 | 7/7/2016 | 4,450 | Apache Shelf Exp | 46.9% | RELINQ | |
| $0 Liability | GI 104 | G33671 | Federal | RT | 7/1/2010 | 6/10/2015 | 5,000 | Apache Shelf Exp | 46.9% | RELINQ | |
| GRAND ISLE 110/116 | GI 110 | G13943 | Federal | RT | 8/1/1993 | | 5,000 | Fieldwood En | 50.0% | UNIT | |
| GRAND ISLE 110/116 | GI 116 | G13944 | Federal | RT | 7/1/1993 | | 5,000 | Fieldwood En | 50.0% | UNIT | |
| $0 Liability | GI 117 | G32232 | Federal | RT | 8/1/2008 | 7/31/2013 | 4,540 | Apache | 100.0% | EXPIR | |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 32 | 00174 | Federal | RT | 7/17/1948 | | 2,500 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 32 | 00174 | Federal | OP 2 | 7/17/1948 | | 2,500 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 32 | G01580 | Federal | RT | 7/1/1967 | 3/15/2016 | 2,500 | BP Am Prod | 75.0% | TERMIN | |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 32 | G01580 | Federal | OP | 7/1/1967 | 3/15/2016 | 2,500 | BP Am Prod | 37.5% | TERMIN | |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 33 | G04002 | Federal | RT | 3/1/1979 | 2/24/2017 | 5,000 | Fieldwood En | 75.0% | TERMIN | |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 39 | 00127 | Federal | RT | 4/21/1947 | | 2,500 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 39 | 00127 | Federal | OP 2 | 4/21/1947 | | 2,500 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 39 | 00126 | Federal | RT | 4/21/1947 | | 2,500 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 39 | 00126 | Federal | OP 2 | 4/21/1947 | | 2,500 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 40 | 00128 | Federal | RT | 4/21/1947 | | 5,000 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 40 | 00128 | Federal | OP 2 | 4/21/1947 | | 5,000 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 41 | 00129 | Federal | RT | 4/21/1947 | | 2,500 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 41 | 00129 | Federal | OP 2 | 4/21/1947 | | 2,500 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 41 | 00130 | Federal | RT | 4/21/1947 | | 2,500 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 41 | 00130 | Federal | OP 2 | 4/21/1947 | | 2,500 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 42 | 00131 | Federal | RT | 4/21/1947 | | 5,000 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 42 | 00131 | Federal | OP 2 | 4/21/1947 | | 5,000 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 43 | 00175 | Federal | RT | 7/17/1948 | | 5,000 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 43 | 00175 | Federal | OP 2 | 7/17/1948 | | 5,000 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 44 | 00176 | Federal | RT | 7/17/1948 | | 2,500 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 44 | 00176 | Federal | OP 2 | 7/17/1948 | | 2,500 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 46 | 00132 | Federal | RT | 4/21/1947 | | 5,000 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 46 | 00132 | Federal | OP 2 | 4/21/1947 | | 5,000 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 47 | 00133 | Federal | RT | 4/21/1947 | | 5,000 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 48 | 00134 | Federal | RT | 4/21/1947 | | 5,000 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 48 | 00134 | Federal | OP 2 | 4/21/1947 | | 5,000 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 52 | 00177 | Federal | RT | 7/17/1948 | | 2,500 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 52 | 00177 | Federal | OP 1 | 7/17/1948 | | 2,500 | GOM Shelf | 50.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | GI 52 | 00177 | Federal | OP | 7/17/1948 | | 2,500 | GOM Shelf | 50.0% | UNIT | |
| $0 Liability | GI 54 | G27173 | Federal | RT | 7/1/2005 | 2/12/2017 | 5,000 | Fieldwood En | 100.0% | TERMIN | |
| GRAND ISLE 76 | GI 76 | G02161 | Federal | RT | 10/1/1972 | 9/18/2019 | 5,000 | Fieldwood En | 95.8% | RELINQ | |
| $0 Liability | GI 90 | G04003 | Federal | OP 1 | 3/1/1979 | 4/18/2016 | 5,000 | Fieldwood En | 100.0% | TERMIN | |
| $0 Liability | GI 90 | G04003 | Federal | OP 2 | 3/1/1979 | 4/18/2016 | 5,000 | Fieldwood En | 50.0% | TERMIN | |
| $0 Liability | GI 90 | G04003 | Federal | OP 3 | 3/1/1979 | 4/18/2016 | 5,000 | Fieldwood En | 50.0% | TERMIN | |
| $0 Liability | GI 90 | G04003 | Federal | OP 4 | 3/1/1979 | 4/18/2016 | 5,000 | Fieldwood En | 50.0% | TERMIN | |
| $0 Liability | GI 90 | G04003 | Federal | OP 5 | 3/1/1979 | 4/18/2016 | 5,000 | Fieldwood En | 100.0% | TERMIN | |
| $0 Liability | GI 90 | G04003 | Federal | OP 6 | 3/1/1979 | 4/18/2016 | 5,000 | Fieldwood En | 50.0% | TERMIN | |
| $0 Liability | GI 93 | G02628 | Federal | RT | 5/1/1974 | 12/4/2014 | 5,000 | BP E&P | 100.0% | TERMIN | |
| $0 Liability | GI 93 | G02628 | Federal | OP | 5/1/1974 | 12/4/2014 | 5,000 | BP E&P | 100.0% | TERMIN | |
| GRAND ISLE 90/94 | GI 94 | G02163 | Federal | RT | 11/1/1972 | 7/27/2017 | 4,540 | Fieldwood En | 100.0% | RELINQ | |
| GRAND ISLE 90/94 | GI 94 | G02163 | Federal | OP | 11/1/1972 | 7/27/2017 | 4,540 | Fieldwood En | 100.0% | RELINQ | |
| $0 Liability | GI 98 | G34354 | Federal | RT | 8/1/2012 | 7/7/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ | |
| HIGH IS. 110/111 | HI 110 | G02353 | Federal | RT | 8/1/1973 | 5/31/2019 | 5,760 | W & T Off | 20.0% | TERMIN | GOM Shelf |
| HIGH IS. 110/111 | HI 111 | G02354 | Federal | RT | 8/1/1973 | 4/30/2019 | 5,760 | W & T Off | 20.0% | TERMIN | GOM Shelf |
| $0 Liability | HI 114 | G32747 | Federal | RT | 12/1/2008 | 11/30/2013 | 5,760 | Apache Shelf Exp | 100.0% | EXPIR | |
| HIGH IS. 116 | HI 116 | G06156 | Federal | RT | 10/1/1983 | 2/25/2015 | 5,760 | Fieldwood En | 100.0% | TERMIN | |
| $0 Liability | HI 129 | G01848 | Federal | RT | 3/1/1968 | | 5,760 | Fieldwood En | 90.0% | PROD | |
| HIGH IS. 129 | HI 129 | G01848 | Federal | ORRI | 3/1/1968 | | 5,760 | Fieldwood En | 10.4% | PROD | |
| $0 Liability | HI 132 | G32748 | Federal | RT | 12/1/2008 | 11/30/2013 | 5,760 | Apache Shelf Exp | 100.0% | EXPIR | |
| $0 Liability | HI 140 | 00518 | Federal | OP | 1/1/1955 | 2/10/2015 | 5,760 | Black Elk En Off Op | 12.5% | TERMIN | |
| $0 Liability | HI 163 | G22236 | Federal | RT | 12/1/2000 | 5/31/2015 | 5,760 | Fieldwood En | 75.0% | EXPIR | |
| HIGH ISLAND 176 | HI 176 | G06164 | Federal | OPRTS Cont | 10/1/1983 | 12/1/2002 | 5,760 | Apache | 49.5% | TERMIN | |
| HIGH IS. 179 / GA 180 | HI 179 | G03236 | Federal | RT | 9/1/1975 | | 5,760 | Cox Op | 100.0% | UNIT TERMIN | |
| HIGH ISLAND 179 | HI 193 | G03237 | Federal | CONT | 9/1/1975 | | 5,760 | Arena Off | 90.0% | UNIT PROD | |
| $0 Liability | HI 194 | G06166 | Federal | RT | 10/1/1983 | 7/21/2013 | 5,760 | Apache | 45.0% | TERMIN | |
| $0 Liability | HI 201 | G23199 | Federal | OP | 12/1/2001 | 10/15/2014 | 5,760 | Apache Shelf | 37.5% | TERMIN | |
| HIGH IS. 206 | HI 206 | G20660 | Federal | RT | 1/1/1999 | | 5,760 | Fieldwood En | 100.0% | PROD TERMIN | |
| HIGH ISLAND 45 | HI 45 | G12564 | Federal | RT | 10/1/1990 | 3/8/2015 | 4,367 | Fieldwood En | 16.7% | TERMIN | |
| HIGH ISLAND 45 | HI 45 | G12564 | Federal | OP 1 | 10/1/1990 | 3/8/2015 | 4,367 | Fieldwood En | 33.3% | TERMIN | |
| HIGH ISLAND 45 | HI 45 | G12564 | Federal | OP 2 | 10/1/1990 | 3/8/2015 | 4,367 | Fieldwood En | 33.3% | TERMIN | |
| $0 Liability | HI 52 | 00508 | Federal | RT | 1/1/1955 | 9/24/2013 | 1,440 | SandRidge En | 75.0% | TERMIN | |
| $0 Liability | HI 52 | 00509 | Federal | RT | 1/1/1955 | 9/24/2013 | 1,440 | Apache | 75.0% | TERMIN | |
| $0 Liability | HI 52 | 00511 | Federal | RT | 1/1/1955 | 9/24/2013 | 1,440 | Apache | 75.0% | TERMIN | |
| $0 Liability | HI 53 | 00512 | Federal | RT | 1/1/1955 | 9/24/2013 | 180 | Phoenix Exp | 75.0% | TERMIN | |
| $0 Liability | HI 53 | 00740 | Federal | RT | 4/1/1960 | 9/24/2013 | 1,440 | Apache | 75.0% | TERMIN | |
| $0 Liability | HI A-133 | G32760 | Federal | RT | 11/1/2008 | 10/31/2013 | 5,760 | Apache | 100.0% | EXPIR | |
| $0 Liability | HI A-145 | G32761 | Federal | RT | 11/1/2008 | 10/31/2013 | 5,760 | Apache | 100.0% | EXPIR | |
| $0 Liability | HI A-146 | G32762 | Federal | RT | 11/1/2008 | 10/31/2013 | 5,760 | Apache Shelf Exp | 100.0% | EXPIR | |
| $0 Liability | HI A-148 | G32763 | Federal | RT | 11/1/2008 | 10/31/2013 | 5,760 | Apache Shelf Exp | 100.0% | EXPIR | |
| $0 Liability | HI A-160 | G32764 | Federal | RT | 11/1/2008 | 10/31/2013 | 5,760 | Apache | 100.0% | EXPIR | |
| $0 Liability | HI A-171 | G30679 | Federal | RT | 11/1/2006 | 3/9/2014 | 5,760 | Walter O&G | 33.3% | TERMIN | |
| $0 Liability | HI A-326 | G32777 | Federal | RT | 11/1/2008 | 10/31/2013 | 5,760 | Apache | 100.0% | EXPIR | |
| HIGH IS. A-334 | HI A-334 | G02423 | Federal | RT | 8/1/1973 | 2/27/2014 | 5,760 | Fieldwood En | 38.9% | TERMIN | |
| HIGH IS. A-341 | HI A-341 | G25605 | Federal | RT | 12/1/2003 | | 5,760 | Fieldwood En | 60.0% | PROD | |
| $0 Liability | HI A-350 | G02428 | Federal | RT | 7/1/1973 | 7/24/2013 | 4,345 | Apache | 60.0% | EXPIR | |
| $0 Liability | HI A360 | G34677 | Federal | RT | 3/1/2013 | 2/18/2016 | 5,760 | Apache Shelf Exp | 100.0% | RELINQ | |
| $0 Liability | HI A363 | G34678 | Federal | RT | 3/1/2013 | 2/18/2016 | 5,760 | Apache Shelf Exp | 100.0% | RELINQ | |
| $0 Liability | HI A363 | G33413 | Federal | RT | 10/1/2009 | 9/30/2014 | 5,760 | Apache | 100.0% | EXPIR | |
| HIGH IS. A-365/A-376 | HI A-365 | G02750 | Federal | RT | 7/1/1974 | 03/28/2021 | 5,760 | Fieldwood En | 53.1% | PROD TERMIN | |
| HIGH IS. A-365/A-376 | HI A-376 | G02754 | Federal | OP | 7/1/1974 | 03/28/2021 | 5,760 | Fieldwood En | 100.0% | PROD TERMIN | |

Exhibit I-A(i)

| Field | Block | Lease | Type | Rights | Date Le Eff | Date Le Exp | Le Cur Acres | Operator | WI | Lease Status |
|---|---|---|---|---|---|---|---|---|---|---|
| HIGH IS. A-365/A-376 | HI A-376 | G02754 | Federal | RT | 7/1/1974 | 03/28/2021 | 5,760 | Fieldwood En | 44.4% | PROD TERMIN |
| HIGH IS. A-365/A-376 | HI A-376 | G2754 | Federal | ORRI | 7/1/1974 | 03/28/2021 | | Fieldwood En | 1.2% | PROD TERMIN |
| HIGH IS. A-365/A-376 | HI A-376 | G2754 | Federal | ORRI | 7/1/1974 | 03/28/2021 | | Fieldwood En | 6.0% | PROD TERMIN |
| HIGH IS. A-573 (382/572/573/595/596) | HI A-382 | G02757 | Federal | RT | 7/1/1974 | 04/22/2021 | 5,760 | Fieldwood En | 72.4% | PROD TERMIN |
| $0 Liability | HI A406 | G32767 | Federal | RT | 11/1/2008 | 10/31/2013 | 5,760 | Apache | 100.0% | EXPIR |
| $0 Liability | HI A430 | G33412 | Federal | RT | 10/1/2009 | 9/30/2014 | 5,760 | Apache Shelf Exp | 100.0% | EXPIR |
| HIGH ISLAND A-442 | HI A442 | G31383 | Federal | OP | 11/1/1989 | 3/27/2017 | 5,760 | Northstar Off Grp | 22.7% | TERMIN |
| $0 Liability | HI A454 | G32769 | Federal | RT | 11/1/2008 | 10/31/2013 | 5,760 | Apache | 100.0% | EXPIR |
| $0 Liability | HI A457 | G32770 | Federal | RT | 11/1/2008 | 10/31/2013 | 5,760 | Apache | 100.0% | EXPIR |
| HIGH IS. A-474 | HI A-474 | G02366 | Federal | RT | 8/1/1973 | 2/28/2017 | 5,760 | McMoRan O&G | 10.0% | TERMIN |
| HIGH ISLAND A-474/489 | HI A-475 | G02367 | Federal | CONT | 8/1/1973 | 12/25/1999 | 5,760 | McMoRan O&G | 10.0% | TERMIN |
| HIGH IS. A-474 | HI A-489 | G02372 | Federal | RT | 8/1/1973 | 2/28/2017 | 5,760 | McMoRan O&G | 8.5% | TERMIN |
| Ex N | HI A-537 | G02698 | Federal | CONT | 5/29/1974 | 11/2/2016 | | McMoRan O&G | | TERMIN |
| HIGH IS. A-545 | HI A545 | G17199 | Federal | OP | 1/1/1997 | 6/30/2019 | 5,760 | Fieldwood En | 60.0% | TERMIN |
| HIGH IS. A-573 (382/572/573/595/596) | HI A-572 | G02719 | Federal | RT | 1/1/1974 | 5/18/2006 | 5,760 | Cox Op | 72.4% | TERMIN |
| HIGH IS. A-573 | HI A-573 | G02393 | Federal | RT | 8/1/1973 | 04/22/2021 | 5,760 | Fieldwood En | 72.4% | PROD TERMIN |
| HIGH IS. A-563 (563/564/581/582) | HI A-581 | G18959 | Federal | CONT | 8/27/1997 | 7/1/2005 | | Cox Op | 24.7% | TERMIN |
| HIGH IS. A-563 (563/564/581/582) | HI A-582 | G02719 | Federal | RT | 1/1/1974 | | 5,760 | Cox Op | 24.7% | PROD |
| HIGH IS. A-563 (563/564/581/582) | HI A-582 | G02719 | Federal | OP 1 | 7/1/1974 | | 5,760 | Cox Op | 15.5% | PROD |
| HIGH IS. A-573 (382/572/573/595/596) | HI A-595 | G02721 | Federal | RT | 7/1/1974 | 04/22/2021 | 5,760 | Fieldwood En | 72.4% | PROD TERMIN |
| HIGH IS. A-573 (382/572/573/595/596) | HI A-596 | G02722 | Federal | RT | 7/1/1974 | 04/22/2021 | 5,760 | Fieldwood En | 72.4% | PROD TERMIN |
| MISSISSIPPI CANYON 109 | MC 108 | G09777 | Federal | RT | 7/1/1988 | | 5,760 | BP E&P | 75.2% | PROD |
| MISSISSIPPI CANYON 109 | MC 108 | G09777 | Federal | OP | 7/1/1988 | | 5,760 | BP E&P | 75.2% | PROD |
| MISSISSIPPI CANYON 109 | MC 110 | G18192 | Federal | RT | 8/1/1997 | | 5,760 | Fieldwood En | 50.0% | PROD |
| MISSISSIPPI CANYON 109 | MC 110 | G18192 | Federal | ORRI | 8/1/1997 | | | Fieldwood En | 3.9% | PROD |
| MISSISSIPPI CANYON 21/65 | MC 21 | G28351 | Federal | ORRI | 7/1/1995 | | 4,445 | ANKOR En | 3.0% | PROD |
| MISSISSIPPI CANYON 311 | MC 311 | G02968 | Federal | RT | 12/1/1974 | | 5,760 | ANKOR En | 100.0% | PROD |
| MISSISSIPPI CANYON 21/65 | MC 65 | G21742 | Federal | RT | 6/1/2000 | | 5,760 | ANKOR En | 100.0% | PROD |
| MISSISSIPPI CANYON 21/65 | MC 65 | G21742 | Federal | ORRI | 6/1/2000 | | | ANKOR En | 13.0% | PROD |
| MATAGORDA ISLAND 519 FED / SL TX | MI 486 | MF8B560 | SL - TX | WI | 10/5/1982 | | 1,440 | Fieldwood | 100.0% | EXPIRED |
| MATAGORDA ISLAND 519 FED / SL TX | MI 487 | MF-8B562 | SL - TX | WI | 10/5/1982 | 9/1/2019 | 1,305 | Fieldwood | 100.0% | SI |
| MATAGORDA ISLAND 519 FED / SL TX | MI 518 | G05169 | Federal | RT | 1/1/1983 | 9/30/2019 | 5,675 | Fieldwood En | 100.0% | TERMIN |
| MATAGORDA ISLAND 519 FED / SL TX | MI 518 | MF80522 | SL - TX | WI | 10/2/1979 | 9/1/2019 | 85 | Fieldwood | 100.0% | EXPIRED |
| MATAGORDA ISLAND 519 FED / SL TX | MI 519 | MF-79413 | SL - TX | WI | 2/6/1979 | | 739 | Fieldwood | 100.0% | SI |
| MATAGORDA IS. 622/623/635/636 | MI 622 | G05000 | Federal | RT | 4/1/1982 | 8/23/2018 | 5,760 | Fieldwood En | 81.0% | TERMIN |
| MATAGORDA IS. 622/623/635/636 | MI 622 | G05000 | Federal | OP | 4/1/1982 | 8/23/2018 | 5,760 | BP E&P | 37.5% | TERMIN |
| MATAGORDA IS. 622/623/635/636 | MI 623 | G03088 | Federal | RT | 4/1/1975 | 8/23/2018 | 5,760 | Fieldwood En | 81.0% | TERMIN |
| MATAGORDA IS. 622/623/635/636 | MI 623 | G03088 | Federal | OP | 4/1/1975 | 8/23/2018 | 5,760 | BP E&P | 37.5% | TERMIN |
| MATAGORDA IS. 622/623/635/636 | MI 635 | G06043 | Federal | RT | 10/1/1983 | 8/23/2018 | 5,760 | Fieldwood En | 81.0% | TERMIN |
| MATAGORDA IS. 622/623/635/636 | MI 635 | G06043 | Federal | OP | 10/1/1983 | 8/23/2018 | 5,760 | BP E&P | 37.5% | TERMIN |
| $0 Liability | MI 636 | G34670 | Federal | RT | 4/1/2013 | 3/25/2016 | 5,760 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | MI 652 | G34022 | Federal | RT | 2/1/2012 | 1/31/2017 | 5,760 | Apache | 100.0% | EXPIR |
| $0 Liability | MI 681 | G04703 | Federal | RT | 9/1/1981 | 2/25/2014 | 5,760 | Fieldwood En | 100.0% | TERMIN |
| $0 Liability | MI 685 | G04548 | Federal | RT | 1/1/1981 | 12/22/2014 | 5,760 | EOG Res | 50.0% | TERMIN |
| $0 Liability | MI 685 | G04548 | Federal | OP | 1/1/1981 | 12/22/2014 | 5,760 | EOG Res | 2.5% | TERMIN |
| $0 Liability | MI 703 | G03733 | Federal | RT | 6/1/1978 | 2/26/2014 | 5,760 | Fieldwood En | 100.0% | TERMIN |
| $0 Liability | MI 703 | G03733 | Federal | OP 1 | 6/1/1978 | 2/26/2014 | 5,760 | Fieldwood En | 50.0% | TERMIN |
| $0 Liability | MI 703 | G03733 | Federal | OP 2 | 6/1/1978 | 2/26/2014 | 5,760 | Fieldwood En | 100.0% | TERMIN |
| $0 Liability | MI 772 | MF93351 | SL - TX | WI | 2/7/1997 | | 704 | Fieldwood | 100.0% | TERMINATED |
| $0 Liability | MO 820 | G34403 | Federal | RT | 8/1/2012 | 7/7/2016 | 3,347 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | MO 821 | G05058 | Federal | RT | 4/1/1982 | 9/15/2014 | 4,028 | Fieldwood En | 100.0% | TERMIN |
| | MO 821 | STATE OF ALABAMA 627 | SL - AL | WI | 8/14/1984 | 1/1/2019 | 2,511 | Fieldwood | 100.0% | TERMINATED |
| MOBILE BAY 826 | MO 826 | G26176 | Federal | RT | 7/1/2004 | | 1,430 | Fieldwood En | 75.0% | PROD |
| $0 Liability | MO 871 | G32272 | Federal | RT | 8/1/2008 | 7/31/2013 | 5,760 | Apache | 100.0% | EXPIR |
| $0 Liability | MO 913 | G33131 | Federal | RT | 6/1/2009 | 5/31/2014 | 5,760 | Apache Shelf Exp | 75.0% | EXPIR |
| $0 Liability | MO 914 | G33132 | Federal | RT | 6/1/2009 | 5/31/2014 | 5,760 | Apache Shelf Exp | 75.0% | EXPIR |
| $0 Liability | MP 120 | G3197 | Federal | ORRI | 7/1/1975 | | -- | Arena Off | 2.0% | PROD |
| $0 Liability | MP 120 | G03197 | Federal | ORRI | 5/28/1975 | | | Arena Off | 2.0% | PROD |
| $0 Liability | MP 134 | G34375 | Federal | RT | 10/1/2012 | 9/16/2016 | 4,995 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | MP 135 | G34376 | Federal | RT | 10/1/2012 | 9/16/2016 | 4,995 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | MP 136 | G34377 | Federal | RT | 10/1/2012 | 9/16/2016 | 4,995 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | MP 137 | G34378 | Federal | RT | 10/1/2012 | 9/16/2016 | 4,995 | Apache Shelf Exp | 100.0% | RELINQ |
| MAIN PASS 140 | MP 140 | G02193 | Federal | RT | 10/1/1973 | | 4,995 | Fieldwood En | 65.0% | PROD |
| $0 Liability | MP 143 | G34380 | Federal | RT | 10/1/2012 | 9/16/2016 | 4,561 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | MP 146 | G34860 | Federal | RT | 7/1/2013 | 6/21/2017 | 4,561 | Apache Shelf Exp | 75.0% | RELINQ |
| $0 Liability | MP 147 | G34861 | Federal | RT | 7/1/2013 | 6/21/2017 | 4,561 | Apache Shelf Exp | 75.0% | RELINQ |
| $0 Liability | MP 148 | G34381 | Federal | RT | 11/1/2012 | 10/4/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | MP 149 | G34382 | Federal | RT | 11/1/2012 | 10/4/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | MP 150 | G34862 | Federal | RT | 7/1/2013 | 6/21/2017 | 5,000 | Apache Shelf Exp | 75.0% | RELINQ |
| SOUTH PASS 64/65 / MAIN PASS 152/153 | MP 152 | G01966 | Federal | RT | 1/1/1970 | | 4,978 | Fieldwood En | 50.0% | UNIT |
| SOUTH PASS 64/65 / MAIN PASS 152/153 | MP 152 | G01966 | Federal | OP | 1/1/1970 | | 4,978 | Fieldwood En | 75.0% | UNIT |
| SOUTH PASS 64/65 / MAIN PASS 152/153 | MP 153 | G01967 | Federal | RT | 1/1/1970 | | 5,000 | Fieldwood En | 50.0% | UNIT |
| SOUTH PASS 64/65 / MAIN PASS 152/153 | MP 153 | G01967 | Federal | OP | 1/1/1970 | | 5,000 | Fieldwood En | 75.0% | UNIT |
| $0 Liability | MP 166 | G26152 | Federal | RT | 7/1/2004 | 11/3/2014 | 4,995 | Fieldwood En | 100.0% | TERMIN |
| $0 Liability | MP 175 | G08753 | Federal | OP | 8/1/1987 | 9/1/2013 | 4,995 | Tana Exp | 21.2% | TERMIN |
| $0 Liability | MP 255 | G07825 | Federal | RT | 8/1/1985 | 3/9/2014 | 4,995 | Fieldwood En | 52.4% | TERMIN |
| MAIN PASS 259/260 / VIOSCA KNOLL 693/694 | MP 259 | G07827 | Federal | RT | 9/1/1985 | 7/11/2020 | 4,995 | Fieldwood En | 56.9% | TERMIN |
| MAIN PASS 259/260 / VIOSCA KNOLL 693/694 | MP 260 | G07828 | Federal | RT | 9/1/1985 | 7/11/2020 | 4,995 | Fieldwood En | 56.9% | TERMIN |
| MAIN PASS 270 | MP 270 | G22812 | Federal | ORRI | 7/1/2001 | | 4,995 | Castex Off | 1.0% | UNIT |
| $0 Liability | MP 271 | G34388 | Federal | RT | 10/1/2012 | 9/30/2017 | 4,995 | Apache Shelf Exp | 75.0% | EXPIR |
| $0 Liability | MP 272 | G34865 | Federal | RT | 7/1/2013 | 6/21/2017 | 4,995 | Apache Shelf Exp | 75.0% | RELINQ |
| $0 Liability | MP 273 | G33690 | Federal | RT | 7/1/2012 | | 4,995 | Castex Off | 37.5% | UNIT |
| $0 Liability | MP 274 | G33691 | Federal | RT | 7/1/2010 | 6/30/2015 | 4,995 | Castex Off | 37.5% | EXPIR |
| MAIN PASS 270/275/289/290 | MP 275 | G15395 | Federal | RT | 9/1/1995 | 04/22/2021 | 4,995 | Fieldwood En | 8.3% | PROD TERMIN |
| MAIN PASS 270/275/289/290 | MP 275 | G15395 | Federal | ORRI | 9/1/1995 | 04/22/2021 | | Fieldwood En | 8.3% | PROD TERMIN |
| *No FW asset ownership | MP 281 | G10910 | Federal | RT | 7/1/1989 | | 4,995 | EnVen En Vent | 50.0% | PROD |
| *No FW asset ownership | MP 281 | G10910 | Federal | OP | 7/1/1989 | | 4,995 | EnVen En Vent | 30.0% | PROD |
| $0 Liability | MP 281 | G10910 | Federal | OP | 7/1/1989 | | 4,995 | EnVen En Vent | 20.0% | PROD |
| MAIN PASS 270/275/289/290 | MP 290 | G01666 | Federal | RT | 7/1/1973 | 6/21/2017 | 4,561 | Fieldwood En | 100.0% | PROD |
| MAIN PASS 270/275/289/290 | MP 290 | G34866 | Federal | RT | 7/1/2013 | 6/21/2017 | 4,561 | Apache Shelf Exp | 75.0% | RELINQ |
| MAIN PASS 275/289/290 | MP 290 | G01667 | Federal | RT | 7/1/1967 | 11/22/2012 | 4,561 | Apache | 100.0% | TERMIN |
| $0 Liability | MP 291 | G34391 | Federal | RT | 11/1/2012 | 10/31/2017 | 4,561 | Apache Shelf Exp | 100.0% | EXPIR |
| $0 Liability | MP 292 | G34392 | Federal | RT | 11/1/2012 | 10/4/2016 | 4,561 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | MP 293 | G34394 | Federal | RT | 11/1/2012 | 10/31/2017 | 4,561 | Apache Shelf Exp | 100.0% | EXPIR |
| $0 Liability | MP 294 | G34394 | Federal | RT | 11/1/2012 | 10/4/2016 | 4,561 | Apache Shelf Exp | 100.0% | RELINQ |
| MAIN PASS 295 | MP 295 | G32263 | Federal | CONT | 8/1/2008 | 7/31/2015 | 4,561 | Fieldwood En | 37.5% | TERMIN |
| MAIN PASS 296/303/304 | MP 296 | G01673 | Federal | RT | 6/1/1967 | | 4,561 | GOM Shelf | 25.0% | PROD |
| MAIN PASS 296/303/304 | MP 296 | G01673 | Federal | OP | 6/1/1967 | | 4,561 | GOM Shelf | 25.0% | UNIT |
| MAIN PASS 296/303/304 | MP 297 | G34395 | Federal | RT | 11/1/2012 | 10/4/2016 | 4,561 | Apache Shelf Exp | 100.0% | RELINQ |
| MAIN PASS 300/301 | MP 300 | G01317 | Federal | OP | 6/1/1962 | | 5,000 | Cantium | 10.4% | UNIT |
| MAIN PASS 300/301 | MP 301 | G04486 | Federal | OP 1 | 11/1/1980 | 8/23/2019 | 5,000 | Walter O&G | 72.4% | TERMIN |
| MAIN PASS 300/301 | MP 301 | G04486 | Federal | OP 2 | 11/1/1980 | 8/23/2019 | 5,000 | Walter O&G | 6.3% | TERMIN |
| MAIN PASS 300/301 | MP 301 | G04486 | Federal | RT | 11/1/1980 | 8/23/2019 | 5,000 | Walter O&G | 50.0% | TERMIN |
| MAIN PASS 300/301 | MP 301 | G04486 | Federal | OP | 11/1/1980 | 8/23/2019 | 5,000 | Walter O&G | 18.1% | TERMIN |
| MAIN PASS 311/312 | MP 302 | G32264 | Federal | RT | 7/1/2008 | | 5,000 | GOM Shelf | 100.0% | PROD |
| MAIN PASS 296/303/304 | MP 303 | G04253 | Federal | OP 1 | 12/1/1979 | | 5,000 | Fieldwood En | 25.0% | UNIT |
| MAIN PASS 296/303/304 | MP 303 | G04253 | Federal | RT | 12/1/1979 | | 5,000 | Fieldwood En | 50.0% | UNIT |
| MAIN PASS 308/309/310 | MP 304 | G03339 | Federal | OP | 4/1/1976 | | 5,000 | ConocoPhillips | 100.0% | UNIT |
| $0 Liability | MP 305 | G34396 | Federal | RT | 12/1/2012 | 11/22/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| MAIN PASS 308/309/310 | MP 308 | G32265 | Federal | RT | 8/1/2008 | | 5,000 | Fieldwood En | 100.0% | PROD |
| MAIN PASS 308/309/310 | MP 309 | G04125 | Federal | RT | 6/1/1987 | | 5,000 | GOM Shelf | 25.0% | PROD |
| MAIN PASS 308/309/310 | MP 310 | G04126 | Federal | RT | 10/1/1979 | | 5,000 | GOM Shelf | 25.0% | PROD |
| MAIN PASS 311/312 | MP 311 | G02213 | Federal | RT | 11/1/1972 | | 5,000 | GOM Shelf | 50.0% | PROD |
| MAIN PASS 311/312 | MP 311 | G02213 | Federal | OP | 11/1/1972 | | 5,000 | GOM Shelf | 25.0% | PROD |
| MAIN PASS 311/312 | MP 312 | G16520 | Federal | RT | 7/1/1996 | | 5,000 | GOM Shelf | 25.0% | PROD |
| MAIN PASS 311/312 | MP 314 | G33693 | Federal | OP | 7/1/2010 | 6/30/2015 | 5,000 | Fieldwood En | 80.0% | EXPIR |
| MAIN PASS 308/309/310 | MP 315 | G08467 | Federal | RT | 7/1/1986 | | 5,000 | Fieldwood En | 50.0% | PROD |
| MAIN PASS 308/309/310 | MP 315 | G08467 | Federal | OP 3 | 7/1/1986 | | 5,000 | Fieldwood En | 25.0% | PROD |
| MAIN PASS 308/309/310 | MP 315 | G08467 | Federal | OP 1 | 7/1/1986 | | 5,000 | Fieldwood En | 50.0% | PROD |
| MAIN PASS 59 | MP 5 | SL13890 | SL - LA | WI | | | 26 | Apache | 50.0% | TERMIN |
| MAIN PASS 59 | MP 59 | G03194 | Federal | OP | 7/1/1975 | | 1,406 | Cantium | 37.5% | UNIT |
| MAIN PASS 59 | MP 59 | G08461 | Federal | OP | 7/1/1986 | | 2,340 | Cantium | 5.0% | UNIT |
| | MP 6 | SL03771 | SL - LA | WI | 4/26/1961 | 6/28/2012 | 1,067 | Apache | 50.0% | TERMIN |
| | MP 6 | SL13581 | SL - LA | WI | | | 287 | Apache | 50.0% | TERMIN |
| | MP 6 | SL13891 | SL - LA | WI | | | 270 | Apache | 50.0% | TERMIN |
| MAIN PASS 64 | MP 64 | G04909 | Federal | ORRI | 12/1/1981 | | 4,988 | Sanare En Part | 4.2% | UNIT |
| | MP 7 | SL03773 | SL - LA | WI | 4/26/1961 | 6/28/2012 | -- | Apache | 50.0% | TERMIN |
| | MP 7 | SL13892 | SL - LA | WI | | | 44 | Apache | 50.0% | TERMIN |
| $0 Liability | MP 74 | G34857 | Federal | RT | 8/1/2013 | 7/7/2016 | 1,733 | Apache Shelf Exp | 100.0% | RELINQ |
| MAIN PASS 77 | MP 77 | G04481 | Federal | RT | 11/1/1980 | | 4,655 | Fieldwood En Off | 26.2% | RELINQ |
| MAIN PASS 77 | MP 77/78 | G04481 | Federal | OP | 11/1/1980 | | 4,655 | Fieldwood En Off | 23.5% | RELINQ |
| MAIN PASS 6 FED 7 / SL LA | MP 78 | G14576 | Federal | RT | 5/1/1994 | 3/18/2008 | 1,017 | Apache | 100.0% | TERMIN |
| | MU 883 | MF98761 | SL - TX | WI | | 10/1/2012 | | Apache | 100.0% | TERMIN |
| MUSTANG ISLAND A-111 | MU A-111 | G03068 | Federal | RT | 4/1/1975 | 1/12/2013 | 5,760 | Apache | 100.0% | TERMIN |
| MUSTANG ISLAND A-85 | MU A133 | G33392 | Federal | RT | 10/1/2009 | 9/30/2014 | 5,760 | Apache | 100.0% | EXPIR |
| MUSTANG ISLAND A-85 | MU A134 | G32724 | Federal | RT | 11/1/2008 | 10/31/2013 | 5,760 | Apache | 100.0% | EXPIR |
| MUSTANG ISLAND A-85 | MU A85 | G03061 | Federal | RT | 4/1/1975 | | 5,760 | EnVen En Vent | 100.0% | PROD OP |
| $0 Liability | PE 881 | G06390 | Federal | OP | 2/1/1984 | 10/17/2013 | 5,760 | ConocoPhillips | 18.8% | TERMIN |
| SOUTH PELTO 20 / PL 1/9/10/11 / SHIP SHOAL 68 | PL 1 | G04234 | Federal | RT | 1/1/1980 | 7/10/2020 | 1,568 | Fieldwood En | 100.0% | TERMIN |
| SOUTH PELTO 20 / PL 1/9/10/11 / SHIP SHOAL 68 | PL 10 | G02925 | Federal | RT | 8/1/1974 | 7/10/2020 | 4,655 | Fieldwood En | 100.0% | TERMIN |
| SOUTH PELTO 20 / PL 1/9/10/11 / SHIP SHOAL 68 | PL 11 | G0071 | Federal | RT | 9/12/1946 | 9/8/2020 | 5,000 | Fieldwood En | 100.0% | TERMIN |
| SOUTH PELTO 13 | PL 13 | G03171 | Federal | RT | 7/1/1975 | 5/23/2018 | 391 | Arena En | 12.5% | TERMIN |
| SOUTH PELTO 13 | PL 13 | G03171 | Federal | OP 1 | 7/1/1975 | 5/23/2018 | 391 | Arena En | 12.5% | TERMIN |
| SOUTH PELTO 13 | PL 13 | G03171 | Federal | OP 2 | 7/1/1975 | 5/23/2018 | 3,906 | Arena En | 12.5% | TERMIN |
| SOUTH PELTO 13 | PL 13 | G03171 | Federal | OP 3 | 7/1/1975 | 5/23/2018 | 703 | Arena En | 4.4% | TERMIN |
| SOUTH PELTO 13 | PL 13 | G03171 | Federal | OP 4 | 7/1/1975 | 5/23/2018 | 391 | Arena En | 12.5% | TERMIN |
| SOUTH PELTO 25 | PL 25 | G14535 | Federal | RT | 7/1/1994 | 7/30/2019 | 5,000 | Taos En Offshore | 100.0% | TERMIN |
| *No FW asset ownership | PL 5 | G12027 | Federal | RT | 6/1/1990 | 5/13/2019 | 5,000 | Talos En Off | 100.0% | TERMIN |
| $0 Liability | PL 6 | G09651 | Federal | RT | 1/1/1988 | 7/12/2017 | 5,000 | Walter O&G | 50.0% | TERMIN |
| $0 Liability | PL 6 | G09651 | Federal | OP 1 | 1/1/1988 | 7/12/2017 | 5,000 | Walter O&G | 50.0% | TERMIN |
| $0 Liability | PL 6 | G09651 | Federal | OP 2 | 1/1/1988 | 7/12/2017 | 5,000 | Walter O&G | 65.0% | TERMIN |
| $0 Liability | PL 8 | G03587 | Federal | RT | 8/1/1977 | 6/19/2018 | 5,000 | ANKOR En | 12.5% | TERMIN |

| Field | Block | Lease | Type | Rights | Date Le Eff | Date Le Exp | Le Cur Acres | Operator | WI | Lease Status |
|---|---|---|---|---|---|---|---|---|---|---|
| SOUTH PELTO 20 / PL 1/9/10/11 / SHIP SHOAL 68 | PL 9 | G02924 | Federal | RT | 12/1/1974 | 7/26/2020 | 5,000 | Fieldwood | 35.0% | TERMIN |
| SOUTH PELTO 20 / PL 1/9/10/11 / SHIP SHOAL 68 | PL 9 | G02924 | Federal | OP | 12/1/1974 | 7/26/2020 | 5,000 | Fieldwood | 35.0% | TERMIN |
|  | PN 883 | MF100410 | SL - TX | WI | 10/6/1998 | 1/0/1900 | 720 | Fieldwood | 35.0% | ACTIVE |
|  | PN 883 | MF100411 | SL - TX | WI | 10/6/1998 | 1/0/1900 | 720 | Fieldwood | 35.0% | ACTIVE |
|  | PN 883 | MF100412 | SL - TX | WI | 10/6/1998 | 1/0/1900 | 720 | Fieldwood | 35.0% | ACTIVE |
|  | PN 883 | MF101898 | SL - TX | WI | 10/6/1998 | 1/0/1900 |  | Apache | 35.0% | TERMIN |
|  | PN 883 | MF96146 | SL - TX | WI | 10/4/1994 | 1/0/1900 | 720 | Fieldwood | 35.0% | ACTIVE |
|  | PN 883 | MF96147 | SL - TX | WI | 10/4/1994 | 1/0/1900 | 720 | Fieldwood | 35.0% | ACTIVE |
|  | PN 883 | SL96146 | SL - TX | WI | 10/4/1994 | 1/0/1900 | 720 | Fieldwood | 35.0% | ACTIVE |
|  | PN 899L | MF100413 | SL - TX | WI | 10/6/1998 | 1/0/1900 | 375 | Fieldwood | 35.0% | ACTIVE |
|  | PN 899L | MF100414 | SL - TX | WI | 10/6/1998 | 1/0/1900 | 360 | Fieldwood | 35.0% | ACTIVE |
| NORTH PADRE ISLAND 969 | PN 969 | G05953 | Federal | RT | 10/1/1983 | 6/30/2015 | 5,760 | Peregrine O&G II | 8.3% | TERMIN |
| NORTH PADRE ISLAND 969 | PN 969 | G05954 | Federal | RT | 10/1/1983 | 6/30/2015 | 5,760 | Peregrine O&G II | 8.3% | TERMIN |
| $0 Liability | SA 10 | G03958 | Federal | RT | 3/1/1979 | 12/29/2017 | 3,144 | Fieldwood En | 92.3% | TERMIN |
| $0 Liability | SA 10 | G03958 | Federal | OP | 3/1/1979 | 12/29/2017 | 3,144 | Fieldwood En | 20.0% | TERMIN |
| *No FW asset ownership | SA 13 | G03959 | Federal | OP | 3/1/1979 | 1/16/2020 | 5,000 | Renaissance Off | 50.0% | TERMIN |
| SOUTH MARSH IS. 10/18 | SM 10 | G01181 | Federal | RT | 4/1/1962 | 1/6/2019 | 5,000 | Fieldwood En | 100.0% | PROD |
| SOUTH MARSH IS. 105/106 | SM 105 | G17938 | Federal | RT | 8/1/1997 |  | 5,000 | Fieldwood En | 100.0% | PROD |
| SOUTH MARSH IS. 105/106 | SM 106 | G02279 | Federal | RT | 2/1/1973 | 11/19/2015 | 2,500 | Fieldwood En | 100.0% | TERMIN |
| SOUTH MARSH IS. 105/106 | SM 106 | G03776 | Federal | RT | 6/1/1978 |  | 2,500 | Fieldwood En | 100.0% | PROD |
| SOUTH MARSH ISLAND 107/108 | SM 108 | 00792 | Federal | RT | 5/1/1960 | -- | 5,000 | Talos En Off | 25.0% | PROD | GOM Shelf |
| SOUTH MARSH ISLAND 107/108 | SM 108 | 00792 | Federal | OP | 5/1/1960 | -- | 5,000 | Talos En Off | 12.5% | PROD |
| SOUTH MARSH IS. 10/18 | SM 11 | G01182 | Federal | RT | 3/1/1962 |  | 5,000 | Fieldwood En | 100.0% | PROD |
| SOUTH MARSH IS. 127/128 | SM 127 | G02883 | Federal | RT | 12/1/1974 |  | 2,784 | Fieldwood En | 66.7% | PROD |
| SOUTH MARSH IS. 127/128 | SM 127 | G02883 | Federal | OP 2 | 12/1/1974 |  | 2,784 | Fieldwood En | 33.3% | PROD |
| SOUTH MARSH IS. 127/128 | SM 127 | G02883 | Federal | RT | 12/1/1974 |  | 2,784 | Fieldwood En | 17.3% | PROD | GOM Shelf |
| SOUTH MARSH IS. 127/128 | SM 127 | G02883 | Federal | OP 2 | 12/1/1974 |  | 2,784 | Fieldwood En | 8.7% | PROD | GOM Shelf |
| SOUTH MARSH IS. 127/128 | SM 128 | G02587 | Federal | RT | 5/1/1974 |  | 5,000 | Fieldwood En | 66.7% | PROD |
| SOUTH MARSH IS. 127/128 | SM 128 | G02587 | Federal | RT | 5/1/1974 |  | 5,000 | Fieldwood En | 17.3% | PROD | GOM Shelf |
| SOUTH MARSH IS. 132 | SM 132 | G02282 | Federal | RT | 2/1/1973 | 4/1/2016 | 5,000 | Fieldwood En | 50.0% | TERMIN |
| SOUTH MARSH IS. 136/137/149/150 | SM 135 | G19776 | Federal | RT | 5/1/1998 | 2/18/2012 | 3,293 | Fieldwood En | 50.0% | TERMIN |
| SOUTH MARSH IS. 136/137/149/150 | SM 136 | G02588 | Federal | RT | 5/1/1974 | 8/4/2019 | 2,500 | Fieldwood En | 50.0% | TERMIN |
| SOUTH MARSH IS. 136/137/149/150 | SM 137 | G02589 | Federal | RT | 5/1/1974 | 6/30/2015 | 5,000 | Fieldwood En | 50.0% | TERMIN |
| SOUTH MARSH ISLAND 141 | SM 141 | G02885 | Federal | OP 2 | 12/1/1974 | 4/1/2016 | 5,000 | Fieldwood En | 66.7% | TERMIN |
| SOUTH MARSH ISLAND 141 | SM 141 | G02885 | Federal | RT | 12/1/1974 | 4/1/2016 | 5,000 | Fieldwood En | 77.6% | TERMIN |
| SOUTH MARSH IS. 136/137/149/150 | SM 149 | G02590 | Federal | RT | 5/1/1974 |  | 2,500 | Fieldwood En | 50.0% | PROD |
| SOUTH MARSH ISLAND 141 | SM 141 | G02885 | Federal | OP 2 | 12/1/1974 | 4/1/2016 | 5,000 | Fieldwood En | 17.3% | TERMIN | GOM Shelf |
| SOUTH MARSH IS. 136/137/149/150 | SM 150 | G16325 | Federal | RT | 6/1/1996 | 5/22/2018 | 3,329 | Fieldwood En | 50.0% | RELINQ |
| SOUTH MARSH ISLAND 161 | SM 161 | G04809 | Federal | RT | 9/1/1981 |  | 5,000 | Fieldwood En | 100.0% | PROD |
| $0 Liability | SM 171 | G34273 | Federal | RT | 9/1/2012 | 8/31/2017 | 5,000 | Apache Shelf Exp | 100.0% | EXPIR |
| $0 Liability | SM 172 | G34274 | Federal | RT | 9/1/2012 | 8/23/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | SM 177 | G34275 | Federal | RT | 9/1/2012 | 8/23/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | SM 178 | G34276 | Federal | RT | 9/1/2012 | 8/31/2017 | 5,000 | Apache Shelf Exp | 100.0% | EXPIR |
| SOUTH MARSH IS. 10/18 | SM 18 | G08680 | Federal | RT | 6/1/1987 | 11/3/2019 | 5,000 | Fieldwood En | 100.0% | TERMIN |
| SOUTH MARSH IS. 10/18 | SM 18 | G08680 | Federal | OP | 6/1/1987 | 11/3/2019 | 5,000 | Fieldwood En | 100.0% | TERMIN |
| $0 Liability | SM 188 | G34277 | Federal | RT | 9/1/2012 | 8/23/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | SM 189 | G34278 | Federal | RT | 9/1/2012 | 8/23/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | SM 193 | G34279 | Federal | RT | 9/1/2012 | 8/23/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | SM 195 | G21108 | Federal | ORRI | 6/1/1999 | 12/27/2015 |  | Tarpon O&D | 4.4% | RELINQ |
|  | SM 236 | G4437 | Federal | ORRI | 11/1/1980 | -- |  | Cox Op | 4.4% | UNIT |
| SOUTH MARSH IS. 241 | SM 241 | 00310 | Federal | RT | 2/7/1936 | -- | 114,601 | Cox Op | 60.0% | UNIT |
| SOUTH MARSH IS. 241 | SM 241 | 00310 | Federal | OP | 2/7/1936 | -- | 114,601 | Cox Op | 60.0% | UNIT |
| SOUTH MARSH IS. 241 | SM 241 | 00310 | Federal | Unit | 2/7/1936 | -- | 114,601 | Cox Op | 16.0% | UNIT |
| Ex N | SM 268 | G02310 | Federal | CONT | 12/19/1972 | 9/7/2009 |  | Apache | 69.9% | TERMIN |
| $0 Liability | SM 268 | G34284 | Federal | RT | 8/1/2012 | 7/31/2017 | 3,237 | Apache Shelf Exp | 100.0% | EXPIR |
| SOUTH MARSH IS. 268/269/280/281 | SM 269 | G02311 | Federal | RT | 1/1/1973 |  | 5,000 | Fieldwood En | 72.8% | PROD |
| SOUTH MARSH IS. 268/269/280/281 | SM 280 | G14456 | Federal | OP 1 | 6/1/1994 |  | 5,000 | Fieldwood En | 50.0% | PROD |
| SOUTH MARSH IS. 268/269/280/281 | SM 280 | G14456 | Federal | OP 3 | 6/1/1994 |  | 5,000 | Fieldwood En | 50.0% | PROD |
| SOUTH MARSH IS. 268/269/280/281 | SM 280 | G14456 | Federal | RT | 6/1/1994 |  | 5,000 | Fieldwood En | 50.0% | PROD |
| SOUTH MARSH IS. 268/269/280/281 | SM 281 | G02600 | Federal | RT | 4/1/1974 | 04/23/2021 | 3,214 | Fieldwood En | 68.1% | PROD TERMIN |
| $0 Liability | SM 34 | G13897 | Federal | OP | 5/1/1993 | 8/24/2014 | 5,000 | Black Elk En Off Op | 50.0% | TERMIN |
| $0 Liability | SM 44 | G23840 | Federal | RT | 5/1/2002 | 3/25/2014 | 5,000 | SandRidge En Off | 100.0% | TERMIN |
| SOUTH MARSH IS. 39 | SM 48 | 00786 | Federal | RT | 5/1/1960 | -- | 5,000 | Fieldwood En | 100.0% | PROD |
| SOUTH MARSHAND 58 | SM 58 | G01194 | Federal | RT | 5/1/1962 |  | 5,000 | ANIOR En | 100.0% | PROD |
| SOUTH MARSH IS. 66 | SM 66 | G01198 | Federal | RT | 6/1/1962 | 9/25/2019 | 5,000 | Fieldwood En | 50.0% | TERMIN |
| $0 Liability | SM 7 | G33610 | Federal | RT | 7/1/2010 | 4/30/2015 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| SOUTH MARSH IS. 76 | SM 76 | G01208 | Federal | RT | 6/1/1962 | 1/26/2020 | 5,000 | Fieldwood En | 50.0% | TERMIN |
| SOUTH MARSH IS. 93 | SM 93 | G21618 | Federal | RT | 5/1/2000 |  | 5,000 | Talos ERT | 12.5% | PROD |
| $0 Liability | SM 97 | G32159 | Federal | RT | 8/1/2008 | 7/31/2013 | 5,000 | Apache | 100.0% | EXPIR |
| SOUTH PASS 60 | SP 60 | G01609 | Federal | OP | 7/1/1967 |  | 5,000 | Fieldwood En | 100.0% | UNIT PROD |
| SOUTH PASS 62 | SP 62 | G01294 | Federal | RT | 6/1/1962 |  | 5,000 | Fieldwood En | 100.0% | PROD |
| $0 Liability | SP 63 | G34365 | Federal | RT | 8/1/2012 | 7/31/2017 | 5,000 | Apache Shelf Exp | 100.0% | EXPIR |
| SOUTH PASS 64/65 / MAIN PASS 152/153 | SP 64 | G01901 | Federal | RT | 1/1/1969 |  | 5,000 | Fieldwood En | 50.0% | UNIT |
| SOUTH PASS 64/65 / MAIN PASS 152/153 | SP 64 | G01901 | Federal | OP | 1/1/1969 |  | 5,000 | Fieldwood En | 75.0% | UNIT |
| SOUTH PASS 64/65 / MAIN PASS 152/153 | SP 65 | G01610 | Federal | RT | 7/1/1967 |  | 5,000 | Fieldwood En | 50.0% | UNIT |
| SOUTH PASS 64/65 / MAIN PASS 152/153 | SP 65 | G01610 | Federal | OP | 7/1/1967 |  | 5,000 | Fieldwood En | 75.0% | UNIT |
| SOUTH MARSH IS. 39 | SP 66 | G1611 | Federal | ORRI | 6/1/1967 |  |  | Fieldwood En | 8.3% | UNIT |
| $0 Liability | SP 68 | G34366 | Federal | RT | 8/1/2012 | 7/7/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | SP 69 | G34367 | Federal | RT | 8/1/2012 | 7/7/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| SOUTH PASS 61/70 | SP 70 | G01614 | Federal | RT | 8/1/1967 |  | 5,000 | Fieldwood En | 50.0% | PROD |
| SOUTH PASS 75 | SP 75 | G05051 | Federal | OP 2 | 4/1/1982 | 1/23/2016 | 5,000 | GOM Shelf | 28.8% | TERMIN |
| SOUTH PASS 75 | SP 75 | G05051 | Federal | RT | 4/1/1982 | 1/23/2016 | 5,000 | GOM Shelf | 71.2% | TERMIN | GOM Shelf |
| SOUTH PASS 75 | SP 75 | G05051 | Federal | OP 2 | 4/1/1982 | 1/23/2016 | 5,000 | GOM Shelf | 71.2% | TERMIN |
| SOUTH PASS 83 | SP 83 | G05052 | Federal | ORRI | 4/1/1982 | 2/27/2020 | 5,000 | Arena Off | 0.7% | RELINQ |
| SOUTH PASS 87/89 / WEST DELTA 128 | SP 87 | G07799 | Federal | RT | 9/1/1985 | 8/2/2020 | 3,540 | Fieldwood En | 33.3% | TERMIN |
| SOUTH PASS 87/89 / WEST DELTA 128 | SP 87 | G07799 | Federal | RT | 9/1/1985 | 8/2/2020 | 3,540 | Fieldwood En | 33.3% | TERMIN | GOM Shelf |
| SOUTH PASS 87/89 / WEST DELTA 128 | SP 88 | G10894 | Federal | RT | 6/1/1989 | 5/2/2012 | 3,540 | Apache | 100.0% | TERMIN |
| SOUTH PASS 87/89 / WEST DELTA 128 | SP 89 | G01638 | Federal | RT | 7/1/1967 | 03/30/2021 | 5,000 | Apache | 100.0% | PROD TERMIN |
| $0 Liability | SP 96 | G31431 | Federal | RT | 3/1/2008 | 2/21/2014 | 5,000 | Stone En | 50.0% | RELINQ |
| SHIP SHOAL 105/126/129 | SS 105 | G09614 | Federal | RT | 8/1/1988 | 03/08/2021 | 5,000 | Bennu O&G | 50.0% | PROD TERMIN |
| SHIP SHOAL 105/126/129 | SS 105 | G09614 | Federal | OP 2 | 8/1/1988 | 03/08/2021 | 5,000 | Bennu O&G | 50.0% | PROD TERMIN |
| SHIP SHOAL 105/126/129 | SS 105 | G09614 | Federal | OP 3 | 8/1/1988 | 03/08/2021 | 5,000 | Bennu O&G | 100.0% | PROD TERMIN |
| SHIP SHOAL 105/126/129 | SS 126 | G12940 | Federal | RT | 5/1/1991 | 2/16/2020 | 5,000 | Fieldwood En | 3.3% | TERMIN |
| SHIP SHOAL 105/126/129 | SS 129 | G12941 | Federal | RT | 5/1/1991 | 2/16/2020 | 5,000 | Fieldwood En | 3.3% | TERMIN |
| SHIP SHOAL 105/126/129 | SS 129 | G12941 | Federal | RT | 5/1/1991 | 03/08/2021 | 5,000 | Fieldwood En | 3.3% | PROD TERMIN |
| SHIP SHOAL 105/126/129 | SS 129 | G12941 | Federal | ORRI | 5/1/1991 | 03/08/2021 |  | Fieldwood En | 3.3% | PROD TERMIN |
| SHIP SHOAL 130 | SS 130 | 00453 | Federal | ORRI | 1/1/1955 | 2/25/2020 |  | W&T Off | 3.0% | TERMIN |
| SHIP SHOAL 145 | SS 145 | G34831 | Federal | CONT | 9/1/2013 | 10/31/2019 | 5,000 | Hoactzin Part | 25.0% | TERMIN |
| SHIP SHOAL 150 | SS 150 | 00419 | Federal | ORRI | 11/1/1954 |  |  | Ridgelake En | 5.0% | PROD |
| SHIP SHOAL 151 | SS 151 | G15282 | Federal | RT | 7/1/1995 | 04/06/2021 | 5,000 | EnVen En Vent | 100.0% | PROD TERMIN |
| SHIP SHOAL 153 | SS 153 | G18011 | Federal | RT | 7/1/1997 | 7/5/2016 | 5,000 | Fieldwood En | 100.0% | TERMIN |
|  | SS 154 | 00420 | Federal | ORRI | 11/1/1954 |  |  | Ridgelake En | 8.0% | PROD |
| SHIP SHOAL 159 | SS 159 | G11984 | Federal | OP | 7/1/1990 | 10/31/2019 | 5,000 | Hoactzin Part | 15.5% | TERMIN |
| SHIP SHOAL 182/193/194 | SS 175 | 00820 | Federal | RT | 7/1/1983 |  | 5,000 | Chevron USA | 66.7% | PROD |
| EUGENE IS. 211/212 / SHIP SHOAL 175/176 | SS 175 | G05550 | Federal | RT | 7/1/1983 | 03/30/2021 | 5,000 | Fieldwood En | 40.0% | PROD TERMIN |
| EUGENE IS. 211/212 / SHIP SHOAL 175/176 | SS 176 | G33646 | Federal | RT | 8/1/2012 |  | 5,000 | Fieldwood En | 100.0% | PROD |
| SHIP SHOAL 178 | SS 178 | G05551 | Federal | RT | 7/1/1983 |  | 5,000 | Fieldwood En | 100.0% | PROD |
| SHIP SHOAL 182/193/194 | SS 182 | G03998 | Federal | RT | 3/1/1979 |  | 2,500 | Fieldwood En | 50.0% | PROD |
| SHIP SHOAL 189 | SS 189 | G05203 | Federal | CONT | 1/1/1983 | 12/30/1991 | 5,027 | Fieldwood En | 100.0% | TERMIN |
| SHIP SHOAL 189 | SS 189 | G04232 | Federal | OP 5 | 12/1/1979 |  | 5,000 | Fieldwood En | 99.0% | PROD |
| SHIP SHOAL 189 | SS 189 | G04232 | Federal | RT | 12/1/1979 |  | 5,000 | Fieldwood En | 99.0% | PROD |
| SHIP SHOAL 189 | SS 189 | G4232 | Federal | ORRI | 12/1/1979 |  |  | Fieldwood En | 8.0% | PROD |
| SHIP SHOAL 190/206/207/216 | SS 190 | G10775 | Federal | RT | 4/1/1989 | 8/10/2019 | 5,000 | Fieldwood En | 60.0% | TERMIN |
| SHIP SHOAL 190/206/207/216 | SS 190 | G10775 | Federal | OP | 4/1/1989 | 8/10/2019 | 5,000 | Fieldwood En | 60.0% | TERMIN |
| SHIP SHOAL 193/182/193/194 | SS 193 | G13917 | Federal | RT | 5/1/1993 |  | 5,000 | Fieldwood En | 50.0% | PROD |
| SHIP SHOAL 193/182/193/194 | SS 194 | G15288 | Federal | RT | 7/1/1995 |  | 5,000 | Fieldwood En | 100.0% | PROD |
| SHIP SHOAL 198/199 | SS 198 | G0593 | Federal | RT | 9/1/1955 |  | 2,969 | Renaissance Off | 50.0% | PROD | GOM Shelf |
| SHIP SHOAL 198/199 | SS 198 | G12355 | Federal | OP | 9/1/1955 |  | 2,031 | Renaissance Off | 25.0% | PROD |
| SHIP SHOAL 198/199 | SS 199 | G0594 | Federal | RT | 9/1/1955 | 03/04/2021 | 3,516 | Talos En Off | 50.0% | PROD TERMIN |
| SHIP SHOAL 198/199 | SS 199 | G12358 | Federal | OP 3 | 9/1/1955 | 03/04/2021 | 1,484 | Renaissance Off | 50.0% | PROD RELINQ |
| SHIP SHOAL 204 | SS 204 | G05120 | Federal | RT | 7/1/1967 |  | 5,000 | Fieldwood En | 55.0% | PROD |
| SHIP SHOAL 190/206/216 | SS 206 | G05122 | Federal | RT | 7/1/1967 | 03/22/2021 | 5,000 | Fieldwood En | 60.0% | PROD TERMIN |
| SHIP SHOAL 190/206/216 | SS 207 | G05123 | Federal | RT | 7/1/1967 | 03/22/2021 | 5,000 | Fieldwood En | 72.2% | PROD TERMIN |
| SHIP SHOAL 190/206/216 | SS 207 | G05123 | Federal | OP | 7/1/1967 | 03/22/2021 | 5,000 | Fieldwood En | 75.0% | PROD TERMIN |
| SHIP SHOAL 190/206/216 | SS 216 | G05204 | Federal | CONT | 1/1/1983 | 12/26/1990 | 5,000 | Fieldwood En | 50.0% | TERMIN |
| SHIP SHOAL 190/206/216 | SS 216 | G05204 | Federal | RT | 7/1/1967 | 01/22/2021 | 5,000 | Fieldwood En | 72.2% | PROD TERMIN |
| SHIP SHOAL 243 | SS 243 | G10780 | Federal | RT | 7/1/1989 |  | 5,000 | Fieldwood En | 50.0% | PROD OP |
| SHIP SHOAL 243 | SS 243 | G10780 | Federal | OP | 7/1/1989 |  | 5,000 | Fieldwood En | 50.0% | PROD OP |
| SHIP SHOAL 246/247/248/270/271 | SS 249 | G01030 | Federal | OP 1 | 6/1/1962 | 03/23/2021 | 5,000 | Fieldwood En Off | 5.0% | UNIT TERMIN |
| SHIP SHOAL 246/247/248/270/271 | SS 249 | G1030 | Federal | ORRI | 6/1/1962 | 03/23/2021 |  | Fieldwood En Off | 0.3% | UNIT TERMIN |
| $0 Liability | SS 258 | G05560 | Federal | RT | 7/1/1983 | 4/1/2016 | 5,000 | Castex Off | 100.0% | TERMIN |
| SHIP SHOAL 258/259 | SS 258 | G05560 | Federal | RT | 7/1/1983 | 4/1/2016 | 5,000 | Castex Off | 7.4% | TERMIN |
| SHIP SHOAL 258/259 | SS 259 | G05044 | Federal | RT | 4/1/1982 | 3/1/2018 | 5,141 | Fieldwood En | 50.0% | TERMIN |
| SHIP SHOAL 258/259 | SS 259 | G05044 | Federal | OP | 4/1/1982 | 3/1/2018 | 5,141 | Fieldwood En | 7.4% | TERMIN |
| SHIP SHOAL 274 | SS 274 | G01038 | Federal | RT | 7/1/1967 | 03/22/2021 | 5,000 | Fieldwood En | 50.0% | PROD TERMIN |
| SHIP SHOAL 274 | SS 274 | G01039 | Federal | RT | 6/1/1962 |  | 5,000 | Monforte | 50.0% | PROD |
| SHIP SHOAL 274 | SS 276 | G10785 | Federal | RT | 5/1/1988 | 10/31/2007 | 5,000 | Fieldwood En | 100.0% | SOP |
| SHIP SHOAL 278 | SS 277 | G09627 | Federal | RT | 5/1/1988 |  | 5,000 | Fieldwood En | 1.0% | SOP |
| SHIP SHOAL 278 | SS 278 | G09627 | Federal | OP | 5/1/1988 |  |  | Fieldwood En | 4.0% | SOP |
| SHIP SHOAL 300/314/315 | SS 291 | G03206 | Federal | RT | 8/1/2008 | 7/31/2013 | 5,000 | Fieldwood En | 67.9% | OPERNS |
| SHIP SHOAL 300/314/315 | SS 291 | G02923 | Federal | OP | 12/1/1974 |  | 3,750 | Fieldwood En | 67.9% | OPERNS |
| SHIP SHOAL 30/31/32/33 | SS 30 | 00333 | Federal | RT | 5/1/1960 |  | 5,000 | W & T Off | 37.5% | PROD |
| SHIP SHOAL 30/31/32/33 | SS 301 | G10794 | Federal | ORRI | 5/1/1989 |  |  | Fieldwood En | 1.5% | PROD OPERNS |
| SHIP SHOAL 30/31/32/33 | SS 314 | 00334 | Federal | RT | 9/12/1946 |  | 5,000 | W & T Off | 37.5% | PROD |
| SHIP SHOAL 30/31/32/33 | SS 314 | G26074 | Federal | OP 4 | 5/1/2004 |  | 5,000 | Fieldwood En | 37.5% | PROD |
| SHIP SHOAL 30/31/32/33 | SS 314 | G26074 | Federal | RT | 5/1/2004 |  | 5,000 | Fieldwood En | 75.0% | PROD |
| SHIP SHOAL 30/31/32/33 | SS 314 | G26074 | Federal | ORRI | 5/1/2004 |  |  | Fieldwood En | 1.0% | PROD |
| SHIP SHOAL 30/31/32/33 | SS 32 | 00335 | Federal | RT | 9/12/1946 |  | 5,000 | W & T Off | 37.5% | UNIT TERMIN |
| SHIP SHOAL 30/31/32/33 | SS 33 | 00336 | Federal | CONT | 9/12/1946 | -- | 5,000 | W&T Off | 0.8% | UNIT TERMIN |
| SHIP SHOAL 354 | SS 354 | G15312 | Federal | RT | 7/1/1995 | 04/21/2021 | 5,000 | Fieldwood En | 0.0% | PROD TERMIN |
| $0 Liability | SS 355 | G33650 | Federal | RT | 6/1/2010 | 4/7/2016 | 5,323 | Apache Shelf Exp | 100.0% | RELINQ |

Exhibit I-A(i)

| Field | Block | Lease | Type | Rights | Date Le Eff | Date Le Exp | Le Cur Acres | Operator | WI | Lease Status |
|---|---|---|---|---|---|---|---|---|---|---|
| SHIP SHOAL 58 | SS 58 | G07746 | Federal | RT | 7/1/1985 | | 5,000 | Talos Third Cst | 10.5% | PROD |
| SOUTH PELTO 20 / PL 1/9/10/11 / SHIP SHOAL 68 | SS 68 | G02917 | Federal | RT | 12/1/1974 | 11/15/2019 | 5,000 | Fieldwood En | 100.0% | PROD |
| SHIP SHOAL 87 | SS 87 | G12349 | Federal | ORRI | 9/12/1946 | | 1,953 | Sanare En Part | 1.0% | UNIT |
| SHIP SHOAL 91 | SS 91 | G02919 | Federal | RT | 12/1/1974 | 04/23/2021 | 5,000 | Fieldwood En | 87.5% | PROD TERMIN |
| SHIP SHOAL 91 | SS 91 | G02919 | Federal | OP 2 | 12/1/1974 | 04/23/2021 | 5,000 | Fieldwood En | 87.5% | PROD TERMIN |
| SHIP SHOAL 91 | SS 91 | G02919 | Federal | RT | 12/1/1974 | 04/23/2021 | 5,000 | Fieldwood En | 12.5% | PROD TERMIN | GOM Shelf |
| SHIP SHOAL 91 | SS 91 | G02919 | Federal | RT | 12/1/1974 | 04/23/2021 | 5,000 | Fieldwood En | 12.5% | PROD TERMIN | GOM Shelf |
| $0 Liability | ST 146 | G33110 | Federal | RT | 7/1/2009 | 6/30/2014 | 3,772 | Apache Shelf Exp | 0.0% | EXPIR |
| SOUTH TIMBALIER 148 | ST 148 | G01960 | Federal | RT | 2/1/1970 | | 2,500 | Arena Off | 15.6% | PROD |
| SOUTH TIMBALIER 148 | ST 148 | G01960 | Federal | OP | 2/1/1970 | | 2,500 | Arena Off | 15.6% | PROD |
| SOUTH TIMBALIER 176 | ST 161 | G01248 | Federal | OP | 6/1/1962 | | 5,000 | Arena Off | 25.0% | PROD |
| $0 Liability | ST 166 | G01252 | Federal | OP | 6/1/1962 | 8/27/2013 | 5,000 | Apache | 100.0% | TERMIN |
| $0 Liability | ST 173 | G04001 | Federal | RT | 3/1/1979 | 8/27/2013 | 5,000 | Apache | 100.0% | TERMIN |
| $0 Liability | ST 179 | G12020 | Federal | RT | 6/1/1990 | 8/27/2015 | 5,000 | Fieldwood En Off | 50.0% | TERMIN |
| $0 Liability | ST 179 | G12020 | Federal | OP | 6/1/1990 | 8/27/2015 | 5,000 | Fieldwood En Off | 68.8% | TERMIN |
| $0 Liability | ST 190 | G01261 | Federal | RT | 6/1/1962 | 9/27/2014 | 5,000 | Black Elk En Off Op | 40.0% | TERMIN |
| $0 Liability | ST 190 | G01261 | Federal | OP | 6/1/1962 | 9/27/2014 | 5,000 | Black Elk En Off Op | 40.0% | TERMIN |
| $0 Liability | ST 194 | G05610 | Federal | RT | 7/1/1983 | 1/5/2015 | 5,000 | Fieldwood En | 20.0% | TERMIN |
| $0 Liability | ST 203 | G01269 | Federal | OP 1 | 6/1/1962 | 5/25/2014 | 5,000 | Black Elk En Off Op | 40.0% | TERMIN |
| $0 Liability | ST 203 | G01269 | Federal | OP 2 | 6/1/1962 | 5/25/2014 | 5,000 | Black Elk En Off Op | 20.0% | TERMIN |
| $0 Liability | ST 203 | G01269 | Federal | RT | 6/1/1962 | 5/25/2014 | 5,000 | Black Elk En Off Op | 40.0% | TERMIN |
| SOUTH TIMBALIER 205/206 | ST 205 | G05612 | Federal | RT | 7/1/1983 | 04/13/2021 | 5,000 | Fieldwood En | 50.0% | PROD TERMIN |
| SOUTH TIMBALIER 205/206 | ST 205 | G05612 | Federal | OP 3 | 7/1/1983 | 04/13/2021 | 5,000 | Fieldwood En | 75.0% | PROD TERMIN |
| SOUTH TIMBALIER 205/206 | ST 205 | G05612 | Federal | OP 4 | 7/1/1983 | 04/13/2021 | 5,000 | Fieldwood En | 100.0% | PROD TERMIN |
| SOUTH TIMBALIER 205/206 | ST 205 | G05612 | Federal | OP 7 | 7/1/1983 | 04/13/2021 | 5,000 | Fieldwood En | 50.0% | PROD TERMIN |
| SOUTH TIMBALIER 205/206 | ST 205 | G05612 | Federal | OP 6 | 7/1/1983 | 04/13/2021 | 5,000 | Fieldwood En | 75.0% | PROD TERMIN |
| SOUTH TIMBALIER 205/206 | ST 205 | G05612 | Federal | OP 5 | 7/1/1983 | 04/13/2021 | 5,000 | Fieldwood En | 50.0% | PROD TERMIN |
| SOUTH TIMBALIER 205/206 | ST 206 | G05613 | Federal | RT | 7/1/1983 | 1/31/2015 | 5,000 | Fieldwood En | 50.0% | TERMIN |
| $0 Liability | ST 228 | G32217 | Federal | RT | 8/1/2008 | 7/31/2013 | 5,000 | Eni US Op | 40.0% | EXPIR |
| SOUTH TIMBALIER 229 | ST 229 | G13938 | Federal | OP | 7/1/1993 | | 2,148 | W & T Off | 33.3% | PROD |
| $0 Liability | ST 244 | G34341 | Federal | RT | 10/1/2012 | 9/16/2016 | 4,572 | Apache Shelf Exp | 100.0% | RELINQ |
| *No FW lease ownership | ST 26 | G01361 | Federal | RT | 5/1/1964 | | 625 | Cox Op | 50.0% | UNIT |
| *No FW lease ownership | ST 26 | G01870 | Federal | RT | 11/1/1968 | | 1,875 | Cox Op | 50.0% | UNIT |
| *No FW lease ownership | ST 26 | G02620 | Federal | RT | 5/1/1974 | | 2,500 | Cox Op | 50.0% | UNIT |
| SOUTH TIMBALIER 276/295/296 | ST 276 | G07780 | Federal | RT | 8/1/1985 | | 5,000 | Eni US Op | 100.0% | UNIT |
| SOUTH TIMBALIER 276/295/296 | ST 276 | G07780 | Federal | OP | 8/1/1985 | | 5,000 | Eni US Op | 100.0% | UNIT |
| EWING BANK 826/782 / SOUTH TIMBALIER 291 | ST 290 | G16454 | Federal | RT | 4/24/1996 | 1/5/2010 | 5,000 | Fieldwood En | 100.0% | TERMIN |
| EWING BANK 826/782 / SOUTH TIMBALIER 291 | ST 291 | G16455 | Federal | RT | 9/1/1996 | | 5,000 | Fieldwood En | 100.0% | PROD |
| EWING BANK 826/782 / SOUTH TIMBALIER 291 | ST 291 | G16455 | Federal | OP | 9/1/1996 | | 5,000 | Fieldwood En | 100.0% | PROD |
| SOUTH TIMBALIER 276/295/296 | ST 295 | G05646 | Federal | RT | 7/1/1983 | | 5,000 | Fieldwood En | 100.0% | UNIT |
| SOUTH TIMBALIER 276/295/296 | ST 296 | G12981 | Federal | RT | 5/1/1991 | | 5,000 | Fieldwood En | 100.0% | UNIT |
| SOUTH TIMBALIER 276/295/296 | ST 296 | G12981 | Federal | OP | 5/1/1991 | | 5,000 | Fieldwood En | 100.0% | UNIT |
| SOUTH TIMBALIER 311 | ST 311 | G31418 | Federal | RT | 3/1/2008 | | 5,000 | Walter O&G | 45.0% | PROD |
| SOUTH TIMBALIER 316 | ST 316 | G22762 | Federal | RT | 6/1/2001 | | 4,435 | W & T Off | 20.0% | PROD |
| SOUTH TIMBALIER 311 | ST 320 | G24990 | Federal | RT | 5/1/2003 | | 5,000 | W & T Off | 11.3% | PROD |
| $0 Liability | ST 47 | G33652 | Federal | RT | 7/1/2010 | 4/30/2015 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| SOUTH TIMBALIER 49 | ST 49 | G24956 | Federal | RT | 6/1/2003 | | 5,000 | Fieldwood En | 100.0% | PROD |
| SOUTH TIMBALIER 49 | ST 49 | G24956 | Federal | OP | 6/1/2003 | | 5,000 | Fieldwood En | 100.0% | PROD |
| $0 Liability | ST 50 | G34331 | Federal | RT | 8/1/2012 | 7/7/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| SOUTH TIMBALIER 53/67/68 | ST 53 | G04000 | Federal | RT | 3/1/1979 | | 5,000 | Fieldwood En | 50.0% | PROD |
| SOUTH TIMBALIER 53/67/68 | ST 53 | G04000 | Federal | OP 1 | 3/1/1979 | | 5,000 | Fieldwood En | 50.0% | PROD |
| $0 Liability | ST 59 | G31404 | Federal | RT | 2/1/2008 | 1/17/2014 | 5,000 | LLOG Exp Off | 25.0% | RELINQ |
| $0 Liability | ST 64 | G33106 | Federal | RT | 7/1/2009 | 6/30/2014 | 5,000 | Apache Shelf Exp | 100.0% | EXPIR |
| SOUTH TIMBALIER 53/67/68 | ST 67 | 00020 | Federal | CONT | 4/25/1947 | | | Fieldwood En | 79.7% | UNIT |
| SABINE PASS 10 | SX 17 | G04143 | Federal | RT | 10/1/1979 | 9/30/2013 | 2,042 | Apache | 92.3% | RELINQ |
| SABINE PASS 10 | SX 17 | G04143 | Federal | OP | 10/1/1979 | 9/30/2013 | 2,042 | Apache | 20.0% | RELINQ |
| $0 Liability | VK 118 | G33697 | Federal | RT | 5/1/2010 | 4/30/2015 | 5,760 | Apache Shelf Exp | 75.0% | EXPIR |
| VIOSCA KNOLL 203/204 | VK 203 | G07890 | Federal | RT | 7/1/1985 | 11/29/2019 | 5,760 | Talos ERT | 33.3% | TERMIN |
| VIOSCA KNOLL 203/204 | VK 203 | G07890 | Federal | OP | 7/1/1985 | 11/29/2019 | 5,760 | Talos ERT | 33.3% | TERMIN |
| VIOSCA KNOLL 203/204 | VK 204 | G04921 | Federal | RT | 12/1/1981 | 11/29/2019 | 5,760 | Talos ERT | 33.3% | TERMIN |
| VIOSCA KNOLL 203/204 | VK 204 | G04921 | Federal | OP | 12/1/1981 | 11/29/2019 | 5,760 | Talos ERT | 33.3% | TERMIN |
| VIOSCA KNOLL 251/340/384 | VK 251 | G10930 | Federal | OP | 7/1/1989 | | 5,760 | Fieldwood En Off | 7.5% | UNIT |
| VIOSCA KNOLL 251/340/384 | VK 340 | G10933 | Federal | OP | 7/1/1989 | | 5,760 | Fieldwood En Off | 7.5% | UNIT |
| VIOSCA KNOLL 251/340/384 | VK 384 | G16541 | Federal | OP | 6/1/1996 | 2/8/2014 | 5,760 | Chevron USA | 20.0% | TERMIN |
| MAIN PASS 259/260 / VIOSCA KNOLL 693/694 | VK 692/693 | G07898 | Federal | RT | 9/1/1985 | 7/11/2020 | 4,773 | Fieldwood En | 56.9% | TERMIN |
| MAIN PASS 259/260 / VIOSCA KNOLL 693/694 | VK 694 | G13055 | Federal | RT | 7/1/1991 | 7/11/2020 | 3,214 | Fieldwood En | 53.1% | TERMIN |
| MAIN PASS 259/260 / VIOSCA KNOLL 693/694 | VK 694 | G13055 | Federal | OP | 7/1/1991 | 7/11/2020 | 3,214 | Fieldwood En | 92.1% | TERMIN |
| $0 Liability | VK 698 | G07901 | Federal | RT | 8/1/1985 | 2/20/2014 | 4,996 | Fieldwood En | 52.4% | TERMIN |
| $0 Liability | VK 736 | G13987 | Federal | RT | 7/1/1993 | 12/12/2013 | 4,742 | Fieldwood En | 100.0% | TERMIN |
| VIOSCA KNOLL 780 | VK 780 | G06884 | Federal | RT | 6/1/1984 | 12/12/2013 | 5,760 | Fieldwood En | 100.0% | TERMIN |
| VIOSCA KNOLL 780 | VK 824 | G15436 | Federal | RT | 9/1/1995 | 8/20/2013 | 5,760 | Apache | 100.0% | RELINQ |
| $0 Liability | VK 856 | G34872 | Federal | RT | 7/1/2013 | 6/21/2017 | 877 | Apache Shelf Exp | 75.0% | RELINQ |
| $0 Liability | VK 899 | G34408 | Federal | RT | 8/1/2012 | 7/31/2017 | 1,553 | Apache Shelf Exp | 100.0% | EXPIR |
| $0 Liability | VK 115 | G33593 | Federal | RT | 6/1/2010 | 4/30/2015 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | VK 128 | G33594 | Federal | RT | 6/1/2010 | 4/30/2015 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| *No FW lease ownership | VK 131 | 00775 | Federal | OP | 5/1/1960 | 7/20/2020 | 4,923 | Talos En Off | 72.5% | TERMIN |
| $0 Liability | VK 146 | G33084 | Federal | RT | 7/1/2009 | 6/30/2014 | 5,000 | Apache Shelf Exp | 100.0% | EXPIR |
| $0 Liability | VK 156 | G34251 | Federal | RT | 10/1/2012 | 7/24/2015 | 5,000 | Apache Shelf Exp | 100.0% | TERMIN |
| $0 Liability | VK 160 | G34252 | Federal | RT | 10/1/2012 | 7/24/2015 | 5,000 | Apache Shelf Exp | 100.0% | TERMIN |
| $0 Liability | VK 161 | G34253 | Federal | RT | 10/1/2012 | 7/24/2015 | 4,868 | Apache Shelf Exp | 100.0% | TERMIN |
| VERMILION 252 | VR 252 | G05431 | Federal | ORRI | 7/1/1983 | | 4,454 | Castex Off | 2.0% | PROD |
| VERMILION 253 | VR 26 | G17912 | Federal | ORRI | 7/1/1997 | | 5,000 | Castex Off | 0.6% | PROD |
| $0 Liability | VR 26 | 00297 | Federal | OP 1 | 11/26/1946 | 9/12/2013 | 4,646 | Apache Shelf | 50.0% | TERMIN |
| $0 Liability | VR 26 | 00297 | Federal | OP 2 | 11/26/1946 | 9/12/2013 | 4,646 | Apache Shelf | 25.0% | TERMIN |
| $0 Liability | VR 26 | 00297 | Federal | RT | 11/26/1946 | 9/12/2013 | 4,646 | Apache Shelf | 50.0% | TERMIN |
| VERMILION 261/262 | VR 261 | G03328 | Federal | RT | 4/1/1976 | 8/10/2020 | 5,429 | Fieldwood En | 75.0% | TERMIN |
| VERMILION 261/262 | VR 261 | G03328 | Federal | OP | 4/1/1976 | 8/10/2020 | 5,429 | Fieldwood En | 37.5% | TERMIN |
| VERMILION 261/262 | VR 261 | G03328 | Federal | ORRI | 4/1/1976 | | 5,429 | Fieldwood En | 6.3% | TERMIN |
| VERMILION 261/262 | VR 262 | G34257 | Federal | RT | 10/1/2012 | 7/7/2017 | 5,485 | Fieldwood En | 75.0% | RELINQ |
| VERMILION 261/265 | VR 265 | G01955 | Federal | RT | 1/1/1970 | 02/10/2021 | 5,000 | Fieldwood En | 50.0% | SOP EXPIR |
| $0 Liability | VR 27 | G01329 | Federal | OP 2 | 12/1/1962 | 6/16/2013 | 1,902 | Apache Shelf | 25.0% | TERMIN |
| $0 Liability | VR 27 | G01329 | Federal | OP 1 | 12/1/1962 | 6/16/2013 | 1,902 | Apache Shelf | 25.0% | TERMIN |
| $0 Liability | VR 27 | G01329 | Federal | RT | 12/1/1962 | 6/16/2013 | 1,902 | Apache Shelf | 50.0% | TERMIN |
| VERMILION 271/272 / SMI 87/102 | VR 271 | G04800 | Federal | OP | 7/1/1983 | | 4,418 | Castex Off | 12.5% | PROD |
| VERMILION 326 | VR 326 | G21096 | Federal | RT | 6/1/1999 | 8/21/2020 | 5,000 | Fieldwood En | 70.3% | TERMIN |
| $0 Liability | VR 332 | G09514 | Federal | CONT | 3/30/1988 | | | Fieldwood En | 50.0% | PROD |
| $0 Liability | VR 34 | G01356 | Federal | OP 1 | 6/1/1964 | 6/16/2013 | 625 | Apache Shelf | 25.0% | TERMIN |
| $0 Liability | VR 34 | G01356 | Federal | OP 2 | 6/1/1964 | 6/16/2013 | 625 | Apache Shelf | 75.0% | TERMIN |
| $0 Liability | VR 34 | G01356 | Federal | RT | 6/1/1964 | 6/16/2013 | 625 | Apache Shelf | 100.0% | TERMIN |
| $0 Liability | VR 35 | 00548 | Federal | OP 1 | 9/1/1955 | 6/16/2013 | 2,500 | Apache Shelf | 75.0% | TERMIN |
| $0 Liability | VR 35 | 00548 | Federal | OP 2 | 9/1/1955 | 6/16/2013 | 2,500 | Apache Shelf | 25.0% | TERMIN |
| $0 Liability | VR 35 | 00549 | Federal | OP 1 | 9/1/1955 | 6/16/2013 | 2,500 | Apache Shelf | 75.0% | TERMIN |
| $0 Liability | VR 35 | 00549 | Federal | OP 2 | 9/1/1955 | 6/16/2013 | 2,500 | Apache Shelf | 25.0% | TERMIN |
| $0 Liability | VR 35 | 00548 | Federal | RT | 9/1/1955 | 6/16/2013 | 2,500 | Apache Shelf | 100.0% | TERMIN |
| $0 Liability | VR 35 | 00549 | Federal | RT | 9/1/1955 | 6/16/2013 | 2,500 | Apache Shelf | 100.0% | TERMIN |
| VERMILION 356 | VR 356 | G17921 | Federal | ORRI | 8/1/1997 | | 4,093 | EnVen En Vent | 2.6% | PROD |
| $0 Liability | VR 36 | G01357 | Federal | OP 2 | 6/1/1964 | 6/16/2013 | 625 | Apache Shelf | 75.0% | TERMIN |
| $0 Liability | VR 36 | G01357 | Federal | OP 1 | 6/1/1964 | 6/16/2013 | 625 | Apache Shelf | 25.0% | TERMIN |
| $0 Liability | VR 36 | G01357 | Federal | RT | 6/1/1964 | 6/16/2013 | 625 | Apache Shelf | 100.0% | TERMIN |
| Other (TBD) | VR 369 | G02274 | Federal | OP 4 | 2/1/1973 | | 5,000 | Renaissance Off | 23.2% | UNIT |
| Other (TBD) | VR 369 | G02274 | Federal | RT | 2/1/1973 | | 5,000 | Renaissance Off | 23.2% | UNIT |
| Other (TBD) | VR 369 | G02274 | Federal | Unit | 2/1/1973 | | 5,000 | Renaissance Off | 23.2% | UNIT |
| $0 Liability | VR 374 | G32153 | Federal | RT | 8/1/2008 | 7/31/2013 | 5,000 | Eni US Op | 100.0% | EXPIR |
| VERMILION 380/381 | VR 380 | G02580 | Federal | RT | 5/1/1974 | | 5,000 | Fieldwood En | 100.0% | PROD |
| VERMILION 380/381 | VR 381 | G16314 | Federal | RT | 9/1/1996 | 10/27/2015 | 5,000 | Fieldwood En | 80.0% | TERMIN |
| VERMILION 380/381 | VR 381 | G16314 | Federal | OP | 9/1/1996 | 10/27/2015 | 5,000 | Fieldwood En | 80.0% | TERMIN |
| $0 Liability | VR 386 | G02278 | Federal | RT A | 2/1/1973 | | 5,000 | Marathon Oil | 30.2% | UNIT |
| $0 Liability | VR 386 | G02278 | Federal | RT B | 2/1/1973 | | 5,000 | Marathon Oil | 29.0% | UNIT |
| VERMILION 408 | VR 408 | G15212 | Federal | RT | 7/1/1995 | | 5,000 | Fieldwood En | 12.5% | PROD OP |
| VERMILION 408 | VR 408 | G15212 | Federal | OP | 7/1/1995 | | 5,000 | Fieldwood En | 12.5% | PROD OP |
| WEST CAMERON 71/72/102 | WC 102 | 00247 | Federal | RT | 9/9/1946 | | 5,000 | Fieldwood En | 20.0% | TERMIN |
| WEST CAMERON 110 | WC 110 | 00081 | Federal | RT | 6/10/1947 | | 5,000 | BP E&P | 50.0% | PROD |
| WEST CAMERON 110 | WC 110 | 00081 | Federal | OP | 6/10/1947 | | 5,000 | BP E&P | 37.5% | PROD |
| WEST CAMERON 110/111 | WC 111 | 00082 | Federal | RT | 6/10/1947 | | 1,250 | BP E&P | 50.0% | PROD |
| WEST CAMERON 110/111 | WC 111 | 00082 | Federal | OP | 6/10/1947 | | 1,250 | BP E&P | 37.5% | PROD |
| $0 Liability | WC 111 | G33046 | Federal | RT | 8/1/2009 | 7/31/2014 | 3,750 | Eni US Op | 25.0% | EXPIR |
| WEST CAMERON 144 | WC 144 | G12761 | Federal | RT | 3/1/1991 | | 5,000 | Eni US Op | 75.0% | TERMIN |
| WEST CAMERON 144 | WC 144 | G01953 | Federal | RT | 2/1/1970 | 4/1/2014 | 5,000 | Fieldwood En | 62.5% | TERMIN |
| WEST CAMERON 163 | WC 163 | G13114 | Federal | RT B | 2/1/2008 | 7/31/2013 | 5,000 | Apache | 100.0% | EXPIR |
| WEST CAMERON 163 | WC 163 | G05299 | Federal | RT A | 7/1/1983 | 12/1/2015 | 5,000 | Fieldwood En | 61.0% | TERMIN |
| WEST CAMERON 163 | WC 163 | G05299 | Federal | RT B | 7/1/1983 | 12/1/2015 | 5,000 | Fieldwood En | 56.2% | TERMIN |
| $0 Liability | WC 165 | 00758 | Federal | RT | 6/1/1960 | 12/30/2017 | 5,000 | Fieldwood En | 100.0% | TERMIN |
| $0 Liability | WC 172 | G01998 | Federal | OP 1 | 2/1/1971 | 10/18/2014 | 5,000 | Apache Shelf | 22.5% | TERMIN |
| $0 Liability | WC 172 | G01998 | Federal | OP 2 | 2/1/1971 | 10/18/2014 | 5,000 | Apache Shelf | 22.5% | TERMIN |
| $0 Liability | WC 172 | G01998 | Federal | OP 3 | 2/1/1971 | 10/18/2014 | 5,000 | Apache Shelf | 22.5% | TERMIN |
| $0 Liability | WC 172 | G01998 | Federal | OP 4 | 2/1/1971 | 10/18/2014 | 5,000 | Apache Shelf | 22.5% | TERMIN |
| $0 Liability | WC 172 | G01998 | Federal | OP 11 | 2/1/1971 | 10/18/2014 | 5,000 | Apache Shelf | 22.5% | TERMIN |
| $0 Liability | WC 172 | G01998 | Federal | OP 12 | 2/1/1971 | 10/18/2014 | 5,000 | Apache Shelf | 22.5% | TERMIN |
| $0 Liability | WC 181 | G33558 | Federal | RT | 6/1/2010 | 4/30/2015 | 2,500 | Apache Shelf Exp | 100.0% | RELINQ |
| $0 Liability | WC 194 | G33560 | Federal | RT | 6/1/2010 | 4/30/2015 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ |
| *No FW asset ownership | WC 20 | 00680 | Federal | OP | 8/1/1959 | | 1,873 | Sanare En Part | 50.0% | PROD |
| $0 Liability | WC 210 | G34216 | Federal | RT | 10/1/2012 | 3/3/2016 | 5,000 | Apache | 100.0% | RELINQ |
| $0 Liability | WC 225 | G00900 | Federal | OP 3 | 5/1/1964 | 3/14/2018 | 5,000 | Tarpon O&D | 75.7% | TERMIN |
| WEST CAMERON 269 | WC 269 | G13563 | Federal | RT | 8/1/1992 | 8/11/2020 | 5,000 | Sanare En Part | 33.3% | TERMIN |
| WEST CAMERON 289/290/294 | WC 290 | G04818 | Federal | OP 1 | 5/1/1981 | 7/21/2020 | 5,000 | Fieldwood En Off | 75.0% | TERMIN |
| WEST CAMERON 289/290/294 | WC 290 | G04818 | Federal | RT | 5/1/1981 | 7/21/2020 | 5,000 | Fieldwood En Off | 75.0% | TERMIN |
| $0 Liability | WC 291 | G04397 | Federal | RT | 11/1/1980 | 7/16/2013 | 5,000 | Apache | 100.0% | TERMIN |
| WEST CAMERON 289/290/294 | WC 294 | G04397 | Federal | OP 1 | 11/1/1980 | 7/21/2020 | 5,000 | Apache | 100.0% | TERMIN |
| WEST CAMERON 295 | WC 295 | G24730 | Federal | RT | 5/1/2003 | | 5,000 | Fieldwood En | 20.6% | PROD OP |
| $0 Liability | WC 300 | G15078 | Federal | RT | 7/1/1995 | 12/21/2013 | 5,000 | SandRidge En Off | 14.0% | TERMIN |

| Field | Block | Lease | Type | Rights | Date Le Eff | Date Le Exp | Le Cur Acres | Operator | WI | Lease Status | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 Liability | WC 300 | G15078 | Federal | OP | 7/1/1995 | 12/21/2013 | 5,000 | Sandfidge En Off | 24.4% | TERMIN | |
| $0 Liability | WC 310 | G17789 | Federal | RT | 8/1/1997 | 6/3/2016 | 5,000 | Fieldwood En | 100.0% | TERMIN | |
| $0 Liability | WC 310 | G17789 | Federal | OP | 8/1/1997 | 6/3/2016 | 5,000 | Fieldwood En | 73.7% | TERMIN | |
| WEST CAMERON 33 | WC 33 | G15050 | Federal | RT | 7/1/1995 | 06/23/2021 | 2,891 | Fieldwood En | 100.0% | PROD TERMIN | |
| WEST CAMERON 35/65/66 | WC 34 | G03251 | Federal | RT | 9/1/1975 | 6/1/2012 | 4,506 | Apache | 100.0% | TERMIN | |
| WEST CAMERON 35/65/66 | WC 35 | G02819 | Federal | RT | 12/1/1974 | 11/3/2013 | 4,688 | Apache | 100.0% | TERMIN | |
| WEST CAMERON 35/65/66 | WC 35 | G02819 | Federal | OP | 12/1/1974 | 11/3/2013 | 4,688 | Apache | 100.0% | TERMIN | |
| WEST CAMERON 35/65/66 | WC 35, WC 66 | G01860 | Federal | OP 2 | 1/1/1969 | | 1,563 | BP E&P | 100.0% | PROD | |
| WEST CAMERON 35/65/66 | WC 35/66 | G01860 | Federal | RT | 1/1/1969 | | 1,563 | BP E&P | 100.0% | PROD | |
| $0 Liability | WC 401 | G07619 | Federal | RT | 7/1/1985 | 9/27/2015 | 5,000 | ConocoPhillips | 33.3% | TERMIN | |
| $0 Liability | WC 576 | G33061 | Federal | RT | 6/1/2009 | 5/31/2014 | 5,000 | Apache Shelf Exp | 100.0% | EXPIR | |
| $0 Liability | WC 624 | G33064 | Federal | RT | 6/1/2009 | 5/31/2014 | 5,000 | Apache Shelf Exp | 100.0% | EXPIR | |
| WEST CAMERON 35/65/66 | WC 65 | G02825 | Federal | RT | 12/1/1974 | | 5,000 | BP E&P | 81.3% | PROD | |
| WEST CAMERON 35/65/66 | WC 65 | G02825 | Federal | RT | 12/1/1974 | | 5,000 | BP E&P | 100.0% | PROD | |
| WEST CAMERON 35/65/66 | WC 65 | G02825 | Federal | OP | 12/1/1974 | | 5,000 | BP E&P | 100.0% | PROD | |
| $0 Liability | WC 650 | G34217 | Federal | RT | 10/1/2012 | 9/19/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ | |
| $0 Liability | WC 656 | G34218 | Federal | RT | 10/1/2012 | 9/19/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ | |
| $0 Liability | WC 657 | G34219 | Federal | RT | 10/1/2012 | 9/19/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ | |
| WEST CAMERON 35/65/66 | WC 66 | G02826 | Federal | OP 2 | 12/1/1974 | | 3,750 | Fieldwood En | 75.0% | PROD | |
| WEST CAMERON 35/65/66 | WC 66 | G02826 | Federal | OP | 12/1/1974 | | 3,750 | Fieldwood En | 75.0% | PROD | |
| WEST CAMERON 35/65/66 | WC 67 | G03256 | Federal | OP 1 | 9/1/1975 | 2/8/2008 | 5,000 | Apache | 100.0% | TERMIN | |
| WEST CAMERON 35/65/66 | WC 67 | G03256 | Federal | OP 2 | 9/1/1975 | 2/8/2008 | 5,000 | Apache | 66.6% | TERMIN | |
| $0 Liability | WC 68 | 00526 | Federal | RT | 9/1/1955 | 9/3/2014 | 2,500 | BP Am Prod | 50.0% | TERMIN | |
| WEST CAMERON 35/65/66 | WC 71 | 00244 | Federal | RT | 9/9/1946 | 12/19/2019 | 5,000 | Fieldwood En | 100.0% | TERMIN | |
| WEST CAMERON 71/72/102 | WC 72 | G23735 | Federal | RT | 7/1/2002 | | 5,000 | Fieldwood En Off | 25.0% | PROD | |
| *No FW asset ownership | WC 73 | G23736 | Federal | OP | 7/1/2002 | | 5,000 | Castex Off | 0.0% | PROD | |
| $0 Liability | WC 99 | G34213 | Federal | RT | 8/1/2012 | 7/7/2016 | 5,000 | Apache Shelf Exp | 100.0% | RELINQ. | |
| WEST DELTA 90/103 | WD 103 | 00840 | Federal | RT | 5/1/1960 | | 3,984 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 90/103 | WD 103 | G12360 | Federal | OP 1 | 5/1/1960 | | 1,016 | Fieldwood En | 81.3% | PROD | |
| WEST DELTA 104/105 | WD 104 | 00841 | Federal | RT | 5/1/1960 | | 5,000 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 104/105 | WD 104 | 00841 | Federal | OP 1 | 5/1/1960 | | 5,000 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 104/105 | WD 104 | 00841 | Federal | OP 2 | 5/1/1960 | — | 5,000 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 104/105 | WD 104 | 00841 | Federal | OP 3 | 5/1/1960 | — | 5,000 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 104/105 | WD 104 | 00841 | Federal | OP 5 | 5/1/1960 | — | 5,000 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 104/105 | WD 105 | 00842 | Federal | RT | 5/1/1960 | | 5,000 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 104/105 | WD 105 | 00842 | Federal | OP 3 | 5/1/1960 | | 5,000 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 104/105 | WD 105 | 00842 | Federal | OP 4 | 5/1/1960 | | 5,000 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 104/105 | WD 105 | 00842 | Federal | OP 5 | 5/1/1960 | | 5,000 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 104/105 | WD 105 | 00842 | Federal | OP 6 | 5/1/1960 | | 5,000 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 121/122 | WD 121 | G19843 | Federal | OP 1 | 8/1/1998 | | 5,000 | Fieldwood En | 84.0% | PROD | |
| WEST DELTA 121/122 | WD 122 | G13645 | Federal | OP 1 | 8/1/1992 | | 5,000 | Fieldwood En | 84.0% | PROD | |
| WEST DELTA 121/122 | WD 122 | G13645 | Federal | OP 2 | 8/1/1992 | | 5,000 | Fieldwood En | 84.0% | PROD | |
| WEST DELTA 121/122 | WD 122 | G13645 | Federal | RT | 8/1/1992 | | 5,000 | Fieldwood En | 84.0% | PROD | |
| SOUTH PASS 87/89 / WEST DELTA 128 | WD 128 | G10883 | Federal | RT | 6/1/1989 | 8/2/2020 | 5,000 | Fieldwood En | 100.0% | TERMIN | |
| WEST DELTA 133 | WD 133 | G1106 | Federal | ORRI | 5/1/1962 | | | Arena Off | 1.0% | PROD | |
| WEST DELTA 133 | WD 133 | G1106 | Federal | RT | 5/1/1962 | | | Arena Off | 7.2% | PROD | |
| WEST DELTA 133 | WD 133 | G01106 | Federal | RT | 5/1/1962 | — | 5,000 | Arena Off | 100.0% | PROD | |
| $0 Liability | WD 34 | G03414 | Federal | RT | 1/1/1977 | 3/20/2017 | 2,500 | Fieldwood En | 76.7% | TERMIN | |
| $0 Liability | WD 34 | G03414 | Federal | OP | 1/1/1977 | 3/20/2017 | 2,500 | Fieldwood En | 46.7% | TERMIN | |
| $0 Liability | WD 38 | G22772 | Federal | RT | 5/1/2001 | 9/13/2013 | 1,796 | Apache | 87.5% | TERMIN | |
| $0 Liability | WD 38 | G22772 | Federal | OP | 5/1/2001 | 9/13/2013 | 1,796 | Apache | 43.8% | TERMIN | |
| $0 Liability | WD 41 | G01073 | Federal | RT | 3/1/1962 | 10/25/2013 | 5,000 | Apache | 100.0% | TERMIN | |
| $0 Liability | WD 41 | G01073 | Federal | OP | 3/1/1962 | 10/25/2013 | 5,000 | Apache | 50.0% | TERMIN | |
| $0 Liability | WD 42 | G16470 | Federal | RT | 9/1/1996 | 1/26/2014 | 5,000 | Fieldwood En | 100.0% | TERMIN | |
| $0 Liability | WD 42 | G16470 | Federal | OP | 9/1/1996 | 1/26/2014 | 5,000 | Fieldwood En | 50.0% | TERMIN | |
| | WD 53 | 17935 | SL-LA | WI | 10/13/2003 | 1/27/2015 | — | Whitney Oil | 33.3% | TERMIN | |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 67 | 00179 | Federal | RT | 7/17/1948 | | 2,500 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 67 | 00179 | Federal | OP 2 | 7/17/1948 | | 2,500 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 68 | 00180 | Federal | RT | 7/17/1948 | | 1,833 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 68 | 00180 | Federal | OP 2 | 7/17/1948 | | 1,833 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 69 | 00181 | Federal | RT | 7/17/1948 | | 3,665 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 69 | 00181 | Federal | OP 2 | 7/17/1948 | | 3,665 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 70 | 00182 | Federal | RT | 7/17/1948 | | 5,000 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 70 | 00182 | Federal | OP 2 | 7/17/1948 | | 5,000 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 71 | 00838 | Federal | RT | 4/1/1960 | | 5,000 | GOM Shelf | 75.0% | UNIT | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 71 | 00838 | Federal | OP 2 | 4/1/1960 | | 5,000 | GOM Shelf | 37.5% | UNIT | GOM Shelf |
| WEST DELTA 75/90 | WD 75 | G01085 | Federal | RT | 6/1/1962 | | 5,000 | Fieldwood En | 100.0% | PROD | |
| WEST DELTA 90/103 | WD 90 | G01089 | Federal | OP 3 | 5/1/1962 | | 5,000 | Fieldwood En | 81.3% | PROD | |
| WEST DELTA 90/103 | WD 90 | G01089 | Federal | RT | 6/1/1962 | | 5,000 | Fieldwood En | 100.0% | PROD | |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 94 | 00839 | Federal | OP 2 | 5/1/1960 | | 5,000 | GOM Shelf | 75.0% | PROD | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 94 | 00839 | Federal | OP 2 | 5/1/1960 | | 5,000 | GOM Shelf | 37.5% | PROD | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 95 | G01497 | Federal | RT | 12/1/1966 | | 5,000 | GOM Shelf | 75.0% | PROD | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 95 | G01497 | Federal | OP 2 | 12/1/1966 | | 3,665 | GOM Shelf | 37.5% | PROD | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 96 | G01498 | Federal | RT | 12/1/1966 | | 3,665 | GOM Shelf | 75.0% | PROD | GOM Shelf |
| GRAND ISLE 43 (GI32-52/ WD67-71, 94-96) | WD 96 | G01498 | Federal | OP 2 | 12/1/1966 | | 3,665 | GOM Shelf | 37.5% | PROD | GOM Shelf |

Exhibit I-A(ii)

Exhibit I-A(ii)

| Lease / ROW / RUE | Status | Area | Block | Depths | Area / Aliquot | Leasehold | Wi |
|---|---|---|---|---|---|---|---|
| G06069 | TERMIN | Brazos Area | 491 | 6891 to 99999 | All | Operating Rights | 50.00000% |
| G01757 | PROD | Brazos Area | A0105 | 14090 to 99999 | NE/4,S/2 | Operating Rights | 6.25000% |
| G02665 | PROD | Brazos Area | A-133 | Below 13,840' MD | SE/4 | Operating Rights | 12.50000% |
| G13576 | SOP | East Cameron | 71 | 14,645' to 99,999' | N/2N/2, N/2S/2N/2, S/2SW/4NW/4, SW/4SE/4NW/4, W/2SW/4, W/2E/2SW/4, SE/4SE/4SW/4 and S/2S/2SE/4 | Operating Rights | 50.00000% |
| G13576 | SOP | East Cameron | 71 | 10,400' to 99,999' | N/2SE/4, N/2S/2SE/4, S/2S/2NE/4, SE/4SE/4NW/4, E/2NE/4NW/4, NE/4SE/4SW/4 | Operating Rights | 100.00000% |
| G02063 | PROD | East Cameron | 338 | 7,244' TVDSS to 99,999' | All | Operating Rights | 7.83469% |
| G01440 | PROD | East Cameron | 9 & 14 | 15199 to 99999 | SE/4,E/2SW/4 | Operating Rights | 50.00000% |
| 49 | PROD | Eugene Island | 119 | 15,410' TVDSS to 99,999' | NW/4 | Operating Rights | 25.00000% |
| 49 | PROD | Eugene Island | 119 | 15,410' TVDSS to 99,999' | SW/4, E/2 | Operating Rights | 20.00000% |
| 50 | PROD | Eugene Island | 120 | 14,136' to 99,999 | All | Operating Rights | 50.00000% |
| 51 | OPERNS | Eugene Island | 125 | 13,334' to 99,999 | All | Operating Rights | 50.00000% |
| 52 | PROD | Eugene Island | 126 | 9,400 to 99,999 | SE/4NE/4,NE/4SE/4 | Operating Rights | 100.00000% |
| 52 | PROD | Eugene Island | 126 | 12,056 to 99,999 | W/2,W/2E/2,NE/4NE/4,SE/4SE/4 | Operating Rights | 50.00000% |
| G03152 | PROD | Eugene Island | 136 | 19,135' to 99,999 | All | Operating Rights | 50.00000% |
| G01220 | PROD | Eugene Island | 158 | 17,588 to 99,999 | All | Operating Rights | 50.00000% |
| G13622 | PROD | Eugene Island | 173 | 14,097' to 99,999 | All | Operating Rights | 50.00000% |
| G03782 | PROD | Eugene Island | 174 | from the stratigraphic equivalent of 100' below a true vertical depth of 10,960' as encountered in the Newfield Exploration Company OCSG 3782 Well No. A10 to 99,999' TVDSS | SW/4 | Operating Rights | 100.00000% |
| G03782 | PROD | Eugene Island | 174 | 12,431' TVDSS to 99,999' | N/2,SE/5 | Operating Rights | 50.00000% |
| 438 | PROD | Eugene Island | 175 | 13,032 to 99,999 | All | Operating Rights | 37.50000% |
| G10736 | PROD | Eugene Island | 187 | 17,170' to 99,999 | All | Operating Rights | 50.00000% |
| 423 | PROD | Eugene Island | 189 | 13,638' to 99,999 | W/2,W/2E/2 | Operating Rights | 50.00000% |
| G05502 | UNIT | Eugene Island | 211 | surface to 99,999' | SE/4SE/4; E/2SW/4SE/4 | Operating Rights | 66.66667% |
| G05504 | PROD | Eugene Island | 224 | 18,000' to 99,999' | All | Operating Rights | 15.00000% |
| G22679 | TERMIN | Eugene Island | 312 | 9,000' TVD to 99,999' TVDSS | E/2NW/4,W/2NE/4 | Operating Rights | 50.00000% |
| G22679 | TERMIN | Eugene Island | 312 | 9,015' TVDSS to 99,999' | W/2NW/4,E/2NE/4,S/3 | Operating Rights | 50.00000% |
| G02112 | TERMIN | Eugene Island | 315 | 25,000' SS TVD down to 99,999' | N/2 | Operating Rights | 25.00000% |
| G24912 | PROD | Eugene Island | 315 | 8,000' subsea to 99,999' | S/2 | Operating Rights | 50.00000% |
| G05040 | PROD | Eugene Island | 316 | 7,739' TVDSS to 99,999' | All | Operating Rights | 50.00000% |
| G02912 | TERMIN | Eugene Island | 329 | from 7,871' TVDSS to 99,999' | All | Operating Rights | 50.00000% |
| G02115 | UNIT | Eugene Island | 330 | 8,329' TVDSS to 99,999' | SW/4, SW/4NW/4, S/2SE/4NW/4, NW/4SE/4NW/4, SW/4SE/4, S/2SE/4NW/4, NW/4NW/4SE/4, SW/4SE/4, S/2SW/4SE/4, NW/4NW/4SE/4, S/2SE/4SE/4 and NW/4SE/4SE/4 | Operating Rights | 21.00000% |
| G02115 | UNIT | Eugene Island | 330 | 8,329' TVDSS to 99,999' | SW/4, SW/4NW/4, S/2SW/4NW/4, NW/4NW/4NW/4, S/2SE/4NW/4, NW/4SE/4NW/4, SW/4SE/4, S/2SW/4SE/4, NW/4NW/4SE/4, S/2SE/4SE/4 and NW/4SE/4SE/4 | Operating Rights | 11.51246% |
| G02317 | TERMIN | Eugene Island | 333 | 12,629' TVDSS to 99,999' TVDSS | All | Operating Rights | 50.00000% |
| G15263 | TERMIN | Eugene Island | 334 | 12,629' TVDSS to 99,999' TVDSS | All | Operating Rights | 50.00000% |
| G03332 | UNIT | Eugene Island | 337 | 7,026' TVD to 99,999' TVDSS. | NE/4NE/4NE/4 | Operating Rights | 98.00000% |
| G03332 | UNIT | Eugene Island | 337 | 6,020' TVDSS to 99,999' | SW/4SE/4SE/4, S/2SW/4SW/4 | Operating Rights | 100.00000% |
| G03332 | UNIT | Eugene Island | 337 | 12,455' TVDSS to 99,999' | SE/4SW/4, W/2SE/4, and SW/4NE/4 | Operating Rights | 50.00000% |
| G14482 | PROD | Eugene Island | 346 | 13,469' TVDSS to 99,999' TVDSS | N/2NW/4, SE/4NW/4, NE/4SW/4NW/4, E/2SW/4, E/2SW/4SW/4 and SE/4 | Operating Rights | 50.00000% |
| G14482 | PROD | Eugene Island | 346 | 7,511' TVD to 99,999' TVDSS | NE/4 | Operating Rights | 100.00000% |
| G14482 | PROD | Eugene Island | 346 | from the stratigraphic equivalent of 12,890' TVD, being the total depth drilled in the Eugene Island Area, South Addition, Block 346, OCSG 14482, B1 Well plus 100 feet being 12,990' TVD to 99,999' TVDSS | W/2SW/4NW/4, SE/4SW/4NW/4, NW/4SW/4, and W/2SW/4SW/4 | Operating Rights | 100.00000% |
| G10752 | PROD | Eugene Island | 354 | 9,669' TVDSS to 99,999' | S/2, S/2N/2 and NE/4NE/4 | Operating Rights | 50.00000% |
| G02324 | PROD | Eugene Island | 361 | 5,220' TVDSS to 99,999' TVDSS | All | Operating Rights | 6.17647% |
| G11470 | PROD | Ewing Bank | 782 | 12,960' TVDSS to 99,999 | All | Operating Rights | 50.00000% |
| G03228 | UNIT | Galveston | 180 | 8,900' to 99,999 | All | Operating Rights | 50.00000% |
| G25524 | PROD | Galveston | 210 | 100' below the stratigraphic equivalent of 10,200' TD to 99,999' TVDSS | N/2NE/4 | Operating Rights | 33.34000% |
| G25524 | PROD | Galveston | 210 | 9,636' to 99,999 | S/2NE/4, NW/4 and S/2 | Operating Rights | 33.34000% |
| 174 | UNIT | Grand Isle | 32 | depths below 18,000' subsea (TVDS) to 99,999' subsea (TVDS). | S/2 | Operating Rights | 18.75000% |
| 126 | UNIT | Grand Isle | 39 | below 18,000' subsea (TVDS) to 99,999' subsea (TVDS | E/2 | Operating Rights | 18.75000% |
| 127 | UNIT | Grand Isle | 39 | below 18,000' subsea (TVDS) to 99,999' subsea (TVDS | W/2 | Operating Rights | 18.75000% |
| 128 | UNIT | Grand Isle | 40 | 18,000' subsea (TVDS) to 99,999' | All | Operating Rights | 18.75000% |
| 129 | UNIT | Grand Isle | 41 | below 18,000' subsea (TVDS) to 99,999' subsea (TVDS | E/2 | Operating Rights | 18.75000% |
| 130 | UNIT | Grand Isle | 41 | 18,000' subsea (TVDS) to 99,999' subsea (TVDS | W/2 | Operating Rights | 18.75000% |
| 131 | UNIT | Grand Isle | 42 | below 18,000' subsea (TVDS) to 99,999' | All | Operating Rights | 18.75000% |
| 175 | UNIT | Grand Isle | 43 | 18,000' subsea (TVDS) to 99,999' | All | Operating Rights | 18.75000% |
| 176 | UNIT | Grand Isle | 44 | 18,000' subsea (TVDS) to 99,999' | N/2 | Operating Rights | 18.75000% |
| 132 | UNIT | Grand Isle | 46 | 18,000' subsea (TVDS) to 99,999' | All | Operating Rights | 18.75000% |
| 133 | UNIT | Grand Isle | 47 | 18,000' subsea (TVDS) to 99,999' | All | Operating Rights | 18.75000% |
| 134 | UNIT | Grand Isle | 48 | 18,000' subsea (TVDS) to 99,999' | N/2 | Operating Rights | 18.75000% |
| 177 | UNIT | Grand Isle | 52 | depths below 17,651' TVDSS down to 99,999' TVDSS | All | Operating Rights | 18.75000% |
| G13944 | UNIT | Grand Isle | 116 | 19,402' TVDSS to 99,999' TVDSS | All | Operating Rights | 50.00000% |
| G01848 | PROD | High Island | 129 | 15,418' TVDSS to 99,999' | W/2NW/4, SE/4NW/4, W/2NE/4NW/4,S/2 | Operating Rights | 45.00000% |
| G03236 | UNIT | High Island | 179 | 9,839' TVDSS to 99,999' | 2N/4NW/4,S/2 | Operating Rights | 50.00000% |
| G03236 | UNIT | High Island | 179 | 10,036' TVDSS to 99,999' | E/2N/2,E/2W/2N/2 | Operating Rights | 50.00000% |
| G02660 | PROD | High Island | 206 | 12,145' TVDSS to 99,999' | All | Operating Rights | 50.00000% |
| G25605 | PROD | High Island | A0341 | 8,847' TVDSS to 99,999' | All | Operating Rights | 30.00000% |
| G02750 | PROD | High Island | A0365 | 5,659' TVDSS to 99,999' | All | Operating Rights | 26.54255% |
| G02754 | PROD | High Island | A0376 | 11,850' TVDSS to 99,999' | N/2, SW/4, W/2SE/4, SE/4SE/4, W/2NE/4SE/4 and SE/4NE/4SE/4 | Operating Rights | 22.28723% |
| G02757 | PROD | High Island | A0382 | 11,025' TVDSS to 99,999' | All | Operating Rights | 36.20529% |
| G02771 | PROD | High Island | A0595 | 10,827' TVDSS to 99,999' | All | Operating Rights | 36.20510% |
| G02722 | PROD | High Island | A0596 | 13,264' TVDSS to 99,999' | All | Operating Rights | 36.20510% |
| G02393 | PROD | High Island | A0573 | 7,795' to 99,999' | All | Operating Rights | 36.20510% |
| G04481 | RELINQ | Main Pass | 77 | depths below the stratigraphic equivalent of 13,040' measured depth on the Schlumberger IFS/Sonic wireline log (RUN 4) dated 7/12/81 for the Chevron U.S.A. Inc. State of La. Lease 8693 Well No. 4 (API # 17725202242), Main Pass Block 77 field down to 99,999' |  | Operating Rights | 11.76468% |
| G02193 | PROD | Main Pass | 140 | 8,959' TVDSS to 99,999' | All | Operating Rights | 32.50000% |
| G07827 | TERMIN | Main Pass | 259 | 11,636' TVDSS to 99,999' TVDSS | All | Operating Rights | 28.45078% |
| G07828 | TERMIN | Main Pass | 260 | from 12,072' TVDSS to 99,999' TVDSS | All | Operating Rights | 28.45078% |
| G15395 | PROD | Main Pass | 275 | 11,278' TVDSS to 99,999' TVDSS | All | Operating Rights | 50.00000% |
| G01666 | PROD | Main Pass | 289 | 9,077' TVDSS to 99,999' TVDSS | N/2, SW/4 and W/2W/2SE/4 | Operating Rights | 66.66667% |
| G01673 | UNIT | Main Pass | 296 | below 9,500' TVDSS down to 99,999' TVDSS | All | Operating Rights | 16.66667% |
| G04253 | UNIT | Main Pass | 303 | 6,060' TVDSS to 99,999' | N/2 and N/2S/2 | Operating Rights | 93.10100% |
| G32265 | PROD | Main Pass | 308 | from 6,284' TVDSS to 99,999' TVDSS | All | Operating Rights | 50.00000% |
| G08760 | PROD | Main Pass | 309 | 6,510' TVDSS to 99,999' | All | Operating Rights | 50.00000% |
| G04126 | UNIT | Main Pass | 310 | 6,944' TVDSS to 99,999' TVDSS | All | Operating Rights | 50.00000% |
| G02213 | PROD | Main Pass | 311 | below 12,000' TVDSS down to 99,999' TVDSS | All | Operating Rights | 16.66666% |
| G16520 | PROD | Main Pass | 312 | 10,989' TVDSS to 99,999' TVDSS | All | Operating Rights | 50.00000% |

Exhibit I-B(i)

Exhibit I-B(i)

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| BRAZOS 491 #004 | BA49100400 | G06069 | 427044034300 | 100.0% | 79.5% |
| BRAZOS 491 #005 | BA49100500 | G06069 | 427044035700 | 100.0% | 79.5% |
| BRAZOS 491 #A001 | BA491A0100 | G06069 | 427044018200 | 100.0% | 83.2% |
| BRAZOS 491 #A002 | BA491A0200 | G06069 | 427044018300 | 100.0% | 83.2% |
| BRAZOS 491 #A003 | BA491A0300 | G06069 | 427044032900 | 100.0% | 83.3% |
| BRAZOS A-105 #B001 | BAA105B010 | G01757 | 427054012200 | 12.5% | 10.1% |
| BRAZOS A-105 #B002 | BAA105B020 | G01757 | 427054012600 | 12.5% | 10.1% |
| BRAZOS A-105 #B003 | BAA105B030 | G01757 | 427054012800 | 12.5% | 10.1% |
| BRAZOS A-105 #B004 | BAA105B040 | G01757 | 427054013000 | 12.5% | 10.1% |
| BRAZOS A-105 #B005 | BAA105B050 | G01757 | 427054013300 | 12.5% | 10.4% |
| BRAZOS A-133 #A001 | BAA133A010 | G02665 | 427054002400 | 25.0% | 20.8% |
| BRAZOS A-133 #A002 | BAA133A020 | G02665 | 427054003300 | 25.0% | 20.8% |
| BRAZOS A-133 #A003 | BAA133A030 | G02665 | 427054003500 | 25.0% | TA |
| BRAZOS A-133 #A004 ST1 | BAA133A041 | G02665 | 427054004301 | 25.0% | 20.8% |
| BRAZOS A-133 #A005 ST1 | BAA133A051 | G02665 | 427054004001 | 25.0% | 20.8% |
| BRAZOS A-133 #A006 | BAA133A060 | G02665 | 427054004500 | 25.0% | 20.8% |
| BRAZOS A-133 #A007 | BAA133A070 | G02665 | 427054004800 | 25.0% | 20.8% |
| BRAZOS A-133 #A008 | BAA133A080 | G02665 | 427054005200 | 25.0% | 20.8% |
| BRAZOS A-133 #A009 | BAA133A090 | G02665 | 427054005400 | 25.0% | 20.8% |
| BRAZOS A-133 #A010 | BAA133A100 | G02665 | 427054013100 | 25.0% | 20.8% |
| BRAZOS A-133 #C001 | BAA133C010 | G02665 | 427054007800 | 25.0% | 20.8% |
| BRAZOS A-133 #C002 | BAA133C020 | G02665 | 427054008200 | 25.0% | 20.8% |
| BRAZOS A-133 #C003 | BAA133C030 | G02665 | 427054010700 | 25.0% | 20.8% |
| BRAZOS A-133 #C004 | BAA133C040 | G02665 | 427054013500 | 25.0% | 20.8% |
| BRAZOS A-133 #D001 ST1 | BAA133D011 | G02665 | 427054009201 | 25.0% | 20.8% |
| BRAZOS A-133 #D003 | BAA133D030 | G02665 | 427054012700 | 50.0% | 41.7% |
| CHANDELEUR 042 #A002 | CA042A0200 | G32267 | 177294001500 | 50.0% | 35.0% |
| CHANDELEUR 043 #A001 | CA043A0100 | G32268 | 177294001400 | 50.0% | 35.0% |
| CHANDELEUR 043 #A003 | CA043A0300 | G32268 | 177294001600 | 50.0% | 35.0% |
| EAST CAMERON 002 #001 SL 18121 | SL18121010 | 18121 | 177032013600 | 50.0% | 40.8% |
| EAST CAMERON 002 #001AL 16475 | SL16475010 | 16475 | 177032012000 | 89.1% | 67.2% |
| EAST CAMERON 002 #002AL 16475 | SL16475020 | 16475 | 177032012200 | 89.1% | 67.2% |
| EAST CAMERON 002 #003 SL16475 | SL16475030 | 16475 | 177032012300 | 89.1% | 67.2% |
| EAST CAMERON 002 #004AL 16475 | SL16475040 | 16475 | 177032012400 | 89.1% | 67.2% |
| EAST CAMERON 002 #005AL 16475 | SL16475050 | 16475 | 177032012500 | 89.1% | 67.2% |
| EAST CAMERON 009 #B009 | EC009B0900 | G01440 | 177032004300 | 100.0% | 83.3% |
| EAST CAMERON 014 #012 | EC01401200 | G01440 | 177034060600 | 100.0% | 83.3% |
| EAST CAMERON 014 #013 | EC01401300 | G01440 | 177034101300 | 100.0% | 83.3% |
| EAST CAMERON 014 #B006 | EC014B0600 | G01440 | 177032003700 | 100.0% | 83.3% |
| EAST CAMERON 014 #B007 | EC014B0700 | G01440 | 177032004000 | 100.0% | 83.3% |
| EAST CAMERON 014 #B008 | EC014B0800 | G01440 | 177032004200 | 100.0% | 83.3% |
| EAST CAMERON 014 #B010 ST1 | EC014B1001 | G01440 | 177032004601 | 100.0% | 83.3% |
| EAST CAMERON 014 #B011 | EC014B1100 | G01440 | 177034006900 | 100.0% | 83.3% |
| EAST CAMERON 014 #B013 | EC014B13 | G13572 | 177034094700 | 100.0% | 83.3% |
| EAST CAMERON 014 #CF001 | EC014CF010 | G01440 | 177030032800 | 100.0% | 83.3% |
| EAST CAMERON 014 #CF002 | EC014CF020 | G13572 | 177034068600 | 100.0% | 83.3% |
| EAST CAMERON 037 #A002 | EC037A0200 | G25933 | 177034101700 | 0.0% | 6.2% |
| EAST CAMERON 265 #D001 | EC265D0100 | G00972 | 177044105100 | 50.0% | 41.7% |
| EAST CAMERON 265 #D002 | EC265D0200 | G00972 | 177044106200 | 50.0% | 41.7% |
| EAST CAMERON 265 #D003 | EC265D0300 | G00972 | 177044106300 | 50.0% | 41.7% |
| EAST CAMERON 265 #D004 | EC265D0400 | G00972 | 177044106400 | 50.0% | 41.7% |
| EAST CAMERON 265 #D005 | EC265D0500 | G00972 | 177044106500 | 50.0% | 41.7% |
| EAST CAMERON 278 #B009 | EC278B0900 | G00974 | 177044071700 | 50.0% | 41.7% |
| EAST CAMERON 278 #C001 | EC278C0100 | G00974 | 177044058500 | 50.0% | 41.7% |
| EAST CAMERON 278 #C002 | EC278C0204 | G00974 | 177044070000 | 50.0% | 41.7% |
| EAST CAMERON 278 #C003 | EC278C0300 | G00974 | 177044071800 | 50.0% | 41.7% |

Exhibit I-B(i)

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| MAIN PASS 311 #B013D | MP311B13D0 | G02213 | 177244035600 | 50.0% | 41.7% |
| MAIN PASS 311 #B014 | MP311B1401 | G02213 | 177244036201 | 50.0% | 41.7% |
| MAIN PASS 311 #B015 | MP311B1500 | G02213 | 177244036700 | 50.0% | 41.7% |
| MAIN PASS 311 #B017 | MP311B1700 | G02213 | 177244036400 | 50.0% | 41.7% |
| MAIN PASS 311 #B018 ST | MP311B1801 | G02213 | 177244089201 | 50.0% | 41.7% |
| MAIN PASS 312 #A021 | MP312A2100 | G16520 | 177244093200 | 100.0% | 83.3% |
| MAIN PASS 312 #A022 | MP312A2200 | G16520 | 177244093400 | 100.0% | 83.3% |
| MAIN PASS 314 #A023 (MP311A) | MP314A2300 | G33693 | 177244096100 | 50.0% | 39.2% |
| MAIN PASS 315 #JA003 ST | MP315JA302 | G08467 | 177244064502 | 100.0% | 83.3% |
| MAIN PASS 315 #JA004 | MP315JA400 | G08467 | 177244064700 | 100.0% | 83.3% |
| MAIN PASS 315 #SS002 | MP31500200 | G08467 | 177244095500 | 80.0% | 66.7% |
| MATAGORDA IS 519 #L001 | MI519L1SL0 | MF-79413 | 427033030000 | 84.2% | 65.2% |
| MATAGORDA IS 519 #L002 | MI519L2SL0 | MF-79413 | 427033034000 | 84.2% | 65.2% |
| MATAGORDA IS 519 #L003 | MI519L3SL0 | MF-79413 | 427033039500 | 84.2% | 65.2% |
| MATAGORDA IS 519 #L004 | MI519L4SL0 | MF-79413 | 427033039700 | 84.2% | 65.2% |
| MATAGORDA IS 622 #C001 | MI622C01 | G05000 | 427034013800 | 81.0% | TA |
| MATAGORDA IS 622 #C002 ST1 | MI622C0201 | G05000 | 427034018901 | 81.0% | 67.5% |
| MATAGORDA IS 622 #C008 | MI622C0800 | G05000 | 427034052700 | 81.0% | 67.5% |
| MATAGORDA IS 622 #D001 | MI622D0100 | G05000 | 427034048400 | 81.0% | 67.5% |
| MATAGORDA IS 622 #D003 | MI622D0300 | G05000 | 427034053000 | 81.0% | 83.3% |
| MATAGORDA IS 622 #D004 | MI622D0400 | G05000 | 427034054700 | 81.0% | 67.5% |
| MATAGORDA IS 622 #G002 | MI622G0200 | G05000 | 427034053700 | 81.0% | 67.5% |
| MATAGORDA IS 623 #B001 | MI623B0100 | G03088 | 427034010600 | 81.0% | 67.5% |
| MATAGORDA IS 623 #B003 ST1 | MI623B0301 | G03088 | 427034014401 | 81.0% | 67.5% |
| MATAGORDA IS 623 #B006 | MI623B0600 | G03088 | 427034018400 | 81.0% | 67.5% |
| MATAGORDA IS 623 #B008 | MI623B0800 | G03088 | 427034051300 | 81.0% | 67.5% |
| MATAGORDA IS 623 #C007 | MI623C0700 | G03088 | 427034052400 | 81.0% | 83.3% |
| MATAGORDA IS 623 #F002 | MI623F0200 | G03088 | 427034051100 | 81.0% | 67.5% |
| MATAGORDA IS 623 #F003 | MI623F0300 | G03088 | 427034053800 | 81.0% | 67.5% |
| MATAGORDA IS 623 #H001 (#6) | MI623H0100 | G03088 | 427034058100 | 100.0% | 83.3% |
| MATAGORDA IS 623 #H002 (#7) | MI623H0200 | G03088 | 427034058200 | 100.0% | 83.3% |
| MATAGORDA IS 623(622) #C004 | MI623C0400 | G05000 | 427034021400 | 81.0% | 67.5% |
| MATAGORDA IS 635 #F001 | MI635F0100 | G06043 | 427034048800 | 81.0% | 67.5% |
| MISSISSIPPI CANYON 065 #B004 | MC065B0400 | G21742 | 608174106300 | 0.0% | 13.0% |
| MISSISSIPPI CANYON 065 #B015 | MC065B1500 | G21742 | 608174111500 | 0.0% | 13.0% |
| MISSISSIPPI CANYON 108 #A027 | MC108A2703 | G09777 | 608174045703 | 75.2% | 62.7% |
| MISSISSIPPI CANYON 108 #A032 | MC108A3203 | G09777 | 608174088503 | 75.2% | 62.7% |
| MISSISSIPPI CANYON 110 #001 | MC1100100 | G18192 | 608174060500 | 50.0% | TA |
| MISSISSIPPI CANYON 110 #A009 | MC110A0900 | G18192 | 608174042501 | ~~100.0~~49.99% | 51.3% |
| MISSISSIPPI CANYON 110 #A011ST | MC110A1101 | G18192 | 608174042801 | 50.0% | 51.3% |
| MISSISSIPPI CANYON 110 #A031 | MC110A3100 | G18192 | 608174087900 | 50.0% | 51.3% |
| MISSISSIPPI CANYON 311 #A001ST | MC311A0102 | G02968 | 608174006502 | 100.0% | 83.3% |
| MISSISSIPPI CANYON 311 #A005 | MC311A0500 | G02968 | 608174011700 | 100.0% | 83.3% |
| MISSISSIPPI CANYON 311 #A006ST | MC311A0601 | G02968 | 608174010901 | 52.3% | 43.6% |
| MISSISSIPPI CANYON 311 #A011ST | MC311A1101 | G02968 | 608174014201 | 100.0% | 83.3% |
| MISSISSIPPI CANYON 311 #A012 | MC311A1200 | G02968 | 608174015000 | 100.0% | 83.3% |
| MISSISSIPPI CANYON 311 #A013 | MC311A1300 | G02968 | 608174015600 | 100.0% | 83.3% |
| MISSISSIPPI CANYON 311 #A014 | MC311A1400 | G02968 | 608174016200 | 100.0% | 83.3% |
| MISSISSIPPI CANYON 311 #A015ST | MC311A1501 | G02968 | 608174017801 | 100.0% | 83.3% |
| MISSISSIPPI CANYON 311 #A016 | MC311A1600 | G02968 | 608174016300 | 100.0% | 83.3% |
| MISSISSIPPI CANYON 311 #A020ST | MC311A2001 | G02968 | 608174033901 | 52.3% | 43.6% |
| MISSISSIPPI CANYON 311 #A022ST | MC311A2201 | G02968 | 608174034801 | 100.0% | 83.3% |
| MISSISSIPPI CANYON 311 #A024ST | MC311A2401 | G02968 | 608174035301 | 100.0% | 70.8% |
| MOBILE 826 #001 | MO826D0100 | G26176 | 608154014900 | 75.0% | 62.5% |
| NORTH PADRE IS 969 #A001 | PN969A0100 | G05953 | 427134003400 | 1.3% | 1.0% |
| NORTH PADRE IS 969 #A004 | PN969A0400 | G05953 | 427134005600 | 8.3% | 6.9% |

Exhibit I-C(i)

Exhibit I-C(i)

| Asset Name | FWE Acct. Code | Lease Number | Area/Block | WI |
|---|---|---|---|---|
| BRAZOS 491 P/F-4 | BA4914CAS | G06069 | BA491 | 100.0% |
| BRAZOS 491 P/F-5 | BA4915CAS | G06069 | BA491 | 100.0% |
| BRAZOS 491 P/F-A | BA491AWP | G06069 | BA491 | 100.0% |
| BRAZOS A-105 P/F-A | BAA105PFA | G01757 | BAA105 | 12.5% |
| BRAZOS A-105 P/F-B | BAA105PFB | G01757 | BAA105 | 12.5% |
| BRAZOS A-133 P/F-A | BAA133APLT | G02665 | BAA133 | 25.0% |
| BRAZOS A-133 P/F-B | BAA133BPLT | G02665 | BAA133 | 25.0% |
| BRAZOS A-133 P/F-C-AUX | BAA133CAUX | G02665 | BAA133 | 25.0% |
| BRAZOS A-133 P/F-D | BAA133DPLT | G02665 | BAA133 | 25.0% |
| BRAZOS A-133 P/F-E | BAA133EPLT | G02665 | BAA133 | 25.0% |
| CHANDELEUR 043 P/F-A | CA43APLT | G32268 | CA043 | 50.00% |
| EAST CAMERON 002 P/F-1 SL16475 | SL164751PT | 16475 | EC002 | 89.0625% |
| EAST CAMERON 002 P/F-1 SL18121 | SL181211PT | 18121 | EC002 | 50.0000% |
| EAST CAMERON 002 P/F-1/1D16473 | SL164731PT | 16473 | EC002 | 89.0625% |
| EAST CAMERON 002 P/F-2 SL16475 | SL164752PT | 16475 | EC002 | 89.0625% |
| EAST CAMERON 002 P/F-2/2D16473 | SL164732PT | 16473 | EC002 | 89.0625% |
| EAST CAMERON 002 P/F-3/3D16475 | SL164753PT | 16475 | EC002 | 89.0625% |
| EAST CAMERON 002 P/F-4/4D16475 | SL164754PT | 16475 | EC002 | 89.0625% |
| EAST CAMERON 002 P/F-5 SL16475 | SL164755PT | 16475 | EC002 | 89.0625% |
| EAST CAMERON 002 P/F-B (SL) | EC2BSL | 16475 | EC002 | 89.0625% |
| EAST CAMERON 002 P/F-C SL16475 | EC2CPLT | 16475 | EC002 | 89.0625% |
| EAST CAMERON 014 P/F-12 | EC1412CAS | G01440 | EC014 | 100.0000% |
| EAST CAMERON 014 P/F-13 | EC1413CAS | G01440 | EC014 | 100.0000% |
| EAST CAMERON 014 P/F-B | EC014PFB | G13572 | EC014 | 100.0000% |
| EAST CAMERON 014 P/F-CF | EC14CFPLT | G01440 | EC014 | 100.0000% |
| EAST CAMERON 014 P/F-CF-2 | EC14CF2PLT | G01440 | EC014 | 100.0000% |
| EAST CAMERON 265 P/F-D | EC265DPLT | G00972 | EC265 | 50.0000% |
| EAST CAMERON 278 P/F-B | EC278BPLT | G00974 | EC278 | 50.0000% |
| EAST CAMERON 278 P/F-C | EC278CPLT | G00974 | EC278 | 50.0000% |
| EAST CAMERON 338 P/F-A | EC338PFA | G02063 | EC338 | 15.6694% |
| EUGENE IS 053 P/F-10 | EI5310CAS | 00479 | EI053 | 100.0000% |
| EUGENE IS 053 P/F-12 | EI5312CAS | 00479 | EI053 | 100.0000% |
| EUGENE IS 053 P/F-8 | EI538CAS | 00479 | EI053 | 66.6667% |
| EUGENE IS 053 P/F-9 | EI539PLT | 00479 | EI053 | 66.6667% |
| EUGENE IS 053 P/F-B | EI53BPLT | 00479 | EI053 | 66.6667% |
| EUGENE IS 053 P/F-C | EI53CPLT | 00479 | EI053 | 83.3334% |
| EUGENE IS 053 P/F-D | EI53DCAS | 00479 | EI053 | 100.0000% |
| EUGENE IS 053 P/F-G | EI53GCAS | 00479 | EI053 | 66.6667% |
| EUGENE IS 089 P/F-23 | EI089PF23 | 00044 | EI089 | 75.0000% |
| EUGENE IS 119 P/F-13 | EI11913CAS | 00050 | EI119 | 100.0000% |
| EUGENE IS 119 P/F-30 | EI11930WP | 00049 | EI119 | 100.0000% |
| EUGENE IS 119 P/F-33 | EI11933CAS | 00049 | EI119 | 100.0000% |
| EUGENE IS 119 P/F-33-AUX | EI11933AUX | 00049 | EI119 | 100.0000% |
| EUGENE IS 119 P/F-34 | EI11934CAS | 00049 | EI119 | 100.0000% |
| EUGENE IS 119 P/F-35 | EI11935CAS | 00049 | EI119 | 100.0000% |
| EUGENE IS 119 P/F-37 | EI11937CAS | 00049 | EI119 | 50.0000% |
| EUGENE IS 119 P/F-37 H | EI11937HCA | 00049 | EI119 | 50.0000% |
| EUGENE IS 119 P/F-F | EI119FPLT | 00049 | EI119 | 100.0000% |
| EUGENE IS 119 P/F-I | EI119IPLT | 00049 | EI119 | 100.0000% |
| EUGENE IS 119 P/F-I-8 | EI119I8CAS | 00050 | EI119 | 100.0000% |
| EUGENE IS 119 P/F-K | EI119KPLT | 00049 | EI119 | 100.0000% |
| EUGENE IS 119 P/F-M-4 | EI119M4WP | 00049 | EI119 | 100.0000% |
| EUGENE IS 119 P/F-M-7 | EI119M7CAS | 00049 | EI119 | 100.0000% |
| EUGENE IS 120 P/F-11 | EI12011CAS | 00050 | EI120 | 100.0000% |
| EUGENE IS 120 P/F-12 | EI12012CAS | 00050 | EI120 | 100.0000% |
| EUGENE IS 120 P/F-14 | EI12014CAS | 00050 | EI120 | 100.0000% |
| EUGENE IS 120 P/F-15 | EI12015CAS | 00050 | EI120 | 100.0000% |
| EUGENE IS 120 P/F-17 | EI12017CAS | 00050 | EI120 | 100.0000% |

Exhibit I-C(i)

| Asset Name | FWE Acct. Code | Lease Number | Area/Block | WI |
|---|---|---|---|---|
| SHIP SHOAL 144 PF 1 | - | G30275 | SS 144 | 15.5400% |
| SHIP SHOAL 169 P/F-BB | SS169PFBB | 00820 | SS169 | 66.6667% |
| SHIP SHOAL 169 P/F-C | SS169PFC | 00820 | SS169 | 66.6667% |
| SHIP SHOAL 169 P/F-G | SS169PFG | 00820 | SS169 | 66.6667% |
| SHIP SHOAL 176 P/F-1 | SS1761PLT | G33646 | SS176 | 57.1429% |
| SHIP SHOAL 178 P/F-A | SS178APLT | G05551 | SS178 | 100.0000% |
| SHIP SHOAL 182 P/F-A | SS182APLT | G03998 | SS182 | 100.0000% |
| SHIP SHOAL 182 P/F-A-AUX | SS182AAUX | G03998 | SS182 | 100.0000% |
| SHIP SHOAL 182 P/F-B | SS182BPLT | G03998 | SS182 | 100.0000% |
| SHIP SHOAL 182 P/F-C | SS182CPLT | G03998 | SS182 | 100.0000% |
| SHIP SHOAL 189 P/F-A | SS189APLT | G04232 | SS189 | ~~99.0000~~98.9583% |
| SHIP SHOAL 189 P/F-C | SS189PFC | G04232 | SS189 | 24.7396% |
| SHIP SHOAL 190 P/F-B | SS190BPLT | G10775 | SS190 | 100.0000% |
| SHIP SHOAL 193 P/F-A | SS193APLT | G13917 | SS193 | 100.0000% |
| SHIP SHOAL 193 P/F-A-PROD | SS193APRD | G13917 | SS193 | 100.0000% |
| SHIP SHOAL 193 P/F-M | SS193MPLT | G13917 | SS193 | 100.0000% |
| SHIP SHOAL 194 P/F-A | SS194APLT | G15288 | SS194 | 100.0000% |
| SHIP SHOAL 198 P/F-G | SS198PFG | 00593 | SS198 | 50.0000% |
| SHIP SHOAL 198 P/F-G-QTRS | SS198PFGQR | 00593 | SS198 | 50.0000% |
| SHIP SHOAL 198 P/F-K | SS198PFK | 00593 | SS198 | 50.0000% |
| SHIP SHOAL 204 P/F-A | SS204APLT | G01520 | SS204 | 55.2000% |
| SHIP SHOAL 204 P/F-A-GEN | SS204AGEN | G01520 | SS204 | 55.2000% |
| SHIP SHOAL 204 P/F-A-PROD | SS204APRD | G01520 | SS204 | 55.2000% |
| SHIP SHOAL 206 P/F-E | SS206EPLT | G01522 | SS206 | 60.0000% |
| SHIP SHOAL 207 P/F-A-CMP | SS207ACOMP | G01523 | SS207 | 52.4000% |
| SHIP SHOAL 207 P/F-A-DRILL | SS207ADRL | G01523 | SS207 | 52.4000% |
| SHIP SHOAL 207 P/F-A-MANTIS | SS207PFAMA | G01523 | SS207 | 52.4000% |
| SHIP SHOAL 207 P/F-A-PROD | SS207APRD | G01523 | SS207 | 52.4000% |
| SHIP SHOAL 207 P/F-D | SS207DPLT | G01523 | SS207 | 52.8000% |
| SHIP SHOAL 207 P/F-DWPF | SS207PFDWP | G01523 | SS207 | 0.0000% |
| SHIP SHOAL 216 P/F-C | SS216CPLT | G01524 | SS216 | 70.0000% |
| SHIP SHOAL 259 P/F-JA | SS259JAPLT | G05044 | SS259 | 93.7130% |
| SHIP SHOAL 274 P/F-A | SS274APLT | G01039 | SS274 | 100.0000% |
| SHIP SHOAL 274 P/F-C | SS274CPLT | G01039 | SS274 | 100.0000% |
| SHIP SHOAL 291 P/F-A | SS291PFA | G02923 | SS291 | 0.0000% |
| SHIP SHOAL 354 P/F-A | SS354APLT | G15312 | SS354 | 100.0000% |
| SOUTH MARSH IS 010 P/F-4 | SM010PF4 | G01181 | SM010 | 100.0000% |
| SOUTH MARSH IS 010 P/F-A | SM10APLT | G01181 | SM010 | 100.0000% |
| SOUTH MARSH IS 011 P/F-34 | SM011PF34 | G01182 | SM011 | 100.0000% |
| SOUTH MARSH IS 011 P/F-58 | SM011PF58 | G01182 | SM011 | 100.0000% |
| SOUTH MARSH IS 018 P/F-A | SM018PFA | G08680 | SM018 | 100.0000% |
| SOUTH MARSH IS 048 P/F-E | SM048PFE | 786 | SM048 | 100.0000% |
| SOUTH MARSH IS 066 P/F-C | SM66CPLT | G01198 | SM058 | 50.0000% |
| SOUTH MARSH IS 066 P/F-D | SM66DPLT | G01198 | SM066 | 50.0000% |
| SOUTH MARSH IS 076 P/F-F | SM76FPLT | G01208 | SM076 | 100.0000% |
| SOUTH MARSH IS 093 P/F-A | SM093PFA | G21618 | SM093 | 12.5000% |
| SOUTH MARSH IS 105 P/F-A | SM105APLT | G17938 | SM105 | 100.0000% |
| SOUTH MARSH IS 106 P/F-A-NORTH | SM106ANPLT | G03776 | SM106 | 100.0000% |
| SOUTH MARSH IS 106 P/F-JUNCTIO | SM106JCT | G02279 | SM106 | 100.0000% |
| SOUTH MARSH IS 128 P/F-A | SM128APLT | G02587 | SM128 | 84.0133% |
| SOUTH MARSH IS 128 P/F-B | SM128BPLT | G02587 | SM128 | 84.0133% |
| SOUTH MARSH IS 128 P/F-C | SM128CPLT | G02587 | SM128 | 84.0133% |
| SOUTH MARSH IS 128 P/F-SA-2 | SM128SADPT | G02587 | SM128 | 84.0133% |
| SOUTH MARSH IS 132 P/F-B | SM132BPLT | G02282 | SM132 | 50.0000% |
| SOUTH MARSH IS 137 P/F-A | SM137APLT | G02589 | SM137 | 50.0000% |
| SOUTH MARSH IS 149 P/F-C | SM149CPLT | G02592 | SM149 | 50.0000% |
| SOUTH MARSH IS 149 P/F-D | SM149DPLT | G02592 | SM149 | 100.0000% |
| SOUTH MARSH IS 239 156 CAIS | SM239PF156 | 00310 | SM240 | 16.0000% |

**Exhibit I-C(ii)**

Exhibit I-C(ii)

| Name | State | County/Parish | Ownership % |
|---|---|---|---|
| Blue Water Gas Plant | Louisiana | | 0.1000% |
| Galveston 300/301 Facility | Texas | Galveston | 100.0000% |
| Gibbstown Separation Station | Louisiana | Cameron | 100.0000% |
| Grand Bay Receiving Station | Louisiana | Plaquemines | 65.0000% |
| Grand Chenier Separation Facility | Louisiana | Cameron | 5.4% |
| Grand Chenier Tank Battery | Louisiana | Cameron | 100.0000% |
| Grand Isle Fuel Line (supply line for municipality) | Louisiana | Jefferson | 100.0000% |
| Grand Isle Tank Bat | Louisiana | Jefferson | 75.0000% |
| Johnson Bayou Onshore Separation Facility | Louisiana | Cameron | 24.31% of Co-Owned Equipment |
| Johnson Bayou Onshore Separation Facility | Louisiana | Cameron | 54.875% of Producers' Equipment |
| MI 519 Bay City Compressor Station | Texas | Matagorda | 81.8979% |
| North Terrebonne Gas Processing Plant | Louisiana | Terrebonne | 0.0000% |
| Sea Robin Condensate Separation Facility (aka "Henry Hub") | Louisiana | Vermilion | 8.0000% |
| ~~Sea Robin Gas Plant~~ | ~~Louisiana~~ | ~~Vermilion~~ | ~~23.7285%~~ |
| Stingray Onshore Separation Facility (Cameron Onshore Commingling Facility) | Louisiana | Cameron | 11.1300% |
| Targa Venice | Louisiana | Plaquemines | 100.0000% |
| Thousand Square Mile Area (TASMA) | Louisiana | Vermilion | 100.0000% |
| Tivoli Plant | Texas | Refugio | 56.1394% |
| TOCA Gas Processing Plant | Louisiana | St. bernard | 4.2900% |
| Venice Dehydration Facility (South Pass Dehydration Station) | Louisiana | Plaquemines | 35.2000% |
| Vermilion 76 Onshore Scrubber | Louisiana | Vermilion | 93.9% |

Exhibit 1-D(i)

| SEGMENTNUMBER | COMPANYNAME | ORGAREA | ORGBLOCK | ORGNAME | RECAREA | RECBLOCK | RECNAME | SIZE | PRODUCT | STATUS | ROWNUMBER | FW Lease |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15213 | Fieldwood Energy, LLC | BS | 41 | B | BS | 42 | 24" SSTI | 10 | GAS | Partial Abandon/Proposed Removal | G25383 | G21142 |
| 17938 | Fieldwood Energy, LLC | CA | 43 | A | VK | 247 | 24"SSTI | 5 | GAS | Active/Out of Service | G29431 | G32268 |
| 3519 | Fieldwood Energy, LLC | EC | 14 | CF | EC | 9 | F/S | 4 | COND | Out of Service | G13721 | G01440 |
| 13104 | Fieldwood Energy, LLC | EC | 2 | F/S | EC | 2 | 6" SSTI | 4 | GAS | Permitted for Abandonment | G22383 | G15050 |
| 17801 | Fieldwood Energy, LLC | EC | 14 | CF | WC | 69 | 30 SSTI | 12 | GAS | Permitted for Abandonment | G28556 | G32440 |
| 44 | Fieldwood Energy, LLC | EI | 175 | C | EI | 176 | 12" SSTI | 8 | OIL | Active | G13445 | 00438 |
| 1128 | Fieldwood Energy, LLC | EI | 330 | flanged end | EI | 306 | 14-inch SSTI | 14 | OIL | Active | G02139A | G02115 |
| 6818 | Fieldwood Energy, LLC | EI | 337 | A | EI | 330 | B | 6 | GAS | Active | G05932 | G03332 |
| 6819 | Fieldwood Energy, LLC | EI | 337 | A | EI | 330 | 14 SSTI | 6 | OIL | Out of Service | G05931 | G03332 |
| 6852 | Fieldwood Energy, LLC | EI | 315 | A | EI | 330 | 14 SSTI | 6 | OIL | Out of Service/Proposed Abandonment | G13447 | G02112 |
| 7290 | Fieldwood Energy, LLC | EI | 316 | A | EI | 330 | 14 SSTI | 8 | OIL | Out of Service | G07537 | G05040 |
| 7347 | Fieldwood Energy, LLC | EI | 316 | A | EI | 330 | 8" SSTI | 6 | GAS | Active | G07515 | G05040 |
| 7914 | Fieldwood Energy, LLC | EI | 212 | A | SS | 152 | 24 SSTI | 8 | GAS | Out of Service | G08530 | G05503 |
| 11923 | Fieldwood Energy, LLC | EI | 213 | A | EI | 213 | 12 SSTI | 6 | OIL | Out of Service | G08531 | G05503 |
| 7943 | Fieldwood Energy, LLC | EI | 342 | C | EI | 327 | OB SSTI | 4 | OIL | Permitted for Abandonment | G08541 | G02319 |
| 9211 | Fieldwood Energy, LLC | EI | 53 | B | EI | 64 | 22 SSTI | 6 | OIL | Partial Abandon/Proposed Removal | G12373 | 00479 |
| 9376 | Fieldwood Energy, LLC | EI | 142 | A | EI | 141 | 10 SSTI | 4 | OIL | Out of Service | G12734 | 00052 |
| 11923 | Fieldwood Energy, LLC | EI | 53 | C | EI | 64 | 22 SSTI | 10 | OIL | Active | G20539 | 00479 |
| 14073 | Fieldwood Energy, LLC | EI | 188 | JE | EI | 188 | 06 SSTI | 4 | BLKG | Out of Service | G29056 | 00443 |
| 14479 | Fieldwood Energy, LLC | EI | 158 | C | EI | 176 | 12"SSTI | 6 | OIL | Out of Service | G13702 | G20220 |
| 15906 | Fieldwood Energy, LLC | EI | 337 | G | EI | 175 | C | 4 | BLKG | Out of Service | G28239 | G13622 |
| 16225 | Fieldwood Energy, LLC | EI | 354 | D | EI | 337 | A | 4 | OIL | Out of Service | G28598 | G10752 |
| 16226 | Fieldwood Energy, LLC | EI | 354 | D | EI | 337 | A | 4 | GAS | Out of Service | G28599 | G10752 |
| 16243 | Fieldwood Energy, LLC | EI | 189 | B | EI | 188 | A | 4 | GAS | Out of Service | G29057 | 00423 |
| 18493 | Fieldwood Energy, LLC | EI | 342 | C | EI | 343 | SSTI | 6 | GAS | Out of Service | G29108 | G02319 |
| 19960 | Fieldwood Energy, LLC | EI | 342 | C | EI | 342 | Blind Flange | 6 | OIL | Out of Service/Proposed Abandonment | G29471 | G02319 |
|  | Fieldwood Energy, LLC | EI | 187 | 2 | EI | 188 | A |  | OIL | Active | G30283 | G10736 |
| 8487 | Fieldwood Energy, LLC | EW | 826 | A | ST | 300 | 12 SSTI | 12 | GAS | Out of Service/Active | G10110 | G05800 |
| 15298 | Fieldwood Energy, LLC | GA | 210 | B | GA | 239 | 12 SSTI | 8 | G/C | Out of Service | G26931 | G25324 |
| 7866 | Fieldwood Energy, LLC | GI | 33 | A | GI | 22 | L | 8 | GAS | Permitted for Abandonment Approved/Out of Service | G08514 | G04002 |
| 9084 | GOM Shelf, LLC | GI | 43 | AS | GI | 19 | F/S | 10 | GAS | Active | G12304 | 00175 |
| 17673 | Fieldwood Energy, LLC | GI | 54 | #2 | GI | 47 | L | 4 | BLKO | Permitted for Abandonment Approved | G28528 | G27173 |
| 5470 | Fieldwood Energy, LLC | HI | A356 | Valve | HI | A343 | HIOS | 12 | GAS | Out of Service | G04050 | G02754 |
| 6221 | Fieldwood Energy, LLC | HI | A595 | D | HI | 573 | B | 4 | GAS | Out of Service | G08525 | G02754 |
| 6669 | Fieldwood Energy, LLC | HI | A376 | A | HI | A356 | 12 SSTI | 10 | GAS | Out of Service | G05238 | G02754 |
| 6669 | Fieldwood Energy, LLC | HI | A376 | Platform A | HI | A356 | 12 SSTI W/PSN 10882 | 10 | GAS | Out of Service | G05238 | G02754 |
| 10882 | Fieldwood Energy, LLC | HI | A356 | 10SST | HI | A356 | 12SSTI | 12 | GAS | Out of Service | G04051 | G02754 |
| 16841 | Fieldwood Energy, LLC | HI | A545 | IA | HI | A547 | B | 6 | BLKG | Permitted for Abandonment | G25160 | G19199 |
| 14650 | Fieldwood Energy, LLC | HI | 201 | #1 | HI | 199 | A | 6 | OIL | Out of Service | G25397 | G21698 |
| 55401 | Fieldwood Energy, LLC | HI | A341 | B | HI | A340 | 30" SSTI | 812 | G/C | Out of Service | G26938 | G25605 |
| 15581 | Fieldwood Energy, LLC | HI | 120 | A | HI | 128 | SSTI | 6 | L | Out of Service | G26968 | G24730 |
| 16077 | Fieldwood Energy, LLC | HI | 130 | #2 | HI | 165 | 8-inch SSTI | 8 | BLGH | Partial Abandon/Abandoned | G28284 | G25579 |
| 18789 | Fieldwood Energy, LLC | HI | 116 | Platform A | HI | 116 | 12-inch SSTI | 16 | G/C | Failed/Proposed Abandonment | G28649 | G06156 |
| 9032 | Fieldwood Energy, LLC | MC | 311 | A | MC | 312 | 8 SSTI | 8 | OIL | Active | G11747 | G02968 |
| 3472 | Fieldwood Energy, LLC | MP | 140 | B | MP | 56 | F/S | 18 | OIL | Out of Service/Active | G13511 | G02339 |
| 5917 | GOM Shelf, LLC | MP | 311 | A | MP | 313 | 12 SSTI | 8 | OIL | Out of Service/Active | G13466 | G02213 |
| 7243 | Fieldwood Energy, LLC | MP | 310 | A | MP | 297 | 12 SSTI | 6 | OIL | Out of Service/Active | G08516 | G02126 |
| 13100 | Fieldwood Energy, LLC | MP | 259 | A | VK | 739 | #01 | 5 | UMB | Out of Service | G22377 | G07827 |
| 15818 | Fieldwood Energy Offshore LLC | MP | 77 | A | MP | 151 | 18"SSTI | 8 |  | Out of Service | G28221 | G04481 |
| 5408 | Fieldwood Energy, LLC | PL | 10 | B | PL | 13 | 20 SSTI | 8 | GAS | Out of Service | G13550 | G02925 |
| 16044 | Fieldwood Energy, LLC | PL | 9 | #10 | PL | 10 | B | 6 | BLKG | Out of Service | G29376 | G02924 |
| 4008 | Fieldwood Energy, LLC | SM | 70 | A | SM | 236 | A | 12 | OIL | Out of Service | G30616 | G34284 |
| 4647 | Fieldwood Energy, LLC | SM | 149 | 6"SSTI | SM | 132 | B | 6 | BLKO | Out of Service | G03432 | G02550 |
| 5427 | Fieldwood Energy, LLC | SM | 281 | E | SM | 268 | A | 12 | SPLY | Out of Service | G02817 | G02600 |
| 5429 | Fieldwood Energy, LLC | SM | 281 | C | SM | 281 | 12 SSTI | 10 | GAS | Out of Service | G02817 | G02600 |
| 6510 | Fieldwood Energy, LLC | SM | 268 | D | SM | 268 | D | 10 | GAS | Out of Service | G02913 | G02600 |
| 6513 | Fieldwood Energy, LLC | SM | 268 | D | SM | 268 | A | 10 | GAS | Out of Service | G29132 | G02310 |
| 10977 | Fieldwood Energy, LLC | SM | 294 | A | SM | 280 | #03 | 3 | BLKG | Out of Service | G28756 | G14456 |
| 10046 | Fieldwood Energy, LLC | SM | 11 | Well No.34 | SM | 10 | A | 6 | BLKG | Out of Service/Proposed Abandonment | G28813 | G01182 |
| 11047 | Fieldwood Energy, LLC | SM | 10 | A | SM | 11 | 34 | 3 | LIFT | Out of Service/Proposed Abandonment | G28812 | G01181 |
| 11986 | Fieldwood Energy, LLC | SM | 10 | A | SM | 33 | 30 SSTI | 8 | GAS | Out of Service | G20565 | G16320 |
| 11987 | Fieldwood Energy, LLC | SM | 33 | A | SM | 40 | 10 SSTI | 6 | OIL | Out of Service/Proposed Abandonment | G20566 | G16320 |
| 13642 | Fieldwood Energy, LLC | SM | 280 | H | SM | 268 | A | 10 | BLKG | Permitted for Abandonment | G28758 | G14456 |
| 17499 | Fieldwood Energy, LLC | SM | 269 | B | SM | 268 | A | 10 | GAS | Active | G28484 | G02311 |
| 18057 | Fieldwood Energy, LLC | SM | 10 | No.58 Caisson | SM | 10 | A | 4 | BLKG | Out of Service | G28815 | G01182 |
| 18510 | Fieldwood Energy, LLC | SM | 24 | A | SM | 287 | SSTI | 6 | BLKG | Out of Service/Proposed Abandonment | G29133 | G01181 |
| 18563 | Fieldwood Energy, LLC | SM | 48 | E | SM | 39 | A | 6 | G/C | Out of Service | G29128 | 00786 |
| 18583 | Fieldwood Energy, LLC | SM | 10 | A | SM | 11 | SSTI | 4 | OIL | Out of Service | G28814 | G01181 |
| 18802 | Fieldwood Energy, LLC | SM | 39 | A | SM | 48 | E | 3 | LIFT | Out of Service | G29182 | G16320 |
| 4716 | Fieldwood Energy, LLC | SM | 149 | A | SM | 149 | A | 8 | BLKO | Out of Service | G30436 | G03114 |
| 15064 | FW GOM Pipeline, LLC | SP | 49 | A | SP | 27 | F/S Boundary | 10 | G/O | Active | G07561 | G05051 |
| 15598 | Fieldwood Energy, LLC | SP | 70 | C | SP | 60 | F | 6 | OIL | Out of Service | G26860 | G03514 |
| 15626 | Fieldwood Energy, LLC | SP | 65 | A | SP | 60 | 18 SSTI | 8 | OIL | Out of Service | G01686A | G03610 |
| 1137 | Fieldwood Energy, LLC | SS | 204 | A Platform | SS | 204 | A | 4 | GAS | Out of Service | G13489 | G03125 |
| 1138 | Fieldwood Energy, LLC | SS | 204 | A | SS | 207 | A | 6 | GAS | Out of Service | G13491 | G03120 |
| 1147 | Fieldwood Energy, LLC | SS | 207 | A | SS | 208 | F-Pump | 12 | OIL | Out of Service | G13492 | G03123 |
| 6432 | Fieldwood Energy, LLC | SS | 182 | A | SS | 169 | 18-inch SSTI | 6 | OIL | Active/Out of Service | G06321 | G03998 |
| 6538 | Fieldwood Energy, LLC | SS | 91 | A | PL | 11 | OB SSTI | 6 | OIL | Out of Service | G05146 | G02919 |
| 6748 | Fieldwood Energy, LLC | SS | 169 | C Platform | SS | 169 | 16-inch SSTI | 6 | OIL | Out of Service | G05922 | 00820 |
| 7650 | Fieldwood Energy, LLC | SS | 178 | A | SS | 169 | 18 SSTI | 6 | OIL | Out of Service | G08054 | G05551 |
| 10406 | Fieldwood Energy, LLC | SS | 296 | A | EI | 259 | A | 8 | BLKG | Out of Service | G14731 | G02109 |
| 10780 | Fieldwood Energy, LLC | SS | 193 | A | SS | 183 | 18 SSTI | 6 | OIL | Active/Out of Service | G15683 | G13917 |
| 10781 | Fieldwood Energy, LLC | SS | 193 | A | SS | 183 | 10 SSTI | 6 | GAS | Active/Out of Service | G15684 | G13917 |
| 11137 | Fieldwood Energy, LLC | SS | 129 | A | SS | 122 | 18 SSTI | 6 | OIL | Out of Service | G16084 | G12941 |
| 11145 | Fieldwood Energy, LLC | SS | 129 | A | SS | 145 | 6 SSTI | 6 | OIL | Out of Service | G16087 | G12941 |
| 11480 | Fieldwood Energy, LLC | SS | 126 | B | SS | 169 | 30 SSTI | 10 | GAS | Out of Service | G18801 | G09614 |
| 11544 | Fieldwood Energy, LLC | SS | 126 | B | SS | 185 | A | 5 | BLKG | Out of Service/Proposed Abandonment | G18820 | G12940 |
| 12778 | Fieldwood Energy, LLC | SS | 189 | A | SS | 185 | 26"SSTI | 8 | G/C | Out of Service | G22139 | G04232 |
| 15530 | Fieldwood Energy, LLC | SS | 183 | Flange | SS | 169 | Flange | 10 | G/C | Out of Service | G01460 | G13917 |
| 16036 | Fieldwood Energy, LLC | SS | 169 | Capped End | SS | 207 | A | 4 | BLKG | Out of Service/Proposed Abandonment | G14734 | G10775 |
| 18837 | Fieldwood Energy, LLC | SS | 176 | C | EI | 332 | A | 6 | BLKG | Out of Service | G29190 | G33646 |
| 20050 | Fieldwood Energy, LLC | SS | 168 | SSTI | SS | 168 | SSTI | 12 | G/C | Proposed/Out of Service | G28788 | G06203 |
| 5890 | Fieldwood Energy, LLC | ST | 53 | A | ST | 52 | A | 6 | OIL | Out of Service | G09319 | G04000 |
| 7802 | Fieldwood Energy, LLC | ST | 295 | A | ST | 296 | SS 8487 | 8 | OIL | Active | G08385 | G05646 |
| 8676 | Fieldwood Energy, LLC | ST | 206 | A | ST | 295 | T-22 | 16 | G/C | Active | G14166 | G05512 |
| 9313 | Fieldwood Energy, LLC | ST | 295 | A | ST | 295 | 24 SSTI | 8 | GAS | Active | G13709 | G05646 |
| 13462 | Fieldwood Energy, LLC | ST | 205 | G | ST | 206 | A | 8 | BLKG | Out of Service/Proposed Abandonment | G20821 | G05512 |
| 13462 | Fieldwood Energy, LLC | ST | 205 | G | ST | 206 | A | 8 | BLKG | Out of Service/Proposed Abandonment | G29451 | G05512 |
| 17265 | Fieldwood Energy, LLC | ST | 28 | Caisson No. 1 | ST | 35 | A | 6 | BLKG | Out of Service | G30577 | G04000 |
| 17898 | Fieldwood Energy, LLC | ST | 49 | Platform A | ST | 35 | 6-inch SSTI | 4 | GAS | Out of Service | G28577 | G04976 |
| 19776 | Fieldwood Energy, LLC | ST | 295 | 24" SSTI | ST | 292 | A | 24 | GAS | Out of Service | G29376 | G05646 |
| 13098 | Fieldwood Energy, LLC | VK | 694 | #04 | MP | 259 | A | 4 | BLKG | Out of Service | G22376 | G13055 |
| 13099 | Fieldwood Energy, LLC | VK | 739 | SS #3 | MP | 259 | A | 4 | BLKG | Out of Service | G22377 | G07827 |
| 13721 | Fieldwood Energy, LLC | VK | 915 | A | VK | 916 | A | 3 | AIR | Active | G28704 | G19240 |
| 11804 | Fieldwood Energy, LLC | VR | 154 | A | MP | 253 | A | 4 | H2O | Out of Service | G23465 | G10599 |
| 6113 | Fieldwood Energy, LLC | VR | 380 | A | VR | 397 | 24 SSTI | 12 | GAS | Out of Service | G04645 | G02580 |
| 12502 | Fieldwood Energy, LLC | VR | 326 | A Platform | VR | 321 | 22-inch SSTI | 6 | BLKO | Out of Service/Proposed Abandonment | G21523 | G21096 |
| 17090 | Fieldwood Energy, LLC | VR | 261 | A | VR | 265 | A | 8 | BLKO | Out of Service | G28347 | G33539 |
| 18502 | Fieldwood Energy, LLC | VR | 380 | A | VR | 398 | 16" SSTI | 6 | OIL | Out of Service | G28919 | G02580 |
| 18502 | Fieldwood Energy, LLC | VR | 380 | Platform A | VR | 398 | 16-inch SSTI | 6 | OIL | Out of Service | G29920 | G02580 |
| 2698 | Fieldwood Energy, LLC | WC | 102 | flange | WC | 102 | G | 8 | GAS | Out of Service | G01240 | 00247 |
| 2698 | Fieldwood Energy, LLC | WC | 102 | #02 | WC | 102 | 08 SSTI | 8 | GAS | Out of Service | G01240 | 00247 |
| 3986 | Fieldwood Energy, LLC | WC | 66 | A | WC | 31 | F/S | 10 | G/O | Active/Out of Service | G03345 | G01860 |
| 5343 | Fieldwood Energy, LLC | WC | 34 | D | WC | 35 | 10 SSTI | 8 | GAS | Out of Service | G06978 | G00818 |
| 8621 | Bandon Oil and Gas, LP | WC | 290 | A | WC | 289 | A | 4 | BLKG | Out of Service/Proposed Abandonment | G10532 | G04818 |
| 9504 | Fieldwood Energy, LLC | WC | 71 | 12 SSTI | WC | 71 | 12 SSTI | 4 | GAS | Out of Service | G13846 | 00244 |
| 14251 | Fieldwood Energy, LLC | WC | 72 | A | WC | 65 | 12 SSTI | 6 | GAS | Out of Service | G25275 | G23735 |
| 15210 | Fieldwood Energy, LLC | WC | 295 | D | HI | 120 | A-PROCESS | 6 | BLKG | Out of Service/Proposed Abandonment | G26861 | G24730 |
| 15952 | Fieldwood Energy, LLC | WC | 33 | D | WC | 34 | D | 6 | GAS | Out of Service | G26657 | G15000 |
| 20483 | Fieldwood Energy Offshore LLC | WC | 294 | Flanged End | WC | 293 | 10 SSTI | 8 | BLKG | Failed/Proposed Abandonment | G10085 | G01848 |
| 23036 | Fieldwood Energy LLC | WC | 299 | A-PROCESS | WC | 294 | A-PROCESS |  |  | Expired | G14262 | G04819 |
| 7919 | Fieldwood Energy, LLC | WD | 104 | D | WD | 104 | D | 16 | GAS | Out of Service/Active | G28350 | G06892 |
| 9050 | Fieldwood Energy, LLC | WD | 90 | A | WD | 73 | SSTI | 12 | GAS | Out of Service/Active | G28260 | G03489 |
| 16088 | Fieldwood Energy, LLC | WD | 122 | A | WD | 105 | E | 3 | OIL | Out of Service/Active | G28290 | G13645 |
| 16088 | Fieldwood Energy, LLC | WD | 122 | A | WD | 105 | E | 3 | OIL | Out of Service/Active | G28290 | G13645 |

*1 - Lease carries $0 liability

Exhibit I-D(ii)

Exhibit I-D(ii)

| Area | Block No. | Structure | Complex ID No. | Authority No. | FW Lease | Operator | Approval Date | Associated Assets |
|------|-----------|-----------|----------------|---------------|----------|----------|---------------|-------------------|
| EI | 188 | JE | 26052 | G30268 | G10736 | Fieldwood Energy LLC | 04/18/14 | EI 187 JC001, JD001, JD002, 002 & JE002 |
| HI | 120 | A-PROCESS | 10450 | G30270 | G01848 | Fieldwood Energy LLC | 08/06/14 | WC 295 A001 & A002 |
| SM | 132 | B | 21982 | G30329 | G02588 | Fieldwood Energy LLC | 05/06/19 | SM 136 C007, SM 149 C001, C002 & C004 |
| ST | 206 | A | 23851 | G30291 | G05612 | Fieldwood Energy LLC | 12/11/15 | ST 205 G001 & G003 |
| SM | 10 | A | 20706 | G30365 | G01181 | Fieldwood Energy LLC | | |
| SM | 268 | A | 21739 | G30282 | G14456 | Fieldwood Energy LLC | 06/15/18 | SM 257 001, SM 269 B017, B019, F001, SM 280 G001, G002, H001, B, F, SM 280 G, H, I, SM 281 C010, C014, C015, C020, C023, C024, C025, C026, C028, E005, E011, I001, I003, C & E |
| SM | 268 | A-PRD | 21739 | G30282 | G14456 | Fieldwood Energy LLC | 06/15/18 | Production from SM 268 A RUE |

Exhibit I-F(i)

| Contract Type | Contract Date | Contract Title | Contract Description |
|---|---|---|---|
| Land | 8/7/1953 | UA | HI 179 Unit Agreement |
| Land | 10/27/1954 | Unit Agreement No. 14-08-001-20221 | 891002021 |
| Land | 5/1/1995 | Unit Operating Agreement | Amendment-to Unit Operating Agreement, dated effective May 1, 1995, by and between Conoco Inc.,Vastar Resources, Inc., Texaco Exploration and Production Inc. and Oxy USA Inc. |
| Land | 11/21/1955 | Unit Agreement No. 14-08-001-2454 | West Delta-Grand Isle Unit Agreement, dated November 21,1955, between Continental Oil Company, as unit operator, and The Atlantic Refining Company, Tidewater Associated Oil Company and.Cities Servic Production Company, as non-operators, as amended ; Unit No. 891002454 |
| Land | 4/10/1956 | Unit Agreement | Unit No. 891002891 - SS 32 |
| Land | 12/4/1958 | OPERATING AGREEMENT | OPERATING AGREEMENT BY AND BETWEEN THE TEXAS COMPANY AND PAN AMERICAN PETROLEUM CORPORATION , AS AMENDEC |
| Land | 12/4/1958 | Operating Agreement | Operating Agreement eff. 12/4/58 |
| Land | 7/25/1960 | Operating Agreement | Operating Agreement, dated effective July 25,1960, as amended, between Second Mobil Oil Company, Inc., Gulf Oil 'Corporation, and Humble Oil & Refining Company, as amended, SS 169 Field. |
| Land | 8/3/1964 | UOA | Operating Agreement eff. 8-3-64 |
| Land | 11/2/1964 | UA | EI 266 Unit Agreement |
| Land | 1/12/1965 | Joint Operating Agreement | Main Agreement, dated effective January 12,1965, between Cities Service Oil Company, Skelly Oil Company, Sunray DX Oil Company and Tidewater Oil Company, governing operations on the contract area. The Operating Agreement contained in Exhibit "C" of the Main Agreement was superseded by the Joint Operating Agreement eff. 1/1/97 |
| Land | 1/21/1966 | Unit Agreement No. 14-08-001-8784 | Unit No. 891008784 - SS 271 |
| Land | 2/26/1966 | Offshore Operating Agreement | Operating Agreement by and between Hardy Oil & Gas USA Inc., As Operator and British-Borneo Exploration, Inc. and Zilkha Energy Company, As Non-Operators |
| Land | 6/10/1966 | Unit Operating Agreement Ship Shoal | SS 271 Unit Operating Agreement (Unit#891008784) As Amended, originally by and between Forest Oil Corp. as Operator, and Texas Gas Exploration Corp. et al as Non-Operators |
| Land | 2/6/1967 | Joint Operating Agreement | OPERATING AGREEMENT BY AND BETWEEN CONTINENTAL OIL COMPANY AND TENNECO OIL COMPANY ET AL, AS AMENDEC |
| Land | 1/1/1971 | Joint Operating Agreement | PENNZOIL OFFSHORE GAS OPERATORS, INC., MESA PETROLEUM CO., ET AL. |
| Land | 2/1/1971 | Joint Operating Agreement | Operating Agreement, dated February 1,1971, between Tenneco Oil Company and Texaco Inc. Amendment to Operating Agreement, dated effective May 1,1974, between Tenneco Oil Company, Texaco Inc. and Tenneco Exploration 11, Ltd., whereby Tenneco Exploration II became a party to, and, ratified, the operating agreement. |
| Land | 1/1/1972 | Joint Operating Agreement | OPERATING AGREEMENT BY AN D BETWEEN SIGNAL OIL AND GAS COMPANY AND THE LOUISIANA LAND AND EXPLORATION COMPANY, ET AL. |
| Land | 3/24/1972 | Unit Agreement | SP 65 G G-1 Unit Res B Unit Agreement -891012327 |
| Land | 5/18/1972 | Unit Agreement | SP 65 G G-1 Unit Res A Unit Agreement-891012332 |
| Land | 5/18/1972 | Unit Agreement | SP 65 G2-G3 Unit Agreement-891012333 |
| Land | 1/1/1973 | Offshore Operating Agreement | Offshore Operating Agreement* (VR 369/386+)<br>*Unit Operating Agreement supersedes JOperating Agreement 1/1/1973 |
| Land | 8/1/1973 | Joint Operating Agreement | OPERATING AGREEMENT BY AND BETWEEN MOBIL OIL CORPORATION AND UNION OIL COMPANY OF CALIFORNIA ET AL |
| Land | 8/1/1973 | Offshore Operating Agreement | Operating Agreement eff. 8-1-73 |
| Land | 8/1/1973 | Offshore Operating Agreement | Operating Agreement eff. 8-1-73 |
| Land | 8/1/1973 | Offshore Operating Agreement | Operating Agreement eff. 8/1/73 |
| Land | 8/1/1973 | Offshore Operating Agreement | Operating Agreement eff. 8//73 |
| Land | 5/1/1974 | Joint Operating Agreement | OPERATING AGREEMENT BY AND BETWEEN PENNZOIL OFFSHORE GAS OPERATORS, INC. AND PENNZOIL LOUISIANA AND TEXAS OFFSHORE, INC. ET AI |
| Land | 7/1/1974 | Joint Operating Agreement | OPERATING AGREEMENT DATED JULY 1, 1974, BY AND BETWEEN MOBIL OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, TEXAS GAS EXPLORATION CORPORATION, AMOCO PRODUCTION COMPANY AND |
| Land | 7/1/1974 | Joint Operating Agreement | OPERATING AGREEMENT DATED JULY 1, 1974, BY AND BETWEEN MOBIL OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, TEXAS GAS EXPLORATION CORPORATION, AMOCO PRODUCTION COMPANY AND |
| Land | 7/1/1974 | Joint Operating Agreement | OPERATING AGREEMENT DATED JULY 1, 1974, BY AND BETWEEN MOBIL OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, TEXAS GAS EXPLORATION CORPORATION, AMOCO PRODUCTION COMPANY AND |
| Land | 9/3/1974 | FO | Farmout Agreement by and between CNG Producing Company, Columbia Gas Development Corporation and Forest Oil Corporation |
| Land | 12/1/1974 | Joint Operating Agreement | PENNZOIL OFFSHORE GAS OPERATORS, INC. AND PENNZOIL LOUISIANA AND TEXAS OFFSHORE, INC. ET AI |
| Land | 4/23/1975 | Joint Operating Agreement | Operating Agreement eff. 4-23-75 |
| Land | 7/1/1975 | Joint Operating Agreement | Operating Agreement eff. 7/1/75 by and between Mesa Petroleum as Operator and American Natural Gas Production Co, et al |
| Land | 3/1/1976 | Joint Operating Agreement | Operating Agreement eff. 3-1-76 b/b POGO, Mesa and Mobil, et a |
| Land | 4/1/1976 | Joint Operating Agreement | Operating Agreement eff. 4-1-76 as amended |
| Land | 4/1/1977 | Unit Operating Agreement | UNIT OPERATING AGREEMENT BY AND BETWEEN  DEVON ENERGY PRODUCTION , APACHE CORPORATION, ET AL. |
| Land | 4/1/1977 | Unit Agreement No. 14-08-0001-16943 | Unit Agreement, JD Sand, Reservoir A, Eugene Isiand Block 330 Field (Unit Number 891016943), dated effective April 1,1977, naming Pennzoil Oil & Gas, Inc., as Operator, and Texaco Inc. and Shell Oil Company, as sub- |
| Land | 12/12/1977 | Unit Agreement | Unit Agreement (VR 369 Unit Area) 12/12/1977 |
| Land | 12/23/1977 | Unit Operating Agreement | Unit Operating Agreement* (VR 369 Unit Area)<br>*UOperating Agreement supersedes JOperating Agreement 12/23/1977 |
| Land | 1/1/1978 | UOA | HI 179 Unit Operating Agreement |
| Land | 5/2/1978 | FO | FARMOUT AGREEMENT EFFECTIVE MAY 2, 1978, BY AND BETWEEN ENSERCH, FARMOR, AND ANADARKO, FARMEE. |
| Land | 11/1/1978 | OA | Operating Agreement eff. 11/1/78 |
| Land | 11/17/1978 | FO | Farmout Agreement dated November 17,1978 between Gulf Oil Corporation and Shell Oil Company covering the Northeast Quarter (NE/4) of that certain Oil and Gas Lease dated July 1,1967 bearing Serial No. OCS-G |
| Land | 3/1/1979 | Joint Operating Agreement | OPERATING AGREEMENT DATED MARCH 1, 1979, BY AND BETWEEN UNION OIL COMPANY OF CALIFORNIA AND MOBIL OIL EXPLORATION & PRODUCTION SOUTHEAST INC |
| Land | 9/15/1979 | Joint Operating Agreement | OPERATING AGREEMENT EFFECTIVE SEPTEMBER 15, 1979, BY AND BETWEEN ANADARKO PRODUCTION CO, AS OPERATOR, AND PAN EASTERN EXPLORATION COMPANY, DIAMOND SHAMROCK CORPORATION, COLUMBIA GAS DEVELOPMENT CORPORATION, TEXASGULF, INC, AND SAMEDAN OIL CORPORATION, NON-OPERATORS. |
| Land | 12/1/1979 | OFFSHORE OPERATING AGREEMENT | OFFSHORE OPERATING AGREEMENT b/b SHELL OIL COMPANYand FLORIDA EXPLORATION COMPANY, ET AL |
| Land | 4/1/1981 | Unit Operating Agreement | Unit Operating Agreement; dated April 1,1981, by and between Conoco Inc., Atlantic Richfield Company, Getty Oil Company, Cities Service Company, Placid Oil Company, Hamilton Brother Oil Company, Mobil Oil Exploration and Producing S.E., Inc., Gulf Oil Corporation, Hunt Oil Company, Highland Resources, Inc., Hunt Industries and Prosper Energy Corporation, comprising all working interest owners in the Ship ShOperating |
| Land | 9/1/1981 | Joint Operating Agreement | Operating Agreement 9/1/1981 |
| Land | 9/1/1981 | Joint Operating Agreement | Offshore Operating Agreement 9/1/1981 |

Exhibit I-F(i)

| | | | |
|---|---|---|---|
| LAND | 9/15/2017 | Memorandum of OA and Financing Statement | ST 311 320 UCC_Mortgage and Conveyance |
| LAND | 9/15/2017 | Offshore Operating Agreement | ST 311-320 JDA Offshore Operating Agreement dtd 9-15-17, as amended |
| LAND | 9/15/2017 | Participation Agreement | ST 311-320 JDA Participation Agreement dtd 9-15-17 |
| Land | 9/19/2017 | Offer to Purchase | by and between Fieldwood Energy Offshore LLC and SCL Resources, LLC: Offer to Purchase SCL Resources, LLC'S Interest in GI 94, SS 79, VR 332 and WD 34 |
| Land | 11/7/2017 | Modification to PHA | Enhancement and modification to test separator MBD -4010 at HI 547 B Platform - PHA Agreement dated May 8, 1998 |
| Land | 4/6/2018 | Notification of Withdrawal - WC 269 | Withdrawal Election |
| Land | 4/17/2018 | Amendment | by and between Fieldwood Energy LLC and Arena Energy, LP: Amendment to Production Handling Service Agreement dated May 8, 198( |
| Land | 6/14/2018 | Performance Bond | Sanare Energy Partners, LLC is the new principal replacing Northstar Offshore Ventures LLC |
| Land | 8/1/2018 | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Entech Enterprises, Inc.: Entech Withdraws from SS 271 Uni |
| Land | 8/8/2018 | Take Over Election Letter Agreement | In accordance with certain Farmout Agreements dated 12/17/2002, 05/19/2003 and 02/13/2004, Fieldwood elects to declin |
| Land | 10/18/2018 | Abandonment Agreement | pursuant to that certain PHA for MC 496 produced at SP B Platform dated 11/1/2002 |
| Land | 12/20/2018 | Letter of Intent | by and between Fieldwood Energy LLC and TR Offhsore. L.L.C.: Contemplation of Contract Operating Agreement, Transportation Agreemen |
| LAND | 2/22/2019 | Exploration Agreement Letter | APA - EXXI MP 295 Side Ltr Agrmnt dtd 2-22-13 |
| Land | 4/1/2019 | PHA Amendment | First Amendment to that certain Production Handling Agreement, dated September 1, 2009 - Eiugene Island 224 "A" Platform - Federal Offshore Louisiana |
| Land | 5/16/2019 | Letter Agreement | by and between Fieldwood Energy LLC and Panther Pipeline, LLC: Letter Agreement Matagorda Operating Agreement MI 518/519 with regard to natural gas pipeline work. |
| Land | 7/25/2019 | Letter Agreement OCS-G 14535 JB1ST2 Well | Pursuant to that certain Farmout dated 12/17/2002. Reassignment to Arena and P&A liability |
| LAND | 7/25/2019 | Exploration Agreement | Exploration Venture Agreement by and between Fieldwood Energy LLC and Juneau Oil & Gas LLC (terminated 6-23-20 |
| LAND | 11/5/2019 | Transfer Notice | |
| Land | 11/21/2019 | Withdrawal Agreement | by and between Fieldwood Energy LLC and W&T Offshore, Inc.: W&T Withdrawal from EC 2 SL 18121 - W&T did not prepay abandonment |
| Land | 11/21/2019 | Letter Agreement | Letter Agreement SS 198 J-11 Well zone shift: Zone shift recommended and election from HO to HG and by and between GOM Shelf Offshore LLC and Talos Energy Offshore LLC |
| Land | 11/21/2019 | Letter Agreement | Letter Agreement SS 198 J-11 Well zone shift: Zone shift recommended and election from HO to HG and by and between GOM Shelf Offshore LLC and Renaissance Offshore LL( |
| Land | 12/10/2019 | Non-Consent | by and between Fieldwood Energy LLC and W&T Offshore, Inc.: W&T Non-consent lease saving operation on EC 2 SL 18121 for failure to respond to lease number FW19404 |
| Land | 12/12/2019 | Purchase of Pipeline ROW OCS-G 14731 Seg. No. 10406 | by and between Fieldwood Energy LLC and Monforte Exploration L.L.C.: SS 274 A Platform to EI 259 A Platform |
| Land | 01/01/1994, 04/08/1994 | Unit Operating Agreement | U nit Operating Agreement by and between CNG Producing Company, Columbia Gas Development Corporation, Total Minatome Corporation, Energy Development Corporation, Murphy Exploration and Productior Company and Anadarko Petroleum Corporation; and Forest Oil Corporation and Timbuck Company/The Hat Creek Production Company, Limited Partnership (referred to as "Override Parties") |
| Land | 12/31/2013 | First Amendment to the Participation Agreement | First Amendment to the Participation Agreement OCS-G0786, South Marsh Island Area, Block 48 Offshore Federal Waters |
| Pipeline Transport | 10/31/2013 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Arena Offshore LP |
| Pipeline Transport | 10/31/2013 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Arena Offshore LP and Arena Offshore LF |
| Pipeline Transport | 10/31/2013 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Arena Offshore LP and Arena Offshore LF |
| Pipeline Transport | 7/31/2013 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Energy XXI and Energy XXI |
| Pipeline Transport | 7/31/2013 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Energy XXI and Energy XXI |
| Pipeline Transport | 7/31/2013 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Energy XXI and Energy XXI |
| Pipeline Transport | 6/3/2015 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Energy XXI and Energy XXI |
| Pipeline Transport | 6/3/2015 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Energy XXI and Energy XXI |
| Pipeline Transport | 6/3/2015 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Energy XXI and Energy XXI |
| Pipeline Transport | 7/8/2013 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Tana Exploration Company, LLC and Tana Exploration Company, LLC |
| Pipeline Transport | 7/8/2013 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Tana Exploration Company, LLC and Tana Exploration Company, LLC |
| Pipeline Transport | 7/8/2013 | Barnacle Pipeline Throughput Capacity Agreement | Capacity Agreeement by and between Fieldwood and Tana Exploration Company, LLC and Tana Exploration Company, LLC |
| Pipeline Transport | 8/1/2015 | Cheetah Pipeline Throughput Capacity | Capacity Agreeement by and between Fieldwood and Talos Energy Offshore, LLC and Talos Energy Offshore, LLC |
| Pipeline Transport | 8/1/2015 | Cheetah Pipeline Throughput Capacity | Capacity Agreeement by and between Fieldwood and Talos Energy Offshore, LLC and Talos Energy Offshore, LLC |
| Pipeline Transport | 11/12/2013 | THROUGHPUT CAPACITY LEASE AND TIE IN AGREEMENT | Capacity Agreeement by and between Fieldwood and Walter Oil & Gas Corporation and Walter Oil & Gas Corporatior |
| Pipeline Transport | 2/2/1996 | GATHERING AGREEMENT | Gathering Agreement by and between Fieldwood and CMA Pipeline and CMA Pipeline |
| Pipeline Transport | 9/30/2015 | AMENDMENT TO GATHERING AGREEMENT | Gathering Agreement by and between Fieldwood and CMPA PIPELINE PARTNERSHIP, LLC and CMPA PIPELINE PARTNERSHIP, LLC |
| ~~PHA for EB165A/EB430~~ | ~~9/30/2004~~ | ~~PRODUCTION HANDLING AGMT~~ | ~~PHA for EB165A/EB430 by and between Fieldwood and WALTER OIL & GAS CORPORATION and WALTER OIL & GAS CORPORATION~~ |
| Service Agreements | 4/1/2009 | SERVICE CONTRACT | Allocation of quality bank by and between Fieldwood and Allocation Specialists, LLC and Allocation Specialists, LL( |
| LEASE OF PLATFORM SPACE | 9/5/1991 | Receipt and Measurement Facility EI Block 158 Platform4/1/2020 - 3/31/2021 | A-LOPS-EI158B by and between Fieldwood and Transcontinental Gas Pipeline Corporation and Transcontinental Gas Pipeline Corporation |
| LEASE OF PLATFORM SPACE | 9/15/1981 | Receipt and Measurement Facility LOPS EI Block 135 "JA" Platform4/1/2020 - 3/31/2021 | A-LOPS-EI136JA by and between Fieldwood and Transcontinental Gas Pipeline Corporation and Transcontinental Gas Pipeline Corporation |
| LEASE OF PLATFORM SPACE | 1/1/2011 | LEASE OF PLATFORM SPACE | BRI116-LOPS by and between Fieldwood and BRISTOW U.S. LLC and BRISTOW U.S. LLC |
| LEASE OF PLATFORM SPACE | 1/1/2011 | LEASE OF PLATFORM SPACE | BRI116-LOPS by and between Fieldwood and BRISTOW U.S. LLC and BRISTOW U.S. LLC |
| LEASE OF PLATFORM SPACE | 1/1/2011 | LEASE OF PLATFORM SPACE | BRI116-LOPS by and between Fieldwood and BRISTOW U.S. LLC and BRISTOW U.S. LLC |
| LEASE OF PLATFORM SPACE | 1/1/2011 | LEASE OF PLATFORM SPACE | BRI116-LOPS by and between Fieldwood and BRISTOW U.S. LLC and BRISTOW U.S. LLC |
| LEASE OF PLATFORM SPACE | 11/1/2006 | LEASE OF PLATFORM SPACE | ERA100-LOPS by and between Fieldwood and ERA Helicopters LLC and ERA Helicopters LL( |
| LEASE OF PLATFORM SPACE | 11/1/2006 | LEASE OF PLATFORM SPACE | ERA100-LOPS by and between Fieldwood and ERA Helicopters LLC and ERA Helicopters LLC |
| LEASE OF PLATFORM SPACE | 11/1/2006 | LEASE OF PLATFORM SPACE | ERA100-LOPS by and between Fieldwood and ERA Helicopters LLC and ERA Helicopters LLC |
| LEASE OF PLATFORM SPACE | 11/1/2006 | LEASE OF PLATFORM SPACE | ERA100-LOPS by and between Fieldwood and ERA Helicopters LLC and ERA Helicopters LLC |
| LEASE OF PLATFORM SPACE | 11/1/2006 | LEASE OF PLATFORM SPACE | ERA100-LOPS by and between Fieldwood and ERA Helicopters LLC and ERA Helicopters LLC |
| LEASE OF PLATFORM SPACE | 4/28/2009 | LEASE OF PLATFORM SPACE | ROT101-LOPS EI 189P/F B by and between Fieldwood and Rotocraft Leasing Company, LLC and Rotocraft Leasing Company, LLC |
| LEASE OF PLATFORM SPACE | 4/28/2009 | LEASE OF PLATFORM SPACE | ROT101-LOPS MATAGORDA ISLAND 622C by and between Fieldwood and Rotocraft Leasing Company, LLC and Rotocraft Leasing Company, LLC |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-1 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-2 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-3 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-4 by and between Fieldwood and TAMPNET and TAMPNET |

| | | | |
|---|---|---|---|
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-5 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-6 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-7 by and between Fieldwood and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-8 by and between Fieldwood and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-9 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-12 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-12 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-13 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-17 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-18 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-12 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-14 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-15 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-16 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-20 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-24 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-25 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-26 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 6/14/2000 | FACILITIES OPERATING AND MAINTENANCE AGMT | WIL174 OP&MN FEE-VK251A by and between Fieldwood and WILLIAMS FIELD SERVICES and WILLIAMS FIELD SERVICES |
| PRODUCTION HANDLING AGMT (JIB)-4 | 8/14/1995 | PRODUCTION HANDLING AGREEMENT | PHA SM280-SM268A by and between Fieldwood and FWE and FWE |
| PRODUCTION HANDLING AGMT (JIB)-6 | 5/1/2012 | JIB PHA EI 354#A6/EI337A10 | PHA EI354-EI337A by and between Fieldwood and FWE and FWE |
| PRODUCTION HANDLING AGMT (JIB)-12 | 4/28/2014 | PRODUCTION HANDLING AGREEMENT | PHA MP311B-MP302B19 by and between Fieldwood and APACHE SHELF EXPLORATION LLC          and APACHE SHELF EXPLORATION LLC |
| PRODUCTION HANDLING AGMT (JIB)-12 | 4/28/2014 | PRODUCTION HANDLING AGREEMENT | PHA MP311B-MP302B19 by and between Fieldwood and EPL OIL & GAS, LLC          and EPL OIL & GAS, LLC |
| PRODUCTION HANDLING AGMT (JIB)-13 | 4/1/2007 | PRODUCTION HANDLING AGREEMENT | RID108101-MP289C-MP275 by and between Fieldwood and RIDGEWOOD ENERGY CORPORATION          and RIDGEWOOD ENERGY CORPORATION |
| PRODUCTION HANDLING AGMT (JIB)-13 | 4/1/2007 | PRODUCTION HANDLING AGREEMENT | RID108101-MP289C-MP275 by and between Fieldwood and FWE and FWE |
| PRODUCTION HANDLING AGMT (JIB) | 10/23/2018 | AGREEMENT FOR THE GATHERING AND PROCESSING OF MO 826 ("SLEEPING BEAR") | MO826-VK251 by and between Fieldwood and W& T Offshore and W& T Offshore |
| PRODUCTION HANDLING AGMT (Non-Op) | | PRODUCTION HANDLING AGREEMENT | ST 320 A-SST1 by and between Fieldwood and W&T Offshore, Inc. and W&T Offshore, Inc. |
| PRODUCTION HANDLING AGMT (Non-Op) | 6/30/1999 | PRODUCTION HANDLING AGREEMENT | MC 108/MC 109 by and between Fieldwood and Talos Energy LLC and Talos Energy LLC |
| PRODUCTION HANDLING AGMT (Non-Op) | | PRODUCTION HANDLING AGREEMENT | ST 311 A1 by and between Fieldwood and Walter Oil & Gas Corporation and Walter Oil & Gas Corporation |
| PRODUCTION HANDLING AGMT (Non-Op) | 7/18/2002 | PRODUCTION HANDLING AGREEMENT | HI A-582  by and between Fieldwood and Cox Operating, LLC and Cox Operating, LLC |
| PRODUCTION HANDLING AGMT (Non-Op) | 10/21/2018 | PRODUCTION HANDLING AGREEMENT | ST 320 A02 by and between Fieldwood and Walter Oil & Gas Corporation and Walter Oil & Gas Corporation |
| PRODUCTION HANDLING AGMT (Non-Op) | 5/20/2019 | PRODUCTION HANDLING AGREEMENT | ST 320 A03 by and between Fieldwood and Walter Oil & Gas Corporation and Walter Oil & Gas Corporation |
| PRODUCTION HANDLING AGMT (Non-Op) | 6/13/1996 | PRODUCTION HANDLING AGREEMENT | SS 300 B/SS301 by and between Fieldwood and W & T Offshore, Inc. and W & T Offshore, Inc. |
| PRODUCTION HANDLING AGMT (Non-Op) | 6/30/1999 | PLATFORM ACCESS, OPERATING SERVICES AND PRODUCTION HANDLING AGREEMENT(ORION) | MC 109/MC110 by and between Fieldwood and Talos Energy and Talos Energy |
| PRODUCTION HANDLING AGMT (Non-Op) | 3/1/2007 | PRODUCTION HANDLING AGREEMENT | SM 107 by and between Fieldwood and Talos Energy and Talos Energy |
| PRODUCTION HANDLING AGMT (Non-Op) | 7/1/2014 | PRODUCTION HANDLING AND FACILITY USE AGREEMENT | VR 271 by and between Fieldwood and Castex Offshore Inc and Castex Offshore Inc |
| PRODUCTION HANDLING AGMT (Non-Op) | 8/1/1997 | PRODUCTION HANDLING AGREEMENT | ST 176/ST 148 by and between Fieldwood and Arena Offshore LLC and Arena Offshore LLC |
| PRODUCTION HANDLING AGMT (Non-Op) | 8/1/1997 | PRODUCTION HANDLING AGREEMENT | ST 176/ST 148 by and between Fieldwood and Arena Offshore LLC and Arena Offshore LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Transco and Transcc |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Transco and Transcc |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Transco and Transcc |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Transco and Transcc |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Transco and Transcc |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Transco and Transcc |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Transco and Transcc |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Transco and Transcc |

Exhibit I-F(i)

| | | | |
|---|---|---|---|
| Marketing Gas - Gathering | 4/1/2020 | IT Gathering | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC |
| Marketing Gas - Gathering | 4/1/2020 | IT Gathering | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC |
| Marketing Gas - Gathering | 4/1/2020 | IT Gathering | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC |
| Marketing Gas - Gathering | 4/1/2020 | IT Gathering | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Marketing Gas - Transport | 12/1/2003 | IT Transport Contract - Reserve Dedication and Discount Commodity Rate Agreement | Stingray Reserve Dedication VR Block 326 § 10 by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating) |
| Marketing Gas - Transport | 10/1/2014 | IT Gathering | IT Gathering by and between Fieldwood Energy LLC and Targa Midstream Services and Targa Midstream Services |
| Marketing Gas - Transport | 10/1/2014 | IT Gathering | IT Gathering by and between Fieldwood Energy LLC and Targa Midstream Services and Targa Midstream Services |
| Marketing Gas - Transport | 10/1/2019 | FT -2 Transport | FT -2 Transport by and between Fieldwood Energy LLC and Venice Gathering and Venice Gathering |
| Marketing Gas - Transport | 10/1/2014 | IT Gathering | Pelican Pipeline by and between Fieldwood Energy LLC and Targa Midstream Services and Targa Midstream Services |
| Marketing Gas - Transport | 10/1/2014 | IT Gathering | Pelican Pipeline by and between Fieldwood Energy LLC and Targa Midstream Srvices and Targa Midstream Services |
| Marketing Gas - Transport | 12/1/2013 | IT Gathering | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Gathering | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Gathering | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Gathering | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Gathering | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Gathering | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Gathering | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Gathering | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Gathering | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Gathering | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and High Point Gas Transmission, LLC and High Point Gas Transmission, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and High Point Gas Transmission, LLC and High Point Gas Transmission, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and High Point Gas Transmission, LLC and High Point Gas Transmission, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and High Point Gas Transmission, LLC and High Point Gas Transmission, LLC |
| Marketing Gas - Transport | 4/1/2000 | Firm Gathering & Dedication | Manta Ray firm Gathering and Dedicaiton , Disount Rate of 5.06 by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company |
| Marketing Gas - Transport | 12/1/2015 | Firm - Gathering | Firm - Gathering by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company, |
| Marketing Gas - Transport | 12/1/1992 | Firm Gathering & Dedication | Manta Ray firm Gathering and Dedicaiton , Disount Rate of 5.032 by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company |
| Marketing Gas - Transport | 4/1/2010 | Firm Gathering & Dedication | Manta Ray firm Gathering and Dedicaiton , Disount Rate of 5.12 by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company |
| Marketing Gas - Transport | 4/1/2010 | Firm Gathering & Dedication | Manta Ray firm Gathering and Dedicaiton , Disount Rate of 5.12 by and between Fieldwood Energy Offshore, LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company |
| Marketing Gas - Transport | 4/1/2010 | Firm Gathering & Dedication | Manta Ray firm Gathering and Dedicaiton , Disount Rate of 5.12 by and between Fieldwood Energy Offshore, LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company |
| Marketing Gas - Transport | 10/30/2017 | FT -2 Transport | EW 910 / ST 320 by and between Fieldwood Energy, LLC and Nautilus Pipeline Company and Nautilus Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | Searobin West Transport, IT max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | Searobin West Transport, IT max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | Searobin West Transport, IT max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | Searobin West Transport, IT max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | Searobin West Transport, IT max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | Searobin West Transport, IT max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT PR Transport Contract | Searobin West PTR Transprt,  max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-Retrograde Transport | Searobin Retrograde contract. IT max rate by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-Retrograde Transport | Searobin Retrograde contract. IT max rate by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-Retrograde Transport | Searobin Retrograde contract. IT max rate by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-Retrograde Transport | Searobin Retrograde contract. IT max rate by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-Retrograde Transport | Searobin Retrograde contract. IT max rate by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-Retrograde Transport | Searobin Retrograde contract. IT max rate by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-PTR Transport | Searobin East - PTR - Transport,  IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-PTR Transport | Searobin East - PTR - Transport,  IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-PTR Transport | Searobin East - PTR - Transport,  IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-PTR Transport | Searobin East - PTR - Transport,  IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-PTR Transport | Searobin East - PTR - Transport,  IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-PTR Transport | Searobin East - PTR - Transport,  IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |

| | | | |
|---|---|---|---|
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Operating and Management Agreement | ercedes the Construction and Operations Agr | Amended Agreement for the Operations of Facility for the Removal of Condensate from the Sea Robin Pipeline | Governs the Ownership and Operations of the Facility. Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System. Facility separates condesate from Sea Robin Pi by and between Fieldwood Energy LLC and  and |
| Ownership and Operating Agreement | 10/1/1982 | Construction, Ownership and Operating Agreement | Governs the Ownership and Operations of the Facility. The Facility is co-owned by two groups, Owners and Producers.  Facility assets are owned in three different classes: either solely owned by Owners, co-owned by Owners and Producers or soley owned by Pr by and between Fieldwood Energy LLC and Kinetica Partners LLC and Kinetica Partners LLC |
| Ownership Agreement | 12/2/1985 | Ownership Agreement for the Producers' Facility Sabine Pass, as amended | Governs the Ownership and Operations of the Producers' Facility. The Producers' Facility consists of assets owned by Producers, as well as those assets co-owned by the Producers and Owners. Fieldwood, as the designated Producers' Representive, reprents th by and between Fieldwood Energy LLC and  and |
| Ownership and Operating Agreement | 9/26/1982 | Venice Dehydration Station Operations and Maintenance Agreement | Provides for the use of the Venice Dehydration Station by the Venice Dehydration Station Owners by and between Fieldwood Energy LLC and  and |
| Ownership and Operating Agreement | 9/26/1982 | Venice Dehydration Station Operations and Maintenance Agreement | Provides for the use of the Venice Dehydration Station by the Venice Dehydration Station Owners by and between Fieldwood Energy LLC and  and |
| Ownership and Operating Agreement | 9/26/1982 | Venice Dehydration Station Operations and Maintenance Agreement | Provides for the use of the Venice Dehydration Station by the Venice Dehydration Station Owners by and between Fieldwood Energy LLC and  and |
| Service Agreement | 11/1/2015 | South Pass Dehydration Service Agreement as amended | Provides for certain monitoring, maintenance and repais for the South Pass Dehydration Station on behalf of Owners  by and between Fieldwood Energy LLC and Venice Energy Services Company LLC (Targa Resources and Venice Energy Services Company LLC (Targa Resources) |
| Service Agreement | 11/1/2015 | South Pass Dehydration Service Agreement as amended | Provides for certain monitoring, maintenance and repais for the South Pass Dehydration Station on behalf of Owners  by and between Fieldwood Energy LLC and Venice Energy Services Company LLC (Targa Resources and Venice Energy Services Company LLC (Targa Resources) |
| Service Agreement | 11/1/2015 | South Pass Dehydration Service Agreement as amended | Provides for certain monitoring, maintenance and repais for the South Pass Dehydration Station on behalf of Owners  by and between Fieldwood Energy LLC and Venice Energy Services Company LLC (Targa Resources and Venice Energy Services Company LLC (Targa Resources) |
| ~~Ownership and Operating Agreement~~ | ~~3/6/1974~~ | ~~Construction and Operating Agreement for Onshore Separation Facility — Cameron Parish, Louisiana  as amended~~ | ~~Provides for the construction and operation of the onshore separation facility which is connected to the facilites of Stingray Pipeline Company and which separates condensate from the natural gas injected into and transported by Stinray by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating)~~ |
| Construction and Management Agreement | 10/1/1981 | Construction and Management Agreement South Pass West Delta Gathering System | Provides for the construction management of the Facility by and between Fieldwood Energy LLC and N/A and N/A |
| Construction and Management Agreement | 10/1/1981 | Construction and Management Agreement South Pass West Delta Gathering System | Provides for the construction management of the Facility by and between Fieldwood Energy LLC and N/A and N/A |
| Construction and Management Agreement | 10/1/1981 | Construction and Management Agreement South Pass West Delta Gathering System | Provides for the construction management of the Facility by and between Fieldwood Energy LLC and N/A and N/A |

| | | | |
|---|---|---|---|
| Crude Sales | 1/23/2014 | SS 301 Crude Oil Sales Contract - | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATION |
| Crude Sales | 1/23/2014 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATIOI |
| Crude Sales | 1/23/2014 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATIOI |
| Crude Sales | 1/23/2014 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATIOI |
| Crude Sales | 1/23/2014 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATION |
| Crude Sales | 1/23/2014 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATIOI |
| Crude Sales | 1/23/2014 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATIOI |
| Crude Sales | 1/23/2014 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATIOI |
| Crude Sales | 1/23/2014 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATIOI |
| Crude Sales | 1/23/2014 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATIOI |
| Crude Sales | 3/5/2014 | | Marathon Petroleum Corporation buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company L |
| Crude Sales | 3/5/2014 | | Marathon Petroleum Corporation buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company L |
| Crude Sales | 3/5/2014 | | Marathon Petroleum Corporation buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company L |
| Crude Sales | 3/5/2014 | | Marathon Petroleum Corporation buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company LP |
| Crude Sales | 3/5/2014 | | Marathon Petroleum Corporation buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company L |
| Crude Sales | 6/18/2020 | | Phillips 66 Petroleum Company buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Phillips 66 Company and Phillips 66 Company |
| Crude Sales | 6/18/2020 | | Phillips 66 Petroleum Company buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Phillips 66 Company and Phillips 66 Compan |
| Crude Sales | 6/18/2020 | | Phillips 66 Petroleum Company buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Phillips 66 Company and Phillips 66 Compan |
| Crude Sales | 6/18/2020 | GI 43 complex - Crude Oil Sales Contract - | Phillips 66 Petroleum Company buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Phillips 66 Company and Phillips 66 Compan |
| Crude Sales/Purchase | 6/1/1998 | Crude Oil Purchase and Sale Agreement | Producers sell Crude Oil to Questor and Questor purchases Crude Oil from Producers. Producers buy back a volume of Crude Oil at HIPS Segment III tie-in equal to their monthly production sold to Questor at the Platform. by and between Fieldwood Energy LLC and Questor Pipeline Venture and Questor Pipeline Venture |
| MARKETING - GAS PROCESSING | 10/22/1976 | CONSTRUCTION/OPERATING | Agreement for the Construction and Operation of the Blue Water Gas Plant, Acadia Parish, Louisiana by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream curren |
| MARKETING - GAS PROCESSING | 7/1/2019 | PROCESSING-FEE | between $.15 /mmbtu to $.10 /mmbtu depending on volume esc by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC and Arrowhead Louisiana Pipeline, LL |
| MARKETING - GAS PROCESSING | 7/1/2019 | PROCESSING-FEE | between $.15 /mmbtu to $.10 /mmbtu depending on volume esc by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC and Arrowhead Louisiana Pipeline, LL |
| MARKETING - GAS PROCESSING | 7/1/2019 | PROCESSING-FEE | between $.15 /mmbtu to $.10 /mmbtu depending on volume esc by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC and Arrowhead Louisiana Pipeline, LL |
| MARKETING - GAS PROCESSING | 7/1/2019 | PROCESSING-FEE | between $.15 /mmbtu to $.10 /mmbtu depending on volume esc by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC and Arrowhead Louisiana Pipeline, LL |
| MARKETING - GAS PROCESSING | 7/1/2019 | PROCESSING-FEE | between $.15 /mmbtu to $.10 /mmbtu depending on volume esc by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC and Arrowhead Louisiana Pipeline, LL |
| MARKETING - GAS PROCESSING | 7/1/2019 | PROCESSING-FEE | between $.15 /mmbtu to $.10 /mmbtu depending on volume esc by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC and Arrowhead Louisiana Pipeline, LL |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2015 | Gas Processing and Fractionation Agreement | GPM; < 1.8 = 82/18%, 1.8>3 = 85/15%, >3 = 88/12% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Service |
| MARKETING - GAS PROCESSING | 4/1/2015 | Gas Processing and Fractionation Agreement | GPM; < 1.8 = 82/18%, 1.8>3 = 85/15%, >3 = 88/12% by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 1/1/2009 | PROCESSING-Greater of Fee or POL | Greater of 87%/13% or $.08 by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 1/1/2009 | PROCESSING-Greater of Fee or POL | Greater of 87%/13% or $.08 by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 1/1/2011 | 1st AMENDMENT | Greater of 87%/13% or $.08 by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 1/1/2011 | 1st AMENDMENT | Greater of 87%/13% or $.08 by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 5/1/2012 | 2nd AMENDMENT | Greater of 87%/13% or $.08 by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 5/1/2012 | 2nd AMENDMENT | Greater of 87%/13% or $.08 by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 8/1/2009 | PROCESSING-Greater of Fee or POL | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Service |
| MARKETING - GAS PROCESSING | 8/1/2009 | PROCESSING-Greater of Fee or POL | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Service |
| MARKETING - GAS PROCESSING | 8/1/2009 | PROCESSING-Greater of Fee or POL | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Service |
| MARKETING - GAS PROCESSING | 8/1/2009 | PROCESSING-Greater of Fee or POL | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Service |
| MARKETING - GAS PROCESSING | 12/1/2010 | 1st AMENDMENT | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Service |
| MARKETING - GAS PROCESSING | 12/1/2010 | 1st AMENDMENT | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Service |
| MARKETING - GAS PROCESSING | 12/1/2010 | 1st AMENDMENT | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 12/1/2010 | 1st AMENDMENT | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |

| | | | |
|---|---|---|---|
| MARKETING - GAS PROCESSING | 11/1/2012 | PROCESSING AGREEMENT-3RD AMENDMENT-FEE PLUS-POL | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 1/1/2013 | PROCESSING AGREEMENT-4th AMENDMENT-FEE PLUS-POL | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 1/1/2013 | PROCESSING AGREEMENT-4th AMENDMENT-FEE PLUS-POL | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 1/19/2012 | GAS PROCESSING AGREEMENT-POL | 92% / 8% by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operato |
| MARKETING - GAS PROCESSING | 1/19/2012 | GAS PROCESSING AGREEMENT-POL | 92% / 8% by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operato |
| MARKETING - GAS PROCESSING | 2/17/2014 | FIRST AMENDMENT TO GAS PROCESSING AGREEMENT | 92% / 8% by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operato |
| MARKETING - GAS PROCESSING | 2/17/2014 | FIRST AMENDMENT TO GAS PROCESSING AGREEMENT | 92% / 8% by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operato |
| MARKETING - GAS PROCESSING | 11/1/2004 | GAS PROCESSING AGREEMENT-POL | $0.06/MMBTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 4/1/2007 | FIRST AMENDMENT TO GAS PROCESSING AGREEMENT | $0.06/MMBTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/1995 | CONTRUCTION/OPERATING (NI) | CONTRUCTION/OPERATING (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/1/2010 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |

| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | |
|---|---|---|---|
| | | | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | |
| | | | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | |
| | | | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | |
| | | | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | |
| | | | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/18/2010 | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 | |
| | | | BALLOT TO EXTEND MCMORAN GPA THORUGH 12/31/2011 by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2010 | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT | BALLOT TO AMEND EXHIBIT E TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 6/1/2012 | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT | EXHIBIT B-1 COMMITMENT FORM TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | |
| | | | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | |
| | | | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | |
| | | | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |

| | | | |
|---|---|---|---|
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT | BALLOT TO APPROVE ENTERPRISE AS PLANT OPERATOR TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/2012 | APPROVAL OF AFES TO C&O AGREEMENT | APPROVAL OF AFES TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 9/25/2013 | BALLOT TO C&O AGREEMENT | BALLOT TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |

| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/6/2013 | REVISED EXHIBIT C TO C&O AGREEMENT | REVISED EXHIBIT C TO C&O AGREEMENT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2000 | SERVICE-DEHYDRATION (NI) | SERVICE-DEHYDRATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/1/2000 | SERVICE-FRACTIONATION (NI) | SERVICE-FRACTIONATION (NI) by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/1992 | BASE | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/1992 | BASE | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/1992 | BASE | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/1992 | BASE | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/1992 | BASE | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/1992 | BASE | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/1992 | BASE | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/1992 | BASE | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/1992 | BASE | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/1992 | BASE | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/1992 | BASE | BASE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |

| Category | Date | Type | Description |
|---|---|---|---|
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/13/1998 | RAW MAKE | RAW MAKE by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/13/1998 | AMENDMEMT | AMENDMEMT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/13/1998 | AMENDMEMT | AMENDMEMT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/13/1998 | AMENDMEMT | AMENDMEMT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/13/1998 | AMENDMEMT | AMENDMEMT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/13/1998 | AMENDMEMT | AMENDMEMT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/13/1998 | AMENDMEMT | AMENDMEMT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/13/1998 | AMENDMEMT | AMENDMEMT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/13/1998 | AMENDMEMT | AMENDMEMT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/13/1998 | AMENDMEMT | AMENDMEMT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/13/1998 | AMENDMEMT | AMENDMEMT by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 4/1/2010 | GAS PROCESSING AGREEMENT | 85/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 4/1/2011 | GAS PROCESSING AGREEMENT | 85/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 3/16/2004 | GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 3/16/2004 | GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 3/16/2004 | GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 3/1/2005 | FIRST AMENDMENT TO GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 3/1/2005 | FIRST AMENDMENT TO GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/2007 | SECOND AMENDMENT TO GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/2009 | THIRD AMENDMENT TO GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/2009 | THIRD AMENDMENT TO GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/20/2008 | FIRST AMENDMENT TO GAS PROCESSING AGREEMENT | 88/12% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/11/2004 | GAS PROCESSING AGREEMENT | 85/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/6/2004 | GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/1/1970 | CONSTRUCTION/OPERATING (NI) | Agreement for the Construction and Operation of the Toca Gas Processing Plant, St. Bernard Parish, Louisiana by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/25/2014 | RATIFICATION AND ADOPTION OF C&O AGREEMENT | Ratificaton to the Agreement for the Construction and Operation of the Toca Gas Processing Plant, St. Bernard Parish, Louisiana by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise |
| MARKETING - GAS PROCESSING | 1/1/2003 | PROCESSING POL +FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 1/1/2003 | PROCESSING POL +FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 1/1/2009 | AMENDMENT POL + FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 1/1/2009 | AMENDMENT POL + FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 3/31/2009 | PROCESSING-POL +FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 3/31/2009 | PROCESSING-POL +FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 9/1/2009 | PROCESSING-POL +FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 9/1/2009 | PROCESSING-POL +FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 11/1/2009 | PROCESSING-POL +FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 11/1/2009 | PROCESSING-POL +FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 8/11/2010 | LTR AGREEMENT | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 8/11/2010 | LTR AGREEMENT | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 11/1/2010 | AMENDMENT POL + FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 11/1/2010 | AMENDMENT POL + FEE | POL depending on GPM plus FEE $.12 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 8/1/2007 | PROCESSING-POL +FEE | POL depending on GPM plus FEE $.10 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 8/1/2007 | PROCESSING-POL +FEE | POL depending on GPM plus FEE $.10 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 6/1/2009 | AMENDMENT POL + FEE | 75%/25% plus $.12026 / mmbu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 6/1/2009 | AMENDMENT POL + FEE | 75%/25% plus $.12026 / mmbu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 4/1/2013 | GAS PROCESSING AGREEMENT-GREATER OF FEE OR POL | Greater of Fee or POL (85%/15%) min Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual exclation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 4/1/2013 | GAS PROCESSING AGREEMENT-GREATER OF FEE OR POL | Greater of Fee or POL (85%/15%) min Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual exclation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 4/1/2013 | GAS PROCESSING AGREEMENT-GREATER OF FEE OR POL | Greater of Fee or POL (85%/15%) min Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual exclation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 4/1/2013 | GAS PROCESSING AGREEMENT-GREATER OF FEE OR POL | Greater of Fee or POL (85%/15%) min Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual exclation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 4/1/2013 | GAS PROCESSING AGREEMENT-GREATER OF FEE OR POL | Greater of Fee or POL (85%/15%) min Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual exclation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |

| Category | Date | Document Type | Description |
|---|---|---|---|
| Land | 7/7/2015 | Preferential Right to Purchase Election Letter | Preferential Right to Purchase Election Letter by and between Fieldwood Energy Offshore LLC and Apache Shelf Exploration LLC : Waiver of pref relevant to Black Elk's Interes |
| Land | 1/1/1998 | Exploration Program Agreement | Exploration Program Agreement by and between Shell Offshore Inc. and Ocean Energy Inc. : Exploration Program Agreement Shell ID prospects Ocean to Participat |
| Land | 3/7/2005 | Termination of Exploration Program Agreement | Termination of Exploration Program Agreement by and between Shell Offshore Inc. and Devon Louisiana Corporation; Apache Corporation : Termination of 01/01/1998 Exploration Program Agreemer |
| Land | 3/1/1998 | Ratification and Joinder | Ratification and Joinder by and between OEI & SOI |
| Land | 7/11/2012 | Letter Agreement Pursuant to Operating and Processing Agreement dated 06/13/1996 | Letter Agreement Pursuant to Operating and Processing Agreement dated 06/13/1996 by and between W&T Offshore, Inc. and Dynamic Offshore Resources, LLC |
| Land | 5/20/2003 | Letter Agreement Pursuant to Operating and Processing Agreement dated 06/13/1996 | Letter Agreement Pursuant to Operating and Processing Agreement dated 06/13/1996 by and between Kerr McGee Oil & Gas Corporation and Gryphon Exploration Company : Depth Severance, Etc. |
| Land | 5/22/2003 | Ratification of Operating and Processing Agreement | Ratification of Operating and Processing Agreement by and between Kerr McGee Oil & Gas Corporation and Gryphon Exploration Company : Ratifies Operating Agreement effective 04/01/199 |
| Land | 9/13/1991 | Letter Agreement | Letter Agreement by and between Atlantic Richfield Company and Exxon Corporation : |
| Land | 4/9/2008 | Letter Agreement | Letter Agreement by and between Exxon Mobil Corporation and Apache Corporation : Exxon Mobil grants extension to well commencement per Amendment to Letter Agreement dated 09/10/199 |
| Land | 12/11/2007 | Letter Agreement | Letter Agreement by and between Exxon Mobil Corporation and Apache Corporation : Amendment to Letter Agreement 10/24/200( |
| Land | 7/1/1992 | Well Completion Agreement | Well Completion Agreement by and between Atlantic Richfield Company and Samedan Oil Corporation : ST 68 001 Wel |
| Land | 10/4/1956 | ST 54 Unit Agreement, as amended and/or expanded | ST 54 Unit Agreement, as amended and/or expanded by and between Departmoment of the Interior and Humble Oil & Refining Company : ST 54 Unit which includes ST 67 (as amended by those certain lette |
| Land | 10/1/2002 | First Amendment to Orion (MC 110) Platform Access, Operating Services and Production Handling Agreement | First Amendment to Orion (MC 110) Platform Access, Operating Services and Production Handling Agreement by and between BP Exploration & Production Inc.; Stone Energy Corporation and Shell Offshore Inc.; Stone Energy Corporation; Ocean Energy, Inc.; Devon SFS Operating, Inc. : Desire to install gas lift system on Amberjack Patform |
| Land | 2/11/1993 | Letter Agreement | Letter Agreement by and between Shell Offshore Inc. and BP Exploration & Oil Inc. : btw BP and Shell in Lieu of PHA with Apache, exploration are |
| Land | 7/31/2008 | Articles of Merger | Articles of Merger by and between Fieldwood Shelf LLC and W&T Offshore, Inc. : Pursuant to Plan of Merge |
| Land | 6/19/2014 | Consent to Disclose | Consent to Disclose by and between Fieldwood Energy LLC and Tana Exploration Company LLC : BS 25 and other propertie |
| Land | 9/15/2003 | Operating Agreement | 9/15/2003 operating agreement |
| Land | 1/6/2005 | Ratification | 1/6/2005 ratification of 9/15/2003 operating agreemen |
| Land | 2/5/2004 | PHA | 2/5/2004 production handling agreement (which was amended and ratified by the 8/25/2016 PHA |
| Land | 4/5/1972 | Farmout Agmt | Farmout Agmt by and between Forest Oil Corporation, et al and Pelto Oil Company, et a |
| Land | 5/1/1991 | OA | Operating Agreement, as amended by and between Texaco Exploration and Production Inc. and Mobil Oil Exploration & Producing Southeast Inc., et a |
| Land | 9/5/2002 | Farmout Agreement | Farmout Agreement by and between Kerr-McGee Oil & Gas Corp. and LLOG Exploration Offshore, Inc |
| Land | 8/1/1960 | Amendment West Delta-Grand Isle Unit Agreement | Amendment to GI/WD Unit Agmt by and between Continental Oil Company, et al. Cities Service Production Company |
| Land | 10/1/1969 | Amendment | Amends both GI/WD Unit and CATCO Unit by and between Continental Oil Company, Et al. Cities Service Production Company, Et al |
| Land | 12/19/2007 | Letter Agreeement | Retention of 2007 AFEs rather than issue 2008 AFEs by and between GOM Shelf LLC Chevron U.S.A. Inc |
| Land | 7/6/2017 | Renewal of Water Bottom Lease Contract No. 194 | Renewal of term Contract No. 194 with State of LA by and between GOM Shelf LLC State of LA State Land Office |
| Land | 8/19/2019 | Preferential Right to Purchase Election | Negative Pref election associated with Apache Shelf to Juneau by and between Apache Shelf Exploration LLC Fieldwood Energy Offshore LLC & GOM Shelf LLC |
| Land | 11/1/2019 | Agreement to the Iron Flea Prospect election not to participate | Agree to prospect area; elects not to aquire GI 46 AMI; elects not to participate, etc. by and between Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; GOM Shelf LLC Juneau Oil & Gas LLC |
| Land | 8/19/2019 | Agreement | Terminates Master Use Agreement and JEA by and between Fieldwood Energy LLC; Fieldwood Energy Offshore LLC; GOM Shelf LLC Juneau Oil & Gas LLC |
| Land | 9/4/2010 | Letter Agreement | Transfer interest N1 well and line, etc. by and between Chevron U.S.A. Inc. GOM SHELF LLC |
| Land | 11/16/2001 | Well Participation Agreement Grand Isle Area...Grasshopper Prospect | N/2 GI 52 #L-8 ST 1 Well by and between Vastar Resources, Inc, a part of BP America Inc. Spinnaker Exploration Company, L.L.C. |
| Land | 7/18/2007 | Renewal of Water Bottom Lease Contract No. 194 | Renewal of term Contract No. 194 with State of LA by and between GOM Shelf LLC State of LA State Land Office |
| Land | 5/17/1999 | Farmout Agreement | by and between PennzEnergy Exploration and Production L.L.C. and Aviara Energy Corporation |
| Land | 5/18/1999 | Participation Agreement | by and between Texaco Exploration and Production Inc. and Aviara Energy Corporation |
| Land | 5/18/1999 | Operating Agreement | by and between Aviara Energy Corporation and Texaco Exploration and Production Inc |
| Land | 6/15/1999 | Venture Agreement | by and between Aviara Energy Corporation and Eugene Island 309, L.L.C. |
| Land | 3/19/2003 | Operating Agreement | by and between Kerr-McGee Oil & Gas Corp. and LLOG Exploration Offshore, Inc |
| Land | 11/4/2003 | Office of Conservation Order No. 255-R | Louisiana Office of Conservation;Order No. 255-R, 10,200' RA SUf |
| Land | 4/23/2013 | OA | Amendment and Ratification of OA eff. 4/23/2013 b/b Apache Corporation, GOM Shelf, BDX Exploration, BDX Group, Shoreline Offshore and Tenkay Resource |
| Land | 7/1/2013 | JEA & OA | Joint Exploration Agreement dated 9/30/2013 but effective 7/1/2013 b/b Apache Corporation, Apache Shelf, Inc., Apache Deepwater LLC, Apache Shelf Exploration LLC, Fieldwood Energy LLC, and GOM Shelf; O |
| Land | 11/1/1972 | OA | b/b Gulf Oil Corporation, Mobil Oil Corporation, Pennzoil Offshore Gas Operators, Inc., and Pennzoil Louisiana and Texas Offshore, Inc., as amende |
| Land | 10/1/1983 | OA | b/b Shell Offshore Inc, and Florida Exploration Company, et a |
| Land | 4/1/1982 | OA | b/b Shell Offshore Inc, and Florida Exploration Company, et a |
| Land | 2/1/1999 | OA | b/b Apache Corporation and PETSEC Energy Inc. |
| Land | 9/25/1997 | OA | b/b Shell Offshore Inc. andf Barrett Resources Corporation |
| Land | 2/2/2013 | OA | b/b Apache Shelf Exploration LLC, Fieldwood Energy LLC and Energy XXI GOM, LLC as amended |
| Land | 1/28/2021 | Settlement Agreement | Release and Settlement Agreement effective January 28, 2021 by and between Fieldwood Energy LLC, Fieldwood SD Offshore LLC, Fieldwood Energy Offshore LLC and Sanare Energy Partners LL( |
| Land | 3/8/2021 | Settlement Agreement | Release and Settlement Agreement entered into as of March 8, 2021 by and between Fieldwood Energy LLC and Renaissance Offshore LLC |
| MARKETING - GAS PROCESSING | 8/1/1999 | GAS PROCESSING -SEVENTH AMENDMENT TO CONVEYANCE OF GAS PROCESSING RIGHTS DATES 4/01/2004 | fixed fee conveyance by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/8/2019 | GAS PROCESSING AGREEMENT-FEE - PASCAGOULA GAS PROCESSING AGREEMENT | $.16 /MMBTU (escl) plus electricity fee by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2008 | PROCESSING-POL Kaplan Processsign Plant | Greater of FEE or POL (85%/15%) min Fee $.16 (annual esclator) by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator and Arrowhead Louisiana Pipeline, LLC current operato |
| MARKETING - GAS PROCESSING | 1/1/2011 | 1st Amendment Kaplan Processing Plant | Greater of FEE or POL (85%/15%) min Fee $.16 (annual esclator) by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator and Arrowhead Louisiana Pipeline, LLC current operato |
| MARKETING - GAS PROCESSING | 9/17/2017 | 2nd Amendment Kaplan Processing Plant - Adds all KEE that can deliver to Egan Gap | Greater of FEE or POL (85%/15%) min Fee $.16 (annual esclator) by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator and Arrowhead Louisiana Pipeline, LLC current operato |

| | | | |
|---|---|---|---|
| ROW | 7/22/1966 | ROW | ROW Grand Chenier Separation Facilities/Pipeline Cameron Parish, Louisiana (File No. 108786); State of Louisiana ROW No. 70 |
| Oilfield Services | 1/1/2014 | MSA | ALTEC, INC |
| Other | 1/3/2018 | Letter Agreement Amending Fourth Amendment to Decommissioning Agreement | APACHE CORPORATION |
| Other | 4/11/2018 | Fifth Amendment to Decommissioning Agreement | APACHE CORPORATION |
| Other | 7/1/2016 | Third Amendment to Decommissioning Agreement | APACHE CORPORATION |
| Other | 9/1/2017 | Fourth Amendment to Decommissioning Agreement | APACHE CORPORATION |
| Other | 9/30/2013 | Decommissioning Agreement | APACHE CORPORATION |
| Other | 9/30/2013 | First Amendment to Decommissioning Agreement | APACHE CORPORATION |
| Other | 9/30/2013 | Second Amendment to Decommissioning Agreement | APACHE CORPORATION |
| Oilfield Services | | 554353_Master Services Agreement dated effective 11/01/2013 | ATHENA CONSULTING INC |
| Oilfield Services | | 514517_Master Services Agreement dated effective 01/30/2014 | B & J MARTIN INC |
| Oilfield Services | | 700538_Master Services Agreement dated effective 04/11/2014 | BECNEL RENTAL TOOLS, LLC |
| Non-Oilfield Services | 10/6/2017 | Consulting Agreement | Blue Latitudes, LLC |
| Oilfield Services | | 700965_Master_Service_Contract Effective_7-22-2015 | BOBCAT METERING-CALIBRATION SERVICES, LLC |
| Oilfield Services | | 548442_Helicopter Service Agreement dated effective 02/24/2014 | BRISTOW US LLC |
| Oilfield Services | | Master Services Contract dated effective 11/01/2013 | C DIVE LLC |
| Oilfield Services | | 502386_Joinder dated effective 06/24/2019 | CARLISLE ENERGY GROUP, INC. |
| Oilfield Services | | Gravel Pack Tools, CT Unit Tools | CONCENTRIC PIPE AND TOOL RENTALS |
| Oilfield Services | | Produced Water EPA testing for NPDES permit | ELEMENT MATERIALS TECHNOLOGY LAFAYETTE LLC |
| Oilfield Services | | 777975_Master Services Agreement dated effective 10/30/2019 | EMINENT OILFIELD SERVICES, LLC |
| Oilfield Services | | 700468_Master Services Agreement dated effective 06/20/2019 | FOREFRONT EMERGENCY MANAGEMENT LP |
| Oilfield Services | | 555510_MSA dated effective 02/09/2015; Joinder effective 04/02/2019; Joinder effective 05/14/2019 | GE OIL & GAS PRESSURE CONTROL LP (Hydril) |
| Oilfield Services | | 700921_Rental Agreement dated effective 04/10/2015 | GULF OFFSHORE RENTALS LLC |
| Oilfield Services | | Rigging Supplies | HOLLOWAY HOUSTON |
| Oilfield Services | | 700603_Master Services Agreement dated effective 12/01/2013 | INTERNATIONAL SNUBBING SERVICES LLC |
| Oilfield Services | | Utilities | JEFFERSON DAVIS ELECTRIC COOPERATIVE INC |
| Oilfield Services | | Pipeline Patrol Flights (PJ) | KENAN AVIATION, LLC |
| Oilfield Services | | 777602_Master Services Agreement dated effective 01/01/2014 | LAREDO OFFSHORE SERVICES, INC |
| Oilfield Services | | 701037_Master_Service_Contract Effective_12-14-2015 | M&R MANAGEMENT, LLC |
| Equipment Lease | 10/21/2019 | 125 Generator, Serial No. 1003815-08 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 300 Generator, Serial No. 1000010 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 300 Generator, Serial No. 5263/19 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 300 Generator, Serial No. 5263/23 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 500 Generator, Serial No. 1004626-002 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 500 Generator, Serial No. 1009733-01 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 60 Generator, Serial No. 1013275-04 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. 271420 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. 781282 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F04564 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F11695 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F12162 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F-13008 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F-13806 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F-14881 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F151 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F-25819 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Fuel Tank, Serial No. 51415 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Fuel Tank, Serial No. 51456 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Oilfield Services | | 556487_Master Services Agreement dated effective 11/01/2013 | MECHANICAL & PERFORMANCE ANALYSIS |
| Oilfield Services | | Mud, Completion Brine, Cleanout Tools, Solids Handling Equipment | M-I SWACO |
| Oilfield Services | | 700363_Master Services Agreement dated effective 02/06/2014 | MODERN AMERICAN RECYCLING SERVICES INC |

| | | | |
|---|---|---|---|
| Oilfield Services | | 513875_Master Services Agreement dated effective 11/01/2013 | OFFSHORE EQUIPMENT SOLUTIONS |
| Oilfield Services | | 700682_Master Services Agreement dated effective 03/24/2014 | OFFSHORE TECHNICAL SOLUTIONS LLC |
| Oilfield Services | | Fishing Tools (Formerly Extreme Energy Services) | PETROSTAR SERVICES, LLC |
| Oilfield Services | | 700975_Master Services Agreement dated effective 06/08/2015 | PHOENIX INTERNATIONAL HOLDING, INC |
| Oilfield Services | | 2018 Shore Offshore Services LLC - Platform Removal Contract | SHORE OFFSHORE SERVICE LLC |
| Oilfield Services | | 777494_PO Terms & Conditions dated effective 09/06/2017 | VIKING FABRICATORS LLC |
| Oilfield Services | | Trash Disposal (Creole, FW North, and Myette Point) | WASTE MANAGEMENT, INC |
| Oilfield Services | | 510196_Master Services Agreement dated effective 01/01/2014 | XL SYSTEMS LP |
| Equipment Lease | 10/21/2019 | Master Lease Agreement | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Amendment to Lease of Platform Space Agreement Main Pass 289 C8/1/2020 - 7/31/2021(Horn Mountain) | 11/29/2001 | A-LOPS-MP289C (Horn Mountain) - Lease of Platform Space Agreement originally dated November 29, 2001, originally by and between Apache Corporation and Vastar Resources, Inc., et. al., as amended | Anadarko US Offshore LLC |
| Letter Agreement | 06/01/2021 | Letter Agreement Re: Ticonderoga (GC 768) and MP 289C, dated June of 2021, by and between Anadarko and Fieldwood Energy LLC | Anadarko US Offshore LLC |
| LOPS EW 826 | 10/13/1988 | Lease of Offshore Platform Space by and between Sohio Petroleum Company, Mobil Oil Exploration & Producing Southeast Inc. and Kerr-McGee Corporation as Lessors and Trunkline Gas Company as Lessee dated October 13, 1988 | Lease of Offshore Platform Space by and between Sohio Petroleum Company, Mobil Oil Exploration & Producing Southeast Inc. and Kerr-McGee Corporation as Lessors and Trunkline Gas Company as Lessee dated October 13, 1988 |
| Lateral Line Operating Agreement Between Apache Corporation and Enterprise GTM Offshore Operating Company, LLC | 12/01/2012 | HIOS-12-LLOA-0365 - Owners constructed and own the Lateral Line which is used to connect Gas supplies in the High Island Area to s trunk pipelinesystem owned by High Island Offshore System. Theis Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy Offshore LLC and and | Fieldwood Energy LLC, Enterprise GTM Offshore Operating Company, LLC |
| Lateral Line Operating Agreement Between Apache Corporation and Enterprise GTM Offshore Operating Company, LLC | 12/01/2012 | HIOS-12-LLOA-0387 - Owners constructed and own the Lateral Line which is used to connect Gas supplies in the High Island Area to s trunk pipelinesystem owned by High Island Offshore System. Theis Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy Offshore LLC and and | Fieldwood Energy LLC, Enterprise GTM Offshore Operating Company, LLC |
| Lateral Line Operating Agreement Between Apache Corporation and Enterprise GTM Offshore Operating Company, LLC | 12/01/2012 | HIOS-12-LLOA-0383 - Owners constructed and own the Lateral Line which is used to connect Gas supplies in the High Island Area to s trunk pipelinesystem owned by High Island Offshore System. Theis Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy Offshore LLC and and | Fieldwood Energy LLC, Enterprise GTM Offshore Operating Company, LLC |

| | | | |
|---|---|---|---|
| Lateral Line Operating Agreement Between Apache Corporation and Enterprise GTM Offshore Operating Company, LLC | 02/14/2013 | HIOS-12-LLOA-0030 - Owners constructed and own the Lateral Line which is used to connect Gas supplies in the High Island Area to s trunk pipelinesystem owned by High Island Offshore System. This Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy Offshore LLC and and | Fieldwood Energy LLC, Enterprise GTM Offshore Operating Company, LLC |
| Lateral Line Operating Agreement Between Apache Corporation and Enterprise GTM Offshore Operating Company, LLC | 04/01/2006 | HIOS-06-MO-0102 - Owners constructed and own Meter Station to measure certain gas deliveries to the HI 573B Platform. This Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy Offshore LLC and and | Fieldwood Energy LLC, Enterprise GTM Offshore Operating Company, LLC |
| Lateral Line Operating Agreement Between Apache Corporation and Enterprise GTM Offshore Operating Company, LLC | 12/07/2005 | HIOS-05-MO-01114 - Owners constructed and own Meter Station to measure certain gas deliveries to the HI 341 Platform. This Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy Offshore LLC and and | Fieldwood Energy LLC, Enterprise GTM Offshore Operating Company, LLC |
| Marketing - Connection Agreement | 08/28/1998 | Meter 82634 - Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company, LLC |
| Marketing - Connection Agreement | Undated | Meter 80416 - Pipeline Interconnect Agreement | SEA Robin Pipeline Company, LLC |
| Marketing - Connection Agreement | 04/02/2015 | Meter 80261 - Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company, LLC |
| Marketing - Connection Agreement | 09/10/2014 | Meter 82507 - Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company, LLC |
| Marketing - Connection Agreement | 09/26/2002 | Water Saturated Gas Agreement | SEA Robin Pipeline Company, LLC |
| Marketing - Connection Agreement | 12/01/2006 | Meter 94042 - Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company, LLC |
| Marketing - Connection Agreement | 02/01/2008 | Meter 94124 - Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company, LLC |
| Marketing - Transportation | 12/01/2013 | Florida Gas Transmission - SP - Pooling agreement K 115545 | Fieldwood Energy LLC and Florida Gas Transmission Company LLC |
| Marketing - Transportation | 12/01/2013 | Florida Gas Transmission - ITS-WD (western division) agreement K 115548 | Fieldwood Energy LLC and Florida Gas Transmission Company LLC |
| Marketing - Transportation | 12/01/2013 | Florida Gas Transmission - ITS-Market Area - agreement K 115546 | Fieldwood Energy LLC and Florida Gas Transmission Company LLC |
| Marketing - Transportation | 12/01/2013 | Trunkline Gas company, LLC - IT -29561 - interruptible Agreement | Fieldwood Energy LLC and Trunkline Gas Company, LLC |
| Marketing - Transportation | 12/01/2013 | Trunkline Gas company, LLC - IT -29562 - interruptible Pooling West-LA | Fieldwood Energy LLC and Trunkline Gas Company, LLC |
| Marketing - Transportation | 12/01/2013 | Trunkline Gas company, LLC - IT -29570 - interruptible Pooling East0LA | Fieldwood Energy LLC and Trunkline Gas Company, LLC |
| Marketing - Transportation | 11/11/2018 | IT Retrograde contractTransport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company IT-NRCM S-3219 | IT Retrograde contractTransport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing - Transportation | 12/01/2013 | Master ITS Flash contract 2668 - Searobin West - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Master ITS Flash contract 2668 - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |

| | | | |
|---|---|---|---|
| Marketing - Transportation | 12/01/2013 | Master POOL - Pooling contract 2667 - Searobin West pooling agreement  - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Master ITS Flash contract 2667 - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing - Transportation | 01/01/2010 | Oil Liquids Transportation Agreement LTA Contract No. 115976 | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC and Stingray Pipeline Company LLC |
| Marketing - Transportation | 12/01/2016 | Stingray Pipeline Company LLC - IT Transport - 400017 - HI 330 Discount $.10 | Fieldwood Energy LLC and Stingray Pipeline Company LLC |
| Equipment Lease | 10/21/2019 | Master Lease Agreement | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Right of Way | 12/14/1962 | Town of Grand Isle ROW #41932 - Section 32, T21S, R25E, Jefferson Parish | TOWN OF GRAND ISLE, STATE OF LA |
| Pipeline Right of Way Agreement | 10/01/2009 | Town of Grand Isle ROW # - Section 32, T20S, R21, Jefferson Parish | Town of Grand Isle, LA, Chevron U.S.A. Inc. |
| Lease Agreement | 08/01/1962 | Right of Way: Grand Isle Shorebase - Assignment of Deltide's 5% interest in a 6 inch pipeline under a right-of-way from the Grand Isle Shorebase to the Muskrat Line, Line of Tennessee Gas Transmission Co. recorded in Book 558, Folio 11, Entry No. 238549 in the public records of Jefferson Parish, LA; T21S, R25E, S36, Humboldt 1853 T21S, R25E, S25, Humboldt 1853 T21S, R25E, S30, Humboldt 1853 T21S, R25E, S31, Humboldt 1853 | Deltide Fishing and Rental Tools Inc., Town of Grand Isle, LA |
| Farmout Agreement | 3/15/2013; amended 7/1/2013 | Farmout Agreement, Vermilion Block 271, South Addition (Portion of OCS-G 04800) and South Marsh Island Block 87, South Addition (Portion of OCS-G 24870) | Castex Offshore, Inc., Apache Corporation, SandRidge Energy Offshore, Bandon Oil & Gas Company, and Enven Energy Ventures |
| Marketing - Connection Agreement | 04/06/2021 | GI 43AA Connection Agreement | Kinetica Energy Express, LLC |
| Marketing - Reimbursement Agreement | 04/06/2021 | GI 43 Reimbursement Agreement | Kinetica Energy Express, LLC |
| Lease of Platform Space Agreement | 01/26/2021 | MP 289C LOPS between Fieldwood Energy LLC, Anadarko US Offshore LLC, Odyssey Pipeline LLC, W&T Energy VI, LLC and Talos Resources LLC | Anadarko US Offshore LLC, Odyssey Pipeline LLC, W&T Energy VI, LLC and Talos Resources LLCKinetica Energy Express, LLC |
| Pipeline Acquisition | 06/04/2021 | Amended and Restated Asset Purchase Agreement by and between Amberjack Pipeline Company LLC as Seller and W&T, et. al. as buyer | Amberjack Pipeline Company LLC |
| Marketing Gas Processing | 04/01/2021 | processing fee - $.08 / MMBTU   by and between Fieldwood Energy LLC and  ENLINK LIG Liquids, L.L.C.  current operator - (KEE Gas) | Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| Marketing Gathering | 12/01/2021 | Pelican pipeline gathering  - K 03193E | Fieldwood Energy LLC and Targa Midstream Services LLC |
| Marketing Gathering | 04/01/2021 | W&T Rock Road Lateral Gathering  Agreement | Fieldwood Energy LLC and W&T Offshore, Inc |
| Marketing Gas Processing | 05/01/2021 | DCP Mobile Bay | Fieldwood Energy LLC and DCP Mobile Bay Processing |
| Servitude and Surface and Subsurface Use Agreement | 12/19/2002 | Agreement between GOM Shelf LLC, BP America Production Company and Chevron U.S.A. Inc. as Grantor and Mardi Gras Transportation System Inc. as Grantee, granting Grantee the right to use a certain portion of the surface and subsurface of the that certain parcel of land located in Section 32, Township 21 South of Jefferson parish. | GOM Shelf LLC, BP America Production Company and Chevron U.S.A. Inc. as Grantor and Mardi Gras Transportation System Inc. as Grantee |
| STUSCO CONTRACT REF. NO. - CL69LP0068 | 08/19/2020 | STUSCO buys crude oil from Fieldwood Energy | Shell Trading (US) Company |

Exhibit I-F(ii)

Exhibit I-F(ii)

| Contract Category | Contract Date | Contract Description | Known Contract Counterparties |
|---|---|---|---|
| Equipment Lease | 10/21/2019 | Fuel Tank, Serial No. 51456 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 500 Generator, Serial No. 1004626-002 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 500 Generator, Serial No. 1009733-01 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Fuel Tank, Serial No. 51415 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 300 Generator, Serial No. 5263/23 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 300 Generator, Serial No. 5263/19 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 300 Generator, Serial No. 1000010 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 60 Generator, Serial No. 1013275-04 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | 125 Generator, Serial No. 1003815-08 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F-14881 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. 271420 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F12162 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F-13008 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F151 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F-13806 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F04564 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F-25819 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. F11695 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Equipment Lease | 10/21/2019 | Compressor, Serial No. 781282 | MACQUARIE CORPORATE AND ASSET FUNDING, INC. |
| Marketing - Construction, Operations, Management, Ownership Agreements | | Owners constructed and own the Lateral Line which is used to connect Gas supplies in the High Island Area to s trunk pipelinesystem owned hy High Island Offshore System. Theis Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy LLC and and | Apache Corporation, Enterprise GTM Offshore Operating Company, LLC |
| Ownership & Partnership Agreements | 6/1/2009 | Owners Agreement between the owners of the High Island Pipeline System | Chevron Pipe Line Company, owners of the High Island Pipeline System |
| Marketing - Processing | 10/22/1976 | Agreement for the Construction and Operation of the Blue Water Gas Plant, Acadia Parish, Louisiana by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator | Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| Marketing - Processing | 7/1/1970 | Agreement for the Construction and Operation of the Toca Gas Processing Plant, St. Bernard Parish, Louisiana by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| Marketing - Construction, Operations, Management, Ownership Agreements | 7/1/1970 | The Operator shall receive the gas to be processed at the Plant Delivery Point for the account of each owner and, after processing, deliver the Residue Gas to Highpoint, all in accordance with agreements by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| Marketing - Processing | 7/25/2014 | Ratificaton to the Agreement for the Construction and Operation of the Toca Gas Processing Plant, St. Bernard Parish, Louisiana by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC | Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| Marketing - Construction, Operations, Management, Ownership Agreements | 10/1/1982 | Governs the Ownership and Operations of the Facility. The Facility is co-owned by two groups, Owners and Producers. Facility assets are owned in three different classes: either solely owned by Owners, co-owned by Owners and Producers or soley owned by Pr by and between Fieldwood Energy LLC and Kinetica Partners LLC and Kinetica Partners LLC | Fieldwood Energy LLC and Kinetica Partners LLC and Kinetica Partners LLC |
| Marketing - Construction, Operations, Management, Ownership Agreements | 6/1/2015 | Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System by and between Fieldwood Energy LLC and Panther Operating Company, LLC (Third Coast Midstream) and Panther Operating Company, LLC (Third Coast Midstream) | Fieldwood Energy LLC and Panther Operating Company, LLC (Third Coast Midstream) and Panther Operating Company, LLC (Third Coast Midstream) |
| Marketing - Crude Sales | 6/1/1998 | Producers sell Crude Oil to Questor and Questor purchases Crude Oil from Producers. Producers buy back a volume of Crude Oil at HIPS Segment III tie-in equal to their monthly production sold to Questor at the Platform. by and between Fieldwood Energy LLC and Questor Pipeline Venture and Questor Pipeline Venture | Fieldwood Energy LLC and Questor Pipeline Venture and Questor Pipeline Venture |
| Ownership & Partnership Agreements | 5/1/1982 | Terms for construction and operation of the facility and allocation of commingled condensate - Operated by Northern Natural Gas Company | Northern Natural Gas Company |
| Marketing - Construction, Operations, Management, Ownership Agreements | 12/2/1985 | Governs the Ownership and Operations of the Producers' Facility. The Producers' Facility consists of assets owned by Producers, as well as those assets co-owned by the Producers and Owners. Fieldwood, as the designated Producers' Representative, reprents th by and between Fieldwood Energy LLC and and | Owners and Producers of Sabine Pass Facility |
| Marketing - Construction, Operations, Management, Ownership Agreements | 1/17/1963 | Governs the Facility Operations and ownership. by and between Fieldwood Energy LLC and and | |

| Facility | Facility Owner | Item Number | Serial No | Location | Item Description | Project Name | UOM | Condition | Scrap Price | Wt (lbs) | On Hand Qty | Average Cost | Scrap Value | Total Value | WT% | Net Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North Warehouse | Fieldwood | 54403 | | Wh/B42/FLR | LINER, PWR CYL | | EA | A | | | 1 | 3,975.83 | - | 3,975.83 | 100.0% | 3,975.83 |
| North Warehouse | Fieldwood | 54402 | | Wh/B42/FLR | PSTN/ROD ASSY: 10-1/2", GMWA, | | EA | A | | | 1 | 15,303.69 | - | 15,303.69 | 100.0% | 15,303.69 |
| North Warehouse | Fieldwood | 54403 | | Wh/B42/FLR | PSTN/ROD ASSY: 28", GMWA, ROD | | EA | A | | | 1 | 21,498.05 | - | 21,498.05 | 100.0% | 21,498.05 |
| North Warehouse | Fieldwood | 54406 | | Wh/B42/FLR | PSTN: 18", PISTON, GMVC 1ST STGE | | EA | A | | | 1 | 19,676.18 | - | 19,676.18 | 100.0% | 19,676.18 |
| North Warehouse | Fieldwood | 54407 | | B3/B3/52 | LINER: 2ND STGE CYL | | EA | A | | | 1 | 2,542.01 | - | 2,542.01 | 100.0% | 2,542.01 |
| North Warehouse | Fieldwood | 50400 | | Wh/B5/52 | LINER: GMVC 1ST STGE | | EA | A | | | 2 | 2,186.24 | - | 2,186.24 | 100.0% | 2,186.24 |
| North Warehouse | Fieldwood | 54409 | | Wh/B37/FL | HD: 2ND STGE CRMEKND | | EA | A | | | 1 | 4,372.48 | - | 4,372.48 | 100.0% | 4,372.48 |
| North Warehouse | Fieldwood | 54411 | | Wh/SE Wall/FLR | CRMKSHFT: GMVA/GMVC 12 | | EA | A | | | 1 | 82,650.64 | - | 82,650.64 | 100.0% | 82,650.64 |
| North Warehouse | Fieldwood | 54412 | | Wh/SE Wall/FLR | CRMKSHFT: GMVA/GMVC 12 | | EA | A | | | 1 | 81,082.47 | - | 81,082.47 | 100.0% | 81,082.47 |
| North Warehouse | Fieldwood | 54419 | | B3/B3/52 | PMP: GMVA LUBE OIL | | EA | A | | | 1 | 5,829.98 | - | 5,829.98 | 100.0% | 5,829.98 |
| North Warehouse | Fieldwood | 54420 | | Wh/FL | CRSSHD ASSY: GMVA/VC/VH | | EA | A | | | 1 | 6,095.65 | - | 6,095.65 | 100.0% | 6,095.65 |
| North Warehouse | Fieldwood | 54421 | | Wh/B41/FL | CRSSHD ASSY: GMVA/VC/VH | | EA | A | | | 1 | 6,095.65 | - | 6,095.65 | 100.0% | 6,095.65 |
| North Warehouse | Fieldwood | 54422 | | Wh/FL | CRSSHD ASSY: GMVA/VC/VH | | EA | A | | | 1 | 7,703.92 | - | 7,703.92 | 100.0% | 7,703.92 |
| North Warehouse | Fieldwood | 54445 | | B3/B3/52 | GEAR: GMVC BLOWER DRV | | EA | A | | | 1 | 3,352.24 | - | 3,352.24 | 100.0% | 3,352.24 |
| North Warehouse | Fieldwood | 54447 | | Wh/B42/FLR | PSTN/ROD ASSY: 18", 1ST STGE | | EA | A | | | 1 | 14,956.39 | - | 14,956.39 | 100.0% | 14,956.39 |
| North Warehouse | Fieldwood | 54448 | | Wh/B42/S1 | LINER: 18", 1ST STGE COMPRSSR | | EA | A | | | 1 | 1,967.62 | - | 1,967.62 | 100.0% | 1,967.62 |
| North Warehouse | Fieldwood | 54449 | | Wh/B42/S1 | LINER: 15", 2ND STGE COMPRSSR | | EA | A | | | 1 | 1,785.43 | - | 1,785.43 | 100.0% | 1,785.43 |
| North Warehouse | Fieldwood | 54450 | | Wh/B41/S2 | LINER: 9-3/4", 3RD STGE COMPRSSR | | EA | A | | | 1 | 1,909.90 | - | 1,909.90 | 100.0% | 1,909.90 |
| North Warehouse | Fieldwood | 54452 | | B3/B1/51 | GEAR: GMVS-FB, PARTCO BLOWER W/HUB | | EA | A | | | 1 | 16,032.44 | - | 16,032.44 | 100.0% | 16,032.44 |
| North Warehouse | Fieldwood | 54456 | | Wh/B42/FLR | PSTN/ROD ASSY: 9-3/4", 3RD STGE | | EA | A | | | 1 | 2,399.73 | - | 2,399.73 | 100.0% | 2,399.73 |
| North Warehouse | Fieldwood | 54457 | | Wh/B43/S1 | PSTN/ROD ASSY: 9-5/8", GMWA, | | EA | A | | | 1 | 16,032.44 | - | 16,032.44 | 100.0% | 16,032.44 |
| North Warehouse | Fieldwood | 54458 | | Wh/B43/FLR | PSTN/ROD ASSY: 17-1/4", GMVA-8 1ST S TGE | | EA | A | | | 1 | 18,636.17 | - | 18,636.17 | 100.0% | 18,636.17 |
| North Warehouse | Fieldwood | 54460 | | B3/B2/FLR | ROD: ALL GMV PWR PISTON | | EA | A | | | 2 | 1,821.87 | - | 1,821.87 | 100.0% | 1,821.87 |
| North Warehouse | Fieldwood | 54468 | | B3/B1/52 | GMVA PWR PISTON | | EA | A | | | 1 | 13,051.81 | - | 13,051.81 | 100.0% | 13,051.81 |
| North Warehouse | Fieldwood | 54469 | | Wh/B41/FLR | CRSSHD ASSY: GMVA/VC/VH | | EA | A | | | 1 | 13,051.81 | - | 13,051.81 | 100.0% | 13,051.81 |
| North Warehouse | Fieldwood | 54480 | | Wh/B43/FLR | PSTN/ROD ASSY: 16-1/4", 2ND STGE, | | EA | A | | | 1 | 18,408.46 | - | 18,408.46 | 100.0% | 18,408.46 |
| North Warehouse | Fieldwood | 54481 | | Bay3/N Wall/FLR | PSTN/ROD ASSY: GMWE PWR,FITS GMWS 12 | | EA | A | | | 1 | 3,223.36 | - | 3,223.36 | 100.0% | 3,223.36 |
| North Warehouse | Fieldwood | 54486 | | Wh/B43/FLR | PSTN/ROD ASSY: GMWA | | EA | A | | | 1 | 21,945.24 | - | 21,945.24 | 100.0% | 21,945.24 |
| North Warehouse | Fieldwood | 56001 | | Wh/B41/S1 | BEARING: TLA COMPRSSR RD, BEARING | | EA | A | | | 1 | 725.83 | - | 725.83 | 100.0% | 725.83 |
| North Warehouse | Fieldwood | 56002 | | Wh/B41/S1 | BEARING: TLA MAIN | | EA | A | | | 7 | 635.76 | - | 635.76 | 100.0% | 635.76 |
| North Warehouse | Fieldwood | 56633 | | B3/B58S3 | XT: RPR CYL, TLA PWR | | EA | A | | | 5 | 725.10 | - | 725.10 | 100.0% | 725.10 |
| North Warehouse | Fieldwood | 56644 | | B3/B4/S2 | SPRCKT: TLA CRNKSHFT | | EA | A | | | 6 | 6,085.04 | - | 6,085.04 | 100.0% | 6,085.04 |
| North Warehouse | Fieldwood | 56645 | | B3/B4/S3 | SPRCKT: TLA | | EA | A | | | 5 | 3,377.74 | - | 3,377.74 | 100.0% | 3,377.74 |
| North Warehouse | Fieldwood | 56646 | | B3/B3/52 | SPRCKT: HYD PUMP & DRV | | EA | A | | | 2 | 2,135.23 | - | 2,135.23 | 100.0% | 2,135.23 |
| North Warehouse | Fieldwood | 56652 | | Wh/B51/S1/TOP IN BACK | LINE: CYL, TLA 2ND STG | | EA | A | | | 1 | 3,886.14 | - | 3,886.14 | 100.0% | 3,886.14 |
| North Warehouse | Fieldwood | 56653 | | B3/B4/S3 | PSTN: TLA 2ND STGE | | EA | A | | | 1 | 20,689.57 | - | 20,689.57 | 100.0% | 20,689.57 |
| North Warehouse | Fieldwood | 56654 | | Wh/B44/S1 | PSTN: TLA 1ST STGE | | EA | A | | | 1 | 22,170.79 | - | 22,170.79 | 100.0% | 22,170.79 |
| North Warehouse | Fieldwood | 56657 | | B3/B4/FLR | PMP: SHFT, TLA IDLER | | EA | A | | | 1 | 1,136.85 | - | 1,136.85 | 100.0% | 1,136.85 |
| North Warehouse | Fieldwood | 56658 | | B3/B4/S3 | PMP: SHFT, TLA DRIVE | | EA | A | | | 1 | 3,188.27 | - | 3,188.27 | 100.0% | 3,188.27 |
| North Warehouse | Fieldwood | 56659 | | B3/B4/S3 | PMP: SHFT, TLA WATER PUMP | | EA | A | | | 1 | 1,789.07 | - | 1,789.07 | 100.0% | 1,789.07 |
| North Warehouse | Fieldwood | 56663 | | Wh/B41/S2 | SHOE: TLA TPE XHD SLIPPER | | EA | A | | | 2 | 2,514.18 | - | 2,514.18 | 100.0% | 2,514.18 |
| North Warehouse | Fieldwood | 56695 | | B3/B4/FLR | NUT: TLA CONNECTING ROD | | EA | A | | | 4 | 397.17 | - | 397.17 | 100.0% | 397.17 |
| North Warehouse | Fieldwood | 56744 | | B3/B4/FLR | GEAR: TLA BULL TIMING CNTRL | | EA | A | | | 1 | 1,898.39 | - | 1,898.39 | 100.0% | 1,898.39 |
| North Warehouse | Fieldwood | 56746 | | B3/B4/S3 | GEAR: TLA OIL PUMP | | EA | A | | | 2 | 3,800.42 | - | 3,800.42 | 100.0% | 3,800.42 |
| North Warehouse | Fieldwood | 56771 | | B3/B4/FLR | LABYRINTH: TLA TURBINE | | EA | A | | | 1 | 1,745.35 | - | 1,745.35 | 100.0% | 1,745.35 |
| North Warehouse | Fieldwood | 56772 | | B3/B4/FLR | PKG: TLA PWR CYL | | EA | A | | | 1 | 626.73 | - | 626.73 | 100.0% | 626.73 |
| North Warehouse | Fieldwood | 56779 | | B3/B4/FLR | CARRIER: TLA BULL GEAR | | EA | A | | | 3 | 1,286.24 | - | 1,286.24 | 100.0% | 1,286.24 |
| North Warehouse | Fieldwood | 56780 | | B3/B4/S2 | CARRIER: TLA IDLER GEAR | | EA | A | | | 3 | 1,187.86 | - | 1,187.86 | 100.0% | 1,187.86 |
| North Warehouse | Fieldwood | 56782 | | B3/B4/FLR | LINKAGE: TLA LNR/CNTRL | | EA | A | | | 2 | 1,435.63 | - | 1,435.63 | 100.0% | 1,435.63 |
| North Warehouse | Fieldwood | 56788 | | B3/B4/FLR | SHFT COMPRSSR: TLA TIMER DR | | EA | A | | | 1 | 739.68 | - | 739.68 | 100.0% | 739.68 |
| North Warehouse | Fieldwood | 56799 | | B3/B4/53 | VLV: TLA FUEL | | EA | A | | | 6 | 2,288.27 | - | 2,288.27 | 100.0% | 2,288.27 |
| North Warehouse | Fieldwood | 56800 | | B3/B5/S3 | SPRCKT: TLA CRNKSHFT | | EA | A | | | 1 | 6,512.01 | - | 6,512.01 | 100.0% | 6,512.01 |
| North Warehouse | Fieldwood | 56802 | | Wh/B44/S2 | PSTN/ROD ASSY: TLA MATS NO DRAW TYP E | | EA | A | | | 1 | 9,300.03 | - | 9,300.03 | 100.0% | 9,300.03 |
| North Warehouse | Fieldwood | 56806 | | B3/B6/51 | ROD: TLA W/LCKNG STDDS & PN SZ W/RD CAP | | EA | A | | | 1 | 24,799.27 | - | 24,799.27 | 100.0% | 24,799.27 |
| North Warehouse | Fieldwood | 56808 | | B3/B3/52 | WHEEL: TLA TRBN | | EA | A | | | 1 | 23,760.81 | - | 23,760.81 | 100.0% | 23,760.81 |
| North Warehouse | Fieldwood | 56809 | | Wh/B30/51 | SCRN ASSY: TLA DWG | | EA | A | | | 1 | 3,917.02 | - | 3,917.02 | 100.0% | 3,917.02 |
| North Warehouse | Fieldwood | 56810 | | B3/B4/53 | JT: EXPNSN, TLA | | EA | A | | | 2 | 3,435.63 | - | 3,435.63 | 100.0% | 3,435.63 |
| North Warehouse | Fieldwood | 56811 | | B3/B1/52 | JT: EXPNSN, TLA EXHAUST | | EA | A | | | 1 | 980.17 | - | 980.17 | 100.0% | 980.17 |
| North Warehouse | Fieldwood | 56815 | | B3/B10/52 | INTLCK ASSY: TLA SCAV AIR | | EA | A | | | 1 | 4,339.69 | - | 4,339.69 | 100.0% | 4,339.69 |
| North Warehouse | Fieldwood | 56816 | | B3/B4/FLR | NUT: TLA ROD ALL STGS | | EA | A | | | 1 | 1,012.96 | - | 1,012.96 | 100.0% | 1,012.96 |
| North Warehouse | Fieldwood | 56817 | | B3/B4/S3 | RING: TLA TURB NZZLE | | EA | A | | | 1 | 8,435.25 | - | 8,435.25 | 100.0% | 8,435.25 |
| North Warehouse | Fieldwood | 58585 | | Wh/SE Wall/FLR | CRNKSHFT | | EA | A | | | 1 | 15,303.69 | - | 15,303.69 | 100.0% | 15,303.69 |
| North Warehouse | Fieldwood | 59286 | | Wh/B43/51 | PSTN/ROD ASSY: 9-3/4", GMV, W/ 3" ROD | | EA | A | | | 1 | 12,227.14 | - | 12,227.14 | 100.0% | 12,227.14 |
| North Warehouse | Fieldwood | 71926 | | Bay3/N Wall/FLR | STDDS STEP, CYL: W/ NUTS 4 SUCT | | EA | A | | | 24 | 72.87 | - | 72.87 | 100.0% | 72.87 |
| North Warehouse | Fieldwood | 71936 | | B2/B1/52 | CYL: HYD, USND, UNMPRD | | EA | A | | | 1 | 1,020.25 | - | 1,020.25 | 100.0% | 1,020.25 |
| North Warehouse | Fieldwood | 71937 | | B2/B1/52 | CYL, HYD, USND, UNMPRD | | EA | A | | | 1 | 1,020.25 | - | 1,020.25 | 100.0% | 1,020.25 |
| North Warehouse | Fieldwood | 71939 | | B2/B4/S1 | CYL: COMPRSSR, 8", W/ ALL HD STDDS & NTS | | EA | A | | | 1 | 6,558.73 | - | 6,558.73 | 100.0% | 6,558.73 |
| North Warehouse | Fieldwood | 71948 | | B2/B1/51 | CYLINDER UNMPRD | | EA | A | | | 1 | 2,155.11 | - | 2,155.11 | 100.0% | 2,155.11 |
| North Warehouse | Fieldwood | 71952 | | B2/B1/S2 | CYL: CMPRSSR, 8", W/ IB HEAD & P. GL NO | | EA | A | | | 1 | 3,497.99 | - | 3,497.99 | 100.0% | 3,497.99 |
| North Warehouse | Fieldwood | 71955 | | B2/B1/52 | PSTN: COMP, C., W/2 STEEL DONUTS | | EA | A | | | 1 | 1,311.73 | - | 1,311.73 | 100.0% | 1,311.73 |
| North Warehouse | Fieldwood | 71971 | | B2/B1/52 | PSTN/ ROD ASSY: 4.2", NO RINGS, TUNGSTEN | | EA | A | | | 1 | 1,289.88 | - | 1,289.88 | 100.0% | 1,289.88 |
| North Warehouse | Fieldwood | 71976 | | B2/B1/52 | CRSSHD: GUIDE, WBP-74, BORE | | EA | A | | | 1 | 3,279.36 | - | 3,279.36 | 100.0% | 3,279.36 |
| North Warehouse | Fieldwood | 71977 | | B2/B1/S2 | DIST PC: WBP-74, NEW OEM 14" CYL | | EA | A | | | 1 | 2,040.49 | - | 2,040.49 | 100.0% | 2,040.49 |
| North Warehouse | Fieldwood | 71980 | | Wh/B29/51 | FAN ASSY: 7 BLADE 132" DIA AIR H CHANGER | | EA | A | | | 1 | 2,186.24 | - | 2,186.24 | 100.0% | 2,186.24 |
| North Warehouse | Fieldwood | 71983 | | Wh/B29/51 | FAN BLDES: FIBERGLASS 62" L X 11-1/2 4" W | | EA | A | | | 6 | 364.37 | - | 364.37 | 100.0% | 364.37 |
| North Warehouse | Fieldwood | 72001 | | Wh/B4/52 | PMP ASSY: LUBE, MVS, W/ ATMOS IND. & | | EA | A | | | 1 | 2,186.24 | - | 2,186.24 | 100.0% | 2,186.24 |
| North Warehouse | Fieldwood | 72002 | | Wh/B4/52 | PMP ASSY: LUBE, MVS, W/ ATMOS IND. & | | EA | A | | | 1 | 2,186.24 | - | 2,186.24 | 100.0% | 2,186.24 |
| North Warehouse | Fieldwood | 72013 | | Wh/B4/FLR | HD: CYL, PWR, RECOND | | EA | A | | | 1 | 1,311.75 | - | 1,311.75 | 100.0% | 1,311.75 |
| North Warehouse | Fieldwood | 72025 | | Wh/B41/S1 | MANIFOLD: HD, RECOND | | EA | A | | | 2 | 728.75 | - | 728.75 | 100.0% | 728.75 |
| North Warehouse | Fieldwood | 72027 | | Wh/B36/S1 | MANIFOLD: EXHST, PRDRL SECTIONS | | EA | A | | | 3 | 655.87 | - | 655.87 | 100.0% | 655.87 |
| North Warehouse | Fieldwood | 72037 | | Wh/B28/51 | ROD: CONN, PRDRL USD | | EA | A | | | 1 | 510.12 | - | 510.12 | 100.0% | 510.12 |
| North Warehouse | Fieldwood | 81982 | | B3/B2/FLR | ROD: ARTIC'LD, GMVC | | EA | A | | | 1 | 1,366.40 | - | 1,366.40 | 100.0% | 1,366.40 |
| North Warehouse | Fieldwood | 81984 | | B3/B4/S3 | SPRCKT: TLA SGL SPLIT | | EA | A | | | 1 | 6,635.56 | - | 6,635.56 | 100.0% | 6,635.56 |
| North Warehouse | Fieldwood | 81985 | | B3/B4/FLR | SPRCKT: TLA IDLER W/PUMP | | EA | A | | | 1 | 1,923.89 | - | 1,923.89 | 100.0% | 1,923.89 |
| North Warehouse | Fieldwood | 81987 | | Wh/B41/S2 | SHOE: GMVC XHD | | EA | A | | | 1 | 1,689.76 | - | 1,689.76 | 100.0% | 1,689.76 |
| North Warehouse | Fieldwood | 89087 | | Wh/B41/51 | PSTN/ROD ASSY: SZ 28" U/D D CYL10-3A 3172 | | EA | A | | | 1 | 9,838.09 | - | 9,838.09 | 100.0% | 9,838.09 |
| North Warehouse | Fieldwood | 96073 | | Wh/B8/52 | PMP,HYD: 5.2gpm | | EA | A | | | 1 | 9,793.64 | - | 9,793.64 | 100.0% | 9,793.64 |
| North Warehouse | Fieldwood | 96074 | | Wh/B8/52 | PMP,HYD: 5.3gpm | | EA | A | | | 1 | 9,793.64 | - | 9,793.64 | 100.0% | 9,793.64 |
| North Warehouse | Fieldwood | 113605 | | B3/B8/FLR | XT: RPR VNA | | EA | A | | | 3 | 852.63 | - | 852.63 | 100.0% | 852.63 |
| North Warehouse | Fieldwood | 113606 | | B3/B8/FLR | XT: | | EA | A | | | 1 | 1,093.12 | - | 1,093.12 | 100.0% | 1,093.12 |
| North Warehouse | Fieldwood | 113608 | | B3/B10/51 | VLV | | EA | A | | | 1 | 655.87 | - | 655.87 | 100.0% | 655.87 |
| North Warehouse | Fieldwood | 197167 | | Wh/B15/S2 | TRBCHRGR: VTC354 BBC W/MNTNG GSKT | | EA | A | | | 1 | 10,046.99 | - | 10,046.99 | 100.0% | 10,046.99 |
| North Warehouse | Fieldwood | 200368 | | Wh/B30/FLR | ROTOR ASSY, DEEPWELL PUMP | | EA | A | | | 1 | 7,651.85 | - | 7,651.85 | 100.0% | 7,651.85 |
| North Warehouse | Fieldwood | 200371 | | B2/B10/FLR | CYL: WRTHGTN SIZE 9-1/4" | | EA | A | | | 1 | 10,931.21 | - | 10,931.21 | 100.0% | 10,931.21 |
| North Warehouse | Fieldwood | 200372 | | B2/B11/FLR | CYL: WRTHGTN, SIZE 7" | | EA | A | | | 1 | 8,744.97 | - | 8,744.97 | 100.0% | 8,744.97 |
| North Warehouse | Fieldwood | 200375 | | B2/B10/51 | CYL: WRTHGTN SIZE 7.00" | | EA | A | | | 1 | 9,838.09 | - | 9,838.09 | 100.0% | 9,838.09 |
| North Warehouse | Fieldwood | 200380 | | Wh/B11/51 | IMPELLER: TURBINE | | EA | A | | | 1 | 16,568.78 | - | 16,568.78 | 100.0% | 16,568.78 |
| North Warehouse | Fieldwood | 200381 | | Wh/B11/51 | IMPELLER: C40" & STG, SOLAR | | EA | A | | | 1 | 17,289.50 | - | 17,289.50 | 100.0% | 17,289.50 |
| North Warehouse | Fieldwood | 200387 | | Wh/B11/51 | DIAPHRM: 1ST STG AIR | | EA | A | | | 1 | 4,194.35 | - | 4,194.35 | 100.0% | 4,194.35 |
| North Warehouse | Fieldwood | 200390 | | Wh/B27/52 | GEAR: 84 TPHL, 20ŁHS, RAT 1.26:1 | | EA | A | | | 1 | 29,149.69 | - | 29,149.69 | 100.0% | 29,149.69 |
| North Warehouse | Fieldwood | 200400 | | B2/B11/51 | BEARING ASSY: C50 SLR GC DWPR SUCT | | EA | A | | | 1 | 21,260.33 | - | 21,260.33 | 100.0% | 21,260.33 |
| North Warehouse | Fieldwood | 200401 | | Wh/B1/52 | BEARING ASSY: C40 DS SLR GC TILT PAD | | EA | A | | | 1 | 18,346.21 | - | 18,346.21 | 100.0% | 18,346.21 |
| North Warehouse | Fieldwood | 200411 | | B2/B7/51 | CYL: 15" COMPRSSR, NO STDDS F/VLV CAPS | | EA | A | | | 1 | 14,574.95 | - | 14,574.95 | 100.0% | 14,574.95 |
| North Warehouse | Fieldwood | 200421 | | B2/B9/FLR | CYL: 15", COMPRSSR, NO STDDS F/VLV CAPS | | EA | A | | | 1 | 14,574.95 | - | 14,574.95 | 100.0% | 14,574.95 |
| North Warehouse | Fieldwood | 200422 | | B2/B5/51 | CYL: 9", COMPRSSR #10676-5 L/R RDS | | EA | A | | | 1 | 10,931.21 | - | 10,931.21 | 100.0% | 10,931.21 |
| North Warehouse | Fieldwood | 200424 | | B2/B1/51 | CYL: 11-1/4", COMPRSSR W/ 11.287 BORE | | EA | A | | | 1 | 13,117.45 | - | 13,117.45 | 100.0% | 13,117.45 |
| North Warehouse | Fieldwood | 200425 | | B2/B4/51 | CYL: 5", COMPRSSR U/R RDS | | EA | A | | | 1 | 9,483.68 | - | 9,483.68 | 100.0% | 9,483.68 |
| North Warehouse | Fieldwood | 200426 | | Wh/B20/51 | HEAD: COMP | | EA | A | | | 1 | 3,643.74 | - | 3,643.74 | 100.0% | 3,643.74 |
| North Warehouse | Fieldwood | 200849 | | YD/R4 | HEAT EXCHNGR | | EA | A | | | 1 | 22,226.79 | - | 22,226.79 | 100.0% | 22,226.79 |
| North Warehouse | Fieldwood | 202854 | | Wh/B38/FLR | PMP: CMS, MECH DRN | | EA | A | | | 1 | 65,694.60 | - | 65,694.60 | 100.0% | 65,694.60 |
| North Warehouse | Fieldwood | 202854 | | Bay 6 | COMPR: FKG | | EA | A | | | 1 | 22,117.48 | - | 22,117.48 | 100.0% | 22,117.48 |
| North Warehouse | Fieldwood | 202876 | | ENG: DUAL NG-399 | | | EA | A | | | 1 | | | | | |
| North Warehouse | Fieldwood | 227188 | | B3/B6/51 | CYL: CPR GMWA-9-14 PWR CYLINDERS | | EA | A | | | 1 | 7,651.85 | - | 7,651.85 | 100.0% | 7,651.85 |
| North Warehouse | Fieldwood | 228011 | | Bay3/ | PSTN/ROD ASSY: 29-1/2", CPR F/ V350 COM | | EA | A | | | 1 | | | | | |
| North Warehouse | Fieldwood | 228012 | | B3/B2/51 | PSTN ASD I/R RDS 2.125 IN CRBDE CTD | | EA | A | | | 1 | 2,379.03 | - | 2,379.03 | 100.0% | 2,379.03 |
| North Warehouse | Fieldwood | 228024 | | B3/B4/52 | PSTN/ROD ASSY: TLA COMPRSSR | | EA | A | | | 1 | 4,733.10 | - | 4,733.10 | 100.0% | 4,733.10 |
| North Warehouse | Fieldwood | 228280 | | Linear Controls | ENG:NG-230hp,1200rpm | | EA | A | | | 1 | 26,909.80 | - | 26,909.80 | 100.0% | 26,909.80 |
| North Warehouse | Fieldwood | 233295 | | B3/B30/51 | ENG:DETRL,148hp,8-2100rpm | | EA | A | | | 1 | 15,303.69 | - | 15,303.69 | 100.0% | 15,303.69 |
| North Warehouse | Fieldwood | 233453 | | Yard/Row 3 | GEN:DIESEL,208W,208/480V,AC,1800rpm,3ph | | EA | A | | | 1 | 9,291.11 | - | 9,291.11 | 100.0% | 9,291.11 |
| North Warehouse | Fieldwood | 241147 | | B2/B6/FLR | CYL: 28", VRA CLRX COMPRSSR | | EA | A | | | 1 | 18,846.21 | - | 18,846.21 | 100.0% | 18,846.21 |
| North Warehouse | Fieldwood | 241167 | | B2/B6/51 | CYL: 18", VRA CLRX COMPRSSR | | EA | A | | | 1 | 9,079.21 | - | 9,079.21 | 100.0% | 9,079.21 |

| Facility | Facility Owner | Item Number | Serial No. | Location | Item Description | Project Name | UOM | Condition | Scrap Price | Wt. (lbs) | On-Hand Qty | Average Cost | Scrap Value | Total Value | WIN | Net Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North Warehouse | Fieldwood | 241168 | | B2/B7/FLR | CYL: 17", VRA CLRK COMPRSR | | EA | A | | | 1 | 2,309.41 | - | 2,309.41 | 100.0% | 2,309.41 |
| North Warehouse | Fieldwood | 241169 | | B2/B2/FLR | CYL: 9, VRA CLRK COMPRESR | | EA | A | | | 1 | 1,539.61 | - | 1,539.61 | 100.0% | 1,539.61 |
| North Warehouse | Fieldwood | 241173 | | WH/B44/FL | PSTN/ROD ASSY: VRA CLRK COMPRESR | | EA | A | | | 1 | 1,539.61 | - | 1,539.61 | 100.0% | 1,539.61 |
| North Warehouse | Fieldwood | 241179 | | WH/B1/Floor | HD: VRA CLRK GLRBD UNLDR | | EA | A | | | 1 | 3,849.02 | - | 3,849.02 | 100.0% | 3,849.02 |
| North Warehouse | Fieldwood | 241181 | | B109/B26/S1 | VLV CHG: VRA CLRK CHRS F/1/2" | | EA | A | | | 12 | 173.21 | - | 173.21 | 100.0% | 173.21 |
| North Warehouse | Fieldwood | 241182 | | B3/B10,11,12/FLR | PSTN: VRA CLRK PWR | | EA | A | | | 4 | 2,169.33 | - | 2,169.33 | 100.0% | 2,169.33 |
| North Warehouse | Fieldwood | 241185 | | B3/B9/51 | ROD: VRA CLRK AKT CONN | | EA | A | | | 1 | 11,708.19 | - | 11,708.19 | 100.0% | 11,708.19 |
| North Warehouse | Fieldwood | 241189 | | B3/B10/53 | PIN: WRIST, VRA CLRK PWR PISTON | | EA | A | | | 6 | 1,255.26 | - | 1,255.26 | 100.0% | 1,255.26 |
| North Warehouse | Fieldwood | 241191 | | B3/B8/51 | TENSIONER: VRA CLRK CHAIN | | EA | A | | | 2 | 1,196.78 | - | 1,196.78 | 100.0% | 1,196.78 |
| North Warehouse | Fieldwood | 241202 | | B3/B2/52 | GVRNR: GMVC-12 | | EA | A | | | 1 | 8,409.66 | - | 8,409.66 | 100.0% | 8,409.66 |
| North Warehouse | Fieldwood | 241203 | | B3/B1/FLR | JUMPER: IGCL GMVC-12 HD TO CYL | | EA | A | | | 12 | 148.50 | - | 148.50 | 100.0% | 148.50 |
| North Warehouse | Fieldwood | 241205 | | B3/B3/52 | JUMPER: H2O, GMVC-12 CYL TO RAIL | | EA | A | | | 6 | 111.47 | - | 111.47 | 100.0% | 111.47 |
| North Warehouse | Fieldwood | 241216 | | B3/B3/53 | EXHST: ELBOW, GMVC-12, GMVA-34 2C | | EA | A | | | 4 | 857.27 | - | 857.27 | 100.0% | 857.27 |
| North Warehouse | Fieldwood | 251608 | | B2/Yard | ENG | | EA | A | | | 1 | - | - | - | 100.0% | - |
| North Warehouse | Fieldwood | 252667 | | B2/B5/52 | CYL: 6", WHT SUPR COMPRSR CMPLT | | EA | A | | | 1 | 4,862.67 | - | 4,862.67 | 100.0% | 4,862.67 |
| North Warehouse | Fieldwood | 323171 | | WH/B41/51 | PSTN: RING FOR 23.00" PISTON | | EA | A | | | 2 | 238.14 | - | 238.14 | 100.0% | 238.14 |
| North Warehouse | Fieldwood | 323172 | | WH/B41/51 | PSTN: RING FOR 16.50" PISTON | | EA | A | | | 2 | 223.27 | - | 223.27 | 100.0% | 223.27 |
| North Warehouse | Fieldwood | 323173 | | WH/B41/51 | PSTN: RING FOR 9.50" PISTON | | EA | A | | | 1 | 139.85 | - | 139.85 | 100.0% | 139.85 |
| North Warehouse | Fieldwood | 326861 | | WH/B42/FLR | PSTN: 10.50", PART #579-062-001 | | EA | A | | | 1 | 6,451.03 | - | 6,451.03 | 100.0% | 6,451.03 |
| North Warehouse | Fieldwood | 326862 | | WH/B44/FLR | PSTN: ROD FOR 10.50", PISTON | | EA | A | | | 1 | 3,373.74 | - | 3,373.74 | 100.0% | 3,373.74 |
| North Warehouse | Fieldwood | 326863 | | WH/B44/FLR | PSTN: ROD FOR 23.00", PISTON | | EA | A | | | 1 | 3,373.74 | - | 3,373.74 | 100.0% | 3,373.74 |
| North Warehouse | Fieldwood | 326864 | | WH/B44/FLR | PSTN: ROD FOR 16.50", PISTON | | EA | A | | | 1 | 3,373.74 | - | 3,373.74 | 100.0% | 3,373.74 |
| North Warehouse | Fieldwood | 326914 | | WH/B41/FLR | PSTN: 16.50", PART #579-082-201 | | EA | A | | | 1 | 18,426.94 | - | 18,426.94 | 100.0% | 18,426.94 |
| North Warehouse | Fieldwood | 328168 | | Linear Controls | ENG:NG,42.5hp,12,7in,H2O,900rpm | | EA | A | | | 1 | 84,000.00 | - | 84,000.00 | 100.0% | 84,000.00 |
| North Warehouse | Fieldwood | 333387 | | WH/B41/FLR | PSTN: 23.00", PART #579-303-201 | | EA | A | | | 1 | 33,442.43 | - | 33,442.43 | 100.0% | 33,442.43 |
| North Warehouse | Fieldwood | 348619 | | B1/B1/51 | MTR,ELEC:TEFC,3600rpm,150hp,445JP | | EA | A | | | 1 | 7,220.06 | - | 7,220.06 | 100.0% | 7,220.06 |
| North Warehouse | Fieldwood | 370132 | | Linear Controls | ENG:NG,85.2100rp,1900ci5,6,7/H | | EA | A | | | 1 | 60,750.95 | - | 60,750.95 | 100.0% | 60,750.95 |
| North Warehouse | Fieldwood | 500133 | | Fluid Crane | SUMP TANK,4'WX10"14X"H,2 TANKS,EXT,16" FFLA | | EA | A | | | 1 | 26,250.00 | - | 26,250.00 | 100.0% | 26,250.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 61 | 1-48" X 15' X 230 WP L.P. Horizontal Separator (No Skid) | ? | EA | Fair | | | 1 | 4,850.00 | - | 4,850.00 | 100.0% | 4,850.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 64 | 24" X 10' Vertical H.P. Separator w/Skid | Eugene Island Block#200-B | EA | Fair | | | 1 | 1,770.00 | - | 1,770.00 | 100.0% | 1,770.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 65 | 12" X 6' Vertical LP Fuel Gas Scrubber (No Skid) | ? | EA | Fair | | | 1 | 1,235.00 | - | 1,235.00 | 100.0% | 1,235.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 66 | 12" X 6' Vertical LP Fuel Gas Scrubber w/Skid | South Marsh Island 11-N | EA | Fair | | | 1 | 1,235.00 | - | 1,235.00 | 100.0% | 1,235.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 70 | 1-120 Degree Boat Landing with 48" Plate Doublers | South Marsh Island 11 | EA | Fair | | | 1 | 820.00 | - | 820.00 | 100.0% | 820.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 73 | 24" X 10' Vertical H.P. Separator w/Skid | ? | EA | Fair | | | 1 | 1,625.00 | - | 1,625.00 | 100.0% | 1,625.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 74 | 30" X 10' Vertical LP Test Separator w/Skid | ? | EA | Fair | | | 1 | 1,895.00 | - | 1,895.00 | 100.0% | 1,895.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 75 | 1-36" X 8' Two Phase Horizontal Separator (No Skid) | South Marsh Island 70 | EA | Fair | | | 1 | 1,455.00 | - | 1,455.00 | 100.0% | 1,455.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 90 | 1-48" X 10' X 275 WP L.P. Horizontal Scrubber Vessel NO SKID | South Marsh Island Block# 48 E | EA | Fair | | | 1 | 4,120.00 | - | 4,120.00 | 100.0% | 4,120.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 96 | 1-Glycol Reboiler with Stack & Stml Column | High Island Block# 487 A | EA | Fair | | | 1 | 8,145.00 | - | 8,145.00 | 100.0% | 8,145.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 100 | 48" X 10' X 2'SW W.P. Horizontal Water Skimmer with Skid | N/A | EA | Fair | | | 1 | 4,175.00 | - | 4,175.00 | 100.0% | 4,175.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 101 | 42" X 15' X 1440W W.P. Horizontal 3 Phase Separator "No Skid" | N/A | EA | Fair | | | 1 | 3,895.00 | - | 3,895.00 | 100.0% | 3,895.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 102 | 42" X 12' 6" X 125# W.P. Vertical Gas Scrubber w/Skid | N/A | EA | Fair | | | 1 | 3,215.00 | - | 3,215.00 | 100.0% | 3,215.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 103 | 20" X 7' 6" X 275 W.P. Vertical Separator with Skid | N/A | EA | Fair | | | 1 | 1,210.00 | - | 1,210.00 | 100.0% | 1,210.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 104 | 30" X 10' X 1480 W.P. Horizontal Separator with Skid | N/A | EA | Fair | | | 1 | 2,150.00 | - | 2,150.00 | 100.0% | 2,150.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 105 | One Dual Meter Run Skid with Pig Traps | N/A | EA | Fair | | | 1 | 1,385.00 | - | 1,385.00 | 100.0% | 1,385.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 106 | 30" X 6' X 150# W.P. Horizontal Scrubber Vessel with Skid | N/A | EA | Fair | | | 1 | 1,665.00 | - | 1,665.00 | 100.0% | 1,665.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 44 | 30" X 4' X 250 WP Vertical Scrubber Vessel w/Skid | From Offshore Specialty Fabricators in Houma | EA | Fair | | | 1 | 1,570.00 | - | 1,570.00 | 100.0% | 1,570.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. CCC | Line Heater/Reboiler Package 8' W X 22' 6"L X 10' 1" T | Eugene Island Block# 212 "A" | EA | Fair | | | 1 | 12,275.00 | - | 12,275.00 | 100.0% | 12,275.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. DDD | 3-Vapor Recovery Stacks | Eugene Island Block# 212 "A" | EA | Fair | | | 1 | 235.00 | - | 235.00 | 100.0% | 235.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. EEE | 1-Heater Stack, 1-Drill Column, and Misc Pipe and Hardware for Line Heater/Reboiler | Eugene Island Block# 212 "A" | EA | Fair | | | 1 | 355.00 | - | 355.00 | 100.0% | 355.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 107 | 1-Pellet of Used Spool Piping | West Cameron Block# 165 "A" | EA | Used | | | 1 | 295.00 | - | 295.00 | 100.0% | 295.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 109 | 1-Filter Separator with Skid (1' X 12' X 6' Tall) Est. 10,000# | High Island Block# A376 B | EA | Fair | | | 1 | 1,155.00 | - | 1,155.00 | 100.0% | 1,155.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 110 | 1-Float Cell with Skid (2' X 12' X 6' Tall) Est. 10,000# | High Island Block# A376 B | EA | Fair | | | 1 | 1,490.00 | - | 1,490.00 | 100.0% | 1,490.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 111 | Two (2) Plate Heat Exchanger Skids | High Island Block# A500 "CF" | EA | Fair | | | 1 | 475.00 | - | 475.00 | 100.0% | 475.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 112 | 1-Piggy Back Water Skimmer & Float Cell Package (Newly Fabricated) | Main Pass Block# 140-A | EA | Newly Fabricated | | | 1 | 5,025.00 | - | 5,025.00 | 100.0% | 5,025.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 113 | 1-Verticle Water Skimmer Vessel with Skid (60" X 12" X 15,000#) (MR# 1800) | Vermilion Block# 81-A | EA | Poor | | | 1 | 3,375.00 | - | 3,375.00 | 100.0% | 3,375.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 114 | 1-Verticle Floatation Unit (AM Spinsep) with Skid (ABM 1908) (10,150#) (Monosep Corporation Serial# MCO-2076) | West Cameron Block# 88-A | EA | Poor | | | 1 | 655.00 | - | 655.00 | 100.0% | 655.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 115 | 1-Verticle Test Separator with Skid (M80-4501) (36 X 10 Foot X 17,000#) (2,000 WP @ 100 deg. MFG 1982) | West Cameron Block# 88-A | EA | Poor | | | 1 | 865.00 | - | 865.00 | 100.0% | 865.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 116 | 1-Horizontal 3-Phase H.P. Production Separator with Skid (M80-4502) (60" X 15') (1440 @ 100 Deg F• Built 1982) | West Cameron Block# 88-A | EA | Fair | | | 1 | 1,435.00 | - | 1,435.00 | 100.0% | 1,435.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 117 | 1-Vertical Vent Scrubber Package with Skid (MM-2401) (30" X 10' X 22,000#) | West Cameron Block# 320-A | EA | Fair | | | 1 | 1,775.00 | - | 1,775.00 | 100.0% | 1,775.00 |
| Acadian - Lafayette | Acadian Contractors, Inc. | | | Lot No. 118 | 1-Horizontal 2-Phase Vent Scrubber Vessel W/Skid (48" X 10' X 150# @ 100 Deg) Built 1987 | East cameron Block# 320-A | EA | Fair | | | 1 | 3,545.00 | - | 3,545.00 | 100.0% | 3,545.00 |
| Viking - Henderson | Viking Fabricators, LLC | | | | Handrails | | EA | New | | | 179 | 315.00 | - | 315.00 | 100.0% | 315.00 |
| Viking - Henderson | Viking Fabricators, LLC | | | | 10 FT. LONG LADDER CAGES | | EA | New | | | 8 | 763.87 | - | 763.87 | 100.0% | 763.87 |
| Viking - Henderson | Viking Fabricators, LLC | | | | 12'-6" LONG LADDER CAGES | | EA | New | | | 84 | 1,291.85 | - | 1,291.85 | 100.0% | 1,291.85 |
| Viking - Youngsville | Viking Fabricators, LLC | | | | 10 FT. LONG LADDERS | | EA | New | | | 81 | 622.75 | - | 622.75 | 100.0% | 622.75 |
| Viking - Youngsville | Viking Fabricators, LLC | | | | 20 FT. LONG LADDERS | | EA | New | | | 107 | 1,236.43 | - | 1,236.43 | 100.0% | 1,236.43 |

Exhibit 14A

| Facility | Facility Owner | Item Number | Serial No. | Location | Item Description | Project Name | UOM | Condition | Scrap Price | Wt. (lbs) | On-Hand Qty | Average Cost | Scrap Value | Total Value | WIN | Net Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Linear - Lafayette | Linear Controls | 2124585-01 | 45060585B-1 | TN 175 - INDOOR | RETAINER PLATE, MASTER VALVE BLOCK | | EA | Scrap | 0.775 | 150 | 1 | 11.63 | 116.25 | 116.25 | 100.0% | 155.00 |
| Linear - Lafayette | Linear Controls | 2156742-01 | 1152834-01 | TN 175 - INDOOR | SUB-ASSY, BOP SPANNER JOINT, 7.625" | | EA | Scrap | 0.775 | 200 | 1 | 15.50 | 155.00 | 155.00 | 100.0% | 155.00 |
| Linear - Lafayette | Linear Controls | 2156773-02 | 1132642-01 | TN 175 - INDOOR | UPPER ADAPTER, BOP SPANNER JOINT | | EA | Scrap | 0.775 | 200 | 1 | 15.50 | 155.00 | 155.00 | 100.0% | 155.00 |
| Linear - Lafayette | Linear Controls | 2124547-01 | 40029744B | TN 175 - INDOOR | ASSY, CLAMP, W/SEAL PLATE, 4" WELL | | EA | Scrap | 0.775 | 2,000 | 1 | 155.00 | 1,550.00 | 1,550.00 | 100.0% | 1,550.00 |
| Linear - Lafayette | Linear Controls | 2124547-01 | 40035746B | TN 175 - INDOOR | ASSY, CLAMP, W/SEAL PLATE, 4" WELL | | EA | Scrap | 0.775 | 2,000 | 1 | 155.00 | 1,550.00 | 1,550.00 | 100.0% | 1,550.00 |
| Linear - Lafayette | Linear Controls | D41700-09-01 | 40013127X | TN 178 - INDOOR | A4 GASKET, 11"-SW/10MM, 57/37L WITH | | EA | Scrap | 0.775 | 30 | 1 | 2.33 | 23.25 | 23.25 | 100.0% | 30.00 |
| Linear - Lafayette | Linear Controls | D41700-09-01 | 40013127X | TN 178 - INDOOR | A4 GASKET, 11"-SW/10MM, 57/37L WITH | | EA | Scrap | 0.775 | 30 | 1 | 2.33 | 23.25 | 23.25 | 100.0% | 30.00 |
| Linear - Lafayette | Linear Controls | 2098477-01 | 176670-1 | TN 178 - INDOOR | A4 V4 GASKET | | EA | Scrap | 0.775 | 110 | 1 | 8.53 | 85.25 | 85.25 | 100.0% | 85.25 |
| Linear - Lafayette | Linear Controls | 2098477-01 | 176670-2 | TN 178 - INDOOR | A4 V4 GASKET | | EA | Scrap | 0.775 | 110 | 1 | 8.53 | 85.25 | 85.25 | 100.0% | 85.25 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45434247-8 | TN 178 - INDOOR | GASKET, 10", SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45434247-6 | TN 178 - INDOOR | GASKET, 10", SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45434247-3 | TN 178 - INDOOR | GASKET, 10", SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45434247-11 | TN 178 - INDOOR | GASKET, 10", SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45445642-3 | TN 178 - INDOOR | GASKET, 10", SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45445642-1 | TN 178 - INDOOR | GASKET, 10", SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45438628-1 | TN 178 - INDOOR | GASKET, 10", SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45445642-4 | TN 178 - INDOOR | GASKET, 10", SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 5010N0-1 | 9612762441BO | TN 178 - INDOOR | 6" Gasket Sealing Ring | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-04 | 45434496-2 | TN 178 - INDOOR | GASKET W/ O-RING, 10"-10M SEAL | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45434247-01 | TN 178 - INDOOR | GASKET, 10"-10M, SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45434796-01 | TN 178 - INDOOR | GASKET, 10", SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45424796-06 | TN 178 - INDOOR | GASKET, 10"-10M, SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45424796-04 | TN 178 - INDOOR | GASKET, 10", SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45434796-03 | TN 178 - INDOOR | GASKET, 10"-10M, SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124579-02 | 45445642-04 | TN 178 - INDOOR | GASKET, 10", SEAL PLATE, MCPAC | | EA | Scrap | 0.775 | 20 | 1 | 1.55 | 15.50 | 15.50 | 100.0% | 20.00 |
| Linear - Lafayette | Linear Controls | 2124134-01 | 2659561110 | TN 180 - INDOOR | ASSY, TUBING HANGER ADJUSTMENT STAN | | EA | Scrap | 0.775 | 600 | 1 | 46.50 | 465.00 | 465.00 | 100.0% | 465.00 |
| Linear - Lafayette | Linear Controls | 2099720-02 | 26-1567 | TRI FLOOR - INDOOR | ASSY, TREE CAP RUNNING TOOL, BP | | EA | Scrap | 0.775 | 5,000 | 1 | 387.50 | 3,875.00 | 3,875.00 | 100.0% | 3,875.00 |
| Linear - Lafayette | Linear Controls | 60031311 | 9523237807390 | TRI SHED - INDOOR | Troika Dummy Control Pod | | EA | Scrap | 0.775 | 3,000 | 1 | 232.50 | 2,325.00 | 2,325.00 | 100.0% | 2,325.00 |
| Linear - Lafayette | Linear Controls | 60031470 | 9523237807390 | TRI SHED - INDOOR | SHELL DUMMY CONTROL POD SHIPPING SKID | | EA | Scrap | 0.775 | 1,000 | 1 | 77.50 | 775.00 | 775.00 | 100.0% | 775.00 |
| Linear - Lafayette | Linear Controls | 2123000-01 | 9624280360 | TRI-SHELL - OUTDOOR | HANDLING TOOL ASSY, TREE CAP & TREE | | EA | Scrap | 0.775 | 150 | 1 | 11.63 | 116.25 | 116.25 | 100.0% | 116.25 |
| Linear - Lafayette | Linear Controls | 2123000-01 | 2657807220 | TRI-SHELL - OUTDOOR | HANDLING TOOL ASSY, TREE CAP & TREE | | EA | Scrap | 0.775 | 150 | 1 | 11.63 | 116.25 | 116.25 | 100.0% | 116.25 |
| Linear - Lafayette | Linear Controls | 2123738-03 | 9624280370 | TRI-SHELL - OUTDOOR | LIFT SUB, 1.50" NON SHACKLE X | | EA | Scrap | 0.775 | 50 | 1 | 3.88 | 38.75 | 38.75 | 100.0% | 38.75 |
| Linear - Lafayette | Linear Controls | 2099099-03 | 1119637B-1 | TRI-SHELL - OUTDOOR | ASSY, TEST HUB, 10" FLOWLINE / | | EA | Scrap | 0.775 | 350 | 1 | 27.13 | 271.25 | 271.25 | 100.0% | 271.25 |
| Linear - Lafayette | Linear Controls | 2099099-03 | 1121077B-1 | TRI-SHELL - OUTDOOR | ASSY, TEST HUB, 10" FLOWLINE / | | EA | Scrap | 0.775 | 350 | 1 | 27.13 | 271.25 | 271.25 | 100.0% | 271.25 |
| Linear - Lafayette | Linear Controls | 2035504-02 | 9612766503050 | TRI-SHELL - OUTDOOR | ASSY, DEBRIS CAP, 18-3/4" OD MCPAC | | EA | Scrap | 0.775 | 1,000 | 1 | 7.75 | 77.50 | 77.50 | 100.0% | 77.50 |
| Linear - Lafayette | Linear Controls | 2035519-01 | 1276650650 | TRI-SHELL - OUTDOOR | ASSY, ROV RETRIEVABLE DEBRIS/TEST | | EA | Scrap | 0.775 | 50 | 1 | 3.88 | 38.75 | 38.75 | 100.0% | 38.75 |
| Linear - Lafayette | Linear Controls | 2035519-01 | 1276650660 | TRI-SHELL - OUTDOOR | ASSY, ROV RETRIEVABLE DEBRIS/TEST | | EA | Scrap | 0.775 | 50 | 1 | 3.88 | 38.75 | 38.75 | 100.0% | 38.75 |
| Linear - Lafayette | Linear Controls | 2156132-01 | 9523237807220 | TRI-SHELL - OUTDOOR | ASSY, COMBINATION (TREE/TREE CAP) | | EA | Scrap | 0.775 | 500 | 1 | 38.75 | 387.50 | 387.50 | 100.0% | 387.50 |
| Linear - Lafayette | Linear Controls | 2156145-01 | 1132406S-01 | TRI-SHELL - OUTDOOR | ASSY, 3-1/16-15M MONOBORE TUBING | | EA | Scrap | 0.775 | 8,500 | 1 | 658.75 | 6,587.50 | 6,587.50 | 100.0% | 6,587.50 |
| Linear - Lafayette | Linear Controls | 2124137-01 | 9523237807330 | TRI-SHELL - OUTDOOR | ASSY, TOOL STORAGE & SHIPPING SKID | | EA | Scrap | 0.775 | 2,000 | 1 | 155.00 | 1,550.00 | 1,550.00 | 100.0% | 1,550.00 |
| Linear - Lafayette | Linear Controls | 2124137-01 | 9523237807340 | TRI-SHELL - OUTDOOR | ASSY, TOOL STORAGE & SHIPPING SKID | | EA | Scrap | 0.775 | 2,000 | 1 | 155.00 | 1,550.00 | 1,550.00 | 100.0% | 1,550.00 |
| Linear - Lafayette | Linear Controls | 2124138-01 | 1127850A-1 | TRI-SHELL - OUTDOOR | ASSY, TREE CAP, BP TROIKA | | EA | Scrap | 0.775 | 8,000 | 1 | 620.00 | 6,200.00 | 6,200.00 | 100.0% | 6,200.00 |
| Linear - Lafayette | Linear Controls | | Serial # WP1517 | | Waukesha Engine L7042 GSI | | EA | | | | 1 | 82,625.00 | - | 82,625.00 | 100.0% | 82,625.00 |
| Linear - Lafayette | Linear Controls | | Serial # 48799 | | Waukesha Engine 13711 | | EA | | | | 1 | 51,250.00 | - | 51,250.00 | 100.0% | 51,250.00 |
| Linear - Lafayette | Linear Controls | | Serial # 1029776 | | Waukesha Engine F1905 | | EA | | | | 1 | 43,765.00 | - | 43,765.00 | 100.0% | 43,765.00 |
| Linear - Lafayette | Linear Controls | | Serial # 218794 | | Waukesha Engine F1905 | | EA | | | | 1 | 43,765.00 | - | 43,765.00 | 100.0% | 43,765.00 |
| Linear - Lafayette | Linear Controls | | Serial #599632 | | Waukesha Engine F1197 | | EA | | | | 1 | 24,315.00 | - | 24,315.00 | 100.0% | 24,315.00 |
| Linear - Lafayette | Linear Controls | | Serial # 362530 | | Waukesha Engine F1197 | | EA | | | | 1 | 24,315.00 | - | 24,315.00 | 100.0% | 24,315.00 |
| Whitco - Broussard | Whitco Supply | 357501 | | | 3" x 3' x 20' Galvanized Grating | | EA | New | | | 106 | 395.00 | - | 395.00 | 100.0% | 395.00 |
| Whitco - Broussard | Whitco Supply | 333963 | | | 1-1/2" x 3' x 20' Galvanized Grating | | EA | New | | | 1 | 598.00 | - | 598.00 | 100.0% | 598.00 |
| Express - Fourchon | Express Supply & Steel | | | | 1" x 3-1/16" x 36" x 20' Serrated Galvanized Domestic Grating | | EA | New | | | 10 | 400.65 | - | 400.65 | 100.0% | 400.65 |
| Express - Fourchon | Express Supply & Steel | | | | 1-1/2" x 3-1/16" x 36" x 20' Serrated Galvanized Domestic Grating | | EA | New | | | 35 | 555.67 | - | 555.67 | 100.0% | 555.67 |

Exhibit I-II

Exhibit I-II

**Surety Bonds in favor of FWE I:**

Cash and other balances to be determined at effective date

| DATE | BOND NO. | Amount | Lease | PARTIES | SURETY | BENEFICIARY |
|------|----------|--------|-------|---------|--------|-------------|
| 3/6/19 | B011964 | $300,000 | OCS-G 01194 | Fieldwood Energy LLC; Byron Energy Inc. | U.S. Specialty Insurance Company | Fieldwood Energy LLC |
| 3/6/19 | B011963 | $450,000 | OCS-G 01194 | Fieldwood Energy LLC; Byron Energy Inc.;BOEM | U.S. Specialty Insurance Company | Fieldwood Energy LLC; BOEM |
| 11/29/18 | N-7001005 | $2,366,855 | OCS-0810; OCS-0812 | Northstar Offshore Ventures LLC; SanareEnergy Partners, LLC; Fieldwood Energy LLC | Indemnity National Insurance Company | Fieldwood Energy LLC |
| 3/9/18 | N-7000930 | $2,640,126 | OCS-G11691 | Monforte Exploration L.L.C.; FieldwoodEnergy LLC | Indemnity National Insurance Company | Fieldwood Energy LLC |
| 2/13/18 | 1149835 | $250,000 | OCS-G03587 | Northstar Offshore Ventures LLC | Lexon Insurance Company | Fieldwood Energy LLC |
| 2/13/18 | 1149836 | $1,000,000 | OCS-G03171 | Northstar Offshore Ventures LLC | Lexon Insurance Company | Fieldwood Energy LLC |
| 2/13/18 | 1149838 | $2,500,000 | OCS-G01216;OCS-G01217 | Northstar Offshore Ventures LLC | Lexon Insurance Company | Fieldwood Energy LLC |
| 5/1/16 | RLB0016261 | $1,514,600 | EI 142 A; ROW G12732;ROW G13740 | Whitney Oil & Gas, LLC; Apache Corporation; GOM Shelf LLC | RLI Insurance Company | Apache Corporation; GOM Shelf LLC |

**Exhibit I-I**

Exhibit I-I

**<u>Subsidiaries:</u>**
GOM Shelf LLC
FW GOM Pipeline Inc.

**<u>Equity Interests:</u>**
Paloma Pipeline Company - 9.65%
SP 49 LLC - 33.33% (owned by FW GOM Pipeline Inc.)

Exhibit I-K(i)

Exhibit I-K(i)

| Field | Block | Lease | Type | Rights | Date Le Eff | Date Le Exp | Le Cur Acres | Operator | WI | | Lease Status | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EAST CAMERON 2 - (SL LA) | EC 2 | SL18121 | SL - LA | WI | 5/12/2004 | 11/6/2020 | 220 | Fieldwood | 50.0% | | RELINQ | |
| CHANDELEUR 42/43 | CA 43 | G32268 | Federal | OP 1 | 7/1/2008 | | 5,000 | Fieldwood En | 7.69% | | PROD | Knight Default |
| CHANDELEUR 42/43 | CA 42 | G32267 | Federal | OP 1 | 7/1/2008 | 6/21/2019 | 5,000 | Fieldwood En | 7.69% | | RELINQ | Knight Default |
| WEST CAMERON 295 | WC 295 | G24730 | Federal | OP 1 | 5/1/2003 | | 5,000 | Fieldwood En | 6.00% | | PROD | Tammany Default |
| SHIP SHOAL 246/247/248/270/271 | SS 249 | G01030 | Federal | OP 1 | 6/1/1962 | | 5,000 | Fieldwood En Off | 0.042% | | UNIT | Hillcrest GOM Default in Unit |
| SHIP SHOAL 246/247/248/270/271 | SS 248 | G01029 | Federal | RT B | 6/1/1962 | | 5,000 | Fieldwood En Off | 0.04% | | UNIT | Hillcrest GOM Default in Unit |
| SOUTH TIMBALIER 205/206 | ST 205 | G05612 | Federal | ORRI | 7/1/1983 | | 5,000 | Fieldwood En | 2.0% | | PROD | |

Exhibit I-K(ii)

Exhibit I-K(ii)

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| CHANDELEUR 042 #A002 | CA042A0200 | G32267 | 177294001500 | 7.7% | 5.4% |
| CHANDELEUR 043 #A001 | CA043A0100 | G32268 | 177294001400 | 7.7% | 5.4% |
| CHANDELEUR 043 #A003 | CA043A0300 | G32268 | 177294001600 | 7.7% | 5.4% |
| EAST CAMERON 002 #001 SL 18121 | SL18121010 | 18121 | 177032013600 | 50.0% | 37.3% |
| EUGENE IS 330 #B003 ST1 | EI330B0301 | G02115 | 177104008001 | 35.0% | 29.1% |
| MAIN PASS 259 #A007 | MP259A0700 | G07827 | 177244071800 | 43.1% | 29.7% |
| MAIN PASS 303 #B015 | MP303B1500 | G04253 | 177244024800 | 42.9% | 35.7% |
| MATAGORDA IS 519 #L001 | MI519L1SL0 | MF-79413 | 427033030000 | 15.8% | 12.2% |
| MATAGORDA IS 519 #L002 | MI519L2SL0 | MF-79413 | 427033034000 | 15.8% | 12.2% |
| MATAGORDA IS 519 #L003 | MI519L3SL0 | MF-79413 | 427033039500 | 15.8% | 12.2% |
| MATAGORDA IS 519 #L004 | MI519L4SL0 | MF-79413 | 427033039700 | 15.8% | 12.2% |
| SHIP SHOAL 249 #D017 | SS249D1700 | G01030 | 177124020800 | 0.042% | TA |
| SOUTH TIMBALIER 205 #B002A ST1 | ST205B02A1 | G05612 | 177154062901 | 25.0% | 20.8% |
| SOUTH TIMBALIER 205 #B004 ST1 | ST205B0401 | G05612 | 177154081601 | 25.0% | 20.8% |
| SOUTH TIMBALIER 206 #A002 ST1 | ST206A0201 | G05613 | 177154060101 | 25.0% | TA |
| SOUTH TIMBALIER 206 #A003 | ST206A0300 | G05613 | 177154061000 | 25.0% | TA |
| SOUTH TIMBALIER 206 #A004A | ST206A04A0 | G05613 | 177154074300 | 25.0% | TA |
| SOUTH TIMBALIER 206 #A006 | ST206A0600 | G05613 | 177154075100 | 25.0% | TA |
| SOUTH TIMBALIER 206 #A007 | ST206A0700 | G05613 | 177154075200 | 25.0% | TA |
| SOUTH TIMBALIER 206 #A008 | ST206A0800 | G05613 | 177154075300 | 25.0% | TA |
| SOUTH TIMBALIER 206 #A009 | ST206A0900 | G05613 | 177154075400 | 25.0% | TA |
| SOUTH TIMBALIER 206 #A010ST2BP | ST206A1002 | G05613 | 177154075702 | 25.0% | TA |
| SOUTH TIMBALIER 206 #B003 ST1 | ST206B0301 | G05613 | 177154074001 | 25.0% | 20.8% |
| SOUTH TIMBALIER 206 #B006 | ST206B0600 | G05613 | 177154103000 | 25.0% | 20.8% |
| WEST CAMERON 295 #A002 | WC295A0201 | G24730 | 177014039001 | 6.0% | 4.9% |
| SOUTH TIMBALIER 205 #G001 ST1 | ST205G0101 | G05612 | 177154106701 | 0.0% | 2.0% |
| SOUTH TIMBALIER 205 #G003 ST1 | ST205G0301 | G05612 | 177154115301 | 0.0% | 2.0% |

| Asset Name | FWE Acct. Code | Lease Number | Area/Block | WI |
|---|---|---|---|---|
| CHANDELEUR 043 P/F-A | CA43APLT | G32268 | CA043 | 7.69% |
| HIGH ISLAND 120 P/F-A-PROCESS | HI120APROC | G01848 | HI120 | 6.00% |
| WEST CAMERON 295 P/F-A | WC295ACAS | G24730 | WC295 | 6.00% |
| SHIP SHOAL 248 P/F-G | SS248PFG | G01029 | SS248 | 0.04% |
| SOUTH TIMBALIER 206 P/F-A | ST206APLT | G05612 | ST206 | 25.00% |
| SOUTH TIMBALIER 205 P/F-B | ST205BPLT | G05612 | ST205 | 25.00% |
| MATAGORDA IS 487 P/F-L(SL) | MI487LSL | MF-88562 | MI487 | 15.80% |
| MATAGORDA IS 519 P/F-L - SL | MI519LSL | MF-88562 | MI519 | 15.80% |
| Venice Dehydration Facility (South Pass Dehydration Station) | VENICEDHYD | | | 64.80% |
| Tivoli Plant | TIVOLIPL | | | 43.86% |
| MI 519 Bay City Compressor Station | MI519BAY | | | 18.10% |
| Vermilion 76 Onshore Scrubber | VR76SCRUB | | | 6.08% |
| Grand Chenier Separation Facility | GRCHENPF | | | 94.60% |
| EAST CAMERON 002 P/F-1 SL18121 | SL181211PT | 18121 | EC002 | 50.00% |

**Exhibit C**

Exhibit C

| Contract Type | Contract Date | Contract Title | Contract Description |
|---|---|---|---|
| Service Agreements | 4/1/2009 | SERVICE CONTRACT | Allocation of quality bank by and between Fieldwood and Allocation Specialists, LLC and Allocation Specialists, LLC |
| LEASE OF PLATFORM SPACE | 9/5/1981 | Receipt and Measurement Facilaity LOPS EI Block 158 Platform4/1/2020 - 3/31/2021 | A-LOPS-EI158B by and between Fieldwood and Transcontinental Gas Pipeline Corporation and Transcontinental Gas Pipeline Corporation |
| LEASE OF PLATFORM SPACE | 9/15/1981 | Receipt and Measurement Facility LOPS EI Block 135 "JA" Platform4/1/2020 - 3/31/2021 | A-LOPS-EI136JA by and between Fieldwood and Transcontinental Gas Pipeline Corporation and Transcontinental Gas Pipeline Corporation |
| LEASE OF PLATFORM SPACE | 1/1/2011 | LEASE OF PLATFORM SPACE | BRI116-LOPS by and between Fieldwood and BRISTOW U.S. LLC and BRISTOW |
| LEASE OF PLATFORM SPACE | 11/1/2006 | LEASE OF PLATFORM SPACE | ERA100-LOPS by and between Fieldwood and ERA Helicopters LLC and ERA Helicopters LLC |
| LEASE OF PLATFORM SPACE | 4/28/2009 | LEASE OF PLATFORM SPACE | ROT101-LOPS EI 189P/F B by and between Fieldwood and Rotocraft Leasing Company, LLC and Rotocraft Leasing Company, LLC |
| LEASE OF PLATFORM SPACE | 4/28/2009 | LEASE OF PLATFORM SPACE | ROT101-LOPS MATAGORDA ISLAND 622C by and between Fieldwood and Rotocraft Leasing Company, LLC and Rotocraft Leasing Company, LLC |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-1 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-2 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-3 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-4 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-5 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-6 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-7 by and between Fieldwood and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-8 by and between Fieldwood and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-9 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-12 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-13 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-17 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-18 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-12 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-14 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-15 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-16 by and between Fieldwood and TAMPNET and TAMPNET |

Exhibit C

| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-20 by and between Fieldwood and TAMPNET and TAMPNET |
|---|---|---|---|
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-24 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-25 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 8/12/2019 | LEASE OF PLATFORM SPACE | TAM102-LOPS-26 by and between Fieldwood and TAMPNET and TAMPNET |
| LEASE OF PLATFORM SPACE | 6/14/2000 | FACILITIES OPERATING AND MAINTENANCE AGMT | WIL174 OP&MN FEE-VK251A  by and between Fieldwood and WILLIAMS FIELD SERVICES and WILLIAMS FIELD SERVICES |
| PRODUCTION HANDLING AGMT (JIB)-6 | 5/1/2012 | JIB PHA EI 354#A6/EI337A10 | PHA EI354-EI337A by and between Fieldwood and FWE and FWE |
| PRODUCTION HANDLING AGMT (JIB)-12 | 4/28/2014 | PRODUCTION HANDLING AGREEMENT | PHA MP311B-MP302B19 by and between Fieldwood and APACHE SHELF EXPLORATION LLC            and APACHE SHELF EXPLORATION LLC |
| PRODUCTION HANDLING AGMT (JIB)-12 | 4/28/2014 | PRODUCTION HANDLING AGREEMENT | PHA MP311B-MP302B19 by and between Fieldwood and EPL OIL & GAS, LLC and EPL OIL & GAS, LLC |
| PRODUCTION HANDLING AGMT (JIB)-13 | 4/1/2007 | PRODUCTION HANDLING AGREEMENT | RID108101-MP289C-MP275 by and between Fieldwood and RIDGEWOOD ENERGY CORPORATION            and RIDGEWOOD ENERGY CORPORATION |
| PRODUCTION HANDLING AGMT (JIB)-13 | 4/1/2007 | PRODUCTION HANDLING AGREEMENT | RID108101-MP289C-MP275 by and between Fieldwood and FWE and FWE |
| PRODUCTION HANDLING AGMT (JIB) | 10/23/2018 | AGREEMENT FOR THE GATHERING AND PROCESSING OF MO 826 ("SLEEPING BEAR") | MO826-VK251 by and between Fieldwood and W&T Offshore and W&T Offshore |
| PRODUCTION HANDLING AGMT (Non-Op) | | PRODUCTION HANDLING AGREEMENT | ST 320 A-5ST1 by and between Fieldwood and W&T Offshore, Inc. and W&T Offshore, Inc. |
| PRODUCTION HANDLING AGMT (Non-Op) | | PRODUCTION HANDLING AGREEMENT | ST 311 A1 by and between Fieldwood and Walter Oil & Gas Corporation and Walter Oil & Gas Corporation |
| PRODUCTION HANDLING AGMT (Non-Op) | 7/18/2002 | PRODUCTION HANDLING AGREEMENT | HI A-582  by and between Fieldwood and Cox Operating, LLC and Cox Operating, LLC |
| PRODUCTION HANDLING AGMT (Non-Op) | 10/21/2018 | PRODUCTION HANDLING AGREEMENT | ST 320 A02 by and between Fieldwood and Walter Oil & Gas Corporation and Walter Oil & Gas Corporation |
| PRODUCTION HANDLING AGMT (Non-Op) | 5/20/2019 | PRODUCTION HANDLING AGREEMENT | ST 320 A03 by and between Fieldwood and Walter Oil & Gas Corporation and Walter Oil & Gas Corporation |
| PRODUCTION HANDLING AGMT (Non-Op) | 6/13/1996 | PRODUCTION HANDLING AGREEMENT | SS 300 B/SS301 by and between Fieldwood and W & T Offshore, Inc. and W & T Offshore, Inc. |
| PRODUCTION HANDLING AGMT (Non-Op) | 6/30/1999 | PLATFORM ACCESS, OPERATING SERVICES AND PRODUCTION HANDLING AGREEMENT(ORION) | MC 109/MC110 by and between Fieldwood and Talos Energy and Talos Energy |

Exhibit C

| | | | |
|---|---|---|---|
| PRODUCTION HANDLING AGMT (Non-Op) | 3/1/2007 | PRODUCTION HANDLING AGREEMENT | SM 107 by and between Fieldwood and Talos Energy and Talos Energy |
| PRODUCTION HANDLING AGMT (Non-Op) | 7/1/2014 | PRODUCTION HANDLING AND FACILITY USE AGREEMENT | VR 271 by and between Fieldwood and Castex Offshore Inc and Castex Offshore Inc |
| PRODUCTION HANDLING AGMT (Non-Op) | 8/1/1997 | PRODUCTION HANDLING AGREEMENT | ST 176/ST 148 by and between Fieldwood and Arena Offshore LLC and Arena Offshore LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Transco and |
| Marketing Gas - Transport | 12/1/2013 | ISCT Contract | ISCT Contract by and between Fieldwood Energy LLC and Transco and Transco |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Texas Eastern and Texas Eastern |
| Marketing Gas - Transport | 4/1/2020 | IT Gathering | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC |
| Marketing Gas - Transport | 4/1/2020 | IT Gathering - Kinetica Deepwater | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC |
| Marketing Gas - Transport | 4/1/2020 | IT Gathering | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC |
| Marketing Gas - Transport | 9/13/2011 | IT Transport Contract | Chandeleur IT Transportation / Fieldwood interest in MP 59 was sold to Cantium by and between Fieldwood Energy LLC and Chandeleur Pipeline, LLC, now owned by Third Coast Midstream and Chandeleur Pipeline, LLC, now owned by Third Coast Midstream |
| Marketing Gas - Transport | 4/1/2015 | FT -2 Transport | Disocvery Gas  - FT2 agreement;  by and between Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission |
| Marketing Gas - Transport | 2/1/2019 | Pool Agreement | Pool Agreement by and between Fieldwood Energy LLC and Gulf South Pipeline Company, LP and Gulf South Pipeline Company, LP |
| Marketing Gas - Transport | 11/1/1995 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and HIGH ISLAND OFFSHORE SYSTEM, llc and HIGH ISLAND OFFSHORE SYSTEM, llc |
| Marketing Gas - Gathering | 4/1/2020 | IT Gathering | IT Gathering by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |

**Exhibit C**

| | | | |
|---|---|---|---|
| Marketing Gas - Transport | 12/1/2003 | IT Transport Contract- Reserve Dedicaation and Discount Commodity Rate Agreement | Stingray Reserve Dedication VR Block 326 $.10 by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating) |
| Marketing Gas - Transport | 10/1/2019 | FT -2 Transport | FT -2 Transport by and between Fieldwood Energy LLC and Venice Gathering and Venice Gathering |
| Marketing Gas - Transport | 12/1/2013 | IT Gathering | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and High Point Gas Transmission, LLC and High Point Gas Transmission, LLC |
| Marketing Gas - Transport | 4/1/2000 | Firm Gathering & Dedication | Manta Ray firm Gatheing_and Dedicaiton , Disount Rate of $.06 by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company |
| Marketing Gas - Transport | 12/1/2015 | Firm  - Gathering | Firm  - Gathering by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company |
| Marketing Gas - Transport | 12/1/1992 | Firm Gathering & Dedication | Manta Ray firm Gatheing_and Dedicaiton , Disount Rate of $.032 by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company |
| Marketing Gas - Transport | 4/1/2010 | Firm Gathering & Dedication | Manta Ray firm Gatheing_and Dedicaiton , Disount Rate of $.12 by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company |
| Marketing Gas - Transport | 4/1/2010 | Firm Gathering & Dedication | Manta Ray firm Gatheing_and Dedicaiton , Disount Rate of $.12 by and between Fieldwood Energy Offshore, LLC and Manta Ray Offshore Gathering Company and Manta Ray Offshore Gathering Company |
| Marketing Gas - Transport | 10/30/2017 | FT -2 Transport | EW 910 / ST 320 by and between Fieldwood Energy, LLC and Nautilus Pipeline Company and Nautilus Pipeline Company |
| Marketing Gas - Transport | 12/12013 | IT Transport Contract | Searobin West Transprt, IT max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline |
| Marketing Gas - Transport | 12/12013 | IT PR Transport Contract | Searobin West PTR Transprt,  max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline |
| Marketing Gas - Transport | 12/1/2013 | IT-Retrograde Transport | Searobin Retrograde contract. IT max rate by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |

**Exhibit C**

| Marketing Gas - Transport | 12/1/2013 | IT-PTR Transport | Searobin East - PTR - Transport,  IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
|---|---|---|---|
| Marketing Gas - Transport | 12/1/2013 | IT-Transport | Searobin East - Transport,  IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-Retrograde -Flash-Transport | Searobin East - Rertrgrade-Flash- Transport,  IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline |
| Marketing Gas - Gathering | 8/1/2018 | IT Retrograde contractTransport Contract | IT Retrograde contractTransport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 10/1/2011 | IT-PTR Transport | Searobin Pipeline - sandridge /Dynamic IT transport by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 10/1/2011 | IT-Retrograde Transport | SearobinWest  Pipeline - sandridge /Dynamic IT Retrograde by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 4/1/2015 | FT-2 Discount Letter Agreement | Discovery Gas FT2 Discount letter by and between Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission |
| Marketing Gas - Gathering and Dedication | 4/1/2015 | Gas Dedication  and Gathering Agrement | Discovery Gas Gathering and Gas Dedication by and between Fieldwood Energy LLC and Discovery Gas Transmission and Discovery Gas Transmission |
| Marketing Gas - Transport | 1/1/2012 | IT Transport Contract - Reserve Dedication and Discount Rate | Stinray - HI 350, WC 144 WC269 $.10 discount. Reserve Dedicaton agreement 310074 by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating) |
| Marketing Gas - Transport | 1/1/2017 | IT-Transport- Discount Letter | Searobin East - Transport,  IT Discount Life of reserves at ST 292 (FW production- GI 116, ST 295) by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 1/1/2017 | IT-PTR Transport | Searobin East - PTR Transport,  IT Discount Life of reserves at ST 292 (FW production- GI 116, ST 295) by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas - Transport | 12/1/2013 | IT-PTR Transport- Discount Letter | Searobin East - PTR Transport,  IT Discount Life of reserves at ST 292 (FW production- GI 116, ST 295) by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing Gas-Transport | 12/17/1997 | FT - Transport | Venice Gatheing  Firm Transport with Disount $.05, ST-148 by and between Fieldwood Energy LLC and Venice Gatheering System, L.L.C. and Venice |

**Exhibit C**

| | | | |
|---|---|---|---|
| Marketing Gas-Transport | 8/13/1997 | Precedent Agreement for Transportation of Gas and Non-Jurisctional Services | Venice Gatheing  Firm Transport with Disount $.05, ST-148 by and between Fieldwood Energy LLC and Venice Gathering System, L.L.C. and Venice |
| Marketing Gas-Transport | 12/15/1997 | Reserve Commitment Agreement | Venice Gatheing  Firm Transport with Disount $.05, ST-148 by and between Fieldwood Energy LLC and Venice Gathering System, L.L.C. and Venice Gathering |
| Marketing Gas-Gathering | 4/1/2003 | IT Transport | GC 45, WD 41 by and between Fieldwood Energy LLC and Venice Gathering System, L.L.C. and Venice Gathering System, L.L.C. |
| Marketing Gas-Gathering | 11/1/2010 | IT Transport | Venice Gathiering, Max Rate,WD 41 Effective date 11/1/2010 by and between Fieldwood Energy LLC and Venice Gathering System, L.L.C. and Venice Gathering System, L.L.C. |
| Marketing Gas-Gathering | 6/14/2000 | Gas Gathering Agreement | Gas Gathering Agreement  by and between Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend |
| Marketing-Gas Gathering | 6/14/2000 | Gas Gathering Agreement | Gas Gathering Agreement  by and between Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend |
| Marketing-Gas Gathering | 9/10/1990 | Gas Gathering Agreement | Gathering Agreement - Discount for BA 491 by and between Fieldwood Energy LLC and WFS and WFS |
| Oil Purchase and Sale Agreement/Transport | 12/23/1995 | Oil Purchase and Sale Agreement Between Anadarko Petroleum Corporation and Texaco Trading and Transportation INC                    (now Poseidon Oil Pipeline | Crude Oil Purchase and Sale/Transport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC |
| Oil Gathering Agreement | 6/1/2003 | Oil Gathering Agreement Between                              Westport Resources Corporation            Noble Energy Inc | Crude Oil Transport.  by and between Fieldwood Energy LLC and Manta Ray Gathering Co.,LLC and Manta Ray Gathering Co.,LLC |
| Oil Purchase and Sale Agreement/Transport | 7/15/2003 | Oil Purchase and Sale Agreement Between Westport Resources Corporation Mariner Energy Inc Noble Energy Inc and Poseidon Oil Pipeline Company LLC | Crude Oil Purchase and Sale/Transport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC |
| Oil Purchase and Sale Agreement/Transport | 4/10/2012 | Oil Purchase and Sale Agreement Between Apache Shelf Inc and Poseidon Oil Pipeline Company LLC | Crude Oil Purchase and Sale/Transport by and between Fieldwood Energy LLC and Poseidon Oil Pipeline Company LLC and Poseidon Oil Pipeline Company LLC |
| Oil Gathering Agreement | 3/6/2020 | Oil Gathering and Reserve Dedication Agreement Between Rosefield Pipeline Company, LLC and Fieldwood Energy LLC as Producer | Crude Oil Transport.  by and between Fieldwood Energy LLC and Rosefield Pipeline Company LLC and Rosefield Pipeline Company LLC |
| Oil Pipeline Connection Agreeet | 7/23/2020 | ST 53/67 Connection Agreement ST 52 "A" Topsides Work-Connecting Fieldwood Energy LLC Pipeline Segment No 5890 to Rosefield Pipeline System 10" Pipeline | Connection Agreement by and between Fieldwood Energy LLC and Rosefield Pipeline Company LLC and Rosefield Pipeline Company LLC |

**Exhibit C**

| | | | |
|---|---|---|---|
| Oil Transport | 11/30/2018 | Crimson Gulf Dedication and Transportation Services Agreement | Oil Transport by and between Fieldwood Energy LLC and Crimson Gulf LLC and Crimson Gulf LLC |
| Liquids Transportation Agreement | 4/1/2015 | Liquids Transportation Agreement (ST 311-"Megalodon") By and Among Discovery Gas Transmission LLC and Fieldwood Energy LLC | Liquids Transportation Agreement by and between Fieldwood Energy LLC and Discovery Gas Transmission LLC and Discovery Gas Transmission LLC |
| Injected and Retrograde Condensate Transportation and Btu Reduction Make-up Agreement | 2/10/2014 | Injected and Retrograde Condensate Transportation and Btu Reduction Make-up Agreement | Injected and Retrograde Condensate Transportation and Btu Reduction Make-up Agreement by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC |
| Agreement For Measurement and Allocation of Condensate | 7/1/2001 | Central Texas Gathering System (1st) Amended and Restated Agreement for Measurement and Allocation of Condensate | Measurement and Allocation of Condensate by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC |
| Agreement For Measurement and Allocation of Condensate | 7/1/2014 | Central Texas Gathering System Second Amended and Restated Agreement for Measurement and Allocation of Condensate | Measurement and Allocation of Condensate by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC |
| Liquid Transportation | 9/27/1993 | Liquid Transportation Nouth High Island/Johnson Bayou, Markham Plant Tailgate, Bayou Black & Vermilion Separation Facility. Contract # 94 0674 | Liquid Transpotation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation |
| Amendment Liquid Transportation | 11/1/2007 | Amendment to Liquid Transportation Agreement Between Transcontinental Gas Pipe Line Corporatio and Apache Corp Contract # 94 0674 001 | Liquid Transpotation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation |
| Amendment Liquid Transportation | 1/22/2013 | Amendment to Liquid Transportation Agreement Between Transcontinental Gas Pipe Line Corporatio and Apache Corp Contract # 94 0674 001/1005198 | Liquid Transpotation by and between Fieldwood Energy LLC and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) |
| Liquid Transportation BTU Makeup | 11/1/2007 | Injected and Retrograde Condensate Transportation and Btu Reduction Make-up Agreement-Southeast Lateral (into Bayou Black) 28 0008 000 | Liquid Transportation BTU Makeup by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation |
| Liquid Transportation | 4/8/2010 | Amendment Liquid HydrocarbonTransportation Agreement (NHI/Johnson Bayou) Cont. No. 1022772, Doc. No. 97 0515 | Liquid Transportation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC( formerly  Transcontinental Gas Pipe Line Corporation) and Transcontinental Gas Pipe Line Company LLC( formerly  Transcontinental Gas Pipe Line Corporation) |

**Exhibit C**

| Liquid Transportation | 8/6/1997 | Liquid Hydrocarbon Transportation Agreement | Liquid Transportation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line |
|---|---|---|---|
| Liquid Transportation BTU Makeup | 7/1/2008 | Injected and Retrograde Condensate Transportation and Btu Reduction Make-up Agreement Central Texas Gathering System 28 0384 000 | Liquid Transportation BTU Makeup by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation |
| Terminalling Agreement | 9/1/2009 | Terminalling Agreement Between WFS-Liquids Company and Apache Corp. | Terminalling Agreement  by and between Fieldwood Energy LLC and WFS-Liquid Company and WFS-Liquid Company |
| Terminalling Agreement | 9/1/2009 | Terminalling Agreement Between WFS-Liquids Company and Mariner Energy inc | Terminalling Agreement  by and between Fieldwood Energy LLC and WFS-Liquid Company and WFS-Liquid Company |
| Terminalling Agreement | 2/1/2014 | Terminalling Agreement Between WFS-Liquidsllc and Fieldwood Energy LLC - Contract BB111 | Terminalling Agreement  by and between Fieldwood Energy LLC and WFS-Liquid LLC and WFS-Liquid LLC |
| Oil Liquids Transportation Agreement | 9/1/1997 | Agreement Cocodrie/Pecan Island Plants | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Oil Liquids Transportation Agreement for Bluewater System | 10/22/2009 | Liquids Transportation Agreement #51169 dated 2/1/2007 | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Oil Liquids Transportation for Bluewater Pipeline System | 9/30/2009 | Liquids Transportation Agreement #51169 dated 2/1/2007 | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Oil Liquids Transportation for Bluewater Pipeline System | 4/1/2004 | Liquids Transportation Agreement #51051 | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Oil Liquids Transportation for Bluewater Pipeline System | 9/30/2009 | Liquids Transportation Agreement #51051 dated 4/1/2004 | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Oil Liquids Transportation for Grand Chenier Offshore Pipeline System | 2/25/2010 | Liquids Transportation Agreement No. 50031 | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Oil Liquids Amendment No. 6 | Contract; Amendment E | Amendment No. 6 to the Liquids Transportation Contract | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Oil Liquids Amendment No. 6 | , Amendment Effective | Amendment No. 6 to the Liquids Transportation Contract | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| Oil Amendment to Liquids Transport Agreement | ate 8/1/2014 contract d | Amendment to Associated Liquids Transportation Agreement Patterson Terminal | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica |

**Exhibit C**

| | | | |
|---|---|---|---|
| Oil Liquid Handling Agreement | 5/1/2008 | Liquid Handling Agreement | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica |
| Amendment to Oil Liquid Handling Agreement | 3/1/2011 | Amendment | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica |
| Amendment to Oil Liquid Handling Agreement to transfer from Apache Shelf, Inc. to Fieldwood Energy LLC | 1/2012 amended 12/1/2 | Amendment | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica |
| Oil Liquids Agreement | 3/1/2011 | Liquids Agreement | Oil Liquids Transportation by and between Fieldwood Energy LLC and Kinetica and Kinetica |
| Oil Liquids Agreement Amendment | 12 Amended effective 12 | Amendment | Oil Liquids Transportation transferring agreement from apache Corporation to Fieldwood Energy LLC by and between Fieldwood Energy LLC and Kinetica and |
| Assignment, Assumption and Consent Agreement | 7/1/2013 | Assignment, Assumption and Consent Agreement | Consent to assign liquids separation 7 stabilization agreement as amended dated 1/17/2001 between Manta Ray and Apache (Contract Nos. 101939, 310225 and 106968) by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. |
| Oil Liquids Separtion and Stabilization Agreement | 11/1/2010 | Liquids Separtion and Stabilization Agreement | LSA by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. |
| Oil Liquids Separation and Stabilization Agreement | 6/1/2014 | Third Amendment to Manta Ray Liquids Separation and Stabilization Agreement | Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. |
| Oil Liquids Separation and Stabilization Agreement | 11/1/2000 | Manta Ray Liquids Separation and Stabilization Agreement | Oil Liquids Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. |
| Oil Liquids Separation and Stabilization Agreement | 3/1/2008 | First Amendment to Liquids Separation and Stailization Agreement | Oil Liquids Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. |
| Oil Liquids Separation and Stabilization Agreement | 11/1/2000 | Second Amendment to Manta Ray Liquids Separation and Stabilization Agreement | Oil Liquids Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. |

**Exhibit C**

| | | | |
|---|---|---|---|
| Oil Liquids Separation and Stabilization Agreement | 4/27/2004 | Manta Ray Liquids Separation and Stabilization Agreement | Oil Liquids Separation and Stabilization Agreement by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. |
| Oil Liquids Separation and Stabilization Agreement | 3/1/2014 | Second Amendment to Liquids Separation and Stabilization Agreement | LSSA putting all Blocks on one contract by and between Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. |
| Oil Liquids Separation and Stabilization Agreement | 6/1/2014 | Third Amendment to Liquids Separation and Stabilization Agreement | LSSA putting all Blocks on one contract by and between Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. |
| Oil Liquids and Stabilization Agreement | 6/1/2014 | Third Amendment to Liquids Separation and Stabilization Agreement | LSSA putting all Blocks on one contract by and between Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. |
| Oil Liquids Separation and Stabilization Agreement | 1/1/2015 | Fourth Amendment to Liquids Separation and Stabilization Agreement | LSSA putting all Blocks on one contract by and between Fieldwood Energy Offshore LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C. |
| Oil Liquids Separation and Stabilization Agreement | 4/1/2018 | Liquids Separtion Agreement | Contract for ST 320 by and between Fieldwood Energy LLC and Manta Ray Offshore Gathering Company, L.L.C. and Manta Ray Offshore Gathering |
| Oil Liquids Transporation Agreement | 4/1/2018 | Nautilus Pipeline Company, L.L.C. Liquids Transportation Agreement | LTA for ST 320 by and between Fieldwood Energy LLC and Nautilus Pipeline Company, L.L.C. and Nautilus Pipeline Company, L.L.C. |
| Oil Liquids Transporation Agreement | 5/1/2015 | Amendment to Transportation Agreement | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil  LiquidsTransportation Agreement | 5/1/2015 | Transportation Agreement for Interruptible Service Under Rate Schedule ITS Between Sea Robin Pipeline Company, LLC and Fieldwood Energy LLC | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Transporation Agreement | 5/1/2015 | Transportation Agreement for Interruptible Service Under Rate Schedule ITS Between Sea Robin Pipeline Company, LLC and Fieldwood Energy LLC | Amendment No. 2 for LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Transporation Agreement | 5/1/2015 | Transportation Agreement for Interruptible Service Under Rate Schedule ITS Between Sea Robin Pipeline Company, LLC and Fieldwood Energy LLC | Amendment No. 2 by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |

**Exhibit C**

| | | | |
|---|---|---|---|
| Oil Liquids Transporation Agreement | 5/1/2015 | Transportation Agreement for Interruptible Service Under Rate Schedule ITS Between Sea Robin Pipeline Company, LLC. and Fieldwood Energy LLC | Amendment No. 2 for LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Transport | 5/1/2015 | Exhibit A for Transportation Agreement for Interruptible Service Under Rate Schedule ITS between Sea Robin Pipeline Company, LLC and Fieldwood Energy LLC | Amendment No. 2 for LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Transport | 5/5/2006 | Amendment No. 1 to Liquid Transportation Agreement No. 1389 between Sea Robin Pipeline company, LLC and Apache Corporation dated 5/1/2003 | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Transport | 5/1/2003 | Liquid Hydrocarbons Transportation Agreement | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Transport | 7/1/2010 | Amendment No. 2 to Liquid Transportation Agreement No. 1389 between Sea Robin Pipeline company, LLC and Apache Corporation dated 5/1/2003 | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Transport | 2/1/2018 | Amendment No. 1 to Liquid Hydrocarbon Separation Agreement dated October 1, 2004 between Trunkline field Services LLC and Fieldwood Energy LLC-Agreement No. 2430 | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Separation Agreement | 10/1/2004 | Liquid Hydrocarbons Separation Agreement | LSA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Hydrocarbon Separation Agreement | 1/19/2012 | Amendment No. 4 to Liquid Hydrocarbon Separation Agreement for Interruptible Service | Liquid Hydrocarbon Separation Agreement by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Hydrocarbon Separation Agreement | 6/1/2011 | Amendment No. 3 to Liquid Hydrocarbon Separation Agreement for Interruptible Service | Liquid Hydrocarbon Separation Agreement by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Hydrocarbon Separation Agreement | 1/1/2011 | Amendment No. 2 to Liquid Hydrocarbon Separation Agreement for Interruptible Service | Liquid Hydrocarbon Separation Agreement by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Hydrocarbon Separation Agreement | 5/1/2009 | Amendment No. 1 to Liquid Hydrocarbon Separatiaon Agreement dated 10/1/2004 between Trunkline Field Services, LLC and Apache Corporation | Liquid Hydrocarbon Separation Agreement by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Hydrocarbon | 2/1/2018 | Amendment No. 1 to Liquids Hydrocarbon Transportation Agreement Dated October 1, 2004 between Sea Robin Pipeline Company, LLC and Fieldwood Energy LLC-Agreement | Liquid Hydrocarbon Transportation Agreement by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |

**Exhibit C**

| Oil Liquids Hydrocarbon | 10/1/2004 | Liquid Hydrocarbons Transportation Agreement  between Trunkline Gas Company, LLC and Apache Corporation | Liquid Hydrocarbons Injector by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
|---|---|---|---|
| Oil Retrograde Condensate Separation Agreement | 9/1/2012 | Amendment No. 3 to Retrograde Condensate Separation Agreement | Retrograde Condensate Separation by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Retrograde Condensate Separation Agreement | 5/1/2001 | Retrograde Condensate Separation Agreement | Retrograde Condensate Separation by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Retrograde Condensate Separation Agreement | 3/1/2018 | Amendment No. 5 to Retrograde Condensate Separation Agreement No. 2393 | Retrograde Condensate Separation by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Transportation Agreement | te 12/1/2013-End Date 1 | Rate Schedule ITS Interruptible Transportation Service | Liquids Transportation Service by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Transportation Agreement | te 5/1/2014-End date 1/ | Amendment to Interruptible Transportation Agreement | Liquids Transportation Service by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC |
| Oil Liquids Transportation Agreement | 1/1/2010 | Liquid Hydrocarbons Transportation Agreement | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC  and Stingray Pipeline Company LLC |
| Oil Liquids Transportation Agreement | 1/1/2012 | Liquid Hydrocarbons Transportation Agreement | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC  and Stingray Pipeline Company LLC |
| Oil Liquids Transportation Agreement | 1/1/2010 | Liquid Hydrocarbons Transportation Agreement | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC  and Stingray Pipeline Company LLC |
| Oil Liquids Transportation Agreement | 2/1/1995 | Liquid Hydrocarbons Transportation Agreement | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC  and Stingray Pipeline Company LLC. |
| Crude Sales | 8/18/2020 | STUSCO CONTRACT REF. NO. - CL69LP0063 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company |
| Crude Sales | 8/19/2020 | STUSCO CONTRACT REF. NO. - CL69LP0064 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company |
| Crude Sales | 8/19/2020 | STUSCO CONTRACT REF. NO. - CL69LP0065 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company |
| Crude Sales | 8/19/2020 | STUSCO CONTRACT REF. NO. - CL69LP0066 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company |
| Crude Sales | 8/19/2020 | STUSCO CONTRACT REF. NO. - CL69LP0067 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company |
| Crude Sales | 8/19/2020 | STUSCO CONTRACT REF. NO. - CL69LP0069 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company |

**Exhibit C**

| | | | |
|---|---|---|---|
| Crude Sales | 8/14/2020 | STUSCO CONTRACT REF. NO. - CL69LP0061 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company |
| Crude Sales | 8/19/2020 | STUSCO CONTRACT REF. NO. - CL69LP0071 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company |
| Crude Sales | 8/14/2020 | STUSCO CONTRACT REF. NO. - CL69LP0062 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company |
| Crude Sales | 8/13/2020 | STUSCO CONTRACT REF. NO. - CLP0003971 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company |
| Crude Sales | 8/11/2020 | STUSCO CONTRACT REF. NO. - CLP0003964 | STUSCO buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Shell Trading (US) Company and Shell Trading (US) Company |
| Crude Sales | 1/31/2014 | Evergreen Lease Purchase | Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company |
| Crude Sales | 1/30/2014 | Evergreen Lease Purchase | Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company |
| Crude Sales | 1/31/2014 | Term Evergreen Lease Purchase | Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company |
| Crude Sales | 3/18/2014 | Evergreen Lease Purchase | Chevron buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Chevron Products Company and Chevron Products Company |
| Crude Sales | 11/30/2017 | | BP Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and BP Oil Supply, a Division of BP Products North America Inc. and BP Oil Supply, a Division of BP Products North America Inc. |
| Crude Sales | 1/23/2014 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATION |
| Crude Sales | 1/23/2014 | SS 301_Crude Oil Sales Contract - | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATION |
| Crude Sales | 1/23/2014 | | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATION |

**Exhibit C**

| Crude Sales | 3/5/2014 | | Marathon Petroleum Corporation buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Marathon Petroleum Company LP and Marathon Petroleum Company LP |
|---|---|---|---|
| Crude Sales | 6/18/2020 | | Phillips 66 Petroleum Company buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Phillips 66 Company and Phillips 66 Company |
| Crude Sales | 6/18/2020 | GI 43 complex - Crude Oil Sales Contract - | Phillips 66 Petroleum Company buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and Phillips 66 Company and Phillips 66 Company |
| Crude Sales/Purchase | 6/1/1998 | Crude Oil Purchase  and Sale Agreement | Producers sell Crude Oil  to Questor and Questor purchases Crude Oil from Producers.  Producers buy back a volume of Crude Oil at HIPS Segment III tie-in equal to their monthly production sold to Questor at the Platform. by and between Fieldwood Energy LLC and Questor Pipeline Venture and Questor |
| MARKETING - GAS PROCESSING | 7/1/2019 | PROCESSING-FEE | between $.15 /mmbtu to $.10 /mmbtu depending on volume esc by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC and Arrowhead Louisiana Pipeline, LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | PROCESSING-POL-THEORETICAL | POL 90%/10% by and between Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| MARKETING - GAS PROCESSING | 4/1/2015 | Gas Processing and Fractionation Agreement | GPM: < 1.8 = 82/18%, 1.8>3 = 85/15%, >3 = 88/12%  by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 8/1/2009 | PROCESSING-Greater of Fee or POL | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 12/1/2010 | 1st AMENDMENT | 80%/20% POL with a minimum $.13 /MMBtu by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 11/5/2004 | LETTER AGREEMENT- PROCESSING-FEE | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 2/1/2004 | LETTER AGREEMENT- PROCESSING-FEE | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 9/1/2004 | 1st AMENDMENT PROCESSING-FEE | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 3/1/2003 | LETTER AGREEMENT- PROCESSING-FEE | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 12/1/2003 | 1st AMENDMENT PROCESSING-FEE | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |

**Exhibit C**

| | | | |
|---|---|---|---|
| MARKETING - GAS PROCESSING | 4/1/2003 | 3rd AMENDMENT PROCESSING- FEE | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 8/1/2004 | LETTER AGREEMENT- PROCESSING-FEE | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 9/1/2009 | PROCESSING-FEE | If inlet volume is greater than 25,000; ((25,000 MMBTU * .03) + (Excess Daily Volume * 0.025))/Total Field Delivery Pt. Daily Volume by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 1/24/2001 | PROCESSING LETTER AGREEMENT - POL | 80% / 20% PTR KEEP WHOLE by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 1/1/2016 | amendment to the PROCESSING LETTER AGREEMENT - POL | 80% / 20% PTR KEEP WHOLE by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services |
| MARKETING - GAS PROCESSING | 1/8/2019 | GAS PROCESSING AGREEMENT-FEE | $.16 /MMBTU (escl) plus electricity fee by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 5/1/2009 | PROCESSING AGREEMENT-GREATER of Fee or POL | 92/8% or $.08/MMBtu by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. |
| MARKETING - GAS PROCESSING | 5/1/2009 | PROCESSING AGREEMENT-GREATER of Fee or POL Patterson Plant | 92/8% or $.08/MMBtu by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. |
| MARKETING - GAS PROCESSING | 6/29/2010 | PROCESSING AGREEMENT AMENDMENT-GREATER of Fee or POL | 92/8% or $.08/MMBtu by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. |
| MARKETING - GAS PROCESSING | 6/29/2010 | PROCESSING AGREEMENT AMENDMENT-GREATER of Fee or POL  Patterson Plant | 92/8% or $.08/MMBtu by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. |
| MARKETING - GAS PROCESSING | 10/1/2010 | PROCESSING AGREEMENT-GREATER of Fee or POL | GPM; <1.25 = 15%, 1.25 - 2.5 = 12.5%, >2.5 = 10% by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. |
| MARKETING - GAS PROCESSING | 11/1/2010 | PROCESSING AGREEMENT- 1ST AMENDMENT-GREATER of Fee or POL | GPM; <1.25 = 15%, 1.25 - 2.5 = 12.5%, >2.5 = 10% by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. |
| MARKETING - GAS PROCESSING | 7/24/2012 | PROCESSING AGREEMENT- 2ND AMENDMENT-GREATER of Fee or POL | GPM; <1.25 = 15%, 1.25 - 2.5 = 12.5%, >2.5 = 10% by and between Fieldwood Energy LLC and Plains Gas Solutions, LLC. and Plains Gas Solutions, LLC. |
| MARKETING - GAS PROCESSING | 1/1/2011 | PROCESSING AGREEMENT-FEE PLUS-POL | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 4/1/2012 | PROCESSING AGREEMENT-1st AMENDMENT-FEE PLUS-POL | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |

**Exhibit C**

| MARKETING - GAS PROCESSING | 6/1/2012 | PROCESSING AGREEMENT- 2nd  AMENDMENT-FEE PLUS-POL | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
|---|---|---|---|
| MARKETING - GAS PROCESSING | 11/1/2012 | PROCESSING AGREEMENT-3RD AMENDMENT-FEE PLUS-POL | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 1/1/2013 | PROCESSING AGREEMENT-4th AMENDMENT-FEE PLUS-POL | 98%/2% AND $.06/mmbTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 1/19/2012 | GAS PROCESSING AGREEMENT-POL | 92% / 8% by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 2/17/2014 | FIRST AMENDMENT TO GAS PROCESSING AGREEMENT | 92% / 8% by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 11/1/2004 | GAS PROCESSING AGREEMENT-POL | $0.06/MMBTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 4/1/2007 | FIRST AMENDMENT TO GAS PROCESSING AGREEMENT | $0.06/MMBTU by and between Fieldwood Energy LLC and ENLINK Midstream current operator and ENLINK Midstream current operator |
| MARKETING - GAS PROCESSING | 4/1/2010 | GAS PROCESSING AGREEMENT | 85/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 4/1/2011 | GAS PROCESSING AGREEMENT | 85/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 3/16/2004 | GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 3/1/2005 | FIRST AMENDMENT TO GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 10/1/2007 | SECOND AMENDMENT TO GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/1/2009 | THIRD AMENDMENT TO GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 2/20/2008 | FIRST AMENDMENT TO GAS PROCESSING AGREEMENT | 88/12% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 11/11/2004 | GAS PROCESSING AGREEMENT | 85/15% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/6/2004 | GAS PROCESSING AGREEMENT | 87/13% by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |

**Exhibit C**

| | | | |
|---|---|---|---|
| MARKETING - GAS PROCESSING | 7/1/1970 | CONSTRUCTION/OPERATING (NI) | Agreement for the Construction and Operation of the Toca Gas Processing Plant, St. Bernard Parish, Louisiana by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 7/25/2014 | RATIFICATION AND ADOPTION OF C&O AGREEMENT | Ratificaton to the Agreement for the Construction and Operation of the Toca Gas Processing Plant, St. Bernard Parish, Louisiana by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 8/1/2007 | PROCESSING-POL +FEE | POL depending on GPM plus FEE $.10 /MMBtu by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM |
| MARKETING - GAS PROCESSING | 4/1/2013 | GAS PROCESSING AGREEMENT-GREATER OF FEE OR POL | Greater of Fee or POL (85%/15%) min  Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual exclation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 4/1/2013 | GAS PROCESSING AGREEMENT-GREATER OF FEE OR POL - VESCO agreement | Greater of Fee or POL (85%/15%) min  Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual exclation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 4/1/2013 | GAS PROCESSING AGREEMENT-GREATER OF FEE OR POL | Greater of Fee or POL (85%/15%) min  Fee $.12 plu s DGS FEE $.04 plus Dehy Fee $.02 (subject to annual exclation) by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 9/1/2005 | POL -GAS PROCESSING AGREEMENT | POL DEPENDENT ON GPm by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 2/1/2013 | POL -GAS PROCESSING AGREEMENT | GREATER OF FEE OR POL 85%/15% OR $.15 / MMBTU PLUS dgs FEE by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 2/1/2013 | GAS PROCESSING AGREEMENT-GREATER OF FEE OR POL - VESCO agreement | GREATER OF FEE OR POL 85%/15% OR $.15 / MMBTU PLUS dgs FEE by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 2/1/2013 | POL -GAS PROCESSING AGREEMENT | GREATER OF FEE OR POL 85%/15% OR $.15 / MMBTU PLUS dgs FEE by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| MARKETING - GAS PROCESSING | 3/15/2020 | GREATER OF FEE OR POL - GAS PROCESSING AGREEMENT | GREATER OF FEE OR POL 85%/15% OR $.15 / MMBTU PLUS dgs FEE by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |

**Exhibit C**

| | | | |
|---|---|---|---|
| MARKETING - GAS PROCESSING | 1/1/2012 | FEE GAS PROCESSING AGREEMENT | FEE - .08005 /MCF (SUBJECT TO gdp (NEVER LESS THAT .075 OR GRATER THAN $.12 /MCF by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 8/1/2009 | FEE GAS PROCESSING AGREEMENT | FEE - .0800 PER mcF by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/18/2012 | FEE GAS PROCESSING AGREEMENT - AMENDMENT | FEE - .0800 PER MCF - ESCALATOR ADDED  by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 4/1/2018 | FEE- GAS PROCESSING AGREEMENT | fee = $.12 / MMBTU by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 4/1/2020 | NGL BANK  - FIRST AMENDED AND RESTATED | NGL BANK  - FIRST AMENDED AND RESTATED by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 1/8/2019 | GAS PROCESSING AGREEMENT-FEE - PASCAGOULA GAS PROCESSING AGREEMENT | $.16 /MMBTU (escl) plus electricity fee by and between Fieldwood Energy LLC and Enterprise Gas Processing LLC and Enterprise Gas Processing LLC |
| MARKETING - GAS PROCESSING | 12/1/2008 | PROCESSING-POL Kaplan Processign Plant | Greater of FEE or POL (85%/15%) min  Fee $.16 (annual esclator) by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator and Arrowhead Louisiana Pipeline, LLC current operator |
| MARKETING - GAS PROCESSING | 1/1/2011 | 1st Amendment Kaplan Processing Plant | Greater of FEE or POL (85%/15%) min  Fee $.16 (annual esclator) by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator and Arrowhead Louisiana Pipeline, LLC current operator |
| MARKETING - GAS PROCESSING | 9/17/2017 | 2nd Amendment  Kaplan Proceing Plant - Adds all KEE that can deliver to Egan Gap | Greater of FEE or POL (85%/15%) min  Fee $.16 (annual esclator) by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator and Arrowhead Louisiana Pipeline, LLC current operator |
| MARKETING - GAS PROCESSING | 3/1/2020 | 3rd Amendment Kaplan Gas Processing Plant - discounts Egan GAP to $.08 with no escalation | Amend  to FEE: Transco VR 66/78 = $.1873 per MMBtu(annual Esclator); Kinetica Egan Gap interconect = $.08 per mmbtu (not subject to Esclator) by and between Fieldwood Energy LLC and Arrowhead Louisiana Pipeline, LLC current operator and Arrowhead Louisiana Pipeline, LLC current operator |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and Kinetica Energy Express, LLC and Kinetica Energy Express, LLC |
| MARKETING - GAS PROCESSING | 2/1/2013 | GAS PROCESSING AGREEMENT-GREATER OF FEE OR POL - VESCO agreement | GREATER OF FEE OR POL 85%/15% OR $.15 / MMBTU PLUS dgs FEE by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |

**Exhibit C**

| | | | |
|---|---|---|---|
| Marketing Gas - Transport | 0/1/2019 | IT Transport Contract - Amendment C  for deliver to Destin logical  $.2921 3/1/2019 through 12/31/2023 | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 10/10/2013 | IT Transport Contract DISCOUTN LETTER - or 108 lateral MC 109 and mc 110 | IT Gathering Agreement by and between Fieldwood Energy LLC and High Point Gas Gathering, LLC and High Point Gas Gathering, LLC |
| Marketing Gas - Transport | 6/1/2018 | IT Transport - Destin Pipeline Company | IT Transport Contracy by and between Destin Pipeline company, L.L.C. and Fieldwood Energy LLC. |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract - Kinetica Deewater Transmission | IT Transmission by and between Fieldwood Energy LLC and Kinetica Midstream Energy, LLC and Kinetica Midstream Energy, LLC |
| MARKETING-INTERCONNECT | 7/23/2020 | ST 53/ST 67 CONNECTION AGREEMENT | ST 53/ST 57 CONNECTION AGREEMENT BETWEEN FIELDWOOD ENERGY LLC AND FIELDWOOD ENERGY OFFSHORE AND ROSEFIELD PIPELINE COMPANY, LLC |
| MARKETING-TIE IN | 7/23/2020 | ST 49 A Tie In Agreement | ST 49 A PLATFORM TIE-IN TO ST 49 LATERAL PIPELNE BETWEEN FIELDWOOD ENERGY LLC AND ROSEFIELD PIPELINE COMPANY, LLC |
| MARKETING-LOPS | 6/8/2017 | LEASE OF OFFSHORE PLATOFRM SPACE-ST 292 PLATFORM | FIELDWOOD LEASES PLATFORM SPACE AT ST 292 from Manta Ray Offshore Gathering Company, L. L. C. |
| MARKETING-GAS GATHERING AND PROCESSING | 3/1/2000 | AGREEMENT FOR THE GATHERING AND PROCESSING OF CHEVRON U.S.A. PRODUCTION COMPANY, SAMEDAN OIL COMPANY VIOSCA KNOLL 252 UNIT YELLOWHAMMER, PLANT AND PIPELINES MOBILE COUNTY, ALABAMA | Gas gathering agreement between Chevron U.S.A. production Company and Samedan Oil Company as Producer and Shell Offshore Inc. and Amoco Production Company as Processor (considered PHA) for VK 251 |
| Marketing | 2/23/2017 | Precedent Agreement | cedent Agreement by and between Stingray Pipeline Company L.L.C. and Fieldwood |
| Marketing Gas - Transport | 12/1/2013 | IT-Transport - GI 116  - the is a discount letter that goes with this for GI 116 | Searobin East - Transport,  IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| MARKETING - GAS PROCESSING | 2/1/2013 | GAS PROCESSING AGREEMENT-GREATER OF FEE OR POL - VESCO agreement | GREATER OF FEE OR POL 85%/15% OR $.15 / MMBTU PLUS dgs FEE by and between Fieldwood Energy LLC and TARGA MIDSTREAM SERVICES LP and TARGA MIDSTREAM SERVICES LP |
| Crude Sales | | Exxon Crude Sales GI 43 complex | ExxonMobil Oil Supply buys crude oil from Fieldwood Energy by and between Fieldwood Energy LLC and EXXONMOBIL Oil CORPORATION and EXXONMOBIL Oil CORPORATION |
| Marketing Gas - Transport | 12/1/2013 | IT Transport Contract | IT Transport Contract by and between Fieldwood Energy LLC and High Point Gas Transmission, LLC and High Point Gas Transmission, LLC |
| Marketing - Transportation | 12/1/2013 | Florida Gas Transmission - SP -  Pooling agreement K 115545 | Fieldwood Energy LLC and Florida Gas Transmission Company LLC |
| Marketing - Transportation | 12/1/2013 | Florida Gas Transmission - ITS-WD (western division)  agreement K 115548 | Fieldwood Energy LLC and Florida Gas Transmission Company LLC |

Exhibit C

| | | | |
|---|---|---|---|
| Marketing - Transportation | 12/1/2013 | Florida Gas Transmission - ITS-Market Area - agreement K | Fieldwood Energy LLC and Florida Gas Transmission Company LLC |
| Marketing - Transportation | 12/1/2013 | Trunkline Gas company, LLC - IT -29561 - interruptible | Fieldwood Energy LLC and Trunkline Gas Company, LLC |
| Marketing - Transportation | 12/1/2013 | Trunkline Gas company, LLC - IT -29562 - interruptible Pooling West-LA | Fieldwood Energy LLC and Trunkline Gas Company, LLC |
| Marketing - Transportation | 12/1/2013 | Trunkline Gas company, LLC - IT -29570 - interruptible Pooling East0LA | Fieldwood Energy LLC and Trunkline Gas Company, LLC |
| Marketing - Transportation | 11/11/2018 | IT Retrograde contractTransport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company IT-NRCM S-3219 | IT Retrograde contractTransport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing - Transportation | 12/1/2013 | Master ITS Flash contract 2668 - Searobin West - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Master ITS Flash contract 2668 - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing - Transportation | 12/1/2013 | Master POOL - Pooling contract 2667 - Searobin West pooliing agreement  - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Master ITS Flash contract 2667 - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company |
| Marketing - Transportation | 1/1/2010 | Oil Liquids Transportation Agreement LTA Contract No. 115976 | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC  and Stingray Pipeline Company LLC |
| Marketing - Transportation | 12/1/2016 | Stingray Pipelline Company LLC - IT Transport - 400017 - HI 330 Discount $.10 | Fieldwood Energy LLC and Stingray Pipeline Company LLC |
| Marketing Gas Processing | 4/1/2021 | processing fee - $.08 / MMBTU   by and between Fieldwood Energy LLC and  ENLINK LIG Liquids, L.L.C.  current operator - (KEE Gas) | Fieldwood Energy LLC and ENLINK LIG LIQUIDS, LLC and ENLINK LIG LIQUIDS, LLC |
| Marketing Gathering | 12/1/2021 | Pelican pipeline gathering  - K 031938 | Fieldwood Energy LLC and Targa Midstream Services LLC |
| Marketing Gathering | 4/1/2021 | W&T Rock Road Lateral Gathering  Agreement | Fieldwood Energy LLC and W&T Offshore, Inc |
| Marketing Gas Processing | 5/1/2021 | DCP Mobile Bay | Fieldwood Energy LLC and DCP Mobile Bay Processing |
| STUSCO CONTRACT REF. NO. - CL69LP0068 | 8/19/2020 | STUSCO buys crude oil from Fieldwood Energy | Shell Trading (US) Company |

## Exhibit D

**Apache Plan of Merger Redline**

*APA 6/19/2021*Execution Version

# AGREEMENT AND PLAN OF MERGER
## OF
### FIELDWOOD ENERGY LLC
### INTO
### FIELDWOOD ENERGY I LLC
### AND
### FIELDWOOD ENERGY III LLC

This AGREEMENT AND PLAN OF MERGER, dated as of [—]August 27, 2021 (this "Plan of Merger"), is adopted by Fieldwood Energy LLC, a Texas limited liability company ("FWE").

WHEREAS, commencing August 3, 2020, FWE and certain other affiliates of FWE (each, a "Debtor" and collectively, the "Debtors") filed voluntary petitions with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") initiating their respective cases pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") styled *In re Fieldwood Energy LLC, et al.*, jointly administered under Case No. 20-33948 (MI) (each case of a Debtor, a "Case" and collectively, the "Chapter 11 Cases");

WHEREAS, in connection with the Chapter 11 Cases, the Debtors filed the [*Eighth Amended* ]Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors at Docket No. [—]]1742 (as may be amended, restated, amended and restated, supplemented, or otherwise modified from time to time, the "Plan of Reorganization"), which was confirmed by order of the Bankruptcy Court entered on [—]June 25, 2021 at Docket No. [—]]1751 (as may be amended, modified, and supplemented, the "Confirmation Order");

WHEREAS, in accordance with the Plan of Reorganization and Confirmation Order, pursuant to the Credit Bid Purchase Agreement certain assets and properties of the Debtors (defined in the Plan of Reorganization as the "Credit Bid Acquired Interests") were sold and conveyed to, and certain liabilities and obligations of Debtors (defined in the Plan of Reorganization as the "Credit Bid Assumed Liabilities") were assumed by, FWE II prior to the Effective Time (the "Credit Bid Transaction");

WHEREAS, pursuant to the Plan of Reorganization, and as authorized by the Confirmation Order, FWE converted from a Delaware limited liability company to a Texas limited liability company on [—]August 2, 2021;

WHEREAS, pursuant to the Plan of Reorganization, and as authorized by the Confirmation Order, FWE is to effect a divisional merger as set forth in this Plan of Merger (the "Merger"), pursuant to which, among other things:

a) FWE shall maintain its separate existence and continue as a surviving entity under the name "Fieldwood Energy III LLC" (as such entity exists from and after the Effective Time, "FWE III");

(b)      There shall be no change (through conversion, exchange, or otherwise) to the membership interests of FWE, which membership interest in FWE III will continue to be owned by Fieldwood Energy Inc. as of immediately following the Effective Time.

(c)      All of the membership interests of FWE I shall be owned by Fieldwood Energy Inc. as of immediately following the Effective Time.

(d)      All of the rights, assets, and properties of FWE described in <u>Part A</u> of <u>Schedule I</u> attached hereto (the "<u>FWE I Assets</u>") shall be allocated to, possessed by, and vested in FWE I without reversion or impairment, without further act or deed, and without transfer or assignment having occurred.

(e)      All of the liabilities and obligations of FWE described in <u>Part B</u> of <u>Schedule I</u> attached hereto (the "<u>FWE I Obligations</u>") shall be allocated to and shall vest in, and shall constitute liabilities and obligations of, FWE I. For the avoidance of doubt, the FWE I Obligations exclude all Credit Bid Assumed Liabilities (including all Closing Date Payables and all FWE II Retained Properties Payables).

(f)      All of the rights, assets, and properties of FWE other than the FWE I Assets and the Credit Bid Acquired Interests (collectively, the "<u>FWE III Assets</u>") shall be allocated to, possessed by, and vested in FWE III without reversion or impairment, without further act or deed, and without transfer or assignment having occurred.

(g)      All of the liabilities and obligations of FWE other than the FWE I Obligations and the Credit Bid Assumed Liabilities (collectively, the "<u>FWE III Obligations</u>") shall be allocated to and shall vest in, and shall constitute liabilities and obligations of, FWE III.

3.      <u>Post-Merger Covenants</u>.

(a)      Each of FWE I and FWE III shall, at any time and from time to time from and after the Effective Time as and when requested by FWE I or FWE III, or by their respective successors or assigns, execute and deliver, or cause to be executed and delivered in its name by its authorized officers, all such conveyances, transfers, deeds, or other instruments as FWE I or FWE III, as applicable, or such successors or assigns, may reasonably deem necessary in order to evidence (i) the allocation to and vesting in FWE I of the FWE I Assets, and the allocation to and vesting in FWE I of, and the liability and obligation of FWE I for, the FWE I Obligations as a result of the Merger and (ii) the allocation to and vesting in FWE III of the FWE III Assets, and the allocation to and vesting in FWE III of, and the liability and obligation of FWE III for, the FWE III Obligations as a result of the Merger.  Without limiting the foregoing, FWE III shall take such actions as necessary to effect a transfer ~~from  **[insert applicable bank account]**~~ to an account designated in writing by FWE I of (i) the FWE I Cash Amount, (ii) the FWE I Suspense Funds, and (iii) the Prepaid JIB Cash Amount.

(b)      From and after the Effective Time (i) FWE I shall, and shall cause the FWE I Subsidiaries controlled by FWE I to, perform the obligations of FWE under Section 10.12 of the Credit Bid Purchase Agreement with respect to Closing Accounts Receivable to the extent attributable to FWE I Assets or any assets held by such FWE I Subsidiaries as of the Effective Time (provided FWE I shall have no obligation to incur any cost or expense in performing such

obligations), and (ii) FWE III shall, and shall cause its subsidiaries to, perform the obligations of FWE under Section 10.12 of the Credit Bid Purchase Agreement with respect to Closing Accounts Receivable to the extent attributable to FWE III Assets or any assets held by subsidiaries of FWE III as of the Effective Time.

4.      As a result of the consummation of the Merger in accordance with this Plan of Merger, FWE I shall only be allocated, shall only possess, and shall only be vested in and receive the FWE I Assets, and shall only be allocated and vested in, shall only possess, and shall only be subject to the FWE I Obligations, and FWE I shall have no rights or obligations relating to any of the FWE III Assets or the FWE III Obligations, except as may be expressly set forth in Section 6 or a separate agreement, which is entered into at or after the Effective Time, between FWE I and FWE III with respect to such other Assets or Obligations; and FWE I shall not be deemed to be a predecessor in interest to any of the FWE III Assets or the FWE III Obligations.

5.      As a result of the consummation of the Merger in accordance with this Plan of Merger, FWE III shall only be allocated, shall only possess, and shall only be vested in and receive the FWE III Assets and shall only be allocated and vested in, shall only possess, and shall only be subject to the FWE III Obligations, and FWE III shall have no rights or obligations relating to any of the FWE I Assets or the FWE I Obligations, except as may be expressly set forth in Section 6 or in a separate agreement, which is entered into at or after the Effective Time, between FWE III and FWE I with respect to such other Assets or Obligations; and FWE III shall not be deemed to be a predecessor in interest to any of the FWE I Assets or the FWE I Obligations.

6.      If FWE I pays any amounts for (a) deductibles or retention amounts under applicable insurance policies associated with claims for personal injury or damage to third party property arising from the ownership or operation of the FWE I Assets or the GOM Shelf Oil and Gas Properties or (b) fines and penalties levied or imposed by governmental authorities in respect of the FWE I Assets or the GOM Shelf Oil and Gas Properties, then, to the extent that an amount was included in the calculation of the Effective Date Cash Obligations Amount under the Credit Bid Purchase Agreement with respect to such deductible, retention amount, fine or penalty, FWE III shall promptly pay over to FWE I the amount so paid by FWE I, but in each case, not in excess of the amount included with respect to such deductible, retention amount, fine or penalty in the calculation of the Effective Date Cash Obligations Amount.  Furthermore, if after the Effective Date, FWE III receives payment of any amount in respect of fines and penalties levied or imposed by governmental authorities in respect of the FWE I Assets or the GOM Shelf Oil and Gas Properties, FWE III shall promptly pay over to FWE I the amount so paid to FWE III in respect of such fines or penalties.

7.      6.  Joint Use Property.

(a)      If immediately prior to the Effective Time, FWE owned an interest or right in assets (other than FWE III Oil and Gas Properties) which FWE did not acquire under or pursuant to the Apache PSA and which (i) an interest therein (in whole or in part) is not otherwise included in the FWE I Assets (without giving effect to clause (xxiv) of Schedule I) and (ii) immediately prior to the Effective Time are used in connection with or held for use in connection both with (x) FWE I Oil and Gas Properties, FWE I Rights of Way, or GOM Shelf

Oil and Gas Properties, on the one hand, and (y) FWE III Oil and Gas Properties or FWE III Rights of Way, on the other hand (individually a "Fieldwood Primary Joint Use Property" and, collectively, the "Fieldwood Primary Joint Use Properties") then FWE I shall own such Fieldwood Primary Joint Use Property as an FWE I Asset and such Fieldwood Primary Joint Use Property shall not be a FWE III Asset or owned by FWE III; and

(b)     to the extent not otherwise covered by a joint use arrangement as of immediately prior to the Effective Time, FWE III shall have, and FWE I shall provide FWE III with, access, use, and economic benefit with respect to any Fieldwood Primary Joint Use Property, as well as any other asset (other than FWE III Oil and Gas Properties and Fieldwood Primary Joint Use Properties) that is (i) included in the FWE I Assets in whole (and not in part only as to FWE I's interest) and (ii) immediately prior to the Effective Time is used in connection with or held for use in connection both with (i) FWE I Oil and Gas Properties, FWE I Rights of Way, or GOM Shelf Oil and Gas Properties, on the one hand, and (ii) FWE III Oil and Gas Properties or FWE III Rights of Way, on the other hand (individually, including any Fieldwood Primary Joint Use Property, a "Fieldwood Joint Use Property" and, collectively, including the Fieldwood Primary Joint Use Properties, the "Fieldwood Joint Use Properties") to the extent, and only to the extent, such Fieldwood Joint Use Property was used or held for use in connection with the applicable FWE III Oil and Gas Properties or FWE III Rights of Way immediately prior to the Effective Time; and

(c)     any obligation or liability incurred by FWE I to the extent arising from, related to, or connected with the access, use, or economic benefit of a Fieldwood Joint Use Property by or on behalf of FWE III, (1) shall not constitute a FWE I Obligation, (2) shall be FWE III Obligations and the obligations and liabilities of FWE III, and (3) FWE III shall indemnify and hold harmless FWE I and the FWE I Subsidiaries from and against all such obligations and liabilities allocated to FWE III pursuant to this Section 6.

(d)     For the avoidance of doubts, to the extent necessary, any contract listed on Exhibit I-F(ii) shall constitute a Fieldwood Joint Use Property to the extent such contract covers or pertains to equipment, materials, or services that are to be used or held for use for FWE I and also covers or pertains to equipment, materials, or services that are to be used or held for use for FWE III.  If any such contract listed on Exhibit I-F(ii) constitutes a Fieldwood Joint Use Property as of the Effective Time, each of FWE I and FWE III, and their respective successors and assigns, shall undertake diligent efforts to enter into replacement contracts covering only such equipment, materials, or services as are used or held for use in connection with its respective assets and properties.

8.   7. Certain Definitions.  As used herein and in the Schedules and Exhibits attached hereto, (i) the terms set forth below have the meanings ascribed to such terms below and (ii) the terms defined in the Schedules and Exhibits attached hereto have the meanings ascribed to such terms in such Schedules and Exhibits.

(a)     "Apache" means Apache Corporation, a Delaware corporation.

(b)     "Apache PSA" means that certain Purchase and Sale Agreement, dated as of July 18, 2013, by and among Apache, Apache Deepwater LLC, Apache Shelf, Inc., Apache

Shelf Exploration LLC, GOM Shelf, and FWE, as amended from time to time, and the transaction documents executed in connection therewith.

(c)　　"Asset" means any individual asset, property, right, or interest in any of the FWE I Assets or the FWE III Assets; "Assets" means, collectively, the FWE I Assets and the FWE III Assets.

(d)　"Bankruptcy Code" has the meaning ascribed to such term in the recitals hereto.

(e)　"Bankruptcy Court" has the meaning ascribed to such term in the recitals hereto.

(f)　"BOEM" has the meaning ascribed to such term in the definition of Environmental Liabilities.

(g)　"BSEE" has the meaning ascribed to such term in the definition of Environmental Liabilities.

(h)　(f) "Case" has the meaning ascribed to such term in the recitals hereto.

(i)　"CERCLA" has the meaning ascribed to such term in the definition of Environmental Laws.

(j)　(g) "Certificate of Merger" has the meaning ascribed to such term in Section 1 hereto.

(k)　(h) "Chapter 11 Cases" has the meaning ascribed to such term in the recitals hereto.

(l)　(i) "Closing Accounts Receivable" has the meaning ascribed to such term in the Credit Bid Purchase Agreement.

(m)　(j) "Closing Date Payable" has the meaning ascribed to such term in the Credit Bid Purchase Agreement.

(n)　"Condition Precedent End Date" means the date that is the first day of the month following the month during which the waiver requested in the FERC Petitions is granted by FERC and any underlying enabling requirements to process/handle, transport and sell the hydrocarbons subject to the FWE I Marketing Contracts have been satisfied.

(o)　(k) "Confirmation Order" has the meaning ascribed to such term in the recitals hereto.

(p)　(l) "Contract" means any contract, lease, license, purchase order, sales order, indenture, note, loan, instrument, obligation, promise, grant, or other agreement,

arrangement, understanding or commitment, whether or not in written form, that is binding upon a Person or its property.

(q)    (m) "Conveyed" means conveyed, assigned, or sold pursuant to the Apache PSA, regardless of whether such conveyance, assignment, or bill of sale was recorded in the appropriate records of, or approved or recognized by, the applicable Governmental Authority.

(r)    (n) "Credit Bid Acquired Interests" has the meaning ascribed to such term in the recitals hereto.

(s)    (o) "Credit Bid Assumed Liabilities" has the meaning ascribed to such term in the recitals hereto.

(t)    (p) "Credit Bid Purchase Agreement" means the Purchase and Sale Agreement, [dated [ ]August 27, [ ]2021, by and among FWE, **[FWE Affiliates] and FWE II**certain affiliates of FWE, FWE II and Mako Buyer 2 LLC, a Delaware limited liability company.

(q) "Credit Bid Transaction" has the meaning ascribed to such term in the recitals hereto.

(u)    (r) "Debtor" and "Debtors" has the meaning ascribed to such term in the recitals hereto.

(v)    (s) "Decommissioning" has the meaning ascribed to such term in the Decommissioning Agreement.

(w)    (t) "Decommissioning Agreement" has the meaning ascribed to such term clause (xix) in Part A of Schedule I attached hereto.

(x)    "Effective Date Cash Obligations Amount" has the meaning ascribed to such term in the Credit Bid Purchase Agreement.

(y)    (u) "Effective Time" has the meaning ascribed to such term in Section 1 hereto.

(z)    (v) "Environmental Laws" means, the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 et seq. ("CERCLA"); the Resource Conservation and Recovery Act, 42 U.S.C. § 6901 et seq.; the Federal Water Pollution Control Act, 33 U.S.C. § 1251 et seq.; the Clean Air Act, 42 U.S.C. § 7401 et seq.; the Hazardous Materials Transportation Act, 49 U.S.C. § 5101 et seq.; the Toxic Substances Control Act, 15 U.S.C. §§ 2601 through 2629; the Oil Pollution Act, 33 U.S.C. § 2701 et seq.; the Emergency Planning and Community Right to Know Act, 42 U.S.C. § 11001 et seq.; the Endangered Species Act, 16 U.S.C. § 1531 et seq.; and the Safe Drinking Water Act, 42 U.S.C. §§ 300f through 300j, in each case as amended in effect as of the Effective Time, and all similar laws in effect as of the Effective Time of any Governmental Authority having jurisdiction over the

property in question addressing pollution, protection of the environment, biological resources, Hazardous Substances, or P&A Obligations.

(aa) (w) "Environmental Liabilities" means any and all damages, remediation, obligations, liabilities, environmental response costs, costs to cure, cost to investigate or monitor, restoration costs, costs of remediation or removal, settlements, penalties, fines, and attorneys' and consultants fees and expenses arising out of or related to any violations or non-compliance with any Environmental Laws, including any contribution obligation under CERCLA or any other Environmental Law or matters incurred or imposed pursuant to any claim or cause of action by a Governmental Authority or other Person, attributable to any environmental liabilities, any Release of Hazardous Substances, or any other environmental condition with respect to the ownership or operation of the Assets, including conditions of FWE I Facilities not in compliance with Laws promulgated by the Bureau of Ocean Energy Management ("BOEM"), the Bureau of Safety and Environmental Enforcement ("BSEE"), or the United States Coast Guard.

(bb) "FERC Petitions" means means (i) that certain Joint Petition of Fieldwood Energy LLC, Fieldwood Energy Offshore LLC and QuarterNorth Energy LLC for Limited Waiver and Request for Expedited Action and Shortened Comment Period filed with the United States of America before the Federal Energy Regulatory Commission, Docket No. RP21-1030-000 and (ii) that certain Supplement to Joint Petition of Fieldwood Energy LLC, Fieldwood Energy Offshore LLC, Fieldwood Energy SP LLC, and QuarterNorth Energy LLC for Limited Waiver and Request for Expedited Action and Shortened Comment Period filed with the United States of America before the Federal Energy Regulatory Commission, Docket No. RP21-901-000.

(cc) (x) "Fieldwood Joint Use Property" has the meaning ascribed to such term in Section 6(b) hereto.

(dd) (y) "Fieldwood Primary Joint Use Property" has the meaning ascribed to such term in Section 6(a) hereto.

(ee) (z) "FWE" has the meaning ascribed to such term in the recitals hereto.

(ff) (aa) "FWE I" has the meaning ascribed to such term in the recitals hereto.

(gg) (bb) "FWE I Assets" has the meaning ascribed to such term in Section 2(d) hereto.

(hh) (cc) "FWE I Cash Amount" has the meaning ascribed to such term in clause (xxiii) of Part A of Schedule I hereto.

(ii) (dd) "FWE I Contracts" has the meaning ascribed to such term in clause (x) in Part A of Schedule I attached hereto.

(jj) (ee) "FWE I Facilities" has the meaning ascribed to such term in clause (iii) in Part A of Schedule I attached hereto.

8

(kk)   ~~(ff)~~ "FWE I Lands" has the meaning ascribed to such term in clause (i) in Part A of Schedule I attached hereto.

(ll)   ~~(gg)~~ "FWE I Leases" has the meaning ascribed to such term in clause (i) in Part A of Schedule I attached hereto.

(mm)   "FWE I Marketing Contracts" means the list of hydrocarbon marketing agreements set forth on Exhibit C that are (x) held by Fieldwood immediately prior to the Effective Time and (y) allocated to FWE I on Exhibit I-G hereto.

(nn)   ~~(hh)~~ "FWE I Obligations" has the meaning ascribed to such term in Section 2(e) hereto.

(oo)   "FWE I Oil and Gas Properties" has the meaning ascribed to such term in clause (ii) in Part A of Schedule I attached hereto.

(pp)   ~~(ii)~~ "FWE I Permits" has the meaning ascribed to such term in clause (vi) in Part A of Schedule I attached hereto.

(qq)   ~~(jj)~~ "FWE I Rights of Way" has the meaning ascribed to such term in clause (v) in Part A of Schedule I attached hereto.

(rr)   ~~(kk)~~ "FWE I Subsidiaries" means GOM Shelf and the other entities listed on Exhibit I-I.

(ss)   "FWE I Suspense Funds" has the meaning ascribed to such term in clause (xvii) in Part A of Schedule I attached hereto.

(tt)   ~~(ll)~~ "FWE I Units" has the meaning ascribed to such term in clause (i) in Part A of Schedule I attached hereto.

(uu)   ~~(mm)~~ "FWE I Wells" has the meaning ascribed to such term in clause (ii) in Part A of Schedule I attached hereto.

(vv)   ~~(nn)~~ "FWE II" means ~~[insert Buyer under the Credit Bid Purchase Agreement]~~QuarterNorth Energy LLC, a Delaware limited liability company.

(ww)   ~~(oo)~~ "FWE II Retained Properties" has the meaning ascribed to such term in Part A of Schedule I attached hereto.

(xx)   ~~(pp)~~ "FWE II Retained Properties Payables" has the meaning ascribed to such term in the Credit Bid Purchase Agreement.

(yy)   ~~(qq)~~ "FWE III" has the meaning ascribed to such term in the recitals hereto.

(zz)   ~~(rr)~~ "FWE III Assets" has the meaning ascribed to such term in Section 2(f) hereto.

(aaa)   (ss) "FWE III Leases" means all rights, title, and interests of FWE in and to any and all oil, gas, other Hydrocarbon, and mineral leases, subleases, operating rights, record title interests, carried interests, royalties, overriding royalty interests, net profits interests, production payments, reversionary interests, and other rights or interests of any kind or character in or to Hydrocarbons in place and mineral interests or servitudes of every nature held or owned by FWE or in which FWE holds or owns an interest, other than the FWE I Leases.

(bbb)   (tt) "FWE III Obligations" has the meaning ascribed to such term in Section 2(g) hereto.

(ccc)   (uu) "FWE III Oil and Gas Properties" means, collectively, the FWE III Leases, the FWE III Units, and the FWE III Wells.

(ddd)   (vv) "FWE III Rights of Way" means all rights, title, and interests of FWE in and to any and all surface fee interests, easements, right-of-use easements, licenses, servitudes, rights-of-way, surface leases and other rights to use the surface or seabed held or owned by FWE or in which FWE holds or owns an interest, other than the FWE I Rights of Way.

(eee)   (ww) "FWE III Units" means the FWE III Leases, together with all pooled, communitized or unitized acreage that includes all or part of any of the FWE III Leases.

(fff)   (xx) "FWE III Wells" means all rights, title, and interests of FWE in and to any and all Hydrocarbon, water, CO2, injection, disposal wells or other wells in which FWE holds or owns an interest, other than the FWE I Wells.

(ggg)   (yy) "GOM Shelf" means GOM Shelf LLC, a Delaware limited liability company.

(hhh)   "GOM Shelf Leases" has the meaning ascribed to such term in the definition of GOM Shelf Oil and Gas Properties.

(iii)   "GOM Shelf Lands" has the meaning ascribed to such term in the definition of GOM Shelf Oil and Gas Properties.

(jjj)   (zz) "GOM Shelf Oil and Gas Properties" means the ownership interests held by GOM Shelf immediately prior to the closing of the transactions under the Apache PSA in (i) the oil, gas, other Hydrocarbon, and mineral leases, subleases, operating rights, record title interests, carried interests, royalties, overriding royalty interests, net profits interests, production payments, reversionary interests, and other rights or interests of any kind or character in Hydrocarbons in place and mineral interests or servitudes of every nature in, on, under, and that may be produced from or attributable to any of the lands covered by such leases, subleases, interests, and rights, whether legal or equitable, vested or contingent, and regardless of whether the same are expired or terminated, including those described on Exhibit I-A attached hereto that are identified as GOM Shelf Leases thereon (collectively, the "GOM Shelf Leases"), (ii) all pooled, communitized, or unitized acreage that includes all or part of any GOM Shelf Leases (the "GOM Shelf Units"), (iii) all tenements, hereditaments, and appurtenances belonging to the GOM Shelf Leases and the GOM Shelf Units (collectively with the GOM Shelf Leases and GOM Shelf Units, the "GOM Shelf Lands"), and (iv) any and all Hydrocarbon, water, CO2,

10

injection wells or other wells completed on, drilled from, or otherwise located, in whole or in part, on, under, or within the GOM Shelf Lands, in each case whether producing, non-producing, shut in, or permanently or temporarily Plugged and Abandoned, including the wells set forth on Exhibit I-B attached hereto that are identified as GOM Shelf Wells thereon and all wellbores spudded prior to the Effective Time located on the GOM Shelf Lands (the "GOM Shelf Wells"); for the avoidance of doubt, (x) the GOM Shelf Oil and Gas Properties shall not include any of the FWE II Retained Properties, (y) the GOM Shelf Lands shall include only the ownership interests therein held by GOM Shelf immediately prior to the closing of the transactions under the Apache PSA and the descriptions in Exhibit I-A shall reference only such ownership interests, and (z) the GOM Shelf Wells shall include only the ownership interests therein held by GOM Shelf immediately prior to the closing of the transactions under the Apache PSA and the descriptions in Exhibit I-B shall reference only such ownership interests.

(kkk)   ~~(aaa)~~ "GOM Shelf Properties" means those assets or properties owned by GOM Shelf.

(lll)   "GOM Shelf Units" has the meaning ascribed to such term in the definition of GOM Shelf Oil and Gas Properties.

(mmm)   "GOM Shelf Wells" has the meaning ascribed to such term in the definition of GOM Shelf Oil and Gas Properties.

(nnn)   ~~(bbb)~~ "Governmental Authority" means any federal, state, municipal, tribal, local, or similar governmental authority, regulatory, or administrative agency, court, or arbitral body, or any subdivision of any of the foregoing.

(ooo)   ~~(ccc)~~ "Hazardous Substances" means any pollutant, contaminant, dangerous or toxic substance, hazardous or extremely hazardous substance or chemical, or otherwise hazardous material or waste defined as "hazardous waste", "hazardous substance" or "hazardous material" under applicable Environmental Laws, including chemicals, pollutants, contaminants, wastes, or toxic substances that are classified as hazardous, toxic, radioactive, or otherwise are regulated by, or form the basis for Environmental Liability under, any applicable Environmental Law, including hazardous substances under CERCLA.

(ppp)   ~~(ddd)~~ "Hydrocarbons" means oil and gas and other hydrocarbons produced or processed in association therewith (regardless of whether such item is in liquid or gaseous form), or any combination thereof, and any minerals (whether in liquid or gaseous form) produced in association therewith, including all crude oil, gas, casinghead gas, condensate, natural gas liquids, and other gaseous or liquid hydrocarbons (including ethane, propane, iso-butane, nor-butane, gasoline, and scrubber liquids) of any type and chemical composition.

(qqq)   ~~(eee)~~ "Imbalance" means any over-production, under-production, over-delivery, under-delivery, or similar imbalance of Hydrocarbons produced from or allocated to the FWE I Assets or the FWE III Assets, as applicable, regardless of whether such over-production, under-production, over-delivery, under-delivery, or similar imbalance arises at the wellhead, pipeline, gathering system, transportation system, processing plant, or other location, including

any imbalances under gas balancing or similar agreements, imbalances under processing agreements, and imbalances under gathering or transportation agreements.

(rrr)    (fff) "Implementation Cost Cap" shall be an amount equal to $300,000.

(sss)    (ggg) "Interim Unpaid P&A Expenses"Implementation Costs" has the meaning ascribed to such term in clause (ix) in Part B of Schedule I attachedSection 9 hereto.

(ttt)    (hhh) "JIB Advance AR" has the meaning ascribed to such term in clause (xvi) in Part A of Schedule I attached hereto.

(uuu)    (iii) "Laws" means all laws (including common law), statutes, rules, regulations, ordinances, orders, decrees, requirements, judgments, and codes of Governmental Authorities.

(vvv)    (jjj) "Merger" has the meaning ascribed to such term in the recitals hereto.

(www)    (kkk) "Obligation" means any individual liability or obligation in any of the FWE I Obligations or the FWE III Obligations; "Obligations" means, collectively, the FWE I Obligations and the FWE III Obligations.

(xxx)    (lll) "P&A Obligations" means any and all obligations, liabilities, damages, losses, and claims arising out of or attributable to the payment or performance of all Plugging and Abandonment.

(yyy)    (mmm) "Person" means any individual, corporation, partnership, limited liability company, trust, estate, Governmental Authority, or any other entity.

(zzz)    (nnn) "Plan Effective Date" means the "Effective Date" as defined in the Plan of Reorganization.

(aaaa)    (ooo) "Plan of Merger" has the meaning ascribed to such term in the recitals hereto.

(bbbb)    (ppp) "Plan of Reorganization" has the meaning ascribed to such term in the recitals hereto.

(cccc)    (qqq) "Plugging and Abandonment" and "Plugged and Abandoned" and its derivatives mean all plugging, replugging, abandonment, re-plugging and re-abandonment, equipment removal, disposal, or restoration associated with the properties and assets included in or burdened by the FWE I Assets, including all plugging and abandonment, removal, dismantling, decommissioning, surface and subsurface restoration, site clearance, and disposal of the FWE I Wells or the FWE I Facilities, well cellars, fixtures, platforms, caissons, flowlines, pipelines, structures, and personal property of whatever kind located on or under, related to, or associated with operations and activities conducted by whomever with respect to each of the FWE I Assets, the flushing, pickling, burial, removal, and capping of all associated flowlines, field transmission and gathering lines, pit closures, the restoration of the surface, site clearance, any disposal of related waste materials and Hazardous Substances and obligations to obtain

12

plugging exceptions for any of the FWE I Wells with a current plugging exception, all in accordance with all applicable Laws, the terms and conditions of each of the FWE I Leases, or similar leasehold interests, beneficial interests, easements and the FWE I Leases.

(dddd) (rrr) "Prepaid JIB Cash Amount" has the meaning ascribed to such term in clause (xvi) in Part A of Schedule I attached hereto.

(eeee) (sss) "Proprietary Seismic Data" means any and all proprietary Seismic Data owned (but not licensed) by FWE related to the FWE I Assets and/or the FWE III Assets.

(ffff) (ttt) "Records" means all books, records, files, data, information, drawings, maps, corporate, financial, tax, and legal data and records to the extent (and only to the extent) related to the FWE I Assets, the FWE I Obligations, the FWE III Assets, and/or the FWE III Obligations, as applicable, including electronic copies of all computer records where available, contract files, lease files, well logs, division order files, title opinions and other title information (including abstracts, evidences of rental payments, maps, surveys, and data sheets), hazard data and surveys, production records, SEMS Documentation and Procedures, Proprietary Seismic Data, engineering files, and environmental records.

(gggg) (uuu) "Release" means any discharge, emission, spilling, leaking, pumping, pouring, injecting, dumping, burying, leaching, migrating, abandoning, or disposing into or through the environment of any Hazardous Substance, including the abandonment or discarding of barrels, containers, and other closed receptacles containing any Hazardous Substance.

(hhhh) (vvv) "Royalties" means all rentals, minimum royalties, shut in payments, royalties, overriding royalties, reversionary interests, net profits interests, production payments, carried interests, non-participating royalty interests, reversionary interests, and other royalty burdens and other interests payable out of production of Hydrocarbons from or allocated to the FWE I Assets, or the proceeds thereof to third parties.

(iiii) (www) "Seismic Data" means any and all seismic, geological, geochemical, and geophysical data (including core and fluid samples and other engineering, geological, and/or geophysical studies (including seismic data, studies, and information)), all licensed or proprietary or confidential geologic, seismic, geophysical, and interpretative data, records, and analyses, including any and all interpretations, derivative data, and other work products of any of the foregoing, and other similar information and records, in each case relating to the Assets or the regional area surrounding the Assets.

(jjjj) (xxx) "SEMS Documentation and Procedures" means all documents and procedures in place by FWE to comply with BSEE's Safety and Environmental Management System (SEMS) 30 CFR 250 Subpart S with respect to the FWE I Assets and/or the FWE III Assets.

(kkkk) (yyy) "Standby Credit Facility Documents" means the Standby Loan Agreement, to be entered into promptly after the Effective Time, by and between FWE I and GOM Shelf, as borrowers, and Apache, as lender, and all of the other agreements, documents,

and instruments related thereto governing or setting forth terms and conditions of the Standby Facility or of the loans/borrowings made thereunder.

(llll)   (zzz) "Standby Facility" means a secured line of credit to be provided by Apache to FWE I and GOM Shelf to fund the ongoing Plugging and Abandonment of the Legacy Apache Properties (as such term is defined in the FWE I LLC Agreement) and the GOM Shelf Properties, which shall become available to advance funds to FWE I and for use in accordance with the Standby Credit Facility Documents.  The Standby Facility shall be secured by a first-priority lien on all the assets of FWE I (including all of the equity interests of GOM Shelf) and on all the GOM Shelf Properties, provided that such lien shall also secure the obligations of FWE I to Apache under the Decommissioning Agreement.

(mmmm)   (aaaa) "Suspense Funds" means any and all funds held in suspense by FWE at the Effective Time, and any interest accrued in escrow accounts for such suspended funds.

(nnnn) (bbbb) "TBOC" has the meaning ascribed to such term in the recitals hereto.

9.   8. Choice of Law.  This Plan of Merger shall be governed by and construed in accordance with the laws of the State of Texas, without giving effect to any choice or conflict of law provision or rule (whether of the State of Texas or any other jurisdiction) that would cause the application of the Laws of any jurisdiction other than the State of Texas and without regard to any borrowing statute that would result in the application of the statutes of limitations or repose of any other jurisdiction.  In furtherance of the foregoing, the laws of the State of Texas will control even if under such jurisdiction's choice of law or conflict of law analysis, the substantive or procedural law of some other jurisdiction would ordinarily or necessarily apply.

10.   9. FWE III Obligation to Pay Recording Expenses. Subject to the Implementation Costs Cap, FWE III shall, and shall cause its debtor affiliates in the Chapter 11 Cases to, from and after the later of (i) the Plan Effective Date and (ii) the Effective Time, provide for the payment of any and all documentary, filing, recording, stamp, and registration fees, costs, taxes, and expenses (including all reasonable and documented attorneys' fees and regulatory consultant fees) incurred or imposed after the Effective Time in connection with the filing of record by or on behalf of FWE I or GOM Shelf of any instrument or instruments with the appropriate records office of any county, parish, state, federal, or other governmental unit (including BOEM) that may be required in connection with the implementation of the Merger or that either FWE I or GOM Shelf determines in its respective sole discretion to be necessary or appropriate to reflect in the appropriate records of any governmental unit that as a result of the Merger (a) ownership of the FWE I Assets have been allocated to and are vested in FWE I (and to the extent appropriate to reflect ownership of the GOM Shelf Properties in GOM Shelf), and (b) the liabilities and obligations to be allocated to and vested in, respectively, FWE I or FWE III pursuant to the Merger have been allocated to and vested in, and constitute liabilities and obligations of, FWE I and FWE III, respectively (collectively, the "Implementation Costs").  For the avoidance of doubt, the documentary, filing, recording, stamp, and registration fees of FWE I or GOM Shelf shall include such costs and expenses required to file or to cause to be filed of record in the records office, as determined by Apache to be appropriate, of any county, parish,

state, federal, or other governmental unit (including BOEM) of the mortgages, security interests, and similar security documentation as is contemplated by the Standby Facility and the Standby Facility Documents to secure the obligations of FWE I and GOM Shelf thereunder.  Any Implementation Costs that exceed the Implementation Costs Cap shall be the sole responsibility of and paid for by FWE I.

     11.    FERC Petitions and FWE I Marketing Contract Matters.  From and after the Effective Time, FWE III shall use good faith efforts (at FWE III's sole cost and expense) to obtain the waiver requested in the FERC Petition with respect to the FWE I Marketing Contracts, and upon FWE III's reasonable request at any time or from time to time FWE I shall assist FWE III in obtaining the waiver requested in the FERC Petition with respect to the FWE I Marketing Contracts.  With respect to the period from the Effective Date and until the Condition Precedent End Date, FWE I and FWE III have or shall enter into one or more hydrocarbon purchase agreements whereby FWE I will sell hydrocarbons produced from its assets to FWE III on mutually agreeable terms. Further, notwithstanding anything herein to the contrary, until such time as a FWE I Marketing Contract is vested in FWE I at the Condition Precedent End Date, (a) FWE III hereby covenants and agrees to perform such FWE I Marketing Contract in all material respects in accordance with its terms (taking into account any services received pursuant to the Contract Operating Agreement to be entered into between QuarterNorth Energy LLC and FWE III) and (b)  FWE III and FWE I shall each be allocated and shall pay, pay over, or reimburse to the other all costs, expenses, liabilities, and benefits arising in connection with such FWE I Marketing Contract (taking into account any payments made or services received pursuant to (i) the hydrocarbon purchase agreements described above, (ii) the Contract Operating Agreement to be entered into between QuarterNorth Energy LLC and FWE III and (iii) the Transition Services Agreement to be entered into between FWE I and QuarterNorth Energy LLC or any contract services agreement between FWE I and QuarterNorth Energy LLC entered into in replacement of the Transition Services Agreement) such that FWE I, on the one hand, and FWE III on the other, each bear such costs, expenses, and liabilities and receive such benefits as such parties would have borne and received had such FWE I Marketing Contract been vested with FWE I at the Effective Time (without limiting the foregoing, if FWE III is required to post any form of credit assurance with respect to FWE I volumes attributable to any of the FWE I Marketing Contracts, FWE I will provide such credit assurance as required by such FWE I Marketing Contract(s) or applicable law).   For the avoidance of doubt, (y) FWE III shall have no obligation to pay or reimburse any costs, expenses, or liabilities related to any FWE I Marketing Contract from any funds other than the funds FWE III receives pursuant to such FWE I Marketing Contract, except to the extent such costs, expenses, or liabilities are incurred in the pursuit of the waiver requested under the FERC Petition with respect to the FWE I Marketing Contracts; and (z) FWE I shall reimburse FWE III upon demand and delivery of sufficient documentation for any and all costs, expenses, or liabilities incurred by FWE III related to the defense of any claims asserted by counterparties under the FWE I Marketing Contracts against FWE III related to the FWE I Marketing Contracts.

     12.    10. Interpretation. The captions herein are included for convenience of reference only and shall be ignored in the construction or interpretation hereof.  As used herein, the words "include," "includes," and "including" shall be deemed to be followed by the words "without limitation" and will not be construed to limit any general statement that it follows to the specific or similar items or matters immediately following it.  Words such as "herein," "hereinafter,"

"hereof," and "hereunder" refer to this Plan of Merger as a whole and not merely to a subdivision in which such words appear unless the context otherwise requires.  All Exhibits and Schedules annexed hereto or referred to in this Plan of Merger are hereby incorporated in and made a part of this Plan of Merger as if set forth in full in this Plan of Merger, and definitions therein shall apply herein.  Any capitalized terms used in any Schedule or Exhibit but not otherwise defined therein will be defined as set forth in this Plan of Merger, and vice-versa.  A reference to any legislation or to any provision of any legislation shall include any modification or re-enactment thereof, any legislative provision substituted therefor, and all regulations and statutory instruments issued thereunder or pursuant thereto.

13.   11.   Rejected Contracts.  Any Contract rejected pursuant to Section 365 of the Bankruptcy Code in the Chapter 11 Cases shall be deemed to be excluded and removed from any Exhibit or Schedule attached hereto, and any such Contract shall not be allocated to any of FWE I or FWE III, and any liabilities or obligations of such Contract shall be treated in accordance with the Plan of Reorganization and Confirmation Order or otherwise satisfied, compromised, settled, released, or discharged pursuant to the Plan of Reorganization and Confirmation Order.

*   *   *   *   *   *

## Exhibit A

**Certificate of Merger**

[see attached]

**Exhibit B**

**Certificate of Formation – FWE I**

[see attached]

**Schedule I** [1]

**FWE I Assets and FWE I Obligations**

Part A:

"FWE I Assets" means all of FWE's right, title, and interest in, to, or under the following, less and except any FWE II Retained Properties:

(i)      the ownership interests Conveyed[2] to FWE pursuant to the Apache PSA in the oil, gas, other Hydrocarbon, and mineral leases, subleases, operating rights, record title interests, carried interests, royalties, overriding royalty interests, net profits interests, production payments, reversionary interests, and other rights or interests of any kind or character in or to Hydrocarbons in place and mineral interests or servitudes of every nature, in, on, under, and that may be produced from or attributable to any of the lands covered by such leases, subleases, interests, and rights, whether legal or equitable, vested or contingent, and regardless of whether the same are expired or terminated, including those described on Exhibit I-A attached hereto that are identified as FWE I Leases thereon (collectively, such ownership interests being the "FWE I Leases"), together with all pooled, communitized, or unitized acreage that includes all or part of any of the FWE I Leases (the "FWE I Units"), and all tenements, hereditaments, and appurtenances belonging to the FWE I Leases and the FWE I Units (collectively with the FWE I Leases and FWE I Units, the "FWE I Lands"); for the avoidance of doubt, the FWE I Lands shall only include the ownership interests therein Conveyed to FWE pursuant to the Apache PSA and the descriptions in Exhibit I-A shall only reference such ownership interests;

(ii)      the ownership interests Conveyed to FWE pursuant to the Apache PSA in any and all Hydrocarbon, water, CO2, injection, disposal wells or other wells completed on, drilled from, or otherwise located, in whole or in part,[3] on, under, or within the FWE I Lands, in each case whether producing, non-producing, shut in, or temporarily or permanently Plugged and Abandoned, including the wells set forth on Exhibit I-B attached hereto that are identified as FWE I Wells thereon and all wellbores spudded prior to the Effective Time located on the FWE I Lands (such ownership interests being the "FWE I Wells" and, together with the FWE I Leases and the FWE I Units, but excluding the FWE II Retained Properties, the "FWE I Oil and Gas Properties"); for the avoidance of doubt, (x) the FWE I Wells shall only include the ownership interests therein Conveyed to FWE pursuant to the Apache PSA and the descriptions in Exhibit I-B shall only reference such ownership interests and (y) rights conveyed to FWE I pursuant to clause (i) and this clause (ii) include all rights of FWE to operate or as to

---

[1] Note to Draft:  In the event an asset not included on the schedules hereto is identified after the parties have agreed to the final form of this Plan of Merger, but prior to the Effective Time, subject to the agreement of the parties, the applicable schedule shall be updated to include and provide for the allocation of such asset.

[2] Note to Draft:  Any additional interests in the FWE I Assets acquired by FWE other than under the Apache PSA ("Add-On Interests") are to be identified by FWE and if, upon being identified, Apache agrees to the inclusion of such interest in the FWE I Assets Schedule I will be modified to include such interests and if Apache does not agree then such interests will be allocated to and vested in FWE III to the extent held by FWE as of the Effective Time.

[3] Note to Draft:  FWE confirmed there are no wells that are not Legacy Apache Properties that would otherwise fall within this description.

Schedule I – FWE I

D(i) attached hereto and Exhibit I-D(ii) attached hereto (such rights, title, and interests being the "FWE I Rights of Way");

(vi)   all environmental and other governmental (whether federal, state, or local) permits (including all plans filed with or approved by applicable Government Authorities), licenses, orders, authorizations, franchises, and related instruments or rights to the extent relating in whole or in part to the ownership, operation, or use of any or all of the GOM Shelf Oil and Gas Properties or any or all of the properties, rights, titles, and interests described in clauses (i) through (iii), (v) and (viii) of this Schedule I, Part A (the "FWE I Permits");[4]

(vii)   Service Agreement, dated April 1, 2015, applicable to Firm Transportation Service under FT-2 Rate Schedule by and between Discovery Gas Transmission LLC as Transporter and Fieldwood Energy LLC as Shipper;

(viii)   all Hydrocarbons in, on, under, or that may be produced from or attributable to the FWE I Leases, the FWE I Units, or the FWE I Wells, including all oil, condensate, and scrubber liquids inventories and ethane, propane, iso-butane, nor-butane, and gasoline inventories of FWE from the FWE I Oil and Gas Properties in storage or constituting linefill and Imbalances;

(ix)   the FCC licenses associated with the call signs listed on Exhibit I-E attached hereto;[5]

(x)   all contracts, agreements, leases, licenses, commitments, sales and purchase orders, and other instruments related, in whole or in part, to the ownership or operation of any or all of the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties or any other properties, rights, titles, and interests described in the clauses of this Schedule I, Part A (and including any insurance contract if such insurance contract provides coverage for any incident that occurs on any FWE I Asset(s) or the GOM Shelf Oil and Gas Properties at, before, or after the Effective Time), including operating agreements, unitization, pooling, and communitization agreements, declarations and orders, area of mutual interest agreements, exploration agreements, joint venture agreements, farmin and farmout agreements, exchange agreements, purchase and sale agreements, and other contracts relating to the FWE I Assets (but expressly excluding any such agreements pursuant to which FWE acquired interests in or to any other FWE I Assets in addition to the rights, title, and interests acquired by FWE under the Apache PSA), transportation agreements, agreements for the sale and purchase of Hydrocarbons, processing agreements, and service agreements, but in all cases (A) solely to the extent relating to the ownership or operation of any or all of the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties, except as to the contracts or leases listed on Exhibit I-F(ii) and services agreements (all of which shall be allocated to FWE I in whole) and (B) excluding all derivative or hedge agreements (including any ISDAs) or rights thereunder

---

[4] Note to Draft:  To be determined if there are Permits used for the FWE I Assets and also FWE III such that FWE III will need to obtain its own permits.

[5] Note to Draft:  To include licenses for GOM Shelf if not held by GOM Shelf directly.  FWE confirming there are only 5 licenses relating to all of the FWE I and GOM Shelf properties and in which entity licenses are held.

(collectively, and together with the agreements referenced in <u>clause (xx)</u> below and including the contracts listed on <u>Exhibit I-F(i)</u> attached hereto, the "<u>FWE I Contracts</u>");

(xi)    originals of the Records that relate, in whole or in part, to any one or more of the FWE I Assets, the FWE I Obligations, or the GOM Shelf Oil and Gas Properties (whether or not such Records also relate to any one or more of the FWE III Obligations or the FWE III Assets);

(xii)    inventory, equipment, machinery, tools, and other personal property, to the extent located on the FWE I Facilities or, if located elsewhere, used or held for use, in whole or part, in connection with the FWE I Oil and Gas Properties, the FWE I Facilities, or the GOM Shelf Oil and Gas Properties, or charged to the joint account pursuant to the applicable FWE I Contracts, including those items listed on <u>Exhibit I-G</u> attached hereto;

(xiii)    FWE-owned SCADA equipment and all automation systems, including meters and related telemetry, licensed radio frequencies, and associated communications infrastructure including towers, antennas, data links, and network circuits used or held for use, in whole or in part, in connection with the FWE I Oil and Gas Properties, the FWE I Facilities, or the GOM Shelf Oil and Gas Properties, or for the production of Hydrocarbons therefrom;

(xiv)    all deposits with third parties, escrow accounts, guarantees, letters of credit, treasury securities, insurance policies relating, in whole or in part, to the FWE I Assets, surety bonds, all Oil Spill Financial Responsibility coverage (whether consisting of one or more insurance policies) and other forms of credit assurances or credit support provided by a third party for the benefit of FWE for financial assurance for the obligations and liabilities arising out of or related to the FWE I Assets, the GOM Shelf Oil and Gas Properties, or GOM Shelf, including the P&A Obligations arising out of or related to the FWE I Assets or the GOM Shelf Oil and Gas Properties, including those items listed on <u>Exhibit I-H</u> attached hereto;

(xv)    all agreements and memberships relating, in whole or in part, to well containment/control, clean-up of spills, or other pollution, or the gathering of data relating to certifications required to be made to Governmental Authorities with respect to or used in relation to any of the FWE I Assets or GOM Shelf Oil and Gas Properties, if any;[6]

(xvi)    all (i) accounts receivable as of the Effective Time associated with the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties other than the Closing Accounts Receivable, (ii) instruments and general intangibles (as such terms are defined in the Uniform Commercial Code of the applicable jurisdictions in which the FWE I Oil and Gas Properties or GOM Shelf Oil and Gas Properties to which such assets relate are located) and other economic benefits in each case attributable to the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties (excluding only the Closing Accounts Receivable); provided, that, for the avoidance of doubt, nothing in the preceding <u>clauses (i)</u> or <u>(ii)</u> shall be interpreted to limit the scope of "Closing Accounts Receivable" as that term is defined in the Credit Bid Purchase Agreement, (iii) claims of indemnity, contribution, or reimbursement of FWE or of GOM Shelf,

---

[6] Note to Draft:  There are not any memberships that are specific to the FWE I Assets.

in each case, relating to the FWE I Obligations or obligations of GOM Shelf, (iv) Imbalances receivables of FWE or of GOM Shelf, in each case, attributable to the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties, (v) rights to insurance proceeds or other claims of recovery, indemnity, contribution, or reimbursement of FWE attributable to the FWE I Assets or the GOM Shelf Oil and Gas Properties due to casualty or other damage or destruction of or to the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties, (vi) cash in the amount of advance payments on account of third party working interest owners in the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties ("Prepaid JIB Cash Amount"), to the extent such Prepaid JIB Cash Amount is associated with FWE I Obligations, and (vii) rights to receive and collect cash and advance payments pursuant to cash calls associated with the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties ("JIB Advance AR"), to the extent such JIB Advance AR is associated with FWE I Obligations;

(xvii)  all Suspense Funds (i) of FWE to the extent attributable to any of the FWE I Oil and Gas Properties or the GOM Shelf Oil and Gas Properties, and (ii) of GOM Shelf (collectively, "FWE I Suspense Funds");

(xviii)  all equity interests ~~set forth on Exhibit I-I~~ ("of the FWE I Subsidiaries");

(xix)  the Decommissioning Agreement, dated as of September 30, 2013, by and among Apache Corporation, Apache Shelf, Inc., Apache Deepwater LLC, Apache Shelf Exploration LLC, FWE and GOM Shelf LLC, as amended by (i) the First Amendment thereto, dated as of September 30, 2013, (ii) the Second Amendment thereto, dated as of September 30, 2013, (iii) the Third Amendment thereto, dated effective as of April 25, 2017, (iv) the Fourth Amendment thereto dated effective as of September 1, 2017, as amended by that certain Letter Agreement, dated January 3, 2018, and (v) the Fifth Amendment thereto, dated effective as of April 11, 2018 (the "Decommissioning Agreement");

(xx)  the Apache PSA and the transaction documents entered into in connection with the consummation of the transactions contemplated thereby, including the Joint Exploration Agreement (as defined in the Apache PSA), the Master Facilities Use, Access, Production Handling and Transportation Agreement (as defined in the Apache PSA), and the Fully Paid Up Turnkey Removal Contract (as defined in the Apache PSA);

(xxi)  ~~to the extent permitted by applicable law, all rights to any authorization or permission from the BOEM, BSEE, or any other Governmental Authority held by FWE (a) in whole or in part for any FWE I Assets or (b) with respect to GOM Shelf, in whole or in part for any of the GOM Shelf Oil and Gas Properties;~~[7] the rights and benefits arising in favor of FWE I (as a "Responsible Party") under that certain U.S. Department of the Interior Settlement Agreement, dated on or about the date hereof, by and among Fieldwood and its debtor affiliates

---

[7] ~~**Note to Draft**:  FWE to confirm if area-wide bonds will be permitted to be allocated and applied to FWE I and FWE III.  If allocation is not permitted, then TBD what happens to existing bonds/bonds to be acquired by FWE I and FWE III.~~ ~~Note to Apache: FWE has confirmed that we are not able to allocate the operator number or area wide bonds to FW I…TBD if any other items picked up by clause (xxi) or whether clause (xxi) can be removed.~~

and the United States Department of the Interior by and through the Bureau of Safety and Environmental Enforcement;

(xxii) beneficial ownership of The Trust established by that certain Fieldwood Decommissioning Trust A Trust Agreement dated September 30, 2013;

(xxiii) cash in an amount (the "FWE I Cash Amount") equal to (1) the positive amount remaining, if any, obtained by subtracting from (x) $50.0 million (y) the sum of (a) the actual cash expenditures paid by FWE for Plugging and Abandonment costs and expenses on the FWE I Assets between the filing on August 3, 2020 of the Chapter 11 Cases and the Effective Time and, (b) the actual cash payments made by FWE between January 4, 2021 and the Effective Time to the individual engaged as the sole manager of FWE I, plus (2) all amounts paid to the Debtors under or pursuant to the Credit Bid Purchase Agreement for (a) deductibles or retention amounts under applicable insurance policies associated with claims for personal injury or damage to third party property arising from the ownership or operation of the FWE I Assets or the GOM Shelf Oil and Gas Properties and (b) fines and penalties levied or imposed by governmental authorities in respect of the FWE I Assets or the GOM Shelf Oil and Gas Properties; and (c) $610,538.77 (which represents the actual cash payment made by FWE with respect to the assumption and cure in the Chapter 11 Cases of certain contracts allocated to FWE I);

(xxiv) the Fieldwood Primary Joint Use Properties as specified in Section 6 of the Plan of Merger; and

(xxv) the specific interests in and to the wells, pipelines, platforms, and facilities set forth on Exhibit I-K which were acquired or assumed by FWE as a result of co-owner actions under applicable joint or unit operating agreements or as a result of a recalculation determined in accordance with the terms of a FWE I Contract, and such interests will be deemed to be included in the FWE I Leases, FWE I Units, FWE I Lands, FWE I Wells, FWE I Facilities, and FWE I Rights of Way, as applicable.[8]; and

(xxvi) the trademark of, markings, and right to use the name "Fieldwood Energy LLC".

For the avoidance of doubt, the FWE I Assets do not include any of the leases, rights of way, or other assets specified in Exhibit I-J[9] attached hereto (such assets, collectively, the "FWE II Retained Properties"), which FWE II Retained Properties were conveyed to FWE II pursuant

---

[8]  Note to Draft:  If the parties agree to include Add-On Interests in the FWE I Assets, Exhibit I-K will be added to specifically identify the interests agreed upon to be included.  If the parties do not agree to include Add-On Interests in the FWE I Assets, item (xxv) will be deleted.

[9]   Note to Draft:  Exhibit I-J should list as FWE II Retained Properties the properties included in the fields which are identified to be owned and operated by FWE II on Schedule A to the Term Sheet dated July 31, 2020.  FWE confirmed these properties consist of only the following properties: Oil and Gas Lease bearing Serial No. OCS-G 21685 covering South Timbalier 308, Oil and Gas Lease bearing Serial No. OCS-G24987 covering South Timbalier 287, Oil and Gas Lease bearing Serial No. OCS-G10687 covering Vermilion 362, Oil and Gas Lease bearing Serial No. OCS-G09522 covering Vermilion 363, Oil and Gas Lease bearing Serial No. OCS-G09524 covering Vermilion 371, Oil and Gas Lease bearing Serial No. OCS-G04421 covering Vermilion 78, Right of Way bearing Serial No. OCS-G29427 for Pipeline Segment No. 20278 pertaining to South Timbalier 308, and Right of Way bearing Serial No. OCS-G15047 for Pipeline Segment No. 10675 pertaining to Vermilion 371.

to the Credit Bid Purchase Agreement, and the FWE I Obligations shall not include any obligations attributable to such FWE II Retained Properties.

Subject to Section 11 of this Plan of Merger, but otherwise notwithstanding anything set forth in this Plan of Merger (or the exhibits hereto), the FWE I Marketing Contracts and all liabilities related to the FWE I Marketing Contracts are allocated to FWE I at the Effective Time but are not vested in FWE I until the occurrence of the Condition Precedent End Date, such that the effectiveness of the vesting of each FWE I Marketing Contract in FWE I shall only occur upon the occurrence of the Condition Precedent End Date (for clarity, each FWE I Marketing Contract shall remain vested in the entity which held such FWE I Marketing Contracts as of immediately prior to the Effective Time and shall only vest in FWE I upon the occurrence of the Condition Precedent End Date, unless an earlier vesting date is agreed to by FWE I in its sole discretion).

27
Schedule I – FWE I
WEIL:\97614386\58\45327.0007

Part B:

"FWE I Obligations" means (A) all of the obligations and liabilities (contractual or otherwise) of FWE, without duplication, of any kind, character, or description (whether known or unknown, accrued, absolute, contingent, or otherwise) relating to, arising out of, or with respect to any of the FWE I Assets, the GOM Shelf Oil and Gas Properties, or FWE I's ownership interest in GOM Shelf, including obligations and liabilities of FWE:   (i) relating to the furnishing of makeup gas according to the terms of applicable gas sales, gathering, or transportation FWE I Contracts and all obligations with respect to Imbalances arising out of, related to, or attributable to FWE I's ownership interests in any of the FWE I Oil and Gas Properties or in GOM Shelf; (ii) with respect to Royalties arising out of, related to, or attributable to any of the FWE I Oil and Gas Properties, FWE I Suspense Funds, and Prepaid JIB Cash Amounts, including any reporting and/or mis-reporting, and payment and/or mis-payment of such Royalties, FWE I Suspense Funds, or Prepaid JIB Cash Amounts; (iii) constituting or related to Environmental Liabilities arising out of, related to, or attributable to any of the FWE I Assets; (iv) applicable to or imposed on the lessee, owner, operator, holder, responsible party, payor or designated applicant under or with respect to any of the FWE I Assets or GOM Shelf Oil and Gas Properties; (v) constituting or relating to any and all P&A Obligations related to FWE I's or GOM Shelf's, as the case may be, ownership interests in, or operation of, any of the FWE I Assets or GOM Shelf Oil and Gas Properties; (vi) relating to the FWE I Suspense Funds; (vii) relating to the Decommissioning Agreement and the Decommissioning obligations thereunder; (viii) relating to the Apache PSA or any of the agreements entered into in connection with the consummation of the transactions contemplated thereby, including the Joint Exploration Agreement (as defined in the Apache PSA), the Master Facilities Use, Access, Production Handling and Transportation Agreement (as defined in the Apache PSA), and the Fully Paid Up Turnkey Removal Contract (as defined in the Apache PSA); and (ix) expenses incurred by FWE for Plugging and Abandonment costs and expenses on the FWE I Assets between the filing on August 3, 2020, of the Chapter 11 Cases and the Effective Time to the extent not paid as of the Effective Time; (such incurred but unpaid expenses, the "Interim Unpaid P&A Expenses")B) the obligations of FWE I as a "Responsible Party" under that certain U.S. Department of the Interior Settlement Agreement, dated on or about the date hereof, by and among Fieldwood and its debtor affiliates and the United States Department of the Interior by and through the Bureau of Safety and Environmental Enforcement; and (BC) the obligations of FWE I under Section 3(b)(i) of the Plan of Merger; provided, however, that, subject to the foregoing clause (B), the FWE I Obligations do not include (1) any of the FWE III Obligations, (2) any of the Credit Bid Assumed Liabilities, (3) obligations for personal injury or damage to property arising from the ownership or operation of any property that is not included in the FWE I Assets or GOM Shelf Oil and Gas Properties, and (4) any claims, liabilities, or obligations satisfied, compromised, settled, released, or discharged pursuant to the Plan of Reorganization and Confirmation Order.

**Schedule of Exhibits**[10]

| | |
|---|---|
| Exhibit A: | Certificate of Merger |
| Exhibit B: | Certificate of Formation – FWE I |
| Exhibit C: | FWE I Marketing Contracts |
| Exhibit I-A(i): | FWE I Leases |
| Exhibit I-A(ii): | FWE I Deep Rights |
| Exhibit I-B: | FWE I Wells |
| Exhibit I-C(i) | FWE I Platforms |
| Exhibit I-C(ii) | FWE I Facilities |
| Exhibit I-D(i) | FWE I Rights of Way Acquired Pursuant to Apache PSA |
| Exhibit I-D(ii) | FWE I RUEs |
| Exhibit I-E | FWE I FCC Licenses |
| Exhibit I-F(i) | FWE I Contracts |
| Exhibit I-F(ii) | FWE I Contracts (Allocated in Whole) |
| Exhibit I-G | FWE I Inventory |
| Exhibit I-H | FWE I Deposits/Escrows/Credit Support |
| Exhibit I-I | Subsidiaries and Equity Interests |
| Exhibit I-J | FWE II Retained Properties |
| Exhibit I-K(i) | Incremental Interests – Leases |
| Exhibit I-K(ii) | Incremental Interests – Wells |
| Exhibit I-K(iii) | Incremental Interests – Platforms and Facilities |

---

[10] **Note to Draft**:  **FWE I Exhibits to the Plan of Merger**.  Exhibits I-A(i) through I-K(iii) to Schedule I to the Plan of Merger (collectively, the "FWE I Exhibits") set forth a list of Legacy Apache Properties, which FWE I Exhibits the Apache PSA Parties and the Fieldwood PSA Parties hereto respectively acknowledge are subject to the ongoing review and consent rights of the Consenting Creditors under the RSA (which consent has not yet been provided), and the Apache PSA Parties and Fieldwood PSA Parties agree that the FWE I Exhibits are subject to modification based on such review to be consistent with the Apache Term Sheet.

## Exhibit E

**Chevron Plan of Merger Redline**

*Exhibit 1-A to the Implementation Agreement*
*Execution Version*

**AGREEMENT AND PLAN OF MERGER**
**OF**
**FIELDWOOD ENERGY III LLC,**
**FIELDWOOD SD OFFSHORE LLC,**
**BANDON OIL AND GAS, LP,**
**FIELDWOOD ENERGY OFFSHORE LLC**
**AND**
**DYNAMIC OFFSHORE RESOURCES NS, LLC**

**INTO**

**FIELDWOOD ENERGY IV LLC,**
**AND**
**FIELDWOOD ENERGY III LLC,**
**FIELDWOOD SD OFFSHORE LLC,**
**BANDON OIL AND GAS, LP,**
**FIELDWOOD ENERGY OFFSHORE LLC**
**AND**
**DYNAMIC OFFSHORE RESOURCES NS, LLC**

This AGREEMENT AND PLAN OF MERGER, dated as of [ ]August 27, 2021 (this "Plan of Merger"), is executed and adopted by each of Fieldwood Energy III LLC, a Texas limited liability company ("FWE III")., Fieldwood SD Offshore LLC, a Texas limited liability company ("SD Offshore"), Bandon Oil and Gas, LP, a Texas limited partnership ("Bandon LP"), Fieldwood Energy Offshore LLC, a Texas limited liability company ("FEO"), and Dynamic Offshore Resources NS, LLC, a Texas limited liability company ("Dynamic Offshore" and together with FWE III, SD Offshore, Bandon LP and FEO, the "Surviving Entities").

WHEREAS, commencing August 3, 2020, Fieldwood Energy LLC, a Delaware limited liability company ("FWE"), and certain other affiliates of FWE (each, a "Debtor" and collectively, the "Debtors") filed voluntary petitions with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") initiating their respective cases pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") styled *In re Fieldwood Energy LLC, et al.*, jointly administered under Case No. 20-33948 (MI) (each case of a Debtor, a "Case" and collectively, the "Chapter 11 Cases");

WHEREAS, in connection with the Chapter 11 Cases, the Debtors filed the [ *Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* at Docket No. ]1742 (as may be amended, restated, amended and restated, supplemented, or otherwise modified from time to time, the "Plan of Reorganization"), which was confirmed by order of the Bankruptcy Court entered on [ ]June 25, 2021 at Docket No. [ ]1751 (as may be amended, modified, and supplemented, the "Confirmation Order");

WHEREAS, in accordance with the Plan of Reorganization and Confirmation Order, pursuant to the Credit Bid Purchase Agreement (as defined below) certain assets and properties of the Debtors were sold and conveyed to, and certain liabilities and obligations of Debtors were

assumed by, ~~Mako Buyer~~QuarterNorth Energy LLC, a Delaware limited liability company ("Credit Bid Purchaser"), prior to the effective time of the First Merger (as defined below) (the "Credit Bid Transaction");

WHEREAS, pursuant to the Plan of Reorganization, and as authorized by the Confirmation Order, (i) FWE converted from a Delaware limited liability company to a Texas limited liability company on ~~[ ]~~August 2, 2021, (ii) SD Offshore converted from a Delaware limited liability company to a Texas limited liability company on August 2, 2021, (iii) Bandon LP converted from a Delaware limited partnership to a Texas limited partnership on August 2, 2021 and (iv) FEO converted from a Delaware limited liability company to a Texas limited liability company on August 2, 2021;

WHEREAS, pursuant to the Plan of Reorganization, and as authorized by the Confirmation Order, following the Credit Bid Transaction and prior to the Effective Time on ~~[ ]~~August 27, 2021, FWE effected a divisional merger (the "First Merger") pursuant to that certain Agreement and Plan of Merger of Fieldwood Energy LLC ("FWE I Plan of Merger"), pursuant to which (i) FWE maintained its separate existence and continued as a surviving entity under the name "Fieldwood Energy III LLC;" (ii) a new Texas limited liability company was formed under the name "Fieldwood Energy I LLC" ("FWE I"); and (iii) all of the assets and liabilities of FWE were allocated to FWE I and FWE III, in each case as set forth in the FWE I Plan of Merger;

WHEREAS, pursuant to the Plan of Reorganization, and as authorized by the Confirmation Order, ~~FWE III~~each Surviving Entity is to effect a divisional merger as set forth in this Plan of Merger (the "Merger") promptly following the First Merger, pursuant to which, among other things,

a) ~~FWE III~~each of the Surviving Entities shall maintain its separate existence and continue as a surviving entity under its name as of immediately prior to the Merger;

b) a new Texas limited liability company shall be formed under the name "Fieldwood Energy IV LLC" ("FWE IV");

c) all of the FWE IV Assets (as defined below) shall be allocated to and vested in FWE IV;

d) all of the FWE IV Obligations (as defined below) shall be allocated to and shall constitute liabilities and obligations of, FWE IV;

e) all of the FWE III Assets (as defined below) shall be allocated to and vested in FWE III; ~~and~~

f) all of the FWE III Obligations (as defined below) shall be allocated to, and shall constitute liabilities and obligations of, FWE III; ~~and~~

g) all of the SD Offshore Assets (as defined below) shall be allocated to and vested in FWE III;

h) all of the SD Offshore Obligations (as defined below) shall be allocated to, and shall constitute liabilities and obligations of, FWE III;

i) all of the Bandon LP Assets (as defined below) shall be allocated to and vested in FWE III;

j) all of the Bandon LP Obligations (as defined below) shall be allocated to, and shall constitute liabilities and obligations of, FWE III;

k) all of the FEO Assets (as defined below) shall be allocated to and vested in FWE III;

l) all of the FEO Obligations (as defined below) shall be allocated to, and shall constitute liabilities and obligations of, FWE III;

m) all of the Dynamic Offshore Assets (as defined below) shall be allocated to and vested in FWE III; and

n) all of the Dynamic Offshore Obligations (as defined below) shall be allocated to, and shall constitute liabilities and obligations of, FWE III; and

WHEREAS, this Plan of Merger has been authorized by the Confirmation Order, which provides such approval of the transactions contemplated hereby as required for purposes of Sections 10.001 et seq. of the Texas Business Organizations Code (the "TBOC"), and Section 1.002(55)(A) of the TBOC and, in accordance with Section 10.008 of TBOC, the Merger shall be consummated without any reversion or impairment, any further act or deed, or any transfer or assignment having occurred.

NOW, THEREFORE, in consideration of the premises and the mutual covenants and agreements herein contained, and for good and valuable consideration, the sufficiency of which is acknowledged, and for the purpose of prescribing the terms and conditions of the Merger, the mode of carrying it into effect, the manner and basis of allocating assets and liabilities of each of the resulting entities and such other details and provisions of the Merger as are deemed necessary or desirable, ~~FWE III~~each Surviving Entity has agreed and covenanted, and does hereby agree and covenant, as follows:

1.      Subject to the provisions of this Plan of Merger, ~~FWE III~~the Surviving Entities shall cause the Merger to be consummated by filing a certificate of merger with the Secretary of State of the State of Texas in such form as is required by, and executed in accordance with, the relevant provisions of the TBOC, in substantially the form attached as Exhibit A (the "Certificate of Merger"), together with a certificate of formation of FWE IV in substantially the form attached as Exhibit B-A (the "Certificate of Formation"). The Certificate of Merger shall provide that the Merger shall be effective on the date and time the Certificate of Merger is accepted and filed with the Secretary of State of the State of Texas (the "Effective Time"). The Certificate of Formation of FWE IV shall provide that the Certificate of Formation shall be effective as of the Effective Time.

2.      At the Effective Time:

(a)     ~~FWE III~~Each Surviving Entity shall be divisionally merged in accordance with Section 10.008 of the TBOC with (i) FWE IV being formed as a Texas limited liability company and new domestic entity, separate from ~~FWE III~~the Surviving Entities as a result of the Merger and having been allocated the FWE IV Assets and the FWE IV Obligations in accordance with the TBOC under the name "Fieldwood Energy IV LLC," ~~and~~ (ii) ~~FWE III~~each Surviving Entity continuing as a Texas limited liability company or Texas limited partnership, as applicable, and surviving domestic entity of the Merger ~~and having been allocated all assets and liabilities of FWE III (other than the FWE IV Assets and the FWE IV Obligations)~~ in accordance with the TBOC under the same name it had immediately prior to the Merger ~~- "Fieldwood Energy III LLC"~~and (iii) FWE III having been allocated all assets and liabilities of the Surviving Entities (other than the FWE IV Assets, the FWE IV Obligations and the Abandoned Properties) in accordance with the TBOC.  The Merger will have the effect set forth below and in Section 10.008 of the TBOC.

(b)     There shall be no change (through conversion, exchange, or otherwise) to the membership interests ~~of FWE III, which~~or partnership interests, as applicable, of any of the Surviving Entities, which (i) membership interests in FWE III will continue to be owned by Fieldwood Energy Inc. as of the Effective Time~~.~~; (ii) membership interests in SD Offshore will continue to be owned by FWE III as of the Effective Time; (iii) limited partner interests in Bandon LP will continue to be owned by FEO as of the Effective Time and general partner interests in Bandon LP will continue to be owned by Bandon Oil and Gas GP, LLC as of the Effective Time; (iv) membership interests in FEO will continue to be owned by FWE III as of the Effective Time; and (v) membership interests in Dynamic Offshore will continue to be owned by FEO as of the Effective Time.

(c)     All of the membership interests of FWE IV shall be acquired by and owned by Fieldwood Energy Inc. as of the Effective Time.

(d)     The certificate of formation and limited liability company agreement ~~of FWE III~~or limited partnership agreement, as applicable, of each Surviving Entity as in effect immediately prior to the Effective Time shall be the certificate of formation and limited liability company agreement ~~of FWE III~~or limited partnership agreement, as applicable, of such Surviving Entity immediately following the Effective Time.

(e)     The Certificate of Formation shall be the certificate of formation of FWE IV, and the limited liability company agreement of FWE IV immediately following the Effective Time shall be substantially in the form of the company agreement attached hereto as Exhibit B-B (the "FWE IV LLC Agreement").

(f)     The officers and managers of ~~FWE III~~each Surviving Entity, if any, immediately prior to the Effective Time shall continue to be the officers of ~~FWE III~~such Surviving Entity in accordance with and subject to the terms and conditions of the limited liability company agreement ~~of FWE III~~or limited partnership agreement, as applicable, of such Surviving Entity.

4

(g)      The officers and managers of FWE IV, if any, shall be as set forth in, and subject to the terms and conditions of, the FWE IV LLC Agreement.

(h)      All of the rights, title and interests to all real estate and other properties of ~~FWE III~~the Surviving Entities described in Part A of Schedule I attached hereto (the "FWE IV Assets"), subject to any existing liens or other encumbrances on such property, shall be allocated to and vested in FWE IV without reversion or impairment, without further act or deed, and without transfer or assignment having occurred, and no others (and expressly excluding any ~~FWE III~~Surviving Entity Assets).

(i)      All of the liabilities and obligations of ~~FWE III~~the Surviving Entities described in Part B of Schedule I attached hereto (the "FWE IV Obligations") shall be allocated to, and shall constitute liabilities and obligations of, FWE IV, and no others (and expressly excluding any ~~FWE III~~Surviving Entity Obligations).

(j)      All of the rights, title and interests to all real estate and other properties of FWE III other than those that comprise the FWE IV Assets (collectively, the "FWE III Assets"), subject to any existing liens or other encumbrances on such property, shall be allocated to~~ and~~ and vested in FWE III without reversion or impairment, without further act or deed, and without transfer or assignment having occurred.

(k)      All of the liabilities and obligations of FWE III other than those that comprise the FWE IV Obligations (collectively, the "FWE III Obligations") shall be allocated to, and shall constitute liabilities and obligations of, FWE III.

(l)      All of the rights, title and interests to all real estate and other properties of SD Offshore other than those that comprise the FWE IV Assets or that constitute Abandoned Properties (collectively, the "SD Offshore Assets"), subject to any existing liens or other encumbrances on such property, shall be allocated to and vested in FWE III without reversion or impairment, without further act or deed, and without transfer or assignment having occurred.

(m)      All of the liabilities and obligations of SD Offshore other than those that comprise the FWE IV Obligations or that relate to Abandoned Properties (collectively, the "SD Offshore Obligations") shall be allocated to, and shall constitute liabilities and obligations of, FWE III.

(n)      All of the rights, title and interests to all real estate and other properties of Bandon LP other than those that comprise the FWE IV Assets or that constitute Abandoned Properties (collectively, the "Bandon LP Assets"), subject to any existing liens or other encumbrances on such property, shall be allocated to and vested in FWE III without reversion or impairment, without further act or deed, and without transfer or assignment having occurred.

(o)      All of the liabilities and obligations of Bandon LP other than those that comprise the FWE IV Obligations or that relate to Abandoned Properties (collectively, the "Bandon LP Obligations") shall be allocated to, and shall constitute liabilities and obligations of, FWE III.

5

(p)     All of the rights, title and interests to all real estate and other properties of FEO other than those that comprise the FWE IV Assets or that constitute Abandoned Properties (collectively, the "FEO Assets"), subject to any existing liens or other encumbrances on such property, shall be allocated to and vested in FWE III without reversion or impairment, without further act or deed, and without transfer or assignment having occurred.

(q)     All of the liabilities and obligations of FEO other than those that comprise the FWE IV Obligations or that relate to Abandoned Properties (collectively, the "FEO Obligations") shall be allocated to, and shall constitute liabilities and obligations of, FWE III.

(r)     All of the rights, title and interests to all real estate and other properties of Dynamic Offshore other than those that comprise the FWE IV Assets or that constitute Abandoned Properties (collectively, the "Dynamic Offshore Assets"), subject to any existing liens or other encumbrances on such property, shall be allocated to and vested in FWE III without reversion or impairment, without further act or deed, and without transfer or assignment having occurred.

(s)     All of the liabilities and obligations of Dynamic Offshore other than those that comprise the FWE IV Obligations or that relate to Abandoned Properties (collectively, the "Dynamic Offshore Obligations") shall be allocated to, and shall constitute liabilities and obligations of, FWE III.

(t)     ~~(l)~~ FWE IV shall be substituted in any proceeding pending by or against ~~FWE III~~any Surviving Entity (the pre-Merger entity) to the extent that such proceeding is ~~associated with the~~an Obligations or Assets allocated to FWE IV pursuant to Section 2(h) or Section 2(i).

(u)     ~~(m) FWE III~~The applicable Surviving Entity (the surviving entity) shall be substituted in any proceeding pending by or against ~~FWE III~~such Surviving Entity (the pre-Merger entity) to the extent that such proceeding is ~~associated with the~~an Obligations or Assets allocated to ~~FWE III~~such Surviving Entity pursuant to Section 2(j) ~~or~~through Section 2(ks), as applicable.

(v)     ~~(n)~~ All acts, plans, policies, Contracts, approvals, and authorizations of ~~FWE III~~each Surviving Entity (the pre-Merger entity) and its respective officers and agents, that were valid and effective immediately prior to the Effective Time shall be taken for all purposes as the acts, plans, policies, Contracts, approvals, and authorizations of ~~FWE III~~such Surviving Entity (the surviving entity) and FWE IV, as applicable and consistent with the foregoing shall be effective and binding thereon as the same were with respect to ~~FWE III~~such Surviving Entity (the pre-Merger entity).

(w)     ~~(o)~~ The Assets, Obligations, reserves, and accounts of ~~FWE III~~the Surviving Entities (the pre-Merger entit~~y~~ies) shall be recorded on the books of ~~FWE III~~a Surviving Entity (the surviving entity) or FWE IV, as applicable and consistent with the foregoing, depending on which entity is allocated such Assets, Obligations, reserves, or accounts, at the amounts at which they, respectively, were carried on the books of ~~FWE III~~the

6

Surviving Entities (the pre-Merger entityies) immediately prior to the Effective Time, subject to such adjustments as may be appropriate in giving effect to the Merger.

(x)     Assets that constitute Abandoned Properties and Obligations relating thereto are, to the extent required to be allocated hereunder, allocated to the Surviving Entity that held such Asset or Obligation immediately prior to the Effective Time; provided, however, that for the avoidance of doubt, that nothing herein shall, or is intended to, modify the terms, timing or scope of the abandonment of the Abandoned Properties as provided for pursuant to the Plan of Reorganization; provided, further that, notwithstanding anything to the contrary in this Plan of Merger, no Abandoned Properties (whether assets or liabilities) shall be allocated to FWE IV nor shall FWE IV have any liability or obligation with respect to any Abandoned Properties for any reason at any time.

(y)     Notwithstanding anything set forth in Section 2 of this Plan of Merger or the Exhibits hereto, but subject to Section 13 below, the FWE IV Marketing Contracts and all assets and liabilities related to the FWE IV Marketing Contracts are allocated to FWE IV as of the Effective Date and, subject to the occurrence of the Condition Precedent End Date, vested in FWE IV such that the effectiveness of the vesting of the FWE IV Marketing Contracts in FWE IV shall occur on the Condition Precedent End Date (for clarity, each FWE IV Marketing Contract shall remain vested in the Surviving Entity which originally held such FWE IV Marketing Contract as of immediately prior to the Effective Time and shall only vest in FWE IV upon the occurrence of the Condition Precedent End Date, unless an earlier vesting date is agreed to by FWE IV or required by Law).  Notwithstanding anything to the contrary herein, this provision shall not allocate to FWE IV any FWE IV Marketing Contract that is expressly prohibited by Law from being so allocated at the time of the Merger.  In such event, subject to any limitations set forth in the Hydrocarbon Sales Contract(s) and compliance with applicable Law, the Surviving Entity shall immediately assign, transfer and convey any such FWE IV Marketing Contract to FWE IV upon notice that such prohibition is no longer applicable delivered by FWE IV to the Surviving Entity, which such assignment, transfer and conveyance shall be for no consideration and at the Surviving Entity's sole cost and expense.

3.     Post-Merger Covenants.

(a)     Each of FWE IIIthe Surviving Entities and FWE IV shall, at any time and from time to time from and after the Effective Time as and when requested by FWE IIIanother Surviving Entity or FWE IV, as applicable, or by their respective successors or assigns, execute and deliver, or cause to be executed and delivered in its name by its authorized officers, all such conveyances, transfers, deeds, or other instruments as FWE IIIany Surviving Entity or FWE IV, as applicable, or such successors or assigns, may reasonably deem necessary in order to carry out the purposes of this Plan of Merger, pursuant to the terms and conditions herein, including to evidence (i) the allocation to and vesting in FWE III of the FWE III Assets, and the allocation to FWE III of, and the liability and obligation of FWE III for, the FWE III Obligations as a result of the Merger and; (ii) the allocation to and vesting in FWE III of the SD Offshore Assets, and the allocation to FWE III of, and the liability and obligation of FWE III for, the SD Offshore Obligations as a result of the Merger; (iii) the allocation to and vesting in FWE III of the Bandon LP Assets, and the allocation to FWE III of, and the liability and obligation of FWE III for, the Bandon LP Obligations as a result of the Merger; (iv) the allocation to and vesting in FWE III of

7

the FEO Assets, and the allocation to FWE III of, and the liability and obligation of FWE III for, the FEO Obligations as a result of the Merger; (v) the allocation to and vesting in FWE III of the Dynamic Offshore Assets, and the allocation to FWE III of, and the liability and obligation of FWE III for, the Dynamic Offshore Obligations as a result of the Merger; and (vi) the allocation to and vesting in FWE IV of the FWE IV Assets, and the allocation to FWE IV of, and the liability and obligation of FWE IV for, the FWE IV Obligations as a result of the Merger. Any cost incurred associated with curing a misallocation of any asset or liability (or failing to properly allocate any asset or liability), or otherwise arising from such misallocation (or failure to allocate), will be properly rectified and borne by FWE III. Without limiting the foregoing, FWE III shall take such actions as necessary to effect a transfer from an account of FWE III to an account designated in writing by FWE IV of (i) the FWE IV Cash Amount, (ii) the FWE IV Suspense Funds, and (iii) the Prepaid JIB Cash Amount.

(b)  From and after the Effective Time (i) FWE IV shall perform the obligations of FWE under Section 10.12 of the Credit Bid Purchase Agreement with respect to Closing Accounts Receivable to the extent attributable to FWE IV Assets as of the Effective Time (provided FWE IV shall have no obligation to incur any cost or expense in performing such obligations), and (ii) FWE III shall, and shall cause its subsidiaries to, perform the obligations of FWE under Section 10.12 of the Credit Bid Purchase Agreement with respect to Closing Accounts Receivable to the extent attributable to FWE IIISurviving Entity Assets or any assets held by other subsidiaries of FWE III as of the Effective Time.

4.  As a result of the consummation of the Merger in accordance with this Plan of Merger,:

(a)  FWE IV shall only be allocated and shall only be vested in and receive the FWE IV Assets, and shall only be allocated, and shall only be subject to the FWE IV Obligations, and FWE IV shall have no rights or obligations relating to any of the FWE IIISurviving Entity Assets or the FWE IIISurviving Entity Obligations, except as may be expressly set forth in a separate agreement, which is entered into at or after the Effective Time, between FWE IIIa Surviving Entity and FWE IV with respect to such other Assets or Obligations; and FWE IV shall not be deemed to be a predecessor in interest to any of the FWE IIISurviving Entity Assets or the FWE IIISurviving Entity Obligations.

(b)  5. As a result of the consummation of the Merger in accordance with this Plan of Merger, FWE III shall only be allocated and shall only be vested in and receive the FWE IIISurviving Entity Assets and shall only be allocated and shall only be subject to the FWE IIISurviving Entity Obligations, and FWE III shall have no rights or obligations relating to any of the FWE IV Assets or the FWE IV Obligations, except as may be expressly set forth in a separate agreement, which is entered into at or after the Effective Time, between FWE III and FWE IV with respect to such other Assets or Obligations.

(c)  SD Offshore shall have no rights or obligations relating to any of the SD Offshore Assets, the FWE IV Assets, the SD Offshore Obligations or the FWE IV Obligations, except as may be expressly set forth in a separate agreement, which is entered into at or after the

Effective Time, between SD Offshore and FWE IV and/or FWE III, as applicable, with respect to such other Assets or Obligations.

(d)    Bandon LP shall have no rights or obligations relating to any of the Bandon LP Assets, the FWE IV Assets, the Bandon LP Obligations or the FWE IV Obligations, except as may be expressly set forth in a separate agreement, which is entered into at or after the Effective Time, between Bandon LP and FWE IV and/or FWE III, as applicable, with respect to such other Assets or Obligations.

(e)    FEO shall have no rights or obligations relating to any of the FEO Assets, the FWE IV Assets, the FEO Obligations or the FWE IV Obligations, except as may be expressly set forth in a separate agreement, which is entered into at or after the Effective Time, between FEO and FWE IV and/or FWE III, as applicable, with respect to such other Assets or Obligations.

(f)    Dynamic Offshore shall have no rights or obligations relating to any of the Dynamic Offshore Assets, the FWE IV Assets, the Dynamic Offshore Obligations or the FWE IV Obligations, except as may be expressly set forth in a separate agreement, which is entered into at or after the Effective Time, between Dynamic Offshore and FWE IV and/or FWE III, as applicable, with respect to such other Assets or Obligations.

5.    6. FWE III shall provide to FWE IV all rights afforded to FWE III pursuant to Section 6 of the FWE I Plan of Merger to the extent related to any FWE IV Assets; provided, however, that any obligation or liability incurred by FWE III to the extent arising from, related to, or connected with providing such rights to FWE IV, (1) shall not constitute an FWE III Obligation, (2) shall be FWE IV Obligations and the obligations and liabilities of FWE IV, and (3) FWE IV shall indemnify and hold harmless FWE III from and against all such obligations and liabilities allocated to FWE IV pursuant to this Section 65.

6.    7. Certain Definitions.  As used herein and in the Schedules and Exhibits attached hereto, (i) the terms set forth below have the meanings ascribed to such terms below and (ii) the terms defined in the Schedules and Exhibits attached hereto have the meanings ascribed to such terms in such Schedules and Exhibits.

(a)    "Abandoned Properties" means the Surviving Entities' rights to and interests in the executory contracts and unexpired federal leases, rights-of-way, and right-of-use-and-easements listed on Schedule II attached hereto.

(b)    (a) "Asset" means any individual asset, property, right, title or interest in any of the FWE III Surviving Entity Assets or the FWE IV Assets; "Assets" means, collectively, the FWE III Surviving Entity Assets and the FWE IV Assets.

(c)    "Bandon LP" has the meaning ascribed to such term in the recitals hereto.

(d)    "Bandon LP Assets" has the meaning ascribed to such term in Section 2(n) hereto.

9

(e) "Bandon LP Obligations" has the meaning ascribed to such term in Section 2(o) hereto.

(f) (b) "Bankruptcy Code" has the meaning ascribed to such term in the recitals hereto.

(g) (c) "Bankruptcy Court" has the meaning ascribed to such term in the recitals hereto.

(h) (d) "BOEM" has the meaning ascribed to such term in the definition of Environmental Liabilities.

(i) (e) "BSEE" has the meaning ascribed to such term in the definition of Environmental Liabilities.

(j) (f) "Case" has the meaning ascribed to such term in the recitals hereto.

(k) (g) "CERCLA" has the meaning ascribed to such term in the definition of Environmental Laws.

(l) (h) "Certificate of Formation" has the meaning ascribed to such term in Section 1 hereto.

(m) (i) "Certificate of Merger" has the meaning ascribed to such term in Section 1 hereto.

(n) (j) "Chapter 11 Cases" has the meaning ascribed to such term in the recitals hereto.

(o) (k) "Chevron PSAs" means, collectively, (i) that certain Asset Sale and Purchase Agreement, dated as of June 15, 2016, by and between CUSA and ~~Fieldwood Energy Offshore LLC, a Delaware limited liability company,~~FEO, (ii) that certain Purchase and Sale Agreement, dated as of September 1, 2003, by and between Northstar Gulfsands, LLC and Noble Energy, Inc., (iii) that certain Purchase and Sale Agreement, dated as of March 1, 2006, by and between Coldren Resources LP and Noble Energy, Inc., (iv) that certain Purchase and Sale Agreement, dated as of January 1, 2018, by and between Fieldwood Energy LLC and Noble Energy, Inc., (v) that certain Asset Sale and Purchase Agreement, dated as of January 1, 2015, by and among ~~Fieldwood Energy Offshore LLC~~FEO, CUSA and Union Oil Company of California, (vi) that certain Asset Sale and Purchase Agreement, dated as of January 1, 2015, by and among ~~Fieldwood Energy~~ SD Offshore ~~LLC~~, CUSA, Union Oil Company of California and Unocal Pipeline Company, (vii) that certain Asset Sale and Purchase Agreement, dated as of August 1, ~~1,~~2015, by and between ~~Fieldwood Energy Offshore LLC~~FEO and CUSA, (viii) that certain Purchase and Sale Agreement, dated as of October 1, 2003, by and among SPN Resources, LLC, Union~~Oil~~ Oil Company of California and Pure Resources, L.P., and (ix) any other agreements pursuant to which FWE or its affiliates acquired any interest in any FWE IV Oil and Gas Properties from CUSA or its affiliates.

(p)   (l) "Closing Accounts Receivable" has the meaning ascribed to such term in the Credit Bid Purchase Agreement.

(q)   "Condition Precedent End Date" means the date that is the first day of the calendar month following the calendar month during which the Effective Time occurs.

(r)   (m) "Confirmation Order" has the meaning ascribed to such term in the recitals hereto.

(s)   (n) "Contract" means any contract, subcontract, lease, sublease, mortgage, franchise, license, purchase order, sales order, indenture, settlement, note, bond, guarantee, loan, instrument, obligation, promise, grant, or other agreement, arrangement, understanding or commitment, whether or not in written form, that is binding upon a Person or its property.

(t)   (o) "Conveyed" means conveyed, transferred, assigned, or sold pursuant to the Chevron PSAs, regardless of whether such conveyance, transfer, assignment, or bill of sale was recorded in the appropriate records of, or approved or recognized by, the applicable Governmental Authority.

(u)   (p) "Credit Bid Purchase Agreement" means the Purchase and Sale Agreement, dated [  ]August 27, 2021, by and among FWE, certain affiliates of FWE and Credit Bid Purchaser.

(v)   (q) "Credit Bid Purchaser" has the meaning ascribed to such term in the recitals hereto.

(w)   (r) "Credit Bid Transaction" has the meaning ascribed to such term in the recitals hereto.

(x)   (s) "CUSA" means Chevron U.S.A. Inc., a Pennsylvania corporation.

(y)   (t) "Debtor" and "Debtors" has the meaning ascribed to such term in the recitals hereto.

(z)   "Dynamic Offshore" has the meaning ascribed to such term in the recitals hereto.

(aa)   "Dynamic Offshore Assets" has the meaning ascribed to such term in Section 2(r) hereto.

(bb)   "Dynamic Offshore Obligations" has the meaning ascribed to such term in Section 2(s) hereto.

(cc)   (u) "Effective Time" has the meaning ascribed to such term in Section 1 hereto.

(dd)   (v) "Environmental Laws" means, the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 et seq. ("CERCLA"); the Resource

Conservation and Recovery Act, 42 U.S.C. § 6901 et seq.; the Federal Water Pollution Control Act, 33 U.S.C. § 1251 et seq.; the Clean Air Act, 42 U.S.C. § 7401 et seq.; the Hazardous Materials Transportation Act, 49 U.S.C. § 5101 et seq.; the Toxic Substances Control Act, 15 U.S.C. §§ 2601 through 2629; the Oil Pollution Act, 33 U.S.C. § 2701 et seq.; the Emergency Planning and Community Right to Know Act, 42 U.S.C. § 11001 et seq.; the Endangered Species Act, 16 U.S.C. § 1531 et seq.; the Safe Drinking Water Act, 42 U.S.C. §§ 300f through 300j; the Marine Mammal Protection Act, 16 U.S.C. § 1361 et seq.; the Marine Protection, Research and Sanctuaries Act, 16 U.S.C. § 1431 et seq. and 33 U.S.C. § 1401 et seq.; the Outer Continental Shelf Lands Act, 43 U.S.C. § 1331 et seq., and the National Environmental Policy Act, 42 U.S.C. § 4321 et seq., in each case as amended in effect as of the Effective Time, and all similar Laws in effect as of the Effective Time of any Governmental Authority having jurisdiction over the property in question addressing pollution, protection of the environment, biological resources, Hazardous Substances, occupational safety, or P&A Obligations.

(ee)      (w) "Environmental Liabilities" means any and all damages, remediation, obligations, liabilities, environmental response costs, costs to cure, cost to investigate or monitor, restoration costs, costs of remediation or removal, settlements, penalties, fines, and attorneys' and consultants fees and expenses arising out of or related to any violations or non-compliance with any Environmental Laws, including any contribution obligation under CERCLA or any other Environmental Law or matters incurred or imposed pursuant to any claim or cause of action by a Governmental Authority or other Person, attributable to any environmental liabilities, any Release of Hazardous Substances, or any other environmental condition with respect to the ownership or operation of the Assets, including conditions of FWE IV Facilities not in compliance with Laws promulgated by the Bureau of Ocean Energy Management ("BOEM"), the Bureau of Safety and Environmental Enforcement ("BSEE"), or the United States Coast Guard.

(ff)      "FEO" has the meaning ascribed to such term in the recitals hereto.

(gg)      "FEO Assets" has the meaning ascribed to such term in Section 2(p) hereto.

(hh)      "FEO Obligations" has the meaning ascribed to such term in Section 2(q) hereto.

(ii)      (x) "First Merger" has the meaning ascribed to such term in the recitals hereto.

(jj)      (y) "FWE" has the meaning ascribed to such term in the recitals hereto.

(kk)      (z) "FWE I" has the meaning ascribed to such term in the recitals hereto.

(ll)      (aa) "FWE I Plan of Merger" has the meaning ascribed to such term in recitals hereto.

(mm)      (bb) "FWE III" has the meaning ascribed to such term in the recitals hereto.

WEIL:\98044785\13\45327.0007

(nn)    (cc) "FWE III Assets" has the meaning ascribed to such term in Section 2(j) hereto.

(oo)    "FWE IV Marketing Contracts" means the list of hydrocarbon marketing agreements set forth on Exhibit C that are (x) held by the Surviving Entities immediately prior to the Effective Time and (y) to be allocated in the Merger to FWE IV on Exhibit I-G hereto.

(pp)    (dd) "FWE III Obligations" has the meaning ascribed to such term in Section 2(k) hereto.

(qq)    (ee) "FWE IV" has the meaning ascribed to such term in the recitals hereto.

(rr)    (ff) "FWE IV Assets" has the meaning ascribed to such term in Section 2(h) hereto.

(ss)    (gg) "FWE IV Bonds" has the meaning ascribed to such term in clause (xvi) in Part A of Schedule I attached hereto.

(tt)    (hh) "FWE IV Cash Amount" has the meaning ascribed to such term in clause (xvii) of Part A of Schedule I hereto.

(uu)    (ii) "FWE IV Contracts" has the meaning ascribed to such term in clause (viii) in Part A of Schedule I attached hereto.

(vv)    (jj) "FWE IV Facilities" has the meaning ascribed to such term in clause (ii) in Part A of Schedule I attached hereto.

(ww)    (kk) "FWE IV Lands" has the meaning ascribed to such term in clause (i) in Part A of Schedule I attached hereto.

(xx)    (ll) "FWE IV Leases" has the meaning ascribed to such term in clause (i) in Part A of Schedule I attached hereto.

(yy)    (mm) "FWE IV Obligations" has the meaning ascribed to such term in Section 2(i) hereto.

(zz)    (nn) "FWE IV Oil and Gas Properties" has the meaning ascribed to such term in clause (ii) in Part A of Schedule I attached hereto.

(aaa)    (oo) "FWE IV Permits" has the meaning ascribed to such term in clause (v) in Part A of Schedule I attached hereto.

(bbb)    (pp) "FWE IV Rights of Way" has the meaning ascribed to such term in clause (iv) in Part A of Schedule I attached hereto.

(ccc)    (qq) "FWE IV Suspense Funds" has the meaning ascribed to such term in clause (xiv) in Part A of Schedule I attached hereto.

13

(ddd) (rr) "FWE IV Units" has the meaning ascribed to such term in clause (i) in Part A of Schedule I attached hereto.

(eee) (ss) "FWE IV Wells" has the meaning ascribed to such term in clause (ii) in Part A of Schedule I attached hereto.

(fff) (tt) "Governmental Authority" means any court, tribunal, arbitrator, body, agency, division, board, bureau, commission or any other similar entity exercising executive, legislative, judicial, regulatory, or administrative functions of government, or any subdivision of any of the foregoing, whether federal, state, county, municipal, tribal, local or foreign, in each case with competent jurisdiction.

(ggg) (uu) "Hazardous Substances" means any pollutant, contaminant, dangerous or toxic substance, hazardous or extremely hazardous substance or chemical, or otherwise hazardous material or waste defined as "hazardous waste", "hazardous substance" or "hazardous material" under applicable Environmental Laws, including chemicals, pollutants, contaminants, wastes, or toxic substances that are classified as hazardous, toxic, radioactive, or otherwise are regulated by, or form the basis for Environmental Liability under, any applicable Environmental Law, including hazardous substances under CERCLA.

(hhh) "Hydrocarbon Sales Contracts" has the meaning ascribed to such term in Section 13 hereto.

(iii) (vv) "Hydrocarbons" means oil and gas and other hydrocarbons produced or processed in association therewith (regardless of whether such item is in liquid or gaseous form), or any combination thereof, and any minerals (whether in liquid or gaseous form) produced in association therewith, including all crude oil, gas, casinghead gas, condensate, natural gas liquids, and other gaseous or liquid hydrocarbons (including ethane, propane, iso-butane, nor-butane, gasoline, and scrubber liquids) of any type and chemical composition.

(jjj) (ww) "Imbalance" means any over-production, under-production, over-delivery, under-delivery, or similar imbalance of Hydrocarbons produced from or allocated to the FWE III Surviving Entity Assets or the FWE IV Assets, as applicable, regardless of whether such over-production, under-production, over-delivery, under-delivery, or similar imbalance arises at the wellhead, pipeline, gathering system, transportation system, processing plant, or other location, including any imbalances under gas balancing or similar agreements, imbalances under processing agreements, and imbalances under gathering or transportation agreements.

(kkk) (xx) "JIB Advance AR" has the meaning ascribed to such term in clause (xiii) in Part A of Schedule I attached hereto.

(lll) (yy) "Laws" means all laws (including common law), statutes, rules, regulations, ordinances, orders, decrees, requirements, judgments, and codes of Governmental Authorities.

(mmm) (zz) "Merger" has the meaning ascribed to such term in the recitals hereto.

14

(nnn) (aaa) "Obligation" means any individual debt, liability or obligation, damages, losses, and claims (whether direct or indirect, absolute or contingent, accrued or unaccrued, liquidated or unliquidated, or due or to become due) and including all costs and expenses relating thereto in any of the ~~FWE III~~Surviving Entity Obligations or the FWE IV Obligations, as applicable; "Obligations" means, collectively, the ~~FWE III~~Surviving Entity Obligations and the FWE IV Obligations.

(ooo) (bbb) "P&A Obligations" means any and all obligations, liabilities, damages, losses, and claims arising out of or attributable to the payment or performance of all Plugging and Abandonment.

(ppp) (ccc) "Person" means any individual, corporation, partnership, limited liability company, association, joint stock company, trust, estate, joint venture, firm, association, unincorporated organization, Governmental Authority, or any other entity.

(qqq) (ddd) "Plan Effective Date" means the date on which the Plan of Reorganization becomes effective.

(rrr) (eee) "Plan of Merger" has the meaning ascribed to such term in the recitals hereto.

(sss) (fff) "Plan of Reorganization" has the meaning ascribed to such term in the recitals hereto.

(ttt) (ggg) "Plugging and Abandonment" and "Plugged and Abandoned" and its derivatives mean all plugging, replugging, abandonment, re-plugging and re-abandonment, equipment removal, disposal, or restoration associated with the properties and assets included in or burdened by the ~~FWE III~~Surviving Entity Assets or the FWE IV Assets, as applicable, including all plugging and abandonment, removal, dismantling, decommissioning, surface and subsurface restoration, site clearance, and disposal of the FWE IV Wells or the FWE IV Facilities, well cellars, fixtures, platforms, caissons, flowlines, pipelines, structures, and personal property of whatever kind located on or under, related to, or associated with operations and activities conducted by whomever with respect to each of the ~~FWE III~~Surviving Entity Assets and the FWE IV Assets, as applicable, the flushing, pickling, burial, removal, and capping of all associated flowlines, field transmission and gathering lines, pit closures, the restoration of the surface, site clearance, any disposal of related waste materials and Hazardous Substances and obligations to obtain plugging exceptions for any of the FWE IV Wells with a current plugging exception, all in accordance with 30 CFR 250 Subpart Q and all other applicable Laws, the terms and conditions of each of the FWE IV Leases or similar leasehold interests, beneficial interests, easements and the FWE IV Leases.

(uuu) (hhh) "Prepaid JIB Cash Amount" has the meaning ascribed to such term in clause (xiii) in Part A of Schedule I attached hereto.

(vvv) (iii) "Records" means all books, records, files, data, information, drawings, maps, corporate, financial, tax, and legal data and records to the extent (and only to the extent) related to the ~~FWE III~~Surviving Entity Assets, the ~~FWE III~~Surviving Entity Obligations, the FWE IV Assets, and/or the FWE IV Obligations, as applicable, including electronic copies of

15

all computer records where available, Contract files (including lease files), well logs, division order files, title opinions and other title information (including abstracts, evidences of rental payments, maps, surveys, and data sheets), hazard data and surveys, production records, SEMS Documentation and Procedures, engineering files, and environmental records.

(www) (jjj) "Release" means any discharge, emission, spilling, leaking, emptying, escaping, pumping, pouring, injecting, dumping, burying, leaching, migrating, abandoning, or disposing into or through the environment of any Hazardous Substance, including the abandonment or discarding of barrels, containers, and other closed receptacles containing any Hazardous Substance.

(xxx) (kkk) "Royalties" means all rentals, minimum royalties, shut in payments, royalties, overriding royalties, reversionary interests, net profits interests, production payments, carried interests, non-participating royalty interests, reversionary interests, and other royalty burdens and other interests payable out of production of Hydrocarbons from or allocated to the FWE IV Assets, or the proceeds thereof to third parties.

(yyy) "SD Offshore" has the meaning ascribed to such term in the recitals hereto.

(zzz) "SD Offshore Assets" has the meaning ascribed to such term in Section 2(l) hereto.

(aaaa) "SD Offshore Obligations" has the meaning ascribed to such term in Section 2(m) hereto.

(bbbb) (lll) "SEMS Documentation and Procedures" means all documents and procedures in place as of the Effective Date by FWE III to comply with BSEE's Safety and Environmental Management System (SEMS) 30 CFR 250 Subpart S with respect to the FWE III Assets and/or the FWE IV Assets.

(cccc) "Surviving Entities" has the meaning ascribed to such term in the recitals hereto.

(dddd) "Surviving Entity Assets" means collectively, the FWE III Assets, the SD Offshore Assets, the Bandon LP Assets, the FEO Assets and the Dynamic Offshore Assets.

(eeee) "Surviving Entity Obligations" means collectively, the FWE III Obligations, the SD Offshore Obligations, the Bandon LP Obligations, the FEO Obligations and the Dynamic Offshore Obligations.

(ffff) (mmm) "Suspense Funds" means any and all funds held in suspense by FWE III a Surviving Entity at the Effective Time, and any interest accrued in escrow accounts for such suspended funds.

(gggg) (nnn) "TBOC" has the meaning ascribed to such term in the recitals hereto.

16

7.    8.  Choice of Law.  This Plan of Merger shall be governed by, construed and interpreted in accordance with the Laws of the State of Texas, without giving effect to any choice or conflict of law provision or rule (whether of the State of Texas or any other jurisdiction) that would cause the application of the Laws of any jurisdiction other than the State of Texas and without regard to any borrowing statute that would result in the application of the statutes of limitations or repose of any other jurisdiction.  In furtherance of the foregoing, the Laws of the State of Texas will control even if under such jurisdiction's choice of law or conflict of law analysis, the substantive or procedural law of some other jurisdiction would ordinarily or necessarily apply.

8.    9.  FWE III Obligation to Pay Recording Expenses.  FWE III shall, and shall cause its debtor affiliates in the Chapter 11 Cases to, on the Plan Effective Date, provide for the payment of any and all documentary, filing, recording, stamp, and registration fees, costs, taxes, and expenses (including all reasonable and documented attorneys' fees and regulatory consultant fees) incurred or imposed after the Effective Time in connection with the filing of record by or on behalf of FWE IV of any instrument or instruments with the appropriate records office of any county, parish, state, federal, or other governmental unit (including BOEM) that may be required in connection with the implementation of the Merger or that either FWE IV determines in its respective sole discretion to be necessary or appropriate to reflect in the appropriate records of any governmental unit that as a result of the Merger (a) ownership of the FWE IV Assets have been allocated to and are vested in FWE IV, and (b) the liabilities and obligations to be allocated to and vested in, respectively, FWE III the Surviving Entities or FWE IV pursuant to the Merger have been allocated to and vested in, and constitute liabilities and obligations of, FWE III the Surviving Entities and FWE IV, respectively.

9.    10.  Interpretation.  The captions herein are included for convenience of reference only and shall be ignored in the construction or interpretation hereof.  As used herein, the words "include," "includes," and "including" shall be deemed to be followed by the words "without limitation" and will not be construed to limit any general statement that it follows to the specific or similar items or matters immediately following it.  Words such as "herein," "hereinafter," "hereof," and "hereunder" refer to this Plan of Merger as a whole and not merely to a subdivision in which such words appear unless the context otherwise requires.  All Exhibits and Schedules annexed hereto or referred to in this Plan of Merger are hereby incorporated in and made a part of this Plan of Merger as if set forth in full in this Plan of Merger, and definitions therein shall apply herein.  Any capitalized terms used in any Schedule or Exhibit but not otherwise defined therein will be defined as set forth in this Plan of Merger, and vice-versa.  A reference to any legislation or to any provision of any legislation shall include any modification or re-enactment thereof, any legislative provision substituted therefor, and all regulations and statutory instruments issued thereunder or pursuant thereto.

10.    11.  Rejected Contracts.  Any Contract rejected pursuant to Section 365 of the Bankruptcy Code in the Chapter 11 Cases shall be deemed to be excluded and removed from any Exhibit or Schedule attached hereto, and any such Contract shall not be allocated to any of FWE III the Surviving Entities or FWE IV, and any liabilities or obligations of such Contract shall be treated in accordance with the Plan of Reorganization and Confirmation Order or otherwise

satisfied, compromised, settled, released, or discharged pursuant to the Plan of Reorganization and Confirmation Order.

11.   ~~12.~~ Certain Amendments.  This Agreement may not be amended in a manner that is materially adverse to FWE IV except with the prior written of CUSA.  CUSA is an express third party beneficiary of this Plan of Merger.

12.   ~~13.~~ Electronic Signatures.  A manual signature on this Plan of Merger or other documents to be delivered pursuant to this Plan of Merger, an image of which shall have been transmitted electronically, will constitute an original signature for all purposes. The delivery of copies of this Plan of Merger or other documents to be delivered pursuant to this Plan of Merger, including executed signature pages where required, by electronic transmission will constitute effective delivery of this Plan of Merger or such other document for all purposes and shall have the same effect as if ~~FWE III~~each Surviving Entity had executed and delivered an original of this Plan of Merger or such other document.  Minor variations in the form of the signature page, including footers from earlier versions of this Plan of Merger or any such other document, shall be disregarded in determining ~~FWE III's~~any Surviving Entity's intent or the effectiveness of such signature.

13.   At or immediately following the Effective Date, FWE IV and FEO, on the one hand, and FWE III, on the other hand, shall enter into one or more hydrocarbon purchase agreements whereby FWE IV will sell hydrocarbons produced from its assets to FWE III and FEO on mutually agreeable terms during the period from the Effective Date until the Condition Precedent End Date (the "Hydrocarbon Sales Contract(s)").   Further, notwithstanding anything herein to the contrary, until such time as each FWE IV Marketing Contract is vested in FWE IV at the Condition Precedent End Date, (a) each of FWE III and FEO hereby covenants and agrees to perform such FWE IV Marketing Contract in all material respects for the benefit of FWE IV and in accordance with its terms (taking into account any services received pursuant to the Contract Operating Agreement to be entered into between QuarterNorth Energy LLC and FWE III) and (b)  FWE III and FEO, on the one hand, and FWE IV, on the other hand, shall each be allocated and shall pay, pay over or reimburse to the other all costs, expenses, liabilities and benefits arising in connection with such FWE IV Marketing Contract (taking into account any payments made or services received pursuant to (i) the hydrocarbon purchase agreements described above, (ii) the Contract Operating Agreement to be entered into between QuarterNorth Energy LLC and FWE III and (iii) the Contract Operating Agreement to be entered into between FWE IV and QuarterNorth Energy LLC) such that FWE IV, on the one hand, and FWE III and FEO, on the other, each bear such costs, expenses and liabilities and receive such benefits as such parties would have borne and received had such FWE IV Marketing Contract been vested with FWE IV at the Effective Time (without limiting the foregoing, if FWE III is required to post any form of credit assurance with respect to FWE IV volumes attributable to the FWE IV Marketing Contracts, FWE IV will provide such credit assurance as required by such FWE IV Marketing Contracts and/or applicable law).   For the avoidance of doubt, (y) FWE III shall have no obligation to pay or reimburse any costs, expenses, or liabilities related to any FWE IV Marketing Contract from any funds other than the funds FWE III and FEO receive pursuant to such FWE IV Marketing Contract; and (z) FWE IV shall reimburse FWE III upon demand for

any and all costs, expenses, or liabilities incurred by FWE III related to the defense of any claims asserted against FWE III related to the FWE IV Marketing Contracts.

* * * * * *

19

IN WITNESS WHEREOF, the undersigned has duly executed this Plan of Merger as of the date first written above.

**FIELDWOOD ENERGY III LLC**,
a Texas limited liability company

By: _____
Name:
Title:

**FIELDWOOD SD OFFSHORE LLC**,
a Texas limited liability company

By: _____
Name:
Title:

**BANDON OIL AND GAS, LP**,
a Texas limited partnership

By: Bandon Oil and Gas GP, LLC, its general partner

By: _____
Name:
Title:

**FIELDWOOD ENERGY OFFSHORE LLC**,
a Texas limited liability company

By: _____
Name:
Title:

Signature Page to Agreement and Plan of Merger

**DYNAMIC OFFSHORE RESOURCES NS, LLC**, a Texas limited liability company

By: _____
Name:
Title:

Signature Page to Agreement and Plan of Merger
WEIL:\98044785\13\45327.0007

**Schedule I**

**FWE IV Assets and FWE IV Obligations[1]**

Part A:

"FWE IV Assets" means all of ~~FWE III's~~each Surviving Entity's right, title, and interest in, to, or under the following, as of following the closing of the Credit Bid Transaction and immediately prior to the Effective Time:

      (i)     all ownership or other interests of ~~FWE III~~the Surviving Entities of any kind or nature in the oil, gas, other Hydrocarbon and mineral leases, subleases, operating rights, record title interests, carried interests, royalties, overriding royalty interests, net profits interests, production payments, reversionary interests and other rights or interests of any kind or character in or to Hydrocarbons in place described on Exhibit I-A(i) and Exhibit I-A(ii) attached hereto (including following their termination or expiration), but, in the case of Exhibit I-A(i), only to the extent such ownership interests were Conveyed to FWE or its affiliates pursuant to the Chevron PSAs, and mineral interests or servitudes of every nature, in, on, under, and that may be produced from or attributable to any of the lands covered by such leases, subleases, interests and rights, whether legal or equitable, vested or contingent, and regardless of whether the same are expired or terminated (provided that, with respect to any US OCS oil and gas leases or other assets that are expired or terminated as of the Effective Time, it is acknowledged that (i) such oil and gas leases may not be assignable to the extent they no longer exist, but are being allocated hereby) and (ii) the intent of this definition is to include all interests, rights and obligations held by ~~FWE~~the Surviving Entities (including for purposes of the definition of FWE IV Obligations) with respect to such oil and gas leases as of the Effective Time, if any, but, in the case relating to the interests listed on Exhibit I-A(i), only to the extent such ownership or other interests were Conveyed to FWE or its affiliates pursuant to the Chevron PSAs) (collectively, the "FWE IV Leases"), together with all pooled, communitized, or unitized acreage that includes all or part of any of the FWE IV Leases (the "FWE IV Units"), and all tenements, hereditaments, and appurtenances belonging to the FWE IV Leases and the FWE IV Units (collectively with the FWE IV Leases and FWE IV Units, the "FWE IV Lands"); for the avoidance of doubt, with respect to the FWE IV Leases described on Exhibit I-A(i), the FWE IV Lands comprising a part of the FWE IV Assets shall only include the ownership interests therein Conveyed to FWE or its affiliates pursuant to the Chevron PSAs, and the descriptions in Exhibit I-A(i) shall only reference such ownership interests;

      (ii)     all ownership interests of ~~FWE III~~the Surviving Entities in the Hydrocarbon, water, CO2, injection, disposal wells or other wells described on Exhibit I-B(i) and Exhibit I-B(ii) attached hereto, but, in the case of Exhibit I-B(i), only to the extent such ownership interests were Conveyed to FWE or its affiliates pursuant to the Chevron PSAs (the "FWE IV Wells" and, together with the FWE IV Leases and the FWE IV Units, the "FWE IV Oil and Gas Properties"); for the avoidance of doubt, (x) in the case of Exhibit I-B(i), the FWE IV Wells

---

[1] ~~Note to Draft: Certain interests to be allocated to FWE IV are held by subsidiaries of Fieldwood Energy LLC. TBD how such interests will be moved to Fieldwood Energy LLC prior to this merger (or otherwise will ultimately be transferred to FWE IV).~~

comprising a part of the FWE IV Assets shall only include the ownership interests therein Conveyed to FWE or its affiliates pursuant to the Chevron PSAs, and the descriptions in Exhibit I-B(i) shall only reference such ownership interests and (y) rights conveyed to FWE IV pursuant to clause (i) and this clause (ii) include all rights of ~~FWE III~~the Surviving Entities to operate or as to operatorship of the FWE IV Oil and Gas Properties to the extent such rights were Conveyed to FWE or its affiliates pursuant to the Chevron PSAs or otherwise derived from rights and interests Conveyed to FWE or its affiliates pursuant thereto;

(iii)    all platforms identified on Exhibit I-C(i) attached hereto and all facilities identified on Exhibit I-C(ii) attached hereto, including all associated processing systems, buildings, compressors, meters, tanks, machinery, tools, personal property, equipment (including spars, trees, PLETs, jumpers, flowlines, risers, umbilicals, control assemblies, and production handling equipment), pipelines, gathering lines, water lines, tank batteries, pipeline capacity, other water gathering, transportation, or disposal infrastructure and equipment, frac tanks, ponds, metering facilities, interconnections, and other inventory, boats, vehicles, fixtures, improvements, and other property (whether real, immovable, personal, movable, mixed or otherwise), which were acquired by FWE or its affiliates pursuant to the Chevron PSAs, but in such event only as to the interests (A) so acquired by FWE or its affiliates under and pursuant to such Chevron PSAs or (B) relating to the interests described on Exhibit I-A(ii) and Exhibit I-B(ii) (the "FWE IV Facilities");

(iv)    all surface fee interests, easements, right-of-use easements, licenses, servitudes, rights-of-way, surface leases, authorizations, permits,  and other rights to use the surface or seabed described on Exhibit I-D(i) attached hereto and Exhibit I-D(ii) attached hereto, but only to the extent such were acquired by FWE or its affiliates pursuant to the Chevron PSAs, and only as to the interests (A) so acquired by FWE or its affiliates under and pursuant to such Chevron PSAs or (B) relating to the interests described on Exhibit I-A(ii) and Exhibit I-B(ii) (the "FWE IV Rights of Way");

(v)    all environmental and other governmental (whether federal, state, or local) permits (including all plans filed with or approved by applicable Governmental Authorities), licenses, orders, authorizations, franchises, and related instruments or rights described on Exhibit I-E attached hereto (the "FWE IV Permits");

(vi)    all Hydrocarbons in, on, under, or that may be produced from or attributable to the FWE IV Leases, the FWE IV Units, or the FWE IV Wells, including all oil, condensate, and scrubber liquids inventories and ethane, propane, iso-butane, nor-butane, and gasoline inventories of ~~FWE III~~the Surviving Entities from the FWE IV Oil and Gas Properties in storage or constituting linefill and Imbalances;

(vii)    the FCC licenses associated with the call signs listed on Exhibit I-F attached hereto;

(viii)    all (A) joint operating agreements or unit operating agreements and (B) all other Contracts listed on Exhibit I-G, in each case, to the extent relating to the ownership or operation of any or all of the FWE IV Oil and Gas Properties (the "FWE IV Contracts");

2

(ix)    originals of the Records that relate exclusively to any one or more of the FWE IV Assets or the FWE IV Obligations, or both, and copies of the Records that constitute FWE I Assets (as defined in the FWE I Plan of Merger) or ~~FWE III~~Surviving Entity Assets and also relate to either or both of the FWE IV Assets or the FWE IV Obligations;

(x)    inventory, equipment, machinery, tools, and other personal property, to the extent located on the FWE IV Facilities or, if located elsewhere, used or held for use exclusively in connection with the FWE IV Oil and Gas Properties, or the FWE IV Facilities, or charged to the joint account pursuant to the applicable FWE IV Contracts;

(xi)    ~~FWE III-owned~~Surviving Entity-owned SCADA equipment and all automation systems, including meters and related telemetry, licensed radio frequencies, and associated communications infrastructure including towers, antennas, data links, and network circuits used or held for use exclusively in connection with the FWE IV Oil and Gas Properties or the FWE IV Facilities, or for the production of Hydrocarbons therefrom;

(xii)    all deposits with third parties, escrow accounts, guarantees, letters of credit, treasury securities, insurance policies, Oil Spill Financial Responsibility coverage (whether consisting of one or more insurance policies) and other forms of credit assurances or credit support provided by a third party for financial assurance for the obligations and liabilities arising out of or related to the FWE IV Assets, including the P&A Obligations arising out of or related to the FWE IV Assets, in each case only to the extent described on <u>Exhibit I-H</u>;

(xiii)    all (i) accounts receivable attributable to the FWE IV Oil and Gas Properties as of the Effective Time, if any, other than the Closing Accounts Receivable (ii) rights to insurance proceeds or other claims of recovery, indemnity, contribution, or reimbursement for any casualty occurring on or at any FWE IV Asset, whether occurring prior to, on or after the Effective Time, (iii) instruments and general intangibles (as such terms are defined in the Uniform Commercial Code of the applicable jurisdictions in which the FWE IV Oil and Gas Properties to which such assets relate are located) and other economic benefits in each case attributable to the FWE IV Oil and Gas Properties (excluding only the Closing Accounts Receivable); *provided*, that, for the avoidance of doubt, nothing in the preceding clauses (i) or (ii) shall be interpreted to limit the scope of "Closing Accounts Receivable" as that term is defined in the Credit Bid Purchase Agreement, (iv) claims of indemnity, contribution, or reimbursement relating to the FWE IV Obligations, (v) Imbalances receivables of ~~FWE III~~<u>the Surviving Entities</u> attributable to the FWE IV Oil and Gas Properties, (vi) cash in the amount of advance payments on account of third party working interest owners in the FWE IV Oil and Gas Properties ("<u>Prepaid JIB Cash Amount</u>"), to the extent such Prepaid JIB Cash Amount is associated with FWE IV Obligations, and (vii) rights to receive and collect cash and advance payments pursuant to cash calls associated with the FWE IV Oil and Gas Properties ("<u>JIB Advance AR</u>"), to the extent such JIB Advance AR is associated with FWE IV Obligations;

(xiv)    all Suspense Funds to the extent attributable to any of the FWE IV Oil and Gas Properties (collectively, "<u>FWE IV Suspense Funds</u>");

3

(xv)   unless rejected by the Debtors in the Chapter 11 Cases, the Chevron PSAs and the other transaction documents entered into in connection with the consummation of the transactions contemplated thereby, in each case to the extent related to the FWE IV Assets;

(xvi)   all rights to all area-wide operator bonds described on <u>Exhibit I-I</u> attached hereto (the "<u>FWE IV Bonds</u>");

(xvii) cash in an amount (the "<u>FWE IV Cash Amount</u>") equal to $19,469,669.00 19,534,669.00; and

(xviii) all rights of FWE III under Section 6 of the FWE I Plan of Merger to the extent related to the FWE IV Assets.

Notwithstanding anything set forth in this Plan of Merger (or the Schedules or Exhibits attached hereto), no marketing-related contract designated in the column titled "Contract Category" on the Schedule of Assumed Contracts (as defined in the Plan of Reorganization) (e.g., Marketing – Crude Sales, Marketing – Gas Sales, Marketing – Processing) will be allocated to FWE IV upon the occurrence of the Effective Time and such contracts shall instead be retained by Surviving Entity which held such rights or obligations as of immediately prior to the Effective Time; provided, that upon the occurrence of the date that is the first day of the month following the day that is thirty (30) days after receipt to any third-party approvals (including any required FERC-required approvals or waivers) and completion of appropriate documentation for assignment of such contracts as determined necessary by FWE IV, the Surviving Entity retaining such contracts at the Effective Time shall promptly assign such contracts to FWE IV.

Part B:

"FWE IV Obligations" means (A) all of the obligations and liabilities (contractual or otherwise) of FWE III the Surviving Entities as of immediately prior to the Effective Time (which shall include such obligations and liabilities of FWE as of immediately prior to the effective time of the First Merger which were vested in and became Obligations of FWE III as of the effective time of the First Merger), without duplication, of any kind, character, or description (whether known or unknown, accrued, absolute, contingent, or otherwise, including claims thereunder) relating to, arising out of, or with respect to any of the FWE IV Assets, including obligations and liabilities of FWE immediately before the First Merger, and of FWE III the Surviving Entities as of the Effective Time:  (i) relating to the furnishing of makeup gas according to the terms of applicable gas sales, gathering, or transportation FWE IV Contracts and all liabilities and obligations with respect to Imbalances arising out of, related to, or attributable to FWE IV's ownership interests in any of the FWE IV Oil and Gas Properties; (ii) with respect to Royalties arising out of, related to, or attributable to any of the FWE IV Oil and Gas Properties, FWE IV Suspense Funds, and Prepaid JIB Cash Amounts, including any reporting and/or mis-reporting, and payment and/or mis-payment of such Royalties, FWE IV Suspense Funds, or Prepaid JIB Cash Amounts; (iii) constituting or related to Environmental Liabilities arising out of, related to, or attributable to any of the FWE IV Assets; (iv) applicable to or imposed on the lessee, owner, operator, holder, responsible party, payor or designated applicant under or with respect to any of the FWE IV Assets; (v) constituting or relating to any and all P&A Obligations related to FWE

4

IV's ownership interests in, or operation of, any of the FWE IV Assets; (vi) relating to the FWE IV Suspense Funds; (vii) relating to the Chevron PSAs (unless rejected by the Debtors in the Chapter 11 Cases) or any of the other agreements entered into in connection with the consummation of the transactions contemplated thereby, in each case to the extent related to the FWE IV Assets; and (viii) expenses incurred by FWE or ~~FWE III~~any Surviving Entity for Plugging and Abandonment costs and expenses on the FWE IV Assets between the filing on August 3, 2020, of the Chapter 11 Cases and the Effective Time to the extent not paid as of the Effective Time; ~~and~~ (B) the obligations of FWE IV as a "Responsible Party" under that certain U.S. Department of the Interior Settlement Agreement, dated on or about the date hereof, by and among Fieldwood and its debtor affiliates and the United States Department of the Interior by and through the Bureau of Safety and Environmental Enforcement and (C) the Obligations of FWE IV under Section 3(b)(i) of ~~the~~this Plan of Merger and the Obligations of FWE III under Section ~~6~~7 of the FWE I Plan of Merger to the extent related to the FWE IV Assets; provided, however, that, subject to the foregoing clause (B), the FWE IV Obligations do not include any claims, liabilities, or obligations satisfied, compromised, settled, released, or discharged pursuant to the Plan of Reorganization and Confirmation Order, and, for the avoidance of doubt, no other claims, obligations or liabilities of any kind.

**Schedule of Exhibits**

| | |
|---|---|
| Exhibit A: | Certificate of Merger |
| Exhibit B-A: | Certificate of Formation – FWE IV |
| Exhibit B-B | FWE IV LLC Agreement |
| Exhibit C: | FWE IV Marketing Contracts |
| Exhibit I-A(i): | FWE IV Leases |
| Exhibit I-A(ii): | Certain Other FWE IV Leases |
| Exhibit I-B(i): | FWE IV Wells |
| Exhibit I-B(ii): | Certain Other FWE IV Wells |
| Exhibit I-C(i): | FWE IV Platforms |
| Exhibit I-C(ii): | FWE IV Facilities |
| Exhibit I-D(i): | FWE IV Rights of Way |
| Exhibit I-D(ii): | FWE IV RUEs |
| Exhibit I-E: | FWE IV Permits |
| Exhibit I-F: | FWE IV FCC Licenses |
| Exhibit I-G | FWE IV Contracts |
| Exhibit I-H | FWE IV Financial Assurances |
| Exhibit I-I: | FWE IV Bonds |

[End of Schedule of Exhibits]

## Exhibit C

## FWE IV Marketing Contracts

| Contract Date | Contract Category | Contract Title | Contract Description | Known Contract Counterparties | Debtor Entities | Associated Leases | Related Lease Parties |
|---|---|---|---|---|---|---|---|
| 8/22/1974 | Marketing - Processing | Oil Connection Agreement | Oil Connection Agreement and Tenneco Oil Company, dated effective August 22, 1974, between Pure Transportation Company and Tenneco Oil Company, SS 168/169. | Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | SS 169 Lease 00820 | - |
| 4/19/1985 | Marketing - Processing | Condensate and Condensate Flash Vapors Measurement and Allocation Agreement | Condensate and Condensate Flash Vapors Measurement and Allocation Agreement, dated April 19, 1985, by and between Shell Oil Company, ANR Production Company, Unocal Oil Company of California, Tenneco Oil Company, Superior Oil Company, ARCO Oil and Gas Company, Mesa Petroleum Co., Corpus Christi Oil & Gas Company, ELP Aquitaine, Inc., TXP Operating Company and Cities Service Oil and Gas Corporation, as Producers, and Transcontinental Gas Pipe Line Corporation, as Operator, as amended. | Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | BA A-105 Lease G01757 | - |
| 4/27/2012 | Other Handling / | Other Handling / Stabilization | Production Handling Agreement dated August 1, | SPN Resources, LLC and Moreno | Fieldwood | SS 252 Lease | BADGER OIL CORPORATION, |

| | Stabilization Agreements | Agreements | 2009 between SPN Resources, LLC and Moreno Offshore Resources, L.L.C., Platform Owners, and Helis Oil & Gas Company, L.L.C., et al, Producers: as amended by agreement on April 27, 2012. | Offshore Resources, L.L.C., Platform Owners, and Helis Oil & Gas Company, L.L.C., et al, Producers | Energy SP LLC | G01529 | CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC |
|---|---|---|---|---|---|---|---|
| 8/12/2019 | Marketing - Lease of Platform Space | Marketing - Lease of Platform Space | TAM102-LOPS-1 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | BA A105 Lease G01757 | ERA HELICOPTERS INC., TAMPNET INC |
| 8/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-15 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | SS 207 Lease G01523, SS 216 Lease G01524 | SS 207 Lease G01523, SS 216 Lease G01524 | - |
| 8/12/2019 | Marketing - Lease of Platform Space | Marketing - Lease of Platform Space | TAM102-LOPS-22 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | VR 315 Lease G04215 | ANKOR E&P HOLDINGS CORPORATION, CANNAT ENERGY INC. |
| 3/1/2000 | Marketing - Gathering | Marketing - Gathering | Gas gathering agreement between Chevron U.S.A. production Company and Samedan Oil Company as Producer and Shell Offshore Inc. and Amoco Production Company as Processor (considered PHA) for VK 251 | Chevron U.S.A. production Company and Samedan Oil Company as Producer and Shell Offshore Inc. and Amoco Production Company as | - | VK 251 Lease G10930 | Williams Field Services |

| | | | | Processor | | | |
|---|---|---|---|---|---|---|---|
| 6/14/2000 | Marketing - Lease of Platform Space | Marketing - Lease of Platform Space | WIL174 OP&MN FEE-VK251A by and between Fieldwood and WILLIAMS FIELD SERVICES and WILLIAMS FIELD SERVICES | Fieldwood and WILLIAMS FIELD SERVICES and WILLIAMS FIELD SERVICES | Fieldwood Energy LLC | VK 251 Lease G10930 | Williams Field Services |
| 6/14/2000 | Marketing - Gathering | Marketing - Gathering | Gas Gathering Agreement by and between Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC | VK 251 Lease G10930 | Williams Field Services |
| 6/14/2000 | Marketing - Gathering | Marketing - Gathering | Gas Gathering Agreement by and between Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC | VK 251 Lease G10930 | Williams Field Services |
| 7/1/2001 | Marketing - Gathering | Marketing - Gathering | Measurement and Allocation of Condensate by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G02665, BA 491 Lease G06069 | ERA HELICOPTERS INC., TAMPNET INC |
| 2/10/2014 | Marketing - Transportation | Marketing - Transportation | Injected and Retrograde Condensate Transportation and Btu Reduction Make-up Agreement by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G02665, BA 491 Lease G06069 | ERA HELICOPTERS INC., TAMPNET INC |

| | | | Company LLC | | | | |
|---|---|---|---|---|---|---|---|
| 9/27/1993 effective 11/1/1993 | Marketing - Transportatio n | Marketing - Transportation | Liquid Transpotation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G02665, BA 491 Lease G06069, GA 210 Lease G25524, HI 179 Lease G03236, HI 206 Lease G20660, WC 110 Lease 81, SS 354 Lease G15312, VR 78 Lease G04421 | ERA HELICOPTERS INC., TAMPNET INC |
| 11/1/2007 | Marketing - Transportatio n | Marketing - Transportation | Liquid Transpotation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G02665, BA 491 Lease G06069, GA 210 Lease G25524, HI 179 Lease G03236, HI 206 Lease G20660, WC 110 Lease 81, VR 78 Lease G04421 | ERA HELICOPTERS INC., TAMPNET INC |
| 1/22/2013 | Marketing - Transportatio n | Marketing - Transportation | Liquid Transpotation by and between Fieldwood Energy LLC and Transcontinental Gas | Fieldwood Energy LLC and Transcontinental | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease | ERA HELICOPTERS INC., TAMPNET |

| | n | | Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) | Gas Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas | | G02665, BA 491 Lease G06069, GA 210 Lease G25524, HI 179 Lease G03236, HI 206 Lease G20660, WC 110 Lease 81, VR 78 Lease G04421 | INC |
|---|---|---|---|---|---|---|---|
| 2/1/2004 | Marketing - Processing | Marketing - Processing | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | BA A105 Lease G01757 | ERA HELICOPTERS INC., TAMPNET INC |
| 9/1/2004 | Marketing - Processing | Marketing - Processing | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | BA A105 Lease G01757 | ERA HELICOPTERS INC., TAMPNET INC |
| 8/1/2004 | Marketing - Processing | Marketing - Processing | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | BA A133 Lease G02665 | W & T ENERGY VI LLC |
| 1/1/1994 | Marketing - Connection Agreement | Marketing - Connection Agreement | Tie in Agreement between ForceEnergy Gas Exploration, Inc. and Shell Oil Company | ForceEnergy Gas Exploration, Inc. and Shell Oil | - | SM132 Lease G02282, SM 149 Lease | - |

| | | | | Company | | G02592 | |
|---|---|---|---|---|---|---|---|
| 12/1/2012 | Marketing - Construction, Operations, Management, Ownership Agreements | Marketing - Construction, Operations, Management, Ownership Agreements | Owners constructed and own the Lateral Line which is used to connect Gas supplies in the High Island Area to s trunk pipelinesystem owned hy High Island Offshore System. Theis Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy Offshore LLC and and | Sandridge Offshore, LLC, Enterprise GTM Offshore Operating Company, LLC | Fieldwood Energy Offshore LLC | EB 160 Lease G02647, EB 165 Lease G06280 | WALTER OIL & GAS CORPORATION |
| 2/23/2017 | Marketing - Pipeline Transport | Marketing - Pipeline Transport | Stingray Precedent Agreement by and between Stingray Pipeline Company L.L.C. and Fieldwood Energy LLC | Stingray Pipeline Company L.L.C. and Fieldwood Energy LLC | Fieldwood Energy LLC | n.a., n.a., n.a., n.a. | - |
| 6/1/2009 | Ownership & Partnership Agreements | Owners Agreement | Owners Agreement between the owners of the High Island Pipeline System

Covers ROW G05150: HIPS Segments II-IV (SN 6597) and II-V (SN 6923).

ROW is currently in Panther Operating's name, but will be assigned to Fieldwood IV as owner of the ROW under the agreement. | Chevron Pipe Line Company, owners of the High Island Pipeline System | Fieldwood Energy Offshore LLC | EB 158 / EB 159 / EB 160 / EB 161 | - |
| 6/1/2015 | Marketing - Construction, Operations, Management, Ownership | Operating and Management Agreement Panther Operating | Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and | The Owners of the High Island Pipeline System (Collectively the | Fieldwood Energy Offshore LLC | EB 158 / EB 159 / EB 160 / EB 161 | - |

| | Agreements | Company (Third Coast) | administrative functions for the System by and between Fieldwood Energy LLC and Panther Operating Company, LLC (Third Coast Midstream) and Panther Operating Company, LLC (Third Coast Midstream)<br><br>Covers ROW G05150: HIPS Segments II-IV (SN 6597) and II-V (SN 6923).<br><br>ROW is currently in Panther Operating's name, but will be assigned to Fieldwood IV as owner of the ROW under the agreement. | "HIPS Owners") | | | |
|---|---|---|---|---|---|---|---|

**Exhibit I-A(i)**

**FWE IV Leases**

| Field | Block | Lease | Type | Rights | Date Le Eff | Date Le Exp | Le Cur Acres (Ac) | Operator | WI | Lease Status |
|-------|-------|-------|------|--------|-------------|-------------|-------------------|----------|-----|--------------|
| BRAZOS A-102/A-105 | BA A-102 | G01754 | Federal | RT | 6/1/1968 | 6/14/2020 | 5,760 | Fieldwood En | 100.0% | TERMIN |
| BRAZOS A-102/A-105 | BA A-105 | G01757 | Federal | RT A | 7/1/1968 | N/A | 4,320 | Fieldwood En | 56.3% | PROD |
| BRAZOS A-102/A-105 | BA A-105 | G01757 | Federal | RT B | 7/1/1968 | N/A | 1,440 | Fieldwood En | 100.0% | PROD |
| BRAZOS A-102/A-105 | BA A-105 | G01757 | Federal | OP 1 | 7/1/1968 | N/A | 4,320 | Fieldwood En | 56.3% | PROD |
| BRAZOS A-133 | BA A-133 | G02665 | Federal | RT | 7/1/1974 | N/A | 5,760 | GOM Shelf | 25.0% | PROD |
| EAST BREAKS 158/159/160/161 | EB 158 | G02645 | Federal | RT | 7/1/1974 | N/A | 5,760 | Fieldwood SD Off | 66.7% | PROD |
| EAST BREAKS 158/159/160/161 | EB 158 | G02645 | Federal | OP 1 | 7/1/1974 | N/A | 5,760 | Fieldwood SD Off | 66.7% | PROD |
| EAST BREAKS 158/159/160/161 | EB 159 | G02646 | Federal | RT | 7/1/1974 | N/A | 5,760 | Fieldwood SD Off | 66.7% | PROD |
| EAST BREAKS 158/159/160/161 | EB 159 | G02646 | Federal | OP 1 | 7/1/1974 | N/A | 5,760 | Fieldwood SD Off | 66.7% | PROD |
| EAST CAMERON 331/332 | EC 331 | G08658 | Federal | OP 1 | 8/1/1987 | 11/20/2020 | 5,000 | Fieldwood En Off | 52.8% | TERMIN |
| EAST CAMERON 331/332 | EC 331 | G08658 | Federal | OP 2 | 8/1/1987 | 11/20/2020 | 5,000 | Fieldwood En Off | 52.8% | TERMIN |
| EAST CAMERON 331/332 | EC 332 | G09478 | Federal | RT | 5/1/1988 | 11/20/2020 | 5,000 | Fieldwood En Off | 88.0% | TERMIN |
| EAST CAMERON 331/332 | EC 332 | G09478 | Federal | OP 1 | 5/1/1988 | 11/20/2020 | 5,000 | Fieldwood En Off | 88.0% | TERMIN |
| EUGENE IS. 342/343 | EI 342 | G02319 | Federal | RT A | 2/1/1973 | 10/28/2020 | 2,500 | Fieldwood En | 50.0% | TERMIN |
| HIGH IS. A-550 | HI A-550 | G04081 | Federal | RT | 10/1/1979 | N/A | 5,760 | Fieldwood En Off | 100.0% | PROD |
| HIGH IS. A-550 | HI A-550 | G04081 | Federal | OP 1 | 10/1/1979 | N/A | 720 | Fieldwood En Off | 100.0% | PROD |
| HIGH IS. A-550 | HI A-550 | G04081 | Federal | OP 2 | 10/1/1979 | N/A | 5,040 | Fieldwood En Off | 100.0% | PROD |
| MAIN PASS 77 | MP 77 | G04481 | Federal | RT | 11/1/1980 | 10/26/2020 | 4,655 | Fieldwood En Off | 55.6% | RELINQ |
| SOUTH MARSH IS. | SM 132 | G02282 | Federal | RT | 2/1/1973 | 4/1/2016 | 5,000 | Fieldwood En | 50.0% | TERMIN |

| Field | Block | Lease | Type | Rights | Date Le Eff | Date Le Exp | Le Cur Acres (Ac) | Operator | WI | Lease Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 132 | | | | | | | | | | |
| SOUTH MARSH IS. 136/137/149/150 | SM 136 | G02588 | Federal | RT | 5/1/1974 | 8/4/2019 | 2,500 | Fieldwood En | 50.0% | TERMIN |
| SOUTH MARSH IS. 136/137/149/150 | SM 137 | G02589 | Federal | RT | 5/1/1974 | 6/30/2015 | 5,000 | Fieldwood En | 50.0% | TERMIN |
| SOUTH MARSH IS. 136/137/149/150 | SM 150 | G16325 | Federal | RT | 6/1/1996 | 5/22/2018 | 3,329 | Fieldwood En | 50.0% | RELINQ |
| SOUTH MARSH IS. 66 | SM 66 | G01198 | Federal | RT | 6/1/1962 | 9/25/2019 | 5,000 | Fieldwood En | 50.0% | TERMIN |
| SHIP SHOAL 169/182/193/194 | SS 169 | 00820 | Federal | RT | 4/1/1960 | N/A | 5,000 | Fieldwood En | 33.3% | PROD |
| SHIP SHOAL 190/206/216 | SS 206 | G01522 | Federal | RT | 7/1/1967 | 3/22/2021 | 5,000 | Fieldwood En | 40.0% | TERMIN |
| SHIP SHOAL 190/206/216 | SS 207 | G01523 | Federal | RT | 7/1/1967 | 3/22/2021 | 5,000 | Fieldwood En | 26.3% | TERMIN |
| SHIP SHOAL 252/253 | SS 252 | G01529 | Federal | RT | 7/1/1967 | 4/23/2021 | 5,000 | Fieldwood En Off | 50.0% | TERMIN |
| SHIP SHOAL 252/253 | SS 253 | G01031 | Federal | RT | 7/1/1967 | 4/23/2021 | 5,000 | Fieldwood En Off | 50.0% | TERMIN |
| SOUTH TIMBALIER 169 | ST 169 | G01253 | Federal | RT | 6/1/1962 | 1/8/2010 | 4,708 | Beryl O&G | 100.0% | TERMIN |
| SOUTH TIMBALIER 195 | ST 195 | G03593 | Federal | RT | 8/1/1977 | 2/5/2019 | 5,000 | Fieldwood En Off | 100.0% | TERMIN |
| VIOSCA KNOLL 113 | VK 113 | G16535 | Federal | RT | 6/1/1996 | 2/23/2020 | 5,760 | Fieldwood En Off | 100.0% | TERMIN |
| VIOSCA KNOLL 251/340/384 | VK 251 | G10930 | Federal | RT | 7/1/1989 | N/A | 5,760 | Fieldwood En Off | 100.0% | UNIT |
| VIOSCA KNOLL 251/340/384 | VK 251 | G10930 | Federal | OP 1 | 7/1/1989 | N/A | 5,760 | Fieldwood En Off | 100.0% | UNIT |
| VIOSCA KNOLL 251/340/384 | VK 251 | G10930 | Federal | OP 2 | 7/1/1989 | N/A | 5,760 | Fieldwood En Off | 55.0% | UNIT |
| VIOSCA KNOLL 251/340/384 | VK 340 | G10933 | Federal | RT | 7/1/1989 | N/A | 5,760 | Fieldwood En Off | 100.0% | UNIT |
| VIOSCA KNOLL 251/340/384 | VK 340 | G10933 | Federal | OP 1 | 7/1/1989 | N/A | 5,760 | Fieldwood En Off | 100.0% | UNIT |

| Field | Block | Lease | Type | Rights | Date Le Eff | Date Le Exp | Le Cur Acres (Ac) | Operator | WI | Lease Status |
|-------|-------|-------|------|--------|-------------|-------------|-------------------|----------|-----|--------------|
| VIOSCA KNOLL 251/340/384 | VK 340 | G10933 | Federal | OP 2 | 7/1/1989 | N/A | 5,760 | Fieldwood En Off | 55.0% | UNIT |
| VERMILION 196 | VR 196 | G19760 | Federal | OP 1 | 8/1/1998 | 11/30/2020 | 5,000 | Fieldwood En Off | 25.0% | TERMIN |
| VERMILION 196 | VR 207 | G19761 | Federal | OP 1 | 8/1/1998 | 7/27/2009 | 5,000 | Beryl O&G | 46.4% | RELINQ |
| VERMILION 261/262 | VR 261 | G03328 | Federal | RT | 4/1/1976 | 8/10/2020 | 5,429 | Fieldwood En | 25.0% | TERMIN |
| VERMILION 261/262 | VR 261 | G03328 | Federal | OP 1 | 4/1/1976 | 8/10/2020 | 509 | Fieldwood En | 25.0% | TERMIN |
| VERMILION 315/332 | VR 314 | G05438 | Federal | OP 2 | 7/1/1983 | 4/30/2021 | 5,000 | Fieldwood En Off | 50.0% | TERMIN |

**Exhibit I-A(ii)**

**Certain Other FWE IV Leases**

| Field | Block | Lease | Type | Rights | Date Le Eff | Date Le Exp | Le Cur Acres (Ac) | Operator | WI | Lease Status |
|---|---|---|---|---|---|---|---|---|---|---|
| EAST BREAKS 158/159/160/161 | EB 160 | G02647 | Federal | RT | 7/1/1974 | N/A | 5,760 | Fieldwood SD Off | 100.0% | PROD |
| EAST BREAKS 158/159/160/161 | EB 160 | G02647 | Federal | OP 1 | 7/1/1974 | N/A | 5,760 | Fieldwood SD Off | 100.0% | PROD |
| EAST BREAKS 158/159/160/161 | EB 161 | G02648 | Federal | RT | 7/1/1974 | N/A | 5,760 | Fieldwood SD Off | 100.0% | PROD |
| EAST BREAKS 158/159/160/161 | EB 161 | G02648 | Federal | OP 1 | 7/1/1974 | N/A | 5,760 | Fieldwood SD Off | 100.0% | PROD |
| HIGH IS. A-446 | HI A-446 | G02359 | Federal | RT | 8/1/1973 | 4/12/2016 | 5,760 | Bandon O&G | 100.0% | TERMIN |
| VERMILION 315/332 | VR 332 | G09514 | Federal | RT | 7/1/1988 | N/A | 5,000 | Fieldwood En | 100.0% | PROD |
| VERMILION 315/332 | VR 332 | G09514 | Federal | OP 1 | 7/1/1988 | N/A | 5,000 | Fieldwood En | 66.5% | PROD |

**Exhibit I-B(i)**

**FWE IV Wells**

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| BRAZOS A-105 #002 | BAA105002 | G01757 | 427054000400 | 100.0% | 83.3% |
| BRAZOS A-105 #A001 | BAA105A01 | G01757 | 427054003100 | 100.0% | 83.3% |
| BRAZOS A-105 #A002 | BAA102A02 | G01754 | 427054002500 | 100.0% | NP |
| BRAZOS A-105 #A003 | BAA105A03 | G01757 | 427054002900 | 100.0% | 83.3% |
| BRAZOS A-105 #A004 | BAA105A04 | G01757 | 427054003000 | 100.0% | 83.3% |
| BRAZOS A-105 #A005 | BAA105A05 | G01757 | 427054003200 | 100.0% | 83.3% |
| BRAZOS A-105 #B001 | BAA105B010 | G01757 | 427054012200 | 56.3% | 46.9% |
| BRAZOS A-105 #B002 | BAA105B020 | G01757 | 427054012600 | 56.3% | 46.9% |
| BRAZOS A-105 #B003 | BAA105B030 | G01757 | 427054012800 | 56.3% | 46.9% |
| BRAZOS A-105 #B004 | BAA105B040 | G01757 | 427054013000 | 56.3% | 46.9% |
| BRAZOS A-105 #B005 | BAA105B050 | G01757 | 427054013300 | 56.3% | 46.9% |
| BRAZOS A-133 #A001 | BAA133A010 | G02665 | 427054002400 | 25.0% | 20.8% |
| BRAZOS A-133 #A002 | BAA133A020 | G02665 | 427054003300 | 25.0% | 20.8% |
| BRAZOS A-133 #A003 | BAA133A030 | G02665 | 427054003500 | 25.0% | TA |
| BRAZOS A-133 #A004 ST1 | BAA133A041 | G02665 | 427054004301 | 25.0% | 20.8% |
| BRAZOS A-133 #A005 ST1 | BAA133A051 | G02665 | 427054004001 | 25.0% | 20.8% |
| BRAZOS A-133 #A006 | BAA133A060 | G02665 | 427054004500 | 25.0% | 20.8% |
| BRAZOS A-133 #A007 | BAA133A070 | G02665 | 427054004800 | 25.0% | 20.8% |
| BRAZOS A-133 #A008 | BAA133A080 | G02665 | 427054005200 | 25.0% | 20.8% |
| BRAZOS A-133 #A009 | BAA133A090 | G02665 | 427054005400 | 25.0% | 20.8% |
| BRAZOS A-133 #A010 | BAA133A100 | G02665 | 427054013100 | 25.0% | 20.8% |
| BRAZOS A-133 #C001 | BAA133C010 | G02665 | 427054007800 | 25.0% | 20.8% |
| BRAZOS A-133 #C002 | BAA133C020 | G02665 | 427054008200 | 25.0% | 20.8% |
| BRAZOS A-133 #C003 | BAA133C030 | G02665 | 427054010700 | 25.0% | 20.8% |
| BRAZOS A-133 #C004 | BAA133C040 | G02665 | 427054013500 | 25.0% | 20.8% |
| BRAZOS A-133 #D001 ST1 | BAA133D011 | G02665 | 427054009201 | 25.0% | 20.8% |
| BRAZOS A-133 #D003 | BAA133D030 | G02665 | 427054012700 | 25.0% | 20.8% |
| EAST BREAKS 158 #A003 ST4 | EB158A03 | G02645 | 608044004104 | 66.7% | 55.6% |
| EAST BREAKS 158 #A007 | EB158A07 | G02645 | 608044005100 | 66.7% | 55.6% |
| EAST BREAKS 158 #A012 | EB158A12 | G02645 | 608044005601 | 66.7% | 55.6% |
| EAST BREAKS 158 #A014 ST1 | EB158A14 | G02645 | 608044005901 | 66.7% | 55.6% |
| EAST BREAKS 159 #A002 | EB159A02 | G02646 | 608044003800 | 66.7% | 55.6% |
| EAST BREAKS 159 #A003 | EB158A03 | G02647 | 608044004101 | 66.7% | 55.6% |
| EAST BREAKS 159 #A005 ST2 | EB159A05 | G02646 | 608044004503 | 66.7% | 55.6% |

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| EAST BREAKS 159 #A006 ST1 | EB159A06 | G02646 | 608044004401 | 66.7% | 55.6% |
| EAST BREAKS 159 #A009 | EB159A09 | G02646 | 608044005200 | 66.7% | 55.6% |
| EAST BREAKS 159 #A011 | EB159A11 | G02646 | 608044005400 | 66.7% | 55.6% |
| EAST BREAKS 159 #A012 | EB158A12 | G02646 | 608044005600 | 66.7% | 55.6% |
| EAST BREAKS 159 #A017 | EB159A17 | G02646 | 608044018300 | 66.7% | 55.6% |
| EAST CAMERON 331 #A001 | EC331A01 | G08658 | 177044076300 | 70.4% | NP |
| EAST CAMERON 331 #A003 | EC331A03 | G08658 | 177044076400 | 70.4% | NP |
| EAST CAMERON 331 #A004 | EC331A04 | G08658 | 177044076700 | 70.4% | NP |
| EAST CAMERON 331 #A009 | EC331A09 | G08658 | 177044079400 | 52.8% | NP |
| EAST CAMERON 331 #A010 | EC331A10 | G08658 | 177044079500 | 52.8% | NP |
| EAST CAMERON 331 #A012 | EC331A12 | G08658 | 177044083300 | 52.8% | NP |
| EAST CAMERON 331 #A013 | EC331A13 | G08658 | 177044083400 | 70.4% | NP |
| EAST CAMERON 332 #A002 | EC332A02 | G09478 | 177044076200 | 70.4% | NP |
| EAST CAMERON 332 #A005 | EC332A05 | G09478 | 177044076800 | 70.4% | TA |
| EAST CAMERON 332 #A006 ST1 | EC332A06 | G09478 | 177044077301 | 70.4% | TA |
| EAST CAMERON 332 #A007 | EC332A07 | G09478 | 177044077400 | 70.4% | NP |
| EAST CAMERON 332 #A008 | EC332A08 | G09478 | 177044077700 | 70.4% | NP |
| EAST CAMERON 332 #A011 | EC332A11 | G09478 | 177044083101 | 70.4% | NP |
| EAST CAMERON 332 #A014 | EC332A14 | G09478 | 177044094600 | 70.4% | NP |
| EAST CAMERON 332 #A016 | EC332A16 | G09478 | 177044097901 | 70.4% | NP |
| EAST CAMERON 332 #A017 | EC332A17 | G09478 | 177044078103 | 70.4% | NP |
| EUGENE IS 342 #004 | EI34200400 | G02319 | 177104113000 | 0.0% | NP |
| EUGENE IS 342 #C002 ST1 | EI342C0201 | G02319 | 177104110601 | 0.0% | NP |
| EUGENE IS 342 #C003 | EI342C0300 | G02319 | 177104114000 | 0.0% | NP |
| EUGENE IS 342 #C004 | EI342C0401 | G02319 | 177104120101 | 0.0% | NP |
| EUGENE IS 342 #C005 | EI342C0502 | G02319 | 177104120202 | 50.0% | NP |

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| EUGENE IS 342 #C006 | EI342C0600 | G02319 | 177104120300 | 0.0% | NP |
| EUGENE IS 342 #C007 | EI342C0700 | G02319 | 177104120800 | 0.0% | NP |
| EUGENE IS 342 #C008 | EI342C0800 | G02319 | 177104121000 | 0.0% | NP |
| EUGENE IS 342 #C009 | EI342C0900 | G02319 | 177104121300 | 0.0% | NP |
| EUGENE IS 342 #C011 | EI342C1100 | G02319 | 177104122000 | 0.0% | NP |
| EUGENE IS 342 #C012 | EI342C1200 | G02319 | 177104122200 | 0.0% | NP |
| EUGENE IS 342 #C013 | EI342C1300 | G02319 | 177104122700 | 0.0% | NP |
| EUGENE IS 342 #C014 | EI342C1400 | G02319 | 177104135800 | 0.0% | NP |
| EUGENE IS 342 #C015 | EI342C1501 | G02319 | 177104162101 | 0.0% | NP |
| EUGENE IS 342 #C016 | EI342C1601 | G02319 | 177104162201 | 0.0% | NP |
| EUGENE IS 342 #C017 BP1 | EI342C1701 | G02319 | 177104162501 | 50.0% | NP |
| HIGH ISLAND A-550 #002 | HIA55002 | G04081 | 427094062700 | 100.0% | TA |
| HIGH ISLAND A-550 #003 | HIA55003 | G04081 | 427094063700 | 100.0% | TA |
| HIGH ISLAND A-550 #A001 ST3 | HIA550A01 | G04081 | 427094057004 | 100.0% | NP |
| HIGH ISLAND A-550 #A002 ST1 | HIA550A02 | G04081 | 427094074101 | 100.0% | NP |
| HIGH ISLAND A-550 #A003 | HIA550A03 | G04081 | 427094076000 | 100.0% | TA |
| HIGH ISLAND A-550 #A004 ST1 | HIA550A04 | G04081 | 427094099501 | 100.0% | NP |
| HIGH ISLAND A-550 #A005 | HIA550A05 | G04081 | 427094099801 | 100.0% | NP |
| HIGH ISLAND A-550 #A006 | HIA550A06 | G04081 | 427094104801 | 100.0% | NP |
| MAIN PASS 077 #A001 | MP077A0100 | G04481 | 177254033800 | 55.6% | NP |
| MAIN PASS 077 #A002 ST1 | MP077A0201 | G04481 | 177254043101 | 55.6% | NP |
| MAIN PASS 077 #A003 | MP077A0300 | G04481 | 177254036100 | 55.6% | NP |
| MAIN PASS 077 #A004 | MP077A0400 | G04481 | 177254036900 | 55.6% | NP |
| MAIN PASS 077 #A005 | MP077A0500 | G04481 | 177254038000 | 55.6% | NP |
| MAIN PASS 077 #A006 ST2 | MP077A0602 | G04481 | 177254036402 | 55.6% | NP |
| MAIN PASS 077 #A010 | MP077A1000 | G04481 | 177254039600 | 55.6% | NP |
| MAIN PASS 077 #A011 | MP077A1100 | G04481 | 177254042400 | 55.6% | NP |
| MAIN PASS 077 #A012 | MP077A1200 | G04481 | 177254039700 | 55.6% | NP |
| MAIN PASS 077 #A013 | MP077A1300 | G04481 | 177254044900 | 55.6% | NP |
| MAIN PASS 077 #A014 | MP077A1400 | G04481 | 177254044500 | 55.6% | NP |
| MAIN PASS 077 #A015 | MP077A1501 | G04481 | 177254045101 | 55.6% | NP |
| MAIN PASS 077 #A016 | MP077A1600 | G04481 | 177254045900 | 55.6% | NP |
| MAIN PASS 077 #A017 | MP077A1700 | G04481 | 177254046200 | 55.6% | NP |

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| MAIN PASS 077 #A018 | MP077A1800 | G04481 | 177254046800 | 55.6% | NP |
| MAIN PASS 077 #A019 | MP077A1900 | G04481 | 177254048200 | 55.6% | NP |
| MAIN PASS 077 #A020 ST1 | MP077A2001 | G04481 | 177254048501 | 55.6% | NP |
| MAIN PASS 077 #A021 ST2 | MP077A2100 | G04481 | 177254067002 | 55.6% | NP |
| MAIN PASS 077 #A022 | MP077A2201 | G04481 | 177254067401 | 55.6% | NP |
| MAIN PASS 077 #A023 | MP077A23 | G04481 | 177254067601 | 55.6% | NP |
| MAIN PASS 077 #A07 | MP077A0700 | G04481 | 177254041000 | 55.6% | NP |
| MAIN PASS 077 #A08 | MP077A0800 | G04481 | 177254038200 | 55.6% | NP |
| MAIN PASS 077 #A09 | MP077A0900 | G04481 | 177254039000 | 55.6% | NP |
| MAIN PASS 154 #A001 | MP154A01 | G10902 | 177244060400 | 100.0% | NP |
| MAIN PASS 154 #A002 | MP154A02 | G10902 | 177244069000 | 100.0% | NP |
| SHIP SHOAL 169 #BB001 | SS169BB010 | 00820 | 177114048100 | 33.3% | 27.4% |
| SHIP SHOAL 169 #BB002 | SS169BB020 | 00820 | 177114055501 | 33.3% | 27.4% |
| SHIP SHOAL 169 #BB003 | SS169BB030 | 00820 | 177114057800 | 33.3% | 27.4% |
| SHIP SHOAL 169 #BB004 | SS169BB040 | 00820 | 177114056500 | 33.3% | 27.4% |
| SHIP SHOAL 169 #BB005 | SS169BB050 | 00820 | 177114059600 | 33.3% | 27.4% |
| SHIP SHOAL 169 #BB006 | SS169BB060 | 00820 | 177114060101 | 33.3% | 27.4% |
| SHIP SHOAL 169 #C001 | SS169C0100 | 00820 | 177114075600 | 33.3% | 27.4% |
| SHIP SHOAL 169 #C003 | SS169C0300 | 00820 | 177114078500 | 33.3% | 27.4% |
| SHIP SHOAL 169 #C004 | SS169C0400 | 00820 | 177114077400 | 33.3% | 27.4% |
| SHIP SHOAL 169 #C006 | SS169C0600 | 00820 | 177114080201 | 33.3% | 27.4% |
| SHIP SHOAL 169 #C007 | SS169C0700 | 00820 | 177114080601 | 33.3% | 27.4% |
| SHIP SHOAL 169 #C008 | SS169C0800 | 00820 | 177114081300 | 33.3% | 27.4% |
| SHIP SHOAL 169 #C009 | SS169C0900 | 00820 | 177114144400 | 33.3% | 27.4% |
| SHIP SHOAL 169 #C010 | SS169C1000 | 00820 | 177114144800 | 33.3% | 27.4% |
| SHIP SHOAL 169 #G001 | SS169G0100 | 00820 | 177114127400 | 33.3% | 27.4% |
| SHIP SHOAL 169 #G002 | SS169G0200 | 00820 | 177114128500 | 33.3% | 27.4% |
| SHIP SHOAL 169 #G003 | SS169G0300 | 00820 | 177114156600 | 33.3% | TA |
| SHIP SHOAL 206 #E002 | SS206E0201 | G01522 | 177114118101 | 37.94% | NP |
| SHIP SHOAL 206 #E003 | SS206E0301 | G01522 | 177114118201 | 40.0% | NP |
| SHIP SHOAL 206 #E004 | SS206E0400 | G01522 | 177114141800 | 37.94% | NP |
| SHIP SHOAL 206 #E005 | SS206E0500 | G01522 | 177114142000 | 37.94% | NP |
| SHIP SHOAL 207 #A003 ST1 | SS207A0301 | G01523 | 177110072801 | 26.3% | NP |
| SHIP SHOAL 207 #A004B | SS207A04B0 | G01523 | 177110075500 | 26.3% | NP |
| SHIP SHOAL 207 #A006D | SS207A06D0 | G01523 | 177110078200 | 26.3% | NP |
| SHIP SHOAL 207 #A008B | SS207A08B0 | G01523 | 177110080700 | 26.3% | NP |
| SHIP SHOAL 207 #A009 | SS207A0900 | G01523 | 177110082400 | 26.3% | NP |
| SHIP SHOAL 207 #A010D | SS207A10D0 | G01523 | 177110083900 | 26.3% | NP |

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| SHIP SHOAL 207 #A013 | SS207A1300 | G01523 | 177112002500 | 26.3% | NP |
| SHIP SHOAL 207 #A015 ST1 | SS207A1501 | G01523 | 177112010601 | 26.3% | NP |
| SHIP SHOAL 207 #A016 ST1 | SS207A1601 | G01523 | 177112011401 | 26.3% | NP |
| SHIP SHOAL 207 #A018 | SS207A1800 | G01523 | 177112005000 | 26.3% | NP |
| SHIP SHOAL 207 #A019ST | SS207A1901 | G01523 | 177114009401 | 26.3% | NP |
| SHIP SHOAL 207 #A020 | SS207A2000 | G01523 | 177114010300 | 26.3% | NP |
| SHIP SHOAL 207 #A022 ST1 | SS207A2201 | G01523 | 177114011301 | 26.3% | NP |
| SHIP SHOAL 207 #A023B | SS207A23B0 | G01523 | 177114013500 | 26.3% | NP |
| SHIP SHOAL 207 #A024 | SS207A2400 | G01523 | 177114014300 | 26.3% | NP |
| SHIP SHOAL 207 #A025 | SS207A2500 | G01523 | 177114015500 | 26.3% | NP |
| SHIP SHOAL 207 #A026 | SS207A2601 | G01523 | 177112001101 | 26.3% | NP |
| SHIP SHOAL 207 #A027 | SS207A2701 | G01523 | 177110079401 | 26.3% | NP |
| SHIP SHOAL 207 #A028 | SS207A2801 | G01523 | 177110077301 | 26.3% | NP |
| SHIP SHOAL 207 #A029 ST | SS207A2901 | G01523 | 177112001901 | 26.3% | NP |
| SHIP SHOAL 207 #A030 | SS207A3001 | G01523 | 177110071501 | 26.3% | NP |
| SHIP SHOAL 207 #A031 ST2 | SS207A3102 | G01523 | 177114117702 | 26.3% | NP |
| SHIP SHOAL 207 #A032 | SS207A3201 | G01523 | 177114119701 | 26.3% | NP |
| SHIP SHOAL 207 #A033 ST1 | SS207A3301 | G01523 | 177114121901 | 26.3% | NP |
| SHIP SHOAL 207 #A034 | SS207A3400 | G01523 | 177114122200 | 26.3% | NP |
| SHIP SHOAL 207 #A035 ST1 | SS207A3501 | G01523 | 177114133301 | 26.3% | NP |
| SHIP SHOAL 207 #A036 | SS207A3600 | G01523 | 177114137700 | 26.3% | NP |
| SHIP SHOAL 207 #D002 | SS207D0200 | G01523 | 177114025400 | 26.3% | NP |
| SHIP SHOAL 207 #D007 | SS207D0700 | G01523 | 177114030300 | 26.3% | NP |
| SHIP SHOAL 207 #D008 | SS207D0800 | G01523 | 177114032300 | 26.3% | NP |
| SHIP SHOAL 207 #D009 | SS207D0900 | G01523 | 177114116400 | 26.3% | NP |
| SHIP SHOAL 207 #D010 ST1 | SS207D1001 | G01523 | 177114116501 | 26.3% | NP |
| SHIP SHOAL 252 #C004 | SS252C04 | G01529 | 177122001500 | 50.0% | NP |
| SHIP SHOAL 252 #C005 | SS252C05 | G01529 | 177122002000 | 50.0% | NP |
| SHIP SHOAL 252 #C009 | SS252C09 | G01529 | 177124029400 | 50.0% | NP |
| SHIP SHOAL 252 #C012 | SS252C12 | G01529 | 177124047300 | 50.0% | NP |
| SHIP SHOAL 252 #F001 | SS252F01 | G01529 | 177124052000 | 50.0% | NP |
| SHIP SHOAL 252 #F003 | SS252F03 | G01529 | 177124052200 | 50.0% | NP |
| SHIP SHOAL 252 #F004 | N/A | G01529 | 177124067400 | 50.0% | NP |
| SHIP SHOAL 253 #C001 | SS253C01 | G01031 | 177122000100 | 50.0% | NP |

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| SHIP SHOAL 253 #C002 | SS253C02 | G01031 | 177122006700 | 50.0% | NP |
| SHIP SHOAL 253 #C003 | SS253C03 | G01031 | 177122001400 | 50.0% | NP |
| SHIP SHOAL 253 #C006 | SS253C06 | G01031 | 177122002100 | 50.0% | NP |
| SHIP SHOAL 253 #C007 | SS253C07 | G01031 | 177122002300 | 50.0% | NP |
| SHIP SHOAL 253 #C008 | SS253C08 | G01031 | 177124030000 | 50.0% | NP |
| SHIP SHOAL 253 #C010 | SS253C10 | G01031 | 177124029300 | 50.0% | NP |
| SHIP SHOAL 253 #C011 | SS253C11 | G01031 | 177124030900 | 50.0% | NP |
| SHIP SHOAL 253 #C012 | SS252C12 | G01031 | 177124047300 | 50.0% | NP |
| SHIP SHOAL 253 #D001 | SS253D01 | G01031 | 177122004200 | 50.0% | NP |
| SHIP SHOAL 253 #D003 | SS253D03 | G01031 | 177124000400 | 50.0% | NP |
| SHIP SHOAL 253 #D004 | SS253D04 | G01031 | 177124001100 | 50.0% | NP |
| SHIP SHOAL 253 #D005 | SS253D05 | G01031 | 177124001200 | 50.0% | NP |
| SHIP SHOAL 253 #D006 | SS253D06 | G01031 | 177124001300 | 50.0% | NP |
| SHIP SHOAL 253 #D007 | SS253D07 | G01031 | 177124001400 | 50.0% | NP |
| SHIP SHOAL 253 #D008 | SS253D08 | G01031 | 177124001600 | 50.0% | NP |
| SHIP SHOAL 253 #D009 | SS253D09 | G01031 | 177124001800 | 50.0% | NP |
| SHIP SHOAL 253 #D010 | SS253D10 | G01031 | 177124002000 | 50.0% | NP |
| SHIP SHOAL 253 #D012 | N/A | G01031 | 177124002400 | 50.0% | NP |
| SHIP SHOAL 253 #D013 | SS253D13 | G01031 | 177124002600 | 50.0% | NP |
| SHIP SHOAL 253 #D014 | SS253D14 | G01031 | 177124002700 | 50.0% | NP |
| SHIP SHOAL 253 #E001 | SS253E01 | G01031 | 177124024200 | 50.0% | NP |
| SHIP SHOAL 253 #E002 | SS253E02 | G01031 | 177124024600 | 50.0% | NP |
| SHIP SHOAL 253 #E003 ST1 | SS253E03 | G01031 | 177124025301 | 50.0% | NP |
| SHIP SHOAL 253 #E004 | SS253E04 | G01031 | 177124025400 | 50.0% | NP |
| SHIP SHOAL 253 #E005 ST1 | SS253E05 | G01031 | 177124025501 | 50.0% | NP |
| SHIP SHOAL 253 #E006 | SS253E06 | G01031 | 177124026600 | 50.0% | NP |
| SHIP SHOAL 253 #E007 | SS253E07 | G01031 | 177124026800 | 50.0% | NP |
| SHIP SHOAL 253 #E008 | SS253E08 | G01031 | 177124027600 | 50.0% | NP |
| SHIP SHOAL 253 #E009 ST1 | SS253E09 | G01031 | 177124027700 | 50.0% | NP |
| SHIP SHOAL 253 #E010 | SS253E10 | G01031 | 177124027800 | 50.0% | NP |
| SHIP SHOAL 253 #E011 | SS253E11 | G01031 | 177124028200 | 50.0% | NP |
| SHIP SHOAL 253 #E012 | SS253E12 | G01031 | 177124028400 | 50.0% | NP |
| SHIP SHOAL 253 #E013 | SS253E13 | G01031 | 177124037500 | 50.0% | NP |
| SHIP SHOAL 253 #E014 | SS253E14 | G01031 | 177124042100 | 50.0% | NP |
| SHIP SHOAL 253 #E015 ST1 | SS253E15 | G01031 | 177124044401 | 50.0% | NP |
| SHIP SHOAL 253 #F002 | SS253F02 | G01031 | 177124044400 | 50.0% | NP |
| SHIP SHOAL206#E001(SS207E | SS207E0100 | G01523 | 177114115500 | 37.94% | NP |

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| 1 | | | | | |
| SOUTH MARSH IS 066 #C001 | SM066C0100 | G01198 | 177070041200 | 50.0% | NP |
| SOUTH MARSH IS 066 #C002 | SM066C0200 | G01198 | 177070049000 | 50.0% | NP |
| SOUTH MARSH IS 066 #C003 | SM066C0300 | G01198 | 177074005800 | 50.0% | NP |
| SOUTH MARSH IS 066 #C004 | SM066C0400 | G01198 | 177070050000 | 50.0% | NP |
| SOUTH MARSH IS 066 #C005 | SM066C0500 | G01198 | 177070050700 | 50.0% | NP |
| SOUTH MARSH IS 066 #C006 | SM066C0600 | G01198 | 177072018700 | 50.0% | NP |
| SOUTH MARSH IS 066 #C007 | SM066C0700 | G01198 | 177070052800 | 50.0% | NP |
| SOUTH MARSH IS 066 #C009B | SM066C09B0 | G01198 | 177072001200 | 50.0% | NP |
| SOUTH MARSH IS 066 #C011 | SM066C1100 | G01198 | 177074072900 | 50.0% | NP |
| SOUTH MARSH IS 066 #C012 | SM066C1200 | G01198 | 177074073500 | 50.0% | NP |
| SOUTH MARSH IS 066 #D001 | SM066D0100 | G01198 | 177074025400 | 50.0% | NP |
| SOUTH MARSH IS 066 #D003 | SM066D0300 | G01198 | 177074029000 | 50.0% | NP |
| SOUTH MARSH IS 066 #D004 | SM066D0400 | G01198 | 177074032000 | 50.0% | NP |
| SOUTH MARSH IS 066 #D005 | SM066D0500 | G01198 | 177074032600 | 50.0% | NP |
| SOUTH MARSH IS 066 #D006 ST | SM066D0601 | G01198 | 177074031201 | 50.0% | NP |
| SOUTH MARSH IS 066 #D007 ST1BP | SM066D0701 | G01198 | 177074027401 | 50.0% | NP |
| SOUTH MARSH IS 132 #B002 | SM132B0200 | G02282 | 177084031800 | 50.0% | TA |
| SOUTH MARSH IS 132 #B003 ST1 | SM132B0301 | G02282 | 177084031601 | 50.0% | TA |
| SOUTH MARSH IS 132 #B004 | SM132B0400 | G02282 | 177084033000 | 50.0% | TA |
| SOUTH MARSH IS 132 #B005 | SM132B0500 | G02282 | 177084033500 | 50.0% | TA |
| SOUTH MARSH IS 132 #B006 | SM132B0600 | G02282 | 177084033900 | 50.0% | TA |
| SOUTH MARSH IS 132 | SM132B0700 | G02282 | 177084034100 | 50.0% | TA |

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| #B007 | | | | | |
| SOUTH MARSH IS 132 #B008 | SM132B0800 | G02282 | 177084035500 | 50.0% | TA |
| SOUTH MARSH IS 132 #B009 | SM132B0900 | G02282 | 177084036200 | 50.0% | TA |
| SOUTH MARSH IS 132 #B010 | SM132B1000 | G02282 | 177084036500 | 50.0% | TA |
| SOUTH MARSH IS 132 #B011 | SM132B1100 | G02282 | 177084037800 | 50.0% | NP |
| SOUTH MARSH IS 136 #A004 | SM136A0400 | G02588 | 177084021900 | 50.0% | NP |
| SOUTH MARSH IS 136 #A008 | SM136A08 | G02588 | 177084032401 | 50.0% | NP |
| SOUTH MARSH IS 136 #A010 | SM136A1000 | G02588 | 177084035700 | 50.0% | NP |
| SOUTH MARSH IS 136 #A015 | SM136A1500 | G02588 | 177084071200 | 50.0% | NP |
| SOUTH MARSH IS 136 #C007 | SM136C0700 | G02588 | 177084091900 | 50.0% | NP |
| SOUTH MARSH IS 137 #A001 | SM137A0100 | G02589 | 177084007700 | 50.0% | NP |
| SOUTH MARSH IS 137 #A003 | SM137A0300 | G02589 | 177084020400 | 50.0% | NP |
| SOUTH MARSH IS 137 #A005 | SM137A0500 | G02589 | 177084024100 | 50.0% | NP |
| SOUTH MARSH IS 137 #A009 | SM137A0900 | G02589 | 177084034600 | 50.0% | NP |
| SOUTH MARSH IS 137 #A011 ST1 | SM137A1101 | G02589 | 177084030201 | 50.0% | NP |
| SOUTH MARSH IS 137 #A012 | SM137A1200 | G02589 | 177084040400 | 50.0% | NP |
| SOUTH MARSH IS 137 #A013 | SM137A1300 | G02589 | 177084042900 | 50.0% | NP |
| SOUTH MARSH IS 137 #A014 | SM137A1400 | G02589 | 177084045000 | 50.0% | NP |
| SOUTH MARSH IS 137 #A018 | SM137A1800 | G02589 | 177084072800 | 50.0% | NP |
| SOUTH MARSH IS 150 #C006 BP2 | SM150C0600 | G16325 | 177084091802 | 50.0% | NP |
| SOUTH TIMBALIER 195 #B001 | ST195B01 | G03593 | 177154091400 | 100.0% | TA |
| SOUTH TIMBALIER 195 #B002 | ST195B02 | G03593 | 177154092500 | 100.0% | TA |
| SOUTH TIMBALIER 195 | ST195B03 | G03593 | 177154117901 | 100.0% | NP |

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| #B003 | | | | | |
| VERMILION 196 #A001 | VR196A01 | G19760 | 177054112300 | 25.0% | NP |
| VERMILION 196 #A002 | VR196A02 | G19760 | 177054116700 | 25.0% | NP |
| VERMILION 196 #A004 | VR196A04 | G19760 | 177054127900 | 25.0% | NP |
| VERMILION 207 #A003 | VR207A03 | G19761 | 177054117600 | 46.4% | TA |
| VERMILION 261 #A001 | VR261A0100 | G03328 | 177064029000 | 25.0% | NP |
| VERMILION 261 #A002 | VR261A0200 | G03328 | 177064033000 | 25.0% | NP |
| VERMILION 261 #A004 | VR261A0402 | G03328 | 177064032902 | 25.0% | NP |
| VERMILION 261 #A005 | VR261A0500 | G03328 | 177064034600 | 25.0% | NP |
| VERMILION 261 #A007 | VR261A0700 | G03328 | 177064035400 | 25.0% | NP |
| VERMILION 261 #A008 | VR261A0800 | G03328 | 177064084900 | 25.0% | NP |
| VERMILION 314 #A009 | VR314A09 | G05438 | 177064076900 | 50.0% | NP |
| VIOSCA KNOLL 113 #A001 | VK113A01 | G16535 | 608164039101 | 100.0% | 83.3% |
| VIOSCA KNOLL 251 #A001 | VK251A001 | G10930 | 608164029800 | 100.0% | 81.3% |
| VIOSCA KNOLL 251 #A002 | VK251A002 | G10930 | 608164034501 | 100.0% | 81.3% |
| VIOSCA KNOLL 251 #A003 | VK251A003 | G10930 | 608164041500 | 100.0% | 81.3% |
| VIOSCA KNOLL 251 #A004 | VK251A004 | G10930 | 608164042101 | 100.0% | 81.3% |
| VIOSCA KNOLL 340 #A001 | VK340A01 | G10933 | 608164038800 | 100.0% | 81.4% |
| VIOSCA KNOLL 340 #A002 | VK340A02 | G10933 | 608164044400 | 100.0% | 81.4% |

**Exhibit I-B(ii)**

**Certain Other FWE IV Wells**

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| EAST BREAKS 160 #A005 HB-2 | EB160A05 | G02647 | 608044003700 | 100.0% | 83.3% |
| EAST BREAKS 160 #A009 HB2 | EB160A09 | G02647 | 608044005800 | 100.0% | 83.3% |
| EAST BREAKS 160 #A010 GA1 | EB160A10 | G02647 | 608044008702 | 100.0% | 83.3% |
| EAST BREAKS 160 #A016 | EB160A16 | G02647 | 608044006000 | 100.0% | 83.3% |
| EAST BREAKS 160 #A018 ST4 | EB160A18 | G02647 | 608044006904 | 100.0% | 83.3% |
| EAST BREAKS 160 #A023 | EB160A23 | G02647 | 608044003900 | 100.0% | 83.3% |
| EAST BREAKS 160 #A025 | EB160A25 | G02647 | 608044004600 | 100.0% | 83.3% |
| EAST BREAKS 160 #A027 HB2 | EB160A27 | G02647 | 608044004900 | 100.0% | 83.3% |
| EAST BREAKS 160 #A031 HB2 | EB160A31 | G02647 | 608044008400 | 100.0% | 83.3% |
| EAST BREAKS 160 #A033 ST TA | EB160A33 | G02647 | 608044007002 | 100.0% | 83.3% |
| EAST BREAKS 161 #002 (CORONA) | EB16102 | G02648 | 608044022600 | 100.0% | 83.3% |
| EAST BREAKS 161 #A001 ST | EB161A01 | G02648 | 608044002801 | 100.0% | 83.3% |
| EAST BREAKS 161 #A002 | EB161A02 | G02648 | 608044003100 | 100.0% | 83.3% |
| EAST BREAKS 161 #A003 HB4 | EB161A03 | G02648 | 608044002900 | 100.0% | 83.3% |
| EAST BREAKS 161 #A004 | N/A | G02648 | 608044003400 | 100.0% | 83.3% |
| EAST BREAKS 161 #A007 GM1 | EB161A07 | G02648 | 608044004300 | 100.0% | 83.3% |
| EAST BREAKS 161 #A008 HB2 | EB161A08 | G02648 | 608044004800 | 100.0% | 83.3% |
| EAST BREAKS 161 #A013 ST | EB161A13 | G02648 | 608044024501 | 100.0% | 83.3% |
| EAST BREAKS 161 #A024 | EB161A24 | G02648 | 608044009701 | 100.0% | 83.3% |
| EAST BREAKS 161 #A029 GA3 | EB161A29 | G02648 | 608044003005 | 100.0% | 83.3% |
| HIGH ISLAND A-446 #A001 | HIA446A01 | G02359 | 427094055400 | 100.0% | 68.4% |
| HIGH ISLAND A-446 #A002B | HIA446A02 | G02360 | 427094055700 | 100.0% | 68.4% |
| HIGH ISLAND A-446 #A004 | HIA446A04 | G02359 | 427094056300 | 100.0% | TA |
| HIGH ISLAND A-446 #A005 | HIA446A05 | G02359 | 427094057700 | 100.0% | TA |
| HIGH ISLAND A-446 #A006 | HIA446A06 | G02359 | 427094056700 | 100.0% | 68.4% |
| HIGH ISLAND A-446 #A007 | HIA446A07 | G02359 | 427094056800 | 100.0% | TA |
| HIGH ISLAND A-446 #A008 | HIA446A08 | G02359 | 427094057400 | 100.0% | TA |
| HIGH ISLAND A-446 #A009 | HIA446A09 | G02359 | 427094060200 | 100.0% | 68.4% |
| HIGH ISLAND A-446 #A010 | HIA446A10 | G02359 | 427094058300 | 100.0% | 68.4% |
| HIGH ISLAND A-446 #A011 | HIA446A11 | G02359 | 427094058700 | 100.0% | TA |
| HIGH ISLAND A-446 #A012 | HIA446A12 | G02359 | 427094059400 | 100.0% | TA |
| HIGH ISLAND A-446 #A014 | HIA446A14 | G02359 | 427094060900 | 100.0% | 68.4% |
| HIGH ISLAND A-446 #A015 | HIA446A15 | G02359 | 427094061300 | 100.0% | TA |
| HIGH ISLAND A-446 #A016 | HIA446A16 | G02359 | 427094062300 | 100.0% | TA |
| VERMILION 332 #A001 | VR332A01 | G09514 | 177064069400 | 66.5% | 55.4% |
| VERMILION 332 #A002 | VR332A02 | G09514 | 177064069900 | 66.5% | 55.4% |
| VERMILION 332 #A003 | VR332A03 | G09514 | 177064072300 | 66.5% | TA |

| Asset Name | FWE Acct. Code | Lease Number | API | WI | NRI |
|---|---|---|---|---|---|
| VERMILION 333 #A004 | N/A | G14417 | 177064072600 | 50.0% | TA |
| VERMILION 332 #A005 | VR332A05 | G09514 | 177064077802 | 66.5% | 55.4% |
| VERMILION 332 #A006 | VR332A06 | G09514 | 177064077901 | 66.5% | 55.4% |

**Exhibit I-C(i)**

**FWE IV Platforms**

| Asset Name | FWE Acct. Code | Lease Number | Area/Block | WI |
|---|---|---|---|---|
| BRAZOS A-105 P/F-A | BAA105PFA | G01757 | BAA105 | 56.3% |
| BRAZOS A-105 P/F-B | BAA105PFB | G01757 | BAA105 | 56.3% |
| BRAZOS A-133 P/F-A | BAA133APLT | G02665 | BAA133 | 25.0% |
| BRAZOS A-133 P/F-B | BAA133BPLT | G02665 | BAA133 | 25.0% |
| BRAZOS A-133 P/F-C-AUX | BAA133CAUX | G02665 | BAA133 | 25.0% |
| BRAZOS A-133 P/F-D | BAA133DPLT | G02665 | BAA133 | 25.0% |
| BRAZOS A-133 P/F-E | BAA133EPLT | G02665 | BAA133 | 25.0% |
| EAST BREAKS 159 P/F-A | EB159PFA | G02646 | EB159 | 66.7% |
| EAST CAMERON 332 P/F-A | EC332PFA | G09478 | EC332 | 88.0% |
| HIGH ISLAND A-550 P/F-A | HIA550PFA | G04081 | HIA550 | 100.0% |
| MAIN PASS 077 P/F-A | MP077PFA | G04481 | MP077 | 55.6% |
| MAIN PASS 154 P/F-A | MP154PFA | G30337 | MP154 | 100.0% |
| SHIP SHOAL 169 P/F-BB | SS169PFBB | 00820 | SS169 | 33.3% |
| SHIP SHOAL 169 P/F-C | SS169PFC | 00820 | SS169 | 33.3% |
| SHIP SHOAL 169 P/F-G | SS169PFG | 00820 | SS169 | 33.3% |
| SHIP SHOAL 206 P/F-E | SS206EPLT | G01522 | SS206 | 40.0% |
| SHIP SHOAL 207 P/F-A-CMP | SS207ACOMP | G01523 | SS207 | 26.3% |
| SHIP SHOAL 207 P/F-A-DRILL | SS207ADRL | G01523 | SS207 | 26.3% |
| SHIP SHOAL 207 P/F-A-MANTIS | SS207PFAMA | G01523 | SS207 | 26.3% |
| SHIP SHOAL 207 P/F-A-PROD | SS207APRD | G01523 | SS207 | 26.3% |
| SHIP SHOAL 207 P/F-D | SS207DPLT | G01523 | SS207 | 26.3% |
| SHIP SHOAL 207 P/F-DWPF | SS207DPLT | G01523 | SS207 | 26.3% |
| SHIP SHOAL 253 C | SS253PFC | G01031 | SS 253 | 50.0% |
| SHIP SHOAL 253 D | SS253PFD | G01031 | SS 253 | 50.0% |
| SHIP SHOAL 253 E | SS253PFE | G01031 | SS 253 | 50.0% |
| SHIP SHOAL 253 F | SS253PFF | G01031 | SS 253 | 50.0% |
| SOUTH MARSH IS 066 P/F-C | SM66CPLT | G01198 | SM066 | 50.0% |
| SOUTH MARSH IS 066 P/F-D | SM66DPLT | G01198 | SM066 | 50.0% |
| SOUTH MARSH IS 137 P/F-A | SM137APLT | G02589 | SM137 | 50.0% |
| SOUTH TIMBALIER 195 P/F-B | ST195PFB | G03593 | ST195 | 100.0% |
| VERMILION 196 P/F-A | VR196PFA | G19760 | VR196 | 25.0% |
| VERMILION 261 P/F-A | VR261APLT | G03328 | VR261 | 25.0% |
| VERMILION 261 P/F-A-AUX | VR261AAUX | G03328 | VR261 | 25.0% |
| VERMILION 315 P/F-A | VR315PFA | G30213 | VR315 | 100.0% |

| Asset Name | FWE Acct. Code | Lease Number | Area/Block | WI |
|---|---|---|---|---|
| VERMILION 315 P/F-A-AUX | VR315PFAAU | G30213 | VR315 | 100.0% |
| VIOSCA KNOLL 113 P/F-A | VK113PFA | G16535 | VK113 | 100.0% |
| VIOSCA KNOLL 251 P/F-A | VK251PFA | G10930 | VK251 | 100.0% |
| VIOSCA KNOLL 251 P/F-A-AUX | VK251PFAAU | G10930 | VK251 | 100.0% |
| VIOSCA KNOLL 340 P/F-A | VK340PFA | G10933 | VK340 | 100.0% |

**Exhibit I-C(ii)**

**FWE IV Facilities**

| Asset Name | FWE Acct. Code | Lease Number | Area/Block | WI | |
|---|---|---|---|---|---|
| EAST BREAKS 160 P/F-A | EB160PFA | G02647 | EB160 | 100.0% | *1 |
| HIGH ISLAND A-446 P/F-A | HIA446PFA | G02359 | HIA446 | 100.0% | *1 |
| VERMILION 332 P/F-A | VR332PFA | G09514 | VR332 | 66.5% | *1 |

*1  - FWE IV Assets to include all rights of FWE III held in applicable FWE IV Facility immediately prior to the Effective Time, as contemplated by part (B) of clause (iv) in Part A of Schedule I of the Plan of Merger.

**Exhibit I-D(i)**
**FWE IV Rights of Way**

| SEGMENT NUMBER | COMPANY NAME | ORG AREA | ORG BLOCK | ORG NAME | REC AREA | REC BLOCK | REC NAME | SIZE | PRODUCT | STATUS | ROW NUMBER | FW Lease | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7912 | Fieldwood SD Offshore LLC | EB | 160 | A | HI | A582 | SSTI | 12 | GAS | Out of Service | G08528 | G02647 | *2 |
| 10301 | Bandon Oil and Gas, LP | EC | 332 | A | EC | 330 | 08 SSTI | 6 | OIL | Out of Service | G14699 | G09478 | |
| 7943 | Fieldwood Energy, LLC | EI | 342 | C | EI | 327 | 08 SSTI | 4 | OIL | Out of Service | G08541 | G02319 | *1 |
| 18493 | Fieldwood Energy, LLC | EI | 342 | C | EI | 343 | SSTI | 6 | GAS | Out of Service | G29108 | G02319 | *1 |
| 19960 | Fieldwood Energy LLC | EI | 342 | C | EI | 342 | Blind Flange | 6 | OIL | Out of Service | G29471 | G02319 | *1 |
| 15818 | Fieldwood Energy Offshore LLC | MP | 77 | A | MP | 151 | 18"SSTI | 8 | GAS | Out of Service | G28221 | G04481 | |
| 6748 | Fieldwood Energy, LLC | SS | 169 | C Platform | SS | 169 | 18-inch SSTI | 6 | OIL | Out of Service | G09322 | 00820 | |
| 11107 | Bandon Oil and Gas, LP | ST | 196 | 06-inch SSTI | SS | 208 | F | 6 | OIL | Permitted for Abandonment Approved | G05120 | G03593 | |
| 13193 | Bandon Oil and Gas, LP | VR | 196 | A | VR | 206 | 12 SSTI | 8 | G/C | Out of Service | G22418 | G19760 | |
| 18591 | Fieldwood Energy, LLC | VR | 196 | A | VR | 215 | A | 4 | BLKO | Out of Service | G29137 | G19760 | |
| 18588 | Fieldwood Energy, LLC | VR | 215 | A | VR | 196 | A | 4 | GAS | Active | G29136 | G19760 | |
| 17090 | Fieldwood Energy, LLC | VR | 261 | A | VR | 265 | A | 8 | BLKO | Out of Service | G28347 | G03328 | *1 |
| 19427 | Fieldwood | VK | 113 | A | CA | 43 | A | 4 | BLKG | Out of Service | G29321 | G16535 | |

| SEGMENT NUMBER | COMPANY NAME | ORG AREA | ORG BLOCK | ORG NAME | REC AREA | REC BLOCK | REC NAME | SIZE | PRODUCT | STATUS | ROW NUMBER | FW Lease | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Energy, LLC | | | | | | | | | | | | |
| 13721 | Fieldwood Energy, LLC | VK | 251 | A | VK | 340 | A | 3 | AIR | Active | G28704 | G10930 | |
| 14876 | Fieldwood Energy, LLC | VK | 251 | A | MP | 154 | A | 4 | H2O | Active | G22465 | G10930 | |
| 13720 | Fieldwood Energy Offshore LLC | VK | 340 | 8-inch SSTI | VK | 251 | Platform A | 8 | BLGH | Active | G28703 | G10933 | |
| 7298 | Dynamic Industries, Inc | VR | 315 | A | VR | 331 | 06 SSTI | 6 | OIL | Out of Service | G07545 | G04215 | |
| 10736 | Dynamic Industries, Inc | VR | 332 | A | VR | 315 | A | 8 | BLKG | Out of Service | G15672 | G09514 | *2 |
| 10737 | Dynamic Industries, Inc | VR | 332 | A | VR | 315 | A | 6 | LIFT | Out of Service | G15673 | G09514 | *2 |
| 20050 | Fieldwood Energy, LLC | SS | 168 | SSTI | SS | 168 | SSTI | 6 | GAS | Active | G28788 | 00820 | *2 |

*1 -The Parties recognize that segments and ROWs will be operated by Fieldwood Energy I, LLC.  In addition, the Parties acknowledges that segment numbers and ROW names may have changed after the FWE IV Rights of Way were conveyed pursuant to the Chevron PSAs.

*2 - FWE IV Assets to include all rights of FWE III held in applicable FWE IV Right of Way immediately prior to the Effective Time, as contemplated by part (B) of clause (iv) in Part A of Schedule I of the Plan of Merger.

**Exhibit I-D(ii)**

**FWE IV RUEs**

| Area | Block No. | Structure | Complex ID No. | Authority No. | FW Lease | Operator | Approval Date | Associated Assets |
|---|---|---|---|---|---|---|---|---|
| MP | 154 | A | 24171 | G30337 | G10902 | Fieldwood Energy Offshore LLC | 02/03/17 | MP 154 A001 & A002 |
| VR | 315 | A | 22981 | G30213 | G04215 | Fieldwood Energy Offshore LLC | 11/26/13 | VR 332 A001, A002, A005 & A006 |
| VR | 315 | A-AUX | 22981 | G30213 | G04215 | Fieldwood Energy Offshore LLC | 11/26/13 | Production from VR 315 A RUE |

**Exhibit I-E**

**FWE IV Permits**

| Asset Name | Lease Number | API | Approved Permits | Pending Permits |
|---|---|---|---|---|
| HIGH ISLAND A-446 #A001 | G02359 | 427094055400 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A002B | G02360 | 427094055700 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A004 | G02359 | 427094056300 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A005 | G02359 | 427094057700 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A006 | G02359 | 427094056700 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A007 | G02359 | 427094056800 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A008 | G02359 | 427094057400 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A009 | G02359 | 427094060200 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A010 | G02359 | 427094058300 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A011 | G02359 | 427094058700 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A012 | G02359 | 427094059400 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A014 | G02359 | 427094060900 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A015 | G02359 | 427094061300 | No approved permits | pending PA Permit |
| HIGH ISLAND A-446 #A016 | G02359 | 427094062300 | No approved permits | pending PA Permit |
| MAIN PASS 154 #A001 | G10902 | 177244060400 | No approved permits | No pending Permits |

| MAIN PASS 154 #A002 | G10902 | 177244069000 | No approved permits | No pending Permits |
|---|---|---|---|---|
| VERMILION 314 #A009 | G05438 | 177064076900 | The VR 314 (315) A009 well was PA'd by Dynamic Offshore Resources, LLC (Dynamic) between 11/09/2012 and 02/12/2013, however, Dynamic never submitted any WARs documenting the operation or an EOR showing completion.  As discussed with Royce Buford (BSEE), the WARs and EOR are being submitted by Fieldwood to document the current status of the well even though all of the abandonment work was completed prior to Fieldwood becoming operator of the VR 315 A structure.  EOR submitted 05/17/21 | No pending permits |
| VERMILION 332 #A001 | G09514 | 177064069400 | No approved permits | No pending permits |
| VERMILION 332 #A002 | G09514 | 177064069900 | No approved permits | No pending permits |
| VERMILION 332 #A003 | G09514 | 177064072300 | No approved permits | No pending permits |
| VERMILION 332 #A005 | G09514 | 177064077802 | No approved permits | No pending permits |
| VERMILION 332 #A006 | G09514 | 177064077901 | No approved permits | No pending permits |
| VIOSCA KNOLL 113 #A001 | G16535 | 608164039101 | TA operation completed 05/23/21. EOR due 06/23/21 | No pending permits |
| VIOSCA KNOLL 251 #A001 | G10930 | 608164029800 | No approved permits | No pending permits |

| | | | | |
|---|---|---|---|---|
| VIOSCA KNOLL 251 #A002 | G10930 | 608164034501 | No approved permits | No pending permits |
| VIOSCA KNOLL 251 #A003 | G10930 | 608164041500 | No approved permits | No pending permits |
| VIOSCA KNOLL 251 #A004 | G10930 | 608164042101 | No approved permits | No pending permits |
| VIOSCA KNOLL 340 #A001 | G10933 | 608164038800 | No approved permits | No pending permits |
| VIOSCA KNOLL 340 #A002 | G10933 | 608164044400 | No approved permits | No pending permits |

~~To be agreed.~~

| SEGMENT NUMBER | COMPANYNAME | ORG AREA | ORG BLOCK | ORG NAME | REC AREA | REC BLOCK | REC NAME | SIZE | PRODUCT | STATUS | ROW NUMBER | FW Lease: | Approved Permits | Pending Permi |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19427 | Fieldwood Energy, LLC | VK | 113 | A | CA | 43 | A | 4 | BLKG | Out of Service | G29321 | G16535 | Abandonment approved | No pendin permi |
| 13721 | Fieldwood Energy, LLC | VK | 251 | A | VK | 340 | A | 3 | AIR | Active | G28704 | G10930 | No approved permits | No pendin permi |
| 14876 | Fieldwood Energy, LLC | VK | 251 | A | MP | 154 | A | 4 | H2O | Active | G22465 | G10930 | No approved permits | No pendin permi |
| 13720 | Fieldwood Energy Offshore LLC | VK | 340 | 8-inch SSTI | VK | 251 | Platform A | 8 | BLGH | Active | G28703 | G10933 | No approved permits | No pendin permi |
| 7298 | Dynamic Industries, Inc | VR | 315 | A | VR | 331 | 06 SSTI | 6 | OIL | Out of Service | G07545 | G04215 | No approved permits | No pendin permi |
| 10736 | Dynamic Industries, Inc | VR | 332 | A | VR | 315 | A | 8 | BLKG | Out of Service | G15672 | G09514 | No approved permits | Tempor cessatio |

| 10737 | Dynamic Industries, Inc | VR | 332 | A | VR | 315 | A | 6 | LIFT | Out of Service | G15673 | G09514 | No approved permits | Tempor cessatio |
|-------|------------------------|-----|-----|---|-----|-----|---|---|------|----------------|--------|--------|---------------------|-----------------|

| Asset Name | FWE Acct. Code | Lease Number | Area/Block | WI | Approved Permits | Pending Permits |
|------------|----------------|--------------|------------|-----|------------------|-----------------|
| HIGH ISLAND A-446 P/F-A | HIA446PFA | G02359 | HIA446 | 100.0% | No approved permits | PF Decommissioning application submitted to BSEE on 04/21/21 |
| MAIN PASS 154 P/F-A | MP154PFA | G10902 | MP154 | 100.0% | No approved permits | PF Decommissioning application submitted to BSEE on 03/08/21 |
| VERMILION 315 P/F-A | VR315PFA | G04215 | VR315 | 100.0% | No approved permits | PF Decommissioning application submitted to BSEE on 03/24/21 |
| VERMILION 315 P/F-A-AUX | VR315PFAAU | G04215 | VR315 | 100.0% | No approved permits | PF Decommissioning application submitted to BSEE on 03/24/21 |
| VERMILION 332 P/F-A | VR332PFA | G09514 | VR332 | 80.2% | No approved permits | PF Decommissioning application submitted to BSEE on 03/23/21 |
| VIOSCA KNOLL 113 P/F-A | VK113PFA | G16535 | VK113 | 100.0% | PF removal & site clearance verification approved 05/17/21 | No pending permits |
| VIOSCA KNOLL 251 P/F-A | VK251PFA | G10930 | VK251 | 100.0% | No approved permits | PF Decommissioning application submitted to BSEE on 03/23/21 |
| VIOSCA KNOLL 251 P/F-A-AUX | VK251PFAAU | G10930 | VK251 | 100.0% | No approved permits | PF Decommissioning application submitted to BSEE on 03/24/21 |
| VIOSCA KNOLL 340 P/F-A | VK340PFA | G10933 | VK340 | 100.0% | No approved permits | PF Decommissioning application submitted to BSEE on 03/08/21 |

| Area | Block No. | Structure | Complex ID No. | Authority No. | FW Lease | Operator | Approval Date | Associated Assets | Approved Permits | Pending Permits |
|---|---|---|---|---|---|---|---|---|---|---|
| MP | 154 | A | 24171 | G30337 | G10902 | Fieldwood Energy Offshore LLC | 02/03/17 | MP 154 A001 & A002 | No approved permits | PF Decommissioning application submitted to BSEE on 03/08/21 |
| VR | 315 | A | 22981 | G30213 | G04215 | Fieldwood Energy Offshore LLC | 11/26/13 | VR 332 A001, A002, A005 & A006 | No approved permits | PF Decommissioning application submitted to BSEE on 03/24/21 |
| VR | 315 | A-AUX | 22981 | G30213 | G04215 | Fieldwood Energy Offshore LLC | 11/26/13 | Production from VR 315 A RUE | No approved permits | PF Decommissioning application submitted to BSEE on 03/24/21 |

**<u>Exhibit I-F</u>**
**FWE IV FCC Licenses**

None.

**Exhibit I-G**
**FWE IV Contracts**

To be agreed.

| Contract Date | Contract Category | Contract Title | Contract Description | Known Contract Counterparties | Debtor Entities | Associated Leases | Related Lease Parties |
|---|---|---|---|---|---|---|---|
| 9/15/1978 | Joint Operating Agreement | Joint Operating Agreement | Amendment of Operating Agreement, dated September 15, 1978, between Amoco Production Company, Mobil Oil Corporation, and 'Union Oil Company of California. | Apache Deepwater | Fieldwood SD Offshore LLC | EB 160 Lease G02647, EB 161 Lease G02648 | - |
| 9/1/1975 | Joint Operating Agreement | Joint Operating Agreement | First Amendment to Operating Agreements, dated effective September 1, 1975, between Mobil Oil Corporation, Amoco Production Company, and 'Union Oil Company of California. | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645, EB 159 Lease G02646, EB 160 Lease G02647, EB 161 Lease G02648 | APACHE DEEPWATER LLC |
| 11/13/1978 | Joint Operating Agreement | Joint Operating Agreement | Second Amendment to Operating Agreements, dated effective: November 13, 1978,.between Mobil Oil Corporation, Amoco Production Company, and Union Oil Company of California | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645 | APACHE DEEPWATER LLC |
| 11/13/1978 | Joint Operating Agreement | Joint Operating Agreement | Fourth Amendment to Operating Agreements, dated effective: November 13, 1978,.between Mobil Oil Corporation, Amoco Production Company, and Union Oil | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645 | APACHE DEEPWATER LLC |

| | | | Company of Califomia | | | | |
|---|---|---|---|---|---|---|---|
| 1/1/1980 | Joint Operating Agreement | Joint Operating Agreement | Third Amendment to Operating Agreements, dated effective January 1, 1980, between Mobil Oil Corporation, Amoco Production Company, and Union Oil Company bf California. | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645 | APACHE DEEPWATER LLC |
| 4/22/1980 | Joint Operating Agreement | Joint Operating Agreement | Amendment to Operating Agreement, dated April 22, 1980, between Union Oil Company, of California and,Amoco:Production Company. | Apache Deepwater | Fieldwood SD Offshore LLC | EB 159 Lease G02646, EB 160 Lease G02647 | APACHE DEEPWATER LLC |
| 1/1/1986 | Joint Operating Agreement | Joint Operating Agreement | Amendment to Operating Agreement, dated effective July 1, 1986,, between Amoco Production Company: Union Oil Company of California, and Mobil ProducingTexas & New Mexico, Inc. | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645, EB 159 Lease G02646, EB 160 Lease G02647, EB 161 Lease G02648 | APACHE DEEPWATER LLC |
| 1/1/2001 | Joint Operating Agreement | Joint Operating Agreement | Fifth Amendment to Operating Agreements, dated effective January 1,, 2001, between Union Oil Company of Califomia and 'Vastar Offshore,Inc | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645 | APACHE DEEPWATER LLC |
| 1/15/2001 | Joint Operating Agreement | Joint Operating Agreement | Amendment to Operating Agreement, dated January 15, .2001, between Union Oil Company, Amoco Production Company, and Vastar Offshore,'Inc | Apache Deepwater | Fieldwood SD Offshore LLC | EB 158 Lease G02645, EB 159 Lease G02646, | APACHE DEEPWATER LLC |

| 7/1/1974 | Joint Operating Agreement | Joint Operating Agreement | Operating Agreement, dated July 1, 1974, originally by and between Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Fieldwood SD Offshore LLC | EB 160 Lease G02647 | - |
| 7/1/1974 | Joint Operating Agreement | Joint Operating Agreement | Operating Agreement, dated July 1, 1974, originally by and between Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Fieldwood SD Offshore LLC | EB 161 Lease G02648 | - |
| 7/1/1974 | Joint Operating Agreement | Joint Operating Agreement | Operating Agreement, dated July 1, 1974, originally by and between Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Fieldwood SD Offshore LLC | EB 158 Lease G02645 | APACHE DEEPWATER LLC |
| 7/1/1974 | Joint Operating Agreement | Joint Operating Agreement | Operating Agreement, dated July 1, 1974, originally by and between Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as amended | Mobil Oil Corporation, Union Oil Company of California and Amoco Production Company, as | Fieldwood SD Offshore LLC | EB 159 Lease G02646 | APACHE DEEPWATER LLC |

| | | | | amended | | | |
|---|---|---|---|---|---|---|---|
| 2/9/1999 | Joint Operating Agreement | Joint Operating Agreement | Offshore Operating Agreement, dated February 9, 1999, between Ocean Energy, Inc. and Shell Offshore Inc., covering Vermilion 195, 196 and 207, as amended December 23, 1999 by that certain Letter Agreement regarding the sale of properties to McMoran Oil & Gas LLC, and further amended August 22, 2000, December 31, 2001 and September 15, 2010. | Ocean Energy, Inc., Shell Offshore Inc., McMoran Oil | Bandon Oil and Gas, LP; Fieldwood Energy LLC; Fieldwood Energy Offshore LLC | VR 196 Lease G19760, VR 207 Lease G19761 | HALLIBURTON ENERGY SERV INC; ARENA ENERGY LP, ARENA OFFSHORE LP |
| 3/1/2001 | Joint Operating Agreement | JDA | Joint Development Agreement with Operating Agreement, dated March 1, 2001, between Union Oil Company of California, Vastar Offshore, Inc. and Panaco, Inc., parts of EB 161 and 205. | Union Oil Company of California, Vastar Offshore, Inc. and Panaco, Inc. | Fieldwood SD Offshore LLC | EB 161 Lease G02648 | - |
| 5/15/1992 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement | EC 331/332 Unit Agreement | Bureau of Ocean Energy Management | Fieldwood Energy LLC | EC 331 Lease G08658, EC 332 Lease G09478 | CAIRN ENERGY USA INC, CONTINENTAL LAND & FUR CO INC |
| 8/1/1997 | Unit Agreement and/or Unit Operating Agreement | UOA | EC 331/332 Unit Operating Agreement | - | Fieldwood Energy LLC | EC 331 Lease G08658, EC 332 Lease G09478 | CAIRN ENERGY USA INC, CONTINENTAL LAND & FUR CO INC |
| 8/1/1997 | Operating Agreement - | OA | OA by and between Mark Producing, Inc. as Operator and EP Operating Company and | Mark Producing, Inc. as Operator and EP | - | EC 332 Lease G09478 | CAIRN ENERGY USA INC, CONTINENTAL |

| | Other | | Non-Operartor | Operating Company and Non-Operartor | | | LAND & FUR CO INC |
|---|---|---|---|---|---|---|---|
| = | Operating Agreement - Other | OA | b/b Marathon, Amerada Hess, LL&E and Texas Eastern Coproation | Marathon, Amerada Hess, LL&E and Texas Eastern Coproation | = | HI A-550 Lease G04081 | TAMPNET INC |
| 7/25/1960 | Joint Operating Agreement | Operating Agreement | Operating Agreement, dated effective July 25, 1960, as amended, between Socony Mobil Oil Company, Inc., Gulf Oil Corporation, and Humble Oil & Refining Company, as amended, SS 169 Field. | Fieldwood Energy LLC and Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | SS 169 Lease 00820 | = |
| = | Marketing - Processing | Oil Connection Agreement | Oil Connection Agreement and Tenneco Oil Company, dated effective August 22, 1974, between Pure Transportation Company and Tenneco Oil Company, SS 168/169. | Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | SS 169 Lease 00820 | = |
| 4/19/1985 | Marketing - Processing | Condensate and Condensate Flash Vapors Measurement and Allocation Agreement | Condensate and Condensate Flash Vapors Measurement and Allocation Agreement, dated April 19, 1985, by and between Shell Oil Company, ANR Production Company, Unocal Oil Company of California, Tenneco Oil Company, Superior Oil Company, ARCO Oil and Gas Company, Mesa Petroleum Co., Corpus Christi Oil & Gas Company, ELP Aquitaine, Inc., TXP Operating Company and | Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | BA A-105 Lease G01757 | = |

| | | | Cities Service Oil and Gas Corporation, as Producers, and Transcontinental Gas Pipe Line Corporation, as Operator, as amended. | | | | |
|---|---|---|---|---|---|---|---|
| 1/1/1991 | Joint Operating Agreement | Offshore Operating Agreemetn | Offshore Operating Agreement, dated effective January 1, 1991, between The Northwestern Mutual Life Insurance Company, Hardy Oil & Gas USA Inc., and Unocal Exploration Corporation, covering BA A-105, less and except the NW/4: | Fieldwood Energy Offshore LLC and Fieldwood Energy LLC | Fieldwood Energy Offshore LLC | BA A-105 Lease G01757 | - |
| 7/7/1981 | Operating Agreement - Other | Compressor Installation and Operating Agreement | Compressor Installation and Operating Agreement, dated July 7, 1981, between Transcontinental Gas Pipeline, and Cities Service Company, Getty Oil Company and Sun Gas Company, whereby Transcontinental Gas Pipeline agrees to install gas compressor facilities on Brazos Area Block A-133 Field Platform. | Fieldwood Energy Offshore LLC and Fieldwood Energy LLC, W&T Energy IV, LLC | Fieldwood Energy Offshore LLC | BA A-133 Lease G02665 | - |
| 1/1/1997 | Operating Agreement - Other | Joint Operating Agreement | Joint Operating Agreement, dated effective January 1, 1997, between OXY USA Inc., as Operator, Texaco Exploration and Production Inc. and Sun Operating Limited Partnership, for Brazos Block A-133 | Fieldwood Energy Offshore LLC and Fieldwood Energy LLC, W&T Energy IV, LLC | Fieldwood Energy Offshore LLC | BA A-133 Lease G02665 | - |
| 5/1/1997 | Operating Agreement - | Amendment to Operating Agreement | Amendment to Operating Agreement, dated effective May 1, 1997, between GOM Shelf, | Fieldwood Energy Offshore LLC and | Fieldwood Energy | BA A-133 Lease G02665 | W & T ENERGY VI LLC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Other | | LLC, and ChevronTexaco and Kerr-McGee Oil & Gas Corporation, amending Exhibit "A" to reflect a new division of interest. | Fieldwood Energy LLC, W&T Energy IV, LLC | Offshore LLC | | |
| 2/1/1971 | Operating Agreement - Other | Operating Agreement | Operating Agreement, dated February 1, 1971, between Tenneco Oil Company and Texaco Inc. | Fieldwood Energy LLC, Fieldwood Energy Offshore, LLC and Tana Exploration Company | Fieldwood Energy Offshore LLC | EI 342 Lease G02319 | - |
| - | Operating Agreement - Other | Amendment to Operating Agreement | Amendment to Operating Agreement, dated effective May 1, 1974, between Tenneco Oil Company, Texaco Inc. and Tenneco Exploration II, Ltd., whereby Tenneco Exploration II became a party to, and ratified, the operating agreement. | Fieldwood Energy LLC, Fieldwood Energy Offshore, LLC and Tana Exploration Company | Fieldwood Energy Offshore LLC | EI 342 Lease G02319 | - |
| 10/1/2001 | Operating Agreement - Other | Joint Operating Agreement | Joint Operating Agreement, dated effective October 1, 2001, between Union Oil Company of California and Forest Oil Corporation, covering OCS-G I 198, South Marsh Island Block 66. | Fieldwood Energy LLC and Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | SM 66 Lease G01198 | - |
| 10/1/2001 | Operating Agreement - Other | Joint Operating Agreement | Joint Operating Agreement, dated effective October 1, 2001, between Union Oil Company of California and Forest Oil Corporation, covering OCS-G 2282, South Marsh Island Block | Fieldwood Energy LLC and Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | SM 132 Lease G02282 | - |

| | | | 132. | | | | |
|---|---|---|---|---|---|---|---|
| 10/1/2001 | Operating Agreement - Other | Joint Operating Agreement | Joint Operating Agreement, dated effective October 1, 2001, between Union Oil Company of California and Forest Oil Corporation, covering OCS-G 2589, South Marsh Island Block 137. | Fieldwood Energy LLC and Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | SM 137 Lease G02589 | - |
| 10/1/2001 | Operating Agreement - Other | Joint Operating Agreement | Joint Operating Agreement, dated effective October 1, 2001, between Union Oil Company of California and Forest Oil Corporation, covering OCS-G 16325, South Marsh Island Block 150. | Fieldwood Energy LLC and Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | SM 150 Lease G16325 | - |
| 10/1/2001 | Operating Agreement - Other | Joint Operating Agreement | Joint Operating Agreement, dated effective October 1, 2001, between Union Oil Company of California and Forest Oil Corporation, covering OCS-G 2588, South Marsh Island Block 136. | Fieldwood Energy LLC and Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | SM 136 Lease G 02588 | - |
| 4/1/1981 | Operating Agreement - Other | Unit Operating Agreement | Unit Operating Agreement, dated April 1, 1981, by and between Conoco Inc., Atlantic Richfield Company, Getty Oil Company, Cities Service Company, Placid Oil Company, Hamilton Brother Oil Company, Mobil Oil Exploration and Producing S.E., Inc., Gulf Oil Corporation, Hunt Oil Company, Highland Resources, Inc., Hunt Industries and Prosper Energy | Fieldwood Energy LLC and Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | SS 206 Lease G01522 SS 207 Lease G01523 | - |

| | | | Corporation, comprising all working interest owners in the Ship Shoal Blocks 206, 207, OCS-G 1523 and OCS-G 1523, respectively. | | | | |
|---|---|---|---|---|---|---|---|
| 5/1/1991 | Operating Agreement - Other | Operating Agreement | Operating Agreement, effective May 1, 1991, between Texaco Exploration and Production Inc., Mobil Oil Exploration & Producing Southeast Inc., Chevron Southeast Inc., Hunt Oil Company, The George R. Brown Partnership, Torch Energy Advisors Incorporated, Torch Operating Company, Express Acquisition Company, Hunt Industries, LTD., Hunt Petroleum Corporation, Lamar Hunt Trust Estate, Nelson Bunker Hunt Trust Estate, and JOC Venture, covering Lease OCS-G 1523 Ship Shoal Block 207, as amended. | Fieldwood Energy LLC and Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | SS 207 Lease G01523 | - |
| 11/1/1980 | Operating Agreement - Other | Operating Agreement | Operating Agreement, Main Pass Area, Blocks 77 and 78, Gulf of Mexico, dated effective November 1, 1980, between Gulf Oil Corporation, Texoma Production Company, The Anschutz Corporation, NICOR Exploration Company, and The Superior Oil Company, covering the federal Oil and Gas Lease OCS-G 4481, Blocks 77 and 78 Main Pass Area, Offshore Louisiana, a true copy of the | Fieldwood Energy LLC and Fieldwood Energy Offshore LLC | Fieldwood Energy Offshore LLC | MP 77/78 Lease G04481 | - |

| | | | original is recorded in C.O.B. 592, Folio 658, Plaquemines Parish, Louisiana. | | | | |
|---|---|---|---|---|---|---|---|
| 4/1/1976 | Joint Operating Agreement | Joint Operating Agreement | Operating Agreement eff. 4-1-76 as amended | = | Fieldwood Energy LLC | VR 261 Lease G03328 | = |
| 11/1/1980 | Joint Operating Agreement | Joint Operating Agreement | Operating Agreement, Main Pass Area, Blocks 77 and 78, Gulf of Meidco, dated effective November 1, 1980,between Gulf Oil Corporation, Texoma Production'Company, The Anschutz Corporation, NICOR Exploration Company, and The Superior Oil Company, covering the federal Oil and Gas Lease OCS-G 4481, Blocks 77>and78 Main Pass Area, Offshore Louisiana, a true copy of the original is recorded in C.O.B. 592, Folio 658, Plaquemines Parish, Louisiana. | Gulf Oil Corporation, Texoma Production Company, The Anschutz Corporation, NICOR Exploration Company, and The Superior Oil Company | Fieldwood Energy Offshore LLC | MP 77 Lease G04481 | = |
| 3/13/1962 | Operating Agreement - Other | Operating Agreement - Other | Operating Agreement dated 3/13/62 between The Pure Oil Company and The Ohio Oil Company | The Pure Oil Company and The Ohio Oil Company | Fieldwood Energy LLC | SS 253 Lease G01031 | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC |
| 4/1/1976 | Joint Operating | Joint Operating Agreement | Operating Agreement eff. 4-1-76 as amended | Orinoco Natural Resources | Fieldwood Energy LLC | VR 261 Lease G03328 | = |

|  |  | Agreement |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 1/1/1989 | Operating Agreement - Other | Operating Agreement - Other | CATCO OPERATING AGREEMENT BY AND BETWEEN CONOCO INC. AND ATLANTIC RICHFIELD COMPANY ET AL | Atlantic Richfield Company, Texaco Producing Inc., Canadianoxy Offshore Production Company and OXY USA Inc. | Fieldwood Energy Offshore LLC | SS 206 Lease G01522 | - |
| 6/11/1993 | Joint Operating Agreement | Joint Operating Agreement | Operating Agreement eff. 6-11-1993 b/b Samedan Oil Corporation and British Borneo Exploration Inc., et al | Samedan Oil Corporation and British Borneo Exploration Inc., et al | Fieldwood Energy Offshore LLC | VR 332 Lease G09514, VR 333 Lease G14417 | ANKOR E&P HOLDINGS CORPORATION, CANNAT ENERGY INC. |
| 8/16/1993 | Joint Operating Agreement | Joint Operating Agreement | Amendment to'Operating Agreement, dated August 16, 1993, between Express Acquisition Company and Torch EnergyAdvisors Inc. | Express Acquisition Company and Torch EnergyAdvisors Inc. | Fieldwood Energy Offshore LLC | SS 207 Lease G01523 | - |
| 1/21/1994 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement and/or Unit Operating Agreement | Unit Operating Agreement for the Viosca Knoll .252 Unit, by and between Samedan Oil Corporation, as Operator, and Continental Land &"Fur Co., Inc., dated effective January 21,1994. Preferential Right to Purchase - 15 Days. (Section 26.2) | Samedan Oil Corporation, as Operator, and Continental Land &"Fur Co., Inc., dated effective January 21,1994. Preferential Right to Purchase - 15 Days. (Section 26.2) | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/11/1994 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement and/or Unit Operating Agreement | Unit Agreement For Outer Continental Shelf Exploration, Development and Production Operations on theViosca Knoll 252 Unit designated Contract No. 754394013, by the Minerals Management Service, dated effective February 11, 1994, executed by Samedan Oil Corporation (as Unit Operator) and Chevron U.S.A. Inc.(as a working interest owner). | The Minerals Management Service, Samedan Oil Corporation and Chevron U.S.A. Inc. | _ | VK 251 Lease G10930, VK 340 Lease G10933 | _ |
| 6/6/1994 | Letter Agreement - UOA | Letter Agreement - UOA | Letter Agreement, dated June 6, 1994, whereby Chevron U.S.A. Inc. approves, adopts and recognizes the Unit Operating Agreement, dated January 21, 1994 for the Viosca Knoll 252 Unit | Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | _ |
| 6/9/1994 | Letter Agreement - Other Land | Letter Agreement - Other Land | Letter Agreement, dated June 9, 1994, by and between Chevron U.S.A. Inc., Samedan Oil Corporation and Continental Land & Fur Co., Inc. | Chevron U.S.A. Inc., Samedan Oil Corporation and Continental Land & Fur Co., Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | _ |
| 11/16/1994 | Joint Development / Venture / Exploration Agreements | Joint Development / Venture / Exploration Agreements | Joint Venture Development Agreement, dated November 16><1994, between Norcen.Explorer. Inc., Texaco Exploration and1 Production, Inc,, Industries, TheiGeorge R. Brown Partnership, JOC Venture, LamarHunt Trust Estate, Mobil Oil Exploration | Norcen.Explorer, Inc., Texaco Exploration and Production, Inc. Industries, The George R. Brown Partnership, JOC Venture, LamarHunt Trust Estate, Mobil Oil | Fieldwood Energy Offshore LLC | SS 206 Lease G01522, SS 207 Lease G01523 | _ |

| | | | SoProducingiSoutheast Inc.,-and Hunt Oil Company..covering all of Blocks 206 and 207 Ship ShOperating Agreementl Area. | Exploration | | | |
|---|---|---|---|---|---|---|---|
| 11/30/1994 | Joint Development / Venture / Exploration Agreements | Joint Development / Venture / Exploration Agreements | Amendment to Joint Venture Development Agreement, dated November'30,1994, between iNorcen Explorer,.'Inc., Texaco Exploration, and Production: Inc., Hunt Industries, The George.R..Brown Partnership. JOG Venture, Laniar Hunt Trust Estate, Mobil Oil Exploration &«Producing Southeast Inc., and Hunt Oil Company, covering all of Blocks 206 and 207 Ship ShOperating Agreementl Area. | iNorcen Explorer,.'Inc., Texaco Exploration, and Production: Inc., Hunt Industries, The George.R..Brown Partnership, JOG Venture, Laniar Hunt Trust Estate, Mobil Oil Exploration | Fieldwood Energy Offshore LLC | SS 206 Lease G01522, SS 207 Lease G01523 | - |
| 9/20/1995 | Operating Agreement - Other | Operating Agreement - Other | Operating Agreement eff. 9-20-95 b/b Samedan and Walter | Samedan and Walter | Fieldwood Energy LLC | VR 314 Lease G05438, VR 315 Lease G04215 | WALTER OIL & GAS CORPORATION |
| 7/7/1997 | Letter Agreement - Other Land | Letter Agreement, dated July 7, 1997, by and between Chevron U.S.A. Inc. and Samedan Oil Corporation,concerning of the OCSTG 10930 Well #1 in Viosca Knoll Block 251 to a proposed depth of 22,500' and certain earning and assignment provisions, more fully | Chevron U.S.A. Inc. and Samedan Oil Corporation | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | Williams Field Services | - |

| | | | described therein. | | | | |
|---|---|---|---|---|---|---|---|
| 11/18/1999 | Letter Agreement - UOA | Letter Agreement - UOA | Letter Agreement, dated November. 18, 1999, by and between Chevron U.S.A. tic. and Samedan Oil Corporatidri being a COPAS Amendment to Unit Operating Agreement for the Viosca Knoll 252 Unit concerning Subpart (i:) of Section m. "Overhead", andimade effective January 1,2000. | Chevron U.S.A. and Samedan Oil Corporation | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | - |
| 12/15/1999 | Letter Agreement - Other Land | Letter Agreement - Other Land | Letter Agreement, dated December 15, 1999, between Apache Corporation, Chevron U.S.A. Production Company, Kelley Oil Corporation, Key Production Company, Mobil Exploration & Producing U.S. Inc. and Sabco Oil and Gas Corporation, regarding the OCS-G 4481 #A-23 Well, Main Pass Block 77, Main Pass Block 151 Field, Offshore. LA. Note: only have Key's executed cop | Apache Corporation. Chevron U.S.A. Production Company, Kelley Oil Corporation, Key Production Company, Mobil Exploration & Producing U.S. Inc. and Sabco Oil and Gas Corporation | Fieldwood Energy Offshore LLC | MP 77 Lease G04481 | - |
| 8/5/2000 | Transfer Agreement & Notices | Transfer Agreement & Notices | Transfer of Ownership and Title Agreement, made and entered into August 5, 2000, by and between Bonray,Inc.: Energen Resources Corporation: Forcenergy Inc: Gardner Offshore Corporation: Guifstar Energy. Inc:: Gulfstream Energy Services, Inc.: | Bonray,Inc.: Energen Resources Corporation: Forcenergy Inc: Gardner Offshore Corporation: Guifstar Energy, | Fieldwood Energy Offshore LLC | MP 154 Lease G10902 | - |

| | | | Liberty Energy Gulf Corporation: Range Energy Ventures Corporation: and V.Saia Energy Interests, Inc., as Seller, to Range Resources Corporation and Chevron U.S.A. Inc., concerning the sale of the Main Pass Block 154 Platform "A" and the wells OCS-G 10902 No. A001 and OCS-G 10902 No. A002, all as more fully described in said document. | Inc: Gulfstream Energy Services. Inc.: Liberty Energy | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/23/2000 | Letter Agreement - Other Land | Letter Agreement - Other Land | Letter Agreement, dated October 23, 2000, between Range Resources Corporation and Chevron U.S.A. Inc.,entitled "Annual Reciprocity Notice Regarding Conveyance to Chevron U.S.A. Inc. of Main Pass Black 154, South and East Addition Platform "A" arid Two'Wells Thereon, Federal OCS, Offshore Alabama." | Range Resources Corporation and Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | MP 154 Lease G10902 | - |
| 12/8/2000 | Letter Agreement - Other Land | Letter Agreement - Other Land | Letter Agreement, dated December 8, 2000 (effective December 1, 2000), by and between Chevron U.S.A. Inc.and Williams Field Services - Gulf COperating Agreementst Company, L.P., whereby Chevron U.S.A. Inc. consents to an assignment by Williams Field Services - Gulf COperating Agreementst Company, L.P., to | Chevron U.S.A. Inc.and Williams Field Services - Gulf Coast Company, L.P. | Fieldwood Energy Offshore LLC | VK 340 Lease G10933 | - |

| | | | its affiliate, Williams Mobile Bay Producer Services, L.L.C. | | | | |
|---|---|---|---|---|---|---|---|
| 1/11/2001 | Letter Agreement - UOA | Letter Agreement - UOA | Letter, dated January 11, 2001, from the United States Department of the Interior, Minerals Management Serviceto Chevron U.S.A. Inc., approving the initial participating area plat and Exhibit C for the Viosca Knoll 252 Unit,Agreement No. 754394013, effective November 8, 2000 | United States Department of the Interior, Minerals Management Service, Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | - |
| 11/3/2001 | Letter Agreement - Other Land | Letter Agreement - Other Land | Letter Agreement, dated November 3, 2011, executed between Chevron U.S.A. Inc. (granting party) and Phoenix Exploration Company, I.P., Apache Corporation and Castex Offshore, Inc. (grantees), being a conditional consent to assign. | Chevron U.S.A. Inc., Phoenix Exploration Company, I.P. Apache Corporation and Castex Offshore, Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930 | - |
| 1/9/2002 | Letter Agreement - UOA | Letter Agreement - UOA | Letter, dated January 9, 2002, from the United States Department of the Interior, Minerals Management Service to Chevron U.S.A. Inc., approving a revision to the participating area plat and Exhibit C for the Viosca Knoll 252 Unit, Agreement No. 754394bl'3, effective December 1, 2001. | United States Department of the Interior, Minerals Management Service, Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | Williams Field Services |
| 3/1/2002 | Farmout | Farmout Agreement | Farmout Agmt. eff. 3-1-2002 b/b Samedan Oil Corporation | Samedan Oil Corporation | Fieldwood Energy | VR 332 Lease | ANKOR E&P HOLDINGS CORPORATION, |

| | Agreement | | (Farmor) and Pure Resources, L.P. (Farmee) | (Farmor) and Pure Resources, L.P. (Farmee) | Offshore LLC | G09514 | CANNAT ENERGY INC. |
|---|---|---|---|---|---|---|---|
| 3/31/2003 | Letter Agreement - UOA | Letter Agreement - UOA | Letter Agreement, dated March 31, 2003, between Chevron U.S.A. Inc., Sabco Oil and Gas Corporation, Apache Corporation, ExxonMobil Production Company, Key Production Company and Contour Energy Company regarding Second Opportunity to Participate - Election to Acquire^Non-Participating Interest, in the MP77 OCS-G 4481 A-6 TTPG, Project No. UWGHP-R3011, Cost Center UCP170500, Main Pass Block 77. Key Production Company election. | Chevron U.S.A. Inc., Sabco Oil and Gas Corporation, Apache Corporation, ExxonMobil Production Company, Key Production Company and Contour Energy Company | Fieldwood Energy Offshore LLC | MP 77 Lease G04481 | - |
| 3/25/2004 | Joint Development / Venture / Exploration Agreements | Joint Development / Venture / Exploration Agreements | Amendment to Joint Venture Development Agreement, dated. March 25, 2004 between Anadarko E 8t P Company LP: Chevron U.S.A. Inc.: Hunt Oil Company, Hunt Petroleum, the George,R. Brown Partnership LP, Offshore Investment ,Cov and the'Lamar Hunt Trust Estate,, whereby the Unit 'was expanded | Anadarko E&P Company LP | Fieldwood Energy Offshore LLC | SS 206 Lease G01522, SS 207 Lease G01523 | - |
| 5/28/2004 | Letter Agreement - | Letter Agreement - UOA | Letter, dated May 28, 2004, from the United States Department of the Interior, | United States Department of the Interior, | Fieldwood Energy | VK 251 Lease G10930, VK 340 | - |

| | UOA | | Minerals Management Service to Chevron U.S.A. Inc., approving a revision to the participating area plat and Exhibit Cfor theiViosca Knoll 252 Unit, Agreement No. 754394013, effective December 1, 2003. | Minerals Management Service, Chevron U.S.A. Inc. | Offshore LLC | Lease G10933 | |
|---|---|---|---|---|---|---|---|
| 8/1/2004 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement and/or Unit Operating Agreement | Amendment and Supplement to?Unit Operating Agreement for the Viosca Knoll 252 Unit, dated August 1,2004, by and between Chevron UiS.A. Inc. and-Noble Energy, Inc | Chevron UiS.A. Inc. and-Noble Energy, Inc | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | = |
| 8/24/2004 | Letter Agreement - Other Land | Letter Agreement - Other Land | Letter Agreement dated August 24, 2004, between Chevron U.S.A. Inc. and Williams Field Services- Gulf COperating Agreementst Company, L.P. | Chevron U.S.A. Inc. and Williams Field Services- Gulf Coast Company, L.P. | Fieldwood Energy Offshore LLC | BA A133 Lease G02665 | W & T ENERGY VI LLC |
| 10/14/2004 | Letter Agreement - Other Land | Letter Agreement - Other Land | Letter Agreement, dated October. 14, 2004, between Ghevron U.S.A. Inc. and Noble Energy,.Inc. concerning Production Handling Agreement Terin's, Viosca Knoll 251 "A' PlatfomvCadillacProspect and any Other Future Non-unit Production | Chevron U.S.A. Inc. and Noble Energy, Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | = |
| 11/18/2004 | Letter Agreement - Other Land | Letter Agreement - Other Land | Letter Agreement, dated November 18: 2004, between Chevron U.S.A. Inc. and Newfield Exploration Company. amendihg'the:terms of Letter Agreement•.dated October f4, | Newfield Exploration Company. Chevron U.S.A. Inc., Noble | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | = |

| | | | 2004, between Chevron U.S.A. Inc. and Noble Energy, Inc. concerning Production Handling Agreement Terms, Viosca knoll.251 "A" Platform, Cadillac Prospect and any Other Future Non-unit Production: | Energy, Inc. | | | |
|---|---|---|---|---|---|---|---|
| 1/25/2005 | Letter Agreement - Operating Agreement | Letter Agreement - Operating Agreement | Letter Agreement for the Operation and Ownership Transfer of Certain South Marsh Island Block 66 Facilities, dated effective January 25, 2005, between Transcontinental Gas Pipeline Corporation,:as Seller> and Union Oil "Company-of California and Forest Oil Corporation, as Purchasers, for facilities and pipeline associated with "A" and "C" Platforms'. NEVER CONSOMATED. | Transcontinental Gas Pipeline Corporation, Union Oil Company of California and Forest Oil | Fieldwood Energy Offshore LLC | SM 66 Lease G01198 | - |
| 2/1/2005 | Letter Agreement - UOA | Letter Agreement - UOA | Letter Agreement, dated February 1, 2005, between Union Oil Company of California and Forest Oil , covering OCS-G 2589, South Marsh Island Block 137, asthe Unit Operating Agreement for South Marsh Island Block 137 Unit, identified as Unit Agreement No. 14-08-001-20237, replacing and superseding, effective October 1, 2001, that certain Unit Operating Agreement dated January 1,1989 between Conoco Inc., Texaco Producing Inc. and | Union Oil Company of California and Forest Oil | Fieldwood Energy Offshore LLC | SM 137 Lease G02589 | - |

| | | | CanadianOXY Offshore Production Company. | | | | |
|---|---|---|---|---|---|---|---|
| 11/1/2005 | Other Misc. | Other Misc. | Partitiion and Redemption Agmt. dated 11-1-2005 b/b Northstar Gulfsands, LLC and Gulfsands Petroleum USA, Inc. | Northstar Gulfsands, LLC and Gulfsands Petroleum USA. Inc. | Fieldwood Energy Offshore LLC | VR 332 Lease G09514 | ANKOR E&P HOLDINGS CORPORATION. CANNAT ENERGY INC. |
| 11/7/2005 | Unit Agreement and/or Unit Operating Agreement | Unit Agreement and/or Unit Operating Agreement | Amendment to Unit Agreement, Viosca Knoll Block 252 Unit, Contract No. 754394013, dated November 7, 2005 (effective November 1, 2005) as approved by the Minerals Management Service by letter dated January 10,2007, but made effective November 8, 2006, replacing Exhibits "A", "B" and "C" and Article 13.1 in its entirety (reduction of Unit Area) | Minerals Management Service | - | VK 251 Lease G10930, VK 340 Lease G10933 | - |
| 12/20/2005 | Confidentiality Agreements / AMI and Related Consents | Confidentiality Agreements / AMI and Related Consents | Letter Agreement, dated December 20, 2005, between Noble Energy, Inc. and Ghevron U.S.A. Inc., being a consent.to.disclose confidential data | Noble Energy. Inc. and Ghevron U.S.A. Inc., being a consent.to.disclose confidential data | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | - |
| 1/19/2006 | Letter Agreement - Other Land | Letter Agreement - Other Land | Letter Agreement, - dated January 19, 2006, between BP Exploration & Production Inc. and Union Oil Company of California: | BP Exploration & Production Inc. and Union Oil Company of California | Fieldwood SD Offshore LLC | EB 158 Lease G02645, EB 159 Lease G02646, EB 160 Lease G02647, EB 161 Lease G02648 | APACHE DEEPWATER LLC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/30/2006 | Farmout Agreement | Farmout Agreement | Farmout Agreement, dated effective October 30, 2006, between Chevron U.S.A. Inc., as-Farmor, and Mariner Energy Resources, Inc., as farmee, covering S/2 of SM 149 (OCS-G 2592) and S/2 of SM 150 (005-016325) and limited to depths from the surface to the stratigraphic equivalent of 100' below the deepest depth drilled in the #1 Well as proposed. | Chevron U.S.A. Inc., as-Farmor, and Mariner Energy Resources, Inc., as farmee | Fieldwood Energy Offshore LLC | SM 149 Lease G02592, SM 150 Lease G16325 | - |
| 1/10/2007 | Letter Agreement - UOA | Letter Agreement - UOA | Letter dated January 10, 2007, from the United States Department of the Interior, Minerals Management Service to Chevron U.S.A. Inc., approving a revision Exhibits "A", "B" and "C" reflecting a change in the Unit Area due to contraction provisions in the Viosca Knoll 252 Unit, Agreement No. 754394013. | United States Department of the Interior, Minerals Management Service, Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | - |
| 5/14/2008 | Other Notices | Other Notices | Final Notification Letter Memo-Well Payout, elated May 14, 2008, EB 160 #A-13 well paid out on March 3, 2008. | BP E&P | Fieldwood SD Offshore LLC | EB 160 Lease G02647 | - |
| 2/15/2009 | Farmout Agreement | Farmout Agreement | Farmout Agreement dated February 15, 2009 between SPN Resources LLC and Moreno Offshore Resources, L.L.C., Farmors, and Houston Energy, L.P., Farmee | SPN Resources LLC and Moreno Offshore Resources, L.L.C., Farmors, and Houston Energy, L.P., Farmee | Fieldwood Energy SP LLC | SS 252 Lease G01529 | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY |

| | | | | | | | PARTNERS, LLC |
|---|---|---|---|---|---|---|---|
| 3/30/2009 | Property Participation & Exchange Agreements | Property Participation & Exchange Agreements | Participation Agreement dated March 30, 2009 between Helis Oil & Gas Company, L.L.C. , et al and Challenger Minerals Inc. | Helis Oil & Gas Company, L.L.C. , et al and Challenger Minerals Inc. | Fieldwood Energy SP LLC | SS 252 Lease G01529 | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC |
| 3/30/2009 | Joint Operating Agreement | Joint Operating Agreement | Offshore Operating Agreement dated March 30 2009 between Helis Oil & Gas Company, L.L.C., Operator, and Houston Energy, LP, et al. Non-operators: as Ratified and Amended by Ratification And Amendment of Operating Agreement dated March 16, 2012 | Helis Oil & Gas Company, L.L.C., Operator, and Houston Energy, LP, et al, Non-operators | Fieldwood Energy SP LLC | SS 252 Lease G01529 | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC |
| 3/30/2009 | Operating Agreement - Other | Operating Agreement - Other | Memorandum of Offshore Operating Agreement and Financing Agreement dated March 30, 2009 between Helis Oil & Gas Company, L.L.C. et al | Helis Oil & Gas Company, L.L.C. et al | Fieldwood Energy LLC; Fieldwood Energy SP LLC | SS 252 Lease G01529 | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC |
| 6/3/2011 | Other Notices | Other Notices | Apache Notice Letter, dated June 3, 2011, non-consented EB 159 #A-9 Well, Thru Tubing Gravel Pack GM 2-2. | Apache | Fieldwood SD Offshore LLC | EB 159 Lease G02646 | APACHE DEEPWATER LLC |

| 11/3/2011 | Letter Agreement - Other Land | Letter Agreement - Other Land | Letter Agreement, dated November 3, 2011, executed between Chevron U.S.A. Inc. (granting party) and Phoenix Exploration Company, LP, Apache Corporation and Castex Offshore, Inc. (grantees), being a conditional consent to assign. | Chevron U.S.A. Inc., Phoenix Exploration Company, LP, Apache Corporation and Castex Offshore, Inc. | Fieldwood Energy Offshore LLC | VK 340 Lease G10933 | - |
|---|---|---|---|---|---|---|---|
| 3/20/2012 | Other Notices | Other Notices | Chevron's Notice to Apache Letter, dated March 20, 2012, EB 159 #A-I5 Well (GM-2-2 Sand) conductor removal. | Chevron U.S.A. Inc, Apache Corporation | Fieldwood SD Offshore LLC | EB 159 Lease G02646 | APACHE DEEPWATER LLC |
| 4/27/2012 | Other Handling / Stabilization Agreements | Other Handling / Stabilization Agreements | Production Handling Agreement dated August 1, 2009 between SPN Resources, LLC and Moreno Offshore Resources, L.L.C., Platform Owners, and Helis Oil & Gas Company, L.L.C., et al, Producers; as amended by agreement on April 27, 2012. | SPN Resources, LLC and Moreno Offshore Resources, L.L.C., Platform Owners, and Helis Oil & Gas Company, L.L.C., et al, Producers | Fieldwood Energy SP LLC | SS 252 Lease G01529 | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LP, HOUSTON ENERGY LLC, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC |
| 5/2/2012 | Confidentiality Agreements / AMI and Related Consents | Confidentiality Agreements / AMI and Related Consents | Letter, dated May 2, 2012 between Newfield Exploration Company and Chevron U.S.A. Inc., being a waiver of confidentiality provision grant by Chevron in favor of Newfield; | Newfield Exploration Company and Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930, VK 340 Lease G10933 | - |
| 4/28/2014 | Letter Agreement - Other Land | Letter Agreement - Other Land | Letter Agreement, dated April 28, 2014, between Chevron U.S.A. Inc. and Samson Contour Energy E&P, LLC, regarding Main Pass 77 Oil | Chevron U.S.A. Inc. and Samson Contour Energy E&P, LLC, regarding Main Pass 77 Oil | Fieldwood Energy Offshore LLC | MP 77 Lease G04481 | - |

| | | | Imbalance Claim | Imbalance Claim | | | |
|---|---|---|---|---|---|---|---|
| 5/16/2014 | Termination / Ratification and Joinder of Operating or Other Agreements | Termination / Ratification and Joinder of Operating or Other Agreements | Terminates Farmouts dated 05.01.13 and 06.01.13 | Houston Energy, L.P. | Fieldwood Energy SP LLC | SS 252 Lease G01529 | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC |
| 6/1/2014 | Acquisition / PSA / Other Purchase or Sale Agreements | Acquisition / PSA / Other Purchase or Sale Agreements | by and between Fieldwood Energy Offshore LLC, NW Pipeline, Inc. and Northwestern Mutual Life Ins. Co:HIPS 13-III | Northwestern Mutual Life Ins. Co: NW Pipeline, Inc. | Fieldwood Energy Offshore LLC | HI A-573 Lease G02393, HI A-382 Lease G02757, HI A-572 Lease G02392, HI A-595 Lease G02721, HI A-596 Lease G02722, HI A-531 Lease G02696, BA A-105 Lease G01757, WC 163 Lease G05299 | ERA HELICOPTERS INC. |
| 8/1/2015 | Acquisition / PSA / Other Purchase or Sale Agreements | Acquisition / PSA / Other Purchase or Sale Agreements | by and between Fieldwood Energy Offshore LLC and Chevron U.S.A. Inc. : MP 77, 78 and VK 251, 252, 340 Fields | Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | MP 77, 78 and VK 251, 252, 340 Fields Lease G04481, MP 77, 78 and VK 251, 252, 340 Fields Lease G10930, MP 77, 78 and VK 251, 252, 340 Fields Lease | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | G10933 | |
| 9/16/2015 | Withdrawal Agreement | Withdrawal Agreement | by and between Fieldwood Energy LLC and JOC Venture: JOC Venture withdrawal | JOC Venture | Fieldwood Energy LLC | SS 207 Lease G01523 | - |
| 8/1/2016 | Letter Agreement - UOA | Letter Agreement - UOA | by and between Fieldwood Energy Offshore LLC and Chevron U.S.A. Inc.: RUE No. OCS-G 22052 for MP 154 surface wells used as disposal wells for VK 252 Unit | Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 251 Lease G10930 | - |
| 8/4/2016 | Other Misc. | Other Misc. | by and between Fieldwood Energy Offshore LLC and Chevron U.S.A. Inc.: submitted new RUE to rpelace OCS -G 22052, consent by chevron to issuance of new RUE | Chevron U.S.A. Inc. | Fieldwood Energy Offshore LLC | VK 340 Lease G10933 | - |
| 8/1/1987 | Operating Agreement - Other | Operating Agreement - Other | OA by and between Mark Producing, Inc. as Operator and EP Operating Company and Non-Operartor | Mark Producing, Inc. as Operator and EP Operating Company and Non-Operartor | - | EC 332 Lease G09478 | CAIRN ENERGY USA INC, CONTINENTAL LAND & FUR CO INC |
| 3/27/1968 | Operating Agreement - Other | Operating Agreement - Other | OA by and between Mobill Oil Corporation and Union Oil Company of California | Mobill Oil Corporation and Union Oil Company of California | - | BA A102 Lease G01754 | - |
| 5/1/1988 | Operating Agreement - Other | Operating Agreement - Other | Offshore Operating Agreement entered into May 1, 1988 by and between ELF Aquitaine Operating Inc. as Operator and Plumn Offshore, Inc. and TXP | ELF Aquitaine Operating Inc. as Operator and Plumn Offshore, Inc. and TXP | - | EI 342 Lease G02319 | TANA EXPLORATION COMPANY LLC |

| | | | Operating Company as Non-Operators | Operating Company as Non-Operators | | | |
|---|---|---|---|---|---|---|---|
| 2/18/2000 | Operating Agreement - Other | Operating Agreement - Other | b/b Chevron and Samedan | Chevron and Samedan | = | VK 113 Lease G16535 | CHEVRON USA INC, EPL OIL & GAS, LLC |
| 11/28/1979 | Operating Agreement - Other | Operating Agreement - Other | McMoRan et al | McMoRan et al | = | HI A-446 Lease G02359 | = |
| 1/1/2017 | Withdrawal Agreement | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate: Withdrawal Letter Agreement dated 6-15-2017 but effective 1/1/2017 | Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate | Fieldwood Energy Offshore LLC | SS 206 Lease G01522 | = |
| 1/1/2017 | Withdrawal Agreement | Withdrawal Agreement | by and between Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate: Withdrawal Letter Agreement dated 6-15-2017 but effective 1/1/2017 | Fieldwood Energy Offshore LLC and Lamar Hunt Trust Estate | Fieldwood Energy Offshore LLC | SS 207 Lease G01523 | = |
| 8/12/2019 | Marketing - Lease of Platform Space | Marketing - Lease of Platform Space | TAM102-LOPS-1 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | BA A105 Lease G01757 | ERA HELICOPTERS INC., TAMPNET INC |
| 8/12/2019 | Marketing - Lease of Platform Space | TAM102-LOPS-15 by and between Fieldwood and TAMPNET and TAMPNET | Fieldwood and TAMPNET and TAMPNET | Fieldwood Energy LLC | SS 207 Lease G01523, SS 216 Lease G01524 | SS 207 Lease G01523, SS 216 Lease G01524 | = |
| 8/12/2019 | Marketing - Lease of Platform | Marketing - Lease of Platform Space | TAM102-LOPS-22 by and between Fieldwood and | Fieldwood and TAMPNET and | Fieldwood Energy LLC | VR 315 Lease G04215 | ANKOR E&P HOLDINGS CORPORATION. |

| | Space | | TAMPNET and TAMPNET | TAMPNET | | | CANNAT ENERGY INC. |
|---|---|---|---|---|---|---|---|
| 3/1/2000 | Marketing - Gathering | Marketing - Gathering | Gas gathering agreement between Chevron U.S.A. production Company and Samedan Oil Company as Producer and Shell Offshore Inc. and Amoco Production Company as Processor (considered PHA) for VK 251 | Chevron U.S.A. production Company and Samedan Oil Company as Producer and Shell Offshore Inc. and Amoco Production Company as Processor | - | VK 251 Lease G10930 | Williams Field Services |
| 6/14/2000 | Marketing - Lease of Platform Space | Marketing - Lease of Platform Space | WIL174 OP&MN FEE-VK251A by and between Fieldwood and WILLIAMS FIELD SERVICES and WILLIAMS FIELD SERVICES | Fieldwood and WILLIAMS FIELD SERVICES and WILLIAMS FIELD SERVICES | Fieldwood Energy LLC | VK 251 Lease G10930 | Williams Field Services |
| 6/14/2000 | Marketing - Gathering | Marketing - Gathering | Gas Gathering Agreement by and between Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC | VK 251 Lease G10930 | Williams Field Services |
| 6/14/2000 | Marketing - Gathering | Marketing - Gathering | Gas Gathering Agreement by and between Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC and Carbonate Trend and Carbonate Trend | Fieldwood Energy LLC | VK 251 Lease G10930 | Williams Field Services |
| 1/1/2001 | Marketing - Gathering | Marketing - Gathering | Measurement and Allocation of Condensate by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G02665, BA 491 Lease G06069 | ERA HELICOPTERS INC., TAMPNET INC |

| | | | Company LLC | Transcontinental Gas Pipe Line Company LLC | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2014 | Marketing - Transportation | Marketing - Transportation | Injected and Retrograde Condensate Transportation and Btu Reduction Make-up Agreement by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Company LLC and Transcontinental Gas Pipe Line Company LLC | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G02665, BA 491 Lease G06069 | ERA HELICOPTERS INC., TAMPNET INC |
| 9/27/1993 effective 11/1/1993 | Marketing - Transportation | Marketing - Transportation | Liquid Transpotation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G02665, BA 491 Lease G06069, GA 210 Lease G25524, HI 179 Lease G03236, HI 206 Lease G20660, WC 110 Lease 81, SS 354 Lease G15312, VR 78 Lease G04421 | ERA HELICOPTERS INC., TAMPNET INC |
| 11/1/2007 | Marketing - Transportation | Marketing - Transportation | Liquid Transpotation by and between Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC and Transcontinental Gas Pipe Line Corporation and Transcontinental Gas Pipe Line Corporation | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G02665, BA 491 Lease G06069, GA 210 Lease G25524, HI 179 Lease G03236, HI 206 Lease | ERA HELICOPTERS INC., TAMPNET INC |

| | | | | | | G20660, WC 110 Lease 81, VR 78 Lease G04421 | |
|---|---|---|---|---|---|---|---|
| 1/22/2013 | Marketing - Transportation | Marketing - Transportation | Liquid Transpotation by and between Fieldwood Energy LLC and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) | Fieldwood Energy LLC and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas Pipe Line Corporation) and Transcontinental Gas Pipeline Company, LLC (formerly Transcontinental Gas | Fieldwood Energy LLC | BA A105 Lease G01757, BA A133 Lease G02665, BA 491 Lease G06069, GA 210 Lease G25524, HI 179 Lease G03236, HI 206 Lease G20660, WC 110 Lease 81, VR 78 Lease G04421 | ERA HELICOPTERS INC., TAMPNET INC |
| 2/1/2004 | Marketing - Processing | Marketing - Processing | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | BA A105 Lease G01757 | ERA HELICOPTERS INC., TAMPNET INC |
| 9/1/2004 | Marketing - Processing | Marketing - Processing | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC and Williams Field Services and Williams Field Services | Fieldwood Energy LLC | BA A105 Lease G01757 | ERA HELICOPTERS INC., TAMPNET INC |
| 8/1/2004 | Marketing - Processing | Marketing - Processing | PTR KEEP WHOLE -fee=$.06 /MMBtu - no liquids received by and between Fieldwood Energy | Fieldwood Energy LLC and Williams Field | Fieldwood Energy LLC | BA A133 Lease G02665 | W & T ENERGY VI LLC |

| | | | LLC and Williams Field Services and Williams Field Services | Services and Williams Field Services | | | |
|---|---|---|---|---|---|---|---|
| 1/1/1994 | Marketing - Connection Agreement | Marketing - Connection Agreement | Tie in Agreement between ForceEnergy Gas Exploration, Inc. and Shell Oil Company | ForceEnergy Gas Exploration, Inc. and Shell Oil Company | - | SM132 Lease G02282, SM 149 Lease G02592 | - |
| 12/1/2012 | Marketing - Construction, Operations, Management, Ownership Agreements | Marketing - Construction, Operations, Management, Ownership Agreements | Owners constructed and own the Lateral Line which is used to connect Gas supplies in the High Island Area to s trunk pipelinesystem owned hy High Island Offshore System. Theis Agreement sets forth Operator and Owners rights and responsibilities with respe by and between Fieldwood Energy Offshore LLC and and | Sandridge Offshore, LLC, Enterprise GTM Offshore Operating Company, LLC | Fieldwood Energy Offshore LLC | EB 160 Lease G02647, EB 165 Lease G06280 | WALTER OIL & GAS CORPORATION |
| 2/23/2017 | Marketing - Pipeline Transport | Marketing - Pipeline Transport | Stingray Precedent Agreement by and between Stingray Pipeline Company L.L.C. and Fieldwood Energy LLC | Stingray Pipeline Company L.L.C. and Fieldwood Energy LLC | Fieldwood Energy LLC | n.a., n.a., n.a., n.a. | - |
| 6/1/2009 | Ownership & Partnership Agreements | Owners Agreement | Owners Agreement between the owners of the High Island Pipeline System<br><br>Covers ROW G05150: HIPS Segments II-IV (SN 6597) and II-V (SN 6923).<br><br>ROW is currently in Panther Operating's name, but will be assigned to Fieldwood IV as owner of the ROW under the | Chevron Pipe Line Company, owners of the High Island Pipeline System | Fieldwood Energy Offshore LLC | EB 158 / EB 159 / EB 160 / EB 161 | - |

|  |  |  | agreement. |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 6/1/2015 | Marketing - Construction, Operations, Management, Ownership Agreements | Operating and Management Agreement Panther Operating Company (Third Coast) | Operator to perform the physical operations, maintenance, and repair of the System, as well as the management and administrative functions for the System by and between Fieldwood Energy LLC and Panther Operating Company, LLC (Third Coast Midstream) and Panther Operating Company, LLC (Third Coast Midstream) Covers ROW G05150: HIPS Segments II-IV (SN 6597) and II-V (SN 6923). ROW is currently in Panther Operating's name, but will be assigned to Fieldwood IV as owner of the ROW under the agreement. | The The Owners of the High Island Pipeline System (Collectively the "HIPS Owners") | Fieldwood Energy Offshore LLC | EB 158 / EB 159 / EB 160 / EB 161 | - |
| 3/30/2010 | Elections | Elections | Ship ShOperating AgreementI 252 Marketing Election Letter dated March 30, 2010 (Helis Oil & Gas Company, L.L.C.) | Ship Shoal 252 Marketing Election Letter dated March 30, 2010 (Helis Oil & Gas Company, L.L.C.) | Fieldwood Energy SP LLC | SS 252 Lease G01529 | BADGER OIL CORPORATION, CL&F RESOURCES LP, HELIS OIL & GAS COMPANY LLC, HOUSTON ENERGY LP, HOUSTON ENERGY HOLDINGS, LLC, SANARE ENERGY PARTNERS, LLC |

**<u>Exhibit F</u>**

**Redline of Leases, Rights of Way and Rights of Use and Easement Related to Purchased Oil & Gas Lease Interests**

## Purchased Oil & Gas Lease Interests[*]

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[†] |
|-------|-------|------|--------|-------------|-------------------|----------|-----|--------------|---------|
| BS 25 | G31442 | Federal | RT | 2/1/2008 | 2,079 | Tana Exp | 25% | UNIT | |
| BS 25 | SL19718 | SL-LA | WI | 7/9/2008 | 154 | Tana Exp | 25% | Active | |
| BS 45 | SL15683 | SL-LA | WI A | 4/14/1997 | – | Southern Oil of Louisiana | 38% | UNIT | [2] |
| BS 52 | SL17675 | SL-LA | WI A | 12/16/2002 | – | Southern Oil of Louisiana | 38% | UNIT | [3] |
| BS 52 | SL17860 | SL-LA | WI | 8/18/2003 | – | Southern Oil of Louisiana | 15% | UNIT | |
| EC 345 | G15156 | Federal | ORRI | 8/1/1995 | 2,500 | Talos ERT | 1% | PROD (production ceased 4/28/20) | |
| EW 1009 | G34878 | Federal | RT | 8/1/2013 | 5,760 | Fieldwood En | 50% | UNIT | |

[*] The Debtors and the Consenting FLTL Lenders reserve the right to amend, modify, or supplement this schedule subject to any consent rights under the Restructuring Support Agreement.

[1] Represents leases in which the Credit Bid Purchaser is to acquire all of the Debtors' right, title and interest in such lease (less and except the right, title and interest acquired by FWE from Apache and/or held by GOM Shelf); as to all remaining leases on this schedule (except those referenced in footnotes [5]-[7] below), the Credit Bid Purchaser is to obtain all of the Debtors' right, title and interest in such leases.

[2] This lease has different ownership in 4 different portions, and a Seller (Fieldwood Offshore) has a working interest (37.5%) in only one of these 4 portions.

[3] This lease has different ownership in 3 different portions, and a Seller (Fieldwood Offshore) has a working interest (37.5%) in only one of these 3 portions.

[4] Fieldwood Energy Offshore has two ORRIs: a 1.225% ORRI from assignment filed with BOEM 2/09/2015 and another 3.43% (or 49% of 7%) ORRI that is granted each year.  However, as to the SS 005 ST01 well, its combined ORRI is only 3.92% until 5.8 million barrels of oil equivalent from this well.

[5] The Credit Bid Purchaser is to acquire only the Debtors' overriding royalty interests in the block and the Debtor's record title solely as to the WS/2 and SENW/4 of the block. The record title and the Debtors' operating rights solely as to the NE/4 of the block are to be abandoned.

[6] FWE I is to acquire solely the operating rights as to the NE/4 of this block; the Credit Bid Purchaser is to obtain the Debtors' overriding royalty interest in this lease; and the Debtors' remaining interests in this lease are to be abandoned.

[7] Represents leases where the Credit Bid Purchaser is to acquire solely the Debtors' overriding royalty interests; the Debtors' remaining interests in these leases are to be abandoned.

Legend:  OP 1- Operating Rights 1; OP 2 - Operating Rights 2; OP 3 - Operating Rights 3; OP 4 - Operating Rights 4; OP 5 - Operating Rights 5; OP 6 - Operating Rights 6; ORRI - Overriding Royalty Interest; RT A - Record Title A; RT B - Record Title B; WI - Working Interest; WI A - Working Interest A

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[†] |
|-------|-------|------|--------|-------------|-------------------|----------|-----|--------------|---------|
| EW 1010 | G34879 | Federal | RT | 8/1/2013 | 5,760 | Fieldwood En | 50% | UNIT | |
| EW 1011 | G34880 | Federal | RT | 8/1/2013 | 1,500 | Fieldwood En | 50% | UNIT | |
| EW 789 | G35805 | Federal | ORRI | 7/1/2016 | 5,760 | Walter O&G | 1% | UNIT | |
| EW 790 | G33140 | Federal | OP 1 | 7/1/2009 | 5,753 | Fieldwood En | 100% | UNIT | |
| EW 790 | G33140 | Federal | OP 2 | 7/1/2009 | 5,753 | Fieldwood En | 100% | UNIT | |
| EW 790 | G33140 | Federal | ORRI | 7/1/2009 | 5,753 | Walter O&G | 1% | UNIT | |
| EW 790 | G33140 | Federal | ORRI | 7/1/2009 | 5,753 | Walter O&G | 1% | UNIT | |
| EW 828 | G35806 | Federal | RT | 6/1/2016 | 3,731 | Fieldwood En Off | 100% | PRIMARY | |
| EW 834 | G27982 | Federal | ORRI | 7/1/2006 | 5,760 | Walter O&G | 1% | UNIT | |
| EW 835 | G33707 | Federal | ORRI | 5/1/2010 | 364 | Walter O&G | 1% | UNIT | |
| GC 039 B | G36476 | Federal | RT | 9/1/2013 | 450 | Fieldwood En | 50% | PRIMARY | |
| GC 040 | G34536 | Federal | RT | 11/1/2012 | 5,760 | Fieldwood En | 50% | UNIT | |
| GC 041 | G34537 | Federal | RT | 10/1/2012 | 1,783 | Fieldwood En | 50% | UNIT | |
| GC 064 | G34539 | Federal | RT | 8/1/2012 | 5,760 | Fieldwood En Off | 49% | PROD | |
| GC 065 | G05889 | Federal | OP | 7/1/1983 | 5,760 | Fieldwood En Off | 49% | UNIT | |
| GC 108 | G14668 | Federal | OP | 7/1/1994 | 5,760 | Fieldwood En Off | 49% | UNIT | |
| GC 109 | G05900 | Federal | OP | 7/1/1983 | 5,760 | Fieldwood En Off | 49% | UNIT | |
| GC 153 | G36814 | Federal | RT | 11/1/2019 | 5,760 | Fieldwood En | 100% | PRIMARY | |
| GC 198 | G36021 | Federal | RT | 6/1/2017 | 5,760 | Fieldwood En Off | 100% | PRIMARY | |
| GC 200 | G12209 | Federal | OP | 5/1/1990 | 5,760 | Fieldwood En Off | 53% | UNIT | |
| GC 200 | G12209 | Federal | RT | 5/1/1990 | 5,760 | Fieldwood En Off | 100% | UNIT | |
| GC 201 | G12210 | Federal | ORRI | 5/1/1990 | 5,760 | LLOG Exp Off | 5% | UNIT | [5] |
| GC 201 | G12210 | Federal | RT | 5/1/1990 | 5,760 | Fieldwood En Off | 100% | UNIT | [5] |
| GC 238 | G26302 | Federal | ORRI | 7/1/2004 | 5,760 | Talos ERT | 3% | PROD | |
| GC 238 | G26302 | Federal | OP | 7/1/2004 | 5,760 | BHP Billiton Pet GOM | 40% | PROD | |

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[†] |
|---|---|---|---|---|---|---|---|---|---|
| WD 96 | G01498 | Federal | RT | 12/1/1966 | 3,665 | GOM Shelf | 25% | PROD | [1] |
| WD 96 | G01498 | Federal | OP 1 | 12/1/1966 | 3,665 | BP E&P | 25% | PROD | [1] |
| WD 96 | G01498 | Federal | OP 2 | 12/1/1966 | 3,665 | GOM Shelf | 25% | PROD | [1] |
| - | 5749 | SL-TX | WI | - | - | Fieldwood SD Offshore | 100% | UNIT | |
| - | 5797 | SL-TX | WI | - | - | Fieldwood SD Offshore | 100% | TERMIN~~ATE D~~ | |
| - | 23017 | SL-MS | ORRI | | | Tellus Operating Group LLC | 1% | UNIT | |
| - | 24318 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |
| - | 106158 | SL-TX | WI | - | - | Fieldwood Energy Offshore LLC | 100% | TERMIN | |
| - | 106159 | SL-TX | WI | - | - | Fieldwood Energy Offshore LLC | 100% | TERMIN | |
| - | 114921 | SL-TX | WI | - | - | Fieldwood Energy Offshore LLC | 100% | TERMIN | |
| - | 170650 | SL-MS | ORRI | | | Whiting Oil & Gas | 1% | UNIT | |
| - | 172915 | SL-TX | WI | - | - | Fieldwood SD Offshore | 100% | ~~ACTIVE~~TER MIN | |
| - | 172916 | SL-TX | WI | - | - | Fieldwood SD Offshore | 100% | ~~ACTIVE~~TER MIN | |
| - | 178537 | SL-TX | WI | - | - | Fieldwood | 100% | TERMINATE D | |
| - | 183756 | SL-TX | WI | - | - | Fieldwood | 100% | TERMINATE D | |
| - | 185633 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |
| - | 186891 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | ~~ACTIVE~~TER MIN | |

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note† |
|-------|-------|------|--------|-------------|-------------------|----------|----|--------------|-------|
| - | 191681 | SL-TX | WI | - | - | Fieldwood SD Offshore | 100% | ~~ACTIVE~~TER MIN | |
| - | 207398 | SL-TX | WI | - | - | Fieldwood | 90% | ~~ACTIVE~~TER MIN | |
| - | 227360 | SL-TX | WI | - | - | Fieldwood Onshore | 74% | ~~ACTIVE~~TER MIN | |
| - | 230140 | SL-MS | ORRI | | | Black Jack Oil Co Inc | 1% | UNIT | |
| - | 230150 | SL-MS | ORRI | | | Wilcox Energy Co | 1% | UNIT | |
| - | 231240 | SL-MS | ORRI | | | Wilcox Energy Co | 1% | UNIT | |
| - | 234082 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |
| - | 255675 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |
| - | 5752 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |
| - | 140960 | SL-TX | WI | - | - | Fieldwood SD Offshore | 100% | TERMINATE D | |
| - | 165888 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |
| - | 186892 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |
| - | 176012 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |
| - | 179673 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |
| - | 188919 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |
| - | 188921 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |
| - | 269151 | SL-TX | WI | - | - | Fieldwood Onshore | 100% | TERMINATE D | |

## Credit Bid Purchaser ROW

| SEGMENT NUMBER | COMPANY NAME | ORG AREA | ORG BLOCK | ORG NAME | REC AREA | REC BLOCK | REC NAME | SIZE | PRODUCT | STATUS | ROW NUMBER | FW LEASE | NOTE[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20200 | Fieldwood Energy, LLC | GC | 39 | K2 SUTA | GC | 40 | K1 SUTA | 5 | UBEH | Active | G29427 | G34966 | |
| 20202 | Fieldwood Energy, LLC | GC | 40 | K1 PLET | ST | 308 | A | 8 | BLKO | ~~Proposed~~Active | G29427 | G34966 | |
| 20203 | Fieldwood Energy, LLC | GC | 40 | K1 PLET | ST | 308 | Start Up Flange | 12 | CSNG | ~~Proposed~~Active | G29427 | G34966 | |
| 8255 | Fieldwood Energy Offshore LLC | GC | 65 | A | GC | 19 | A | 12 | OIL | ~~Out of Service~~Active | G09349 | G05889 | |
| 11260 | Fieldwood Energy Offshore LLC | GC | 65 | A | GC | 19 | A | 16 | OIL | ~~Out of Service~~Active | G17685 | G05889 | |
| 20195 | Fieldwood Energy Offshore LLC | GC | 65 | A | GC | 200 | SUTA | 3 | UMB | ~~Proposed~~Active | G29424 | G12209 | |
| 20221 | Fieldwood Energy Offshore LLC | GC | 156 | Mid-Line PLET A-1 | GC | 156 | Md-Line PLET A-2 | 8 | BLKO | ~~Proposed~~Removed | G29417 | G12209 | |
| 20197 | Fieldwood Energy Offshore LLC | GC | 156 | PLET 2 | GC | 156 | A-2 PLET | 8 | BLKO | Out of Service | G28820 | G12209 | |
| 20155 | Fieldwood Energy Offshore LLC | GC | 156 | Mid-Lne PLET A-2 | GC | 65 | A | 8 | BLKO | ~~Out of Service~~Active | G29417 | G12209 | |
| 20183 | Fieldwood Energy Offshore LLC | GC | 200 | SUTA | GC | 244 | TROIKA SUTA | 5 | UMB | ~~Proposed~~Active | G29420 | G11043 | |
| 11393 | Fieldwood Energy, LLC | GC | 200 | SS Manifold | GC | 65 | A | 10 | BLKO | ~~Out of Service~~Active | G17737 | G12210 | |
| 11394 | Fieldwood Energy, LLC | GC | 200 | SSMANIFO | GC | 65 | A | 24 | CSNG | ~~Out of Service~~Active | G17737 | G12210 | |
| 11395 | Fieldwood Energy, LLC | GC | 200 | SSMANIFO | GC | 65 | A | 5 | UMB | ~~Out of Service~~Active | G17737 | G12210 | |
| 11396 | Fieldwood Energy, LLC | GC | 200 | SSMANIFO | GC | 65 | A | 10 | BLKG | ~~Out of Service~~Active | G17738 | G12210 | |
| 11397 | Fieldwood Energy, LLC | GC | 200 | SSMANIFO | GC | 65 | A | 24 | CSNG | ~~Out of Service~~Active | G17738 | G12210 | |
| 11410 | Fieldwood Energy, LLC | GC | 200 | SSMANIFO | GC | 65 | A | 5 | UMB | ~~Out of Service~~Active | G17738 | G12210 | |
| 11959 | Fieldwood Energy Offshore LLC | GC | 200 | SSMANIFO | GC | 65 | A | 2 | UMB | Out of Service | G17737 | G12210 | |
| 12141 | Fieldwood Energy Offshore | GC | 200 | SSMANIFO | GC | 65 | A | 5 | UMB | Out of Service | G17738 | G12210 | |

[1]    FWE I is to obtain 75% of the Debtors' interests in Segment 9084, 50% of the Debtors' interest in Segments 4647 and 5890 and 79.666% of the Debtors' interest in Segment 17265, and the Credit Bid Purchaser is to obtain the Debtors' remaining interests in those four pipeline segments.

11
-

| SEGMENT NUMBER | COMPANY NAME | ORG AREA | ORG BLOCK | ORG NAME | REC AREA | REC BLOCK | REC NAME | SIZE | PRODUCT | STATUS | ROW NUMBER | FW LEASE | NOTE[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | LLC |  |  |  |  |  |  |  |  |  |  |  |  |
| 20196 | Fieldwood Energy Offshore LLC | GC | 200 | PLET-1 | GC | 156 | PLET-2 | 8 | BLKO | ~~Proposed~~Active | G29425 | G12210 |  |
| 20222 | Fieldwood Energy Offshore LLC | GC | 244 | PLEM A | GC | 156 | Mid-Line PLET A-1 | 8 | BLKO | ~~Proposed~~Out of Service | G28809 | G11043 |  |
| 9084 | GOM Shelf, LLC | GI | 43 | AS | GI | 19 | F/S | 10 | OIL | Active | G12304 | 00175 | [1] |
| 19097 | Fieldwood Energy, LLC | MC | 698 | RGL PLET 1 | MC | 736 | A Thunderhawk | 8 | BLKO | ~~Out of Service~~Active | G29295 | G28022 |  |
| 19149 | Fieldwood Energy, LLC | MC | 698 | RGL PLET 1 | MC | 736 | A Thunderhawk | 8 | BLKO | ~~Out of Service~~Active | G292~~95~~54 | G28022 |  |
| 19296 | Fieldwood Energy, LLC | MC | 698 | RGL PLET 1 | MC | 736 | A Thunderhawk | 12 | CSNG | ~~Out of Service~~Active | G29294 | G28022 |  |
| 19364 | Fieldwood Energy, LLC | MC | 698 | RGL PLET 1 | MC | 736 | A | 12 | CSNG | ~~Out of Service~~Active | G29295 | G28022 |  |
| 19362 | Fieldwood Energy, LLC | MC | 724 | Gulfstar 1 Spar | MC | 948 | UTA1 | 8 | UMB | ~~Out of Service~~Active | G29287 | G28030 |  |
| 19334 | Fieldwood Energy, LLC | MC | 736 | A Thunderhawk | MC | 692 | SUTA | 5 | UMBH | ~~Out of Service~~Active | G29299 | G28022 |  |
| 19283 | Fieldwood Energy, LLC | MC | 736 | A Thunderhawk | MC | 698 | BBD SUTA | 6 | UMB | ~~Out of Service~~Active | G29295 | G28022 |  |
| 19297 | Fieldwood Energy, LLC | MC | 736 | A Thunderhawk | MC | 692 | North Plet | 1 | LIFT | ~~Out of Service~~Active | G29299 | G28022 |  |
| 19282 | Fieldwood Energy, LLC | MC | 736 | A Thunderhawk | MC | 782 | Dan 1 STUA 1 | 6 | UBEH | ~~Out of Service~~Active | G29294 | G33757 |  |
| 19154 | Fieldwood Energy, LLC | MC | 948 | PLET NPL3 HUB | MC | 724 | Gulfstar 1 SPAR | 8 | BLKO | ~~Out of Service~~Active | G28736 | G28030 |  |
| 19155 | Fieldwood Energy, LLC | MC | 948 | PLET SPL2 HUB | MC | 724 | Gulfstar 1 SPAR | 8 | BLKO | ~~Out of Service~~Active | G29287 | G28030 |  |
| 19365 | Fieldwood Energy, LLC | MC | 948 | PLET NPL3 HUB | MC | 767 | ILS NPL1 | 12 | CSNG | ~~Out of Service~~Active | G28736 | G28030 |  |
| 19374 | Fieldwood Energy, LLC | MC | 948 | PLET NPL3 HUB | MC | 948 | PLET SPL2 HUB | 8 | BLKO | ~~Out of Service~~Active | G28736 | G28030 |  |
| 19432 | Fieldwood Energy, LLC | MC | 948 | PLET SPL2 | MC | 768 | ILS SPL1 | 12 | CSNG | ~~Out of Service~~Active | G29287 | G28030 |  |
| 14292 | Fieldwood Energy, LLC | SM | 40 | JA | SM | 40 | 10"SSTI | 6 | OIL | ~~Out of Service~~Active | G28816 | G13607 |  |
| 14293 | Fieldwood Energy, LLC | SM | 40 | B | SM | 40 | JA | 6 | BLKO | Out of Service | G28817 | G13607 |  |
| 14294 | Fieldwood Energy, LLC | SM | 40 | B | SM | 40 | JA | 6 | BLKO | Out of Service | G28818 | G13607 |  |
| 14295 | Fieldwood Energy, LLC | SM | 40 | JA | SM | 40 | B | 2 | LIFT | Out of Service | G28819 | G13607 |  |
| 4647 | Fieldwood Energy, LLC | SM | 149 | 6"SSTI | SM | 132 | B | 6 | BLKO | Out of Service | G03432 | G02592 | [1] |

**<u>Exhibit G</u>**

**Redline of Leases, Rights of Way and Rights of Use and Easement Related to FWE III Oil & Gas Lease Interests**

## FWE III ROW

| SEGMENT NUMBER | COMPANY NAME | ORG AREA | ORG BLOCK | ORG NAME | REC AREA | REC BLOCK | REC NAME | SIZE | PRODUCT | STATUS | ROW NUMBER | FW LEASE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15213 | Fieldwood Energy, LLC | BS | 41 | B | BS | 42 | 24" SSTI | 10 | G/C | Partial Abandon Proposed Removal | G25383 | G21142 |
| 5911 | Bandon Oil and Gas, LP | GI | 83 | A | GI | 82 | 16 SSTI | 6 | GAS | Permitted for Proposed Abandonment | G04355 | G03793 |
| 9006 | Fieldwood Energy, LLC | MP | 112 | #02 | MP | 117 | 08 SSTI | 6 | BLKG | Permitted for Abandonmented Approved | G11738 | G09707 |
| 15220 | Fieldwood Energy Offshore LLC | ST | 242 | A | SS | 283 | 24 SSTI | 8 | G/C | Permitted for Proposed Abandonment | G26891 | G23933 |
| 14210 | Fieldwood Energy Offshore LLC | WC | 100 | A | WC | 102 | 30" SSTI | 8 | G/C | Permitted for Abandonmented Approved | G24699 | G22510 |
| 13864 | Fieldwood Energy, LLC | WC | 100 | A | WC | 102 | 30 SSTI | 8 | G/C | Permitted for Abandonmented Approved | G24253 | G22510 |
| 8621 | Bandon Oil and Gas, LP | WC | 290 | A | WC | 289 | A | 6 | BLKG | Out of Service Proposed Abandonment | G10532 | G04818 |
| 11986[3] | Fieldwood Energy, LLC | SM | 39 | A | SM | 33 | 30 SSTI | 8 | GAS | Active | G20565 | G16320 |
| 11987[34] | Fieldwood Energy, LLC | SM | 39 | A | SM | 40 | 10 SSTI | 6 | OIL | Out of Service Active | G20566 | G16320 |

[3] The Debtors reserve the right to allocate or assign the Debtors' interest in SM 39 Lease to FWE I, FWE IV, or Credit Bid Purchaser at any time, including after the Effective Date of the Plan. Any such allocation or assignment shall be at no cost.

[34] The Debtors reserve the right to allocate or assign the Debtors' interest in SM 39 Lease to FWE I, FWE IV, or Credit Bid Purchaser at any time, including after the Effective Date of the Plan. Any such allocation or assignment shall be at no cost.

## FWE III RUE

| Area | Block No. | Structure | Complex ID No. | Authority No. | FW Lease | Operator | Approval Date | Associated Assets | Note[**] |
|------|-----------|-----------|----------------|---------------|----------|----------|---------------|-------------------|----------|
| EI | 63 | A | 21515 | G30244 | 00425 | Fieldwood Energy Offshore LLC | 12/02/13 | EI 63 002,003, EI 62 and 005, 006, 008, 009, 010 and 011 | |
| EI | 63 | B | 21515 | G30244 | 00425 | Fieldwood Energy Offshore LLC | 12/02/13 | Production from EI 63 A | |
| EI | 63 | C-QTR | 21515 | G30244 | 00425 | Fieldwood Energy Offshore LLC | 12/02/13 | Production from EI 63 A | |
| GA | 255 | A | 10050 | G30195 | G01777 | Fieldwood Energy Offshore LLC | 06/12/13 | GA 241 A005 & B004 | |
| WC | 289 | A-PROCESS | 23036 | G14262 | G04818 | Fieldwood Energy LLC | 12/03/93 | ROW accessory PF WC 289 A | [1] |

[1]  RUE services lease included on both FWE I and FWE III schedules. RUE only assignable to one entity and are assigned to entity with operatorship.  Expenditures will be shared based on serviced lease ownership.

3
-

**Exhibit H**

**Redline of Leases, Rights of Way and Rights of Use and Easement Related to
FWE IV Oil & Gas Lease Interests**

## Leases Related to FWE IV Oil & Gas Lease Interests*

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[2] |
|-------|-------|------|--------|-------------|-------------------|----------|-----|--------------|---------|
| BA A-102 | G01754 | Federal | RT | 6/1/1968 | 5,760 | Fieldwood En | 100% | TERMIN | |
| BA A-105 | G01757 | Federal | RT A | 7/1/1968 | 4,320 | Fieldwood En | 56.3% | PROD | [3] |
| BA A-105 | G01757 | Federal | RT B | 7/1/1968 | 1,440 | Fieldwood En | 100% | PROD | [1] |
| BA A-105 | G01757 | Federal | OP 1 | 7/1/1968 | 4,320 | Fieldwood En | 56% | PROD | [3] |
| BA A-133 | G02665 | Federal | RT | 7/1/1974 | 5,760 | GOM Shelf | 25% | PROD | [1] |
| EB 158 | G02645 | Federal | RT | 7/1/1974 | 5,760 | Fieldwood SD Off | 67% | ~~PROD~~SOP | |
| EB 158 | G02645 | Federal | OP 1 | 7/1/1974 | 5,760 | Fieldwood SD Off | 67% | ~~PROD~~SOP | |
| EB 159 | G02646 | Federal | RT | 7/1/1974 | 5,760 | Fieldwood SD Off | 67% | ~~PROD~~SOP | |
| EB 159 | G02646 | Federal | OP 1 | 7/1/1974 | 5,760 | Fieldwood SD Off | 67% | ~~PROD~~SOP | |
| EB 160 | G02647 | Federal | RT | 7/1/1974 | 5,760 | Fieldwood SD Off | 100% | ~~PROD~~SOP | |
| EB 160 | G02647 | Federal | OP 1 | 7/1/1974 | 5,760 | Fieldwood SD Off | 100% | ~~PROD~~SOP | |

* The Debtors and CUSA reserve the right to amend, modify, or supplement this schedule.

[1]   Represents leases in which FWE IV is to acquire all of the Debtors' right, title and interest in such leases (less and except the right, title and interest acquired by FWE from Apache); as to all remaining leases on this schedule (other than those leases referenced in footnotes [2]-[3] below), all of the Debtors' right, title and interest in such leases are to be acquired by FWE IV.

[2]   Represents leases in which FWE IV is to acquire solely the right, title and interest acquired by FWE from Chevron. The Debtors' remaining right, title and interest in such leases are to be abandoned.

[3]   Represents leases in which (i) FWE IV is to acquire solely the right, title and interest acquired by FWE from Chevron; and (ii) FWE I is to acquire solely the right, title and interest acquired by FWE from Apache. The Debtors' remaining right, title and interest in such leases are to be abandoned.

Legend:   OP 1- Operating Rights 1; OP 2 - Operating Rights 2; RT A - Record Title A; RT B - Record Title B

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[2] |
|-------|-------|------|--------|-------------|-------------------|----------|-----|--------------|---------|
| EB 161 | G02648 | Federal | RT | 7/1/1974 | 5,760 | Fieldwood SD Off | 100% | ~~PROD~~SOP | |
| EB 161 | G02648 | Federal | OP 1 | 7/1/1974 | 5,760 | Fieldwood SD Off | 100% | ~~PROD~~SOP | |
| EC 331 | G08658 | Federal | OP 1 | 8/1/1987 | 5,000 | Fieldwood En Off | 53% | TERMIN | [2] |
| EC 331 | G08658 | Federal | OP 2 | 8/1/1987 | 5,000 | Fieldwood En Off | 53% | TERMIN | [2] |
| EC 332 | G09478 | Federal | RT | 5/1/1988 | 5,000 | Fieldwood En Off | 88% | TERMIN | |
| EC 332 | G09478 | Federal | OP 1 | 5/1/1988 | 5,000 | Fieldwood En Off | 88% | TERMIN | |
| EI 342 | G02319 | Federal | RT A | 2/1/1973 | 2,500 | Fieldwood En | 50% | TERMIN | [1] |
| HI A-446 | G02359 | Federal | RT | 8/1/1973 | 5,760 | Bandon O&G | 100% | TERMIN | |
| HI A-550 | G04081 | Federal | RT | 10/1/1979 | 720 | Fieldwood En Off | 100% | PROD | |
| HI A-550 | G04081 | Federal | OP 1 | 10/1/1979 | 5,040 | Fieldwood En Off | 100% | PROD | |
| HI A-550 | G04081 | Federal | OP 2 | 10/1/1979 | 5,760 | Fieldwood En Off | 100% | PROD | |
| MP 77 | G04481 | Federal | RT | 11/1/1980 | 4,655 | Fieldwood En Off | 56% | RELINQ | [3] |
| SM 132 | G02282 | Federal | RT | 2/1/1973 | 5,000 | Fieldwood En | 50% | TERMIN | [1] |
| SM 136 | G02588 | Federal | RT | 5/1/1974 | 2,500 | Fieldwood En | 50% | TERMIN | [1] |
| SM 137 | G02589 | Federal | RT | 5/1/1974 | 5,000 | Fieldwood En | 50% | TERMIN | [1] |
| SM 150 | G16325 | Federal | RT | 6/1/1996 | 3,329 | Fieldwood En | 50% | RELINQ | [1] |
| SM 66 | G01198 | Federal | RT | 6/1/1962 | 5,000 | Fieldwood En | 50% | ~~TERMIN~~PROD | [1] |
| SS 169 | 00820 | Federal | RT | 4/1/1960 | 5,000 | Fieldwood En | 33% | PROD | [1] |
| SS 206 | G01522 | Federal | RT | 7/1/1967 | 5,000 | Fieldwood | 40% | TERMIN | [1] |

~~WEIL:\97919816\6\45327.0005~~WEIL:\97919816\7\45327.0005

## FWE I V ROW

| SEGMENT NUMBER | COMPANY NAME | ORG AREA | ORG BLOCK | ORG NAME | REC AREA | REC BLOCK | REC NAME | SIZE | PRODUCT | STATUS | ROW NUMBER | FW LEASE | NOTE[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7912 | Fieldwood SD Offshore | EB | 160 | A | HI | A582 | SSTI | 12 | GAS | Out of Service | G08528 | G02647 | |
| 10301 | Bandon Oil and Gas, LP | EC | 332 | A | EC | 330 | 08 SSTI | 6 | OIL | Out of Service | G14699 | G09478 | [1] |
| 7943 | Fieldwood Energy, LLC | EI | 342 | C | EI | 327 | 08 SSTI | 4 | OIL | Out of Service Proposed Abandonment | G08541 | G02319 | [2], [4] |
| 18493 | Fieldwood Energy, LLC | EI | 342 | C | EI | 343 | SSTI | 6 | GAS | Out of Service | G29108 | G02319 | [2], [4] |
| 19960 | Fieldwood Energy LLC | EI | 342 | C | EI | 342 | Blind Flange | 6 | OIL | Out of Service Proposed Abandonment | G29471 | G02319 | [2], [4] |
| 15818 | Fieldwood Energy Offshore LLC | MP | 77 | A | MP | 151 | 18"SSTI | 8 | GAS | Out of Service | G28221 | G04481 | [2] |
| 20050 | Fieldwood Energy, LLC | SS | 168 | SSTI | SS | 168 | SSTI | 6 | | Out of Service | G28788 | 00820 | [3] |
| 6748 | Fieldwood Energy, LLC | SS | 169 | C Platform | SS | 169 | 18-inch SSTI | 6 | OIL | Out of Service | G09322 | 00820 | [2] |
| 11107 | Bandon Oil and Gas, LP | ST | 196 | 06-inch SSTI | SS | 208 | F | 6 | OIL | Permitted for Proposed Abandonment Approved | G05120 | G03593 | [1] |

[1]   Represents each ROW in which (i) FWE IV is to acquire solely as to the same 8/8ths undivided interest that FWE IV is to acquire in the related lease referenced above for such ROW. The Debtors' remaining interests in such ROW are to be abandoned.

[2]   Represents each ROW in which (i) FWE I is to acquire solely as to the same 8/8ths undivided interest that FWE I is to acquire in the related lease referenced above for such ROW: and (ii) FWE IV is to acquire solely as to the same 8/8ths undivided interest that FWE IV is to acquire in the related lease referenced above for such ROW. The Debtors' remaining interests in such ROW are to be abandoned.

[3]   Represents each ROW in which (i) FWE IV is to acquire solely as to the same 8/8ths undivided interest that FWE IV is to acquire in the related lease referenced above for such ROW. The Debtors' remaining interests in such ROW are to be acquired by FWE I.

[4]   The Parties recognize that segments and ROWs will be operated by Fieldwood Energy I, LLC. In addition, the Parties acknowledges that segment numbers and ROW names may have changed after the FWE IV Rights of Way were conveyed pursuant to the Chevron PSAs.

5

| 13193 | Bandon Oil and Gas, LP | VR | 196 | A | VR | 206 | 12 SSTI | 8 | G/C | Out of Service | G22418 | G19760 | [1] |
| 18591 | Fieldwood Energy, LLC | VR | 196 | A | VR | 215 | *A* | 4 | BLKO | Out of Service | G29137 | G19760 | [1] |
| 18588 | Fieldwood Energy, LLC | VR | 215 | A | VR | 196 | A | 4 | GAS | ~~Active~~Out of Service | G29136 | G19760 | [1] |
| 17090 | Fieldwood Energy, LLC | VR | 261 | A | VR | 265 | A | 8 | BLKO | ~~Out of Service~~Proposed Abandonment | G28347 | G03328 | [2], [4] |
| 19427 | Fieldwood Energy, LLC | VK | 113 | A | CA | 43 | A | 4 | BLKG | ~~Out of Service~~Proposed Abandonment | G29321 | G16535 | |
| 13721 | Fieldwood Energy, LLC | VK | 251 | A | VK | 340 | A | 3 | AIR | Active | G28704 | G10930 | [3] |
| 14876 | Fieldwood Energy, LLC | VK | 251 | A | MP | 154 | A | 4 | H2O | Active | G22465 | G10930 | [3] |
| 13720 | Fieldwood Energy Offshore LLC | VK | 340 | 8-inch SSTI | VK | 251 | Platform A | 8 | BLGH | Active | G28703 | G10933 | |
| 7298 | Dynamic Industries, Inc. | VR | 315 | A | VR | 331 | 06 SSTI | 6 | OIL | Out of Service | G07545 | G04215 | |
| 10736 | Dynamic Industries, Inc. | VR | 332 | A | VR | 315 | A | 8 | BLKG | Out of Service | G15672 | G09514 | |
| 10737 | Dynamic Industries, Inc. | VR | 332 | A | VR | 315 | A | 6 | LIFT | Out of Service | G15673 | G09514 | |

~~WEIL:\97919816\6\45327.0005~~WEIL:\97919816\7\45327.0005

## Exhibit I

**Redline of Leases, Rights of Way and Rights of Use and Easement Related to Abandoned Oil & Gas Lease Interests**

## Leases Related to Abandoned Properties[*]

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[†] |
|-------|-------|------|--------|-------------|-------------------|----------|----|-----|------|
| AT 023 | G35015 | Federal | RT | 08/01/2013 | 5,760 | Murphy E&P USA | 8% | PRIMARY REL INQ | |
| BA A-105 | G01757 | Federal | RT A | 7/1/1968 | 5,760 | Fieldwood En | 31.25% | PROD | [65] |
| EB 165 | G06280 | Federal | RT | 10/1/1983 | 5,760 | Fieldwood SD Off | 100% | UNIT | |
| EB 209 | G07397 | Federal | RT | 9/1/1984 | 5,760 | Fieldwood SD Off | 100% | UNIT | |
| EC 330 | G03540 | Federal | OP 1 | 8/1/1977 | 5,000 | Fieldwood En Off | 50% | TERMIN | |
| EC 331 | G08658 | Federal | OP 1 | 8/1/1987 | 5,000 | Fieldwood En Off | 40% | TERMIN | [54] |
| EC 331 | G08658 | Federal | OP 2 | 8/1/1987 | 5,000 | Fieldwood En Off | 40% | TERMIN | [54] |
| EC 349 | G14385 | Federal | OP 1 | 5/1/1994 | 5,000 | W & T Off | 25% | PROD | |
| EC 350 | G15157 | Federal | OP 1 | 9/1/1995 | 5,000 | W & T Off | 25% | TERMIN | |
| EC 356 | G13592 | Federal | RT | 9/1/1992 | 5,000 | W & T Off | 25% | RELINQ | |
| EC 371 | G02267 | Federal | CONT | 2/1/1973 | 5,000 | Talos ERT | 25% | TERMIN | |
| EI 100 | 796 | Federal | Contractual | 5/1/1960 | 5,000 | Fieldwood En | 100% | PROD | |

[*]    The Debtors reserve the right to amend, modify, or supplement this schedule in accordance with the terms of the Plan and subject to any consent rights under the Restructuring Support Agreement.

[1]    Represents leases in which all of the Debtors' right, title and interest in such leases are to be abandoned (less and except the right, title and interest acquired by FWE from Apache); as to all remaining leases on this schedule (other than those leases referenced in footnotes [2]-[6] below), all of the Debtors' right, title and interest in such leases are to be abandoned. For each lease on this schedule, see the BOEM's Serial Register Page to identify the Debtors' interests; this schedule identifies each separate interest of the Debtors that carries any assets or liabilities, but does not necessarily identify each separate interest of the Debtors in each such lease.

[2]    Fieldwood Energy Offshore's record title solely as to the NE/4 of the block and its interest in the operating rights are to be abandoned; its remaining record title and its overriding royalty interests are to be acquired by the Credit Bid Purchaser.

[32]    FWE I is to acquire solely the operating rights as to the NE/4 of this block; the Credit Bid Purchaser is to obtain the Debtors' overriding royalty interest in this lease; and the Debtors' remaining interests in the lease are to be abandoned.

[43]    Represents leases where the Credit Bid Purchaser is to acquire solely the Debtors' overriding royalty interests; the Debtors' remaining interests in these leases are to be abandoned.

[54]    Represents leases in which all of the Debtors' right, title and interest in such leases are to be abandoned (less and except the right, title and interest acquired by FWE from Chevron).

[65]    Represents leases in which all of the Debtors' right, title and interests in such leases are to be abandoned (less and except the right, title and interests acquired by FWE from both Apache and Chevron).

[76]    COB 381, Page 256, File No. 331928, St. Mary Parish, LA.

[87]    COB Instr. No. 324586, St. Mary Parish, LA.

Legend:   CONT - Contractual; OP 1- Operating Rights 1; OP 2 - Operating Rights 2; OP 3 - Operating Rights 3; OP 4 - Operating Rights 4; OP 5 - Operating Rights 5; OP 11 - Operating Rights 11; OP 13 - Operating Rights 13; ORRI - Overriding Royalty Interest; RT - Record Title; RT A - Record Title A; RT B - Record Title B; RT C - Record Title C; WI - Working Interest

[†]

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[†] |
|-------|-------|------|--------|-------------|-------------------|----------|-----|--------------|---------|
| EI 175 | 438 | Federal | OP 1 | 12/1/1954 | 5,000 | Fieldwood En | 25% | PRODTERMIN | [1] |
| EI 307 | G02110 | Federal | RT | 2/1/1971 | 2,500 | Fieldwood En Off | 25% | TERMIN | [1] |
| EI 311 | G27918 | Federal | RT | 7/1/2006 | 5,000 | Dynamic Off Res | 60% | TERMIN | |
| EI 312 | G22679 | Federal | OP 1 | 6/1/2001 | 5,000 | Fieldwood En | 60% | TERMIN | |
| EI 32 | 00196 | Federal | OP 1 | 11/26/1946 | 5,000 | Cox Op | 24% | PROD | |
| EI 330 | G02115 | Federal | Contractual | 1/1/1971 | 5,000 | Fieldwood En | 17% | UNIT | [1] |
| EI 53 | 00479 | Federal | OP 1 | 12/1/1954 | 5,000 | Fieldwood En | 11% | PROD | [1] |
| EW 782 | G05793 | Federal | CONT | 7/1/1983 | 1,093 | Fieldwood En | 100% | TERMIN | [1] |
| GA 151 | G15740 | Federal | RT | 11/1/1995 | 4,804 | Fieldwood En | 33% | TERMIN | [1] |
| GA 210 | G25524 | Federal | OP 1 | 12/1/2003 | 5,760 | Fieldwood En | 17% | PROD | [1] |
| GA 210 | G25524 | Federal | OP 3 | 12/1/2003 | 5,760 | Fieldwood En | 33% | PROD | [1] |
| GA A-155 | G30654 | Federal | RT | 10/1/2006 | 5,760 | Peregrine O&G | 11% | TERMIN | |
| GC 157 | G24154 | Federal | RT | 6/1/2002 | 5,760 | LLOG Exp Off | 15% | TERMIN | |
| GC 201 | G12210 | Federal | OP | 5/1/1990 | 5,760 | LLOG Exp Off | 15% | UNIT | – |
| GC 201 | G12210 | Federal | RT NE4 | 5/1/1990 | 5,760 | Fieldwood En Off; LLOG Exp Off | 100% | UNIT | [2] |
| GC 245 | G05916 | Federal | CONT | 7/1/1983 | 5,760 | Fieldwood En Off | 100% | TERMIN | |
| GC 64 | G07005 | Federal | CONT | 6/1/1984 | 5,760 | Fieldwood En Off | 49% | RELINQ | |
| HI A-341 | G25605 | Federal | RT | 12/1/2003 | 5,760 | Fieldwood En | 40% | PROD | [1] |
| HI A-365 | G02750 | Federal | RT | 7/1/1974 | 5,760 | Fieldwood En | 50% | PRODTERMIN | [1] |
| HI A-376 | G02754 | Federal | RT | 7/1/1974 | 5,760 | Fieldwood En | 55% | PRODTERMIN | [1] |
| HI A-382 | G02757 | Federal | RT | 7/1/1974 | 5,760 | Fieldwood En | 28% | PRODTERMIN | [1] |
| HI A-474 | G02366 | Federal | RT | 8/1/1973 | 5,760 | McMoRan O&G | 12% | TERMIN | [1] |
| HI A-475 | G02367 | Federal | CONT | 8/1/1973 | 5,760 | McMoRan O&G | 12% | TERMIN | [1] |
| HI A-489 | G02372 | Federal | RT | 8/1/1973 | 5,760 | McMoRan O&G | 12% | TERMIN | [1] |
| HI A-531 | G02696 | Federal | OP 1 | 7/1/1974 | 5,760 | Fieldwood En Off | 75% | TERMIN | |
| HI A-563 | G02388 | Federal | OP 1 | 8/1/1973 | 5,760 | Cox Op | 2% | PROD | |
| HI A-564 | G02389 | Federal | OP 1 | 8/1/1973 | 5,760 | Cox Op | 2% | TERMIN | |
| HI A-572 | G02392 | Federal | RT | 8/1/1973 | 5,760 | Fieldwood En | 24% | TERMIN | [1] |

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[†] |
|---|---|---|---|---|---|---|---|---|---|
| HI A-573 | G02393 | Federal | RT | 8/1/1973 | 5,760 | Fieldwood En | 28% | ~~PROD~~TERMIN | [1] |
| HI A-581 | G18959 | Federal | RT | 12/1/1997 | 5,760 | Cox Op | 2% | TERMIN | [1] |
| HI A-582 | G02719 | Federal | OP 1 | 7/1/1974 | 5,760 | Cox Op | 2% | PROD | [1] |
| HI A-595 | G02721 | Federal | RT | 7/1/1974 | 5,760 | Fieldwood En | 28% | ~~PROD~~TERMIN | [1] |
| HI A-596 | G02722 | Federal | RT | 7/1/1974 | 5,760 | Fieldwood En | 28% | ~~PROD~~TERMIN | [1] |
| MO 861 | G05062 | Federal | RT | 4/1/1982 | 5,198 | Providence Res GOM 2 | 100% | TERMIN | |
| MO 861 | G05062 | Federal | OP 1 | 4/1/1982 | 5,198 | Providence Res GOM 2 | 50% | TERMIN | |
| MP 101 | G22792 | Federal | RT | 7/1/2001 | 4,995 | Fieldwood En Off | 78% | TERMIN | |
| MP 109 | G22794 | Federal | OP 1 | 5/1/2001 | 4,995 | W & T Off | 33% | TERMIN | |
| MP 109 | G22794 | Federal | OP 2 | 5/1/2001 | 4,995 | W & T Off | 33% | TERMIN | |
| MP 77 | G04481 | Federal | RT | 11/1/1980 | 4,655 | Fieldwood En Off | 18% | RELINQ | [1], [~~65~~] |
| PL 13 | G03171 | Federal | OP 3 | 7/1/1975 | 5,000 | ANKOR En | 2% | | |
| SM 102 | G24872 | Federal | RT | 5/1/2003 | 3,113 | Fieldwood En Off | 100% | ~~PROD~~TERMIN | |
| SM 135 | G19776 | Federal | RT | 5/1/1998 | 3,293 | Fieldwood En | 50% | TERMIN | [1] |
| SM 139 | G21106 | Federal | OP 1 | 7/1/1999 | 5,000 | Fieldwood En Off | 100% | TERMIN | |
| SM 142 | G01216 | Federal | RT | 6/1/1962 | 2,761 | Fieldwood En Off | 86% | TERMIN | |
| SM 142 | G01216 | Federal | OP 1 | 6/1/1962 | 2,761 | Fieldwood En Off | 86% | TERMIN | |
| SM 143 | G01217 | Federal | CONT | 5/1/1962 | 2,738 | Fieldwood En Off | 16% | TERMIN | |
| SM 146 | G09546 | Federal | RT | 7/1/1988 | 5,000 | Dynamic Off Res | 100% | TERMIN | |
| SM 147 | G06693 | Federal | RT | 7/1/1984 | 5,000 | Fieldwood En Off | 100% | TERMIN | |
| SM 268 | G02310 | Federal | RT | 1/1/1973 | 3,237 | Fieldwood En | 30% | TERMIN | [1] |
| SM 269 | G02311 | Federal | RT | 1/1/1973 | 5,000 | Fieldwood En | 18% | PROD | [1] |
| SM 269 | G02311 | Federal | RT | 1/1/1973 | 5,000 | Fieldwood En | 9% | PROD | [1] |
| SM 269 | G02311 | Federal | RT | 1/1/1973 | 5,000 | Fieldwood En | 0% | PROD | [1] |
| SM 280 | G14456 | Federal | OP 1 | 6/1/1994 | 5,000 | Fieldwood En | 50% | PROD | [1] |
| SM 280 | G14456 | Federal | OP 3 | 6/1/1994 | 5,000 | Fieldwood En | 50% | PROD | [1] |
| SM 281 | G02600 | Federal | RT | 4/1/1974 | 3,214 | Fieldwood En | 32% | ~~PROD~~TERMIN | [1] |

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[†] |
|---|---|---|---|---|---|---|---|---|---|
| SM 87 | G24870 | Federal | RT | 5/1/2003 | 3,077 | Castex Off | 100% | PROD | |
| SP 17 | G02938 | Federal | RT | 11/1/1974 | 962 | Fieldwood En Off | 100% | UNIT | |
| SP 37 | 00697 | Federal | OP 1 | 10/1/1959 | 2,500 | Whitney O&G | 44% | PROD | |
| SP 59 | G02942 | Federal | RT | 11/1/1974 | 1,657 | Fieldwood En Off | 100% | UNIT | |
| SP 59 | G02943 | Federal | RT | 11/1/1974 | 907 | Fieldwood En Off | 100% | UNIT | |
| SP 59, SP 60 | G01608 | Federal | RT | 7/1/1967 | 3,510 | Fieldwood En Off | 100% | UNIT | |
| SP 6 | G03337 | Federal | RT | 4/1/1976 | 318 | Fieldwood En Off | 100% | UNIT | |
| SP 6 | G03337 | Federal | OP | 4/1/1976 | 318 | Fieldwood En Off | 100% | UNIT | |
| SP 60 | G02137 | Federal | RT | 11/1/1971 | 1,762 | Fieldwood En Off | 100% | UNIT | |
| SP 61 | G01609 | Federal | RT | 7/1/1967 | 5,000 | Fieldwood En | 100% | ~~UNIT~~PROD | [~~3~~2] |
| SP 61 | G01609 | Federal | OP 1 | 7/1/1967 | 5,000 | Fieldwood En | 100% | ~~UNIT~~PROD | [~~3~~2] |
| SP 66 | G01611 | Federal | RT | 6/1/1967 | 4,310 | Fieldwood En Off | 100% | UNIT | [1] |
| SP 67 | G01612 | Federal | RT | 7/1/1967 | 5,000 | Fieldwood En Off | 100% | UNIT | |
| SS 149 | 00434 | Federal | OP 1 | 1/1/1955 | 5,000 | W & T Off | 3% | TERMIN | |
| SS 149 | 00434 | Federal | OP 2 | 1/1/1955 | 5,000 | W & T Off | 3% | TERMIN | |
| SS 149 | 00434 | Federal | OP 1 | 1/1/1955 | 5,000 | W&T Off | 3% | TERMIN | |
| SS 149 | 00434 | Federal | OP 2 | 1/1/1955 | 5,000 | W&T Off | 3% | TERMIN | |
| SS 177 | 00590 | Federal | RT | 9/1/1955 | 5,000 | W & T Off | 25% | PROD | |
| SS 189 | G04232 | Federal | OP 5 | 12/1/1979 | 5,000 | Fieldwood En | 1% | PROD | [1] |
| SS 204 | G01520 | Federal | RT | 7/1/1967 | 5,000 | Fieldwood En | 21% | PROD | [1] |
| SS 204 | G01520 | Federal | RT | 7/1/1967 | 5,000 | Fieldwood En | 0% | PROD | [1] |
| SS 207 | G01523 | Federal | RT | 7/1/1967 | 5,000 | Fieldwood En | 0% | ~~UNIT~~TERMIN | [1], [~~6~~5] |
| SS 214 | 00828 | Federal | RT | 5/1/1960 | 5,000 | W & T Off | 35% | PROD | |
| SS 214 | 00828 | Federal | OP 1 | 5/1/1960 | 5,000 | W & T Off | 14% | PROD | |
| SS 216 | G01524 | Federal | RT | 7/1/1967 | 5,000 | Fieldwood En | 20% | ~~PROD~~TERMIN | [1] |
| SS 216 | G01524 | Federal | RT | 7/1/1967 | 5,000 | Fieldwood En | 0% | ~~PROD~~TERMIN | [1] |
| SS 232 | G15293 | Federal | RT | 9/1/1995 | 5,000 | W & T Off | 34% | TERMIN | |
| SS 233 | G01528 | Federal | RT | 7/1/1967 | 5,000 | W & T Off | 34% | PROD | |
| SS 238 | G03169 | Federal | RT | 7/1/1975 | 5,000 | W & T Off | 35% | PROD | |
| SS 238 | G03169 | Federal | OP 2 | 7/1/1975 | 5,000 | Peregrine O&G II | 35% | PROD | |
| SS 246 | G01027 | Federal | OP 11 | 6/1/1962 | 5,000 | Fieldwood En Off | 81% | TERMIN | |

4

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[†] |
|-------|-------|------|--------|-------------|-------------------|----------|-----|--------------|---------|
| SS 246 | G01027 | Federal | OP 13 | 6/1/1962 | 5,000 | Fieldwood En Off | 77% | TERMIN | |
| SS 247 | G01028 | Federal | RT B | 6/1/1962 | 5,000 | Fieldwood En Off | 89% | UNITTERMIN | |
| SS 247 | G01028 | Federal | RT C | 6/1/1962 | 5,000 | Fieldwood En Off | 77% | UNITTERMIN | |
| SS 248 | G01029 | Federal | RT B | 6/1/1962 | 5,000 | Fieldwood En Off | 77% | UNITTERMIN | |
| SS 249 | G01030 | Federal | OP 1 | 6/1/1962 | 5,000 | Fieldwood En Off | 80% | UNITTERMIN | [1] |
| SS 249 | G01030 | Federal | OP 2 | 6/1/1962 | 5,000 | Fieldwood En Off | 69% | UNITTERMIN | [1] |
| SS 252 | G01529 | Federal | OP 2 | 7/1/1967 | 5,000 | Fieldwood En Off | 32% | PRODTERMIN | [54] |
| SS 252 | G01529 | Federal | OP 1 | 7/1/1967 | 5,000 | Fieldwood En Off | 100% | PRODTERMIN | [54] |
| SS 252 | G01529 | Federal | RT | 7/1/1967 | 5,000 | Fieldwood En Off | 32% | PRODTERMIN | [54] |
| SS 253 | G01031 | Federal | OP 1 | 6/1/1962 | 5,000 | Fieldwood En Off | 100% | PRODTERMIN | [54] |
| SS 253 | G01031 | Federal | OP 2 | 6/1/1962 | 5,000 | Fieldwood En Off | 50% | TERMIN | [54] |
| SS 253 | G01031 | Federal | OP 4 | 6/1/1962 | 5,000 | Fieldwood En Off | 100% | PRODTERMIN | [54] |
| SS 253 | G01031 | Federal | OP 5 | 6/1/1962 | 5,000 | Fieldwood En Off | 100% | PRODTERMIN | [54] |
| SS 253 | G01031 | Federal | RT | 6/1/1962 | 5,000 | Fieldwood En Off | 50% | TERMIN | [54] |
| SS 270 | G01037 | Federal | RT | 3/13/1962 | 5,000 | Fieldwood En Off | 89% | UNITTERMIN | |
| SS 271 | G01038 | Federal | RT | 3/13/1962 | 5,000 | Fieldwood En Off | 72% | UNITTERMIN | [1] |
| SS 271 | G01038 | Federal | OP | 3/13/1962 | 5,000 | Fieldwood En Off | 72% | UNITTERMIN | [1] |
| SS 291 | G02923 | Federal | RT B | 12/1/1974 | 3,750 | Fieldwood En | 15% | OPERNS | [1] |
| SS 300 | G07760 | Federal | RT | 8/1/1985 | 5,000 | W & T Off | 24% | PROD | |
| SS 315 | G09631 | Federal | RT | 6/1/1988 | 5,000 | W & T Off | 25% | PROD | |
| ST 315 | G23946 | Federal | RT | 7/1/2002 | 4,458 | W & T Off | 50% | PROD | |
| ST 316 | G22762 | Federal | RT | 6/1/2001 | 4,435 | W & T Off | 40% | PROD | [1] |
| VK 824 | G15436 | Federal | CONT | 9/1/1995 | 5,760 | Fieldwood En | 6% | RELINQ | |
| VK 826 | G06888 | Federal | RT | 6/1/1984 | 5760 | Fieldwood En | 100% | TERMIN | |
| VK 917 | G15441 | Federal | OP | 7/1/1995 | 5760 | Fieldwood En | 85% | PRODTERMIN | |
| VK 962 | G15445 | Federal | OP 1 | 7/1/1995 | 5760 | Fieldwood En | 85% | TERMIN | |
| VR 196 | G19760 | Federal | OP 1 | 8/1/1998 | 5,000 | Fieldwood En Off | 38% | TERMIN | [54] |

5
-

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[†] |
|---|---|---|---|---|---|---|---|---|---|
| VR 262 | G34257 | Federal | RT | 10/1/2012 | 5,485 | Fieldwood En | 25% | RELINQ | [1] |
| VR 272 | G23829 | Federal | RT | 6/1/2002 | 4,381 | Fieldwood En Off | 100% | PROD | |
| VR 273 | G14412 | Federal | OP 3 | 5/1/1994 | 5,000 | Fieldwood En Off | 100% | TERMIN | |
| VR 279 | G11881 | Federal | OP 1 | 5/1/1990 | 5,000 | Talos En Off | 50% | TERMIN | |
| VR 313 | G01172 | Federal | OP 1 | 6/1/1962 | 5,000 | Fieldwood En Off | 100% | TERMIN | |
| VR 313 | G01172 | Federal | OP 2 | 6/1/1962 | 5,000 | Fieldwood En Off | 100% | TERMIN | |
| VR 408 | G15212 | Federal | CONT | 7/1/1995 | 5,000 | Fieldwood En | 33% | ~~PROD~~SOP | |
| WC 171 | G01997 | Federal | RT | 1/1/1971 | 5,000 | XTO | 34% | TERMIN | |
| WC 295 | G24730 | Federal | OP 1 | 5/1/2003 | 5,000 | Fieldwood En | 14% | ~~PROD~~SOP | [1] |
| WC 485 | G02220 | Federal | RT | 2/1/1973 | 5,000 | Fieldwood En Off | 100% | ~~UNIT~~TERMIN | |
| WC 498 | G03520 | Federal | RT | 8/1/1977 | 5,000 | Cox Op | 4% | PROD | |
| WC 507 | G02549 | Federal | RT | 4/1/1974 | 2,500 | Fieldwood En Off | 100% | ~~UNIT~~TERMIN | |
| WC 507 | G02549 | Federal | OP 1 | 4/1/1974 | 2,500 | Fieldwood En Off | 50% | ~~UNIT~~TERMIN | |
| WC 507 | G10594 | Federal | RT | 6/1/1989 | 2,500 | Fieldwood En Off | 100% | ~~UNIT~~TERMIN | |
| WC 65 | G02825 | Federal | OP 4 | 12/1/1974 | 5,000 | Fieldwood En | 19% | PROD | [1] |
| WC 66 | G02826 | Federal | OP 2 | 12/1/1974 | 3,750 | Fieldwood En | 25% | PROD | [1] |
| WC 67 | G03256 | Federal | CONT | 9/1/1975 | 5,000 | Fieldwood En | 17% | TERMIN | [1] |
| WC 72 | G23735 | Federal | RT | 7/1/2002 | 5,000 | Fieldwood En Off | 75% | PROD | |
| WC 96 | G23740 | Federal | OP 1 | 5/1/2002 | 5,000 | Talos | 25% | UNIT | |
| WD 103 | G12360 | Federal | OP 1 | 5/1/1960 | 1,016 | Fieldwood En | 19% | PROD | [1] |
| WD 121 | G19843 | Federal | OP 1 | 8/1/1998 | 5,000 | Fieldwood En | 16% | PROD | [1] |
| WD 122 | G13645 | Federal | OP 1 | 8/1/1992 | 5,000 | Fieldwood En | 16% | PROD | [1] |
| WD 122 | G13645 | Federal | OP 2 | 8/1/1992 | 5,000 | Fieldwood En | 16% | PROD | [1] |
| WD 27 | G04473 | Federal | RT B | 11/1/1980 | 5,000 | Cox Op | 14% | PROD | |
| WD 57, WD 79, WD 80 | G01449 | Federal | RT | 5/1/1966 | 3,125 | Fieldwood En Off | 100% | UNIT | [43] |
| WD 63 | G19839 | Federal | OP 1 | 6/1/1998 | 5,000 | Peregrine O&G | 13% | RELINQ | |
| WD 64 | G25008 | Federal | RT | 5/1/2003 | 5,000 | Peregrine O&G | 6% | TERMIN | |
| WD 73 | G01083 | Federal | OP 2 | 6/1/1962 | 5,000 | Cox Op | 6% | UNIT | |
| WD 74 | G01084 | Federal | OP 1 | 6/1/1962 | 5,000 | Cox Op | 6% | UNIT | |
| WD 79, WD 80 | G01874 | Federal | RT | 12/1/1968 | 3,438 | Fieldwood En Off | 100% | UNIT | [43] |
| WD 80 | G01989 | Federal | RT | 8/1/1970 | 1,875 | Fieldwood En Off | 100% | UNIT | [43] |
| WD 80 | G02136 | Federal | RT | 1/1/1972 | 938 | Fieldwood En Off | 100% | UNIT | [43] |

6

-

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[†] |
|-------|-------|------|--------|-------------|-------------------|----------|-----|--------------|---------|
| WD 85 | G04895 | Federal | RT | 12/1/1981 | 2,630 | Fieldwood En Off | 100% | TERMIN | |
| WD 85 | G04895 | Federal | OP 1 | 12/1/1981 | 2,630 | Fieldwood En Off | 100% | TERMIN | |
| WD 86 | G02934 | Federal | RT | 12/1/1974 | 2,500 | SPN Res | 100% | TERMIN | |
| WD 86 | G04243 | Federal | RT | 1/1/1980 | 2,500 | Fieldwood En Off | 100% | TERMIN | |
| WD 86 | G04243 | Federal | OP 1 | 1/1/1980 | 2,500 | Fieldwood En Off | 100% | TERMIN | |
| WD 86 | G04243 | Federal | OP 2 | 1/1/1980 | 2,500 | Fieldwood En Off | 100% | TERMIN | |
| WD 86 | G04243 | Federal | OP 3 | 1/1/1980 | 2,500 | Fieldwood En Off | 100% | TERMIN | |
| WD 90 | G01089 | Federal | OP 3 | 6/1/1962 | 5,000 | Fieldwood En | 19% | PROD | [1] |
| SP 42 | SL03011 | SL- LA | WI | - | - | - | 100% | SOP | |
| - | SL 14519 | SL - LA | WI | - | - | - | 50% | ~~RELEASED~~UNIT | |
| - | SL 14520 | SL - LA | WI | - | - | - | 50% | ~~RELEASED~~UNIT | |
| - | SL 14914 | SL - LA | WI | - | - | - | 66% | ~~RELEASED~~UNIT | |
| SP 42 | SL16869 | SL- LA | WI | - | - | - | 100% | PROD | |
| BS 45 | SL19051 | SL- LA | ORRI | 8/9/2006 | | Southern Oil of Louisiana | 0% | UNIT | |
| BS 53 | SL3770 | SL- LA | WI | | | | 50% | ~~RELEASED~~UNIT | |
| - | SL17072 | SL- LA | WI | - | - | - | 38% | ACTIVE | |
| - | SL18287 | SL- LA | WI | - | - | - | 44% | - | |
| - | SL19266 | SL- LA | WI | - | - | - | 17% | ACTIVE | |
| - | Hayes Lumber Co. | Onshore | WI | - | - | Fieldwood Onshore | 63% | TERMINATED | |
| - | 111650 | SL - TX | WI | | | TR Offshore, LLC | 7% | ACTIVE | |
| - | 115727 | SL - TX | WI | | | TR Offshore, LLC | 7% | ACTIVE | |
| - | 114988 | SL - TX | WI | | | TR Offshore, LLC | 7% | ACTIVE | |
| - | 136449 | SL - TX | WI | - | - | TR Offshore, LLC | 7% | ACTIVE | |
| - | 168986 | SL - TX | WI | - | - | Fieldwood Onshore | 100% | TERMIN | |
| - | 189098 | SL - TX | WI | - | - | Fieldwood Onshore | 100% | TERMIN | |
| - | 206882 | SL - TX | WI | - | - | Fieldwood | 100% | TERMIN | |

| Block | Lease | Type | Rights | Date Le Eff | Le Cur Acres (Ac) | Operator | WI | Lease Status | Note[†] |
|-------|-------|------|--------|-------------|-------------------|----------|-----|--------------|---------|
| - | JMB Partnership Caroline Baker Trust No. 1 | Onshore | WI | 2/6/2019 | | Onshore | 100% | | [76] |
| - | | Onshore | WI | 1/22/2016 | | | 100% | | [7] |

8
-

## Abandoned Properties ROW

| SEGMENT NUMBER | COMPANY NAME | ORG AREA | ORG BLOCK | ORG NAME | REC AREA | REC BLOCK | REC NAME | SIZE | PRODUCT | STATUS | ROW NUMBER | FW LEASE | NOTE[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7923 | Fieldwood Energy, LLC | EB | 165 | A | HI | A 582 | 30 SSTI | 12 | GAS | ~~Active~~Out of Service | G08536 | G06280 | |
| 10301 | Bandon Oil and Gas, LP | EC | 332 | A | EC | 330 | 08 SSTI | 6 | OIL | Out of Service | G14699 | G09478 | [2] |
| 44 | Fieldwood Energy, LLC | EI | 175 | C | EI | 176 | 12" SSTI | 8 | OIL | Out of Service | G13445 | 00438 | |
| 1128 | Fieldwood Energy, LLC | EI | 330 | flanged end | EI | 306 | 14-inch SSTI | 14 | OIL | ~~Out of Service~~Active | G02139A | G02115 | |
| 7943 | Fieldwood Energy, LLC | EI | 342 | C | EI | 327 | 08 SSTI | 4 | OIL | ~~Out of Service~~Proposed Abandonment | G08541 | G02319 | [3] |
| 18493 | Fieldwood Energy, LLC | EI | 342 | C | EI | 343 | SSTI | 6 | GAS | ~~Out of Service~~Active | G29108 | G02319 | [3] |
| 19960 | Fieldwood Energy LLC | EI | 342 | C | EI | 342 | Blind Flange | 6 | OIL | ~~Out of Service~~Proposed Abandonment | G29471 | G02319 | [3] |
| 11923 | Fieldwood Energy, LLC | EI | 53 | C | EI | 64 | 22 SSTI | 10 | G/C | ~~Out of Service~~Active | G20539 | 00479 | |
| 9211 | Fieldwood Energy, LLC | EI | 53 | B | EI | 64 | 22 SSTI | 6 | G/C | ~~Partial Abandon~~Proposed Removal | G12373 | 00479 | |
| 15298 | Fieldwood Energy, LLC | GA | 210 | B | GA | 239 | 12 SSTI | 8 | G/C | ~~Active~~Out of Service | G26931 | G25524 | |
| 16077 | Fieldwood Energy, LLC | HI | 130 | #2 | HI | 165 | 8-inch SSTI | 8 | BLGH | ~~Partial~~ Abandoned | G28284 | G25579 | [1] |
| 15401 | Fieldwood Energy, LLC | HI | A 341 | B | HI | A 340 | 30" SSTI | 812 | G/C | ~~Active~~Out of Service | G26938 | G25605 | |
| 6669 | Fieldwood Energy LLC | HI | A 376 | A | HI | A 356 | 12 SSTI | 10 | GAS | Out of Service | G05238 | G02754 | |
| 6669 | Fieldwood Energy LLC | HI | A 376 | Platform A | HI | A 356 | 12 SSTI W/PSN 10882 | 10 | GAS | Out of Service | G05238 | G02754 | |

[1]   Lease carries $0 liability
[2]   Represents each ROW in which (i) FWE IV is to acquire solely as to the same 8/8ths undivided interest that FWE IV is to acquire in the related lease referenced above for such ROW. The Debtors' remaining interests in such ROW are to be abandoned.
[3]   Represents each ROW in which FWE is to acquire solely as to the 8/8ths undivided interest that FWE I is to acquire in the related lease reference above for such ROW: and in which FWE IV is to acquire solely as to the same 8/8ths undivided interest that FWE IV is to acquire in the release lease reference above for such ROW.  The Debtors' remaining interests in such ROW are to be abandoned.
[4]   ~~Represents each ROW in which FWE is to acquire solely as to the 8/8ths undivided interest that FWE I is to acquire in the related lease reference above for such ROW.  The Debtors' remaining interests in such ROW are to be abandoned.~~

9

| SEGMENT NUMBER | COMPANY NAME | ORG AREA | ORG BLOCK | ORG NAME | REC AREA | REC BLOCK | REC NAME | SIZE | PRODUCT | STATUS | ROW NUMBER | FW LEASE | NOTE[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7684 | Fieldwood Energy, LLC | HI | A 550 | A | HI | A 568 | 20 SSTI | 10 | GAS | Out of Service | G08276 | G04081 | |
| 6340 | Fieldwood Energy, LLC | HI | A 568 | Subsea Valve | HI | A 539 | 20 SSTI | 20 | G/C | ~~Out of Service~~Active | G04974 | G04081 | |
| 5470 | Fieldwood Energy, LLC | HI | A356 | Valve | HI | A343 | HIOS | 12 | GAS | Out of Service | G04050 | G02754 | |
| 10882 | Fieldwood Energy, LLC | HI | A356 | 10SST | HI | A356 | 12SSTI | 12 | GAS | Out of Service | G04051 | G02754 | |
| 6504 | Fieldwood Energy, LLC | HI | A595 | D | HI | 573 | B | 8 | OIL | Out of Service | G28525 | G02721 | |
| 14304 | Fieldwood Energy, LLC | MP | 101 | SSTI Manifold | MP | 102 | Plat A | 8 | BLKG | ~~Partial Abandon~~Proposed Removal | G24687 | G22792 | |
| 15810 | Fieldwood Energy Offshore LLC | MP | 29 | Well No. 1 | MP | 118 | Platform A | 6 | BLKG | ~~Out of Service~~Abandoned | G28216 | G27196 | [1] |
| 15818 | Fieldwood Energy Offshore LLC | MP | 77 | A | MP | 151 | 18"SSTI | 8 | GAS | Out of Service | G28221 | G04481 | [3] |
| 4733 | Fieldwood Energy Offshore LLC | SM | 142 | A | SM | 127 | 24 SSTI | 10 | G/C | Out of Service | G03441 | G01216 | |
| 15106 | Fieldwood Energy Offshore LLC | SM | 146 | B | SM | 147 | A | 6 | BLKG | ~~Out of Service~~Active | G26837 | G09546 | |
| 15107 | Fieldwood Energy, LLC | SM | 146 | B | SM | 147 | A | 4 | BLKG | G26838 | G09546 | |
| 15108 | Fieldwood Energy, LLC | SM | 147 | A | SM | 146 | B | 2 | LIFT | Out of Service | G26839 | G09546 | |
| 19363 | Fieldwood Energy Offshore LLC | SM | 147 | A | SM | 130 | 12 SSTI | 6 | BLKO | Out of Service | G14093 | G06693 | |
| 19363 | Fieldwood Energy Offshore LLC | SM | 147 | A | SM | 130 | 12 SSTI | 6 | BLKO | Out of Service | G29316 | G06693 | |
| 10977 | Fieldwood Energy, LLC | SM | 268 | A | SM | 280 | #03 | 3 | BLKG | ~~Out of Service~~Active | G28756 | G14456 | |
| 17499 | Fieldwood Energy, LLC | SM | 269 | B | SM | 268 | A | 10 | GAS | ~~Out of Service~~Active | G28484 | G02311 | |
| 13642 | Fieldwood Energy, LLC | SM | 280 | H | SM | 268 | A | 10 | BLKG | ~~Permitted for~~Proposed Abandonment | G28758 | G14456 | |
| 5427 | Fieldwood Energy, LLC | SM | 281 | E | SM | 268 | A | 12 | SPLY | Out of Service | G02817 | G02600 | |
| 5429 | Fieldwood Energy, LLC | SM | 281 | C | SM | 281 | 12 SSTI | 10 | SPLY | Out of Service | G02817 | G02600 | |
| 6512 | Fieldwood Energy, LLC | SM | 281 | C | SM | 268 | D | 10 | BLKO | Out of Service | G29131 | G02600 | |
| 10268 | Fieldwood Energy SP LLC | SP | 60 | A | SP | 6 | F/S | 10 | OIL | Out of Service | G14679 | G02137 | |

| SEGMENT NUMBER | COMPANY NAME | ORG AREA | ORG BLOCK | ORG NAME | REC AREA | REC BLOCK | REC NAME | SIZE | PRODUCT | STATUS | ROW NUMBER | FW LEASE | NOTE[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20050 | Fieldwood Energy, LLC | SS | 168 | SSTI | SS | 168 | SSTI | 6 | - | Proposed | G28788 | 00820 | [4] |
| 6748 | Fieldwood Energy, LLC | SS | 169 | C Platform | SS | 169 | 18-inch SSTI | 6 | OIL | Out of Service | G09322 | 00820 | [3] |
| 12778 | Fieldwood Energy, LLC | SS | 189 | A | SS | 185 | 26"SSTI | 8 | G/C | Out of Service | G22139 | G04232 | |
| 1138 | Fieldwood Energy, LLC | SS | 204 | A | SS | 207 | A | 6 | G/O | Out of Service | G13491 | G01520 | |
| 1137 | Fieldwood Energy, LLC | SS | 207 | A Platform | SS | 204 | A | 4 | GAS | Out of Service | G13489 | G01523 | |
| 1147 | Fieldwood Energy, LLC | SS | 207 | A | SS | 208 | F-Pump | 12 | OIL | Out of Service | G13492 | G01523 | |
| 17775 | Fieldwood Energy, LLC | SS | 253 | C | SS | 208 | F-Pump | 4 | OIL | Out of Service | G01691C | G01031 | |
| 18094 | Bandon Oil and Gas, LP | ST | 195 | B | ST | 196 | SSTI | 6 | G/C | Permitted for Proposed Abandonment Approved | G29005 | G03593 | |
| 11107 | Bandon Oil and Gas, LP | ST | 196 | 06-inch SSTI | SS | 208 | F | 6 | OIL | Permitted for Proposed Abandonment Approved | G05120 | G03593 | [2] |
| 13720 | Fieldwood Energy, LLC | VK | 340 | 8"SSTI | VK | 251 | A | 8 | BLGH | Active | G28221 | G04481 | |
| 13193 | Bandon Oil and Gas, LP | VR | 196 | A | VR | 206 | 12 SSTI | 8 | G/C | Out of Service | G22418 | G19760 | [2] |
| 18591 | Fieldwood Energy, LLC | VR | 196 | A | VR | 215 | A | 4 | BLKO | Out of Service | G29137 | G19760 | [2] |
| 18588 | Fieldwood Energy, LLC | VR | 215 | A | VR | 196 | A | 4 | GAS | Active Out of Service | G29136 | G19760 | [2] |
| 17090 | Fieldwood Energy, LLC | VR | 261 | A | VR | 265 | A | 8 | BLKO | Out of Service Proposed Abandonment | G28347 | G03328 | [2] |
| 14609 | Fieldwood Energy, LLC | VR | 272 | "A" | VR | 250 | 8" SSTI | 4 | OIL | Out of Service | G25384 | G23829 | |
| 14277 | Fieldwood Energy, LLC | VR | 272 | A | SM | 116 | 20" SSTI | 10 | G/C | Out of Service | G25288 | G23829 | |
| 5440 | Fieldwood Energy Offshore LLC | VR | 313 | B | VR | 313 | 20 SSTI | 10 | GAS | Out of Service | G04044 | G01172 | |
| 15136 | Fieldwood Energy, LLC | VR | 313 | B | VR | 313 | 6" SSTI | 6 | OIL | Out of Service | G03879 | G01172 | |
| 4289 | Fieldwood Energy Offshore LLC | WC | 485 | A | WC | 509 | GP | 12 | GAS | Out of Service | G02122E | G02220 | |
| 14251 | Fieldwood Energy | WC | 72 | #1 | WC | 65 | JA | 4 | BLKG | Out of | G25275 | G23735 | |

| SEGMENT NUMBER | COMPANY NAME | ORG AREA | ORG BLOCK | ORG NAME | REC AREA | REC BLOCK | REC NAME | SIZE | PRODUCT | STATUS | ROW NUMBER | FW LEASE | NOTE[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Offshore LLC | | | | | | | | | ~~Service~~Active | | | |
| 16088 | Fieldwood Energy, LLC | WD | 122 | A | WD | 105 | E | 6 | GAS | ~~Out of Service~~Active | G28289 | G13645 | |
| 16089 | Fieldwood Energy, LLC | WD | 122 | A | WD | 105 | E | 3 | OIL | Out of Service | G28290 | G13645 | |
| 15960 | Fieldwood Energy, LLC | WD | 90 | A | WD | 73 | SSTI | 4 | OIL | ~~Out of Service~~Active | G28260 | G01089 | |
| 18649 | Fieldwood Energy, LLC | VK | 826 | A | VK | 962 | UTA | 4 | UBEH | Out of Service | G29151 | G15441 | |
| 18904 | Fieldwood Energy, LLC | VK | 826 | A | VK | 917 | SUTA | 1 | UMB | Out of Service | G29151 | G15441 | |
| 18648 | Fieldwood Energy, LLC | VK | 962 | PLET | VK | 826 | A-Nep Spar | 6 | SERV | Active | G29151 | G15441 | |
| 14906 | Fieldwood Energy, LLC | VK | 962 | SSW #1 | VK | 826 | A Nep Spar | 6 | BLKO | Out of Service | G25481 | G15441 | |
| 14907 | Fieldwood Energy, LLC | VK | 962 | SSW#1 | VK | 826 | A | 10 | CSNG | Out of Service | G25481 | G15441 | |

12

-