United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 27, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |
| **FIELDWOOD ENERGY LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Proc. No. 20-03461 (MI) |
| | § | |
| **RENAISSANCE OFFSHORE, LLC,** | § | |
| | § | |
| Defendant | § | |
| | § | |

## STIPULATION AND ORDER DISMISSING ADVERSARY PROCEEDING BETWEEN DEBTORS AND RENAISSANCE OFFSHORE LLC

This stipulation and order (the "**Stipulation**") is entered into by and among Fieldwood Energy LLC ("**Fieldwood**") and its debtors affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") and Renaissance Offshore LLC ("**ROS**" and, together with Fieldwood, the "**Parties**"). The Parties hereby stipulate and agree as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**RECITALS**

A.    WHEREAS, on March 17, 2021, the Debtors filed the *Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Authorizing and Approving Settlement Agreement Between Debtors and Renaissance Offshore LLC and (II) Granting Related Relief* (Docket No. 1047) (the "**Rule 9019 Motion**") seeking entry of an order approving Fieldwood's entry into the release and settlement agreement between the Parties (the "**Settlement Agreement**") in the adversary proceeding styled *Fieldwood Energy LLC v. Renaissance Offshore LLC*, Adversary Proceeding No. 20-03461 (MI) (the "**Adversary Proceeding**").  A copy of the Settlement Agreement was attached to the Rule 9019 Motion as Exhibit 1 thereto.

B.    WHEREAS, on April 12, 2021, the Court entered the *Order (I) Authorizing and Approving Settlement Agreement Between Debtors and Renaissance Offshore LLC and (II) Granting Related Relief* (Docket No. 1262) approving Fieldwood's entry into the Settlement Agreement.

C.    WHEREAS, the Settlement Agreement provides, among other things, that ROS shall pay to Fieldwood $4,024,412.31 (the "**Settlement Amount**"), payable in five equal monthly installments each due on the fifteenth day of each month beginning on or before March 15, 2021 and ending on the earlier of July 15, 2021 or the date on which the Settlement Amount is paid in full.

D.    WHEREAS, in the event the five fixed payments did not fully extinguish the Settlement Amount, the Settlement Agreement further provides that ROS was to make one final payment to Fieldwood to extinguish the remaining balance by August 15, 2021.

E. WHEREAS, the Parties agreed that the extinguishment payment would be made on Monday, August 16, 2021 and the date upon which the funds cleared would be taken as the date upon which payment in full was made.

F. WHEREAS, ROS paid the Settlement Amount in full on August 16, 2021 and the funds cleared on August 19, 2021.

G. WHEREAS, the Settlement Agreement provides that no later than seven days after payment of the full Settlement Amount, the Parties shall file with this Court a joint stipulation dismissing the Adversary Proceeding with prejudice.

It is hereby **ORDERED**:

1. The Adversary Proceeding is dismissed with prejudice.

2. The undersigned who executes this Stipulation by or on behalf of the respective Parties represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

3. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties hereto or by further order of the Court.

4. The Court retains jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Signed: August 27, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

3

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first below written.

| | |
|---|---|
| Dated:  August [●], 2021 | Dated: August [●], 2021 |
| By:  /s/Douglas S. Friedman | By: /s/Robert L. Paddock |
| STACY & BAKER, P.C.<br>Douglas S. Friedman<br>Texas Bar No. 24093456<br>Brian A. Baker<br>Texas Bar No. 24082648<br>Cynthia Castanon<br>Texas Bar No. 24093492<br>5300 Memorial Drive, Suite 270<br>Houston, TX 77007<br>Tel:    (713) 527-9991<br>Fax:    (713) 527-9992<br>Email: Doug.Friedman@stacybarkerlaw.com<br>     Brian.Baker@stacybarkerlaw.com<br>     Cynthia.Castanon@stacybarkerlaw.com | BUCK KEENAN LLP<br>Robert L. Paddock<br>Texas Bar No. 24002723<br>E. F. Mano DeAyala<br>Texas Bar No. 00783946<br>Helen H. McLaughlin<br>Texas Bar No. 24087706<br>2229 San Felipe, Suite 1000<br>Houston, TX 77019<br>Tel:    (713) 225-4500<br>Fax:   (713) 225-3719<br>Email: paddock@buckkeenan.com<br>     deayala@buckkeenan.com<br>     hmclaughlin@buckkeenan.com |
| *Attorneys for ROS* | *Attorney for the Debtors* |