IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,* § § | Case No. 20-33948 (MI) |
| Debtors.[1] § § § | (Jointly Administered) Re. Docket No.: 1988 |

**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF AN
ORDER (I) AUTHORIZING AND APPROVING SIDE PURCHASE
AGREEMENT, INCLUDING (A) SALE OF DEBTORS' ASSETS FREE AND
CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER
INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF KEY
CONTRACTS, (II) APPROVING FORM AND MANNER OF NOTICE OF SIDE
PURCHASE AGREEMENT, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on August 14, 2021, Fieldwood Energy LLC ("**Fieldwood**") and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of Debtors for Entry of An Order (I) Authorizing and Approving Side Purchase Agreement, Including (A) Sale of Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests and (B) Approving Form and Manner of Notice of Side Purchase Agreement, and (III) Granting Related Relief* [Docket No. 1988] (the "**Sale Motion**"), seeking Court approval of, among other things, the Side Purchase Agreement.[2]

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the *Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Occurrence of Effective Date* [Docket No. 2016] (the "**Notice of Effective Date**"), the Effective Date of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 2008] (including any exhibits and schedules thereto and as may be further amended, supplemented, or modified, the "**Plan**") occurred on August 27, 2021 (the "**Effective Date**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that because the Effective Date of the Plan occurred on August 27, 2021, the Post-Effective Date Debtors no longer intend to prosecute the Sale Motion and hereby withdraw the Sale Motion.

Dated:  August 27, 2021
       Houston, Texas

    /s/  *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: Matt.Barr@weil.com
       Jessica.Liou@weil.com

*Attorneys for the Plan Administrator and certain Post-Effective Date Debtors*

**Certificate of Service**

    I hereby certify that on August 27, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                               /s/ Alfredo R. Pérez
                                               Alfredo R. Pérez