UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|----------|---------|------------------|---------------|
| Debtor | In re: Fieldwood Energy LLC, *et al.* | | |

This lawyer, who is admitted to the State Bar of California:

| | |
|---|---|
| Name | Bambo Obaro |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 201 Redwood Shores Parkway, 4th Floor |
| City & Zip Code | Redwood Shores, CA 94065 |
| Telephone | (650) 802-3083 |
| Email | Bambo.Obaro@weil.com |
| Licensed: State & Number | California/267683 |

Seeks to appear as the attorney for this party:

| QuarterNorth Energy LLC and Its Debtor Affiliates | |
|---|---|
| Dated: August 30, 2021 | Signed:  */s/ Bambo Obaro*                         |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____ <br> Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                United States Bankruptcy Judge