United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 31, 2021
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In re: Fieldwood Energy LLC, *et al.* | | |

This lawyer, who is admitted to the State Bar of California:

| | |
|---|---|
| Name | Bambo Obaro |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 201 Redwood Shores Parkway, 4th Floor |
| City & Zip Code | Redwood Shores, CA 94065 |
| Telephone | (650) 802-3083 |
| Email | Bambo.Obaro@weil.com |
| Licensed: State & Number | California/267683 |

Seeks to appear as the attorney for this party:

| QuarterNorth Energy LLC and Its Debtor Affiliates | |
|---|---|
| Dated: August 30, 2021 | Signed: */s/ Bambo Obaro* |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__ . |
|---|
| Dated: | Signed: _____ Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: August 31, 2021

_____
Marvin Isgur
United States Bankruptcy Judge