IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

NOTICE OF WITHDRAWAL OF OBJECTION OF
ANKOR ENTITIES TO DEBTORS' CURE NOTICE

**PLEASE TAKE NOTICE** that Ankor Energy LLC and Ankor E&P Holdings LLC (collectively, "Ankor Entities") hereby withdraw their *Objection to Debtors' Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts (Docket No. 1395) (the "Cure Notice")* filed in this cause on June 7, 2021 at *Docket Number 1516*.

Dated: August 31, 2021

                                                  Respectfully Submitted,

                                                  JOHNSON DELUCA KURISKY & GOULD
                                                  A Professional Corporation

                                                  By: */s/ Millard A. Johnson*
                                                        Millard A. Johnson
                                                        Texas Bar No. 10772500
                                                        Fed ID No. 245
                                                        mjohnson@jdkglaw.com
                                                        George A. Kurisky

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

>Texas Bar No. 11767700
>Fed ID No. 12892
>gkurisky@jdkglaw.com
>Sara J. Sherman
>Texas Bar No. 24068168
>Fed ID No. 1890039
>ssherman@jdkglaw.com
>4 Houston Center
>1221 Lamar Street, Suite 1000
>Houston, Texas 77010
>(713) 652-2525 - Telephone
>(713) 652-5130 – Facsimile

**COUNSEL FOR ANKOR ENERGY LLC
AND ANKOR E&P HOLDINGS LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August 2021 a true and correct copy of the foregoing document was served via this Court's CM/ECF system on all parties having consented to such electronic service in this case.

*/s/ Millard A. Johnson*
Millard A. Johnson