United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ASPEN AMERICAN INSURANCE COMPANY, *et al*, <br><br> Appellants, | § § § § § § § § § § CIVIL ACTION NO. 4:21-CV-2155 |

## ORDER OF DISMISSAL

The appellants in this bankruptcy appeal have filed a notice of withdrawal of the appeal. (Dkt. 10). Accordingly, this appeal is **DISMISSED**, and this case is **CLOSED**.

SIGNED at Houston, Texas, this 5th day of August, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE