| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | FIELDWOOD ENERGY LLC, et al. | |

This lawyer, who is admitted to the State Bar of __California__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Abigail V. O'Brient, Esq.<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.<br>2029 Century Park East, Suite 3100<br>Los Angeles, California 90067<br>Tel: 310-586-3200 / Fax: 310-586-3202<br>Licensed: California and 265704 |
|---|---|

Seeks to appear as the attorney for this party:

| The Plan Administrator and Certain Post-Effective Date Debtors |
|---|
| Dated: September 2, 2021         Signed: /s/ Abigail V. O'Brient |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:          Signed: _____<br>                                Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____                            _____
                                                                    United States Bankruptcy Judge