UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | FIELDWOOD ENERGY LLC, et al. | |

This lawyer, who is admitted to the State Bar of __California__ :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Joseph R. Dunn, Esq.<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>Tel: 858-314-1500 / Fax: 858-314-1501<br>Licensed: California and 238069 |
|---|---|

Seeks to appear as the attorney for this party:

| The Plan Administrator and Certain Post-Effective Date Debtors |
|---|
| Dated: September 2, 2021     Signed: /s/ Joseph R. Dunn |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                       Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                           United States Bankruptcy Judge