IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for QuarterNorth Energy LLC, QuarterNorth Energy Inc., QuarterNorth Energy Holding Inc., QuarterNorth Intermediate Inc., and Mako Buyer 2 LLC (collectively, "**QuarterNorth**")[2] in the above-captioned cases pending under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, QuarterNorth requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in these cases, be transmitted to:

| **WEIL, GOTSHAL & MANGES LLP** | **WEIL, GOTSHAL & MANGES LLP** |
|---|---|
| Alfredo R. Pérez (15776275) | Matthew S. Barr (admitted *pro hac vice*) |
| Clifford W. Carlson (24090024) | Jessica Liou (admitted *pro hac vice*) |
| 700 Louisiana Street, Suite 1700 | 767 Fifth Avenue |
| Houston, Texas 77002 | New York, New York 10153 |
| Telephone: (713) 546-5000 | Telephone: (212) 310-8000 |
| Facsimile: (713) 224-9511 | Facsimile: (212) 310-8007 |
| Emails: Alfredo.Perez@weil.com | Emails: Matt.Barr@weil.com |
| Clifford.Carlson@weil.com | Jessica.Liou@weil.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] QuarterNorth is not appearing as a successor to any Debtor or as a Post-Effective Date Debtor.

**WEIL GOTSHAL & MANGES LLP**
Paul R. Genender (00790758)
Erin M. Choi (24079436)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Emails:  Paul.Genender@weil.com
            Erin.Choi@weil.com

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys also filed a notice of appearance as counsel for the Plan Administrator, Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc.

[*Remainder of Page Left Blank*]

Date:  September 2, 2021
      Houston, Texas

    /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Emails: Alfredo.Perez@weil.com
        Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP

Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Emails: Matt.Barr@weil.com
        Jessica.Liou@weil.com

-and-

WEIL GOTSHAL & MANGES LLP
Paul R. Genender (00790758)
Erin M. Choi (24079436)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Emails: Paul.Genender@weil.com
        Erin.Choi@weil.com

*Attorneys for QuarterNorth Energy LLC and certain of its affiliates*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

　　　　　　　　　　　　　　　　　　　　　 /s/ Alfredo R. Pérez　　　　　　　
　　　　　　　　　　　　　　　　　　　　Alfredo R. Pérez