IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for David Dunn in his capacity as the Plan Administrator appointed pursuant to the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* (ECF No. 2008) (the "**Plan**")[2] on the Effective Date, Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. in the above-captioned cases pending under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the Plan Administrator requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in these cases, be transmitted to:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan.

| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| Alfredo R. Pérez (15776275) | Matthew S. Barr (admitted *pro hac vice*) |
| Clifford W. Carlson (24090024) | Jessica Liou (admitted *pro hac vice*) |
| 700 Louisiana Street, Suite 1700 | 767 Fifth Avenue |
| Houston, Texas 77002 | New York, New York 10153 |
| Telephone: (713) 546-5000 | Telephone: (212) 310-8000 |
| Facsimile: (713) 224-9511 | Facsimile: (212) 310-8007 |
| Emails: Alfredo.Perez@weil.com | Emails: Matt.Barr@weil.com |
| Clifford.Carlson@weil.com | Jessica.Liou@weil.com |
| | |
| **WEIL GOTSHAL & MANGES LLP** | **MINTZ, LEVIN, COHN, FERRIS,** |
| Paul R. Genender (00790758) | **GLOVSKY AND POPEO, P.C.** |
| Erin M. Choi (24079436) | Joseph R. Dunn (*pro hac vice* pending) |
| 200 Crescent Court, Suite 300 | Abigail O'Brient (*pro hac vice* pending) |
| Dallas, Texas 75201 | 3580 Carmel Mountain Road, Suite 300 |
| Telephone: (214) 746-7700 | San Diego, CA 92130 |
| Facsimile: (214) 746-7777 | Telephone: (858) 314-1500 |
| Emails: Paul.Genender@weil.com | Facsimile: (858) 314-1501 |
| Erin.Choi@weil.com | Emails: JRDunn@mintz.com |
| | AOBrient@mintz.com |

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that Weil, Gotshal & Manges LLP also filed a notice of appearance as counsel for QuarterNorth Energy LLC, QuarterNorth Energy Inc., QuarterNorth Energy Holding Inc., QuarterNorth Intermediate Inc., and Mako Buyer 2 LLC.

[*Remainder of Page Left Blank*]

Date: September 2, 2021
Houston, Texas

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Emails: Alfredo.Perez@weil.com
         Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Emails: Matt.Barr@weil.com
         Jessica.Liou@weil.com

-and-

WEIL GOTSHAL & MANGES LLP
Paul R. Genender (00790758)
Erin M. Choi (24079436)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Emails: Paul.Genender@weil.com
         Erin.Choi@weil.com

-and-

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, PC
Joseph R. Dunn (*pro hac vice* pending)
Abigail V. O'Brient (*pro hac vice* pending)
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501
Emails: JRDunn@mintz.com
         AOBrient@mintz.com

*Counsel for Plan Administrator and certain Post-Effective Date Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                         */s/ Alfredo R. Pérez*
                         Alfredo R. Pérez