United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 03, 2021
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | FIELDWOOD ENERGY LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___California___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Joseph R. Dunn, Esq.<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>Tel: 858-314-1500 / Fax: 858-314-1501<br>Licensed: California and 238069 |

Seeks to appear as the attorney for this party:

The Plan Administrator and Certain Post-Effective Date Debtors

Dated: September 2, 2021   Signed: /s/ Joseph R. Dunn

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___.

Dated:   Signed: _____
Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: September 03, 2021

_____
Marvin Isgur
United States Bankruptcy Judge