| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of __New York__ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Gabriel Sasson<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400<br>NY - 4767570 |
|---|---|

Seeks to appear as the attorney for this party:

| David M. Dunn, as Plan Administrator |
|---|
| Dated: 9/3/2021 | Signed: /s/ Gabriel Sasson |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____   Signed: _____
                          Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                          United States Bankruptcy Judge