UNITED STATES BANKRUPTCY COURT · SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Kenneth Pasquale |
| Firm | Stroock & Stroock & Lavan LLP |
| Street | 180 Maiden Lane |
| City & Zip Code | New York, NY 10038 |
| Telephone | (212) 806-5400 |
| Licensed: State & Number | NY - 2372712 |

Seeks to appear as the attorney for this party:

David M. Dunn, as Plan Administrator

Dated: 9/3/2021      Signed: /s/ Kenneth Pasquale

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:      Signed: _____
                     Deputy Clerk

## Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                       United States Bankruptcy Judge