United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 07, 2021
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Kristopher M. Hansen |
| Firm | Stroock & Stroock & Lavan LLP |
| Street | 180 Maiden Lane |
| City & Zip Code | New York, NY 10038 |
| Telephone | (212) 806-5400 |
| Licensed: State & Number | NY - 2718518 |

Seeks to appear as the attorney for this party:

David M. Dunn, as Plan Administrator

Dated: 9/3/2021        Signed: /s/ Kristopher M. Hansen

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:        Signed: _____
                              Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: September 07, 2021

_____
Marvin Isgur
United States Bankruptcy Judge