**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | Re: Docket Nos. 293 & 413 |

**NOTICE OF PAYMENTS TO ORDINARY COURSE**
**PROFESSIONALS DURING QUARTER ENDING JULY 31, 2021**

   **PLEASE TAKE NOTICE THAT**, on September 3, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 293) (the "**Motion**").

   **PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 413) (the "**Order**") granting the Motion. Pursuant to the Order, at three-month intervals during the pendency of their chapter 11 cases (each, a "**Quarter**") beginning with the Quarter ending October 31, 2020, the Debtors are required to file with the Court and serve on the Reviewing Parties[2] no later than 30 days after the conclusion of a Quarter a statement including the following information for each Ordinary Course Professional: (a) the name of the Ordinary Course Professional; (b) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that Ordinary Course Professional during the reported Quarter; (c) the aggregate amount of postpetition payments made to that Ordinary Course Professional to date; and (d) a general description of the services rendered by that Ordinary Course Professional (each such statement, a "**Quarterly Report**").

   **PLEASE TAKE FURTHER NOTICE THAT**, annexed hereto as **Exhibit A** is the Quarterly Report for the quarter ending July 31, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Date:  September 8, 2021
       Houston, Texas

 */s/ Jessica Liou*

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Emails:  Alfredo.Perez@weil.com
         Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Emails:  Matt.Barr@weil.com
         Jessica.Liou@weil.com

*Counsel for Plan Administrator and certain*
*Post-Effective Date Debtors*

### **Certificate of Service**

I hereby certify that on September 8, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


 */s/ Jessica Liou*
Jessica Liou

**<u>Exhibit A</u>**

**Fieldwood Energy LLC**

Ordinary Course Professional Payments (5/1/21 - 7/31/21)

| Ordinary Course Professional | Aggregate Amount Paid during Reported Quarter | Aggregate Amount Paid to Date | Service |
|---|---|---|---|
| ERNST & YOUNG LLP | 250,000.00 | 1,150,000.00 | Services related to 2020 Fieldwood Energy Inc. audit |
| BAKER, DONELSON, BEARMAN, CALDWELL, B | 86,698.25 | 86,698.25 | Services related to ongoing litigation |
| RYDER SCOTT COMPANY LP | 76,692.50 | 330,467.50 | Year end reserves studies, mid-year and/or off cycle evaluation services |
| PRICEWATERHOUSECOOPERS LLP | 74,000.00 | 217,232.00 | Services related to 2019 tax return filing |
| OPPORTUNE LLP | 69,931.99 | 73,471.99 | Accounting services and supporting software services |
| KING KREBS & JURGENS | 59,430.92 | 59,430.92 | Legal and litigation services |
| LISKOW & LEWIS APLC | 55,819.38 | 194,404.75 | Legal services related to consideration of objections to proof of claims |
| LOYENS & LOEFF | 25,746.91 | 42,645.82 | Dutch tax and legal services |
| CAPITELLI & WICKER | 21,460.00 | 36,175.00 | Legal services related to ongoing litigation |
| STANCIL PROPERTY TAX, LLC. | 7,500.00 | 27,228.26 | Property tax services |
| BUCK KEENAN LP | 4,721.12 | 46,299.73 | Legal services related to various contracts and joint operating agreements |
| SUSMAN GODFREY LLP | 2,814.61 | 109,062.22 | Legal services related to ongoing litigation |
| HARTLINE DACUS BARGER DREYER LLP | 2,765.00 | 6,895.00 | Legal services related to ongoing litigation |
| JOHN & HENGERER | 2,585.94 | 5,208.12 | Professional services related to drafting monitoring reports |
| CORBETT & SCHRECK, P.C. | 1,433.75 | 1,433.75 | Provide representation before the FERC |
| LAW OFFICE OF KEVIN M SWEENEY | 866.81 | 1,147.31 | Prepare memo to Monitoring Group |
| BECK REDDEN LLP | 850.60 | 3,659.66 | Legal services related to ongoing litigation |
| THOMPSON COBURN LLP | 650.54 | 16,026.18 | Legal services related to Five-Year Review of Oil Pipeline Index |
| HOLMAN FENWICK WILLAN USA LLP | 433.00 | 18,331.98 | Legal services related to regulatory investigation |
| FLOOM ENERGY LAW PLLC | 294.00 | 1,069.75 | Legal services related to negotiated rate agreements and monitoring memos |
| CAPITOL SERVICES, INC | 220.00 | 1,510.00 | Provide commercial registered agent, corporate, and UCC filing services |
| BLANK ROME LLP | 43.00 | 78.83 | Legal services related to Discovery Monitoring |
| CHAFFE MCCALL, LLP | – | 29,270.19 | Representing Fieldwood employees in government investigation |
| JACKSON LEWIS P.C. | – | 401.80 | Legal services related to employment issues |
| MILLER & CHEVALIER CHARTERED | – | 1,600.00 | Legal services relating to anti-corruption compliance |
| SCHIFFER HICKS JOHNSON PLLC | – | 2,337.16 | Legal services related to drafting Notice of Bankruptcy |
| THOMPSON & KNIGHT LLP | – | 7,315.61 | Legal services related to various tax matters |
| WILLIS TOWERS WATSON US, LLC | – | 14,387.55 | Provide benefits and compensation consulting services |