UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, *et al*, § § § | |
| Appellants, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-2243 |
| § § | |
| FIELDWOOD ENERGY LLC, et al., § § § | |
| Appellees. § | |

# **ORDER**

The Appellants have moved to withdraw their Notice of Appeal.

The Appeal is hereby DISMISSED.

SIGNED at Houston, Texas, this 21st day of September, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE