UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY III LLC,** | § | |
| et al., | § | Bankruptcy Case No. 20-33948(MI) |
| | § | |
| Post-Effective Date Debtors. | § | (Jointly Administered) |
| ------------------------------------------------- | § | |
| | § | \_\_\_\_\_ |
| **NORTH AMERICAN SPECIALTY** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| Appellants, | § | |
| | § | |
| v. | § | |
| | § | |
| **FIELDWOOD ENERGY LLC, et al.** | § | Civil Action No. 4:21-cv-02201 |
| | § | |
| Appellees. | § | |
| ------------------------------------------------- | § | |
| | § | \_\_\_\_\_ |
| **LEXON INSURANCE COMPANY,** | § | |
| et al., | § | |
| | § | |
| Appellants, | § | |
| | § | |
| v. | § | |
| | § | |
| **FIELDWOOD ENERGY LLC, et al.** | § | Civil Action No. 4:21-cv-02202 |
| | § | |
| Appellees. | § | |
| ------------------------------------------------- | § | |

**NOTICE OF APPEARANCE**

The undersigned attorney appears on behalf of Appellants North American

1

Specialty Insurance Company and Lexon Insurance Company et al., and requests notice of all filings in the civil actions.

> Respectfully submitted,
>
> */s/ K. B. Battaglini*
> K. B. Battaglini (kbattaglini@strongpipkin.com)
> Texas Bar No. 01918060
> STRONG PIPKIN BISSELL & LEDYARD LLP
> Two Riverway, Suite 1020
> Houston, Texas 77056
> (713) 210-4371
> (713) 651-1920 fax
>
> Attorneys for Appellants North American Specialty Insurance Company and Lexon Insurance Company et al.

### CERTIFICATE OF SERVICE

This will certify that on September 22, 2021, a true and correct copy of the foregoing document was served using the Electronic Case Filing System for the U.S. District Court, Southern District of Texas.

> */s/ K. B. Battaglini*
> K. B. Battaglini

2