United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.,* | Bankruptcy Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] | (Jointly Administered) |
| ——————————————— | —— |
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | |
| Appellants, | |
| v. | |
| FIELDWOOD ENERGY LLC, *et al.,* | Civil Action No. 4:21-cv-02201 |
| Appellees. | |
| ——————————————— | —— |
| LEXON INSURANCE COMPANY, *et al.*, | |
| Appellants, | |
| v. | |
| FIELDWOOD ENERGY LLC, *et al.,* | Civil Action No. 4:21-cv-02202 |
| Appellees. | |
| ——————————————— | |

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective

## ORDER GRANTING APPELLEES' UNOPPOSED MOTION TO CONSOLIDATE APPEALS AND HOLD MERITS BRIEFING IN ABEYANCE PENDING RESOLUTION OF MOTION TO DISMISS APPEALS

Before the Court is the Unopposed Motion of Appellees to Consolidate to Consolidate Appels and Hold Merits Briefing in Abeyance Pending Resolution of Motion to Dismiss Appeals. After careful consideration of the motion the Court finds good cause exists for granting the motion.

**It is therefore ORDERED that:**

1. The Appeals docketed in this Court under Case Nos. 4:21-cv-02201 and 4:21-cv-02202 are hereby consolidated pursuant to Federal Rule of Bankruptcy Procedure 8003(b)(2).

2. The Appeals shall be administered under Case No. 4:21-cv-02201 (the "**Consolidated Appeal**"), using the following case caption:

---

Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | Chapter 11 |
| **FIELDWOOD ENERGY III LLC,** *et al.*, | § § § § | Bankruptcy Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.² | § § § | (Jointly Administered) |
| ----------------------------------------- | § § § | ____ |
| **NORTH AMERICAN SPECIALTY INSURANCE COMPANY, LEXON INSURANCE COMPANY,** *et al.*, | § § § § § § | |
| Appellants, | § § | |
| v. | § § | |

---

² The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

| | | |
|---|---|---|
| **FIELDWOOD ENERGY LLC,** *et al.,* § | | Civil Action No. 4:21-cv-02201 |
| § | | |
| **Appellees.** § | | **CONSOLIDATED APPEAL** |
| § | | |

---------------------------------------------------

3. In further aid of this consolidation, and to ensure that all of the parties, or those otherwise interested in the Appeals, can reference one docket for all information and pleadings related to the Appeals, a docket entry shall be made on the docket of each of the Appeals stating as follows:

> An order has been entered in this appeal directing consolidation of the appeal under Case No. 4:21-cv-02201. The docket in Case No. 4:21-cv-02201 should be consulted for all matters affecting this appeal.

4. All papers to be filed in the above Appeals, whether before or after the consolidation, should be filed or deemed filed, as applicable, in the docket of the Consolidated Appeal.

5. The parties are hereby authorized to use a combined service list for the Appeals.

6. The Clerk of this Court is authorized and directed to take all actions necessary to consolidate the Appeals.

7. The merits briefing on the Appeals is held in abeyance pending the Court's resolution of the motion to dismiss the Appeals. In the event that the Court issues an order denying the motion to dismiss the Appeals, the parties shall confer in good faith to propose a briefing schedule for the Court's consideration.

8. Appellees shall file their motion to dismiss (the "**Motion to Dismiss**")

no later than 3 business days after the date this order is docketed.

        9.      Appellants shall have 30 days after the filing of the Motion to Dismiss to file a response to the Motion to Dismiss. Appellees shall have 15 days after the filing of any response to file a reply in support of the Motion to Dismiss.

        10.      The Court retains and the parties consent to its jurisdiction to resolve any disputes or controversies arising from this order.

It is so ORDERED.

SIGNED on this  23rd  day of  September , 2021.

*George C. Hanks*
George C. Hanks
United States District Judge