IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] | § § § | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Hunter Neal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Post-Effective Date Debtors in the above-captioned chapter 11 cases.

On September 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors and (II) Occurrence of Effective Date [Docket No. 2016]

[*Remainder of page intentionally left blank*]

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

Dated: September 21, 2021

                                                                                                       */s/ Hunter Neal*
                                                                                                       Hunter Neal

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 21, 2021, by Hunter Neal, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 56602

## **Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 12410189 | ANGELIA MARIE BERRY MYLES | ADDRESS ON FILE | | | | | |
| 11533817 | ARENA ENERGY LP | 2103 RESEARCH FOREST DR STE 400 | | | THE WOODLANDS | TX | 77380-4163 |
| 12138400 | ARGONAUT INSURANCE COMPANY | PO BOX 469-12 | | | SAN ANTONIO | TX | 76346-9013 |
| 11539458 | ASHLEY WENNERSTROM | ADDRESS ON FILE | | | | | |
| 12410167 | B R EUBANKS | ADDRESS ON FILE | | | | | |
| 12139132 | BEDROCK PETROLEUM CONSULTANTS LLC | 800 GESSNAR RD STE 800 | | | HOUSTON | TX | 77024-4486 |
| 12413315 | BEDROCK PETROLEUM CONSULTANTS LLC | KIRSTI.LASSALLE | 800 GRESSNAR RD STE 800 | | HOUSTON | TX | 77024-4488 |
| 11539551 | BEN RHODEN | ADDRESS ON FILE | | | | | |
| 12412479 | BEN RHODEN | ADDRESS ON FILE | | | | | |
| 12407130 | BRANDY WARE | ADDRESS ON FILE | | | | | |
| 11541453 | BRIAN NELSON | ADDRESS ON FILE | | | | | |
| 12414424 | CALLON PETROLEUM OPERATING CO | ADDRESS ON FILE | | | | | |
| 12409204 | CHONDIA RENEE YOUNG | ADDRESS ON FILE | | | | | |
| 12138463 | CHURCHILL DRILLING TOOLS US, INC | 5440 GUNN RD | | | HOUSTON | TX | 77040-6311 |
| 11538359 | CHURCHILL DRILLING TOOLS US, INC | ATTN: TEODORA RIVERA | 5440 GUNN RD | | HOUSTON | TX | 77040-6711 |
| 12415138 | CIMA ENERGY, LP | 1221 MCKINNEY ST STE 3700 | | | HOUSTON | TX | 77010-2046 |
| 11533282 | CLIFFORD, JOHN | ADDRESS ON FILE | | | | | |
| 12415371 | CORPORATE OUTFITTERS LTD | TIFFANI JONES | 9011 S SAN HOUSTON PKWY W STE 130 | | MISSOURI CITY | TX | 77469-1239 |
| 11538477 | CRAIN BROTHERS INC | 643 PETRO POINT DR | | | LAKE CHARLES | LA | 70607-7014 |
| 11533263 | CRAIN, RICHARD | ADDRESS ON FILE | | | | | |
| 11538499 | CSI TECHNOLOGIES LLC | 2202 OIL CENTER CT | | | HOUSTON | TX | 77073-3333 |
| 12412646 | CTM 1995 LLC | ADDRESS ON FILE | | | | | |
| 12407502 | CURTIS MCCURRY | ADDRESS ON FILE | | | | | |
| 11533258 | CUSHSHON, LENA | ADDRESS ON FILE | | | | | |
| 11538557 | DAVID DEAN | ADDRESS ON FILE | | | | | |
| 12412846 | DAVID DEAN | ADDRESS ON FILE | | | | | |
| 11541691 | DAVID K. KOSMITIS | ADDRESS ON FILE | | | | | |
| 12662771 | DAVID RICHARD PFISTER;.; | ADDRESS ON FILE | | | | | |
| 11538576 | DEAN, DAVID | ADDRESS ON FILE | | | | | |
| 11538619 | DELYEA, HOUSTON | ADDRESS ON FILE | | | | | |
| 11541728 | DIMMITT O PERKINS DECEASED | ADDRESS ON FILE | | | | | |
| 12138503 | DOCVUE LLC | 2901 S 1ST ST | | | ABILENE | TX | 79605-1813 |
| 12412974 | DOCVUE LLC | 2901 S 1ST ST | | | ABILENE | TX | 79603-1813 |
| 11533241 | DRISKO, PATRICIA | ADDRESS ON FILE | | | | | |
| 12407143 | EDDIE MELVIN VEAL JR | ADDRESS ON FILE | | | | | |
| 12408470 | EDWARD L DAVIS | ADDRESS ON FILE | | | | | |
| 12411372 | ENCINO OPERATING , LLC | 5047 SAN FELIPE ST STE 300 | | | HOUSTON | TX | 77037-3426 |
| 11537321 | ENRIQUE RIVERA | ADDRESS ON FILE | | | | | |
| 12412961 | ENRIQUE RIVERA | ADDRESS ON FILE | | | | | |
| 11537358 | ERIC JONES LEE | ADDRESS ON FILE | | | | | |
| 11537367 | ERROL LUCIEN MONCRIFFE | ADDRESS ON FILE | | | | | |
| 12412142 | FLOYD GUIDRY JR. | ADDRESS ON FILE | | | | | |
| 11537560 | GARY MITCHELL | ADDRESS ON FILE | | | | | |
| 12410719 | GERALD G. YUNKER | ADDRESS ON FILE | | | | | |
| 12411074 | H TONY HAUGLUM | ADDRESS ON FILE | | | | | |
| 11541038 | HAZEL MARIE FOREMAN BICKHAM | ADDRESS ON FILE | | | | | |
| 11535855 | HOUSTON DELYEA | ADDRESS ON FILE | | | | | |
| 12413083 | HOUSTON DELYEA | ADDRESS ON FILE | | | | | |
| 12408662 | HOWARD RISK ADVISORS LLC | 4906 AMBASSADOR CAFFERY PKWY STE 203 | | | LAFAYETTE | LA | 70508-6962 |
| 12903624 | HUGHES, CECELIA | ADDRESS ON FILE | | | | | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 11535933 | IRONGATE TUBULAR SERVICES, LLC | 8003 CUNNINGHAM RD | | | HOUSTON | TX | 77041-4706 |
| 11533161 | ISTRE, DAN | ADDRESS ON FILE | | | | | |
| 12409039 | JACK ARTHUR DUCE | ADDRESS ON FILE | | | | | |
| 12408477 | JACK POWERS | ADDRESS ON FILE | | | | | |
| 12407183 | JAMES JOSEPH MACOR | ADDRESS ON FILE | | | | | |
| 11541178 | JEANA RAE WEISS | ADDRESS ON FILE | | | | | |
| 11541204 | JERRY L SHEETS | ADDRESS ON FILE | | | | | |
| 11533156 | JESSUP, BENJAMIN | ADDRESS ON FILE | | | | | |
| 11541211 | JEWEL J DUNN | ADDRESS ON FILE | | | | | |
| 12413292 | JEWEL J DUNN | ADDRESS ON FILE | | | | | |
| 11536111 | JONES, KAYLYB | ADDRESS ON FILE | | | | | |
| 11536157 | KAYLYB JONES | ADDRESS ON FILE | | | | | |
| 12413280 | KAYLYB JONES | ADDRESS ON FILE | | | | | |
| 12407925 | KENNETH E DUNN | ADDRESS ON FILE | | | | | |
| 11536221 | KNIGHT OIL TOOLS | 6003 CUNNINGHAM RD | | | HOUSTON | TX | 77041-4703 |
| 11533154 | KOUASSI, JEAN-PHILIPPE | ADDRESS ON FILE | | | | | |
| 12413334 | KYLE "JAMES" LAFLEUR | ADDRESS ON FILE | | | | | |
| 11533148 | LAFLEUR, JAMES | ADDRESS ON FILE | | | | | |
| 11539952 | LESLIE ROSENBERG | ADDRESS ON FILE | | | | | |
| 11538840 | LIONEL GILLIAM | ADDRESS ON FILE | | | | | |
| 12410090 | LISA SINDERS | ADDRESS ON FILE | | | | | |
| 11538862 | LOBO OPERATING INC | ATTN: MOLLY SCOTT | 1019 W PINHOOK RD # 249 | | LAFAYETTE | LA | 70508-3796 |
| 12408533 | M & H ENTERPRISES INC | 8319 THORA LN HNGR A2 | | | SPRING | TX | 77379-3159 |
| 12903692 | M&H ENERGY SERVICES | 8319 THORA LN HNGR A2 | | | SPRING | TX | 77379-3153 |
| 12411523 | MARGARET LITTLE COLE | ADDRESS ON FILE | | | | | |
| 11539036 | MARY FRAN COMER | ADDRESS ON FILE | | | | | |
| 11539073 | MCCURRY, CURTIS | ADDRESS ON FILE | | | | | |
| 12408815 | MIREX AQUAPURE SOLUTIONS | 606 SHADY PORT ST | | | HOUSTON | TX | 77079-2419 |
| 12414323 | PANTHER INTERSTATE PIPELINE ENERGY LLC | PAM CLIFT | 14202 CHAMPION FOREST DR STE 103 | | HOUSTON | TX | 77069-1478 |
| 12139195 | PARTCO INC | 1605 COMMERCIAL DR | | | FORT ALLEN | LA | 70767-6102 |
| 12415120 | PARTCO INC | RHETT BOURGEOIS | 1605 COMMERCIAL DR | | PORT ALLEN | LA | 70762-6102 |
| 12410380 | PATTI DRISKO | ADDRESS ON FILE | | | | | |
| 11540266 | PAUL E BURTON | ADDRESS ON FILE | | | | | |
| 12412060 | PAUL EVANS MILLER | ADDRESS ON FILE | | | | | |
| 12139183 | PETROLINK DATA SERVICES, INC. | 11451 KATY FWY STE 320 | | | HOUSTON | TX | 77079-2009 |
| 11533063 | PFISTER, DAVID | ADDRESS ON FILE | | | | | |
| 11738046 | PLANNING THRU COMPLETION LLC | RAYEL BABIN | 100 BONVILLIAN ST | | BROUSSARD | LA | 70518-3418 |
| 11537972 | PLANNING THRU COMPLETION, LLC. | 109 BONVILLIAN ST | | | BROUSSARD | LA | 70518-3418 |
| 12415104 | PLANNING THRU COMPLETION, LLC. | RAYEL BABIN | 100 BONVILLIAN ST | | BROUSSARD | LA | 70318-3416 |
| 11538055 | PROVISIONS ENERGY & MARINE SUPPORT | 627 E ADMIRAL DOYLE DR STE 5 | | | NEW IBERIA | LA | 70560-6774 |
| 12139158 | PROVISIONS ENERGY & MARINE SUPPORT | 627 E ADMIRAL DOYLE DR STE 5 | | | NEW IBERIA | LA | 70560-6774 |
| 12408618 | QUANTA MARINE SERVICE, LLC | PO BOX 842317 | | | HOUSTON | TX | 77254-2317 |
| 11538081 | QUORUM BUSINESS SOLUTIONS (USA), INC. | 811 MAIN ST STE 2200 | | | HOUSTON | TX | 77002-6037 |
| 12139147 | QUORUM BUSINESS SOLUTIONS (USA), INC. | 811 MAIN ST STE 2200 | | | HOUSTON | TX | 77002-6237 |
| 12413599 | QUORUM BUSINESS SOLUTIONS (USA), INC. | 811 MAIN ST STE 2200 | | | HOUSTON | TX | 77002-8237 |
| 11533052 | RABALAIS, EDDIE | ADDRESS ON FILE | | | | | |
| 12410506 | REGULATORY ECONOMICS GROUP LLC | 11180 SUNRISE VALLEY DR STE 320 | | | RESTON | VA | 20191-4977 |
| 11538157 | RHODEN, BENJAMIN | ADDRESS ON FILE | | | | | |
| 11538162 | RICHARD CRAIN | ADDRESS ON FILE | | | | | |
| 11540382 | RICK D CLARK | ADDRESS ON FILE | | | | | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 11538191 | RIVERA, ENRIQUE | ADDRESS ON FILE | | | | | |
| 11533708 | RODI MARINE, LLC | HARRY E. MORSE | 400 POYDRAS ST STE 2050 | | NEW ORLEANS | LA | 70130-3251 |
| 12410340 | ROSEFIELD PIPELINE COMPANY, LLC | 2103 RESEARCH FOREST DR STE 300 | | | THE WOODSLAND | TX | 77380-4165 |
| 12409377 | ROY W RAU | ADDRESS ON FILE | | | | | |
| 11536784 | SANDRA SABINE | ADDRESS ON FILE | | | | | |
| 11536802 | SCHROEDER, MARK | ADDRESS ON FILE | | | | | |
| 12413507 | SETPOINT INTEGRATED SOLUTIONS INC | MINDY DELINO | 101 METALS DR | | YOUNGSVILLE | LA | 70393-3613 |
| 11533703 | SMITH, JR., ANTONIO | ADDRESS ON FILE | | | | | |
| 11536943 | SONNIER, DUSTY | ADDRESS ON FILE | | | | | |
| 11540596 | SUZANNE K CONAWAY | ADDRESS ON FILE | | | | | |
| 11537132 | TAMPNET INC | ATTN: CARLA DRONET | 24275 KATY PKWY STE 525 | | KATY | TX | 77494-7370 |
| 12138794 | TAMPNET INC | 24275 KATY FWY STE 525 | | | KATY | TX | 77494-7370 |
| 11540629 | TERRY S DORN | ADDRESS ON FILE | | | | | |
| 11540662 | THOMAS JOHN FISHER | ADDRESS ON FILE | | | | | |
| 12407562 | VAN RAYNARD PRESTON | ADDRESS ON FILE | | | | | |
| 12407367 | VERMILION CORPORATION | 115 RUE CENTRE ST | | | ABBEVILLE | LA | 70510-4212 |
| 11536523 | WALL, BRANDON | ADDRESS ON FILE | | | | | |
| 11532973 | WARE, BRANDY | ADDRESS ON FILE | | | | | |
| 11536566 | WENNERSTROM, ASHLEY | ADDRESS ON FILE | | | | | |
| 11536598 | WHITRACK, GERALD | ADDRESS ON FILE | | | | | |
| 12414900 | WILLIAM R ARTHUR | ADDRESS ON FILE | | | | | |
| 12407413 | YUMA EXPLORATION & PRODUCTION | ADDRESS ON FILE | | | | | |
| 12407412 | YUMA EXPLORATION AND | ADDRESS ON FILE | | | | | |
| 11536679 | YVONDA LYNN YOUNG RANDOLPH | ADDRESS ON FILE | | | | | |
| 12662970 | Z CAPITAL CREDIT PARTNERS CLO 2015-1 LTD.;.; | C/O Z CAPITAL GROUP | TWO CONWAY PARK | 1330 AVENUE OF THE AMERICAS STE 1600 | NEW YORK | NY | 10019-3405 |
| 12662971 | Z CAPITAL CREDIT PARTNERS CLO 2018-1 LTD.;.; | C/O Z CAPITAL GROUP | TWO CONWAY PARK | 1330 AVENUE OF THE AMERICAS STE 1600 | NEW YORK | NY | 10019-1433 |
| 12662972 | Z CAPITAL CREDIT PARTNERS CLO 2019-1 LTD.;.; | 1330 AVENUE OF THE AMERICAS STE 1800 | | | NEW YORK | NY | 10019-5435 |