UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC**, *et al.*[1] | **Case No. 20-33948 (MI)** |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF NO OBJECTION TO MOTION OF THE PLAN ADMINISTRATOR FOR ENTRY OF AN ORDER APPROVING OMNIBUS CLAIMS OBJECTION PROCEDURES AND FILING OF OMNIBUS CLAIMS OBJECTIONS**
[Related Docket No. 2042]

The undersigned hereby certifies as follows:

1.　On September 3, 2021, the *Motion of the Plan Administrator for Entry of an Order Approving Omnibus Claims Objection Procedures and Filing of Omnibus Claims Objections* [Docket No. 2042] (the "Motion") was filed with the Court by Pachulski Stang Ziehl & Jones, LLP.

2.　Responses, if any, to the Motion were required to have been filed with the Court on or before September 24, 2021 (the "Response Deadline").

3.　The Response Deadline has passed and no responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel. Accordingly, the undersigned respectfully requests that the form of Order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

granting the Motion attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: September 27, 2021 | */s/ Michael D. Warner* |
| | Michael D. Warner (TX Bar No. 00792304) |
| | Benjamin L. Wallen (TX Bar No. 24102623) |
| | **Pachulski Stang Ziehl & Jones LLP** |
| | 440 Louisiana Street, Suite 900 |
| | Houston, TX 77002 |
| | (713) 691-9385 |
| | (713) 691-9407 (fax) |
| | mwarner@pszjlaw.com |
| | bwallen@pszjlaw.com |
| | |
| | *Counsel for the Plan Administrator* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of September, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

                                                */s/ Michael D. Warner*
                                                Michael D. Warner