IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Post-Effective Date Debtors.[1] | § | |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On September 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Occurrence of Effective Date [Docket No. 2016]

[*Remainder of page intentionally left blank*]

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

Dated: September 27, 2021

*/s/ Xavi Flores*
Xavi Flores

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 27, 2021, by Xavi Flores, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | Postal Code |
|---|---|---|---|---|---|
| 12415086 | BEAUREGARD PH. POLICE JURY | ADDRESS ON FILE | | | |
| 12411396 | CHRISTY S BRAUN | ADDRESS ON FILE | | | |
| 11539931 | LAW OFFICE OF W S DEVINE | ADDRESS ON FILE | | | |
| 11533082 | NGUYEN, STACEY | ADDRESS ON FILE | | | |
| 12411297 | ONE CALL NOW | PO BOX 865672 | ORLANDO | FL | 32886-5672 |
| 11533061 | PERKINS, RICHARD | ADDRESS ON FILE | | | |
| 11540442 | RONALD LYNN VINEYARD | ADDRESS ON FILE | | | |
| 12414283 | SP PLUS CORPORATION | 540 W MADISON ST STE 4 | CHICAGO | IL | 60661-2513 |