# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | Case No. 20-33948 (MI) |
| Post-Effective Date Debtors. | |

## NOTICE OF WITHDRAWAL OF OBJECTION OF NAUTILUS PIPELINE COMPANY, L.L.C. TO CURE AMOUNTS PROPOSED IN CONNECTION WITH PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that on June 2, 2021, Nautilus Pipeline Company, L.L.C., ("Nautilus") filed an *Objection to Cure Amounts Proposed in Connection with Plan Supplement* (the "Objection") (D.I. 1428).

**PLEASE TAKE FURTHER NOTICE** that since the filing of the Objection, the above-captioned debtors (including their predecessors in interest) and Nautilus have negotiated and subsequently reached an agreement resolving the Objection.

**PLEASE TAKE FURTHER NOTICE** that as part of the parties' consensual resolution of these matters, Nautilus hereby withdraws its Objection.

Dated: Houston, TX
October 1, 2021

EVERHEDS SUTHERLAND (US) LLP

By: */s/ Mark D. Sherrill*
Mark Sherrill (TBN 24034678)
1001 Fannin Street
Suite 3700
Houston, Texas  77002
Tel:  (713) 470-6100
Fax:  (713) 637-1359
marksherrill@eversheds-sutherland.us

*Counsel to Nautilus Pipeline Company, L.L.C.*

2

**Certificate of Service**

I hereby certify that the foregoing Notice was duly served on all parties in interest through the Court's ECF system, this 1st day of October, 2021.

*/s/ Mark D. Sherrill*
Mark D. Sherrill
