**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIELDWOOD ENERGY III LLC, *et al.*, | ) Case No. 20-33948 (MI) |
| | ) |
| Post-Effective Date Debtors. | ) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF MANTA RAY**
**OFFSHORE GATHERING COMPANY, L.L.C. TO CURE AMOUNTS PROPOSED**
**IN CONNECTION WITH PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE** that on June 2, 2021, Manta Ray Offshore Gathering Company, L.L.C., ("Manta Ray") filed an *Objection to Cure Amounts Proposed in Connection with Plan Supplement* (the "Objection") (D.I. 1429).

**PLEASE TAKE FURTHER NOTICE** that since the filing of the Objection, the above-captioned debtors (including their predecessors in interest) and Manta Ray have negotiated and subsequently reached an agreement resolving the Objection.

**PLEASE TAKE FURTHER NOTICE** that as part of the parties' consensual resolution of these matters, Manta Ray hereby withdraws its Objection.

Dated: Houston, TX
October 1, 2021

EVERHEDS SUTHERLAND (US) LLP

By: /s/ Mark D. Sherrill
Mark Sherrill (TBN 24034678)
1001 Fannin Street
Suite 3700
Houston, Texas  77002
Tel:  (713) 470-6100
Fax:  (713) 637-1359
marksherrill@eversheds-sutherland.us

*Counsel to Manta Ray Offshore*
*Gathering Company, L.L.C.*

## Certificate of Service

I hereby certify that the foregoing Notice was duly served on all parties in interest through the Court's ECF system, this 1st day of October, 2021.

/s/ Mark D. Sherrill
Mark D. Sherrill