UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.,* | § § § | Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] | § § § § § | |

**NOTICE OF WITHDRAWAL OF GENESIS ENERGY, L.P.'S OBJECTION TO NOTICE TO CONTRACT PARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE SCHEDULE OF ASSUMED CONTRACTS AND CURE AMOUNTS [Docket No. 1503]**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

As a result of the consensual resolution of these matters and the recent payment of the agreed upon cure amount, Genesis Energy, L.P. and its affiliates, High Island Offshore System, L.L.C., Poseidon Oil Pipeline Company, L.L.C., GEL Offshore Pipeline, LLC and Manta Ray Gathering Company, L.L.C. (collectively, "*Genesis*") hereby withdraw their Objection to the Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts [Docket No. 1503] filed on June 7, 2021.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

1

Dated: October 4, 2021 	Respectfully submitted,

/s/ Tom A. Howley
**Tom A. Howley**
Texas Bar No.  24010115
**Eric Terry**
Texas Bar No.  00794729
HOWLEY LAW PLLC
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone:  713-333-9125
Facsimile:  713-659-9601
Email:  tom@howley-law.com
Email:  eric@howley-law.com

*Counsel to Genesis Energy, L.P. and its Affiliates*

and

Tom Zabel
ZABEL FREEMAN
Texas Bar No.  22235500
1135 Heights Boulevard
Houston, Texas 77008
Telephone: 713-802-9117
Facsimile: 713-802-9114
Email: tzabel@zflawfirm.com

*Litigation Counsel to Genesis Energy, L.P. and its Affiliates*

**CERTIFICATE OF SERVICE**

I certify that on October 4, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Tom A. Howley
One of Counsel