**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Post-Effective Date Debtors.**[1] | § | |

ORDER SUSTAINING PLAN ADMINISTRATOR'S FIRST OMNIBUS OBJECTION TO
CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND
RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
<u>SEEKING TO DISALLOW CERTAIN CLAIMS</u>

(DUPLICATE CLAIMS)

[Related Docket No. ____]

Upon the *Plan Administrator's First Omnibus Objection to Claims Pursuant to Section*

*502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure*

*Seeking to Disallow Certain Claims* (the "<u>Objection</u>")[2] of the administrator of the chapter 11 plan

(the "<u>Plan Administrator</u>") of the above-captioned reorganized debtors (collectively, the

"<u>Debtors</u>," as applicable, and after the effective date of their plan of reorganization, the

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

"Reorganized Debtors"), seeking entry of an order (this "Order") disallowing the Duplicate Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1.      Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Duplicate Claim identified on **Schedule 1** to this Order is disallowed in its entirety.

2.      The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3.      Each claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Duplicate Claim.

4.      Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

5.      The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

6.      The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2021

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**<u>Schedule 1</u>**

**Schedule 1**
**Duplicate Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 863 | Fieldwood Energy LLC | **Creditor:** Abshire, Calvin | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Filed On:** 12/10/2020 | | | c/o Brian Colomb 2505 Verot School Rd. Lafayette, LA  70508 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 295 | Fieldwood Energy LLC | Abshire, Calvin | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Filed On:** 10/29/2020 | | | c/o Brian Colomb  2505 Verot School Rd. Lafayette, LA  70508 | | | | | |
| **Claim To Be Disallowed** | 346 | Fieldwood Energy LLC | **Creditor:** Alexander/Ryan Marine & Safety | $0.00 | $0.00 | $0.00 | $9,983.19 | $9,983.19 |
| **Filed On:** 11/10/2020 | | | 2000 Wayside Dr. Houston, TX  77011 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 345 | Fieldwood Energy LLC | Alexander/Ryan Marine & Safety | $0.00 | $0.00 | $0.00 | $9,983.19 | $9,983.19 |
| **Filed On:** 11/10/2020 | | | 2000 Wayside Dr. Houston, TX  77011 | | | | | |

Duplicate Claims

**Schedule 1**
**Duplicate Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 184 | Fieldwood Energy LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $9,125.00 | $9,125.00 |
| | | | American Pollution Control Corporation | | | | | |
| **Filed On:** 9/18/2020 | | | Andrew H. Meyers, Breaud & Meyers 420 Oil Center Drive | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Lafayette, LA  70503 | | | | | |
| **Remaining Claim** | 121 | Fieldwood Energy LLC | American Pollution Control Corporation | $0.00 | $0.00 | $0.00 | $9,125.00 | $9,125.00 |
| **Filed On:** 9/22/2020 | | | Andrew H. Meyers, Breaud & Meyers 420 Oil Center Drive | | | | | |
| | | | Lafayette, LA  70503 | | | | | |
| **Claim To Be Disallowed** | 980 | Fieldwood Energy LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $6,301.55 | $6,301.55 |
| | | | Arkos Field Services, LP | | | | | |
| **Filed On:** 6/21/2021 | | | 19750 FM 362 Road, Suite 100 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Waller, TX  77484 | | | | | |
| **Remaining Claim** | 340 | Fieldwood Energy LLC | ARKOS FIELD SERVICES, LP | $0.00 | $0.00 | $0.00 | $6,301.55 | $6,301.55 |
| **Filed On:** 11/9/2020 | | | ATTN: TERRY PICOU 19750 FM 362, SUITE 100 | | | | | |
| | | | WALLER, TX  77484 | | | | | |

Duplicate Claims

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

# Schedule 1
# Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 40 | Fieldwood Energy LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $51,720.00 | $51,720.00 |
| | | | BRI Consulting Group, INc. | | | | | |
| **Filed On:** 8/13/2020 | | | 1616 S. Voss Road, Suite 845 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Houston, TX  77057 | | | | | |
| **Remaining Claim** | 15 | Fieldwood Energy LLC | BRI Consulting Group, Inc. | $0.00 | $0.00 | $0.00 | $51,720.00 | $51,720.00 |
| **Filed On:** 8/10/2020 | | | 1616 S. Voss Road, Suite 845 Houston, TX  77057 | | | | | |
| **Claim To Be Disallowed** | 341 | Fieldwood Energy LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $3,505.42 | $3,505.42 |
| | | | CHAMPAGNES SUPERMARKET INC. | | | | | |
| **Filed On:** 11/9/2020 | | | 202 SOUTH KIBBE STREET | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | ERATH, LA  70533 | | | | | |
| **Remaining Claim** | 257 | Fieldwood Energy LLC | CHAMPAGNES SUPERMARKET INC. | $0.00 | $0.00 | $0.00 | $3,505.42 | $3,505.42 |
| **Filed On:** 10/20/2020 | | | 202 SOUTH KIBBE STREET ERATH, LA  70533 | | | | | |

Duplicate Claims

**Schedule 1**
**Duplicate Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 682 | Fieldwood Energy LLC | **Creditor:** | | | | | |
| | | | CNOOC Petroleum Offshore U.S.A., Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | Peter D'Apice; Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX 75201 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 681 | Fieldwood Energy LLC | CNOOC Petroleum Offshore U.S.A., Inc. | | | | | |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | Peter D'Apice; Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX 75201 | | | | | |
| **Claim To Be Disallowed** | 690 | Fieldwood Energy LLC | **Creditor:** | | | | | |
| | | | CNOOC Petroleum Offshore U.S.A., Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | Peter D'Apice; Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX 75201 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 688 | Fieldwood Energy LLC | CNOOC Petroleum Offshore U.S.A., Inc. | | | | | |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | Peter D'Apice; Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX 75201 | | | | | |

Duplicate Claims

**Schedule 1**
**Duplicate Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 762 | Fieldwood Energy LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $13,727.21 | $13,727.21 |
| | | | GEL Offshore Pipeline, LLC | | | | | |
| **Filed On:** | 11/24/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Anthony Shih 919 Milam Ste. 2100<br>Houston, TX  77002 | | | | | |
| **Remaining Claim** | 588 | Fieldwood Energy LLC | GEL Offshore Pipeline, LLC | $0.00 | $0.00 | $0.00 | $13,727.21 | $13,727.21 |
| **Filed On:** | 11/24/2020 | | Anthony Shih 919 Milam, Ste. 2100<br>Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | 670 | Fieldwood Energy LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $45,602.83 | $45,602.83 |
| | | | Louisiana Machinery Company, LLC | | | | | |
| **Filed On:** | 11/24/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | 3799 West Airline Hwy.-P.O. Drawer 536<br>Reserve, LA  70084-0536 | | | | | |
| **Remaining Claim** | 590 | Fieldwood Energy LLC | Louisiana Machinery Company, LLC | $0.00 | $0.00 | $0.00 | $45,602.83 | $45,602.83 |
| **Filed On:** | 11/24/2020 | | Benjamin W. Kadden 601 Poydras Street, Suite 2775<br>New Orleans, LA  70130 | | | | | |

**Duplicate Claims**

**Schedule 1**
**Duplicate Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 812 | Fieldwood Energy LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| | | | O'NEIL, TOYS | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | BROUSSARD & DAVID, LLC P.O. BOX 3524 LAFAYETTE, LA  70502 | | | | | |
| **Remaining Claim** | 737 | Fieldwood Energy LLC | O'NEIL, TOYS | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Filed On:** | 11/25/2020 | | | | | | | |
| | | | BROUSSARD & DAVID, LLC P.O. BOX 3524 LAFAYETTE, LA  70502 | | | | | |
| **Claim To Be Disallowed** | 82 | Fieldwood Energy LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $352,086.02 | $352,086.02 |
| | | | Precision Rental Services, LLC | | | | | |
| **Filed On:** | 8/20/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | 2103 Coteau Rd Houma, LA  70364 | | | | | |
| **Claim To Be Disallowed** | 83 | Fieldwood Energy LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $352,086.02 | $352,086.02 |
| | | | PRECISION RENTAL SERVICES, LLC. | | | | | |
| **Filed On:** | 8/20/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | 2103 COTEAU RD HOUMA, LA  70364 | | | | | |
| **Remaining Claim** | 4 | Fieldwood Energy LLC | Precision Rental Services, LLC | $0.00 | $0.00 | $0.00 | $352,086.02 | $352,086.02 |
| **Filed On:** | 8/13/2020 | | | | | | | |
| | | | 2103 Coteau Rd Houma, LA  70364 | | | | | |

**Duplicate Claims**

**Schedule 1**
**Duplicate Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 903 | GOM Shelf LLC | **Creditor:**<br>US Department of the Interior/ Office of Natural Resource Revenue<br><br>PO Box 25165 MS 64200B<br>Denver, CO  80225 | $0.00 | $0.00 | $0.00 | $287,720.34 | $287,720.34 |
| **Filed On:** | 2/2/2021 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 893 | GOM Shelf LLC | US Department of the Interior/Office of Natural Resources Revenue<br><br>PO Box 25165, MS 64200B<br>Denver, CO  80225 | $0.00 | $0.00 | $0.00 | $287,720.34 | $287,720.34 |
| **Filed On:** | 2/1/2021 | | | | | | | |
| **Claim To Be Disallowed** | 904 | Fieldwood Energy LLC | **Creditor:**<br>US Department of the Interior/Office of Natural Resources Revenue<br><br>PO Box 25165 MS 64200B<br>Denver, CO  80225 | $0.00 | $0.00 | $0.00 | $1,007,504.37 | $1,007,504.37 |
| **Filed On:** | 2/2/2021 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 894 | Fieldwood Energy LLC | US Department of the Interior/Office of Natural Resources Revenue<br><br>PO Box 25165, MS 64200B<br>Denver, CO  80225 | $0.00 | $0.00 | $0.00 | $1,007,504.37 | $1,007,504.37 |
| **Filed On:** | 2/1/2021 | | | | | | | |

**Schedule 1**
**Duplicate Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 210 | Fieldwood Energy LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $40,712.41 | $40,712.41 |
| | | | Weatherford Artificial Lift Systems LLC | | | | | |
| **Filed On:** 10/1/2020 | | | Greg Koush 2000 St. James Place | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Houston, TX  77056 | | | | | |
| **Remaining Claim** | 153 | Fieldwood Energy LLC | Weatherford Artificial Lift Systems LLC | $0.00 | $0.00 | $0.00 | $40,712.41 | $40,712.41 |
| **Filed On:** 9/22/2020 | | | Greg Koush 2000 St. James Place | | | | | |
| | | | Houston, TX  77056 | | | | | |
| **Claim To Be Disallowed** | 176 | Fieldwood Energy LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $1.00 | $1.00 |
| | | | Zurich American Insurance | | | | | |
| **Filed On:** 9/8/2020 | | | PO Box 68549 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Schaumburg, IL  60196 | | | | | |
| **Remaining Claim** | 175 | Fieldwood Energy LLC | Zurich American Insurance | $0.00 | $0.00 | $0.00 | $1.00 | $1.00 |
| **Filed On:** 9/8/2020 | | | PO Box 68549 Schaumburg, IL  60196 | | | | | |
| **Claims To Be Disallowed Totals** | 17 | | | $0.00 | $0.00 | $0.00 | $12,180,075.36 | $12,180,075.36 |