**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Post-Effective Date Debtors.**[1] | § | |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S THIRD OMNIBUS OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND
RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
SEEKING TO DISALLOW CERTAIN CLAIMS**

**(MULTI-DEBTOR CLAIMS)**

[Related Docket No. _____]

Upon the *Plan Administrator's Third Omnibus Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure
Seeking to Disallow Certain Claims (Multi-Debtor Claims)* (the "Objection")[2] of the administrator
of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors
(collectively, the "Debtors," as applicable, and after the effective date of their plan of

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax
identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494);
Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III
LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan
Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province
LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are
managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors
in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-
Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective
Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489);
Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon
Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay
Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

reorganization, the "Reorganized Debtors"), seeking entry of an order (this "Order") disallowing the Multi-Debtor Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Multi-Debtor Claim identified as a "Claim To Be Disallowed" on **Schedule 1** to this Order is disallowed in its entirety; *provided* that this Order will not affect the claims identified as a "Remaining Claim" on **Schedule 1**; *provided further*, that the Plan Administrator reserves the right to object to any Proof of Claim identified as a "Remaining Claim" on **Schedule 1** on any applicable grounds.

2. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Each claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Multi-Debtor Claim.

4. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

5.      The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

6.      The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2021

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

3

**Schedule 1**

DOCS_NY:44165.1 27968/002

Multi-Debtor Claims

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **569** | Bandon Oil and Gas, LP | **Creditor:** | | | | | |
| | | | Arena Exploration, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | General Counsel 2103 Research Forest Drive, Suite 400 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | The Woodlands, TX  77380 | | | | | |
| **Claim To Be Disallowed** | **579** | Bandon Oil and Gas, LP | **Creditor:** | | | | | |
| | | | Arena Offshore, LP | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | General Counsel 2103 Research Forest Drive, Suite 400 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | The Woodlands, TX  77380 | | | | | |
| **Claim To Be Disallowed** | **660** | Fieldwood Energy LLC | **Creditor:** | | | | | |
| | | | Arena Energy, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | General Counsel 2103 Research Forest Drive Suite 400 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | The Woodlands, TX  77380 | | | | | |
| **Claim To Be Disallowed** | **662** | Fieldwood Energy SP LLC | **Creditor:** | | | | | |
| | | | Arena Energy, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | General Counsel 2103 Research Forest Drive, Suite 400 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | The Woodlands, TX  77380 | | | | | |

Multi-Debtor Claims

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

## Schedule 1
## Multi-Debtor Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 663 | Bandon Oil and Gas, LP | **Creditor:** | | | | | |
| | | | Arena Energy, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | General Counsel 2103 Research Forest Drive, Suite 400 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | The Woodlands, TX  77380 | | | | | |
| **Claim To Be Disallowed** | 664 | Fieldwood Energy SP LLC | **Creditor:** | | | | | |
| | | | Arena Offshore, LP | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | General Counsel 2103 Research Forest Drive, Suite 400 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | The Woodlands, TX  77380 | | | | | |
| **Claim To Be Disallowed** | 671 | Fieldwood Energy LLC | **Creditor:** | | | | | |
| | | | Arena Offshore, LP | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | General Counsel 2103 Research Forest Drive, Suite 400 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | The Woodlands, TX  77380 | | | | | |
| **Claim To Be Disallowed** | 697 | Fieldwood Energy SP LLC | **Creditor:** | | | | | |
| | | | Arena Exploration, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | General Counsel  2103 Research Forest Drive, Suite 400 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | The Woodlands , TX  77380 | | | | | |

**Multi-Debtor Claims**

## Schedule 1
## Multi-Debtor Claims

In re:Fieldwood Energy LLC, et. Al.

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Remaining Claim** | 568 | Fieldwood Energy LLC | Arena Exploration, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/24/2020 | | General Counsel 2103 Research Forest Drive, Suite 400 The Woodlands, TX  77380 | | | | | |
| **Claim To Be Disallowed** | 640 | Fieldwood Energy Inc. | **Creditor:** Edward Randall, Individually and as Rep of the Estate of Christopher Todd Randall, Deceased | $0.00 | $0.00 | $0.00 | $4,000,000.00 | $4,000,000.00 |
| **Filed On:** | 11/24/2020 | | Andrews Myers, P.C. T. Josh Judd 1885 Saint James Place, 15th Floor Houston, TX  77056 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 649 | Fieldwood Energy LLC | Edward Randall, Individually and as Rep of the Estate of Christopher Todd Randall, Deceased | $0.00 | $0.00 | $0.00 | $4,000,000.00 | $4,000,000.00 |
| **Filed On:** | 11/24/2020 | | T. Josh Judd Andrews Myers, P.C. 1885 Saint James Place, 15th Floor Houston, TX  77056 | | | | | |

**Multi-Debtor Claims**

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 468 | Fieldwood Energy Offshore LLC | **Creditor:** | | | | | |
| | | | Eni US Operating Co Inc | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/20/2020 | | Bracewell LLP Attn: Jonathan Lozano 111 Congress Ave, Suite 2300 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Austin, TX  78701 | | | | | |
| **Remaining Claim** | 601 | Fieldwood Energy LLC | Eni US Operating Co. Inc. | | | | | |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Bracewell LLP, Attn: Jonathan Lozano 111 Congress Ave, Suite 2300 Austin, TX  78701 | | | | | |
| **Claim To Be Disallowed** | 722 | Fieldwood Energy Offshore LLC | **Creditor:** | $56,000.00 | $0.00 | $0.00 | $0.00 | $56,000.00 |
| | | | EOG Resources, Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/25/2020 | | Attn: Joshua Eppich, Esq. Bonds Ellis Eppich Schafer Jones LLP 420 Throckmorton St, Ste 1000 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Fort Worth, TX  76102 | | | | | |
| **Remaining Claim** | 720 | Fieldwood Energy LLC | EOG Resources, Inc. | $56,000.00 | $0.00 | $0.00 | $0.00 | $56,000.00 |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/25/2020 | | Attn: Joshua Eppich, Esq. Bonds Ellis Eppich Schafer Jones LLP 420 Throckmorton St, Ste 1000 Fort Worth, TX  76102 | | | | | |

Multi-Debtor Claims

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 639 | GOM Shelf LLC | **Creditor:** Everest Reinsurance Company and Everest National Insurance Company | $0.00 | $0.00 | $0.00 | $45,983,064.00 | $45,983,064.00 |
| **Filed On:** | 11/24/2020 | | James J. Real, Financial Lines Claims 451 5th Avenue New York, NY  10017 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 635 | Fieldwood Energy LLC | Everest Reinsurance Company and Everest National Insurance Company | $0.00 | $0.00 | $0.00 | $45,983,064.00 | $45,983,064.00 |
| **Filed On:** | 11/24/2020 | | James J. Real 451 5th Avenue New York, NY  10017 | | | | | |
| **Claim To Be Disallowed** | 531 | Fieldwood SD Offshore LLC | **Creditor:** Freeport-McMoRan Oil & Gas | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Locke Lord, LLP Attn: Omer F. Kuebel, III 601 Poydras Street, Suite 2660 New Orleans, LA  70130 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 530 | Fieldwood Energy LLC | Freeport-McMoRan Oil & Gas | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Locke Lord, LLP Attn: Omer F. Kuebel, III 601 Poydras Street, Suite 2660 New Orleans, LA  70130 | | | | | |

**Multi-Debtor Claims**

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **650** | Fieldwood SD Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $101,400,000.00 | $101,400,000.00 |
| | | | HCC International Insurance Company Plc | | | | | |
| **Filed On:** | 11/24/2020 | | Locke Lord LLP Attn:  Philip G. Eisenberg 600 Travis, Suite 2800 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **654** | GOM Shelf LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $101,400,000.00 | $101,400,000.00 |
| | | | HCC International Insurance Company Plc | | | | | |
| **Filed On:** | 11/24/2020 | | Locke Lord LLP Attn: Philip G. Eisenberg 600 Travis, Suite 2800 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **658** | Fieldwood Energy Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $101,400,000.00 | $101,400,000.00 |
| | | | HCC International Insurance Company LLC | | | | | |
| **Filed On:** | 11/24/2020 | | Locke Lord LLP Attn: Phillip G. Eisenberg 600 Travis, Suite 2800 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Remaining Claim** | **652** | Fieldwood Energy LLC | HCC International Insurance Company Plc | $0.00 | $0.00 | $0.00 | $101,400,000.00 | $101,400,000.00 |
| **Filed On:** | 11/24/2020 | | Locke Lord LLP Attn: Philip G. Eisenberg 600 Travis, Suite 2800 | | | | | |
| | | | Houston, TX  77002 | | | | | |

Multi-Debtor Claims

## Schedule 1
## Multi-Debtor Claims

In re:Fieldwood Energy LLC, et. Al.

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **623** | Fieldwood Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $589,131.61 | $589,131.61 |
| | | | Japex (U.S.) Corp. | | | | | |
| **Filed On:** | 11/24/2020 | | R. Reese & Associates ATTN: R. Hafner 5225 Katy Freeway, Suite 430 Houston, TX  77007 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | **621** | Fieldwood Energy LLC | Japex (U.S.) Corp. | $0.00 | $0.00 | $0.00 | $589,131.61 | $589,131.61 |
| **Filed On:** | 11/24/2020 | | R. Reese & Associates ATTN: R. Hafner 5225 Katy Freeway, Suite 430 Houston, TX  77007 | | | | | |

**Multi-Debtor Claims**

## Schedule 1
## Multi-Debtor Claims

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 247 | Dynamic Offshore Resources NS, LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/19/2020 | | Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |
| **Claim To Be Disallowed** | 250 | Fieldwood Energy Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/19/2020 | | Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |
| **Claim To Be Disallowed** | 253 | Fieldwood Onshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/19/2020 | | Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |
| **Claim To Be Disallowed** | 254 | Fieldwood SD Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/19/2020 | | Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |

Multi-Debtor Claims

# Schedule 1
# Multi-Debtor Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **255** | FW GOM Pipeline, Inc. | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/19/2020 | | Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |
| **Claim To Be Disallowed** | **256** | Fieldwood Energy Inc. | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/19/2020 | | Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |
| **Claim To Be Disallowed** | **258** | GOM Shelf LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/20/2020 | | Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |
| **Claim To Be Disallowed** | **259** | Fieldwood Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/20/2020 | | Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |

**Multi-Debtor Claims**

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **260** | Bandon Oil and Gas GP, LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/20/2020 | | Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |
| **Claim To Be Disallowed** | **261** | Fieldwood Energy SP LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/20/2020 | | Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |
| **Claim To Be Disallowed** | **262** | Galveston Bay Pipeline LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/20/2020 | | Harris Beach PLLC Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |
| **Claim To Be Disallowed** | **263** | Galveston Bay Processing LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** | 10/20/2020 | | Harris Beach PLLC Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Syracuse, NY  13202 | | | | | |

**Multi-Debtor Claims**

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **284** | Bandon Oil and Gas, LP | **Creditor:** | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| | | | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | | | | | |
| **Filed On:** 10/23/2020 | | | Harris Beach PLLC Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Syracuse, NY  13202 | | | | | |
| **Remaining Claim** | **246** | Fieldwood Energy LLC | Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | $0.00 | $0.00 | $0.00 | $90,327,000.00 | $90,327,000.00 |
| **Filed On:** 10/19/2020 | | | Lee E. Woodard, Esq. 333 West Washington St., Suite 200 | | | | | |
| | | | Syracuse, NY  13202 | | | | | |

**Schedule 1**
**Multi-Debtor Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 788 | Dynamic Offshore Resources NS, LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | 789 | Fieldwood Energy Inc. | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | 790 | Fieldwood Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | 792 | FW GOM Pipeline, Inc. | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Attn: Claim Dept. 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |

**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.

Case No 20-33948 Jointly Administered

# Schedule 1
# Multi-Debtor Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **794** | Fieldwood Onshore LLC | **Creditor:**<br><br>RLI Insurance Company<br><br>Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL 61615 | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Claim To Be Disallowed** | **795** | Fieldwood SD Offshore LLC | **Creditor:**<br><br>RLI Insurance Company<br><br>Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL 61615 | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Claim To Be Disallowed** | **798** | Fieldwood Energy Offshore LLC | **Creditor:**<br><br>RLI Insurance Company<br><br>Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL 61615 | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Claim To Be Disallowed** | **800** | Galveston Bay Processing LLC | **Creditor:**<br><br>RLI Insurance Company<br><br>Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL 61615 | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |

**Multi-Debtor Claims**

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **801** | Galveston Bay Pipeline LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | Attn: Claim Department 9025 N. Lindbergh Drive | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | **802** | Fieldwood Energy SP LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | Attn: Claim Department 9025 N. Lindbergh Drive | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | **807** | Bandon Oil and Gas, LP | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | Attn: Claim Department 9025 N. Lindbergh Drive | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | **809** | Bandon Oil and Gas GP, LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | Attn: Claim Department 9025 N. Lindbergh Drive | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Peoria, IL  61615 | | | | | |

**Multi-Debtor Claims**

Schedule 1
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **815** | Galveston Bay Processing LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | **816** | Galveston Bay Pipeline LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | **817** | FW GOM Pipeline, Inc. | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | **818** | GOM Shelf LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |

**Multi-Debtor Claims**

## Schedule 1
## Multi-Debtor Claims

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 820 | Fieldwood Onshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | 821 | Fieldwood SD Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | 823 | Fieldwood Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |
| **Claim To Be Disallowed** | 826 | FW GOM Pipeline, Inc. | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL  61615 | | | | | |

**Multi-Debtor Claims**

Schedule 1
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 827 | Fieldwood Energy SP LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL 61615 | | | | | |
| **Claim To Be Disallowed** | 828 | Fieldwood Energy Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL 61615 | | | | | |
| **Claim To Be Disallowed** | 829 | Fieldwood Energy Inc. | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL 61615 | | | | | |
| **Claim To Be Disallowed** | 830 | Bandon Oil and Gas, LP | **Creditor:** | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| | | | RLI Insurance Company | | | | | |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Attn: Claim Department 9025 N. Lindbergh Drive Peoria, IL 61615 | | | | | |

**Schedule 1**
**Multi-Debtor Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **833** | Dynamic Offshore Resources NS, LLC | **Creditor:**<br><br>RLI Insurance Company<br><br>Attn: Claim Department 9025 N. Lindbergh Drive<br>Peoria, IL  61615 | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Claim To Be Disallowed** | **835** | Bandon Oil and Gas GP, LLC | **Creditor:**<br><br>RLI Insurance Company<br><br>Attn: Claim Department 9025 N. Lindbergh Drive<br>Peoria, IL  61615 | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Claim To Be Disallowed** | **836** | GOM Shelf LLC | **Creditor:**<br>RLI Insurance Company<br><br>Attn: Claim Department 9025 N. Lindbergh Drive<br>Peoria, IL  61615 | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| **Filed On:** | 11/25/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | **813** | Fieldwood Energy LLC | RLI Insurance Company<br><br>Attn: Claim Department 9025 N. Lindbergh Drive<br>Peoria, IL  61615 | $0.00 | $0.00 | $0.00 | $77,685,901.00 | $77,685,901.00 |
| **Filed On:** | 11/25/2020 | | | | | | | |

**Multi-Debtor Claims**

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **724** | Fieldwood Energy Offshore LLC | **Creditor:** | $10,473,014.85 | $0.00 | $0.00 | $0.00 | $10,473,014.85 |
| | | | Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., Talos Production Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/25/2020 | | Porter Hedges LLP Eric M. English 1000 Main St., 36th Floor | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **786** | GOM Shelf LLC | **Creditor:** | $10,473,014.85 | $0.00 | $0.00 | $0.00 | $10,473,014.85 |
| | | | Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., Talos Production Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/25/2020 | | Porter Hedges LLP Eric English 1000 Main St., 36th Floor | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Remaining Claim** | **780** | Fieldwood Energy LLC | Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., Talos Production Inc. | $10,473,014.85 | $0.00 | $0.00 | $0.00 | $10,473,014.85 |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/25/2020 | | Porter Hedges LLP Eric M. English 1000 Main St., 36th Floor | | | | | |
| | | | Houston, TX  77002 | | | | | |

**Multi-Debtor Claims**

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **454** | GOM Shelf LLC | **Creditor:**<br>U.S. Specialty Insurance Company | $0.00 | $0.00 | $0.00 | $74,528,695.00 | $74,528,695.00 |
| **Filed On:** 11/20/2020 | | | Locke Lord LLP Attn: Philip G Eisenberg 600 Travis  Suite 2800 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **459** | Bandon Oil and Gas, LP | **Creditor:**<br>U.S. Specialty Insurance Company | $0.00 | $0.00 | $0.00 | $74,528,695.00 | $74,528,695.00 |
| **Filed On:** 11/20/2020 | | | Attn: Philip G. Eisenberg Locke Lord LLP 600 Travis, Suite 2800 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **460** | Fieldwood Energy Offshore LLC | **Creditor:**<br>U.S. Specialty Insurance Company | $0.00 | $0.00 | $0.00 | $74,528,695.00 | $74,528,695.00 |
| **Filed On:** 11/20/2020 | | | Attn:  Philip G. Eisenberg Locke Lord LLP 600 Travis, Suite 2800 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **472** | Dynamic Offshore Resources NS, LLC | **Creditor:**<br>U.S. Specialty Insurance Company | $0.00 | $0.00 | $0.00 | $74,528,695.00 | $74,528,695.00 |
| **Filed On:** 11/20/2020 | | | Locke Lord LLP Attn: Philip G Eisenberg 600 Travis, Suite 2800 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Houston, TX  77002 | | | | | |

**Multi-Debtor Claims**

## Schedule 1
## Multi-Debtor Claims

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 474 | Fieldwood SD Offshore LLC | Creditor: | $0.00 | $0.00 | $0.00 | $74,528,695.00 | $74,528,695.00 |
| | | | U.S. Specialty Insurance Company | | | | | |
| Filed On: | 11/20/2020 | | Locke Lord LLP Attn:  Philip G. Eisenberg 600 Travis, Suite 2800 | | | | | |
| Comments: | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | 476 | Galveston Bay Pipeline LLC | Creditor: | $0.00 | $0.00 | $0.00 | $74,528,695.00 | $74,528,695.00 |
| | | | U.S. Specialty Insurance Company | | | | | |
| Filed On: | 11/20/2020 | | Locke Lord LLP Attn:  Philip G. Eisenberg 600 Travis, Suite 2800 | | | | | |
| Comments: | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | 478 | Fieldwood Onshore LLC | Creditor: | $0.00 | $0.00 | $0.00 | $74,528,695.00 | $74,528,695.00 |
| | | | U.S. Specialty Insurance Company | | | | | |
| Filed On: | 11/20/2020 | | Locke Lord LLP Attn: Philip G Eisenberg 600 Travis, Suite 2800 | | | | | |
| Comments: | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Remaining Claim** | 477 | Fieldwood Energy LLC | U.S. Specialty Insurance Company | $0.00 | $0.00 | $0.00 | $74,528,695.00 | $74,528,695.00 |
| Filed On: | 11/20/2020 | | Attn: Philip G. Eisenberg Locke Lord LLP 600 Travis, Suite 2800 Houston, TX  77002 | | | | | |

Multi-Debtor Claims

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **556** | Bandon Oil and Gas, LP | **Creditor:** | $342,000,000.00 | $0.00 | $0.00 | $0.00 | $342,000,000.00 |
| | | | W&T Energy VI, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Locke Lord, LLP Attn: Phillip Eisenberg 600 Travis Street, Suite 2800? | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **562** | Fieldwood Energy LLC | **Creditor:** | $342,000,000.00 | $0.00 | $0.00 | $0.00 | $342,000,000.00 |
| | | | W&T Energy VI, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Locke Lord, LLP Attn: Phillip Eisenberg 600 Travis Street Suite 2800 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **563** | Dynamic Offshore Resources NS, LLC | **Creditor:** | $342,000,000.00 | $0.00 | $0.00 | $0.00 | $342,000,000.00 |
| | | | W&T Energy VI, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Locke Lord, LLP Attn: Phillip Eisenberg 600 Travis Street Suite 2800 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **566** | Fieldwood Energy Offshore LLC | **Creditor:** | $342,000,000.00 | $0.00 | $0.00 | $0.00 | $342,000,000.00 |
| | | | W&T Energy VI, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Locke Lord, LLP Attn: Phillip Eisenberg 600 Travis Street Suite 2800 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |

**Multi-Debtor Claims**

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **567** | Fieldwood Energy SP LLC | **Creditor:** | $342,000,000.00 | $0.00 | $0.00 | $0.00 | $342,000,000.00 |
| | | | W&T Energy VI, LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | Locke Lord, LLP Attn: Philip Eisenberg 600 Travis Street  Suite 2800 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **570** | GOM Shelf LLC | **Creditor:** W&T Energy VI, LLC | $342,000,000.00 | $0.00 | $0.00 | $0.00 | $342,000,000.00 |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/23/2020 | | | Locke Lord, LLP Attn: Philip Eisenberg 600 Travis Street, Suite 2800 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | Houston, TX  77002 | | | | | |
| **Remaining Claim** | **555** | Fieldwood Energy LLC | W&T Energy VI, LLC | $342,000,000.00 | $0.00 | $0.00 | $0.00 | $342,000,000.00 |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/23/2020 | | | Locke Lord, LLP Attn: Phillip Eisenberg 600 Travis Street, Suite 2800? Houston, TX  77002 | | | | | |

**Multi-Debtor Claims**

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **572** | Fieldwood Energy Offshore LLC | **Creditor:** | $415,000,000.00 | $0.00 | $0.00 | $0.00 | $415,000,000.00 |
| | | | W&T Offshore, Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Locke Lord, LLP Attn: Phillip Eisenberg 600 Travis Street, Suite 2800 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **573** | Dynamic Offshore Resources NS, LLC | **Creditor:** | $415,000,000.00 | $0.00 | $0.00 | $0.00 | $415,000,000.00 |
| | | | W&T Offshore | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Locke Lord, LLP  Attn: Philip Eisenberg 600 Travis Street Suite 2800 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **574** | GOM Shelf LLC | **Creditor:** | $415,000,000.00 | $0.00 | $0.00 | $0.00 | $415,000,000.00 |
| | | | W&T Offshore, Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Locke Lord, LLP Attn: Philip Eisenberg 600 Travis Street, Suite 2800 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | **575** | Bandon Oil and Gas, LP | **Creditor:** | $415,000,000.00 | $0.00 | $0.00 | $0.00 | $415,000,000.00 |
| | | | W&T Offshore, Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/24/2020 | | Locke Lord, LLP Attn: Philip Eisenberg 600 Travis Street, Suite 2800 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Houston, TX  77002 | | | | | |

**Multi-Debtor Claims**

## Schedule 1
## Multi-Debtor Claims

In re:Fieldwood Energy LLC, et. Al.

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **576** | Fieldwood Energy SP LLC | **Creditor:** | $415,000,000.00 | $0.00 | $0.00 | $0.00 | $415,000,000.00 |
| | | | W&T Offshore Inc | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Locke Lord, LLP Attn: Philip Eisenberg 600 Travis Street, Suite 2800 Houston, TX  77002 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | **571** | Fieldwood Energy LLC | W&T Offshore, Inc. | $415,000,000.00 | $0.00 | $0.00 | $0.00 | $415,000,000.00 |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/23/2020 | | Locke Lord, LLP Attn: Philip Eisenberg 600 Travis Street Suite 2800 Houston, TX  77002 | | | | | |

**Multi-Debtor Claims**

## Schedule 1
## Multi-Debtor Claims

In re:Fieldwood Energy LLC, et. Al.

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **269** | Fieldwood Onshore LLC | **Creditor:**<br><br>W.W. Grainger, Inc.<br><br>401 South Wright Road W4W.R47<br>Janesville, WI  53546 | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| **Filed On:** | 10/21/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Claim To Be Disallowed** | **270** | Fieldwood Energy Offshore LLC | **Creditor:**<br><br>W.W. Grainger, Inc.<br><br>401 South Wright Road W4W.R47<br>Janesville, WI  53546 | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| **Filed On:** | 10/21/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Claim To Be Disallowed** | **271** | GOM Shelf LLC | **Creditor:**<br>W.W. Grainger, Inc.<br><br>401 South Wright Road W4W.R47<br>Janesville, WI  53546 | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| **Filed On:** | 10/21/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Claim To Be Disallowed** | **272** | Fieldwood SD Offshore LLC | **Creditor:**<br><br>W.W. Grainger, Inc.<br><br>401 South Wright Road W4W.R47<br>Janesville, WI  53546 | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| **Filed On:** | 10/21/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |

Multi-Debtor Claims

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **273** | Bandon Oil and Gas GP, LLC | **Creditor:**<br><br>W.W. Grainger, Inc.<br><br>401 South Wright Road W4W.R47<br>Janesville, WI  53546 | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| **Filed On:** | 10/21/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Claim To Be Disallowed** | **274** | Fieldwood Energy Inc. | **Creditor:**<br><br>W.W. Grainger, Inc.<br><br>401 South Wright Road W4W.R47<br>Janesville, WI  53546 | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| **Filed On:** | 10/21/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Claim To Be Disallowed** | **275** | Fieldwood Energy SP LLC | **Creditor:**<br><br>W.W. Grainger, Inc.<br><br>401 South Wright Road W4W.R47<br>Janesville, WI  53546 | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| **Filed On:** | 10/21/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Claim To Be Disallowed** | **276** | Galveston Bay Pipeline LLC | **Creditor:**<br><br>W.W. Grainger, Inc.<br><br>401 South Wright Road W4W.R47<br>Janesville, WI  53546 | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| **Filed On:** | 10/21/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |

**Multi-Debtor Claims**

## Schedule 1
## Multi-Debtor Claims

In re:Fieldwood Energy LLC, et. Al.

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **278** | Fieldwood Offshore LLC | **Creditor:** | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| | | | W.W. Grainger, Inc. | | | | | |
| **Filed On:** | 10/21/2020 | | 401 South Wright Road W4W.R47 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Janesville, WI  53546 | | | | | |
| **Claim To Be Disallowed** | **280** | Dynamic Offshore Resources NS, LLC | **Creditor:** | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| | | | W.W. Grainger, Inc. | | | | | |
| **Filed On:** | 10/21/2020 | | 401 South Wright Road W4W.47 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Janesville, WI  53546 | | | | | |
| **Claim To Be Disallowed** | **281** | FW GOM Pipeline, Inc. | **Creditor:** | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| | | | W.W. Grainger, Inc. | | | | | |
| **Filed On:** | 10/21/2020 | | 401 South Wright Road W4W.R47 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Janesville, WI  53546 | | | | | |
| **Claim To Be Disallowed** | **282** | Bandon Oil and Gas, LP | **Creditor:** | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| | | | W.W Grainger, Inc. | | | | | |
| **Filed On:** | 10/21/2020 | | 401 South Wright Road W4W.R47 | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Janesville, WI  53546 | | | | | |

**Multi-Debtor Claims**

**Schedule 1**
**Multi-Debtor Claims**

In re:Fieldwood Energy LLC, et. Al.

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 283 | Galveston Bay Processing LLC | **Creditor:**<br><br>W.W. Grainger, Inc.<br><br>401 South Wright Road W4W.R47<br>Janesville, WI  53546 | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| **Filed On:** | 10/21/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 268 | Fieldwood Energy LLC | W.W. Grainger, Inc.<br><br>401 South Wright Road W4W.R47<br>Janesville, WI  53546 | $0.00 | $16,101.43 | $0.00 | $9,783.00 | $25,884.43 |
| **Filed On:** | 10/21/2020 | | | | | | | |

**Multi-Debtor Claims**

## Schedule 1
## Multi-Debtor Claims

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 791 | Fieldwood SD Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $300,000,000.00 | $300,000,000.00 |
| | | | Zurich American Insurance Company | | | | | |
| Filed On: | 11/25/2020 | | Duane J. Brescia Clark Hill Strasburger 720 Brazos, Suite 700 | | | | | |
| Comments: | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Austin, TX  78701 | | | | | |
| **Claim To Be Disallowed** | 793 | Fieldwood Energy Offshore LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $300,000,000.00 | $300,000,000.00 |
| | | | Zurich American Insurance Company | | | | | |
| Filed On: | 11/25/2020 | | Clark Hill Strasburger  Duane J. Brescia 720 Brazos, Suite 700 | | | | | |
| Comments: | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Austin, TX  78701 | | | | | |
| **Claim To Be Disallowed** | 834 | GOM Shelf LLC | **Creditor:** | $0.00 | $0.00 | $0.00 | $300,000,000.00 | $300,000,000.00 |
| | | | Zurich American Insurance Company | | | | | |
| Filed On: | 11/25/2020 | | Clark Hill Strasburger  Duane J. Brescia 720 Brazos, Suite 700 | | | | | |
| Comments: | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | Austin, TX  78701 | | | | | |
| **Remaining Claim** | 787 | Fieldwood Energy LLC | Zurich American Insurance Company | $0.00 | $0.00 | $0.00 | $300,000,000.00 | $300,000,000.00 |
| Filed On: | 11/25/2020 | | Clark Hill Strasburger  Duane J. Brescia 720 Brazos, Suite 700 | | | | | |
| | | | Austin, TX  78701 | | | | | |
| **Claims To Be Disallowed Totals** | 93 | | | $4,148,002,029.70 | $209,318.59 | $0.00 | $5,048,370,566.61 | $9,196,581,914.90 |