IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] | § § § | |

## AFFIDAVIT OF SERVICE

I, Frank O'Dowd, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Post-Effective Date Debtors in the above-captioned chapter 11 cases.

On September 28, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Appellants Service List attached hereto as **Exhibit A**:

- Appellees' Motion to Dismiss Appeals
  [Docket No. 4; Civil Action No. 4:21-cv-02201]

- Declaration of Michael Dane in Support of Appellees' Motion to Dismiss Appeals
  [Docket No. 5; Civil Action No. 4:21-cv-02201]

- Declaration of Erin M. Choi in Support of Appellees' Motion to Dismiss Appeals
  [Docket No. 6; Civil Action No. 4:21-cv-02201]

- Appellees' Corporate Disclosure Statement
  [Docket No. 7; Civil Action No. 4:21-cv-02201]

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

Dated: October 5, 2021

                                                */s/ Frank O'Dowd*
                                                Frank O'Dowd

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 5, 2021, by Frank O'Dowd, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 56923

# **Exhibit A**

Exhibit A
Appellants Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| IRONSHORE INDEMNITY INC | HARRIS BEACH LLC | ATTN LEE E WOODARD | 333 W WASHINGTON STREET SUITE 200 | SYRACUSE | NY | 13202 | bkemail@harrisbeach.com | Overnight Mail and Email |
| IRONSHORE SPECIALTY INSURANCE COMP | 175 BERKELEY ST | | | BOSTON | MA | 02116 | | Overnight Mail |
| IRONSHORE SPECIALTY INSURANCE COMP | HARRIS BEACH LLC | ATTN LEE E WOODARD | 333 W WASHINGTON STREET SUITE 200 | SYRACUSE | NY | 13202 | bkemail@harrisbeach.com | Overnight Mail and Email |
| LEXON INSURANCE COMPANY | HARRIS BEACH LLC | ATTN LEE E WOODARD | 333 W WASHINGTON STREET SUITE 200 | SYRACUSE | NY | 13202 | bkemail@harrisbeach.com | Overnight Mail and Email |
| Lexon Ironshore Specialty Indemnity | 12890 Lebanon Road | | | Mt Juliet | TN | 37122 | kmarsilio@sompo-intl.com | Overnight Mail and Email |
| Lexon Ironshore Specialty Indemnity | Harris Beach PLLC | Lee E Woodard Esq | 333 West Washington St Suite 200 | Syracuse | NY | 13202 | bkemail@harrisbeach.com | Overnight Mail and Email |
| Lexon Ironshore Specialty Indemnity | Lee E Woodard Esq | 333 West Washington St Suite 200 | | Syracuse | NY | 13202 | bkemail@harrisbeach.com | Overnight Mail and Email |
| North American Specialty Ins Comp | The Law Offices of T Scott Leo PC | 100 N LaSalle St Ste 514 | | Chicago | IL | 60602 | sleo@leolawpc.com | Overnight Mail and Email |
| WEIL GOTSHAL & MANGES LLP | ATTN PAUL R GENENDER ERIN M CHOI | 200 CRESCENT COURT SUITE 300 | | DALLAS | TX | 75201 | PAUL.GENENDER@WEIL.COM ERIN.CHOI@WEIL.COM | Overnight Mail and Email |
| WEIL GOTSHAL & MANGES LLP | ATTN A R PÉREZ C W CARLSON | 700 LOUISIANA STREET | SUITE 1700 | HOUSTON | TX | 77002 | ALFREDO.PEREZ@WEIL.COM CLIFFORD.CARLSON@WEIL.COM | Overnight Mail and Email |