# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC,** *et al.*[1] | **Case No. 20-33948 (MI)** |
| **Debtors.** | **(Jointly Administered)** |

**DECLARATION OF MICHAEL D. WARNER IN SUPPORT OF SECOND INTERIM AND FINAL FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 20, 2021 THROUGH AUGUST 27, 2021**

I, Michael D. Warner, declare under penalty of perjury:

1.  I am a partner with the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), with offices located at 440 Louisiana Street, Suite 900, Houston, Texas 77002, with other offices in California and Delaware. I am the lead attorney from PSZJ which is currently serving as co-counsel for the Official Committee of Unsecured Creditors (the "**Committee**").

2.  I have read the *Second Interim and Final Fee Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation for Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 20, 2021 Through August 27, 2021* (the "**Application**") filed contemporaneously herewith.[2] To the best of my knowledge,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

information, and belief, formed after reasonable inquiry, the statements contained in the Application are true and correct. In addition, I believe that the Application is in conformity with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, this Court's orders and the U.S. Trustee Guidelines.

3. In connection therewith, I hereby certify that:

   a. The fees and disbursements sought in the Application are billed at rates customarily employed by PSZJ and generally accepted by PSZJ's clients. In addition, none of the professionals seeking compensation varied their hourly rates based on the geographic location of the Debtors' cases;

   b. In providing a reimbursable expense, PSZJ does not make a profit on that expense, whether the service is performed by PSZJ in-house or through a third party;

   c. In accordance with Bankruptcy Rule 2016(a) and Bankruptcy Code section 504, no agreement or understanding exists between PSZJ and any other person for the sharing of compensation to be received in connection with these Chapter 11 Cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules and Local Rules; and

   d. All services for which compensation is sought were professional services on behalf of the Committee and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 11, 2021, in Fort Worth, Texas.

By: */s/ Michael D. Warner*
    Michael D. Warner

61542/0001-21663700v1