# **<u>EXHIBIT 2</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC,** *et al.*[1] | **Case No. 20-33948 (MI)** |
| **Debtors.** | **(Jointly Administered)** |

**ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF
PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM JANUARY 20, 2021 THROUGH AUGUST 27, 2021</u>**

(Related Docket No. _____)

Upon consideration of the *Second Interim and Final Fee Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation for Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 20, 2021 through August 27, 2021* (the "**Application**");[2] and this Court having jurisdiction over the Application; and due and adequate notice of the Application and the relief requested therein having been given under the circumstances and no other or further notice being required; and the Court having read and considered the Application, objections to Application, if any, and arguments of counsel, if any; and any objections to the Application having been resolved or overruled; and for good cause shown;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

- 2 -

**IT IS HEREBY ORDERED THAT:**

1. PSZJ is hereby awarded the interim allowance of $165,158.00 for compensation for professional services and $0.00 for reimbursement of expenses for the period of May 1, 2021 through August 27, 2021.

2. PSZJ is hereby awarded final allowance for the Final Compensation Period of $359,042.00 for professional services rendered to the Committee and $7.10 out-of-pocket expenses incurred in connection with the rendering of such services during the period from January 20, 2021 through and including August 27, 2021

3. The Debtors are hereby authorized to immediately pay PSZJ any unpaid portion of such allowed fees and expenses.

4. The Court shall retain jurisdiction with respect to all maters arising from or related to the interpretation or implementation of this Order.


Dated:_____, 2021                    _____
                                               THE HONORABLE MARVIN ISGUR
                                               UNITED STATES BANKRUPTCY JUDGE

61542/0001-21663705v1