## **EXHIBIT A**

Pasquale Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**DECLARATION OF KENNETH PASQUALE IN SUPPORT OF
FOURTH AND FINAL FEE APPLICATION OF STROOCK & STROOCK & LAVAN
LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF FIELDWOOD ENERGY LLC, *ET AL.*, FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED DURING (I) THE INTERIM PERIOD FROM MAY 1, 2021
THROUGH AND INCLUDING AUGUST 27, 2021, AND (II) THE FINAL
APPLICATION PERIOD OF AUGUST 19, 2020 THROUGH AND INCLUDING
AUGUST 27, 2021**

I, Kenneth Pasquale, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of Stroock & Stroock & Lavan LLP ("Stroock"), which maintains offices for the practice of law at 180 Maiden Lane, New York, New York 10038. I am an attorney-at-law, duly admitted and in good standing to practice in the State of New York, and numerous courts including the United States Court of Appeals for the Second Circuit, and the United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Exhibit A-1

District Courts for the Southern and Eastern Districts of New York. I am admitted *pro hac vice* before this Court.

2. I have reviewed the foregoing Fourth and Final Fee Application of Stroock, counsel for the Official Committee of Unsecured Creditors (the "Committee") of Fieldwood Energy LLC, *et al*. (the "Debtors"), for the interim period from May 1, 2021 through and including June 31, 2021 and for the final application period of August 19, 2020 through and including August 27, 2021 (the "Application"). To the best of my knowledge, information and belief, the statements contained in the Application are true and correct. In addition, I believe that the Application complies with Bankruptcy Local Rule 2016-1.

3. In connection therewith, I hereby certify that:

    a. to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

    b. except to the extent disclosed in the Application, the fees and disbursements sought in the Application are billed at rates customarily employed by Stroock and generally accepted by Stroock's clients;

    c. in providing a reimbursable expense, Stroock does not make a profit on that expense, whether the service is performed by Stroock in-house or through a third party;

    d. in accordance with Bankruptcy Rule 206(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Stroock and any other person for the sharing of compensation to be received in connection with the above case except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Bankruptcy Local Rules; and

    e. all services for which compensation is sought were professional services on behalf of the Committee and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Exhibit A-2

Dated: October 11, 2021

                                        */s/ Kenneth Pasquale*
                                        Kenneth Pasquale

Exhibit A-3