# **EXHIBIT B**

Details of Fees and Expenses

Exhibit B-1

| Summary of Timekeepers Included in the Fourth Interim Period ||||||
| Name of Professional | Position | Department | Bar Admission Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Cota, Alexandro | Partner | Financial Restructuring | 2005 | 14.3 | $1,300 | 18,590.00 |
| Hansen, Kristopher M. | Partner | Financial Restructuring | 1996 | 48.4 | 1,795 | 86,878.00 |
| Merola, Frank A. | Partner | Financial Restructuring | 1988 | 93.2 | 1,600 | 149,120.00 |
| Pasquale, Kenneth | Partner | Financial Restructuring | 1990 | 177.0 | 1,600 | 283,200.00 |
| Sasson, Gabriel | Partner | Financial Restructuring | 2010 | 94.6 | 1,195 | 113,047.00 |
| Storz, John F. | Partner | Financial Restructuring | 1997 | 21.4 | 1,350 | 28,890.00 |
| Ashuraey, Sam N. | Associate | Financial Restructuring | 2017 | 63.4 | 970 | 61,498.00 |
| Cohen, Justin A | Associate | Financial Restructuring | 2015 | 11.6 | 1,045 | 12,122.00 |
| Gargano, Charles E. | Associate | Financial Restructuring | 2020 | 42.9 | 685 | 29,386.50 |
| Iaffaldano, John F. | Associate | Financial Restructuring | 2019 | 214.0 | 685 | 146,590.00 |
| Isaacson, Marni M. | Associate | Financial Restructuring | 2014 | 0.5 | 1,045 | 522.50 |
| Millman, Sherry J. | Special Counsel | Financial Restructuring | 1985 | 204.0 | 1,100 | 224,400.00 |
| Morgan, Michael J. | Summer Associate | Financial Restructuring | N/A | 6.6 | 495 | 3,267.00 |
| Sadler, Tess M. | Associate | Financial Restructuring | 2019 | 1.6 | 775 | 1,240.00 |
| **Totals for Attorneys** | | | | **993.5** | | **$ 1,158,751.00** |

Exhibit B-2

| Name of Paraprofessional | Position | Department | Years of Experience | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Laskowski, Mathew D. | Paralegal | Financial Restructuring | 23 | 24.2 | 460 | 11,132.00 |
| Magzamen, Michael | Paralegal Supervisor | Financial Restructuring | 19 | 44.8 | 460 | 20,608.00 |
| Mohamed, David | Paralegal | Financial Restructuring | 31 | 4.2 | 400 | 1,680.00 |
| **Total for Paraprofessionals** | | | | **73.2** | | **$ 33,420.00** |
| **Total** | | | | **1,066.7** | | **$1,192,171.50** |

| | | |
|---|---|---|
| **Average Attorney Rate** | | **$1166** |
| **Average Paraprofessional Rate** | | **$457** |

Exhibit B-3

| Summary of Timekeepers Included in the Final Application Period ||||||||
|---|---|---|---|---|---|---|---|
| **Name of Professional** | **Position** | **Department** | **Bar Admission Date** | **Hours** | **Rate(s)** | **Amount** ||
| Canfield, Jonathan D. | Partner | Financial Restructuring | 2007 | 75.7 | 1,195 | $ | 90,461.50 |
| Cota, Alexandro | Partner | Financial Restructuring | 2005 | 132.6 | 1,180 | | 156,481.50 |
| | | | | 50.5 | 1,300 | | 65,650.00 |
| Gilad, Erez E. | Partner | Financial Restructuring | 2001 | 8.2 | 1,475 | | 12,095.00 |
| Hansen, Kristopher M. | Partner | Financial Restructuring | 1996 | 136.9 | 1,650 | | 225,885.00 |
| | | | | 213.2 | 1,795 | | 382,694.00 |
| Jewett, Michelle M. | Partner | Tax | 2004 | 8.6 | 1,395 | | 11,997.00 |
| | | | | 6.4 | 1,500 | | 9,600.00 |
| Lavin, Howard S. | Partner | Employment Law | 1983 | 0.6 | 1,250 | | 750.00 |
| Lilling, Austin S. | Partner | ERISA | 2001 | 1.7 | 1,250 | | 2,125.00 |
| Merola, Frank A. | Partner | Financial Restructuring | 1988 | 130.3 | 1,475 | | 192,192.50 |
| | | | | 185.9 | 1,600 | | 297,440.00 |
| Pasquale, Kenneth | Partner | Financial Restructuring | 1990 | 149.6 | 1,475 | | 220,660.00 |
| | | | | 445.8 | 1,600 | | 713,280.00 |
| Sasson, Gabriel | Partner | Financial Restructuring | 2010 | 38.5 | 1,095 | | 42,157.50 |
| | | | | 141.8 | 1,195 | | 169,451.00 |
| Speiser, Mark A. | Senior Counsel | Financial Restructuring | 1979 | 0.2 | 1,525 | | 305.00 |
| Storz, John F. | Partner | Financial Restructuring | 1997 | 28.2 | 1,250 | | 35,250.00 |
| | | | | 46.6 | 1,350 | | 62,910.00 |
| Ashuraey, Sam N. 2020 | Associate | Financial Restructuring | 2017 | 203.0 | 850 | | 172,550.00 |
| | | | | 196.9 | 970 | | 190,993.00 |
| Cohen, Justin A | Associate | Financial Restructuring | 2015 | 11.6 | 1,045 | | 12,122.00 |
| Friederich, Brian A. | Associate | ERISA | 2012 | 2.5 | 895 | | 2,237.50 |
| Gargano, Charles E. | Associate | Financial Restructuring | 2020 | 234.0 | 550 | | 128,700.00 |

Exhibit B-4

| Name | Position | Department | Year | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | 99.1 | 685 | 67,883.50 |
| Iaffaldano, John F. | Associate | Financial Restructuring | 2020 | 312.8 | 550 | 172,040.00 |
| | | | | 376.0 | 685 | 257,560.00 |
| Isaacson, Marni M. | Associate | Financial Restructuring | 2014 | 130.5 | 955 | 124,627.50 |
| | | | | 20.7 | 1,045 | 21,631.50 |
| Lau, Joanne | Associate | Financial Restructuring | 2015 | 24.3 | 955 | 23,206.50 |
| | | | | 9.2 | 1,045 | 9,614.00 |
| Mann, Jeffrey M. | Special Counsel | Intellectual Property | 2002 | 1.0 | 995 | 995.00 |
| Meyers, Jeffrey W. | Senior Counsel | Corporate | 1980 | 1.5 | 1,195 | 1,792.50 |
| Millman, Sherry J. | Special Counsel | Financial Restructuring | 1985 | 418.8 | 1,095 | 458,586.00 |
| | | | | 579.6 | 1,100 | 637,560.00 |
| Morgan, Michael J. | Summer Associate | Financial Restructuring | N/A | 6.6 | 495 | 3,267.00 |
| Olsen, Harold A. | Special Counsel | Financial Restructuring | 1998 | 1.7 | 1,045 | 1,776.50 |
| Sadler, Tess M. | Associate | Financial Restructuring | 2019 | 80.7 | 595 | 48,016.50 |
| | | | | 27.3 | 775 | 21,157.50 |
| Santana, Alexandra | Associate | Financial Restructuring | 2018 | 149.5 | 675 | 100,912.50 |
| | | | | 4.1 | 865 | 3,546.50 |
| **Totals for Attorneys** | | | | **4692.7** | | **$ 5,152,160.50** |

| Name of Paraprofessional | Position | Department | Years of Experience | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Bannister, Shawn A. 2020 | Paralegal | Financial Restructuring | 5 | 52.9 | 410 | 21,689.00 |
| Jones, Margaret 2020 | Legal Research Analyst | Knowledge and Resource | 21 | 2.5 | 370 | 925.00 |
| Kaufman, Eric M. 2020 | Assistant Director | Knowledge and Resource | 23 | 3.5 | 370 | 1,295.00 |

Exhibit B-5

| Name of Paraprofessional | Position | Department | Years of Experience | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Krieger, Dmitriy 2020 | Corporate Research Analyst | Knowledge and Resource | 24 | 0.8 | 370 | 296.00 |
| Laskowski, Mathew D. | Paralegal | Financial Restructuring | 23 | 14.6 | 450 | 6,570.00 |
| | | | | 27.1 | 460 | 12,466.00 |
| Magzamen, Michael | Paralegal Supervisor | Financial Restructuring | 19 | 140.5 | 450 | 63,225.00 |
| | | | | 101.6 | 460 | 46,736.00 |
| Maloney, Thomas F | Paralegal | Corporate | 1 | 2.0 | 315 | 630.00 |
| Mohamed, David | Paralegal | Financial Restructuring | 31 | 23.4 | 370 | 8,658.00 |
| | | | | 7.4 | 400 | 2,960.00 |
| Rivera, Johnny | Project Manager | Litigation Support | 15 | 5.2 | 400 | 2,080.00 |
| Shea, Charles C | Paralegal | Corporate | 2 | 3.5 | 340 | 1,190.00 |
| | | | | 0.5 | 375 | 187.50 |
| Tholen, Daniel J. 2021 | Project Manager | Litigation Support | 2 | 0.5 | 400 | 200.00 |
| **Total for Paraprofessionals** | | | | **386** | | **$ 169,107.50** |
| **Total** | | | | **5078.7** | | **$ 5,321,268.00** |

| | | |
|---|---|---|
| **Average Attorney Rate** | | $1098 |
| **Average Paraprofessional Rate** | | $438 |

Exhibit B-6

| Summary of Compensation Requested by Project Category for the Fourth Interim Period | | | |
|---|---|---|---|
| Matter Code | Project Category | Hours | Amount |
| 0001 | Case Administration | 56.3 | $ 26,434.50 |
| 0002 | Meetings & Communications with Debtors | 18.9 | 25,374.00 |
| 0003 | Asset Disposition & Sales | 1.3 | 2,080.00 |
| 0004 | Relief from Stay / Adequate Protection Matters | 8.2 | 9,356.50 |
| 0005 | Court Hearings | 138.7 | 150,842.50 |
| 0006 | Creditors Committee Meetings and Communications | 64.6 | 71,747.50 |
| 0007 | Case Analysis/ Pleading Analysis and Responses | 42.0 | 38,901.50 |
| 0009 | Stroock Fee Applications | 62.1 | 45,366.00 |
| 0010 | Other Professional Retention | 1.4 | 1,940.00 |
| 0011 | Other Professional Fee Applications | 13.3 | 11,998.50 |
| 0012 | Lien Review | 5.5 | 6,607.00 |
| 0013 | Leases and Contracts | 6.9 | 10,857.00 |
| 0014 | Cash Collateral/DIP/Financing | 11.2 | 12,235.50 |
| 0015 | Litigation & Adversary Proceedings | 62.6 | 73,031.50 |
| 0016 | Business Operations | 3.8 | 5,386.00 |
| 0017 | Employee Benefits / Pensions | 0.2 | 220.00 |
| 0021 | Schedules/SoFAs/UST Reports | 1.0 | 1,600.00 |
| 0022 | Claims Administration & Objections | 53.3 | 57,451.00 |
| 0023 | Plan & Disclosure Statement | 515.4 | 640,742.00 |
| | **Total** | **1066.7** | **$ 1,192,171.00** |

Exhibit B-7

| Matter Code | Summary of Compensation Requested by Project Category for the Final Application Period | | |
|---|---|---|---|
| | Project Category | Hours | Amount |
| 0001 | Case Administration | 276.3 | $ 158,896.50 |
| 0002 | Meetings & Communications with Debtors | 136.8 | 171,515.50 |
| 0003 | Asset Disposition & Sales | 47.9 | 58,110.00 |
| 0004 | Relief from Stay / Adequate Protection Matters | 36.3 | 37,101.00 |
| 0005 | Court Hearings | 250.2 | 274,589.50 |
| 0006 | Creditors Committee Meetings and Communications | 739.1 | 839,205.00 |
| 0007 | Case Analysis/ Pleading Analysis and Responses | 291.8 | 256,917.00 |
| 0008 | Stroock Retention | 92.5 | 56,567.00 |
| 0009 | Stroock Fee Applications | 137.5 | 99,829.00 |
| 0010 | Other Professional Retention | 132.6 | 102,908.00 |
| 0011 | Other Professional Fee Applications | 55.3 | 43,531.50 |
| 0012 | Lien Review | 537.1 | 453,237.50 |
| 0013 | Leases and Contracts | 8.7 | 12,512.00 |
| 0014 | Cash Collateral/DIP/Financing | 442.9 | 454,663.00 |
| 0015 | Litigation & Adversary Proceedings | 212.1 | 244,127.50 |
| 0016 | Business Operations | 34.2 | 39,686.00 |
| 0017 | Employee Benefits / Pensions | 10.6 | 10,128.00 |
| 0018 | Tax Issues | 15.9 | 21,784.50 |
| 0020 | Valuation / Asset Analysis & Recovery | 86.4 | 108,216.50 |
| 0021 | Schedules/SoFAs/UST Reports | 7.3 | 7,873.00 |
| 0022 | Claims Administration & Objections | 124.3 | 135,885.50 |
| 0023 | Plan & Disclosure Statement | 1402.9 | 1,733,984.50 |
| | **Total** | **5078.7** | **$ 5,321,268.00** |

Exhibit B-8

| Summary of Expense Reimbursement Requested by Category in the Fourth Interim Period ||
| Category | Amount |
|---|---|
| Long Distance Telephone | $ 5.97 |
| Lexis/Nexis | 142.56 |
| Outside Professional Services | 1,977.80 |
| Court Reporting Services | 2,644.17 |
| O/S Information Services | 250.10 |
| **Total:** | **$ 5,020.60** |

| Summary of Expense Reimbursement Requested by Category in the Final Application Period ||
| Category | Amount |
|---|---|
| Outside Messenger Service Total | $ 383.39 |
| Meals Total | 80.00 |
| Local Transportation Total | 398.02 |
| Long Distance Telephone Total | 238.61 |
| Outside Professional Services Total | 5,123.21 |
| Court Reporting Services Total | 2,644.17 |
| O/S Information Services Total | 1,159.60 |
| Lexis/Nexis Total | 1,117.44 |
| Westlaw Total | 13,123.44 |
| Courtlink Total | 59.42 |
| **Total** | **$ 4,327.30** |

Exhibit B-9