## **EXHIBIT C**

Customary and Comparable Compensation Disclosures

Exhibit C-1

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | Blended Hourly Rate | | | |
|---|---|---|---|---|
| | Non-Bankruptcy Blended Hourly Rate for New York Timekeepers for the Fourth Interim Period | Non-Bankruptcy Blended Hourly Rate for New York Timekeepers for the Final Application Period | Blended Hourly Rate for the Fourth Interim Period | Blended Hourly Rate for the Final Application Period |
| Partner | $1,351 | $1,299 | $1,514 | $1,494 |
| Of Counsel | 1,141 | 1,015 | n/a | 1,525 |
| Associate/ Special Counsel | 897 | 856 | 878 | 850 |
| Paralegal | 408 | 391 | 457 | 438 |
| All Timekeepers Aggregated | 919 | 883 | 1,117 | 1,048 |

As reflected in the chart above, the blended hourly rate for all Stroock timekeepers located in the New York office (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "**Non-Bankruptcy Matters**")[1] during the period beginning on May 1, 2021 through and including August 27, 2021 (the "**Comparable Interim Period**") was, in the aggregate, approximately $919 per hour, and during the period beginning on August 19, 2020 through and including August 27, 2021 (the "**Comparable Final Period**") was, in the aggregate, approximately $883 (together, the "**Non-Bankruptcy Blended Hourly Rates**").[2]

The blended hourly rate for all Stroock timekeepers (including both professionals and paraprofessionals) who billed to the Chapter 11 Cases during the Fourth Interim Period was approximately $1,117 per hour (the "**Blended Hourly Rate for This Fee Application**").[3] The blended hourly rate for all Stroock timekeepers (including both professionals and

---

[1] Stroock has a vibrant practice representing hedge funds, private equity funds, banks, and other financial institutions in complex out-of-court restructuring transactions and distressed M&A transactions. It is the nature of this practice that the professionals and paraprofessionals who work primarily within Stroock's Financial Restructuring Group work on engagements in bankruptcy proceedings and outside of bankruptcy. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Stroock's New York timekeepers represented a client in a matter other than an in-court bankruptcy proceeding, and the Non-Bankruptcy Matters include time billed by Stroock's New York timekeepers who work primarily within Stroock's Financial Restructuring Group.

[2] Stroock calculated the blended rate for Non-Bankruptcy Matters by dividing the total dollar amount billed by Stroock's New York timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the total number of hours billed by Stroock's New York timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] Stroock calculated the blended rate for timekeepers who billed to the Chapter 11 Cases by dividing the total dollar amount billed by such timekeepers during the Fee Period by the total number of hours billed by such timekeepers during the Fee Period.

Exhibit C-2

paraprofessionals) who billed to the Chapter 11 Cases during the Final Application Period was approximately $1,048 per hour.

Exhibit C-2