## EXHIBIT A

## SUMMARY OF TIMEKEEPERS DURING FINAL PERIOD

| Summary of Timekeepers Included in this Fee Application ||||||
|---|---|---|---|---|---|
| **Name of Professional** | **Position** | **Bar Admission** | **Hours** | **Rate** | **Amount** |
| Wortmann, Eric W. | Partner | 2007 | 13.9 | $375 | $ 5,212.50 |
| **Totals for Attorneys** | | | **13.9** | | **$ 5,212.50** |