## EXHIBIT B

### STAFFING PLAN DURING FINAL PERIOD

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the period from 01/01/21 through 03/31/21 | Average hourly rate for period from 01/01/21 through 03/31/21 |
|---|---|---|
| **Partner** | 1 | $375 |