# EXHIBIT C

## COMPENSATION REQUESTED BY PROJECT CATEGORY AND COMPARISON TO BUDGET FOR SECOND INTERIM APPLICATION PERIOD

Although the Budget Period covers October 21, 2020 through December 31, 2020 in accordance with the Interim Compensation Order, please note that the "Hours Billed" and the "Fees Billed" in the table below include services through March 31, 2021.

| **Summary of Compensation Requested by Project Category** | | | |
|---|---|---|---|
| **Matter Code** | | **Hours** | **Amount** |
| 0009 | Mani Little & Wortmann Fee Applications | 13.9 | $ 5,212.50 |
| | **Total** | **13.9** | **$ 5,212.50** |