# **EXHIBIT D**

**MONTHLY STATEMENT FOR FINAL PERIOD**



300 Austin Highway, Suite 150, San Antonio, Texas  78209   www.mlwenergylaw.com   T 210.403.9461   F 210.403.9264

October 06, 2021

Official Committee of Fieldwood Energy LLC, et al.  
700 Milam Street, Suite 3100  
Houston, TX 77002

Invoice No.  FW-02-21

Balance Due:   **$5,212.50**

0009    Fee Applications

|  |  | Hours | Amount |
|---|---|---:|---:|
| 01/28/21 | Draft and edit First Interim Fee Application (EWW) | 6.00 | $2,250.00 |
| 01/29/21 | Draft and edit First Interim Fee Application (EWW) | 4.70 | $1,762.50 |
| 02/03/21 | Edit First Interim Fee Application (EWW) | 2.20 | $825.00 |
| 03/01/21 | Edit, finalize and send First Interim Fee Application (EWW) | 1.00 | $375.00 |
| | Legal services rendered: | 13.90 | $5,212.50 |
| | Balance due: | | $5,212.50 |