**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.,* | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Post-Effective Date Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**COMPLEX CASE FEE APPLICATION COVERSHEET FOR FOURTH AND FINAL FEE APPLICATION OF JONES WALKER LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR THE PERIOD MAY 1, 2021 THROUGH AUGUST 27, 2021**

| | | |
|---|---|---|
| **Name of Applicant:** | Jones Walker LLP | |
| **Applicant's Role in Case:** | Special Counsel for the Debtors | |
| **Docket No. of Employment Order(s):** | Docket No. 411 | |
| **Interim Application (   )   No. _4th_** <br> **Final Application   ( X )** | Indicate whether this is an interim or final Application.  If interim, indicate the number (1st, 2nd, 3rd, etc.) | |

| | **Beginning Date** | **End Date** |
|---|---|---|
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | 05/01/21 | 08/27/21 |

| |
|---|
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case? ( Y )  Y/N** |

---

[1]     The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

| | |
|---|---|
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? ( Y ) Y/N** | |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? ( Y ) Y/N** | |
| **Do expense reimbursements represent actual and necessary expenses incurred? ( Y ) Y/N** | |
| **Compensation Breakdown for Time Period Covered by this Application** | |
| **Total professional fees requested in this Application:** | $1,246,320.50 |
| **Total professional hours covered by this Application:** | 2,114.40 |
| **Average hourly rate for professionals:** | $589.44 |
| **Total paraprofessional fees requested in this Application:** | $3,096.00 |
| **Total paraprofessional hours covered by this Application:** | 14.2 |
| **Average hourly rate for paraprofessionals:** | $218.03 |
| **Total fees requested in this Application:** | $1,249,416.50 |
| **Total expense reimbursements requested in this Application:** | $70,979.83 |
| **Total fees and expenses requested in this Application:** | $1,320,396.33 |
| **Total fees and expenses awarded in all prior Applications:** | $1,621,335.16 |

**Plan Status:** Following the confirmation hearing on June 21-25, 2021, the Court entered the confirmation order [Docket No. 1751], confirming the Debtors' plan [Docket No. 1742]. The plan went effective on August 27, 2021 [Docket No. 2016].

**Primary Benefits:** Jones Walker advised the Debtors on issues and tasks leading up to confirmation, substantial consummation, and effective date of the plan by providing an in-depth analysis of pending appeals, criminal investigations, enforcement actions, and their impact on the overall restructuring efforts of the Debtors. Such services focused largely on representing the Debtors in various civil and criminal regulatory enforcement actions in addition to providing general legal advice regarding oil and gas, regulatory, and governmental relations matters to ensure a successful reorganization.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | **Chapter 11** |
| **FIELDWOOD ENERGY III LLC, *et al.*,** | § § | **Case No. 20-33948 (MI)** |
| Post-Effective Date Debtors.[1] | § § § | **(Jointly Administered)** |

**FOURTH AND FINAL FEE APPLICATION OF JONES WALKER LLP FOR
ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS SPECIAL COUNSEL
FOR DEBTORS FOR THE PERIOD MAY 1, 2021 THROUGH AUGUST 27, 2021**

> **IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN FOURTEEN (14) DAYS FROM THE DATE THIS APPLICATION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN FOURTEEN (14) DAYS FROM THE DATE THIS APPLICATION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

TO THE UNITED STATES BANKRUPTCY JUDGE MARVIN ISGUR:

Jones Walker LLP ("Jones Walker"), special counsel for Fieldwood Energy LLC[2] and its

---

[1]    The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the **Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2]    As contemplated by the Plan (defined below), Fieldwood Energy LLC changed its name to Fieldwood Energy III LLC following a Divisive Merger pursuant to the Initial Plan of Merger.

debtor affiliates (collectively, the "Debtors") through the Effective Date (defined below) and currently counsel for certain of the post-effective date debtors (the "Post-Effective Date Debtors") in the chapter 11 cases jointly administered under Case No. 20-33948, submits this *Fourth and Final Fee Application of Jones Walker LLP for Allowance and Payment of Fees and Expenses as Special Counsel for Debtors for the Period May 1, 2021 through August 27, 2021* (the "Application") for (a) final allowance and approval of fees in the amount of $1,249,416.50 and reimbursement of expenses in the amount of $70,979.83 for the period May 1, 2021 through August 27, 2021 (the "Final Compensation Period") and (b) final approval of all of Jones Walker's previously submitted fee applications. In support of this Application, Jones Walker respectfully represents as follows:

## JURISDICTION AND BACKGROUND

1.      The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory and other bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Local Rules"), Rule 8 of the Court Procedures for this Court (the "Court Procedures"), the applicable provisions of the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"); and the *Order Establishing*

4

*Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] (the "Interim Compensation Order").

## BACKGROUND

### I.     The Debtors' Chapter 11 Cases

4.      On August 3, 2020 (the "Petition Date"), the Debtors each filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      The Debtors' Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules and Rule 1015-1 of the Bankruptcy Local Rules.

6.      On August 18, 2020, the United States Trustee for Region 7 (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 Cases. No request for the appointment of a trustee or examiner has been made.

7.      A description of the Debtors' business, the reasons for commencing the Chapter 11 Cases, and the relief sought from the Court to allow for a smooth transition into Chapter 11 are set forth in the *Declaration of Michael Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 29] (the "Dane Declaration"), filed on June 29, 2020, and incorporated herein by reference.

8.      On September 17, 2020, the Court entered the Interim Compensation Order.

9.      On June 25, 2021, the Debtors filed the *Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1742] (the "Plan").

10.     On June 25, 2021, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "<u>Confirmation Order</u>"), confirming the Plan.

11.     On August 27, 2021, the Debtors substantially consummated the Plan, and the effective date (the "<u>Effective Date</u>") of the Plan occurred [Docket No. 2016].

## II.     Retention of Jones Walker as Special Counsel for the Debtors

12.     By Order entered on October 6, 2020 (the "<u>Retention Order</u>") [Docket No. 411], the Court authorized the retention of Jones Walker as special counsel for Debtors.

13.     The Debtors' retention of Jones Walker was approved *nunc pro tunc* to the Petition Date. The Retention Order authorizes Jones Walker to be compensated in accordance with the procedures set forth in sections 328, 330, and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.

14.     For the ninety (90) days prior to the Petition Date, Jones Walker received payments and advances from the Debtors in the aggregate amount of $513,723.50 for professional services, including a retainer of $50,000.00. As of the Petition Date, Jones Walker had a remaining balance on retainer of $2,138.37. As indicated in the *Application of Debtors for Authorization to Retain and Employ Jones Walker LLP as Special Counsel for Debtors Effective Nunc Pro Tunc to the Petition Date* [Docket No. 290], Jones Walker has held the balance on retainer for services rendered and expenses incurred subsequent to the Petition Date.[3]

---

[3] Jones Walker is making arrangements to remit the remaining balance on retainer of $2,138.37 to the Debtors, Plan Administrator, or other appropriate entity.

### III.  Prior Applications and Monthly Fee Statements

15.     On March 26, 2021, Jones Walker filed its *First Interim Fee Application of Jones Walker LLP for Allowance and Payment of Fees and Expenses as Special Counsel for Debtors for the Period August 3, 2020 through October 31, 2020* [Docket No. 1167] (the "First Interim Fee Application"). On April 29, 2021, the Court entered an order approving the First Interim Fee Application on an interim basis [Docket No. 1317].

16.     On July 23, 2021, Jones Walker filed its *Second Interim Fee Application of Jones Walker LLP for Allowance and Payment of Fees and Expenses as Special Counsel for Debtors for the Period November 1, 2020 through January 31, 2021* [Docket No. 1915] (the "Second Interim Fee Application"). On August 16, 2021, the Court entered an order approving the Second Interim Fee Application on an interim basis [Docket No. 1989].

17.     On July 23, 2021, Jones Walker filed its *Third Interim Fee Application of Jones Walker LLP for Allowance and Payment of Fees and Expenses as Special Counsel for Debtors for the Period February 1, 2021 through April 30, 2021* [Docket No. 1916] (the "Third Interim Fee Application"). On August 16, 2021, the Court entered an order approving the Third Interim Fee Application on an interim basis [Docket No. 1990].

18.     In accordance with the Interim Compensation Order, Jones Walker has submitted to the Fee Notice Parties (as defined in the Interim Compensation Order) two (2) monthly fee statements (the "Monthly Fee Statements"), covering the Final Compensation Period.

19.     On June 11, 2021, Jones Walker submitted the *Monthly Fee Statement of Jones Walker LLP for Compensation for Services and Reimbursement of Expenses as Special Counsel for Debtors for the Period May 1, 2021 through May 31, 2021* (the "May Fee Statement"). For the statement period of the May Fee Statement, Jones Walker sought payment of (i) $261,287.60 (80%

of $326,609.50) on account of actual, reasonable and necessary professional services rendered to the Debtors by Jones Walker; and (ii) $17,418.21 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $278,705.81. There were no objections to the May Fee Statement.

20.     On June 29, 2021, Jones Walker received a payment of $278,705.81 for fees and expenses invoiced for the May Fee Statement.

21.     On June 29, 2021, Jones Walker submitted the *Monthly Fee Statement of Jones Walker LLP for Compensation for Services and Reimbursement of Expenses as Special Counsel for Debtors for the Period June 1, 2021 through June 24, 2021* (the "June Fee Statement"). For the statement period of the June Fee Statement, Jones Walker sought payment of (i) $246,180.00 (80% of $307,725.00) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $5,047.69 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $251,227.69. There were no objections to the June Fee Statement.

22.     On July 12, 2021, Jones Walker received a payment of $251,227.69 for fees and expenses invoiced for the June Fee Statement.

23.     Pursuant to this Application, Jones Walker seeks final approval and payment of fees and expenses that were requested pursuant to the Monthly Fee Statements as well as remaining time leading up to the Effective Date (the "Effective Date Period Statement"), which together cover the Final Compensation Period and this Application. A summary of amounts billed by Jones Walker during the Final Compensation Period and paid as of the date of this Application is set forth in the following chart:

| Period | Fees Incurred | Fees Requested | Fees Paid | Expenses Incurred | Expenses Paid | Balance (Fees & Expenses) |
|---|---|---|---|---|---|---|
| May 1, 2021 – May 31, 2021 | $326,609.50 | $261,287.60 | $261,287.60 | $17,418.21 | $17,418.21 | $65,321.90 |
| June 1, 2021 – June 24, 2021 | $307,725.00 | $246,180.00 | $246,180.00 | $5,047.69 | $5,047.69 | $61,545.00 |
| June 25, 2021 – August 27, 2021 | $615,082.00 | $0.00 | $0.00 | $48,513.93 | $0.00 | $663,595.93 |
| **TOTAL:** | **$1,249,416.50** | **$507,467.60** | **$507,467.60** | **$70,979.83** | **$22,465.90** | **$790,462.83** |

## IV.    U.S. Trustee Guidelines

24.    Jones Walker responds to the following questions set forth in the U.S. Trustee Guidelines:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | No | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | | | N/A |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees. | Yes | | 18.2 hours; $6,188.00 fees |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | No | |
| Does the fee application include any rate increases since retention in this case? | | Yes | Effective January 1, 2021, some individual billing rates assigned to |

9

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| | | | the professionals providing services in these Chapter 11 Cases increased within the original ranges of customary hourly rates for Jones Walker as set forth in the Application. The ranges of customary hourly rates for Jones Walker remain unchanged. |

25.     The compensation requested in connection with the services provided during the Final Compensation Period are supported by the following Exhibits,[4] all annexed hereto:

a)  **Exhibit A** contains a disclosure of "customary and comparable compensation."

b)  **Exhibit B** contains a summary of Jones Walker timekeepers included in this Application.

c)  **Exhibit C** contains a summary of compensation requested by project category.

d)  **Exhibit D** summarizes the fees and expenses paid to date and the balance of fees and expenses for which interim and final allowance and payment is requested in this Application.

e)  **Exhibit E** summarizes by category the expenses for which allowance is sought in this Application.

f)  **Exhibit F** contains a copy of the May Fee Statement submitted by Jones Walker, which includes detailed descriptions of fees and expenses incurred during the period of May 1, 2021 through May 31, 2021 and narrative descriptions of the services rendered by each timekeeper.

g)  **Exhibit G** contains a copy of the June Fee Statement submitted by Jones Walker, which includes detailed descriptions of fees and expenses incurred during the period of June 1,

---

[4] **Exhibits A-E** are patterned on the U.S. Trustee Guidelines.

2021 through June 24, 2021 and narrative descriptions of the services rendered by each timekeeper.

h) **Exhibit H** contains an invoice for the Effective Date Period Statement, which includes detailed descriptions of fees and expenses incurred during the period of June 25, 2021 through August 27, 2021 and narrative descriptions of the services rendered by each timekeeper.

## FEES AND EXPENSES

26.     A summary of Jones Walker's hourly fees by timekeeper is attached as **Exhibit B**, and detailed records of all fees and expenses incurred during the Final Compensation Period are included with the May Fee Statement, June Fee Statement, and Effective Date Period Statement attached as **Exhibit F**, **Exhibit G**, and **Exhibit H**. Jones Walker's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, meals, secretarial overtime, postage, and certain other office services. In these cases, Jones Walker charges $0.20 per page for internal duplication. Jones Walker does not charge for facsimile transmissions. In accordance with the *Uniform Texas Rules for Complex Chapter 11 Procedures,* this Application only seeks reimbursement for the reasonable cost of meals while traveling and does not seek reimbursement for "working meals" or for overtime costs.

## SUMMARY OF SERVICES RENDERED BY PROJECT CATEGORY

27.     During these Chapter 11 Cases, Jones Walker has rendered services for the Debtors as requested and as appropriate. The variety and complexity of the issues in these cases and the need to act or respond to issues on an expedited basis in furtherance of the Debtors' interests have required the expenditure of substantial time by Jones Walker personnel from several legal disciplines as needed. Among other things, Jones Walker advised the Debtors on a regular basis

with respect to the design and implementation of a restructuring strategy as it affected the special matters for which Jones Walker was engaged, prepared and filed applications and pleadings submitted to the Court for consideration, analyzed issues arising in connection with this case, engaged with the Debtors and other parties in interest with respect to such issues, and performed all other necessary professional services, which are described in detail herein.

28.     Jones Walker provided extensive services to the Debtors, which are separated into the major billing categories identified below. In classifying the services provided by Jones Walker into task codes, Jones Walker attempted to place the services performed in the category that best relates to the services provided.

29.     The following summary of services rendered during the Final Compensation Period is not intended to be a detailed description of the work performed, as those day-to-day services and the time expended in performing such services are fully set forth in the time records included in the May Fee Statement, June Fee Statement, and Effective Date Period Statement attached as **Exhibit F**, **Exhibit G**, and **Exhibit H**. Instead, the summary of services highlights certain of those areas in which significant services were rendered to the Debtors.

    **a)**    **Case Administration – Task Code B110**
                **Fees: $92,200.50; Hours: 170.7**

30.     This category includes matters related to oil and gas regulatory advices, among other things: analyzing strategy and various case issues; case research and background; reviewing and analyzing motions and orders and communications with the other professionals to attempt to resolve issues therewith consensually; preparing task lists; holding update calls with the parties in interest to discuss outstanding issues and upcoming matters; and performing other necessary administrative tasks. This category also includes communications with the advisors to the Debtors and other stakeholders in addition to various internal communications and numerous conference

calls and meetings concerning general status updates on an as-needed basis and attending to issues to ensure efficient and timely completion of the myriad tasks necessary to represent the Debtors effectively and efficiently in civil and criminal regulatory enforcement actions. In addition, Jones Walker regularly monitored the docket maintained in these Chapter 11 Cases to track the filing of pleadings and to remain apprised of critical matters. For each significant pleading filed related to oil and gas, regulatory, and governmental relations matters, Jones Walker attorneys ensured that the Debtors were notified of the filed documents, relevant objection and response deadlines, hearing dates, and any other critical dates and prepared summaries of such pleadings where appropriate.

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| Jefferson R. Tillery | Partner | $700.00 | 3.2 | $2,240.00 |
| Pauline F. Hardin | Partner | $625.00 | 101.7 | $63,562.50 |
| Kristina M. Johnson | Partner | $500.00 | 32.3 | $16,150.00 |
| Grady S. Hurley | Partner | $490.00 | 2.8 | $1,372.00 |
| Robert E. Holden | Partner | $470.00 | 3.3 | $1,551.00 |
| Stanley A. Millan | Special Counsel | $430.00 | 0.6 | $258.00 |
| Andrew C. Rayford | Associate | $280.00 | 20.9 | $5,852.00 |
| Ryan P. Smith | Paraprofessional | $210.00 | 0.3 | $63.00 |
| Daniel J. Vogel | Paraprofessional | $210.00 | 4.8 | $1,008.00 |
| Julie C. Castex | Paraprofessional | $180.00 | 0.8 | $144.00 |
| **TOTAL:** | | | **170.7** | **$92,200.50** |

**b)** **Fee/Employment Applications – Task Code B160**
**Fees: $25,216.00; Hours: 73.4**

31.     This category includes time spent drafting the Second Interim Fee Application and

Third Interim Fee Application; reviewing the U.S. Trustee Guidelines and applicable local rules

and Complex Chapter 11 Procedures regarding allowable fees and expenses; reviewing Jones

Walker invoices for privilege and confidentiality and compliance with the U.S. Trustee Guidelines;

and preparing Jones Walker's May Fee Statement and June Fee Statement.

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| Joseph E. Bain | Partner | $600.00 | 1.0 | $600.00 |
| Gabrielle A. Ramirez | Associate | $340.00 | 72.4 | $24,616.00 |
| TOTAL: | | | **73.4** | **$25,216.00** |

**c)** **Avoidance Action Analysis – Task Code B180**
**Fees: $475,440.00; Hours: 679.2**

32.     This category includes matters dealing with the assertion, settlement, or litigation

of the recovery of transfers related to civil and criminal regulatory enforcement actions, including

extensive analysis and communications with the Debtors, internal co-counsel, and numerous other

professionals involved in such actions. Specifically, Jones Walker attorneys spent time pursuing

various pending appeals, ongoing criminal investigations, the enforcement of the Debtors'

contractual rights against various third parties, and possible predecessor liability claims.

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| James Noe | Partner | $700.00 | 679.2 | $475,440.00 |
| TOTAL: | | | **679.2** | **$475,440.00** |

14

**d)      Other Contested Matters/Litigation – Task Code B190**
**Fees: $321,145.50; Hours: 535.4**

33.      This category includes time spent by Jones Walker attorneys and paraprofessionals providing general legal advice regarding oil and gas, regulatory, and governmental relations matters. Specifically, Jones Walker attorneys and paraprofessionals spent time researching, preparing position papers, and advising the Debtors' management on matters related to the Eugene Island 341 appeal, the Debtors' decommissioning obligations, various civil penalty issues, and maritime liens issues.

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| Jonathan A. Hunter | Partner | $700.00 | 311.0 | $217,700.00 |
| Joseph E. Bain | Partner | $600.00 | 1.8 | $1,080.00 |
| Michael W. Magner | Partner | $520.00 | 13.5 | $7,020.00 |
| Cindy M. Muller | Partner | $520.00 | 3.7 | $1,924.00 |
| Sarah Y. Dicharry | Partner | $460.00 | 192.9 | $88,734.00 |
| Taylor K. Wimberly | Associate | $375.00 | 12.5 | $4,687.50 |
| **TOTAL:** | | | **535.4** | **$321,145.50** |

**e)      Business Operations – Task Code B210**
**Fees: $55,140.00; Hours: 105.5**

34.      This category includes time incurred by Jones Walker attorneys and paraprofessionals providing oil and gas regulatory advices, particularly relating to the Debtors' ongoing business operations, and working to ensure a smooth transition into chapter 11 such that business operations would continue without interruption going forward. Specifically, Jones Walker attorneys and paraprofessionals spent time reviewing conflicts related to the Chapter 11

Cases to ensure compliance therewith and lender responses to legal violations related to the Debtors' ongoing business operations.

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| Richard D. Bertram | Partner | $565.00 | 90.1 | $50,906.50 |
| Sidney F. Lewis, V | Partner | $490.00 | 0.7 | $343.00 |
| Andrew C. Rayford | Associate | $280.00 | 10.9 | $3,052.00 |
| Jacob Pritt | Associate | $275.00 | 0.7 | $192.50 |
| Mellaine B. Salinas | Paraprofessional | $220.00 | 2.5 | $550.00 |
| Aaron D. Washington | Paraprofessional | $210.00 | 0.1 | $21.00 |
| Jan Mollet | Paraprofessional | $150.00 | 0.5 | $75.00 |
| **TOTAL:** | | | **105.5** | **$55,140.00** |

**f)** **Financing/Cash Collection – Task Code B230**
**Fees: $25,114.00; Hours: 43.3**

35.     This category includes time spent by Jones Walker attorneys providing advices in connection with the Debtors' available financing, including researching matters related to oil well liens, discussing regulatory impediments to enforcements of oil well liens, and drafting arguments related to the enforcement of federal lease privileges.

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| David M. Hunter | Partner | $580.00 | 43.3 | $25,114.00 |
| **TOTAL:** | | | **43.3** | **$25,114.00** |

g)    **Tax Issues – Task Code B240**
**Fees: $63,816.50; Hours: 118.0**

36.    This category includes time spent by Jones Walker attorneys reviewing, analyzing, and researching issues in connection with mechanic's lien issues, mortgage recording taxes, and recording fees.

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| Paul O. Woodall, Jr. | Partner | $550.00 | 117.7 | $63,671.00 |
| C. Ellis Brazeal, III | Partner | $485.00 | 0.3 | $145.50 |
| TOTAL: | | | **118.0** | **$63,816.50** |

h)    **Real Estate – Task Code B250**
**Fees: $50,407.50; Hours: 97.3**

37.    This category includes time spent by Jones Walker attorneys in connection with the reviewing, analyzing, and researching issues in connection with construction liens, recording requirements, and related filing fees.

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| Mark T. Davis | Partner | $550.00 | 85.0 | $46,564.00 |
| Clay A. Lanham | Partner | $435.00 | 0.9 | $391.50 |
| Ann Corso Taylor | Partner | $395.00 | 4.0 | $1,580.00 |
| Carley A. Tatman | Associate | $280.00 | 2.4 | $672.00 |
| B. Karan Payne | Paraprofessional | $240.00 | 5.0 | $1,200.00 |
| TOTAL: | | | **97.3** | **$50,407.50** |

i)      **General Bankruptcy Advice – Task Code B410**
        **Fees: $10,812.00; Hours: 16.0**

38.      This category includes time spent by Jones Walker attorneys providing advices in connection with the filing of various pleadings related to the Debtors' ongoing litigation, including researching matters related to the abandonment of wells, analyzing the Debtors' decommissioning obligations, reviewing precedent related to extending the Debtors' automatic stay, and analyzing the effect of successor liability in relation to the Plan.

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| Jefferson R. Tillery | Partner | $700.00 | 14.0 | $9,800.00 |
| Robert W. Scheffy, Jr. | Partner | $530.00 | 0.8 | $424.00 |
| Grady S. Hurley | Partner | $490.00 | 1.2 | $588.00 |
| **TOTAL:** | | | **16.0** | **$10,812.00** |

j)      **Restructuring – Task Code B420**
        **Fees: $127,391.50; Hours: 282.5**

39.      This category includes time spent by Jones Walker attorneys in connection with the undertakings for advancements, including reviewing, analyzing, and researching related issues and preparing memorandums on security and corporate compliance issues.

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| Christopher M. Wappel | Partner | $670.00 | 41.2 | $27,604.00 |
| Elizabeth L. Craddock | Special Counsel | $600.00 | 1.4 | $840.00 |
| Benjamin P. Woodruff | Partner | $475.00 | 50.1 | $23,797.50 |
| Chris Ulfers | Associate | $450.00 | 87.2 | $39,240.00 |
| Elise M. Henry | Associate | $350.00 | 102.6 | $35,910.00 |

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| TOTAL: | | | 282.5 | $127,391.50 |

**k)    Other Task Codes**

40.    Jones Walker billed *de minimis* amounts (fewer than 8 hours) to each of the following task categories:

| Task Code | Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| B120 | Asset Analysis and Recovery | 7.1 | $2,698.00 |
| B310 | Claims Administration and Objections | 0.2 | $35.00 |
| TOTAL: | | 7.3 | $2,733.00 |

| Professional | Position | Billing Rate | Hours | Total |
|---|---|---|---|---|
| Chad J. Hammons | Partner | $380.00 | B120 – 7.1 | B120 - $2,698.00 |
| B. Cecilia Ortiz | Paraprofessional | $175.00 | B310 – 0.2 | B310 - $35.00 |
| TOTAL: | | | 7.3 | $2,733.00 |

41.    Among other things, the time in these task codes relates to efforts undertaken by Jones Walker evaluating the Debtors' proposed asset sales and potential recovery; the effect of potential maritime lien claims; and the financial implications regarding the Debtors' various litigation matters.

**RELIEF REQUESTED**

42.    By this Application, Jones Walker requests entry of the proposed order substantially in the form attached hereto, (a) granting final allowance and approval of (i) compensation for professional services rendered by Jones Walker as special counsel to the Debtors during the Final Compensation Period in the aggregate amount of $1,249,416.50 and (ii)

19

reimbursement of expenses incurred by Jones Walker in connection with such services in the aggregate amount of $70,979.83; (b) granting final approval of all of Jones Walker's previously submitted fee applications; and (c) authorizing and directing payment of all such amounts, less all amounts that the Debtors previously paid to Jones Walker on account of services rendered and expenses incurred.

43.     To date, Jones Walker has been paid $2,151,268.75 on an interim basis pursuant to the Interim Compensation Order. This amount represents (i) 100% of the fees and expenses sought in the First Interim Fee Application, Second Interim Fee Application, and Third Interim Fee Application for the periods from August 3, 2020 through April 30, 2021 and (ii) 80% of the fees and 100% of the expenses sought in the May Monthly Fee Statement for the period from May 1, 2021 through May 31, 2021 and the June Monthly Fee Statement for the period from June 1, 2021 through June 24, 2021. No payment has been received for fees or expenses incurred during the period from June 25, 2021 through August 27, 2021.

### VALUATION OF SERVICES

44.     As set forth in the charts attached hereto as **Exhibit B**, the attorneys and paraprofessionals of Jones Walker expended a total of 2,128.6 hours during the Final Compensation Period. The specific categories of the work performed by Jones Walker during the Final Compensation Period are set forth in the charts attached hereto as **Exhibit C**. Jones Walker has charged its normal hourly rates for work of this character. The reasonable value of the services rendered by Jones Walker to the Debtors during the Final Compensation Period is $1,249,416.50.

45.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Jones Walker respectfully submits that the foregoing amounts requested by Jones Walker are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and

extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other for non-bankruptcy cases. Moreover, Jones Walker has reviewed the requirements set forth in Bankruptcy Local Rule 2016-1 and believes this Application complies with such Rule.

## ACTUAL AND NECESSARY DISBURSEMENTS

46.    As set forth in **Exhibit E**, a total of $70,979.83 of actual, necessary expenses were incurred by Jones Walker during the Final Compensation Period. Jones Walker's disbursement policies pass through all expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. Other reimbursable expenses passed through "at cost" (whether the service is performed by Jones Walker in-house or through a third party vendor) include deliveries, court costs, travel meals, transcript fees, discovery and temporary legal staffing services, travel,[5] and filing fees.

## FACTORS TO BE CONSIDERED IN AWARDING ATTORNEY'S FEES

47.    Section 330 of the Bankruptcy Code authorizes the Court to award professional persons employed pursuant to section 1103 of the Bankruptcy Code reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred. *See* 11 U.S.C. § 330; *see also Edwards Family P'ship v. Johnson (In re Cmty. Home Fin. Servs.)*, 990 F.3d 422, 427 (5th Cir. 2021) (holding that if a fee applicant establishes that its services were necessary to the administration of a bankruptcy case or reasonably likely to benefit the bankruptcy estate at the time at which they were rendered, then the services are compensable). Specifically, section 330(a) of the Bankruptcy Code provides:

> (1)    After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103-

---

[5] Travel costs are reduced in accordance with the U.S. Trustee Guidelines.

    (A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

    (B)    reimbursement for actual, necessary expenses . . .

* * *

(3)    In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including-

    (A)    the time spent on such services;

    (B)    the rates charged for such services;

    (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(1) and (a)(3).

48.    The Fifth Circuit traditionally has used the lodestar method to calculate reasonable attorneys' fees. *See Combs v. City of Huntington Texas,* 829 F.3d 388, 392 (5th Cir. 2016); *see also In re Fender,* 12 F.3d 480, 487 (5th Cir. 1994). The lodestar is derived by multiplying the number of hours an attorney would reasonably spend for the same type of work by the prevailing hourly rate in the community. *See Shipes v. Trinity Indus*., 987 F.2d 311, 319 (5th Cir. 1993). A court then may adjust the lodestar up or down based on the factors contained in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974). *See Am. Benefit Life Ins. Co. v. Braddock (In re First Colonial Corp. of Am.),* 544 F.2d 1291, 1298 (5th Cir. 1977) (applying the *Johnson* factors in the bankruptcy context). The *Johnson* factors include: (1) time and labor

required; (2) the novelty and difficulty of the questions involved; (3) the skill required to perform the professional services properly; (4) the preclusion of other employment by the professional due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. *See Johnson*, 488 F.2d at 717-19; *see also In re Cole*, No. 18-35182, 2020 Bankr. LEXIS 1921, at *26 (Bankr. S.D. Tex. July 20, 2020) (applying the *Johnson* factors).

49.     As more fully set forth below, Jones Walker respectfully submits that the *Johnson* factors and the elements governing awards of compensation pursuant to sections 330 and 331 of the Bankruptcy Code justify the allowance of the fees and expenses incurred in its representation of the Debtors during the Final Compensation Period.

## APPLICATION OF THE *JOHNSON* FACTORS

50.     The professional services rendered by Jones Walker during the Final Compensation Period required a high degree of professional competence and expertise so that the numerous bankruptcy, litigation, and other issues that arose during the pendency of these cases could be addressed with skill and efficiency. Jones Walker submits that the services rendered to the Debtors were performed efficiently and effectively and that the results obtained have provided tangible, identifiable, and material benefits to the Debtors' estate.

## I.     The Time and Labor Required

51.     As stated above, Jones Walker's attorneys and paraprofessionals have expended 2,128.6 hours during the Final Compensation Period in the representation of the Debtors. All of the time spent was necessary and appropriate for the representation of the Debtors. This is

especially true when considering the nature and urgency of the issues and tasks that arose in and around these Chapter 11 Cases, including, among other things, in-depth analysis of pending appeals, criminal investigations, enforcement actions, and their impact on the overall restructuring efforts of the Debtors.

52.     Jones Walker's representation of the Debtors has required it to balance the need to provide quality services with the need to act quickly and to represent the Debtors in an effective, efficient and timely manner. Jones Walker submits that the hours spent were reasonable given the size and complexity of this case, the significant, and often times urgent, legal and business issues raised, and the numerous pleadings filed in these cases. All of the services performed were necessary to assist the Debtors in fulfilling its statutory duties and proceeding through these Chapter 11 Cases in an expeditious and efficient manner.

**II.     The Novelty and Difficulty of the Questions Involved**

53.     These Chapter 11 Cases are designated as "complex" cases and involve a significant number of complex issues in the areas of restructuring, litigation, finance, and environmental law. *See Order Granting Complex Chapter 11 Case Treatment* [Docket No. 18]. The Debtors have a complex capital structure and there are many classes of claims and interests with various recoveries. Jones Walker's effective advocacy and creative approach helped clarify and resolve a number of issues presented during the pendency of this matter, as described in this Application.

**III.     The Skill Required to Perform the Professional Services Properly**

54.     Jones Walker believes that its recognized expertise in the areas for which it has been engaged, its ability to draw from highly experienced professionals in other areas of Jones Walker's practice including bankruptcy and restructuring, and its creative approach to the

resolution of issues has contributed to the successful administration of these cases and benefited the Debtors' estates. Due to the nature and complexity of the legal issues presented in this case, Jones Walker was required to exhibit a high degree of legal skill in areas related to, *inter alia*, bankruptcy, litigation, and corporate matters. Complex issues relating to the pending enforcement actions and the negotiation and/or litigation of each of the foregoing required highly-skilled and experienced attorneys to protect the interests of the Debtors. Additionally, Jones Walker's strong working relationship with various interested parties enabled Jones Walker to work with such professionals towards consensual resolutions of many of the salient issues in these cases. Jones Walker respectfully submits that its professionals have provided substantial benefits to the Debtors during the Final Compensation Period.

## IV.   The Preclusion of Other Employment by the Professional Due to Acceptance of the Case

55.     Due to the size of Jones Walker's bankruptcy and restructuring team, Jones Walker's representation of the Debtors did not preclude its acceptance of new clients.

## V.   The Customary Fee

56.     The rates charged by the Jones Walker attorneys and paraprofessionals in these Chapter 11 Cases are the same rates charged by Jones Walker in connection with non-bankruptcy work. The professional fees sought herein are based upon Jones Walker's normal hourly rates for services of this kind. Jones Walker respectfully submits that the professional fees sought herein are not unusual given the magnitude and complexity of these cases and the time expended in attending to the representation of the Debtors, and are commensurate with fees Jones Walker has been awarded in other cases, as well as with professional fees charged by other attorneys of comparable experience.

25

## VI.     Whether the Fee is Fixed or Contingent

57.     Pursuant to sections 330 and 331 of the Bankruptcy Code, all fees sought by professionals employed under section 1103 of the Bankruptcy Code are contingent pending final approval by this Court, and are subject to adjustment dependent upon the services rendered and the results obtained. The collective efforts of the various parties in interest and their respective professionals, including Jones Walker, have resulted in the consensual resolution of many significant issues in this case in a relatively short period of time given the complexity of these cases. Jones Walker's expectation upon accepting this representation was that it would receive compensation for professional services rendered at its customary rates.

## VII.     Time Limitations Imposed by the Client or the Circumstances

58.     As previously set forth herein, Jones Walker was required to attend to certain issues arising in these Chapter 11 Cases in compressed and urgent time periods. Jones Walker attorneys and paraprofessionals effectively addressed various issues for the benefit of the Debtors in compressed time periods.

## VIII.   The Amount Involved and the Results Obtained

59.     During the Final Compensation Period, and as described in the summary of services, Jones Walker was instrumental in protecting the interests of the Debtors and maximizing value for the Debtors' estate. In particular, and among other things, these services include Jones Walker's efforts with respect to analyzing the pending enforcement actions. Jones Walker submits that the fees requested in this Application are reasonable and appropriate when considering the results obtained on behalf of the Debtors as more fully described in the summary of services.

IX.     **The Experience, Reputation, and Ability of the Professionals**

60.     Jones Walker believes and respectfully submits that its attorneys are highly regarded as experts in the areas of bankruptcy, litigation, and corporate matters. Jones Walker's attorneys, over many years, have appeared in bankruptcy courts throughout the United States providing legal representation to trustees, debtors, secured creditors, and unsecured creditors in proceedings under the Bankruptcy Code. Further, Jones Walker has a sophisticated bankruptcy and restructuring practice and is playing or has played a major role representing debtors and debtors in possession in other cases.

61.     Jones Walker's experience enabled it to perform the services described herein competently and expeditiously. In addition to its expertise in the area of reorganization, Jones Walker called upon the expertise of its partners and associates in other practice areas to perform the wide ranging scope of the legal work necessitated by these Chapter 11 Cases, including, corporate work and litigation.

X.      **The Undesirability of the Case**

62.     This matter was not undesirable for Jones Walker.

XI.     **The Nature and Length of the Professional Relationship with the Client**

63.     Jones Walker has acted as special counsel to the Debtors since the Petition Date and has rendered services continuously to the Debtors from that date to the present.

XII.    **Awards in Similar Cases**

64.     Jones Walker submits that the fees and expenses for which it seeks compensation and reimbursement in this Application are not excessive and are commensurate with the rates awarded in similar cases in this district for similar services rendered and results obtained. The services provided in connection with the fees requested by Jones Walker during the Final

Compensation Period are more fully described in the invoices attached hereto as **Exhibit F**, **Exhibit G**, and **Exhibit H**. After taking into consideration the time and labor spent thus far, and the nature and extent of the representation, Jones Walker believes the allowance requested herein is reasonable and should be approved.

<div align="center">

**NO PRIOR REQUEST**

</div>

65.     Except for the filing of the prior monthly fee statements and interim relief requested in the prior fee applications, no prior application for the relief requested herein has been made to this or any other court.

<div align="center">

*[Remainder of page intentionally left blank.]*

</div>

**WHEREFORE**, Jones Walker respectfully requests that the Court enter an order (a) granting final allowance and approval of (i) compensation for professional services rendered by Jones Walker as special counsel to the Debtors during the Final Compensation Period in the aggregate amount of $1,249,416.50 and (ii) reimbursement of expenses incurred by Jones Walker in connection with such services in the aggregate amount of $70,979.83; (b) granting final approval of all of Jones Walker's previously submitted fee applications; and (c) authorizing and directing payment of all such amounts, less all amounts that the Debtors previously paid to Jones Walker on account of services rendered and expenses incurred.

Dated: October 11, 2021

Respectfully submitted,

 /s/ James Noe
James Noe (TX Bar No. 24040178)
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:  713-437-1800
Fax:  713-437-1801
Email: jnoe@joneswalker.com

-and-

Mark A. Mintz (SDTX No. 1140193)
JONES WALKER LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel:  504-582-8368
Fax:  504-589-8368
Email: mmintz@joneswalker.com

*Special Counsel for Fieldwood Energy, LLC et al.*

**VERIFICATION**

James Noe, after being duly sworn according to law, deposes and says:

      1.      I am a partner with the applicant firm, Jones Walker LLP.

      2.      I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

      3.      I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Rule 2016-1 of the Bankruptcy Local Rules and the U.S. Trustee Guidelines and submit that the Application substantially complies with such rules.

                                            */s/ James Noe*
                                          James Noe

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 11, 2021, a copy of the foregoing was served via the Court's ECF system upon all parties receiving notice through same.

*/s/ Alfredo R. Pérez*
Alfredo R. Pérez

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION**
**DISCLOSURE DURING THE FINAL COMPENSATION PERIOD**
**(May 1, 2021 – August 27, 2021)**

| Category of Timekeeper | Total Hours | Total Fees | Blended Hourly Rate | |
|---|---|---|---|---|
| | | | Billed in this Application | Billed or Collected from Firm or Offices for Preceding Year (Excluding Bankruptcy) |
| Partner | 1,802.8 | $1,131,000.50 | $627.36 | $407.51 |
| Special Counsel | 2.0 | $1,098.00 | $549.00 | $343.05 |
| Associate | 309.6 | $114,222.00 | $368.93 | $277.69 |
| Paralegal | 14.2 | $3,096.00 | $218.03 | $169.07 |
| **AGGREGATED:** | **2,128.6** | **$1,249,416.50** | **$586.97** | **$361.71** |

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS RENDERING SERVICES DURING THE FINAL COMPENSATION PERIOD**
**(May 1, 2021 – August 27, 2021)**

| Name | Position/ Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $700.00 | 311.0 | $217,700.00 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $700.00 | 679.2 | $475,440.00 |
| Jefferson R. Tillery | Partner/ Maritime | La. 1986 | $700.00 | 17.2 | $12,040.00 |
| Christopher M. Wappel | Partner/ Corporate | La. 2000 | $670.00 | 41.2 | $27,604.00 |
| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 101.7 | $63,562.50 |
| Joseph E. Bain | Partner/ Bankruptcy & Restructuring | N.Y. 2010 Tex. 2013 | $600.00 | 2.8 | $1,680.00 |
| Elizabeth L. Craddock | Special Counsel/ Government Relations | D.C. 2008 | $600.00 | 1.4 | $840.00 |
| David M. Hunter | Partner/ Corporate | La. 1982 | $580.00 | 43.3 | $25,114.00 |
| Richard D. Bertram | Partner/ Maritime | La. 1986 | $565.00 | 90.1 | $50,906.50 |
| Mark T. Davis | Partner/ Corporate | Miss. 1984 | $550.00 | 85.0 | $46,564.00 |

| Name | Position/ Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Paul O. Woodall, Jr. | Partner/ Corporate | Ala. 1995 | $550.00 | 117.7 | $63,671.00 |
| Robert W. Scheffy, Jr. | Partner/ Real Estate | La. 1974 | $530.00 | 0.8 | $424.00 |
| Michael W. Magner | Partner/ Litigation | La. 1982 Tex. 2012 | $520.00 | 13.5 | $7,020.00 |
| Cindy M. Muller | Partner/ Maritime | La. 1991 Tex. 2007 | $520.00 | 3.7 | $1,924.00 |
| Kristina M. Johnson | Partner/ Bankruptcy & Restructuring | Miss. 1992 | $500.00 | 32.3 | $16,150.00 |
| Grady S. Hurley | Partner/ Maritime | La. 1979 | $490.00 | 4.0 | $1,960.00 |
| Sidney F. Lewis, V | Partner/ Labor & Employment | La. 1985 | $490.00 | 0.7 | $343.00 |
| C. Ellis Brazeal, III | Partner/ Litigation | Ala. 1987 | $485.00 | 0.3 | $145.50 |
| Benjamin P. Woodruff | Partner/ Corporate | La. 2007 | $475.00 | 50.1 | $23,797.50 |
| Robert E. Holden | Partner/ Litigation | La. 1978 Fla. 1979 Tex. 1993 | $470.00 | 3.3 | $1,551.00 |
| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 192.9 | $88,734.00 |

| Name | Position/<br>Department | State and Year<br>of Bar Admission<br>and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Christopher K. Ulfers | Associate/<br>Maritime | La. 2015 | $450.00 | 87.2 | $39,240.00 |
| Clay A. Lanham | Partner/<br>Corporate | Ala. 2001<br>Miss. 2002<br>Ga. 2003 | $435.00 | 0.9 | $391.50 |
| Stanley A. Millan | Special Counsel/<br>Litigation | D.C. 2008<br>La. 1970<br>Tex. 2007 | $430.00 | 0.6 | $258.00 |
| Ann Corso Taylor | Partner/<br>Real Estate | Miss. 1987 | $395.00 | 4.0 | $1,580.00 |
| Chad J. Hammons | Partner/<br>Litigation | Miss. 1996 | $380.00 | 7.1 | $2,698.00 |
| Taylor K. Wimberly | Associate/<br>Litigation | La. 2019 | $375.00 | 12.5 | $4,687.50 |
| Elise M. Henry | Associate/<br>Litigation | La. 2014 | $350.00 | 102.6 | $35,910.00 |
| Gabrielle A. Ramirez | Associate/<br>Bankruptcy & Restructuring | Tex. 2019 | $340.00 | 72.4 | $24,616.00 |
| Andrew C. Rayford | Associate/<br>Litigation | La. 2020 | $280.00 | 31.8 | $8,904.00 |
| Carley A. Tatman | Associate/<br>Corporate | La. 2019 | $280.00 | 2.4 | $672.00 |
| Jacob Pritt | Associate/<br>Labor & Employment | La. 2019 | $275.00 | 0.7 | $192.50 |

| Name | Position/ Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| B. Karan Payne | Paraprofessional | N/A | $240.00 | 5.0 | $1,200.00 |
| Mellaine B. Salinas | Paraprofessional | N/A | $220.00 | 2.5 | $550.00 |
| Ryan P. Smith | Paraprofessional | N/A | $210.00 | 0.3 | $63.00 |
| Daniel J. Vogel | Paraprofessional | N/A | $210.00 | 4.8 | $1,008.00 |
| Aaron D. Washington | Paraprofessional | N/A | $210.00 | 0.1 | $21.00 |
| Julie C. Castex | Paraprofessional | N/A | $180.00 | 0.8 | $144.00 |
| B. Cecilia Ortiz | Paraprofessional | N/A | $175.00 | 0.2 | $35.00 |
| Jan Mollet | Paraprofessional | N/A | $150.00 | 0.5 | $75.00 |
| **TOTAL:** | | | | **2,128.6** | **$1,249,416.50** |

**EXHIBIT C**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT
CATEGORY DURING THE FINAL COMPENSATION PERIOD
(May 1, 2021 – August 27, 2021)**

| Task Code | Task Category | Hours | Fees Earned |
|-----------|---------------|-------|-------------|
| B120 | Asset Analysis and Recovery | 7.1 | $2,698.00 |
| B180 | Avoidance Action Analysis | 679.2 | $475,440.00 |
| B210 | Business Operations | 105.5 | $55,140.00 |
| B110 | Case Administration | 170.7 | $92,200.50 |
| B310 | Claims Administration and Objections | 0.2 | $35.00 |
| B160 | Fee/Employment Applications | 73.4 | $25,216.00 |
| B230 | Financing/Cash Collection | 43.3 | $25,114.00 |
| B410 | General Bankruptcy Advice | 16.0 | $10,812.00 |
| B190 | Other Contested Matters/Litigation | 535.4 | $321,145.50 |
| B250 | Real Estate | 97.3 | $50,407.50 |
| B420 | Restructuring (Reporting/Valuation) | 282.5 | $127,391.50 |
| B240 | Tax Issues | 118.0 | $63,816.50 |
| **TOTAL:** | | **2,128.6** | **$1,249,416.50** |

**EXHIBIT D**

**SUMMARY OF PRIOR FEE STATEMENTS AND BALANCE OF
FEES AND EXPENSES FOR THE FINAL COMPENSATION PERIOD
(May 1, 2021 – August 27, 2021)**

| Period | Fees Incurred | Fees Requested | Fees Paid | Expenses Incurred | Expenses Paid | Balance (Fees & Expenses) |
|---|---|---|---|---|---|---|
| May 1, 2021 – May 31, 2021 | $326,609.50 | $261,287.60 | $261,287.60 | $17,418.21 | $17,418.21 | $65,321.90 |
| June 1, 2021 – June 24, 2021 | $307,725.00 | $246,180.00 | $246,180.00 | $5,047.69 | $5,047.69 | $61,545.00 |
| June 25, 2021 – August 27, 2021 | $615,082.00 | $0.00 | $0.00 | $48,513.93 | $0.00 | $663,595.93 |
| **TOTAL:** | **$1,249,416.50** | **$507,467.60** | **$507,467.60** | **$70,979.83** | **$22,465.90** | **$790,462.83** |

**<u>EXHIBIT E</u>**

**SUMMARY OF EXPENSES FOR THE FINAL COMPENSATION PERIOD**
**(May 1, 2021 – August 27, 2021)**

| Expense Category | Amount |
|---|---|
| Computer Legal Research | $4,708.50 |
| Copying | $73.00 |
| Court Fees | $82.90 |
| Delivery Services | $1,412.78 |
| Deposition Transcripts | $300.00 |
| Litigation Support | $14,900.00 |
| Long Distance | $403.07 |
| Other | $22,799.34 |
| Other Professionals | $25,950.00 |
| Outside Printing | $350.24 |
| **TOTAL:** | **$70,979.83** |

# **EXHIBIT F**

**MAY FEE STATEMENT**
**(May 1, 2021 – May 31, 2021)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**MONTHLY FEE STATEMENT OF JONES WALKER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR
THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Role of Applicant in case: | Special Counsel for Debtors |
| Date order of employment signed: | October 6, 2020 [Docket No. 411] |
| Time period covered by this statement: | May 1, 2021 through May 31, 2021 |
| **Summary of Total Fees and Expenses Requested** ||
| Total fees requested in this statement: | $326,609.50 |
| Total expenses requested in this statement: | $17,418.21 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $344,027.71 |
| **Summary of Attorney Fees Requested** ||
| Total attorney fees requested in this statement: | $325,545.50 |
| Total attorney hours covered by this statement: | 554.1 |
| Average hourly rate for attorneys: | $587.52 |
| **Summary of Paraprofessional Fees Requested** ||
| Total paraprofessional fees requested in this statement: | $1,064.00 |
| Total paraprofessional hours covered by this statement: | 5.1 |
| Average hourly rate for paraprofessionals: | $208.63 |

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 367], each party receiving notice of the monthly fee statement will have 14 days after the date of service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), Jones Walker LLP ("**Jones Walker**"), Special Counsel for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"), submits this monthly statement of services rendered and expenses incurred in this case for the period of May 1, 2021 through May 31, 2021 (the "**Statement Period**").[2]

## I.  Itemization of Services Rendered by Jones Walker

A.    The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Jones Walker seeks compensation.

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $700.00 | 139.3 | $97,510.00 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $700.00 | 150.3 | $105,210.00 |

---

[2]    For clarity, Jones Walker notes that certain fees and expenses requested in this statement were accrued outside of the Statement Period and inadvertently omitted from previous statements.

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 33.1 | $20,687.50 |
| Elizabeth L. Craddock | Special Counsel/ Government Relations | D.C. 2008 | $600.00 | 1.4 | $840.00 |
| David M. Hunter | Partner/ Corporate | La. 1982 | $580.00 | 0.2 | $116.00 |
| Richard D. Bertram | Partner/ Maritime | La. 1986 | $565.00 | 37.9 | $21,413.50 |
| Cindy M. Muller | Partner/ Maritime | La. 1991 Tex. 2007 | $520.00 | 3.7 | $1,924.00 |
| Michael W. Magner | Partner/ Litigation | La. 1982 Tex. 2012 | $520.00 | 8.6 | $4,472.00 |
| Kristina M. Johnson | Partner/ Bankruptcy & Restructuring | Miss. 1992 | $500.00 | 2.3 | $1,150.00 |
| Grady S. Hurley | Partner/ Maritime | La. 1979 | $490.00 | 1.8 | $882.00 |
| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 68.8 | $31,648.00 |
| Chris Ulfers | Associate/ Maritime | La. 2015 | $450.00 | 19.9 | $8,955.00 |
| Paul O. Woodall, Jr. | Partner/ Corporate | Ala. 1995 | $410.00 | 3.0 | $1,230.00 |
| Taylor K. Wimberly | Associate/ Litigation | La. 2019 | $375.00 | 12.5 | $4,687.50 |
| Elise M. Henry | Associate/ Litigation | La. 2014 | $350.00 | 57.8 | $20,230.00 |
| Gabrielle A. Ramirez | Associate/ Bankruptcy & Restructuring | Tex. 2019 | $340.00 | 13.5 | $4,590.00 |

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Aaron D. Washington | Paraprofessional | N/A | $210.00 | 0.1 | $21.00 |
| Daniel J. Vogel | Paraprofessional | N/A | $210.00 | 4.8 | $1,008.00 |
| B. Cecilia Lopez | Paraprofessional | N/A | $175.00 | 0.2 | $35.00 |
| **TOTAL** | | | | **559.2** | **$326,609.50** |

B.    The time records of Jones Walker consisting of a daily breakdown of the time spent by each person on each day, and details as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

## II.    Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by Jones Walker by task categories and provides a summary of disbursements incurred by category of disbursement.

A.    Services Rendered

The following services were rendered in the following task categories:

| Task Code | Task Category | Hours | Fees Earned |
|---|---|---|---|
| B110 | Case Administration | 40.8 | $23,139.50 |
| B160 | Fee/Employment Applications | 13.5 | $4,590.00 |
| B180 | Avoidance Action Analysis | 150.3 | $105,210.00 |
| B190 | Other Contested Matters | 232.9 | $140,241.50 |
| B210 | Business Operations | 38.0 | $21,434.50 |
| B230 | Financing/Cash Collection | 0.2 | $116.00 |
| B240 | Tax Issues | 3.0 | $1,230.00 |
| B310 | Claims/Administrative Claims/Objections | 0.2 | $35.00 |
| B410 | General Bankruptcy Advice | 1.2 | $588.00 |

| Task Code | Task Category | Hours | Fees Earned |
|---|---|---|---|
| B420 | Restructuring | 79.1 | $30,025.00 |
| **TOTAL** | | **559.2** | **$326,609.50** |

A detailed itemization of the services rendered and resulting fees in each of the above task categories is set forth in **Exhibit A**.

B.     Disbursements Incurred

The disbursements incurred by Jones Walker for expenses in this Statement are as follows:

| Expense | Amount |
|---|---|
| Copying | $73.00 |
| Outside Printing | $350.24 |
| Long Distance | $101.07 |
| Computer Legal Research | $2,780.70 |
| Court Fees | $63.20 |
| Litigation Support | $50.00 |
| Other | $14,000.00 |
| **TOTAL** | **$17,418.21** |

C.     Accordingly, the amount of fees and expenses payable for this Statement Period is $278,705.81, which is calculated as follows:

| Description | Amount |
|---|---|
| Total Fees for Services Rendered | $326,609.50 |
| Twenty Percent (20%) Holdback | $65,321.90 |
| Fees Minus Holdback | $261,287.60 |
| Total Expenses for Disbursements Incurred (100%) | $17,418.21 |
| **TOTAL** | **$278,705.81** |

[*Remainder of page intentionally left blank.*]

WHEREFORE, pursuant to the Interim Compensation Order, Jones Walker requests payment of compensation in the amount of (i) $261,287.60 (80% of $326,609.50) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $17,418.21 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $278,705.81 for the Statement Period.

Dated: June 11, 2021                    Respectfully submitted,

**JONES WALKER LLP**

*/s/ James Noe*
James Noe (TX Bar No. 24040178)
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:   713-437-1800
Fax:   713-437-1801
Email: jnoe@joneswalker.com

-and-

Mark A. Mintz (SDTX No. 1140193)
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel:   504-582-8368
Fax:   504-589-8368
Email: mmintz@joneswalker.com

***Special Counsel for Fieldwood Energy, LLC et al.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2021, a true and correct copy of the foregoing Monthly Fee Statement was duly served upon the following parties via email as ordered in the Interim Compensation Order [Docket No. 367] entered on September 17, 2020.

**<u>Debtors</u>**
Fieldwood Energy LLC
Mike Dane (mdane@fwellc.com)
Tommy Lamme (tlamme@fwellc.com)

**<u>Counsel to the Debtors</u>**
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq. (matt.barr@weil.com)
Alfredo R. Pérez, Esq. (alfredo.perez@weil.com)
Jessica Liou, Esq. (jessica.liou@weil.com)

**<u>Counsel to the Ad Hoc Group of Secured Lenders</u>**
Davis Polk & Wardwell LLP
Damian S. Schaible, Esq. (damian.schaible@davispolk.com)
Natasha Tsiouris, Esq. (natasha.tsiouris@davispolk.com)

Haynes and Boone, LLP
Charles A. Beckham Jr., Esq. (charles.beckham@haynesboone.com)
Martha Wyrick, Esq. (martha.wyrick@haynesboone.com)

**<u>Office of the U.S. Trustee for the Southern District of Texas</u>**
Hector Duran (hector.duran.jr@usdoj.gov)
Stephen Statham (stephen.statham@usdoj.com)

**<u>Counsel to the Creditors' Committee</u>**
Stroock & Stroock & Lavan LLP
Sherry Millman, Esq. (smillman@stroock.com)
Kenneth Pasquale, Esq. (kpasquale@stroock.com)

*/s/ James Noe*
James Noe

**<u>Exhibit A</u>**

Redline

6905     45043

**JONES WALKER LLP**
Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


FIELDWOOD ENERGY LLC                        JUNE 10, 2021
ATTN:  TOMMY LAMME                          INVOICE NO. 1078032
2000 W. SAM HOUSTON PKWY S., STE 1200
HOUSTON, TX 77042


        RE:  FIELDWOOD RESTRUCTURING

              FILE NO. 178208-00


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 04/30/21 | GSH | B110 | A111 | DISCUSS BACKGROUND OF LIEN CLAIM ON OCS FOR DRILLSHIP AND APPLICATION OF MARITIME LAW WITH CO-COUNSEL. | .60 | 294.00 |
| 05/01/21 | JAH | B190 | A104 | DEBARMENT -- CORRESPOND WITH J. NOE REGARDING DRAFTING WRITTEN TESTIMONY. | .40 | 280.00 |
| 05/01/21 | JAH | B190 | A104 | DEBARMENT -- REVIEW REGULATORY RESEARCH. | .60 | 420.00 |
| 05/01/21 | JN | B180 | A104 | REVIEW VARIOUS HS&E POLICIES AND PROCEDURES IN PREPARATION OF DRAFTING DECLARATION OF P. EILAND FOR EVIDENTIAL DOCUMENTATION FOR DEBARMENT SHOW CAUSE MOTION. | 1.30 | 910.00 |
| 05/01/21 | JN | B180 | A103 | DRAFT DECLARATION OF P. EILAND FOR DEBARMENT EVIDENTIAL PROCEEDING (3.1); REVISE SAME (1.1). | 4.20 | 2,940.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    2
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| Date | Init | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 05/01/21 | JN | B180 | A109 | CALL WITH COUNSEL FOR ENI REGARDING REGULATORY ISSUES THAT ARE RELEVANT TO STRUCTURE OF TERM SHEET SETTLEMENT ON ABANDONED PROPERTIES. | .70 | 490.00 |
| 05/01/21 | EMH | B420 | A102 | SEARCH EPA DEBARMENT REGULATIONS AND DECISIONS FOR INFORMATION ON PROCEDURAL IMPLICATIONS OF SHOW CAUSE LETTER. | 1.80 | 630.00 |
| 05/02/21 | JAH | B190 | A104 | REVIEW DEBARMENT RESEARCH. | .30 | 210.00 |
| 05/02/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH S. DICHARRY RE BRIEFING STRATEGY. | .40 | 280.00 |
| 05/02/21 | JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW AND EDIT INSERT FOR MOTION FOR SUMMARY JUDGMENT. | 2.90 | 2,030.00 |
| 05/02/21 | JN | B180 | A103 | REVIEW AND REVISE DECLARATION OF P. EILAND FOR EVIDENTIAL PROCEEDING ON DEBARMENT. | 1.40 | 980.00 |
| 05/02/21 | JN | B180 | A103 | DRAFT EMAIL RESPONDING TO EMAIL OF S. DICHARRY ON INSERT TO MOTION FOR SUMMARY JUDGMENT RELATED TO ATLANTIC MARITIME CLAIMS. | .30 | 210.00 |
| 05/02/21 | JN | B180 | A104 | REVIEW LATEST VERSION OF TERM SHEET FOR ENI SETTLEMENT REGARDING ABANDONED PROPERTIES. | .40 | 280.00 |
| 05/02/21 | MWM | B190 | A104 | REVIEW SDO SLIDE DECK. | 1.40 | 728.00 |
| 05/02/21 | PFH | B110 | A106 | E MAIL FROM R. SERGESKETTER WITH REVISED SLIDES (.1); REVIEW SAME SLIDES (.1); E MAIL FROM P. EILAND J. NOE RE SLIDES (.1). | .30 | 187.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE    3
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/02/21 SYD | B190 | A104 | CONTINUE WORKING ON ARGUMENTS FOR ATLANTIC MSJ (3.9); CORRESPOND WITH J. HUNTER RE SAME (.3). | 4.20 | 1,932.00 |
| 05/03/21 JAH | B190 | A104 | DEBARMENT -- REVIEW RESEARCH (.9); CORRESPOND WITH B. SERGESKETTER AND OTHERS RE DISCIPLINE ISSUES (.4). | 1.30 | 910.00 |
| 05/03/21 JAH | B190 | A104 | DEBARMENT -- CORRESPOND WITH CO-COUNSEL RE PREP FOR PRESENTATION. | .20 | 140.00 |
| 05/03/21 JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH E. CHOI. | .20 | 140.00 |
| 05/03/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVISE JONES WALKER'S INSERT FOR MSJ. | 4.40 | 3,080.00 |
| 05/03/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH CO-COUNSEL REGARDNG MSJ BRIEFING STRATEGY AND TASKS. | .90 | 630.00 |
| 05/03/21 JN | B180 | A104 | REVISE EMAIL TO THE CLIENT REGARDING PROCEDURAL STATUS AND NEXT STEPS FOR EPA DEBARMENT PROCEEDING. | .30 | 210.00 |
| 05/03/21 JN | B180 | A102 | RESEARCH DEBARMENT REGULATIONS, INCLUDING REVIEW AND ANALYSIS OF SAME. | .70 | 490.00 |
| 05/03/21 KMJ | B110 | A101 | CORRESPOND WITH G. RAMIREZ AND J. NOE RE STATUS OF FEE APPLICATION APPROVAL STATUS AND NEXT FEE NOTICE DUE. | .30 | 150.00 |
| 05/03/21 MWM | B190 | A104 | MULTIPLE TELEPHONE CONFERENCES AND CORRESPONDENCE RE SDO SUBMISSION. | .50 | 260.00 |
| 05/03/21 MWM | B190 | A104 | REVISE SDO PRESENTATION, PROVIDING COMMENTS ON SAME. | 1.40 | 728.00 |
| 05/03/21 PFH | B110 | A106 | E MAIL FROM/TO G. MITCHELL RE ELEMENTS TO INCLUDE IN SLIDES. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE    4
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/03/21 | PFH | B110 | A106 | REVIEW CURRENT SLIDES (.5); BEGIN PREPARING FOR PRESENTATION TO EPA (1.7); E MAIL FROM R. SERGESKETTER WITH UPDATED SET OF SLIDES (.1); E MAIL TO R. SERGESKETTER WITH REVISION (.1); NUMEROUS EMAILS FROM/TO R. SERGESKETTER/MR. MITCHELL/MR. DANE/M. MAGNER RE PRESENTATION (.3). | 2.70 | 1,687.50 |
| 05/03/21 | PFH | B110 | A104 | E MAILS FROM J. HUNTER WITH PRIOR DECISIONS FROM MR. NGUYEN, ISSUES TO ADDRESS, THE FACTS IN OUR CASE, AND RELATION TO THOSE ISSUES. | .00 | .00 |
| 05/03/21 | PFH | B110 | A107 | E MAILS TO/FROM AUSA D. KAMMER (.2); CALL WITH AUSA KAMMER (.4). | .60 | 375.00 |
| 05/03/21 | PFH | B110 | A107 | E MAIL REPORT TO R. SERGESKETTER RE CALL WITH AUSA KAMMER. | .20 | 125.00 |
| 05/03/21 | RDB | B210 | A103 | DRAFT INSERTS TO FIELDWOOD'S MOTION TO DISMISS CLAIM OF ATLANTIC MARINE TO BE FILED WITH BANKR. S.D. TEX., INCLUDING REVIEW AND ADDRESS OF MARITIME CONTRACT ISSUES AND VESSEL STATUS ISSUES. | 2.80 | 1,582.00 |
| 05/03/21 | RDB | B210 | A104 | REVIEW MARITIME CASE LAW RELATED TO JURISDICTION AND CONTRACT ISSUES. | .80 | 452.00 |
| 05/03/21 | RDB | B210 | A104 | FINALIZE INSERT TO FIELDWOOD'S MOTION TO DISMISS ATLANTIC MARINE'S CLAIMS RELATED TO HISTORIC ROOTS OF MARITIME JURISDICTION IN U.S. CONSTITUTION AND FIRST JUDICIARY ACT OF 1789, INCLUDING FINAL REVIEW OF SAME. | .50 | 282.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE    5
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/03/21 | SYD | B190 | A104 | CONTINUE DRAFTING ARGUMENTS FOR ATLANTIC MSJ (5.8); DISCUSS SAME WITH J. NOE AND J. HUNTER (.7). | 6.50 | 2,990.00 |
| 05/03/21 | GAR | B160 | A105 | DISCUSS UPDATE AND NEXT STEPS WITH K. JOHNSON AND J. NOE REGARDING STATUS AND TIMING OF SECOND INTERIM FEE APPLICATION AND STATUS OF COMMUNICATIONS WITH WEIL COUNSEL, H. JAMES AND C. CLIFFORD, REGARDING FILING OF CERTIFICATE OF NO OBJECTION FOR JONES WALKER'S FIRST INTERIM FEE APPLICATION (.4); REVIEW INTERIM COMPENSATION ORDER RELATED TO DISCUSSION OF SAME (.2). | .60 | 204.00 |
| 05/03/21 | TKW | B190 | A104 | ANALYZE CITATIONS IN BRIEF ADDRESSING THE APPLICATION OF LOWLA TO FEDERAL OFFSHORE LEASES. | .50 | 187.50 |
| 05/03/21 | ELC | B420 | A108 | RESPOND TO CONGRESSIONAL OFFICE RESCHEDULING MEETING REQUEST. | .30 | 180.00 |
| 05/04/21 | JAH | B190 | A104 | DEBARMENT -- REVIEW DRAFT SLIDE DECK, PROVIDING COMMENTS TO SAME. | 1.60 | 1,120.00 |
| 05/04/21 | JAH | B190 | A104 | DEBARMENT -- CALL WITH FIELDWOOD TEAM PREPPING FOR EPA PRESENTATION. | 1.70 | 1,190.00 |
| 05/04/21 | JAH | B190 | A104 | DEBARMENT -- CONFERENCE WITH J. NOE RE DEBARMENT CONSEQUENCES (.2); FOLLOW-UP CORRESPONDENCE WITH J. NOE RE SAME (.1). | .30 | 210.00 |
| 05/04/21 | JAH | B190 | A104 | ATLANTIC LIENS -- REVISE JONES WALKER'S INSERT FOR MSJ. | 4.30 | 3,010.00 |
| 05/04/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH E. CHOI RE MSJ. | .30 | 210.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE    6
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| Date | Tkpr | Task | Act | Description | Hrs | Amount |
|---|---|---|---|---|---|---|
| 05/04/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH JW TEAM RE VARIOUS ISSUES IN MARITIME ARGUMENT. | .40 | 280.00 |
| 05/04/21 | JN | B180 | A103 | REVISE MOTION FOR SUMMARY JUDGMENT SEEKING DISMISSAL OF ATLANTIC MARITIME'S CLAIMS AND LIENS. | 2.20 | 1,540.00 |
| 05/04/21 | JN | B180 | A104 | REVIEW PRESENTATION MATERIALS FOR CALL WITH DEBARMENT COUNSEL, PROVIDING COMMENTS TO SAME. | 1.30 | 910.00 |
| 05/04/21 | JN | B180 | A103 | REVISE DECLARATION OF P. EILAND IN PREPARATION FOR CALL WITH THE DEBARMENT COUNSEL. | .90 | 630.00 |
| 05/04/21 | JN | B180 | A109 | CALL WITH THE CLIENT AND COUNSEL FOR ENI REGARDING TERM SHEET ON ABANDONED PROPERTIES. | .50 | 350.00 |
| 05/04/21 | JN | B180 | A104 | REVIEW LATEST VERSION OF THE TERM SHEET WITH ENI REGARDING ABANDONED PROPERTIES. | .40 | 280.00 |
| 05/04/21 | JN | B180 | A109 | CALL WITH ENI'S COUNSEL AND THE CLIENT REGARDING LATEST VERSION OF TERM SHEET. | 1.50 | 1,050.00 |
| 05/04/21 | MWM | B190 | A104 | PREPARE FOR SDO HEARING/SUBMISSION, INCLUDING RELATED CORRESPONDENCE. | 1.70 | 884.00 |
| 05/04/21 | PFH | B110 | A106 | NUMEROUS E MAILS FROM/TO R. SERGESKETTER/J. NOE/J. HUNTER/M. DANE/M. MAGNER RE EPA PRESENTATION, REVISIONS TO PRESENTATION, AND LEGAL ANALYSIS OF PROCESS EPA EMPLOYS (.7); REVIEW NEWEST VERSION OF SLIDES FOR EPA PRESENTATION (1.0); E MAIL COMMENTS ON SAME TO R. SERGESKETTER (.1). | 1.80 | 1,125.00 |

```
FIELDWOOD ENERGY LLC                                  PAGE    7
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/04/21 | PFH | B110 | A106 | E MAIL FROM/TO R. SERGESKETTER RE ADDING A. PEREZ TO EPA CALL. | .10 | 62.50 |
| 05/04/21 | PFH | B110 | A107 | E MAILS TO/FROM MS. LOVETT RE ADDING A. PEREZ TO EPA CALL. | .10 | 62.50 |
| 05/04/21 | PFH | B110 | A106 | E MAILS TO/FROM A. PEREZ RE EPA MEETING INFORMATION. | .10 | 62.50 |
| 05/04/21 | PFH | B110 | A106 | CALL WITH R. SERGESKETTER, MR. MITCHELL, J. NOE, J. HUNTER, P. EILAND, T. LAMME, M. DANE TO PREPARE FOR MEETING WITH EPA DEBARMENT OFFICIAL. | 1.80 | 1,125.00 |
| 05/04/21 | RDB | B210 | A104 | REVIEW WORKING DRAFT OF INSERTS TO FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT TO SUPPORT DISMISSAL OF ATLANTIC MARITIME'S CLAIMS AGAINST FIELDWOOD'S WORKING INTEREST OWNERS UNDER LOUISIANA OIL WELL LIEN ACT. | 2.30 | 1,299.50 |
| 05/04/21 | SYD | B190 | A104 | REVISE DRAFT ARGUMENTS FOR ATLANTIC MSJ. | 3.20 | 1,472.00 |
| 05/04/21 | ELC | B420 | A108 | RESPOND TO CORRESPONDENCE FROM CONGRESSIONAL OFFICE. | .10 | 60.00 |
| 05/04/21 | BCO | B310 | A104 | REVIEW AND ANALYZE INVOICE FROM SOUTHERN IMAGING AS REQUESTED BY HANDLING ATTORNEY, PROCESSING SAME. | .20 | 35.00 |
| 05/05/21 | JAH | B190 | A104 | DEBARMENT -- DISCUSS POST-MEETING STRATEGY WITH CORRESPONDENCE RE NEXT STEPS. | 1.20 | 840.00 |
| 05/05/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH S. DICHARRY RE MSJ BRIEFING STRATEGY AND EXHIBITS. | .40 | 280.00 |
| 05/05/21 | JAH | B190 | A104 | EUGENE ISLAND 342 - DRAFT SETTLEMENT AGREEMENT. | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                       PAGE   8
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| Date | Init | B-code | A-code | Description | Hours | Amount |
|------|------|--------|--------|-------------|-------|--------|
| 05/05/21 | JAH | B190 | A104 | DEBARMENT -- REVIEW AND COMMENT ON SLIDES AND MEETING STRATEGY. | 1.10 | 770.00 |
| 05/05/21 | JAH | B190 | A104 | DEBARMENT -- PARTICIPATE IN MEETING WITH EPA, INCLUDING PREPARATION FOR SAME. | 2.00 | 1,400.00 |
| 05/05/21 | JN | B180 | A104 | REVIEW VARIOUS DOCUMENTS, POWERPOINT PRESENTATIONS, POLICIES AND PROCEDURES IN PREPARATION OF DRAFTING DECLARATION OF P. EILAND AND G. MITCHELL FOR EVIDENCE FILING TO EPA DEBARMENT COUNSEL. | 2.20 | 1,540.00 |
| 05/05/21 | JN | B180 | A104 | REVISE DECLARATION OF P. EILAND FOR EPA DEBARMENT PROCEEDING. | 1.80 | 1,260.00 |
| 05/05/21 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH EPA DEBARMENT COUNSEL. | 3.10 | 2,170.00 |
| 05/05/21 | JN | B180 | A109 | PARTICIPATE IN A CONFERENCE CALL WITH WEIL AND THE CLIENT FOLLOWING CONFERENCE CALL WITH EPA DEBARMENT COUNSEL. | .40 | 280.00 |
| 05/05/21 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT AND WEIL TO DISCUSS RESPONSES TO DISCOVERY REQUESTS MADE BY THE SURETIES. | .50 | 350.00 |
| 05/05/21 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH REP. FLETCHER (D-TX) TO PROVIDE AN UPDATE ON FIELDWOOD BANKRUPTCY. | .50 | 350.00 |
| 05/05/21 | JN | B180 | A104 | REVIEW LATEST TERM SHEET FROM ENI REGARDING ABANDONED PROPERTIES. | .40 | 280.00 |
| 05/05/21 | JN | B180 | A105 | VARIOUS CONFERENCE CALLS WITH J. HUNTER AND P. HARDIN REGARDING DEBARMENT PROCEEDING. | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE    9
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/05/21 MWM | B190 | A104 | CORRESPOND WITH CLIENT (.1); ATTEND PRESENTATION TO EPA RE PROPOSED DEBARMENT TO FIELDWOOD (1.3); DEBRIEF WITH P. HARDIN RE PRESENTATION (.3). | 1.70 | 884.00 |
| 05/05/21 PFH | B110 | A106 | DRAFT PORTION OF THE PRESENTATION TO EPA, INCLUDING REVIEW OF NPA, INDICTMENTS OF HUSE AND WALL, EPA LETTERS, FACTS AS WELL AS CONSIDERATIONS OF RESPONSES TO POTENTIAL QUESTIONS BY EPA. | 1.20 | 750.00 |
| 05/05/21 PFH | B110 | A107 | E MAIL FROM/TO L. LOVETT (EPA) WITH RESPONSE TO PROCESS QUESTION. | .10 | 62.50 |
| 05/05/21 PFH | B110 | A107 | CALL WITH D. NGUYEN (EPA), L. LOVETT (EPA), K. TIMMINS (EPA) , J. LIN (EPA), S. STOCKER (DOI), G. MITCHELL, M. DANE, T. LAMME, A. PEREZ, R. SERGESKETTER, J. NOE, J. HUNTER TO MAKE PRESENTATION ON DEBARMENT ISSUE. | 1.70 | 1,062.50 |
| 05/05/21 PFH | B110 | A106 | CALL AFTER THE DEBARMENT CALL WITH G. MITCHELL, M. DANE, T. LAMME, A. PEREZ, R. SERGESKETTER, J. NOE, J. HUNTER RE NEXT STEPS. | 1.00 | 625.00 |
| 05/05/21 PFH | B110 | A106 | E MAIL TO T. LAMME ET AL WITH QUESTIONS ASKED BY DEBARMENT DURING THE CALL. | .10 | 62.50 |
| 05/05/21 PFH | B110 | A106 | E MAILS FROM/TO M. DANE, R. SERGESEKETTER/ J. NOE/ J. HUNTER ET AL RE ISSUES THAT AROSE DURING THE CALL WITH DEBARMENT AND POTENTIAL RESPONSES. | .30 | 187.50 |
| 05/05/21 PFH | B110 | A106 | CONTINUOUS CORRESPONDENCE FROM/TO R. SERGESKETTER/J. HUNTER RE REVISIONS TO SLIDE PRESENTATION FOR EPA. | .00 | .00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  10
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/05/21 | PFH | B110 | A104 | ANALYZE BET PATH FORWARD IN LIGHT OF CALL WITH EPA. | .50 | 312.50 |
| 05/05/21 | ELC | B420 | A108 | MEET WITH CONGRESSWOMAN FLETCHER RE STATUS OF BANKRUPTCY (.4); CORRESPOND WITH STAFF WITH BACKGROUND SLIDES (.4). | .80 | 480.00 |
| 05/06/21 | JAH | B190 | A104 | CALL WITH R. LAMB RE DOI POSITION ON IMPACT OF DEBARMENT. | .20 | 140.00 |
| 05/06/21 | JAH | B190 | A104 | CALL WITH B. SERGESKETTER RE CONVERSATION WITH R. LAMB RE IMPACT OF DEBARMENT. | .20 | 140.00 |
| 05/06/21 | JAH | B190 | A104 | CORRESPOND WITH FIELDWOOD LEADERSHIP AND A. PEREZ RE CONVERSATION WITH R. LAMB RE EFFECT OF POTENTIAL DEBARMENT. | .30 | 210.00 |
| 05/06/21 | JAH | B190 | A104 | CALL WITH CO-COUNSEL RE BRIEFING DEBARMENT AND STRATEGY RE EPA (.3); CORRESPOND WITH CO-COUNSEL REGARDING FOLLOW-UPS TO SAME (.3). | .60 | 420.00 |
| 05/06/21 | JAH | B190 | A104 | CALL WITH EPA DEBARMENT OFFICER, INCLUDING PREPARATION FOR SAME. | .70 | 490.00 |
| 05/06/21 | JAH | B190 | A104 | REPORT TO FIELDWOOD LEADERSHIP AND A. PEREZ RE CALL WITH DEBARMENT OFFICIAL AND JONES WALKER'S RECOMMENDATION. | .60 | 420.00 |
| 05/06/21 | JAH | B190 | A104 | DEBARMENT -- REVIEW MATERIALS FROM FIELDWOOD LEADERSHIP (1.3); DRAFT OUTLINE OF FIELDWOOD BRIEF (2.4). | 3.70 | 2,590.00 |
| 05/06/21 | JN | B180 | A104 | REVIEW NUMEROUS DOCUMENTS, PRESENTATIONS, POLICIES AND COMMUNICATIONS IN PREPARATION OF DRAFTING DECLARATION OF G. MITCHELL. | 3.50 | 2,450.00 |

FIELDWOOD ENERGY LLC                                    PAGE   11
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00

05/06/21 JN    B180  A103   DRAFT DECLARATION OF G.         2.30      1,610.00
                            MITCHELL FOR EPA DEBARMENT
                            PROCEEDINGS.

05/06/21 JN    B180  A109   PARTICIPATE IN CONFERENCE        .50        350.00
                            CALL WITH EPA DEBARMENT
                            COUNSEL.

05/06/21 KMJ   B110  A101   REVIEW ORDER APPROVING FIRST     .80        400.00
                            INTERIM FEE APPLICATION AND
                            RELATED CORRESPONDENCE (.3);
                            REVIEW INTERIM FEE
                            APPLICATION ORDER PROTOCOLS
                            AND RELATED CORRESPONDENCE TO
                            C. CARLSON RE PROTOCOLS FOR
                            SECOND INTERIM FEE
                            APPLICATION (.5).

05/06/21 PFH   B110  A107   E MAIL TO/FROM L. LOVETT         .40        250.00
                            (EPA) RE CALL (.1); CALL WITH
                            L. LOVETT AND CO-COUNSEL J.
                            HUNTER, J. NOE, AND S.
                            DICHARRY.

05/06/21 PFH   B110  A103   BEGAN DRAFTING AFFIDAVIT FOR    3.30      2,062.50
                            G. MITCHELL; REVIEW NUMEROUS
                            DOCUMENTS FROM G. MITCHELL/P.
                            EILAND/R. SERGESKETTER AND
                            OTHERS FOR POTENTIAL
                            INCLUSION IN AFFIDAVIT.

05/06/21 PFH   B110  A106   VOLUMINOUS E MAILS FROM/ TO     1.40        875.00
                            R. SERGESKETTER/J.HUNTER/J.
                            NOE RE SUBMISSION,
                            AFFIDAVITS, STRATEGY FOR
                            DEALING WITH EPA (1.1); CALL
                            WITH MS LOVETT RE OUTLINE FOR
                            SUBMISSION AND RELATED ISSUES
                            (.3).

05/06/21 PFH   B110  A107   MEETING WITH M. CHESTER RE       .30        187.50
                            WALL CASE.

05/06/21 RDB   B210  A104   REVIEW WORKING DRAFT OF LEGAL    .50        282.50
                            ARGUMENTS FOR FIELDWOOD'S
                            MOTION FOR SUMMARY JUDGMENT
                            REGARDING INAPPLICABILITY OF
                            LOUISIANA OIL WELL LIEN ACT,
                            APPLICABILITY OF MARITIME
                            LAW, FIELDWOOD-ATLANTIC

```
FIELDWOOD ENERGY LLC                                        PAGE   12
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | MARITIME'S DOMESTIC OFFSHORE DAYWORK DRILLING CONTRACT, ADMIRALTY AND MARITIME JURISDICTION, AND DOI'S IMPLEMENTING REGULATIONS FOR OUTER CONTINENTAL SHELF LANDS ACT. |  |  |
| 05/06/21 | SYD | B190 | A104 | DEBARMENT ISSUE - PARTICIPATE IN CALL WITH J. HUNTER, P. HARDIN, AND J. NOE RE STEPS FORWARD FOLLOWING YESTERDAY'S CALL WITH THE GOVERNMENT, INCLUDING PREPARATION FOR SAME. | 1.10 | 506.00 |
| 05/07/21 | JAH | B190 | A104 | DEBARMENT -- CONFERENCE WITH J. NOE AND S. DICHARRY RE WORK ASSIGNMENTS. | .30 | 210.00 |
| 05/07/21 | JAH | B190 | A104 | CORRESPOND WITH EPA RE EXTENSION FOR FILING SHOW CAUSE RESPONSE. | .20 | 140.00 |
| 05/07/21 | JAH | B190 | A104 | DEBARMENT -- REVIEW NPA TO DEVELOP RESPONSE TO ASSERTION THAT IT REFLECTS "SYSTEMIC INTEGRITY" PROBLEMS. | .60 | 420.00 |
| 05/07/21 | JAH | B190 | A104 | DEBARMENT -- REVIEW DATA RE CHANGES IN FIELDWOOD "CULTURE". | .50 | 350.00 |
| 05/07/21 | JAH | B190 | A104 | DEBARMENT -- WORK ON FIELDWOOD RESPONSE TO SHOW CAUSE NOTICE. | .60 | 420.00 |
| 05/07/21 | JN | B180 | A103 | DRAFT DECLARATION OF P. EILAND AND G. MITCHELL. | 4.40 | 3,080.00 |
| 05/07/21 | JN | B180 | A109 | CONFERENCE CALL WITH ENI AND THEIR COUNSEL REGARDING TERM SHEET. | .60 | 420.00 |
| 05/07/21 | JN | B180 | A109 | CONFERENCE CALL WITH LENDERS REGULATORY COUNSEL REGARDING OPEN REGULATORY ISSUES. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   13
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/07/21 JN | B180 | A104 | REVIEW VARIOUS PRESENTATIONS, POLICIES, AND EMAILS IN PREPARATION OF DRAFTING DECLARATION OF P. EILAND AND G. MITCHELL IN DEBARMENT PROCEEDING. | 1.90 | 1,330.00 |
| 05/07/21 PFH | B110 | A103 | CONTINUE DRAFTING DECLARATION OF G. MITHCELL (.8); E MAILS TO/FROM MR NOE/MR HUNTER RE MITCHELL REQUEST, NEED FOR TIMELINE OF REMEDIAL, AND OTHER ACTIONS (.3). | 1.10 | 687.50 |
| 05/07/21 PFH | B110 | A105 | E MAILS FROM J. HUNTER/J. NOE WITH DRAFT OUTLINE FOR SUBMISSION (.1); REVIEW OUTLINE PROVIDED (.1). | .20 | 125.00 |
| 05/07/21 PFH | B110 | A107 | E MAIL FROM C. NICHOLSON RE WDLA AND FROM/TO J. NOE/J. HUNTER RE CALL WITH MS NICHOLSON. | .10 | 62.50 |
| 05/07/21 PFH | B110 | A106 | E MAIL FROM M. DANE WITH APPROVAL EXTENSION REQUEST (.1); NUMEROUS E MAILS WITH J. NOE/J.HUNTER RE EXTENSION REQUEST (.1). | .20 | 125.00 |
| 05/07/21 PFH | B110 | A107 | E MAIL TO EPA ATTORNEY L. LOVETT WITH REQUEST FOR EXTENSION. | .10 | 62.50 |
| 05/07/21 SYD | B190 | A104 | DEBARMENT ISSUE - PARTICIPATE IN CALL WITH JONES WALKER TEAM REGARDING APPROACH FORWARD, INCLUDING PREPARATION FOR SAME. | .90 | 414.00 |
| 05/08/21 JAH | B190 | A104 | CORRESPOND WITH EPA DEBARMENT OFFICIAL. | .20 | 140.00 |
| 05/08/21 JAH | B190 | A104 | CORRESPOND WITH JONES WALKER CO-COUNSEL RE DEVELOPING DEBARMENT ARGUMENTS. | .30 | 210.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  14
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/08/21 JAH | B190 | A104 | REVIEW NUMEROUS FIELDWOOD EMAILS AND SLIDE DECKS FOR BUILDING DEBARMENT ARGUMENTS. | .90 | 630.00 |
| 05/08/21 JN | B180 | A103 | DRAFT DECLARATION OF P. EILAND AND G. MITCHELL IN DEBARTMENT PROCEEDING. | 4.20 | 2,940.00 |
| 05/08/21 JN | B180 | A104 | REVIEW VARIOUS POLICIES, PROCEDURES, PRESENTATIONS AND EMAILS IN PREPARATION OF DRAFTING DECLARATION OF P.EILAND AND G. MITCHELL IN DEBARMENT PROCEEDING. | 1.80 | 1,260.00 |
| 05/09/21 JN | B180 | A103 | REVISE DECLARATION OF P. EILAND AND G. MITCHEL IN DEBARMENT PROCEEDING. | 2.20 | 1,540.00 |
| 05/10/21 JAH | B190 | A104 | CALL WITH R. LAMB AND DOJ RE BOEM INVOLVEMENT IN PLAN IMPLEMENTATION. | 1.00 | 700.00 |
| 05/10/21 JAH | B190 | A104 | DEBARMENT -- CALL WITH LENDERS' COUNSEL RE STATUS. | .60 | 420.00 |
| 05/10/21 JAH | B190 | A104 | DEBARMENT -- CORRESPOND AND CALLS WITH S. DICHARRY AND E. HENRY RE DEVELOPING TIMELINE AND EXTRACTING USEFUL DATA POINTS FROM G. MITCHELL MATERIALS. | .80 | 560.00 |
| 05/10/21 JAH | B190 | A104 | DEBARMENT -- PROVIDE COMMENTS ON P. HARDIN WRITE-UP RE NPA. | .40 | 280.00 |
| 05/10/21 JAH | B190 | A104 | DEBARMENT -- REVIEW MITCHELL MATERIALS (.4); PLAN FIELDWOOD RESPONSE TO SHOW CAUSE NOTICE (.3). | .70 | 490.00 |
| 05/10/21 JAH | B190 | A104 | CORRESPOND RE RECENT BSEE INCS WITH R. SERGESKETTER AND P. EILAND. | .40 | 280.00 |
| 05/10/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW WEIL DRAFT MSJ. | 1.20 | 840.00 |

```
FIELDWOOD ENERGY LLC                                          PAGE  15
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/10/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCES WITH S. DICHARRY AND R. BERTRAM RE REVISIONS TO WEIL DRAFT. | .50 | 350.00 |
| 05/10/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH LAWYERS FROM THE DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE TO DISCUSS REGULATORY MECHANICS ON TRANSFERRING LIABILITY FOR DECOMMISSIONING ON EXPIRED LEASES. | .70 | 490.00 |
| 05/10/21 JN | B180 | A109 | CONFERENCE CALL WITH LENDERS' REGULATORY COUNSEL REGARDING STATUS OF DEBARMENT PROCEEDINGS. | .60 | 420.00 |
| 05/10/21 JN | B180 | A103 | REVISE DECLARATION OF G. MITCHEL AND P. EILAND IN DEBARMENT PROCEEDINGS. | 2.20 | 1,540.00 |
| 05/10/21 PFH | B110 | A103 | DRAFT PORTION OF SUBMISSION TO EPA RE NPA (.6); SEND SUPPORTING DOCUMENTS TO DATABASE FOR EPA SUBMISSION (.2); LOCATE ADDITIONAL REMEDIATION DOCUMENTS TO SEND TO DATABASE (.2);  DISCUSS SAME WITH S. DICHARRY (.4). | 1.40 | 875.00 |
| 05/10/21 PFH | B110 | A107 | CALL WITH C. NICHOLSON, K. PERRIER, J. NOE, J. HUNTER RE NPA, CALLS WITH DEBARMENT, POTENTIAL STRATEGY, INCLUDING PREPARATION FOR THIS CALL. | .80 | 500.00 |
| 05/10/21 RDB | B210 | A103 | OUTLINE COMMENTS TO WORKING DRAFT OF FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT IN ADVERSARY CASE NO. 20-33948 IN U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS. | .80 | 452.00 |
| 05/10/21 RDB | B210 | A103 | TELEPHONE CONFERENCE WITH J. HUNTER AND S. DICHARRY RELATED TO LEGAL ARGUMENTS IN RESPONSE TO ATLANTIC MARITIME'S CLAIMS UNDER | .30 | 169.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   16
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00

                       LOUISIANA OIL WELL LIEN ACT.

05/10/21 RDB   B210  A103  REVIEWED WORKING DRAFT OF        1.00      565.00
                           FIELDWOOD'S MOTION FOR
                           SUMMARY JUDGMENT IN ADVERSARY
                           CASE NO. 20-33948 IN U.S.
                           BANKRUPTCY COURT, SOUTHERN
                           DISTRICT OF TEXAS.

05/10/21 SYD   B190  A104  DEBARMENT MATTER -               1.10      506.00
                           PARTICIPATE IN CALL WITH J.
                           HUNTER AND E. HENRY REGARDING
                           GENERATING TIME LINE OF
                           INTEGRITY-RELATED
                           DEVELOPMENTS, INCLUDING
                           PREPARATION FOR SAME.

05/10/21 SYD   B190  A104  ATLANTIC MSJ - DISCUSS EDITS     1.40      644.00
                           WITH J. HUNTER AND R. BERTRAM
                           (.5); BEGIN REVIEW OF DRAFT
                           MEMO IN SUPPORT OF MOTION FOR
                           SUMMARY JUDGMENT (.9).

05/10/21 EMH   B420  A105  DISCUSS DOCUMENT REVIEW AND       .40      140.00
                           TIMELINE PROJECT WITH J.
                           HUNTER AND S. DICHARRY.

05/10/21 EMH   B420  A104  BEGIN REVIEWING DOCUMENTS        3.20    1,120.00
                           PROVIDED BY CLIENT IN
                           CONNECTION WITH DEBARMENT
                           DEFENSE, INCLUDING
                           ORGANIZATION OF SAME.

05/10/21 GAR   B160  A103  BEGIN EDITING EXTENSIVE          3.30    1,122.00
                           SUPPORTING DOCUMENTATION FOR
                           JONES WALKER'S APRIL MONTHLY
                           FEE STATEMENT TO ENSURE
                           COMPLIANCE WITH THE U.S.
                           TRUSTEE'S GUIDELINES.

05/11/21 GSH   B410  A102  REVIEW OFFSHORE CATERING          .80      392.00
                           CONTRACT CASES AND TEST FOR
                           APPLYING MARITIME VERSUS
                           STATE LAW.

05/11/21 GSH   B410  A102  PROVIDE LEFLER AND STOOT          .20       98.00
                           CATERING CASES TO MR. BERTRAM
                           POST-CONFERENCE FOR MARITIME
                           LAW.
```

```
FIELDWOOD ENERGY LLC                                        PAGE   17
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/11/21 GSH | B410 | A104 | REVIEW MEMORANDUM LANGUAGE. | .20 | 98.00 |
| 05/11/21 JAH | B190 | A104 | BSEE INCS -- CALL WITH P. EILAND. | 1.00 | 700.00 |
| 05/11/21 JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH B. SERGESKETTER RE STATUS AND STRATEGY. | .80 | 560.00 |
| 05/11/21 JAH | B190 | A104 | BSEE INCS -- REVIEW INCS AND CALENDAR DEADLINES TO PLAN STRATEGY OF NEGOTIATION AND APPEAL/SUITS IF NECESSARY. | 2.70 | 1,890.00 |
| 05/11/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW DRAFT MSJ, PROVIDING COMMENTS TO SAME. | 1.70 | 1,190.00 |
| 05/11/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCES WITH S. DICHARRY AND R. BERTRAM RE REVISIONS TO MSJ. | .40 | 280.00 |
| 05/11/21 JAH | B190 | A104 | DEBARMENT -- CORRESPOND WITH EPA RE EXTENSION. | .20 | 140.00 |
| 05/11/21 JAH | B190 | A104 | DEBARMENT -- CORRESPOND WITH JONES WALKER CO-COUNSEL RE ASSEMBLING DATA RE CHANGE IN CULTURE. | .30 | 210.00 |
| 05/11/21 JAH | B190 | A104 | DEBARMENT -- REVIEW G. MITCHELL MATERIALS. | .30 | 210.00 |
| 05/11/21 JAH | B190 | A104 | EUGENE ISLAND 342 -- REVIEW IBLA ORDER (.1); TRANSMIT SAME TO R. SERGESKETTER (.1). | .20 | 140.00 |
| 05/11/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH WEIL, THE CLIENT, AND LAWYERS FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR ON PROPOSAL FOR NOT OBJECTING TO THE RESTRUCTURING PLAN. | .60 | 420.00 |
| 05/11/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND THE CLIENT TO DISCUSS DRAFTING TERM SHEET CAPTURING POTENTIAL AGREEMENT WITH THE GOVERNMENT ON PLAN | .70 | 490.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   18
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | | CONFIRMATION AND TAKING OPERATIONAL CONTROL OVER FACILITIES FOR SHORT PERIOD AFTER PLAN EFFECTIVE DATE TO ALLOW DEMANDS TO PREDECESSORS. | | |
| 05/11/21 JN | B180 | A109 | CONFERENCE CALL WITH SOLICITOR AT THE DEPARTMENT OF INTERIOR TO DISCUSS POTENTIAL SETTLEMENT WITH THE GOVERNMENT REGARDING PLAN CONFIRMATION. | .40 | 280.00 |
| 05/11/21 JN | B180 | A103 | REVISE DECLARATION OF G.MITCHELL AND P. EISLAND. | 1.30 | 910.00 |
| 05/11/21 PFH | B110 | A107 | E MAIL FROM L. LOVETT (EPA) WITH APPROVAL OF EXTENSION. | .10 | 62.50 |
| 05/11/21 PFH | B110 | A107 | REVIEW E MAIL FROM J. HUNTER TO L. LOVETT (EPA) RE EXTENSION. | .10 | 62.50 |
| 05/11/21 PFH | B110 | A106 | NUMEROUS E MAILS WITH R. SERGESKETTER/J. HUNTER/J. NOE RE CORRESPONDENCE WITH L. LOVETT AND DRAFTING DECLARATIONS FOR EPA SUBMISSION. | .30 | 187.50 |
| 05/11/21 RDB | B210 | A103 | DRAFT MEMORANDUM TO J. HUNTER RELATED TO FIELDWOOD'S MOTION TO DISMISS CLAIMS OF ATLANTIC MARITIME AND INVOICE ISSUES. | .50 | 282.50 |
| 05/11/21 RDB | B210 | A103 | REVIEW ATLANTIC MARITIME'S INVOICES FOR ROWAN RESOLUTE TO ADDRESS ISSUES RELATED TO SPECIFIC SERVICES RENDERED BY VESSEL. | .30 | 169.50 |
| 05/11/21 SYD | B190 | A104 | ATLANTIC MSJ - REVIEW DRAFT BRIEF, INCLUDING EDITS TO SAME (3.1); DISCUSS SAME WITH J. HUNTER (.5). | 3.60 | 1,656.00 |

FIELDWOOD ENERGY LLC                                      PAGE   19
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00

| | | | | | |
|---|---|---|---|---|---|
| 05/11/21 SYD | B190 | A104 | INC ISSUES -- PARTICIPATE IN CALL WITH P. EILAND AND J. HUNTER RE STEPS FORWARD TO PUSH-BACK ON RECENTLY-RECEIVED INCS., INCLUDING PREPARATION FOR SAME. | 1.20 | 552.00 |
| 05/11/21 SYD | B190 | A104 | ATLANTIC MSJ - PREPARE EXHIBITS (.6); CIRCULATE SAME TO J. HUNTER (.1). | .70 | 322.00 |
| 05/11/21 EMH | B420 | A111 | ORGANIZE DOCUMENTS PROVIDED BY CLIENT IN CONNECTION WITH DEBARMENT DEFENSE, INCLUDING WORKING WITH PRACTICE SUPPORT TO TRANSFER SAME TO RELATIVITY. | 2.40 | 840.00 |
| 05/11/21 EMH | B420 | A104 | REVIEW DOCUMENTS PROVIDED BY CLIENT IN CONNECTION WITH DEBARMENT DEFENSE ON RELATIVITY TO CREATE INDEX AND SUMMARY OF DOCUMENTS. | 5.30 | 1,855.00 |
| 05/11/21 EMH | B420 | A104 | CONTINUE REVIEWING AND CODING DOCUMENTS PROVIDED BY CLIENT IN CONNECTION WITH DEBARMENT DEFENSE ON RELATIVITY TO CREATE INDEX AND SUMMARY OF DOCUMENTS. | 2.40 | 840.00 |
| 05/11/21 DJV | B110 | A110 | ANALYZE CLIENT DOCUMENTS, INCLUDING TROUBLESHOOTING DATA ISSUES AND LOADING DOCUMENTS INTO NEW RELATIVITY WORKSPACE. | 2.00 | 420.00 |
| 05/12/21 JAH | B190 | A104 | ATLANTIC LIENS -- CALL WITH K. SIMMONS RE BRIEF. | .30 | 210.00 |
| 05/12/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCES WITH R. BERTRAM RE BRIEFING MARITIME ISSUES. | .40 | 280.00 |
| 05/12/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW SUGGESTED EDITS FROM R. BERTRAM AND S. DICHARRY. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   20
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| 05/12/21 JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH E. CHOI RE SUGGESTIONS FOR MSJ. | .40 | 280.00 |
|---|---|---|---|---|---|
| 05/12/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVISE DRAFT OF MSJ, PROVIDING COMMENTS TO SAME. | 2.60 | 1,820.00 |
| 05/12/21 JAH | B190 | A104 | BSEE INCS -- PLAN APPEAL STRATEGY. | 1.40 | 980.00 |
| 05/12/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE ON STATUS OF CASE. | .70 | 490.00 |
| 05/12/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS ABANDONMENT PROPOSAL TO GOVERNMENT. | .50 | 350.00 |
| 05/12/21 JN | B180 | A103 | REVISE PROPOSAL TO GOVERNMENT TO SECURE THEIR NON-OBJECTION TO PLAN. | 1.20 | 840.00 |
| 05/12/21 JN | B180 | A104 | REVIEW VARIOUS EMAILS FROM OPERATIONAL PERSONNEL AT THE CLIENT REGARDING THE DRAFT WORK SCOPE FOR THE SAFEKEEPING PROPOSAL TO THE GOVERNMENT FOR ABANDONED PROPERTIES WHERE NO CONSENSUAL AGREEMENT WITH PREDECESSORS EXISTS. | .50 | 350.00 |
| 05/12/21 JN | B180 | A104 | REVIEW LATEST DRAFT OF MOTION FOR SUMMARY JUDGMENT IN ATLANTIC MARITIME PROCEEDING, PROVIDING COMMENTS TO SAME. | .60 | 420.00 |
| 05/12/21 RDB | B210 | A104 | FINALIZE FIELDWOOD'S MOTION TO DISMISS CLAIMS OF ATLANTA MARINE. | .80 | 452.00 |
| 05/12/21 RDB | B210 | A105 | DRAFT MEMORANDUM TO MR. J. HUNTER RELATED TO FINALIZATION OF FIELDWOOD'S LEGAL ARGUMENTS RELATED TO INAPPLICABILITY OF LOUISIANA OIL WELL LIEN ACT. | .30 | 169.50 |

```
FIELDWOOD ENERGY LLC                                          PAGE   21
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/12/21 | SYD | B190 | A104 | ATLANTIC MSJ - REVIEW DRAFT MSJ, PROVIDING COMMENTS TO J. HUNTER. | 1.20 | 552.00 |
| 05/12/21 | EMH | B420 | A104 | CONTINUE REVIEWING AND CODING DOCUMENTS PROVIDED BY CLIENT IN CONNECTION WITH DEBARMENT DEFENSE ON RELATIVITY TO CREATE INDEX AND SUMMARY OF DOCUMENTS. | 3.70 | 1,295.00 |
| 05/12/21 | EMH | B420 | A104 | COMPLETE REVIEW AND CODING OF DOCUMENTS PROVIDED BY CLIENT IN CONNECTION WITH DEBARMENT DEFENSE. | 1.40 | 490.00 |
| 05/12/21 | GAR | B160 | A103 | CONTINUE EDITING EXTENSIVE SUPPORTING DOCUMENTATION FOR JONES WALKER'S APRIL MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 4.60 | 1,564.00 |
| 05/12/21 | GAR | B160 | A105 | DISCUSS DETAILS REGARDING SUPPORTING DOCUMENTATION FOR JONES WALKER'S APRIL MONTHLY FEE STATEMENT WITH ACCOUNTING DEPARTMENT. | .20 | 68.00 |
| 05/12/21 | DJV | B110 | A110 | ANALYZE CLIENT DOCUMENTS TO GENERATE REPORT ON CODING FOR JONES WALKER TEAM REVIEW. | .30 | 63.00 |
| 05/13/21 | CMM | B190 | A105 | REVIEW EMAIL REGARDING INDUSTRY EXPERT WITNESS (.2); DRAFT EMAIL TO INDUSTRY CONTACTS RE SAME (.2). | .40 | 208.00 |
| 05/13/21 | JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH R. SERGESKETTER AND P. EILAND RE EXTENSIVE APPEAL ISSUES AND DATA NEEDS. | 1.00 | 700.00 |
| 05/13/21 | JAH | B190 | A104 | BSEE INCS -- REVIEW IBLA INC DECISIONS. | .40 | 280.00 |
| 05/13/21 | JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH CO-COUNSEL RE POTENTIAL EXPERT WITNESSES. | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                           PAGE   22
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/13/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW FIELDWOOD MSJ AND ATLANTIC MTD. | .80 | 560.00 |
| 05/13/21 JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH R. BERTRAM RE ADJACENCY EXPERT. | .20 | 140.00 |
| 05/13/21 JN | B180 | A109 | CONFERENCE CALL WITH COUNSEL FOR LENDERS REGARDING ASSIGNMENT OF LIENS AND MORTGAGES. | .40 | 280.00 |
| 05/13/21 JN | B180 | A103 | REVISE TERM SHEET WITH GOVERNMENT REGARDING SAFEKEEPING OBLIGATIONS POST PLAN EFFECTIVENESS IN EXCHANGE TO THE GOVERNMENT AGREEING TO NOT OBJECT TO THE PLAN. | 1.40 | 980.00 |
| 05/13/21 JN | B180 | A103 | REVISE WORK SCOPE DOCUMENTATION PRODUCED BY THE CLIENT'S OPERATIONAL PERSONNEL FOR PROPERTY THAT WILL BE SUBJECT TO SAFEKEEPING AGREEMENT WITH THE GOVERNMENT. | .80 | 560.00 |
| 05/13/21 JN | B180 | A104 | REVIEW EXHIBITS TO AS-FILED MOTION FOR SUMMARY JUDGMENT IN ATLANTIC ADVERSARIAL PROCEEDINGS. | .50 | 350.00 |
| 05/13/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT AND WEIL TO DISCUSS PRESENTATION TO LENDERS REGARDING AGREEMENT WITH GOVERNMENT TO SAFEGUARD THE PROPERTIES AND TO DISCUSS WORK SCOPE OF SAFEGUARDING PROPERTIES NOT SUBJECT TO CONSENSUAL ARRANGEMENTS. | 1.20 | 840.00 |
| 05/13/21 KMJ | B110 | A101 | REVIEW FILE RE STATUS ON FEE APPLICATION PROTOCOLS AND CORRESPONDENCE TO C. CARLSON RE FOLLOW-UP ON FEE APPLICATION PROTOCOLS AND ABILITY TO FILE SECOND FEE | 1.00 | 500.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   23
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

|            |     |      |      | APPLICATION SOONER (.5); RELATED CORRESPONDENCE WITH J. BAIN, G. RAMIREZ AND J. NOE RE SAME (.2); REVIEW DRAFT FEE NOTICE STATEMENT AND RELATED CORRESPONDENCE WITH J. NOE AND G. RAMIREZ (.3). | | |
| 05/13/21 | PFH | B110 | A105 | MEET WITH E. HENRY RE DOCUMENTS FOR TIMELINE (.2); E MAILS FROM/TO MS HENRY RE DOCUMENTS FOR INCLUSION (.1). | .30 | 187.50 |
| 05/13/21 | RDB | B210 | A102 | REVIEW CASE LAW RELATED TO VESSEL STATUS TO ADDRESS LEGAL ARGUMENTS RELATED TO APPLICABILITY OF MARITIME LAW. | .30 | 169.50 |
| 05/13/21 | RDB | B210 | A105 | REVIEW CORRESPONDENCE FROM MR. J. HUNTER TO MS. E. CHOI RELATED TO FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT IN ADVERSARY ACTION 20-33948, U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS. | .30 | 169.50 |
| 05/13/21 | SYD | B190 | A104 | INCS - REVIEWE DRAFT EMAIL REGARDING STEPS FORWARD FOR HANDLING OF INCS (.4); CIRCULATE COMMENTS RE SAME TO J. HUNTER (.1). | .50 | 230.00 |
| 05/13/21 | EMH | B420 | A104 | REVIEW ADDITIONAL EMAILS FROM FIELDWOOD RELATED TO CHANGE IN CULTURE UNDER NEW LEADERSHIP. | 1.80 | 630.00 |
| 05/13/21 | EMH | B420 | A104 | PREPARE SPREADSHEET PROVIDING INDEX AND SUMMARY OF 105 DOCUMENTS AND EMAILS PROVIDED BY CLIENT. | 2.70 | 945.00 |
| 05/13/21 | GAR | B160 | A103 | DRAFT JONES WALKER'S APRIL MONTHLY FEE STATEMENT (2.9); PREPARE SUPPORTING DOCUMENTATION TO SAME (.4); FINALIZE SAME, INCLUDING CROSS CHECKING NUMBERS WITH SUPPORTING DOCUMENTATION TO | 4.10 | 1,394.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   24
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | ENSURE ACCURACY OF INFORMATION THEREIN (.7); DISCUSS SAME WITH K. JOHNSON AND J. NOE PRIOR TO SERVING ON ALL NOTICE PARTIES (.1). |  |  |
| 05/13/21 | GAR | B160 A107 | CORRESPOND WITH ALL NOTICE PARTIES TO SERVE JONES WALKER'S APRIL MONTHLY FEE STATEMENT PURSUANT TO THE INTERIM COMPENSATION ORDER, INCLUDING FINAL REVIEW OF SAME TO BE ATTACHED. | .20 | 68.00 |
| 05/13/21 | ELC | B420 A105 | DISCUSS INTERNAL UPDATE AND STRATEGY. | .20 | 120.00 |
| 05/13/21 | DJV | B110 A110 | ANALYZE ADDITIONAL CLIENT DOCUMENTS AND LOAD INTO RELATIVITY WORKSPACE | .50 | 105.00 |
| 05/14/21 | CMM | B190 A108 | CORRESPOND WITH INDUSTRY EXPERTS REGARDING AVAILABILITY OF CLASSED LIFTBOATS. | 1.30 | 676.00 |
| 05/14/21 | JAH | B190 A104 | BSEE INCS -- CORRESPOND WITH R. SERGESKETTER RE EXPERT TESTIMONY. | .30 | 210.00 |
| 05/14/21 | JAH | B190 A104 | ATLANTIC LIENS -- CORRESPOND WITH CO-COUNSEL RE BRIEFING AND ADJACENCY ISSUES. | .20 | 140.00 |
| 05/14/21 | JN | B180 A103 | REVISE DECLARATION OF M. DANE FOR DEBARMENT PROCEEDING. | 3.30 | 2,310.00 |
| 05/14/21 | JN | B180 A103 | REVISE PROPOSAL TO GOVERNMENT FOR SAFEKEEPING ABANDONED ASSETS IN EXCHANGE FOR NON-OBJECTION TO PLAN. | .90 | 630.00 |
| 05/14/21 | JN | B180 A102 | RESEARCH DEFENSES TO DEBARMENT PROCEEDING. | 1.10 | 770.00 |
| 05/14/21 | JN | B180 A104 | REVIEW AS-FILED MOTION FOR SUMMARY JUDGMENT IN ATLANTIC MARITIME ADVERSARIAL PROCEEDING. | .70 | 490.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  25
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/14/21 KMJ | B110 | A101 | REVIEW CORRESPONDENCE FROM G. RAMIREZ AND RELATED FEE NOTICE. | .20 | 100.00 |
| 05/14/21 MWM | B190 | A104 | REVISE SUBMISSION TO SDO. | 1.10 | 572.00 |
| 05/14/21 PFH | B110 | A104 | REVIEW TIMELINE OF DOCUMENTS RELATED TO CULTURE CHANGE, REMEDIAL ACTIONS ETC FOR USE IN EPA SUBMISSION (.4); REVIEW DRAFT MITCHELL DECLARATION TO DETERMINE WHAT NEEDS TO BE ADDED (.6). | 1.00 | 625.00 |
| 05/14/21 PFH | B110 | A104 | NUMEROUS E MAILS RE STRATEGY FOR HANDLING SUBMISSION FOR RECENT DOJ AGREEMENT RE DEBARMENT. | .20 | 125.00 |
| 05/14/21 RDB | B210 | A104 | REVIEW ATLANIC MARINE'S MOTION TO DISMISS FIELDWOOD'S ADVERSARY COMPLAINT IN ACTION NO. 20-33948. | 1.00 | 565.00 |
| 05/14/21 RDB | B210 | A107 | CALL WITH MR. TEEGARDEN RELATED TO EXPERT WITNESS PROJECT AND SURVEY ISSUES RELATED TO OFFSHORE BLOCKS IN VIOSCA KNOLL AREA. | .30 | 169.50 |
| 05/15/21 JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH JONES WALKER ATTORNEYS RE POTENTIAL EXPERT WITNESSES. | .50 | 350.00 |
| 05/15/21 JAH | B190 | A104 | BSEE INCS -- PLAN EXPERT TESTIMONY. | .30 | 210.00 |
| 05/15/21 JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH P. EILAND AND R. SERGESKETTER. | .10 | 70.00 |
| 05/15/21 JAH | B190 | A104 | DEBARMENT -- CORRESPOND WITH JOENS WALKER CO-COUNSEL RE ASSEMBLY OF SUPPORTING DOCUMENTS AND STRATEGY FOR FACT WITNESS TESTIMONY. | .60 | 420.00 |
| 05/15/21 JAH | B190 | A104 | DEBARMENT -- REVIEW RECORD. | .30 | 210.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   26
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| Date | Init. | | | Description | Hours | Amount |
|------|-------|--|--|-------------|-------|--------|
| 05/15/21 | JAH | B190 | A104 | ATLANTIC LIENS -- PLAN OPPOSITION TO MOTION TO DISMISS. | .30 | 210.00 |
| 05/15/21 | JN | B180 | A104 | REVIEW MOTION TO DISMISS FILED BY ATLANTIC MARITIME. | .70 | 490.00 |
| 05/15/21 | JN | B180 | A103 | REVISE DECLARATION OF M. DANE FOR DEBARMENT PROCEEDING. | 2.70 | 1,890.00 |
| 05/15/21 | MWM | B190 | A104 | REVISE AFFIDAVITS (.6); CORRESPOND WITH CO-COUNSEL RE SAME (.2). | .80 | 416.00 |
| 05/15/21 | PFH | B110 | A104 | E MAILS FROM MR LAMME (FIELDWOOD) RE IOC FATALITY AT EUGENE ISLAND | .10 | 62.50 |
| 05/15/21 | PFH | B110 | A104 | REVIEWED MARCH 2021 EMPLOYEE SURVEY AND RESULTING METRICS IN POWERPOINT, OCTOBER 2018 SURVEY AND G. MITCHELL MEETING WITH LAFAYETTE EMPLOYEES, ENERGAGE 2018 EMPLOYEE SURVEY (1.6); MULTIPLE E MAILS FROM G. MITCHELL RE CULTURE CHANGE 2018-2021 ALL FOR POTENTIAL USE IN MITCHELL DECLARATION (.2). | 1.80 | 1,125.00 |
| 05/16/21 | CMM | B190 | A108 | COORDINATE CONTACT DETAILS FOR B. GRESHAM WITH PRESIDENT OF IMCA NORTH AMERICA. | .20 | 104.00 |
| 05/16/21 | JAH | B190 | A104 | CALL WITH J. NOE RE OFFSHORE INCIDENT. | .40 | 280.00 |
| 05/16/21 | JAH | B190 | A104 | CORRESPOND WITH CO-COUNSEL RE OFFSHORE INCIDENT. | .20 | 140.00 |
| 05/16/21 | JAH | B190 | A104 | ATLANTIC LIENS -- COORDINATE RESEARCH FOR OPPOSITION TO MOTION TO DISMISS. | .30 | 210.00 |
| 05/16/21 | JAH | B190 | A104 | CORRESPOND WITH CO-COUNSEL RE ATLANTIC MOTION TO DISMISS. | .20 | 140.00 |

```
FIELDWOOD ENERGY LLC                                         PAGE   27
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/16/21 JN | B180 | A109 | CONFERENCE CALL WITH M. DANE REGARDING FATALITY INCIDENT. | .50 | 350.00 |
| 05/16/21 JN | B180 | A103 | REVISE DECLARATION OF M. DANE FOR DEBARMENT PROCEEDING. | 2.30 | 1,610.00 |
| 05/16/21 EMH | B420 | A104 | REVIEW EMAIL AND ATTACHMENTS FROM J. HUNTER CONCERNING RESEARCH RELATED TO BANKRUPTCY PROCEEDINGS. | .40 | 140.00 |
| 05/17/21 CMM | B190 | A108 | COORDINATE CONTACT DETAILS FOR POTENTIAL EXPERT WITH J. HUNTER (.4); COORDINATE TIMES FOR PHONE INTERVIEW WITH POTENTIAL EXPERTS (.4). | .80 | 416.00 |
| 05/17/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW MOTION TO DISMISS (1.2); PLAN OPPOSITION TO SAME (2.4). | 3.60 | 2,520.00 |
| 05/17/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH J. NOE RE BRIEFING STRATEGY. | .40 | 280.00 |
| 05/17/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW RESEARCH RE MOTION TO DISMISS STANDARD. | .20 | 140.00 |
| 05/17/21 JAH | B190 | A104 | PARTICIPATE IN CALL WITH WEIL RE BRIEFING RESPONSIBILITIES FOR ATLANTIC MOTION TO DISMISS, INCLUDING PREPARATION FOR SAME. | .50 | 350.00 |
| 05/17/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCES WITH R. BERTRAM RE POTENTIAL EXPERT DECLARATION. | .30 | 210.00 |
| 05/17/21 JAH | B190 | A104 | ATLANTIC LIENS -- PREPARE FOR MEETING WITH SURVEYOR RE ADJACENCY ISSUE. | .50 | 350.00 |
| 05/17/21 JAH | B190 | A104 | BSEE INCS -- CALL WITH P. EILAND RE GATHERING DATA. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   28
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


05/17/21 JAH   B190  A104   BSEE INCS -- CORRESPOND RE        .60        420.00
                            MEETING WITH LAFAYETTE TEAM
                            RE INCS AND CONSTRUCTION
                            SCHEDULE.

05/17/21 JAH   B190  A104   BSEE INCS -- CORRESPOND WITH      .30        210.00
                            C. MULLER RE POTENTIAL
                            EXPERTS.

05/17/21 JN    B180  A103   REVISE DECLARATION OF M. DANE    1.30        910.00
                            FOR DEBARMENT PROCEEDING.

05/17/21 JN    B180  A109   CONFERENCE CALL WITH WEIL TO      .50        350.00
                            DISCUSS RESPONSE TO ATLANTIC
                            MARITIME'S MOTION TO DISMISS.

05/17/21 JN    B180  A109   CONFERENCE CALL WITH             .70        490.00
                            FIELDWOOD ADMINISTRATOR, D.
                            DUNN.

05/17/21 JN    B180  A103   REVISE DECLARATIONS OF P.       2.40      1,680.00
                            EILAND AND G. MITCHELL FOR
                            DEBARMENT PROCEEDING.

05/17/21 JN    B180  A104   REVIEW MOTION TO DISMISS         .90        630.00
                            FILED BY ATLANTIC MARITIME.

05/17/21 PFH   B110  A105   CALL WITH J. NOE RE FATALITY.    .20        125.00

05/17/21 SYD   B190  A104   ATLANTIC ADVERSARY PROCEEDING   2.60      1,196.00
                            - CONTINUE RESEARCH TO
                            SUPPORT OPPOSITION TO MTD.

05/17/21 SYD   B190  A104   ATLANTIC ADVERSARY PROCEEDING    .40        184.00
                            - PARTICIPATE IN CALL RE NEXT
                            STEPS WITH JONES WALKER AND
                            WEIL COUNSEL.

05/17/21 EMH   B420  A104   CONDUCT RESEARCH CONCERNING     4.70      1,645.00
                            HOW BANKRUPTCY COURTS REVIEW
                            A MOTION TO DISMISS UNDER
                            FRCP 12(B)(6) (2.6); REVIEW
                            DECISIONS CONCERNING WHETHER
                            IN OPPOSING A MOTION TO
                            DISMISS A PLAINTIFF IS
                            LIMITED TO ALLEGATION IN
                            COMPLAINT (2.1).
```

```
FIELDWOOD ENERGY LLC                                    PAGE  29
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/17/21 EMH | B420 | A103 | SUMMARIZE CASE LAW IN FIFTH CIRCUIT CONCERNING WHETHER IN OPPOSING A MOTION TO DISMISS A PLAINTIFF IS LIMITED TO ALLEGATION IN COMPLAINT. | 1.60 | 560.00 |
| 05/18/21 JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH E. HENRY RE LEGAL RESEARCH. | .40 | 280.00 |
| 05/18/21 JAH | B190 | A104 | ATLANTIC LIENS -- TRAVEL TO AND MEET WITH J. TEEGARDEN RE POSSIBLE SURVEY REPORT | 2.00 | 1,400.00 |
| 05/18/21 JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH WEIL RE OPPOSITION TO MOTION TO DISMISS. | .20 | 140.00 |
| 05/18/21 JAH | B190 | A104 | ATLANTIC LIENS -- DRAFT INSERT FOR OPPOSITION BRIEF. | 2.40 | 1,680.00 |
| 05/18/21 JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH B. SALZMAN RE MEETING TO REVIEW INC DATA. | .30 | 210.00 |
| 05/18/21 JAH | B190 | A104 | BSEE INCS -- PREPARE FOR MEETING WITH B. SALZMAN ET AL. | .40 | 280.00 |
| 05/18/21 JAH | B190 | A104 | EUGENE ISLAND 342 -- CORRESPOND WITH B. DEWOLFE RE SETTLEMENT AGREEMENT. | .40 | 280.00 |
| 05/18/21 JAH | B190 | A104 | EUGENE ISLAND 342 -- DRAFT SETTLEMENT AGREEMENT. | 1.30 | 910.00 |
| 05/18/21 JN | B180 | A109 | PARTICIPATE IN FIELDWOOD BOARD MEETING. | .90 | 630.00 |
| 05/18/21 JN | B180 | A103 | REVISE PROPOSAL TO GOVERNMENT REGARDING ABANDONED PROPERTIES NOT SUBJECT TO CONSENSUAL AGREEMENT. | .60 | 420.00 |
| 05/18/21 JN | B180 | A109 | PARTICIPATE IN VARIOUS CONFERENCE CALLS WITH LENDERS' REGULATORY COUNSEL REGARDING OPEN REGULATORY ISSUES. | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   30
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/18/21 JN | B180 | A103 | REVISE MOTION FOR SUMMARY JUDGMENT IN ATLANTIC MARITIME ADVERSARIAL PROCEEDING. | 1.60 | 1,120.00 |
| 05/18/21 JN | B180 | A109 | CONFERENCE CALL WITH D. DUNN (ADMINISTRATOR FOR FIELDWOOD WIND-DOWN ENTITIES). | .70 | 490.00 |
| 05/18/21 JN | B180 | A103 | REVISE DECLARATION OF G. MITCHELL AND P. EILAND IN DEBARMENT PROCEEDING. | 1.60 | 1,120.00 |
| 05/18/21 JN | B180 | A104 | REVIEW LEGAL RESEARCH MEMORANDUM FROM E. HENRY. | .60 | 420.00 |
| 05/18/21 PFH | B110 | A106 | E MAIL FROM R. SERGESKETTER TO AUSA D. KAMMER ET AL RE FATALITY (.1); E MAIL FROM AUSA LATSIS FOR ADDITIONAL INFORMATION AND FROM MJ. NOE TO AUSA LATSIS WITH ADDITIONAL INFORMATION (.1). | .20 | 125.00 |
| 05/18/21 PFH | B110 | A103 | DRAFT PORTION OF G. MITCHELL DECLARATION TO PROVIDE TO J. NOE. | 2.60 | 1,625.00 |
| 05/18/21 PFH | B110 | A107 | CALL FROM MR. CAPITELLI RE DEBARMENT. | .10 | 62.50 |
| 05/18/21 PFH | B110 | A106 | E MAIL TO R. SERGESKETTER WITH REPORT RE CAPITELLI. | .10 | 62.50 |
| 05/18/21 PFH | B110 | A104 | CONSIDER EPA SUBMISSION AND RECENT ACCIDENT. | .60 | 375.00 |
| 05/18/21 RDB | B210 | A103 | ATTEND MEETING WITH EXPERT WITNESS MR. TEEGARDEN, PROFESSIONAL LAND SURVEYOR AT OFFICES OF GULF SOUTH ENGINEERING TO ADDRESS OCS AREAS IN MISSISSIPPI CANYON AND TO REVIEW GIS AND BLOCK CHART DATA, INCLUDING PREPARTION FOR MEETING. | 1.50 | 847.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   31
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/18/21 EMH | B420 | A104 | SUMMARIZE LANGUAGE IN FIFTH CIRCUIT DECISION CONCERNING REVIEW OF MOTION TO DISMISS UNDER RULE 12(B)(6). | 1.50 | 525.00 |
| 05/18/21 EMH | B420 | A104 | REVIEW FIFTH CIRCUIT AND SOUTHERN DISTRICT DECISIONS DENYING DISMISSAL UNDER RULE 12(B)(6). | 1.80 | 630.00 |
| 05/19/21 CMM | B190 | A108 | COORDINATE INTERVIEW WITH POTENTIAL EXPERT WITNESS. | .20 | 104.00 |
| 05/19/21 CMM | B190 | A108 | ATTEND CALL WITH POTENTIAL EXPERT WITNESS ON OFFSHORE REPAIR AND MAINTENANCE. | .80 | 416.00 |
| 05/19/21 JAH | B190 | A104 | ATLANTIC LIENS -- DRAFT INSERT FOR FIELDWOOD OPPOSITION TO ATLANTIC MOTION TO DISMISS. | 2.20 | 1,540.00 |
| 05/19/21 JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH R. BERTRAM RE JONES WALKER INSERTS. | .20 | 140.00 |
| 05/19/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE S. DICHARRY RE BRIEFING STRATEGY | .30 | 210.00 |
| 05/19/21 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPOND WITH B. DEWOLFE RE SETTLEMENT AGREEMENT. | .30 | 210.00 |
| 05/19/21 JAH | B190 | A104 | BSEE INCS -- PARTICIPATE IN MEETING WITH B. SALTZMAN, S. BONNEN, J. LOWE RE INCS, CONSTRUCTION PROJECTS, AND COMPLIANCE ISSUES, INCLUDING PREPARATION FOR MEETING. | 2.70 | 1,890.00 |
| 05/19/21 JAH | B190 | A104 | BSEE INCS -- ANALYZE DATA RECEIVED FROM B. SALTZMAN. | 2.00 | 1,400.00 |
| 05/19/21 JAH | B190 | A104 | BSEE INCS -- REVIEW INC DATA (.4); DRAFT EMAIL TO R. SERGESKETTER RE SAME (.2). | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                          PAGE   32
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/19/21 | JN | B180 | A104 | REVIEW CORRESPONDENCE TO THE CLIENT FROM J. HUNTER REGARDING SETTLEMENT AGREEMENT FOR EUGENE ISLAND 342 BUBBLING GAS WELLS. | .30 | 210.00 |
| 05/19/21 | JN | B180 | A103 | REVISE MOTION FOR SUMMARY JUDGMENT IN ATLANTIC MARITIME ADVERSARIAL PROCEEDING. | 1.40 | 980.00 |
| 05/19/21 | JN | B180 | A104 | REVIEW VARIOUS DOCUMENTS AND INCIDENTS OF NON-COMPLIANCE IN PREPARATION FOR FILING NUMEROUS APPEALS. | 1.60 | 1,120.00 |
| 05/19/21 | PFH | B110 | A106 | MEET WITH E. HENRY RE EXHIBITS FOR MITCHELL DECLARATION. | .20 | 125.00 |
| 05/19/21 | RDB | B210 | A104 | REVIEW MEMORANDUM FROM E. HENRY RELATED TO PROCEDURAL STANDARDS AND FEDERAL RULE OF CIVIL PROCEDURE 12. | .30 | 169.50 |
| 05/19/21 | RDB | B210 | A104 | REVIEW FIFTH CIRCUIT CASE LAW RELATED TO RULE 12(B)(1) AND RULE 12(B)(6). | .80 | 452.00 |
| 05/19/21 | RDB | B210 | A103 | COMMENCE DRAFTING INSERTS TO MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS FILED BY ATLANTIC MARINE IN ADVERSARY CASE 20-33948. | 1.00 | 565.00 |
| 05/19/21 | RDB | B210 | A104 | ANALYZE ATLANTIC MARINE'S MOTION TO DISMISS FIELDWOOD'S ADVISORY COMPLAINT. | 1.00 | 565.00 |
| 05/19/21 | SYD | B190 | A104 | BSEE INCS -- PARTICIPATE IN CALL WITH B. SALTZMAN, S. BODDEN, J. LOWE, AND J. HUNTER REGARDING BSEE INCS., INCLUDING PREPARTION FOR SAME. | 2.60 | 1,196.00 |
| 05/19/21 | SYD | B190 | A104 | ATLANTIC ADVERSARY PROCEEDING - RESEARCH SUPPORT FOR OPPOSITION TO MTD. | 1.40 | 644.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   33
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| 05/19/21 EMH | B420 | A104 | REVIEW VARIOUS DOCUMENTS CONCERNING 2018 EFFORTS TO ADDRESS COMPLIANCE ISSUES. | 2.40 | 840.00 |
|---|---|---|---|---|---|
| 05/19/21 TKW | B190 | A102 | RESEARCH HOW THE SUPREME COURT AND 5TH CIRCUIT HAVE INTERPRETED THE TERM "TRANSFER", INCLUDING ANALYSIS OF CASES REGARDING SAME. | 1.50 | 562.50 |
| 05/19/21 TKW | B190 | A102 | RESEARCH AUTHORITY ADDRESSING THE MEANING OF THE TERM "TRANSFER" UNDER OUTER CONTINENTAL SHELF LANDS ACT AND THE MINERAL LEASING ACT. | 3.00 | 1,125.00 |
| 05/20/21 JAH | B190 | A104 | EUGENE ISLAND 342 -- CORRESPOND WITH J. NOE AND A. PEREZ RE STATUS AND POSSIBLE SETTLEMENT. | .40 | 280.00 |
| 05/20/21 JAH | B190 | A104 | ATLANTIC LIENS -- DRAFT INSERT FOR OPPOSITION BRIEF. | .70 | 490.00 |
| 05/20/21 JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH R. BERTRAM RE OPPOSITION BRIEF AND SURVEYOR ANALYSIS. | .20 | 140.00 |
| 05/20/21 JAH | B190 | A104 | DEBARMENT -- ANALYZE IMPLICATIONS OF BSEE INCS. | .30 | 210.00 |
| 05/20/21 JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH R. SERGESKETTER, J. NOE, B. SALTZMAN RE APPEALS AND STRATEGY. | .90 | 630.00 |
| 05/20/21 JAH | B190 | A104 | BSEE INCS -- DRAFT APPEAL PAPERS. | 2.30 | 1,610.00 |
| 05/20/21 JAH | B190 | A104 | BSEE INCS -- PLAN APPEAL STRATEGY. | 1.40 | 980.00 |
| 05/20/21 JAH | B190 | A104 | BSEE INCS -- CONFER WITH S. DICHARRY RE APPEAL ISSUES/STRATEGY. | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   34
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| Date | Init | Code | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/20/21 | JN | B180 | A105 | VARIOUS CONFERENCE CALLS WITH J. NHUNTER TO DISCUSS APPEAL STRATEGY REGARDING RASH OF INCIDENTS OF NON-COMPLIANCE ISSUED BY BSEE. | .60 | 420.00 |
| 05/20/21 | JN | B180 | A104 | REVIEW NUMEROUS INCIDENTS OF NON-COMPLIANCE AND RELATED DOCUMENTS IN PREPARATION OF FILING APPEALS. | 2.20 | 1,540.00 |
| 05/20/21 | JN | B180 | A103 | REVISE DECLARATION OF G. MITCHELL AND P.EILAND IN DEBARMENT PROCEEDING. | 1.30 | 910.00 |
| 05/20/21 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH SECURED LENDERS COUNSEL REGARDING RECENT FATALITY OFFSHORE. | .70 | 490.00 |
| 05/20/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT TO DISCUSS APPEAL STRATEGY REGARDING RASH OF INCIDENTS OF NON-COMPLIANCE ISSUED BY BSEE. | .60 | 420.00 |
| 05/20/21 | PFH | B110 | A104 | DRAFT ADDITIONAL PORTIONS OF G. MITCHELL DECLARATION (1.4); SEND SAME TO J. NOE ET AL (.2). | 1.60 | 1,000.00 |
| 05/20/21 | POW | B240 | A104 | ANALYZE MULTIPLE EMAILS REGARDING MORTGAGES (.1); SEND RESPONSE TO SAME (.1); REVIEW MORTGAGE RECORDING STATUTE (.1). | .30 | 123.00 |
| 05/20/21 | RDB | B210 | A103 | CONTINUE DRAFTING LEGAL ARGUMENTS FOR OPPOSITION TO ATLANTIC MARITIME'S MOTION TO DISMISS COUNT I OF ADVISORY COMPLAINT. | 2.30 | 1,299.50 |
| 05/20/21 | SYD | B190 | A104 | BSEE INCS -- PARTICIPATE IN CALL WITH R. SERGESKETTER AND J. NOE RE APPEAL STRATEGY, INCLUDING PREPARATION FOR CALL. | .70 | 322.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   35
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| Date | TK | Task | Act | Description | Hours | Amount |
|------|-----|------|------|-------------|-------|--------|
| 05/20/21 | SYD | B190 | A104 | BSEE INCS - PARTICIPATE IN CONFERENCE WITH C. ULFERS REGARDING FILING APPEALS OF NUMEROUS INCS NEXT WEEK. | .80 | 368.00 |
| 05/20/21 | SYD | B190 | A104 | ATLANTIC ADVERSARY COMPLAINT - CONDUCT RESEARCH IN SUPPORT OF OPPOSITION TO MTD. | 3.10 | 1,426.00 |
| 05/20/21 | SYD | B190 | A104 | ATLANTIC ADVERSARY PROCEEDING -- DRAFT OPPOSITION TO MTD. | 1.50 | 690.00 |
| 05/20/21 | CU | B420 | A104 | ANALYZE FILE MATERIALS RELATIVE TO INCIDENTS OF NON-COMPLIANCE ISSUED BY BSEE (.2); DISCUSS STRATEGY RELATIVE TO ADDRESSING SAME (.2). | .40 | 180.00 |
| 05/20/21 | CU | B420 | A105 | TELECONFERENCE WITH J. NOE AND S. DICHARRY RE INCIDENTS OF NON-COMPLIANCE DATED MARCH 29 TO APRIL 1 AND STRATEGY FOR FILING BSEE APPEALS. | .30 | 135.00 |
| 05/20/21 | EMH | B420 | A104 | CONTINUE REVIEWING 5TH CIRCUIT DECISIONS FOR LANGUAGE CONCERNING THE STANDARD REVIEWING A MOTION TO DISMISS UNDER RULE 12(B)(6). | 2.80 | 980.00 |
| 05/20/21 | EMH | B420 | A104 | SUMMARIZE 5TH CIRCUIT COURT OF APPEALS AND LOWER COURT DECISIONS CONCERNING THE STANDARD FOR REVIEWING A MOTION TO DISMISS UNDER RULE 12(B)(6). | .80 | 280.00 |
| 05/20/21 | EMH | B420 | A104 | REVIEW ADDITIONAL DOCUMENTS REGARDING BSEE INCIDENT REPORTS AND PROPOSED ACTION PLANS FROM 2018. | 1.70 | 595.00 |
| 05/20/21 | GAR | B160 | A104 | REVIEW JONES WALKER'S RETENTION ORDER REGARDING ATTORNEY RATES TO ENSURE COMPLIANCE WITH NEW TIMEKEEPERS (.2); DISCUSS FINDINGS ON SAME WITH J. NOE | .30 | 102.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   36
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| | | | AND ACCOUNTING DEPARTMENT (.1). | | |
| 05/20/21 TKW | B190 | A102 | RESEARCH CASE LAW APPLYING THE BLACK'S LAW DICTIONARY DEFINITION OF THE TERM "TRANSFER", INCLUDING ANALYSIS OF CASES REGARDING SAME. | 2.50 | 937.50 |
| 05/20/21 DJV | B110 | A110 | ANALYZE CLIENT DOCUMENTS TO DISCUSS ISSUES WITH TEAM. | .10 | 21.00 |
| 05/21/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCES WITH S. DICHARRY RE BRIEFING STRATEGY. | .70 | 490.00 |
| 05/21/21 JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH R. BERTRAM RE INSERT FOR BRIEF. | .40 | 280.00 |
| 05/21/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW JONES WALKER INSERTS, PROVIDING COMMENTS TO SAME. | .90 | 630.00 |
| 05/21/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVISE JONES WALKER INSERTS. | .70 | 490.00 |
| 05/21/21 JAH | B190 | A104 | BSEE INCS -- MEET WITH S. DICHARRY AND C. ULFERS RE APPEAL MECHANICS AND RESEARCH. | .70 | 490.00 |
| 05/21/21 JAH | B190 | A104 | BSEE INCS - DRAFT APPEAL PAPERS. | 2.80 | 1,960.00 |
| 05/21/21 JAH | B190 | A104 | BSEE INCS -- PARTICIPATE IN CALL WITH DOI SOLICITOR'S OFFICE, INCLUDING PREPARATION FOR SAME. | .80 | 560.00 |
| 05/21/21 JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH R. SERGESKETTER RE CALL WITH DOI LAWYERS AND APPEAL STRATEGY. | .40 | 280.00 |
| 05/21/21 JAH | B190 | A104 | BSEE INCS -- REVIEW INCS TO PLAN APPEAL STRATEGY. | 1.80 | 1,260.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  37
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/21/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR REGARDING SETTLEMENT PROPOSAL FOR SAFEKEEPING ABANDONED PROPERTIES NOT SUBJECT TO A CONSENSUAL AGREEMENT WITH A PREDECESSOR. | .70 | 490.00 |
| 05/21/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH WEIL TO DISCUSS CALL WITH THE GOVERNMENT ON THE PROPOSED SETTLEMENT AGREEMENT. | .30 | 210.00 |
| 05/21/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS WITH THE DEPARTMENT OF INTERIOR TO DISCUSS FIELDWOOD'S FORTHCOMING APPEAL OF NUMEROUS INCIDENTS OF NON-COMPLIANCE. | .50 | 350.00 |
| 05/21/21 JN | B180 | A105 | VARIOUS CONFERENCE CALLS WITH J. HUNTER TO DISCUSS STATUS OF APPEALING NUMEROUS INCIDENTS OF NON-COMPLIANCE. | .50 | 350.00 |
| 05/21/21 JN | B180 | A103 | REVISE DECLARATION OF G. MITCHELL AND P. EILAND. | .80 | 560.00 |
| 05/21/21 RDB | B210 | A108 | TELEPHONE CONFERENCE WITH MR. TEEGARDEN, EXPERT WITNESS, RELATED TO SURVEY REVIEW AND PLATS REGARDING OFFSHORE BLOCKS. | .30 | 169.50 |
| 05/21/21 RDB | B210 | A103 | DRAFT EDITS RELATED TO ATLANTIC MARITIME'S MOTION TO DISMISS COUNT I OF ADVISORY COMPLAINT OF FIELDWOOD IN CASE NO. 20-3476 PENDING IN U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, INCLUDING FINALIZING SAME. | 1.80 | 1,017.00 |
| 05/21/21 SYD | B190 | A104 | ATLANTIC ADVERSARY PROCEEDING - DRAFT ARGUMENTS IN OPPOSITION TO ATLANTIC'S MTD. | 6.60 | 3,036.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   38
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


05/21/21 SYD   B190  A104   BSEE INCS - PARTICIPATE IN      2.40    1,104.00
                           MEETING WITH J. HUNTER AND C.
                           ULFERS REGARDING APPEAL OF
                           VARIOUS INCS.

05/21/21 CU    B420  A104   ANALYZE INCIDENTS OF            1.60      720.00
                           NON-COMPLIANCE ISSUES BETWEEN
                           MARCH 29, 2021 THROUGH APRIL
                           1, 2021 IN PREPARATION FOR
                           DRAFTING ADMINISTRATIVE
                           APPEALS OF SAME.

05/21/21 CU    B420  A105   CONFERENCE WITH J. HUNTER AND   1.00      450.00
                           S. DICHARRY RE: STRATEGY FOR
                           APPEALING INCIDENTS OF
                           NON-COMPLIANCE.

05/21/21 TKW   B190  A102   RESEARCH CASES INTERPRETING     3.00    1,125.00
                           THE CATCHALL TERM
                           "OTHERWISE", INCLUDING
                           SUMMARIZING SAME.

05/21/21 TKW   B190  A102   RESEARCH THE LEGISLATIVE        1.00      375.00
                           HISTORY OF THE OUTER
                           CONTINENTAL SHELF LANDS ACT
                           TO SUPPORT THE PROPOSITION
                           THAT THE TERM "OR OTHERWISE
                           TRANSFERRED" IS INTENDED TO
                           BE INTERPRETED BROADLY.

05/22/21 JAH   B190  A104   BSEE INCS -- CONFERENCE WITH     .30      210.00
                           J. NOE RE CALL WITH R. LAMB
                           AND FIELDWOOD STRATEGY.

05/22/21 JAH   B190  A104   BSEE INCS -- REVIEW INCS        2.00    1,400.00
                           (1.2); SEND LENGTHY EMAIL TO
                           P. EILAND AND B. SALTZMAN RE
                           INFORMATION NEEDED FOR APPEAL
                           (.8).

05/22/21 JAH   B190  A104   BSEE INCS -- REVIEW RECORD      2.20    1,540.00
                           (1.0); DRAFT APPEAL PAPERS
                           (INCLUDING DECLARATION) (1.2).

05/22/21 PFH   B110  A104   REVIEW ARTICLE RE DEFERRED       .20      125.00
                           PROSECUTION AGREEMENT IN CASE
                           INVOLVING FALSE STATEMENT
                           (.1); SENT TO MR CAPITELLI
                           AND MR CHESTER (.1).
```

FIELDWOOD ENERGY LLC                                           PAGE   39
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


05/22/21 POW   B240  A104   REVIEW PRIOR CORRESPONDENCE        1.10        451.00
                           REGARDING MORTGAGE RECORDING
                           TAX (.2); UPDATE LEGAL
                           RESEARCH (.2); LOCATE SAMPLE
                           LANGUAGE FOR USE ON THE DEED
                           AND CUSTOMIZE THE SAME TO
                           THIS TRANSACTION (.1);
                           PREPARE DETAILED MEMORANDUM
                           REGARDING THE ALABAMA
                           RECORDING TAX TO BE SENT OUT
                           FOR REVIEW (.6).

05/22/21 SYD   B190  A104   ATLANTIC ADVERSARY COMPLAINT        .20         92.00
                           - REVIEW DEADLINES FOR (I)
                           OPPOSITION TO MTD AND (II)
                           REPLY IN SUPPORT OF MSJ.

05/22/21 SYD   B190  A104   RE DEBARMENT MATTER - REVIEW        .10         46.00
                           DEADLINE TO RESPOND TO SHOW
                           CAUSE ORDER.

05/22/21 SYD   B190  A104   BSEE INCS - CONSIDER               .40        184.00
                           DOCUMENTS REQUIRED FOR
                           APPEALING NUMEROUS BSEE INCS
                           NEXT WEEK.

05/23/21 JAH   B190  A104   BSEE INCS -- DRAFT               1.70      1,190.00
                           DECLARATION IN SUPPORT OF
                           REQUEST FOR SUSPENSION.

05/23/21 JAH   B190  A104   EUGENE ISLAND 342 -- DRAFT         .80        560.00
                           SETTLEMENT AGREEMENT.

05/23/21 JAH   B190  A104   BSEE INCS -- CORRESPOND WITH        .80        560.00
                           JONES WALKER AND FIELDWOOD
                           TEAMS RE WRITTEN TESTIMONY
                           AND DEFENSE THEORIES.

05/23/21 SYD   B190  A104   BSEE INCS -- REVIEW DRAFT          .90        414.00
                           EMAIL ADDRESSING NEXT STEPS
                           FOR CHALLENGING THE INCS.,
                           PROVIDING COMMENTS TO SAME.

05/23/21 CU    B420  A102   CONDUCT EXTENSIVE LEGAL          3.00      1,350.00
                           RESEARCH ON GOOD CAUSE
                           STANDARD UNDER 43 CFR
                           4.415(D)(1) IN CONNECTION
                           WITH REQUEST FOR SUSPENSION
                           OF INCIDENTS OF
                           NON-COMPLIANCE AND CASE LAW

FIELDWOOD ENERGY LLC                                          PAGE   40
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00

|  |  |  |  |  |  |
|--|--|--|--|--|--|
| | | | AND ADMINISTRATIVE DECISIONS IN WHICH COMPLIANCE WITH AGENCY DECISION OR RULE WAS SUSPENDED OR EXCUSED DUE TO POTENTIAL DANGER TO HUMAN LIFE OR PROPERTY OR IMPOSSIBILITY OF PERFORMANCE. | | |
| 05/23/21 | EMH | B420 | A104 | REVIEW DRAFT MITCHELL DECLARATION (.8); LOCATE SUPPORTING EXHIBITS (1.2); VERIFY INTERNAL CITATIONS (1.2). | 3.20 | 1,120.00 |
| 05/23/21 | GAR | B160 | A107 | DISCUSS STATUS AND TIMING OF SECOND AND THIRD INTERIM FEE APPLICATIONS OF JONES WALKER WITH WEIL COUNSEL, C. CLIFFORD, AND K. JOHNSON TO ENSURE COMPLIANCE WITH THE INTERIM COMPENSATION ORDER. | .20 | 68.00 |
| 05/24/21 | JAH | B190 | A104 | BSEE INCS -- CALLS WITH B. SERGESKETTER, B. SALTZMAN, J. LOWE RE FACTS AND DECLARATION TESTIMONY, INCLUDING FOLLOW-UP CORRESPONDENCE ON SAME. | 1.60 | 1,120.00 |
| 05/24/21 | JAH | B190 | A104 | BSEE INCS -- REVIEW INCS AND FACTUAL BACKGROUND (.4); PLAN APPEAL STRATEGY (.7). | 1.10 | 770.00 |
| 05/24/21 | JAH | B190 | A104 | BSEE INCS -- CONFERENCE WITH S. DICHARRY RE APPEAL MECHANICS AND STRATEGY. | .70 | 490.00 |
| 05/24/21 | JAH | B190 | A104 | DEBARMENT -- CORRESPOND WITH B. SERGESKETTER AND JONES WALKER TEAM RE STATUS AND STRATEGY. | .50 | 350.00 |
| 05/24/21 | JAH | B190 | A104 | ATLANTIC LIENS -- MEET WITH J. TEEGARDEN AND R. BERTRAM (1.8); REVIEW TEEGARDEN DRAFT PLAT (1.5). | 3.30 | 2,310.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   41
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/24/21 JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH JONES WALKER CO-COUNSEL RE MARITIME AND ADJACENCY ISSUES. | .50 | 350.00 |
| 05/24/21 JN | B180 | A102 | RESEARCH MOTION FOR SUMMARY JUDGMENT IN THE ATLANTIC PROCEEDING. | 1.70 | 1,190.00 |
| 05/24/21 JN | B180 | A109 | CONFERENCE CALL WITH THE TEXAS RAILROAD COMMISSION AND TEXAS ATTORNEY GENERAL'S OFFICE REGARDING TEXAS LEASES. | .40 | 280.00 |
| 05/24/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM THE DEPARTMENT OF THE INTERIOR REGARDING THE LOOMING APPEAL OF VARIOUS INCIDENTS OF NON-COMPLIANCE. | .50 | 350.00 |
| 05/24/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS VARIOUS OUTSTANDING DISCOVERY REQUESTS MADE BY PREDECESSORS, INCLUDING DISCOVERY REQUESTS RELATED TO RECENTLY ISSUED INCIDENTS OF NON-COMPLIANCE. | .60 | 420.00 |
| 05/24/21 JN | B180 | A104 | REVIEW RECENTLY ISSUED INCIDENTS OF NON-COMPLIANCE IN PREPARATION OF APPEALS. | .70 | 490.00 |
| 05/24/21 JN | B180 | A104 | REVISE NOTICES OF APPEALS FOR RECENTLY ISSUED INCIDENTS OF NON-COMPLIANCE. | 1.20 | 840.00 |
| 05/24/21 JN | B180 | A103 | REVISE MOTION FOR SUMMARY JUDGMENT IN THE ATLANTIC PROCEEDING. | 1.30 | 910.00 |
| 05/24/21 PFH | B110 | A104 | REVIEW LIST OF ALL EXHIBITS FOR MITCHELL DECLARATION, NOTING MISSING DOCUMENTS (.1); SEND TO J. NOE ET AL TO SUPPLEMENT (.1). | .20 | 125.00 |
| 05/24/21 PFH | B110 | A105 | E MAILS FROM/TO J. HUNTER/J. NOE RE SUBMISSION TO EPA. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   42
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/24/21 | POW | B240 | A104 | REVIEW EMAILS (.1); REVIEW MORTGAGE RECORDING TAX STATUTE (.2); VERIFY WITH THE PROBATE COURTS ABOUT THE RECORDING TAX (.2); REVIEW RESPONSE FROM THE PROBATE COURT (.1). | .60 | 246.00 |
| 05/24/21 | RDB | B210 | A108 | MEET WITH J. TEEGARDEN, PROFESSIONAL LAND SURVEYOR AND CONSULTING EXPERT, TO DISCUSS AND REVIEW OCS BLOCK CHARTS AND TO ADDRESS JURISDICTIONAL QUESTIONS, OVERLAY DRAWING, AND PLAT SHOWING LOUISIANA, MISSISSIPPI AND FEDERAL LINES OF DEMARCATION IN RELATION TO ADJACENT STATES. | 1.80 | 1,017.00 |
| 05/24/21 | RDB | B210 | A104 | REVIEW OVERLAY DRAWING/PLAT RELATED TO MC-948. | .30 | 169.50 |
| 05/24/21 | RDB | B210 | A104 | REVIEW MEMORANDUM FROM J. HUNTER RELATED TO OVERLAY DRAWING/PLAT AND INFORMATION RECEIVED FROM PROFESSIONAL LAND SURVEYOR. | .30 | 169.50 |
| 05/24/21 | SYD | B190 | A104 | BSEE INCS - CORRESPOND WITH C. ULFERS RE RESEARCH TO SUPPORT APPEAL OF INCS. | .30 | 138.00 |
| 05/24/21 | CU | B420 | A102 | CONDUCT FURTHER LEGAL RESEARCH OF CASE LAW AND DECISIONS OF INTERIOR BOARD OF LAND APPEALS RELATIVE TO EXCUSAL OF PERFORMANCE DUE TO IMPOSSIBILITY OR OTHER RISK TO LIFE OR PROPERTY. | 3.30 | 1,485.00 |
| 05/24/21 | CU | B420 | A105 | CORRESPOND WITH J. HUNTER, J. NOE, AND S. DICHARRY RE: STRATEGY FOR APPEALING INCIDENTS OF NON-COMPLIANCE ISSUED BY BSEE. | .30 | 135.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   43
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/24/21 EMH | B420 | A104 | REVIEW ADDITIONAL DOCUMENTS UPLOADED TO RELATIVITY TO CODE SAME. | .60 | 210.00 |
| 05/24/21 TKW | B190 | A102 | ANALYZE PROVISIONS OF OUTER CONTINENTAL SHELF LANDS ACT CONTAINING THE TERM "OR OTHERWISE." | 1.00 | 375.00 |
| 05/24/21 DJV | B110 | A110 | ANALYZE ADDITIONAL CLIENT DOCUMENTS TO LOAD INTO RELATIVITY WORKSPACE. | .70 | 147.00 |
| 05/25/21 JAH | B190 | A104 | REVIEW ATLANTIC LIENS. | 1.30 | 910.00 |
| 05/25/21 JAH | B190 | A104 | BSEE INCS -- DRAFT APPEAL PAPERS, INCLUDING COORDINATION OF FILING WITH JONES WALKER TEAM. | 6.80 | 4,760.00 |
| 05/25/21 JN | B180 | A109 | CONFERENCE CALL WITH SOLICITOR FROM DEPARTMENT OF INTERIOR REGARDING APPEAL OF INCIDENTS OF NON-COMPLIANCE AND POTENTIAL SETTLEMENT OF CIVIL PENALTIES. | .60 | 420.00 |
| 05/25/21 JN | B180 | A109 | CONFERENCE CALL WITH FIELDWOOD (J. SEEGER) REGARDING SCOPE OF WORK FOR SAFEKEEPING PROPOSAL TO THE GOVERNMENT FOR PROPERTIES NOT SUBJECT TO A CONSENSUAL ARRANGEMENT WITH A PREDECESSOR. | .60 | 420.00 |
| 05/25/21 JN | B180 | A103 | REVISE SCOPE OF WORK FOR SAFEGUARDING OF PROPERTIES NOT SUBJECT TO A CONSENSUAL ARRANGEMENT WITH A PREDECESSOR. | .50 | 350.00 |
| 05/25/21 JN | B180 | A103 | REVIEW AND REVISE MOTION FOR SUMMARY JUDGMENT IN THE ATLANTIC ADERSERIAL CASE. | 1.70 | 1,190.00 |
| 05/25/21 JN | B180 | A102 | CONDUCT LEGAL RESEARCH FOR MOTION FOR SUMMARY JUDGMENT IN THE ATLANTIC PROCEEDING. | 1.30 | 910.00 |

```
FIELDWOOD ENERGY LLC                                              PAGE  44
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/25/21 | JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER, S. DICHARRY AND C. ULFERS REGARDING APPEAL STRATEGY AND MECHANICS FOR APPEAL OF VARIOUS INCIDENTS OF NON-COMPLIANCE. | .60 | 420.00 |
| 05/25/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND COUNSEL FOR SECURED LENDERS TO DISCUSS VARIOUS REGULATORY ISSUES. | .90 | 630.00 |
| 05/25/21 | JN | B180 | A109 | CONFERENCE CALL WITH SECURED LENDERS REGULATORY COUNSEL. | .90 | 630.00 |
| 05/25/21 | JN | B180 | A103 | REVISE NOTICES OF APPEALS FOR APPEALS OF VARIOUS INCIDENTS OF NON-COMPLIANCE. | 1.50 | 1,050.00 |
| 05/25/21 | POW | B240 | A106 | MULTIPLE EMAILS REGARDING MORTGAGE RECORDING TAX (.3); PREPARE AND SEND MEMORANDUM (.3); EMAILS WITH M. MALONEY AND V. BRAVO RE SAME (.1). | .70 | 287.00 |
| 05/25/21 | RDB | B210 | A108 | REVIEW WORKING DRAFT OF FIELDWOOD'S OPPOSITION TO ATLANTIC MARITIME'S MOTION TO DISMISS ADVERSARY COMPLAINT IN CASE NO. 20-03476 PENDING IN SOUTHERN DISTRICT OF TEXAS BANKRUPTCY COURT. | 1.50 | 847.50 |
| 05/25/21 | RDB | B210 | A103 | CORRESPOND BACK AND FORTH WITH E. CHOI AND K. SIMMONS OF WEIL GOTSCHAL. | .30 | 169.50 |
| 05/25/21 | RDB | B210 | A103 | DRAFT MEMORANDUM TO J. NOE, J. HUNTER, AND S. DICHARRY RELATED TO FINALIZATION OF ARGUMENTS TO FIELDWOOD'S MEMORANDUM IN OPPOSITION TO ATLANTIC'S MOTION TO DISMISS ADVISORY COMPLAINT IN ACTION 20-33948, U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS. | .50 | 282.50 |

FIELDWOOD ENERGY LLC                                    PAGE   45
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00

05/25/21 SYD   B190   A104   ATLANTIC ADVERSARY PROCEEDING    1.30      598.00
                            - REVIEW DRAFT OPPOSITION TO
                            ATLANTIC'S MTD, PROVIDING
                            COMMENTS RE SAME.

05/25/21 SYD   B190   A104   INC APPEALS - EDIT NOTICE OF      1.10      506.00
                            APPEAL (.4); DRAFT
                            DECLARATION (.7).

05/25/21 SYD   B190   A104   INC APPEALS - REVIEW              .70      322.00
                            REGULATORY SERVICE
                            REQUIREMENTS FOR NOTICES OF
                            APPEAL.

05/25/21 SYD   B190   A104   INC APPEALS - DRAFT COVER         .70      322.00
                            LETTER FOR APPEALS
                            IDENTIFYING APPROPRIATE
                            RECIPIENTS OF SERVICE COPIES.

05/25/21 SYD   B190   A104   INC APPEALS - PARTICIPATE IN     1.30      598.00
                            CALLS WITH J. HUNTER AND
                            FIELDWOOD REGARDING FACTS
                            NEEDED TO DRAFT DECLARATION
                            FOR APPEAL OF INCS.

05/25/21 CU    B420   A105   MULTIPLE TELECONFERENCES WITH     .70      315.00
                            J. HUNTER, J. NOE, AND S.
                            DICHARRY RE: STRATEGY FOR
                            APPEALING INCIDENTS OF
                            NON-COMPLIANCE ISSUED BY BSEE.

05/25/21 CU    B420   A104   FURTHER ANALYZE INCIDENTS OF     2.30    1,035.00
                            NON-COMPLIANCE ISSUED BY BSEE
                            IN PREPARATION FOR ENSURING
                            PAYMENT OF APPEAL FEES IN
                            CONNECTION WITH SAME.

05/25/21 CU    B420   A102   FURTHER RESEARCH IBLA            1.80      810.00
                            DECISIONS AND RELATED CASE
                            LAW IN CONNECTION WITH
                            EXTENSION OF TIME TO COMPLY,
                            OR EXCUSAL FROM COMPLYING,
                            WITH AGENCY NOTICES OR
                            VIOLATIONS DUE TO
                            IMPOSSIBILITY OF PERFORMANCE
                            OR OTHER EXIGENT
                            CIRCUMSTANCES.

```
FIELDWOOD ENERGY LLC                                        PAGE  46
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


05/25/21 CU     B420  A103   REVISE FIELDWOOD ENERGY LLC'S      .50        225.00
                             AND FIELDWOOD ENERGY OFFSHORE
                             LLC'S NOTICE OF APPEAL OF
                             BSEE INCS, REQUEST FOR
                             EXTENSION OF TIME TO FILE
                             STATEMENT OF REASONS, MOTION
                             FOR FACT HEARING AND FOR
                             SUSPENSION OF INCS PENDING
                             FINAL DEPARTMENTAL DECISION.

05/25/21 EMH    B420  A104   LOCATE ADDITIONAL EXHIBITS TO      .80        280.00
                             MITCHELL DECLARATION WITH J.
                             NOE.

05/25/21 EMH    B420  A104   REVIEW ADDITIONAL DOCUMENTS        .60        210.00
                             SENT BY J. NOE (.5); SEND TO
                             PRACTICE SUPPORT FOR
                             INCLUSION IN RELATIVITY
                             WORKSPACE (.1).

05/25/21 EMH    B420  A104   ANNOTATE DRAFT DECLARATION        1.80        630.00
                             FOR G. MITCHELL TO INCLUDE
                             REFERENCES TO DOCUMENTS USING
                             RELATIVITY CONTROL NUMBER.

05/25/21 EMH    B420  A104   REVIEW MATERIALS SENT BY G.        .50        175.00
                             MITCHELL RE CAREER FOR
                             POSSIBLE USE AS EXHIBIT TO
                             DECLARATION.

05/26/21 JAH    B190  A104   BSEE INCS -- PARTICIPATE IN       1.30        910.00
                             CALL WITH P. EILAND RE
                             DECLARATION FOR APPEAL.

05/26/21 JAH    B190  A104   ATLANTIC LIENS -- REVIEW           .40        280.00
                             CORRESPONDENCE AND PLEADINGS.

05/26/21 JAH    B190  A104   BSEE INCS -- CONFERENCE WITH       .40        280.00
                             S. DICHARRY RE APPEAL FILING.

05/26/21 JN     B180  A109   CONFERENCE CALL TO DISCUSS         .60        420.00
                             THE DECLARATION OF PATRICK
                             EILAND TO BE FILED WITH
                             APPEAL OF VARIOUS INCIDENTS
                             OF NON-COMPLIANCE.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   47
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/26/21 JN | B180 | A102 | CONDUCT LEGAL RESEARCH INTO ATLANTIC MARITIME'S OPPOSITION TO FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT SEEKING DISMISSAL OF ATLANTIC'S LIEN CLAIMS. | 2.60 | 1,820.00 |
| 05/26/21 JN | B180 | A103 | REVISE PROPOSAL TO GOVERNMENT REGARDING SAFEGUARDING OFFSHORE INFRASTRUCTURE THAT IS NOT SUBJECT TO A CONSENSUAL ARRANGEMENT WITH HA PREDECESSOR. | .90 | 630.00 |
| 05/26/21 JN | B180 | A103 | REVISE REPLY BRIEF TO ATLANTIC'S OPPOSITION BRIEF TO FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT ON DISMISSING LIEN CLAIMS. | 2.40 | 1,680.00 |
| 05/26/21 JN | B180 | A105 | CORRESPOND WITH R. BERTRAM REGARDING REPLY BRIEF TO ATLANTIC'S OPPOSITION TO FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT. | .80 | 560.00 |
| 05/26/21 JN | B180 | A103 | DRAFT EMAIL RESPONSES TO VARIOUS INQUIRIES AND INSTRUCTIONS FROM CLIENT (T. LAMME) ON SETTLEMENT DISCUSSIONS WITH GOVERNMENT REGARDING CIVIL PENALTIES AND SOLE LIABILITY PROPERTIES. | .70 | 490.00 |
| 05/26/21 JN | B180 | A109 | PARTICIPATE IN LEGAL WORKING GROUP CALL (CALL WITH LAWYERS FROM DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR) REGARDING SETTLEMENT FOR SOLE LIABILITY PROPERTIES AND CIVIL PENALTY SETTLEMENT. | 1.10 | 770.00 |
| 05/26/21 JN | B180 | A103 | DRAFT PROPOSAL TO GOVERNMENT FOR SETTLEMENT OF CIVIL PENALTIES. | 1.80 | 1,260.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   48
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/26/21 JN | B180 | A103 | DRAFT EMAIL TO WEIL REGARDING DRAFT PROPOSAL TO GOVERNMENT REGARDING SETTLEMENT OF CIVIL PENALTIES. | .30 | 210.00 |
| 05/26/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL (C. CARLSON) REGARDING PROPOSAL FOR SETTLEMENT AGREEMENT ON CIVIL PENALTIES. | .20 | 140.00 |
| 05/26/21 JN | B180 | A105 | CONFERENCE CALL WITH R. BERTRAM REGARDING REPLY BRIEF TO ATLANTIC'S OPPOSITION TO FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT. | .50 | 350.00 |
| 05/26/21 JN | B180 | A109 | CONFERENCE CALL WITH DEPARTMENT OF INTERIOR SOLICITOR TO DISCUSS SAFEKEEPING PROPOSAL AND THE RESOLUTION OF INCIDENTS OF NON-COMPLIANCE. | .50 | 350.00 |
| 05/26/21 JN | B180 | A104 | REVIEW ATLANTIC MARITIME'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT SEEKING THE DISMISSAL OF LIENS. | .90 | 630.00 |
| 05/26/21 POW | B240 | A104 | REVIEW MULTIPLE EMAILS. | .10 | 41.00 |
| 05/26/21 RDB | B210 | A104 | ANALYZE MARITIME AND OCSLA CASE LAW CITED BY ATLANTIC MARITIME IN ITS OPPOSITION TO FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT. | 1.00 | 565.00 |
| 05/26/21 RDB | B210 | A103 | OUTLINE FIELDWOOD'S REPLY MEMORANDUM INSERTS, BEGINNING DRAFT OF SAME (3.1); REVIEW LEGAL AUTHORITIES RELATED TO DRILLING, MARITIME CONTRACT ISSUES, AND PREEMPTION OF OSCLA (1.7). | 4.80 | 2,712.00 |
| 05/26/21 SYD | B190 | A104 | INC APPEALS - CORRESPOND WITH J. HUNTER REGARDING DEFENSES TO RECENT INCS. | .50 | 230.00 |

FIELDWOOD ENERGY LLC                                        PAGE   49
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/26/21 | SYD | B190 | A104 | INC APPEALS - REVIEW APPEAL ATTACHMENT TO ENSURE THAT IT INCLUDES ALL INCS AND APPEAL FEES FOR ALL INCS. | 1.20 | 552.00 |
| 05/26/21 | EMH | B420 | A104 | REVIEW DRAFT DECLARATION OF P. EILAND (.6); BEGIN LOCATING EXHIBITS TO SAME (.9). | 1.50 | 525.00 |
| 05/26/21 | EMH | B420 | A104 | LOCATE ADDITIONAL EXHIBITS FOR DECLARATIONS. | .60 | 210.00 |
| 05/27/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH JW TEAM RE REPLY BRIEF. | .30 | 210.00 |
| 05/27/21 | JAH | B190 | A104 | BSEE INCS -- CALL WITH P. EILAND RE DECLARATION FOR APPEAL FILING, INCLUDING FOLLOW-UP CORRESPONDENCE ON SAME. | .80 | 560.00 |
| 05/27/21 | JAH | B190 | A104 | BSEE INCS -- CONFERENCE WITH S. DICHARRY RE APPEAL FILING. | .70 | 490.00 |
| 05/27/21 | JAH | B190 | A104 | BSEE INCS -- FINALIZE APPEAL FILING. | 5.00 | 3,500.00 |
| 05/27/21 | JN | B180 | A102 | RESEARCH MARITIME PREEMPTION ARGUMENTS FOR ATLANTIC REPLY BRIEF TO FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT. | 2.10 | 1,470.00 |
| 05/27/21 | JN | B180 | A103 | REVISE REPLY BRIEF TO ATLANTIC'S OPPOSITION TO FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT. | 2.40 | 1,680.00 |
| 05/27/21 | JN | B180 | A104 | REVIEW FINAL NOTICES OF APPEAL AND DECLARATION OF PATRICK EILAND IN APPEALS FROM INCIDENTS OF NON-COMPLIANCE. | .50 | 350.00 |
| 05/27/21 | JN | B180 | A104 | REVIEW ORDER ISSUING CIVIL PENALTY PAYMENT DUE TO 2015 INCIDENT OF NON-COMPLIANCE AND EVALUATE APPEAL RIGHTS. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  50
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/27/21 JN | B180 | A102 | RESEARCH POTENTIAL APPEAL RIGHTS TO EXPECTED INCIDENTS OF NON-COMPLIANCE. | .80 | 560.00 |
| 05/27/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL REGARDING PROPOSAL TO SETTLE TRANSITION SERVICES AND CIVIL PENALTIES TO DISCUSS DRAFTING AGREEMENTS REGARDING THE SETTLEMENTS. | .50 | 350.00 |
| 05/27/21 JN | B180 | A104 | REVISE PROPOSAL FOR THE SETTLEMENT OF CIVIL PENALTY LIABILITY. | .70 | 490.00 |
| 05/27/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND THE CLIENT TO DISCUSS THE CONTENTS OF CONFERENCE CALL WITH SOLICITOR FOR INTERIOR REGARDING MECHANICS OF EFFECTUATING RESTRUCTURING PLAN. | .90 | 630.00 |
| 05/27/21 JN | B180 | A109 | CONFERENCE CALL WITH SOLICITOR FOR DEPARTMENT OF INTERIOR ON MECHANISM OF EFFECTUATING RESTRUCTURING PLAN. | .90 | 630.00 |
| 05/27/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL REGARDING PROPOSAL TO SETTLE CIVIL PENALTIES. | .40 | 280.00 |
| 05/27/21 JN | B180 | A103 | DRAFT EMAILS TO LAWYERS WITH DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE REGARDING APPEALS OF ISSUANCE OF INCIDENTS OF NON-COMPLIANCE. | .40 | 280.00 |
| 05/27/21 JN | B180 | A102 | RESEARCH DEFENSES TO ISSUANCE OF INCIDENTS OF NON-COMPLIANCE. | .90 | 630.00 |
| 05/27/21 PFH | B110 | A105 | E MAIL FROM/TO E. HENRY RE MITCHELL DECLARATION AND EXHIBITS (.1); EMAIL FROM R. SERGESKETTER RE MITCHELL DECLARATION (.1). | .20 | 125.00 |

FIELDWOOD ENERGY LLC                                           PAGE  51
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


05/27/21 RDB   B210  A103   DRAFT LEGAL ARGUMENTS RELATED     2.30      1,299.50
                            TO MARITIME JURISDICTION AND
                            INAPPLICABILITY OF OCSLA'S
                            CHOICE OF LAW PROVISION IN
                            RESPONSE TO ATLANTIC
                            MARITIME'S OPPOSITION TO
                            FIELDWOOD'S MOTION FOR
                            SUMMARY JUDGMENT RELATED TO
                            MASTIC DOMESTIC OFFSHORE
                            DAYWORK DRILLING CONTRACT AND
                            CLAIMS IN ADVISORY PROCEEDING
                            20-33948 PENDING IN U.S.
                            BANKRUPTCY COURT, SOUTHERN
                            DISTRICT OF TEXAS.

05/27/21 SYD   B190  A104   INC APPEALS - PREPARE APPEAL      4.10      1,886.00
                            PACKAGES FOR 37 INCS; WORKED
                            WITH J. HUNTER AND C. ULFERS
                            TO GET THE APPEALS OUT.

05/27/21 CU    B420  A102   CONDUCT FURTHER LEGAL            1.10        495.00
                            RESEARCH OF ADMINISTRATIVE
                            DECISIONS AND APPLICABLE CASE
                            LAW EXCUSING PERFORMANCE OR
                            COMPLIANCE WITH AGENCY ACTION
                            DUE TO IMPOSSIBILITY.

05/27/21 CU    B420  A104   FURTHER ANALYZE INCIDENTS OF      .80        360.00
                            NON-COMPLIANCE IN FURTHERANCE
                            OF FINALIZING INITIAL NOTICE
                            OF APPEAL AND RELATED
                            PAPERWORK.

05/27/21 CU    B420  A104   ANALYZE NOTICE OF APPEAL AND     1.30        585.00
                            RELATED CORRESPONDENCE TO
                            BSEE LAFAYETTE AND LAKE
                            JACKSON DISTRICTS.

05/27/21 EMH   B420  A104   CONTINUE ORGANIZING DOCUMENTS    3.20      1,120.00
                            TO ACCOMPANY EILAND AND
                            MITCHELL DECLARATIONS,
                            INCLUDING REVIEW OF SAME.

05/27/21 EMH   B420  A104   WORK WITH PRACTICE SUPPORT TO     .60        210.00
                            SET UP SHAREFILE FOR MITCHELL
                            EXHIBITS (.3); REVIEW
                            DOCUMENTS IN SHAREFILE TO
                            CONFIRM ACCURACY OF EXHIBIT
                            LIST (.3).

```
FIELDWOOD ENERGY LLC                                    PAGE  52
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/27/21 DJV | B110 | A110 | ANALYZE ADDITIONAL CLIENT DOCUMENTS (.4); LOAD INTO RELATIVITY WORKSPACE (.4); UPLOAD SELECTED DOCUMENTS TO SHAREFILE FTP SITE (.4). | 1.20 | 252.00 |
| 05/28/21 DMH | B230 | A104 | DISCUSS WITH J. NOE RE OCSLA CHOICE OF LAW AND APPLICATION OF ADJACENT STATE LAW. | .20 | 116.00 |
| 05/28/21 JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND RE ATLANTIC OPPOSITION AND JONES WALKER INSERT. | .30 | 210.00 |
| 05/28/21 JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH C. ULFERS RE CONFIRMATION OF FILINGS AND DELIVERY TO BSEE LAFAYETTE DISTRICT. | .80 | 560.00 |
| 05/28/21 JAH | B190 | A104 | BSEE INCS -- CALL WITH C. ULFERS RE APPEAL FILINGS. | .30 | 210.00 |
| 05/28/21 JAH | B190 | A104 | BSEE INCS -- REVIEW IBLA REGULATIONS RE FILING DEADLINES, "GRACE PERIOD," AND DEADLINE ON A HOLIDAY. | .60 | 420.00 |
| 05/28/21 JAH | B190 | A104 | DEBARMENT -- CORRESPOND WITH P. HARDEN ET AL RE MITCHELL DECLARATION. | .30 | 210.00 |
| 05/28/21 JAH | B190 | A104 | DEBARMENT -- CORRESPOND WITH B. SERGESKETTER. | .10 | 70.00 |
| 05/28/21 JAH | B190 | A104 | DEBARMENT -- REVIEW MITCHELL DECLARATION. | .20 | 140.00 |
| 05/28/21 JN | B180 | A109 | CONFERENCE CALL WITH COUNSEL FOR ENI AND THE DEPARTMENT OF INTERIOR AND THE DEPARTMENT OF JUSTICE. | 1.10 | 770.00 |
| 05/28/21 JN | B180 | A109 | VARIOUS CALLS WITH WEIL TO DISCUSS REGULATORY ISSUES. | 1.40 | 980.00 |
| 05/28/21 JN | B180 | A103 | REVISE DECLARATION OF G. MITCHELL IN EPA DEBARMENT PROCEEDING. | .90 | 630.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  53
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 05/28/21 JN | B180 | A109 | CONFERENCE CALL WITH CLIENT REGARDING APPEAL REGARDING INCIDENTS OF NON-COMPLIANCE. | .50 | 350.00 |
| 05/28/21 JN | B180 | A103 | REVISE REPLY BRIEF TO OPPOSITION FOR MOTION FOR SUMMARY JUDGEMENT IN ATLANTIC MARITIME. | 1.60 | 1,120.00 |
| 05/28/21 JN | B180 | A102 | RESEARCH SUBROGATION AND CONTRIBUTION UNDER LOUISIANA AND TEXAS LAW RELATING TO AN IDENTIFIED PREDECESSOR THAT TAKES CONTROL OF FACILITIES BEING ABLE TO SEEK CONTRIBUTION/SUBROGATION AGAINST OTHER PREDECESSORS. | 1.80 | 1,260.00 |
| 05/28/21 JN | B180 | A104 | REVISE SETTLEMENT PROPOSAL REGARDING CIVIL PENALTIES. | .60 | 420.00 |
| 05/28/21 JN | B180 | A109 | CONFERENCE CALL WITH SOLICITOR FOR DEPARTMENT OF INTERIOR REGARDING MECHANICS OF EFFECTUATING RESTRUCTURING PLAN. | .70 | 490.00 |
| 05/28/21 PFH | B110 | A106 | E MAIL TO MR MITCHELL WITH DRAFT DECLARATION AND EXHIBITS (.1); EMAILS FROM R. SERGESKETTER WITH REVISIONS (.1); EMAILS TO/FROM R. SERGESKETTER RE HANDLING SPECIFIC ISSUE (.2); CALL WITH R. SERGESKETTER RE SPECIFIC ISSUE AND WHETHER IT SHOULD BE IN MITCHELL DECLARATION (.2); E MAILS FROM/TO R. SERGESKETTER/J. HUNTER RE MITCHELL DECLARATION TIMING (.2). | .80 | 500.00 |
| 05/28/21 POW | B240 | A108 | TELEPHONE CALL WITH MOBILE COUNTY RECORDING OFFICE. | .20 | 82.00 |
| 05/28/21 RDB | B210 | A104 | ANALYZE ATLANTIC MARITIME'S OPPOSITION TO FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT IN ADVISORY CASE 20-3476 IN U.S. BANKRUPTCY COURT, | .80 | 452.00 |

```
FIELDWOOD ENERGY LLC                                            PAGE   54
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
                         SOUTHERN DISTRICT OF TEXAS.

05/28/21 RDB   B210  A104  REVIEW COMMENTS OF J. NOE TO        .30      169.50
                           FIELDWOOD'S REPLY MEMORANDUM
                           IN ADVISORY CASE NO. 20-3476
                           IN U.S. BANKRUPTCY COURT,
                           SOUTHERN DISTRICT OF TEXAS.

05/28/21 SYD   B190  A104  INC APPEALS - CORRESPOND WITH       .50      230.00
                           C. ULFERS REGARDING APPEAL
                           FILINGS.

05/28/21 SYD   B190  A104  ATLANTIC ADVERSARY PROCEEDING       .70      322.00
                           - CIRCULATE PRELIMINARY
                           THOUGHTS FOR REPLY TO J. NOE,
                           R. BERTRAM, AND J. HUNTER.

05/28/21 CU    B420  A105  CORRESPOND WITH J. HUNTER AND      1.50      675.00
                           S. DICHARRY RE: FILING OF
                           NOTICES OF APPEAL OF
                           INCIDENTS OF NON-COMPLIANCE
                           WITH BSEE LAKE JACKSON
                           DISTRICT AND BSEE LAFAYETTE
                           DISTRICT.

05/28/21 EMH   B420  A104  FINALIZE DRAFT OF MITCHELL         1.60      560.00
                           DECLARATION AND EXHIBIT LIST.

05/28/21 ADW   B210  A110  CREATE FTP LOCATION TO UPLOAD       .10       21.00
                           DOCUMENTS FOR DISTRIBUTION.

05/29/21 JN    B180  A109  CONFERENCE CALL TO DISCUSS          .50      350.00
                           REGULATORY ISSUES RAISED BY
                           ENI AND CORPORATE STRUCTURE
                           ISSUES WITH DIVISIVE MERGER.

05/29/21 JN    B180  A102  RESEARCH CONTRIBUTION AND         2.20    1,540.00
                           SUBROGATION UNDER LOUISIANA
                           AND TEXAS LAW RELATING TO A
                           PREDECESSOR INCURRING COSTS
                           TO SAFEKEEP PROPERTIES AND
                           THE RIGHT TO SEEK
                           CONTRIBUTION FOR OTHER
                           PREDECESSORS.

05/29/21 RDB   B210  A104  REVIEW FIELDWOOD'S AMENDED          .30      169.50
                           ADVISORY COMPLAINT IN CASE
                           NO. 3476, U.S. BANKRUPTCY
                           COURT FOR SOUTHERN DISTRICT
                           OF TEXAS.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   55
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


05/29/21 RDB   B210  A104  REVIEW ATLANTIC MARITIME'S        .30      169.50
                           OPPOSITION TO FIELDWOOD'S
                           MOTION FOR SUMMARY JUDGMENT.

05/30/21 JAH   B190  A104  ATLANTIC LIENS -- WORK ON        1.20      840.00
                           REPLY BRIEF.

05/30/21 SYD   B190  A104  ATLANTIC ADVERSARY PROCEEDING    2.20    1,012.00
                           - WORK ON REPLY IN SUPPORT OF
                           MSJ.

05/30/21 SYD   B190  A104  GATHER OLD RESEARCH REGARDING     .40      184.00
                           EQUITABLE SUBROGATION TO
                           CIRCULATE SAME TO J. NOE.

05/31/21 JAH   B190  A104  ATLANTIC LIENS -- WORK ON        2.70    1,890.00
                           FIELDWOOD REPLY BRIEF.

05/31/21 JAH   B190  A104  BSEE INCS -- CONFERENCE WITH      .30      210.00
                           J. NOE RE STRATEGY.

05/31/21 JAH   B190  A104  BSEE INCS -- PLAN STRATEGY TO     .70      490.00
                           PROVIDE TO FIELDWOOD
                           MANAGEMENT RE PROPOSED LETTER
                           TO BSEE REGION.

05/31/21 JN    B180  A103  REVISE REPLY TO OPPOSITION TO     .70      490.00
                           MOTION FOR SUMMARY JUDGMENT
                           IN THE ATLANTIC MARITIME
                           MATTER.

05/31/21 JN    B180  A102  RESEARCH SUBROGATION RIGHTS       .90      630.00
                           UNDER TEXAS LAW FOR
                           IDENTIFIED PREDECESSORS TO
                           FILE CONTRIBUTION CLAIMS
                           AGAINST OTHER PREDECESSORS.

05/31/21 JN    B180  A109  CONFERENCE CALL WITH J.           .40      280.00
                           HUNTER TO DISCUSS STATUS OF
                           ATLANTIC MOTION AND INC.
                           APPEALS.

05/31/21 PFH   B110  A106  E MAIL FROM/TO R.                 .10       62.50
                           SERGESKETTER/M. CHESTER.
```

```
FIELDWOOD ENERGY LLC                                    PAGE  56
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00

05/31/21 RDB   B210  A104  REVIEW DRAFT INSERT FROM J.      .30        169.50
                          HUNTER RELATED TO OCSLA REPLY
                          ARGUMENTS TO ATLANTIC
                          MARITIME IN ADVISORY CASE
                          20-3476 U.S. BANKRUPTCY
                          COURT, SOUTHERN DISTRICT OF
                          TEXAS.

05/31/21 RDB   B210  A103  EDIT MARITIME LAW REPLY         1.30        734.50
                          ARGUMENTS FOR FIELDWOOD'S
                          REPLY TO ATLANTIC MARITIME'S
                          OPPOSITION TO FIELDWOOD'S
                          MOTION FOR SUMMARY JUDGMENT,
                          FINALIZING SAME.

05/31/21 SYD   B190  A104  ATLANTIC - WORK ON REPLY IN     4.50      2,070.00
                          SUPPORT OF MSJ.
                                                       --------    -----------
                                TOTALS                   559.20    $326,609.50
                                                       ========    ===========
```

```
FIELDWOOD ENERGY LLC                                    PAGE   57
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| TASK CODE SUMMARY | | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| | | .00 | .00 | 438.30 | 244,356.00 |
| AXXX | BAD CODE - ACCOUNTING U | .00 | .00 | .00 | .00 |
| TOTAL | | .00 | .00 | 438.30 | 244,356.00 |
| **ADMINISTRATION** | | | | | |
| B110 | CASE ADMINISTRATION | 40.80 | 23,139.50 | 552.40 | 319,321.00 |
| B120 | ASSET ANALYSIS/RECOVERY | .00 | .00 | 14.10 | 7,866.00 |
| B130 | ASSET DISPOSITION | .00 | .00 | 3.20 | 1,920.00 |
| B140 | RELIEF FROM STAY/PROTEC | .00 | .00 | 10.80 | 5,674.50 |
| B160 | FEE/EMPLMT APPLICATIONS | 13.50 | 4,590.00 | 557.00 | 120,202.00 |
| B180 | AVOIDANCE ACTION ANALYS | 150.30 | 105,210.00 | 906.20 | 615,095.00 |
| B190 | OTHER CONTESTED MATTERS | 232.90 | 140,241.50 | 1,021.00 | 596,372.50 |
| TOTAL ADMINISTRATION | | 437.50 | 273,181.00 | 3,064.70 | 1,666,451.00 |
| **OPERATIONS** | | | | | |
| B210 | BUSINESS OPERATIONS | 38.00 | 21,434.50 | 235.60 | 123,388.00 |
| B230 | FINANCING/CASH COLLECTI | .20 | 116.00 | 32.00 | 17,811.00 |
| B240 | TAX ISSUES | 3.00 | 1,230.00 | 13.80 | 5,980.00 |
| B250 | REAL ESTATE | .00 | .00 | 5.50 | 1,676.50 |
| B260 | BOARD OF DIRECTORS MATT | .00 | .00 | 1.30 | 898.00 |
| TOTAL OPERATIONS | | 41.20 | 22,780.50 | 288.20 | 149,753.50 |
| **CLAIMS AND PLAN** | | | | | |
| B310 | CLAIMS/ADMN/OBJECTIONS | .20 | 35.00 | 3.60 | 1,334.50 |
| B320 | PLAN DISCLOSURE STMT | .00 | .00 | 2.40 | 1,440.00 |
| TOTAL CLAIMS AND PLAN | | .20 | 35.00 | 6.00 | 2,774.50 |
| **BANKRUPTCY-RELATED ADVICE** | | | | | |
| B410 | GENERAL BANKRUPTCY ADVI | 1.20 | 588.00 | 92.60 | 43,194.50 |
| B420 | RESTRUCTURING | 79.10 | 30,025.00 | 156.90 | 69,179.00 |
| TOTAL BANKRUPTCY-RELATED ADVI | | 80.30 | 30,613.00 | 249.50 | 112,373.50 |
| TOTALS | | 559.20 | 326,609.50 | 4,046.70 | 2,175,708.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   58
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

| ATTORNEY SUMMARY | RATE | ----------THIS BILL----------<br>HOURS | FEES | --CUMULATIVE TOTALS---<br>HOURS | FEES |
|---|---|---|---|---|---|
| AMY G. SCAFIDEL | .00 | .00 | .00 | 2.40 | 1,248.00 |
| C. ELLIS BRAZEAL, III | .00 | .00 | .00 | 1.40 | 679.00 |
| CHAD J. HAMMONS | .00 | .00 | .00 | 2.50 | 950.00 |
| CINDY M. MULLER | 520.00 | 3.70 | 1,924.00 | 28.00 | 13,952.50 |
| DOUGLAS C. LONGMAN | .00 | .00 | .00 | 3.50 | 1,050.00 |
| DAVID M. HUNTER, D. | 580.00 | .20 | 116.00 | 29.60 | 16,563.00 |
| F. RIVERS LELONG | .00 | .00 | .00 | .60 | 321.00 |
| GRADY S HURLEY | 490.00 | 1.80 | 882.00 | 2.80 | 1,372.00 |
| JONATHAN A. HUNTER, J. | 700.00 | 139.30 | 97,510.00 | 687.50 | 464,765.00 |
| JOSHUA A. NORRIS, J. | .00 | .00 | .00 | 52.00 | 33,800.00 |
| JOHN F. FLETCHER | .00 | .00 | .00 | 1.40 | 791.00 |
| JAMES NOE | 700.00 | 150.30 | 105,210.00 | 1,072.60 | 719,567.50 |
| KRISTINA M. JOHNSON, K. | 500.00 | 2.30 | 1,150.00 | 83.80 | 38,835.00 |
| MARK A. CUNNINGHAM | .00 | .00 | .00 | .30 | 198.00 |
| MARC C. HEBERT, M. | .00 | .00 | .00 | 2.30 | 1,610.00 |
| MARK T. DAVIS, M. | .00 | .00 | .00 | 2.30 | 908.50 |
| MICHAEL W. MAGNER | 520.00 | 8.60 | 4,472.00 | 108.20 | 55,258.00 |
| PAULINE F. HARDIN, P. | 625.00 | 33.10 | 20,687.50 | 340.30 | 212,687.50 |
| PAUL O. WOODALL | 410.00 | 3.00 | 1,230.00 | 11.00 | 4,510.00 |
| ROBERT B. BIECK JR. | .00 | .00 | .00 | 6.60 | 3,894.00 |
| R. CHRISTIAN JOHNSEN | .00 | .00 | .00 | .40 | 250.00 |
| RICHARD D. BERTRAM | 565.00 | 37.90 | 21,413.50 | 205.20 | 115,938.00 |
| R PATRICK VANCE | .00 | .00 | .00 | 15.80 | 8,925.00 |
| R. SCOTT JENKINS | .00 | .00 | .00 | .80 | 436.00 |
| BRETT S. VENN | .00 | .00 | .00 | 2.70 | 1,377.00 |
| JOSEPH E. BAIN | .00 | .00 | .00 | 48.80 | 29,280.00 |
| MARK A. MINTZ | .00 | .00 | .00 | .40 | 160.00 |
| SARAH Y. DICHARRY | 460.00 | 68.80 | 31,648.00 | 354.60 | 163,116.00 |
| CHRIS ULFERS | 450.00 | 19.90 | 8,955.00 | 19.90 | 8,955.00 |
| CAROLINE V. MCCAFFREY | .00 | .00 | .00 | 37.00 | 9,698.00 |
| DANIEL J. BALDWIN | .00 | .00 | .00 | 68.60 | 30,870.00 |
| ELISE M. HENRY, E. | 350.00 | 57.80 | 20,230.00 | 75.10 | 26,285.00 |
| GABRIELLE A. RAMIREZ | 340.00 | 13.50 | 4,590.00 | 162.70 | 53,200.50 |
| JORDAN B. RETIF | .00 | .00 | .00 | 15.00 | 5,250.00 |
| MADISON M. TUCKER | .00 | .00 | .00 | 1.00 | 275.00 |
| PATRICK J. FACKRELL | .00 | .00 | .00 | 1.90 | 598.50 |
| TAYLOR K. WIMBERLY | 375.00 | 12.50 | 4,687.50 | 139.10 | 52,162.50 |
| ELIZABETH L. CRADDOCK | 600.00 | 1.40 | 840.00 | 20.90 | 12,540.00 |
| ROBERT G. KENEDY | .00 | .00 | .00 | 52.90 | 29,557.50 |
| STANLEY A. MILLAN | .00 | .00 | .00 | 8.80 | 3,721.00 |
| AARON D. WASHINGTON | 210.00 | .10 | 21.00 | .30 | 61.00 |
| B. CECILIA ORTIZ | 175.00 | .20 | 35.00 | 1.40 | 245.00 |
| B. KARAN PAYNE | .00 | .00 | .00 | 3.20 | 768.00 |
| DANIEL J. VOGEL | 210.00 | 4.80 | 1,008.00 | 5.00 | 1,048.00 |
| GEORGETTE M. SHAHIEN | .00 | .00 | .00 | 10.80 | 2,219.50 |
| KILBY M. BRABSTON | .00 | .00 | .00 | 4.40 | 814.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   59
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


   MELLAINE B. SALINAS        .00       .00         .00      27.40       5,498.00
   TARA C. GORUMBA            .00       .00         .00     108.30      13,537.50
   WINTER RANDALL             .00       .00         .00     215.20      25,962.50
                                     --------   -----------  --------   -----------
            TOTALS                    559.20    326,609.50  4,046.70   2,175,708.50
                                     ========   ===========  ========   ===========
```

```
FIELDWOOD ENERGY LLC                                        PAGE   60
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00




COSTS INCURRED:


05/28/21 COPYING                                            73.00
05/24/21 COURT RECORD FEES /PACER APRIL 2021               63.20
05/04/21 OUTSIDE PRINTING - SOUTHERN IMAGING SOLUTIONS    350.24
         INC. - 5 COPIES OF COLOR OVERSIZE (30X40) MAPS
05/25/21 OTHER - ENERGY DATA SOLUTIONS, LLC - J. HUNTER   8300.00
         JURISDICTION PROJECT 03/08/21 TO 05/14/21 -
         $5,000 PAYMENT ALREADY MADE TOWARDS THIS
         INVOICE
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109243320
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109243261
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109243228
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109241202
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109241170
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109241136
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109241037
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109240996
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109239970
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109238894
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109238767
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -   150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109238633
```

```
FIELDWOOD ENERGY LLC                                    PAGE  61
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109238390
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109238320
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109238252
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109238222
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109238176
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109238048
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109238014
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109237988
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109237964
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109236874
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109236792
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109235683
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109235657
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109235622
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109235598
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109235371
```

```
FIELDWOOD ENERGY LLC                                    PAGE  62
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109235238
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109234204
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109234171
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109234088
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109226826
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109226757
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109226701
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109226655
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109225514
05/26/21 OTHER - CHRISTOPHER ULFERS - BSEE APPEAL FEES -    150.00
         BSEE FEE FOR APPEALS - AP - 05/25/21 - INV
         #76109225210
05/31/21 RELATIVITY DATA HOSTING MAY 2021                   50.00
05/02/21 LEXIS LEGAL RESEARCH - DICHARRY, SARAH            245.55
05/02/21 LEXIS LEGAL RESEARCH - HENRY, ELISE              148.50
05/02/21 LEXIS LEGAL RESEARCH - NOE, JAMES                 29.70
05/18/21 LEXIS LEGAL RESEARCH - DICHARRY, SARAH            127.80
05/18/21 LEXIS LEGAL RESEARCH - HENRY, ELISE              311.85
05/18/21 LEXIS LEGAL RESEARCH - HUNTER, JONATHAN           14.85
05/27/21 LEXIS LEGAL RESEARCH - DICHARRY, SARAH            356.40
05/27/21 LEXIS LEGAL RESEARCH - HENRY, ELISE               89.10
05/27/21 LEXIS LEGAL RESEARCH - NOE, JAMES                  7.95
05/27/21 LEXIS LEGAL RESEARCH - ULFERS, CHRISTOPHER       965.25
05/27/21 LEXIS LEGAL RESEARCH - WIMBERLY, TAYLOR          483.75
04/22/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     13.33
         ORIGINATED BY PAULINE F. HARDIN
04/22/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      2.58
         ORIGINATED BY PAULINE F. HARDIN
04/28/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     47.48
         ORIGINATED BY JAMES W. NOE
05/06/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      6.17
         ORIGINATED BY PAULINE F. HARDIN
```

```
FIELDWOOD ENERGY LLC                                  PAGE  63
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


05/11/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      13.09
         ORIGINATED BY JONATHAN A. HUNTER
05/12/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      18.42
         ORIGINATED BY JAMES W. NOE

                              TOTAL COSTS:           $17,418.21

                 COST SUMMARY

    E101   COPYING                          73.00
    E102   OUTSIDE PRINTING                350.24
    E105   LONG DISTANCE                   101.07
    E106   COMPUTER LEGAL RESEARCH       2,780.70
    E112   COURT FEES                       63.20
    E118   LITIGATION SUPPORT               50.00
    E124   OTHER                        14,000.00
                                       --------------
       TOTAL DISBURSEMENTS            $17,418.21


                    TOTAL FEES AND COSTS:    $344,027.71
```

```
FIELDWOOD ENERGY LLC                                          PAGE   64
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



           * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                 $326,609.50

                    TOTAL COSTS:                 $17,418.21

                    LESS CREDITS:                     $0.00
                                                -------------
                    TOTAL CURRENT FEES AND COSTS DUE  $344,027.71

BALANCE DUE ON PRIOR INVOICES:

    DATE         INVOICE NO.        BALANCE
 03/23/21         1068326         $139232.60
 04/19/21         1071296         $250176.57
 05/13/21         1074503          $51342.20


                    TOTAL PRIOR INVOICES DUE:   $440,751.37
                                                -----------


                    TOTAL AMOUNT DUE:           $784,779.08
                                                ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    JONES WALKER LLP
              201 St. Charles Ave. - 50th Floor
              New Orleans, Louisiana 70170-5100
```

```
FIELDWOOD ENERGY LLC                                          PAGE   65
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00
```

IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

```
FIELDWOOD ENERGY LLC                                          PAGE   66
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00




WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT JAMES NOE
IN DC CAPITOL        OR OUR CREDIT MANAGER AT (504)582-8220.
                         ATLANTA, GA (404)870-7500
                       BATON ROUGE, LA (225)248-2000
                        BIRMINGHAM, AL (205)244-5200
                         HOUSTON, TX (713)437-1800
                         JACKSON, MS (601)949-4900
                        LAFAYETTE, LA (337)593-7600
                          MIAMI, FL (305)679-5700
                          MOBILE, AL (251)432-1414
                        NEW ORLEANS, LA (504)582-8000
                         NEW YORK, NY (646)512-8101
                         PHOENIX, AZ (602)366-7889
                        TALLAHASSEE, FL (850)425-7800
                   WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                    WASHINGTON, DC (DOWNTOWN) (202)434-4660
                      THE WOODLANDS, TX (281)296-4400



    ***********************************************************************
```

```
FIELDWOOD ENERGY LLC                                              PAGE   67
JUNE 10, 2021
INVOICE NO.: 1078032
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



BILLING ATTY:      JAMES NOE
SUPERVISING ATTY:  JAMES NOE



          * * *    A C C O U N T I N G   C O P Y   * * *



                    TOTAL FEES:                      $326,609.50

                    TOTAL COSTS:                      $17,418.21

                    LESS CREDITS:                          $0.00
                                                    -------------
             TOTAL CURRENT FEES AND COSTS DUE      $344,027.71

BALANCE DUE ON PRIOR INVOICES:

    DATE        INVOICE NO.        BALANCE
 03/23/21        1068326        $139232.60
 04/19/21        1071296        $250176.57
 05/13/21        1074503         $51342.20


                 TOTAL PRIOR INVOICES DUE:        $440,751.37
                                                  -----------

                 TOTAL AMOUNT DUE:                $784,779.08
                                                  ============
```

# INCOMPLETE
**CLICK HERE TO REMOVE THIS STAMP ONCE THE REQUIRED RED-DASHED FIELDS ARE COMPLETE**

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE **Fieldwood Energy – Fieldwood Restructuring** | DATE **May 4, 2021** |
|---|---|---|---|
| FILE NO. | 178208-00 | | |

| PAYABLE TO: **Southern Imaging Solutions, Inc** **701 Poydras Street, Suite 101** **New Orleans, LA 70139** | AMOUNT **$350.24** |
|---|---|
| | MAIL CHECK ✓ |
| | RETURN CHECK TO |

| PAYMENT FOR: 5 copies of color oversize (30x40) maps (invoice # ) | NAME **Cecilia Ortiz** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 22637 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT **$350.24** |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

✓ OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

RECEIVED

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

Southern Imaging Solutions, Inc.

# Invoice

Hancock Whitney Center
701 Poydras St.
Suite 111
New Orleans, La. 70139

| Date | Invoice # |
|------|-----------|
| 4/27/2021 | 43239 |

**Bill To**

Jones Walker LLP
201 St. Charles Ave.
51st Floor
New Orleans, LA 70170
ATTN: Accounts Payable

**Ship To**

Contact: Cecilia Ortiz
File #/Ref: 178208

| SN | P.O. No. | Terms | Rep | Delivery ... | Month of Service | ID# | Equipment |
|----|----------|-------|-----|-----------|------------------|-----|-----------|
| | | Due on receipt | CP-O | 4/27/2021 | | | |

| Item | Qty | Description | Price | Amount |
|------|-----|-------------|-------|--------|
| Oversize | 40 | 5/30x40 Color Oversize Prints (per square foot) | 8.00 | 320.00T |
| | | | | 320.00 |
| | | New Orleans Sales Tax (102332695) | 5.00% | 16.00 |
| | | State of LA Sales Tax | 4.45% | 14.24 |

Thank You For Your Business!
Fed ID# 72-1506070

Received BY:

x_____

| Phone # | Fax # |
|---------|-------|
| 504-200-2679 | 504-200-2680 |

| **Total** | $350.24 |
|-----------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $350.24 |

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE<br>Fieldwood Energy LLC - Fieldwood Restructuring | DATE<br>May 25, 2021 |
|---|---|---|---|
| FILE NO. | 178208-00 | | |

| PAYABLE TO:<br><br>**Energy Data Solutions, LLC**<br>**1101 Dealers Avenue, Suite 200**<br>**New Orleans, LA 70123** | AMOUNT $8,300.00 |
|---|---|
| | MAIL CHECK ✓ |
| | **RETURN CHECK TO** |

| PAYMENT FOR:<br>Invoice #5787<br>Jonathan Hunter - Jurisdiction Project 3/8/2021 to 5/14/2021<br>Note: Please see Jonathan Hunter's email detailing $5,000 payment<br>already made towards this invoice. | NAME<br>Jonathan Hunter |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 44674 | 108 | | $8,300.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR
GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

RECEIVED
MAY 25 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

# ENERGY DATA SOLUTIONS, LLC

1101 Dealers Avenue, Suite 200
New Orleans, LA 70123
504.733.3117 (Phone)  504.733.8040 (Fax)

| Date | Invoice # |
|------|-----------|
| 5/14/2021 | 5787 |

| Energy Data Solutions EIN | 72-1432702 |
|---------------------------|------------|

| Bill To: |
|----------|
| JONES WALKER<br>Jonathan Hunter<br>201 St. Charles Ave, Ste 5100<br>New Orleans, LA 70170 |

| Description | Amount |
|-------------|--------|
| Jonathan Hunter - Jurisdiction Project 3/8/2021 to 5/14/2021 | 13,300.00 |
| See attached summary of work | |
| | |
| **Total** | **$13,300.00** |

| Date | Hours worked | Work Description |
|---|---|---|
| 3/8/2021 | $ 2.00 | Original email receipt with overview job description. Reviewed scope of project. Reviewed OCSLA. Reviewed the following cases:<br>- Snyder Oil Corp. v. Samedan Oil Corp., 208 F. 3d 521 (5th Cir. 2000)<br>- Danos & Curole Marine Contrs._ Inc. v. BP Am. Prod. Co<br>- TOTAL v. Marubeni R&R<br><br>Reviewed other related references:<br>- NTL2002-g15-2 - Coastal Zone Management Program Requirements<br>- (2014) Congressional Research Service - Legal Framework on state jurisdiction |
| 3/8/2021 - 3/9/2021 | $ 4.00 | Also discussed the work to be performed with our team for the project. |
| 3/10/2021 | $ 5.00 | Analyzed wells in blocks/prospects provided to verify state/county codes to connect states. Reviewed well API #'s for potential determination with a state and county code. After reviewing, these are all deepwater water wells that are federal 60's wells, so therefore only refer to federal OCS wells, not linked to a specific state or county code (Filename: "Well API number lookups for these prospects.xls") |
| 3/16/2021 | $ 5.00 | Identified each block in original request on the OCS Plans CZM online map and ROW Pipeline CZM online map reflecting the state shown |
| 3/14/2021 - 3/17/2021 | $ 9.00 | Received email request from Jonathan Hunter related to additional work for pipeline installation application data. Worked with additional staff to gather this data. Collected data for request on pipeline installation applications approved for 2020, 2011-2020, January 2021, etc. This work was paused by Jonathan Hunter during zoom meeting on 3/17/2021. |
| 3/14/2021 - 3/17/2021 | $ 21.00 | Made custom map to identify all blocks from original request and other cases to analyze<br>a. added all leases/blocks on the latest list on the map, including other landmark case blocks<br>b. made separate maps to show distance to state/fed lines for Louisiana, Mississippi and Alabama<br>c. made separate map showing distance from previous cases to blocks "east" of those blocks |
| 3/17/2021 | $ 1.00 | Held scheduled Zoom call with all parties involved to provide an update on the project. |
| 3/20/2021 - 3/23/2021 | $ 14.00 | Received confirmed list of leases and added one additional to the list. Several staff manually going through Plans, APD's, well filings, etc. on original lease list and the updated lease list you sent. (staff worked on reviewing these documents. Found a list of them that indicated specific state) |
| 3/20/2021 - 3/23/2021 | $ 4.00 | Using confirmed new lease list with one additional block, updated all versions of the maps to match. |

| Date | Amount | Description |
|---|---|---|
| 3/23/2021 - 3/24/2021 | $ 8.00 | Made separate maps for each block showing approximate distance to various shorelines as well as distance from blocks previously determined to be in Alabama from past cases |
| 3/24/2021 | $ 4.00 | Update Overview (Word file) Data Analysis (Filename: "OVERVIEW - Data Analysis.docx") <br> a. includes state identified in OCS Plans C2M and ROW Pipeline C2M <br> b. shows file counts examined for Plans, APD's and Well docs <br> c. includes distance to state/fed values for each state (LA, MS and AL) <br> d. includes current lease status |
| 3/24/2021 | $ 2.00 | Master checklist spreadsheet - "AreaBlock Lease Checklist.xls" spreadsheet identifies docs found to establish possible state connection |
| 3/24/2021 | $ 2.00 | Prepared all documents and data organized in a folder, uploaded to Dropbox and shared with parties involved |
| 3/24/2021 | $ 1.50 | Held scheduled Zoom call with all parties involved to provide an update on the project |
| 3/26/2021 | $ 1.50 | Contacted friend at BSEE in Pipeline Section and a friend in the BSEE Oil Spill Division. They both said it is related to this NTL in 2007. It lists certain blocks that AL considers itself affected for ROWs, while it considers all blocks offshore AL affected for Plans. Provided copy of NTL that explains reasoning. |
| 4/12/2021 | $ 4.00 | Jonathan requested to identify 10 additional blocks provided by email to in the Fieldwood blocks already previously shown on the map. |

| | |
|---|---|
| TOTAL HOURS | $ 88.00 |
| HOURLY RATE | $ 150.00 |
| SUPPLIES/EXPENSES | $ 100.00 |
| TOTAL INVOICE | $ 13,300.00 |

Johnson, Rhett

| | |
|---|---|
| **From:** | Hunter, Jonathan |
| **Sent:** | Tuesday, May 25, 2021 12:09 PM |
| **To:** | Johnson, Rhett; _ACCOUNTS PAYABLE |
| **Cc:** | Noe, James; Blache, Julie |
| **Subject:** | RE: Check Request - Jonathan Hunter for Energy Data Solutions |

We pre-paid (through a retainer) $5,000 of this – so, the firm needs to receive the entire $13,300 and we'll need to pay the vendor $8,300, showing previous payment of $5000.

**Jonathan Hunter    Partner**
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

From: Johnson, Rhett <rhettjohnson@joneswalker.com>
Sent: Tuesday, May 25, 2021 10:44 AM
To: _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
Cc: Hunter, Jonathan <jhunter@joneswalker.com>; Noe, James <jnoe@joneswalker.com>; Blache, Julie
<jblache@joneswalker.com>
Subject: Check Request - Jonathan Hunter for Energy Data Solutions
Importance: High

Good morning, please see the above attachment for a check request to be paid to Energy Data Solutions, LLC
on behalf of Jonathan Hunter. I have included emails in the last few pages of the attachment for some
background information and context. If possible please have this expense posted on next month's bill for
Fieldwood Restructuring.

Many thanks,
Rhett

**Rhett Johnson**
Government Relations Specialist
D: 202.203.1044
rhettjohnson@joneswalker.com

# JONES
# WALKER

Jones Walker LLP
499 S Capitol St SW, Ste 600
Washington, D.C. 20003
joneswalker.com

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Johnson, Rhett |
| **Sent:** | Tuesday, May 25, 2021 12:34 PM |
| **To:** | Hunter, Jonathan; _ACCOUNTS PAYABLE |
| **Cc:** | Noe, James; Blache, Julie |
| **Subject:** | RE: Check Request - Jonathan Hunter for Energy Data Solutions |
| **Attachments:** | Check Request - Fieldwood Matter.pdf; Check Request - OG Matter .pdf |

All, after further consultations with Jonathan and Caroline Armstrong we have figured out the proper procedure. As Fieldwood has already paid $5,000 of the $13,300 (which originally was $10,200 but further work was added under this file), a new check must be issued to Energy Data Solutions under the Fieldwood matter in the amount of $8,300.

Separately, work was done by Energy Data Solutions for another client, O.G. Oil and Gas Corporation, in the amount of $3,150. I have attached a separate check request to be issued under that file number.

Jonathan has requested from Accounting that he be notified when the checks are sent out. Please don't hesitate to reach out to me if you have any questions.

Many thanks,
Rhett

**Rhett Johnson**   Government Relations Specialist
Jones Walker LLP
D: 202.203.1044
rhettjohnson@joneswalker.com

From: Hunter, Jonathan <jhunter@joneswalker.com>
Sent: Tuesday, May 25, 2021 12:09 PM
To: Johnson, Rhett <rhettjohnson@joneswalker.com>; _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
Cc: Noe, James <jnoe@joneswalker.com>; Blache, Julie <jblache@joneswalker.com>
Subject: RE: Check Request - Jonathan Hunter for Energy Data Solutions

We pre-paid (through a retainer) $5,000 of this – so, the firm needs to receive the entire $13,300 and we'll need to pay the vendor $8,300, showing previous payment of $5000.

**Jonathan Hunter**  Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

From: Johnson, Rhett <rhettjohnson@joneswalker.com>
Sent: Tuesday, May 25, 2021 10:44 AM
To: _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
Cc: Hunter, Jonathan <jhunter@joneswalker.com>; Noe, James <jnoe@joneswalker.com>; Blache, Julie <jblache@joneswalker.com>
Subject: Check Request - Jonathan Hunter for Energy Data Solutions
Importance: High

1

Good morning, please see the above attachment for a check request to be paid to Energy Data Solutions, LLC on behalf of Jonathan Hunter. I have included emails in the last few pages of the attachment for some background information and context. If possible please have this expense posted on next month's bill for Fieldwood Restructuring.

Many thanks,
Rhett

**Rhett Johnson**
Government Relations Specialist
D: 202.203.1044
rhettjohnson@joneswalker.com



Jones Walker LLP
499 S Capitol St SW, Ste 600
Washington, D.C. 20003
joneswalker.com

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 12:49 PM |
| **To:** | Bowers, Laura |
| **Cc:** | Hunter, Jonathan; Johnson, Rhett |
| **Subject:** | RE: Check Request - Jonathan Hunter for Energy Data Solutions |

Pay and hold until JW is paid

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

From: Bowers, Laura <lbowers@joneswalker.com>
Sent: Tuesday, May 25, 2021 12:47 PM
To: Bruns, Andrew <abruns@joneswalker.com>
Subject: FW: Check Request - Jonathan Hunter for Energy Data Solutions

Please approve these two over $1,000 requests
- $8,300.00 request for Energy Data Solutions, LLC
- $3,150.00 request for Energy Data Solutions, LLC

$8,300.00 request for Energy Data Solutions, LLC

1



5/25/2021 12:44:48 PM

| | |
|---|---|
| Matter Number: | 178208-00 |
| Matter Name: | 178208-00 |
| Client Number: | 45043 |
| Client Name: | FIELDWOOD ENERGY LLC |

<< Previous    Next >>

☐ List Related Matters

Select Detail

Time & Fee Summary    Go    ☐ View As Master Matter

Refresh

| | Accounts Receivable | Unbilled Fees/Costs |
|---|---|---|
| 0 to 30 | 258,284.09 | 256,533.85 |
| 31 to 60 | 250,176.57 | 15.91 |
| 61 to 90 | 139,232.60 | 0.00 |
| 91+ | 0.00 | 0.00 |
| Total | 647,693.26 | 256,549.76 |

OP  Open

Date Opened:
06/08/2020

Date Closed:

| | Billed To Date | Unbilled |
|---|---|---|
| Fees: | 1,849,099.00 | 241,807.00 |
| Costs: | 18,684.33 | 14,742.76 |
| Other: | 0.00 | |

Unallocated Payments:
0.00

Interim Bills:
0.00

Non Billable:
0.00

Net Unbilled Fees:
241,807.00

| Last | Date | Amount |
|---|---|---|
| Bill: | 05/13/2021 | 258,284.09 |
| Payment: | 04/16/2021 | 363,298.48 |
| Time Entry: | 05/24/2021 | |

Total Investment:
904,243.02



| Client Number: | 45043 | ☐ Check if related client |
| Joint Group: | | 5/25/2021 12:45:24 PM |
| Matter starts with: | | |

| Currency | Description | Matter Count | Select Currency |
|---|---|---|---|
| | | | |

Select Detail  | Time & Fee Summary | ▼ |  Go  |  Refresh

| | Accounts Receivable | Unbilled Fees/Costs |
|---|---|---|
| 0 to 30 | 259,791.14 | 259,896.35 |
| 31 to 60 | 250,178.57 | 28,924.96 |
| 61 to 90 | 139,232.60 | 0.00 |
| 91+ | 0.00 | 990.99 |
| Total: | 649,200.31 | 289,812.30 |

| | Billed To Date | Unbilled |
|---|---|---|
| Fees: | 2,573,385.25 | 245,964.50 |
| Costs: | 37,336.13 | 43,847.80 |
| Other: | 0.00 | |

| Last | Date | Amount |
|---|---|---|
| Bill: | 05/13/2021 | 258,284.09 |
| Payment: | 04/16/2021 | 363,760.08 |

Unallocated Payments:
0.00

Interim Bills:
0.00

Non Billable:
0.00

Net Unbilled Fees:
245,964.50

Total Investment:
939,012.61

Credit Limit

Percent Used:

$3,150.00 request for Energy Data Solutions, LLC

3



5/25/2021 12:46:12 PM

Matter Number: 182058-00
Matter Name: 182058-00
Client Number: 48844
Client Name: O.G. OIL & GAS CORPORATION

<< Previous    Next >>
☐ List Related Matters

Select Detail
Time & Fee Summary    Go    ☐ View As Master Matter

Refresh

| | Accounts Receivable | Unbilled Fees/Costs |
|---|---|---|
| 0 to 30 | 0.00 | 19,455.00 |
| 31 to 60 | 0.00 | 0.00 |
| 61 to 90 | 0.00 | 0.00 |
| 91+ | 0.00 | 0.00 |
| Total | 0.00 | 19,455.00 |

OP  Open
Date Opened:
05/07/2021
Date Closed:

| | Billed To Date | Unbilled |
|---|---|---|
| Fees: | 0.00 | 19,455.00 |
| Costs: | 0.00 | 0.00 |
| Other: | 0.00 | |

Unallocated Payments:
0.00
Interim Bills:
0.00
Non Billable:
0.00
Net Unbilled Fees:
19,455.00
Total Investment:
19,455.00

| Last | Date | Amount |
|---|---|---|
| Bill: | | 0.00 |
| Payment: | | 0.00 |
| Time Entry: | 05/21/2021 | |

4



Laura E. Bowers     Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8445
lbowers@joneswalker.com

**From:** Johnson, Rhett <rhettjohnson@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 12:34 PM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>; _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Blache, Julie <jblache@joneswalker.com>
**Subject:** RE: Check Request - Jonathan Hunter for Energy Data Solutions

All, after further consultations with Jonathan and Caroline Armstrong we have figured out the proper procedure. As Fieldwood has already paid $5,000 of the $13,300 (which originally was $10,200 but further work was added under this file), a new check must be issued to Energy Data Solutions under the Fieldwood matter in the amount of $8,300.

Separately, work was done by Energy Data Solutions for another client, O.G. Oil and Gas Corporation, in the amount of $3,150. I have attached a separate check request to be issued under that file number.

Jonathan has requested from Accounting that he be notified when the checks are sent out. Please don't hesitate to reach out to me if you have any questions.

Many thanks,
Rhett

5

**Rhett Johnson** | Government Relations Specialist
Jones Walker LLP
D: 202.203.1044
rhettjohnson@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 12:09 PM
**To:** Johnson, Rhett <rhettjohnson@joneswalker.com>; _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Blache, Julie <jblache@joneswalker.com>
**Subject:** RE: Check Request - Jonathan Hunter for Energy Data Solutions

We pre-paid (through a retainer) $5,000 of this – so, the firm needs to receive the entire $13,300 and we'll need to pay the vendor $8,300, showing previous payment of $5000.

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Johnson, Rhett <rhettjohnson@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 10:44 AM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Hunter, Jonathan <jhunter@joneswalker.com>; Noe, James <jnoe@joneswalker.com>; Blache, Julie <jblache@joneswalker.com>
**Subject:** Check Request - Jonathan Hunter for Energy Data Solutions
**Importance:** High

Good morning, please see the above attachment for a check request to be paid to Energy Data Solutions, LLC on behalf of Jonathan Hunter. I have included emails in the last few pages of the attachment for some background information and context. If possible please have this expense posted on next month's bill for Fieldwood Restructuring.

Many thanks,
Rhett

**Rhett Johnson**
Government Relations Specialist
D: 202.203.1044
rhettjohnson@joneswalker.com



Jones Walker LLP
499 S Capitol St SW, Ste 600
Washington, D.C. 20003
**joneswalker.com**

6

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| CHRISTOPHER K. UFERS | MAIL CHECK | |
| | RETURN CHECK TO CHRIS ULFERS | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | CHRIS ULFERS |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- ☐ TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ☐ ARBITRATORS/MEDIATORS - E121
- ☐ COURT FEES - E112
- ☐ DELIVERY SERVICES/MESSENGERS - E107
- ☐ DEPOSITION TRANSCRIPTS - E115
- ☐ EXPERTS - E119

- ☐ LOCAL COUNSEL - E122
- ☐ MEALS - E111
- ☐ OTHER PROFESSIONALS - E123
- ☐ OUTSIDE PRINTING - E102
- ☐ PRIVATE INVESTIGATORS - E120
- ☐ SUBPOENA FEES - E113
- ☐ TRIAL EXHIBITS - E117
- ☐ TRIAL TRANSCRIPTS - E116
- ☐ WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:51 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG7V
Agency Tracking ID: 76109243320
Transaction Type: Sale
Transaction Date: 05/25/2021 12:51:00 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: G01757; Area and Block: BAA 105; Facility/Rig and Well No.: A; PINC No. G111; Maintenance of Structure in Safe Condition

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible. Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are
attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**   Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**   Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks -- we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

⎰ OPERATING

⎰ TRUST

⎰ BARONNE TITLE

⎰ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | **CHRIS ULFERS** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | **$5,700.00** |

FORM A-6 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✔ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| From: | notification@pay.gov |
|---|---|
| Sent: | Tuesday, May 25, 2021 11:50 AM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG7O
Agency Tracking ID: 76109243261
Transaction Type: Sale
Transaction Date: 05/25/2021 12:49:40 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: G01848; Area and Block: HI 129; Facility/Rig and Well No.: 1; PINC No. G113; Availability of Platform for Inspection

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320     M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**   Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**   Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

| | OPERATING |
| --- | --- |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
| --- | --- | --- | --- |
| FILE NO. | 17820800 | **FIELDWOOD ENERGY** **FIELDWOOD RESTRUCTURING** | **May 25, 2021** |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
| --- | --- | --- |
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✔ |

| PAYMENT FOR: | NAME | |
| --- | --- | --- |
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | **CHRIS ULFERS** | |
| | SIGNATURE | _U K. Uf_ |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
| --- | --- | --- | --- |
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [✔] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

MAY 2 5 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:49 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG7J
Agency Tracking ID: 76109243228
Transaction Type: Sale
Transaction Date: 05/25/2021 12:48:42 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: G01848; Area and Block: HI 129; Facility/Rig and Well No.: 17; PINC No. P414; Monitoring of Casing Pressure

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

**Please see attached request plus backup. Please also note Andrew's approval below to process this. Please process as soon as possible.  Thank you!**

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320   M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
<culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**   Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
<culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the
credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed.
Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or
whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
<culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **FIELDWOOD ENERGY** **FIELDWOOD RESTRUCTURING** | **May 25, 2021** |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME | |
|---|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | **CHRIS ULFERS** | |
| | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:48 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG7B
Agency Tracking ID: 76109241202
Transaction Type: Sale
Transaction Date: 05/25/2021 12:47:58 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: G01848; Area and Block: HI 129; Facility/Rig and Well No.: 17; PINC No. P313; PSV Testing

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this. Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320   M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | | AMOUNT | **$5,700.00** |
|---|---|---|---|
| **CHRISTOPHER K. UFERS** | | MAIL CHECK | |
| | | **RETURN CHECK TO CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | **$5,700.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 25 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:47 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG73
Agency Tracking ID: 76109241170
Transaction Type: Sale
Transaction Date: 05/25/2021 12:46:59 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: G01848; Area and Block: HI 129; Facility/Rig and Well No.: 17; PINC No. P280; SCSSV Testing

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

**Please see attached request plus backup. Please also note Andrew's approval below to process this.**
**Please process as soon as possible. Thank you!**

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement. The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals). The receipts are attached. Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
<culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**    Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
> <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the
> credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed.
> Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or
> whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**    Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
> <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE **FIELDWOOD ENERGY** | DATE **May 25, 2021** |
|---|---|---|---|
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: **CHRISTOPHER K. UFERS** | AMOUNT **$5,700.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** **CHRIS ULFERS** ✓ |

| PAYMENT FOR REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | NAME **CHRIS ULFERS** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9346 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT $5,700.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [✓] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

MAY 2 5 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:46 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG6R
Agency Tracking ID: 76109241136
Transaction Type: Sale
Transaction Date: 05/25/2021 12:46:04 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: G01848; Area and Block: HI 129; Facility/Rig and Well No.: 17; PINC No. G113; Availability of Platform for Inspection

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

**Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!**

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**   Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | **CHRIS ULFERS** |
| | SIGNATURE _U. K. Uf_ |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | **$5,700.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

MAY 25 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:43 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG6F
Agency Tracking ID: 76109241037
Transaction Type: Sale
Transaction Date: 05/25/2021 12:43:24 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No.: G04081; Area and Block: HIA 550; PINC No. P475; Diesel Tank (2)

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are
attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks -- we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charies Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

- OPERATING
- TRUST
- BARONNE TITLE
- BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **FIELDWOOD ENERGY** <br> **FIELDWOOD RESTRUCTURING** | **May 25, 2021** |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** <br> **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES <br> 38 APPEALS @ $150 EA <br> (PAID VIA PAY.GOV) | **CHRIS ULFERS** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [✓] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:42 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG68
Agency Tracking ID: 76109240996
Transaction Type: Sale
Transaction Date: 05/25/2021 12:42:20 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No.: G04081; Area and Block: HIA 550; PINC No. P475; Diesel Tank (1)

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

**Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible. Thank you!**

**Linda Schleicher-Dilks**    Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement. The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals). The receipts are attached. Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**    Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
<culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**   Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
<culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the
credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed.
Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or
whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
<culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>



Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

| | |
|---|---|
| ☐ | OPERATING |
| ☐ | TRUST |
| ☐ | BARONNE TITLE |
| ☐ | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **FIELDWOOD ENERGY**<br>**FIELDWOOD RESTRUCTURING** | **May 25, 2021** |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO**<br>CHRIS ULFERS | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES<br>38 APPEALS @ $150 EA<br>(PAID VIA PAY.GOV) | **CHRIS ULFERS** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:42 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG60
Agency Tracking ID: 76109239970
Transaction Type: Sale
Transaction Date: 05/25/2021 12:41:33 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No.: G04081; Area and Block: HIA 550; PINC No. P475; Atmosphere Vent Boom

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible. Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are
attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this -- I'll get them organized this afternoon.  JAH

**Jonathan Hunter**   Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | | AMOUNT | $5,700.00 |
|---|---|---|---|
| **CHRISTOPHER K. UFERS** | | MAIL CHECK | |
| | | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | |
| (PAID VIA PAY.GOV) | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [✓] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

MAY 25 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:41 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG5S
Agency Tracking ID: 76109238894
Transaction Type: Sale
Transaction Date: 05/25/2021 12:40:49 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No.: G04081; Area and Block: HIA 550; PINC No. P475; Sump Tank

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are
attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
<culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this — I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**    Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
> <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the
> credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed.
> Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or
> whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**    Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris
> <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | **CHRIS ULFERS** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 25 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:39 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

    Application Name: BSEE Fee for Appeals - AP
    Pay.gov Tracking ID: 26S7DG5M
    Agency Tracking ID: 76109238767
    Transaction Type: Sale
    Transaction Date: 05/25/2021 12:39:25 PM EDT
    Account Holder Name: Christopher K. Ulfers
    Transaction Amount: $150.00
    Card Type: Visa
    Card Number: ************0092

    Region: GOM
    Contact: Jonathan Hunter, 504-957-9647
    Company/Co No: Fieldwood Energy Offshore LLC 03035
    Appeal Description: Lease No.: G04081; Area and Block: HIA 550; PINC No. P313; PSV Testing

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320     M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

> Thanks, Andrew.

> Chris Ulfers and Chris Hubble will coordinate this — I'll get them organized this afternoon.  JAH

> **Jonathan Hunter**    Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com

> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood

> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

> Chris is copied in as a heads up

> **Andrew Bruns**    Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com

> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood

> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE | May 25, 2021 |
|---|---|---|---|---|
| FILE NO. | 17820800 | **FIELDWOOD ENERGY** **FIELDWOOD RESTRUCTURING** | | |

| PAYABLE TO: | AMOUNT | |
|---|---|---|
| **CHRISTOPHER K. UFERS** | | **$5,700.00** |
| | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME | |
|---|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | **CHRIS ULFERS** | |
| | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 25 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:38 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG5C
Agency Tracking ID: 76109238633
Transaction Type: Sale
Transaction Date: 05/25/2021 12:37:56 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: G04081; Area and Block: HIA 550; PINC No. P313; PSV Testing

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| From: | Bruns, Andrew |
| Sent: | Tuesday, May 25, 2021 2:36 PM |
| To: | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| Cc: | Ulfers, Chris |
| Subject: | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this. Please process as soon as possible. Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement. The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals). The receipts are attached. Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320     M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

- OPERATING
- TRUST
- BARONNE TITLE
- BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **FIELDWOOD ENERGY** **FIELDWOOD RESTRUCTURING** | **May 25, 2021** |

| PAYABLE TO: | AMOUNT |
|---|---|
| **CHRISTOPHER K. UFERS** | **$5,700.00** |
| | MAIL CHECK |
| | **RETURN CHECK TO** **CHRIS ULFERS** ✓ |

| PAYMENT FOR: | NAME: |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | **CHRIS ULFERS** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- ☐ TRUST CHECK
- ☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ☐ ARBITRATORS/MEDIATORS - E121
- ☐ COURT FEES - E112
- ☐ DELIVERY SERVICES/MESSENGERS - E107
- ☐ DEPOSITION TRANSCRIPTS - E115
- ☐ EXPERTS - E119

- ☐ LOCAL COUNSEL - E122
- ☐ MEALS - E111
- ☐ OTHER PROFESSIONALS - E123
- ☐ OUTSIDE PRINTING - E102
- ☐ PRIVATE INVESTIGATORS - E120
- ☐ SUBPOENA FEES - E113
- ☐ TRIAL EXHIBITS - E117
- ☐ TRIAL TRANSCRIPTS - E116
- ☐ WITNESS FEES - E114

MAY 25 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:35 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG52
Agency Tracking ID: 76109238390
Transaction Type: Sale
Transaction Date: 05/25/2021 12:35:28 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: J; PINC No. P280; Well QAY-J1st1

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible. Thank you!

**Linda Schleicher-Dilks**    Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**    Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**   Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**   Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✔ |

| PAYMENT FOR: | NAME: |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✔ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:35 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government

 **Pay.gov**

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG4U
Agency Tracking ID: 76109238320
Transaction Type: Sale
Transaction Date: 05/25/2021 12:34:29 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: J; PINC No. P280; Well QAY-J2st1

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**    Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are
attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**    Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-6 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:34 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG4R
Agency Tracking ID: 76109238252
Transaction Type: Sale
Transaction Date: 05/25/2021 12:33:50 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: J; PINC No. P280; Well QAY-J3st1

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

☐ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO CHRIS ULFERS** | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✔ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:33 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG4N
Agency Tracking ID: 76109238222
Transaction Type: Sale
Transaction Date: 05/25/2021 12:33:05 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: J; PINC No. P280; Well QAY-J4

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are
attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320   M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✔ |

| PAYMENT FOR: | NAME: |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✔ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:32 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG4H
Agency Tracking ID: 76109238176
Transaction Type: Sale
Transaction Date: 05/25/2021 12:31:57 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: H; PINC No. P280; Well QAY-H04

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are
attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**   Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**   Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT |
|---|---|
| **CHRISTOPHER K. UFERS** | **$5,700.00** |

MAIL CHECK

RETURN CHECK TO CHRIS ULFERS  ✓

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | |
| (PAID VIA PAY.GOV) | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [✓] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:31 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG4B
Agency Tracking ID: 76109238048
Transaction Type: Sale
Transaction Date: 05/25/2021 12:31:09 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: H; PINC No. P280; Well QAY-H01

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are
attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320     M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

&lt;image001.png&gt;
&lt;image002.png&gt;


&lt;image003.png&gt;


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | | AMOUNT | **$5,700.00** |
|---|---|---|---|
| **CHRISTOPHER K. UFERS** | | MAIL CHECK | |
| | | RETURN CHECK TO CHRIS ULFERS | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✔ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| From: | notification@pay.gov |
| --- | --- |
| Sent: | Tuesday, May 25, 2021 11:31 AM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG45
Agency Tracking ID: 76109238014
Transaction Type: Sale
Transaction Date: 05/25/2021 12:30:33 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: H; PINC No. P280; Well QAY-H02

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible. Thank you!

**Linda Schleicher-Dilks**    Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement. The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals). The receipts are
attached. Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**    Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help, I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

> Thanks, Andrew.

> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

> **Jonathan Hunter**   Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com

> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood

> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

> Chris is copied in as a heads up

> **Andrew Bruns**   Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com

> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood

> Andrew,

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | | AMOUNT | **$5,700.00** |
|---|---|---|---|
| **CHRISTOPHER K. UFERS** | | MAIL CHECK | |
| | | **RETURN CHECK TO CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:29 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG41
Agency Tracking ID: 76109237988
Transaction Type: Sale
Transaction Date: 05/25/2021 12:29:28 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: H; PINC No. P280; Well QAY-H03

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320   M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**    Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**    Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

\<image001.png\>
\<image002.png\>


\<image003.png\>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT |
|---|---|
| **CHRISTOPHER K. UFERS** | **$5,700.00** |

MAIL CHECK

RETURN CHECK TO
CHRIS ULFERS ✔

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES<br>38 APPEALS @ $150 EA<br>(PAID VIA PAY.GOV) | **CHRIS ULFERS** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | **$5,700.00** |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR
GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:29 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG3T
Agency Tracking ID: 76109237964
Transaction Type: Sale
Transaction Date: 05/25/2021 12:28:45 PM EDT
Account Holder Name: Jonathan Hunter
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: H; PINC No. P280; Well QAY-H05

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible. Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement. The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals). The receipts are
attached. Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320   M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

> Thanks, Andrew.

> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

> **Jonathan Hunter**    Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com

> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood

> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

> Chris is copied in as a heads up

> **Andrew Bruns**    Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com

> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood

> Andrew,

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here – $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>

<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| CHRISTOPHER K. UFERS | MAIL CHECK | |
| | RETURN CHECK TO CHRIS ULFERS | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | CHRIS ULFERS |
| 38 APPEALS @ $150 EA | |
| (PAID VIA PAY.GOV) | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [✓] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:28 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG3M
Agency Tracking ID: 76109236874
Transaction Type: Sale
Transaction Date: 05/25/2021 12:27:37 PM EDT
Account Holder Name: Jonathan Hunter
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: F; PINC No. P280; Well QAY-F9D

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**    Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**    Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks -- we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave. Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | | AMOUNT | **$5,700.00** |
|---|---|---|---|
| **CHRISTOPHER K. UFERS** | | MAIL CHECK | |
| | | **RETURN CHECK TO CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | |
| (PAID VIA PAY.GOV) | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:27 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG3J
Agency Tracking ID: 76109236792
Transaction Type: Sale
Transaction Date: 05/25/2021 12:26:58 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: F; PINC No. P280; Well QAY-F9

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT – matter 178208-00 |

Approved to reimburse

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT – matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**    Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are
attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**    Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**    Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**    Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

\<image001.png>
\<image002.png>


\<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ☐ TRUST CHECK | ☐ LOCAL COUNSEL - E122 |
| ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ MEALS - E111 |
| ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ OTHER PROFESSIONALS - E123 |
| ☐ ARBITRATORS/MEDIATORS - E121 | ☐ OUTSIDE PRINTING - E102 |
| ☐ COURT FEES - E112 | ☐ PRIVATE INVESTIGATORS - E120 |
| ☐ DELIVERY SERVICES/MESSENGERS - E107 | ☐ SUBPOENA FEES - E113 |
| ☐ DEPOSITION TRANSCRIPTS - E115 | ☐ TRIAL EXHIBITS - E117 |
| ☐ EXPERTS - E119 | ☐ TRIAL TRANSCRIPTS - E116 |
| | ☐ WITNESS FEES - E114 |

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:25 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG38
Agency Tracking ID: 76109235683
Transaction Type: Sale
Transaction Date: 05/25/2021 12:25:07 PM EDT
Account Holder Name: Jonathan Hunter
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: D;
PINC No. P280; Well QAY-D6

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

**Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!**

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320     M: 504.439.4028
CUlfers@joneswalker.com

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**   Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME **CHRIS ULFERS** |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | **$5,700.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [✓] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

MAY 25 2021

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Bowers, Laura**

| From: | notification@pay.gov |
| --- | --- |
| Sent: | Tuesday, May 25, 2021 11:24 AM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG32
Agency Tracking ID: 76109235657
Transaction Type: Sale
Transaction Date: 05/25/2021 12:24:27 PM EDT
Account Holder Name: Jonathan Hunter
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: D; PINC No. P280; Well QAY-D9

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here – $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE **FIELDWOOD ENERGY** **FIELDWOOD RESTRUCTURING** | DATE **May 25, 2021** |
|---|---|---|---|
| FILE NO. | 17820800 | | |

| PAYABLE TO: **CHRISTOPHER K. UFERS** | AMOUNT **$5,700.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** **CHRIS ULFERS** ✓ |

| PAYMENT FOR: **REIMBURSEMENT - BSEE APPEAL FEES** **38 APPEALS @ $150 EA** **(PAID VIA PAY.GOV)** | NAME **CHRIS ULFERS** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

MAY 25 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:24 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG2P
Agency Tracking ID: 76109235622
Transaction Type: Sale
Transaction Date: 05/25/2021 12:23:50 PM EDT
Account Holder Name: Jonathan Hunter
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: D; PINC No. P280; Well QAY-D12

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible. Thank you!

**Linda Schleicher-Dilks**    Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement. The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals). The receipts are attached. Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**    Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**    Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**    Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

| | |
|---|---|
| ☐ | OPERATING |
| ☐ | TRUST |
| ☐ | BARONNE TITLE |
| ☐ | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| CHRISTOPHER K. UFERS | MAIL CHECK | |
| | **RETURN CHECK TO CHRIS ULFERS** | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | | | |
|---|---|---|---|
| ☐ | TRUST CHECK | ☐ | LOCAL COUNSEL - E122 |
| ✔ | OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ | MEALS - E111 |
| ☐ | OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ | OTHER PROFESSIONALS - E123 |
| ☐ | ARBITRATORS/MEDIATORS - E121 | ☐ | OUTSIDE PRINTING - E102 |
| ☐ | COURT FEES - E112 | ☐ | PRIVATE INVESTIGATORS - E120 |
| ☐ | DELIVERY SERVICES/MESSENGERS - E107 | ☐ | SUBPOENA FEES - E113 |
| ☐ | DEPOSITION TRANSCRIPTS - E115 | ☐ | TRIAL EXHIBITS - E117 |
| ☐ | EXPERTS - E119 | ☐ | TRIAL TRANSCRIPTS - E116 |
| | | ☐ | WITNESS FEES - E114 |

MAY 25 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:23 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG2L
Agency Tracking ID: 76109235598
Transaction Type: Sale
Transaction Date: 05/25/2021 12:22:56 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00438; Area and Block: EI 175; Facility/Rig and Well No.: D; PINC No. P280; Well QAY-D21

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME: |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [✓] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

MAY 2 5 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:21 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG24
Agency Tracking ID: 76109235371
Transaction Type: Sale
Transaction Date: 05/25/2021 12:20:35 PM EDT
Account Holder Name: Jonathan Hunter
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: G13622; Area and Block: EI 173; PINC No. P280; Well QAY-G-02

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

> Thanks, Andrew.

> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

> **Jonathan Hunter**   Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com

> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood

> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

> Chris is copied in as a heads up

> **Andrew Bruns**   Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com

> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood

> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | | AMOUNT | $5,700.00 |
|---|---|---|---|
| **CHRISTOPHER K. UFERS** | | MAIL CHECK | |
| | | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | |
| (PAID VIA PAY.GOV) | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 25 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:20 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7DG1U
Agency Tracking ID: 76109235238
Transaction Type: Sale
Transaction Date: 05/25/2021 12:19:54 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: G13622; Area and Block: EI 173; PINC No. P280; Well QAY-G-03st2

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are
attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**   Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | **CHRIS ULFERS** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:19 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7C0VK
Agency Tracking ID: 76109234204
Transaction Type: Sale
Transaction Date: 05/25/2021 12:19:01 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: G13622; Area and Block: EI 173; PINC No. P280; Well QAY-G-04st1

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

**Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible. Thank you!**

**Linda Schleicher-Dilks**    Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**    Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**   Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | **$5,700.00** |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

MAY 2 5 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:18 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7C0V8
Agency Tracking ID: 76109234171
Transaction Type: Sale
Transaction Date: 05/25/2021 12:18:07 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: G13622; Area and Block: EI 173; PINC No. P280; Well QAY-G-01

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320   M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**   Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

☐ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 11:16 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7C0UT
Agency Tracking ID: 76109234088
Transaction Type: Sale
Transaction Date: 05/25/2021 12:16:17 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No.: 00443; Area and Block: EI 188; PINC No. L142

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

**Please see attached request plus backup. Please also note Andrew's approval below to process this. Please process as soon as possible. Thank you!**

**Linda Schleicher-Dilks**    Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**    Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**   Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| CHRISTOPHER K. UFERS | MAIL CHECK | |
| | **RETURN CHECK TO** CHRIS ULFERS | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | CHRIS ULFERS |
| | SIGNATURE  _U K. Uf_ |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 25 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 10:51 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7C0PJ
Agency Tracking ID: 76109226826
Transaction Type: Sale
Transaction Date: 05/25/2021 11:51:14 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No.: G04081; Area and Block: HIA 550; PINC No. P283; Well A-05

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

## Please see attached request plus backup. Please also note Andrew's approval below to process this. Please process as soon as possible. Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks -- we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>



Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

☐ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **FIELDWOOD ENERGY** **FIELDWOOD RESTRUCTURING** | **May 25, 2021** |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| CHRISTOPHER K. UFERS | MAIL CHECK | |
| | **RETURN CHECK TO** CHRIS ULFERS | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | **CHRIS ULFERS** |
| | SIGNATURE _(signature)_ |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

MAY 2 5 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 10:50 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7C0P2
Agency Tracking ID: 76109226757
Transaction Type: Sale
Transaction Date: 05/25/2021 11:49:59 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No.: G04081; Area and Block: HIA 550; PINC No. P283; Well A-04

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| From: | Bruns, Andrew |
| --- | --- |
| Sent: | Tuesday, May 25, 2021 2:36 PM |
| To: | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| Cc: | Ulfers, Chris |
| Subject: | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

From: Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
Sent: Tuesday, May 25, 2021 2:35 PM
To: _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
Cc: Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
Subject: REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible. Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

From: Ulfers, Chris <culfers@joneswalker.com>
Sent: Tuesday, May 25, 2021 11:55 AM
To: Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
Subject: FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00. Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**   Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**   Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

| | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | **CHRIS ULFERS** |
| | SIGNATURE *U. K. Uf* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [✓] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

MAY 2 5 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, May 25, 2021 10:48 AM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7C0OP
Agency Tracking ID: 76109226701
Transaction Type: Sale
Transaction Date: 05/25/2021 11:48:24 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No.: G04081; Area and Block: HIA 550; PINC No. P283; Well A-02

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

**Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!**

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**   Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance.  Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high.  Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed.  But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks -- we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can.  Can the firm provide a credit card that we can use for this purpose?  If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note:  because of FW's pending bankruptcy, FW's ability to front these costs is hampered.  There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

3

OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | $5,700.00 |
|---|---|---|
| CHRISTOPHER K. UFERS | MAIL CHECK | |
| | RETURN CHECK TO CHRIS ULFERS | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

| FOR ACCOUNTING USE ONLY | | | |
|---|---|---|---|
| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

MAY 25 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 10:47 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7C0OK
Agency Tracking ID: 76109226655
Transaction Type: Sale
Transaction Date: 05/25/2021 11:47:08 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No.: G04081; Area and Block: HIA 550; PINC No. P283; Well A-01

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible. Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

1

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:
>
> Thanks, Andrew.
>
> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH
>
> **Jonathan Hunter**    Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com
>
> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood
>
> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.
>
> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround
>
> Chris is copied in as a heads up
>
> **Andrew Bruns**    Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com
>
> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood
>
> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

☐ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820800 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
| **CHRISTOPHER K. UFERS** | MAIL CHECK | |
| | **RETURN CHECK TO** **CHRIS ULFERS** | ✓ |

| PAYMENT FOR: | NAME |
| REIMBURSEMENT - BSEE APPEAL FEES | **CHRIS ULFERS** |
| 38 APPEALS @ $150 EA | SIGNATURE |
| (PAID VIA PAY.GOV) | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 10:45 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7C0O2
Agency Tracking ID: 76109225514
Transaction Type: Sale
Transaction Date: 05/25/2021 11:45:18 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No.: G04081; Area and Block: HIA 550; PINC No. P280; Well A-06

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this.
Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**    Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**    Associate
Jones Walker LLP
D: 504.582.8320    M: 504.439.4028
CUlfers@joneswalker.com

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

Thanks, Andrew.

Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

**Jonathan Hunter**    Partner
Jones Walker LLP
D: 504.582.8279
JHunter@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** RE: Fieldwood

An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

Chris is copied in as a heads up

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Hunter, Jonathan <jhunter@joneswalker.com>
**Sent:** Friday, May 21, 2021 8:07 AM
**To:** Bruns, Andrew <abruns@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
**Subject:** Fieldwood

Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>



Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**

| | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 45043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **FIELDWOOD ENERGY** | **May 25, 2021** |
| FILE NO. | 17820600 | **FIELDWOOD RESTRUCTURING** | |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| CHRISTOPHER K. UFERS | MAIL CHECK | |
| | **RETURN CHECK TO** CHRIS ULFERS | ✓ |

| PAYMENT FOR: | NAME | **CHRIS ULFERS** |
|---|---|---|
| REIMBURSEMENT - BSEE APPEAL FEES 38 APPEALS @ $150 EA (PAID VIA PAY.GOV) | SIGNATURE | *U.K. Uf* |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ☐ TRUST CHECK | ☐ LOCAL COUNSEL - E122 |
| ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ MEALS - E111 |
| ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ OTHER PROFESSIONALS - E123 |
| ☐ ARBITRATORS/MEDIATORS - E121 | ☐ OUTSIDE PRINTING - E102 |
| ☐ COURT FEES - E112 | ☐ PRIVATE INVESTIGATORS - E120 |
| ☐ DELIVERY SERVICES/MESSENGERS - E107 | ☐ SUBPOENA FEES - E113 |
| ☐ DEPOSITION TRANSCRIPTS - E115 | ☐ TRIAL EXHIBITS - E117 |
| ☐ EXPERTS - E119 | ☐ TRIAL TRANSCRIPTS - E116 |
| | ☐ WITNESS FEES - E114 |

MAY 2 5 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 25, 2021 10:42 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26S7C0NE
Agency Tracking ID: 76109225210
Transaction Type: Sale
Transaction Date: 05/25/2021 11:41:55 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No.: G04081, Area and Block: HIA 550PINC No. E120

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

  Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Tuesday, May 25, 2021 2:36 PM |
| **To:** | Schleicher-Dilks, Linda; _ACCOUNTS PAYABLE |
| **Cc:** | Ulfers, Chris |
| **Subject:** | RE: REIMBURSEMENT - matter 178208-00 |

Approved to reimburse

**Andrew Bruns**   Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 2:35 PM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ulfers, Chris <culfers@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>
**Subject:** REIMBURSEMENT - matter 178208-00

Please see attached request plus backup. Please also note Andrew's approval below to process this. Please process as soon as possible.  Thank you!

**Linda Schleicher-Dilks**   Legal Secretary
Jones Walker LLP
D: 504.582.8179
lsdilks@joneswalker.com

**From:** Ulfers, Chris <culfers@joneswalker.com>
**Sent:** Tuesday, May 25, 2021 11:55 AM
**To:** Schleicher-Dilks, Linda <lsdilks@joneswalker.com>
**Subject:** FW: Fieldwood

Linda,

I need help with a big reimbursement.  The total is **$5,700** in BSEE appeal fees ($150 per appeal, 38 appeals).  The receipts are attached.  Andrew authorized this to be paid up front and reimbursed, per the below.

File no. is 178208-00.  Could you please process asap?

Thanks,

Chris

**Christopher K. Ulfers**   Associate
Jones Walker LLP
D: 504.582.8320   M: 504.439.4028
CUlfers@joneswalker.com

**From:** Bruns, Andrew
**Sent:** Friday, May 21, 2021 10:18 AM
**To:** Hunter, Jonathan <jhunter@joneswalker.com>
**Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
**Subject:** Re: Fieldwood

Please let me know if you need any help. I'll be around

> On May 21, 2021, at 10:17 AM, Hunter, Jonathan <jhunter@joneswalker.com> wrote:

> Thanks, Andrew.

> Chris Ulfers and Chris Hubble will coordinate this – I'll get them organized this afternoon.  JAH

> **Jonathan Hunter**    Partner
> Jones Walker LLP
> D: 504.582.8279
> JHunter@joneswalker.com

> **From:** Bruns, Andrew <abruns@joneswalker.com>
> **Sent:** Friday, May 21, 2021 9:41 AM
> **To:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>; Hubbell, Christopher <chubbell@joneswalker.com>
> **Subject:** RE: Fieldwood

> An atty can put them on their credit card, get reimbursed directly into their checking account well before the credit card is due and get the points for the purchases.

> Or you can use paralegal Chris Hubbell who has a firm credit card expressly for filing fees to get them filed. Same process as getting a check and I would recommend putting it altogether well ahead of time so Chris or whomever can get them all filed on a timely basis as these things seem to always need a quick turnaround

> Chris is copied in as a heads up

> **Andrew Bruns**    Chief Financial Officer
> Jones Walker LLP
> D: 504.582.8508
> abruns@joneswalker.com

> **From:** Hunter, Jonathan <jhunter@joneswalker.com>
> **Sent:** Friday, May 21, 2021 8:07 AM
> **To:** Bruns, Andrew <abruns@joneswalker.com>
> **Cc:** Noe, James <jnoe@joneswalker.com>; Dicharry, Sarah <sdicharry@joneswalker.com>; Ulfers, Chris <culfers@joneswalker.com>
> **Subject:** Fieldwood

> Andrew,

2

Next week, we are going to file 40 administrative appeals for Fieldwood, each of which requires payment of a $150 appeal fee in advance. Then, by the end of June, we will file at least 100 more such appeals – and maybe 200 more – the number is a moving target at the moment, but it's going to be high. Typically, we file fewer than 5 such appeals and usually one of the lawyers simply puts the appeal fee on a personal credit card and gets reimbursed. But given the volume here -- $6,000 in filing fees next week and thousands of dollars more in the coming weeks – we need the firm's assistance with this.

**It is imperative that the logistics of getting the filing fees paid not get in the way of filing these appeals in a timely fashion – i.e., we need to get the filing fees paid as soon as we can. Can the firm provide a credit card that we can use for this purpose? If not, is there a bank account number that we can use?**

After we get the 40 appeals filed early next week, we'll have a bit of time before getting to the next wave of filings – so whatever we do for the 40 appeals next week does not necessarily need to be the same mechanism we use for the additional appeals we will file in June.

Note: because of FW's pending bankruptcy, FW's ability to front these costs is hampered. There's no question that the firm will recover 100 percent of these costs through the bankruptcy approval process (unlike with our fees, there's no 20 percent holdback).

**Jonathan Hunter**
Partner
D: 504.582.8279
JHunter@joneswalker.com

<image001.png>
<image002.png>


<image003.png>


Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**



# Cost Summary Report

### Client: Fieldwood Energy LLC

**Relativity Project Number:** 1322468
**Report Date:** 5/31/2021
**Due Date:** 6/30/2021
**Matter Number:** 17820800

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

**Matter Name:** Fieldwood Restructuring

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | .58 GB | *Flat Fee - $50* | *Flat Fee - $50* |
| **Relativity Users** | Monthly License Fee<br><br>Licensed Users: | 0 | *n/a* | $0 |
| | | | ***Balance Due*** | *$50.00* |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

{Monthly Cost Summary Report.1}

# Reproduction Request

Scan ☐    Copy ☐    Print ☑

File/Ref# 17820800

Date Needed   5/27/21

Tel. Ext.

Name   Ulfers, Chris

User No#   _____   Floor   48

### Time Needed

| | | |
|---|---|---|
| ☐ By 9 A.M. | ☑ By 2 P.M. | ☐ By 7 P.M. |
| ☐ By 10 A.M. | ☐ By 3 P.M. | ☐ By 8 P.M. |
| ☐ By 11 A.M. | ☐ By 4 P.M. | ☐ By 9 P.M. |
| ☐ By Noon | ☐ By 5 P.M. | ☐ By 10 P.M. |
| ☐ By 1 P.M. | ☐ By 6 P.M. | ☐ By 11 P.M. |

## Job Description

| No. of Copies | Item | |
|---|---|---|
| 5 | please print 5 copies of this in color? File no. is 178208-00. Thanks. | |
| | | |
| | | |
| | | |

Paper Size:  ☑ 8-1/2 x 11    ☐ Reduction    ☐ Exactly as original
☐ 8-1/2- x 14    ☑ 1-sided    ☐ Do not unstaple originals
☐ 11 x 17    ☐ 2-sided

Binding:  ☑ Collate    ☐ Staple _____    ☐ Hot Stamping
☐ Three Hole Punch    ☐ Velo Bind _____    Color _____
☐ GBC    ☐ Two Hole Punch (Acco)    Size _____

## Comments or Special Instructions

Distribution:  ☐ (if other than requestor)    ☐ Mailroom

to:

Page Count: 365    Time Completed: _____

Operator:   Ryan

**EXHIBIT G**

**JUNE FEE STATEMENT**
**(June 1, 2021 – June 24, 2021)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,* | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF JONES WALKER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR
THE PERIOD JUNE 1, 2021 THROUGH JUNE 24, 2021**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Role of Applicant in case: | Special Counsel for Debtors |
| Date order of employment signed: | October 6, 2020 [Docket No. 411] |
| Time period covered by this statement: | June 1, 2021 through June 24, 2021 |
| **Summary of Total Fees and Expenses Requested** ||
| Total fees requested in this statement: | $307,725.00 |
| Total expenses requested in this statement: | $5,047.69 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $312,772.69 |
| **Summary of Attorney Fees Requested** ||
| Total attorney fees requested in this statement: | $307,443.00 |
| Total attorney hours covered by this statement: | 527.30 |
| Average hourly rate for attorneys: | $583.05 |
| **Summary of Paraprofessional Fees Requested** ||
| Total paraprofessional fees requested in this statement: | $282.00 |
| Total paraprofessional hours covered by this statement: | 1.6 |
| Average hourly rate for paraprofessionals: | $176.25 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 367], each party receiving notice of the monthly fee statement will have 14 days after the date of service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), Jones Walker LLP ("**Jones Walker**"), Special Counsel for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"), submits this monthly statement of services rendered and expenses incurred in this case for the period of June 1, 2021 through June 24, 2021 (the "**Statement Period**").[2]

## I.    Itemization of Services Rendered by Jones Walker

A.    The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Jones Walker seeks compensation.

| Name | Position/ Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $700.00 | 68.5 | $47,950.00 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $700.00 | 193.80 | $135,660.00 |

---

[2]    For clarity, Jones Walker notes that certain fees and expenses requested in this statement were accrued outside of the Statement Period and inadvertently omitted from previous statements.

| Name | Position/Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Jefferson R. Tillery | Partner/Maritime | La. 1986 | $700.00 | 14.0 | $9,800.00 |
| Pauline F. Hardin | Partner/Litigation | La. 1974 | $625.00 | 10.4 | $6,500.00 |
| Joseph E. Bain | Partner/Bankruptcy & Restructuring | Tex. 2013 | $600.00 | 1.8 | $1,080.00 |
| David M. Hunter | Partner/Corporate | La. 1982 | $580.00 | 1.0 | $580.00 |
| Richard D. Bertram | Partner/Maritime | La. 1986 | $565.00 | 40.8 | $23,052.00 |
| Kristina M. Johnson | Partner/Bankruptcy & Restructuring | Miss. 1992 | $500.00 | 2.9 | $1,450.00 |
| Grady S. Hurley | Partner/Maritime | La. 1979 | $490.00 | 2.2 | $1,078.00 |
| Sarah Y. Dicharry | Partner/Litigation | La. 2012 | $460.00 | 86.8 | $39,928.00 |
| Chris Ulfers | Associate/Maritime | La. 2015 | $450.00 | 34.5 | $15,525.00 |
| Paul O. Woodall, Jr. | Partner/Corporate | Ala. 1995 | $410.00 | 4.6 | $1,886.00 |
| Mark T. Davis | Partner/Corporate | Miss. 1984 | $395.00 | 1.2 | $474.00 |
| Elise M. Henry | Associate/Litigation | La. 2014 | $350.00 | 44.8 | $15,680.00 |
| Gabrielle A. Ramirez | Associate/Bankruptcy & Restructuring | Tex. 2019 | $340.00 | 20.00 | $6,800.00 |
| Ryan P. Smith | Paraprofessional | N/A | $210.00 | 0.3 | $63.00 |

| Name | Position/Department | State and Year of Bar Admission | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Julie C. Castex | Paraprofessional | N/A | $180.00 | 0.8 | $144.00 |
| Jan Mollet | Paraprofessional | N/A | $150.00 | 0.5 | $75.00 |
| **TOTAL** | | | | **528.9** | **$307,725.00** |

B.      The time records of Jones Walker consisting of a daily breakdown of the time spent by each person on each day, and details as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

## II.      Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by Jones Walker by task categories and provides a summary of disbursements incurred by category of disbursement.

A.      Services Rendered

The following services were rendered in the following task categories:

| Task Code | Task Category | Hours | Fees Earned |
|---|---|---|---|
| B110 | Case Administration | 16.6 | $9,235.00 |
| B160 | Fee/Employment Applications | 20.0 | $6,800.00 |
| B180 | Avoidance Action Analysis | 193.8 | $135,660.00 |
| B190 | Other Contested Matters | 157.1 | $88,958.00 |
| B210 | Business Operations | 41.3 | $23,127.00 |
| B230 | Financing/Cash Collection | 1.0 | $580.00 |
| B240 | Tax Issues | 4.6 | $1,886.00 |
| B250 | Real Estate | 1.2 | $474.00 |
| B410 | General Bankruptcy Advice | 14.0 | $9,800.00 |
| B420 | Restructuring | 79.3 | $31,005.00 |
| **TOTAL** | | **528.9** | **$307,725.00** |

{HD117449.1}                                  4

A detailed itemization of the services rendered and resulting fees in each of the above task categories is set forth in **Exhibit A**.

B.    Disbursements Incurred

The disbursements incurred by Jones Walker for expenses in this Statement are as follows:

| Expense | Amount |
|---|---|
| Delivery Services | $322.97 |
| Deposition Transcripts | $300.00 |
| Long Distance | $111.55 |
| Computer Legal Research | $1,168.35 |
| Court Fees | $0.10 |
| Litigation Support | $2,850.00 |
| Other | $294.72 |
| **TOTAL** | **$5,047.69** |

C.    Accordingly, the amount of fees and expenses payable for this Statement Period is $251,227.69, which is calculated as follows:

| Description | Amount |
|---|---|
| Total Fees for Services Rendered | $307,725.00 |
| Twenty Percent (20%) Holdback | $61,545.00 |
| Fees Minus Holdback | $246,180.00 |
| Total Expenses for Disbursements Incurred (100%) | $5,047.69 |
| **TOTAL** | **$251,227.69** |

[*Remainder of page intentionally left blank.*]

WHEREFORE, pursuant to the Interim Compensation Order, Jones Walker requests payment of compensation in the amount of (i) $246,180.00 (80% of $307,725.00) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $5,047.69 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $251,227.69 for the Statement Period.

Dated: June 29, 2021                              Respectfully submitted,

                                                  **JONES WALKER LLP**

                                                  */s/ James Noe*
                                                  James Noe (TX Bar No. 24040178)
                                                  811 Main Street, Suite 2900
                                                  Houston, Texas 77002
                                                  Tel:  713-437-1800
                                                  Fax:  713-437-1801
                                                  Email: jnoe@joneswalker.com

                                                  -and-

                                                  Mark A. Mintz (SDTX No. 1140193)
                                                  201 St. Charles Avenue, 49th Floor
                                                  New Orleans, Louisiana 70170
                                                  Tel:  504-582-8368
                                                  Fax:  504-589-8368
                                                  Email: mmintz@joneswalker.com

                                                  ***Special Counsel for Fieldwood Energy, LLC et al.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, a true and correct copy of the foregoing Monthly Fee Statement was duly served upon the following parties via email as ordered in the Interim Compensation Order [Docket No. 367] entered on September 17, 2020.

**Debtors**
Fieldwood Energy LLC
Mike Dane (mdane@fwellc.com)
Tommy Lamme (tlamme@fwellc.com)

**Counsel to the Debtors**
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq. (matt.barr@weil.com)
Alfredo R. Pérez, Esq. (alfredo.perez@weil.com)
Jessica Liou, Esq. (jessica.liou@weil.com)

**Counsel to the Ad Hoc Group of Secured Lenders**
Davis Polk & Wardwell LLP
Damian S. Schaible, Esq. (damian.schaible@davispolk.com)
Natasha Tsiouris, Esq. (natasha.tsiouris@davispolk.com)

Haynes and Boone, LLP
Charles A. Beckham Jr., Esq. (charles.beckham@haynesboone.com)
Martha Wyrick, Esq. (martha.wyrick@haynesboone.com)

**Office of the U.S. Trustee for the Southern District of Texas**
Hector Duran (hector.duran.jr@usdoj.gov)
Stephen Statham (stephen.statham@usdoj.com)

**Counsel to the Creditors' Committee**
Stroock & Stroock & Lavan LLP
Sherry Millman, Esq. (smillman@stroock.com)
Kenneth Pasquale, Esq. (kpasquale@stroock.com)

*/s/ James Noe*
James Noe

## **<u>Exhibit A</u>**

Itemization of Services Rendered and Disbursements Incurred

6905     45043

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

FIELDWOOD ENERGY LLC                          JUNE 28, 2021
ATTN:  TOMMY LAMME                            INVOICE NO. 1080568
2000 W. SAM HOUSTON PKWY S., STE 1200
HOUSTON, TX 77042

RE:  FIELDWOOD RESTRUCTURING

FILE NO. 178208-00

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 06/01/21 | JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH FIELDWOOD TEAM RE GATHERING DATA TO SUPPORT LETTER TO BSEE RE TOTALITY OF INCS. | .60 | 420.00 |
| 06/01/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CALLS WITH JONES WALKER TEAM RE BRIEFING STRATEGY, INCLUDING FOLLOW UP EMAILS ON SAME. | .40 | 280.00 |
| 06/01/21 | JAH | B190 | A104 | BSEE INCS -- CONFERENCE WITH S. DICHARRY RE NEXT WAVE OF APPEALS. | .30 | 210.00 |
| 06/01/21 | JAH | B190 | A104 | BSEE INCS -- COORDINATE DELIVERY OF APPEAL PAPERS TO LAFAYETTE DISTRICT. | .30 | 210.00 |
| 06/01/21 | JN | B180 | A102 | RESEARCH AGENCY APPOINTMENT UNDER OPERATOR REGULATIONS. | .70 | 490.00 |
| 06/01/21 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH CLIENT AND COUNSEL FOR ENI REGARDING SETTLEMENT FOR PREDECESSOR LIABILITY. | 1.90 | 1,330.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    2
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/01/21 JN | B180 | A103 | REVISE BRIEF IN SUPPORT OF CONFIRMATION OF RESTRUCTURING PLAN. | 2.10 | 1,470.00 |
| 06/01/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH WEIL ON UPDATES WITH THE GOVERNMENT AND NEXT STEPS FOR THE WEEK. | .80 | 560.00 |
| 06/01/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH COUNSEL FOR SURETY AND SECURED LENDERS. | .70 | 490.00 |
| 06/01/21 JN | B180 | A109 | PARTICIPATE IN BOARD MEETING. | 1.00 | 700.00 |
| 06/01/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH COUNSEL FOR ENI TO DISCUSS STRUCTURAL ISSUES ON SETTLEMENT. | .70 | 490.00 |
| 06/01/21 KMJ | B110 | A101 | REVIEW FILE RE STATUS (.2); FOLLOW UP WITH G. RAMIREZ ON NEXT FEE APPLICATION DUE AND PROTOCOL GOING FORWARD FOR SECOND AND THIRD FEE APPLICATIONS (.1). | .30 | 150.00 |
| 06/01/21 MTD | B250 | A107 | EXCHANGE EMAILS WITH M. MALONEY AND OTHERS REGARDING REQUIREMENTS FOR RELEASES, CANCELLATIONS, AND COLLATERAL. | .20 | 79.00 |
| 06/01/21 PFH | B110 | A104 | REVIEW SUBMISSION TO EPA IN SIMILAR CASE. | .80 | 500.00 |
| 06/01/21 PFH | B110 | A107 | E MAIL TO/FROM MR CHESTER. | .10 | 62.50 |
| 06/01/21 POW | B240 | A104 | ANALYZE LARGE NUMBER OF EMAILS AND ATTACHMENTS (.6); MULTIPLE EMAILS WITH M. MALONEY AND M. DAVIS ON SAME (.2). | .80 | 328.00 |
| 06/01/21 RDB | B210 | A104 | REVIEW USCG 835/FACILITY INSPECTION REQUIREMENTS DATED APRIL 5, 2021 FOR EUGENE ISLAND 120 SPOT INSPECTION. | .30 | 169.50 |

FIELDWOOD ENERGY LLC                                    PAGE    3
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00

06/01/21 RDB   B210  A104  REVIEW REGULATIONS AT 46 CFR      .30      169.50
                          RELATED TO APPEAL RIGHTS AND
                          LEVELS OF APPEAL AVAILABLE TO
                          FIELDWOOD FOR ACTIONS TAKEN
                          BY DISTRICT 8 ON EUGENE
                          ISLAND 120.

06/01/21 RDB   B210  A104  REVIEW REGULATIONS CITED BY       .30      169.50
                          USCG IN 835/FACILITY
                          INSPECTION REQUIREMENTS.

06/01/21 RDB   B210  A103  REVISE WORKING DRAFT OF          1.80    1,017.00
                          FIELDWOOD'S INSERTS TO REPLY
                          MEMORANDUM IN ADVERSARY CASE
                          20-33948 RELATED TO ATLANTIC
                          MARITIME'S CLAIMS AND
                          LAWSUITS UNDER LOUISIANA OIL
                          WELL LIEN ACT.

06/01/21 CU    B420  A105  CORRESPOND WITH J. HUNTER, J.     .20       90.00
                          NOE, AND S. DICHARRY RE:
                          INITIAL SUBMISSION OF INC
                          APPEALS.

06/01/21 GAR   B160  A103  CONTINUE DRAFTING SECOND         2.70      918.00
                          INTERIM FEE APPLICATION OF
                          JONES WALKER, INCLUDING
                          REVIEWING THE JOHNSON FACTORS
                          AND APPLICABILITY TO
                          REPRESENTATION BY JONES
                          WALKER HERE.

06/01/21 GAR   B160  A105  DISCUSS STATUS OF JONES          .10       34.00
                          WALKER'S SECOND FEE
                          APPLICATION WITH J. NOE AND
                          K. JOHNSON.

06/01/21 J_M   B210  A108  HAND DELIVER APPEAL PACKAGE      .50       75.00
                          TO ROBERT OF THE BSEE
                          DISTRICT OFFICE IN LAFAYETTE,
                          LOUISIANA.

06/01/21 JCC   B110  A110  ORGANIZE PLEADINGS FOR J.        .80      144.00
                          TILLERY REVIEW.

06/02/21 JAH   B190  A104  ATLANTIC LIENS -- CORRESPOND     .70      490.00
                          WITH JONES WALKER AND WEIL
                          TEAMS RE FINALIZING
                          FIELDWOOD'S REPLY BRIEF.

```
FIELDWOOD ENERGY LLC                                    PAGE    4
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Init | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/02/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (T. LAMME) TO DISCUSS BOEM ADJUDICATION ISSUES. | .50 | 350.00 |
| 06/02/21 | JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE ON BOEM ADJUDICATION ISSUES. | .90 | 630.00 |
| 06/02/21 | JN | B180 | A103 | REVIEW TO ENI SETTLEMENT AGREEMENT, PROVIDING COMMENTS TO SAME. | .60 | 420.00 |
| 06/02/21 | JN | B180 | A103 | REVISE REPLY BRIEF TO ATLANTIC MARITIME'S OPPOSITION TO FIELDWOOD MOTION FOR SUMMARY JUDGMENT. | .80 | 560.00 |
| 06/02/21 | JN | B180 | A102 | RESEARCH PREDECESSOR ABILITY TO BE SURROGATED TO GOVERNMENT'S RIGHTS FOR CONTRIBUTION OF DECOMMISSIONING LIABILITY. | 1.30 | 910.00 |
| 06/02/21 | JN | B180 | A109 | VARIOUS CALLS WITH SECURED LENDERS COUNSEL. | .60 | 420.00 |
| 06/02/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (T. LAMME) TO DISCUSS OPEN REGULATORY AND BOEM ADJUDICATION ISSUES. | .60 | 420.00 |
| 06/02/21 | JN | B180 | A104 | REVIEW PREDECESSOR'S OBJECTION TO THE RESTRUCTURING PLAN, PROVIDING COMMENTS ON A REPLY. | 1.20 | 840.00 |
| 06/02/21 | JN | B180 | A102 | RESEARCH OPERATORSHIP AND AGENCY REGULATIONS. | .80 | 560.00 |
| 06/02/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (J. SEEGER) TO DISCUSS INC REMEDIATION. | .40 | 280.00 |
| 06/02/21 | PFH | B110 | A106 | CALL WITH R. SERGESKETTER AND T. CHESTER RE DOCUMENTS PRODUCED. | .70 | 437.50 |
| 06/02/21 | POW | B240 | A104 | REVIEW EMAIL FROM M. MALONEY. | .10 | 41.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE    5
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/02/21 | RDB | B210 | A103 | FINALIZE WORKING DRAFT OF FIELDWOOD'S REPLY MEMORANDUM IN ADVERSARY CASE 20-33948 RELATED TO CLAIMS OF ATLANTIC MARITIME AGAINST WORKING INTEREST OWNERS. | 1.80 | 1,017.00 |
| 06/02/21 | RDB | B210 | A103 | CORRESPOND WITH J. HUNTER AND J. NOE RELATED TO REPLY MEMORANDUM. | .30 | 169.50 |
| 06/02/21 | RDB | B210 | A103 | REVIEW CASE LAW RELATED TO MARITIME LAW ISSUES AND OCSLA FOR UPCOMING ORAL ARGUMENT ON JUNE 8, 2021 BEFORE JUDGE ISGUR IN ADVERSARY CASE 20-33948. | 1.80 | 1,017.00 |
| 06/02/21 | CU | B420 | A105 | CORRESPOND WITH J. HUNTER AND NOE AND S. DICHARRY RE: INITIAL SUBMISSION OF INC APPEALS. | .30 | 135.00 |
| 06/02/21 | GAR | B160 | A103 | BEGIN EDITING EXTENSIVE SUPPORTING DOCUMENTATION FOR JONES WALKER'S MAY MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 1.50 | 510.00 |
| 06/03/21 | JAH | B190 | A104 | BSEE INCS -- REVIEW INC SPREADSHEET (.8); DRAFT EMAIL RE TIMING OF APPEALS (.6). | 1.40 | 980.00 |
| 06/03/21 | JAH | B190 | A104 | SUPPLEMENTAL BONDING APPEALS -- REVIEW STATUS OF CONTINUATION OF STAY (.1); CORRESPOND WITH BOEM COUNSEL RE SAME (.2). | .30 | 210.00 |
| 06/03/21 | JAH | B190 | A104 | DEBARMENT -- CONFERENCE WITH S. DICHARRY RE DRAFTING EPA SUBMISSION. | .30 | 210.00 |
| 06/03/21 | JAH | B190 | A104 | BSEE INCS -- PARTICIPATE IN CALL WITH P. EILAND, B. SALTZMAN, S. BONNEN RE GATHERING DATA FOR LETTER TO BSEE, INCLUDING PREPARATION FOR SAME. | 1.00 | 700.00 |

```
FIELDWOOD ENERGY LLC                                  PAGE    6
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Atty | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/03/21 | JAH | B190 | A104 | BSEE INCS -- CALL WITH J. NOE RE APPEAL STRATEGY. | .20 | 140.00 |
| 06/03/21 | JAH | B190 | A104 | CONFERENCE WITH J. NOE RE DECOMMISSIONING SUBROGATION ISSUES. | .40 | 280.00 |
| 06/03/21 | JAH | B190 | A104 | CONFERENCE WITH J. NOE RE PLAN CONFIRMATION SCHEDULE AND IMPACT ON BSEE MATTERS. | .20 | 140.00 |
| 06/03/21 | JAH | B190 | A104 | CONFERENCE WITH J. NOE RE BOEM ADJUDICATION PROCEDURES. | .30 | 210.00 |
| 06/03/21 | JAH | B190 | A104 | PLAN CONFIRMATION -- ANALYZE BOEM PROCEDURES. | .30 | 210.00 |
| 06/03/21 | JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER TO DISCUSS APPEALS OF INC'S AND BOEM ADJUDICATION ISSUES. | .30 | 210.00 |
| 06/03/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (J. SEEGER) REGARDING INC REMEDIATION SCHEDULE. | .40 | 280.00 |
| 06/03/21 | JN | B180 | A104 | REVIEW PROPOSED CHANGES TO PROPOSAL TO GOVERNMENT TO SETTLE OUTSTANDING CIVIL PENALTIES. | .40 | 280.00 |
| 06/03/21 | JN | B180 | A102 | RESEARCH POTENTIAL FOR PREDECESSOR TO BE SURROGATED TO THE RIGHTS OF THE GOVERNMENT IF THE PREDECESSOR PERFORMS OR PAYS FOR DECOMMISSIONING. | 1.30 | 910.00 |
| 06/03/21 | JN | B180 | A104 | REVIEW REVISED TERM SHEET FOR ABANDONED PROPERTY PROVIDED BY HESS. | .50 | 350.00 |
| 06/03/21 | JN | B180 | A102 | RESEARCH FEDERAL PREEMPTION OF LOUISIANA MINERAL CODE IN RESPONSE TO PLAN OBJECTION MADE BY PREDECESSOR. | 1.20 | 840.00 |

FIELDWOOD ENERGY LLC                                    PAGE   7
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00

06/03/21 JN    B180  A103  DRAFT REPLY BRIEF TO            1.50    1,050.00
                           OBJECTION TO PLAN FILED BY A
                           PREDECESSOR.

06/03/21 JN    B180  A109  PARTICIPATE IN VARIOUS CALLS     .60      420.00
                           WITH COUNSEL FOR SECURED
                           LENDERS REGARDING REGULATORY
                           ISSUES.

06/03/21 JN    B180  A109  PARTICIPATE IN CONFERENCE        .90      630.00
                           CALL WITH LAWYERS FOR
                           DEPARTMENT OF INTERIOR AND
                           DEPARTMENT OF JUSTICE
                           REGARDING VARIOUS OUTSTANDING
                           BOEM ADJUDICATION ISSUES.

06/03/21 JN    B180  A109  PARTICIPATE IN CONFERENCE        .50      350.00
                           CALL WITH THE CLIENT AND WEIL
                           TO DISCUSS LATEST TERM SHEET
                           WITH HESS REGARDING ABANONDED
                           PROPERTIES.

06/03/21 JRT   B410  A104  REVIEW EMAILS RE ORAL           1.60    1,120.00
                           ARGUMENT (.5); REVIEW
                           MEMORANDA FOR ORAL ARGUMENT
                           (1.1).

06/03/21 POW   B240  A104  REVIEW EMAIL FROM M. MALONEY.    .10       41.00

06/03/21 RDB   B210  A104  REVIEW REPLY MEMORANDUM OF       .30      169.50
                           FIELDWOOD IN ADVERSARY ACTION
                           20-33948.

06/03/21 RDB   B210  A104  CORRESPONDENCE TO, FROM K.       .30      169.50
                           SIMMONS, WEIL GOTSCHAL,
                           RELATED TO UPCOMING ARGUMENT
                           AND NOTICES OF APPEARANCE OF
                           MARITIME COUNSEL FOR
                           FIELDWOOD.

06/03/21 RDB   B210  A105  MEET WITH MR. TILLERY RELATED    .80      452.00
                           TO ORAL ARGUMENT PREPARATIONS
                           AND MARITIME AND OCSLA.

06/03/21 SYD   B190  A104  PARTICIPATE IN CALL WITH P.      .60      276.00
                           EILAND, B. SALTZMAN, B.
                           MOORE, J. LOWE, AND S. BODDEN
                           REGARDING COLLECTING
                           ADDITIONAL INFORMATION TO
                           SUPPORT CHALLENGE TO BSEE

```
FIELDWOOD ENERGY LLC                                    PAGE    8
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


                       INCS, INCLUDING PREPARATION
                       FOR SAME.

06/03/21 EMH   B420  A104  RESEARCH LOUISIANA LAW RE        3.20     1,120.00
                       RIGHT OF SUBROGATION AND/OR
                       CONTRIBUTION IN CONNECTION
                       WITH DECOMMISSIONING
                       LIABILITIES.

06/03/21 EMH   B420  A104  RESEARCH TEXAS LAW RE RIGHT      3.60     1,260.00
                       OF SUBROGATION AND/OR
                       CONTRIBUTION IN CONNECTION
                       WITH DECOMMISSIONING
                       LIABILITIES.

06/04/21 JAH   B190  A104  BSEE INCS -- CORRESPOND WITH      .40       280.00
                       FIELDWOOD TEAM RE APPEAL
                       SCHEDULE AND SUPPORT NEEDED.

06/04/21 JAH   B190  A104  BSEE INCS -- CORRESPOND WITH      .20       140.00
                       P. EILAND RE REPAIR SCHEDULE.

06/04/21 JAH   B190  A104  DEBARMENT -- CONFERENCE WITH      .40       280.00
                       S. DICHARRY RE BRIEFING
                       STRATEGY.

06/04/21 JAH   B190  A104  ATLANTIC LIENS -- REVIEW         1.70     1,190.00
                       BRIEFS (1.2); EMAIL SUMMARY
                       OF ARGUMENT POINTS TO J.
                       TILLERY (.5).

06/04/21 JAH   B190  A104  DEBARMENT -- CORRESPOND WITH      .60       420.00
                       JONES WALKER TEAM RE STATUS
                       OF DECLARATIONS AND BRIEFING
                       STRATEGY.

06/04/21 JAH   B190  A104  BSEE INCS -- CALL WITH J. NOE     .20       140.00
                       RE POSSIBLE RESOLUTION.

06/04/21 JAH   B190  A104  BSEE INCS -- REVIEW DATA RE       .20       140.00
                       OPEN INCS.

06/04/21 JN    B180  A109  CONFERENCE CALL WITH              .50       350.00
                       ATTORNEYS WITH DEPARTMENT OF
                       INTERIOR AND DEPARTMENT OF
                       JUSTICE REGARDING TIMING OF
                       CONFIRMATION HEARING AND
                       RESOLUTION OF OUTSTANDING
                       REGULATORY MATTERS.
```

```
FIELDWOOD ENERGY LLC                                    PAGE    9
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| 06/04/21 JN | B180 A103 | REVISE REPLY BRIEF TO OPPOSITION TO PLAN FILED BY A PREDECESSOR. | .60 | 420.00 |
|---|---|---|---|---|
| 06/04/21 JN | B180 A109 | CONFERENCE CALL WITH THE CLIENT (M. DANE) REGARDING VARIOUS OUTSTANDING REGULATORY ISSUES AND OPPOSITION MOTIONS FILED BY PREDECESSORS. | .70 | 490.00 |
| 06/04/21 JN | B180 A109 | CONFERENCE CALL WITH THE CLIENT (M. DANE) TO DISCUSS PREDECESSOR OBJECTIONS AND REGULATORY UPDATE. | .60 | 420.00 |
| 06/04/21 JN | B180 A102 | RESEARCH POTENTIAL SUBROGATION RIGHTS OF PREDECESSORS IN RELATION TO OPPOSITION TO PLAN FILED BY A PREDECESSOR ARGUING THAT SUBROGATION UNDER THE APPLICABLE REGULATIONS MAKES THE RESTRUCTURING PLAN NOT FEASIBLE. | 2.30 | 1,610.00 |
| 06/04/21 JN | B180 A103 | DRAFT TALKING POINTS FOR ORAL ARGUMENT FOR SUMMARY JUDGMENT IN ATLANTIC MARITIME ADVERSARIAL PROCEEDING. | .70 | 490.00 |
| 06/04/21 JN | B180 A104 | REVIEW RECENTLY RECEIVED INCIDENTS OF NON-COMPLIANCE IN PREPARATION FOR AN APPEAL OF THE INCIDENTS OF NON-COMPLIANCE. | .90 | 630.00 |
| 06/04/21 JN | B180 A103 | REVISE DECLARATION OF P. EILAND AND G. MITCHELL IN RELATION TO DEBARMENT PROCEEDING. | 1.40 | 980.00 |
| 06/04/21 JN | B180 A104 | REVIEW NEWLY CREATED SCHEDULE TO ADDRESS INCIDENTS OF NON-COMPLIANCE. | .50 | 350.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  10
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 06/04/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (J. SEEGER) REGARDING SCHEDULE TO REMEDY INCIDENTS OF NON-COMPLIANCE. | .40 | 280.00 |
| 06/04/21 | JN | B180 | A103 | DRAFT EMAIL TO SOLICITOR AT DEPARTMENT OF THE INTERIOR REGARDING REMEDIATION WORK FOR INCIDENTS OF NON-COMPLIANCE. | .20 | 140.00 |
| 06/04/21 | JRT | B410 | A104 | STUDY MEMORANDA AND LEGAL ISSUES TO PREPARE FOR ORAL ARGUMENT. | 2.80 | 1,960.00 |
| 06/04/21 | PFH | B110 | A105 | NUMEROUS E MAILS WITH J. HUNTER/J. NOE/E. HENRY RE STATUS OF DECLARATIONS, SUBMISSION, AND DOCUMENTS TO BE ATTACHED. | .30 | 187.50 |
| 06/04/21 | RDB | B210 | A103 | OUTLINE LEGAL ARGUMENTS FOR UPCOMING HEARING BEFORE UNITED STATES BANKRUPTCY COURT FOR SOUTHERN DISTRICT OF TEXAS IN ADVERSARY CASE 20-33948, ADDRESSING LEGAL ARGUMENTS RELATED TO ATLANTIC MARITIME'S CLAIMS AGAINST WORKING INTEREST OWNERS, MARITIME LAW CONTRACT ISSUES, AND OUTER CONTINENTAL SHELF LANDS ACT AND OTHER FEDERAL LAWS RELATED TO OFFSHORE LEASING PROGRAM. | 3.00 | 1,695.00 |
| 06/04/21 | EMH | B420 | A104 | REVIEW TOTAL AND SOJITZ DECISIONS (.7); LOCATE AND REVIEW FIFTH CIRCUIT APPEAL SUBMISSIONS AND RESOLUTIONS (2.9). | 3.60 | 1,260.00 |
| 06/05/21 | JAH | B190 | A104 | DEBARMENT -- CONFERENCE WITH S. DICHARRY RE POSITION STATEMENT. | .20 | 140.00 |
| 06/05/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH J. TILLERY RE ARGUMENT STRATEGY. | .20 | 140.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  11
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/05/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH WEIL AND JONES WALKER TEAM RE ARGUMENT PREP. | .30 | 210.00 |
| 06/05/21 | JN | B180 | A109 | CONFERENCE CALL WITH COUNSEL FOR THE DEPARTMENT OF THE INTERIOR TO DISCUSS CIVIL PENALTY SETTLEMENT. | .50 | 350.00 |
| 06/05/21 | JN | B180 | A103 | REVISE PRESENTATION SLIDES FOR MOTION FOR SUMMARY JUDGMENT IN THE ATLANTIC MARITIME PROCEEDING. | .50 | 350.00 |
| 06/05/21 | JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER, R. BERTRAM, J. TILLERY, AND S. DICHARRY TO DISCUSS MOTION FOR SUMMARY JUDGMENT IN ATLANTIC MARITIME PROCEEDING. | .40 | 280.00 |
| 06/05/21 | JN | B180 | A103 | DRAFT BOEM ADJUDICATION MEMORANDUM AND CHECKLIST. | .70 | 490.00 |
| 06/05/21 | JRT | B410 | A101 | STUDY J. HUNTER'S ANALYSIS AND MORE PREPARATION FOR HEARING. | 1.30 | 910.00 |
| 06/05/21 | RDB | B210 | A104 | CORRESPOND WITH K. SIMMONS, WEIL GOTSCHAL, RELATED TO UPCOMING HEARING BEFORE JUDGE ISGUR IN ADVERSARY CASE 20-33948 AND DEMONSTRATIVE SLIDE DECK TO FINALIZE FOR HEARING. | .30 | 169.50 |
| 06/05/21 | RDB | B210 | A104 | REVIEW WEIL GOTSCHAL SLIDE DECK, ADDRESSING DEMONSTRATIVE SLIDES FOR JUNE 8, 2021 HEARING. | .30 | 169.50 |
| 06/05/21 | RDB | B210 | A103 | DRAFT DEMONSTRATIVE SLIDES FOR JUNE 8, 2021 HEARING BEFORE JUDGE ISGUR IN ADVERSARY CASE ADDRESSING INAPPLICABILITY OF LOUISIANA OIL WELL LIEN ACT, MARITIME LAW, ATTEMPTED SEIZURE OF OPERATING INTERESTS IN WELLS, AND U.S. DOI AS A NECESSARY | 2.30 | 1,299.50 |

```
FIELDWOOD ENERGY LLC                                             PAGE   12
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

|            |     |      |      | Description | | |
|------------|-----|------|------|-------------|------|--------|
| | | | | AND INDISPENSABLE PARTY UNDER RULE 19(A) AND RULE 19(B). | | |
| 06/06/21 | JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH FIELDWOOD AND JONES WALKER TEAMS RE NEXT ROUND OF APPEALS. | .50 | 350.00 |
| 06/06/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH JONES WALKER TEAM RE PREPARATION FOR ORAL ARGUMENT. | .30 | 210.00 |
| 06/06/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH WEIL RE ORAL ARGUMENT. | .20 | 140.00 |
| 06/06/21 | JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH JONES WALKER TEAM RE VERIFICATION OF APPEAL SCHEDULE AND PLANS. | .30 | 210.00 |
| 06/06/21 | JAH | B190 | A104 | BSEE INCS/PENALTIES -- REVIEW DRAFT AGREEMENT AND FIELDWOOD'S TEAM SUGGESTIONS RE SAME, PROVIDING COMMENTS TO SAME. | .50 | 350.00 |
| 06/06/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND WITH JONES WALKER TEAM RE ORAL ARGUMENT. | .40 | 280.00 |
| 06/06/21 | JN | B180 | A102 | RESEARCH BOEM ADJUDICATION ISSUES. | .70 | 490.00 |
| 06/06/21 | JN | B180 | A109 | CONFERENCE CALL WITH LENDERS REGULATORY COUNCIL REGARDING CIVIL PENALTY SETTLEMENT. | .40 | 280.00 |
| 06/06/21 | JN | B180 | A103 | REVISE CIVIL PENALTY SETTLEMENT PROPOSAL TO GOVERNMENT. | .80 | 560.00 |
| 06/06/21 | JRT | B410 | A101 | STUDY LAW AND BRIEFS IN PREPARTION FOR ORAL ARGUMENT. | 3.00 | 2,100.00 |
| 06/06/21 | SYD | B190 | A104 | ATLANTIC ADVERSARY PROCEEDING - PARTICIPATE IN CALL WITH J. NOE, R. BERTRAM, J. TILLERY, AND J. HUNTER RE HEARING NEXT WEEK. | 1.40 | 644.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  13
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00

06/06/21 SYD   B190  A104   ATLANTIC -- REVISE SLIDE DECK      .70       322.00
                           INSOFAR AS IT RELATED TO THE
                           OCSLA/LOWLA ISSUE.

06/06/21 SYD   B190  A104   DEBARMENT MATTER - DRAFT          3.50     1,610.00
                           RESPONSE TO SHOW CAUSE NOTICE.

06/07/21 JAH   B190  A104   DEBARMENT -- CONFERENCE WITH       .70       490.00
                           S. DICHARRY AND B.
                           SERGESKETTER RE BRIEFING
                           STRATEGY.

06/07/21 JAH   B190  A104   DEBARMENT -- PLAN FIELDWOOD        .50       350.00
                           SUBMISSION.

06/07/21 JAH   B190  A104   SUPPLEMENTAL BOND APPEALS --       .40       280.00
                           REVIEW JOINT MOTION TO
                           CONTINUE SUSPENSION,
                           PROVIDING COMMENTS TO SAME.

06/07/21 JAH   B190  A104   CIVIL PENALTY SETTLEMENT --        .60       420.00
                           REVIEW DRAFT PROPOSAL,
                           PROVIDING COMMENTS TO SAME.

06/07/21 JAH   B190  A104   CIVIL PENALTY SETTLEMENT --        .40       280.00
                           CONFERENCES WITH J. NOE RE
                           NEGOTIATION STRATEGY.

06/07/21 JAH   B190  A104   BSEE INC APPEALS -- CALL WITH      .40       280.00
                           DOI COUNSEL.

06/07/21 JAH   B190  A104   BSEE INC APPEALS --                .30       210.00
                           CORRESPOND WITH B.
                           SERGESKETTER RE APPEAL STEPS
                           AND STRATEGY.

06/07/21 JAH   B190  A104   BSEE INCS -- PLAN NEXT ROUND       .40       280.00
                           OF APPEALS.

06/07/21 JAH   B190  A104   BSEE INC APPEALS --                .20       140.00
                           CORRESPOND WITH JONES WALKER
                           TEAM RE APPEAL FILINGS.

06/07/21 JAH   B190  A104   ATLANTIC LIENS -- CORRESPOND       .50       350.00
                           WITH JONES WALKER AND WEIL
                           TEAMS RE ARGUMENT STRATEGY
                           AND SLIDES.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   14
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/07/21 JN | B180 | A105 | CONFERENCE CALL WITH S. DICHARRY REGARDING DEBARMENT PROCEEDING. | .50 | 350.00 |
| 06/07/21 JN | B180 | A103 | REVISE PRESENTATION MATERIALS FOR MOTION FOR SUMMARY JUDGMENT. | .50 | 350.00 |
| 06/07/21 JN | B180 | A103 | REVISE LATEST DRAFT OF PROPOSAL TO GOVERNMENT FOR THE SETTLEMENT OF CIVIL PENALTIES. | .60 | 420.00 |
| 06/07/21 JN | B180 | A105 | VARIOUS CALLS WITH J. HUNTER TO DISCUSS THE INC APPEALS. | .30 | 210.00 |
| 06/07/21 JN | B180 | A103 | REVISE SLIDES FOR ATLANTIC MARITIME HEARING ON MOTION FOR SUMMARY JUDGMENT. | .30 | 210.00 |
| 06/07/21 JN | B180 | A104 | REVIEW LATEST VERSION OF THE DEFINITIVE AGREEMENTS WITH CHEVRON. | .50 | 350.00 |
| 06/07/21 JN | B180 | A104 | REVIEW DRAFT MOTION TO EXTEND THE SUSPENSION OF THE IBLA APPEAL. | .30 | 210.00 |
| 06/07/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT TO DISCUSS REAL ESTATE ISSUES RELATED TO THE REGISTRATION OF LENDERS MORTGAGES FOLLOWING EMERGENCE. | .80 | 560.00 |
| 06/07/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FOR THE DEPARTMENT OF JUSTICE TO DISCUSS APPEALS OF INCIDENTS OF NON-COMPLIANCE AND CIVIL PENALTY SETTLEMENT. | .50 | 350.00 |
| 06/07/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS POTENTIAL ABANDONMENT OF GRAND CHENIER PROPERTY IN LOUISIANA. | .50 | 350.00 |
| 06/07/21 JN | B180 | A103 | REVISE CONFIRMATION MOTION TO UPDATE REGULATORY DISCUSSIONS AND ARGUMENTS. | 1.40 | 980.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   15
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/07/21 JN | B180 | A102 | RESEARCH ABANDONMENT REGULATIONS UNDER LOUISIANA LAW. | .80 | 560.00 |
| 06/07/21 JRT | B410 | A101 | FURTHER PREPARATION FOR ORAL ARGUMENT, INCLUDING INTERNAL STRATEGY CALL ON RELATED TO SAME. | 1.50 | 1,050.00 |
| 06/07/21 MTD | B250 | A107 | TELEPHONE CONFERENCE WITH ATTORNEYS REGARDING STRUCTURE OF TRANSACTION, STATUS, AND SCHEDULE FOR TRANSFERS AND LOANS, REQUIRED OPINIONS. | 1.00 | 395.00 |
| 06/07/21 PFH | B110 | A106 | E MAIL FROM G. MITCHELL RE HIS AFFIDAVIT AND FROM J. HUNTER/J. NOE/S. DICHARRY RE MITHCHELL AFFIDAVIT AND SUBMISSION. | .10 | 62.50 |
| 06/07/21 POW | B240 | A101 | CONFERENCE CALL REGARDING BANKRUPTCY RESTRUCTURING AND RECORDING TAX ISSUES (.4); REVIEW MEMORANDUM REGARDING RECORDING TAX AND SUPREME COURT CASE REGARDING SAME (.8). | 1.20 | 492.00 |
| 06/07/21 POW | B240 | A104 | REVIEW CORRESPONDENCE RELATED TO TAX ISSUES. | .30 | 123.00 |
| 06/07/21 RDB | B210 | A104 | REVIEW LEGAL MEMORANDA OF FIELDWOOD AND ATLANTIC MARITIME IN ADVERSARY CASE 20-3476 IN PREPARATION FOR UPCOMING HEARING AND REVIEW AND EDIT UPDATED DRAFT OF FIELDWOOD'S SLIDES AND PRESENTATION TO JUDGE ISGUR IN ADVERSARY CASE 20-3476, REGARDING ATLANTIC MARITIME'S MOTION TO DISMISS ADVERSARY COMPLAINT AND FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT. | 3.30 | 1,864.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  16
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


06/07/21 RDB   B210  A104   TELEPHONE CONFERENCE WITH J.     .30      169.50
                            TILLERY AND S. DICHARRY
                            RELATED TO ORAL ARGUMENT SET
                            BEFORE JUDGE ISGUR ON JUNE 8,
                            2021 IN ADVERSARY CASE NO.
                            20-3476.

06/07/21 RDB   B210  A107   TELEPHONE CALL FROM/TO K.        .30      169.50
                            SIMMONS, WEIL GOTSCHAL,
                            RELATED TO SLIDES OF
                            FIELDWOOD AND HEARING SET FOR
                            JUNE 8, 2021.

06/07/21 SYD   B190  A104   ATLANTIC - PREPARE SLIDE FOR     .60      276.00
                            TOMORROW'S HEARING ADDRESSING
                            ADJACENCY ISSUE.

06/07/21 SYD   B190  A104   DEBARMENT MATTER - CONTINUE     1.80      828.00
                            WORKING ON RESPONSE TO SHOW
                            CAUSE NOTICE.

06/07/21 SYD   B190  A104   INC APPEALS - REVIEW STATUS      .80      368.00
                            OF APPEAL.

06/07/21 SYD   B190  A104   INC APPEALS - CONFERENCE WITH    .40      184.00
                            C. ULFERS REGARDING
                            PREPARATION OF THIS WEEK'S
                            APPEALS.

06/07/21 CU    B420  A104   FURTHER ANALYZE ADDITIONAL      1.70      765.00
                            OPEN INCIDENTS OF
                            NON-COMPLIANCE RECEIVED WITH
                            RESPECT TO PLATFORMS SM 10,
                            EB 165, EI 173, EI 175, EI
                            333, SM 128, HI 376, SM 18,
                            EI 337, AND SM 128, AND
                            FUTURE DEADLINES FOR
                            ADMINISTRATIVE APPEALS OF
                            SAME.

06/07/21 CU    B420  A105   MULTIPLE TELECONFERENCES WITH    .30      135.00
                            S. DICHARRY (.2); EMAIL
                            CORRESPONDENCES WITH J.
                            HUNTER RELATIVE TO ADDITIONAL
                            APPEAL OF OPEN INCIDENTS OF
                            NON-COMPLIANCE AND UPCOMING
                            DEADLINES (.1).
```

```
FIELDWOOD ENERGY LLC                                    PAGE   17
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/07/21 EMH | B420 | A104 | CONTINUE REVIEW OF TEXAS AND LOUISIANA CASE LAW RE SUBROGATION. | 1.70 | 595.00 |
| 06/07/21 EMH | B420 | A104 | CONTINUE SUMMARIZING SUBROGATION CASE LAW FOR INCLUSION IN MEMORANDUM ON SUBROGATION UNDER TEXAS AND LOUISIANA LAW. | 2.80 | 980.00 |
| 06/07/21 EMH | B420 | A104 | CONTINUE DRAFTING MEMORANDUM ANALYZING TEXAS AND LOUISIANA LAW ON SUBROGATION IN CONNECTION WITH DECOMMISSIONING OBLIGATIONS UNDER OCSLA. | 3.80 | 1,330.00 |
| 06/08/21 JAH | B190 | A104 | ATLANTIC LIENS -- CONFERENCE WITH S. DICHARRY RE "OPERATING RIGHTS" ISSUES. | .30 | 210.00 |
| 06/08/21 JAH | B190 | A104 | DEBARMENT -- CONFERENCE WITH S. DICHARRY RE BRIEFING STRATEGY (.2); DRAFT DECLARATIONS (.2). | .40 | 280.00 |
| 06/08/21 JAH | B190 | A104 | SUPPLEMENTAL BOND APPEALS -- CORRESPOND WITH SOLICITOR'S OFFICE. | .10 | 70.00 |
| 06/08/21 JAH | B190 | A104 | BSEE INC APPEALS -- CONFERENCE WITH S. DICHARRY RE PREPARATION OF NEXT SET OF APPEAL PAPERS (.1); CORRESPOND WITH SOLICITOR'S OFFICE RE SUSPENSION OF APPEALS (.2). | .30 | 210.00 |
| 06/08/21 JAH | B190 | A104 | BSEE INCS -- REVIEW DRAFT MOTION TO SUSPEND. | .20 | 140.00 |
| 06/08/21 JAH | B190 | A104 | CORRESPOND WITH SOLICITOR'S OFFICE AND S. NEAL. | .10 | 70.00 |
| 06/08/21 JN | B180 | A109 | PARTICIPATE IN A CONFERENCE CALL WITH SECURED LENDERS COUNSEL TO DISCUSS STATUS OF VARIOUS WORK STREAMS, INCLUDING THE DISCUSSIONS WITH THE GOVERNMENT. | .60 | 420.00 |

FIELDWOOD ENERGY LLC                                          PAGE   18
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


06/08/21 JN     B180   A103   DRAFT SETTLEMENT TO              .90        630.00
                              MEMORIALIZE THE PROPOSALS
                              SUBMITTED TO THE GOVERNMENT
                              ON TRANSITION SERVICES, INC
                              APPEALS AND CIVIL PENALTIES.

06/08/21 JN     B180   A109   CONFERENCE CALL WITH WEIL (C.    .30        210.00
                              CARLSON) TO DISCUSS LOUISIANA
                              OIL WELL LIEN ACT ISSUES.

06/08/21 JN     B180   A104   REVIEW LATEST DRAFTS OF          .40        280.00
                              SLIDES FOR ATLANTIC MARITIME
                              ORAL ARGUMENT.

06/08/21 JN     B180   A102   RESEARCH LOUISIANA OIL WELL      .70        490.00
                              LIEN ACT IN PREPARATION FOR
                              MOTION FOR SUMMARY JUDGMENT
                              IN ATLANTIC PROCEEDING.

06/08/21 JN     B180   A109   CONFERENCE CALLS WITH WEIL IN   1.40        980.00
                              PREPARATION FOR MOTION TO
                              DISMISS AND MOTION FOR
                              SUMMARY JUDGMENT IN ATLANTIC
                              PROCEEDINGS.

06/08/21 JN     B180   A109   PARTICIPATE IN HEARING ON       2.50      1,750.00
                              MOTION TO DISMISS AND MOTION
                              FOR SUMMARY JUDGMENT IN
                              ATLANTIC PROCEEDING.

06/08/21 JN     B180   A102   RESEARCH EXTINCTION OF          2.20      1,540.00
                              OBLIGATION UNDER LOUISIANA
                              LAW IN PREPARATION FOR
                              SUPPLEMENTAL BRIEFING IN THE
                              ATLANTIC PROCEEDING.

06/08/21 JN     B180   A103   DRAFT SUPPLEMENTAL BRIEF IN     1.40        980.00
                              ATLANTIC MARITIME.

06/08/21 JRT    B410   A109   ATTEND COURT HEARING/ORAL       3.50      2,450.00
                              ARGUMENT (2.5); EMAILS
                              REGARDING SAME (1.0).

06/08/21 KMJ    B110   A101   CORRESPOND WITH G. RAMIREZ       .20        100.00
                              AND J. NOE RE STATUS ON FEE
                              NOTICE DUE.

```
FIELDWOOD ENERGY LLC                                      PAGE   19
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/08/21 | RDB | B210 | A104 | REVIEW UPDATED SLIDE DECK AND UPDATED PRESENTATION TO JUDGE ISGUR FOR HEARING IN ADVERSARY CASE 20-3476. | .50 | 282.50 |
| 06/08/21 | RDB | B210 | A101 | PREPARE FOR HEARING BEFORE JUDGE ISGUR IN ADVERSARY CASE 20-3476, INCLUDING REVIEW OFFIELDWOOD'S OPPOSITION MEMORANDUM TO ATLANTIC MARITIME'S MOTION TO DISMISS AND REVIEW FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION MEMORANDUM OF ATLANTIC MARITIME. | 1.30 | 734.50 |
| 06/08/21 | RDB | B210 | A107 | CONFERENCE WITH J. NOE, J. TILLERY, AND WEIL TEAM, A. PEREZ, C. CARLSON, AND K. SIMMONS, RELATED TO LEGAL ARGUMENTS AND HEARING BEFORE JUDGE ISGUR IN ADVERSARY CASE 20-3476. | .80 | 452.00 |
| 06/08/21 | RDB | B210 | A109 | ATTEND HEARING CONVENED BY JUDGE ISGUR IN ADVERSARY CASE 20-3476 REGARDING ATLANTIC MARITIME'S MOTION TO DISMISS FIELDWOOD'S ADVERSARY COMPLAINT AND FIELDWOOD'S MOTION FOR SUMMARY JUDGMENT AGAINST ATLANTIC MARITIME. | 2.50 | 1,412.50 |
| 06/08/21 | RDB | B210 | A104 | ADDRESS SUPPLEMENTAL BRIEFING REQUEST OF JUDGE ISGUR (.4); COMMENCE REVIEW OF ADDITIONAL LEGAL AUTHORITIES RELATED TO LOUISIANA OIL WELL LIEN ACT AND EXTINGUISHMENT OF LIEN CLAIM (1.1). | 1.50 | 847.50 |
| 06/08/21 | JEB | B190 | A104 | ANALYZE STRATEGY (0.3); ATTEND HEARING IN ADVERSARY PROCEEDING (1.5). | 1.80 | 1,080.00 |
| 06/08/21 | SYD | B190 | A104 | INC APPEALS - DRAFT JOINT MOTION TO SUSPEND APPEALS (PENDING SETTLEMENT NEGOTIATIONS WITH THE GOVERNMENT). | 1.50 | 690.00 |

FIELDWOOD ENERGY LLC                                        PAGE   20
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


06/08/21 SYD   B190  A104   ATLANTIC ADVERSARY PROCEEDING     1.40      644.00
                           - ATTEND HEARING REGARDING
                           ATLANTIC MARITIME'S MOTION TO
                           DISMISS FIELDWOOD'S ADVERSARY
                           COMPLAINT AND FIELDWOOD'S
                           MOTION FOR SUMMARY JUDGMENT
                           AGAINST ATLANTIC MARITIME.

06/08/21 SYD   B190  A104   ATLANTIC ADVERSARY PROCEEDING      .70      322.00
                           - PARTICIPATE IN PREP FOR
                           HEARING ON REGARDING ATLANTIC
                           MARITIME'S MOTION TO DISMISS
                           FIELDWOOD'S ADVERSARY
                           COMPLAINT AND FIELDWOOD'S
                           MOTION FOR SUMMARY JUDGMENT
                           AGAINST ATLANTIC MARITIME.

06/08/21 SYD   B190  A104   INC APPEALS - COORDINATE WITH      .40      184.00
                           C. ULFERS RE APPEALS THAT
                           NEED TO BE FILED THIS WEEK.

06/08/21 SYD   B190  A104   REVIEWE REGULATORY CITATIONS       .60      276.00
                           IN DRAFT CONFIRMATION MEMO.

06/08/21 SYD   B190  A104   DEBARMENT MATTER - CONTINUE       2.90    1,334.00
                           DEVELOPING RESPONSE TO SHOW
                           CAUSE NOTICE.

06/08/21 SYD   B190  A104   DEBARMENT MATTER - RESEARCH       1.40      644.00
                           STANDARDS IN DEBARMENT
                           REGULATIONS.

06/08/21 CU    B420  A104   FURTHER ANALYZE INCIDENTS OF       .50      225.00
                           NON-COMPLIANCE ISSUED TO
                           FIELDWOOD ENERGY LLC AND
                           FIELDWOOD SD OFFSHORE LLC ON
                           APRIL 12, 2021 AND APRIL 13,
                           2021 IN CONNECTION WITH
                           APPEALS OF SAME.

06/08/21 CU    B420  A103   DRAFT MULTIPLE                     .50      225.00
                           CORRESPONDENCES TO BSEE IN
                           CONNECTION WITH NOTICES OF
                           APPEAL OF BSEE INCS, REQUESTS
                           FOR EXTENSION OF TIME TO FILE
                           STATEMENTS OF REASONS,
                           MOTIONS FOR FACT HEARING, AND
                           FOR SUSPENSIONS OF INCS
                           PENDING FINAL DEPARTMENTAL

```
FIELDWOOD ENERGY LLC                                      PAGE   21
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
                        DECISION FOR SM 10 AND EB 165.

06/08/21 CU    B420  A104   ANALYZE APPEAL DOCKETING              .40        180.00
                            NOTICES FROM APPEALS OF FIRST
                            SET OF INCIDENTS OF
                            NON-COMPLIANCE IN MAY 2021.

06/08/21 CU    B420  A103   DRAFTE SEPARATE NOTICES OF          2.90      1,305.00
                            APPEAL OF BSEE INCS, REQUESTS
                            FOR EXTENSION OF TIME TO FILE
                            STATEMENTS OF REASONS,
                            MOTIONS FOR FACT HEARING, AND
                            FOR SUSPENSIONS OF INCS
                            PENDING FINAL DEPARTMENTAL
                            DECISION FOR SM 10 AND EB 165.

06/08/21 CU    B420  A103   DRAFTE DECLARATION OF P.           1.50        675.00
                            EILAND IN SUPPORT OF NOTICES
                            OF APPEAL OF BSEE INCS,
                            REQUESTS FOR EXTENSION OF
                            TIME TO FILE STATEMENTS OF
                            REASONS, MOTIONS FOR FACT
                            HEARING, AND FOR SUSPENSIONS
                            OF INCS PENDING FINAL
                            DEPARTMENTAL DECISION FOR SM
                            10 AND EB 165.

06/08/21 EMH   B420  A104   ANALYZE FEDERAL AND               7.80      2,730.00
                            BANKRUPTCY CASE LAW AND
                            SECONDARY SOURCES RELATED TO
                            CHOICE OF LAW IN BANKRUPTCY
                            PROCEEDING RELATED TO
                            SUBROGATION OF RIGHTS TO SEEK
                            CONTRIBUTION FOR
                            DECOMMISSIONING AND WELL
                            MAINTENANCE EXPENSES.

06/09/21 JAH   B190  A104   BSEE INCS -- COORDINATE             .40        280.00
                            FILINGS WITH S. DICHARRY.

06/09/21 JAH   B190  A104   DEBARMENT -- WORK WITH S.           .50        350.00
                            DICHARRY ON EPA SUBMISSION.

06/09/21 JAH   B190  A104   BSEE INCS -- CORRESPOND WITH        .20        140.00
                            G. MITCHELL RE DATA
                            COLLECTION.
```

```
FIELDWOOD ENERGY LLC                                      PAGE   22
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00

06/09/21 JAH   B190   A104   ATLANTIC LIENS -- CORRESPOND      .30        210.00
                            WITH JONES WALKER AND WEIL
                            TEAMS RE SUPPLEMENTAL
                            BRIEFING.

06/09/21 JAH   B190   A104   DEBARMENT -- PLAN FIELDWOOD'S     .40        280.00
                            SUBMISSION.

06/09/21 JN    B180   A109   PARTICIPATE IN CONFERENCE         .50        350.00
                            CALL WITH WEIL AND COUNSEL
                            FOR RIDGEWOOD TO DISCUSS
                            ATLANTIC PROCEEDING.

06/09/21 JN    B180   A102   RESEARCH EXTINCTION OF          5.30      3,710.00
                            OBLIGATIONS UNDER LOUISIANA
                            CASE LAW AND THE CIVIL CODE.

06/09/21 JN    B180   A103   REVISE SUPPLEMENTAL BRIEF IN    1.30        910.00
                            ATLANTIC MARITIME PROCEEDING.

06/09/21 JN    B180   A109   PARTICIPATE IN LEGAL WORKING    1.00        700.00
                            GROUP CALL WITH LAWYERS FOR
                            DEPARTMENT OF INTERIOR AND
                            THE DEPARTMENT OF JUSTICE.

06/09/21 JN    B180   A105   CONFERENCE CALL WITH S.          .40        280.00
                            DICHARRY TO DISCUSS POTENTIAL
                            ARGUMENTS FOR SUPPLEMENTAL
                            BRIEF IN THE ATLANTIC
                            PROCEEDINGS.

06/09/21 JN    B180   A109   CONFERENCE CALL WITH THE         .40        280.00
                            CLIENT (P. EILAND) TO DISCUSS
                            THE SCHEDULE FOR THE INC
                            REMEDIATION WORK.

06/09/21 JN    B180   A109   CONFERENCE CALL WITH WEIL (C.    .20        140.00
                            CARLSON) TO DISCUSS
                            SUPPLEMENTAL BRIEF
                            IN ATLANTIC PROCEEDING.

06/09/21 JN    B180   A109   CONFERENCE CALL WITH SECURED     .30        210.00
                            LENDER'S REGULATORY COUNSEL.

06/09/21 JN    B180   A104   REVIEWE NEWLY ISSUED             .50        350.00
                            INCIDENTS OF NON-COMPLIANCE.
```

```
FIELDWOOD ENERGY LLC                                      PAGE   23
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 06/09/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (J. SEEGER) TO DISCUSS INC REMEDIATION. | .40 | 280.00 |
| 06/09/21 | JN | B180 | A105 | CONFERENCE CALL WITH R. BERTRAM TO DISCUSS POTENTIAL ARGUMENTS UNDER THE CIVIL CODE ON EXTINCTION OF OBLIGATIONS. | .30 | 210.00 |
| 06/09/21 | KMJ | B110 | A101 | CORRESPONDENCE WITH J. NOE AND G. RAMIREZ RE STATUS ON FEE NOTICE DUE. | .10 | 50.00 |
| 06/09/21 | RDB | B210 | A104 | REVIEW LEGAL ARGUMENTS RELATED TO SUPPLEMENTAL BRIEFING REQUESTED BY JUDGE ISGUR AN ADVERSARY CASE 20-3476 AND ADDRESS LEGAL AUTHORITIES AND DOCUMENTATION TO SUBMIT TO BANKRUPTCY COURT TO EVIDENCE FIELDWOOD'S STATUS AS SOLE OPERATOR. | .50 | 282.50 |
| 06/09/21 | SYD | B190 | A104 | DEBARMENT MATTER - CONTINUE WORKING ON RESPONSE TO SHOW CAUSE NOTICE. | 6.10 | 2,806.00 |
| 06/09/21 | CU | B420 | A105 | EMAIL CORRESPONDENCE WITH S. DICHARRY RE: SECOND ROUND OF APPEALS OF INCIDENTS OF NON-COMPLIANCE. | .20 | 90.00 |
| 06/09/21 | CU | B420 | A104 | FURTHER ANALYZE NOTICES OF APPEAL OF BSEE INCS, REQUESTS FOR EXTENSION OF TIME TO FILE STATEMENTS OF REASONS, MOTIONS FOR FACT HEARING, AND FOR SUSPENSIONS OF INCS PENDING FINAL DEPARTMENTAL DECISION FOR SM 10 AND EB 165. | 1.20 | 540.00 |
| 06/09/21 | GAR | B160 | A103 | FINALIZE EDITING OF EXTENSIVE SUPPORTING DOCUMENTATION FOR JONES WALKER'S MAY MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 3.40 | 1,156.00 |

```
FIELDWOOD ENERGY LLC                                     PAGE  24
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

```
06/09/21 GAR   B160  A105  DISCUSS DETAILS REGARDING        .20        68.00
                           SUPPORTING DOCUMENTATION FOR
                           JONES WALKER'S MAY MONTHLY
                           FEE STATEMENT WITH ACCOUNTING
                           DEPARTMENT.

06/10/21 JAH   B190  A104  BSEE INCS -- CORRESPONDE WITH    .40       280.00
                           S. BODDEN RE DATA
                           ACCUMULATION.

06/10/21 JAH   B190  A104  BSEE INCS -- REVIEW DETAILED     .70       490.00
                           DATA RECEIVED FROM S. BODDEN.

06/10/21 JAH   B190  A104  BSEE INCS -- WORK WITH S.       1.10       770.00
                           DICHARRY AND C. ULFERS ON
                           APPEAL FILING.

06/10/21 JAH   B190  A104  REVIEW NEW LAKE JACKSON INCS     .30       210.00
                           RECEIVED FROM P. EILAND AND
                           B. SALZMAN.

06/10/21 JAH   B190  A104  BSEE INCS -- CORRESPOND WITH     .30       210.00
                           B. SALZMAN RE APPEAL
                           STRATEGY, SUPPORT NEEDED, AND
                           TRANSMITTING NEW LAKE JACKSON
                           INCS

06/10/21 JAH   B190  A104  REVIEW LATEST SEMS DATA.         .30       210.00

06/10/21 JAH   B190  A104  CALL WITH J. NOE RE BSEE         .20       140.00
                           SETTLEMENT.

06/10/21 JAH   B190  A104  BSEE INCS AND CIVIL PENALTIES    .80       560.00
                           -- REVIEW DRAFT SETTLEMENT
                           DOCUMENTS, PROVIDING COMMENTS
                           TO SAME.

06/10/21 JAH   B190  A104  ATLANTIC LIENS -- CONFERENCE     .40       280.00
                           WITH JONES WALKER TEAM RE
                           SUPPLEMENTAL BRIEFING
                           STRATEGY.

06/10/21 JAH   B190  A104  ATLANTIC LIENS -- REVIEW         .40       280.00
                           JONES WALKER INSERT FOR
                           SUPPLEMENTAL BRIEF, PROVIDING
                           COMMENTS TO SAME.
```

```
FIELDWOOD ENERGY LLC                                         PAGE  25
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


06/10/21 JAH   B190  A104   ATLANTIC LIENS -- REVIEW DOO      .40       280.00
                            FORMS AND REGULATIONS FOR
                            SUPPLEMENTAL BRIEF.

06/10/21 JAH   B190  A104   DEBARMENT -- CONFERENCE WITH      .70       490.00
                            S. DICHARRY RE BRIEFING
                            STATUS AND STRATEGY.

06/10/21 JAH   B190  A104   DEBARMENT -- CORRESPOND WITH      .20       140.00
                            P. EILAND RE SEMS DATA.

06/10/21 JAH   B190  A104   DEBARMENT -- PLAN FIELDWOOD'S     .60       420.00
                            SUBMISSION.

06/10/21 JN    B180  A105   REVISE LATEST DRAFT OF           1.40       980.00
                            SUPPLEMENTAL BRIEF IN
                            ATLANTIC PROCEEDING.

06/10/21 JN    B180  A103   DRAFT EMAILS TO UPDATE THE        .60       420.00
                            CLIENT (M. DANE AND T. LAMME)
                            ON THE STATUS OF SETTLEMENT
                            NEGOTIATIONS WITH THE
                            GOVERNMENT REGARDING CIVIL
                            PENALTY LIABILITY.

06/10/21 JN    B180  A109   CONFERENCE CALL DEPARTMENT OF     .50       350.00
                            INTERIOR TO DISCUSS RECENT
                            RASH OF INCIDENTS OF
                            NON-COMPLIANCE ISSUED TO THE
                            CLIENT.

06/10/21 JN    B180  A104   REVIEW RECENTLY ISSUED            .70       490.00
                            INCIDENTS OF NON-COMPLIANCE
                            IN PREPARATION FOR CONFERENCE
                            CALL WITH THE DEPARTMENT OF
                            INTERIOR.

06/10/21 JN    B180  A104   REVIEW LATEST VERSION OF          .70       490.00
                            PROPOSALS TO THE GOVERNMENT
                            FOR THE SETTLEMENT OF CIVIL
                            PENALTY LIABILITY.

06/10/21 JN    B180  A102   RESEARCH EXTINCTION OF AN        1.60     1,120.00
                            OBLIGATION UNDER LOUISIANA
                            LAW.
```

```
FIELDWOOD ENERGY LLC                                      PAGE   26
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/10/21 JN | B180 | A104 | REVIEW COMMENTS ON LATEST VERSION OF THE DECLARATION OF P. EILAND IN THE DEBARMENT PROCEEDING, PROVIDING COMMENTS TO SAME. | .80 | 560.00 |
| 06/10/21 JN | B180 | A104 | REVIEW SEMS AUDIT FINDINGS AND OTHER VARIOUS HEALTH, SAFETY, AND ENVIRONMENT DOCUMENTS RELATED TO THE DEBARMENT PROCEEDING. | 1.40 | 980.00 |
| 06/10/21 JN | B180 | A104 | REVIEW NOTICES OF APPEAL RELATED TO APPEALS OF INC'S ISSUED TO THE CLIENT. | .40 | 280.00 |
| 06/10/21 JN | B180 | A103 | DRAFT VARIOUS EMAILS TO LAWYER FROM DEPARTMENT OF INTERIOR REGARDING THE CLIENT'S WRITTEN PROPOSALS TO SETTLE CIVIL PENALTY LIABILITY. | .70 | 490.00 |
| 06/10/21 JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER, S. DICHARRY, AND R. BERTRAM TO DISCUSS VARIOUS WORK STREAMS. | .40 | 280.00 |
| 06/10/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (M. DANE AND T. LAMME) TO DISCUSS STATUS OF SETTLEMENT NEGOTIATIONS WITH THE GOVERNMENT REGARDING CIVIL PENALTIES. | .60 | 420.00 |
| 06/10/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND THE SECURED LENDERS COUNSEL TO DISCUSS THE STATUS OF THE ATLANTIC PROCEEDING. | .50 | 350.00 |
| 06/10/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND COUNSEL FOR RIDGEWOOD TO DISCUSS STATUS OF ATLANTIC PROCEEDING. | .50 | 350.00 |
| 06/10/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM THE DEPARTMENT OF INTERIOR REGARDING SETTLEMENT NEGOTIATIONS FOR CIVIL PENALTY LIABILITY. | .50 | 350.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   27
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


06/10/21 JN    B180  A109  CONFERENCE CALL WITH THE          .50       350.00
                           CLIENT (P. EILAND) REGARDING
                           SCHEDULE FOR INC REMEDIATION
                           AND ORPHAN PROPERTY
                           DECOMMISSIONING.

06/10/21 POW   B240  A104  REVIEW MULTIPLE EMAILS            .20        82.00
                           REGARDING STATUS OF PLEADINGS
                           TO BE FILED.

06/10/21 RDB   B210  A104  REVIEW LOUISIANA CASE LAW         .80       452.00
                           RELATED TO REMISSION AND
                           EXTINGUISHMENT OF PRIVILEGE
                           CREATED UNDER LOUISIANA OIL
                           WELL LIEN ACT AND ADDRESS
                           SUPPLEMENTAL BRIEFING TO
                           JUDGE ISGUR IN ADVERSARY CASE
                           20-3476.

06/10/21 RDB   B210  A104  REVIEW CIVIL LAW TREATISES        .80       452.00
                           RELATED TO EXTINGUISHMENT OF
                           LEGAL PRIVILEGE.

06/10/21 RDB   B210  A104  REVIEW SERIAL REGISTER DATA       .30       169.50
                           AND DESIGNATION OF OPERATION
                           FORMS FOR OCS LEASE BLOCKS AT
                           MC-948 AND GC-40.

06/10/21 RDB   B210  A103  ADDRESS TWO SUPPLEMENTAL         2.80     1,582.00
                           AREAS OF LEGAL BRIEFING
                           REQUESTED BY JUDGE ISGUR IN
                           ADVERSARY CASE 20-3476
                           RELATED TO ATLANTIC
                           MARITIME'S LIEN CLAIMS UNDER
                           LOUISIANA OIL LIEN ACT. DRAFT
                           AND EDIT LEGAL ARGUMENTS FOR
                           SUPPLEMENTAL BRIEFING RELATED
                           TO PARTY DESIGNATED AS
                           OPERATOR AT SITES ON DATES
                           ATLANTIC MARITIME RENDERED
                           SERVICES UNDER ITS CONTRACT
                           WITH FIELDWOOD.

06/10/21 RDB   B210  A104  REVIEW RECORDATION DATA FOR       .30       169.50
                           STATEMENTS OF PRIVILEGES
                           CLAIMED BY ATLANTIC MARITIME.
```

```
FIELDWOOD ENERGY LLC                                          PAGE  28
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/10/21 SYD | B190 | A104 | DEBARMENT MATTER - CONTINUE WORKING ON DECLARATIONS IN SUPPORT OF RESPONSE TO SHOW CAUSE NOTICE. | 6.20 | 2,852.00 |
| 06/10/21 SYD | B190 | A104 | ATLANTIC ADVERSARY PROCEEDING - CORRESPONDE WITH JONES WALKER TEAM RE SCOPE OF STATEMENTS OF PRIVILEGE. | .30 | 138.00 |
| 06/10/21 SYD | B190 | A104 | INC APPEALS - REVIEW APPEALS THAT NEED TO BE TRANSMITTED THIS WEEK. | 1.20 | 552.00 |
| 06/10/21 SYD | B190 | A104 | INC APPEALS - FINALIZE JOINT MOTION TO SUSPEND APPEAL. | .90 | 414.00 |
| 06/10/21 SYD | B190 | A104 | ATLANTIC ADVERSARY PROCEEDING - DRAFT ARGUMENT RE OPERATORSHIP FOR POST-HEARING BRIEF. | 1.40 | 644.00 |
| 06/10/21 SYD | B190 | A104 | ATLANTIC ADVERSARY PROCEEDING - GATHER ATTACHMENTS FOR SUPPLEMENTAL BRIEF. | 1.60 | 736.00 |
| 06/10/21 SYD | B190 | A104 | DISCUSS STATUS OF WORK STREAMS WITH J. NOE. | .40 | 184.00 |
| 06/10/21 CU | B420 | A105 | CONFERENCE WITH S. DICHARRY RE: NOTICES OF APPEAL OF BSEE INCS, REQUESTS FOR EXTENSION OF TIME TO FILE STATEMENTS OF REASONS, MOTIONS FOR FACT HEARING, AND FOR SUSPENSIONS OF INCS PENDING FINAL DEPARTMENTAL DECISION FOR SM 10 AND EB 165, AS WELL AS JOINT MOTION TO SUSPEND APPEALS AND TOLL ALL FILING DEADLINES IN CONNECTION WITH FIRST ROUND OF APPEALS FILED MAY 27, 2021. | .20 | 90.00 |
| 06/10/21 CU | B420 | A104 | ANALYZE JOINT MOTION TO SUSPEND APPEALS AND TOLL ALL FILING DEADLINES IN CONNECTION WITH FIRST ROUND OF INC APPEALS BEARING DOCKET NUMBERS IBLA-2021-251, | .80 | 360.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   29
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

|            |     |      |      | | |
|------------|-----|------|------|--|--|
|            |     |      | IBLA-2021-252, IBLA-2021-253, IBLA-2021-254, IBLA-2021-255, IBLA-2021-256, IBLA-2021-257, IBLA-2021-258, IBLA-2021-259, IBLA-2021-260, AND IBLA-2021-261. | | |
| 06/10/21 CU | B420 | A103 | FURTHER REVISE CORRESPONDENCE TO BSEE LAFAYETTE DISTRICT AND BSEE LAKE JACKSON DISTRICT IN CONNECTION WITH NOTICE OF APPEAL OF INCS RELATED TO LEASE G06280, AREA AND BLOCK EB 165, AND LEASE G01181, AREA AND BLOCK SM 10. | .40 | 180.00 |
| 06/10/21 CU | B420 | A104 | FINAL REVIEW OF NOTICE OF APPEAL OF INCS RELATED TO LEASE G06280, AREA AND BLOCK EB 165, AND LEASE G01181, AREA AND BLOCK SM 10. | 1.50 | 675.00 |
| 06/10/21 GAR | B160 | A105 | RESOLVE ISSUES WITH SUPPORTING DOCUMENTATION FOR JONES WALKER'S MAY MONTHLY FEE STATEMENT WITH THE ACCOUNTING DEPARTMENT TO PERMIT FINALIZATION OF STATEMENT. | .30 | 102.00 |
| 06/11/21 JAH | B190 | A104 | DEBARMENT -- CONFERENCES WITH S. DICHARRY RE BRIEFING STATUS AND STRATEGY. | 1.10 | 770.00 |
| 06/11/21 JAH | B190 | A104 | DEBARMENT -- REVISE AND CIRCULATE DANE, EILAND, AND MITCHELL DECLARATIONS | 2.20 | 1,540.00 |
| 06/11/21 JAH | B190 | A104 | DEBARMENT -- REVIEW AND COMMENT ON DRAFT BRIEF | .70 | 490.00 |
| 06/11/21 JAH | B190 | A104 | CONFERENCE WITH J. NOE RE SURETY DEMAND FOR FUNDING ESCROW AGREEMENT. | .50 | 350.00 |
| 06/11/21 JAH | B190 | A104 | BSEE SETTLEMENT -- REVIEW LANGUAGE FROM PRIOR BSEE SETTLEMENT AGREEMENTS. | .60 | 420.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   30
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/11/21 JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH CO-COUNSEL RE APPEAL FILINGS. | .30 | 210.00 |
| 06/11/21 JAH | B190 | A104 | BSEE INCS -- CALL WITH B. SALZMAN AND P. EILAND RE DATA COLLECTION FOR LETTER TO GOM REGION LEADERSHIP. | 1.00 | 700.00 |
| 06/11/21 JAH | B190 | A104 | ATLANTIC LIENS -- REVIEW ATLANTIC FILING, PROVIDING COMMENTS TO SAME. | .30 | 210.00 |
| 06/11/21 JN | B180 | A103 | REVISE NEW DRAFT OF SUPPLEMENTAL BRIEF IN THE ATLANTIC PROCEEDING. | .80 | 560.00 |
| 06/11/21 JN | B180 | A109 | CONFERENCE CALL WITH SECURED LENDERS' REGULATORY COUNSEL TO DISCUSS FIELDWOOD'S PROPOSALS TO THE GOVERNMENT TO SETTLE CIVIL PENALTY LIABILITY. | .70 | 490.00 |
| 06/11/21 JN | B180 | A104 | REVIEW LATEST DRAFT OF TERM SHEET FROM U.S. SPECIALTY INSURANCE REGARDING NEW BONDING CAPACITY FOR THE ENTIES THAT EMERGE FROM BANKRUPTCY FOR REGULATORY ISSUES. | .50 | 350.00 |
| 06/11/21 JN | B180 | A103 | DRAFT COMMENTS TO WEIL FOLLOWING ENI CONFERENCE CALL ON THE IMPLEMENTATION AGREEMENT. | .40 | 280.00 |
| 06/11/21 JN | B180 | A105 | CONFERENCE CALL WITH J. HUNTER TO DISCUSS PARTIAL ABANDONMENT OF A LEASE. | .50 | 350.00 |
| 06/11/21 JN | B180 | A102 | RESEARCH RELINQUISHMENT OF FEDERAL LEASES AND PARTIAL ABANDONMENT OF A LEASE AND THE IMPACT TO THE REMAINING LESSEES. | .90 | 630.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   31
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/11/21 JN | B180 | A105 | VARIOUS CONFERENCE CALLS WITH S. DICHARRY REGARDING ATLANTIC MARITIME SUPPLEMENTAL BRIEF AND PARTIAL ABANDONMENT OF A LEASE. | .50 | 350.00 |
| 06/11/21 JN | B180 | A103 | DRAFT EMAIL TO WEIL ON POTENTIAL IMPACT OF FWE III OBTAINING SUBROGATION RIGHTS FROM THE GOVERNMENT WITH RESPECT TO ENI SURETY RIGHTS. | .40 | 280.00 |
| 06/11/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL (C. CARLSON) REGARDING ATLANTIC SUPPLEMENTAL BRIEF. | .20 | 140.00 |
| 06/11/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL (J. LIEU) REGARDING ENI IMPLEMENTATION AGREEMENT. | .20 | 140.00 |
| 06/11/21 JN | B180 | A104 | REVIEW SUPPLEMENTAL BRIEF IN ATLANTIC PROCEEDING REVISED AFTER RECEIPT OF ATLANTIC'S SUPPLEMENTAL BRIEF. | .40 | 280.00 |
| 06/11/21 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH WEIL AND COUNSEL FOR ENI REGARDING THE FINALIZATION OF THE IMPLEMENTATION AGREEMENT. | 1.20 | 840.00 |
| 06/11/21 JN | B180 | A104 | REVIEW DRAFT DECLARATION OF G. MITCHELL RELATED TO THE DEBARMENT PROCEEDING AGAINST FIELDWOOD. | .80 | 560.00 |
| 06/11/21 JN | B180 | A104 | REVIEW ENI IMPLEMENTATION AGREEMENT, PROVIDING COMMENTS TO WEIL ON REGULATORY ISSUES RELATED TO THE AGREEMENT. | 1.30 | 910.00 |
| 06/11/21 JN | B180 | A104 | RESEARCH IMPACT OF RELINQUISHMENT OF A PARTIAL INTEREST IN A LEASE. | 1.40 | 980.00 |

FIELDWOOD ENERGY LLC                                    PAGE   32
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00

06/11/21 JN   B180  A109   CONFERENCE CALL WITH WEIL TO        .20        140.00
                           DISCUSS SUPPLEMENTAL BRIEF
                           FOLLOWING FILING OF
                           ATLANTIC'S SUPPLEMENTAL BRIEF.

06/11/21 JN   B180  A104   REVIEW FURTHER REVISED              .70        490.00
                           VERSION OF SUPPLEMENTAL BRIEF
                           BASED ON SUPPLEMENTAL BRIEF
                           FILE BY ATLANTIC, PROVIDING
                           COMMENTS TO SAME.

06/11/21 JN   B180  A109   CONFERENCE CALL WITH SECURED        .40        280.00
                           LENDERS' REGULATORY COUNSEL
                           REGARDING IMPACT OF PARTIAL
                           ABANDONMENT OF A LEASE.

06/11/21 KMJ  B110  A101   CORRESPONDENCE WITH J. NOE          .30        150.00
                           AND G. RAMIREZ ON STATUS OF
                           SECOND AND THIRD FEE
                           APPLICATIONS.

06/11/21 KMJ  B110  A101   MULTIPLE CORRESPONDENCE RE          .20        100.00
                           PROPERTY ISSUES WITH REAL
                           ESTATE TEAM.

06/11/21 PFH  B110  A106   E MAILS FROM/ TO J. HUNTER/S.       .70        437.50
                           DICHARRY WITH DRAFT
                           SUBMISSION, COMMENTS ON
                           FACTS, AND SUBMISSION.

06/11/21 RDB  B210  A104   REVIEW VARIOUS PROPOSALS           3.80      2,147.00
                           RELATED TO SETTLEMENT OF BOEM
                           AND BSEE MATTERS RELATED TO
                           CIVIL PENALTY LIABILITIES,
                           NOTIFICATIONS OF INCIDENTS OF
                           NONCOMPLIANCE,
                           DECOMMISSIONING OF SPECIFIED
                           PROPERTIES AND COMMENCED
                           DRAFTING SETTLEMENT AGREEMENT
                           BETWEEN FIELDWOOD AND U.S.
                           DEPARTMENT OF THE INTERIOR
                           RELATED TO ABANDONED
                           PROPERTIES AND FUTURE
                           DECOMMISSIONING ACTIVITIES.

06/11/21 RDB  B210  A104   REVIEW LOUISIANA CASE LAW AND      1.30        734.50
                           CIVIL LAW AUTHORITIES RELATED
                           TO EXTINCTION OF LEGAL
                           PRIVILEGES, ADDRESSING LEGAL
                           ISSUES FOR SUPPLEMENTAL

```
FIELDWOOD ENERGY LLC                                          PAGE   33
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | BRIEFING REQUESTED BY JUDGE ISGUR IN ADVERSARY CASE 20-3476 RELATED TO CLAIMS OF ATLANTIC MARITIME. |  |  |
| 06/11/21 | RDB | B210 | A104 | REVIEW WORKING DRAFT OF SUPPLEMENTAL MEMORANDUM TO BE SUBMITTED TO JUDGE ISGUR IN ADVERSARY CASE 20-3476 AND ADDRESS LEGAL ARGUMENTS PRESENTED TO COURT. | .50 | 282.50 |
| 06/11/21 | RDB | B210 | A104 | REVIEW MEMORANDUM TO, MEMORANDUM FROM J. NOE AND J. HUNTER RELATED TO SUPPLEMENTAL BRIEFING TO JUDGE ISGUR IN ADVERSARY CASE 20-3476. | .30 | 169.50 |
| 06/11/21 | SYD | B190 | A104 | DEBARMENT MATTER - CONTINUE WORKING ON RESPONSE TO SHOW CAUSE NOTICE (FOCUSING ON DECLARATIONS IN SUPPORT THEREOF). | 3.80 | 1,748.00 |
| 06/11/21 | SYD | B190 | A104 | ATLANTIC ADVERSARY PROCEEDING - WORK ON POST-HEARING BRIEF. | 1.60 | 736.00 |
| 06/11/21 | SYD | B190 | A104 | DISCUSS ONRR AUDIT ISSUE WITH DEIDRE CARRIER. | .70 | 322.00 |
| 06/11/21 | SYD | B190 | A104 | ATLANTIC ADVERSARY PROCEEDING - EDIT DRAFT OF POST-HEARING BRIEF. | .70 | 322.00 |
| 06/11/21 | CU | B420 | A104 | ANALYZE ADDITIONAL INCIDENTS OF NON-COMPLIANCE RECEIVED FROM FIELDWOOD TEAM WITH RESPECT TO HIA-550A AND HIA-595CF-D. | 1.10 | 495.00 |
| 06/11/21 | CU | B420 | A104 | ANALYZE DOCKETING NOTICES FOR INC APPEALS UNDER DOCKET NOS. IBLA-2021-270 AND IBLA-2021-271. | .40 | 180.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   34
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/11/21 CU | B420 | A108 | TELECONFERENCE WITH IBLA RELATIVE TO DOCKETING NOTICES FOR INC APPEALS UNDER DOCKET NOS. IBLA-2021-270 AND IBLA-2021-271. | .30 | 135.00 |
| 06/11/21 CU | B420 | A104 | FURTHER ANALYZE OPEN INCS IN CONNECTION WITH ONGOING SETTLEMENT DISCUSSIONS AND NEGOTIATIONS. | .40 | 180.00 |
| 06/11/21 GAR | B160 | A103 | DRAFT JONES WALKER'S MAY MONTHLY FEE STATEMENT (2.9); PREPARE SUPPORTING DOCUMENTATION TO SAME (.4); FINALIZE SAME, INCLUDING CROSS CHECKING NUMBERS WITH SUPPORTING DOCUMENTATION TO ENSURE ACCURACY OF INFORMATION THEREIN (.7); DISCUSS SAME WITH K. JOHNSON AND J. NOE PRIOR TO SERVING ON ALL NOTICE PARTIES (.1). | 4.10 | 1,394.00 |
| 06/11/21 GAR | B160 | A107 | CORRESPOND WITH ALL NOTICE PARTIES TO SERVE JONES WALKER'S MAY MONTHLY FEE STATEMENT PURSUANT TO THE INTERIM COMPENSATION ORDER. | .20 | 68.00 |
| 06/11/21 GAR | B160 | A105 | CORRESPOND FURTHER REGARDING APPROVAL AND REVIEW OF MAY MONTHLY FEE STATEMENT WITH K. JOHNSON AND J. NOE PRIOR TO SERVING ON ALL NOTICE PARTIES. | .20 | 68.00 |
| 06/12/21 JAH | B190 | A104 | BSEE INCS -- CORRESPOND WITH FIELDWOOD AND JONES WALKER TEAMS RE LETTER TO BSEE REGIONAL LEADERSHIP. | .40 | 280.00 |
| 06/12/21 JAH | B190 | A104 | BSEE INCS -- REVIEW DATA FOR DRAFT LETTER TO BSEE REGIONAL LEADERSHIP. | 2.00 | 1,400.00 |
| 06/12/21 JAH | B190 | A104 | DEBARMENT -- WORK ON EPA FILING. | 4.70 | 3,290.00 |

```
FIELDWOOD ENERGY LLC                                   PAGE   35
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/12/21 | JAH | B190 | A104 | EUGENE ISLAND 342 -- ANALYZE SETTLEMENT ISSUES. | .20 | 140.00 |
| 06/12/21 | JAH | B190 | A104 | ATLANTIC LIENS -- CORRESPOND RE SUPPLEMENTAL BRIEF. | .20 | 140.00 |
| 06/12/21 | JN | B180 | A103 | REVISE DRAFT REORGINAZATION PLAN. | 2.30 | 1,610.00 |
| 06/12/21 | JN | B180 | A104 | REVIEW REVISED ENI IMPLEMENTATION AGREEMENT. | .50 | 350.00 |
| 06/12/21 | JN | B180 | A104 | REVIEW REVISED DRAFT OF DECLARATION OF G. MITCHELL IN THE DEBARMENT PROCEEDING, PROVIDING COMMENTS TO SAME. | .80 | 560.00 |
| 06/12/21 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH WEIL AND COUNSEL FOR ENI TO DISCUSS THE IMPLEMENTATION AGREEMENT. | 1.10 | 770.00 |
| 06/12/21 | PFH | B110 | A106 | CALLS S. DISHARRY AND J. HUNTER RE FACTS TO SUPPORT FACTORS EPA CONSIDERS. | .90 | 562.50 |
| 06/12/21 | RDB | B210 | A104 | CONTINUE DRAFTING SETTLEMENT AGREEMENT WITH U.S. DEPT. OF THE INTERIOR TO ADDRESS AND ENCOMPASS ABANDONED PROPERTIES, TRANSITION SERVICES AND TRANSITION PERIOD FOR FWE III, AND PENDING CLAIMS FOR CIVIL PENALTIES AND DECOMMISSIONING. | 2.80 | 1,582.00 |
| 06/12/21 | RDB | B210 | A104 | REVIEW DOJ'S SETTLEMENT PROPOSALS TO FIELDWOOD, SETTLEMENT TERMS, AND COMMENTS OF J. NOE RELATED TO PROPOSED SETTLEMENT TERMS OF DOJ. | .30 | 169.50 |
| 06/12/21 | RDB | B210 | A103 | MEMORANDUM TO J. NOE, J. HUNTER AND S. DICHARRY RELATED TO WORKING DRAFT OF SETTLEMENT AGREEMENT AND SUBROGATION ISSUES. | .80 | 452.00 |

```
FIELDWOOD ENERGY LLC                                   PAGE   36
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Atty | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 06/12/21 | SYD | B190 | A104 | DEBARMENT MATTER - CONTINUE WORKING ON RESPONSE TO SHOW CAUSE NOTICE. | 8.30 | 3,818.00 |
| 06/12/21 | CU | B420 | A105 | CORRESPOND WITH J. HUNTER RE: DRAFTING OF DETAILED CORRESPONDENCE TO BSEE WITH RESPECTING TO OPEN INCS AND RESEARCH NEEDED IN CONNECTION WITH SAME. | .20 | 90.00 |
| 06/12/21 | EMH | B420 | A104 | REVIEW DECLARATIONS OF P. EILAND AND G. MITCHELL (1.6); BEGIN GATHERING FINAL EXHIBITS TO BE SUBMITTED WITH THE DECLARATIONS (.9). | 2.50 | 875.00 |
| 06/13/21 | JAH | B190 | A104 | CONFERENCES WITH J. NOE AND S. DICHARRY RE DESIGNATED OPERATOR LIABILITY ISSUES RAISED BY LENDERS' COUNSEL. | .40 | 280.00 |
| 06/13/21 | JAH | B190 | A104 | DEBARMENT -- REVISE FILING AND DECLARATIONS. | 4.50 | 3,150.00 |
| 06/13/21 | JAH | B190 | A104 | DEBARMENT -- CALL WITH P. EILAND. | .20 | 140.00 |
| 06/13/21 | JAH | B190 | A104 | REVIEW DRAFT BSEE SETTLEMENT, PROVIDING COMMENTS TO SAME. | .30 | 210.00 |
| 06/13/21 | JAH | B190 | A104 | CORRESPOND WITH FIELDWOOD TEAM RE DEBARMENT FILINGS AND DECLARATIONS. | .80 | 560.00 |
| 06/13/21 | JN | B180 | A103 | REVISE MOTION IN SUPPORT OF CONFIRMATION OF THE RESTRUCTURING PLAN. | 1.40 | 980.00 |
| 06/13/21 | JN | B180 | A102 | RESEARCH LIABILITY OF A DESIGNATED OPERATOR IN RESPONSE TO FEESABILITY CONCERNS RAISED BY SECURED LENDERS WITH RESPECT TO FWE III. | .80 | 560.00 |

FIELDWOOD ENERGY LLC                                          PAGE   37
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00

| 06/13/21 JN | B180 | A103 | DRAFT EMAIL TO LAWYERS FOR DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE REGARDING FINAL VERSION OF SETTLEMENT PROPOSALS FOR ABANDONED PROPERTIES AND CIVIL PENALTIES. | .20 | 140.00 |

| 06/13/21 JN | B180 | A104 | DRAFT EMAIL TO COUNSEL FOR SECURED LENDERS REGARDING REVISED PROPOSALS TO THE GOVERNMENT AND THE GOVERNMENT TIMING REQUESTS ON FINALIZING THE PROPOSALS. | .20 | 140.00 |

| 06/13/21 JN | B180 | A104 | REVIEW NUMEROUS EMAIL AND TEXT COMMUNICATIONS FROM LAWYERS WITH THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR REGARDING SETTLEMENT PROPOSALS FOR ABANDONED PROPERTIES AND CIVIL PENALTIES, RESPONDING TO SAME. | .70 | 490.00 |

| 06/13/21 JN | B180 | A104 | REVIEW VARIOUS OBJECTIONS FILED AGAINST PLAN FOR REGULATORY ISSUES, INCLUDING OBJECTIONS FILED BY MARATHON, BP, WELLTECH, U.S. SPECIALTY INSURANCE COMPANY, W&T, AND HCC INTERNATIONAL INSURANCE COMPANY. | 1.90 | 1,330.00 |

| 06/13/21 JN | B180 | A103 | REVISE VARIOUS DRAFTS AND VERSIONS EXCHANGED WITH SECURED LENDERS COUNSEL ON THE ABANDONMENT AND CIVIL PENALTY SETTLEMENT PROPOSAL DRAFT MARKED-UP BY COUNSEL FOR SECURED LENDERS. | 2.40 | 1,680.00 |

| 06/13/21 JRT | B410 | A108 | CORRESPOND WITH CO-COUNSEL REGARDING THOUGHTS ON CASE. | .30 | 210.00 |

| 06/13/21 PFH | B110 | A106 | E MAILS S. DICHARRY RE FACTORS FOR SUBMISSION (.2); REVIEW DRAFT SUBMISSION, PROVIDING COMMENTS TO SAME (.8); E MAILS WITH J. HUNTER/G. MITCHELL RE | 1.40 | 875.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   38
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | COMMENTS (.2); E MAILS FROM<br>P. EILAND WITH EDITS (.2). |  |  |
| 06/13/21 | SYD | B190 | A104 | DEBARMENT MATTER - CONTINUE<br>WORKING ON RESPONSE TO SHOW<br>CAUSE NOTICE. | 6.30 | 2,898.00 |
| 06/13/21 | SYD | B190 | A104 | BEGIN REVIEW OF DRAFT<br>SETTLEMENT AGREEMENT. | .40 | 184.00 |
| 06/13/21 | EMH | B420 | A104 | CONTINUE REVIEWING EXHIBITS<br>TO BE SUBMITTED WITH THE<br>DECLARATIONS OF P. EILAND AND<br>G. MITCHELL. | 1.80 | 630.00 |
| 06/14/21 | JAH | B190 | A104 | BSEE INC APPEALS -- ORGANIZE<br>NEXT SET OF FILINGS. | .40 | 280.00 |
| 06/14/21 | JAH | B190 | A104 | CONFERENCE WITH J. NOE RE<br>BSEE SETTLEMENT AND<br>SUBROGATION ISSUES. | .40 | 280.00 |
| 06/14/21 | JAH | B190 | A104 | BSEE SETTLEMENT -- REVIEW<br>CORRESPONDENCE. | .20 | 140.00 |
| 06/14/21 | JAH | B190 | A104 | DEBARMENT -- CALL WITH<br>FIELDWOOD WITNESSES RE<br>WRITTEN TESTIMONY. | 1.00 | 700.00 |
| 06/14/21 | JAH | B190 | A104 | DEBARMENT -- WORK WITH S.<br>DICHARRY ON DECLARATIONS AND<br>EPA SUBMISSION. | 3.80 | 2,660.00 |
| 06/14/21 | JAH | B190 | A104 | DEBARMENT -- CORRESPOND WITH<br>EPA. | .20 | 140.00 |
| 06/14/21 | JAH | B190 | A104 | EUGENE ISLAND 342 -- REVIEW<br>STATU TO EMAIL B.<br>SERGESKETTER AND B. DEWOLFE<br>RE SAME. | .30 | 210.00 |
| 06/14/21 | JN | B180 | A104 | REVISE REORGANIZATION PLAN. | 1.40 | 980.00 |
| 06/14/21 | JN | B180 | A103 | REVISE DECLARATION OF G.<br>MITCHELL IN THE DEBARMENT<br>PROCEEDING. | .70 | 490.00 |
| 06/14/21 | JN | B180 | A103 | REVISE THE RESTRUCTURING PLAN. | 1.30 | 910.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   39
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/14/21 JN | B180 | A109 | CONFERENCE CALL WITH SECURED LENDERS' REGULATORY COUNSEL TO DISCUSS THE RESTRUCTURING PLAN. | .60 | 420.00 |
| 06/14/21 JN | B180 | A105 | VARIOUS CONFERENCE CALLS WITH S. DICHARRY AND J. HUNTER REGARDING SUBROGATION IN SETTLEMENT AGREEMENT AND STATUS OF DEBARMENT RESPONSE. | .50 | 350.00 |
| 06/14/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS ABANDONED PROPERTIES DISCUSSION IN THE PLAN. | .40 | 280.00 |
| 06/14/21 JN | B180 | A103 | REVIEW PLAN INSERTS PROVIDED BY SECURED LENDERS' REGULATORY COUNSEL, PROVIDING COMMENTS TO SAME. | .50 | 350.00 |
| 06/14/21 JN | B180 | A104 | REVIEW BOEM FORM LEASE AND ADJUDICATION REGULATIONS FOR PLANNING PURPOSES FOR POST-EXIT ASSIGNMENTS. | .80 | 560.00 |
| 06/14/21 JN | B180 | A109 | VARIOUS COMMUNICATIONS AND CALL WITH LAWYERS WITH DEPARTMENT OF INTERIOR REGARDING CIVIL PENALTY SETTLEMENT. | .50 | 350.00 |
| 06/14/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL AND THE CLIENT TO DISCUSS EXIT PAYMENTS AND EXIT TIMING. | 1.20 | 840.00 |
| 06/14/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS DRAFT RESTRUCTURING PLAN. | .50 | 350.00 |
| 06/14/21 JN | B180 | A103 | DRAFT COMMENTS TO VARIOUS OBJECTIONS TO THE PLAN. | .70 | 490.00 |
| 06/14/21 KMJ | B110 | A101 | REVIEW FILE AND RELATED CORRESPONDENCE WITH G. RAMIREZ AND J. NOE RE STATUS OF SECOND AND THIRD FEE APPLICATIONS (.30); MULTIPLE CORRESPONDENCE RE REAL ESTATE ISSUES (.30). | .60 | 300.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  40
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/14/21 PFH | B110 | A106 | REVIEW DRAFT DECLARATION OF M. DANE. | .10 | 62.50 |
| 06/14/21 PFH | B110 | A106 | REVIEW SEVERAL DRAFTS OF EILAND DECLARATIONS AND E MAILS, PROVIDING COMMENTS ON BYPASS ISSUE (.9); EMAILS FROM P. EILAND WITH ADDITIONAL DOCUMENTS (.2). | 1.10 | 687.50 |
| 06/14/21 PFH | B110 | A106 | REVIEW SEVERAL UPDATED MITCHELL DECLARATIONS AND E MAILS, PROVIDING COMMENTS ON BYPASS ISSUE (.6); EMAILS FROM G. MITCHELL WITH ADDITIONAL DOCUMENTS (.1). | .70 | 437.50 |
| 06/14/21 PFH | B110 | A106 | CALL WITH G. MITCHELL, P. EILAND, J. HUNTER, AND S. DICHARRY RE DECLARATIONS AND NUMEROUS E MAILS FROM G. MITCHELL AND P. EILAND WITH ADDITIONAL INFORMATION. | 1.50 | 937.50 |
| 06/14/21 PFH | B110 | A107 | E MAILS BETWEEN L. LOVETT AND J. HUNTER RE DEADLINE FOR EPA SUBMISSION. | .10 | 62.50 |
| 06/14/21 POW | B240 | A104 | REVIEW SERIES OF EMAILS (.2); PREPARE AND SEND MEMORANDUM REGARDING RECORDING TAXES AND PER PAGE FEES (.4); MULTIPLE FOLLOW UP EMAILS (.2). | .80 | 328.00 |
| 06/14/21 RDB | B210 | A104 | REVIEW WORKING DRAFT OF BOEM AND BSEE SETTLEMENT AGREEMENT, ADDRESSING STATUS AND TIME PERIODS OF COVERAGE FOR VARIOUS NOTICES OF INCIDENTS OF NONCOMPLIANCE. | .80 | 452.00 |
| 06/14/21 RDB | B210 | A105 | TELEPHONE CONFERENCE WITH J. HUNTER RELATED TO OCS SETTLEMENT ISSUES (.2); REVIEW MEMORANDUM FROM J. HUNTER AND J. NOE RELATED TO RESERVATION OF CLAIMS AND POSSIBLE SUBROGATION RIGHTS (.1). | .30 | 169.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   41
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/14/21 SYD | B190 | A104 | DEBARMENT MATTER - CONTINUE WORKING ON DECLARATIONS AND RESPONSE TO SHOW CAUSE NOTICE (7.7); DISCUSSED SAME WITH JONATHAN HUNTER (.6). | 8.30 | 3,818.00 |
| 06/14/21 CU | B420 | A104 | ANALYZE DOCKETING NOTICES RECEIVED FOR INC APPEAL NOS. IBLA-2021-270 AND IBLA-2021-271. | .40 | 180.00 |
| 06/14/21 CU | B420 | A102 | CONDUCT EXTENSIVE RESEARCH INTO BSEE NOTICES TO LESSEES (NTLS) FOLLOWING HURRICANES AND OTHER TROPICAL WEATHER EVENTS RELATIVE TO TIMETABLE FOR REPAIRS TO PLATFORMS, FOR PURPOSES OF INCLUDING SAME IN DETAILED LETTER TO BSEE LEADERSHIP OUTLINING HOW ITS TREATMENT OF FIELDWOOD IS ATYPICAL. | 1.90 | 855.00 |
| 06/14/21 EMH | B420 | A104 | REVIEW DECLARATIONS OF P. EILAND AND G. MITCHELL (1.6); PREPARE FINAL EXHIBITS TO BE SUBMITTED WITH SAME (2.2). | 3.80 | 1,330.00 |
| 06/14/21 EMH | B420 | A104 | REVIEW P. EILAND DECLARATION FOR ACCURACY OF EXHIBIT REFERENCES AND QUOTATIONS. | 2.50 | 875.00 |
| 06/14/21 EMH | B420 | A104 | REVIEW MITCHELL DECLARATION FOR ACCURACY OF REFERENCES TO EXHIBITS AND QUOTATIONS FROM REFERENCED DOCUMENTS. | 2.00 | 700.00 |
| 06/14/21 GAR | B160 | A103 | CONTINUE DRAFTING SECOND INTERIM FEE APPLICATION OF JONES WALKER. | 2.10 | 714.00 |
| 06/15/21 JAH | B190 | A104 | WORK WITH FIELDWOOD TEAM AND S. DICHARRY TO FINALIZE AND FILE FIEDLWOOD'S RESPONSE TO EPA "SHOW CAUSE" DEBARMENT NOTICE. | 9.80 | 6,860.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  42
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/15/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR, WEIL AND SECURED LENDERS COUNSEL TO DISCUSS THE SETTLEMENT PROPOSAL TO THE GOVERNMENT. | .60 | 420.00 |
| 06/15/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS DECOMOSSIONING OF ABANDONED PROPERTIES. | .30 | 210.00 |
| 06/15/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (B. DEWOLFE) TO DISCUSS SCHEDULE AND PERMITTING STATUS RELATED TO DECOMMISSIONING OF ORPHANED ASSETS. | .50 | 350.00 |
| 06/15/21 JN | B180 | A103 | REVIEW FINAL COMMENTS TO DEBARMENT PLEADING AND DECLARATIONS OF G. MITCHELL AND P. EILAND, PROVIDING COMMENTS TO SAME. | 1.80 | 1,260.00 |
| 06/15/21 JN | B180 | A103 | REVISE NUMEROUS DRAFTS OF THE PLAN. | 5.20 | 3,640.00 |
| 06/15/21 JN | B180 | A104 | REVIEW SUGGESTED REVISIONS TO THE PLAN OFFERED BY SECURED LENDERS COUNSEL, PROVIDING COMMENTS TO SAME. | .40 | 280.00 |
| 06/15/21 JN | B180 | A109 | VARIOUS COMMUNICATIONS (TEXTS AND CALLS) WITH LAWYERS FROM DEPARTMENT OF INTERIOR REGARDING COMMENTS TO PLAN. | .70 | 490.00 |
| 06/15/21 JN | B180 | A109 | VARIOUS CONFERENCE CALLS WITH WEIL TO DISCUSS FINALIZATION OF THE PLAN. | .90 | 630.00 |
| 06/15/21 JN | B180 | A104 | REVIEW SUGGESTED REVISIONS TO PROPOSALS TO GOVERNMENT REGARDING ABANDONED PROPERTIES AND CIVIL PENALTIES. | .50 | 350.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   43
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 06/15/21 | KMJ | B110 | A101 | MULTIPLE CORRESPONDENCE RE REAL ESTATE ISSUES. | .30 | 150.00 |
| 06/15/21 | KMJ | B110 | A101 | REVIEW FILE FEE APPLICATION STATUS. | .60 | 300.00 |
| 06/15/21 | PFH | B110 | A106 | WORK ON SUBMISSION (.3); E MAIL FROM R. SERGESKETTER WITH INSTRUCTION RE SUBMISSION (.1); E MAIL FROM J. HUNTER TO R. SERGESKETTER (.1); NUMEROUS E MAILS FROM J. HUNTER/J. NOE/G. MITCHELL/P. EILAND/R. SERGESKETTER/S. DICHARRY WITH REVISIONS TO SUBMISSION TO EPA, DECLARATIONS, EXHIBITS (.6); E MAIL FROM G. MITCHELL/P. EILAND RE FILED SUBMISSSION (.4). | 1.50 | 937.50 |
| 06/15/21 | POW | B240 | A104 | REVIEW MULTIPLE EMAILS REGARDING REVISIONS. | .40 | 164.00 |
| 06/15/21 | SYD | B190 | A104 | DEBARMENT MATTER - FINALIZE RESPONSE TO SHOW CAUSE NOTICE. | 9.70 | 4,462.00 |
| 06/15/21 | CU | B420 | A103 | DRAFT NOTICE OF APPEAL AND RELATED CORRESPONDENCE TO BSEE IN CONNECTION WITH INCS ISSUED TO FIELDWOOD ENERGY LLC FROM APRIL 19, 2021, THROUGH APRIL 23, 2021, WITH RESPECT TO LEASES G13622, 00438, G02317, G02587, AND G05646 (1.1); REVISE SAME (.3). | 1.40 | 630.00 |
| 06/15/21 | CU | B420 | A103 | REVISE JOINT MOTION FOR SUSPENSION OF INC APPEALS AT IBLA-2021-270 AND IBLA-2021-271. | .60 | 270.00 |
| 06/15/21 | CU | B420 | A104 | ANALYZE INCIDENTS OF NON-COMPLIANCE ISSUED FROM APRIL 19, 2021 THROUGH APRIL 21, 2021, IN PREPARATION FOR APPEALING SAME TO IBLA. | 1.70 | 765.00 |

```
FIELDWOOD ENERGY LLC                                         PAGE   44
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| 06/15/21 CU | B420 | A104 | CONTINUE CONDUCTING RESEARCH INTO BSEE NOTICES TO LESSEES (NTLS) FOLLOWING HURRICANES AND OTHER TROPICAL WEATHER EVENTS RELATIVE TO TIMETABLE FOR REPAIRS TO PLATFORMS, FOR PURPOSES OF INCLUDING SAME IN DETAILED LETTER TO BSEE LEADERSHIP OUTLINING HOW ITS TREATMENT OF FIELDWOOD IS ATYPICAL. | 2.40 | 1,080.00 |
|---|---|---|---|---|---|
| 06/15/21 EMH | B420 | A104 | CONTINUE REVIEWING MITCHELL DECLARATION FOR ACCURACY OF REFERENCES TO EXHIBITS AND QUOTATIONS FROM REFERENCED DOCUMENTS. | 2.20 | 770.00 |
| 06/15/21 EMH | B420 | A104 | REVIEW RESPONSE TO SHOW CAUSE NOTICE FOR ACCURANCE OF REFERENCES TO DECLARATIONS AND EXHIBITS. | 2.20 | 770.00 |
| 06/15/21 EMH | B420 | A104 | FINALIZE EXHIBIT PACKAGE TO ACCOMPANY RESPONSE TO EPA SHOW CAUSE NOTICE. | 1.30 | 455.00 |
| 06/15/21 RPS | B110 | A110 | CREATE FTP LOCATION FOR THE SECURE TRANSFER OF DOCUMENTS. | .30 | 63.00 |
| 06/16/21 DMH | B230 | A104 | DISCUSSION WITH J. NOE RE: STRUCTURE TO PRESENT TO BOEM (.4); CONFERENCE CALL WITH FIELDWOOD; (.3); REVIEW BANKRUPTCY PLAN (.3). | 1.00 | 580.00 |
| 06/16/21 JAH | B190 | A104 | DEBARMENT -- CORRESPOND WITH EPA RE RECEIPT OF FILING. | .20 | 140.00 |
| 06/16/21 JAH | B190 | A104 | CONFERENCES WITH J. NOE AND FIELDWOOD TEAM (T. LAMME, J. SMITH) RE BOEM/ADJUDICATION UNIT ISSUES RE IMPLEMENTATION OF PLAN. | .90 | 630.00 |
| 06/16/21 JN | B180 | A103 | REVISE NUMEROUS DRAFTS OF THE PLAN. | 5.30 | 3,710.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   45
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 06/16/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS THE GOVERNMENTS COMMENTS TO THE PLAN. | .50 | 350.00 |
| 06/16/21 | JN | B180 | A105 | CONFERENCE CALL WITH D. HUNTER TO DISCUSS BOEM ADJUDICATION ISSUES AND POTENTIAL SOLUTIONS TO MASS FILINGS. | .50 | 350.00 |
| 06/16/21 | JN | B180 | A102 | RESEARCH BOEM ADJUDICATION REGULATIONS AND FORMS. | .90 | 630.00 |
| 06/16/21 | JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF THE INTERIOR REGARDING THE DRAFT PLAN. | .40 | 280.00 |
| 06/16/21 | JN | B180 | A103 | REVISE THE CONFIRMATION ORDER. | .60 | 420.00 |
| 06/16/21 | JN | B180 | A103 | REVISE CIVIL PENALTY SETTLEMENT PROPOSAL TO THE GOVERNMENT. | .60 | 420.00 |
| 06/16/21 | JN | B180 | A103 | DRAFT VARIOUS COMMUNICATIONS WITH LAWYER FOR DEPARTMENT OF INTERIOR REGARDING THE CIVIL PENALTY SETTLEMENT PROPOSAL AND THE DRAFT PLAN. | .80 | 560.00 |
| 06/16/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL (C. CARLSON) TO DISCUSS CONFIRMATION ORDER. | .30 | 210.00 |
| 06/16/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT TO DISCUSS BOEM ADJUDICATION ISSUES. | .40 | 280.00 |
| 06/16/21 | SYD | B190 | A104 | REVIEW APPEAL DOCUMENTS FOR NEXT BATCH OF INC APPEALS (.7); DISCUSS SAME WITH C. ULFERS (.2). | .90 | 414.00 |
| 06/16/21 | SYD | B190 | A104 | PARTICIPATE IN CALL RE ADJUDICATION ISSUES THAT WILL NEED TO BE ADDRESSED FOLLOWING CONFIRMATION. | .50 | 230.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   46
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 06/16/21 | SYD | B190 | A104 | RESEARCH CONCEPT OF MASS ASSIGNMENTS (.2); EMAIL J. NOE RE SAME (.2). | .40 | 184.00 |
| 06/16/21 | CU | B420 | A105 | MULTIPLE CORRESPONDENCES WITH S. DICHARRY RE: OPEN INCS ISSUES BETWEEN APRIL 19, 2021, AND APRIL 23, 2021, SUBJECT TO BEING APPEAL ON JUNE 17, 2021. | .30 | 135.00 |
| 06/16/21 | CU | B420 | A105 | EXTENDED TELECONFERENCE WITH MR. HUNTER AND MS. DICHARRY RE: OPEN INCS ISSUED FROM APRIL 19, 2021 THROUGH APRIL 23, 2021, SUBJECT TO BEING APPEALED ON JUNE 17, 2021. | .30 | 135.00 |
| 06/16/21 | CU | B420 | A103 | FURTHER REVISIONS TO NOTICE OF APPEAL AND CORRESPONDENCE TO BSEE IN CONNECTION WITH APPEAL OF INCS ISSUED TO FIELDWOOD FROM APRIL 19, 2021 THROUGH APRIL 23, 2021. | 1.00 | 450.00 |
| 06/16/21 | GAR | B160 | A103 | CONTINUE DRAFTING SECOND INTERIM FEE APPLICATION OF JONES WALKER, INCLUDING DESCRIPTION OF WORK FOR EACH PROJECT CATEGORY, TO ENSURE COMPLIANCE WITH LOCAL RULES AND U.S. TRUSTEE GUIDELINES. | 2.90 | 986.00 |
| 06/16/21 | GAR | B160 | A103 | REVIEW DRAFT OF JONES WALKER'S SECOND INTERIM FEE APPLICATION AND ALL RELATED EXHIBITS PRIOR TO CIRCULATION TO CO-COUNSEL. | 2.30 | 782.00 |
| 06/17/21 | JAH | B190 | A104 | DEBARMENT -- CORRESPOND WITH EPA AND R. SERGESKETTER. | .30 | 210.00 |
| 06/17/21 | JAH | B190 | A104 | CORRESPOND RE BSEE SETTLEMENT. | .20 | 140.00 |
| 06/17/21 | JAH | B190 | A104 | BSEE INCS -- DRAFT LETTER FOR G. MITCHELL SIGNATURE TO GOM REGION. | 1.40 | 980.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   47
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| 06/17/21 | JAH | B190 | A104 | BSEE INCS -- COORDINATE NEW ROUND OF APPEALS. | .20 | 140.00 |
|---|---|---|---|---|---|---|
| 06/17/21 | JN | B180 | A103 | REVISE NUMEROUS DRAFTS OF THE CONFIRMATION ORDER. | 5.10 | 3,570.00 |
| 06/17/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (M. DANE) TO DISCUSS THE INC REMEDIATION SCHEDULE FOR THE CIVIL PENALTY SETTLEMENT PROPOSAL TO THE GOVERNMENT. | .50 | 350.00 |
| 06/17/21 | JN | B180 | A104 | REVIEW DATA SET OF FIELDWOOD LEASES, IDENTIFYING WHICH SURVIVING ENTITY WILL BE ASSIGNED THE LEASE AND THE IDENTIFY OF THE OPERATOR FOR EACH LEASE FOR THE PURPOSE OF PLANNING THE BOEM ADJUDICATION FILINGS. | .60 | 420.00 |
| 06/17/21 | JN | B180 | A103 | DRAFT VARIOUS COMMUNICATIONS WITH LAWYERS WITH DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR REGARDING THE PLAN AND GOVERNMENT COMMENTS TO THE PLAN. | .80 | 560.00 |
| 06/17/21 | JN | B180 | A104 | REVIEW LETTER TO BSEE REGIONAL SUPERVISOR REGARDING THE ISSUANCE OF INC'S, PROVIDING COMMENTS TO SAME. | .40 | 280.00 |
| 06/17/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT'S OPERATIONAL LEADERSHIP TO DISCUSS INC REMEDIATION SCHEDULE. | .50 | 350.00 |
| 06/17/21 | JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (J. SEEGER) TO DISCUSS INC REMEDIATION SCHEDULE. | .40 | 280.00 |
| 06/17/21 | JN | B180 | A109 | PARTICIPATE IN NUMEROUS TELEPHONE CALLS WITH LAWYERS FROM THE DEPARTMENT OF INTERIOR REGARDING DRAFT CONFIRMATION PLAN. | 1.80 | 1,260.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   48
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

```
06/17/21 JN    B180  A104   REVIEW VARIOUS REPLY BRIEFS        .80      560.00
                            TO OBJECTIONS TO PLAN FOR
                            REGULATORY ARGUMENTS AND
                            ISSUES RAISED.

06/17/21 PFH   B110  A107   E MAIL FROM J. LIN (EPA) RE        .10       62.50
                            LINK FOR ADDITIONAL
                            GOVERNMENT PERSONNEL AND NAME
                            OF HEARING OFFICER AND FROM
                            J. HUNTER TO J. LIN WITH
                            REQUESTED LINK.

06/17/21 PFH   B110  A106   E MAILS FROM J. HUNTER TO R.       .10       62.50
                            SERGESKETTER WITH PROOF OF
                            TIMELY FILING WITH EPA.

06/17/21 POW   B240  A104   REVIEW MULTIPLE EMAILS AND         .60      246.00
                            ATTACHMENTS (.3); PREPARE
                            EMAIL TO MARK DAVIS (.3).

06/17/21 SYD   B190  A104   REVIEW SCHEDULE FOR FILING OF      .40      184.00
                            INC APPEALS.

06/17/21 SYD   B190  A104   REVIEW APPEAL FILINGS FOR        1.60      736.00
                            INCS (1.1); COORDINATE FILING
                            OF SAME (.5).

06/17/21 SYD   B190  A104   INC APPEALS - PREPARE JOINT        .60      276.00
                            MOTION TO SUSPEND INC APPEALS
                            FILED LAST WEEK.

06/17/21 CU    B420  A104   FURTHER ANALYZE NOTICE OF        1.30      585.00
                            APPEAL AND RELATED
                            CORRESPONDENCE WITH BSEE WITH
                            RESPECT TO INCS ISSUED TO
                            FIELDWOOD FROM APRIL 19,
                            2021, THROUGH APRIL 23, 2021,
                            SUBJECT TO BEING APPEALED ON
                            JUNE 17, 2021.

06/17/21 CU    B420  A105   MULTIPLE CORRESPONDENCES WITH      .30      135.00
                            S. DICHARRY RE: JOINT MOTION
                            FOR SUSPENSION OF APPEALS AND
                            TO TOLL ALL FILING DEADLINES
                            IN CONNECTION WITH INC
                            APPEALS DOCKETED AT
                            IBLA-2021-270 AND
                            IBLA-2021-271, AS WELL AS
                            NOTICES OF APPEAL OF INCS
                            ISSUED FROM APRIL 19, 2021,
```

```
FIELDWOOD ENERGY LLC                                           PAGE   49
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | THROUGH APRIL 23, 2021. |  |  |
| 06/17/21 CU | B420 | A103 | FURTHER REVISE NOTICE OF APPEAL AND RELATED CORRESPONDENCE TO BSEE IN CONNECTION WITH APPEAL OF INCS ISSUED FROM APRIL 19, 2021, THROUGH APRIL 23, 2021. | 1.20 | 540.00 |
| 06/18/21 GSH | B110 | A104 | REVIEW OPERATING AGREEMENT AND TWO ATTACHMENTS ALONG WITH TEXAS AND LOUISIANA INDEMNITY ACTS. | 1.40 | 686.00 |
| 06/18/21 GSH | B110 | A103 | DRAFT ANALYSIS OF CLAUSES WITH RECOMMENDATIONS. | .80 | 392.00 |
| 06/18/21 JAH | B190 | A104 | CORRESPOND WITH R. SERGESKETTER RE DEBARMENT. | .20 | 140.00 |
| 06/18/21 JAH | B190 | A104 | BSEE INCS -- COORDINATE APPEAL FILINGS. | .30 | 210.00 |
| 06/18/21 JN | B180 | A109 | VARIOUS CONFERENCE CALLS WITH WEIL REGARDING REVISED PLAN DOCUMENTS AND INSERTS SUGGESTED BY THE GOVERNMENT AND SECURED LENDERS. | 1.20 | 840.00 |
| 06/18/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (M. DANE AND T. LAMME) AND WEIL REGARDING TIMING OF PAYMENTS OF NON-PROSECUTION AGREEMENT. | .40 | 280.00 |
| 06/18/21 JN | B180 | A109 | VARIOUS CONFERENCE CALLS WITH SECURED LENDERS' REGULATORY COUNSEL. | .50 | 350.00 |
| 06/18/21 JN | B180 | A109 | CONFERENCE CALL WITH EXECUTIVES FROM ANKOR ENERGY REGARDING CONTINUING PRODUCTION DURING TIME OF FWE III'S PERFORMANCE OF THE TRANSITION SERVICES. | .40 | 280.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  50
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Initials | B-code | A-code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/18/21 | JN | B180 | A109 | CONFERENCE CALL WITH SECURED LENDERS' REGULATORY COUNSEL TO DISCUSS CHANGES TO THE PLAN AND OTHER OPEN REGULATORY ISSUES. | .40 | 280.00 |
| 06/18/21 | JN | B180 | A103 | REVISE NUMEROUS DRAFTS OF THE PLAN AND PROPOSED INSERTS TO PLAN. | 4.20 | 2,940.00 |
| 06/18/21 | JN | B180 | A103 | REVISE CONTRACT OPERATOR AGREEMENT BETWEEN CREDIT BID PURCHASER AND FWE III. | .80 | 560.00 |
| 06/18/21 | SYD | B190 | A104 | INC APPEALS - REVIEW STATUS OF APPEALS (.3); COORDINATE DELIVERY OF APPEAL PACKAGES (.2). | .50 | 230.00 |
| 06/18/21 | CU | B420 | A105 | MULTIPLE CORRESPONDENCES WITH MS. MOLLET RELATIVE TO SERVICE OF INC APPEAL PAPERS ON BSEE'S OFFICE IN LAFAYETTE. | .50 | 225.00 |
| 06/19/21 | JAH | B190 | A104 | BSEE INCS -- REVIEW FILE RE STATUS. | .20 | 140.00 |
| 06/19/21 | JN | B180 | A104 | REVIEW NUMEROUS DRAFTS OF THE CONFIRMATION ORDER AND PLAN DOCUMENTS AND INSERTS TO THE PLAN SUGGESTED BY SECURED LENDERS AND THE GOVERNMENT. | 3.70 | 2,590.00 |
| 06/19/21 | JN | B180 | A109 | CONFERENCE CALL WITH WEIL, SECURED LENDERS COUNSEL AND COUNSEL FOR THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR REGARDING THE CONFIRMATION ORDER AND THE CURRENT DRAFT OF THE PLAN DOCUMENTS. | .50 | 350.00 |
| 06/19/21 | JN | B180 | A104 | REVIEW CONTRACTOR OPERATOR AGREEMENT, PROVIDING COMMENTS TO SAME. | .70 | 490.00 |
| 06/19/21 | POW | B240 | A104 | REVIEW EMAIL FROM M. MALONEY. | .10 | 41.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  51
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Init | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/20/21 | JN | B180 | A109 | VARIOUS CONFERENCE CALLS WITH WEIL REGARDING CONFIRMATION ORDER. | 1.40 | 980.00 |
| 06/20/21 | JN | B180 | A103 | REVISE NUMEROUS VERSIONS OF THE CONFIRMATION ORDER. | 5.60 | 3,920.00 |
| 06/20/21 | JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS WITH DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE, WEIL AND LAWYERS WITH SECURED LENDERS TO DISCUSS CONFIRMATION ORDER ISSUES. | .50 | 350.00 |
| 06/20/21 | PFH | B110 | A106 | E MAILS FROM/TO R. SERGESKETTER/J. HUNTER RE AUSA'S ROLE WITH EPA. | .20 | 125.00 |
| 06/20/21 | SYD | B190 | A104 | EDIT DRAFT SETTLEMENT AGREEMENT RE ABANDONED PROPERTIES. | 2.90 | 1,334.00 |
| 06/21/21 | JN | B180 | A109 | CONFERENCE CALL WITH SECURED LENDERS COUNSEL. | .40 | 280.00 |
| 06/21/21 | JN | B180 | A109 | CONFERENCE CALL WITH COUNSEL FOR ENI AND LAWYERS WITH THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR TO DISCUSS SEQUENCING OF DESIGNATION OF OPERATORSHIP FOR ENI PROPERTIES. | .50 | 350.00 |
| 06/21/21 | JN | B180 | A102 | RESEARCH LIABILITY OF A DESIGNATED OPERATED TO PREPARE TO DRAFT EMAIL TO ENI COUNSEL REGARDING ASSUMPTION OF LIABILITY OF DESIGNATED OPERATOR. | .50 | 350.00 |
| 06/21/21 | JN | B180 | A103 | DRAFT EMAIL TO COUNSEL TO ENI REGARDING LIABILITY OF DESIGNATED OPERATOR. | .40 | 280.00 |
| 06/21/21 | JN | B180 | A109 | PARTICIPATE IN CONFIRMATION HEARING. | 6.10 | 4,270.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  52
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


06/21/21 JN    B180  A104   REVIEW VARIOUS PROPOSED         1.70    1,190.00
                            INSERTS AND MODIFICATIONS TO
                            CONFIRMATION PLAN, PROVIDING
                            COMMENTS TO SAME.

06/21/21 SYD   B190  A104   INC APPEALS - REVIEW STATUS      .30      138.00
                            PF THIS WEEK'S FILINGS WITH
                            C. ULFERS TO COORDINATE
                            FILING OF SAME.

06/21/21 CU    B420  A104   ANALYZE DELIVERY                 .20       90.00
                            CONFIRMATIONS WITH RESPECT TO
                            JUNE 18, 2021 APPEALS OF INCS
                            ISSUED TO FIELDWOOD ENERGY.

06/21/21 CU    B420  A104   ANALYZE DOCKETING NOTICES FOR    .30      135.00
                            INC APPEALS DOCKETED AS
                            IBLA-2021-0276,
                            IBLA-2021-0277,
                            IBLA-2021-0278, AND
                            IBLA-2021-0279.

06/22/21 JN    B180  A109   DRAFT VARIOUS COMMUNICATIONS     .80      560.00
                            FROM LAWYERS FROM DEPARTMENT
                            OF INTERIOR REGARDING OPEN
                            REGULATORY ISSUES.

06/22/21 JN    B180  A109   PARTICIPATE IN CONFIRMATION     1.30      910.00
                            HEARING.

06/22/21 JN    B180  A105   CONFERENCE CALL WITH R.          .30      210.00
                            BERTRAM REGARIND BOEM
                            ADJUDICATION ISSUES.

06/22/21 JN    B180  A104   REVIEW LEASE DATA SET FROM       .70      490.00
                            FIELDWOOD'S LAND DEPARTMENT
                            RELATING TO BOEM ADJUDICATION
                            ISSUES.

06/22/21 JN    B180  A103   REVISE VARIOUS PROPOSED          .80      560.00
                            INSERTS TO CONFIRMATION ORDER
                            OFFERED UP BY PREDECESSORS.

06/22/21 JN    B180  A109   CONFERENCE CALL WITH WEIL (J.    .20      140.00
                            LIEU) TO DISCUSS AMENDED PLAN
                            AND ORDER AND ENI'S SUGGESTED
                            CHANGES TO THE ORDER.
```

```
FIELDWOOD ENERGY LLC                                    PAGE   53
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| 06/22/21 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (P. EILAND) TO DISCUSS THE OPERATIONAL STATUS OF THE ENI PROPERTIES. | .40 | 280.00 |
| 06/22/21 JN | B180 | A104 | REVIEW THE DESIGNATED OPERATOR FOR THE ENI PROPERTIES TO ADDRESS LANGUAGE IN CONFIRMATION ORDER REQUESTED BY ENI. | .50 | 350.00 |
| 06/22/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL (J. GEORGE) REGARDING SUBROGATION TO THE GOVERNMENTS RIGHTS. | .40 | 280.00 |
| 06/22/21 JN | B180 | A109 | CONFERENCE CALL WITH SECURED LENDERS' REGULATORY COUNSEL REGARDING VARIOUS OPEN REGULATORY ISSUES. | .40 | 280.00 |
| 06/22/21 JN | B180 | A102 | RESEARCH SUBROGATION UNDER LOUISIANA LAW IN RESPONSE TO OBJECTION TO PLAN FILED BY PREDECESSOR. | 1.60 | 1,120.00 |
| 06/22/21 JN | B180 | A103 | RESPOND TO VARIOUS EMAILS ON FROM WEIL ON OPEN REGULATORY ISSUES, INCLUDING PREDECESSORS RIGHT TO SUBROGATION AND ENI PROPOSED REVISIONS TO CONFIRMATION ORDER. | 1.50 | 1,050.00 |
| 06/22/21 JN | B180 | A103 | DRAFT EMAIL TO DEPARTMENT OF INTERIOR INFORMING OF THE CLIENT'S PLANS ON FILING THE AMENDED PLAN AND CONFIRMATION ORDER TONIGHT. | .20 | 140.00 |
| 06/22/21 JN | B180 | A102 | RESEARCH PREDECESSORS RIGHTS TO SUBROGATION UNDER TEXAS LAW. | .80 | 560.00 |
| 06/22/21 JN | B180 | A104 | REVIEW REVISED AMENDED PLAN OF RESTRUCTURING AND CONFIRMATION ORDER TO BE FILED. | .80 | 560.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   54
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/22/21 CU | B420 | A104 | ANALYZE INCS ISSUED TO FIELDWOOD ENERGY LLC BETWEEN APRIL 27, 2021, AND APRIL 28, 2021. | 1.30 | 585.00 |
| 06/22/21 CU | B420 | A103 | REVISE NOTICE OF APPEAL AND RELATED CORRESPONDENCE TO BSEE WITH RESPECT TO APPEALS OF INCS ISSUED TO FIELDWOOD ENERGY LLC FROM APRIL 27, 2021, THROUGH APRIL 28, 2021. | 1.50 | 675.00 |
| 06/23/21 JAH | B190 | A104 | BSEE INCS - CORRESPOND WITH S. BODDEN REGARDING DRAFT LETTER TO GOM REGION. | .20 | 140.00 |
| 06/23/21 JN | B180 | A109 | CONFERENCE CALL WITH LAWYERS FOR ENI AND SOLICITOR FOR DEPARTMENT OF INTERIOR TO DISCUSS PROPOSED ENI CHANGES TO THE CONFIRMATION ORDER. | .70 | 490.00 |
| 06/23/21 JN | B180 | A102 | RESEARCH CONTINUED RESPONSIBILITY OF DESIGNATED OPERATOR AFTER WITHDRAW FROM OPERATORSHIP RELATED TO CHANGES TO CONFIRMATION ORDER PROPOSED BY ENI. | 1.20 | 840.00 |
| 06/23/21 JN | B180 | A109 | CONFERENCE CALL WITH SECURED LENDERS' REGULATORY COUNSEL TO DISCUSS ENI PROPOSED REVISIONS TO CONFIRMATION ORDER. | .30 | 210.00 |
| 06/23/21 JN | B180 | A109 | PARTICIPATE IN CONFIRMATION HEARING. | 4.70 | 3,290.00 |
| 06/23/21 JN | B180 | A104 | REVIEW VARIOUS PROPOSED CHANGES TO THE CONFIRMATION ORDER. | .80 | 560.00 |
| 06/23/21 SYD | B190 | A104 | INC APPEALS - REVIEW DRAFT APPEAL FILING. | .80 | 368.00 |
| 06/23/21 SYD | B190 | A104 | INC APPEALS - REVIEW DRAFT MOTION TO SUSPEND APPEAL. | .50 | 230.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  55
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 06/23/21 CU | B420 | A108 | MULTIPLE EMAIL CORRESPONDENCES WITH MS. LUNDEEN OF IBLA RELATIVE TO INCS ISSUED TO FIELDWOOD ENERGY LLC WITH RESPECT TO LEASE NO. G02587 FROM APRIL 19, 2021, THROUGH APRIL 23, 2021. | .30 | 135.00 |
| 06/23/21 CU | B420 | A104 | ANALYZE INC APPEAL DOCKETING NOTICES FOR IBLA-2021-0282 AND IBLA-2021-0283. | .30 | 135.00 |
| 06/23/21 CU | B420 | A103 | FURTHER REVISE TO JOINT MOTION TO SUSPEND APPEALS AND TOLL ALL FILING DEADLINES WITH RESPECT TO INC APPEALS DOCKETED AS IBLA-2021-0276, IBLA-2021-0277, IBLA-2021-0278, IBLA-2021-0279, IBLA-2021-0282, AND IBLA-2021-0283. | .40 | 180.00 |
| 06/23/21 CU | B420 | A103 | FINALIZE NOTICE OF APPEAL AND RELATED CORRESPONDENCE TO BSEE WITH RESPECT TO INCS ISSUED TO FIELDWOOD ENERGY LLC FROM APRIL 27, 2021, THROUGH APRIL 28, 2021. | 1.10 | 495.00 |
| 06/24/21 JAH | B190 | A104 | BSEE INCS - CORRESPOND WITH S. BODDEN RE LETTER TO REGION. | .20 | 140.00 |
| 06/24/21 JN | B180 | A104 | REVIEW LATEST VERSION OF THE PLAN AND VARIOUS SUGGESTED INSERTS FROM PREDECESSORS, SURETIES, AND THE GOVERNMENT. | 2.30 | 1,610.00 |
| 06/24/21 JN | B180 | A104 | PARTICIPATE IN CONFIRMATION HEARING. | 2.30 | 1,610.00 |
| 06/24/21 JN | B180 | A109 | CONFERENCE CALL WITH WEIL (J. LIOU) REGARDING PROPOSED CHANGES TO GOVERNMENT PARAGRAPHS IN THE CONFIRMATION PLAN. | .10 | 70.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  56
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| Date | Tkpr | Task | Act | Description | Hours | Amount |
|------|------|------|-----|-------------|-------|--------|
| 06/24/21 | KMJ | B110 | A101 | CORRESPOND WITH J. NOE REGARDING STATUS OF CONFIRMATION AND FEE APPLICATIONS PENDING. | .30 | 150.00 |
| 06/24/21 | SYD | B190 | A104 | INC APPEALS - FINALIZE JOINT MOTION TO SUSPEND APPEALS FILED LAST WEEK. | .40 | 184.00 |
| 06/24/21 | SYD | B190 | A104 | INC APPEALS - CALL WITH C. ULFERS RE UPCOMING APPEALS AND FILING DEADLINES, INCLUDING PREPARATION FOR SAME. | .40 | 184.00 |
| 06/24/21 | CU | B420 | A104 | ANALYZE DELIVERY CONFIRMATIONS FOR APPEALS OF INCS ISSUED TO FIELDWOOD ENERGY LLC FROM APRIL 27, 2021 THROUGH APRIL 28, 2021. | .30 | 135.00 |
| 06/24/21 | CU | B420 | A105 | CONFERENCE WITH S. DICHARRY REGARDING STATUS OF INC APPEALS. | .20 | 90.00 |
| 06/24/21 | CU | B420 | A104 | ANALYZE DOCKETING NOTICE RECEIVED FOR APPEAL OF INC UNDER DOCKET NO. IBLA-2021-0285. | .30 | 135.00 |

```
                                              --------  -----------
                             TOTALS            528.90   $307,725.00
                                              ========  ===========
```

```
FIELDWOOD ENERGY LLC                                    PAGE   57
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| TASK CODE SUMMARY | THIS BILL HOURS | THIS BILL FEES | CUMULATIVE TOTALS HOURS | CUMULATIVE TOTALS FEES |
|---|---|---|---|---|
| | .00 | .00 | 438.30 | 244,356.00 |
| AXXX    BAD CODE - ACCOUNTING U | .00 | .00 | .00 | .00 |
| TOTAL | .00 | .00 | 438.30 | 244,356.00 |
| **ADMINISTRATION** | | | | |
| B110    CASE ADMINISTRATION | 16.60 | 9,235.00 | 569.00 | 328,556.00 |
| B120    ASSET ANALYSIS/RECOVERY | .00 | .00 | 14.10 | 7,866.00 |
| B130    ASSET DISPOSITION | .00 | .00 | 3.20 | 1,920.00 |
| B140    RELIEF FROM STAY/PROTEC | .00 | .00 | 10.80 | 5,674.50 |
| B160    FEE/EMPLMT APPLICATIONS | 20.00 | 6,800.00 | 577.00 | 127,002.00 |
| B180    AVOIDANCE ACTION ANALYS | 193.80 | 135,660.00 | 1,100.00 | 750,755.00 |
| B190    OTHER CONTESTED MATTERS | 157.10 | 88,958.00 | 1,178.10 | 685,330.50 |
| TOTAL ADMINISTRATION | 387.50 | 240,653.00 | 3,452.20 | 1,907,104.00 |
| **OPERATIONS** | | | | |
| B210    BUSINESS OPERATIONS | 41.30 | 23,127.00 | 276.90 | 146,515.00 |
| B230    FINANCING/CASH COLLECTI | 1.00 | 580.00 | 33.00 | 18,391.00 |
| B240    TAX ISSUES | 4.60 | 1,886.00 | 18.40 | 7,866.00 |
| B250    REAL ESTATE | 1.20 | 474.00 | 6.70 | 2,150.50 |
| B260    BOARD OF DIRECTORS MATT | .00 | .00 | 1.30 | 898.00 |
| TOTAL OPERATIONS | 48.10 | 26,067.00 | 336.30 | 175,820.50 |
| **CLAIMS AND PLAN** | | | | |
| B310    CLAIMS/ADMN/OBJECTIONS | .00 | .00 | 3.60 | 1,334.50 |
| B320    PLAN DISCLOSURE STMT | .00 | .00 | 2.40 | 1,440.00 |
| TOTAL CLAIMS AND PLAN | .00 | .00 | 6.00 | 2,774.50 |
| **BANKRUPTCY-RELATED ADVICE** | | | | |
| B410    GENERAL BANKRUPTCY ADVI | 14.00 | 9,800.00 | 106.60 | 52,994.50 |
| B420    RESTRUCTURING | 79.30 | 31,205.00 | 236.20 | 100,384.00 |
| TOTAL BANKRUPTCY-RELATED ADVI | 93.30 | 41,005.00 | 342.80 | 153,378.50 |
| **TOTALS** | 528.90 | 307,725.00 | 4,575.60 | 2,483,433.50 |

```
FIELDWOOD ENERGY LLC                                          PAGE  58
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| ATTORNEY SUMMARY | RATE | THIS BILL HOURS | THIS BILL FEES | CUMULATIVE TOTALS HOURS | CUMULATIVE TOTALS FEES |
|---|---|---|---|---|---|
| AMY G. SCAFIDEL | .00 | .00 | .00 | 2.40 | 1,248.00 |
| C. ELLIS BRAZEAL, III | .00 | .00 | .00 | 1.40 | 679.00 |
| CHAD J. HAMMONS | .00 | .00 | .00 | 2.50 | 950.00 |
| CINDY M. MULLER | .00 | .00 | .00 | 28.00 | 13,952.50 |
| DOUGLAS C. LONGMAN | .00 | .00 | .00 | 3.50 | 1,050.00 |
| DAVID M. HUNTER, D. | 580.00 | 1.00 | 580.00 | 30.60 | 17,143.00 |
| F. RIVERS LELONG | .00 | .00 | .00 | .60 | 321.00 |
| GRADY S HURLEY | 490.00 | 2.20 | 1,078.00 | 5.00 | 2,450.00 |
| JONATHAN A. HUNTER, J. | 700.00 | 68.50 | 47,950.00 | 756.00 | 512,715.00 |
| JOSHUA A. NORRIS, J. | .00 | .00 | .00 | 52.00 | 33,800.00 |
| JOHN F. FLETCHER | .00 | .00 | .00 | 1.40 | 791.00 |
| JAMES NOE | 700.00 | 193.80 | 135,660.00 | 1,266.40 | 855,227.50 |
| JEFFERSON R. TILLERY | 700.00 | 14.00 | 9,800.00 | 14.00 | 9,800.00 |
| KRISTINA M. JOHNSON, K. | 500.00 | 2.90 | 1,450.00 | 86.70 | 40,285.00 |
| MARK A. CUNNINGHAM | .00 | .00 | .00 | .30 | 198.00 |
| MARC C. HEBERT, M. | .00 | .00 | .00 | 2.30 | 1,610.00 |
| MARK T. DAVIS, M. | 395.00 | 1.20 | 474.00 | 3.50 | 1,382.50 |
| MICHAEL W. MAGNER | .00 | .00 | .00 | 108.20 | 55,258.00 |
| PAULINE F. HARDIN, P. | 625.00 | 10.40 | 6,500.00 | 350.70 | 219,187.50 |
| PAUL O. WOODALL | 410.00 | 4.60 | 1,886.00 | 15.60 | 6,396.00 |
| ROBERT B. BIECK JR. | .00 | .00 | .00 | 6.60 | 3,894.00 |
| R. CHRISTIAN JOHNSEN | .00 | .00 | .00 | .40 | 250.00 |
| RICHARD D. BERTRAM | 565.00 | 40.80 | 23,052.00 | 246.00 | 138,990.00 |
| R PATRICK VANCE | .00 | .00 | .00 | 15.80 | 8,925.00 |
| R. SCOTT JENKINS | .00 | .00 | .00 | .80 | 436.00 |
| BRETT S. VENN | .00 | .00 | .00 | 2.70 | 1,377.00 |
| JOSEPH E. BAIN | 600.00 | 1.80 | 1,080.00 | 50.60 | 30,360.00 |
| MARK A. MINTZ | .00 | .00 | .00 | .40 | 160.00 |
| SARAH Y. DICHARRY | 460.00 | 86.80 | 39,928.00 | 441.40 | 203,044.00 |
| CHRIS ULFERS | 450.00 | 34.50 | 15,525.00 | 54.40 | 24,480.00 |
| CAROLINE V. MCCAFFREY | .00 | .00 | .00 | 37.00 | 9,698.00 |
| DANIEL J. BALDWIN | .00 | .00 | .00 | 68.60 | 30,870.00 |
| ELISE M. HENRY, E. | 350.00 | 44.80 | 15,680.00 | 119.90 | 41,965.00 |
| GABRIELLE A. RAMIREZ | 340.00 | 20.00 | 6,800.00 | 182.70 | 60,000.50 |
| JORDAN B. RETIF | .00 | .00 | .00 | 15.00 | 5,250.00 |
| MADISON M. TUCKER | .00 | .00 | .00 | 1.00 | 275.00 |
| PATRICK J. FACKRELL | .00 | .00 | .00 | 1.90 | 598.50 |
| TAYLOR K. WIMBERLY | .00 | .00 | .00 | 139.10 | 52,162.50 |
| ELIZABETH L. CRADDOCK | .00 | .00 | .00 | 20.90 | 12,540.00 |
| ROBERT G. KENEDY | .00 | .00 | .00 | 52.90 | 29,557.50 |
| STANLEY A. MILLAN | .00 | .00 | .00 | 8.80 | 3,721.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | .30 | 61.00 |
| B. CECILIA ORTIZ | .00 | .00 | .00 | 1.40 | 245.00 |
| B. KARAN PAYNE | .00 | .00 | .00 | 3.20 | 768.00 |
| DANIEL J. VOGEL | .00 | .00 | .00 | 5.00 | 1,048.00 |
| GEORGETTE M. SHAHIEN | .00 | .00 | .00 | 10.80 | 2,219.50 |

```
FIELDWOOD ENERGY LLC                                  PAGE   59
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


  JAN MOLLET              150.00     .50      75.00      .50        75.00
  JULIE C. CASTEX        180.00     .80     144.00      .80       144.00
  KILBY M. BRABSTON        .00      .00        .00     4.40       814.00
  MELLAINE B. SALINAS      .00      .00        .00    27.40     5,498.00
  RYAN P. SMITH, R.P.    210.00     .30      63.00      .30        63.00
  TARA C. GORUMBA          .00      .00        .00   108.30    13,537.00
  WINTER RANDALL           .00      .00        .00   215.20    25,962.50
                                --------  -----------  --------  -----------
            TOTALS               528.90   307,725.00  4,575.60  2,483,433.50
                                ========  ===========  ========  ===========
```

```
FIELDWOOD ENERGY LLC                                         PAGE   60
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00




COSTS INCURRED:


06/11/21 COURT RECORD FEES /PACER MAY 2021                      0.10
06/18/21 DEPOSITION TRANSCRIPTS - CHRISTOPHER ULFERS -        150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116093128
06/18/21 DEPOSITION TRANSCRIPTS - CHRISTOPHER ULFERS -        150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116424726
06/17/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS - BSEE       150.00
         APPEALS FEE - FILING FEE FOR APPEALS - AP -
         06/08/21 - INV #76114182434
06/17/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS -           150.00
         FILING FEE - BSEE FEE FOR APPEALS - AP -
         06/08/21 - INV #76114182373
06/18/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS -           150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116120029
06/18/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS -           150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116119950
06/18/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS -           150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116119892
06/18/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS -           150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116118101
06/18/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS -           150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116104172
06/18/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS -           150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116104087
06/18/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS -           150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116104013
06/18/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS -           150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116094160
06/18/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS -           150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116094091
06/18/21 LITIGATION SUPPORT - CHRISTOPHER ULFERS -           150.00
         APPEAL FEE - BSEE FEE FOR APPEALS - AP -
         06/15/21 - INV #76116093876
```

```
FIELDWOOD ENERGY LLC                                    PAGE  61
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

| | | |
|---|---|---|
| 06/18/21 | LITIGATION SUPPORT - CHRISTOPHER ULFERS - APPEAL FEE - BSEE FEE FOR APPEALS - AP - 06/15/21 - INV #76116093785 | 150.00 |
| 06/18/21 | LITIGATION SUPPORT - CHRISTOPHER ULFERS - APPEAL FEE - BSEE FEE FOR APPEALS - AP - 06/15/21 - INV #76116093684 | 150.00 |
| 06/18/21 | LITIGATION SUPPORT - CHRISTOPHER ULFERS - APPEAL FEE - BSEE FEE FOR APPEALS - AP - 06/15/21 - INV #76116093509 | 150.00 |
| 06/18/21 | LITIGATION SUPPORT - CHRISTOPHER ULFERS - APPEAL FEE - BSEE FEE FOR APPEALS - AP - 06/15/21 - INV #76116093371 | 150.00 |
| 06/18/21 | LITIGATION SUPPORT - CHRISTOPHER ULFERS - APPEAL FEE - BSEE FEE FOR APPEALS - AP - 06/15/21 - INV #76116093278 | 150.00 |
| 06/18/21 | LITIGATION SUPPORT - CHRISTOPHER ULFERS - BSEE APPEAL FEE - BSEE FEE FOR APPEALS - AP - 06/16/21 - INV #76116424772 | 150.00 |
| 06/18/21 | LITIGATION SUPPORT - CHRISTOPHER ULFERS - BSEE APPEAL FEE - BSEE FEE FOR APPEALS - AP - 06/16/21 - INV #76116424820 | 150.00 |
| 06/06/21 | LEXIS LEGAL RESEARCH - DICHARRY, SARAH | 14.85 |
| 06/06/21 | LEXIS LEGAL RESEARCH - HENRY, ELISE | 394.05 |
| 06/06/21 | LEXIS LEGAL RESEARCH - NOE, JAMES | 103.95 |
| 06/17/21 | LEXIS LEGAL RESEARCH - BERTRAM, RICHARD | 22.80 |
| 06/17/21 | LEXIS LEGAL RESEARCH - DICHARRY, SARAH | 133.65 |
| 06/17/21 | LEXIS LEGAL RESEARCH - HENRY, ELISE | 103.95 |
| 06/17/21 | LEXIS LEGAL RESEARCH - NOE, JAMES | 283.20 |
| 06/22/21 | LEXIS LEGAL RESEARCH - NOE, JAMES | 111.90 |
| 05/27/21 | DELIVERY SERVICES - FEDEX SENT BY CHRISTOPHER ULFERS, JONES WALKER TO WOOD GROUP | 48.05 |
| 05/27/21 | DELIVERY SERVICES - FEDEX SENT BY JEN BRICKMAN, JONES WALKER LLP TO BSEE | 51.53 |
| 05/27/21 | DELIVERY SERVICES - FEDEX SENT BY JONES WALKER, US TO SOLICITOR DIVISION OF MINERAL RESOURCES, DO | 70.89 |
| 05/27/21 | DELIVERY SERVICES - FEDEX SENT BY CHRISTOPHER ULFERS, JONES WALKER TO ISLAND OPERATING CO. | 32.78 |
| 05/27/21 | DELIVERY SERVICES - FEDEX SENT BY CHRISTOPHER ULFERS, JONES WALKER TO BSEE | 32.78 |
| 06/17/21 | DELIVERY SERVICES - FEDEX SENT BY JEN BRICKMAN, JONES WALKER LLP TO FIELDWOOD OFFSHORE, LLC | 32.74 |
| 06/17/21 | DELIVERY SERVICES - FEDEX SENT BY JEN BRICKMAN, JONES WALKER LLP TO BSEE DEPARTMENT OF INTERIOR | 27.10 |
| 06/17/21 | DELIVERY SERVICES - FEDEX SENT BY JEN BRICKMAN, JONES WALKER LLP TO ISLAND OPERATING CO. | 27.10 |
| 06/12/21 | OVERTIME - L. MARR | 294.72 |
| 05/19/21 | LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION ORIGINATED BY CINDY M. MULLER | 9.21 |

```
FIELDWOOD ENERGY LLC                                      PAGE  62
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


05/21/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      8.98
         ORIGINATED BY JONATHAN A. HUNTER
05/25/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      8.30
         ORIGINATED BY JONATHAN A. HUNTER
05/25/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      8.75
         ORIGINATED BY JONATHAN A. HUNTER
05/26/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     31.65
         ORIGINATED BY JAMES W. NOE
06/06/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION      8.75
         ORIGINATED BY SARAH Y. DICHARRY
06/09/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     24.35
         ORIGINATED BY JAMES W. NOE
06/10/21 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     11.56
         ORIGINATED BY JAMES W. NOE


                          TOTAL COSTS:            $5,047.69


                 COST SUMMARY


    E105   LONG DISTANCE                 111.55
    E106   COMPUTER LEGAL RESEARCH     1,168.35
    E107   DELIVERY SERVICES             322.97
    E112   COURT FEES                      0.10
    E115   DEPOSITION TRANSCRIPTS        300.00
    E118   LITIGATION SUPPORT          2,850.00
    E124   OTHER                         294.72
                                     --------------
           TOTAL DISBURSEMENTS        $5,047.69


                       TOTAL FEES AND COSTS:    $312,772.69
```

```
FIELDWOOD ENERGY LLC                                        PAGE   63
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



          * * *   R E M I T T A N C E   C O P Y   * * *


               TOTAL FEES:                    $307,725.00

               TOTAL COSTS:                     $5,047.69

               LESS CREDITS:                        $0.00
                                              ------------
               TOTAL CURRENT FEES AND COSTS DUE   $312,772.69

BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.       BALANCE
03/23/21        1068326       $139232.60
04/19/21        1071296       $250176.57
05/13/21        1074503        $51342.20
06/10/21        1078032       $344027.71


               TOTAL PRIOR INVOICES DUE:      $784,779.08
                                              -----------


               TOTAL AMOUNT DUE:            $1,097,551.77
                                              ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                        JONES WALKER LLP
                201 St. Charles Ave. - 50th Floor
                New Orleans, Louisiana 70170-5100
```

FIELDWOOD ENERGY LLC                                        PAGE   64
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

```
FIELDWOOD ENERGY LLC                                          PAGE   65
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00
```

```
WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT JAMES NOE
IN DC CAPITOL          OR OUR CREDIT MANAGER AT (504)582-8220.
                         ATLANTA, GA (404)870-7500
                      BATON ROUGE, LA (225)248-2000
                      BIRMINGHAM, AL (205)244-5200
                        HOUSTON, TX (713)437-1800
                        JACKSON, MS (601)949-4900
                      LAFAYETTE, LA (337)593-7600
                         MIAMI, FL (305)679-5700
                        MOBILE, AL (251)432-1414
                      NEW ORLEANS, LA (504)582-8000
                        NEW YORK, NY (646)512-8101
                        PHOENIX, AZ (602)366-7889
                      TALLAHASSEE, FL (850)425-7800
                WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                 WASHINGTON, DC (DOWNTOWN) (202)434-4660
                    THE WOODLANDS, TX (281)296-4400


     *****************************************************************
```

```
FIELDWOOD ENERGY LLC                                        PAGE   66
JUNE 28, 2021
INVOICE NO.: 1080568
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



BILLING ATTY:     JAMES NOE
SUPERVISING ATTY:  JAMES NOE
```

```
        * * *   A C C O U N T I N G   C O P Y   * * *
```

```
                    TOTAL FEES:                    $307,725.00

                    TOTAL COSTS:                     $5,047.69

                    LESS CREDITS:                        $0.00
                                                   -------------
             TOTAL CURRENT FEES AND COSTS DUE      $312,772.69
```

```
BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.      BALANCE
03/23/21       1068326       $139232.60
04/19/21       1071296       $250176.57
05/13/21       1074503        $51342.20
06/10/21       1078032       $344027.71


             TOTAL PRIOR INVOICES DUE:        $784,779.08
                                             -----------

             TOTAL AMOUNT DUE:             $1,097,551.77
                                           ============
```

**Jen Brickman x8219**

- [✓] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | | DATE |
|---|---|---|---|---|
| FILE NO. | 17820800 | Fieldwood Restructuring | Fieldwood Energy LLC | June 15, 2021 |

| PAYABLE TO: Chris Ulfers | AMOUNT $300.00 |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers [✓] |
| PAYMENT FOR: BSEE Appeal Fees | NAME Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $300.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✓] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED
JUN 15 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 8, 2021 5:21 PM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any
questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or
BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SC374D
Agency Tracking ID: 76114182434
Transaction Type: Sale
Transaction Date: 06/08/2021 06:20:50 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood SD Offshore LLC 02865
Appeal Description: Lease No.: G06280; Area and Block: EB 165; PINC No. G110

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

Jen Brickman x8219

- [✓] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | | DATE |
|---|---|---|---|---|
| FILE NO. | 17820800 | Fieldwood Restructuring \| Fieldwood Energy LLC | | June 15, 2021 |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $300.00 |

MAIL CHECK

**RETURN CHECK TO**
Chris Ulfers  ✔

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeal Fees | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $300.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✓] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED
JUN 15 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 8, 2021 5:19 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any
questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or
BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SC3745
Agency Tracking ID: 76114182373
Transaction Type: Sale
Transaction Date: 06/08/2021 06:19:08 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G01181; Area and Block: SM 10; PINC No. G111

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy LLC | June 17, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $2,400.00 |
| | MAIL CHECK |
| | **RETURN CHECK TO** ✔ |
| | Chris Ulfers |
| PAYMENT FOR: Appeal Fee Charges | NAME Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 15, 2021 2:20 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUAFB
Agency Tracking ID: 76116120029
Transaction Type: Sale
Transaction Date: 06/15/2021 03:19:30 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G05646; Area and Block ST 295; Facility/Rig and Well No. A/B; PINC No. G111

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | Fieldwood Restructuring \| Fieldwood Energy LLC | June 17, 2021 |

| PAYABLE TO: Chris Ulfers | AMOUNT $2,400.00 |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers ✔ |
| PAYMENT FOR: Appeal Fee Charges | NAME Chris Ulfers |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 15, 2021 2:18 PM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUAF0
Agency Tracking ID: 76116119950
Transaction Type: Sale
Transaction Date: 06/15/2021 03:18:26 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02587; Area and Block SM 128; Facility/Rig and Well No. A/SA-2; PINC No. P476

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

| | |
|---|---|
| ☑ | OPERATING |
| ☐ | TRUST |
| ☐ | BARONNE TITLE |
| ☐ | BARONNE TITLE OF ALABAMA LLC |

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring | Fieldwood Energy LLC | June 17, 2021 |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT | $2,400.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | |
| | RETURN CHECK TO Chris Ulfers | ✔ |
| PAYMENT FOR: Appeal Fee Charges | NAME Chris Ulfers | |
| | SIGNATURE | |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 15, 2021 2:17 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any
questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or
BseeFinanceAccountsReceivable@bsee.gov.

    Application Name: BSEE Fee for Appeals - AP
    Pay.gov Tracking ID: 26SDUAEO
    Agency Tracking ID: 76116119892
    Transaction Type: Sale
    Transaction Date: 06/15/2021 03:17:27 PM EDT
    Account Holder Name: Christopher K. Ulfers
    Transaction Amount: $150.00
    Card Type: Visa
    Card Number: ************0092

    Region: GOM
    Contact: Jonathan Hunter, 504-957-9647
    Company/Co No: Fieldwood Energy LLC 03295
    Appeal Description: Lease No. G02587; Area and Block SM 128; Facility/Rig and Well No.
    A/SA-2; PINC No. G115

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring | Fieldwood Energy LLC | June 17, 2021 |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $2,400.00 |
| | MAIL CHECK |
| | RETURN CHECK TO  Chris Ulfers ✔ |
| PAYMENT FOR:  Appeal Fee Charges | NAME  Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 15, 2021 2:16 PM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUAEC
Agency Tracking ID: 76116118101
Transaction Type: Sale
Transaction Date: 06/15/2021 03:15:57 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02317; Area and Block EI 333; Facility/Rig and Well No. B; PINC No. L141; Pipeline Segment No. 15455

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy LLC | June 17, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $2,400.00 |
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| Appeal Fee Charges | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 15, 2021 2:15 PM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUAE5
Agency Tracking ID: 76116104172
Transaction Type: Sale
Transaction Date: 06/15/2021 03:15:13 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02317; Area and Block EI 333; Facility/Rig and Well No. B; PINC No. L141; Pipeline Segment No. 15493

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

- [✓] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy LLC | June 17, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $2,400.00 |
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers [✓] |
| PAYMENT FOR: Appeal Fee Charges | NAME Chris Ulfers |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✓] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 15, 2021 2:14 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUADQ
Agency Tracking ID: 76116104087
Transaction Type: Sale
Transaction Date: 06/15/2021 03:14:03 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ***********0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02317; Area and Block El 333; Facility/Rig and Well No. B; PINC No. G111; Corrosion on solid deck, light fixture, and 3-inch line hanging from production deck

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

- [✓] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy LLC | June 17, 2021 |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $2,400.00 |

MAIL CHECK

**RETURN CHECK TO**
Chris Ulfers   [✓]

| PAYMENT FOR: | NAME |
|---|---|
| Appeal Fee Charges | Chris Ulfers |

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✓] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 15, 2021 2:13 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUADF
Agency Tracking ID: 76116104013
Transaction Type: Sale
Transaction Date: 06/15/2021 03:12:42 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02317; Area and Block EI 333; Facility/Rig and Well No. B; PINC No. G111; Handrails

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy LLC | June 17, 2021 |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $2,400.00 |

MAIL CHECK

**RETURN CHECK TO**
Chris Ulfers ✔

| PAYMENT FOR: | NAME |
|---|---|
| Appeal Fee Charges | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 15, 2021 1:45 PM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUA68
Agency Tracking ID: 76116094160
Transaction Type: Sale
Transaction Date: 06/15/2021 02:44:54 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. 00438; Area and Block EI 175; Facility/Rig and Well No. H; PINC No. L141; Pipeline Segment No. 10554

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy LLC | June 17, 2021 |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $2,400.00 |

MAIL CHECK

**RETURN CHECK TO**
Chris Ulfers  ✔

| PAYMENT FOR: | NAME |
|---|---|
| Appeal Fee Charges | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 15, 2021 1:44 PM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUA60
Agency Tracking ID: 76116094091
Transaction Type: Sale
Transaction Date: 06/15/2021 02:44:00 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. 00438; Area and Block EI 175; Facility/Rig and Well No. H; PINC No. L141; Pipeline Segment No. 11028

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE Fieldwood Restructuring \| Fieldwood Energy LLC | DATE June 17, 2021 |
|---|---|---|---|
| FILE NO. | 17820800 | | |

| PAYABLE TO: Chris Ulfers | AMOUNT $2,400.00 |
|---|---|
| | MAIL CHECK |
| | RETURN CHECK TO Chris Ulfers ✔ |
| PAYMENT FOR: Appeal Fee Charges | NAME Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 15, 2021 1:41 PM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUA50
Agency Tracking ID: 76116093876
Transaction Type: Sale
Transaction Date: 06/15/2021 02:41:28 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. 00438; Area and Block EI 175; Facility/Rig and Well No. D; PINC No. L141; Pipeline Segment No. 3654

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | | DATE | |
|---|---|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy LLC | | June 17, 2021 | |
| FILE NO. | 17820800 | | | | |

| PAYABLE TO: | | AMOUNT | $2,400.00 |
|---|---|---|---|
| Chris Ulfers | | MAIL CHECK | |
| | | RETURN CHECK TO | |
| | | Chris Ulfers | ✔ |
| PAYMENT FOR: | | NAME | |
| Appeal Fee Charges | | Chris Ulfers | |
| | | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 15, 2021 1:41 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUA4R
Agency Tracking ID: 76116093785
Transaction Type: Sale
Transaction Date: 06/15/2021 02:40:39 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. 00438; Area and Block EI 175; Facility/Rig and Well No. D; PINC No. L141; Pipeline Segment No. 3653

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy LLC | June 17, 2021 |
| FILE NO.   17820800 | | |

| PAYABLE TO: Chris Ulfers | AMOUNT   $2,400.00 |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers                 ✔ |
| PAYMENT FOR: Appeal Fee Charges | NAME Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 15, 2021 1:40 PM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUA4H
Agency Tracking ID: 76116093684
Transaction Type: Sale
Transaction Date: 06/15/2021 02:39:46 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. 00438; Area and Block EI 175; Facility/Rig and Well No. C-PRD; PINC No. L141; Pipeline Segment No. 19435

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy LLC | June 17, 2021 |
| FILE NO.   17820800 | | |

| PAYABLE TO: | AMOUNT | $2,400.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✔ |
| PAYMENT FOR: Appeal Fee Charges | NAME Chris Ulfers | |
| | SIGNATURE | |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

## RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 15, 2021 1:39 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUA46
Agency Tracking ID: 76116093509
Transaction Type: Sale
Transaction Date: 06/15/2021 02:39:01 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. 00438; Area and Block EI 175; Facility/Rig and Well No. C-PRD; PINC No. L141; Pipeline Segment No. 44

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE Fieldwood Restructuring \| Fieldwood Energy LLC | DATE June 17, 2021 |
|---|---|---|
| FILE NO.   17820800 | | |

| PAYABLE TO: Chris Ulfers | AMOUNT $2,400.00 |
|---|---|
| | MAIL CHECK |
| | RETURN CHECK TO Chris Ulfers ✔ |
| PAYMENT FOR: Appeal Fee Charges | NAME Chris Ulfers |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 15, 2021 1:37 PM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUA3Q
Agency Tracking ID: 76116093371
Transaction Type: Sale
Transaction Date: 06/15/2021 02:37:18 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G13622; Area and Block EI 173; Facility/Rig and Well No. G; PINC No. L141; Pipeline Segment No. 11586

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service.

1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy LLC | June 17, 2021 |
| FILE NO.   17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $2,400.00 |

| | MAIL CHECK | |
|---|---|---|
| | **RETURN CHECK TO** Chris Ulfers | ✔ |

| PAYMENT FOR: Appeal Fee Charges | NAME Chris Ulfers |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 15, 2021 1:36 PM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUA3F
Agency Tracking ID: 76116093278
Transaction Type: Sale
Transaction Date: 06/15/2021 02:36:26 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G13622; Area and Block EI 173; Facility/Rig and Well No. G; PINC No. L141; Pipeline Segment No. 11585

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service.

1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy LLC | June 17, 2021 |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $2,400.00 |

MAIL CHECK

**RETURN CHECK TO**
Chris Ulfers ✔

| PAYMENT FOR: | NAME |
|---|---|
| Appeal Fee Charges | Chris Ulfers |

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $2,400.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 15, 2021 1:35 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SDUA35
Agency Tracking ID: 76116093128
Transaction Type: Sale
Transaction Date: 06/15/2021 02:35:18 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G13622; Area and Block El 173; Facility/Rig and Well No. G; PINC No. L141; Pipeline Segment No. 15906

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy LLC | June 17, 2021 |
| FILE NO.  17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $450.00 |
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers  ☑ |
| PAYMENT FOR: BSEE Appeal Fee Charges | NAME Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $450.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

[1] GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, June 16, 2021 11:02 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SE7V8F
Agency Tracking ID: 76116424726
Transaction Type: Sale
Transaction Date: 06/16/2021 12:02:18 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. 00842, Area and Block WD 105, Facility/Rig and Well No. E, PINC No. G111; Pipeline KAQ-125 SEG # 16089

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy LLC | June 17, 2021 |
| FILE NO.   17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $450.00 |
| | MAIL CHECK |
| | **RETURN CHECK TO** ☑ Chris Ulfers |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeal Fee Charges | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $450.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE⁽¹⁾ - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, June 16, 2021 11:03 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SE7V8K
Agency Tracking ID: 76116424772
Transaction Type: Sale
Transaction Date: 06/16/2021 12:03:08 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. 00842, Area and Block WD 105, Facility/Rig and Well No. E, PINC No. I190

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy LLC | June 17, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $450.00 |
| | MAIL CHECK ☐ |
| | **RETURN CHECK TO** ☑ Chris Ulfers |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeal Fee Charges | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $450.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 17 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Bowers, Laura**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, June 16, 2021 11:04 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SE7V8Q
Agency Tracking ID: 76116424820
Transaction Type: Sale
Transaction Date: 06/16/2021 12:04:12 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. 00842, Area and Block WD 105, Facility/Rig and Well No. E, PINC No. G111; MP-122 Production Separator, etc.

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service.

**<u>EXHIBIT H</u>**

**EFFECTIVE DATE PERIOD STATEMENT**
**(June 25, 2021 – August 27, 2021)**



**Please Remit Payments Only To:**
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170-5100
Telephone 504.582.8000
**Payments Only: jwar@joneswalker.com**
**Billing Inquiries: creditmanager@joneswalker.com**
Fed. I.D. # 72-0445111

September 30, 2021

Fieldwood Energy LLC                          Client:          045043
Attn:  Tommy Lamme                            Matter:         17820800
2000 W. Sam Houston Pkwy S., Ste 1200         Invoice #       1098527
Houston, TX  77042

RE:    Fieldwood Restructuring

## REMITTANCE PAGE

| Date | Invoice Number | Fees | Other Charges | Other Adjustments | Payments | Balance Due |
|---|---|---|---|---|---|---|
| 06/10/21 | 1078032 | 326,609.50 | 17,418.21 | 0.00 | 278,705.81 | 65,321.90 |
| 06/28/21 | 1080568 | 307,725.00 | 5,047.69 | 0.00 | 251,227.69 | 61,545.00 |
| **Previous Balance Due:** | | **$634,334.50** | **$22,465.90** | **$0.00** | **$529,933.50** | **$126,866.90** |
| **Current Invoice:** | | | | | | |
| 09/30/21 | 1098527 | $615,082.00 | $48,513.93 | | $0.00 | $663,595.93 |
| | | | | | | |
| **Grand Total Due – This Matter** | | | | | | **$790,462.83** |

Please return this page with payment or include our invoice number(s) in the wire or ACH text.
Due and payable upon receipt. Please contact James Noe if you have any questions.

| | |
|---|---|
| **Bank: Iberia Bank** | **Credit:    Jones Walker LLP** |
| **ABA Routing No.: 265270413** | **Account No.:    20000247731** |
| **Swift Code:  IBEAUS44** | |



**Please Remit Payments Only To:**
201 St. Charles Avenue, 50<sup>th</sup> Floor
New Orleans, LA 70170-5100
Telephone 504.582.8000
**Payments Only: jwar@joneswalker.com**
**Billing Inquiries: creditmanager@joneswalker.com**
**Fed. I.D. # 72-0445111**

September 30, 2021

Fieldwood Energy LLC
Attn: Tommy Lamme
2000 W. Sam Houston Pkwy S., Ste 1200
Houston, TX  77042

| | |
|---|---|
| Client: | 045043 |
| Matter: | 17820800 |
| Invoice #: | 1098527 |

RE:    Fieldwood Restructuring

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 05/29/21 | JRT | B110 | A101 | Begin review of briefs on motions to prepare for hearing. | 1.50 | 1,050.00 |
| 06/02/21 | JRT | B110 | A101 | Conference call with team (.5); study briefs to begin preparing for hearing (1.2). | 1.70 | 1,190.00 |
| 06/22/21 | RDB | B210 | A104 | Review and address issues related to divisive merger and nomination of successor operator, assignment of leases, and associated name change. | 0.50 | 282.50 |
| 06/22/21 | RDB | B210 | A104 | Review and address specimen qualification documents (.2); draft BOEM operator designations (.3). | 0.50 | 282.50 |
| 06/22/21 | KMJ | B110 | A101 | Review draft of second fee application, including related correspondence with G. Ramirez and J. Noe re status and questions. | 1.00 | 500.00 |
| 06/22/21 | GAR | B160 | A105 | Correspond with accounting to obtain information needed for supporting exhibits to Jones Walker's second and third interim fee applications, including | 0.50 | 170.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | summarizing information requested and working through related issues of same. | | |
| 06/23/21 | GAR | B160 | A105 | Address various issues posed by K. Johnson regarding the second interim fee application, including a review of the docket and related pleadings (.7); update draft of second interim stipulation based on suggested edits from K. Johnson stemming from discussion of same (.4). | 1.10 | 374.00 |
| 06/23/21 | KMJ | B110 | A101 | Correspondence with G. Ramirez and J. Noe re status and questions on pending draft fee applications. | 0.40 | 200.00 |
| 06/24/21 | PFH | B110 | A105 | E mail from J. Noe re status of confirmation hearing. | 0.10 | 62.50 |
| 06/25/21 | PFH | B110 | A106 | E mails from/to B. Sergesketter (.2); review information re hotline complaint and investigation (.6); consider how to investigate same (.3). | 1.10 | 687.50 |
| 06/25/21 | GAR | B160 | A104 | Review confirmation order to determine payment of professionals' fees post-confirmation date to provide update to J. Noe and K. Johnson. | 0.40 | 136.00 |
| 06/25/21 | GAR | B160 | A105 | Discuss various details related to professional fees accrued post-confirmation based on review of confirmation order with K. Johnson to determine outstanding pleadings on behalf of fees for Jones Walker. | 0.30 | 102.00 |
| 06/25/21 | GAR | B160 | A103 | Begin editing extensive supporting documentation for Jones Walker's June monthly fee statement to ensure compliance with the U.S. Trustee's guidelines. | 1.30 | 442.00 |
| 06/25/21 | JAH | B190 | A104 | BSEE INCs -- correspond with S. Bodden. | 0.20 | 140.00 |
| 06/25/21 | KMJ | B110 | A101 | Correspond with G. Ramirez and J. Noe on fee application | 0.50 | 250.00 |

045043.17820800.1098527                                                                 Page 4

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | protocols post-confirmation and pending fee applications in draft to determine strategy re same. | | |
| 06/25/21 | JN | B180 | A109 | Participate in confirmation hearaing. | 3.60 | 2,520.00 |
| 06/27/21 | GAR | B160 | A103 | Finalize editing of extensive supporting documentation for Jones Walker's June monthly fee statement to ensure compliance with the U.S. Trustee's guidelines. | 3.50 | 1,190.00 |
| 06/27/21 | CU | B420 | A104 | Analyze INCs issued to Fieldwood Energy LLC on May 6, 2021, May 7, 2021, and May 10, 2021 in preparation for appeal of same. | 0.50 | 225.00 |
| 06/27/21 | PFH | B110 | A105 | E mail to B. Sergesketter re hotline report, | 0.10 | 62.50 |
| 06/27/21 | JAH | B190 | A104 | BSEE INCs - review status of appeals and letter to region. | 0.70 | 490.00 |
| 06/27/21 | JAH | B190 | A104 | Eugene Island 342 -- review status and next steps in light of plan confirmation. | 0.20 | 140.00 |
| 06/28/21 | PFH | B110 | A103 | Draft Upjohn warning for Bullwinkle issue. | 0.10 | 62.50 |
| 06/28/21 | PFH | B110 | A106 | E mail from B. Sergesketter to D. Ballard and R. Robbins re internal investigation (.1); e mails from/to D. Ballard and R. Robbins (.2). | 0.30 | 187.50 |
| 06/28/21 | PFH | B110 | A106 | E mail from B. Sergesketter with correspondence re FBI contact. | 0.10 | 62.50 |
| 06/28/21 | CU | B420 | A104 | Further analyze several INCs issued to Fieldwood Energy LLC by BSEE Lake Jackson, BSEE Lafayette, and BSEE Houma on May 6, 2021, May 7, 2021, and May 10, 2021 in preparation for drafting appeal documents in connection with administrative appeals of same. | 1.40 | 630.00 |
| 06/28/21 | PFH | B110 | A106 | Call with B. Sergesketter re EPA submission and AUSA as well as | 0.60 | 375.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Bullwinkle incident. | | |
| 06/28/21 | GAR | B160 | A104 | Resolve issues with supporting documentation with accounting department to ensure compliance with U.S. Trustee guidelines and to ensure compliance with confirmation order, including review of confirmation order. | 0.50 | 170.00 |
| 06/28/21 | GAR | B160 | A104 | Edit supporting documentation for Jones Walker's June monthly fee statement based on related discussions with accounting department to ensure compliance with U.S. Trustee guidelines. | 0.60 | 204.00 |
| 06/28/21 | GAR | B160 | A104 | Review confirmation order for treatment of post-confirmation payment of professionals' fees to ensure proper exclusion of certain entries from outstanding monthly fee statements. | 0.30 | 102.00 |
| 06/28/21 | GAR | B160 | A103 | Draft Jones Walker's June monthly fee statement (2.5); prepare supporting documentation to same (.4). | 2.90 | 986.00 |
| 06/28/21 | GAR | B160 | A104 | Finalize Jones Walker's June monthly fee statement, including cross checking numbers with supporting documentation to ensure accuracy of information therein (.7); discuss same with K. Johnson and J. Noe prior to serving on all notice parties (.1). | 0.80 | 272.00 |
| 06/28/21 | JN | B180 | A104 | Review BOEM adjudication guidance on registration of assignments of working interest. | 0.40 | 280.00 |
| 06/28/21 | JN | B180 | A104 | Review of final, as signed confirmation order. | 1.20 | 840.00 |
| 06/28/21 | KMJ | B110 | A101 | Correspond with G. Ramirez and J. Noe re status on fee notices and interim fee applications and related issues. | 0.50 | 250.00 |
| 06/29/21 | PFH | B110 | A106 | E mails from/to D. Ballard and B. Robbins re interviews. | 0.10 | 62.50 |

045043.17820800.1098527                                                                                                    Page 6

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 06/29/21 | PFH | B110 | A104 | Review information sent by D. Ballard re Bullwinkle, including consideration of questions for his interview (.6); review information from B. Sergesketter and others re company investigation and developed topics for upcoming interviews (.5). | 1.10 | 687.50 |
| 06/29/21 | PFH | B110 | A107 | E mail to AUSA D. Kammer with EPA submission and explanation of submission and bankruptcy update (.1); e mail from B. Sergesketter to AUSA D. Kammer with a bankruptcy update (.1). | 0.20 | 125.00 |
| 06/29/21 | GAR | B160 | A107 | Correspond with all notice parties to serve Jones Walker's June monthly fee statement pursuant to the interim compensation order. | 0.20 | 68.00 |
| 06/29/21 | GAR | B160 | A104 | Revise Jones Walker's June monthly fee statement to ensure most up-to-date upon sending to the notice parties (.2); provide update to K. Johnson for review (.1). | 0.30 | 102.00 |
| 06/29/21 | DMH | B230 | A104 | Memos to/from J. Noe and other co-counsel regarding regulatory requirements, other considerations in completing transfer of leases (.6); review requirements, other matters involved in lease transfers (.2); memos to/from R. Bertram regarding additional regulatory requirements, COFR designations, responsible party (.5). | 1.30 | 754.00 |
| 06/29/21 | CU | B420 | A104 | Analyze IBLA order suspending INC appeals at IBLA-2021-251 through IBLA-2021-261 and IBLA-2021-276 through IBLA-2021-279, IBLA-2021-282, and IBLA-2021-283. | 0.60 | 270.00 |
| 06/29/21 | CU | B420 | A103 | Draft notice of appeal and related correspondence to BSEE in connection with appeals of INCs | 2.10 | 945.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | issued to Fieldwood Energy, LLC from May 6, 2021, through May 10, 2021. | | |
| 06/29/21 | JAH | B190 | A104 | Eugene Island 342 -- conference with J. Noe about impact of confirmation on next steps. | 0.30 | 210.00 |
| 06/29/21 | JAH | B190 | A104 | Eugene Island 342 -- call with Fieldwood team (R. Sergesketter and B. DeWolfe) about next steps following confirmation. | 0.90 | 630.00 |
| 06/29/21 | JAH | B190 | A104 | BSEE INCs -- review numerous IBLA scheduling orders to plan next round of appeals. | 0.50 | 350.00 |
| 06/29/21 | GAR | B160 | A103 | Begin drafting third interim fee application of Jones Walker. | 2.20 | 748.00 |
| 06/29/21 | RDB | B210 | A104 | Correspond with P. Hosch, Weil Gotschal related to regulatory checklist and diligence items. | 0.30 | 169.50 |
| 06/29/21 | RDB | B210 | A104 | Review memorandum from D. Hunter and J. Noe related to regulatory diligence items related to BOEM and BSEE. | 0.30 | 169.50 |
| 06/29/21 | RDB | B210 | A103 | Memorandum to D. Hunter and J. Noe related to oil pollution act compliance and certificates of financial responsibility for Fieldwood entities. | 0.30 | 169.50 |
| 06/29/21 | JN | B180 | A109 | Conference call with the client to discuss the Eugene Island gas bubbling wells. | 0.50 | 350.00 |
| 06/29/21 | CU | B420 | A104 | Further analyze INCs issued to Fieldwood Energy LLC from May 6, 2021 through May 10, 2021 in preparation for appealing same. | 1.20 | 540.00 |
| 06/29/21 | ACR | B110 | A101 | Review all correspondences and material regarding investigation meeting scheduled tomorrow. | 0.50 | 140.00 |
| 06/29/21 | ACR | B110 | A101 | Meeting regarding steps to be taken in the case and tasks for tomorrow's investigation meeting. | 0.20 | 56.00 |
| 06/29/21 | JN | B180 | A104 | Review data submitted by the | 0.50 | 350.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | client's land department regarding the allocation of leases and operatorship post effective date. | | |
| 06/29/21 | JN | B180 | A102 | Research designation of operatorship and designation of agent for decommissioning regulations. | 0.50 | 350.00 |
| 06/29/21 | KMJ | B110 | A101 | Review confirmation order and confirmed plan on fee statements post-confirmation pre-effective date and related correspondence with G. Ramirez and J. Noe on pending drafts of fee applications and June fee statement. | 2.00 | 1,000.00 |
| 06/30/21 | GAR | B160 | A104 | Resolve issues with accounting department regarding outstanding payments and issues related to the March monthly fee statement to determine effect on forthcoming interim fee applications. | 0.50 | 170.00 |
| 06/30/21 | GAR | B160 | A105 | Discuss issues regarding outstanding payments and issues related to the March monthly fee statement with K. Johnson and J. Noe to provide update for inquiry about payment of same with Weil (.4); review related correspondence on same to determine status for use in interim fee applications of Jones Walker (.1). | 0.50 | 170.00 |
| 06/30/21 | GAR | B160 | A104 | Review all payments received to date against invoices sent to the Debtors to determine outstanding amounts to be included in interim fee applications. | 0.30 | 102.00 |
| 06/30/21 | GAR | B160 | A107 | Correspond with Weil counsel and K. Johnson regarding outstanding March monthly fee statement to ensure payment of same. | 0.10 | 34.00 |
| 06/30/21 | SYD | B190 | A104 | INC appeals -- review INC appeals to coordinate the same. | 1.80 | 828.00 |

045043.17820800.1098527                                                                     Page 9

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 06/30/21 | ACR | B110 | A101 | Review additional notes from FBI conversation. | 0.10 | 28.00 |
| 06/30/21 | ACR | B110 | A101 | Interview D. Billard re Fontenot issue. | 1.10 | 308.00 |
| 06/30/21 | ACR | B110 | A101 | Interview R. Robbins re Fontenot issue. | 0.80 | 224.00 |
| 06/30/21 | ACR | B110 | A101 | Post-interview discussion with partner regarding strategies concerning next steps. | 0.20 | 56.00 |
| 06/30/21 | CU | B420 | A103 | Further revise notices of appeal and related correspondence to BSEE in connection with appeals of INCs issued to Fieldwood Energy, LLC from May 6, 2021 through May 10, 2021. | 1.90 | 855.00 |
| 06/30/21 | JAH | B190 | A104 | BSEE INC appeals -- review draft letter to GOM region edited by S. Bonnen. | 0.30 | 210.00 |
| 06/30/21 | JAH | B190 | A104 | BSEE INCs -- work with S. Dicharry and C. Ulfers on latest round of appeal filing. | 0.60 | 420.00 |
| 06/30/21 | JAH | B190 | A104 | Eugene Island 342 -- review Byrd report to provide to B. DeWolfe. | 0.30 | 210.00 |
| 06/30/21 | JAH | B190 | A104 | Eugene Island 342 -- correspond with solicitor's office regarding same. | 0.10 | 70.00 |
| 06/30/21 | JN | B180 | A109 | Call with lawyers for DOJ and DOI regarding effectuating the confirmation order. | 0.70 | 490.00 |
| 06/30/21 | JN | B180 | A102 | Research BOEM adjudication issues in advance of legal working group call with the government's lawyers. | 0.90 | 630.00 |
| 06/30/21 | JN | B180 | A104 | Review proposed order to predecessor sent by lawyers from DOI. | 0.30 | 210.00 |
| 06/30/21 | JN | B180 | A105 | Correspond with D. Hunter regarding BOEM adjudication issues in plan implementation. | 0.30 | 210.00 |
| 06/30/21 | JN | B180 | A104 | Review disclosure schedules regarding properties transferred | 0.80 | 560.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | to the various surviving entities and operatorship for planning on BOEM adjudication issues. | | |
| 06/30/21 | JN | B180 | A104 | Respond to emails from solicitor with DOI regarding BOEM adjudication issues. | 0.30 | 210.00 |
| 06/30/21 | JN | B180 | A104 | Review INC remediation schedule provided by the client in relation to civil penalty settlement agreement with the government. | 0.50 | 350.00 |
| 06/30/21 | JN | B180 | A103 | Draft BOEM adjudication proposal for the government. | 0.80 | 560.00 |
| 06/30/21 | JN | B180 | A104 | Review anticipatory breach letters provided by other debtors to DOI provided by solicitor for DOI. | 0.40 | 280.00 |
| 06/30/21 | JN | B180 | A102 | Research appellate record of Fieldwood appeals of bonding orders following call with lawyers for the DOJ and DOI. | 0.30 | 210.00 |
| 06/30/21 | JN | B180 | A105 | Email D. Hunter, J. Hunter, R. Bertram, and S. Dicharry regarding path forward on BOEM adjudication. | 0.30 | 210.00 |
| 06/30/21 | PFH | B110 | A107 | Call with FBI SA M. Heimbach re hotline complaint and threat to Bullwinkle. | 0.20 | 125.00 |
| 06/30/21 | PFH | B110 | A106 | E mail to/from R. Sergesketter with report on call with FBI SA M. Heimbach. | 0.10 | 62.50 |
| 06/30/21 | PFH | B110 | A106 | Interview D. Ballard with D. Rayford re Fontenot issue. | 1.20 | 750.00 |
| 06/30/21 | PFH | B110 | A106 | Interview R. Rollins with D. Rayford re Fontenot issue. | 1.00 | 625.00 |
| 06/30/21 | PFH | B110 | A106 | E mails from D. Ballard with organizational chart for Bullwinkle and other documentary evidence. | 0.10 | 62.50 |
| 06/30/21 | KMJ | B110 | A101 | Review status of fee applications due and balance information and related correspondence with Debtors' counsel and J. Noe re | 0.60 | 300.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | March fee notice unpaid due to apparent oversight. | | |
| 06/30/21 | DMH | B230 | A104 | Memos to/from J. Noe and co-counsel re regulatory requirements involved in transfer of leases post-bankruptcy. | 0.30 | 174.00 |
| 07/01/21 | PFH | B110 | A104 | Analyze facts known thus far to develop investigative plan re Bullwinkle incident(s). | 0.40 | 250.00 |
| 07/01/21 | ACR | B110 | A101 | Begin drafting interview summary for D. Ballard. | 1.20 | 336.00 |
| 07/01/21 | MBS | B210 | A105 | Revise summary sheet for third interim fee application. | 0.50 | 110.00 |
| 07/01/21 | MBS | B210 | A105 | Revise third interim fee application of Jones Walker. | 2.00 | 440.00 |
| 07/01/21 | CU | B420 | A104 | Analyze docketing notices received with respect to IBLA-2021-0288, IBLA-2021-0289, and IBLA-2021-0290 for appeals of INCs issued to Fieldwood Energy, LLC between May 6, 2021 through May 10, 2021. | 0.50 | 225.00 |
| 07/01/21 | JAH | B190 | A104 | Eugene Island 342 -- prepare for call with solicitor's office. | 0.60 | 420.00 |
| 07/01/21 | JAH | B190 | A104 | BSEE INCs -- coordinate appeal filing. | 0.40 | 280.00 |
| 07/01/21 | CU | B420 | A104 | Analyze delivery confirmations in connection with appeals of INCs issued from May 6, 2021 through May 10, 2021. | 0.40 | 180.00 |
| 07/01/21 | GAR | B160 | A103 | Continue drafting third interim fee application of Jones Walker, including completion of all accompanying exhibits detailing extensive information required for same. | 2.80 | 952.00 |
| 07/01/21 | GAR | B160 | A103 | Continue drafting third interim fee application of Jones Walker, including calculating breakdown of time by attorney for each project category to ensure compliance with local rules and | 2.90 | 986.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | U.S. Trustee guidelines and reviewing the Johnson factors and applicability to representation by Jones Walker here. | | |
| 07/01/21 | GAR | B160 | A103 | Review draft of Jones Walker's third interim fee application and all related exhibits prior to circulation to co-counsel. | 2.10 | 714.00 |
| 07/01/21 | GAR | B160 | A105 | Discuss needed items for third interim fee applications of Jones Walker with M. Salinas. | 0.20 | 68.00 |
| 07/01/21 | GAR | B160 | A103 | Revise second interim fee application of Jones Walker to incorporate updated payment information and data in summary chart. | 0.60 | 204.00 |
| 07/02/21 | PFH | B110 | A104 | Draft investigative plan (.7); provide same to R. Sergesketter (.1). | 0.80 | 500.00 |
| 07/02/21 | PFH | B110 | A106 | E mail to/from D. Ballard requesting identity of potential witness in Bullwinkle matter and witness information. | 0.10 | 62.50 |
| 07/02/21 | KMJ | B110 | A101 | Correspond with G. Ramirez and J. Noe re status on amounts outstanding for pending drafts of fee applications. | 0.30 | 150.00 |
| 07/02/21 | CU | B420 | A104 | Analyze additional incidents of non-compliance issued to Fieldwood Energy LLC from May 13, 2021 through June 5, 2021 in preparation for filing appeals of same. | 0.50 | 225.00 |
| 07/02/21 | ACR | B110 | A101 | Continue investigation summary for D. Billard. | 0.30 | 84.00 |
| 07/02/21 | SYD | B190 | A101 | Eugene Island 342 - participate in call with opposing counsel re status and steps forward. | 0.40 | 184.00 |
| 07/02/21 | SYD | B190 | A101 | INC appeals - review status and calendared deadlines. | 0.20 | 92.00 |
| 07/02/21 | JAH | B190 | A104 | Eugene Island 342 appeal -- participate in call with solicitor's | 0.70 | 490.00 |

045043.17820800.1098527                                                      Page 13

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | office re status and plan forward, including preparation for same. | | |
| 07/02/21 | JAH | B190 | A104 | Eugene Island 342 -- correspond with B. Sergesketter and B. DeWolfe re conference with solicitor's office and plan forward. | 0.30 | 210.00 |
| 07/02/21 | JAH | B190 | A104 | BSEE INCs -- correspond with co-counsel re appeal filings. | 0.10 | 70.00 |
| 07/02/21 | GAR | B160 | A104 | Review payments received and outstanding amounts for all prior monthly fee statements to update K. Johnson regarding latest payments and to ensure third interim fee application is most up to date. | 0.40 | 136.00 |
| 07/03/21 | CU | B420 | A104 | Analyze additional incidents of non-compliance issued to Fieldwood Energy LLC from May 13, 2021 through June 5, 2021 in preparation for filing appeals of same. | 1.80 | 810.00 |
| 07/03/21 | JAH | B190 | A104 | BSEE INCs -- review status of appeals. | 0.20 | 140.00 |
| 07/04/21 | PFH | B110 | A104 | E mail from/to B. Sergesketter re investigative plan. | 0.10 | 62.50 |
| 07/05/21 | PFH | B110 | A104 | E mail to R. Sergesketter with names of next witnesses. | 0.10 | 62.50 |
| 07/06/21 | ACR | B110 | A101 | Finalize interview summary for D. Ballard, including revisions to same. | 3.60 | 1,008.00 |
| 07/06/21 | JN | B180 | A109 | Participate in hearing on sureties motion to stay the confirmation order pending appeal. | 1.40 | 980.00 |
| 07/06/21 | PFH | B110 | A106 | E mails from R. Sergesketter, D. Ballard, and A. Chaumont with information re Bullwinkle investigation. | 0.10 | 62.50 |
| 07/06/21 | PFH | B110 | A104 | Review S. Fontenot personnel file, notes of D. Ballard interviews of witnesses, and ticket for K. Marcel work. | 0.70 | 437.50 |
| 07/06/21 | JN | B180 | A104 | Review BOEM qualification | 0.40 | 280.00 |

045043.17820800.1098527                                                    Page 14

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | documentation for Mako. | | |
| 07/06/21 | PFH | B110 | A104 | Analyze areas of questions for upcoming interviews in Bullwinkle matter (.5); draft questions regarding same (.3). | 0.80 | 500.00 |
| 07/06/21 | ACR | B110 | A101 | Draft interview summary for R. Robbins. | 3.60 | 1,008.00 |
| 07/06/21 | JAH | B190 | A104 | BOEM Adjudication -- prepare for call among Jones Walker team. | 0.20 | 140.00 |
| 07/06/21 | GAR | B160 | A107 | Correspond with C. Carlson, Weil co-counsel, and K. Johnson regarding contemporaneous filing of Jones Walker second and third interim fee applications, as agreed to with Debtors' counsel, providing both for filing. | 0.20 | 68.00 |
| 07/06/21 | GAR | B160 | A104 | Finalize Jones Walker's second and third interim fee applications for contemporaneous filing of both as agreed to with Debtors' counsel in preparation for providing to Weil co-counsel for final approval and filing. | 0.40 | 136.00 |
| 07/06/21 | GAR | B160 | A105 | Correspond with J. Noe regarding estimated timeline for payment of holdback fees based on the contemporaneous filing of Jones Walker second and third interim fee applications. | 0.20 | 68.00 |
| 07/06/21 | CU | B420 | A104 | Further analyze INCs issued to Fieldwood Energy LLC from May 13, 2021 through May 16, 2021 in preparation for appealing same. | 0.80 | 360.00 |
| 07/06/21 | JN | B180 | A109 | Participate on a conference call with Weil and Davis Polk to discuss sureties motion for stay of the confirmation plan pending appeal. | 0.40 | 280.00 |
| 07/06/21 | JN | B180 | A104 | Review sureties motion to stay confirmation plan pending appeal. | 0.80 | 560.00 |
| 07/06/21 | JAH | B190 | A104 | BSEE INCs -- review BSEE proposal. | 0.40 | 280.00 |

045043.17820800.1098527                                                                     Page 15

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/06/21 | KMJ | B110 | A101 | Revise draft of second and third interim fee applications (1.7); correspond with J. Noe and G. Ramirez re same (.3). | 2.00 | 1,000.00 |
| 07/06/21 | POW | B240 | A103 | Multiple emails with co-counsel regarding mortgage analysis and forthcoming merger. | 0.20 | 110.00 |
| 07/07/21 | CU | B420 | A103 | Draft Notice of Appeal of INCs issued to Fieldwood Energy LLC from May 13, 2021 through May 16, 2021 and related correspondence to BSEE, including revisions to same. | 2.90 | 1,305.00 |
| 07/07/21 | JN | B180 | A105 | Call with J. Hunter and R. Bertram to discuss BOEM adjudication. | 0.40 | 280.00 |
| 07/07/21 | JN | B180 | A109 | Call with J. Smith and the client's land department to discuss various BOEM adjudication and assignment of properties issues. | 0.80 | 560.00 |
| 07/07/21 | JN | B180 | A109 | Call with lawyers from Department of Justice and Department of Interior to discuss status of case and BOEM adjudication issues. | 1.00 | 700.00 |
| 07/07/21 | JN | B180 | A104 | Review proposed appointment of agent to designated operator form provided by the Department of Interior. | 0.30 | 210.00 |
| 07/07/21 | JN | B180 | A102 | Research subrogation rights to government under the proposed settlement agreement with the government regarding decommissioning and providing transition services. | 1.60 | 1,120.00 |
| 07/07/21 | JN | B180 | A103 | Revise settlement agreement with the government regarding transition services and civil penalties. | 0.90 | 630.00 |
| 07/07/21 | JN | B180 | A104 | Review legal research conducted by S. Dicharry regarding subrogation related to FWE III performing transition services and INC remediation. | 0.40 | 280.00 |

045043.17820800.1098527                                                              Page 16

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/07/21 | JN | B180 | A104 | Review latest draft appeals of INCs to be filed with Interior Land Board. | 0.40 | 280.00 |
| 07/07/21 | CU | B420 | A105 | Conference with S. Dicharry and D. Hunter relative to status of INC appeals and open items with respect to same. | 0.50 | 225.00 |
| 07/07/21 | DMH | B230 | A104 | Call with attorneys re post-bankruptcy reassignment of leases (.5); memos to/from Jones Walker attorneys re approach for completing lease transfers and assignments, company qualifications (1.3); review memo re divisive merger, avoidance of technical assignment, regulatory approval (.6). | 2.40 | 1,392.00 |
| 07/07/21 | PFH | B110 | A103 | Revise summary of D. Ballard interview. | 0.10 | 62.50 |
| 07/07/21 | MTD | B250 | A107 | Call with legal teams regarding deeds of trust, descriptions, releases, partial releases, opinions. | 0.70 | 385.00 |
| 07/07/21 | POW | B240 | A104 | Review multiple emails and attachments regarding tax exemptions. | 0.30 | 165.00 |
| 07/07/21 | POW | B240 | A103 | Prepare Certificate of Probate Judge relating to ad valorem tax exemption (.3); provide same to co-counsel (.1). | 0.40 | 220.00 |
| 07/07/21 | JAH | B190 | A104 | DOI Settlement -- review agreements in principle and plan settlement strategy. | 0.60 | 420.00 |
| 07/07/21 | JAH | B190 | A104 | BSEE INCs -- review BSEE proposal for sequence of operations to rectify INCs. | 0.30 | 210.00 |
| 07/07/21 | JAH | B190 | A104 | DOI Settlement -- conference with J. Noe re negotiation strategy. | 0.30 | 210.00 |
| 07/07/21 | JAH | B190 | A104 | BSEE INC appeals -- review file re status (.6); coordinate upcoming appeal filings (.2). | 0.80 | 560.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/07/21 | JAH | B190 | A104 | BOEM Adjudication issues -- conferences with J. Noe re work streams. | 0.40 | 280.00 |
| 07/07/21 | JAH | B190 | A104 | BOEM Adjudication -- participate in Legal Working Group call re next steps, including preparation for same. | 0.60 | 420.00 |
| 07/07/21 | JAH | B190 | A104 | BOEM Adjudication -- conferences with D. Hunter re divisive merger and BOEM work streams. | 0.70 | 490.00 |
| 07/07/21 | JAH | B190 | A104 | BOEM Adjudication -- review BOEM regulations and plan work streams. | 1.10 | 770.00 |
| 07/07/21 | JAH | B190 | A104 | BOEM Adjudication -- analyze merger issues and plan response to R. Lamb re Adjudication filings. | 0.90 | 630.00 |
| 07/07/21 | JN | B180 | A109 | Conference call with J. Hunter and R. Bertram regarding BOEM adjudication issues. | 0.40 | 280.00 |
| 07/07/21 | JN | B180 | A104 | Review various emails from lawyers with the Department of Interior on BOEM adjudication issues. | 0.50 | 350.00 |
| 07/07/21 | JN | B180 | A102 | Research BOEM adjudication regulations to identify streamlined approach to adjudication filings following the effective date of restructuring plan. | 1.40 | 980.00 |
| 07/07/21 | RDB | B210 | A103 | Draft outline of action items for BOEM and BSEE to implement divisive merger and transfer of offshore leases to new Fieldwood entities. | 0.50 | 282.50 |
| 07/07/21 | RDB | B210 | A103 | Memorandum to J. Noe related to lease transfer issues. | 0.30 | 169.50 |
| 07/07/21 | RDB | B210 | A104 | Review memorandum from D. Hunter and J. Noe related to divisive merger and effective date of Fieldwood's plan of reorganization and steps to | 0.20 | 113.00 |

045043.17820800.1098527                                                                      Page 18

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | implement change over of leases with BOEM. | | |
| 07/07/21 | SYD | B190 | A101 | INC Appeals -- participate in meeting with J. Hunter and C. Ulfers re status of INC appeals, including preparation for same. | 0.40 | 184.00 |
| 07/07/21 | SYD | B190 | A101 | INC Appeals - review appeal documents for this week's appeals and joint motion for last week's appeal. | 1.60 | 736.00 |
| 07/08/21 | JN | B180 | A105 | Conference call with J. Hunter and D. Hunter on BOEM adjudication issues. | 0.40 | 280.00 |
| 07/08/21 | JN | B180 | A104 | Review legal research memorandum on the Texas Divisive Merger Statute for purposes of drafting email to lawyers for the Department of the Interior on the need to file assignment forms or merely notice of merger. | 0.60 | 420.00 |
| 07/08/21 | JN | B180 | A103 | Draft email to lawyers for the Department of Interior making the case that assignment forms are not necessary to document the allocation of the properties to the entities created by the divisive merger. | 0.90 | 630.00 |
| 07/08/21 | JN | B180 | A102 | Research ability to be subgroated to the government's rights against co-lessee's and predecessors for Fieldwood's performance of the transition services pursuant to the civil penalty settlement with the government. | 2.30 | 1,610.00 |
| 07/08/21 | JAH | B190 | A104 | BOEM Adjudication issues -- develop Fieldwood's legal position re BOEM lacking authority to require assignments of lease interests. | 2.00 | 1,400.00 |
| 07/08/21 | JN | B180 | A104 | Review current plan for sequencing of various mergers to identify BOEM adjudication issues. | 0.60 | 420.00 |

045043.17820800.1098527                                                    Page 19

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/08/21 | JAH | B190 | A104 | Calls with Jones Walker team re BOEM adjudication strategy, including related correspondence. | 1.00 | 700.00 |
| 07/08/21 | JN | B180 | A104 | Review the government's counter proposal on the remediation of INCs. | 0.60 | 420.00 |
| 07/08/21 | JN | B180 | A109 | Conference call with secured lenders counsel to discuss regulatory issues. | 0.50 | 350.00 |
| 07/08/21 | JAH | B190 | A104 | BSEE INCs -- correspond with Fieldwood re BSEE remediation proposal, including review of Fieldwood's response. | 0.90 | 630.00 |
| 07/08/21 | JN | B180 | A104 | Review the confirmed restructuring plan for discussion of the treatment of the divisive merger in preparation of drafting communication to the government on arguing that assignment forms are not necessary for BOEM adjudication. | 0.70 | 490.00 |
| 07/08/21 | CU | B420 | A104 | Analyze Docketing Notices received by IBLA with respect to INC Appeals docketed at IBLA-2021-297, IBLA-2021-298, and IBLA-2021-299. | 0.40 | 180.00 |
| 07/08/21 | PFH | B110 | A106 | E mail from R. Sergesketter with e mail to AUSA D. Kammer with first quarterly report (.1); e  mail to R. Sergesketter with comment re report (.6). | 0.70 | 437.50 |
| 07/08/21 | PFH | B110 | A106 | E mail from D. Ballard with photos of flushing incident. | 0.20 | 125.00 |
| 07/08/21 | PFH | B110 | A106 | E mail from/to R. Sergesketter re J. Lancon interview. | 0.10 | 62.50 |
| 07/08/21 | MTD | B250 | A107 | Emails with B. Conley and M. Maloney regarding deed of trust and descriptions. | 0.20 | 110.00 |
| 07/08/21 | CU | B420 | A104 | Analyze multiple email correspondences relative to service confirmations of INC appeals. | 0.30 | 135.00 |

045043.17820800.1098527                                                                 Page 20

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/08/21 | MTD | B250 | A104 | Analyze form for deed of trust and descriptions of leases. | 0.30 | 165.00 |
| 07/08/21 | DMH | B230 | A104 | Call with Jones Walker attorneys re transfer of leases, OSFR and bond considerations, operating agreement restrictions (.4); correspond with consultant re same (.5); memos to/from Jones Walker attorneys re merger, lease transfers, BOEM regulations, new entities (1.6). | 2.50 | 1,450.00 |
| 07/08/21 | SYD | B190 | A101 | Merger Issue - review draft email to R. Lamb (Solicitor's Office) regarding divisive merger and effectuating same w/r/t interests in federal leases (includes review of cited regulations). | 0.60 | 276.00 |
| 07/08/21 | RDB | B210 | A104 | Review memorandum from J. Noe related to plan reorganization, creation of GOM Shelf LLC and post bankruptcy restructuring issues with BOEM. | 0.30 | 169.50 |
| 07/08/21 | POW | B240 | A103 | Email co-counsel regarding opinion letter. | 0.20 | 110.00 |
| 07/08/21 | POW | B240 | A104 | Review draft opinion letter. | 0.60 | 330.00 |
| 07/08/21 | POW | B240 | A104 | Review email from M. Davis re opinion letter. | 0.10 | 55.00 |
| 07/08/21 | POW | B240 | A103 | Email with J. Noe re draft opinion letter. | 0.10 | 55.00 |
| 07/09/21 | JAH | B190 | A104 | Eugene Island 342 appeal -- review status. | 0.10 | 70.00 |
| 07/09/21 | JAH | B190 | A104 | Calls with J. Noe and S. Dicharry re draft DOI Settlement Agreement. | 0.50 | 350.00 |
| 07/09/21 | JAH | B190 | A104 | Work on DOI Settlement Agreement. | 2.00 | 1,400.00 |
| 07/09/21 | JAH | B190 | A104 | Analyze Louisiana Civil Code rules on subrogation and assignment of rights. | 1.30 | 910.00 |
| 07/09/21 | JAH | B190 | A104 | Work on IEL proposal. | 0.40 | 280.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/09/21 | MTD | B250 | A107 | Calls with lead counsel and counsel for Apache regarding leases, loans, mergers, federal leases, BOEM approval, etc. | 0.80 | 440.00 |
| 07/09/21 | JN | B180 | A109 | Conference call with secured lenders real estate counsel, Weil, and counsel for Apache to discuss mortgage recording and BOEM adjudication. | 0.60 | 420.00 |
| 07/09/21 | JN | B180 | A103 | Revise various versions of the settlement with the government regarding the settlement of civil penalty liability. | 4.30 | 3,010.00 |
| 07/09/21 | JN | B180 | A109 | Conference call with the client (J. Smith and the Land Department) regarding BOEM adjudication process and issues. | 0.60 | 420.00 |
| 07/09/21 | JN | B180 | A109 | Participate in omnibus hearing with Judge Isgur. | 1.80 | 1,260.00 |
| 07/09/21 | JN | B180 | A105 | Draft various emails to and from J. Hunter regarding various legal issues arising out of settlement agreement with the government. | 0.60 | 420.00 |
| 07/09/21 | SAM | B110 | A104 | Correspond with P. Hardin about OPA reporting on a discharge that dripped on a roof and slid down the wall but unknown if in GOM. | 0.60 | 258.00 |
| 07/09/21 | SYD | B190 | A101 | Draft Settlement Agreement (INCs and Civil Penalties) - participate in call with J. Noe and J. Hunter regarding draft settlement agreement, including preparation for same. | 1.40 | 644.00 |
| 07/09/21 | SYD | B190 | A101 | Review status of INC appeals, including calendaring deadlines for upcoming appeals of INCs. | 0.30 | 138.00 |
| 07/09/21 | ACR | B110 | A101 | Interview J. Lancon for Fieldwood investigation. | 1.70 | 476.00 |
| 07/09/21 | KMJ | B110 | A101 | Correspond with J. Noe and G. Ramirez re expenses to include in fee statement and protocol for fee application inclusion. | 0.50 | 250.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/09/21 | GAR | B160 | A105 | Correspond with J. Noe and K. Johnson regarding treatment of expenses under confirmed plan to determine how to get vendor invoice paid. | 0.20 | 68.00 |
| 07/09/21 | GAR | B160 | A104 | Analyze confirmed plan for relevant provisions regarding treatment of expenses post-confirmation to determine appropriate course of action for getting vendor invoice paid. | 0.30 | 102.00 |
| 07/09/21 | GAR | B160 | A105 | Correspond with K. Johnson regarding analysis of plan on any remaining fee applications for Jones Walker. | 0.20 | 68.00 |
| 07/09/21 | GAR | B160 | A105 | Correspond with J. Noe regarding vendor expense to determine how to get vendor invoice paid post-confirmation, including review of invoice. | 0.20 | 68.00 |
| 07/09/21 | POW | B240 | A104 | Review email from M. Davis. | 0.10 | 55.00 |
| 07/09/21 | PFH | B110 | A106 | Call with R. Sergesketter re Lancon interview. | 0.10 | 62.50 |
| 07/09/21 | PFH | B110 | A106 | Interview J. Lancon with Mr. Rayford. | 1.80 | 1,125.00 |
| 07/09/21 | PFH | B110 | A106 | E mail to/from D. Ballard re photos of scene and additional facts. | 0.20 | 125.00 |
| 07/09/21 | PFH | B110 | A104 | E mail to S. Millan with explanation of issues and request for analysis of reporting requirements (.1); analyze same (.1). | 0.20 | 125.00 |
| 07/09/21 | PFH | B110 | A104 | Revise notes of interview of R. Robbins. | 0.80 | 500.00 |
| 07/10/21 | MTD | B250 | A103 | Revise deed of trust for Apache. | 2.30 | 1,265.00 |
| 07/10/21 | JAH | B190 | A104 | Revise draft DOI settlement agreement. | 3.00 | 2,100.00 |
| 07/10/21 | JN | B180 | A103 | Revise various versions of the Settlement Agreement with the | 2.90 | 2,030.00 |

045043.17820800.1098527                                                    Page 23

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | government regarding civil penalty liability. | | |
| 07/10/21 | SYD | B190 | A101 | Review the Plan (.9); revise draft settlement agreement (re transition services, decommissioning services, and remediation services) (1.9). | 2.80 | 1,288.00 |
| 07/10/21 | PFH | B110 | A106 | Call with R. Sergesketter re facts learned thus far in investigation and potential additional investigation and next steps. | 0.50 | 312.50 |
| 07/11/21 | JAH | B190 | A104 | Correspond with J. Noe and D. Hunter re adjudication procedures. | 0.30 | 210.00 |
| 07/11/21 | JAH | B190 | A104 | DOI Settlement -- analyze subrogation issues. | 0.30 | 210.00 |
| 07/11/21 | JN | B180 | A103 | Draft BOEM adudication closing checklist. | 0.90 | 630.00 |
| 07/11/21 | JN | B180 | A103 | Revise further new versions of the settlement agreement with the government regarding civil penalties. | 1.70 | 1,190.00 |
| 07/11/21 | JN | B180 | A104 | Review confirmed restructuring Plan to ensure the Settlement Agreement with the government is consistent with the Plan. | 0.50 | 350.00 |
| 07/11/21 | SYD | B190 | A101 | Continue revising draft settlement agreement (re transition services, decommissioning, and INCs). | 5.10 | 2,346.00 |
| 07/11/21 | DMH | B230 | A104 | Memos to/from J. Noe and co-counsel re BOEM approval to restructuring plan, allocation of assets (.4); review Adjudication Schedule (.2). | 0.60 | 348.00 |
| 07/12/21 | MTD | B250 | A103 | Revise deed of trust. | 1.00 | 550.00 |
| 07/12/21 | PFH | B110 | A103 | Revise interview reports of Ballard and Robbins (.6); review earlier e mails of Lancon re potential next steps (.2). | 0.80 | 500.00 |
| 07/12/21 | PFH | B110 | A106 | E mail from R. Sergesketter re investigative issues. | 0.10 | 62.50 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/12/21 | JN | B180 | A109 | Conference call with Weil and counsel for Apache to discuss mortgage and real estate issues. | 0.40 | 280.00 |
| 07/12/21 | MTD | B250 | A104 | Analyze recorded deed of trust and exhibit for description of collateral and draft of partial release. | 0.40 | 220.00 |
| 07/12/21 | MTD | B250 | A105 | Conference with A. Taylor regarding revisions to deed of trust and opinion issues. | 0.50 | 275.00 |
| 07/12/21 | MTD | B250 | A105 | Exchange emails with P. Woodall and J. Noe regarding structure of transaction, terms of loan documents, descriptions, title matters, opinion issues, etc. | 0.30 | 165.00 |
| 07/12/21 | MTD | B250 | A107 | Telephone conference regarding loan matters for credit bid purchaser (.6); telephone conference regarding loan matters for loan from Apache (.2). | 0.80 | 440.00 |
| 07/12/21 | JN | B180 | A109 | Conference call with Weil (C. Carlson) regarding timing of exit and settlement agreement with government. | 0.40 | 280.00 |
| 07/12/21 | JN | B180 | A109 | Conference call with Weil (J. George) regarding revisions to settlement agreement with the government. | 0.10 | 70.00 |
| 07/12/21 | JN | B180 | A109 | Revise latest draft of Settlement Agreement with the government regarding civil penalties. | 2.40 | 1,680.00 |
| 07/12/21 | JN | B180 | A105 | Conference call with B. Woodruff regarding Jones Walker opinion letter for mortgages related to exit financing. | 0.20 | 140.00 |
| 07/12/21 | JN | B180 | A109 | Conference call with client (J. Smith and Land Department) regarding various BOEM adjudication issues. | 0.60 | 420.00 |
| 07/12/21 | DMH | B230 | A104 | Memos to/from J. Noe re Newco financing, Mississippi and Alabama mortgages, opinions. | 0.30 | 174.00 |

045043.17820800.1098527                                                    Page 25

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/12/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) regarding post-exit regulatory filings. | 0.70 | 490.00 |
| 07/12/21 | JAH | B190 | A104 | BSEE Settlement agreement -- review draft, providing comments to same. | 1.80 | 1,260.00 |
| 07/12/21 | JAH | B190 | A104 | Eugene Island 342 -- conference with Solicitor's Office re possible remand, including related correspondence. | 0.30 | 210.00 |
| 07/12/21 | CMW | B420 | A105 | Discussions with R. Woodruff regarding status of and opinions required in connection with Exit Financing. | 0.30 | 201.00 |
| 07/12/21 | PFH | B110 | A106 | Numerous e mails from/to J. Lancon with photos of areas of incidents (.5); email from Ms. Chaumont with PIP for S. Fontenot (.2). | 0.70 | 437.50 |
| 07/12/21 | JN | B180 | A109 | Conference call with the client (T. Lamme) and counsel for Apache to discuss BOEM adjudication issues. | 0.60 | 420.00 |
| 07/12/21 | JN | B180 | A109 | Conference call with the client (T. Lamme) to discuss various outstanding regulatory issues. | 0.70 | 490.00 |
| 07/12/21 | PFH | B110 | A106 | E mail from Ms. Chaumont with S. Fontenot Performance Improvement Plan (.1); review PIP (.1). | 0.20 | 125.00 |
| 07/12/21 | RDB | B210 | A104 | Review memorandum from J. Hunter related to BOEM/BSEE issues post approval of plan of reorganization. | 0.30 | 169.50 |
| 07/12/21 | RDB | B210 | A104 | Review memorandum from J. Noe related to BOEM/BSEE regulatory compliance. | 0.30 | 169.50 |
| 07/12/21 | CMW | B420 | A104 | Review opinion issues in connections with Existing Mortgage to be amended and restated in connection with the Exit Financing. | 0.70 | 469.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/12/21 | BPW | B420 | A105 | Call with J. Noe regarding Alabama and Mississippi mortgages and related legal opinions (.3); call with C. Wappel regarding same (.3). | 0.60 | 285.00 |
| 07/12/21 | BPW | B420 | A104 | Review existing RBL mortgage in connection with opinion request (.8); review exit financing checklist in connection with opinion request (.2). | 1.00 | 475.00 |
| 07/12/21 | POW | B240 | A104 | Review multiple emails re mortgages. | 0.30 | 165.00 |
| 07/12/21 | ACT | B250 | A103 | Review deed of trust (.3); research re "as extracted" and proceeds (.6); resolve issues in deed of trust with M. Davis (.2). | 1.10 | 434.50 |
| 07/13/21 | JN | B180 | A103 | Draft replies to counsel for ENI regarding operatorship of the Specified Assets during the Transition Services period. | 0.40 | 280.00 |
| 07/13/21 | JN | B180 | A109 | Conference call with the client and Weil to discuss settlement agreement with the government and impact on timing of exit. | 0.40 | 280.00 |
| 07/13/21 | JN | B180 | A103 | Draft update email to lawyers for the Department of Justice and Department of Interior on various open regulatory matters, including BOEM adjudication and the settlement agreement. | 0.40 | 280.00 |
| 07/13/21 | JN | B180 | A102 | Research IBLA case law and regulations for support that the Transition Services performed under the settlement agreement with the government constitute decommissioning and, therefore, could be the grounds for Fieldwood Energy III to claim subrogation against predecessors. | 2.30 | 1,610.00 |
| 07/13/21 | JN | B180 | A109 | Call with Weil and counsel for secured lenders. | 0.30 | 210.00 |
| 07/13/21 | JN | B180 | A109 | Conference call with the client (J. Smith and the Land Department) regarding BOEM adjudication | 0.60 | 420.00 |

045043.17820800.1098527                                                      Page 27

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | plan and closing checklist. | | |
| 07/13/21 | JN | B180 | A105 | Draft email to P. Hardin regarding informing the U.S. Attorney for the Eastern District of Louisiana who the performing Fieldwood entity will be for the Deferred Prosecution Agreement. | 0.20 | 140.00 |
| 07/13/21 | MTD | B250 | A105 | Telephone conference with J. Noe and P. Woodall regarding collateral, loan documents, deed of trust form, opinion. | 0.50 | 275.00 |
| 07/13/21 | JN | B180 | A105 | Conference call with P. Woodall and M. Davis regarding real estate and mortgage recording issues. | 0.50 | 350.00 |
| 07/13/21 | PFH | B110 | A105 | E mail from/to J. Noe re name of Fieldwood successor to provide to AUSA. | 0.10 | 62.50 |
| 07/13/21 | JN | B180 | A104 | Review analysis provided by Interior Solicitors regarding the treatment of the divisive merger and the need to file assignment forms. | 0.40 | 280.00 |
| 07/13/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) in preparation for call on BSEE's counter-proposal for INC remediation schedule. | 0.40 | 280.00 |
| 07/13/21 | PFH | B110 | A104 | Review notes of Lancon interview to determine investigation going forward. | 0.00 | 0.00 |
| 07/13/21 | PFH | B110 | A106 | E mail numerous Lancon e mails with photos to R. Sergesketter. | 0.10 | 62.50 |
| 07/13/21 | CMW | B420 | A104 | Review opinion issues in connection with questions raised by M. Davis in the Mortgage, including response to same. | 0.70 | 469.00 |
| 07/13/21 | PFH | B110 | A105 | Call with J. Noe to apprise him of Bullwinkle inquiry. | 0.40 | 250.00 |
| 07/13/21 | JN | B180 | A105 | Conference call with P. Hardin regarding potential regulatory incidents under investigation by the firm. | 0.40 | 280.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/13/21 | JN | B180 | A105 | Conference call with J. Hunter regarding determination we received from Interior treating the divisive merger as an assignment. | 0.40 | 280.00 |
| 07/13/21 | JN | B180 | A103 | Draft response to secured lenders' regulatory counsel regarding the settlement agreement draft with the government. | 0.20 | 140.00 |
| 07/13/21 | JN | B180 | A102 | Research regulatory supported cited by the government's counsel to justify requiring Fieldwood to file assignment forms with BOEM and have the assignments approved by the government. | 0.70 | 490.00 |
| 07/13/21 | DMH | B230 | A104 | Memos to/from co-counsel re DOI position on merger, requirement for individual lease assignments, regulatory treatment of merger, appeal to DOI. | 0.40 | 232.00 |
| 07/13/21 | JAH | B190 | A104 | DOI Settlement -- call re remediation schedule, including preparation for same. | 0.70 | 490.00 |
| 07/13/21 | JAH | B190 | A104 | DOI Settlement -- conference with J. Noe re strategy. | 0.30 | 210.00 |
| 07/13/21 | JAH | B190 | A104 | DOI Settlement -- review draft agreement. | 0.30 | 210.00 |
| 07/13/21 | JAH | B190 | A104 | Conferences with J. Noe and P. Hardin re compliance issues. | 0.40 | 280.00 |
| 07/13/21 | JAH | B190 | A104 | BOEM Adjudication -- analyze Solicitor's Office legal position re need for assignments. | 1.10 | 770.00 |
| 07/13/21 | CU | B420 | A104 | Analyze incidents of non-compliance issued to Fieldwood Energy, LLC on May 25, 2021 in preparation for appealing same. | 0.60 | 270.00 |
| 07/13/21 | MTD | B250 | A107 | Telephone conference with M. Maloney and P. Woodall regarding structure of | 1.00 | 550.00 |

045043.17820800.1098527                                                                                     Page 29

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | transaction, collateral, oil and gas assets, loan documents, opinions. | | |
| 07/13/21 | MTD | B250 | A105 | Telephone conference with C. Wappel regarding form of deed of trust and opinion. | 0.50 | 275.00 |
| 07/13/21 | MTD | B250 | A103 | Revise form for deed of trust and form for partial release. | 0.70 | 385.00 |
| 07/13/21 | JN | B180 | A109 | Conderence call with various operational personnel of the client to discuss the INC remediation schedule that will become a part of the settlement agreement with the government. | 0.60 | 420.00 |
| 07/13/21 | MTD | B250 | A104 | Analyze list of collateral. | 0.30 | 165.00 |
| 07/13/21 | PFH | B110 | A105 | Call with J. Hunter and J. Noe re when to advise DOJ of name of successor, facts re Bullwinkle investigation. | 0.30 | 187.50 |
| 07/13/21 | CMW | B420 | A105 | Telephone conferences with M. Davis regarding mortgage comments, opinion issues, and questions related thereto. | 0.50 | 335.00 |
| 07/13/21 | BPW | B420 | A105 | Review comments and questions from M. Davis regarding Mississippi mortgage issues and opinion matters (.6); call with M. Davis and C. Wappel regarding same (.5). | 1.10 | 522.50 |
| 07/13/21 | SYD | B190 | A101 | IBLA-2020-0306 (EI 342) -- review status of appeal. | 0.30 | 138.00 |
| 07/13/21 | SYD | B190 | A101 | INC Appeals -- review status of appeal. | 0.70 | 322.00 |
| 07/13/21 | POW | B240 | A104 | Review multiple emails and attachments. | 0.40 | 220.00 |
| 07/13/21 | POW | B240 | A104 | Review real estate descriptions on Excel spreadsheet. | 0.50 | 275.00 |
| 07/13/21 | POW | B240 | A104 | Review partial release. | 0.20 | 110.00 |
| 07/13/21 | POW | B240 | A104 | Review first lien mortgage. | 1.00 | 550.00 |

045043.17820800.1098527                                                          Page 30

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/13/21 | POW | B240 | A106 | Call with M. Davis and J. Noe re mortgages and liens. | 0.50 | 275.00 |
| 07/13/21 | POW | B240 | A106 | Call with M. Maloney and M. Davis regarding the opinions and mortgages. | 1.00 | 550.00 |
| 07/13/21 | POW | B240 | A103 | Prepare email with language to use in mortgages to B. Conley. | 0.20 | 110.00 |
| 07/13/21 | POW | B240 | A104 | Review partial release. | 0.20 | 110.00 |
| 07/13/21 | POW | B240 | A103 | Prepare memorandum to T. Hough regarding comments to property descriptions. | 0.20 | 110.00 |
| 07/13/21 | POW | B240 | A104 | Review comments to mortgage from M. Davis. | 0.20 | 110.00 |
| 07/13/21 | POW | B240 | A104 | Review list of steps from M. Maloney. | 0.20 | 110.00 |
| 07/13/21 | POW | B240 | A103 | Email co-counsel regarding recording merger. | 0.20 | 110.00 |
| 07/13/21 | POW | B240 | A103 | Prepare memorandum to C. Lanham regarding recording issues. | 0.10 | 55.00 |
| 07/13/21 | POW | B240 | A102 | Research recording merger under Alabama merger statutes. | 0.50 | 275.00 |
| 07/13/21 | POW | B240 | A104 | Review form of act of deposit. | 0.10 | 55.00 |
| 07/13/21 | POW | B240 | A111 | Review mortgage documents from online box. | 0.10 | 55.00 |
| 07/13/21 | POW | B240 | A108 | Email V. Bravo regarding accessing mortgages. | 0.10 | 55.00 |
| 07/13/21 | POW | B240 | A104 | Review revised mortgage with changes from M. Maloney. | 0.40 | 220.00 |
| 07/13/21 | POW | B240 | A106 | Email M. Maloney regarding opinion. | 0.20 | 110.00 |
| 07/14/21 | JN | B180 | A104 | Review proposals to the government and the restructuring plan to ensure settlement agreement is consistent with the proposals and the plan. | 0.50 | 350.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/14/21 | JN | B180 | A103 | Revise successive versions of the settlement agreement with the government. | 2.20 | 1,540.00 |
| 07/14/21 | MTD | B250 | A105 | Telephone conference with P. Woodall regarding revisions to deed of trust and opinion. | 0.20 | 110.00 |
| 07/14/21 | JN | B180 | A109 | Conference call with secured lenders' regulatory counsel to discuss the draft settlement agreement with the government. | 0.40 | 280.00 |
| 07/14/21 | JN | B180 | A109 | Conference call with Weil (J. Lieu) regarding the settlement agreement with the government. | 0.10 | 70.00 |
| 07/14/21 | JN | B180 | A103 | Draft email to secured lenders' counsel regarding settlement agreement. | 0.10 | 70.00 |
| 07/14/21 | JN | B180 | A109 | Conference call with Weil, Liscow, and the client to discuss real estate and mortgage filing issues. | 0.40 | 280.00 |
| 07/14/21 | PFH | B110 | A106 | Draft outline of witnesses needed for interview for each incident (.5); email same to R. Sergesketter (.1). | 0.60 | 375.00 |
| 07/14/21 | GAR | B160 | A107 | Follow up with C. Carlson, Weil co-counsel, regarding status of contemporaneous filing of Jones Walker's second and third interim fee applications, including review of docket for same. | 0.20 | 68.00 |
| 07/14/21 | JN | B180 | A109 | Conference call with Interior Solicitor to discuss BOEM Adjudication issues. | 0.50 | 350.00 |
| 07/14/21 | JN | B180 | A109 | Conference call with lawyers from Department of Justice and Department of Interior to discuss status of the case in standing weekly call. | 1.10 | 770.00 |
| 07/14/21 | GAR | B160 | A105 | Correspond with K. Johnson and J. Noe regarding analysis of confirmation order in relation to final estimate of fees. | 0.20 | 68.00 |
| 07/14/21 | JAH | B190 | A104 | Attend Legal Working Group call. | 1.00 | 700.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/14/21 | JAH | B190 | A104 | Call with J. Noe and R. Lamb re adjudication issues. | 0.40 | 280.00 |
| 07/14/21 | JAH | B190 | A104 | Calls with J. Noe re adjudication issues and Apache concerns. | 0.60 | 420.00 |
| 07/14/21 | JAH | B190 | A104 | Review Adjudication Unit procedures. | 0.50 | 350.00 |
| 07/14/21 | JAH | B190 | A104 | Correspond with P. Hardin re compliance issues. | 0.20 | 140.00 |
| 07/14/21 | JAH | B190 | A104 | Coordinate next round of BSEE INC appeals. | 0.30 | 210.00 |
| 07/14/21 | GAR | B160 | A104 | Review docket and plan for expected notice of effective date to determine when final estimate of fees and final fee application are due (.3); discuss same with J. Noe and K. Johnson (.1). | 0.40 | 136.00 |
| 07/14/21 | MTD | B250 | A103 | Revise form for deed of trust and form for partial release. | 0.60 | 330.00 |
| 07/14/21 | MTD | B250 | A107 | Telephone conference with working group regarding loan documents and related documents for Apache. | 0.40 | 220.00 |
| 07/14/21 | ACR | B110 | A101 | Analyze information sent to investigation team by J. Lancon. | 0.20 | 56.00 |
| 07/14/21 | MTD | B250 | A104 | Analyze transfer documents for MS onshore interests. | 0.60 | 330.00 |
| 07/14/21 | MTD | B250 | A105 | Draft email to J. Noe regarding transfer documents for MS onshore interests. | 0.30 | 165.00 |
| 07/14/21 | JN | B180 | A109 | Participate in standing call with all the advisors in the case. | 0.40 | 280.00 |
| 07/14/21 | JN | B180 | A109 | Conference call with the client (J. Smith) to discuss BOEM adjuciation issues. | 0.50 | 350.00 |
| 07/14/21 | JN | B180 | A109 | Participate in standing conference call with lawyers from the Department of Justice and Department of Interior. | 1.10 | 770.00 |

045043.17820800.1098527                                                                    Page 33

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/14/21 | PFH | B110 | A106 | E mail from/to R. Sergesketter to Mr. Chester (.1); email to/from R. Sergesketter re Wall case (.1). | 0.20 | 125.00 |
| 07/14/21 | POW | B240 | A104 | Review multiple emails and attachments regarding checklists and the real property and descriptions thereof. | 0.40 | 220.00 |
| 07/14/21 | POW | B240 | A108 | Participate in conference call. | 0.40 | 220.00 |
| 07/14/21 | POW | B240 | A103 | Prepare memorandum to M. Davis regarding mortgages and opinions. | 0.10 | 55.00 |
| 07/14/21 | POW | B240 | A104 | Review bankruptcy plan sent by J. Noe. | 0.30 | 165.00 |
| 07/14/21 | POW | B240 | A106 | Telephone conference with M. Davis regarding mortgages and opinions. | 0.20 | 110.00 |
| 07/14/21 | KMJ | B110 | A101 | Correspond with J. Noe re estimates needed for final fee application for fee escrow under confirmed plan. | 0.30 | 150.00 |
| 07/15/21 | MTD | B250 | A107 | Telephone conference with M. Maloney regarding Mississippi leases, collateral list, terminated leases. | 0.40 | 220.00 |
| 07/15/21 | CU | B420 | A104 | Analyze Incidents of Non-Compliance issued to Fieldwood Energy, LLC on May 25, 2021 in preparation for appealing same. | 1.50 | 675.00 |
| 07/15/21 | JN | B180 | A109 | Conference call with the client (J. Smith) to discuss the final agreed upon BOEM adjudication plan. | 0.70 | 490.00 |
| 07/15/21 | JN | B180 | A103 | Draft BOEM adjudication presentation for the government. | 1.80 | 1,260.00 |
| 07/15/21 | JN | B180 | A109 | Conference call with Solicitor for Interior regarding GC 244 (Block 201) and LLOG's potential interest in purchasing this abandoned asset. | 0.20 | 140.00 |
| 07/15/21 | ACR | B110 | A101 | Summarize interview of J. Lancon to memorialize notes from interview into a formal | 5.70 | 1,596.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | memo. | | |
| 07/15/21 | CU | B420 | A103 | Draft Notice of Appeal and related correspondence to BSEE in connection with appeals of Incidents of Non-Compliance issued to Fieldwood Energy, LLC on May 25, 2021. | 0.70 | 315.00 |
| 07/15/21 | JN | B180 | A109 | Conference call with Weil (S. Peca) regarding government's view that assignments are necessary for BOEM adjudication. | 0.30 | 210.00 |
| 07/15/21 | JN | B180 | A104 | Review divisive merger research. | 0.70 | 490.00 |
| 07/15/21 | JN | B180 | A103 | Revise various versions of the Settlement Agreement with the government. | 1.30 | 910.00 |
| 07/15/21 | JN | B180 | A102 | Research regulatory and Administrative Procedure Act case law to rebut government's position that assignment forms are necessary to transfer the properties to the post-Effective Date entities rather than file notice of merger. | 1.40 | 980.00 |
| 07/15/21 | JN | B180 | A109 | Participate in standing call with HSE/Regulatory to discuss pre and post emergence regulatory filings. | 0.70 | 490.00 |
| 07/15/21 | DMH | B230 | A104 | Draft memos to/from co-counsel re assignment of Lease, BOEM requirement. | 0.30 | 174.00 |
| 07/15/21 | JAH | B190 | A104 | Conferences with J. Noe re Adjudication Unit merger issues. | 0.70 | 490.00 |
| 07/15/21 | JAH | B190 | A104 | Draft legal argument challenging Adjudication Unit position re merger/assignment issues. | 3.50 | 2,450.00 |
| 07/15/21 | JAH | B190 | A104 | Debarment -- review briefing schedule. | 0.20 | 140.00 |
| 07/15/21 | C L | B250 | A105 | Research corporate merger statutes and title insurance underwriting guidelines re same and transfer of title upon | 0.40 | 174.00 |

045043.17820800.1098527                                                    Page 35

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | dissolution/merger of corporate entities (.2); call with P. Woodall re issues with merger of entities and transfer of title to real property and leases owned by entity being dissolved (.2). | | |
| 07/15/21 | RDB | B210 | A104 | Review rosters and spreadsheets of Fieldwood lease blocks and memorandum from J. Hunter related to lease transfer issues. | 1.00 | 565.00 |
| 07/15/21 | POW | B240 | A105 | Email C. Lanham regarding recording issues. | 0.10 | 55.00 |
| 07/15/21 | POW | B240 | A104 | Review first lien amended and restated mortgage, providing comments to same. | 2.10 | 1,155.00 |
| 07/15/21 | POW | B240 | A105 | Telephone conference with C. Lanham regarding recording issues. | 0.50 | 275.00 |
| 07/16/21 | MTD | B250 | A107 | Respond to comments regarding Mississippi law provisions of deed of trust. | 0.30 | 165.00 |
| 07/16/21 | PFH | B110 | A103 | Revise notes of interview of J. Lancon. | 1.30 | 812.50 |
| 07/16/21 | JN | B180 | A109 | Participate in standing closing coordination call with secured lenders counsel. | 0.30 | 210.00 |
| 07/16/21 | JN | B180 | A109 | Participate in conference call with Solicitor for Interior to discuss the settlement agreement with the government. | 0.40 | 280.00 |
| 07/16/21 | JN | B180 | A102 | Conduct research on legal arguments to rebut Interior's decision that assignments are required for BOEM adjudication. | 5.20 | 3,640.00 |
| 07/16/21 | GAR | B160 | A105 | Correspond with K. Johnson and J. Bain regarding remaining fees as requested by the Debtors to ensure timely payment pursuant to the confirmed plan. | 0.60 | 204.00 |
| 07/16/21 | MTD | B250 | A106 | Draft email to land group regarding Mississippi interests (.4); review reply from T. Lamme | 0.50 | 275.00 |

045043.17820800.1098527                                                                 Page 36

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | (.1). | | |
| 07/16/21 | MTD | B250 | A107 | Telephone conference with working group regarding Apache loan matters. | 0.60 | 330.00 |
| 07/16/21 | MTD | B250 | A103 | Draft revisions to forms for deed of trust for compliance with Mississippi law. | 1.20 | 660.00 |
| 07/16/21 | MTD | B250 | A102 | Research recording and format requirements. | 0.30 | 165.00 |
| 07/16/21 | MTD | B250 | A102 | Analyze items on collateral list for Mississippi interests. | 0.30 | 165.00 |
| 07/16/21 | JN | B180 | A109 | Conference call with client (B. DeWolfe) on status of decommissioning the sole liability properties subject to the settlement agreement with the government. | 0.50 | 350.00 |
| 07/16/21 | JN | B180 | A109 | Conference call with secered lenders' regulatory counsel regarding settlement agreement with the government. | 0.50 | 350.00 |
| 07/16/21 | GAR | B160 | A104 | Review accounting database to determine unpaid remaining fees as requested by the Debtors to ensure timely payment pursuant to the confirmed plan. | 0.30 | 102.00 |
| 07/16/21 | JAH | B190 | A104 | BOEM Adjudication -- draft legal argument opposing BOEM "assignment" requirement. | 6.10 | 4,270.00 |
| 07/16/21 | JEB | B160 | A104 | Analyze correspondence regarding status of fee applications. | 1.00 | 600.00 |
| 07/16/21 | POW | B240 | A108 | Participate in Apache call. | 0.50 | 275.00 |
| 07/16/21 | POW | B240 | A104 | Review emails and attachments from M. Maloney, T. Hough, and L. Smith regarding lease exhibits. | 0.30 | 165.00 |
| 07/16/21 | POW | B240 | A104 | Review revisions to mortgage from M. Maloney. | 0.10 | 55.00 |
| 07/16/21 | POW | B240 | A104 | Review comments and revisions to Apache mortgage from M. | 0.40 | 220.00 |

045043.17820800.1098527

Page 37

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Davis. | | |
| 07/16/21 | POW | B240 | A104 | Review Apache mortgage. | 1.10 | 605.00 |
| 07/16/21 | POW | B240 | A103 | Prepare comments to Apache mortgage. | 0.60 | 330.00 |
| 07/16/21 | POW | B240 | A104 | Finalize review of first lien mortgage. | 1.00 | 550.00 |
| 07/16/21 | KMJ | B110 | A101 | Correspond with J. Chiang re request for final fee estimates for final fee escrow per confirmed plan requirements (.5); coordinate estimated and billing protocols to provide same (1.0). | 1.50 | 750.00 |
| 07/17/21 | JAH | B190 | A104 | Review debarment briefing schedule (.2); email R. Sergesketter re same (.1). | 0.30 | 210.00 |
| 07/17/21 | JAH | B190 | A104 | Correspond with co-counsel re preparation of assignment documents if necessary and related county/parish filings. | 0.30 | 210.00 |
| 07/17/21 | JAH | B190 | A104 | Review IBLA order re recent BSEE INC appeals. | 0.10 | 70.00 |
| 07/17/21 | CMW | B420 | A104 | Review opinion issues in connection with the First Lien Assignment of Mortgages and Amended and Restated Mortgage, Deed of Trust, Assignment of As-Extracted Collateral, Security Agreement, Fixture Filing and Financing Statement. | 1.10 | 737.00 |
| 07/17/21 | CMW | B420 | A103 | Draft FLTL AL & MS Opinion Letter. | 6.80 | 4,556.00 |
| 07/17/21 | CMW | B420 | A105 | Draft email correspondence to B. Woodruff delivering FLTL AL & MS Opinion Letter for review. | 0.10 | 67.00 |
| 07/17/21 | BPW | B420 | A104 | Revise first lien term loan mortgage for Mississippi and Alabama (.7); revise first lien term loan mortgage opinion letter for Mississippi and Alabama (2.9); correspond with C. Wappel regarding same (.2). | 3.80 | 1,805.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/17/21 | MTD | B250 | A103 | Revise form for Partial Release. | 0.50 | 275.00 |
| 07/17/21 | MTD | B250 | A103 | Revise forms for deeds of trust. | 1.20 | 660.00 |
| 07/17/21 | DMH | B230 | A104 | Memos to/from co-counsel re omnibus state law conveyances to establish title in Fieldwood entities if DOI/BOEM require individual lease assignments (.7); review memo re Fieldwood position concerning regulatory treatment of mergers, absence of requirement for individual lease assignments (.3). | 1.00 | 580.00 |
| 07/17/21 | JN | B180 | A103 | Draft response to government's conclusion that assignments are necessary for BOEM adjudication. | 3.20 | 2,240.00 |
| 07/17/21 | JN | B180 | A102 | Research response to government's conclusion that assignments are necessary for BOEM adjudication. | 2.60 | 1,820.00 |
| 07/17/21 | PFH | B110 | A106 | E mails from/ to R. Sergesketter and J. Hunter re EPA submission. | 0.10 | 62.50 |
| 07/18/21 | JAH | B190 | A104 | Review draft submission re merger vs. assignment issue, including comments to same. | 0.30 | 210.00 |
| 07/18/21 | JN | B180 | A102 | Research legal arguments rebutting government's position that assignments are required for BOEM adjudication, including researching supremacy of state law with respect to mergers. | 3.20 | 2,240.00 |
| 07/18/21 | JN | B180 | A103 | Revise legal memorandum to the government regarding the government's position on BOEM adjudication issues. | 2.20 | 1,540.00 |
| 07/18/21 | KMJ | B110 | A101 | Review multiple emails from Jones Walker co-counsel re time estimates (.2); coordinate gathering same for final fee escrow per confirmed plan (.3). | 0.50 | 250.00 |
| 07/18/21 | PFH | B110 | A106 | E mails from/to R. Sergesketter re witness interviews. | 0.10 | 62.50 |

045043.17820800.1098527                                                    Page 39

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/19/21 | MTD | B250 | A103 | Draft revisions to forms for deeds of trust. | 1.00 | 550.00 |
| 07/19/21 | JN | B180 | A109 | Conference call with client's operational personnel to discuss INC remediation schedule. | 0.60 | 420.00 |
| 07/19/21 | JN | B180 | A109 | Conference call with client and advisors regarding mortgages and real estate filings. | 0.60 | 420.00 |
| 07/19/21 | CMW | B420 | A103 | Revised FLTL Opinion Letter to address Mr. Woodruff's comments. | 0.60 | 402.00 |
| 07/19/21 | CMW | B420 | A105 | Draft email correspondence to M. Davis and P. Woodall delivering the FLTL Opinion Letter for review. | 0.10 | 67.00 |
| 07/19/21 | MTD | B250 | A103 | Draft revisions to form for Partial Release. | 0.40 | 220.00 |
| 07/19/21 | MTD | B250 | A107 | Telephone conference with Apache working group. | 0.30 | 165.00 |
| 07/19/21 | MTD | B250 | A106 | Telephone conference with J. Smith regarding Mississippi onshore leases, completion of descriptions, and collateral exhibit. | 0.30 | 165.00 |
| 07/19/21 | MTD | B250 | A104 | Analyze proposed Partial Releases and Cancellations. | 0.40 | 220.00 |
| 07/19/21 | MTD | B250 | A107 | Exchange emails with M. Maloney, T. Lamme, and others regarding collateral documents and release documents. | 0.30 | 165.00 |
| 07/19/21 | BPW | B420 | A105 | Correspond with C. Wappel, M. Davis, and P. Woodall regarding first lien term loan legal opinion for Alabama and Mississippi properties. | 0.40 | 190.00 |
| 07/19/21 | BPW | B420 | A103 | Provide final comments to first draft of Jones Walker's opinion for first lien term loan for Alabama and Mississippi to C. Wappel. | 0.60 | 285.00 |
| 07/19/21 | JN | B180 | A103 | Revise memorandum to Legal Working Group on BOEM | 1.50 | 1,050.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | adjudication issues. | | |
| 07/19/21 | JN | B180 | A109 | Conference call with the client to discuss LLOG's operating rights in a lease to be abandoned. | 0.60 | 420.00 |
| 07/19/21 | JN | B180 | A102 | Research BOEM adjudication issues. | 0.80 | 560.00 |
| 07/19/21 | CU | B420 | A105 | Ccorrespond S. Dicharry re appeals of Incidents of Non-Compliance issued to Fieldwood Energy, LLC on May 25, 2021. | 0.30 | 135.00 |
| 07/19/21 | PFH | B110 | A106 | E mail from R. Sergesketter/Mr. Lyons (former Danes) re witness interviews. | 0.10 | 62.50 |
| 07/19/21 | POW | B240 | A104 | Review multiple emails. | 0.30 | 165.00 |
| 07/19/21 | POW | B240 | A108 | Participate in Apache call. | 0.30 | 165.00 |
| 07/19/21 | POW | B240 | A104 | Review comments to mortgages from Mark Davis. | 0.20 | 110.00 |
| 07/19/21 | POW | B240 | A104 | Review updated checklist. | 0.10 | 55.00 |
| 07/19/21 | POW | B240 | A106 | Email M. Davis regarding Mississippi language on Seaward. | 0.10 | 55.00 |
| 07/19/21 | POW | B240 | A104 | Review Weil opinion. | 0.40 | 220.00 |
| 07/19/21 | POW | B240 | A103 | Prepare memorandum to C. Wappel regarding Weil opinion. | 0.20 | 110.00 |
| 07/19/21 | POW | B240 | A104 | Review multiple emails with releases and revisions thereto. | 0.30 | 165.00 |
| 07/19/21 | POW | B240 | A103 | Prepare proposed revisions to first lien mortgage. | 3.00 | 1,650.00 |
| 07/19/21 | SYD | B190 | A101 | INC appeals -- review appeal papers for this week's appeal. | 1.20 | 552.00 |
| 07/19/21 | ACT | B250 | A103 | Review portions of deed of trust (.2); evaluate if required by Mississippi law (.2). | 0.40 | 158.00 |
| 07/19/21 | JAH | B190 | A104 | Correspond with co-counsel re appeal of BSEE INCs. | 0.20 | 140.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/19/21 | GAR | B160 | A105 | Correspond with K. Johnson and J. Noe regarding outstanding expenses, including review of all outstanding invoices, to ensure they are included in estimate requested by reorganized debtors pursuant to confirmed plan. | 0.30 | 102.00 |
| 07/19/21 | KMJ | B110 | A105 | Work on fee estimates for required escrow under confirmed plan, including related multiple correspondence with team re same. | 1.00 | 500.00 |
| 07/20/21 | JN | B180 | A109 | Participate in standing closing call with secured lenders counsel. | 0.30 | 210.00 |
| 07/20/21 | JN | B180 | A103 | Revise memorandum to the government on the government's position on BOEM adjudication issues. | 1.40 | 980.00 |
| 07/20/21 | JN | B180 | A104 | Review reply brief received by the Environmental Protection Agency regarding Fieldwood's potential debarment. | 1.20 | 840.00 |
| 07/20/21 | JN | B180 | A103 | Draft email to the government regarding BOEM Adjudication memorandum circulated to the government. | 0.10 | 70.00 |
| 07/20/21 | JN | B180 | A109 | Conference call with secured lenders' regulatory counsel regarding status of closing and outstanding regulatory issues. | 0.30 | 210.00 |
| 07/20/21 | JN | B180 | A103 | Draft outline of potential reply to EPA's response brief in the debarment proceedings. | 0.80 | 560.00 |
| 07/20/21 | JN | B180 | A102 | Research debarment regulations in preparation of drafting response to EPA brief in debarment proceedings. | 0.50 | 350.00 |
| 07/20/21 | JN | B180 | A105 | Conference call with M. Davis to discuss Mississippi real estate filings post exit. | 0.10 | 70.00 |
| 07/20/21 | SYD | B190 | A101 | Debarment -- review | 0.80 | 368.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | government's answer to Fieldwood's response to the Show Cause Notice. | | |
| 07/20/21 | SYD | B190 | A101 | Debarment -- draft email re debarment procedure and circulated same to R. Sergesketter and Jones Walker team. | 1.70 | 782.00 |
| 07/20/21 | SYD | B190 | A101 | INC appeals -- coordinate appeals with C. Ulfers. | 0.20 | 92.00 |
| 07/20/21 | MTD | B250 | A105 | Telephone conference with P. Woodall regarding mortgage documents, signatures, acknowledgments. | 0.30 | 165.00 |
| 07/20/21 | MTD | B250 | A106 | Telephone conference with G. LeBove regarding Mississippi leases and mineral interests, documentation for leases, and mineral interests. | 0.50 | 275.00 |
| 07/20/21 | MTD | B250 | A105 | Telephone conference with J. Noe regarding mineral interests and documentation, perfection of liens, revisions to loan documents. | 0.20 | 110.00 |
| 07/20/21 | MTD | B250 | A104 | Analyze leases and other documents regarding Mississippi mineral interests. | 0.60 | 330.00 |
| 07/20/21 | MTD | B250 | A104 | Analyze revised signature pages and acknowledgments for Mississippi. | 0.30 | 165.00 |
| 07/20/21 | CU | B420 | A103 | Further revise Notice of Appeal and related correspondence to BSEE in connection with appeal of INCs issued to Fieldwood Energy, LLC on May 25, 2021. | 1.50 | 675.00 |
| 07/20/21 | PFH | B110 | A107 | E mail from J. Ivey-Crickenberger (EPA) re EPA Opposition brief (.2); review Opposition Brief (1.7). | 1.90 | 1,187.50 |
| 07/20/21 | PFH | B110 | A106 | E mails from/to R. Sergesketter/J. Noe/J. Hunter/S. Dicharry re EPA Opposition and analysis of its shortcomings and potential responses. | 0.40 | 250.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/20/21 | PFH | B110 | A107 | E mail from D. Rouse (Danos) re witness interviews (.1); email from M. Bourgeois (Danos) re same (.1). | 0.20 | 125.00 |
| 07/20/21 | PFH | B110 | A106 | E mails from/to R. Sergesketter/M. Magner re potential involvement of USA in EPA debarment. | 0.20 | 125.00 |
| 07/20/21 | JAH | B190 | A104 | Debarment -- review EPA submission and related correspondence with B. Sergesketter, J. Noe, and S. Dicharry. | 1.10 | 770.00 |
| 07/20/21 | JAH | B190 | A104 | BOEM Adjudication issues -- review submission to R. Lamb, providing comments to same. | 0.50 | 350.00 |
| 07/20/21 | JAH | B190 | A104 | Correspond re use of consultants for BOEM Adjudication issues. | 0.00 | 0.00 |
| 07/20/21 | JAH | B190 | A104 | Correspond re INC appeals. | 0.10 | 70.00 |
| 07/20/21 | POW | B240 | A104 | Review multiple emails from M. Maloney, B. Conley, and T. Hough. | 0.20 | 110.00 |
| 07/20/21 | POW | B240 | A103 | Prepare proposed revisions to Apache mortgage. | 2.20 | 1,210.00 |
| 07/20/21 | POW | B240 | A103 | Prepare proposed revisions to first lien to send out clean and blackline. | 0.30 | 165.00 |
| 07/20/21 | POW | B240 | A104 | Review Liskow's revisions to mortgage. | 0.20 | 110.00 |
| 07/20/21 | POW | B240 | A108 | Telephone conference with M. Davis. | 0.10 | 55.00 |
| 07/20/21 | POW | B240 | A104 | Review signature pages and notary block for Goldman Sachs (.2); prepare edits to the same (.1). | 0.30 | 165.00 |
| 07/20/21 | POW | B240 | A104 | Review Alabama notary statute. | 0.20 | 110.00 |
| 07/20/21 | POW | B240 | A104 | Review amended and restated mortgage to determine capacity of Goldman Sachs. | 0.10 | 55.00 |

045043.17820800.1098527                                                               Page 44

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/20/21 | KMJ | B110 | A107 | Correspond with Debtors' representative on fee estimates status. | 0.10 | 50.00 |
| 07/21/21 | MTD | B250 | A106 | Draft email to land staff regarding documentation for mineral interests in Jasper and Wayne Counties. | 0.20 | 110.00 |
| 07/21/21 | MTD | B250 | A103 | Revise opinion. | 0.30 | 165.00 |
| 07/21/21 | MTD | B250 | A107 | Telephone conference with Apache working group. | 0.40 | 220.00 |
| 07/21/21 | MTD | B250 | A103 | Revise forms for deeds of trust. | 0.30 | 165.00 |
| 07/21/21 | MTD | B250 | A104 | Analyze lease records regarding mineral interests in Jasper, Wayne, and Franklin Counties. | 0.40 | 220.00 |
| 07/21/21 | JN | B180 | A109 | Conference call with Weil and the client to discuss closing checklists and timing of exit. | 1.70 | 1,190.00 |
| 07/21/21 | JN | B180 | A109 | Conference call with attorney's representing Apache and Weil to discuss closing real estate matters. | 0.40 | 280.00 |
| 07/21/21 | JN | B180 | A109 | Conference call with Legal Working Group, consisting of lawyers from Department of Justice and Department of Interior. | 0.90 | 630.00 |
| 07/21/21 | JN | B180 | A109 | Participate in standing conference call with professionals/advisors to discuss closing of exit. | 0.50 | 350.00 |
| 07/21/21 | JN | B180 | A103 | Draft outline for response to EPA's reply to the show cause why Fieldwood should not be debared from federal contracts. | 0.90 | 630.00 |
| 07/21/21 | JN | B180 | A103 | Review to numerous emails from Interior Solicitor regarding settlement agreement, BOEM adjudication, and outstanding regulatory issues. | 1.40 | 980.00 |
| 07/21/21 | JN | B180 | A104 | Review proposed modifications | 0.50 | 350.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | to the settlement agreement with the governed provided by the Department of Interior. | | |
| 07/21/21 | JN | B180 | A109 | Conference call with the client (J. Smith) regarding assignments and other related BOEM adjudication issues. | 0.40 | 280.00 |
| 07/21/21 | JN | B180 | A109 | Conference call with secured lenders' regulatory counsel to discuss closing and timing of exit. | 0.40 | 280.00 |
| 07/21/21 | JN | B180 | A109 | Conference call with Weil to discuss status of settlement agreement with the government, BOEM adjudication issues, and impact of potential debarment of Fieldwood from federal contracting. | 0.40 | 280.00 |
| 07/21/21 | JN | B180 | A104 | Review interview notes for Mr. Ballard and Mr. Robbins in the internal investigation into potential wrongdoing offshore relating to possible environmental incdents. | 0.80 | 560.00 |
| 07/21/21 | CU | B420 | A108 | Correspond with Interior Board of Land Appeals relative to status of Joint Motions to Suspend Appeals of Incidents of Non-Compliance with respect to IBLA-2021-0270 and IBLA-2021-0271. | 0.80 | 360.00 |
| 07/21/21 | PFH | B110 | A103 | Revise J. Lancon interview notes. | 0.30 | 187.50 |
| 07/21/21 | PFH | B110 | A105 | E mails to J. Noe/J. Hunter/Mr. Rayford with final interview notes of Mr. Ballard, Mr. Robbins, and Mr. Lancon with attachments for Mr. Lancon. | 0.40 | 250.00 |
| 07/21/21 | PFH | B110 | A106 | E mails from/to R. Sergesketter/J. Noe/J. Hunter/M. Magner re EPA oppositions, defenses, and strategy. | 0.40 | 250.00 |
| 07/21/21 | PFH | B110 | A107 | E mail from Mr. Capitelli re continuance of Huse trial. | 0.10 | 62.50 |
| 07/21/21 | PFH | B110 | A107 | E mail from M. Chester with | 0.20 | 125.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | analysis of case. | | |
| 07/21/21 | JAH | B190 | A104 | Correspond with P. Hardin re compliance issues. | 0.30 | 210.00 |
| 07/21/21 | JAH | B190 | A104 | Correspond with Solicitor's Office and J. Noe re Eugene Island 342 appeal. | 0.20 | 140.00 |
| 07/21/21 | JAH | B190 | A104 | BSEE INC appeals -- review correspondence and pleadings. | 0.20 | 140.00 |
| 07/21/21 | JAH | B190 | A104 | Correspond with J. Noe, P. Hardin, and B. Sergesketter re debarment strategy. | 0.30 | 210.00 |
| 07/21/21 | ACR | B110 | A101 | Review email correspondence re investigation. | 0.10 | 28.00 |
| 07/21/21 | POW | B240 | A104 | Review multiple emails and attachments relating to assignments. | 0.30 | 165.00 |
| 07/21/21 | POW | B240 | A104 | Review email and attachment with revisions to Mississippi deed of trust from M. Davis. | 0.10 | 55.00 |
| 07/21/21 | POW | B240 | A104 | Review emails from M. Maloney and B. Conley with attachments. | 0.20 | 110.00 |
| 07/21/21 | POW | B240 | A109 | Participate in Apache call. | 0.40 | 220.00 |
| 07/21/21 | POW | B240 | A104 | Review email with updated checklist for Apache. | 0.10 | 55.00 |
| 07/21/21 | POW | B240 | A104 | Review revisions to mortgage from Weil. | 0.10 | 55.00 |
| 07/21/21 | POW | B240 | A104 | Review proposed forms of UCC terminations sent by M. Maloney for Baldwin and Mobile Counties together with original filings being terminated. | 0.40 | 220.00 |
| 07/21/21 | POW | B240 | A103 | Prepare memorandum to M. Maloney regarding UCC terminations. | 0.10 | 55.00 |
| 07/21/21 | KMJ | B110 | A105 | Work on fee estimates and related correspondence with J. Noe, A. Bruns, and Debtors' representatives. | 0.70 | 350.00 |

045043.17820800.1098527                                                          Page 47

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/21/21 | SYD | B190 | A101 | Review status of royalty appeal docketed as ONRR-20-0296 (cross lease netting) and correspondence with ONRR's appeals division re same. | 0.40 | 184.00 |
| 07/21/21 | SYD | B190 | A101 | Review status of INC appeals. | 1.10 | 506.00 |
| 07/22/21 | JN | B180 | A109 | Conference call with secured lenders counsel to discuss the government's markup to the settlement agreement on civil penalties. | 1.00 | 700.00 |
| 07/22/21 | JN | B180 | A109 | Conference call with secured lenders' regulatory counsel to discuss the government's markup of the settlement agreement and the filing of assignment forms with BOEM. | 0.50 | 350.00 |
| 07/22/21 | JN | B180 | A104 | Review government's markup of the proposed settlement agreement in preparation for a call with the government. | 0.70 | 490.00 |
| 07/22/21 | JN | B180 | A109 | Conference call with T. Allen and J. Smith regarding BOEM adjudication process. | 0.00 | 0.00 |
| 07/22/21 | JN | B180 | A103 | Draft response to EPA reply brief in the debarment proceeding. | 1.70 | 1,190.00 |
| 07/22/21 | JN | B180 | A109 | Conference call with lawyers from the Department of Justice and Department of Interior to discuss revisions to the settlement agreement. | 1.10 | 770.00 |
| 07/22/21 | JN | B180 | A104 | Review final mark-up of mortgages on exit financing, closing checklist for post-closing filings in counties and parishes. | 0.40 | 280.00 |
| 07/22/21 | JN | B180 | A109 | Conference call with lawyers from the Department of Justice and Department of Interior regarding miscellaneous outstanding disputes existing between the government and Fieldwood, including royalty audit and IBLA appeals relating to bonding. | 0.40 | 280.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/22/21 | JN | B180 | A104 | Review the governments response to White Paper on effect of divisive merger and the inapplicability of assignment forms for BOEM adjudication. | 0.30 | 210.00 |
| 07/22/21 | JN | B180 | A109 | Conference call with Weil (A. Perez) to discuss government's decisions on impact of merger on BOEM adjudication. | 0.20 | 140.00 |
| 07/22/21 | JN | B180 | A103 | Draft response to email from Weil (S. Peca) regarding the BOEM adjudication status as required in Credit Bid Purchaser's Purchase and Sale Agreement. | 0.30 | 210.00 |
| 07/22/21 | JN | B180 | A102 | Research burden of proof issues for EPA debarment proceeding. | 0.80 | 560.00 |
| 07/22/21 | DMH | B230 | A104 | Memos to/from J. Noe re BOEM matters. | 0.30 | 174.00 |
| 07/22/21 | MTD | B250 | A103 | Revise opinion. | 0.40 | 220.00 |
| 07/22/21 | MTD | B250 | A104 | Analyze affidavit regarding merger and forms for assignments. | 0.40 | 220.00 |
| 07/22/21 | CU | B420 | A108 | Correspond with Interior Board of Land Appeals relative to status of IBLA-2021-0270 and IBLA-2021-0271. | 0.30 | 135.00 |
| 07/22/21 | CU | B420 | A108 | Correspond with Ms. Nicholson of Gordon Arata team with respect to open INCs and INCs on appeal for purposes of documenting same in settlement paperwork. | 0.80 | 360.00 |
| 07/22/21 | CU | B420 | A108 | Analyze multiple email correspondences relative to confirmation of delivery of appeals of INCs issued to Fieldwood Energy LLC on May 25, 2021. | 0.20 | 90.00 |
| 07/22/21 | CU | B420 | A104 | Analyze docketing notice received with respect to IBLA-2021-0300. | 0.30 | 135.00 |
| 07/22/21 | PFH | B110 | A106 | E mail from/to D. Ballard with additional question for | 0.20 | 125.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | clarification. | | |
| 07/22/21 | PFH | B110 | A107 | E mail to M. Bourgeois (Danos) re interviews of Danos employees (.1); call from M. Bourgeois re same (.2). | 0.30 | 187.50 |
| 07/22/21 | JAH | B190 | A104 | Review correspondence and attached pleadings re INC appeals. | 0.30 | 210.00 |
| 07/22/21 | JAH | B190 | A104 | Correspond re Adjudication Unit issues. | 0.20 | 140.00 |
| 07/22/21 | ACR | B110 | A101 | Review email correspondence re imagining of Bullwinkle platform and skid sites. | 0.10 | 28.00 |
| 07/22/21 | ACR | B110 | A101 | Review email re logistics of internal reporting at Fieldwood. | 0.10 | 28.00 |
| 07/22/21 | GAR | B160 | A104 | Review information of estimates from co-counsel to ensure proper information provided to reorganized debtors pursuant to plan. | 0.30 | 102.00 |
| 07/22/21 | GAR | B160 | A104 | Revise cover page of Jones Walker's second and third interim fee applications per suggested edits from H. James, including review of docket to locate information required for same. | 1.10 | 374.00 |
| 07/22/21 | GAR | B160 | A105 | Correspond with J. Noe regarding fee differences between second and third interim fee applications to clarify inquiries on same. | 0.20 | 68.00 |
| 07/22/21 | GAR | B160 | A107 | Correspond with H. James regarding various issues related to Jones Walker's second and third interim fee applications to ensure accuracy of same before filing. | 0.20 | 68.00 |
| 07/22/21 | POW | B240 | A104 | Review draft opinion letter on first lien mortgage sent by C. Wappell, providing comments to same. | 1.50 | 825.00 |
| 07/22/21 | POW | B240 | A104 | Review email from M. Maloney. | 0.10 | 55.00 |

045043.17820800.1098527                                                            Page 50

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/22/21 | POW | B240 | A106 | Telephone conference with M. Maloney regarding opinion. | 0.40 | 220.00 |
| 07/22/21 | POW | B240 | A104 | Review revised releases. | 0.40 | 220.00 |
| 07/22/21 | POW | B240 | A103 | Multiple emails regarding which mortgages are being released. | 0.10 | 55.00 |
| 07/22/21 | POW | B240 | A108 | Email C. Wappel regarding opinion. | 0.10 | 55.00 |
| 07/22/21 | POW | B240 | A103 | Prepare proposed revisions to opinion for first lien mortgage. | 1.00 | 550.00 |
| 07/22/21 | POW | B240 | A104 | Review email and attachment with guaranty and security agreement. | 0.10 | 55.00 |
| 07/22/21 | POW | B240 | A104 | Review checklist sent by B. Conley. | 0.20 | 110.00 |
| 07/22/21 | POW | B240 | A108 | Schedule call regarding opinion. | 0.10 | 55.00 |
| 07/22/21 | RDB | B210 | A104 | Review docket and pleadings in adversary case pending against Atlantic Marine to address disposition of case under plan documents, and choice of law issues to resolve dispute (.3); review of pleadings filed by Atlantic Marine post hearing of contradictory motions filed by Judge Isgur (.2). | 0.50 | 282.50 |
| 07/22/21 | KMJ | B110 | A104 | Review correspondence between Debtors' counsel and G. Ramirez re updated fee applications. | 0.30 | 150.00 |
| 07/22/21 | SYD | B190 | A101 | INC Appeals -- coordinate with C. Ulfers re INC appeal filings that are being transmitted this week (includes review of filings). | 1.50 | 690.00 |
| 07/22/21 | SYD | B190 | A101 | Locate INC-related filings to secured lenders' counsel. | 0.20 | 92.00 |
| 07/23/21 | MTD | B250 | A103 | Revise deeds of trust. | 0.80 | 440.00 |
| 07/23/21 | MTD | B250 | A107 | Telephone conference with working group regarding Apache loan. | 0.50 | 275.00 |

045043.17820800.1098527                                                          Page 51

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/23/21 | MTD | B250 | A105 | Telephone conference with P. Woodall and C. Wappel regarding opinion issues, revisions to opinion. | 0.70 | 385.00 |
| 07/23/21 | JN | B180 | A103 | Revise "Steps Memorandum" drafted by the client for steps necessary for closing of the transactions contemplated in the Confirmation Order. | 0.40 | 280.00 |
| 07/23/21 | JN | B180 | A103 | Revise presentation to be made to BOEM Adjudication providing an overview of the filings Fieldwood will make post-exit. | 0.40 | 280.00 |
| 07/23/21 | JN | B180 | A109 | Conference call with the client (J. Smith) to discuss BOEM adjudication process and required assignments. | 0.30 | 210.00 |
| 07/23/21 | JN | B180 | A109 | Conference call with Weil to discuss BOEM Adjudication, status of negotiations with the government on the settlement agreement, and timing of exit. | 0.70 | 490.00 |
| 07/23/21 | JN | B180 | A109 | Participate in standing advisor call to discuss outstanding items to close and timing of closing. | 0.40 | 280.00 |
| 07/23/21 | JN | B180 | A103 | Draft letter to the U.S. Attorney for the Eastern District of Louisiana regarding the effect of the divisive merger and the fact that Fieldwood Energy III LLC will be treated as the successor to Fieldwood Energy LLC for the purposes of performing the obligations set forth in the Non-Prosecution Agreement. | 0.50 | 350.00 |
| 07/23/21 | JN | B180 | A103 | Draft various emails to lawyers from the Department of Justice and Department of Interior regarding BOEM adjudication decision and settlement agreement. | 0.60 | 420.00 |
| 07/23/21 | JN | B180 | A109 | Participate in call Apache and their advisors regarding status and timing of closing the transaction and the filing of the required mortgages. | 0.40 | 280.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/23/21 | JN | B180 | A109 | Conference call with secured lenders' regulatory counsel regarding BOEM adjudication. | 0.20 | 140.00 |
| 07/23/21 | JN | B180 | A109 | Conference call with Weil to discuss the further revised version of the step memorandum for closing. | 0.70 | 490.00 |
| 07/23/21 | JN | B180 | A104 | Review various Fieldwood health, safety and environment policies, presentations, and documents in preparation of drafting response to EPA's debarment proceeding. | 0.80 | 560.00 |
| 07/23/21 | JN | B180 | A109 | Conference call with the client (M. Dane) to discuss status of settlement discussions with the government on civil penalties and timing of exit. | 0.50 | 350.00 |
| 07/23/21 | JN | B180 | A109 | Conference call with Weil (A. Perez) regarding timing of exit. | 0.20 | 140.00 |
| 07/23/21 | JN | B180 | A102 | Research legal subrogation under Louisiana and Texas law arising out of Fieldwood's performance of the Transition Services. | 0.70 | 490.00 |
| 07/23/21 | CMW | B420 | A105 | Telephone conference with M. Davis and P. Woodall regarding comments to and issues with the FLTL AL & MS Opinion Letter. | 1.00 | 670.00 |
| 07/23/21 | JAH | B190 | A104 | Correspond re Adjudication Unit position, filings, and summary of corporate transactions. | 0.60 | 420.00 |
| 07/23/21 | PFH | B110 | A105 | E mail from J. Noe with request for draft letter to AUSA. | 0.10 | 62.50 |
| 07/23/21 | PFH | B110 | A103 | Draft letter to AUSA D. Kammer re update on bankruptcy. | 0.20 | 125.00 |
| 07/23/21 | CJH | B120 | A108 | Review email from L. Smith re need for additional research and analysis of mechanic's lien issues (.1); prepare reply to L. Smith (.1); review additional emails between L. Smith and E. Brazeal (.1). | 0.30 | 114.00 |

045043.17820800.1098527

Page 53

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/23/21 | CJH | B120 | A105 | Email K. Johnson re research request and handling issues. | 0.10 | 38.00 |
| 07/23/21 | BPW | B420 | A105 | Calls with Jones Walker team regarding Mississippi and Alabama mortgages and related legal opinions and revisions to same. | 0.90 | 427.50 |
| 07/23/21 | GAR | B160 | A105 | Correspond with co-counsel regarding remaining fee estimates from co-counsel to ensure proper information provided to reorganized debtors pursuant to plan. | 0.20 | 68.00 |
| 07/23/21 | GAR | B160 | A104 | Review docket to see whether notice of effective date has been filed to determine when Jones Walker's final fee application will be due. | 0.30 | 102.00 |
| 07/23/21 | CEB | B240 | A108 | Email L. Smith regarding relation back of Alabama construction lien. | 0.30 | 145.50 |
| 07/23/21 | POW | B240 | A108 | Multiple emails with M. Moloney and B. Conley. | 0.30 | 165.00 |
| 07/23/21 | POW | B240 | A104 | Review email from L. Vinson with Guaranty. | 0.10 | 55.00 |
| 07/23/21 | POW | B240 | A104 | Review updated closing checklist. | 0.10 | 55.00 |
| 07/23/21 | POW | B240 | A108 | Participate in Apache call. | 0.40 | 220.00 |
| 07/23/21 | POW | B240 | A108 | Email J. Noe regarding Apache call. | 0.10 | 55.00 |
| 07/23/21 | POW | B240 | A108 | Prepare for call regarding opinion. | 0.20 | 110.00 |
| 07/23/21 | POW | B240 | A108 | Conference call regarding opinion. | 1.10 | 605.00 |
| 07/23/21 | POW | B240 | A102 | Research legal description requirements. | 0.50 | 275.00 |
| 07/23/21 | POW | B240 | A102 | Research nature of oil and gas interest for purposes of opinion letter. | 0.70 | 385.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/24/21 | MTD | B250 | A103 | Draft exceptions for opinion regarding Mississippi deed of trust. | 0.70 | 385.00 |
| 07/24/21 | MTD | B250 | A103 | Revise forms for deeds of trust for Mississippi. | 0.60 | 330.00 |
| 07/24/21 | JN | B180 | A103 | Revise "steps to closing" memorandum drafted by Weil to add regulatory filings necessary following closing. | 0.40 | 280.00 |
| 07/24/21 | JN | B180 | A109 | Conference call with Weil to discuss "steps to closing" memorandum. | 0.60 | 420.00 |
| 07/24/21 | KMJ | B110 | A103 | Work on revised fee estimate for escrow required under confirmed plan. | 0.70 | 350.00 |
| 07/25/21 | JAH | B190 | A104 | Plan debarment opposition. | 0.30 | 210.00 |
| 07/25/21 | JAH | B190 | A104 | Eugene Island 342 -- analyze DOI remand proposal. | 0.30 | 210.00 |
| 07/25/21 | PFH | B110 | A106 | E mails from R. Sergesketter re call to discuss EPA issues. | 0.10 | 62.50 |
| 07/25/21 | POW | B240 | A104 | Review purchase and sale agreement and form of assignment by M. Maloney. | 0.50 | 275.00 |
| 07/25/21 | POW | B240 | A104 | Review definition of "lien" sent by B. Conley. | 0.10 | 55.00 |
| 07/25/21 | CJH | B120 | A102 | Research issues related to lien creation and priority (3.6); prepare research memo to L. Smith at Weil Gotshal related to lien creation and priority schemes vis-a-vis mortgage lenders (2.9). | 6.50 | 2,470.00 |
| 07/25/21 | GAR | B160 | A105 | Further correspond with co-counsel regarding remaining fee estimates from co-counsel to ensure proper information provided to reorganized debtors pursuant to plan. | 0.20 | 68.00 |
| 07/25/21 | KMJ | B110 | A103 | Work on fee estimate for required escrow under confirmed | 0.70 | 350.00 |

045043.17820800.1098527                                                           Page 55

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | plan. | | |
| 07/26/21 | JAH | B190 | A104 | Conference with J. Noe re Adjudication filings. | 0.30 | 210.00 |
| 07/26/21 | JAH | B190 | A104 | Participate in call with B. Sergesketter, J. Noe, S. Dicharry re possible remand of appeals and DOI proposal. | 1.00 | 700.00 |
| 07/26/21 | JAH | B190 | A104 | Review P. Hardin materials re offshore compliance issues. | 1.10 | 770.00 |
| 07/26/21 | JAH | B190 | A104 | Participate in call with P. Hardin re compliance issues, including preparation for same. | 1.30 | 910.00 |
| 07/26/21 | JAH | B190 | A104 | Plan debarment strategy. | 0.80 | 560.00 |
| 07/26/21 | JAH | B190 | A104 | Conferences with P. Hardin re offshore compliance issues. | 0.30 | 210.00 |
| 07/26/21 | CU | B420 | A104 | Analyze docketing notices for all IBLA appeals of INCs filed on behalf of Fieldwood to date in connection with preparation for upcoming deadlines and filings. | 1.00 | 450.00 |
| 07/26/21 | JN | B180 | A109 | Participate in standing conference call with Apache and their advisors on closing of the transactions. | 0.40 | 280.00 |
| 07/26/21 | JN | B180 | A109 | Conference call with the client to discuss the resolution of the gas bumbling wells litigation related to EI 342. | 0.50 | 350.00 |
| 07/26/21 | JN | B180 | A103 | Revise presentation slides to be used during call with the government to discuss INC remediation. | 0.60 | 420.00 |
| 07/26/21 | JN | B180 | A109 | Conference call with the client's operational call to prepare for call with the government to discuss INC remediation schedule. | 1.60 | 1,120.00 |
| 07/26/21 | JN | B180 | A105 | Conference call with J. Hunter to discuss status of settlement agreement and open regulatory matters. | 0.30 | 210.00 |

045043.17820800.1098527                                                    Page 56

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/26/21 | JN | B180 | A109 | Conference call with the client (J. Smith) to discuss BOEM adjudication issues. | 0.40 | 280.00 |
| 07/26/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) to discuss open BOEM INC's. | 0.40 | 280.00 |
| 07/26/21 | JN | B180 | A109 | Conference call with Solicitor for the Department of Interior regarding INC remediation schedule and settlement agreement. | 0.40 | 280.00 |
| 07/26/21 | JN | B180 | A102 | Research subrogation and joint and several liability in the event a post-Effective Date Debtor performs transition services or decommissioning. | 0.50 | 350.00 |
| 07/26/21 | JN | B180 | A103 | Review updated INC remediation schedule (.2); draft transmittal email to lawyers with the Department of Justice and Department of Interior (.3). | 0.50 | 350.00 |
| 07/26/21 | PFH | B110 | A107 | Numerous e mails from/to M.l Bourgeois (Danos) re interviews. | 0.40 | 250.00 |
| 07/26/21 | PFH | B110 | A104 | Prepare for interview of J. Norris (Danos) and others. | 0.70 | 437.50 |
| 07/26/21 | PFH | B110 | A108 | Interview J. Norris (Danos) with J. Hunter and A. Rayford. | 1.30 | 812.50 |
| 07/26/21 | PFH | B110 | A104 | Review B. Wall motion to continue trial. | 0.10 | 62.50 |
| 07/26/21 | PFH | B110 | A106 | E mail to R. Sergesketter with Wall motion to continue and its meaning. | 0.10 | 62.50 |
| 07/26/21 | PFH | B110 | A106 | E mails from/to R. Sergesketter/J. Hunter re compliance issues. | 0.10 | 62.50 |
| 07/26/21 | MTD | B250 | A107 | Telephone conference with Apache working group. | 0.40 | 220.00 |
| 07/26/21 | MTD | B250 | A107 | Respond to questions regarding form of deed of trust and appointment of trustee in Mississippi. | 0.20 | 110.00 |

045043.17820800.1098527                                                                                       Page 57

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/26/21 | MTD | B250 | A103 | Revise merger affidavit and assignment documents. | 0.20 | 110.00 |
| 07/26/21 | MTD | B250 | A104 | Analyze revised deeds of trust for credit bid purchaser. | 0.40 | 220.00 |
| 07/26/21 | ACR | B110 | A101 | Email re setting up interview of J. Norris. | 0.10 | 28.00 |
| 07/26/21 | ACR | B110 | A101 | Email re setting up interview for Tripplett and Broom. | 0.10 | 28.00 |
| 07/26/21 | ACR | B110 | A101 | Interview J. Norris. | 1.20 | 336.00 |
| 07/26/21 | GAR | B160 | A105 | Correspond with J. Noe regarding time from prior months to recommend plan for same in final fee application. | 0.20 | 68.00 |
| 07/26/21 | GAR | B160 | A104 | Review docket to determine deadline objections for Jones Walker's second and third interim fee applications (.2); correspond with K. Johnson regarding same (.1). | 0.30 | 102.00 |
| 07/26/21 | POW | B240 | A104 | Review multiple emails. | 0.20 | 110.00 |
| 07/26/21 | POW | B240 | A104 | Review revised mortgages for first lien and amended and restated. | 1.00 | 550.00 |
| 07/26/21 | POW | B240 | A103 | Prepare proposed revisions to first lien mortgage. | 1.40 | 770.00 |
| 07/26/21 | POW | B240 | A103 | Prepare proposed revisions to amended and restated mortgage. | 0.80 | 440.00 |
| 07/26/21 | POW | B240 | A104 | Review emails. | 0.10 | 55.00 |
| 07/26/21 | POW | B240 | A104 | Review further revised drafts of mortgages. | 0.50 | 275.00 |
| 07/26/21 | POW | B240 | A104 | Review third round of revised mortgages. | 0.30 | 165.00 |
| 07/26/21 | POW | B240 | A102 | Research regarding UCC as to extracted collateral and related provisions. | 0.60 | 330.00 |
| 07/26/21 | POW | B240 | A103 | Prepare opinion. | 1.00 | 550.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/26/21 | POW | B240 | A104 | Email co-counsel regarding who is trustee. | 0.10 | 55.00 |
| 07/26/21 | KMJ | B110 | A103 | Work on updated fee estimates for required escrow. | 0.50 | 250.00 |
| 07/26/21 | SYD | B190 | A101 | Prepare list of INC appeals (.6); circulate same to R. Sergesketter (.1). | 0.70 | 322.00 |
| 07/27/21 | MTD | B250 | A103 | Draft revisions to affidavit regarding divisive merger and forms for assignments. | 1.00 | 550.00 |
| 07/27/21 | JAH | B190 | A104 | Participate in call with P. Hardin and B. Sergesketter re compliance issues, including preparation for same. | 0.70 | 490.00 |
| 07/27/21 | JAH | B190 | A104 | Participate in witness interviews with P. Hardin re compliance issues, including preparation for same. | 2.60 | 1,820.00 |
| 07/27/21 | CU | B420 | A104 | Analyze IBLA Order with respect to INC appeals docketed under IBLA-2021-297. | 0.30 | 135.00 |
| 07/27/21 | CU | B420 | A104 | Analyze Incidents of Non-Compliance issued to Fieldwood Energy, LLC on June 1, 2021 in preparation for appealing same. | 0.50 | 225.00 |
| 07/27/21 | CU | B420 | A103 | Draft Notice of Appeal and related correspondence to BSEE in connection with appeals of INCs issued to Fieldwood Energy, LLC on June 1, 2021. | 0.80 | 360.00 |
| 07/27/21 | JAH | B190 | A104 | Analyze CWA and OCSLA-based reporting requirements. | 1.50 | 1,050.00 |
| 07/27/21 | JAH | B190 | A104 | Conference with J. Noe re DOI settlement negotiations and INC remediation scheduling issues. | 0.40 | 280.00 |
| 07/27/21 | JAH | B190 | A104 | Correspond re INC appeals. | 0.10 | 70.00 |
| 07/27/21 | JAH | B190 | A104 | Eugene Island 342 appeal -- review BSEE remand conditions (.5); draft email to R. Sergesketter, B. DeWolfe, and J. | 1.00 | 700.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Noe re negotiation strategy (.5). | | |
| 07/27/21 | JAH | B190 | A104 | Debarment -- review EPA response (.2); plan reply strategy with S. Dicharry (.3). | 0.50 | 350.00 |
| 07/27/21 | JN | B180 | A109 | Participate in conference call with BSEE Regional management and lawyers for the Department of Justice and Department of Interior regarding INC remediation schedule. | 1.40 | 980.00 |
| 07/27/21 | JN | B180 | A109 | Conference call with Solicitor for Department of Interior to discuss next steps with INC remediation schedule and settlement agreement. | 0.40 | 280.00 |
| 07/27/21 | JN | B180 | A109 | Conference call with the client (T. Lamme) to provide an update on status of negotiations with the government on INC remediation schedule and settlement agreement. | 0.40 | 280.00 |
| 07/27/21 | JN | B180 | A109 | Participate in standing conference call to discuss Credit Bit transaction closing. | 0.40 | 280.00 |
| 07/27/21 | JN | B180 | A109 | Participate in conference call with client's operational personnel regarding response to BSEE Region. | 0.70 | 490.00 |
| 07/27/21 | JN | B180 | A109 | Participate in pre-call with Weil and the client to discuss call with Davis Polk regarding timing of closing. | 0.50 | 350.00 |
| 07/27/21 | JN | B180 | A109 | Participate in call with Davis Polk to discuss closing. | 0.40 | 280.00 |
| 07/27/21 | JN | B180 | A104 | Review comments provided by Davis Polk and Gordon Arata on settlement with the government. | 0.60 | 420.00 |
| 07/27/21 | JN | B180 | A102 | Research impact of debarment. | 0.40 | 280.00 |
| 07/27/21 | JN | B180 | A102 | Review BOEM INCs. | 0.60 | 420.00 |
| 07/27/21 | JN | B180 | A103 | Draft email to Davis Polk regarding the BOEM INCs and | 0.30 | 210.00 |

045043.17820800.1098527

Page 60

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | impact on government settlement. | | |
| 07/27/21 | PFH | B110 | A108 | Interview J. Triplett with J. Hunter and Mr. Rayford. | 1.00 | 625.00 |
| 07/27/21 | PFH | B110 | A104 | Analyze regulatory compliance issues. | 1.50 | 937.50 |
| 07/27/21 | PFH | B110 | A108 | Interview Mr. Paxton Broome with J. Hunter and Mr. Rayford. | 0.60 | 375.00 |
| 07/27/21 | PFH | B110 | A108 | E mails from/to Mr. Bourgeois re interviews. | 0.10 | 62.50 |
| 07/27/21 | PFH | B110 | A106 | Call with R. Sergesketter and J. Hunter re analysis of regulatory compliance issues. | 0.80 | 500.00 |
| 07/27/21 | REH | B110 | A104 | Review oil spill reporting requirements under CWA and EPCRA (.9); prepare extensive email on spill reporting requirements when no sheen has been observed (2.1); emails with J. Hunter (.3). | 3.30 | 1,551.00 |
| 07/27/21 | ACR | B210 | A105 | Communicate re information on JSA protocol. | 0.10 | 28.00 |
| 07/27/21 | ACR | B210 | A109 | Interview J. Tripplet. | 0.90 | 252.00 |
| 07/27/21 | ACR | B210 | A109 | Interview P. Broom. | 0.60 | 168.00 |
| 07/27/21 | GAR | B160 | A105 | Correspond with K. Johnson and J. Noe regarding additional estimate of remaining fees given expected date of closing. | 0.20 | 68.00 |
| 07/27/21 | KMJ | B110 | A108 | Review file and correspondence with Debtors' representative re estimated fee escrows. | 0.30 | 150.00 |
| 07/28/21 | MTD | B250 | A107 | Exchange emails with other counsel to respond to questions regarding Mississippi recording requirements. | 0.20 | 110.00 |
| 07/28/21 | MTD | B250 | A104 | Analyze UCC-1 financing statement and UCC-3 termination statements. | 0.30 | 165.00 |
| 07/28/21 | MTD | B250 | A103 | Draft revisions to Affidavit | 0.70 | 385.00 |

045043.17820800.1098527                                                    Page 61

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | regarding divisive merger and assignment documents. | | |
| 07/28/21 | MTD | B250 | A107 | Telephone conference with Apache wording group. | 0.50 | 275.00 |
| 07/28/21 | JAH | B190 | A104 | Debarment -- participate in call with Fieldwood team re strategy for additional briefing, including preparation for same. | 1.30 | 910.00 |
| 07/28/21 | JAH | B190 | A104 | Debarment -- review record (.2); draft extension request for Reply brief (.4). | 0.60 | 420.00 |
| 07/28/21 | JAH | B190 | A104 | Debarment -- review EPA filing to plan Fieldwood Reply. | 1.20 | 840.00 |
| 07/28/21 | JAH | B190 | A104 | Offshore compliance investigation -- review witness testimony (1.1); analyze regulatory compliance implications (1.8). | 2.90 | 2,030.00 |
| 07/28/21 | JAH | B190 | A104 | Eugene Island 342 -- call with Fieldwood team re response to BSEE proposed remand conditions. | 0.60 | 420.00 |
| 07/28/21 | JAH | B190 | A104 | Correspond with J. Noe re status of DOI negotiations. | 0.10 | 70.00 |
| 07/28/21 | DMH | B230 | A104 | Memos to/from J. Noe re BOEM matters (.1); review BOEM requirements re completion of lease transfers (.3). | 0.40 | 232.00 |
| 07/28/21 | CU | B420 | A103 | Further revise Notice of Appeal and related correspondence to BSEE in connection with appeals of INCs issued to Fieldwood Energy, LLC on June 1, 2021. | 0.80 | 360.00 |
| 07/28/21 | JN | B180 | A102 | Review communication from Soliticitor at Interior regarding status of settlement agreement. | 0.30 | 210.00 |
| 07/28/21 | JN | B180 | A103 | Draft email to the client seeking scheduled of decommissioning for sole liability properties. | 0.20 | 140.00 |
| 07/28/21 | JN | B180 | A103 | Research claims and INC's for schedules for purchase and sale agreement with NewCo. | 0.60 | 420.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/28/21 | JN | B180 | A109 | Participate in conference call with the client to discuss strategy for replying to EPA's debarment brief. | 0.90 | 630.00 |
| 07/28/21 | JN | B180 | A103 | Draft email to the government on the status of decommissioning sole liability properties. | 0.20 | 140.00 |
| 07/28/21 | JN | B180 | A103 | Review various schedules to the Purchase and Sale Agreement for NewCo. | 0.90 | 630.00 |
| 07/28/21 | JN | B180 | A109 | Conference call with Solicitor for Interior regarding path forward on INC Remediation Schedule and Zoom scheduled for tomorrow. | 0.40 | 280.00 |
| 07/28/21 | JN | B180 | A103 | Draft instruction email to Fieldwood operational personnel regarding response to BSEE Region's spreadsheet with INC Remediation Schedule. | 0.30 | 210.00 |
| 07/28/21 | JN | B180 | A103 | Draft email update to the client (M. Dane and T. Lamme) on status of discussions on INC Remediation Schedule. | 0.20 | 140.00 |
| 07/28/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) regarding response to BSEE Region's INC Remediation Schedulue. | 0.30 | 210.00 |
| 07/28/21 | JN | B180 | A104 | Review Fieldwood's response to BSEE Region's INC Remediation Schedule. | 0.50 | 350.00 |
| 07/28/21 | PFH | B110 | A106 | E mails from/to P. Eiland/J. Hunter re compliance issues. | 0.10 | 62.50 |
| 07/28/21 | PFH | B110 | A106 | E mail to Mr. Ballard with request for documents re regulatory and compliance issues. | 0.20 | 125.00 |
| 07/28/21 | PFH | B110 | A106 | Call with R. Sergesketter, Mr. Mitchell, J.Hunter, S. Dicharry, J. Noe re EPA submission and previous analysis of potential issues for discussion during the call. | 1.10 | 687.50 |

045043.17820800.1098527                                                           Page 63

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/28/21 | PFH | B110 | A106 | E mail to R. Sergesketter with notice of setting of Wall trial for January 24, 2022. | 0.10 | 62.50 |
| 07/28/21 | PFH | B110 | A107 | E mails from Mr Bourgeois/Mr Hunter/Mr Rayford re interviews on compliance issue. | 0.20 | 125.00 |
| 07/28/21 | PFH | B110 | A104 | Review draft letter to BSEE and issues to include in reply. | 0.10 | 62.50 |
| 07/28/21 | POW | B240 | A108 | Multiple emails. | 0.10 | 55.00 |
| 07/28/21 | POW | B240 | A104 | Review updated Apache checklist. | 0.10 | 55.00 |
| 07/28/21 | POW | B240 | A108 | Participate in Apache call. | 0.50 | 275.00 |
| 07/28/21 | SYD | B190 | A101 | Debarment matter - participate in call with R. Sergesketter and Jones Walker team regarding response to EPA's letter re proposed debarment. | 1.80 | 828.00 |
| 07/28/21 | SYD | B190 | A101 | INC appeals - review appeal papers for appeals transmitted today and status of appeals. | 1.20 | 552.00 |
| 07/29/21 | MTD | B250 | A103 | Complete termination statements for UCC-1 filings in Mississippi. | 0.20 | 110.00 |
| 07/29/21 | MTD | B250 | A107 | Exchange emails with other counsel regarding termination statements, loan and collateral documents, transfer documents, etc. | 0.20 | 110.00 |
| 07/29/21 | DMH | B230 | A104 | Memos to/from co-counsel, consultants re: BOEM process, coordination with Fieldwood Land Department (1.1); prepare memo to consultants re: Fieldwood plan, lease assignments, related regulatory matters (.3); draft agreement (.9); review Schedule of assignments, mergers (.5). | 2.80 | 1,624.00 |
| 07/29/21 | CU | B420 | A104 | Analyze docketing notice for INC appeals docketed at IBLA-2021-0305. | 0.40 | 180.00 |
| 07/29/21 | JAH | B190 | A104 | BSEE INCs -- conference with J. | 0.30 | 210.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Noe re DOI settlement. | | |
| 07/29/21 | JAH | B190 | A104 | Correspond re BSEE INC appeals. | 0.20 | 140.00 |
| 07/29/21 | JAH | B190 | A104 | Correspond with EPA and Fieldwood team re briefing extension and schedule. | 0.30 | 210.00 |
| 07/29/21 | JAH | B190 | A104 | Debarment -- review research re BSEE extensions for hurricane-based surveys and repairs. | 0.30 | 210.00 |
| 07/29/21 | JAH | B190 | A104 | Correspond re Adjudication Unit filings. | 0.30 | 210.00 |
| 07/29/21 | JAH | B190 | A104 | Plan Adjudication Unit filings. | 0.70 | 490.00 |
| 07/29/21 | JAH | B190 | A104 | Call with P. Eiland re Fieldwood's spill reporting policies. | 0.50 | 350.00 |
| 07/29/21 | JAH | B190 | A104 | Conferences with P. Hardin re witness interviews, including preparation for same. | 0.50 | 350.00 |
| 07/29/21 | BKP | B250 | A103 | Revise recording UCC Terminations to be filed in various counties in Mississippi. | 1.00 | 240.00 |
| 07/29/21 | JN | B180 | A105 | Conference call with J. Hunter regrading BOEM adjudication issues. | 0.20 | 140.00 |
| 07/29/21 | JN | B180 | A103 | Draft communication to Solicitor with Department of Interior regarding pending qualification of QuarterNorth Energy. | 0.20 | 140.00 |
| 07/29/21 | JN | B180 | A109 | Conference call with Weil and counsel for lenders regarding closing of transaction with NewCo. | 0.40 | 280.00 |
| 07/29/21 | JN | B180 | A109 | Conference call with the client's Land Department to discuss BOEM Adjudication issues. | 0.50 | 350.00 |
| 07/29/21 | JN | B180 | A103 | Draft email responding to Weil's question on the regulatory impact of the sequence of merging GOM Shelf into Fieldwood I. | 0.20 | 140.00 |

045043.17820800.1098527                                                                                  Page 65

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/29/21 | JN | B180 | A103 | Draft insert into reply brief responding to EPA's brief on debarment of Fieldwood from Federal contracting related to bankruptcy process and divisive merger. | 0.90 | 630.00 |
| 07/29/21 | JN | B180 | A103 | Draft appointment of agency letter for designated operators appointing the post-Effective Date entities as agent of operator. | 0.40 | 280.00 |
| 07/29/21 | JN | B180 | A104 | Review closing checklist, providing comments to same. | 0.40 | 280.00 |
| 07/29/21 | JN | B180 | A102 | Research impact of debarment on operational regulations. | 0.60 | 420.00 |
| 07/29/21 | JN | B180 | A104 | Review various witness statements and notes from witness interviews in the Bullwinkle internal investigation. | 1.30 | 910.00 |
| 07/29/21 | RDB | B210 | A104 | Review findings of fact and conclusions of law issued by U.S. Bankruptcy Court related to plan confirmation and abandoned assets. | 0.80 | 452.00 |
| 07/29/21 | PFH | B110 | A104 | Review draft settlement agreement with DOI/BSEE/BOEM. | 0.50 | 312.50 |
| 07/29/21 | PFH | B110 | A104 | Review correspondence to Ms. Ivey-Crickenberger re reply to EPA submission and 30 day extension. | 0.10 | 62.50 |
| 07/29/21 | PFH | B110 | A106 | E mail to/from Mr Ballard/Mr Sergesketter re potential witness. | 0.20 | 125.00 |
| 07/29/21 | PFH | B110 | A106 | Call with P. Eiland and J. Hunter re regulatory and compliance issues (.6); email from/to P. Eiland with spill reporting procedure toolkit and other responses re regulatory issues (.5). | 1.10 | 687.50 |
| 07/29/21 | PFH | B110 | A104 | Analyze potential implications of regulatory and compliance issues re NPA and EPA. | 0.80 | 500.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/29/21 | POW | B240 | A104 | Review multiple emails. | 0.40 | 220.00 |
| 07/29/21 | SYD | B190 | A101 | INC appeals -- review draft joint motion to suspend appeal (.4); circulate same to Solicitor's Office (.1); finalize same to file (.4). | 0.90 | 414.00 |
| 07/30/21 | MTD | B250 | A103 | Draft descriptions and indexing instructions for Mississippi onshore leases. | 1.00 | 550.00 |
| 07/30/21 | MTD | B250 | A107 | Telephone conference with Apache working group regarding loan, collateral, and closing matters. | 0.60 | 330.00 |
| 07/30/21 | MTD | B250 | A107 | Exchange emails with various counsel regarding Mississippi onshore leases, descriptions, deeds of trust, collateral issues, etc. | 0.40 | 220.00 |
| 07/30/21 | MTD | B250 | A104 | Analyze revised deeds of trust for credit bid purchaser. | 0.50 | 275.00 |
| 07/30/21 | MTD | B250 | A104 | Analyze lease documents and description documents for Mississippi onshore leases. | 1.50 | 825.00 |
| 07/30/21 | JAH | B190 | A104 | Plan debarment filing. | 0.40 | 280.00 |
| 07/30/21 | JAH | B190 | A104 | Conference with J. Noe re DOI settlement terms and strategy. | 0.30 | 210.00 |
| 07/30/21 | JAH | B190 | A104 | Review compliance issue re offshore valve failure. | 0.10 | 70.00 |
| 07/30/21 | JN | B180 | A109 | Conference call with secured lenders counsel and lawyers with the Department of Justice and Department of Interior regarding settlement agreement. | 0.90 | 630.00 |
| 07/30/21 | JN | B180 | A109 | Participate in standing call with Weil and counsel for Apache regarding the Apache closing. | 0.60 | 420.00 |
| 07/30/21 | JN | B180 | A105 | Conference call with Pauline Hardin to discuss status of Bullwinkle internal investigation. | 0.40 | 280.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/30/21 | JN | B180 | A109 | Conference call with Solicitor from Department of Interior regarding settlement statement with the government. | 0.40 | 280.00 |
| 07/30/21 | JN | B180 | A109 | Conference call with secured lenders regulatory counsel regarding BOEM adjudication and open regulatory issues. | 0.40 | 280.00 |
| 07/30/21 | JN | B180 | A109 | Call with M. Dane and T. Lamme to discuss timing of closing. | 0.40 | 280.00 |
| 07/30/21 | JN | B180 | A109 | Participate in standing conference call with the client, Weil, and counsel for secured lenders regarding closing. | 0.60 | 420.00 |
| 07/30/21 | JN | B180 | A109 | Participate in "Steps Memorandum" conference call with Weil, the client, and counsel for secured lenders to discuss the sequencing of closing. | 0.90 | 630.00 |
| 07/30/21 | CU | B420 | A104 | Analyze IBLA Order granting Joint Motion to Suspend Appeal under IBLA Docket No. IBLA-2021-0300. | 0.30 | 135.00 |
| 07/30/21 | RDB | B210 | A104 | Review Docket sheet in adversary action involving Atlantic Maritime pending before Judge Isgur in U.S. Bankruptcy Court for the Southern District of Texas. | 0.30 | 169.50 |
| 07/30/21 | ACR | B210 | A103 | Begin drafting summary of J. Norris. | 1.10 | 308.00 |
| 07/30/21 | PFH | B110 | A105 | Call with M. Magner to update him on NPA issues. | 0.20 | 125.00 |
| 07/30/21 | PFH | B110 | A105 | Call from J. Noe re disclosure of surviving entity to AUSA (.1); e mail to J. Noe with draft letter for disclosure of surviving entity (.1). | 0.20 | 125.00 |
| 07/30/21 | MWM | B190 | A104 | Telephone conference with P. Hardin re ongoing investigation and SDO issues. | 0.40 | 208.00 |
| 07/30/21 | POW | B240 | A104 | Analyze numerous emails. | 0.60 | 330.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/30/21 | POW | B240 | A104 | Review UCC-1s to be amended and terminated. | 0.20 | 110.00 |
| 07/30/21 | POW | B240 | A108 | Telephone call to Baldwin County regarding recording issues. | 0.10 | 55.00 |
| 07/30/21 | POW | B240 | A108 | Telephone conference with Mobile County regarding recording issues. | 0.20 | 110.00 |
| 07/30/21 | POW | B240 | A104 | Review language sent by B. Conley as an addition to the mortgage. | 0.10 | 55.00 |
| 07/30/21 | POW | B240 | A104 | Review second lien mortgages. | 0.30 | 165.00 |
| 07/30/21 | POW | B240 | A103 | Preparecomments to second lien mortgages. | 0.20 | 110.00 |
| 07/30/21 | POW | B240 | A104 | Review revised first lien and amended and restated mortgages. | 1.00 | 550.00 |
| 07/30/21 | POW | B240 | A103 | Prepare memorandum with comments to revised mortgages. | 0.30 | 165.00 |
| 07/30/21 | POW | B240 | A106 | Email B. Conley. | 0.10 | 55.00 |
| 07/30/21 | POW | B240 | A103 | Prepare blackline of revised Apache mortgage. | 0.10 | 55.00 |
| 07/30/21 | POW | B240 | A104 | Review revised Apache mortgage. | 0.30 | 165.00 |
| 07/30/21 | POW | B240 | A104 | Locate telephone numbers of Baldwin and Mobile County recording offices. | 0.10 | 55.00 |
| 07/30/21 | KMJ | B110 | A101 | Review file re updating fee estimates for requested escrow numbers. | 0.50 | 250.00 |
| 07/31/21 | MTD | B250 | A107 | Draft emails regarding revisions to forms for deeds of trust. | 0.40 | 220.00 |
| 07/31/21 | MTD | B250 | A104 | Analyze revised forms for deeds of trust. | 0.50 | 275.00 |
| 07/31/21 | MTD | B250 | A107 | Respond to questions regarding recording requirements, Mississippi onshore leases, etc. | 0.50 | 275.00 |

045043.17820800.1098527 Page 69

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/31/21 | MTD | B250 | A107 | Review emails regarding document completion in preparation for closing. | 0.40 | 220.00 |
| 07/31/21 | MTD | B250 | A104 | Analyze revised deeds of trust. | 0.50 | 275.00 |
| 07/31/21 | JAH | B190 | A104 | Review offshore compliance regulations. | 0.50 | 350.00 |
| 07/31/21 | RDB | B210 | A104 | Draft memorandum from J. Hunter related to Notice to Lessees and spill response issues. | 0.30 | 169.50 |
| 07/31/21 | RDB | B210 | A104 | Review USCG Navigation and Vessel Inspection Circular and other regulations related to the reporting of oil spills in federal waters, including requirement to submit form 2692 to USCG Marine Safety Office for certain marine casualties, commercial diving casualties, and OCS-related casualties. | 0.80 | 452.00 |
| 07/31/21 | RDB | B210 | A104 | Draft memorandum to J. Hunter related to U.S. Coast Guard regulations and reporting requirements for spill and spill response in federal waters and in waters subject to jurisdiction of State of Louisiana and associated involvement of Louisiana Oil Spill Coordinators Office. | 0.30 | 169.50 |
| 07/31/21 | JN | B180 | A109 | Participate in closing planning call with Weil and the client. | 0.70 | 490.00 |
| 07/31/21 | JN | B180 | A109 | Participate in conference call with the client's operational personnel to discuss status of INC Remediation Schedule negotiations with BSEE Regional management. | 0.70 | 490.00 |
| 07/31/21 | JN | B180 | A109 | Conference call with Fieldwood Land Department to discuss BOEM adjudication planning. | 0.70 | 490.00 |
| 07/31/21 | JN | B180 | A104 | Review closing checklist and closing steps memorandum, providing comments to same. | 0.40 | 280.00 |

045043.17820800.1098527                                                      Page 70

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 07/31/21 | JN | B180 | A109 | Conference call with Solicitor for the Department of Interior to discuss BOEM adjudication issues and closing timing. | 0.40 | 280.00 |
| 07/31/21 | JN | B180 | A109 | Participate in various calls with Weil to discuss BOEM adjudication and closing logistics. | 3.10 | 2,170.00 |
| 07/31/21 | JN | B180 | A103 | Revise Purchase and Sale Agreement with NewCo. | 0.70 | 490.00 |
| 07/31/21 | JN | B180 | A104 | Review latest draft of the INC Remediation Schedule. | 0.40 | 280.00 |
| 07/31/21 | PFH | B110 | A104 | Review reporting requirements for spills re NRC, state of Louisiana, Coast Guard, BSEE NTL. | 0.70 | 437.50 |
| 07/31/21 | POW | B240 | A104 | Analyze multitude of emails. | 0.50 | 275.00 |
| 07/31/21 | POW | B240 | A108 | Email L. Smith regarding organizational identification requirements. | 0.10 | 55.00 |
| 07/31/21 | POW | B240 | A108 | Email L. Smith regarding authorized signatory. | 0.10 | 55.00 |
| 07/31/21 | POW | B240 | A104 | Review revised second lien mortgage. | 0.30 | 165.00 |
| 07/31/21 | POW | B240 | A104 | Review affidavit and assignment. | 0.50 | 275.00 |
| 07/31/21 | POW | B240 | A102 | Research affidavits under Alabama law for recording in the real estate records. | 0.40 | 220.00 |
| 08/01/21 | JAH | B190 | A104 | Review regulatory reporting requirements for small spills. | 0.30 | 210.00 |
| 08/01/21 | JAH | B190 | A104 | Correspond re DOI Settlement and BOEM filings. | 0.30 | 210.00 |
| 08/01/21 | PFH | B110 | A105 | E mails from J. Noe, S. Dicharry, Mr. Bertram, and J. Hunter re letters to finalize prior to bankruptcy exit. | 0.10 | 62.50 |
| 08/01/21 | KMJ | B110 | A105 | Correspond with team re updated fee estimates need due to delayed closing (.2); review | 0.70 | 350.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | updated estimates for fee escrow (.5). | | |
| 08/01/21 | POW | B240 | A104 | Analyze multitude of miscellaneous emails. | 0.60 | 330.00 |
| 08/01/21 | POW | B240 | A104 | Analyze second lien amended and restated mortgage. | 0.90 | 495.00 |
| 08/01/21 | POW | B240 | A103 | Prepare comments to the second lien amended and restated mortgage. | 0.20 | 110.00 |
| 08/01/21 | POW | B240 | A104 | Review Cantor signature pages. | 0.10 | 55.00 |
| 08/01/21 | POW | B240 | A104 | Review further rounds of revisions to releases. | 0.20 | 110.00 |
| 08/01/21 | POW | B240 | A104 | Review further round of revisions to mortgages from Ariel. | 0.20 | 110.00 |
| 08/01/21 | POW | B240 | A104 | Review emails (.2); respond to multiple emails (.2). | 0.40 | 220.00 |
| 08/01/21 | POW | B240 | A104 | Review revised affidavit regarding merger. | 0.30 | 165.00 |
| 08/01/21 | POW | B240 | A106 | Email M. Davis regarding notary blocks. | 0.10 | 55.00 |
| 08/01/21 | POW | B240 | A104 | Review revised Apache mortgage with comments from lender's counsel. | 0.40 | 220.00 |
| 08/01/21 | POW | B240 | A104 | Review second lien release. | 0.50 | 275.00 |
| 08/01/21 | POW | B240 | A108 | Send comments to second lien release. | 0.10 | 55.00 |
| 08/01/21 | POW | B240 | A104 | Review first lien partial release. | 0.60 | 330.00 |
| 08/01/21 | POW | B240 | A103 | Prepare comments to first lien partial release. | 0.20 | 110.00 |
| 08/01/21 | POW | B240 | A104 | Review further revised releases. | 0.30 | 165.00 |
| 08/01/21 | POW | B240 | A106 | Emails with B. Conley regarding affidavit. | 0.10 | 55.00 |
| 08/01/21 | MTD | B250 | A104 | Analyze revised forms for releases, partial releases and deeds of trust. | 2.00 | 1,100.00 |

045043.17820800.1098527                                                              Page 72

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/01/21 | MTD | B250 | A107 | Exchange emails regarding revisions to forms for releases, partial releases and deeds of trust. | 1.00 | 550.00 |
| 08/01/21 | JN | B180 | A109 | Conference call with the government and secured lenders' counsel to discuss BOEM adjudication issues. | 0.40 | 280.00 |
| 08/01/21 | JN | B180 | A104 | Review revised version of the Purchase and Sale Agreement with NewCo related to closing deliverables for BOEM documents, providing comments to same. | 0.50 | 350.00 |
| 08/01/21 | JN | B180 | A104 | Review latest closing steps memorandum regarding BOEM filings, providing comments to same. | 0.40 | 280.00 |
| 08/01/21 | JN | B180 | A104 | Review agency appointment letter provided by the government as a guide to use in the appointment of post-Effective Date Entities as agent of operator. | 0.30 | 210.00 |
| 08/01/21 | JN | B180 | A109 | Conference call with the Department of Interior and counsel for secured lenders to discuss BOEM adjudication and closing issues. | 0.60 | 420.00 |
| 08/01/21 | JN | B180 | A109 | Various conference calls with Weil to discuss BOEM adjudication and closing issues. | 2.10 | 1,470.00 |
| 08/01/21 | JN | B180 | A109 | Conference call with Solicitor for the Department of Interior to discuss closing and the dismissal of appeals pending with Interior following closing. | 0.40 | 280.00 |
| 08/02/21 | RDB | B210 | A104 | Meeting with J. Noe to address post petition regulatory issues and filings to be made with BOEM. | 0.50 | 282.50 |
| 08/02/21 | RDB | B210 | A104 | Review Memorandum from J. Noe related to upcoming mergers and steps related to | 0.30 | 169.50 |

045043.17820800.1098527                                              Page 73

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | reorganization and effective date of plan as amended. | | |
| 08/02/21 | CJH | B120 | A108 | Review prior email to L. Smith re Mississippi mechanic's lien issues (.1); prepare follow-up email re status and whether additional analysis needed incident to anticipated closing (.1). | 0.20 | 76.00 |
| 08/02/21 | MTD | B250 | A104 | Analyze revised releases and partial releases. | 0.60 | 330.00 |
| 08/02/21 | MTD | B250 | A104 | Analyze revised mortgages. | 0.80 | 440.00 |
| 08/02/21 | MTD | B250 | A107 | Telephone conference with all counsel regarding closing. | 0.70 | 385.00 |
| 08/02/21 | MTD | B250 | A107 | Telephone conference with B. Conley and M. Maloney regarding preparation of documents for recording in Mississippi and treatment of Mississippi onshore leases. | 0.30 | 165.00 |
| 08/02/21 | MTD | B250 | A107 | Exchange emails with other counsel regarding closing and document matters. | 0.60 | 330.00 |
| 08/02/21 | MTD | B250 | A105 | Exchange emails with P. Woodall and C. Wappel regarding opinion issues. | 0.20 | 110.00 |
| 08/02/21 | MTD | B250 | A104 | Analyze opinion issues. | 0.30 | 165.00 |
| 08/02/21 | MTD | B250 | A107 | Telephone conference with all counsel regarding execution of documents, finalization of forms, etc. | 0.50 | 275.00 |
| 08/02/21 | MTD | B250 | A108 | Telephone conferences with recording offices regarding fees and recording requirements. | 0.50 | 275.00 |
| 08/02/21 | DMH | B230 | A104 | Memos to/from J. Noe re closing matters (.5); memos to/from consultants re Adjudication matters (.4); conference call re Fieldwood closing (.5); review assignments effected by mergers (1.6); prepare form of assignment or acknowledgment of realignment (1.3); review | 6.00 | 3,480.00 |

045043.17820800.1098527                                                    Page 74

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | BOEM qualification requirements, certificates, and resolutions (1.3); memos to/from Jones Walker attorneys re same (.4). | | |
| 08/02/21 | JAH | B190 | A104 | Draft "agent appointment" (2.6); draft default letters (2.5). | 5.10 | 3,570.00 |
| 08/02/21 | JAH | B190 | A104 | Calls with J. Noe, D. Hunter, S. Dicharry re BOEM Adjudication Unit filings, including related correspondence. | 1.60 | 1,120.00 |
| 08/02/21 | KMJ | B110 | A103 | Work on additional fee estimates for required fee escrow under confirmed plan. | 0.70 | 350.00 |
| 08/02/21 | CU | B420 | A104 | Analyze INCs issued to Fieldwood Energy Offshore, LLC on June 9, 2021, in preparation for appealing same. | 0.50 | 225.00 |
| 08/02/21 | CU | B420 | A103 | Draft Notice of Appeal (1.5); draft related correspondence to BSEE in connection with appeal of INCs issued to Fieldwood Energy Offshore, LLC on June 9, 2021 (.4). | 1.90 | 855.00 |
| 08/02/21 | CU | B420 | A108 | Teleconference with Ms. Brinkman of DOI Solicitor's Office relative to draft Settlement Agreement and strategic plan for identifying open INCs and INCs subject to regulatory appeal. | 0.20 | 90.00 |
| 08/02/21 | CU | B420 | A104 | Analyze email correspondence from Mr. Lamb of DOI Solicitor relative to status of ongoing settlement negotiations and open INCs. | 0.60 | 270.00 |
| 08/02/21 | CU | B420 | A103 | Draft Exhibit B (INCs Subject to Appeal) to Fieldwood Settlement Agreement. | 0.60 | 270.00 |
| 08/02/21 | PFH | B110 | A105 | Call with J. Noe, J. Hunter, S. Dicharry re timeline for work to be done prior to bankruptcy ending. | 0.50 | 312.50 |
| 08/02/21 | PFH | B110 | A103 | Draft notes of conversation of P. Eiland. | 0.60 | 375.00 |

045043.17820800.1098527                                                                 Page 75

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/02/21 | POW | B240 | A104 | Review multitude of miscellaneous emails. | 0.30 | 165.00 |
| 08/02/21 | POW | B240 | A104 | Review final drafts of all mortgages sent by B. Conley. | 0.60 | 330.00 |
| 08/02/21 | POW | B240 | A103 | Email B. Conley with comments on mortgages. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A104 | Review signature pages for Cantor Fitzgerald sent by M. Maloney. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A104 | Review emails from N. Plotkin regarding signature by Nils at Cantor. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A108 | Correspond with T. Brennig regarding Apache mortgage. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A108 | Telephone conference with T. Brennig regarding comments to Apache mortgage. | 0.30 | 165.00 |
| 08/02/21 | POW | B240 | A106 | Emails to B. Conley regarding mortgage recording tax. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A108 | Telephone conference with Baldwin County, Alabama recording office. | 0.20 | 110.00 |
| 08/02/21 | POW | B240 | A103 | Locate Baldwin County UCC-1 to be terminated and prepare (.1); email to Baldwin County about UCC termination (.1). | 0.20 | 110.00 |
| 08/02/21 | POW | B240 | A108 | Telephone conference with Mobile, Alabama recording office. | 0.20 | 110.00 |
| 08/02/21 | POW | B240 | A103 | Prepare memorandum to S. Brown regarding recording of documents. | 0.20 | 110.00 |
| 08/02/21 | POW | B240 | A108 | Telephone conference with S. Brown regarding recording. | 0.20 | 110.00 |
| 08/02/21 | POW | B240 | A103 | Prepare email to Mobile County recording office regarding termination of UCC-1. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A104 | Review email from Baldwin | 0.10 | 55.00 |

045043.17820800.1098527                                                                    Page 76

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | County recording office as to the duplicate numbers on UCC-1. | | |
| 08/02/21 | POW | B240 | A104 | Review revised release. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A108 | Conference call regarding mortgages and releases. | 0.60 | 330.00 |
| 08/02/21 | POW | B240 | A102 | Pull statute on usury (.2); email T. Brennig with first lien mortgage and usury statute (.1). | 0.30 | 165.00 |
| 08/02/21 | POW | B240 | A106 | Several telephone conferences with B. Conley regarding opinion. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A108 | Multiple emails regarding Florida notary. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A104 | Analyze multiple emails from M. Maloney, B. Conley, and others. | 0.40 | 220.00 |
| 08/02/21 | POW | B240 | A108 | Email co-counsel regarding UCC termination. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A108 | Participate in Apache call. | 0.60 | 330.00 |
| 08/02/21 | POW | B240 | A104 | Review revisions to Apache mortgage, providing comments to same. | 0.50 | 275.00 |
| 08/02/21 | POW | B240 | A108 | Email T. Brennig regarding Apache mortgage. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A108 | Further correspond with Mobile recording office. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A108 | Correspond with co-counsel regarding additional requested opinion on Apache mortgage. | 0.10 | 55.00 |
| 08/02/21 | POW | B240 | A104 | Review revised signature/acknowledgment page (.2); respond thereto (.1). | 0.30 | 165.00 |
| 08/02/21 | SFL | B210 | A106 | Research regarding mask mandate and issues related to vaccine (.5); correspond with R. Sergesketter regarding results (.2). | 0.70 | 343.00 |
| 08/02/21 | JN | B180 | A109 | Various conference calls with Weil to discuss BOEM adjudication issues, timing of | 2.20 | 1,540.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | BOEM filings and closing checklists. | | |
| 08/02/21 | JN | B180 | A109 | Participate in standing conference call with counsel for Apache and Weil to discuss closing checklist and open items. | 0.40 | 280.00 |
| 08/02/21 | JN | B180 | A109 | Conference call with Weil, counsel for secured lenders and the Plan Administrator to discuss closing and funding of the various entities. | 0.90 | 630.00 |
| 08/02/21 | JN | B180 | A109 | Conference call with Solicitor for Department of Interior and secured lenders' regulatory counsel. | 0.40 | 280.00 |
| 08/02/21 | JN | B180 | A104 | Review revised version of the NewCo purchase and sale agreement, providing comments to same to Weil. | 0.60 | 420.00 |
| 08/02/21 | JN | B180 | A104 | Review draft letters appointing agents for designated operators. | 0.40 | 280.00 |
| 08/02/21 | JN | B180 | A104 | Review closing checklist to determine BOEM adjudication action items in advance of call with the government to discuss BOEM action items and timeliness. | 0.30 | 210.00 |
| 08/02/21 | JN | B180 | A102 | Research regulations related to a conversion of an entity qualified with BOEM. | 0.40 | 280.00 |
| 08/02/21 | JN | B180 | A105 | Conference call with J. Hunter, D. Hunter, R. Bertram and S. Dicharry regarding closing and BOEM adjudication issues. | 0.40 | 280.00 |
| 08/02/21 | JN | B180 | A109 | Conference call with secured lenders' regulatory counsel regarding BOEM adjudication and closing issues. | 0.40 | 280.00 |
| 08/02/21 | JN | B180 | A109 | Participate in standing call with the client, Weil, and counsel for Apache to discuss Apache closing. | 0.50 | 350.00 |
| 08/02/21 | JN | B180 | A109 | Conference call with the client (P. | 0.50 | 350.00 |

045043.17820800.1098527                                                      Page 78

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Eiland) to discuss status of Fieldwood's negotiation with BSEE on the INC Remediation Schedule. | | |
| 08/02/21 | JN | B180 | A105 | Conference call with J. Hunter regarding BOEM adjudication issues and agency letters. | 0.20 | 140.00 |
| 08/02/21 | SYD | B190 | A101 | Participate in call with Jones Walker team regarding handling of tasks pre- and post-closing. | 0.70 | 322.00 |
| 08/02/21 | SYD | B190 | A101 | Participate in call with J. Brinkman and C. Ulfers re Exhibit B to the settlement agreement. | 0.70 | 322.00 |
| 08/02/21 | SYD | B190 | A101 | Review INC appeals (.4) review joint filing going out this week (.4). | 0.80 | 368.00 |
| 08/02/21 | ACR | B210 | A103 | Draft interview summary for J. Norris. | 3.00 | 840.00 |
| 08/02/21 | GAR | B160 | A105 | Correspond with J. Noe regarding fee differences between second and third interim fee applications to clarify inquiries on same. | 0.20 | 68.00 |
| 08/02/21 | GAR | B160 | A105 | Correspond with K. Johnson and J. Noe regarding anticipated exit and remaining fees. | 0.30 | 102.00 |
| 08/02/21 | J P | B210 | A102 | Conduct legal research regarding authority of state governor to regulate offshore platforms in federal waters. | 0.70 | 192.50 |
| 08/02/21 | BPW | B420 | A105 | Multiple calls and correspondence with Jones Walker team regarding updated Alabama and Mississippi mortgages and matters related to legal opinions regarding same. | 1.20 | 570.00 |
| 08/03/21 | SYD | B190 | A101 | Research company qualification numbers. | 0.90 | 414.00 |
| 08/03/21 | MTD | B250 | A105 | Telephone conference with B. Woodruff and C. Wappel regarding opinion matters. | 0.60 | 330.00 |
| 08/03/21 | MTD | B250 | A105 | Exchange emails with P. | 0.40 | 220.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Woodall, B. Woodruff, and C. Wappel regarding opinion issues. | | |
| 08/03/21 | SYD | B190 | A101 | INC Appeals - finalize joint motion to suspend appeal. | 0.60 | 276.00 |
| 08/03/21 | SYD | B190 | A101 | Review draft Exhibit B to settlement agreement (INC appeals) (.5); circulate draft of same to Solicitor's Office (.2). | 0.70 | 322.00 |
| 08/03/21 | MTD | B250 | A107 | Telephone conference with Apache working group regarding opinion issues. | 0.60 | 330.00 |
| 08/03/21 | MTD | B250 | A104 | Analyze revised deeds of trust (.6); analyze loan documents (1.1). | 1.70 | 935.00 |
| 08/03/21 | MTD | B250 | A103 | Draft cover sheets for documents to be recorded in Mississippi. | 1.60 | 880.00 |
| 08/03/21 | MTD | B250 | A107 | Correspond with other counsel regarding revisions to documents and preparation for closing. | 1.00 | 550.00 |
| 08/03/21 | DMH | B230 | A104 | Conference call with DOI/BOEM re closing, assignments, mergers, DOOs, structure, and sequencing of filings (.6); memos to/from J. Noe, Jones Walker attorneys, consultants (1.2); revise draft Acknowledgment (.9); review requirements stipulated by BOEM re transfer of leases (.9). | 3.60 | 2,088.00 |
| 08/03/21 | JAH | B190 | A104 | Eugene Island 342 appeal -- draft response to BSEE proposal (1.5); email R. Sergesketter and B. DeWolfe for review of same (.2). | 1.70 | 1,190.00 |
| 08/03/21 | JAH | B190 | A104 | Correspond with co-counsel re INC appeals. | 0.20 | 140.00 |
| 08/03/21 | JAH | B190 | A104 | Comment on draft letter to USAO (.4); email Jones Walker team re same (.3). | 0.70 | 490.00 |
| 08/03/21 | JAH | B190 | A104 | Call with BOEM Adjudication. | 0.80 | 560.00 |

045043.17820800.1098527                                                          Page 80

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/03/21 | JAH | B190 | A104 | Call with J. Noe re BOEM Adjudication issues. | 0.30 | 210.00 |
| 08/03/21 | JAH | B190 | A104 | Coordinate BOEM Adjudication tasks. | 0.70 | 490.00 |
| 08/03/21 | CU | B420 | A104 | Analyze correspondences related to appeals of INCs issued to Fieldwood Energy Offshore LLC on June 9, 2021. | 0.20 | 90.00 |
| 08/03/21 | BKP | B250 | A103 | Prepare cover sheets for documents to be filed in Mississippi. | 1.10 | 264.00 |
| 08/03/21 | POW | B240 | A103 | Prepare first lien opinion. | 3.50 | 1,925.00 |
| 08/03/21 | POW | B240 | A104 | Review further revised partial release. | 0.20 | 110.00 |
| 08/03/21 | POW | B240 | A104 | Review further revised second lien amended and restated mortgage. | 0.10 | 55.00 |
| 08/03/21 | POW | B240 | A104 | Review revised Apache mortgage. | 0.40 | 220.00 |
| 08/03/21 | POW | B240 | A103 | Prepare comments to revised Apache mortgage. | 0.20 | 110.00 |
| 08/03/21 | POW | B240 | A104 | Analyze multiple miscellaneous emails. | 0.70 | 385.00 |
| 08/03/21 | POW | B240 | A108 | Correspond with co-counsel re UCC releases. | 0.20 | 110.00 |
| 08/03/21 | POW | B240 | A104 | Review Apache checklist. | 0.10 | 55.00 |
| 08/03/21 | POW | B240 | A104 | Review revised Apache mortgage. | 0.20 | 110.00 |
| 08/03/21 | POW | B240 | A104 | Review Cantor executed pages (.1); email comments to co-counsel re the same (.1). | 0.20 | 110.00 |
| 08/03/21 | POW | B240 | A104 | Review revised second lien release. | 0.10 | 55.00 |
| 08/03/21 | POW | B240 | A104 | Review comprehensive checklist from B. Conley. | 0.10 | 55.00 |
| 08/03/21 | POW | B240 | A104 | Review revised 2L amended and restated mortgage from M. | 0.10 | 55.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Maloney. | | |
| 08/03/21 | POW | B240 | A104 | Review revised signature pages for C. Fitzgerald. | 0.20 | 110.00 |
| 08/03/21 | POW | B240 | A104 | Review revised mortgages. | 0.30 | 165.00 |
| 08/03/21 | POW | B240 | A104 | Review further mortgage revisions from N. Plotkin. | 0.20 | 110.00 |
| 08/03/21 | POW | B240 | A106 | Email B. Conley regarding latest rounds of changes to mortgage. | 0.10 | 55.00 |
| 08/03/21 | POW | B240 | A104 | Review power of attorney sent by L. Smith. | 0.20 | 110.00 |
| 08/03/21 | POW | B240 | A104 | Review revised mortgages from A. Stewart. | 0.10 | 55.00 |
| 08/03/21 | POW | B240 | A108 | Correspond with co-counsel re opinion letter as to the merger. | 0.30 | 165.00 |
| 08/03/21 | POW | B240 | A104 | Review revised mortgages from Shipman and Goodwin. | 0.20 | 110.00 |
| 08/03/21 | POW | B240 | A104 | Review revised releases sent from M. Maloney. | 0.20 | 110.00 |
| 08/03/21 | POW | B240 | A104 | Review further emails regarding power of attorney. | 0.10 | 55.00 |
| 08/03/21 | POW | B240 | A103 | Prepare comments to power of attorney. | 0.20 | 110.00 |
| 08/03/21 | POW | B240 | A108 | Email J. Noe regarding documents to be delivered to TK closing room. | 0.10 | 55.00 |
| 08/03/21 | POW | B240 | A104 | Review revisions to power of attorney from J. Noe. | 0.10 | 55.00 |
| 08/03/21 | POW | B240 | A109 | Conference call regarding additional opinion. | 0.70 | 385.00 |
| 08/03/21 | CMW | B420 | A105 | Exchange email correspondences with M. Davis, P. Woodall, and C. Woodruff regarding the status of and issues with the FLTL Opinion Letter. | 0.40 | 268.00 |
| 08/03/21 | CMW | B420 | A104 | Review issues in connection with P. Woodall's comments to the | 0.60 | 402.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | FLTL AL & MS Opinion Letter. | | |
| 08/03/21 | JN | B180 | A109 | Conference call with BOEM Adjudication to discuss forthcoming BOEM filings. | 0.50 | 350.00 |
| 08/03/21 | JN | B180 | A109 | Conference call with Fieldwood Land Department to discuss closing and BOEM Adjudication issues. | 0.60 | 420.00 |
| 08/03/21 | JN | B180 | A104 | Review revised NewCo Purchase and Sale Agreement. | 0.70 | 490.00 |
| 08/03/21 | JN | B180 | A109 | Conference call with the Plan Administrator to discuss open regulatory issues. | 0.50 | 350.00 |
| 08/03/21 | JN | B180 | A109 | Various calls with Weil and secured lenders counsel to discuss BOEM adjudication issues and closing. | 2.20 | 1,540.00 |
| 08/03/21 | JN | B180 | A103 | Draft BOEM Adjudication Steps and Sequencing Memorandum. | 0.90 | 630.00 |
| 08/03/21 | JN | B180 | A109 | Participate in a conference call with the Solicitor for the Department of Interior to discuss closing and BOEM Adjudication issues. | 0.30 | 210.00 |
| 08/03/21 | JN | B180 | A109 | Conference call with secured lenders counsel and Weil to negotiate NewCo Purchase and Sale Agreement. | 0.90 | 630.00 |
| 08/03/21 | JN | B180 | A109 | Various conference calls with Weil to discuss BOEM Adudicatioin and NewCo Purchase and Sale Agreement. | 1.70 | 1,190.00 |
| 08/03/21 | JN | B180 | A104 | Revise BOEM Steps and Sequencing memorandum. | 0.40 | 280.00 |
| 08/03/21 | JN | B180 | A104 | Revise NewCo Purchase and Sale Agreement. | 0.60 | 420.00 |
| 08/03/21 | JN | B180 | A102 | Research BOEM Qualification regulations. | 0.50 | 350.00 |
| 08/03/21 | JN | B180 | A104 | Review revised version of settlement agreement, providing comments to same. | 0.80 | 560.00 |

045043.17820800.1098527                                                                    Page 83

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/03/21 | JN | B180 | A103 | Draft BOEM Adjudication Steps and Sequencing Memorandum. | 0.70 | 490.00 |
| 08/03/21 | PFH | B110 | A105 | Email to J. Hunter re letter needed to notify AUSA of change of entity. | 0.10 | 62.50 |
| 08/03/21 | PFH | B110 | A105 | E mail J. Noe with request for information from plan administrator re indemnities and with the information (.1); call with J. Noe to discuss indemnity situation (.2). | 0.30 | 187.50 |
| 08/03/21 | PFH | B110 | A105 | E mail Mr. Rayford with interview summaries. | 0.10 | 62.50 |
| 08/03/21 | ACR | B210 | A103 | Draft summary of interview for J. Triplett. | 2.20 | 616.00 |
| 08/03/21 | ACR | B210 | A103 | Draft interview summary of P. Broom. | 1.30 | 364.00 |
| 08/03/21 | KMJ | B110 | A105 | Work on updated escrow estimates at the request of Debtors' financial advisors, including related correspondence with team (1.1); telephone conference with J. Noe re same (.4). | 1.50 | 750.00 |
| 08/03/21 | RDB | B210 | A104 | Review working draft of notice by Fieldwood Energy LLC and affiliates to U.S. Dept. of the Interior, Bureau of Ocean Energy Management and Bureau of Safety and Environmental Enforcement regarding outstanding decommissioning obligations. | 0.50 | 282.50 |
| 08/03/21 | RDB | B210 | A104 | Review Weil Gotshal Master check list related to Fieldwood confirmation process and steps memorandum. | 0.30 | 169.50 |
| 08/03/21 | RDB | B210 | A109 | Meet with J. Hunter regarding notice to U.S. Dept. of the Interior. | 0.30 | 169.50 |
| 08/03/21 | RDB | B210 | A104 | Review Fieldwood Energy proposed transaction structure. | 0.50 | 282.50 |

045043.17820800.1098527                                                                  Page 84

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/03/21 | BPW | B420 | A107 | Participate in call with Weill team, Apache team, Jones Walker team, and Hunton team regarding additional opinions requested by Apache (.6); correspond with Weill team, Apache team, Jones Walker team, and Hunton team regarding same (.8). | 1.40 | 665.00 |
| 08/03/21 | BPW | B420 | A104 | Review revised draft of first lien opinion (1); comment on same to reflect issues posed by first lien counsel related to Mississippi and Alabama properties (.2). | 1.20 | 570.00 |
| 08/03/21 | BPW | B420 | A105 | Multiple calls and correspondence with C. Wappel, M. Davis, and P. Woodall regarding draft opinions for Mississippi and Alabama and questions and issues presented by counsel for first lien lender and Apache. | 1.60 | 760.00 |
| 08/04/21 | DMH | B230 | A104 | Memos to/from J. Noe, Jones Walker attorneys, BOEM consultants (.5); revise Acknowledgment of Ownership (.5); discuss same with Jones Walker attorneys (.4); conference call with Fieldwood, Consultants (.4); discuss with Consultants, Jones Walker attorneys (.5); prepare agreements (.8); review memo re BOEM submissions, sequencing and notices (.9). | 4.00 | 2,320.00 |
| 08/04/21 | CU | B420 | A108 | Multiple correspondences with Ms. Brinkman re exhibit to Settlement Agreement identifying all INCs subject to appeal in furtherance of ongoing settlement negotiations. | 0.40 | 180.00 |
| 08/04/21 | BKP | B250 | A103 | Prepare cover sheets for documents to be filed in four Chancery Clerk offices in Mississippi (.8); review UCC Financing Statement Amendments (.8); add indexing instructions for three Mississippi counties for Bill of Sale document (1.3). | 2.90 | 696.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/04/21 | JAH | B190 | A104 | Eugene Island 342 -- prepare response to BSEE remand conditions. | 0.70 | 490.00 |
| 08/04/21 | JAH | B190 | A104 | Revise letter to USAO. | 0.30 | 210.00 |
| 08/04/21 | JAH | B190 | A104 | Call with J. Noe and Fieldwood Land re merger steps and BOEM filings. | 0.60 | 420.00 |
| 08/04/21 | JAH | B190 | A104 | Conference with J. Noe re BOEM Adjudication issues and plans. | 0.70 | 490.00 |
| 08/04/21 | JAH | B190 | A104 | Review draft Acknowledgment of Ownership document drafted by D. Hunter. | 0.50 | 350.00 |
| 08/04/21 | JAH | B190 | A104 | Participate in call with Fieldwood Land and consultant landmen (Seip and Morrison) re assistance with BOEM Adjudication filings. | 1.70 | 1,190.00 |
| 08/04/21 | JAH | B190 | A104 | Review draft DOI Settlement (.3); correspond re implications for INC appeals (.2). | 0.50 | 350.00 |
| 08/04/21 | POW | B240 | A108 | Review multiple miscellaneous emails. | 0.30 | 165.00 |
| 08/04/21 | POW | B240 | A108 | Review multiple emails regarding opinion. | 0.20 | 110.00 |
| 08/04/21 | POW | B240 | A104 | Review revised security agreement from T. Brennig. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review revised assignments from M. Davis. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review draft of Apache mortgage. | 0.50 | 275.00 |
| 08/04/21 | POW | B240 | A103 | Prepare comments to Apache mortgage. | 0.20 | 110.00 |
| 08/04/21 | POW | B240 | A104 | Review second lien opinion. | 0.20 | 110.00 |
| 08/04/21 | POW | B240 | A103 | Prepare comments to second lien opinion. | 0.20 | 110.00 |
| 08/04/21 | POW | B240 | A104 | Address issues about the UCC-3 addendum. | 0.20 | 110.00 |

045043.17820800.1098527                                                         Page 86

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/04/21 | POW | B240 | A104 | Review memorandum from M. Maloney regarding the effective timing of the whole structure for purposes of the notary issue. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A103 | Prepare email to Baldwin County regarding how to handle legal description on addendum. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A105 | Email C. Lanham and opinion team regarding additional notary issue and the effect on our opinion. | 0.50 | 275.00 |
| 08/04/21 | POW | B240 | A108 | Email co-counsel about whether there is any Alabama and Mississippi onshore property. | 0.20 | 110.00 |
| 08/04/21 | POW | B240 | A104 | Review email from R. Hunsaker regarding execution issue. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A108 | Circulate draft of first lien opinion. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review email with revised Apache loan agreement. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A106 | Email with M. Maloney and L. Smith regarding timing of signature. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A108 | Further email Baldwin County recording office. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review UCC-3 addendum instructions. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review email regarding notary date. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review revised assignment and bill of sale. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review revised UCC-3 amendment. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A109 | Participate in Apache call. | 0.50 | 275.00 |
| 08/04/21 | POW | B240 | A108 | Email regarding recording information. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A103 | Prepare comments to UCC-3 termination. | 0.10 | 55.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/04/21 | POW | B240 | A108 | Email regarding assignment and bill of sale. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review updated Apache checklist. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review revised Apache mortgage. | 0.30 | 165.00 |
| 08/04/21 | POW | B240 | A104 | Review emails regarding trustee. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review revised Apache mortgage. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review revised first lien amended and restated mortgage (.2); review second lien amended and restated mortgage (.2); review second lien primary mortgage (.2). | 0.60 | 330.00 |
| 08/04/21 | POW | B240 | A104 | Review online information regarding reference to instrument recording number for Baldwin County. | 0.20 | 110.00 |
| 08/04/21 | POW | B240 | A103 | Prepare memorandum to B. Conley with comments to the revised mortgages. | 0.20 | 110.00 |
| 08/04/21 | POW | B240 | A103 | Prepare memorandum with attachments to Baldwin County recording office with respect to the mortgages to be recorded and exemption from the mortgage recording tax. | 0.30 | 165.00 |
| 08/04/21 | POW | B240 | A104 | Review revised recharacterization release sent by M. Maloney. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review termination signature pages sent by B. Conley. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A103 | Prepare memorandum with attachments to the Mobile County recording office with respect to the mortgages to be recorded and exemption from the mortgage recording tax. | 0.20 | 110.00 |
| 08/04/21 | POW | B240 | A108 | Further emails with Baldwin | 0.10 | 55.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | County. | | |
| 08/04/21 | POW | B240 | A104 | Analyze revised opinion. | 0.60 | 330.00 |
| 08/04/21 | POW | B240 | A103 | Prepare comments to revised opinion. | 0.20 | 110.00 |
| 08/04/21 | POW | B240 | A104 | Review further revised second lien mortgages. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review emails from B. Conley regarding our opinion. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review further revised second lien opinion. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review revised Apache opinion. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A104 | Review emails with revised drafts of opinions. | 0.10 | 55.00 |
| 08/04/21 | POW | B240 | A109 | Participate in pre-closing call. | 0.20 | 110.00 |
| 08/04/21 | CMW | B420 | A104 | Continue review of P. Woodall's comments to the FLTL AL & MS Opinion Letter. | 0.80 | 536.00 |
| 08/04/21 | CMW | B420 | A103 | Revised FTL AL & MS Opinion Letter. | 2.10 | 1,407.00 |
| 08/04/21 | CMW | B420 | A105 | Discuss with Mr. Woodruff regarding issues with and responses to comments of P. Woodall to the FLTL AL & MS Opinion Letter. | 0.30 | 201.00 |
| 08/04/21 | CMW | B420 | A105 | Draft email correspondence to M. Davis, P. Woodall, and C. Woodruff delivering the revised FLTL AL & MS Opinion Letter for review. | 0.10 | 67.00 |
| 08/04/21 | CMW | B420 | A104 | Review P. Woodall's comments to the 04 August Draft of the FLTL AL & MS Opinion Letter. | 0.10 | 67.00 |
| 08/04/21 | CMW | B420 | A103 | Revise FLTL AL & MS Opinion Letter to address P. Woodall's comments to the 04 August Draft of the FLTL AL & MS Opinion Letter. | 0.10 | 67.00 |
| 08/04/21 | CMW | B420 | A105 | Draft email correspondence to | 0.10 | 67.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Messrs. Davis, Woodall, and Woodruff responding to Mr. Woodall's comments to the 04 August Draft of the FLTL AL & MS Opinion Letter. | | |
| 08/04/21 | CMW | B420 | A103 | Drafted Apache AL & MS Opinion Letter. | 2.00 | 1,340.00 |
| 08/04/21 | CMW | B420 | A105 | Draft email correspondence to M. Davis, P. Woodall, and C. Woodruff delivering the Apache AL & MS OPinion Letter for review. | 0.10 | 67.00 |
| 08/04/21 | CMW | B420 | A103 | Consider issues in connection with the SLTL AL & MS Opinion Letter. | 0.40 | 268.00 |
| 08/04/21 | CMW | B420 | A104 | Consider issues in connection with P. Woodall's comments to the Apache AL & MS Opinion Letter. | 0.30 | 201.00 |
| 08/04/21 | CMW | B420 | A103 | Revise Apache AL & MS Opinion Letter to address P. Woodall's comments. | 0.70 | 469.00 |
| 08/04/21 | CMW | B420 | A107 | Draft email correspondence to Mr. Conley delivering the Apache AL & MS Opinion Letter for review. | 0.10 | 67.00 |
| 08/04/21 | CMW | B420 | A104 | Consider opinion issues in connection with the Apache Mortgage. | 0.90 | 603.00 |
| 08/04/21 | CMW | B420 | A105 | Exchange email correspondences with M. Davis, P. Woodall, and C. Woodruff regarding issues with the execution and effectiveness of the mortgages. | 0.20 | 134.00 |
| 08/04/21 | MTD | B250 | A107 | Telephone conference with Apache working group regarding opinion issues. | 0.70 | 385.00 |
| 08/04/21 | MTD | B250 | A105 | Telephone conference with P. Woodall, B. Woodruff, and C. Wappel regarding opinion matters. | 0.40 | 220.00 |
| 08/04/21 | MTD | B250 | A105 | Exchange emails with P. | 0.50 | 275.00 |

045043.17820800.1098527                                                      Page 90

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Woodall, B. Woodruff, and C. Wappel regarding opinion issues. | | |
| 08/04/21 | MTD | B250 | A104 | Analyze revised releases, deeds of trust, and other loan documents. | 1.20 | 660.00 |
| 08/04/21 | MTD | B250 | A103 | Draft cover sheets for documents to be recorded in Mississippi. | 1.70 | 935.00 |
| 08/04/21 | MTD | B250 | A107 | Exchange emails with other counsel regarding revisions to documents and preparation for closing. | 1.00 | 550.00 |
| 08/04/21 | MTD | B250 | A103 | Revise opinion. | 0.50 | 275.00 |
| 08/04/21 | MTD | B250 | A107 | Telephone conference with working group regarding preparation for closing. | 0.40 | 220.00 |
| 08/04/21 | MTD | B250 | A107 | Revise assignment documents and description of MS onshore real property interests. | 0.80 | 440.00 |
| 08/04/21 | JN | B180 | A109 | Conference call with the client (Land Department) to discuss issues with the agency appointment letter. | 0.50 | 350.00 |
| 08/04/21 | JN | B180 | A109 | Participate in various calls with Solicitor for Department of Interior to discuss BOEM adjudication and settlement agreement with the government. | 1.80 | 1,260.00 |
| 08/04/21 | JN | B180 | A109 | Participate in conference call with Weil and counsel for Apache to discuss the closing of Fieldwood I transaction. | 0.50 | 350.00 |
| 08/04/21 | JN | B180 | A109 | Participate in standing Legal Working Group call with lawyers from the Department of Justice and the Department of Interior. | 0.60 | 420.00 |
| 08/04/21 | JN | B180 | A109 | Participate in standing conference call with advisors. | 0.70 | 490.00 |
| 08/04/21 | JN | B180 | A103 | Draft email to client regarding assembling exhibits to Settlement Agreement with the government. | 0.50 | 350.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/04/21 | JN | B180 | A109 | Conference call with the client to discuss the status of the negotiation of the INC Remediation Schedule with BSEE. | 0.40 | 280.00 |
| 08/04/21 | JN | B180 | A104 | Review comments to the Settlement Agreement with the government. | 0.40 | 280.00 |
| 08/04/21 | JN | B180 | A104 | Review further revised version of the NewCo Purchase and Sale Agreement. | 0.60 | 420.00 |
| 08/04/21 | JN | B180 | A109 | Conference call with secured lenders counsel to discuss BOEM Adjudication. | 0.40 | 280.00 |
| 08/04/21 | JN | B180 | A102 | Research requirement to have BOEM Qualification in order to close on the acquisition of oil andd gas properties. | 0.40 | 280.00 |
| 08/04/21 | JN | B180 | A102 | Research agency appointment regulations in response to question from the government. | 0.30 | 210.00 |
| 08/04/21 | JN | B180 | A103 | Review agency appointment letters. | 0.30 | 210.00 |
| 08/04/21 | JN | B180 | A103 | Draft email to Solicitor for the Department of Interior regarding regulatory requirement to include an Assignment and Bill of Sale or similar transactional document with the filing of the BOEM assignment forms. | 0.40 | 280.00 |
| 08/04/21 | JN | B180 | A103 | Drafte email communications with the client (T. Lamme) on status of Settlement Agreement negotiations. | 0.20 | 140.00 |
| 08/04/21 | JN | B180 | A104 | Review Steps-by-Step Memorandum for closing. | 0.30 | 210.00 |
| 08/04/21 | JN | B180 | A109 | Conference call with the client (M. Dane) regarding status of qualification of QuarterNorth Energy with BOEM. | 0.30 | 210.00 |
| 08/04/21 | JN | B180 | A109 | Conference call with the client (J. Smith) regarding BOEM | 0.40 | 280.00 |

045043.17820800.1098527                                                                Page 92

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Adjudication issues and the use of consultants to assist in the effort. | | |
| 08/04/21 | JN | B180 | A103 | Draft email to Solicitor with Department of Interior on moving certain properties from the abandonment schedule to Fieldwood I schedule. | 0.20 | 140.00 |
| 08/04/21 | JN | B180 | A104 | Review revised exhibits to Settlement Agreement with the government. | 0.60 | 420.00 |
| 08/04/21 | JN | B180 | A103 | Draft email to Solicitor with Department of Interior regarding status of INC Remediation Schedule negotiations between the government and Fieldwood. | 0.20 | 140.00 |
| 08/04/21 | JN | B180 | A103 | Revise Fieldwood default letter to be issued to the government. | 0.40 | 280.00 |
| 08/04/21 | JN | B180 | A103 | Draft email to secured lenders' counsel regarding call with Solicitor for Department of Interior regarding BOEM Adjudications issues. | 0.20 | 140.00 |
| 08/04/21 | JN | B180 | A103 | Draft email to BOEM Adjudication consultants regarding background of case and action items for BOEM Adjudication. | 0.30 | 210.00 |
| 08/04/21 | JN | B180 | A109 | Participate in pre-closing preparation call. | 0.30 | 210.00 |
| 08/04/21 | PFH | B110 | A105 | E mail to/from J. Hunter/J. Noe re letter to AUSAs. | 0.20 | 125.00 |
| 08/04/21 | ACR | B210 | A105 | Review email correspondence briefly outlining applicable law re reporting duties under CWA, BSEE, and similar law. | 0.20 | 56.00 |
| 08/04/21 | ACR | B210 | A105 | Review email correspondence from J. Hunter discussing need to review Fieldwood's nolo pros agreement and how the facts under investigation may (or may not) be affected by it. | 0.10 | 28.00 |
| 08/04/21 | GAR | B160 | A105 | Correspond with K. Johnson | 0.20 | 68.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | regarding remaining fee estimates from co-counsel to ensure proper information provided to reorganized debtors pursuant to plan. | | |
| 08/04/21 | KMJ | B110 | A108 | Correspond with Debtors' financial advisors for extended estimate of fees required for escrow under confirmed plan and review day rate calculations requested. | 1.00 | 500.00 |
| 08/04/21 | BPW | B420 | A105 | Correspond with C. Wappel, M. Davis and C. Woodall regarding draft opinions for Mississippi and Alabama with questions and issues presented by counsel for first lien lender, second lien lender, and Apache. | 1.40 | 665.00 |
| 08/04/21 | BPW | B420 | A104 | Review multiple revised drafts of first lien opinion and Apache opinion for Alabama and Mississippi properties and marked comments to same. | 1.60 | 760.00 |
| 08/04/21 | BPW | B420 | A103 | Work initial draft of second lien opinion letter for Alabama and Mississippi properties (1.6); review second lien mortgage in connection with same (.5). | 2.10 | 997.50 |
| 08/04/21 | BPW | B420 | A107 | Correspond with Weil team regarding drafts of first lien, second lien, and Apache opinions. | 0.70 | 332.50 |
| 08/05/21 | CMW | B420 | A104 | Review issues in connection with the comments of Apache's Counsel to the Apache AL & MS Opinion Letter. | 1.20 | 804.00 |
| 08/05/21 | CMW | B420 | A105 | Discuss with Mr. Lanham regarding requested opinion regarding the legal sufficiency of the property descriptions under Alabama law. | 0.20 | 134.00 |
| 08/05/21 | CMW | B420 | A105 | Exchange email correspondence with M. Davis, P. Woodall, and C. Woodruff regarding the issues with and responses to the comments of Apache's Counsel | 0.30 | 201.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | to the Apache AL & MS Opinion Letter. | | |
| 08/05/21 | CMW | B420 | A105 | Telephone conference with M. Davis, P. Woodall, and C. Woodruff regarding the responses to and actions to be taken with respect to the comments of Apache's Counsel to the Apache AL & MS Opinion Letter. | 0.40 | 268.00 |
| 08/05/21 | CMW | B420 | A103 | Revise Apache AL & MS Opinion Letter to address comments received from Apache's Counsel. | 0.30 | 201.00 |
| 08/05/21 | CMW | B420 | A104 | Consider opinion issues in connection with the Standby Loan Agreement. | 1.30 | 871.00 |
| 08/05/21 | MTD | B250 | A107 | Telephone conference with Apache working group regarding opinion issues. | 0.50 | 275.00 |
| 08/05/21 | MTD | B250 | A105 | Telephone conference with P. Woodall, B. Woodruff, and C. Wappel regarding opinion matters. | 0.50 | 275.00 |
| 08/05/21 | MTD | B250 | A105 | Exchange emails with P. Woodall, B. Woodruff, and C. Wappel regarding opinion issues. | 0.40 | 220.00 |
| 08/05/21 | MTD | B250 | A104 | Analyze revised deeds of trust and other loan documents. | 1.00 | 550.00 |
| 08/05/21 | MTD | B250 | A103 | Draft cover sheets for documents to be recorded in Mississippi. | 1.40 | 770.00 |
| 08/05/21 | MTD | B250 | A107 | Exchange emails with other counsel regarding revisions to documents and preparation for closing. | 1.00 | 550.00 |
| 08/05/21 | MTD | B250 | A104 | Analyze comments to opinion. | 0.20 | 110.00 |
| 08/05/21 | DMH | B230 | A104 | Memos to/from J. Noe, consultants, Jones Walker attorneys (.4); review BOEM reporting submissions re qualifications, other regulatory materials (BOEM, BSEE) (1.0). | 1.40 | 812.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/05/21 | JAH | B190 | A104 | Coordinate Adjudication Unit issues and filings. | 0.70 | 490.00 |
| 08/05/21 | JN | B180 | A109 | Conference call with Weil, secured lenders counsel, and the government to discuss BOEM Adjudication issues and timing of closing. | 0.70 | 490.00 |
| 08/05/21 | JN | B180 | A103 | Draft reply to Weil inquiry on the form of assignments that will be used for the assignments to Fieldwood IV. | 0.20 | 140.00 |
| 08/05/21 | JN | B180 | A104 | Review conversion documents from Texas Secretary of State. | 0.20 | 140.00 |
| 08/05/21 | JN | B180 | A104 | Review further revised Steps to Closing Memorandum. | 0.30 | 210.00 |
| 08/05/21 | JN | B180 | A103 | Draft transmittal email to government providing latest versions of the Default Letter (to the government) and BOEM memorandum regarding the treatment of the divisive mergers that will be filed in the Non-Required section of BOEM's records. | 0.20 | 140.00 |
| 08/05/21 | JN | B180 | A109 | Conference call with secured lenders counsel and BOEM Adjudication. | 0.50 | 350.00 |
| 08/05/21 | JN | B180 | A109 | Conference call with the client (J. Smith) to discuss BOEM Adjudication issues and agency appointments. | 0.30 | 210.00 |
| 08/05/21 | JN | B180 | A109 | Conference call with the client (G. Galloway) to discuss assembling Settlement Agreement with the government on the list of abandoned leases subject to the Transition Services. | 0.40 | 280.00 |
| 08/05/21 | JN | B180 | A103 | Draft email to Weil regarding timing of issuing agency appointments. | 0.20 | 140.00 |
| 08/05/21 | JN | B180 | A104 | Review revised version of the Settlement Agreement with the government. | 0.60 | 420.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/05/21 | JN | B180 | A109 | Conference call with the client (M. Dane and T. Lamme), lenders counsel and the lenders. | 0.60 | 420.00 |
| 08/05/21 | JN | B180 | A109 | Conference call with the client (M. Dane) to discuss timing of closing. | 0.40 | 280.00 |
| 08/05/21 | JN | B180 | A104 | Review closing documents and Jones Walker opinion letter regarding closing of Fieldwood I transaction. | 0.80 | 560.00 |
| 08/05/21 | JN | B180 | A103 | Respond to correspondence from Solicitor of the Department of Interior regarding outstanding BOEM Adjudication issues and timing of closing. | 1.20 | 840.00 |
| 08/05/21 | JN | B180 | A104 | Review assignment forms and designation of operator forms to be filed at closing. | 1.40 | 980.00 |
| 08/05/21 | JN | B180 | A103 | Revise exhibits to Settlement Agreement with the government. | 0.50 | 350.00 |
| 08/05/21 | JN | B180 | A104 | Review mortgage releases to be filed in Louisiana, Mississippi and Alabama. | 0.40 | 280.00 |
| 08/05/21 | JN | B180 | A109 | Conference call with secured lenders' counsel to discuss BOEM Adjudication issues and closing. | 0.70 | 490.00 |
| 08/05/21 | JN | B180 | A109 | Conference call with client (P. Eiland) to discuss current INC Remediation Schedule negotiated with BSEE. | 0.50 | 350.00 |
| 08/05/21 | JN | B180 | A104 | Review current draft of INC Remediation Schedule to be attached to Settlement Agreement with the government. | 0.40 | 280.00 |
| 08/05/21 | JN | B180 | A109 | Conference call with the Solicitor for the Department of Interior to discuss BOEM Adjudication issues and closing. | 0.40 | 280.00 |
| 08/05/21 | JN | B180 | A109 | Conference call with client (P. Eiland) to discuss INC Remediation Schedule for | 0.40 | 280.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Settlement Agreement with the government. | | |
| 08/05/21 | C L | B250 | A105 | Phone call with C. Wappel re opinions on AL law and issues with execution of the AL mortgages and recording of the same. | 0.50 | 217.50 |
| 08/05/21 | PFH | B110 | A107 | E mail Mr. Chester with information requested. | 0.10 | 62.50 |
| 08/05/21 | PFH | B110 | A107 | E mail Mr. Chester with information requested. | 0.10 | 62.50 |
| 08/05/21 | POW | B240 | A104 | Review revised Apache opinion from T. Brennig. | 0.40 | 220.00 |
| 08/05/21 | POW | B240 | A104 | Review further revised steps memorandum. | 0.10 | 55.00 |
| 08/05/21 | POW | B240 | A104 | Review email regarding name of preparer of instruments. | 0.10 | 55.00 |
| 08/05/21 | POW | B240 | A104 | Review further emails regarding affidavit and POM. | 0.10 | 55.00 |
| 08/05/21 | POW | B240 | A108 | Email regarding Apache opinion. | 0.10 | 55.00 |
| 08/05/21 | POW | B240 | A104 | Review email and attachments from L. Vinson with terminations. | 0.10 | 55.00 |
| 08/05/21 | POW | B240 | A103 | Prepare memorandum to opinion team. | 0.20 | 110.00 |
| 08/05/21 | POW | B240 | A104 | Review revised steps memorandum. | 0.10 | 55.00 |
| 08/05/21 | POW | B240 | A104 | Review email and attachment from L. Smith with updated affidavit of merger. | 0.10 | 55.00 |
| 08/05/21 | POW | B240 | A106 | Email B. Conley and A. Green. | 0.10 | 55.00 |
| 08/05/21 | POW | B240 | A104 | Review updated filing steps memorandum. | 0.20 | 110.00 |
| 08/05/21 | POW | B240 | A104 | Review email from S. Brown regarding information required on Alabama document. | 0.10 | 55.00 |
| 08/05/21 | POW | B240 | A104 | Review second affidavit for merger from L. Smith. | 0.10 | 55.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/05/21 | POW | B240 | A108 | Participate in pre-closing call. | 0.70 | 385.00 |
| 08/05/21 | POW | B240 | A108 | Call with opinion team regarding legal description issue. | 0.40 | 220.00 |
| 08/05/21 | POW | B240 | A103 | Prepare email to M. Maloney regarding opinion issues. | 0.10 | 55.00 |
| 08/05/21 | POW | B240 | A104 | Review series of emails from M. Maloney, L. Smith, B. Conley, S. Brown, B. Cupit, J. Thobae, and C. Nicholson. | 0.50 | 275.00 |
| 08/05/21 | POW | B240 | A106 | Email M. Davis regarding the legal opinion on legal description. | 0.10 | 55.00 |
| 08/05/21 | POW | B240 | A104 | Review further revised releases from B. Conley. | 0.10 | 55.00 |
| 08/05/21 | KMJ | B110 | A108 | Update day rate for extended closing estimates, including related correspondence to Debtors' financial advisors re same for required escrow estimates. | 0.60 | 300.00 |
| 08/05/21 | BPW | B420 | A104 | Receive comments from Apache's counsel to Jones Walker opinion on Mississippi and Alabama properties. | 0.90 | 427.50 |
| 08/05/21 | BPW | B420 | A105 | Correspond with Mr. Davis, C. Wappel, and P. Woodall regarding Apache counsel's comments to Jones Walker opinion for Alabama and Mississippi properties. | 1.40 | 665.00 |
| 08/05/21 | BPW | B420 | A104 | Review revised drafts of Apache Standby Loan Agreement and Security Agreement. | 0.70 | 332.50 |
| 08/06/21 | MTD | B250 | A104 | Analyze revised deeds of trust and other loan documents. | 0.70 | 385.00 |
| 08/06/21 | MTD | B250 | A104 | Analyze comments to opinions. | 0.50 | 275.00 |
| 08/06/21 | MTD | B250 | A107 | Telephone conference with working group regarding documents and closing status. | 0.20 | 110.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/06/21 | MTD | B250 | A105 | Exchange emails with P. Woodall, B. Woodruff, and C. Wappel regarding opinion issues. | 0.40 | 220.00 |
| 08/06/21 | MTD | B250 | A107 | Exchange emails with other counsel regarding revisions to documents and preparation for closing. | 1.00 | 550.00 |
| 08/06/21 | MTD | B250 | A105 | Telephone conference with P. Woodall, B. Woodruff, and C. Wappel regarding opinion matters. | 0.40 | 220.00 |
| 08/06/21 | MTD | B250 | A105 | Telephone conference with P. Woodall and C. Tatman regarding opinion matters and research regarding federal leases and legal descriptions. | 0.40 | 220.00 |
| 08/06/21 | MTD | B250 | A104 | Analyze comments to opinion. | 0.50 | 275.00 |
| 08/06/21 | MTD | B250 | A104 | Analyze revised affidavits, bills of sale, and collateral list. | 0.40 | 220.00 |
| 08/06/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) to discuss INC Remediation Schedule in advance of conference call with secured lenders' regulatory counsel. | 0.50 | 350.00 |
| 08/06/21 | JN | B180 | A109 | Conference call with secured lenders counsel and the client to discuss INC Remediation Schedule. | 0.70 | 490.00 |
| 08/06/21 | JN | B180 | A109 | Conference call with Weil to discuss status of BOEM Adjudication and Section 10.4 of the NewCo Purchase and Sale Agreement. | 0.20 | 140.00 |
| 08/06/21 | JN | B180 | A104 | Review comments to Settlement Agreement with the government provided by secured lenders counsel. | 0.40 | 280.00 |
| 08/06/21 | JN | B180 | A104 | Review further revised INC Remediation Schedule that will be an exhibit to the Settlement Agreement with the government. | 0.50 | 350.00 |

045043.17820800.1098527                                                                 Page 100

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/06/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) to discuss revised INC Remediation Schedule. | 0.50 | 350.00 |
| 08/06/21 | JN | B180 | A103 | Exchange emails with secured lenders' regulatory counsel regarding INC Remediation Schedule. | 0.30 | 210.00 |
| 08/06/21 | JN | B180 | A103 | Draft communication for Solicitor of the Department of the Interior regarding the draft Settlement Agreement and exhibits. | 0.40 | 280.00 |
| 08/06/21 | JN | B180 | A109 | Participate in conference call with Weil and secured lenders to discuss open items for closing. | 0.50 | 350.00 |
| 08/06/21 | JN | B180 | A109 | Participate in conference call with landman advisors regarding BOEM adjudication. | 0.50 | 350.00 |
| 08/06/21 | JN | B180 | A103 | Draft transmittal email to secured lenders counsel regarding revised INC Remediation Schedule. | 0.20 | 140.00 |
| 08/06/21 | JN | B180 | A102 | Reearch agency appointment and designated operator regulations for BOEM Adjudication. | 0.40 | 280.00 |
| 08/06/21 | JN | B180 | A109 | Conference call with the client (J. Smith) to discuss the use of landman consultants to accomplish BOEM Adjudication. | 0.40 | 280.00 |
| 08/06/21 | JN | B180 | A103 | Revise exhibits to Settlement Agreement with the government. | 0.40 | 280.00 |
| 08/06/21 | JN | B180 | A103 | Draft email to Weil regarding timing and sequencing of BOEM Adjudication issues following closing. | 0.30 | 210.00 |
| 08/06/21 | JN | B180 | A109 | Conference call with Solicitor for Department of Interior and secured lenders' regulatory counsel to discuss the potential abandonment of GC 201. | 0.30 | 210.00 |
| 08/06/21 | JN | B180 | A109 | Conference call with BOEM Adjudication and Solicitor for Department of Interior. | 0.50 | 350.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/06/21 | JN | B180 | A104 | Review second lien mortgage release documents. | 0.40 | 280.00 |
| 08/06/21 | JN | B180 | A104 | Review letter to U.S. Attorney for Eastern District of Louisiana regarding appointment of Filedwood III as successor under Non-Prosecution Agreement. | 0.20 | 140.00 |
| 08/06/21 | JAH | B190 | A104 | Coordinate BOEM Adjudication matters. | 1.40 | 980.00 |
| 08/06/21 | JAH | B190 | A104 | Conference with S. Dicharry re debarment brief. | 0.10 | 70.00 |
| 08/06/21 | JAH | B190 | A104 | Correspond re letter to USAO. | 0.10 | 70.00 |
| 08/06/21 | JAH | B190 | A104 | Correspond re INC appeals. | 0.10 | 70.00 |
| 08/06/21 | JAH | B190 | A104 | Correspond re agency appointments. | 0.20 | 140.00 |
| 08/06/21 | CMW | B420 | A105 | Discuss with B. Woodruff regarding issues with and steps for addressing the comments and anticipated comments to the FLTL AL & MS Opinion Letter, SLTL AL & MS Opinion Letter, and the Apache AL & MS Opinion Letter. | 0.40 | 268.00 |
| 08/06/21 | CMW | B420 | A105 | Telephone conference with to M. Davis, P. Woodall, and B. Woodruff regarding issues with, responding to, research needed to address the comments and anticipated comments to the FLTL AL & MS Opinion Letter, SLTL AL & MS Opinion Letter, and the Apache AL & MS Opinion Letter. | 0.60 | 402.00 |
| 08/06/21 | CMW | B420 | A104 | Consider issues in connection with the comments of Agent's Counsel to the FLTL AL & MS Opinion Letter. | 1.00 | 670.00 |
| 08/06/21 | SYD | B190 | A101 | Participate in call with consultants regarding required filings. | 0.50 | 230.00 |
| 08/06/21 | DMH | B230 | A104 | Memos to/from J. Noe, other | 4.30 | 2,494.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Jones Walker attorneys, consultants, re operatorship issues (.6); draft consultant agreements (1.6); discuss with Jones Walker attorneys (.4); discuss with Fieldwood Land, Consultants (.3); review schedule of Leases, ROWs, consents re transfer to QuarterNorth (.6); discuss with Mr. Seip re DOOs (.5); memos to/from Fieldwood re DOOs (.3). | | |
| 08/06/21 | CU | B420 | A104 | Analyze Order granting Joint Motion to Suspend Appeal with respect to IBLA-2021-0305. | 0.30 | 135.00 |
| 08/06/21 | PFH | B110 | A105 | Email from/to J. Noe re date of bankruptcy closing and impact on letter to AUSA. | 0.20 | 125.00 |
| 08/06/21 | PFH | B110 | A105 | Email from S. Peca re bankruptcy closing. | 0.10 | 62.50 |
| 08/06/21 | GAR | B160 | A104 | Review docket to determine whether notice of the effective date has occurred in anticipation of filing Jones Walker's final fee application. | 0.30 | 102.00 |
| 08/06/21 | POW | B240 | A106 | Emai M. Davis and B. Conley with opinion issues. | 0.20 | 110.00 |
| 08/06/21 | POW | B240 | A104 | Review email from S. Peca. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A108 | Email S. Brown regarding mortgage recording. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A104 | Review markup of Liskow's opinion by V&E. | 0.20 | 110.00 |
| 08/06/21 | POW | B240 | A104 | Review miscellaneous emails. | 0.30 | 165.00 |
| 08/06/21 | POW | B240 | A104 | Review emails with revised loan agreement and security agreement and send same to opinion team. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A104 | Review email and attachments regarding mortgage releases from M. Maloney. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A104 | Work on legal sufficiency opinion | 0.20 | 110.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | issues. | | |
| 08/06/21 | POW | B240 | A104 | Review Apache's comments to Liskow opinion, circulating internal comments regarding same. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A104 | Review memorandum from B. Cupit with listing of open items. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A104 | Review updated legal descriptions sent by M. Davis in relation to sufficiency opinion. | 0.20 | 110.00 |
| 08/06/21 | POW | B240 | A104 | Respond to emails regarding opinion. | 0.20 | 110.00 |
| 08/06/21 | POW | B240 | A104 | Analyze email string between L. Smith and M. Maloney regarding opinion issues. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A104 | Review updates from B. Conley. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A109 | Participate in pre-closing call. | 0.20 | 110.00 |
| 08/06/21 | POW | B240 | A108 | Multiple emails regarding opinion. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A109 | Conference call with opinion team. | 0.60 | 330.00 |
| 08/06/21 | POW | B240 | A105 | Correspond with W. Terry regarding research project for opinion. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A104 | Review email with cover sheets for mortgages. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A104 | Review updated legal description from T. Hough. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A103 | Prepare follow-up memorandum to Baldwin County regarding recording. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A103 | Prepare follow-up memorandum to Mobile County regarding recording. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A104 | Review further revised partial and full releases from M. Maloney. | 0.20 | 110.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/06/21 | POW | B240 | A104 | Review updated steps memorandum from R. Riles. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A102 | Research Alabama law on sufficiency of legal description for opinion letter. | 1.30 | 715.00 |
| 08/06/21 | POW | B240 | A108 | Conference call with M. Davis and C. Tatman regarding research project for MS and AL. | 0.30 | 165.00 |
| 08/06/21 | POW | B240 | A103 | Prepare two memoranda to opinion team. | 0.20 | 110.00 |
| 08/06/21 | POW | B240 | A108 | Further email Baldwin County to send same to S. Brown. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A104 | Review further mark-up of Liskow opinion and send response to M. Maloney. | 0.20 | 110.00 |
| 08/06/21 | POW | B240 | A104 | Review further revisions to Liskow opinion and circulate to the opinion team. | 0.10 | 55.00 |
| 08/06/21 | POW | B240 | A104 | Respond to email memorandum from Mobile County and forward same to S. Brown. | 0.10 | 55.00 |
| 08/06/21 | GAR | B160 | A105 | Correspond with J. Now regarding expected emergence from chapter 11. | 0.10 | 34.00 |
| 08/06/21 | ACT | B250 | A103 | Research regarding definition of suffienent legal description per the Mississippi Oil & Gas Statutes and in case law. | 1.30 | 513.50 |
| 08/06/21 | BPW | B420 | A105 | Correspond with Jones Walker team regarding Apache's comments to Jones Walker opinion for Alabama and Mississippi properties (.9); correspond with Jones Walker team regarding research under Mississippi and Alabama law regarding sufficiency of legal descriptions for offshore continental shelf mortgages (.8); calls with Jones Walker team regarding Apache's comments to Jones Walker opinion for Alabama and Mississippi properties (.6). | 2.30 | 1,092.50 |

045043.17820800.1098527

Page 105

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/06/21 | BPW | B420 | A104 | Review updated legal descriptions for deeds of trust (.4); review VE's comments to second lien Jones Walker opinion on Mississippi and Alabama properties (.9); review research on legally sufficient property descriptions for properties on outer continental shelf (.9); review revised Apache standby loan agreement (.2). | 2.40 | 1,140.00 |
| 08/06/21 | CAT | B250 | A105 | Communicate with co-counsel regarding OCSLA, federal offshore leases, research. | 0.40 | 112.00 |
| 08/07/21 | CMW | B420 | A105 | Telephone conference with B. Woodruff regarding Ms. Tatman's research results and the impact of the same on the responses to the comments to the opinion letters, issues with and responses to the comments to the FLTL AL & MS Opinion Letter, and the appropriate revisions to the opinion letters. | 0.70 | 469.00 |
| 08/07/21 | CMW | B420 | A103 | Revise SLTL AL & MS Opinion Letter. | 0.30 | 201.00 |
| 08/07/21 | CMW | B420 | A105 | Draft email correspondence to M. Davis, P. Woodall, and B. Woodruff delivering revised drafts of the FLTL AL & MS Opinion Letter and Apache AL & MS Opinion Letter for review. | 0.10 | 67.00 |
| 08/07/21 | CMW | B420 | A103 | Revise FLTL AL & MS Opinion Letter in response to comments received. | 0.80 | 536.00 |
| 08/07/21 | CMW | B420 | A103 | Revise Apache AL & MS Opinion Letter in response to comments received. | 0.50 | 335.00 |
| 08/07/21 | JAH | B190 | A104 | Correspond re BOEM Adjudication Unit issues and Solicitor's Office contacts. | 0.20 | 140.00 |
| 08/07/21 | MTD | B250 | A104 | Analyze revised opinion. | 0.20 | 110.00 |
| 08/07/21 | MTD | B250 | A105 | Exchange emails with P. Woodall, C. Wappel, B. | 0.20 | 110.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Woodruff, and C. Tatman regarding research and opinion issues. | | |
| 08/07/21 | MTD | B250 | A104 | Analyze revised deeds of trust. | 0.20 | 110.00 |
| 08/07/21 | JN | B180 | A103 | Draft email to client regarding instructions from BOEM regarding agency letters and schedules to assignments. | 0.20 | 140.00 |
| 08/07/21 | JN | B180 | A104 | Review draft Designation of Operatorship forms for QuarterNorth Energy. | 0.40 | 280.00 |
| 08/07/21 | JN | B180 | A109 | Conference call with Davis Polk regarding side letter with U.S. Attorney for the Eastern District regarding Non-Prosecution Agreement. | 0.20 | 140.00 |
| 08/07/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) regarding INC Remediation Schedule. | 0.40 | 280.00 |
| 08/07/21 | POW | B240 | A106 | Emails with the opinion team. | 0.10 | 55.00 |
| 08/07/21 | POW | B240 | A104 | Review miscellaneous emails. | 0.10 | 55.00 |
| 08/07/21 | POW | B240 | A104 | Review revised legal descriptions. | 0.10 | 55.00 |
| 08/07/21 | POW | B240 | A104 | Review revised release. | 0.10 | 55.00 |
| 08/07/21 | POW | B240 | A108 | Multiple emails regarding mortgage release. | 0.20 | 110.00 |
| 08/07/21 | POW | B240 | A104 | Review updated closing checklist. | 0.10 | 55.00 |
| 08/07/21 | POW | B240 | A103 | Prepare comments to revised release to M. Maloney. | 0.10 | 55.00 |
| 08/07/21 | POW | B240 | A104 | Analyze revisions to FLTL opinion from Vinson & Elkins. | 0.50 | 275.00 |
| 08/07/21 | POW | B240 | A103 | Prepare memorandum regarding the V&E comments to the FLTL opinion. | 0.20 | 110.00 |
| 08/07/21 | POW | B240 | A104 | Confirm the use of plural versus singular of defined terms in the mortgages. | 0.10 | 55.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/07/21 | POW | B240 | A103 | Prepare memorandum to B. Conley and M. Maloney regarding discrepancies in mortgages. | 0.10 | 55.00 |
| 08/07/21 | BPW | B420 | A105 | Correspond with Jones Walker team regarding comments to First Lien and Apache Alabama and Mississippi opinion letter and proposed responses to same (.7); correspond regarding research of sufficiency of legal descriptions related to offshore properties under Alabama and Mississippi laws (.5). | 1.20 | 570.00 |
| 08/07/21 | BPW | B420 | A104 | Review research under Alabama and Mississippi laws related to sufficiency of legal description for purposes of offshore properties (.7); review revised draft Alabama and Mississippi First Lien and Apache JW opinions, providing comments to same (1.2). | 1.90 | 902.50 |
| 08/07/21 | CAT | B250 | A102 | Research Alabama, Mississippi case law regarding OCSLA, federal offshore leases. | 2.00 | 560.00 |
| 08/08/21 | SYD | B190 | A101 | Debarment Matter - outline response to government's letter. | 0.70 | 322.00 |
| 08/08/21 | CMW | B420 | A104 | Consider issues in connection with P. Woodall's comments to the FLTL AL & MS Opinion Letter and the Apache AL & MS Opinion Letter. | 0.30 | 201.00 |
| 08/08/21 | CMW | B420 | A103 | Revise FLTL AL & MS Opinion Letter to address P. Woodall's comments. | 0.20 | 134.00 |
| 08/08/21 | CMW | B420 | A105 | Exchange email correspondences with B. Woodruff regarding the P. Woodall's comments to the FLTL AL & MS Opinion Letter and the Apache AL & MS Opinion Letter. | 0.20 | 134.00 |
| 08/08/21 | PFH | B110 | A107 | E mail T. Lamme/Ms. Tsiouris/J. Noe re "side agreement" (.3); call with J. Noe re same (.3). | 0.60 | 375.00 |

045043.17820800.1098527                                                    Page 108

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/08/21 | POW | B240 | A104 | Review revised FLTL opinion from C. Wappell. | 0.30 | 165.00 |
| 08/08/21 | POW | B240 | A103 | Prepare comments to revised FLTL opinion. | 0.20 | 110.00 |
| 08/08/21 | POW | B240 | A104 | Review revised Apache opinion from C. Wappell. | 0.30 | 165.00 |
| 08/08/21 | POW | B240 | A103 | Prepare comments to revised Apache opinion. | 0.20 | 110.00 |
| 08/08/21 | JN | B180 | A104 | Review Texas entity conversion documents. | 0.20 | 140.00 |
| 08/08/21 | JN | B180 | A103 | Revise BOEM Adjudication Steps Memorandum. | 0.30 | 210.00 |
| 08/08/21 | JN | B180 | A109 | Conference call with Weil to discuss lenders proposed modifications to the NewCo Purchase and Sale Agreement. | 0.30 | 210.00 |
| 08/08/21 | JN | B180 | A104 | Review lenders proposed changes to NewCo Purchase and Sale Agreement. | 0.50 | 350.00 |
| 08/08/21 | JN | B180 | A103 | Draft email to secured lenders counsel regarding successor liability on Non-Prosecution Agreement. | 0.30 | 210.00 |
| 08/08/21 | JN | B180 | A105 | Conference call with M. Magner regarding successor liability on Non-Prosecution Agreement. | 0.20 | 140.00 |
| 08/08/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) to discuss INC Remediation Schedule. | 0.40 | 280.00 |
| 08/08/21 | JN | B180 | A104 | Review revised version of Closing Steps Memorandum. | 0.30 | 210.00 |
| 08/08/21 | BPW | B420 | A103 | Work on revised drafts of First Lien and Apache opinion letters for Mississippi and Alabama. | 0.90 | 427.50 |
| 08/08/21 | BPW | B420 | A107 | Correspond with V&E team and HAK teams regarding revised drafts of First Lien and Apache opinion letters for Mississippi and Alabama and distributed revised | 0.50 | 237.50 |

045043.17820800.1098527                                                      Page 109

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | drafts of same. | | |
| 08/08/21 | BPW | B420 | A105 | Correspond with Jones Walker team regarding V&E and Apache comments to First Lien and Apache opinion letters for Mississippi and Alabama and proposed responses to same. | 1.10 | 522.50 |
| 08/08/21 | MWM | B190 | A104 | Multiple telephone conversation and correspondence re successor liability issue. | 1.70 | 884.00 |
| 08/09/21 | SYD | B190 | A101 | Debarment -- continue drafting outline for response to government's submission. | 1.60 | 736.00 |
| 08/09/21 | MTD | B250 | A105 | Telephone conference with P. Woodall and B. Woodruff regarding opinion matters, choice of law, federal leases, and legal descriptions. | 0.30 | 165.00 |
| 08/09/21 | MTD | B250 | A105 | Exchange emails with P. Woodall, B. Woodruff, and C. Wappel regarding opinion issues. | 0.30 | 165.00 |
| 08/09/21 | MTD | B250 | A104 | Analyze revised deeds of trust and other loan documents. | 0.40 | 220.00 |
| 08/09/21 | MTD | B250 | A104 | Analyze comments to opinion. | 0.30 | 165.00 |
| 08/09/21 | MTD | B250 | A107 | Exchange emails with other counsel regarding revisions to documents and preparation for closing. | 0.30 | 165.00 |
| 08/09/21 | DMH | B230 | A104 | Review draft DOOs re conveyances to Quarternorth, DOOs relating to other properties (1.6); conference call with Fieldwood re completion of DOOs, process (.4); review schedule prepared by lender's counsel (.2). | 2.20 | 1,276.00 |
| 08/09/21 | JAH | B190 | A104 | Coordinate Adjudication Unit issues. | 0.50 | 350.00 |
| 08/09/21 | JAH | B190 | A104 | Correspond re letter to USAO. | 0.20 | 140.00 |
| 08/09/21 | JAH | B190 | A104 | Revise memo re witness | 1.30 | 910.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | interviews in regulatory compliance matter. | | |
| 08/09/21 | CU | B420 | A104 | Further analyze Joint Motion to Suspend IBLA-2021-0306. | 0.30 | 135.00 |
| 08/09/21 | CMW | B420 | A104 | Consider issues in connection with comments to the SLTL AL & MS Opinion Letter. | 0.90 | 603.00 |
| 08/09/21 | CMW | B420 | A105 | Discuss with B. Woodruff regarding issues with and responses to comments to SLTL AL & MS Opinion Letter. | 0.60 | 402.00 |
| 08/09/21 | CMW | B420 | A103 | Revise SLTL AL & MS Opinion Letter. | 1.90 | 1,273.00 |
| 08/09/21 | CMW | B420 | A105 | Exchange email correspondences with M. Davis, P. Woodall, and B. Woodruff regarding issues with and responses to comments to SLTL AL & MS Opinion Letter. | 0.40 | 268.00 |
| 08/09/21 | CMW | B420 | A105 | Telephone conference with M. Davis and B. Woodruff regarding revisions to the Mississippi components to the SLTL AL & MS Opinion Letter to address the comments. | 0.30 | 201.00 |
| 08/09/21 | CMW | B420 | A105 | Telephone conference with K. Johnson and B. Woodruff regarding authorizations under the Plan with respect to the Second Lien Loan Documents. | 0.20 | 134.00 |
| 08/09/21 | CMW | B420 | A105 | Draft email correspondence to M. Davis, P. Woodall, and B. Woodruff delivering the revised SLTL AL & MS Opinion Letter for review. | 0.10 | 67.00 |
| 08/09/21 | PFH | B110 | A107 | Email Ms. Tsiouris/Mr. Carlson/M. Magner/J. Noe/T. Lamme/Mr. Hayne re letter to AUSA (.6); email Mr. Pera/M. Magner/J. Noe re letter to AUSA (.4). | 1.00 | 625.00 |
| 08/09/21 | POW | B240 | A108 | Email with the opinion team. | 0.10 | 55.00 |
| 08/09/21 | POW | B240 | A104 | Review revised Apache opinion | 0.10 | 55.00 |

045043.17820800.1098527                                                    Page 111

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | externally circulated for review. | | |
| 08/09/21 | POW | B240 | A104 | Review revised first lien opinion externally circulated for review. | 0.10 | 55.00 |
| 08/09/21 | POW | B240 | A104 | Review emails and attachments with updated legal descriptions. | 0.10 | 55.00 |
| 08/09/21 | POW | B240 | A104 | Review draft of the agency letter circulated by S. Peca. | 0.10 | 55.00 |
| 08/09/21 | POW | B240 | A104 | Review miscellaneous emails. | 0.20 | 110.00 |
| 08/09/21 | POW | B240 | A104 | Review both revised affidavits to be recorded of record to reflect allocation of assets by reason of merger. | 0.30 | 165.00 |
| 08/09/21 | POW | B240 | A104 | Review all four revised mortgages. | 0.60 | 330.00 |
| 08/09/21 | POW | B240 | A104 | Review multiple emails regarding Weil opinion. | 0.10 | 55.00 |
| 08/09/21 | POW | B240 | A104 | Analyze proposed revisions to second lien opinion. | 0.40 | 220.00 |
| 08/09/21 | POW | B240 | A103 | Prepare memorandum regarding comments to second lien as to recording tax issue. | 0.30 | 165.00 |
| 08/09/21 | POW | B240 | A104 | Review updated closing checklist. | 0.10 | 55.00 |
| 08/09/21 | POW | B240 | A103 | Prepare comments to revised opinion as to choice of law issue. | 0.20 | 110.00 |
| 08/09/21 | POW | B240 | A104 | Review memorandum from B. Woodruff to K. Johnson. | 0.10 | 55.00 |
| 08/09/21 | POW | B240 | A103 | Prepare memorandum with language from order. | 0.20 | 110.00 |
| 08/09/21 | POW | B240 | A104 | Review memorandum from B. Woodruff regarding opinion issues on second lien opinion. | 0.10 | 55.00 |
| 08/09/21 | POW | B240 | A104 | Locate plan to send with memorandum to the opinion team. | 0.20 | 110.00 |
| 08/09/21 | POW | B240 | A104 | Review email from V. Nemunaitis and follow-up emails regarding | 0.10 | 55.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | the discrepancy issue. | | |
| 08/09/21 | POW | B240 | A103 | Prepare memorandum to the opinion team regarding the plural/singular discrepancies. | 0.10 | 55.00 |
| 08/09/21 | POW | B240 | A104 | Review revised internal draft of second lien opinion sent from C. Wappell. | 0.40 | 220.00 |
| 08/09/21 | POW | B240 | A103 | Prepare final comments on second lien opinion. | 0.10 | 55.00 |
| 08/09/21 | POW | B240 | A104 | Review email with revised draft second lien opinion sent out externally by B. Woodruff. | 0.10 | 55.00 |
| 08/09/21 | MWM | B190 | A104 | Multiple telephone conversation and correspondence re successor liability issue. | 1.70 | 884.00 |
| 08/09/21 | GAR | B160 | A103 | Draft certificates of no objection for Jones Walker's second and third interim fee applications, including review of docket for objections and preparation of corresponding order. | 1.20 | 408.00 |
| 08/09/21 | GAR | B160 | A105 | Correspond with K. Johnson and J. Noe regarding certificates of no objection for Jones Walker's second and third interim fee applications to determine next steps. | 0.20 | 68.00 |
| 08/09/21 | GAR | B160 | A104 | Review updated complex procedures to determine new procedures for certificates of no objection to ensure compliance with same for certificates of no objection for Jones Walker's second and third interim fee applications. | 0.50 | 170.00 |
| 08/09/21 | GAR | B160 | A104 | Review order in aid of implementation of the plan to determine whether any information regarding the effective date is included for timing of Jones Walker's final fee application. | 0.30 | 102.00 |
| 08/09/21 | KMJ | B110 | A105 | Telephone conferences and related emails with B. Woodruff | 1.00 | 500.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | and P. Woodall re opinion letter language and confirmation order requirements for closing and review multiple emails re closing status. | | |
| 08/09/21 | JN | B180 | A109 | Conference call with secured lenders counsel to discuss notice letter to U.S. Attorney regarding successor under the Non-Prosecution Agreement. | 0.50 | 350.00 |
| 08/09/21 | JN | B180 | A103 | Revise notice letter to U.S. Attorney for the Eastern District of Louisiana regarding successor for purposes of Non-Prosecution Agreement. | 0.50 | 350.00 |
| 08/09/21 | JN | B180 | A109 | Conference with BOEM Adjudication consultants and the client's Land Department to discuss adjudication process. | 0.50 | 350.00 |
| 08/09/21 | JN | B180 | A104 | Review further revised version of the NewCo Purchase and Sale Agreement. | 0.60 | 420.00 |
| 08/09/21 | JN | B180 | A104 | Review revised schedules to NewCo Purchase and Sale Agreement. | 0.60 | 420.00 |
| 08/09/21 | JN | B180 | A103 | Revise Section 10.4 of the NewCo Purchase and Sale Agreement. | 0.70 | 490.00 |
| 08/09/21 | JN | B180 | A109 | Conference call with the client (J. Smith) to discuss BOEM Adjudication issues. | 0.40 | 280.00 |
| 08/09/21 | JN | B180 | A109 | Conference call with Weil to discuss status of settlement agreement with the government and notice letter under the Non-Prosecution Agreement. | 0.50 | 350.00 |
| 08/09/21 | JN | B180 | A109 | Conference call with lawyers from the Department of Justice and Department of the Interior regarding settlement agreement with the government. | 0.50 | 350.00 |
| 08/09/21 | JN | B180 | A109 | Participate in conference call with the client (G. Mitchell and P. Eiland) to discuss INC | 0.70 | 490.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Remediation Schedule. | | |
| 08/09/21 | JN | B180 | A109 | Participate in standing call with Davis Polk to discuss status of closing. | 0.60 | 420.00 |
| 08/09/21 | JN | B180 | A104 | Review revised notice letter to U.S. Attorney office regarding Non-Prosecution Agreement successor. | 0.30 | 210.00 |
| 08/09/21 | JN | B180 | A103 | Draft email responding to potential abandonment of GC 201. | 0.20 | 140.00 |
| 08/09/21 | BPW | B420 | A105 | Multiple calls and correspondence with P. Woodall, M. Davis, and C. Wappel regarding G. Arata's comments to second lien Mississippi and Alabama opinion and potential revisions to same. | 1.80 | 855.00 |
| 08/09/21 | BPW | B420 | A107 | Multiple correspondence with Weil team regarding comments to first lien, second lien, and Apache Mississippi and Alabama opinions. | 0.60 | 285.00 |
| 08/09/21 | BPW | B420 | A104 | Review G. Arata's comments to second lien Mississippi and Alabama opinion. | 0.90 | 427.50 |
| 08/09/21 | BPW | B420 | A104 | Review bankruptcy plan regarding G. Arata's comments to second lien opinion related to QuarterNorth's status under the plan. | 1.10 | 522.50 |
| 08/09/21 | BPW | B420 | A104 | Review revised draft of second lien Mississippi and Alabama opinion to address G. Arata's comments. | 0.70 | 332.50 |
| 08/09/21 | BPW | B420 | A107 | Correspond with G. Arata regarding comments to second lien Mississippi and Alabama opinion to distribute revised draft of same. | 0.40 | 190.00 |
| 08/10/21 | PFH | B110 | A107 | Call with Ms. Tsioulis/Ms. Liou/Mr. Pera/Mr. Carson/Ms. Cynthia/J. Noe/M. Magner re notification to AUSA and | 0.70 | 437.50 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | revisions to notice letter (.5); call with M. Magner re follow up (.2). | | |
| 08/10/21 | PFH | B110 | A106 | Email R. Sergesketter and D. Ballard re follow up on compliance issues. | 0.10 | 62.50 |
| 08/10/21 | MTD | B250 | A105 | Exchange emails with P. Woodall, B. Woodruff, and C. Wappel regarding opinion issues. | 0.30 | 165.00 |
| 08/10/21 | MTD | B250 | A105 | Telephone conference with C. Wappel and B. Woodruff regarding opinion matters, qualification to do business. | 0.20 | 110.00 |
| 08/10/21 | MTD | B250 | A104 | Analyze comments to opinion. | 0.20 | 110.00 |
| 08/10/21 | MTD | B250 | A105 | Conference with A. Taylor regarding qualification to do business and opinion issues. | 0.20 | 110.00 |
| 08/10/21 | DMH | B230 | A104 | Prepare memos to/from Consultants, Fieldwood re Quarternorth DOOs, outstanding information (.3); review schedule of Lease interests re required DOOs (.3). | 0.60 | 348.00 |
| 08/10/21 | JAH | B190 | A104 | Correspond re additional interviews for compliance investigation. | 0.30 | 210.00 |
| 08/10/21 | JAH | B190 | A104 | Revise memorandum summarizing witness interview in compliance investigation. | 0.50 | 350.00 |
| 08/10/21 | JAH | B190 | A104 | Comment on outline of Debarment Reply brief. | 0.20 | 140.00 |
| 08/10/21 | JAH | B190 | A104 | Review stipulation re Atlantic lien cases. | 0.10 | 70.00 |
| 08/10/21 | JAH | B190 | A104 | Correspond with Solicitor's Office re Eugene Island 342 appeal. | 0.10 | 70.00 |
| 08/10/21 | JAH | B190 | A104 | Conference with J. Noe re DOI settlement. | 0.30 | 210.00 |
| 08/10/21 | PFH | B110 | A104 | Communicate with J. Noe re judge will issue an order re successor. | 0.10 | 62.50 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/10/21 | PFH | B110 | A104 | Analyze information provided by D. Ballard re control of work policies. | 0.30 | 187.50 |
| 08/10/21 | PFH | B110 | A104 | Email D. Ballard/J. Hunter re determining date of incident and location of notes. | 0.20 | 125.00 |
| 08/10/21 | POW | B240 | A104 | Review requested additional opinion. | 0.10 | 55.00 |
| 08/10/21 | POW | B240 | A103 | Prepare memorandum regarding additional opinion. | 0.10 | 55.00 |
| 08/10/21 | POW | B240 | A104 | Review miscellaneous emails. | 0.10 | 55.00 |
| 08/10/21 | POW | B240 | A108 | Telephone call from C. Wappell and B. Woodruff regarding opinion letter. | 0.10 | 55.00 |
| 08/10/21 | POW | B240 | A103 | Prepare detailed memorandum regarding opinion on qualification to do business in Alabama by mortgagee. | 0.30 | 165.00 |
| 08/10/21 | CMW | B420 | A104 | Considered issue in connection with, preparing responses to additional comments and requests for opinions, the SLTL AL & MS Opinion Letter. | 0.30 | 201.00 |
| 08/10/21 | CMW | B420 | A105 | Discuss with M. Davis, P. Woodall, and B. Woodruff regarding issues with and form of no qualification opinions. | 0.60 | 402.00 |
| 08/10/21 | CMW | B420 | A107 | Telephone conference with Ms. Welsh regarding responses to comments to SLTL AL & MS Opinion Letter and the issues with the requested no qualification opinions. | 0.20 | 134.00 |
| 08/10/21 | ACT | B250 | A103 | Research opinion issue related to the licensing of a lender in Mississippi, including drafting language to address the issue in opinion and providing Mississippi Statute addressing such licensing issue. | 0.90 | 355.50 |
| 08/10/21 | GAR | B160 | A104 | Review docket to determine whether notice of the effective | 0.20 | 68.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | date has occurred in anticipation of filing Jones Walker's final fee application (.1); update K. Johnson regarding same (.1). | | |
| 08/10/21 | GAR | B160 | A103 | Finalize certificates of no objection for Jones Walker's second and third interim fee applications to ensure compliance with the local rules and complex procedures. | 0.50 | 170.00 |
| 08/10/21 | GAR | B160 | A107 | Correspond with H. James regarding finalized certificates of no objection for Jones Walker's second and third interim fee applications. | 0.20 | 68.00 |
| 08/10/21 | GAR | B160 | A105 | Correspond with K. Johnson and J. Noe regarding finalized certificates of no objection for Jones Walker's second and third interim fee applications. | 0.20 | 68.00 |
| 08/10/21 | KMJ | B110 | A104 | Revise certificates of no objection and related pleadings on second and third fee application, including related correspondence with G. Ramirez. | 0.60 | 300.00 |
| 08/10/21 | JN | B180 | A109 | Participate in conference call with BSEE, the Department of Justice, the Department of Interior, Weil and counsel for secured lenders to discuss INC Remediation Schedule. | 0.60 | 420.00 |
| 08/10/21 | JN | B180 | A109 | Conference call with counsel with secured lenders to discuss closing. | 0.40 | 280.00 |
| 08/10/21 | JN | B180 | A109 | Conference call with secured lenders counsel to discuss successor liability under Non-Prosecution Agreement. | 0.40 | 280.00 |
| 08/10/21 | JN | B180 | A109 | Conference call with Weil and secured lenders counsel to discuss status of INC Remediation Schedule. | 0.50 | 350.00 |
| 08/10/21 | JN | B180 | A109 | Conference call with Fieldwood Operational personnel to discuss | 1.30 | 910.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | INC Remediation Schedule. | | |
| 08/10/21 | JN | B180 | A109 | Conference call with Weil and secured lenders counsel to discuss next steps and timing of closing. | 0.50 | 350.00 |
| 08/10/21 | JN | B180 | A109 | Conference call with the client (M. Dane) to discuss status of INC Remediations Schedule negotiations with the government. | 0.40 | 280.00 |
| 08/10/21 | JN | B180 | A109 | Various conference calls with Weil to discuss the status of the discussions with the government on the Settlement Agreement and INC Remediation Schedule. | 0.70 | 490.00 |
| 08/10/21 | JN | B180 | A103 | Revise the Settlement Agreement with the government. | 0.70 | 490.00 |
| 08/10/21 | JN | B180 | A109 | Conference call with the Solicitor for the Department of Interior regarding INC Remediation Schedule. | 0.50 | 350.00 |
| 08/10/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) regarding revisions to INC Remediation Schedule. | 0.80 | 560.00 |
| 08/10/21 | JN | B180 | A109 | Conference call with secured lenders counsel to discuss INC Remediation Schedule and Settlement Agreement with the government. | 0.50 | 350.00 |
| 08/10/21 | JN | B180 | A104 | Revise INC Remediation Schedule. | 0.50 | 350.00 |
| 08/10/21 | JN | B180 | A105 | Conference calls with M. Magner and P. Hardin regarding letter to U.S. Attorney regarding Non-Prosecution Agreement. | 0.30 | 210.00 |
| 08/10/21 | JN | B180 | A109 | Various calls with Weil to discuss Settlement Agreement. | 0.70 | 490.00 |
| 08/10/21 | JN | B180 | A104 | Provide comments to Closing Steps memorandum. | 0.30 | 210.00 |
| 08/10/21 | JN | B180 | A102 | Research Louisiana subrogation law regarding Fieldwood's ability to bring contribution and | 1.40 | 980.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | subrogation actions against predecessors for costs of INC Remediation. | | |
| 08/10/21 | JN | B180 | A102 | Research ability to abandon a portion of a lease and the impact of the abandonment of a portion of lease that belongs to a unit. | 0.70 | 490.00 |
| 08/10/21 | BPW | B420 | A107 | Correspond with Ms. Welsh of Gordon Arata and C. Wappel of Jones Walker regarding comments to second lien opinion for Mississippi and Alabama. | 0.70 | 332.50 |
| 08/10/21 | BPW | B420 | A105 | Correspond with Jones Walker team regarding Gordon Arata's comments to second lien opinion for Mississippi and Alabama. | 0.90 | 427.50 |
| 08/10/21 | BPW | B420 | A104 | Review Gordan Arata's comments to second lien opinion for Mississippi and Alabama. | 0.90 | 427.50 |
| 08/11/21 | MTD | B250 | A105 | Conference with A. Taylor regarding deed for transfer of mineral interests. | 0.20 | 110.00 |
| 08/11/21 | MTD | B250 | A107 | Exchange emails with other counsel regarding loan and transfer documents. | 0.20 | 110.00 |
| 08/11/21 | MTD | B250 | A107 | Respond to questions regarding deed from L. Smith. | 0.40 | 220.00 |
| 08/11/21 | MTD | B250 | A105 | Telephone conference with R. Sheffy regarding mineral interests, descriptions, conveyance by deed and assignment, form for assignment. | 0.40 | 220.00 |
| 08/11/21 | MTD | B250 | A104 | Analyze proposed deed. | 0.30 | 165.00 |
| 08/11/21 | DMH | B230 | A104 | Prepare memos to/from consultants, Fieldwood re DOO matters, outstanding information, expired leases, additional leases (.4); review comments to lender's DOO schedule, comments from Ms. Clark (.6); conference call re DOOs (.3); prepare memos to/from Ms. Clark (Fieldwood) (.7); prepare memos to lender's | 2.40 | 1,392.00 |

045043.17820800.1098527                                                                 Page 120

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | counsel (.3); review revised DOOs (.1). | | |
| 08/11/21 | PFH | B110 | A104 | Email R. Sergesketter re Brewer interview. | 0.10 | 62.50 |
| 08/11/21 | PFH | B110 | A101 | Prepare for interview of Mr Brewer. | 0.50 | 312.50 |
| 08/11/21 | PFH | B110 | A103 | Revise notes of interview of J. Norris. | 0.90 | 562.50 |
| 08/11/21 | PFH | B110 | A107 | Call with Mr. Beche (Linear Controls), R. Sergesketter re interview. | 0.40 | 250.00 |
| 08/11/21 | PFH | B110 | A104 | Review January and March 2021 operator logs etc sent by D. Ballard. | 1.00 | 625.00 |
| 08/11/21 | SYD | B190 | A101 | Finalize joint motion re latest INC appeal (to have appeal suspended). | 0.60 | 276.00 |
| 08/11/21 | JAH | B190 | A104 | Correspond with co-counsel re INC appeals. | 0.10 | 70.00 |
| 08/11/21 | JAH | B190 | A104 | Correspond with Solicitor's Office re Eugene Island 342 appeal. | 0.10 | 70.00 |
| 08/11/21 | JAH | B190 | A104 | Attend call re offshore regulatory compliance investigation. | 0.60 | 420.00 |
| 08/11/21 | POW | B240 | A104 | Review multiple miscellaneous emails. | 0.20 | 110.00 |
| 08/11/21 | POW | B240 | A104 | Review revised filing steps memorandum from R. Riles. | 0.10 | 55.00 |
| 08/11/21 | POW | B240 | A104 | Review further revised steps memorandum. | 0.10 | 55.00 |
| 08/11/21 | RWS | B410 | A108 | Conference with Mississippi counsel re preference for transfer of overriding royalty interest and analysis of deed versus assignment as method to use. | 0.80 | 424.00 |
| 08/11/21 | KMJ | B110 | A104 | Follow multiple emails re status of closing on Fieldwood as it impacts effective date and final fee applications deadlines. | 0.50 | 250.00 |

045043.17820800.1098527                                                          Page 121

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/11/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) regarding INC Remediation Schedule and revisions to be made. | 0.70 | 490.00 |
| 08/11/21 | JN | B180 | A109 | Conference call with counsel for LLOG regarding purchase of GC 201. | 0.60 | 420.00 |
| 08/11/21 | JN | B180 | A109 | Conference call with J. Smith regarding sale of GC 201 to LLOG. | 0.40 | 280.00 |
| 08/11/21 | JN | B180 | A109 | Conference call with Weil regarding INC Remediation Schedule and Settlement Agreement with the government. | 0.70 | 490.00 |
| 08/11/21 | JN | B180 | A109 | Conference call with T. Allen regarding sale of GC 201 to LLOG. | 0.30 | 210.00 |
| 08/11/21 | JN | B180 | A103 | Revise Settlement Agreement with government. | 0.50 | 350.00 |
| 08/11/21 | JN | B180 | A109 | Conference call with secured lenders counsel regarding Settlement Agreement with the government. | 0.70 | 490.00 |
| 08/11/21 | JN | B180 | A109 | Conference call with Solicitor with the Department of the Interior regarding Settlement Agreement with the government. | 0.70 | 490.00 |
| 08/11/21 | JN | B180 | A109 | Conference call with Weil (J. Liou) regarding Settlement Agreement with the government. | 0.30 | 210.00 |
| 08/11/21 | JN | B180 | A104 | Review revised schedules to amended confirmation order. | 0.40 | 280.00 |
| 08/11/21 | JN | B180 | A104 | Participate in standing conference call with advisors. | 0.30 | 210.00 |
| 08/11/21 | JN | B180 | A109 | Participate in conference call with Weil, counsel for secured lenders and the Department of the Interior regarding Settlement Agreement with the government. | 0.30 | 210.00 |
| 08/11/21 | JN | B180 | A104 | Review further revised Settlement Agreement with the | 0.50 | 350.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | government. | | |
| 08/11/21 | JN | B180 | A104 | Review BOEM Adjudication documentation (Designations of Operatorship and Assignments) prepared by the client and to be filed following closing. | 1.20 | 840.00 |
| 08/11/21 | JN | B180 | A109 | Conference call with secured lenders' regulatory counsel regarding INC Remediation Schedule. | 0.30 | 210.00 |
| 08/11/21 | JN | B180 | A103 | Draft email to Department of Interior regarding INC Remediation Schedule. | 0.20 | 140.00 |
| 08/11/21 | JN | B180 | A103 | Draft reply emails to Weil on inquiries regarding the INC Remediation Schedule. | 0.30 | 210.00 |
| 08/11/21 | JN | B180 | A109 | Conference call with the client (M. Dane and T. Lamme) regarding status of negotiations on INC Remediation Schedule and Settlement Agreement with the government. | 0.50 | 350.00 |
| 08/11/21 | JN | B180 | A103 | Revise letter to U.S. Attorney for Eastern District of Louisiana regarding Non-Prosecution Agreement successor. | 0.30 | 210.00 |
| 08/11/21 | JN | B180 | A103 | Revise current version of Section 10.4 to the NewCo Purchase and Sale Agreement. | 0.30 | 210.00 |
| 08/11/21 | JN | B180 | A103 | Revise agency appointment letters to be filed with BOEM. | 0.30 | 210.00 |
| 08/11/21 | BPW | B420 | A107 | Call with Mr. Hunsaker of Vinson and Elkins regarding comments to first lien Mississippi and Alabama opinion. | 0.50 | 237.50 |
| 08/12/21 | MTD | B250 | A107 | Exchange emails with other counsel regarding loan and transfer documents, description. | 0.20 | 110.00 |
| 08/12/21 | DMH | B230 | A104 | Prepare memos to/from Consultants re DOOs, final review of Quarnorth transfers, associated DOOs (.2); review revised DOOs (.2). | 0.40 | 232.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/12/21 | PFH | B110 | A104 | Draft insert for EPA submission re USA investigation. | 1.10 | 687.50 |
| 08/12/21 | CU | B420 | A104 | Analyze Order granting Joint Motion to Suspend INC Appeals docketed under IBLA-2021-0306. | 0.30 | 135.00 |
| 08/12/21 | POW | B240 | A104 | Review multiple emails and attachment with updated steps memorandum. | 0.10 | 55.00 |
| 08/12/21 | POW | B240 | A104 | Review email and attachment with revised legal descriptions. | 0.10 | 55.00 |
| 08/12/21 | POW | B240 | A104 | Review miscellaneous emails. | 0.10 | 55.00 |
| 08/12/21 | POW | B240 | A104 | Review email and attachment with revised affidavit of divisive merger and emails with L. Smith regarding same. | 0.10 | 55.00 |
| 08/12/21 | POW | B240 | A104 | Review further revised legal descriptions. | 0.10 | 55.00 |
| 08/12/21 | JAH | B190 | A104 | Review notes from witness interviews of regulatory compliance matters. | 0.20 | 140.00 |
| 08/12/21 | JAH | B190 | A104 | Assist with preparation of FW letter to DOJ/DOI re remediation schedule. | 1.80 | 1,260.00 |
| 08/12/21 | JAH | B190 | A104 | Plan debarment reply. | 0.20 | 140.00 |
| 08/12/21 | JN | B180 | A109 | Conference call with lawyers for the Department of Interior and Department of Justice regarding Settlement Agreement. | 0.60 | 420.00 |
| 08/12/21 | JN | B180 | A109 | Various conference calls with Weil regarding Settlement Agreement with the government. | 2.50 | 1,750.00 |
| 08/12/21 | JN | B180 | A103 | Revise Settlement Agreement with the government. | 0.60 | 420.00 |
| 08/12/21 | JN | B180 | A109 | Conference call with secured regulatory counsel regarding Settlement Agreement with the government. | 0.60 | 420.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/12/21 | JN | B180 | A109 | Conference call with the client to brief the client on discussions with lawyers for the Department of Justice and Department of Interior. | 0.60 | 420.00 |
| 08/12/21 | JN | B180 | A103 | Draft White Paper on unlawful issuance of INCs. | 1.70 | 1,190.00 |
| 08/12/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) to discuss INC Remediation Schedule. | 0.80 | 560.00 |
| 08/12/21 | JN | B180 | A104 | Review proposed Assignment and Bill of Sale for sale of GC 201 to LLOG. | 0.30 | 210.00 |
| 08/12/21 | JN | B180 | A109 | Conference call with client (J. Smith) to discuss agency appointments and BOEM Adjudication documents. | 0.50 | 350.00 |
| 08/12/21 | JN | B180 | A103 | Draft communications with Solicitor of Department of Interior regarding Settlement Agreement. | 0.60 | 420.00 |
| 08/12/21 | JN | B180 | A109 | Conference call with Solicitor for Department of Interior regarding Settlement Agreement. | 0.40 | 280.00 |
| 08/12/21 | JN | B180 | A102 | Research relinquishment regulations. | 0.30 | 210.00 |
| 08/12/21 | JN | B180 | A109 | Conference call with counsel for LLOG regarding assignment of interest in GC 201. | 0.30 | 210.00 |
| 08/12/21 | JN | B180 | A109 | Conference call with the client (T. Allen) regarding potential assignment of GC 201 to LLOG. | 0.20 | 140.00 |
| 08/12/21 | JN | B180 | A103 | Draft transmittal email to the government regarding memorandum on unlawful issuance of INCs. | 0.20 | 140.00 |
| 08/12/21 | JN | B180 | A109 | Conference call with Weil (A. Perez) regarding government outreach regarding Settlement Agreement and INC Remediation Schedule. | 0.20 | 140.00 |
| 08/12/21 | JN | B180 | A109 | Conference call with Solicitor for | 0.40 | 280.00 |

045043.17820800.1098527                                                                Page 125

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Department of Interior regarding INC Remediation Schedule. | | |
| 08/13/21 | PFH | B110 | A103 | Revise insert for EPA submission (.9); email M. Magner for comment on same (.2). | 1.10 | 687.50 |
| 08/13/21 | PFH | B110 | A103 | Finalize notes of interview of J. Norris. | 0.70 | 437.50 |
| 08/13/21 | DMH | B230 | A104 | Conference call with Ms. Clark, Mr. Seip, Mr. Morrison re Quarternorth DOOs, additional regulatory matters, Fieldwood IV, review of ownership. | 1.00 | 580.00 |
| 08/13/21 | JN | B180 | A109 | Conference call with secured lenders counsel and Weil on Settlement Agreement with the government. | 0.60 | 420.00 |
| 08/13/21 | JN | B180 | A109 | Participate in various conference calls with P. Eiland and G. Mitchell regarding INC Remediation Schedule. | 2.30 | 1,610.00 |
| 08/13/21 | JN | B180 | A103 | Draft White Paper on INCs and INC Remediation Schedule to the government. | 1.60 | 1,120.00 |
| 08/13/21 | JN | B180 | A109 | Conference call with Weil to discuss Settlement Agreement with the government. | 0.60 | 420.00 |
| 08/13/21 | JN | B180 | A109 | Conference call with the client (M. Dane) to discuss status of negotaions with the government on the Settlement Agreement. | 0.50 | 350.00 |
| 08/13/21 | JN | B180 | A104 | Review revised version of Section 10.4 of the NewCo Purchase and Sale Agreement. | 0.40 | 280.00 |
| 08/13/21 | JN | B180 | A104 | Review revised version of the INC Remediation Schedule. | 0.60 | 420.00 |
| 08/13/21 | JN | B180 | A109 | Conference call with Solicitor for Department of Interior regarding settlement agreement. | 0.50 | 350.00 |
| 08/13/21 | JAH | B190 | A104 | Correspond re next debarment brief. | 0.20 | 140.00 |

045043.17820800.1098527                                                    Page 126

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/13/21 | MWM | B190 | A104 | Revise submission to SDO. | 1.10 | 572.00 |
| 08/14/21 | PFH | B110 | A103 | Review revisions to EPA submission insert from M. Magner. | 0.10 | 62.50 |
| 08/14/21 | JN | B180 | A109 | Conference call with client's operational personnel regarding INC Remediation Schedule. | 0.60 | 420.00 |
| 08/14/21 | JN | B180 | A104 | Review latest version of the Settlement Agreement. | 0.50 | 350.00 |
| 08/14/21 | JN | B180 | A102 | Research BOEM Adjudication issues. | 0.40 | 280.00 |
| 08/15/21 | JN | B180 | A104 | Review revised INC Remediation Schedule. | 0.60 | 420.00 |
| 08/15/21 | GAR | B160 | A104 | Continue review of purchase agreement motion to determine expected effective date in anticipation of preparing Jones Walker's final fee application (.2); discuss same with J. Noe and K. Johnson (.1). | 0.30 | 102.00 |
| 08/15/21 | JN | B180 | A109 | Conference call with the client's operational personnel regarding INC Remediation Schedule. | 0.70 | 490.00 |
| 08/16/21 | PFH | B110 | A103 | Revise notes of interview of Mr. Triplett. | 0.70 | 437.50 |
| 08/16/21 | PFH | B110 | A106 | Email D. Ballard re invetigative issues. | 0.20 | 125.00 |
| 08/16/21 | JN | B180 | A109 | Conference call with lawyers for Department of Justice and Department of the Interior, Weil, and secured lenders to discuss settlement agreement. | 0.70 | 490.00 |
| 08/16/21 | JN | B180 | A109 | Conference call with Weil to discuss alternatives to joint and several release in Settlement Agreement with the government as proposed by the government. | 0.50 | 350.00 |
| 08/16/21 | JN | B180 | A109 | Participate in post-government call with Weil and secured lenders' counsel to discuss next steps on settlement agreement with the government. | 0.30 | 210.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/16/21 | JN | B180 | A109 | Participate in a call with Solicitor for Department of Interior to discuss next steps with settlement agreement. | 0.50 | 350.00 |
| 08/16/21 | JN | B180 | A109 | Conference call with the client (M. Dane) to discuss next steps with closing and the Settlement Agreement with the government. | 0.50 | 350.00 |
| 08/16/21 | JN | B180 | A104 | Review Settlement Agreement with the government based on calls with the government. | 0.40 | 280.00 |
| 08/16/21 | JN | B180 | A109 | Second conference call with lawyers for the Department of Justice and Department of Interior regarding Settlement Agreement. | 0.40 | 280.00 |
| 08/16/21 | JN | B180 | A104 | Review further revised version of the INC Remediation Schedule. | 0.60 | 420.00 |
| 08/16/21 | JN | B180 | A103 | Draft email to secured lenders' counsel regarding call with Solicitor for Department of Interior. | 0.20 | 140.00 |
| 08/16/21 | JN | B180 | A102 | Research contribution and subrogation for Transition Services and safekeeping services. | 0.70 | 490.00 |
| 08/16/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) to discuss INC Remediation Schedule. | 0.50 | 350.00 |
| 08/16/21 | JN | B180 | A109 | Conference call with M. Dane and T. Lamme regarding next steps with the government on the Settlement Agreement. | 0.40 | 280.00 |
| 08/16/21 | JN | B180 | A104 | Review further revised Section 10.4 of NewCo Purchase and Sale Agreement. | 0.40 | 280.00 |
| 08/16/21 | JN | B180 | A104 | Review draft Designation of Operatorship forms. | 0.40 | 280.00 |
| 08/16/21 | JN | B180 | A104 | Review plan documents and confirmation order regarding language related to the Settlement Agreement with the | 0.60 | 420.00 |

045043.17820800.1098527                                                            Page 128

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | government. | | |
| 08/16/21 | JN | B180 | A109 | Conference call with Fieldwood operational personnel, M. Dane and T. Lamme, regarding next steps with INC Remediation Schedule. | 0.40 | 280.00 |
| 08/16/21 | JN | B180 | A103 | Draft email to secured lenders counsel regarding agency appointment letters to be issued by the operator of the properties at the effective date. | 0.20 | 140.00 |
| 08/16/21 | JN | B180 | A103 | Draft email to counsel for Ecopetrol regarding Atlantic Maritime litigation. | 0.20 | 140.00 |
| 08/16/21 | JN | B180 | A104 | Review final government proposal for civil penalties for comparision to Settlement Agreement with the government. | 0.30 | 210.00 |
| 08/16/21 | JN | B180 | A103 | Draft email to the client (G, Mitchell) regarding instructions for revising INC Remediation Schedule. | 0.10 | 70.00 |
| 08/16/21 | JN | B180 | A103 | Draft transmittal email to the government regarding the further revised INC Remediation Schedule. | 0.20 | 140.00 |
| 08/16/21 | DMH | B230 | A104 | Discuss with Mr. Seip re Fieldwood IV (.3); prepare memos to/from Ms. Clark re Fieldwood IV, Leases, ROWs, Chevron DOOs (.3); prepare memos to/from Mr. Morrison, Mr. Seip re DOOs, Leases, ROWs (.4); review Schedule re: Fieldwood IV (.2). | 1.20 | 696.00 |
| 08/16/21 | JAH | B190 | A104 | Call with J. Noe and correspondence with Jones Walker team re Atlantic LOWLA claims. | 0.30 | 210.00 |
| 08/16/21 | JAH | B190 | A104 | Correspond re witness interviews for regulatory compliance matter. | 0.20 | 140.00 |
| 08/16/21 | PFH | B110 | A103 | Begin summary of analysis of issues and facts re Bullwinkle. | 2.00 | 1,250.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/16/21 | PFH | B110 | A106 | Call from R. Sergesketeter re Bullwinkle issue. | 0.20 | 125.00 |
| 08/16/21 | GAR | B160 | A104 | Review purchase agreement motion to determine information on expected effective date in anticipation of preparing Jones Walker's final fee application. | 0.30 | 102.00 |
| 08/16/21 | KMJ | B110 | A105 | Review file re status of closing and confirmation order protocol requirements, including related correspondence to J. Noe re same. | 0.50 | 250.00 |
| 08/16/21 | RDB | B210 | A104 | Review correspondence from M. Vargas, general counsel of Ecopetrol, related to claims of Atlantic Marine against Ecopetrol. | 0.30 | 169.50 |
| 08/16/21 | RDB | B210 | A108 | Prepare memorandum to J. Noe related to Atlantic Maritime's pending lawsuit against Ecopetrol and Talos in U.S. District Court for Eastern District of Louisiana, Civil Action 20-3097. | 0.30 | 169.50 |
| 08/16/21 | RDB | B210 | A104 | Review docket sheet in Civil Action 20-3097, Atlantic Maritime v. Ecopetrol and Talos. | 0.30 | 169.50 |
| 08/16/21 | RDB | B210 | A104 | Review amended complaint of Atlantic Maritime against Talos filed July 21, 2021. | 0.30 | 169.50 |
| 08/17/21 | DMH | B230 | A104 | Discuss with Mr. Seip re DOOs for Fieldwood IV properties, ROWs, transfer of expired leases, ROW (.2); prepare memos to/from Ms. Clark, Mr. Morrison, Mr. Seip (.4). | 0.60 | 348.00 |
| 08/17/21 | JAH | B190 | A104 | Correspond with J. Noe re negotiation strategy with BSEE over settlement agreement. | 1.20 | 840.00 |
| 08/17/21 | JAH | B190 | A104 | Review debarment position. | 0.00 | 0.00 |
| 08/17/21 | JAH | B190 | A104 | Conference with P. Hardin re internal compliance investigation. | 0.60 | 420.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/17/21 | JAH | B190 | A104 | Participate in interview of platform mechanic in compliance investigation. | 0.90 | 630.00 |
| 08/17/21 | PFH | B110 | A104 | Work on summary spreadsheet re Bullwinkle. | 0.80 | 500.00 |
| 08/17/21 | PFH | B110 | A104 | Email M. Bourgeois (Danos) re Mr. Cook. | 0.10 | 62.50 |
| 08/17/21 | PFH | B110 | A104 | Interview Mr. Brewer with J. Hunter and M. Beche (.7); discuss interview and next steps with J. Hunter (.7). | 1.40 | 875.00 |
| 08/17/21 | PFH | B110 | A106 | Email R. Sergesketter with update and items left to do re Bullwinkle. | 0.10 | 62.50 |
| 08/17/21 | PFH | B110 | A106 | Email R. Sergesketer to B. Hester re regulatory issue. | 0.10 | 62.50 |
| 08/17/21 | PFH | B110 | A106 | Email R. Sergesketer to G. Fontenot re regulatory issue. | 0.10 | 62.50 |
| 08/17/21 | PFH | B110 | A106 | Email M. Ballard re outstanding issues. | 0.10 | 62.50 |
| 08/17/21 | JN | B180 | A109 | Conference call with lawyers from the Department of Justice and Department of Interior to discuss settlement agreement. | 0.60 | 420.00 |
| 08/17/21 | JN | B180 | A104 | Respond to various communications from Solicitor with the Department of Interior regarding INC Remediation Schedule. | 0.70 | 490.00 |
| 08/17/21 | JN | B180 | A104 | Review further revised settlement agreement and INC Remediation  Schedule. | 0.80 | 560.00 |
| 08/17/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) to discuss INC Remediation Schedule. | 0.80 | 560.00 |
| 08/17/21 | JN | B180 | A104 | Review various BOEM Adjudication filings. | 1.10 | 770.00 |
| 08/17/21 | JN | B180 | A109 | Participate in various calls with Weil regarding Closing and | 2.40 | 1,680.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | Settlement Agreement with the government. | | |
| 08/17/21 | KMJ | B110 | A105 | Telephone conference with J. Noe re status of closing and final bills. | 0.30 | 150.00 |
| 08/18/21 | PFH | B110 | A106 | Email B. Hester re interview. | 0.10 | 62.50 |
| 08/18/21 | PFH | B110 | A101 | Prepare for interview of B. Hester. | 0.40 | 250.00 |
| 08/18/21 | PFH | B110 | A106 | Email R. Sergesketter to Mr. Capitelli. | 0.10 | 62.50 |
| 08/18/21 | POW | B240 | A104 | Review miscellaneous emails. | 0.10 | 55.00 |
| 08/18/21 | JN | B180 | A103 | Revise Exhibits to Settlement Agreement with the government. | 0.70 | 490.00 |
| 08/18/21 | JN | B180 | A109 | Participate in various calls with Weil on update to Closing and the Settlement Agreement with the government. | 2.40 | 1,680.00 |
| 08/18/21 | JN | B180 | A109 | Conference call with Solicitor for Department of Interior to discuss INC Remediation Schedule and Settlement Agreement. | 0.80 | 560.00 |
| 08/18/21 | JN | B180 | A102 | Research BOEM Adjudication issues and necessity to sequence NewCo assignments before the filings for the divisive mergers. | 1.30 | 910.00 |
| 08/18/21 | JN | B180 | A109 | Conference call with secured lenders counsel to discuss status of Closing and Settlement Agreement with the government. | 0.50 | 350.00 |
| 08/18/21 | KMJ | B110 | A104 | Review file re status of closing. | 0.50 | 250.00 |
| 08/19/21 | DMH | B230 | A104 | Prepare memos to/from Ms. Clark, Mr. Morrison, Mr. Seip re Fieldwood I transfers (.2); review schedule of Lease, Operating Rights, ROWs related to Fieldwood 1 (.3); discuss with Mr. Seip same (.3); prepare memos to/from Mr. Seip, Mr. Noe (.2); review merger schedule (.3). | 1.30 | 754.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/19/21 | MTD | B250 | A107 | Analyze emails regarding deed, releases, descriptions. | 0.20 | 110.00 |
| 08/19/21 | JAH | B190 | A104 | Participate in interview of B. Hester re compliance issues and review notes from same. | 1.20 | 840.00 |
| 08/19/21 | ACR | B210 | A109 | Attend interview of B. Hester. | 1.20 | 336.00 |
| 08/19/21 | POW | B240 | A104 | Review multiple emails and attachments regarding releases from M. Maloney. | 0.10 | 55.00 |
| 08/19/21 | POW | B240 | A104 | Review series of emails from S. Brown. | 0.10 | 55.00 |
| 08/19/21 | POW | B240 | A104 | Review emails from P. Hayne and from T. Hough. | 0.10 | 55.00 |
| 08/19/21 | PFH | B110 | A106 | Interview B. Hester with J. Hunter and Mr. Rayford. | 1.20 | 750.00 |
| 08/19/21 | PFH | B110 | A103 | Draft notes of interview of Mr. Brewer. | 0.60 | 375.00 |
| 08/19/21 | JN | B180 | A109 | Conference call with the client and Weil to discuss status of Closing. | 0.50 | 350.00 |
| 08/19/21 | JN | B180 | A109 | Conference call with secured lenders' counsel to discuss closing and Settlement Agreement with the government. | 0.60 | 420.00 |
| 08/19/21 | JN | B180 | A103 | Draft various text messages replying to inquries from Solicitor for the Department of the Interior. | 0.70 | 490.00 |
| 08/19/21 | JN | B180 | A109 | Conference call with the client to discuss INC Remediation Schedule. | 0.70 | 490.00 |
| 08/19/21 | JN | B180 | A104 | Review further revised BOEM Adjudication filings. | 0.70 | 490.00 |
| 08/19/21 | JN | B180 | A104 | Review further revised version of the settlement agreement with the government. | 0.50 | 350.00 |
| 08/19/21 | JN | B180 | A103 | Draft email to the Department of Justice and Department of Interior on revised Settlement Agreement. | 0.20 | 140.00 |

045043.17820800.1098527

Page 133

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/19/21 | JN | B180 | A103 | Revise INC Remediation Schedule. | 0.70 | 490.00 |
| 08/19/21 | JN | B180 | A109 | Participate in various calls with Weil coordinating Closing and the finalization of the Settlement Agreement with the government. | 2.30 | 1,610.00 |
| 08/19/21 | KMJ | B110 | A104 | Correspond with Debtors' advisors re updated fee estimates required under confirmed plan and coordination of response to same. | 0.30 | 150.00 |
| 08/20/21 | GAR | B160 | A105 | Correspond with K. Johnson and J. Noe regarding remaining fee estimates pending closing and status of the latest unbilled invoices. | 0.20 | 68.00 |
| 08/20/21 | MTD | B250 | A107 | Respond to questions from counsel regarding format for recording in MS. | 0.30 | 165.00 |
| 08/20/21 | DMH | B230 | A104 | Prepare memos to/from Lender's Counsel, Ms. Clark re completion of Quarternorth filings, review of drafts. | 0.30 | 174.00 |
| 08/20/21 | PFH | B110 | A103 | Revise Brewer notes. | 0.20 | 125.00 |
| 08/20/21 | JN | B180 | A109 | Conference call with Weil and secured lenders' counsel regarding Closing. | 0.50 | 350.00 |
| 08/20/21 | JN | B180 | A109 | Participate in various calls with Weill coordinating Closing. | 2.30 | 1,610.00 |
| 08/20/21 | JN | B180 | A109 | Conference call with secured lenders' counsel to discuss NewCo Purchase and Sale Agreement language. | 0.40 | 280.00 |
| 08/20/21 | JN | B180 | A109 | Conference call with Solicitor for Department of Interior to discuss the Settlement Agreement. | 0.70 | 490.00 |
| 08/20/21 | JN | B180 | A104 | Review further revised BOEM Adjudication forms. | 0.50 | 350.00 |
| 08/20/21 | JN | B180 | A109 | Conference call with the client (M. Dane) to discuss status of | 0.50 | 350.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Settlement Agreement with the government. | | |
| 08/20/21 | POW | B240 | A104 | Review emails and attachments from T. Hough and V. Nemunaitas. | 0.10 | 55.00 |
| 08/20/21 | POW | B240 | A104 | Review email and attachment from M. Maloney with revised exhibit for complete release. | 0.10 | 55.00 |
| 08/20/21 | POW | B240 | A104 | Review series of emails from B. Culpit, S. Brown, and M. Maloney. | 0.10 | 55.00 |
| 08/20/21 | POW | B240 | A104 | Review memorandum and attachment from P. Hayne. | 0.10 | 55.00 |
| 08/20/21 | POW | B240 | A104 | Review revised Apache standby mortgage from M. Maloney. | 0.10 | 55.00 |
| 08/20/21 | POW | B240 | A108 | Email re opinion and locating and sending last draft and reviewing the comments thereto. | 0.20 | 110.00 |
| 08/20/21 | POW | B240 | A104 | Review updated legal description from T. Hough. | 0.10 | 55.00 |
| 08/20/21 | BPW | B420 | A105 | Correspond with Jones Walker team regarding open issues for Alabama and Mississippi second lien opinion letter in response to request from Gordon Arata. | 0.30 | 142.50 |
| 08/20/21 | SYD | B190 | A101 | Review correspondence between Fieldwood and ONRR (.3); discuss ONRR audit issue with D. Carrier (.5). | 0.80 | 368.00 |
| 08/21/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) to discuss exhibits to Settlement Agreement and INC Remediation Schedule. | 0.60 | 420.00 |
| 08/22/21 | CU | B420 | A104 | Further analyze of status of INC appeals in connection with ongoing settlement discussions. | 0.30 | 135.00 |
| 08/22/21 | JAH | B190 | A104 | Check status of INC appeals. | 0.20 | 140.00 |
| 08/22/21 | JAH | B190 | A104 | Review platform log for internal compliance review. | 0.20 | 140.00 |

045043.17820800.1098527                                                      Page 135

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/22/21 | JN | B180 | A109 | Conference call with Solicitor of Department of Interior to discuss Settlement Agreement. | 0.50 | 350.00 |
| 08/22/21 | JN | B180 | A103 | Revise exhibits to Settlement Agreement with the government. | 0.70 | 490.00 |
| 08/22/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) to discuss INC Remediation Schedule. | 0.70 | 490.00 |
| 08/22/21 | POW | B240 | A104 | Review multiple emails from N. Plotkin and M. Maloney regarding opinion on qualification of mortgagee. | 0.10 | 55.00 |
| 08/22/21 | POW | B240 | A104 | Analyze memorandum from B. Woodruff on our opinion committee regarding additional opinion request by N. Plotkin as to qualification of mortgagee. | 0.10 | 55.00 |
| 08/22/21 | POW | B240 | A103 | Prepare numerous emails to opinion committee. | 0.10 | 55.00 |
| 08/22/21 | POW | B240 | A103 | Prepare memorandum to Marilyn Maloney regarding Alabama opinion issue on qualification of mortgagee. | 0.10 | 55.00 |
| 08/22/21 | BPW | B420 | A108 | Review correspondence from Shipman Goodwin regarding comments and requested changes to Alabama and Mississippi second lien opinion. | 0.30 | 142.50 |
| 08/22/21 | BPW | B420 | A104 | Review Shipman Goodwin's revisions to Alabama and Mississippi second lien opinion. | 0.40 | 190.00 |
| 08/22/21 | BPW | B420 | A105 | Correspond with Jones Walker team regarding Shipman Goodwin's requested changes to Alabama and Mississippi second lien opinion. | 0.20 | 95.00 |
| 08/23/21 | CMW | B420 | A104 | Review email correspondences and considered issues in connection with requested opinion concerning qualification to do business in Alabama and Mississippi. | 0.20 | 134.00 |
| 08/23/21 | CMW | B420 | A105 | Discuss with B. Woodruff | 0.20 | 134.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | regarding responses to requested opinion concerning qualification to do business in Alabama and Mississippi. | | |
| 08/23/21 | MTD | B250 | A103 | Revise opinion. | 0.20 | 110.00 |
| 08/23/21 | MTD | B250 | A105 | Exchange emails with opinion committee regarding revisions to opinion. | 0.20 | 110.00 |
| 08/23/21 | MTD | B250 | A107 | Exchange emails with outside counsel regarding documents and closing. | 0.20 | 110.00 |
| 08/23/21 | SYD | B190 | A101 | Email D. Carrier re correspondences with ONRR auditor. | 0.40 | 184.00 |
| 08/23/21 | CMW | B420 | A104 | Consider issues in connection with comments of Agent's Counsel to the SLTL AL & MS Opinion Letter. | 0.10 | 67.00 |
| 08/23/21 | CMW | B420 | A103 | Revise the SLTL AL & MS Opinion Letter to address the comments of Agent's Counsel. | 0.10 | 67.00 |
| 08/23/21 | CMW | B420 | A103 | Exchange email correspondences with P. Woodall and B. Woodruff regarding the responses to the comments of Agent's Counsel to the SLTL AL & MS Opinion Letter. | 0.10 | 67.00 |
| 08/23/21 | CMW | B420 | A104 | Consider issues in connection with comments to the FLTL AL & MS Opinion Letter. | 0.40 | 268.00 |
| 08/23/21 | CMW | B420 | A105 | Exchange email correspondences with M. Davis, P. Woodall, and B. Woodruff regarding the comments to the FLTL AL & MS Opinion Letter. | 0.30 | 201.00 |
| 08/23/21 | CMW | B420 | A103 | Revise FLTL AL & MS Opinion Letter to address comments. | 0.30 | 201.00 |
| 08/23/21 | POW | B240 | A108 | Multiple emails regarding opinion letter. | 0.20 | 110.00 |
| 08/23/21 | POW | B240 | A104 | Review and analyze proposed revisions to opinion sent by Nate | 0.20 | 110.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Plotkin. | | |
| 08/23/21 | POW | B240 | A103 | Prepare and send memorandum to opinion committee regarding Nate Plotkin's proposed revisions. | 0.10 | 55.00 |
| 08/23/21 | POW | B240 | A108 | Correspond with L. Smith, M. Maloney, T. Hough, S. Smith, and P. Hayne. | 0.30 | 165.00 |
| 08/23/21 | POW | B240 | A104 | Review email and attachments from L. Smith. | 0.10 | 55.00 |
| 08/23/21 | POW | B240 | A108 | Multiple emails regarding the closing date. | 0.10 | 55.00 |
| 08/23/21 | POW | B240 | A104 | Review request for additional opinion by Ryan Hunsaker that the mortgage is enforceable against third parties. | 0.10 | 55.00 |
| 08/23/21 | POW | B240 | A103 | Prepare and send memorandum to the opinion committee with proposed language as to the "constructive notice" opinion. | 0.20 | 110.00 |
| 08/23/21 | POW | B240 | A104 | Review emails from L. Smith and P. Hayne with leases and easements. | 0.10 | 55.00 |
| 08/23/21 | POW | B240 | A104 | Review email with attachments for area abbreviations to send email to L. Smith regarding the same. | 0.10 | 55.00 |
| 08/23/21 | ACR | B210 | A103 | Continue editing summary of interview for J. Norris. | 0.10 | 28.00 |
| 08/23/21 | ACR | B210 | A103 | Continue editing summary of interview for J. Triplett. | 0.10 | 28.00 |
| 08/23/21 | BPW | B420 | A104 | Revise second lien opinion per comments from Shipman Goodwin. | 0.80 | 380.00 |
| 08/23/21 | BPW | B420 | A104 | Revise first lien opinion per comments from Vinson Elkins. | 0.80 | 380.00 |
| 08/23/21 | BPW | B420 | A105 | Correspond with M. Davis, C. Wappel, and P. Woodall regarding comments from Vinson Elkins and Shipman Goodwin to first and second lien | 0.70 | 332.50 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | opinions. | | |
| 08/23/21 | BPW | B420 | A108 | Correspond with Vinson Elkins team regarding revised first lien opinion to distribute same (.3); correspond with Shipman Goodwin team regarding revised second lien opinion to distribute same (.4). | 0.70 | 332.50 |
| 08/23/21 | KMJ | B110 | A105 | Multiple correspondence, incuding review of same, with Debtors' representatives and Jones Walker team re updated fee estimates for closing . | 1.00 | 500.00 |
| 08/23/21 | JN | B180 | A109 | Conference call with Solicitor for Department of Interior and BSEE Regional management, K. Karl. | 0.50 | 350.00 |
| 08/23/21 | JN | B180 | A103 | Revise exhbitis to the Settlement Agreement. | 0.60 | 420.00 |
| 08/23/21 | JN | B180 | A109 | Conference call with Weil to discuss sequencing of BOEM Adjudication filings. | 0.40 | 280.00 |
| 08/23/21 | JN | B180 | A109 | Conference calls with Solicitor for the Department of Interior regarding closing, INC Remediation Schedule and settlement agreement with the government. | 1.30 | 910.00 |
| 08/23/21 | JN | B180 | A104 | Review revised versions of mortgages and exhibits for Apache transaction. | 0.40 | 280.00 |
| 08/23/21 | JN | B180 | A109 | Conference call with client (P. Eiland) regarding INC Remediation Schedule. | 0.40 | 280.00 |
| 08/23/21 | JN | B180 | A109 | Various conference calls with Weil regarding closing and settlement agreement with the government. | 2.10 | 1,470.00 |
| 08/23/21 | JN | B180 | A109 | Conference call with secured lenders counsel to discuss BOEM adjudication issues. | 0.50 | 350.00 |
| 08/24/21 | MTD | B250 | A107 | Analyze emails regarding closing matters. | 0.30 | 165.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/24/21 | MTD | B250 | A105 | Telephone conference with B. Woodruff, C. Wappell, and P. Woodall regarding qualification, state filing requirements, and opinion issues. | 0.40 | 220.00 |
| 08/24/21 | MTD | B250 | A102 | Research qualification to do business and state filing requirements. | 0.70 | 385.00 |
| 08/24/21 | MTD | B250 | A107 | Draft email to counsel regarding qualification to do business and state filing requirements. | 0.40 | 220.00 |
| 08/24/21 | MTD | B250 | A105 | Conference with A. Taylor regarding opinion matters. | 0.20 | 110.00 |
| 08/24/21 | MTD | B250 | A105 | Exchange emails with R. Scheffy regarding state filing requirements. | 0.20 | 110.00 |
| 08/24/21 | JAH | B190 | A104 | Correspond re BSEE settlement and INC appeals. | 0.20 | 140.00 |
| 08/24/21 | CMW | B420 | A103 | Revise FLTL AL & MS Opinion Letter. | 0.10 | 67.00 |
| 08/24/21 | CMW | B420 | A103 | Revise SLTL AL & MS Opinion Letter. | 0.10 | 67.00 |
| 08/24/21 | CMW | B420 | A103 | Revise Apache AL & MS Opinion Letter. | 0.10 | 67.00 |
| 08/24/21 | CMW | B420 | A105 | Exchange email correspondences with M. Davis, P. Woodall, and B. Woodruff regarding the execution versions of the Mortgages and the status of the closing. | 0.20 | 134.00 |
| 08/24/21 | CMW | B420 | A104 | Review Steps Recordation Memo to consider issues in connection with the questions regarding qualifying to do business in Alabama and Mississippi and filings with Mississippi state agencies raised thereby. | 0.30 | 201.00 |
| 08/24/21 | CMW | B420 | A104 | Review Steps Recordation Memo to consider issues in connection with the questions regarding qualifying to do business in Alabama and | 0.30 | 201.00 |

045043.17820800.1098527                                                                    Page 140

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Mississippi and filings with Mississippi state agencies raised thereby. | | |
| 08/24/21 | CMW | B420 | A105 | Telephone conference with B. Woodruff regarding the Steps Recordation Memo and the opinion issues raised connection with the questions regarding qualifying to do business in Alabama and Mississippi and filings with Mississippi state agencies  raised thereby. | 0.50 | 335.00 |
| 08/24/21 | CMW | B420 | A105 | Telephone conference with  M. Davis, P. Woodall, and B. Woodruff regarding the Steps Recordation Memo and the responses to the questions regarding qualifying to do business in Alabama and Mississippi and filings with Mississippi state agencies raised thereby. | 0.50 | 335.00 |
| 08/24/21 | PFH | B110 | A106 | E mail to/from R. Sergesketter, Mr. Chester. | 0.10 | 62.50 |
| 08/24/21 | PFH | B110 | A106 | E mail to/from R. Sergesketter, Mr. Capitelli. | 0.10 | 62.50 |
| 08/24/21 | ACT | B250 | A103 | Review questions regarding ORRI as it pertains to doing bussiness in state and any registration with any governmental agent (.1); respond to foregoing issues (.1); review oil and gas board regulations (.1). | 0.30 | 118.50 |
| 08/24/21 | POW | B240 | A104 | Review email with numerous UCC-3s attached from M. Maloney. | 0.10 | 55.00 |
| 08/24/21 | POW | B240 | A104 | Review email and attachment with abandoned property schedules. | 0.10 | 55.00 |
| 08/24/21 | POW | B240 | A108 | Multiple emails with opinion committee, S. Brown, and B. Conley regarding final drafts of mortgages. | 0.20 | 110.00 |
| 08/24/21 | POW | B240 | A104 | Review Quarternorth first and | 0.10 | 55.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | second lien exhibits sent by L. Smith. | | |
| 08/24/21 | POW | B240 | A104 | Review multiple miscellaneous emails and attachments from M. Maloney, L. Smith, P. Hayne, B. Conley, and C. Nicholson. | 0.40 | 220.00 |
| 08/24/21 | POW | B240 | A108 | Conference call with opinion committee as to additional opinion regarding qualification. | 0.60 | 330.00 |
| 08/24/21 | POW | B240 | A103 | Prepare opinion regarding the need for the Mortgagor to register to do business in Alabama. | 0.50 | 275.00 |
| 08/24/21 | POW | B240 | A103 | Revise draft of additional opinion. | 0.10 | 55.00 |
| 08/24/21 | POW | B240 | A104 | Review draft of M. Davis' opinion for Mississippi. | 0.10 | 55.00 |
| 08/24/21 | POW | B240 | A104 | Analyze revised filing steps memorandum with question regarding foreign qualification in Alabama of QNE and email to the opinion committee regarding the same. | 0.20 | 110.00 |
| 08/24/21 | SYD | B190 | A101 | Review status of INC appeals (.2); email J. Noe re same (.2). | 0.40 | 184.00 |
| 08/24/21 | BPW | B420 | A104 | Review filing steps memo and analyzed Mississippi and Alabama questions posed by Weil related to same. | 0.90 | 427.50 |
| 08/24/21 | BPW | B420 | A104 | Review responses to Weil's Alabama and Mississippi filing and qualification questions posed in filing steps memo. | 0.60 | 285.00 |
| 08/24/21 | BPW | B420 | A105 | Multiple calls and correspondence with M. Davis, P. Woodall, and C. Wappel regarding responses to Weil's Alabama and Mississippi filing and qualification questions posed in filing steps memo. | 1.20 | 570.00 |
| 08/24/21 | KMJ | B110 | A104 | Work on fee estimate issues. | 0.50 | 250.00 |
| 08/24/21 | JN | B180 | A109 | Numerous conference calls with | 3.20 | 2,240.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Weil to discuss logistics of closing and settlement agreement with the government. | | |
| 08/24/21 | JN | B180 | A109 | Conference call with the client (G. Galloway) to discuss abandoned property exhibit. | 0.50 | 350.00 |
| 08/24/21 | JN | B180 | A109 | Conference call with the client (P. Eiland) to discuss INC Remediation Schedule and abandoned property exhibit. | 1.80 | 1,260.00 |
| 08/24/21 | JN | B180 | A109 | Conference call with lawyers from Department of Justice and Department of Interior to discuss closing and status of settlement agreement with the government. | 0.60 | 420.00 |
| 08/24/21 | JN | B180 | A104 | Review revised abandoned property schedule. | 0.50 | 350.00 |
| 08/24/21 | JN | B180 | A103 | Draft email to lawyers for Department of Justice and Department of Interior regarding revised abandoned property exhibit. | 0.20 | 140.00 |
| 08/24/21 | JN | B180 | A103 | Draft revised exhibits to settlement agreement with the government. | 0.60 | 420.00 |
| 08/24/21 | JN | B180 | A104 | Review further revised exhibits to settlement agreement proposed by the government. | 0.40 | 280.00 |
| 08/24/21 | JN | B180 | A109 | Conference call with Fieldwood Land Department regarding exhibits to settlement agreement with the government. | 0.80 | 560.00 |
| 08/25/21 | CMW | B420 | A104 | Consider issues in connection with the proposed responses of M. Davis and P. Woodall to the questions regarding qualifying to do business in Alabama and Mississippi and filings with Mississippi state agencies raised by the Steps Recordation Memo. | 0.40 | 268.00 |
| 08/25/21 | CMW | B420 | A105 | Telephone conference with B. Woodruff regarding issues with and comments to the proposed responses of M. Davis and P. | 0.40 | 268.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Woodall to the questions regarding qualifying to do business in Alabama and Mississippi and filings with Mississippi state agencies raised by the Steps Recordation Memo. | | |
| 08/25/21 | CMW | B420 | A104 | Consider issues with B. Woodruff's revisions to the proposed responses of M. Davis and P. Woodall to the questions regarding qualifying to do business in Alabama and Mississippi and filings with Mississippi state agencies raised by the Steps Recordation Memo. | 0.10 | 67.00 |
| 08/25/21 | CMW | B420 | A104 | Discuss with B. Woodruff regarding comments to his revisions to the proposed responses of M. Davis and P. Woodall to the questions regarding qualifying to do business in Alabama and Mississippi and filings with Mississippi state agencies raised by the Steps Recordation Memo. | 0.10 | 67.00 |
| 08/25/21 | DMH | B230 | A104 | Memos to/from J. Noe | 0.20 | 116.00 |
| 08/25/21 | GAR | B160 | A105 | Correspond with K. Johnson, J. Noe, and accounting department regarding remaining fee estimates pending closing and application of retainer to same to determine outstanding amounts due. | 0.40 | 136.00 |
| 08/25/21 | GAR | B160 | A104 | Review Jones Walker's retention application and corresponding declaration to determine specifics regarding remaining balance of retainer received pre-petition (.2); correspond with K. Johnson and J. Chiang regarding same (.2). | 0.40 | 136.00 |
| 08/25/21 | GAR | B160 | A105 | Correspond with J. Noe regarding estimated closing dates to determine effect on remaining fee estimates. | 0.10 | 34.00 |
| 08/25/21 | PFH | B110 | A106 | E mail to R. Sergesketter and Mr. Capitelli. | 0.10 | 62.50 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/25/21 | CU | B420 | A105 | Email correspondences with S. Dicharry re status of settlement negotiations and effect thereof on upcoming appeal deadlines for Incidents of Non-Compliance. | 0.30 | 135.00 |
| 08/25/21 | JAH | B190 | A104 | Review BSEE Settlement Agreement and analyze impacts on INC appeals. | 0.70 | 490.00 |
| 08/25/21 | SYD | B190 | A101 | Review status of INC appeals in light of settlement agreement. | 0.60 | 276.00 |
| 08/25/21 | MTD | B250 | A105 | Exchange emails with opinion committee regarding response to questions from buyer's counsel. | 0.20 | 110.00 |
| 08/25/21 | MTD | B250 | A107 | Telephone conference with counsel regarding preparation for closing. | 1.00 | 550.00 |
| 08/25/21 | MTD | B250 | A104 | Analyze revised assignment and loan documents. | 0.20 | 110.00 |
| 08/25/21 | POW | B240 | A108 | Emails regarding additional requested opinion. | 0.10 | 55.00 |
| 08/25/21 | POW | B240 | A104 | Review proposed revised response from B. Woodruff (opinion committee). | 0.10 | 55.00 |
| 08/25/21 | POW | B240 | A104 | Review last draft opinion to determine need to modify opinion as to governmental approvals. | 0.20 | 110.00 |
| 08/25/21 | POW | B240 | A108 | Prepare detailed memo on opinion regarding qualification. | 0.40 | 220.00 |
| 08/25/21 | POW | B240 | A101 | Prepare response to B. Conley to the footnoted items in the filing steps memo. | 0.10 | 55.00 |
| 08/25/21 | POW | B240 | A108 | Emails with opinion committee. | 0.10 | 55.00 |
| 08/25/21 | POW | B240 | A104 | Review updated filing steps memo. | 0.10 | 55.00 |
| 08/25/21 | POW | B240 | A108 | Multiple emails regarding pre-closing calls. | 0.10 | 55.00 |
| 08/25/21 | POW | B240 | A104 | Review multiple miscellaneous emails from L. Smith, P. Hayne, | 0.30 | 165.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | M. Maloney, and B. Conley. | | |
| 08/25/21 | POW | B240 | A109 | Participate in pre-closing call led by B. Conley. | 1.10 | 605.00 |
| 08/25/21 | POW | B240 | A104 | Review revised steps memo from B. Conley. | 0.10 | 55.00 |
| 08/25/21 | POW | B240 | A104 | Review filing room instructions sent from B. Conley. | 0.10 | 55.00 |
| 08/25/21 | BPW | B420 | A105 | Multiple calls and correspondence with M. Davis, P. Woodall, and C. Wappel regarding responses to Weil's Alabama and Mississippi filing and qualification questions posed in filing steps memo. | 0.70 | 332.50 |
| 08/25/21 | BPW | B420 | A104 | Work on responses to Weil's Alabama and Mississippi filing and qualification questions posed in filing steps memo. | 0.70 | 332.50 |
| 08/25/21 | BPW | B420 | A104 | Finalize first lien opinion, second lien opinion, and Apache opinion. | 0.40 | 190.00 |
| 08/25/21 | KMJ | B110 | A105 | Continue work on fee estimates for new closing date, including related correspondence with Debtors' representatives and Jones Walker team. | 1.00 | 500.00 |
| 08/25/21 | JN | B180 | A109 | Conference call with Solicitor for Department of Interior regarding signature page of Settlement Agreement. | 0.70 | 490.00 |
| 08/25/21 | JN | B180 | A109 | Conference call with Fieldwood Land to discuss default letters to the government and BOEM Adjudication. | 0.70 | 490.00 |
| 08/25/21 | JN | B180 | A109 | Conference call with advisors to discuss closing and steps memorandum. | 0.70 | 490.00 |
| 08/25/21 | JN | B180 | A104 | Review latest revision of Steps Memorandum. | 0.50 | 350.00 |
| 08/25/21 | JN | B180 | A104 | Review final version of Settlement Agreement and exhibits. | 0.30 | 210.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/25/21 | JN | B180 | A109 | Numerous calls with Weil to discuss closing and status of settlement agreement with the government. | 3.20 | 2,240.00 |
| 08/25/21 | JN | B180 | A109 | Participate in standing call with advisors to discuss status of closing. | 0.50 | 350.00 |
| 08/25/21 | JN | B180 | A109 | Conference call with secured lenders's counsel to discuss closing and BOEM adjudication issues. | 0.50 | 350.00 |
| 08/25/21 | JN | B180 | A102 | Research BOEM adjudication issues. | 0.60 | 420.00 |
| 08/25/21 | JN | B180 | A109 | Conference call with the client (T. Hough) regarding agency letters to be submitted to BOEM. | 0.40 | 280.00 |
| 08/25/21 | JN | B180 | A109 | Conference call with the client (J. Smith) to discuss BOEM adjudication issues. | 0.40 | 280.00 |
| 08/25/21 | JN | B180 | A104 | Review BOEM assignment forms drafted by secured lenders' counsel. | 0.50 | 350.00 |
| 08/26/21 | CMW | B420 | A103 | Finalize FLTL AL & MS Opinion Letter for execution and issuance. | 0.20 | 134.00 |
| 08/26/21 | CMW | B420 | A103 | Finalize SLTL AL & MS Opinion Letter for execution and issuance. | 0.30 | 201.00 |
| 08/26/21 | CMW | B420 | A103 | Finalize Apache AL & MS Opinion Letter for execution and issuance. | 0.30 | 201.00 |
| 08/26/21 | CMW | B420 | A105 | Draft email correspondence to M. Davis, P.Woodall, and C. Woodruff delivering the executed opinion letters. | 0.10 | 67.00 |
| 08/26/21 | PFH | B110 | A106 | Email R. Sergesketter with invitations for conference calls on compliance issues. | 0.10 | 62.50 |
| 08/26/21 | PFH | B110 | A106 | Call with R. Sergesketter and Mr. Chester re Mr. Wall. | 0.80 | 500.00 |

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/26/21 | PFH | B110 | A105 | E mail to J. Noe re letter to AUSA. | 0.10 | 62.50 |
| 08/26/21 | JAH | B190 | A104 | Correspond re notice of emergence to USAO. | 0.10 | 70.00 |
| 08/26/21 | MTD | B250 | A107 | Telephone conference regarding preparation for closing. | 0.20 | 110.00 |
| 08/26/21 | MTD | B250 | A107 | Exchange emails with counsel regarding preparation for closing. | 0.50 | 275.00 |
| 08/26/21 | MTD | B250 | A105 | Exchange emails with opinion committee regarding finalization of opinions. | 0.30 | 165.00 |
| 08/26/21 | MTD | B250 | A104 | Analyze revised closing and loan documents. | 1.40 | 770.00 |
| 08/26/21 | POW | B240 | A104 | Review revised Apache mortgage and loan agreement. | 0.50 | 275.00 |
| 08/26/21 | POW | B240 | A104 | Review multiple miscellaneous emails from M. Maloney, T. Brennig, B. Conley, S. Brown, and L. Smith, J. Thobae, A. Guerrero-Stewart, and P. Hayne. | 0.50 | 275.00 |
| 08/26/21 | POW | B240 | A104 | Review revised mortgage exhibit from L. Smith. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A104 | Send comments on revised power of attorney, including review of same. | 0.30 | 165.00 |
| 08/26/21 | POW | B240 | A104 | Review emails with UCC terminations. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A104 | Review revised filing steps memorandum. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A104 | Review revised first and second lien mortgages. | 0.40 | 220.00 |
| 08/26/21 | POW | B240 | A104 | Review further revised Apache mortgage. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A104 | Review revised amended and restated first and second lien mortgages. | 0.40 | 220.00 |
| 08/26/21 | POW | B240 | A104 | Review revised affidavit of merger. | 0.10 | 55.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/26/21 | POW | B240 | A104 | Revise further updated steps memorandum. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A108 | Participate in pre-closing call. | 0.30 | 165.00 |
| 08/26/21 | POW | B240 | A104 | Review revised power of attorney from L. Smith. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A104 | Review affidavit of merger sent by L. Smith. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A104 | Review executed opinion letters sent by C. Wappel. | 0.20 | 110.00 |
| 08/26/21 | POW | B240 | A104 | Review Partial Releases sent by J. Thobae. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A104 | Review further revised mortgages sent by B. Conley. | 0.20 | 110.00 |
| 08/26/21 | POW | B240 | A104 | Review final Apache mortgage with exhibits. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A104 | Review series of closing emails from M. Maloney, P. Hayne, and J. Thobae. | 0.20 | 110.00 |
| 08/26/21 | POW | B240 | A104 | Review multiple emails from B. Conley. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A108 | Emails regarding the delivery of the opinions. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A104 | Review further revised drafts of Apache mortgage. | 0.20 | 110.00 |
| 08/26/21 | POW | B240 | A104 | Review revised Assignment and Assumption Agreement. | 0.10 | 55.00 |
| 08/26/21 | POW | B240 | A104 | Review memorandum from S. Smith with comments to documents and outstanding closing items. | 0.10 | 55.00 |
| 08/26/21 | KMJ | B110 | A105 | Finalize estimate required for escrow per confirmation order and related correspondence with J. Chaing and Jones Walker team re same. | 1.50 | 750.00 |
| 08/26/21 | JN | B180 | A109 | Participate in call with the client regarding BOEM adjudication | 0.70 | 490.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | issues in advance of call with the government. | | |
| 08/26/21 | JN | B180 | A109 | Conference call with secured lenders' counsel to discuss BOEM adjudication issues and closing. | 0.50 | 350.00 |
| 08/26/21 | JN | B180 | A109 | Conference call with BOEM adjudication to discuss adjudication process post-closing. | 0.60 | 420.00 |
| 08/26/21 | JN | B180 | A104 | Review revised designation of operator forms drafted by secured lenders' counsel. | 0.40 | 280.00 |
| 08/26/21 | JN | B180 | A104 | Review revised Assignments and Bills of Sale drafted by secured lenders' counsel. | 0.40 | 280.00 |
| 08/26/21 | JN | B180 | A109 | Participate in numerous conference calls with Weil to coordinate closing. | 3.40 | 2,380.00 |
| 08/26/21 | JN | B180 | A109 | Conference call with solicitor for the Department of Interior regarding settlement agreement with the government and closing. | 0.60 | 420.00 |
| 08/26/21 | JN | B180 | A109 | Conference call with the client (J. Smith) regarding agency letters and other BOEM filings to be made on the Effective Date. | 0.70 | 490.00 |
| 08/26/21 | JN | B180 | A104 | Review revised BOEM assignment forms and exhibits. | 0.60 | 420.00 |
| 08/26/21 | JN | B180 | A104 | Review revised default letters to the government. | 0.30 | 210.00 |
| 08/27/21 | PFH | B110 | A106 | Call with R. Sergesketter and Mr. Capitelli. | 0.60 | 375.00 |
| 08/27/21 | MTD | B250 | A107 | Telephone conference regarding completion of closing. | 0.40 | 220.00 |
| 08/27/21 | MTD | B250 | A107 | Exchange emails with other counsel regarding completion of documents and other closing documents. | 0.80 | 440.00 |
| 08/27/21 | MTD | B250 | A104 | Analyze revised closing and loan documents. | 2.00 | 1,100.00 |

045043.17820800.1098527

Page 150

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 08/27/21 | GAR | B160 | A104 | Review notice of effective date to determine relevant deadlines for filing remaining claims and fee applications. | 0.40 | 136.00 |
| 08/27/21 | GAR | B160 | A105 | Correspond with co-counsel regarding outstanding balance, closing date, and timeline for final fee application. | 0.20 | 68.00 |
| 08/27/21 | POW | B240 | A104 | Review multitude of closing emails. | 1.60 | 880.00 |
| 08/27/21 | POW | B240 | A104 | Signoff on final mortgages. | 0.10 | 55.00 |
| 08/27/21 | POW | B240 | A106 | Correspond with M. Davis. | 0.10 | 55.00 |
| 08/27/21 | POW | B240 | A104 | Review various rounds of revised drafts of Filing Steps Memo. | 0.20 | 110.00 |
| 08/27/21 | POW | B240 | A104 | Review final power of attorney. | 0.10 | 55.00 |
| 08/27/21 | POW | B240 | A104 | Review revised ABOS. | 0.10 | 55.00 |
| 08/27/21 | POW | B240 | A104 | Review final drafts of FLTL and FLFO Partial Releases. | 0.10 | 55.00 |
| 08/27/21 | JN | B180 | A109 | Participate in numerous calls with Weil to coordinate closing. | 3.30 | 2,310.00 |
| 08/27/21 | JN | B180 | A109 | Conference call with advisors to discuss closing. | 0.60 | 420.00 |
| 08/27/21 | JN | B180 | A109 | Participate in closing call to close the restructuring. | 0.60 | 420.00 |
| 08/27/21 | JN | B180 | A104 | Review revised steps memorandum for closing, preparing comments to same. | 0.40 | 280.00 |
| 08/27/21 | JN | B180 | A103 | Draft various text messages to the solicitor for the Department of Interior regarding closing of the restructuring. | 0.70 | 490.00 |
| 08/27/21 | JN | B180 | A103 | Draft email to the lawyers at the Department of Justice and Department of Interior regarding closing of the restructuring. | 0.20 | 140.00 |
| 08/27/21 | JN | B180 | A109 | Conference call with the client (M. Dane) regarding closing | 0.40 | 280.00 |

045043.17820800.1098527

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | logistics. | | |

**Total Fees:** $615,082.00

## Task Code Summary

| | | This Bill | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| | No Task Code | 0.00 | 0.00 | 438.30 | 244,356.00 |
| | Total | 0.00 | 0.00 | 438.30 | 244,356.00 |
| **Administration** | | | | | |
| B110 | Case Administration | 113.30 | 59,826.00 | 682.30 | 388,382.00 |
| B120 | Asset Analysis and Recovery | 7.10 | 2,698.00 | 21.20 | 10,564.00 |
| B130 | Asset Disposition | 0.00 | 0.00 | 3.20 | 1,920.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.00 | 0.00 | 10.80 | 5,674.50 |
| B160 | Fee/Employment Applications | 39.90 | 13,826.00 | 616.90 | 140,828.00 |
| B180 | Avoidance Action Analysis | 335.10 | 234,570.00 | 1,435.10 | 985,325.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 145.40 | 91,946.00 | 1,323.50 | 777,276.50 |
| | Total Administration | 640.80 | 402,866.00 | 4,093.00 | 2,309,970.00 |
| **Operations** | | | | | |
| B210 | Business Operations | 26.20 | 10,578.50 | 303.10 | 157,093.50 |
| B230 | Financing/Cash Collections | 42.10 | 24,418.00 | 75.10 | 42,809.00 |
| B240 | Tax Issues | 110.40 | 60,700.50 | 128.80 | 68,566.50 |
| B250 | Real Estate | 96.10 | 49,933.50 | 102.80 | 52,084.00 |
| B260 | Board of Directors Matters | 0.00 | 0.00 | 1.30 | 898.00 |
| | Total Operations | 274.80 | 145,630.50 | 611.10 | 321,451.00 |
| **Claims and Plan** | | | | | |
| B310 | Claims Administration and Objections | 0.00 | 0.00 | 3.60 | 1,334.50 |
| B320 | Plan and Disclosure Statement | 0.00 | 0.00 | 2.40 | 1,440.00 |

## Task Code Summary

| | | This Bill | | Cumulative Totals | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| | (including Business Plan) | | | | |
| | Total Claims and Plan | 0.00 | 0.00 | 6.00 | 2,774.50 |
| **Bankruptcy-Related Advice** | | | | | |
| B410 | General Bankruptcy Advice/Opinions | 0.80 | 424.00 | 107.40 | 53,418.50 |
| B420 | Restructurings | 124.10 | 66,161.50 | 360.30 | 166,545.50 |
| | Total Bankruptcy-Related Advice | 124.90 | 66,585.50 | 467.70 | 219,964.00 |
| | **Totals** | **1,040.50** | **$615,082.00** | **5,616.10** | **$3,098,515.50** |

### Timekeeper Summary

| Initials | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| BKP | B. K. Payne | 5.00 | $240.00 | $1,200.00 |
| MBS | Mellaine B. Salinas | 2.50 | $220.00 | $550.00 |
| JEB | Joseph E. Bain | 1.00 | $600.00 | $600.00 |
| RDB | Richard D. Bertram | 11.40 | $565.00 | $6,441.00 |
| CEB | C. E. Brazeal | 0.30 | $485.00 | $145.50 |
| MTD | Mark T. Davis | 83.80 | $550.00 | $46,090.00 |
| SYD | Sarah Y. Dicharry | 37.30 | $460.00 | $17,158.00 |
| CJH | Chad J. Hammons | 7.10 | $380.00 | $2,698.00 |
| PFH | Pauline F. Hardin | 58.20 | $625.00 | $36,375.00 |
| REH | Robert E. Holden | 3.30 | $470.00 | $1,551.00 |
| JAH | Jonathan A. Hunter | 103.20 | $700.00 | $72,240.00 |
| DMH | David M. Hunter | 42.10 | $580.00 | $24,418.00 |
| KMJ | Kristina M. Johnson | 27.10 | $500.00 | $13,550.00 |
| C L | Clay A. Lanham | 0.90 | $435.00 | $391.50 |
| SFL | Sidney F. Lewis | 0.70 | $490.00 | $343.00 |
| MWM | Michael W. Magner | 4.90 | $520.00 | $2,548.00 |
| SAM | Stanley A. Millan | 0.60 | $430.00 | $258.00 |
| JN | James Noe | 335.10 | $700.00 | $234,570.00 |
| J P | Jacob Pritt | 0.70 | $275.00 | $192.50 |
| GAR | Gabrielle A. Ramirez | 38.90 | $340.00 | $13,226.00 |
| ACR | Andrew C. Rayford | 31.80 | $280.00 | $8,904.00 |

**Timekeeper Summary**

| Initials | Timekeeper | Hours | Rate | Amount |
|----------|-----------|-------|------|--------|
| RWS | Robert W. Scheffy | 0.80 | $530.00 | $424.00 |
| CAT | Carley Tatman | 2.40 | $280.00 | $672.00 |
| ACT | Ann C. Taylor | 4.00 | $395.00 | $1,580.00 |
| JRT | Jefferson R. Tillery | 3.20 | $700.00 | $2,240.00 |
| CU | Chris Ulfers | 32.80 | $450.00 | $14,760.00 |
| CMW | Christopher M. Wappel | 41.20 | $670.00 | $27,604.00 |
| BPW | Benjamin P. Woodruff | 50.10 | $475.00 | $23,797.50 |
| POW | Paul O. Woodall | 110.10 | $550.00 | $60,555.00 |
| | **Totals** | **1,040.50** | | **$615,082.00** |

**Other Charges**

| | | |
|---|---|---|
| 04/16/2021 | Delivery Services - Fedex Sent By , Jones Walker LLP to Christoper Ulfres Jones Walker LLP | 70.39 |
| 06/10/2021 | Delivery Services - Fedex Sent By Linda Schleicher-Dilks, Jones Wa to Dept of Interior Bsee | 43.38 |
| 06/10/2021 | Delivery Services - Fedex Sent By Linda Schleicher-Dilks, Jones Wa to Bsee Dept. of Interior | 34.26 |
| 06/10/2021 | Delivery Services - Fedex Sent By Linda Schleicher-Dilks, Jones Wa to Division of Mineral Resources, Doi | 52.62 |
| 06/10/2021 | Delivery Services - Fedex Sent By Linda Schleicher-Dilks, Jones Wa to Apache Corporation | 39.90 |
| 06/14/2021 | Soundpath - Vendor: American Teleconferencing Services, Ltd.; Invoice#: 202107; Date: 7/12/2021 - Statement dated 12-Jul-2021 - Soundpath Teleconference Session Originated by   Sarah Y. Dicharry | 3.76 |
| 06/16/2021 | Soundpath - Vendor: American Teleconferencing Services, Ltd.; Invoice#: 202107; Date: 7/12/2021 - Statement dated 12-Jul-2021 - Soundpath Teleconference Session Originated by   Chris Ulfers | 2.85 |
| 06/17/2021 | Delivery Services - Fedex Sent By Jen Brickman, Jones Walker LLP to Bsee Department of Interior | 36.31 |
| 06/17/2021 | Delivery Services - Fedex Sent By Jen Brickman, Jones Walker LLP to Division of Mineral Resources, Doi | 45.47 |
| 06/17/2021 | Delivery Services - Fedex Sent By Jen Brickman, Jones Walker LLP to Bsee Department of Interior | 27.10 |
| 06/20/2021 | Court Record Fees - /PACER | 19.30 |
| 06/23/2021 | Delivery Services - Fedex Sent By Jen Brickman, Jones Walker LLP to Island Operating Co. | 27.20 |
| 06/23/2021 | Delivery Services - Fedex Sent By Jen Brickman, Jones Walker LLP to Associate | 70.69 |

045043.17820800.1098527                                                                                     Page 154

**Other Charges**

|            |                                                                                                      |         |
|------------|------------------------------------------------------------------------------------------------------|---------|
|            | Solicitor Division of Mineral                                                                        |         |
| 06/23/2021 | Delivery Services - Fedex Sent By Jen Brickman, Jones Walker LLP to Bsee Dept. of Interior, Bureau of Safety | 51.43   |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118355670 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118356795 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118355561 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118356753 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118355614 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118356712 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118376939 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118377047 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118377488 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #7618378570 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118376968 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118377359 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118377421 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #7618378701 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118376998 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118377296 | 150.00  |
| 06/29/2021 | Litigation Support - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/22/21 - Inv #76118377083 | 150.00  |

**Other Charges**

| | | |
|---|---|---|
| 06/30/2021 | Relativity Data Hosting June 2021 | 50.00 |
| 06/30/2021 | Delivery Services - - FedEx sent by Jen Brickman, Jones Walker LLP  to Island Operating Co. | 25.27 |
| 06/30/2021 | Delivery Services - - FedEx sent by Jen Brickman, Jones Walker LLP  to BSEE Dept. of Interior | 25.27 |
| 06/30/2021 | Delivery Services - - FedEx sent by Jen Brickman, Jones Walker LLP  to BSEE Dept. of Interior | 28.80 |
| 06/30/2021 | Delivery Services - - FedEx sent by Jen Brickman, Jones Walker LLP  to Division of Mineral Resources | 68.43 |
| 06/30/2021 | Delivery Services - - FedEx sent by Jen Brickman, Jones Walker LLP  to  Dept. of Interior, Bureau of Safety | 47.60 |
| 06/30/2021 | Delivery Services - - FedEx sent by Jen Brickman, Jones Walker LLP  to Apache Corporation | 29.93 |
| 06/30/2021 | Soundpath - Vendor: American Teleconferencing Services, Ltd.; Invoice#: 202107; Date: 7/12/2021 - Statement dated 12-Jul-2021 - Soundpath Teleconference Session Originated by   Gabrielle Ramirez | 7.37 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077009 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077074 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077167 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077120 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077486 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077573 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120078821 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120087173 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120088869 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120088891 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120076733 | 150.00 |

045043.17820800.1098527                                                                                    Page 156

**Other Charges**

| | | |
|---|---|---|
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120079119 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120087509 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120087676 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120087710 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120091668 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120091751 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120093135 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120076560 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120094432 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120094464 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120094502 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120078855 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120079163 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120087735 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120093104 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120095539 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120093256 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120094369 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 | 150.00 |

045043.17820800.1098527                                                          Page 157

**Other Charges**

| | - Inv #76120095603 | |
|---|---|---|
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120095837 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120087211 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120087763 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120093319 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077600 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120087487 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120087790 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120093222 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120095778 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120095907 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120095882 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077252 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077279 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077364 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077399 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120077042 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120079192 | 150.00 |
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120079085 | 150.00 |

045043.17820800.1098527                                                                 Page 158

**Other Charges**

| | | |
|---|---|---:|
| 07/01/2021 | Other - Christopher Ulfers - Bsee Appeals - Bsee Fee For Appeals - Ap - 06/29/21 - Inv #76120087646 | 150.00 |
| 07/07/2021 | Delivery Services - - FedEx sent by Christopher Ulfers, Jones Walker  to Division of Mineral Resources | 40.34 |
| 07/07/2021 | Delivery Services - - FedEx sent by Christopher Ulfers, Jones Walker  to BSEE Dept. of Interior | 25.32 |
| 07/09/2021 | Soundpath - Vendor: American Teleconferencing Services, Ltd.; Invoice#: 202107; Date: 7/12/2021 - Statement dated 12-Jul-2021 - Soundpath Teleconference Session Originated by   Sarah Y. Dicharry | 7.91 |
| 07/13/2021 | Conference Call - Soundpath Teleconference Session Originated by   Paul Woodall | 13.38 |
| 07/20/2021 | Delivery Services - - FedEx sent by Jones Walker, US  to Associate Solicitor Division of Mineral | 74.83 |
| 07/20/2021 | Delivery Services - - FedEx sent by Jonathan A. Hunter, Jones Walker  to Kirby Calhoun BSEE | 47.81 |
| 07/21/2021 | Other - Vendor: 201 St. Charles Place,  LLC; Invoice#: 19102; Date: 7/1/2021 - Overtime HVAC - J. Hunter | 1,054.62 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/07/21 - INV #76123472013 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/07/21 - INV #76123472145 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/07/21 - INV #76123472313 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/07/21 - INV #76123472366 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/07/21 - INV #76123473473 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/07/21 - INV #76123473515 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/07/21 - INV #76123473635 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125881679 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125882836 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125882881 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for | 150.00 |

045043.17820800.1098527                                                                    Page 159

**Other Charges**

| | | |
|---|---|---|
| | Appeals - AP - 07/15/21 - INV #76125882921 | |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125883959 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125884976 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125885010 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125885059 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125885096 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125885124 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125885162 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125885200 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125888376 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125888420 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125888491 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125888538 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125889605 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125889658 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125889703 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125889768 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125890815 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125890858 | 150.00 |

045043.17820800.1098527                                                                Page 160

**Other Charges**

| Date | Description | Amount |
|---|---|---|
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125890911 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125890957 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891089 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891218 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891299 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891375 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891448 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891536 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891608 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891685 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891764 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891852 | 150.00 |
| 07/22/2021 | Litigation Support; Ulfers, Chris; 7/22/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891886 | 150.00 |
| 07/23/2021 | Litigation Support; Ulfers, Chris; 7/23/2021, BSEE appeals - BSEE Fee for Appeals - AP - 07/15/21 - INV #76125891814 | 150.00 |
| 07/23/2021 | Litigation Support; Ulfers, Chris; 7/23/2021, BSEE appeals - BSEE Fee for Appeal - AP - 07/15/21 - INV #76125882745 | 150.00 |
| 07/23/2021 | Litigation Support; Ulfers, Chris; 7/23/2021, BSEE appeals - BSEE Fee for Appeal - AP - 07/15/21 - INV #76125882796 | 150.00 |
| 07/23/2021 | Conference Call - Soundpath Teleconference Session Originated by   Paul Woodall | 13.99 |
| 07/26/2021 | Conference Call - Soundpath Teleconference Session Originated by   Pauline F. Hardin | 19.56 |
| 07/27/2021 | Lexis Legal Research - -  SEARCH | 519.75 |

045043.17820800.1098527                                                                          Page 161

**Other Charges**

| | | |
|---|---|---|
| 07/27/2021 | Lexis Legal Research - -  US LAW REVIEWS AND JOURNALS | 31.80 |
| 07/27/2021 | Conference Call - Soundpath Teleconference Session Originated by  Pauline F. Hardin | 1.95 |
| 07/27/2021 | Conference Call - Soundpath Teleconference Session Originated by  Pauline F. Hardin | 7.30 |
| 07/27/2021 | Conference Call - Soundpath Teleconference Session Originated by  Pauline F. Hardin | 10.31 |
| 07/27/2021 | Conference Call - Soundpath Teleconference Session Originated by  Pauline F. Hardin | 17.90 |
| 07/28/2021 | Delivery Services - - FedEx sent by Christopher K. Ulfers, Jones Wal  to BSEE Dept. of Interior | 33.49 |
| 07/28/2021 | Delivery Services - - FedEx sent by Christopher K. Ulfers, Jones Wal  to Division of Mineral Resources | 40.31 |
| 07/29/2021 | Conference Call - Soundpath Teleconference Session Originated by  Jonathan A. Hunter | 8.51 |
| 07/29/2021 | Conference Call - Soundpath Teleconference Session Originated by  Pauline F. Hardin | 5.56 |
| 07/31/2021 | Relativity Data Hosting - July 2021 | 50.00 |
| 08/02/2021 | Delivery Services - - FedEx sent by Christopher K. Ulfers, Jones Wal  to Division of Mineral Resources | 40.27 |
| 08/02/2021 | Delivery Services - - FedEx sent by Christopher K. Ulfers, Jones Wal  to Wood Group | 29.93 |
| 08/02/2021 | Delivery Services - - FedEx sent by Christopher K. Ulfers, Jones Wal  to BSEE Dept. of Interior | 33.46 |
| 08/03/2021 | Litigation Support; Ulfers, Chris; 8/3/2021, BSEE Appeals - BSEE Fee for Appeals - AP - 07/27/21 - Inv #76129791529 | 150.00 |
| 08/03/2021 | Litigation Support; Ulfers, Chris; 8/3/2021, BSEE Appeals - BSEE Fee for Appeals - AP - 07/27/21 - Inv #76129791575 | 150.00 |
| 08/03/2021 | Litigation Support; Ulfers, Chris; 8/3/2021, BSEE Appeals - BSEE Fee for Appeals - AP - 07/27/21 - Inv #76129791670 | 150.00 |
| 08/03/2021 | Litigation Support; Ulfers, Chris; 8/3/2021, BSEE Appeals - BSEE Fee for Appeals - AP - 07/27/21 - Inv #76129791611 | 150.00 |
| 08/03/2021 | Litigation Support; Ulfers, Chris; 8/3/2021, BSEE Appeals - BSEE Fee for Appeals - AP - 07/27/21 - Inv #76129794991 | 150.00 |
| 08/03/2021 | Litigation Support; Ulfers, Chris; 8/3/2021, BSEE Appeals - BSEE Fee for Appeals - AP - 07/27/21 - Inv #76129795082 | 150.00 |
| 08/03/2021 | Litigation Support; Ulfers, Chris; 8/3/2021, BSEE Appeals - BSEE Fee for | 150.00 |

045043.17820800.1098527                                                        Page 162

## Other Charges

|            | Appeals - AP - 07/27/21 - Inv #76129795136 |        |
|------------|---------------------------------------------|--------|
| 08/03/2021 | Litigation Support; Ulfers, Chris; 8/3/2021, BSEE Appeals - BSEE Fee for Appeals - AP - 07/27/21 - Inv #76129795179 | 150.00 |
| 08/03/2021 | Litigation Support; Ulfers, Chris; 8/3/2021, BSEE Appeals - BSEE Fee for Appeals - AP - 07/27/21 - Inv #76129795212 | 150.00 |
| 08/03/2021 | Litigation Support; Ulfers, Chris; 8/3/2021, BSEE Appeals - BSEE Fee for Appeals - AP - 07/27/21 - Inv #76129795285 | 150.00 |
| 08/04/2021 | Conference Call - Soundpath Teleconference Session Originated by   David M. Hunter | 5.86 |
| 08/05/2021 | Conference Call - Soundpath Teleconference Session Originated by   Paul Woodall | 7.52 |
| 08/06/2021 | Litigation Support; Ulfers, Chris; 8/6/2021, BSEE appeals - BSEE Fee for Appeals - AP - 08/02/21 - Inv #76132435047 | 150.00 |
| 08/06/2021 | Litigation Support; Ulfers, Chris; 8/6/2021, BSEE appeals - BSEE Fee for Appeals - AP - 08/02/21 - Inv #76132435116 | 150.00 |
| 08/06/2021 | Litigation Support; Ulfers, Chris; 8/6/2021, BSEE appeals - BSEE Fee for Appeals - AP - 08/02/21 - Inv #76132435158 | 150.00 |
| 08/06/2021 | Litigation Support; Ulfers, Chris; 8/6/2021, BSEE appeals - BSEE Fee for Appeals - AP - 08/02/21 - Inv #76132435202 | 150.00 |
| 08/06/2021 | Litigation Support; Ulfers, Chris; 8/6/2021, BSEE appeals - BSEE Fee for Appeals - AP - 08/02/21 - Inv #76132435262 | 150.00 |
| 08/06/2021 | Litigation Support; Ulfers, Chris; 8/6/2021, BSEE appeals - BSEE Fee for Appeals - AP - 08/02/21 - Inv #76132435337 | 150.00 |
| 08/06/2021 | Litigation Support; Ulfers, Chris; 8/6/2021, BSEE appeals - BSEE Fee for Appeals - AP - 08/02/21 - Inv #76132435386 | 150.00 |
| 08/06/2021 | Litigation Support; Ulfers, Chris; 8/6/2021, BSEE appeals - BSEE Fee for Appeals - AP - 08/02/21 - Inv #76132435435 | 150.00 |
| 08/06/2021 | Conference Call - Soundpath Teleconference Session Originated by   Benjamin P. Woodruff | 10.98 |
| 08/06/2021 | Conference Call - Soundpath Teleconference Session Originated by   David M. Hunter | 14.14 |
| 08/08/2021 | Lexis Legal Research - -  SEARCH | 193.05 |
| 08/17/2021 | Conference Call - Soundpath Teleconference Session Originated by   Pauline F. Hardin | 11.06 |
| 08/19/2021 | Conference Call - Soundpath Teleconference Session Originated by   Pauline F. Hardin | 20.54 |
| 08/23/2021 | Lexis Legal Research - -  DICHARRY, SARAH | 14.85 |

045043.17820800.1098527                                                          Page 163

**Other Charges**

| | | |
|---|---|---:|
| 08/27/2021 | Court Record Fees - /PACER   August 2021 | 0.30 |
| 08/27/2021 | Other Professionals - Vendor: John Seip; Invoice#: JJS202108-1; Date: 8/13/2021 - Consultants hired to assist BOEM adjudication | 11,850.00 |
| 08/27/2021 | Other Professionals - Vendor: Dale B. Morrison; Invoice#: DBM202108-1; Date: 9/20/2021 - Consultant hired to assist BOEM adjucication | 14,100.00 |

**Total Other Charges:** **$48,513.93**

**TOTAL AMOUNT DUE THIS INVOICE**                                   **$663,595.93**

**YEAR TO DATE BILLING**

| | |
|---|---|
| YTD Fees | $2,257,928.50 |
| YTD Disbursements | $84,429.04 |
| YTD Total | $2,342,357.54 |

**LIFE TO DATE BILLING**

| | |
|---|---|
| LTD Fees | $3,098,515.50 |
| LTD Disbursements | $89,664.16 |
| LTD Total | $3,188,179.66 |



# Cost Summary Report

## Client: Fieldwood Energy LLC

**Relativity Project Number:** 1322468
**Report Date:** 6/30/2021
**Due Date:** 7/31/2021
**Matter Number:** 17820800

**Matter Name:** Fieldwood Restructuring

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | .60 GB | *Flat Fee - $50* | *Flat Fee - $50* |
| **Relativity Users** | Monthly License Fee <br><br> Licensed Users: | 0 | *n/a* | *$0* |
| | | | *Balance Due* | *$50.00* |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

{Monthly Cost Summary Report.1}





**INCOMPLETE**

CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



✓ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-6 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [✓] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED
JUL 01 2021

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:42 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUHP
Agency Tracking ID: 76120077009
Transaction Type: Sale
Transaction Date: 06/29/2021 09:42:04 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P281; Well A14

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service





**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. 17820800 | | |

| PAYABLE TO. | | AMOUNT **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | | MAIL CHECK |
| | | **RETURN CHECK TO** Chris Ulfers ✓ |
| PAYMENT FOR **BSEE Appeals** | | NAME **Chris Ulfers** |
| | | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:44 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUI1
Agency Tracking ID: 76120077074
Transaction Type: Sale
Transaction Date: 06/29/2021 09:43:47 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P281; Well A01

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service





☑ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | | AMOUNT | **$7,350.00** |
|---|---|---|---|
| **Chris Ulfers** | | MAIL CHECK | |
| | | **RETURN CHECK TO** Chris Ulfers | ✓ |
| PAYMENT FOR: BSEE Appeals | | NAME Chris Ulfers | |
| | | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:46 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUIB
Agency Tracking ID: 76120077167
Transaction Type: Sale
Transaction Date: 06/29/2021 09:45:59 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A21

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. **17820800** | | |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✔ |

| PAYMENT FOR | NAME |
|---|---|
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:45 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUI4
Agency Tracking ID: 76120077120
Transaction Type: Sale
Transaction Date: 06/29/2021 09:44:51 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A22

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



| | |
|---|---|
| ✓ | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring | Fieldwood Energy, LLC** | July 1, 2021 |

| PAYABLE TO: | AMOUNT | $7,350.00 |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR | NAME |
|---|---|
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-6 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR
GENERAL OFFICE[1] - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

RECEIVED
JUL 0 1 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 29, 2021 8:50 AM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUIR
Agency Tracking ID: 76120077486
Transaction Type: Sale
Transaction Date: 06/29/2021 09:49:57 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A12D

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1





**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

| ✓ | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 1, 2021 |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:51 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUJ9
Agency Tracking ID: 76120077573
Transaction Type: Sale
Transaction Date: 06/29/2021 09:50:54 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A5

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | | AMOUNT | **$7,350.00** |
|---|---|---|---|
| **Chris Ulfers** | | MAIL CHECK | |
| | | **RETURN CHECK TO** **Chris Ulfers** | ✔ |

| PAYMENT FOR | | NAME **Chris Ulfers** |
|---|---|---|
| **BSEE Appeals** | | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

From:            notification@pay.gov
Sent:            Tuesday, June 29, 2021 8:52 AM
To:              Ulfers, Chris
Subject:         [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any
questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or
BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUJF
Agency Tracking ID: 76120078821
Transaction Type: Sale
Transaction Date: 06/29/2021 09:52:09 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No.
A; PINC No. P283; Well A11

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR: | NAME | |
|---|---|---|
| **BSEE Appeals** | **Chris Ulfers** | |
| | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:21 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL68
Agency Tracking ID: 76120087173
Transaction Type: Sale
Transaction Date: 06/29/2021 10:20:56 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ***********0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A22

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service





**INCOMPLETE**

CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

◻ TRUST

◻ BARONNE TITLE

◻ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. **17820800** | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO. | | AMOUNT **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | | MAIL CHECK |
| | | **RETURN CHECK TO** **Chris Ulfers** ☑ |

| PAYMENT FOR | | NAME **Chris Ulfers** |
|---|---|---|
| **BSEE Appeals** | | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

◻ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

◻ OTHER EXPENSES FOR LITIGATION MATTERS - E118

◻ ARBITRATORS/MEDIATORS - E121

◻ COURT FEES - E112

◻ DELIVERY SERVICES/MESSENGERS - E107

◻ DEPOSITION TRANSCRIPTS - E115

◻ EXPERTS - E119

◻ LOCAL COUNSEL - E122

◻ MEALS - E111

◻ OTHER PROFESSIONALS - E123

◻ OUTSIDE PRINTING - E102

◻ PRIVATE INVESTIGATORS - E120

◻ SUBPOENA FEES - E113

◻ TRIAL EXHIBITS - E117

◻ TRIAL TRANSCRIPTS - E116

◻ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:33 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL87
Agency Tracking ID: 76120088869
Transaction Type: Sale
Transaction Date: 06/29/2021 10:32:45 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ***********0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A08

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

✓ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. **17820800** | | |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:33 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any
questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or
BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL8C
Agency Tracking ID: 76120088891
Transaction Type: Sale
Transaction Date: 06/29/2021 10:33:20 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No.
A; PINC No. P414; Well A02

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

✓ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR | NAME |
|---|---|
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:40 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUHF
Agency Tracking ID: 76120076733
Transaction Type: Sale
Transaction Date: 06/29/2021 09:39:45 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P281; Well A19

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 1, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT $7,350.00 |
|---|---|
| Chris Ulfers | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers ✓ |

| PAYMENT FOR: | NAME Chris Ulfers |
|---|---|
| BSEE Appeals | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:55 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUK3
Agency Tracking ID: 76120079119
Transaction Type: Sale
Transaction Date: 06/29/2021 09:55:13 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A2

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 1, 2021 |

| PAYABLE TO: | AMOUNT | $7,350.00 |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:26 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL73
Agency Tracking ID: 76120087509
Transaction Type: Sale
Transaction Date: 06/29/2021 10:26:06 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A16

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



INCOMPLETE
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT | |
|---|---|---|
| **Chris Ulfers** | **$7,350.00** | |
| | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:30 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL7J
Agency Tracking ID: 76120087676
Transaction Type: Sale
Transaction Date: 06/29/2021 10:29:39 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A12

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



✓ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO. | | AMOUNT **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | | MAIL CHECK |
| | | **RETURN CHECK TO** **Chris Ulfers** ✓ |
| PAYMENT FOR **BSEE Appeals** | | NAME **Chris Ulfers** |
| | | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:30 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL7O
Agency Tracking ID: 76120087710
Transaction Type: Sale
Transaction Date: 06/29/2021 10:30:13 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A11

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



☑ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 1, 2021 |

| PAYABLE TO: | AMOUNT | $7,350.00 |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:39 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL9I
Agency Tracking ID: 76120091668
Transaction Type: Sale
Transaction Date: 06/29/2021 10:38:48 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A03

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



| ✓ | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. 17820800 | | |

| PAYABLE TO: | | AMOUNT $7,350.00 |
|---|---|---|
| Chris Ulfers | | MAIL CHECK | |
| | | RETURN CHECK TO Chris Ulfers | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| TRUST CHECK | LOCAL COUNSEL - E122 |
| ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | MEALS - E111 |
| OTHER EXPENSES FOR LITIGATION MATTERS - E118 | OTHER PROFESSIONALS - E123 |
| ARBITRATORS/MEDIATORS - E121 | OUTSIDE PRINTING - E102 |
| COURT FEES - E112 | PRIVATE INVESTIGATORS - E120 |
| DELIVERY SERVICES/MESSENGERS - E107 | SUBPOENA FEES - E113 |
| DEPOSITION TRANSCRIPTS - E115 | TRIAL EXHIBITS - E117 |
| EXPERTS - E119 | TRIAL TRANSCRIPTS - E116 |
| | WITNESS FEES - E114 |

RECEIVED
JUL 0 1 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:40 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL9L
Agency Tracking ID: 76120091751
Transaction Type: Sale
Transaction Date: 06/29/2021 10:39:31 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A01

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**

CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | | AMOUNT | **$7,350.00** |
|---|---|---|---|
| **Chris Ulfers** | | MAIL CHECK | |
| | | **RETURN CHECK TO** **Chris Ulfers** | ✓ |
| PAYMENT FOR: **BSEE Appeals** | | NAME **Chris Ulfers** | |
| | | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:44 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLAJ
Agency Tracking ID: 76120093135
Transaction Type: Sale
Transaction Date: 06/29/2021 10:43:53 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A19

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1





**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

⋮ TRUST

⋮ BARONNE TITLE

⋮ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. **17820800** | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | | AMOUNT **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | | MAIL CHECK |
| | | **RETURN CHECK TO** **Chris Ulfers** ✓ |
| PAYMENT FOR **BSEE Appeals** | | NAME **Chris Ulfers** |
| | | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- ☐ TRUST CHECK
- ☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ☐ ARBITRATORS/MEDIATORS - E121
- ☐ COURT FEES - E112
- ☐ DELIVERY SERVICES/MESSENGERS - E107
- ☐ DEPOSITION TRANSCRIPTS - E115
- ☐ EXPERTS - E119

- ☐ LOCAL COUNSEL - E122
- ☐ MEALS - E111
- ☐ OTHER PROFESSIONALS - E123
- ☐ OUTSIDE PRINTING - E102
- ☐ PRIVATE INVESTIGATORS - E120
- ☐ SUBPOENA FEES - E113
- ☐ TRIAL EXHIBITS - E117
- ☐ TRIAL TRANSCRIPTS - E116
- ☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:39 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any
questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or
BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUH9
Agency Tracking ID: 76120076560
Transaction Type: Sale
Transaction Date: 06/29/2021 09:38:39 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No.
A; PINC No. G111; Heliport Skirting

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

| ✓ | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE **Fieldwood Restructuring | Fieldwood Energy, LLC** | DATE **July 1, 2021** |
|---|---|---|
| FILE NO. **17820800** | | |

| PAYABLE TO: **Chris Ulfers** | AMOUNT **$7,350.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** **Chris Ulfers** ✓ |
| PAYMENT FOR **BSEE Appeals** | NAME **Chris Ulfers** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9 3 4 6 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT **$7,350.00** |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [✓] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [ ] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:49 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLBK
Agency Tracking ID: 76120094432
Transaction Type: Sale
Transaction Date: 06/29/2021 10:48:55 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ***********0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P475; Flame Arrestors

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. **17820800** | | |

| PAYABLE TO: | | AMOUNT | **$7,350.00** |
|---|---|---|---|
| **Chris Ulfers** | | MAIL CHECK | |
| | | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR | | NAME **Chris Ulfers** |
|---|---|---|
| **BSEE Appeals** | | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:50 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLBU
Agency Tracking ID: 76120094464
Transaction Type: Sale
Transaction Date: 06/29/2021 10:49:36 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P526; Flame Arrestors

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service





| | OPERATING ✓ |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 1, 2021 |

| PAYABLE TO | | AMOUNT | **$7,350.00** |
|---|---|---|---|
| **Chris Ulfers** | | MAIL CHECK | |
| | | **RETURN CHECK TO** Chris Ulfers | ✓ |
| PAYMENT FOR BSEE Appeals | | NAME **Chris Ulfers** | |
| | | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:50 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLC6
Agency Tracking ID: 76120094502
Transaction Type: Sale
Transaction Date: 06/29/2021 10:50:13 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P527; Stack Arrestor

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

✓ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. 17820800 | | |

| PAYABLE TO | | AMOUNT | **$7,350.00** |
|---|---|---|---|
| **Chris Ulfers** | | MAIL CHECK | |
| | | **RETURN CHECK TO** **Chris Ulfers** | ✓ |
| PAYMENT FOR **BSEE Appeals** | | NAME **Chris Ulfers** | |
| | | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:53 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUJK
Agency Tracking ID: 76120078855
Transaction Type: Sale
Transaction Date: 06/29/2021 09:53:07 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A4

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR | NAME |
|---|---|
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 0 1 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:57 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUK8
Agency Tracking ID: 76120079163
Transaction Type: Sale
Transaction Date: 06/29/2021 09:56:38 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A8

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING
: TRUST
: BARONNE TITLE
: BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | July 1, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT | $7,350.00 |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:31 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL7S
Agency Tracking ID: 76120087735
Transaction Type: Sale
Transaction Date: 06/29/2021 10:30:47 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A10

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO. | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:43 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLAF
Agency Tracking ID: 76120093104
Transaction Type: Sale
Transaction Date: 06/29/2021 10:43:08 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A25

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE Fieldwood Restructuring \| Fieldwood Energy, LLC | DATE July 1, 2021 |
|---|---|---|
| FILE NO. 17820800 | | |

| PAYABLE TO: Chris Ulfers | AMOUNT $7,350.00 |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers ✓ |

| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9 3 4 6 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT $7,350.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114



RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:51 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLCD
Agency Tracking ID: 76120095539
Transaction Type: Sale
Transaction Date: 06/29/2021 10:50:57 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. Z120; Lighting and Foghorn

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE **Fieldwood Restructuring | Fieldwood Energy, LLC** | DATE **June 28, 2021** |
|---|---|---|---|
| FILE NO. | 17820800 | | |

| PAYABLE TO: **Chris Ulfers** | AMOUNT **$2,550.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers ✔ |
| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 22, 2021 3:53 PM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3IOB
Agency Tracking ID: 76118356712
Transaction Type: Sale
Transaction Date: 06/22/2021 04:52:53 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. P261; Well B01

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **June 28, 2021** |

| PAYABLE TO: **Chris Ulfers** | AMOUNT **$2,550.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers ✔ |
| PAYMENT FOR: BSEE Appeals | NAME **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 3:52 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3IO2
Agency Tracking ID: 76118355670
Transaction Type: Sale
Transaction Date: 06/22/2021 04:51:54 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. G113; BSEE Inspectors Inability to Board

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

| | |
|---|---|
| ✔ | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **June 28, 2021** |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT | **$2,550.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ☐ TRUST CHECK | ☐ LOCAL COUNSEL - E122 |
| ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ MEALS - E111 |
| ✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ OTHER PROFESSIONALS - E123 |
| ☐ ARBITRATORS/MEDIATORS - E121 | ☐ OUTSIDE PRINTING - E102 |
| ☐ COURT FEES - E112 | ☐ PRIVATE INVESTIGATORS - E120 |
| ☐ DELIVERY SERVICES/MESSENGERS - E107 | ☐ SUBPOENA FEES - E113 |
| ☐ DEPOSITION TRANSCRIPTS - E115 | ☐ TRIAL EXHIBITS - E117 |
| ☐ EXPERTS - E119 | ☐ TRIAL TRANSCRIPTS - E116 |
| | ☐ WITNESS FEES - E114 |

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 3:55 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3IOS
Agency Tracking ID: 76118356795
Transaction Type: Sale
Transaction Date: 06/22/2021 04:54:37 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. P283; Well B02

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE **Fieldwood Restructuring | Fieldwood Energy, LLC** | DATE **June 28, 2021** |
|---|---|---|---|
| FILE NO. | 17820800 | | |

| PAYABLE TO: **Chris Ulfers** | AMOUNT **$2,550.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** **Chris Ulfers** ✔ |
| PAYMENT FOR: BSEE Appeals | NAME **Chris Ulfers** |
| | SIGNATURE |

## FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 3:50 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3INL
Agency Tracking ID: 76118355561
Transaction Type: Sale
Transaction Date: 06/22/2021 04:49:51 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B;
PINC No. E120; Pollution Inspections

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE **Fieldwood Restructuring | Fieldwood Energy, LLC** | DATE **June 28, 2021** |
|---|---|---|---|
| FILE NO. | 17820800 | | |

| PAYABLE TO: **Chris Ulfers** | AMOUNT **$2,550.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers ✔ |

| PAYMENT FOR: BSEE Appeals | NAME **Chris Ulfers** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 3:54 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3IOG
Agency Tracking ID: 76118356753
Transaction Type: Sale
Transaction Date: 06/22/2021 04:53:42 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. P281; Well B01

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

| | |
|---|---|
| ✔ | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **June 28, 2021** |

| PAYABLE TO: | AMOUNT | **$2,550.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** | ✔ |
| | **Chris Ulfers** | |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ☐ TRUST CHECK | ☐ LOCAL COUNSEL - E122 |
| ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ MEALS - E111 |
| ✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ OTHER PROFESSIONALS - E123 |
| ☐ ARBITRATORS/MEDIATORS - E121 | ☐ OUTSIDE PRINTING - E102 |
| ☐ COURT FEES - E112 | ☐ PRIVATE INVESTIGATORS - E120 |
| ☐ DELIVERY SERVICES/MESSENGERS - E107 | ☐ SUBPOENA FEES - E113 |
| ☐ DEPOSITION TRANSCRIPTS - E115 | ☐ TRIAL EXHIBITS - E117 |
| ☐ EXPERTS - E119 | ☐ TRIAL TRANSCRIPTS - E116 |
| | ☐ WITNESS FEES - E114 |

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 3:51 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3INR
Agency Tracking ID: 76118355614
Transaction Type: Sale
Transaction Date: 06/22/2021 04:50:49 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. G111; Boat Landing

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service





OPERATING ✓

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. **17820800** | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO. | | AMOUNT **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | | MAIL CHECK |
| | | **RETURN CHECK TO** **Chris Ulfers** ✓ |
| PAYMENT FOR **BSEE Appeals** | | NAME **Chris Ulfers** |
| | | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED

JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:46 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLAV
Agency Tracking ID: 76120093256
Transaction Type: Sale
Transaction Date: 06/29/2021 10:45:56 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A07

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

☑ OPERATING

⬚ TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. **17820800** | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** :Chris Ulfers | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| :BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

⬚ TRUST CHECK

✔ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

⬚ OTHER EXPENSES FOR LITIGATION MATTERS - E118

⬚ ARBITRATORS/MEDIATORS - E121

⬚ COURT FEES - E112

⬚ DELIVERY SERVICES/MESSENGERS - E107

⬚ DEPOSITION TRANSCRIPTS - E115

⬚ EXPERTS - E119

⬚ LOCAL COUNSEL - E122

⬚ MEALS - E111

⬚ OTHER PROFESSIONALS - E123

⬚ OUTSIDE PRINTING - E102

⬚ PRIVATE INVESTIGATORS - E120

⬚ SUBPOENA FEES - E113

⬚ TRIAL EXHIBITS - E117

⬚ TRIAL TRANSCRIPTS - E116

⬚ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER



**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:48 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLBB
Agency Tracking ID: 76120094369
Transaction Type: Sale
Transaction Date: 06/29/2021 10:47:54 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A21

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury Bureau of the Fiscal Service



**INCOMPLETE**

CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

- ☑ OPERATING
- TRUST
- BARONNE TITLE
- BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | | AMOUNT | **$7,350.00** |
|---|---|---|---|
| **Chris Ulfers** | | MAIL CHECK | |
| | | **RETURN CHECK TO** **Chris Ulfers** | ✓ |
| PAYMENT FOR: **BSEE Appeals** | | NAME **Chris Ulfers** | |
| | | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-6 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- ☐ TRUST CHECK
- ☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ☐ ARBITRATORS/MEDIATORS - E121
- ☐ COURT FEES - E112
- ☐ DELIVERY SERVICES/MESSENGERS - E107
- ☐ DEPOSITION TRANSCRIPTS - E115
- ☐ EXPERTS - E119

- ☐ LOCAL COUNSEL - E122
- ☐ MEALS - E111
- ☐ OTHER PROFESSIONALS - E123
- ☐ OUTSIDE PRINTING - E102
- ☐ PRIVATE INVESTIGATORS - E120
- ☐ SUBPOENA FEES - E113
- ☐ TRIAL EXHIBITS - E117
- ☐ TRIAL TRANSCRIPTS - E116
- ☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:52 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLCQ
Agency Tracking ID: 76120095603
Transaction Type: Sale
Transaction Date: 06/29/2021 10:52:12 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G05800; Area and Block EW 826; Facility/Rig and Well No. A; PINC No. G111

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



## INCOMPLETE
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

☑ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE **Fieldwood Restructuring | Fieldwood Energy, LLC** | | DATE **July 1, 2021** |
|---|---|---|---|
| FILE NO. **17820800** | | | |

| PAYABLE TO: **Chris Ulfers** | AMOUNT **$7,350.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** **Chris Ulfers** ✓ |

| PAYMENT FOR: **BSEE Appeals** | NAME **Chris Ulfers** |
|---|---|
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9 3 4 6 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT **$7,350.00** |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE⁽¹⁾ - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:55 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any
questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or
BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLDL
Agency Tracking ID: 76120095837
Transaction Type: Sale
Transaction Date: 06/29/2021 10:54:44 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G08680; Area and Block SM 16; Facility/Rig and Well No.
A; PINC No. G111; Grating and Handrails

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury. Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

✓ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE **Fieldwood Restructuring | Fieldwood Energy, LLC** | DATE **July 1, 2021** |
|---|---|---|---|
| FILE NO. | 17820800 | | |

| PAYABLE TO: **Chris Ulfers** | AMOUNT **$7,350.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers ✓ |

| PAYMENT FOR: **BSEE Appeals** | NAME **Chris Ulfers** |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9 3 4 6 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT **$7,350.00** |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:22 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any
questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or
BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL6B
Agency Tracking ID: 76120087211
Transaction Type: Sale
Transaction Date: 06/29/2021 10:21:34 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No.
A; PINC No. P414; Well A18

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 1, 2021 |

| PAYABLE TO: | AMOUNT | $7,350.00 |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:31 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL82
Agency Tracking ID: 76120087763
Transaction Type: Sale
Transaction Date: 06/29/2021 10:31:26 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A05

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



- ✓ OPERATING
- TRUST
- BARONNE TITLE
- BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | | |
|---|---|---|
| **Chris Ulfers** | AMOUNT | **$7,350.00** |
| | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR: | | |
|---|---|---|
| **BSEE Appeals** | NAME **Chris Ulfers** | |
| | SIGNATURE | |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:47 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLB6
Agency Tracking ID: 76120093319
Transaction Type: Sale
Transaction Date: 06/29/2021 10:46:54 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A24

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

☑ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | | DATE |
|---|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring | Fieldwood Energy, LLC** | | **July 1, 2021** |

| PAYABLE TO. | | AMOUNT **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | | MAIL CHECK |
| | | **RETURN CHECK TO** **Chris Ulfers** ✓ |
| PAYMENT FOR **BSEE Appeals** | | NAME **Chris Ulfers** |
| | | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:52 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUJD
Agency Tracking ID: 76120077600
Transaction Type: Sale
Transaction Date: 06/29/2021 09:51:30 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A10

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO**<br>**Chris Ulfers** | ✓ |
| PAYMENT FOR<br>**BSEE Appeals** | NAME<br>**Chris Ulfers** | |
| | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:26 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL72
Agency Tracking ID: 76120087487
Transaction Type: Sale
Transaction Date: 06/29/2021 10:25:31 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A17

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1



☑ OPERATING

⋮ TRUST

⋮ BARONNE TITLE

⋮ BARONNE TITLE OF ALABAMA LLC



**INCOMPLETE**

CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. **17820800** | | |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |
| PAYMENT FOR: **BSEE Appeals** | NAME **Chris Ulfers** | |
| | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:32 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any
questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or
BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL85
Agency Tracking ID: 76120087790
Transaction Type: Sale
Transaction Date: 06/29/2021 10:32:05 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No.
A; PINC No. P414; Well A04

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

☑ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:45 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLAT
Agency Tracking ID: 76120093222
Transaction Type: Sale
Transaction Date: 06/29/2021 10:45:19 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A14

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service





OPERATING ✓

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 1, 2021 |

| PAYABLE TO: | AMOUNT | $7,350.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | |
| | RETURN CHECK TO Chris Ulfers | ✓ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT



- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:54 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLD7
Agency Tracking ID: 76120095778
Transaction Type: Sale
Transaction Date: 06/29/2021 10:53:35 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G08680; Area and Block SM 18; Facility/Rig and Well No. A; PINC No. G111; Grating and Handrails

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☐ OPERATING ✔
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE **Fieldwood Restructuring \| Fieldwood Energy, LLC** | DATE **June 28, 2021** |
|---|---|---|
| FILE NO. 17820800 | | |

| PAYABLE TO: **Chris Ulfers** | AMOUNT **$2,550.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** Chris Ulfers ✔ |
| PAYMENT FOR: BSEE Appeals | NAME **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 3:53 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3IOB
Agency Tracking ID: 76118356712
Transaction Type: Sale
Transaction Date: 06/22/2021 04:52:53 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. P261; Well B01

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

☑ OPERATING

TRUST

BARONNE TITLE

BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT | $7,350.00 |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR: | NAME **Chris Ulfers** |
|---|---|
| **BSEE Appeals** | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

TRUST CHECK

✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

OTHER EXPENSES FOR LITIGATION MATTERS - E118

ARBITRATORS/MEDIATORS - E121

COURT FEES - E112

DELIVERY SERVICES/MESSENGERS - E107

DEPOSITION TRANSCRIPTS - E115

EXPERTS - E119

LOCAL COUNSEL - E122

MEALS - E111

OTHER PROFESSIONALS - E123

OUTSIDE PRINTING - E102

PRIVATE INVESTIGATORS - E120

SUBPOENA FEES - E113

TRIAL EXHIBITS - E117

TRIAL TRANSCRIPTS - E116

WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:56 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLDV
Agency Tracking ID: 76120095907
Transaction Type: Sale
Transaction Date: 06/29/2021 10:56:05 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G08680; Area and Block SM 18; Facility/Rig and Well No. A; PINC No. Z125; Main Egress

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

- ✓ OPERATING
- TRUST
- BARONNE TITLE
- BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 1, 2021 |

| PAYABLE TO: | | AMOUNT | $7,350.00 |
|---|---|---|---|
| **Chris Ulfers** | | MAIL CHECK | |
| | | **RETURN CHECK TO** Chris Ulfers | ✓ |
| PAYMENT FOR: BSEE Appeals | | NAME Chris Ulfers | |
| | | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:56 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOLDR
Agency Tracking ID: 76120095882
Transaction Type: Sale
Transaction Date: 06/29/2021 10:55:36 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G08680; Area and Block SM 18; Facility/Rig and Well No. A; PINC No. Z125; Main Egress

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

| | OPERATING ✔ |
|---|---|
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **June 28, 2021** |

| PAYABLE TO: | AMOUNT | **$2,550.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✔ |

| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ☐ TRUST CHECK | ☐ LOCAL COUNSEL - E122 |
| ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ MEALS - E111 |
| ✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ OTHER PROFESSIONALS - E123 |
| ☐ ARBITRATORS/MEDIATORS - E121 | ☐ OUTSIDE PRINTING - E102 |
| ☐ COURT FEES - E112 | ☐ PRIVATE INVESTIGATORS - E120 |
| ☐ DELIVERY SERVICES/MESSENGERS - E107 | ☐ SUBPOENA FEES - E113 |
| ☐ DEPOSITION TRANSCRIPTS - E115 | ☐ TRIAL EXHIBITS - E117 |
| ☐ EXPERTS - E119 | ☐ TRIAL TRANSCRIPTS - E116 |
| | ☐ WITNESS FEES - E114 |

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 4:31 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3IV7
Agency Tracking ID: 76118376939
Transaction Type: Sale
Transaction Date: 06/22/2021 05:30:41 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. P283; Well B03

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

| | |
|---|---|
| ✔ | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **June 28, 2021** |

| PAYABLE TO: | AMOUNT | **$2,550.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ☐ TRUST CHECK | ☐ LOCAL COUNSEL - E122 |
| ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ MEALS - E111 |
| ✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ OTHER PROFESSIONALS - E123 |
| ☐ ARBITRATORS/MEDIATORS - E121 | ☐ OUTSIDE PRINTING - E102 |
| ☐ COURT FEES - E112 | ☐ PRIVATE INVESTIGATORS - E120 |
| ☐ DELIVERY SERVICES/MESSENGERS - E107 | ☐ SUBPOENA FEES - E113 |
| ☐ DEPOSITION TRANSCRIPTS - E115 | ☐ TRIAL EXHIBITS - E117 |
| ☐ EXPERTS - E119 | ☐ TRIAL TRANSCRIPTS - E116 |
| | ☐ WITNESS FEES - E114 |

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

## Brickman, Jennifer

**From:** notification@pay.gov
**Sent:** Tuesday, June 22, 2021 4:33 PM
**To:** Ulfers, Chris
**Subject:** [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3IVL
Agency Tracking ID: 76118377047
Transaction Type: Sale
Transaction Date: 06/22/2021 05:33:13 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. Z120; Lighting and Foghorn

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

| | |
|---|---|
| ✔ | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **June 28, 2021** |

| PAYABLE TO: | | AMOUNT | **$2,550.00** |
|---|---|---|---|
| **Chris Ulfers** | | MAIL CHECK | |
| | | **RETURN CHECK TO**  Chris Ulfers | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ☐ TRUST CHECK | ☐ LOCAL COUNSEL - E122 |
| ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ MEALS - E111 |
| ✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ OTHER PROFESSIONALS - E123 |
| ☐ ARBITRATORS/MEDIATORS - E121 | ☐ OUTSIDE PRINTING - E102 |
| ☐ COURT FEES - E112 | ☐ PRIVATE INVESTIGATORS - E120 |
| ☐ DELIVERY SERVICES/MESSENGERS - E107 | ☐ SUBPOENA FEES - E113 |
| ☐ DEPOSITION TRANSCRIPTS - E115 | ☐ TRIAL EXHIBITS - E117 |
| ☐ EXPERTS - E119 | ☐ TRIAL TRANSCRIPTS - E116 |
| | ☐ WITNESS FEES - E114 |

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 4:38 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3J0L
Agency Tracking ID: 76118377488
Transaction Type: Sale
Transaction Date: 06/22/2021 05:38:02 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. P414; B04 Well

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

| | |
|---|---|
| ✔ | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **June 28, 2021** |

| PAYABLE TO: | AMOUNT | **$2,550.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ☐ TRUST CHECK | ☐ LOCAL COUNSEL - E122 |
| ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ MEALS - E111 |
| ✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ OTHER PROFESSIONALS - E123 |
| ☐ ARBITRATORS/MEDIATORS - E121 | ☐ OUTSIDE PRINTING - E102 |
| ☐ COURT FEES - E112 | ☐ PRIVATE INVESTIGATORS - E120 |
| ☐ DELIVERY SERVICES/MESSENGERS - E107 | ☐ SUBPOENA FEES - E113 |
| ☐ DEPOSITION TRANSCRIPTS - E115 | ☐ TRIAL EXHIBITS - E117 |
| ☐ EXPERTS - E119 | ☐ TRIAL TRANSCRIPTS - E116 |
| | ☐ WITNESS FEES - E114 |

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 4:39 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3J0S
Agency Tracking ID: 76118378570
Transaction Type: Sale
Transaction Date: 06/22/2021 05:39:05 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B;
PINC No. P414; B05 Well

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

| | OPERATING |
|---|---|
| ✔ | |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **June 28, 2021** |

| PAYABLE TO: | AMOUNT | **$2,550.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✔ |
| PAYMENT FOR: BSEE Appeals | NAME **Chris Ulfers** | |
| | SIGNATURE | |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ☐ TRUST CHECK | ☐ LOCAL COUNSEL - E122 |
| ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ MEALS - E111 |
| ✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ OTHER PROFESSIONALS - E123 |
| ☐ ARBITRATORS/MEDIATORS - E121 | ☐ OUTSIDE PRINTING - E102 |
| ☐ COURT FEES - E112 | ☐ PRIVATE INVESTIGATORS - E120 |
| ☐ DELIVERY SERVICES/MESSENGERS - E107 | ☐ SUBPOENA FEES - E113 |
| ☐ DEPOSITION TRANSCRIPTS - E115 | ☐ TRIAL EXHIBITS - E117 |
| ☐ EXPERTS - E119 | ☐ TRIAL TRANSCRIPTS - E116 |
| | ☐ WITNESS FEES - E114 |

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 4:32 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3IVC
Agency Tracking ID: 76118376968
Transaction Type: Sale
Transaction Date: 06/22/2021 05:31:31 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. P283; Well B04

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

- [x] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **June 28, 2021** |

| PAYABLE TO: | AMOUNT |
|---|---|
| **Chris Ulfers** | **$2,550.00** |

MAIL CHECK

**RETURN CHECK TO**
Chris Ulfers    [✔]

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124
- [x] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

## Brickman, Jennifer

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 4:37 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3J0G
Agency Tracking ID: 76118377359
Transaction Type: Sale
Transaction Date: 06/22/2021 05:36:49 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. P414; B02 Well

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

- [✔] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE **Fieldwood Restructuring | Fieldwood Energy, LLC** | DATE **June 28, 2021** |
|---|---|---|---|
| FILE NO. | 17820800 | | |

| PAYABLE TO: **Chris Ulfers** | AMOUNT **$2,550.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** **Chris Ulfers**  [✔] |
| PAYMENT FOR: BSEE Appeals | NAME **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✔] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 4:37 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3J0J
Agency Tracking ID: 76118377421
Transaction Type: Sale
Transaction Date: 06/22/2021 05:37:26 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. P414; B03 Well

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

| | OPERATING |
|:--:|:--|
| ✔ | |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|:--|:--|:--|:--|
| | | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **June 28, 2021** |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT | **$2,550.00** |
|:--|:--|:--|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✔ |

| PAYMENT FOR: | NAME |
|:--|:--|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|:--|:--|:--|:--|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/**11**)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | | | |
|:--:|:--|:--:|:--|
| | TRUST CHECK | | LOCAL COUNSEL - E122 |
| | OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | | MEALS - E111 |
| ✔ | OTHER EXPENSES FOR LITIGATION MATTERS - E118 | | OTHER PROFESSIONALS - E123 |
| | ARBITRATORS/MEDIATORS - E121 | | OUTSIDE PRINTING - E102 |
| | COURT FEES - E112 | | PRIVATE INVESTIGATORS - E120 |
| | DELIVERY SERVICES/MESSENGERS - E107 | | SUBPOENA FEES - E113 |
| | DEPOSITION TRANSCRIPTS - E115 | | TRIAL EXHIBITS - E117 |
| | EXPERTS - E119 | | TRIAL TRANSCRIPTS - E116 |
| | | | WITNESS FEES - E114 |

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 4:40 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3J13
Agency Tracking ID: 76118378701
Transaction Type: Sale
Transaction Date: 06/22/2021 05:39:53 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. Z100; Self-Inspection Form

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

| | |
|---|---|
| ✔ | OPERATING |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **June 28, 2021** |

| PAYABLE TO: | AMOUNT | **$2,550.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ☐ TRUST CHECK | ☐ LOCAL COUNSEL - E122 |
| ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ☐ MEALS - E111 |
| ✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ☐ OTHER PROFESSIONALS - E123 |
| ☐ ARBITRATORS/MEDIATORS - E121 | ☐ OUTSIDE PRINTING - E102 |
| ☐ COURT FEES - E112 | ☐ PRIVATE INVESTIGATORS - E120 |
| ☐ DELIVERY SERVICES/MESSENGERS - E107 | ☐ SUBPOENA FEES - E113 |
| ☐ DEPOSITION TRANSCRIPTS - E115 | ☐ TRIAL EXHIBITS - E117 |
| ☐ EXPERTS - E119 | ☐ TRIAL TRANSCRIPTS - E116 |
| | ☐ WITNESS FEES - E114 |

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 4:32 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3IVH
Agency Tracking ID: 76118376998
Transaction Type: Sale
Transaction Date: 06/22/2021 05:32:10 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. P283; Well B05

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **June 28, 2021** |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT | **$2,550.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✔ |

| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
|---|---|
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 4:36 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3J0C
Agency Tracking ID: 76118377296
Transaction Type: Sale
Transaction Date: 06/22/2021 05:36:13 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. P414; B01 Well

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

   Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

- [✔] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **June 28, 2021** |

| PAYABLE TO: | AMOUNT | **$2,550.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$2,550.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✔] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

RECEIVED

JUN 28 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

## Brickman, Jennifer

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 22, 2021 4:34 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SG3IVT
Agency Tracking ID: 76118377083
Transaction Type: Sale
Transaction Date: 06/22/2021 05:34:02 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. B; PINC No. Z140; Heliport

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service





**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



- ✓ OPERATING
- TRUST
- BARONNE TITLE
- BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 1, 2021 |

| PAYABLE TO: | AMOUNT | $7,350.00 |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✓ |

| PAYMENT FOR | NAME Chris Ulfers |
|---|---|
| BSEE Appeals | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:47 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUIF
Agency Tracking ID: 76120077252
Transaction Type: Sale
Transaction Date: 06/29/2021 09:46:45 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A18

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 1, 2021 |

| PAYABLE TO. | AMOUNT | $7,350.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | |
| | RETURN CHECK TO Chris Ulfers | ✓ |

| PAYMENT FOR | NAME Chris Ulfers |
|---|---|
| BSEE Appeals | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - **E124**

☐ OTHER EXPENSES FOR LITIGATION MATTERS - **E118**

☐ ARBITRATORS/MEDIATORS - **E121**

☐ COURT FEES - **E112**

☐ DELIVERY SERVICES/MESSENGERS - **E107**

☐ DEPOSITION TRANSCRIPTS - **E115**

☐ EXPERTS - **E119**

☐ LOCAL COUNSEL - **E122**

☐ MEALS - **E111**

☐ OTHER PROFESSIONALS - **E123**

☐ OUTSIDE PRINTING - **E102**

☐ PRIVATE INVESTIGATORS - **E120**

☐ SUBPOENA FEES - **E113**

☐ TRIAL EXHIBITS - **E117**

☐ TRIAL TRANSCRIPTS - **E116**

☐ WITNESS FEES - **E114**

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:47 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUII
Agency Tracking ID: 76120077279
Transaction Type: Sale
Transaction Date: 06/29/2021 09:47:28 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A17

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



✓ OPERATING

⋮ TRUST

⋮ BARONNE TITLE

⋮ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | | DATE |
|---|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | | July 1, 2021 |
| FILE NO.  17820800 | | | |

| PAYABLE TO: | AMOUNT | $7,350.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | |
| | RETURN CHECK TO Chris Ulfers | ✓ |

| PAYMENT FOR: | NAME. |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 4 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

| | |
|---|---|
| ⋮ TRUST CHECK | ⋮ LOCAL COUNSEL - E122 |
| ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124 | ⋮ MEALS - E111 |
| ⋮ OTHER EXPENSES FOR LITIGATION MATTERS - E118 | ⋮ OTHER PROFESSIONALS - E123 |
| ⋮ ARBITRATORS/MEDIATORS - E121 | ⋮ OUTSIDE PRINTING - E102 |
| ⋮ COURT FEES - E112 | ⋮ PRIVATE INVESTIGATORS - E120 |
| ⋮ DELIVERY SERVICES/MESSENGERS - E107 | ⋮ SUBPOENA FEES - E113 |
| ⋮ DEPOSITION TRANSCRIPTS - E115 | ⋮ TRIAL EXHIBITS - E117 |
| ⋮ EXPERTS - E119 | ⋮ TRIAL TRANSCRIPTS - E116 |
| | ⋮ WITNESS FEES - E114 |

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 29, 2021 8:48 AM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUIM
Agency Tracking ID: 76120077364
Transaction Type: Sale
Transaction Date: 06/29/2021 09:48:12 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A16

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**

CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 1, 2021 |

| PAYABLE TO: | AMOUNT | $7,350.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | |
| | RETURN CHECK TO Chris Ulfers | ✓ |

| PAYMENT FOR: | NAME Chris Ulfers |
|---|---|
| BSEE Appeals | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $7,350.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:49 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUIP
Agency Tracking ID: 76120077399
Transaction Type: Sale
Transaction Date: 06/29/2021 09:48:57 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A13

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1



**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. **17820800** | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR **BSEE Appeals** | NAME **Chris Ulfers** |
|---|---|
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 29, 2021 8:43 AM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUHT
Agency Tracking ID: 76120077042
Transaction Type: Sale
Transaction Date: 06/29/2021 09:42:59 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P281; Well A07

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**

CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC



## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 1, 2021** |
| FILE NO. **17820800** | | |

| PAYABLE TO: | AMOUNT **$7,350.00** |
|---|---|
| **Chris Ulfers** | MAIL CHECK |
| | **RETURN CHECK TO** **Chris Ulfers** ✓ |
| PAYMENT FOR: **BSEE Appeals** | NAME **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:57 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUKD
Agency Tracking ID: 76120079192
Transaction Type: Sale
Transaction Date: 06/29/2021 09:57:25 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A24

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service





**INCOMPLETE**
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



- ✓ OPERATING
- TRUST
- BARONNE TITLE
- BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE **Fieldwood Restructuring | Fieldwood Energy, LLC** | DATE **July 1, 2021** |
|---|---|---|---|
| FILE NO. | 17820800 | | |

| PAYABLE TO: **Chris Ulfers** | AMOUNT **$7,350.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** :Chris Ulfers ✓ |
| PAYMENT FOR: :BSEE Appeals | NAME **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9 3 4 6 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT **$7,350.00** |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- TRUST CHECK
- ✓ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(¹) - E124
- OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ARBITRATORS/MEDIATORS - E121
- COURT FEES - E112
- DELIVERY SERVICES/MESSENGERS - E107
- DEPOSITION TRANSCRIPTS - E115
- EXPERTS - E119

- LOCAL COUNSEL - E122
- MEALS - E111
- OTHER PROFESSIONALS - E123
- OUTSIDE PRINTING - E102
- PRIVATE INVESTIGATORS - E120
- SUBPOENA FEES - E113
- TRIAL EXHIBITS - E117
- TRIAL TRANSCRIPTS - E116
- WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 8:55 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHLUJV
Agency Tracking ID: 76120079085
Transaction Type: Sale
Transaction Date: 06/29/2021 09:54:32 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P283; Well A3

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**INCOMPLETE**

CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE



| ☑ | OPERATING |
| --- | --- |
| | TRUST |
| | BARONNE TITLE |
| | BARONNE TITLE OF ALABAMA LLC |

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
| --- | --- | --- |
| FILE NO. 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 1, 2021** |

| PAYABLE TO: | AMOUNT | **$7,350.00** |
| --- | --- | --- |
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** **Chris Ulfers** | ✓ |

| PAYMENT FOR: | NAME |
| --- | --- |
| **BSEE Appeals** | **Chris Ulfers** |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
| --- | --- | --- | --- |
| 9 3 4 6 | | | **$7,350.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- ☐ TRUST CHECK
- ☑ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ☐ ARBITRATORS/MEDIATORS - E121
- ☐ COURT FEES - E112
- ☐ DELIVERY SERVICES/MESSENGERS - E107
- ☐ DEPOSITION TRANSCRIPTS - E115
- ☐ EXPERTS - E119

- ☐ LOCAL COUNSEL - E122
- ☐ MEALS - E111
- ☐ OTHER PROFESSIONALS - E123
- ☐ OUTSIDE PRINTING - E102
- ☐ PRIVATE INVESTIGATORS - E120
- ☐ SUBPOENA FEES - E113
- ☐ TRIAL EXHIBITS - E117
- ☐ TRIAL TRANSCRIPTS - E116
- ☐ WITNESS FEES - E114

RECEIVED
JUL 01 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS
MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brou, Kelly**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 29, 2021 9:29 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SHOL7F
Agency Tracking ID: 76120087646
Transaction Type: Sale
Transaction Date: 06/29/2021 10:29:04 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02754; Area and Block HIA 376; Facility/Rig and Well No. A; PINC No. P414; Well A13

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

Invoices for service from Jun_01_2021 to Jun_30_2021                    https://www.hvacpsc.com:8888/zonedial/Invoices/Invoices_Jun_0...

*[handwritten box: Loc: NO / Acct #: See Below / Desc.: Overtime HVAC / Amt: 21697.21 / Date: 7/15/21   App: (RB)]*

**201 St. Charles Place, LLC**

**INVOICE #19102**

TO:

Jones Walker
Att: Office Manager
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
USA

FOR:

After Hours HVAC
Created on: July 01, 2021
Service from: 12:00 am Tue 06/01/21
Service to: 11:59 pm Wed 06/30/21
Invoice #: 19102, page 1

| Zone # | Details | Bill hours | Rate ($/hr) | Net Cost |
|---|---|---|---|---|
| 4101 | [HVAC only] Vanessa Graf - Sat 6/12 6:37a-12:35p (17766201) | 2 | $ 75.33 | $ 150.66 |
| 4701 | [HVAC only] Jonathan Hunter - Sat 6/12 8:00a-6:00p (178208-00) | 4 | $ 75.33 | $ 301.32 |
| 4701 | [HVAC only] Jonathan Hunter - Sun 6/13 8:00a-6:00p (178208-00) | 10 | $ 75.33 | $ 753.30 |
| 4701 | [HVAC only] Ana Susic - Mon 6/14 7:00p to Tue 6/15 1:00a (Facilities) | 6 | $ 75.33 | $ 451.98 |
| 4701 | [HVAC only] Mark Cunningham - Sat 6/19 7:00a-10:00p (180756-00) | 9 | $ 75.33 | $ 677.97 |
| 4701 | [HVAC only] Mark Cunningham - Sun 6/20 7:00a-10:00p (180756-00) | 15 | $ 75.33 | $ 1129.95 |
| 4701 | [HVAC only] Jason Culotta - Sun 6/27 10:56a-2:55p | 3.98 | $ 75.33 | $ 299.81 |
| 4801 | [HVAC only] Ana Susic - Sat 6/5 10:00a-4:00p (Accounting) | 2 | $ 75.33 | $ 150.66 |
| 4801 | [HVAC only] Richard Bertram - Sun 6/6 12:56p-2:55p | 2 | $ 75.33 | $ 150.66 |
| 4801 | [HVAC only] Ana Susic - Sat 6/12 10:00a-4:00p (Accounting) | 2 | $ 75.33 | $ 150.66 |
| 4801 | [HVAC only] Ana Susic - Mon 6/14 7:00p to Tue 6/15 1:00a (Facilities) | 6 | $ 75.33 | $ 451.98 |
| 4801 | [HVAC only] Richard Bertram - Sun 6/27 12:41p-2:40p | 2 | $ 75.33 | $ 150.66 |
| 4901 | [HVAC only] M. Richard Schroeder - Sun 6/6 11:30a-3:00p (0936400) | 3.5 | $ 75.33 | $ 263.65 |
| 4901 | [HVAC only] Conference Center - Sat 6/12 4:20p-6:20p | 2 | $ 75.33 | $ 150.66 |
| 4901 | [HVAC only] Conference Center - Sun 6/13 8:21a-4:20p | 7.98 | $ 75.33 | $ 601.13 |

Continued on next page ...

*[handwritten:]*
62300-01-00 - $ 6299.80
17766201 - $ 150.66
17820800 - $ 1054.62
18050100 - $ 150.66
18075600 - $ 1404.47

VENDOR ID  29058
VOUCHER ID _____

JUL 16 2021

G/L# _____
File _____
Sep. Ck. _____ Y _____ N

1 of 5

7/1/2021, 3:31 PM

Invoices for service from Jun_01_2021 to Jun_30_2021                    https://www.hvacpsc.com:8888/zonedial/Invoices/Invoices_Jun_0...

# 201 St. Charles Place, LLC

**#19102**
**Page 2**

**TO:**
Jones Walker
Att: Office Manager
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
USA

**FOR:**
After Hours HVAC
Created on: July 01, 2021
Service from: 12:00 am Tue 06/01/21
Service to: 11:59 pm Wed 06/30/21
Invoice #: 19102, page 2

| Zone # | Details | Bill hours | Rate ($/hr) | Net Cost |
|---|---|---|---|---|
| 4901 | [HVAC only] Ana Susic - Tue 6/15 7:00p to Wed 6/16 1:00a *(Facilities)* | 6 | $ 75.33 | $ 451.98 |
| 4901 | [HVAC only] Mark Cunningham - Sat 6/19 7:00a-10:00p *(180756-00)* | 9 | $ 75.33 | $677.97 |
| 4901 | [HVAC only] Mark Cunningham - Sun 6/20 7:00a-10:00p *(180756-00)* | 15 | $ 75.33 | $1,129.95 |
| 4901 | [HVAC only] Ana Susic - Mon 6/21 6:17p-10:30p *(180756-00)* | 3.5 | $ 75.33 | $263.65 |
| 4901 | [HVAC only] Mark Cunningham - Tue 6/22 6:30p-10:30p | | $ 75.33 | |
| 4901 | (Extended) Mark Cunningham - Tue 6/22 10:06p to Wed 6/23 1:05a *(180756-00)* | 6.08 | $ 75.33 | $458.01 |
| 4901 | [HVAC only] Mark Cunningham - Wed 6/23 6:30p-10:30p *(180756-00)* | 3.5 | $ 75.33 | $263.65 |
| 4901 | [HVAC only] Mark Cunningham - Thu 6/24 6:30p-10:30p *(180756-00)* | 3.5 | $ 75.33 | $263.65 |
| 4901 | [HVAC only] Alida Hainkel - Sun 6/27 1:28p-3:25p | | | |
| 4901 | (Extended) Richard Tyler - Sun 6/27 2:45p-4:45p | 3.28 | $ 75.33 | $ 247.08 |
| 5001 | [HVAC only] Michael Magner - Sat 6/5 1:27p-5:55p | 3.92 | $ 75.33 | $ 295.29 |
| 5001 | [HVAC only] Mark Cunningham - Sun 6/6 8:16a-4:15p | 7.98 | $ 75.33 | $ 601.13 |
| 5001 | [HVAC only] Mark Cunningham - Sat 6/12 1:26p-8:25p | 6.42 | $ 75.33 | $ 483.62 |
| 5001 | [HVAC only] Mark Cunningham - Sun 6/13 7:51a-4:50p | | | |
| 5001 | (Extended) Susan Tyler - Sun 6/13 2:18p-6:15p | 10.4 | $ 75.33 | $ 783.43 |

Continued on next page ...

2 of 5                                                                                     7/1/2021, 3:31 PM

Invoices for service from Jun_01_2021 to Jun_30_2021       https://www.hvacpsc.com:8888/zonedial/Invoices/Invoices_Jun_0...

# 201 St. Charles Place, LLC

**#19102**
**Page 3**

**TO:**

Jones Walker
Att: Office Manager
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
USA

**FOR:**

After Hours HVAC
Created on: July 01, 2021
Service from: 12:00 am Tue 06/01/21
Service to: 11:59 pm Wed 06/30/21
Invoice #: 19102, page 3

| Zone # | Details | Bill hours | Rate ($/hr) | Net Cost |
|---|---|---|---|---|
| 5001 | [HVAC only] Ana Susic - Tue 6/15 7:00p to Wed 6/16 1:00a *(Facilities)* | 6 | $ 75.33 | $ 451.98 |
| 5001 | [HVAC only] Mark Cunningham - Sat 6/19 7:00a-10:00p *(180756-00)* | 9 | $ 75.33 | $ 677.97 |
| 5001 | [HVAC only] Mark Cunningham - Sun 6/20 7:00a-10:00p *(180756-00)* | 15 | $ 75.33 | $ 1,129.95 |
| 5001 | [HVAC only] Ana Susic - Mon 6/21 6:18p-10:30p *(180756-00)* | 3.5 | $ 75.33 | $ 263.65 |
| 5001 | [HVAC only] Mark Cunningham - Tue 6/22 6:30p-10:30p | | | |
| 5001 | (Extended) Mark Cunningham - Tue 6/22 10:05p to Wed 6/23 1:00a *(180756-00)* | 6 | $ 75.33 | $ 451.98 |
| 5001 | [HVAC only] Mark Cunningham - Wed 6/23 6:30p-10:30p *(180756-00)* | 3.5 | $ 75.33 | $ 263.65 |
| 5001 | [HVAC only] Mark Cunningham - Thu 6/24 6:30p-10:30p *(180756-00)* | 3.5 | $ 75.33 | $ 263.65 |
| 5001 | [HVAC only] F. Rivers LeLong - Sun 6/27 12:45p-5:45p *(0585099)* | 5 | $ 75.33 | $ 376.65 |
| 5001 | [HVAC only] Remy Donnelly - Sun 6/27 6:49p-9:45p *(00335199)* | 2.93 | $ 75.33 | $ 220.72 |
| 5101 | [HVAC only] Thomas Kimball - Tue 6/1 7:36p-9:35p *(18050100)* | 2 | $ 75.33 | $ 150.66 |
| 5101 | [HVAC only] Ana Susic - Wed 6/16 7:00p to Thu 6/17 1:00a *(Facilities)* | 6 | $ 75.33 | $ 451.98 |
| 5101 | [HVAC only] Mark Cunningham - Sat 6/19 7:00a-10:00p *(180756-00)* | 9 | $ 75.33 | $ 677.97 |
| 5101 | [HVAC only] Mark Cunningham - Sun 6/20 7:00a-10:00p *(180756-00)* | 15 | $ 75.33 | $ 1,129.95 |
| 5101 | [HVAC only] Mark Cunningham - Mon 6/21 6:30p-10:30p | | | |

Continued on next page ...

3 of 5             7/1/2021, 3:31 PM

# 201 St. Charles Place, LLC

**#19102**
**Page 4**

**TO:**
Jones Walker
Att: Office Manager
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
USA

**FOR:**
After Hours HVAC
Created on: July 01, 2021
Service from: 12:00 am Tue 06/01/21
Service to: 11:59 pm Wed 06/30/21
Invoice #: 19102, page 4

| Zone # | Details | Bill hours | Rate ($/hr) | Net Cost |
|---|---|---|---|---|
| 5101 | (Extended) Ana Susic - Mon 6/21 6:36p-10:35p (Mark Cunningham) 180756-00 | 3.58 | $ 75.33 | $269.68 ✓ |
| 5101 | [HVAC only] Mark Cunningham - Tue 6/22 6:30p-10:30p | | | |
| 5101 | (Extended) Mark Cunningham - Tue 6/22 10:05p to Wed 6/23 1:05a (180756-00) | 6.08 | $ 75.33 | $458.01 ✓ |
| 5101 | [HVAC only] Mark Cunningham - Wed 6/23 6:30p-10:30p (180756-00) | 3.5 | $ 75.33 | $263.65 ✓ |
| 5101 | [HVAC only] Mark Cunningham - Thu 6/24 6:30p-10:30p (180756-00) | 3.5 | $ 75.33 | $263.65 ✓ |
| 5201 | [HVAC only] Ana Susic - Sat 6/12 1:00p-5:00p | 3 | $ 75.33 | $ 225.99 |
| 5201 | [HVAC only] Mark Cunningham - Sat 6/19 7:00a-10:00p (180756-00) | 9 | $ 75.33 | $677.97 ✓ |
| 5201 | [HVAC only] Mark Cunningham - Sun 6/20 7:00a-10:00p  180756-00 | 15 | $ 75.33 | $1,129.95 ✓ |
| 5201 | [HVAC only] Mark Cunningham - Mon 6/21 6:30p-10:30p | | | |
| 5201 | (Extended) Ana Susic - Mon 6/21 6:36p-10:35p (Mark Cunningham) 180756-00 | 3.58 | $ 75.33 | $269.68 ✓ |
| 5201 | [HVAC only] Mark Cunningham - Tue 6/22 6:30p-10:30p | | | |
| 5201 | (Extended) Mark Cunningham - Tue 6/22 10:06p to Wed 6/23 1:05a (180756-00) | 6.08 | $ 75.33 | $458.01 ✓ |
| 5201 | [HVAC only] Mark Cunningham - Wed 6/23 6:30p-10:30p (180756-00) | 3.5 | $ 75.33 | $263.65 ✓ |
| 5201 | [HVAC only] Mark Cunningham - Thu 6/24 6:30p-10:30p (180756-00) | 3.5 | $ 75.33 | $263.65 ✓ |
| 5201 | [HVAC only] Jason Culotta - Sun 6/27 2:17p-6:15p | 3.97 | $ 75.33 | $ 299.06 |

TOTAL: $ 23,108.17

Matter #17766201 = $150.66 ✓ *Vanessa Graff* ✓
Matter #178208-00 = $1,054.62 ✓ *Jonathan Hunter* ✓
Matter #Accounting = ~~$301.32~~
Matter #0936400 = $263.65
Matter #0585099 = ~~$376.65~~ *Rivers Lelong Office*
Matter #00335199 = ~~$220.72~~ *Remy Donnelly Office*
Matter #18050100 = $150.66 ✓ *Thomas Kimball* ✓
Matter #Facilities = ~~$2,259.70~~
Matter #Mark Cunningham = $539.36
Matter #180756-00 = $11,242.21 ← *Same matter #*

https://www.hvacpsc.com:8888/zonedial/Invoices/Invoices_Jun_0...

Make all checks payable to
**201 St. Charles Place, LLC**

Mailing Address:      201 St. Charles Avenue
                      Suite 1500
                      New Orleans, LA 70170

Thank you

7/1/2021, 3:31 PM

**David Galtney**

| | |
|---|---|
| **From:** | Kathi Schneider |
| **Sent:** | Wednesday, June 23, 2021 11:57 AM |
| **To:** | asusic@joneswalker.com |
| **Cc:** | David Galtney; Charlene Hitzman; szimmer@joneswalker.com |
| **Subject:** | RE: Overtime HVAC 6-20-21 |

Hey, Ana.

Per our conversation this am, there was a power blip Sunday morning 6-20-21, that knocked the AHU offline for the 47th and 50th floors. It was re-established at 9:30 AM. For those two floors, you had scheduled overtime HVAC from 7:00 AM. The "system" will automatically bill you for those hours as scheduled , but with a copy of this email to our accountant, he will deduct 5 hours from your total overtime hours used on your next billing for this issue.

Very sorry for the inconvenience and thank you for letting us know. In the future, per our conversation if there are still issues with the HVAC going off before the allotted office hours, M-F 7-7, Saturday 7-2 if you know at the time it happens, please call 524-4444 and if after hours, request that the Manager on Duty give you a call so we can get to the bottom of it and correct it quickly. In addition, please make sure when someone requests overtime HVAC they do so OUTSIDE the above operating hours. For instance, on Sunday, since it does not run at all they can request it anytime. But for instance on Mondays they must request a time that is outside of our standard operating hours beginning at 7:01 PM.

Our director of engineering rechecked the schedule for all your floors and the office hours above is what is input in the system. Please let me know if there is an issue with that.

Thanks for your help, Ana.

This is a very intricate system and 99.99% of the time it works well.

Appreciate you keeping us posted when things aren't the way it should be!  Thanks for your help in getting to the bottom of this.

## 201 St. Charles Place, LLC
### *Kathi M. Schneider*
Kathi M. Schneider, CPM
Asset Manager

201 St. Charles Avenue, Suite 1500
New Orleans, LA  70170
504-524-4444
504-582-1425 fax

**201 St. Charles Place, LLC**
**Jones Walker**
**Overtime A/C Worksheet**
**June 2021**

Pro Rated Portion

| Date | Hours | W/O No. | J.W. Sq Ft | Other SqFt | Ttl SqFt | J.W. Pro Rata | Credit Amt |
|------|-------|---------|-----------|-----------|----------|---------------|-----------|
| 6/5/2021 | 1.00 | 19102 | 142,155 | 7,667 | 149,822 | 0.9488 | 3.85 |
| 6/6/2021 | 3.50 | 19102 | 142,155 | 25,368 | 167,523 | 0.8486 | 39.93 |
| 6/12/2021 | 9.50 | 19102 | 142,155 | 22,577 | 164,732 | 0.8629 | 98.08 |
| 6/13/2021 | 28.50 | 19102 | 142,155 | 92,605 | 234,760 | 0.6055 | 846.88 |
| 6/14/2021 | 2.00 | 19102 | 142,155 | 25,368 | 167,523 | 0.8486 | 22.81 |
| 6/20/2021 | 2.00 | 19102 | 142,155 | 25,368 | 167,523 | 0.8486 | 22.81 |

|  |  |  |  |  |  |  | 1,034.37 |

C:\billing\jwalker.xls

**201 St. Charles Place, LLC**
**Jones Walker Overtime A/C Worksheet**
**June 2021**

### DAILY OVERTIME A/C ACTIVITY

| Date | Floor | Day | Invoice # | Hours | Rate | Amount |
|------|-------|-----|-----------|-------|------|--------|
| 6/12/2021 | 41 | Sat | 19102 | 2.00 | 75.33 | 150.66 |
| 6/12/2021 | 47 | Sat | 19102 | 4.00 | 75.33 | 301.32 |
| 6/13/2021 | 47 | Sun | 19102 | 10.00 | 75.33 | 753.30 |
| 6/14/2021 | 47 | Mon | 19102 | 6.00 | 75.33 | 451.98 |
| 6/19/2021 | 47 | Sat | 19102 | 9.00 | 75.33 | 677.97 |
| 6/20/2021 | 47 | Sun | 19102 | 15.00 | 75.33 | 1,129.95 |
| 6/27/2021 | 47 | Sun | 19102 | 3.98 | 75.33 | 299.81 |
| 6/5/2021 | 48 | Sat | 19102 | 2.00 | 75.33 | 150.66 |
| 6/6/2021 | 48 | Sun | 19102 | 2.00 | 75.33 | 150.66 |
| 6/12/2021 | 48 | Sat | 19102 | 2.00 | 75.33 | 150.66 |
| 6/14/2021 | 48 | Mon | 19102 | 6.00 | 75.33 | 451.98 |
| 6/27/2021 | 48 | Sun | 19102 | 2.00 | 75.33 | 150.66 |
| 6/6/2021 | 49 | Sun | 19102 | 3.50 | 75.33 | 263.66 |
| 6/12/2021 | 49 | Sat | 19102 | 2.00 | 75.33 | 150.66 |
| 6/13/2021 | 49 | Sun | 19102 | 7.98 | 75.33 | 601.13 |
| 6/15/2021 | 49 | Tue | 19102 | 6.00 | 75.33 | 451.98 |
| 6/19/2021 | 49 | Sat | 19102 | 9.00 | 75.33 | 677.97 |
| 6/20/2021 | 49 | Sun | 19102 | 15.00 | 75.33 | 1,129.95 |
| 6/21/2021 | 49 | Mon | 19102 | 3.50 | 75.33 | 263.66 |
| 6/22/2021 | 49 | Tue | 19102 | 6.08 | 75.33 | 458.01 |
| 6/23/2021 | 49 | Wed | 19102 | 3.50 | 75.33 | 263.66 |
| 6/24/2021 | 49 | Thu | 19102 | 3.50 | 75.33 | 263.66 |
| 6/27/2021 | 49 | Sun | 19102 | 3.28 | 75.33 | 247.08 |
| 6/5/2021 | 50 | Sat | 19102 | 3.92 | 75.33 | 295.29 |
| 6/6/2021 | 50 | Sun | 19102 | 7.98 | 75.33 | 601.13 |
| 6/12/2021 | 50 | Sat | 19102 | 6.42 | 75.33 | 483.62 |
| 6/13/2021 | 50 | Sun | 19102 | 10.40 | 75.33 | 783.43 |
| 6/15/2021 | 50 | Tue | 19102 | 6.00 | 75.33 | 451.98 |
| 6/19/2021 | 50 | Sat | 19102 | 9.00 | 75.33 | 677.97 |
| 6/20/2021 | 50 | Sun | 19102 | 15.00 | 75.33 | 1,129.95 |
| 6/21/2021 | 50 | Mon | 19102 | 3.50 | 75.33 | 263.66 |
| 6/22/2021 | 50 | Tue | 19102 | 6.00 | 75.33 | 451.98 |
| 6/23/2021 | 50 | Wed | 19102 | 3.50 | 75.33 | 263.66 |
| 6/24/2021 | 50 | Thu | 19102 | 3.50 | 75.33 | 263.66 |
| 6/27/2021 | 50 | Sun | 19102 | 5.00 | 75.33 | 376.65 |
| 6/27/2021 | 50 | Sun | 19102 | 2.93 | 75.33 | 220.72 |
| 6/1/2021 | 51 | Tue | 19102 | 2.00 | 75.33 | 150.66 |
| 6/16/2021 | 51 | Wed | 19102 | 6.00 | 75.33 | 451.98 |
| 6/19/2021 | 51 | Sat | 19102 | 9.00 | 75.33 | 677.97 |
| 6/20/2021 | 51 | Sun | 19102 | 15.00 | 75.33 | 1,129.95 |
| 6/21/2021 | 51 | Mon | 19102 | 3.58 | 75.33 | 269.68 |
| 6/22/2021 | 51 | Tue | 19102 | 6.08 | 75.33 | 458.01 |
| 6/23/2021 | 51 | Wed | 19102 | 3.50 | 75.33 | 263.66 |
| 6/24/2021 | 51 | Thu | 19102 | 3.50 | 75.33 | 263.66 |
| 6/12/2021 | 52 | Sat | 19102 | 3.00 | 75.33 | 225.99 |
| 6/19/2021 | 52 | Sat | 19102 | 9.00 | 75.33 | 677.97 |
| 6/20/2021 | 52 | Sun | 19102 | 15.00 | 75.33 | 1,129.95 |
| 6/21/2021 | 52 | Mon | 19102 | 3.58 | 75.33 | 269.68 |
| 6/22/2021 | 52 | Tue | 19102 | 6.08 | 75.33 | 458.01 |
| 6/23/2021 | 52 | Wed | 19102 | 3.50 | 75.33 | 263.66 |
| 6/24/2021 | 52 | Thu | 19102 | 3.50 | 75.33 | 263.66 |
| 6/27/2021 | 52 | Sun | 19102 | 3.97 | 75.33 | 299.06 |

| | | | | **Total** | | **23,108.23** |
|--|--|--|--|--|--|--|

Summary of Charges

| | |
|--|--|
| Monthly Overtime Usage | 23,108.23 |
| Credit for Inactive Billings (5 hours) * | (376.65) |
| Credit for Pro Rated Portion | (1,034.37) |
| Total Billing for Month | 21,697.21 |

*Credit given per attached email.*

C:\billing\jwalker.xls

*Matter # 180756-00*
*Express Lien vs. Handle Dave*

# HVAC REQUESTS

## Express Lien v. Handle Trial Prep and Management
### 6.18.2021

*Friday request went in for 7 AM and failed*

## SATURDAY

Welcome Mark Cunningham

Jones Walker

**Done**  **Logout**

*My Pending Afterhours Service Requests*

- ☐ 15 hours on Saturday, June 19, 2021 at 7:00 AM for zone #5201 (Jones Walker - Flr 52)
- ☐ 15 hours on Saturday, June 19, 2021 at 7:00 AM for zone #5101 (Jones Walker - Flr 51)
- ☐ 15 hours on Saturday, June 19, 2021 at 7:00 AM for zone #5001 (Jones Walker - Flr 50)
- ☐ 15 hours on Saturday, June 19, 2021 at 7:00 AM for zone #4901 (Jones Walker - Flr 49)
- ☐ 15 hours on Saturday, June 19, 2021 at 7:00 AM for zone #4701 (Jones Walker - Flr 47)

## SUNDAY

*47 8 50*
*2:30 credit*

- ☐ 15 hours on Sunday, June 20, 2021 at 7:00 AM for zone #4701 (Jones Walker - Flr 47)
- ☐ 15 hours on Sunday, June 20, 2021 at 7:00 AM for zone #4901 (Jones Walker - Flr 49)
- ☐ 15 hours on Sunday, June 20, 2021 at 7:00 AM for zone #5001 (Jones Walker - Flr 50) — *8:10 AM*
- ☐ 15 hours on Sunday, June 20, 2021 at 7:00 AM for zone #5101 (Jones Walker - Flr 51)
- ☐ 15 hours on Sunday, June 20, 2021 at 7:00 AM for zone #5201 (Jones Walker - Flr 52) — *8:10 AM*

## MONDAY

*My Pending Afterhours Service Requests*

- ☐ 4 hours on Monday, June 21, 2021 at 6:30 PM for zone #5201 (Jones Walker - Flr 52)
- ☐ 4 hours on Monday, June 21, 2021 at 6:30 PM for zone #4901 (Jones Walker - Flr 49)
- ☐ 4 hours on Monday, June 21, 2021 at 6:30 PM for zone #5101 (Jones Walker - Flr 51)
- ☐ 4 hours on Monday, June 21, 2021 at 6:30 PM for zone #5001 (Jones Walker - Flr 50)

# TUESDAY

☐ 4 hours on Tuesday, June 22, 2021 at 6:30 PM for zone #4901 (Jones Walker - Flr 49)
☐ 4 hours on Tuesday, June 22, 2021 at 6:30 PM for zone #5001 (Jones Walker - Flr 50)
☐ 4 hours on Tuesday, June 22, 2021 at 6:30 PM for zone #5101 (Jones Walker - Flr 51)
☐ 4 hours on Tuesday, June 22, 2021 at 6:30 PM for zone #5201 (Jones Walker - Flr 52)

# WEDNESDAY                    7:01

☐ 4 hours on Wednesday, June 23, 2021 at 6:30 PM for zone #4901 (Jones Walker - Flr 49)
☐ 4 hours on Wednesday, June 23, 2021 at 6:30 PM for zone #5001 (Jones Walker - Flr 50)

☐ 4 hours on Wednesday, June 23, 2021 at 6:30 PM for zone #5101 (Jones Walker - Flr 51)
☐ 4 hours on Wednesday, June 23, 2021 at 6:30 PM for zone #5201 (Jones Walker - Flr 52)

# THURSDAY                     7:01

☐ 4 hours on Thursday, June 24, 2021 at 6:30 PM for zone #5201 (Jones Walker - Flr 52)
☐ 4 hours on Thursday, June 24, 2021 at 6:30 PM for zone #4901 (Jones Walker - Flr 49)
☐ 4 hours on Thursday, June 24, 2021 at 6:30 PM for zone #5001 (Jones Walker - Flr 50)
☐ 4 hours on Thursday, June 24, 2021 at 6:30 PM for zone #5101 (Jones Walker - Flr 51)

# HVAC REQUESTS
## Express Lien v. Handle Trial Prep and Management
### 6.18.2021



Welcome Mark Cunningham

Jones Walker

Done    Logout

Report: My Future Requests Schedule

Sort by:  ○ User        ○ Zone        ● Date

| Date | Zone # | Zone | Length | User | Tenant |
|------|--------|------|--------|------|--------|
| 6/19/21 7:00a | 4701 | Jones Walker - Flr 47 | 15:00 | Mark Cunningham | Jones Walker |
| 6/19/21 7:00a | 4901 | Jones Walker - Flr 49 | 15:00 | Mark Cunningham | Jones Walker |
| 6/19/21 7:00a | 5001 | Jones Walker - Flr 50 | 15:00 | Mark Cunningham | Jones Walker |
| 6/19/21 7:00a | 5101 | Jones Walker - Flr 51 | 15:00 | Mark Cunningham | Jones Walker |
| 6/19/21 7:00a | 5201 | Jones Walker - Flr 52 | 15:00 | Mark Cunningham | Jones Walker |
| 6/20/21 7:00a | 4701 | Jones Walker - Flr 47 | 15:00 | Mark Cunningham | Jones Walker |
| 6/20/21 7:00a | 4901 | Jones Walker - Flr 49 | 15:00 | Mark Cunningham | Jones Walker |
| 6/20/21 7:00a | 5001 | Jones Walker - Flr 50 | 15:00 | Mark Cunningham | Jones Walker |
| 6/20/21 7:00a | 5101 | Jones Walker - Flr 51 | 15:00 | Mark Cunningham | Jones Walker |
| 6/20/21 7:00a | 5201 | Jones Walker - Flr 52 | 15:00 | Mark Cunningham | Jones Walker |
| 6/21/21 6:30p | 4901 | Jones Walker - Flr 49 | 4:00 | Mark Cunningham | Jones Walker |
| 6/21/21 6:30p | 5001 | Jones Walker - Flr 50 | 4:00 | Mark Cunningham | Jones Walker |
| 6/21/21 6:30p | 5101 | Jones Walker - Flr 51 | 4:00 | Mark Cunningham | Jones Walker |
| 6/21/21 6:30p | 5201 | Jones Walker - Flr 52 | 4:00 | Mark Cunningham | Jones Walker |
| 6/22/21 6:30p | 4901 | Jones Walker - Flr 49 | 4:00 | Mark Cunningham | Jones Walker |
| 6/22/21 6:30p | 5001 | Jones Walker - Flr 50 | 4:00 | Mark Cunningham | Jones Walker |
| 6/22/21 6:30p | 5101 | Jones Walker - Flr 51 | 4:00 | Mark Cunningham | Jones Walker |
| 6/22/21 6:30p | 5201 | Jones Walker - Flr 52 | 4:00 | Mark Cunningham | Jones Walker |
| 6/23/21 6:30p | 4901 | Jones Walker - Flr 49 | 4:00 | Mark Cunningham | Jones Walker |
| 6/23/21 6:30p | 5001 | Jones Walker - Flr 50 | 4:00 | Mark Cunningham | Jones Walker |
| 6/23/21 6:30p | 5101 | Jones Walker - Flr 51 | 4:00 | Mark Cunningham | Jones Walker |
| 6/23/21 6:30p | 5201 | Jones Walker - Flr 52 | 4:00 | Mark Cunningham | Jones Walker |
| 6/24/21 6:30p | 4901 | Jones Walker - Flr 49 | 4:00 | Mark Cunningham | Jones Walker |
| 6/24/21 6:30p | 5001 | Jones Walker - Flr 50 | 4:00 | Mark Cunningham | Jones Walker |
| 6/24/21 6:30p | 5101 | Jones Walker - Flr 51 | 4:00 | Mark Cunningham | Jones Walker |
| 6/24/21 6:30p | 5201 | Jones Walker - Flr 52 | 4:00 | Mark Cunningham | Jones Walker |

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 14, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT | $1,050.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | ☐ |
| | **RETURN CHECK TO** Chris Ulfers | ☑ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $1,050.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID _____

VOUCHER ID _____

JUL 05 2021

G/L# _____

File _____

Sep. Ck. _____ Y _____ N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, July 7, 2021 10:53 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SKV8SD
Agency Tracking ID: 76123472013
Transaction Type: Sale
Transaction Date: 07/07/2021 11:53:28 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02587; Area and Block SM 128; Facility/Rig and Well No. A/SA-2; PINC No. G111

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service.

- [✔] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 14, 2021 |
| FILE NO.  17820800 | | |

| PAYABLE TO: | AMOUNT | $1,050.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | [ ] |
| | **RETURN CHECK TO** Chris Ulfers | [✔] |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $1,050.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✔] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

VENDOR ID_____
VOUCHER ID_____

JUL 05 2021

G/L#_____
File_____
Sep. Ck._____Y_____N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, July 7, 2021 10:55 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SKV8SO
Agency Tracking ID: 76123472145
Transaction Type: Sale
Transaction Date: 07/07/2021 11:54:42 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G03332; Area and Block EI 337; Facility/Rig and Well No. A; PINC No. G111

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service.

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 14, 2021 |
| FILE NO.  17820800 | | |

| PAYABLE TO: | AMOUNT | $1,050.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | ☐ |
| | **RETURN CHECK TO** Chris Ulfers | ☑ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $1,050.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID_____

VOUCHER ID_____

JUL 05 2021

G/L #_____

File_____

Sep. Ck._____Y_____N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, July 7, 2021 10:56 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SKV8T2
Agency Tracking ID: 76123472313
Transaction Type: Sale
Transaction Date: 07/07/2021 11:55:52 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G03332; Area and Block EI 337; Facility/Rig and Well No. A; PINC No. L151; KAH - 6818 Pipeline Segment

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 14, 2021 |
| FILE NO.  17820800 | | |

| PAYABLE TO: | AMOUNT | $1,050.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | ☐ |
| | **RETURN CHECK TO** Chris Ulfers | ☑ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

## FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $1,050.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

VENDOR ID_____
VOUCHER ID_____

JUL 05 2021

G/L#_____
File_____
Sep. Ck._____Y_____N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, July 7, 2021 10:57 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SKV8TA
Agency Tracking ID: 76123472366
Transaction Type: Sale
Transaction Date: 07/07/2021 11:56:50 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G03332; Area and Block EI 337; Facility/Rig and Well No. A; PINC No. L151; KAH - 6819 Pipeline Segment

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service.

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 14, 2021 |
| FILE NO.  17820800 | | |

| PAYABLE TO: | AMOUNT | $1,050.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | ☐ |
| | **RETURN CHECK TO** Chris Ulfers | ☑ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

## FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $1,050.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

VENDOR ID_____
VOUCHER ID_____

JUL 05 2021

G/L#_____
File_____
Sep. Ck._____Y_____N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, July 7, 2021 10:58 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

    Application Name: BSEE Fee for Appeals - AP
    Pay.gov Tracking ID: 26SKV8TK
    Agency Tracking ID: 76123473473
    Transaction Type: Sale
    Transaction Date: 07/07/2021 11:57:34 AM EDT
    Account Holder Name: Christopher K. Ulfers
    Transaction Amount: $150.00
    Card Type: Visa
    Card Number: ************0092

    Region: GOM
    Contact: Jonathan Hunter, 504-957-9647
    Company/Co No: Fieldwood Energy LLC 03295
    Appeal Description: Lease No. G03332; Area and Block EI 337; Facility/Rig and Well No. A; PINC No. L151; KAH - 16225 Pipeline Segment

    THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service.

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 14, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT | $1,050.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | ☐ |
| | **RETURN CHECK TO** Chris Ulfers | ☑ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $1,050.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID_____

VOUCHER ID_____

JUL 05 2021

G/L #_____

File_____

Sep. Ck._____Y_____N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, July 7, 2021 10:58 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SKV8TV
Agency Tracking ID: 76123473515
Transaction Type: Sale
Transaction Date: 07/07/2021 11:58:15 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ***********0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G03332; Area and Block EI 337; Facility/Rig and Well No. A; PINC No. L151; KAH - 16226 Pipeline Segment

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 14, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT | $1,050.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | ☐ |
| | **RETURN CHECK TO** Chris Ulfers | ☑ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $1,050.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID_____

VOUCHER ID_____

JUL 05 2021

G/L#_____

File_____

Sep. Ck._____Y_____N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Brickman, Jennifer**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, July 7, 2021 11:00 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SKV8UH
Agency Tracking ID: 76123473635
Transaction Type: Sale
Transaction Date: 07/07/2021 11:59:47 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ***********0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G01220; Area and Block EI 158; Facility/Rig and Well No. 14; PINC No. G111

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: Chris Ulfers | AMOUNT $5,700.00 |
|---|---|
| | MAIL CHECK ☐ |
| | RETURN CHECK TO Chris Ulfers ☑ |

| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
|---|---|
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____

G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:11 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G2G
Agency Tracking ID: 76125881679
Transaction Type: Sale
Transaction Date: 07/15/2021 10:10:44 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. E120; Pollution Inspections

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

- [✓] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK [ ]

RETURN CHECK TO [✓]
Chris Ulfers

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✓] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:14 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G37
Agency Tracking ID: 76125882836
Transaction Type: Sale
Transaction Date: 07/15/2021 10:13:35 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. L141; Pipeline KAH-1930, Segment 8256

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT **$5,700.00**

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:14 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G3E
Agency Tracking ID: 76125882881
Transaction Type: Sale
Transaction Date: 07/15/2021 10:14:27 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. L141; Pipeline KAH-2450, Segment 7012

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:15 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G3M
Agency Tracking ID: 76125882921
Transaction Type: Sale
Transaction Date: 07/15/2021 10:15:25 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P280; Well D-14

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

RETURN CHECK TO ✔
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:16 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G3P
Agency Tracking ID: 76125883959
Transaction Type: Sale
Transaction Date: 07/15/2021 10:16:12 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P280; Well D-13A

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

RETURN CHECK TO ✔
Chris Ulfers

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck

JUL 16 2021

Vchr # _____

G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:17 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G3Q
Agency Tracking ID: 76125884976
Transaction Type: Sale
Transaction Date: 07/15/2021 10:16:50 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P280; Well D-1

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck

JUL 16 2021

Vchr # _____

G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:18 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G3V
Agency Tracking ID: 76125885010
Transaction Type: Sale
Transaction Date: 07/15/2021 10:17:30 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P280; Well D-2

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:19 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G44
Agency Tracking ID: 76125885059
Transaction Type: Sale
Transaction Date: 07/15/2021 10:18:30 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P280; Well D-16 B

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: Chris Ulfers | AMOUNT $5,700.00 |
|---|---|
| | MAIL CHECK ☐ |
| | RETURN CHECK TO ☑ Chris Ulfers |

| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
|---|---|
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9346 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT $5,700.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____

G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:19 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G49
Agency Tracking ID: 76125885096
Transaction Type: Sale
Transaction Date: 07/15/2021 10:19:15 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P280; Well D-13B

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO.   17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:20 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G4C
Agency Tracking ID: 76125885124
Transaction Type: Sale
Transaction Date: 07/15/2021 10:19:56 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P280; Well D-16 A

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT $5,700.00 |
|---|---|
| Chris Ulfers | MAIL CHECK |
| | RETURN CHECK TO  Chris Ulfers ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

## FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____

G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:21 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government

# Pay.gov

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G4G
Agency Tracking ID: 76125885162
Transaction Type: Sale
Transaction Date: 07/15/2021 10:20:46 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P283; Well D-4

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |
| | MAIL CHECK ☐ |
| | RETURN CHECK TO ☑ |
| | Chris Ulfers |
| PAYMENT FOR: | NAME |
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck

JUL 16 2021

Vchr # _____
G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:22 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G4Q
Agency Tracking ID: 76125885200
Transaction Type: Sale
Transaction Date: 07/15/2021 10:21:31 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P283; Well D-1

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:25 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G5I
Agency Tracking ID: 76125888376
Transaction Type: Sale
Transaction Date: 07/15/2021 10:24:44 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P283; Well D-17

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Thursday, July 15, 2021 9:25 AM |
| To: | Ulfers, Chris |
| Subject: | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G5R
Agency Tracking ID: 76125888420
Transaction Type: Sale
Transaction Date: 07/15/2021 10:25:25 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P283; Well D-12

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____

G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:26 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G64
Agency Tracking ID: 76125888491
Transaction Type: Sale
Transaction Date: 07/15/2021 10:26:27 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P283; Well D-11

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |

PAYABLE TO:
**Chris Ulfers**

AMOUNT **$5,700.00**

MAIL CHECK

**RETURN CHECK TO** Chris Ulfers ☑

PAYMENT FOR:
BSEE Appeals

NAME **Chris Ulfers**

SIGNATURE

## FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:27 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

    Application Name: BSEE Fee for Appeals - AP
    Pay.gov Tracking ID: 26SN8G69
    Agency Tracking ID: 76125888538
    Transaction Type: Sale
    Transaction Date: 07/15/2021 10:27:07 AM EDT
    Account Holder Name: Christopher K. Ulfers
    Transaction Amount: $150.00
    Card Type: Visa
    Card Number: ************0092

    Region: GOM
    Contact: Jonathan Hunter, 504-957-9647
    Company/Co No: Fieldwood Energy LLC 03295
    Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P283; Well D-5

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO.  17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT $5,700.00

MAIL CHECK ☐

RETURN CHECK TO ✔
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:28 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G6E
Agency Tracking ID: 76125889605
Transaction Type: Sale
Transaction Date: 07/15/2021 10:28:16 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P283; Well D-10

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT: $5,700.00

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck

JUL 16 2021

Vchr # _____

G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:29 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G6P
Agency Tracking ID: 76125889658
Transaction Type: Sale
Transaction Date: 07/15/2021 10:28:58 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P283; Well D-8

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |
| | MAIL CHECK ☐ |
| | RETURN CHECK TO ☑ |
| | Chris Ulfers |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:30 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G6U
Agency Tracking ID: 76125889703
Transaction Type: Sale
Transaction Date: 07/15/2021 10:29:36 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P283; Well D-7

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT
$5,700.00

MAIL CHECK ☐

RETURN CHECK TO ✔
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

805 of 892

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:31 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G74
Agency Tracking ID: 76125889768
Transaction Type: Sale
Transaction Date: 07/15/2021 10:30:31 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-16

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

**RETURN CHECK TO** ✔
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:31 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G7D
Agency Tracking ID: 76125890815
Transaction Type: Sale
Transaction Date: 07/15/2021 10:31:18 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-10

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:32 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G7K
Agency Tracking ID: 76125890858
Transaction Type: Sale
Transaction Date: 07/15/2021 10:32:12 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-17

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service.

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT: **$5,700.00**

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

## FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck

JUL 16 2021

Vchr # _____
G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:33 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G7V
Agency Tracking ID: 76125890911
Transaction Type: Sale
Transaction Date: 07/15/2021 10:33:16 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-15

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT $5,700.00

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:34 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G83
Agency Tracking ID: 76125890957
Transaction Type: Sale
Transaction Date: 07/15/2021 10:34:00 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-14

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

**PAYABLE TO:**
Chris Ulfers

**AMOUNT** $5,700.00

**MAIL CHECK** ☐

**RETURN CHECK TO** ☑
Chris Ulfers

**PAYMENT FOR:**
BSEE Appeals

**NAME**
Chris Ulfers

**SIGNATURE**

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:35 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G89
Agency Tracking ID: 76125891089
Transaction Type: Sale
Transaction Date: 07/15/2021 10:35:01 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-13

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service.

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT $5,700.00

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:36 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G8G
Agency Tracking ID: 76125891218
Transaction Type: Sale
Transaction Date: 07/15/2021 10:35:51 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-12

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |
| | MAIL CHECK ☐ |
| | RETURN CHECK TO ☑ |
| | Chris Ulfers |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:36 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G8M
Agency Tracking ID: 76125891299
Transaction Type: Sale
Transaction Date: 07/15/2021 10:36:27 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-2

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: Chris Ulfers | AMOUNT $5,700.00 |
|---|---|
| | MAIL CHECK ☐ |
| | RETURN CHECK TO Chris Ulfers ✔ |

| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
|---|---|
| | SIGNATURE |

**FOR ACCOUNTING USE ONLY**

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck

JUL 16 2021

Vchr # _____
G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:37 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

    Application Name: BSEE Fee for Appeals - AP
    Pay.gov Tracking ID: 26SN8G8Q
    Agency Tracking ID: 76125891375
    Transaction Type: Sale
    Transaction Date: 07/15/2021 10:37:00 AM EDT
    Account Holder Name: Christopher K. Ulfers
    Transaction Amount: $150.00
    Card Type: Visa
    Card Number: ************0092

    Region: GOM
    Contact: Jonathan Hunter, 504-957-9647
    Company/Co No: Fieldwood Energy LLC 03295
    Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No.
    D/CF; PINC No. P414; Well D-4

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT
$5,700.00

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:38 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G90
Agency Tracking ID: 76125891448
Transaction Type: Sale
Transaction Date: 07/15/2021 10:37:41 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-9

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:38 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G97
Agency Tracking ID: 76125891536
Transaction Type: Sale
Transaction Date: 07/15/2021 10:38:17 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-8

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT                    $5,700.00

MAIL CHECK          ☐

**RETURN CHECK TO**          ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:39 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G9B
Agency Tracking ID: 76125891608
Transaction Type: Sale
Transaction Date: 07/15/2021 10:38:49 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-7

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT $5,700.00

MAIL CHECK ☐

RETURN CHECK TO ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:39 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G9F
Agency Tracking ID: 76125891685
Transaction Type: Sale
Transaction Date: 07/15/2021 10:39:22 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-6

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT  $5,700.00

MAIL CHECK  ☐

RETURN CHECK TO  ☑
Chris Ulfers

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck

JUL 16 2021

Vchr # _____
G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:40 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government

# Pay.gov

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G9L
Agency Tracking ID: 76125891764
Transaction Type: Sale
Transaction Date: 07/15/2021 10:39:59 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-5

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| FILE NO. 17820800 | Fieldwood Restructuring | Fieldwood Energy, LLC | July 16, 2021 |

| PAYABLE TO: Chris Ulfers | AMOUNT $5,700.00 |
|---|---|
| | MAIL CHECK ☐ |
| | RETURN CHECK TO ☑ Chris Ulfers |

| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:42 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

    Application Name: BSEE Fee for Appeals - AP
    Pay.gov Tracking ID: 26SN8GA2
    Agency Tracking ID: 76125891852
    Transaction Type: Sale
    Transaction Date: 07/15/2021 10:41:34 AM EDT
    Account Holder Name: Christopher K. Ulfers
    Transaction Amount: $150.00
    Card Type: Visa
    Card Number: ************0092

    Region: GOM
    Contact: Jonathan Hunter, 504-957-9647
    Company/Co No: Fieldwood Energy LLC 03295
    Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-1

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | **Fieldwood Restructuring | Fieldwood Energy, LLC** | July 16, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $5,700.00 |

MAIL CHECK ☐

**RETURN CHECK TO**
Chris Ulfers ✔

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:42 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8GA8
Agency Tracking ID: 76125891886
Transaction Type: Sale
Transaction Date: 07/15/2021 10:42:07 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-11

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 16, 2021 |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | | AMOUNT |
|---|---|---|
| Chris Ulfers | | $5,700.00 |

MAIL CHECK ☐

**RETURN CHECK TO** ✔
Chris Ulfers

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9 3 4 6 | | | $5,700.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
✔ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

Separate Ck _____

JUL 16 2021

Vchr # _____
G/L # _____

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:41 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G9S
Agency Tracking ID: 76125891814
Transaction Type: Sale
Transaction Date: 07/15/2021 10:40:57 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. P414; Well D-3

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

CA

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 16, 2021** |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| **Chris Ulfers** | **$5,700.00** |
| | MAIL CHECK |
| | **RETURN CHECK TO** ☑ |
| | **Chris Ulfers** |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | **$5,700.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

JULY 16 2021

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:12 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G2O
Agency Tracking ID: 76125882745
Transaction Type: Sale
Transaction Date: 07/15/2021 10:11:48 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. G113; Availability of Facility for Inspection

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| FILE NO. | 17820800 | **Fieldwood Restructuring \| Fieldwood Energy, LLC** | **July 16, 2021** |

| PAYABLE TO: | AMOUNT | **$5,700.00** |
|---|---|---|
| **Chris Ulfers** | MAIL CHECK | |
| | **RETURN CHECK TO** Chris Ulfers | ✔ |

| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
|---|---|
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | **$5,700.00** |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[1] - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

JULY 16 2021

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 15, 2021 9:13 AM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SN8G30
Agency Tracking ID: 76125882796
Transaction Type: Sale
Transaction Date: 07/15/2021 10:12:45 AM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block HIA 595; Facility/Rig and Well No. D/CF; PINC No. L141; Pipeline KAH-0001, Segment 6504

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



D12866



# Cost Summary Report

## Client: Fieldwood Energy LLC

**Relativity Project Number: 1322468**
**Report Date: 7/31/2021**
**Due Date: 8/30/2021**
**Matter Number: 17820800**

**Matter Name:** Fieldwood Restructuring

**Billed to:** Jones Walker LLP
201 St. Charles Avenue
Suite 5000
New Orleans, LA
70170

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Relativity Hosting Size (GB)** | Monthly Online Storage per Gigabyte | .60 GB | *Flat Fee - $50* | *Flat Fee - $50* |
| **Relativity Users** | Monthly License Fee<br><br>Licensed Users: | 0 | *n/a* | *$0* |
| | | | ***Balance Due*** | *$50.00* |

For cost summary questions, please contact your Project Manager:

R.P. Smith
Jones Walker LLP
Practice Support Manager
rpsmith@joneswalker.com

{Monthly Cost Summary Report.1}

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 30, 2021 |
| FILE NO. | 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT $1,500.00

MAIL CHECK

**RETURN CHECK TO**
Chris Ulfers ✔

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9246 | | | $1,500.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

JUL 3 0 2021

G/L #
File
Sep. Ck.          Y          N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, July 27, 2021 3:56 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SR0AR4
Agency Tracking ID: 76129791529
Transaction Type: Sale
Transaction Date: 07/27/2021 04:56:01 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block: HIA 595; Facility/Rig and Well No.: D/CF; PINC No. P313

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE<br>**Fieldwood Restructuring | Fieldwood Energy, LLC** | DATE<br>**July 30, 2021** |
|---|---|---|---|
| FILE NO. | **17820800** | | |

| PAYABLE TO:<br>**Chris Ulfers** | AMOUNT **$1,500.00** |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO** ☑<br>**Chris Ulfers** |
| PAYMENT FOR:<br>BSEE Appeals | NAME<br>**Chris Ulfers** |
| | SIGNATURE |

## FOR ACCOUNTING USE ONLY

| VENDOR NUMBER<br>9246 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT<br>$1,500.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

JUL 30 2021

G/L #
File
Sep. Ck.          Y          N

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, July 27, 2021 3:57 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SR0ARA
Agency Tracking ID: 76129791575
Transaction Type: Sale
Transaction Date: 07/27/2021 04:57:07 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block: HIA 595; Facility/Rig and Well No.: D/CF; PINC No. P475; ABH-2000

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 30, 2021 |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $1,500.00 |
| | MAIL CHECK |
| | **RETURN CHECK TO** ☑ |
| | Chris Ulfers |
| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9246 | | | $1,500.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

JUL 3 0 2021

G/L#
File
Sep. Ck. _____ Y _____ N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, July 27, 2021 3:59 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SR0ARS
Agency Tracking ID: 76129791670
Transaction Type: Sale
Transaction Date: 07/27/2021 04:59:07 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block: HIA 595; Facility/Rig and Well No.: D/CF; PINC No. P475; ABH-3000

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 30, 2021 |
| FILE NO. | 17820800 | | |

**PAYABLE TO:**
Chris Ulfers

**AMOUNT** $1,500.00

**MAIL CHECK** ☐

**RETURN CHECK TO** ☑
Chris Ulfers

**PAYMENT FOR:**
BSEE Appeals

**NAME**
Chris Ulfers

**SIGNATURE**

## FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9246 | | | $1,500.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

JUL 3 0 2021

G/L #
File
Sep. Ck.          Y          N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, July 27, 2021 3:58 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SR0ARJ
Agency Tracking ID: 76129791611
Transaction Type: Sale
Transaction Date: 07/27/2021 04:57:55 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block: HIA 595; Facility/Rig and Well No.: D/CF; PINC No. P475; ABH-4020

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy, LLC | July 30, 2021 |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $1,500.00 |
| | MAIL CHECK ☐ |
| | RETURN CHECK TO ☑ |
| | Chris Ulfers |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9246 | | | $1,500.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

JUL 3 0 2021

G/L#
File
Sep. Ck. ☐ Y ☐ N

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, July 27, 2021 4:01 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SR0ASA
Agency Tracking ID: 76129794991
Transaction Type: Sale
Transaction Date: 07/27/2021 05:00:48 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block: HIA 595; Facility/Rig and Well No.: D/CF; PINC No. P475; ABH-4510

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring | Fieldwood Energy, LLC | July 30, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $1,500.00 |
| | MAIL CHECK |
| | RETURN CHECK TO  ☑ |
| | Chris Ulfers |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9246 | | | $1,500.00 |

FORM A-8 (REV. 03/11)

### CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☐ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

JUL 3 0 2021

G/L #
File
Sep. Ck. _____ Y _____ N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, July 27, 2021 4:02 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

    Application Name: BSEE Fee for Appeals - AP
    Pay.gov Tracking ID: 26SR0ASE
    Agency Tracking ID: 76129795082
    Transaction Type: Sale
    Transaction Date: 07/27/2021 05:01:38 PM EDT
    Account Holder Name: Christopher K. Ulfers
    Transaction Amount: $150.00
    Card Type: Visa
    Card Number: ************0092

    Region: GOM
    Contact: Jonathan Hunter, 504-957-9647
    Company/Co No: Fieldwood Energy LLC 03295
    Appeal Description: Lease No. G02721; Area and Block: HIA 595; Facility/Rig and Well No.:
    D/CF; PINC No. P475; ABJ-7000

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE<br>Fieldwood Restructuring | Fieldwood Energy, LLC | DATE<br>July 30, 2021 |
|---|---|---|
| FILE NO.  17820800 | | |

| PAYABLE TO:<br>Chris Ulfers | AMOUNT  $1,500.00 |
|---|---|
| | MAIL CHECK ☐ |
| | **RETURN CHECK TO** ☑<br>Chris Ulfers |
| PAYMENT FOR:<br>BSEE Appeals | NAME<br>Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER<br>9246 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT<br>$1,500.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

JUL 3 0 2021

G/L#
File
Sep. Ck.          Y          N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, July 27, 2021 4:02 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SR0ASK
Agency Tracking ID: 76129795136
Transaction Type: Sale
Transaction Date: 07/27/2021 05:02:25 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: *************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block: HIA 595; Facility/Rig and Well No.: D/CF; PINC No. P475; ABJ-8000

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE<br>Fieldwood Restructuring | Fieldwood Energy, LLC | DATE<br>July 30, 2021 |
|---|---|---|---|
| FILE NO. | 17820800 | | |

| PAYABLE TO:<br>Chris Ulfers | AMOUNT            $1,500.00 |
|---|---|
| | MAIL CHECK |
| | **RETURN CHECK TO**<br>Chris Ulfers                    ✔ |
| PAYMENT FOR:<br>BSEE Appeals | NAME<br>Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER<br>9246 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT<br>$1,500.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

JUL 3 0 2021

G/L#
File
Sep. Ck.                    Y          N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, July 27, 2021 4:03 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SR0ASP
Agency Tracking ID: 76129795179
Transaction Type: Sale
Transaction Date: 07/27/2021 05:03:24 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block: HIA 595; Facility/Rig and Well No.: D/CF; PINC No. P475; ABH-9000

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | **Fieldwood Restructuring | Fieldwood Energy, LLC** | **July 30, 2021** |
| FILE NO. | 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| **Chris Ulfers** | **$1,500.00** |

MAIL CHECK ☐

**RETURN CHECK TO** ✔
Chris Ulfers

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | **Chris Ulfers** |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9246 | | | $1,500.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

JUL 30 2021

G/L#
File
Sep. Ck._____ Y____ N

**(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER**

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, July 27, 2021 4:04 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SR0ASQ
Agency Tracking ID: 76129795212
Transaction Type: Sale
Transaction Date: 07/27/2021 05:04:06 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block: HIA 595; Facility/Rig and Well No.:
D/CF; PINC No. Z100; Failure to inspect the HIA-595-CF platform

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE<br>Fieldwood Restructuring | Fieldwood Energy, LLC | DATE<br>July 30, 2021 |
|---|---|---|---|
| FILE NO. | 17820800 | | |

| PAYABLE TO:<br>Chris Ulfers | AMOUNT $1,500.00 |
|---|---|
| | MAIL CHECK ☐ |
| | **RETURN CHECK TO** ✔<br>Chris Ulfers |
| PAYMENT FOR:<br>BSEE Appeals | NAME<br>Chris Ulfers |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER<br>9246 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT<br>$1,500.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

JUL 3 0 2021

G/L#
File
Sep. Ck. _____ Y _____ N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, July 27, 2021 4:05 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26SR0ASS
Agency Tracking ID: 76129795285
Transaction Type: Sale
Transaction Date: 07/27/2021 05:04:53 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy LLC 03295
Appeal Description: Lease No. G02721; Area and Block: HIA 595; Facility/Rig and Well No.: D/CF; PINC No. Z100; Failure to inspect the HIA-595-D platform

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

   Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

CA

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | August 5, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:

**Chris Ulfers**

AMOUNT    **$1,200.00**

MAIL CHECK

**RETURN CHECK TO**
Chris Ulfers    ✔

PAYMENT FOR:
BSEE Appeals

NAME
**Chris Ulfers**

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $1,200.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

AUG 05 2021

G/L#
File
Sep. Ck.          Y          N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, August 2, 2021 1:21 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26STH23B
Agency Tracking ID: 76132435047
Transaction Type: Sale
Transaction Date: 08/02/2021 02:21:20 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No. G04081; Area and Block HIA 550; Facility/Rig and Well No. A; PINC No. G113

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

CA

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | August 5, 2021 |
| FILE NO. 17820800 | | |

PAYABLE TO:
**Chris Ulfers**

AMOUNT **$1,200.00**

MAIL CHECK

**RETURN CHECK TO**
Chris Ulfers ☑

PAYMENT FOR:
BSEE Appeals

NAME
**Chris Ulfers**

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $1,200.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

AUG 05 2021

G/L#
File
Sep. Ck._____ Y_____ N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, August 2, 2021 1:22 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26STH23I
Agency Tracking ID: 76132435116
Transaction Type: Sale
Transaction Date: 08/02/2021 02:22:13 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No. G04081; Area and Block HIA 550; Facility/Rig and Well No. A; PINC No. P414; Well A-1

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

- [✓] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Restructuring \| Fieldwood Energy, LLC | August 5, 2021 |
| FILE NO. | 17820800 | | |

**PAYABLE TO:**
Chris Ulfers

AMOUNT $1,200.00

MAIL CHECK

**RETURN CHECK TO**
Chris Ulfers [✓]

**PAYMENT FOR:**
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $1,200.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✓] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

VENDOR ID
VOUCHER ID

AUG 05 2021

G/L#
File
Sep. Ck. _____ Y ___ N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, August 2, 2021 1:23 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26STH23O
Agency Tracking ID: 76132435158
Transaction Type: Sale
Transaction Date: 08/02/2021 02:22:54 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No. G04081; Area and Block HIA 550; Facility/Rig and Well No. A; PINC No. P414; Well A-2

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

CA

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | August 5, 2021 |
| FILE NO.  17820800 | | |

| PAYABLE TO: | AMOUNT | $1,200.00 |
|---|---|---|
| Chris Ulfers | MAIL CHECK | |
| | **RETURN CHECK TO**  Chris Ulfers | ✔ |

| PAYMENT FOR:  BSEE Appeals | NAME  Chris Ulfers |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $1,200.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID

VOUCHER ID

AUG 05 2021

G/L#_____
File_____
Sep. Ck. _____ Y_____ N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, August 2, 2021 1:24 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26STH23S
Agency Tracking ID: 76132435202
Transaction Type: Sale
Transaction Date: 08/02/2021 02:23:33 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No. G04081; Area and Block HIA 550; Facility/Rig and Well No. A; PINC No. P414; Well A-3

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

CA

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

# REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE Fieldwood Restructuring \| Fieldwood Energy, LLC | DATE August 5, 2021 |
|---|---|---|
| FILE NO. 17820800 | | |

| PAYABLE TO: Chris Ulfers | AMOUNT $1,200.00 |
|---|---|
| | MAIL CHECK ☐ |
| | **RETURN CHECK TO** Chris Ulfers ✔ |

| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
|---|---|
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9346 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT $1,200.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

AUG 05 2021

G/L#_____
File_____
Sep. Ck. _____  Y ___ N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, August 2, 2021 1:24 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26STH242
Agency Tracking ID: 76132435262
Transaction Type: Sale
Transaction Date: 08/02/2021 02:24:12 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No. G04081; Area and Block HIA 550; Facility/Rig and Well No. A; PINC No. P414; Well A-4

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

CA

☑ OPERATING

☐ TRUST

☐ BARONNE TITLE

☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE | DATE |
|---|---|---|
| | Fieldwood Restructuring \| Fieldwood Energy, LLC | August 5, 2021 |
| FILE NO. 17820800 | | |

| PAYABLE TO: | AMOUNT |
|---|---|
| Chris Ulfers | $1,200.00 |
| | MAIL CHECK |
| | RETURN CHECK TO Chris Ulfers ✔ |

| PAYMENT FOR: | NAME |
|---|---|
| BSEE Appeals | Chris Ulfers |
| | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $1,200.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK

☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124

☑ OTHER EXPENSES FOR LITIGATION MATTERS - E118

☐ ARBITRATORS/MEDIATORS - E121

☐ COURT FEES - E112

☐ DELIVERY SERVICES/MESSENGERS - E107

☐ DEPOSITION TRANSCRIPTS - E115

☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122

☐ MEALS - E111

☐ OTHER PROFESSIONALS - E123

☐ OUTSIDE PRINTING - E102

☐ PRIVATE INVESTIGATORS - E120

☐ SUBPOENA FEES - E113

☐ TRIAL EXHIBITS - E117

☐ TRIAL TRANSCRIPTS - E116

☐ WITNESS FEES - E114

VENDOR ID
VOUCHER ID

AUG 05 2021

G/L#_____
File_____
Sep. Ck._____ Y____ N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, August 2, 2021 1:25 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

    Application Name: BSEE Fee for Appeals - AP
    Pay.gov Tracking ID: 26STH24F
    Agency Tracking ID: 76132435337
    Transaction Type: Sale
    Transaction Date: 08/02/2021 02:25:13 PM EDT
    Account Holder Name: Christopher K. Ulfers
    Transaction Amount: $150.00
    Card Type: Visa
    Card Number: ************0092

    Region: GOM
    Contact: Jonathan Hunter, 504-957-9647
    Company/Co No: Fieldwood Energy Offshore LLC 03035
    Appeal Description: Lease No. G04081; Area and Block HIA 550; Facility/Rig and Well No. A; PINC No. P414; Well A-5

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

CA

- [✓] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | CLIENT & FILE TITLE |  | DATE |
|---|---|---|---|
|  | Fieldwood Restructuring | Fieldwood Energy, LLC |  | August 5, 2021 |
| FILE NO. 17820800 |  |  |  |

| PAYABLE TO: Chris Ulfers | AMOUNT $1,200.00 |
|---|---|
|  | MAIL CHECK |
|  | **RETURN CHECK TO** Chris Ulfers  [✓] |
| PAYMENT FOR: BSEE Appeals | NAME Chris Ulfers |
|  | SIGNATURE |

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER 9346 | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT $1,200.00 |
|---|---|---|---|

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE[(1)] - E124
- [✓] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

VENDOR ID
VOUCHER ID

AUG 05 2021

G/L#_____
File_____
Sep. Ck._____ Y___ N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, August 2, 2021 1:26 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26STH24J
Agency Tracking ID: 76132435386
Transaction Type: Sale
Transaction Date: 08/02/2021 02:25:49 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No. G04081; Area and Block HIA 550; Facility/Rig and Well No. A; PINC No. P414; Well A-6

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

CA

- [✓] OPERATING
- [ ] TRUST
- [ ] BARONNE TITLE
- [ ] BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | | CLIENT & FILE TITLE Fieldwood Restructuring \| Fieldwood Energy, LLC | DATE August 5, 2021 |
|---|---|---|---|
| FILE NO. | 17820800 | | |

PAYABLE TO:
Chris Ulfers

AMOUNT $1,200.00

MAIL CHECK

**RETURN CHECK TO**
Chris Ulfers   [✓]

PAYMENT FOR:
BSEE Appeals

NAME
Chris Ulfers

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 9346 | | | $1,200.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- [ ] TRUST CHECK
- [ ] OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- [✓] OTHER EXPENSES FOR LITIGATION MATTERS - E118
- [ ] ARBITRATORS/MEDIATORS - E121
- [ ] COURT FEES - E112
- [ ] DELIVERY SERVICES/MESSENGERS - E107
- [ ] DEPOSITION TRANSCRIPTS - E115
- [ ] EXPERTS - E119

- [ ] LOCAL COUNSEL - E122
- [ ] MEALS - E111
- [ ] OTHER PROFESSIONALS - E123
- [ ] OUTSIDE PRINTING - E102
- [ ] PRIVATE INVESTIGATORS - E120
- [ ] SUBPOENA FEES - E113
- [ ] TRIAL EXHIBITS - E117
- [ ] TRIAL TRANSCRIPTS - E116
- [ ] WITNESS FEES - E114

VENDOR ID
VOUCHER ID

AUG 05 2021

G/L#_____
File_____
Sep. Ck. ____ Y ___ N

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

**Ulfers, Chris**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, August 2, 2021 1:27 PM |
| **To:** | Ulfers, Chris |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: BSEE Fee for Appeals - AP |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Brenda Dickerson at (703) 787-1617 or BseeFinanceAccountsReceivable@bsee.gov.

Application Name: BSEE Fee for Appeals - AP
Pay.gov Tracking ID: 26STH24O
Agency Tracking ID: 76132435435
Transaction Type: Sale
Transaction Date: 08/02/2021 02:27:24 PM EDT
Account Holder Name: Christopher K. Ulfers
Transaction Amount: $150.00
Card Type: Visa
Card Number: ************0092

Region: GOM
Contact: Jonathan Hunter, 504-957-9647
Company/Co No: Fieldwood Energy Offshore LLC 03035
Appeal Description: Lease No. G04081; Area and Block HIA 550; Facility/Rig and Well No. A; PINC No. Z100

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



INCOMPLETE
CLICK HERE TO REMOVE THIS STAMP ONCE THE
REQUIRED RED-DASHED FIELDS ARE COMPLETE

- ☑ OPERATING
- ☐ TRUST
- ☐ BARONNE TITLE
- ☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 045043 | CLIENT & FILE TITLE | DATE |
|---|---|---|---|
| | | Fieldwood Energy | September 16, 2021 |
| FILE NO. | 178208-00 | | |

| PAYABLE TO: | AMOUNT $11,850.00 |
|---|---|
| John Seip<br>262 G Street SW<br>Washington, DC 20024 | MAIL CHECK ✔ |
| | RETURN CHECK TO |

| PAYMENT FOR: | NAME |
|---|---|
| Consultant hired to assist BOEM adjudication.<br>Invoice No. JJS202108-1 | Gabrielle Ramirez |
| | SIGNATURE |

FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 034047 | | | $11,850.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

- ☐ TRUST CHECK
- ☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
- ☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
- ☐ ARBITRATORS/MEDIATORS - E121
- ☐ COURT FEES - E112
- ☐ DELIVERY SERVICES/MESSENGERS - E107
- ☐ DEPOSITION TRANSCRIPTS - E115
- ☐ EXPERTS - E119

- ☐ LOCAL COUNSEL - E122
- ☐ MEALS - E111
- ✔ OTHER PROFESSIONALS - E123
- ☐ OUTSIDE PRINTING - E102
- ☐ PRIVATE INVESTIGATORS - E120
- ☐ SUBPOENA FEES - E113
- ☐ TRIAL EXHIBITS - E117
- ☐ TRIAL TRANSCRIPTS - E116
- ☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

# INVOICE / STATEMENT FOR AUGUST 2021 09/13/2021

**Please Remit Payment To:**

John Seip
262 G Street SW
Washington, DC 20024
SSN: 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   Mobile: 504-914-9558   Email: johnjseip@gmail.com

**INVOICE NO.**   JJS202108-1

| DATE | TIME HOURS | RATE PER HOUR | TIME TOTAL | TRAVEL | LODGING | MEALS | MISC | MILEAGE @ $.56/MI | WORK DESCRIPTION | DATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/21 | 1.5 | $ 300.00 | $ 450.00 | | | | | | Review emails; Teleconference w/JW & Fieldwood | $ 450.00 |
| 08/06/21 | 0.5 | $ 300.00 | $ 150.00 | | | | | | Teleconference w/JW & Fieldwood | $ 150.00 |
| 08/09/21 | 5.5 | $ 300.00 | $ 1,650.00 | | | | | | Review email; "BOX" set-up & review; pdf each Serial Register page; Tel. w/JW & Fieldwood | $ 1,650.00 |
| 08/10/21 | 8 | $ 300.00 | $ 2,400.00 | | | | | | QA/QC FWE Newco DOOs vs. Serial Register pages | $ 2,400.00 |
| 08/11/21 | 8 | $ 300.00 | $ 2,400.00 | | | | | | QA/QC FWE Newco DOOs vs. Serial Register pages | $ 2,400.00 |
| 08/12/21 | 7 | $ 300.00 | $ 2,100.00 | | | | | | QA/QC DOOs and update Peck's spreadsheet | $ 2,100.00 |
| 08/13/21 | 3 | $ 300.00 | $ 900.00 | | | | | | Teleconference w/JW & Fieldwood; QA/QC DOOs | $ 900.00 |
| 08/16/21 | 3 | $ 300.00 | $ 900.00 | | | | | | QA/QC FWE IV-Chevron DOOs vs. Serial Register | $ 900.00 |
| 08/17/21 | 3 | $ 300.00 | $ 900.00 | | | | | | QA/QC FWE IV-Chevron DOOs; conv. w/ BSEE | $ 900.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total Hours | 39.5 | | | | | | | | **TOTAL BILLABLE TIME & EXPENSES** | $ 11,850.00 |

## Bowers, Laura

| | |
|---|---|
| **From:** | Damme', Ashley |
| **Sent:** | Thursday, September 16, 2021 12:36 PM |
| **To:** | Knox, Laken; _ACCOUNTS PAYABLE |
| **Cc:** | Ramirez, Gabrielle; Bowers, Laura |
| **Subject:** | RE: Check Requests |
| **Attachments:** | August Invoice No. DBM202108-1 (Dale Morrison) - Fieldwood.pdf; SEIP Timesheet 2021-08 (1).pdf; 2021-09-16 Check Request (J. Seip).pdf; 2021-09-16 Check Request (D. Morrison).pdf |

Laura Bowers will handle.

**Ashley M. Damme'**     Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8571
adamme@joneswalker.com

**From:** Bruns, Andrew <abruns@joneswalker.com>
**Sent:** Thursday, September 16, 2021 12:33 PM
**To:** Damme', Ashley <adamme@joneswalker.com>; Knox, Laken <lknox@joneswalker.com>; _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ramirez, Gabrielle <gramirez@joneswalker.com>; Theriot, Stephen <stheriot@joneswalker.com>
**Subject:** RE: Check Requests

Pay and hold

**Andrew Bruns**     Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Damme', Ashley <adamme@joneswalker.com>
**Sent:** Thursday, September 16, 2021 11:49 AM
**To:** Knox, Laken <lknox@joneswalker.com>; _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ramirez, Gabrielle <gramirez@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>; Theriot, Stephen <stheriot@joneswalker.com>
**Subject:** RE: Check Requests

Please approve over $1,000;s:

$14,100.00  &  $11,850.00

**Matter Infor**

| Matter 17820800 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Filters | | | | | | | | |
| Client 045043 | | | | Office | 03 | Category | | Status  OP |
| Matter  17820800 | | | | Department | 11 | Class | H | ☐ |

| Last Activity | | | Timekeepers | | | Dates | |
|---|---|---|---|---|---|---|---|
| | Date | Amount | Billing | 06905 | | Open | |
| Bill | 6/28/2021 | 312,772.69 | Responsible | 06905 | | Close | |
| Payment | 8/27/2021 | 238,762.50 | Assigned | | | | |
| Time Entry | 9/15/2021 | | | | Participating | | |

| Statistics | | | | | | Investment | |
|---|---|---|---|---|---|---|---|
| | Fees | Costs | Other | | Total | | Unapplied |
| Worked | 3,129,930.00 | 64,559.19 | | | 3,194,489.19 | | Retainer |
| Write down/(up) | 1,879.50 | 963.59 | | | 2,843.09 | | On Acct Fees |
| Billed | 2,483,433.50 | 41,150.23 | 0.00 | | 2,524,583.73 | | On Acct Disb |
| Payments | 2,356,566.60 | 41,150.23 | 0.00 | | 2,397,716.83 | | Unallocated Credits |
| A/R Write off/(up) | 0.00 | 0.00 | 0.00 | | 0.00 | | |
| A/R Balance | 126,866.90 | 0.00 | 0.00 | | 126,866.90 | | Trust Balance |
| Unbilled Balance | 644,617.00 | 22,445.37 | | | 667,062.37 | | Trust Available |
| | | | **Total Investment** | | **793,929.27** | | |

| Agings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Accounts Receivable | | | | | Unbilled Fees/Costs | | |
| | Fees | Costs | Other | | Total | Fees | Costs | T |
| 0 to 30 | 0.00 | 0.00 | 0.00 | | 0.00 | 111,254.00 | 65.15 | |
| 31 to 60 | 0.00 | 0.00 | 0.00 | | 0.00 | 354,627.50 | 11,599.32 | |
| 61 to 90 | 61,545.00 | 0.00 | 0.00 | | 61,545.00 | 176,495.50 | 10,424.86 | |
| 91+ | 65,321.90 | 0.00 | 0.00 | | 65,321.90 | 2,240.00 | 356.04 | |
| Total | 126,866.90 | 0.00 | 0.00 | | 126,866.90 | 644,617.00 | 22,445.37 | |

2

Filters

| | | | | |
|---|---|---|---|---|
| Client 045043 | | | | Type 2111 |
| Parent 045043 | | | | |
| Office 00 | | Class | | |

Last Activity

| | Date | Amount | Timekeepers | | Dates | |
|---|---|---|---|---|---|---|
| Bill | 6/28/2021 | 312,772.69 | Billing FIRM | | Open | |
| Payment | 8/27/2021 | 238,762.50 | Resp FIRM | | Close | |
| Time Entry | 9/15/2021 | | Assigned | | Conflict | |
| | | | | | Approval | |

Statistics

| | Fees | Costs | Other | Total | Investment | |
|---|---|---|---|---|---|---|
| Posted | 3,859,824.15 | 83,738.01 | | 3,943,562.16 | Unapplied | |
| Write down/(up) | 3,219.90 | 1,286.05 | | 4,505.95 | Retainer | |
| Billed | 3,211,082.25 | 59,802.03 | 0.00 | 3,270,884.28 | On Acct Fees | |
| Payments | 3,078,951.80 | 59,293.38 | 0.00 | 3,138,245.18 | On Acct Disb | |
| A/R Write off/(up) | 421.05 | 20.00 | 0.00 | 441.05 | Unallocated Credits | |
| A/R Balance | 131,709.40 | 488.65 | 0.00 | 132,198.05 | Trust Balance | |
| Unbilled Balance | 645,522.00 | 22,641.36 | | 668,163.36 | Trust Available | |
| | | | Total Investment | 800,361.41 | | |

Agings

| | Accounts Receivable | | | | Unbilled Fees/Costs | |
|---|---|---|---|---|---|---|
| | Fees | Costs | Other | Total | Fees | Costs |
| 0 to 30 | 0.00 | 0.00 | 0.00 | 0.00 | 111,309.00 | 65.15 |
| 31 to 60 | 0.00 | 0.00 | 0.00 | 0.00 | 354,627.50 | 11,599.32 |
| 61 to 90 | 62,352.50 | 0.00 | 0.00 | 62,352.50 | 176,523.00 | 10,424.86 |
| 91+ | 69,356.90 | 488.65 | 0.00 | 69,845.55 | 3,062.50 | 552.03 |
| Total | 131,709.40 | 488.65 | 0.00 | 132,198.05 | 645,522.00 | 22,641.36 |

**Ashley M. Damme'**   Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8571
adamme@joneswalker.com

**From:** Knox, Laken <lknox@joneswalker.com>
**Sent:** Thursday, September 16, 2021 11:36 AM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ramirez, Gabrielle <gramirez@joneswalker.com>
**Subject:** Check Requests

Please process and post the attached to matter number 178208-00.  Once this has been posted to the matter, please generate a new proforma.

**Laken Knox**
Legal Secretary
D: 713.437.1835
lknox@joneswalker.com



Jones Walker LLP
811 Main St, Ste 2900
Houston, TX 77002
**joneswalker.com**

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Monday, September 20, 2021 12:25 PM |
| **To:** | Bowers, Laura |
| **Subject:** | Re: Check Requests |

Go ahead and process but don't mail them until we get a W9

On Sep 20, 2021, at 12:11 PM, Bowers, Laura <lbowers@joneswalker.com> wrote:

Hey Andrew, I requested W-9s for the attached request. Laken left me a voicemail when I was out sick on Friday asking if we can process now without the W-9s. These over $1,000 have already been approved to be processed as hold checks is it okay to process prior to receiving the W-9s?

**Laura E. Bowers**     Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8445
lbowers@joneswalker.com

**From:** Bowers, Laura
**Sent:** Thursday, September 16, 2021 1:57 PM
**To:** Knox, Laken <lknox@joneswalker.com>
**Subject:** FW: Check Requests

Please submit a W-9 for both requests.

**From:** Knox, Laken <lknox@joneswalker.com>
**Sent:** Thursday, September 16, 2021 11:36 AM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ramirez, Gabrielle <gramirez@joneswalker.com>
**Subject:** Check Requests

Please process and post the attached to matter number 178208-00. Once this has been posted to the matter, please generate a new proforma.

**Laken Knox**
Legal Secretary
D: 713.437.1835
lknox@joneswalker.com

<image001.png>

Jones Walker LLP
811 Main St, Ste 2900
Houston, TX 77002
**joneswalker.com**
<August Invoice No. DBM202108-1 (Dale Morrison) - Fieldwood.pdf>

1

☑ OPERATING
☐ TRUST
☐ BARONNE TITLE
☐ BARONNE TITLE OF ALABAMA LLC

## REQUEST FOR CHECK DISBURSEMENT

| CLIENT NO. | 045043 | CLIENT & FILE TITLE<br>Fieldwood Energy | DATE<br>September 16, 2021 |
|---|---|---|---|
| FILE NO. | 178208-00 | | |

PAYABLE TO:
**Dale B. Morrison**
**90 N. Magnolia Dr.**
**Covington, LA 70433**

| AMOUNT | **$14,100.00** |
|---|---|
| MAIL CHECK | ✔ |
| **RETURN CHECK TO** | |

PAYMENT FOR:
Consultant hired to assist BOEM adjudication.
Invoice No. DBM202108-1

NAME
**Gabrielle Ramirez**

SIGNATURE

### FOR ACCOUNTING USE ONLY

| VENDOR NUMBER | VOUCHER NUMBER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| 024013 | | | $14,100.00 |

FORM A-8 (REV. 03/11)

## CHOOSE ONE CODE THAT DESCRIBES THE DISBURSEMENT

☐ TRUST CHECK
☐ OTHER EXPENSES FOR TRANSACTIONAL MATTERS OR GENERAL OFFICE(1) - E124
☐ OTHER EXPENSES FOR LITIGATION MATTERS - E118
☐ ARBITRATORS/MEDIATORS - E121
☐ COURT FEES - E112
☐ DELIVERY SERVICES/MESSENGERS - E107
☐ DEPOSITION TRANSCRIPTS - E115
☐ EXPERTS - E119

☐ LOCAL COUNSEL - E122
☐ MEALS - E111
☑ OTHER PROFESSIONALS - E123
☐ OUTSIDE PRINTING - E102
☐ PRIVATE INVESTIGATORS - E120
☐ SUBPOENA FEES - E113
☐ TRIAL EXHIBITS - E117
☐ TRIAL TRANSCRIPTS - E116
☐ WITNESS FEES - E114

(1) GENERAL OFFICE EXPENSES ARE NOT CHARGEABLE TO A BILLABLE MATTER (e.g. CLE, DUES, etc.). ALL CLE AND DUES CHECK REQUESTS MUST BE SUBMITTED WITH THE APPROVAL OF THE PRACTICE GROUP LEADER

# INVOICE / STATEMENT

**Please Remit Payment To:**

Dale B. Morrison
90 N. Magnolia Dr.
Covington, LA. 70433

Email: dalenola@gmail.com
Mobile: 281-782-8524

SSN: 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

INVOICE NO.    DBM202108-1

| DATE | TIME HOURS | RATE PER HOUR | TIME TOTAL | TRAVEL | LODGING | MEALS | MISC | MILEAGE @ $.56/MI | WORK DESCRIPTION | DATE TOTAL |
|------|-----------|---------------|------------|--------|---------|-------|------|-------------------|-----------------|-----------|
| 08/04/21 | 1.5 | $ 300.00 | $ 450.00 | | | | | | Review emails; Teleconference w/JW & Fieldwood | $ 450.00 |
| 08/06/21 | 0.5 | $ 300.00 | $ 150.00 | | | | | | Teleconference w/JW & Fieldwood | $ 150.00 |
| 08/09/21 | 8 | $ 300.00 | $ 2,400.00 | | | | | | Review email; "BOX" set-up & Review; Teleconference w/JW & Fieldwood | $ 2,400.00 |
| 08/10/21 | 9.5 | $ 300.00 | $ 2,850.00 | | | | | | Review/Update DOOs | $ 2,850.00 |
| 08/11/21 | 8.5 | $ 300.00 | $ 2,550.00 | | | | | | Review/Update DOOs | $ 2,550.00 |
| 08/12/21 | 7.5 | $ 300.00 | $ 2,250.00 | | | | | | Review/Update DOOs | $ 2,250.00 |
| 08/13/21 | 3 | $ 300.00 | $ 900.00 | | | | | | Teleconference w/JW & Fieldwood; Review DOOs | $ 900.00 |
| 08/16/21 | 4.75 | $ 300.00 | $ 1,425.00 | | | | | | Review/Update DOOs | $ 1,425.00 |
| 08/17/21 | 3.75 | $ 300.00 | $ 1,125.00 | | | | | | Review/Update DOOs | $ 1,125.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| Total Hours | 47 | | | | | | | | TOTAL BILLABLE TIME & EXPENSES | $ 14,100.00 |

**Bowers, Laura**

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Thursday, September 16, 2021 12:33 PM |
| **To:** | Damme', Ashley; Knox, Laken; _ACCOUNTS PAYABLE |
| **Cc:** | Ramirez, Gabrielle; Theriot, Stephen |
| **Subject:** | RE: Check Requests |

Pay and hold

**Andrew Bruns**    Chief Financial Officer
Jones Walker LLP
D: 504.582.8508
abruns@joneswalker.com

**From:** Damme', Ashley <adamme@joneswalker.com>
**Sent:** Thursday, September 16, 2021 11:49 AM
**To:** Knox, Laken <lknox@joneswalker.com>; _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ramirez, Gabrielle <gramirez@joneswalker.com>; Bruns, Andrew <abruns@joneswalker.com>; Theriot, Stephen <stheriot@joneswalker.com>
**Subject:** RE: Check Requests

Please approve over $1,000;s:

$14,100.00  &  $11,850.00

Matter  17820800

**Matter Infor**

Filters

| Client 045043 | | | Office | 03 | Category | | Status | OP |
|---|---|---|---|---|---|---|---|---|
| Matter  17820800 | | | Department | 11 | Class | H | | |

Last Activity

| | Date | Amount | Timekeepers | | | Dates | |
|---|---|---|---|---|---|---|---|
| Bill | 6/23/2021 | 312,772.69 | Billing | 06905 | | Open | |
| Payment | 8/27/2021 | 238,762.50 | Responsible | 06905 | | Close | |
| Time Entry | 9/15/2021 | | Assigned | | | | |

Participating

| Statistics | Fees | Costs | Other | | Total | Investment | |
|---|---|---|---|---|---|---|---|
| Worked | 3,129,930.00 | 64,559.19 | | | 3,194,489.19 | Unapplied | |
| Write down/(up) | 1,879.50 | 963.59 | | | 2,843.09 | Retainer | |
| Billed | 2,483,433.50 | 41,150.23 | 0.00 | | 2,524,583.73 | On Acct Fees | |
| Payments | 2,356,566.60 | 41,150.23 | 0.00 | | 2,397,716.83 | On Acct Disb | |
| A/R Write off/(up) | 0.00 | 0.00 | 0.00 | | 0.00 | Unallocated Credits | |
| A/R Balance | 126,866.90 | 0.00 | 0.00 | | 126,866.90 | Trust Balance | |
| Unbilled Balance | 644,617.00 | 22,445.37 | | | 667,062.37 | Trust Available | |
| | | | **Total Investment** | | **793,929.27** | | |

Agings

| | Accounts Receivable | | | | Unbilled Fees/Costs | | |
|---|---|---|---|---|---|---|---|
| | Fees | Costs | Other | Total | Fees | Costs | T |
| 0 to 30 | 0.00 | 0.00 | 0.00 | 0.00 | 111,254.00 | 65.15 | |
| 31 to 60 | 0.00 | 0.00 | 0.00 | 0.00 | 354,627.50 | 11,599.32 | |
| 61 to 90 | 61,545.00 | 0.00 | 0.00 | 61,545.00 | 176,495.50 | 10,424.86 | |
| 91+ | 65,321.90 | 0.00 | 0.00 | 65,321.90 | 2,240.00 | 356.04 | |
| Total | 126,866.90 | 0.00 | 0.00 | 126,866.90 | 644,617.00 | 22,445.37 | |

Filters

Client 045043
Parent 045043
Office 00                          Class                                                              Type 2111

Last Activity

|  | Date | Amount | Timekeepers | Dates |
|---|---|---|---|---|
|  |  |  | Billing FIRM | Open |
| Bill | 6/28/2021 | 312,772.69 | Resp FIRM | Close |
| Payment | 8/27/2021 | 238,762.50 | Assigned | Conflict |
| Time Entry | 9/15/2021 |  |  | Approval |

Statistics

| | Fees | Costs | Other | Total | Investment | |
|---|---|---|---|---|---|---|
| Posted | 3,859,824.15 | 83,738.01 | | 3,943,562.16 | Unapplied | |
| Write down/(up) | 3,219.90 | 1,286.05 | | 4,505.95 | Retainer | |
| Billed | 3,211,082.25 | 59,802.03 | 0.00 | 3,270,884.28 | On Acct Fees | |
| Payments | 3,078,951.80 | 59,293.38 | 0.00 | 3,138,245.18 | On Acct Disb | |
| A/R Write off/(up) | 421.05 | 20.00 | 0.00 | 441.05 | Unallocated Credits | |
| A/R Balance | 131,709.40 | 488.65 | 0.00 | 132,198.05 | Trust Balance | |
| Unbilled Balance | 645,522.00 | 22,641.36 | | 668,163.36 | Trust Available | |
| | | | Total Investment | 800,361.41 | | |

Agings

| | Accounts Receivable | | | | | Unbilled Fees/Costs | |
|---|---|---|---|---|---|---|---|
| | Fees | Costs | Other | Total | | Fees | Costs |
| 0 to 30 | 0.00 | 0.00 | 0.00 | 0.00 | | 111,309.00 | 65.15 |
| 31 to 60 | 0.00 | 0.00 | 0.00 | 0.00 | | 354,627.50 | 11,599.32 |
| 61 to 90 | 62,352.50 | 0.00 | 0.00 | 62,352.50 | | 176,523.00 | 10,424.86 |
| 91+ | 69,356.90 | 488.65 | 0.00 | 69,845.55 | | 3,062.50 | 552.03 |
| Total | 131,709.40 | 488.65 | 0.00 | 132,198.05 | | 645,522.00 | 22,641.36 |

**Ashley M. Damme'**    Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8571
adamme@joneswalker.com

**From:** Knox, Laken <lknox@joneswalker.com>
**Sent:** Thursday, September 16, 2021 11:36 AM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ramirez, Gabrielle <gramirez@joneswalker.com>
**Subject:** Check Requests

Please process and post the attached to matter number 178208-00.  Once this has been posted to the matter, please generate a new proforma.

**Laken Knox**
Legal Secretary
D: 713.437.1835
lknox@joneswalker.com



Jones Walker LLP
811 Main St, Ste 2900
Houstoh, TX 77002
**joneswalker.com**

**Bowers, Laura**

---

| | |
|---|---|
| **From:** | Bruns, Andrew |
| **Sent:** | Monday, September 20, 2021 12:25 PM |
| **To:** | Bowers, Laura |
| **Subject:** | Re: Check Requests |

Go ahead and process but don't mail them until we get a W9

> On Sep 20, 2021, at 12:11 PM, Bowers, Laura <lbowers@joneswalker.com> wrote:

Hey Andrew, I requested W-9s for the attached request. Laken left me a voicemail when I was out sick on Friday asking if we can process now without the W-9s. These over $1,000 have already been approved to be processed as hold checks is it okay to process prior to receiving the W-9s?

**Laura E. Bowers**    Accounts Payable Clerk
Jones Walker LLP
D: 504.582.8445
lbowers@joneswalker.com

**From:** Bowers, Laura
**Sent:** Thursday, September 16, 2021 1:57 PM
**To:** Knox, Laken <lknox@joneswalker.com>
**Subject:** FW: Check Requests

Please submit a W-9 for both requests.

**From:** Knox, Laken <lknox@joneswalker.com>
**Sent:** Thursday, September 16, 2021 11:36 AM
**To:** _ACCOUNTS PAYABLE <accountspayable@joneswalker.com>
**Cc:** Ramirez, Gabrielle <gramirez@joneswalker.com>
**Subject:** Check Requests

Please process and post the attached to matter number 178208-00.  Once this has been posted to the matter, please generate a new proforma.

**Laken Knox**
Legal Secretary
D: 713.437.1835
lknox@joneswalker.com

<image001.png>

Jones Walker LLP
811 Main St, Ste 2900
Houston, TX 77002
**joneswalker.com**
<August Invoice No. DBM202108-1 (Dale Morrison) - Fieldwood.pdf>

1