## **EXHIBIT A**

**CERTIFICATION OF DANIEL S. SHAMAH**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY III LLC, *et al.*,** | § | Case No. 20-33948 (MI) |
| | § | |
| Post-Effective Date Debtors.[1] | § | (Jointly Administered) |
| | § | |
| | § | |

## CERTIFICATION OF DANIEL S. SHAMAH

I, Daniel S. Shamah, certify as follows:

1.     I am a partner at O'Melveny & Myers LLP ("**OMM**"), special counsel to the restructuring committee of the Board of Directors (the "**Restructuring Committee**") of the Debtors.

2.     I have read OMM's final fee application for allowance of compensation for services rendered as special counsel to the Restructuring Committee for the period of March 18, 2020 through August 27, 2021 (the "**Application**").  To the best of my knowledge, information, and belief, the compensation and expense reimbursement sought in the Application is in conformity with the Bankruptcy Code, the Local Rules for Southern District of Texas, and the Fee Guidelines.

---

[1]   The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

3.      In connection therewith, I hereby certify that:

(a)      The fees and disbursements sought in the Application are billed at rates customarily employed by OMM and generally accepted by OMM's clients. In addition, none of the professionals seeking compensation varied their hourly rates based on the geographic location of the Debtors' cases;

(b)      In providing a reimbursable expense, OMM does not make a profit on that expense, whether the service is performed by OMM in-house or through a third party;

(c)      In accordance with Bankruptcy Rule 2016(a) and Bankruptcy Code section 504, no agreement or understanding exists between OMM and any other person for the sharing of compensation to be received in connection with these chapter 11 cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules and Local Rules; and

(d)      All services for which compensation is sought were professional services on behalf of the Committee and not on behalf of any other person.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 11, 2021

                                                    _/s/ Daniel S. Shamah_____
                                                    Daniel S. Shamah
                                                    Partner
                                                    O'Melveny & Myers LLP

# **EXHIBIT B**

## **DETAILS OF FEES AND EXPENSES**

| SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION | | | | | | |
|---|---|---|---|---|---|---|
| NAME | TITLE OR POSITION | DEPARTMENT GROUP, OR SECTION | BAR ADMISSION YEAR | HOURS | RATE | AMOUNT |
| David J. Johnson Jr. | Partner | Corporate | 1985 - CA<br><br>2005 - DC<br><br>2006 - NY<br><br>2013 - HK | 48.80 | $1,475.00 | $71,980.00 |
| Daniel S. Shamah | Partner | Bankruptcy & Restructuring | 2007 - NY | 57.00 | $1,180.00 | $67,260.00 |
| Chris Del Rosso | Partner | Corporate Tax | 2004 - NY<br><br>2008 - CA | 0.30 | $1,155.00 | $346.50 |
| Adam P. Haberkorn | Counsel | Bankruptcy & Restructuring | 2015 - NY | 78.80 | $980.00 | $77,224.00 |
| Zachary A. Greenberg | Counsel | Corporate | 2013 - AZ<br><br>2018 - CA | 5.20 | $980.00 | $5,096.00 |
| Kai Zhu | Associate | Bankruptcy & Restructuring | 2018 - NY | 121.40 | $810.00 | $98,334.00 |

| SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION | | | | | | |
|---|---|---|---|---|---|---|
| NAME | TITLE OR POSITION | DEPARTMENT GROUP, OR SECTION | BAR ADMISSION YEAR | HOURS | RATE | AMOUNT |
| Ciara Charpié | Paralegal | Litigation | N/A | 10.30 | $340.00 | $3,502.00 |
| Kristin Godfrey | Case Manager | Litigation | N/A | 4.60 | $415.00 | $1,909.00 |
| Leah J. Kates | Assistant | Litigation | N/A | 3.40 | $190.00 | $646.00 |

| Summary of Compensation Requested by Project Category | | | |
|---|---|---|---|
| MATTER CODE | PROJECT CATEGORY | HOURS | AMOUNT |
| B110 | Case Administration | 13.60 | $13,330.00 |
| B160 | Fee/Employment Application | 123.10 | $95,143.00 |
| B260 | Restructuring Committee | 100.20 | $121,144.50 |
| B320 | Plan and Disclosure Statement | 37.40 | $40,647.00 |
| L450 | Hearing | 55.50 | $56,033.00 |

| Summary of Expense Reimbursement Requested by Category | |
|---|---|
| CATEGORY | AMOUNT |
| Copying (Copitrak - Internal) | $3.45 |
| Lasertrak Color Printing | $415.00 |
| Lasertrak Printing | $95.25 |
| Text Editing / Proofreading | $82.35 |
| Total | $596.05 |

# **EXHIBIT C**

## **MONTHLY FEE STATEMENTS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |
| | § | |

**MONTHLY FEE STATEMENT OF O'MELVENY & MYERS LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSE AS
SPECIAL COUNSEL TO THE RESTRUCTURING COMMITTEE FOR THE PERIOD
FROM MARCH 18, 2021 THROUGH MARCH 31, 2021**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), O'Melveny & Myers LLP ("**OMM**"), special counsel to the restructuring committee of the Board of Directors (the "**Restructuring Committee**") of the Debtors, submits this monthly statement of services rendered and expenses incurred in this case for the period from March 18, 2021 through March 31, 2021 (the "**Statement Period**").

**Itemization of Services Rendered by OMM**

1.     The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

rates and the total number of hours spent by each individual providing services during the Statement Period for which OMM seeks compensation.

| Name | Role | Bar Admission | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| David J. Johnson Jr. | Partner | 1985 - CA<br><br>2005 - DC<br><br>2006 - NY<br><br>2013 - HK | 13.70 | $1,475.00 | $20,207.50 |
| Daniel S. Shamah | Partner | 2007 - NY | 18.50 | $1,180.00 | $21,830.00 |
| Adam P. Haberkorn | Counsel | 2015 - NY | 27.90 | $980.00 | $27,342.00 |
| Zachary A. Greenberg | Counsel | 2013 - AZ<br><br>2018 - CA | 5.20 | $980.00 | $5,096.00 |
| Kai Zhu | Associate | 2018 - NY | 58.30 | $810.00 | $47,223.00 |

2.      The time records of OMM consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Statement.

**Itemization of Services Rendered and Disbursements Incurred By Category**

3.      The following itemization presents the services rendered by OMM by task categories, and provides a summary of disbursements incurred by category of disbursement. The following services rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Case Administration | 11.00 | $10,667.00 |
| Fee/Employment Applications | 50.80 | $41,223.00 |
| Restructuring Committee | 34.90 | $40,739.50 |
| Plan and Disclosure Statement | 19.10 | $21,232.00 |

| Hearing | 7.80 | $7,827.00 |

4.      A detailed itemization of the services rendered in each of the above Task Categories is set forth in **Exhibit A**.

5.      The disbursements incurred by OMM for this Statement are as follows:

| Expense Category | Total Expenses |
| --- | --- |
| Copying/Printing | $43.00 |
| Text Editing | $37.35 |
| Total | $80.35 |

6.      Accordingly, the amount of compensation and expenses payable for this Statement Period is $97,439.15 which is calculated as follows:

| Total Fees for Services Rendered During Statement Period | $121,698.50 |
| --- | --- |
| 20% Holdback | $24,339.70 |
| 80% of Fees | $97,358.80 |
| Costs (100%) | $80.35 |
| Total | $97,439.15 |

7.      WHEREFORE, pursuant to the Interim Compensation Order, OMM requests payment of compensation in the amount of (i) $97,358.80 (80% of $121,698.50) on account of actual, reasonable and necessary professional services rendered to the Restructuring Committee by OMM and (ii) reimbursement of actual and necessary costs and expenses in the amount of $80.35 incurred on behalf of the Restructuring Committee by OMM.

Dated:  June 22, 2021                       Respectfully Submitted,

By: *_/s/ Daniel S. Shamah_____*
     O'MELVENY & MYERS LLP
     Daniel S. Shamah (admitted *pro hac vice*)
     Adam P. Haberkorn (admitted *pro hac vice*)
     Kai Zhu (admitted *pro hac vice*)

     Times Square Tower
     Seven Times Square
     New York, New York 10036
     Telephone: (212) 326-2000
     Facsimile: (212) 326-2061

     *Attorneys for the*
     *Restructuring Committee*

**Exhibit A**



O'Melveny & Myers LLP
1999 Avenue of the Stars
8ᵗʰ Floor
Los Angeles, CA  90067-6035

T:  +1 310 553 6700
F:  +1 310 246 6779
omm.com

Taxpayer ID: 95-1066597

JIM LACHANCE
BREAKPOINT ASSET MANAGEMENT
30 E 39TH ST, FL 2,
NEW YORK CITY, NY 10016

OMM Matter:  0264910-00001

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through March 31, 2021

| | |
|---|---|
| Total Fees | $121,698.50 |
| Total Disbursements | $80.35 |
| **Total Current Invoice** | **$121,778.85** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**

Century City  ·  Los Angeles  ·  Newport Beach  ·  New York  ·  San Francisco  ·  Silicon Valley  ·  Washington, DC
Beijing  ·  Brussels  ·  Hong Kong  ·  London  ·  Seoul  ·  Shanghai  ·  Singapore  ·  Tokyo



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

## *PENDING*/SPECIAL COMMITTEE ADVICE

For Professional Services Rendered Through March 31, 2021

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| **B110 CASE ADMINISTRATION** | | | | | |
| 03/18/21 | A HABERKORN | ATTENTION TO CORRESPONDENCE AND DRAFTING / REVISING DILIGENCE LIST | 0.8 | 980.00 | 784.00 |
| 03/18/21 | D SHAMAH | CONFER W/ K. ZHU RE NEXT STEPS | 0.2 | 1,180.00 | 236.00 |
| 03/18/21 | D SHAMAH | ATTENTION TO UPDATE CORRESPONDENCE AND DILIGENCE LIST | 0.4 | 1,180.00 | 472.00 |
| 03/18/21 | D SHAMAH | CONF CALL AMONG D. JOHNSON AND J. LACHANCE RE MANDATE AND TIMING | 0.5 | 1,180.00 | 590.00 |
| 03/22/21 | K ZHU | CORRESPONDENCE WITH WEIL REGARDING PII LIST CLARIFICATION | 0.2 | 810.00 | 162.00 |
| 03/22/21 | K ZHU | DRAFT PRO HAC VICE APPLICATIONS FOR OMM TEAM (0.5); DRAFT NOTICE OF APPEARANCE FOR SAME (0.5); REVIEW DATAROOM FILES FROM WEIL (0.8); REVIEW DATAROOM INDEX (0.5) | 2.3 | 810.00 | 1,863.00 |
| 03/22/21 | A HABERKORN | REVIEWING A DRAFT NOTICE OF APPEARANCE AND PRO HAC APPLICATIONS | 0.2 | 980.00 | 196.00 |
| 03/22/21 | D SHAMAH | REVIEWING BACKGROUND DOCS ON FIELDWOOD BANKRUPTCY | 0.8 | 1,180.00 | 944.00 |
| 03/22/21 | A HABERKORN | ATTENTION TO DILIGENCE MATERIALS | 2.4 | 980.00 | 2,352.00 |
| 03/23/21 | K ZHU | REVISE NOTICE OF APPEARANCE (0.2); CORRESPONDENCE WITH WEIL REGARDING FILING PRO HAC VICES AND NOTICE OF APPEARANCE (0.2) | 0.4 | 810.00 | 324.00 |
| 03/23/21 | A HABERKORN | ATTENTION TO DILIGENCE MATERIALS | 1.0 | 980.00 | 980.00 |
| 03/23/21 | Z GREENBERG | REVIEW ORGANIZATIONAL DOCUMENTS FOR DEBTORS | 1.8 | 980.00 | 1,764.00 |
| **Total** | **B110 CASE ADMINISTRATION** | | **11.0** | | **10,667.00** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 03/17/21 | K ZHU | DRAFT OMM RETENTION APPLICATION | 4.0 | 810.00 | 3,240.00 |
| 03/19/21 | A HABERKORN | REVIEWED A DRAFT RETENTION APPLICATION | 0.5 | 980.00 | 490.00 |
| 03/19/21 | K ZHU | DRAFT OMM RETENTION APPLICATION FOR D. SHAMAH | 3.2 | 810.00 | 2,592.00 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name: *PENDING*/SPECIAL COMMITTEE ADVICE
Matter: 0264910-00001

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 03/24/21 | K ZHU | REVIEW CONFLICT REPORTS FOR OMM APPLICATION | 2.7 | 810.00 | 2,187.00 |
| 03/25/21 | K ZHU | REVISE OMM RETENTION APPLICATION (0.5); REVIEW AND ANALYZE CONFLICT RESULTS (7.8) | 8.3 | 810.00 | 6,723.00 |
| 03/26/21 | K ZHU | CONTINUE TO ANALYZE CONFLICTS REPORTS FOR OMM RETENTION APPLICATION | 2.8 | 810.00 | 2,268.00 |
| 03/29/21 | K ZHU | REVIEW CONFLICT REPORTS FOR OMM RETENTION APPLICATION | 12.8 | 810.00 | 10,368.00 |
| 03/30/21 | K ZHU | REVIEW CONFLICTS REPORTS FOR OMM RETENTION APPLICATION | 8.3 | 810.00 | 6,723.00 |
| 03/31/21 | K ZHU | REVIEW CONFLICTS REPORTS FOR OMM RETENTION APPLICATION | 8.2 | 810.00 | 6,642.00 |
| **Total** | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **50.8** | | **41,233.00** |

**B260 RESTRUCTURING COMMITTEE**

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 03/17/21 | D SHAMAH | CALL WITH DIRECTORS, ANALYSIS RE FIELDWOOD TRANSACTIONS, BOARD PROCESS | 1.7 | 1,180.00 | 2,006.00 |
| 03/18/21 | Z GREENBERG | REVIEW DRAFT BOARD CONSENT (0.2); ATTENTION TO EMAIL CORRESPONDENCE REGARDING COMMITTEE ISSUES (0.3); CONF CALL AMONG D. SHAMAH, A. HABERKORN, K. ZHU AND Z. GREENBERG (OMM) W/ WEIL TEAM (1.0) | 1.5 | 980.00 | 1,470.00 |
| 03/18/21 | A HABERKORN | ATTENTION TO BOARD RESOLUTIONS | 0.3 | 980.00 | 294.00 |
| 03/18/21 | D SHAMAH | CALL W/ SC MEMBER | 0.3 | 1,180.00 | 354.00 |
| 03/19/21 | D SHAMAH | REVIEWING FIELDWOOD DOCUMENTS (1.1); CALL WITH M. BARR REGARDING SAME (0.4) | 1.5 | 1,180.00 | 1,770.00 |
| 03/19/21 | D JOHNSON JR. | ATTENTION TO COMMITTEE ORGANIZATIONAL MATTERS; REVIEW MATERIALS RE AUTHORIZATION BY BOARD AND STRUCTURE OF COMMITTEE (0.3); CORRESPONDENCE W/ OMM TEAM RE SAME (MULTIPLE EMAILS) (0.4) | 0.7 | 1,475.00 | 1,032.50 |
| 03/19/21 | Z GREENBERG | ATTENTION TO EMAIL CORRESPONDENCE REGARDING COMMITTEE MATTERS | 0.3 | 980.00 | 294.00 |
| 03/21/21 | D SHAMAH | EMAILS/CALLS REGARDING CHEVRON DEAL (0.4); REVIEWING DOCUMENTS REGARDING SAME (0.5) | 0.9 | 1,180.00 | 1,062.00 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 03/21/21 | D JOHNSON JR. | ATTENTION TO DRAFT TERM SHEET RE FW IV; REVIEW AND ANALYZE IN RELATION TO CURRENT DS/PLAN (0.5); CORRESPONDENCE W/ DEBTOR'S COUNSEL RE SAME (0.2); CORRESPONDENCE W/ OMM TEAM RE SAME (0.2) | 0.9 | 1,475.00 | 1,327.50 |
| 03/22/21 | K ZHU | BOARD MEETING AMONG D. SHAMAH, D. JOHNSON JR., AND A. HABERKORN (OMM), WEIL TEAM, AND THE BOARD | 1.2 | 810.00 | 972.00 |
| 03/22/21 | D JOHNSON JR. | ATTENTION TO DRAFT TERM SHEET IN PREPARATION FOR BOARD CALL (0.2); CORRESPONDENCE W/ SC MEMBERS SAME (0.2); BOARD MEETING AMONG D. SHAMAH, A. HABERKORN, K. ZHU (OMM), WEIL TEAM, AND THE BOARD (1.2); CONF CALL AMONG D. SHAMAH, D. JOHNSON JR., A. HABERKORN, Z. GREENBERG, AND K. ZHU (0.3) | 1.9 | 1,475.00 | 2,802.50 |
| 03/22/21 | K ZHU | CONF CALL AMONG D. SHAMAH, D. JOHNSON JR., A. HABERKORN, AND Z. GREENBERG | 0.3 | 810.00 | 243.00 |
| 03/22/21 | Z GREENBERG | CONF CALL AMONG D. SHAMAH, D. JOHNSON JR., A. HABERKORN, Z. GREENBERG, AND K. ZHU (0.3); REVIEW DILIGENCE MATERIALS (0.2) | 0.5 | 980.00 | 490.00 |
| 03/22/21 | D SHAMAH | CONF CALL AMONG D. JOHNSON JR., A. HABERKORN, Z. GREENBERG, AND K. ZHU | 0.3 | 1,180.00 | 354.00 |
| 03/22/21 | D SHAMAH | BOARD MEETING AMONG D. JOHNSON JR., A. HABERKORN, K. ZHU (OMM), WEIL TEAM, AND THE BOARD | 1.2 | 1,180.00 | 1,416.00 |
| 03/22/21 | A HABERKORN | BOARD MEETING AMONG D. SHAMAH, D. JOHNSON JR. AND K. ZHU (OMM), WEIL TEAM, AND THE BOARD | 1.2 | 980.00 | 1,176.00 |
| 03/22/21 | A HABERKORN | CONF CALL AMONG D. SHAMAH, D. JOHNSON JR., A. HABERKORN, AND K. ZHU. | 0.3 | 980.00 | 294.00 |
| 03/23/21 | D JOHNSON JR. | ATTENTION TO CORRESPONDENCE FROM/TO SPECIAL COMMITTEE MEMBERS RE PRIOR RECORDS; REVIEW AND ANALYZE MATERIALS | 0.4 | 1,475.00 | 590.00 |
| 03/23/21 | D JOHNSON JR. | CORRESPOND RE PRIOR RECORDS | 0.5 | 1,475.00 | 737.50 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name: *PENDING*/SPECIAL COMMITTEE ADVICE
Matter: 0264910-00001

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 03/24/21 | D JOHNSON JR. | ATTENTION TO DRAFT MINUTES FOR EXECUTIVE BOARD MEETING; REVIEW AND ANALYZE SAME (0.3); CONFER W/ D. SHAMAH RE SAME (0.3); CONF CALL W/ MEMBERS OF SPECIAL COMMITTEE AND D. SHAMAH (1.0); ATTEND TELEPHONICALLY, DISCLOSURE STATEMENT HEARING (2.0) | 3.6 | 1,475.00 | 5,310.00 |
| 03/24/21 | D SHAMAH | CALL WITH COMMITTEE REGARDING PROCESS, MINUTES | 1.0 | 1,180.00 | 1,180.00 |
| 03/25/21 | A HABERKORN | CONF CALL AMONG D. SHAMAH, D. JOHNSON JR., AND K. ZHU (OMM), AND WEIL | 0.5 | 980.00 | 490.00 |
| 03/25/21 | D SHAMAH | ATTENTION TO GOVERNANCE ISSUES (0.4); CALL WITH WEIL RE BOARD PROCESS (0.5) | 0.9 | 1,180.00 | 1,062.00 |
| 03/25/21 | D JOHNSON JR. | ATTENTION TO SPECIAL COMMITTEE PROCEDURES; CONF CALL W/ WEIL GOTSCHAL AND OMM ATTORNEYS (D. SHAMAH) RE PROCESS AND PROCEDURES (0.5); CONFER W/ D. SHAMAH RE SAME (0.3); REVIEW AND ANALYZE DISCLOSURE STATEMENT AND PLAN, AS FILED (0.8); NOTES RE SAME (0.3) | 1.9 | 1,475.00 | 2,802.50 |
| 03/30/21 | A HABERKORN | ATTENTION TO DISCOVERY DOCUMENTS AND A SUMMARY OF THE BANKRUPTCY PROCEEDINGS AND SETTLEMENTS TO DATE | 3.0 | 980.00 | 2,940.00 |
| 03/30/21 | K ZHU | REVIEW AND SUMMARIZE BOARD MINUTES FOR D. SHAMAH | 0.5 | 810.00 | 405.00 |
| 03/30/21 | D SHAMAH | REVIEWING UPDATES ON BANKRUPTCY PROCESS, BOARD MINUTES | 0.3 | 1,180.00 | 354.00 |
| 03/31/21 | D JOHNSON JR. | REVIEW MATERIALS IN RELATION TO PRIOR BOARD MEETINGS AND AGREEMENTS; REVIEW AND TAKE NOTES | 0.6 | 1,475.00 | 885.00 |
| 03/31/21 | A HABERKORN | ATTENTION TO DISCOVERY DOCUMENTS AND A SUMMARY OF THE BANKRUPTCY PROCEEDINGS, SETTLEMENTS AND PROPOSED SETTLEMENTS TO DATE | 6.4 | 980.00 | 6,272.00 |
| 03/31/21 | D SHAMAH | REVIEWING SUMMARIES OF BOARD MATERIALS | 0.3 | 1,180.00 | 354.00 |
| **Total** | **B260 RESTRUCTURING COMMITTEE** | | **34.9** | | **40,739.50** |
| **B320 PLAN & DISCLOSURE STATEMENT** | | | | | |
| 03/16/21 | D SHAMAH | ANALYSIS RE FIELDWOOD RESTRUCTURING | 0.3 | 1,180.00 | 354.00 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA 90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name: *PENDING*/SPECIAL COMMITTEE ADVICE
Matter: 0264910-00001

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 03/16/21 | A HABERKORN | ATTENTION TO THE FILED PLAN AND DISCLOSURE STATEMENT AND DISCUSSING THE SAME WITH D. SHAMAH | 0.7 | 980.00 | 686.00 |
| 03/17/21 | A HABERKORN | ATTENTION TO THE FILED PLAN AND DISCLOSURE STATEMENT ALONG WITH THE RELATED MOTION AND DECLARATION | 3.3 | 980.00 | 3,234.00 |
| 03/18/21 | D SHAMAH | ATTENTION TO FILED DISCLOSURE STATEMENT AND PLAN; REVIEW AND ANALYZE CERTAIN PORTIONS | 0.6 | 1,180.00 | 708.00 |
| 03/18/21 | K ZHU | CONF CALL AMONG D. SHAMAH, D. JOHNSON JR., A. HABERKORN AND Z. GREENBERG (OMM) W/ WEIL TEAM | 1.0 | 810.00 | 810.00 |
| 03/18/21 | D JOHNSON JR. | ATTENTION TO FILED DISCLOSURE STATEMENT AND PLAN; REVIEW AND ANALYZE CERTAIN PORTIONS (0.6); CORRESPONDENCE RE SAME (0.2); CONF CALL AMONG D. SHAMAH, A. HABERKORN, K. ZHU, AND Z. GREENBERG (OMM) W/ WEIL TEAM (1.0); CONF CALL AMONG D. SHAMAH AND J. LACHANCE RE MANDATE AND TIMING (0.5); CONFER W/ D. SHAMAH RE NEXT STEPS (0.2); ATTENTION TO UPDATE CORRESPONDENCE AND DILIGENCE LIST (0.4); CALL W/ SC MEMBER (0.3) | 3.2 | 1,475.00 | 4,720.00 |
| 03/18/21 | D SHAMAH | CORRESPONDENCE RE COMMITTEE ISSUES | 0.2 | 1,180.00 | 236.00 |
| 03/18/21 | A HABERKORN | ATTENTION TO FILED DISCLOSURE STATEMENT AND PLAN, REVIEW AND ANALYZE PORTIONS THEREOF | 0.9 | 980.00 | 882.00 |
| 03/18/21 | A HABERKORN | CONF CALL AMONG D. SHAMAH, D. JOHNSON, K. ZHU AND Z. GREENBERG (OMM) W/ WEIL TEAM | 1.0 | 980.00 | 980.00 |
| 03/18/21 | D SHAMAH | CONF CALL AMONG D. JOHNSON, A. HABERKORN AND Z. GREENBERG (OMM) W/ WEIL TEAM | 1.0 | 1,180.00 | 1,180.00 |
| 03/20/21 | D SHAMAH | REVIEWING FIELDWOOD DISCLOSURE STATEMENT | 0.3 | 1,180.00 | 354.00 |
| 03/23/21 | A HABERKORN | ATTENTION TO SECOND AMENDED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION | 0.5 | 980.00 | 490.00 |
| 03/23/21 | D SHAMAH | REVIEWING DISCLOSURE STATEMENT, DRAFT MINUTES, PREP FOR DISCLOSURE STATEMENT HEARING | 2.6 | 1,180.00 | 3,068.00 |
| 03/24/21 | A HABERKORN | REVIEW OF DILIGENCE MATERIALS AND THIRD AMENDED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION | 1.1 | 980.00 | 1,078.00 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name: *PENDING*SPECIAL COMMITTEE ADVICE
Matter: 0264910-00001

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 03/24/21 | Z GREENBERG | REVIEW REVISED DISCLOSURE STATEMENT | 1.1 | 980.00 | 1,078.00 |
| 03/24/21 | D SHAMAH | PREPARE FOR DISCLOSURE STATEMENT HEARING | 0.5 | 1,180.00 | 590.00 |
| 03/25/21 | A HABERKORN | ATTENTION TO DISCLOSURES AND SUMMARIES OF THE SAME | 0.5 | 980.00 | 490.00 |
| 03/29/21 | A HABERKORN | CIRCULATED A SUMMARY OF THE DISCOVERY CONFERENCE AND OTHER ISSUES INTERNALLY | 0.3 | 980.00 | 294.00 |
| **Total** | **B320 PLAN & DISCLOSURE STATEMENT** | | **19.1** | | **21,232.00** |
| **L450 HEARING** | | | | | |
| 03/24/21 | K ZHU | ATTEND COURT HEARING | 2.1 | 810.00 | 1,701.00 |
| 03/24/21 | A HABERKORN | DISCLOSURE STATEMENT APPROVAL HEARING | 2.1 | 980.00 | 2,058.00 |
| 03/24/21 | D SHAMAH | ATTENDING DISCLOSURE STATEMENT HEARING (2.0); FOLLOW UP REGARDING SAME (0.7) | 2.7 | 1,180.00 | 3,186.00 |
| 03/29/21 | A HABERKORN | ATTENDING DISCOVERY CONFERENCE | 0.9 | 980.00 | 882.00 |
| **Total** | **L450 HEARING** | | **7.8** | | **7,827.00** |
| **Total** | | | **123.6** | | **$121,698.50** |

## Disbursements

| | |
|---|---|
| Copying (Copitrak - Internal) | $0.45 |
| Lasertrak Color Printing | 36.25 |
| Lasertrak Printing | 6.30 |
| Text Editing / Proofreading | 37.35 |
| **Total Disbursements** | **$80.35** |

## Total Current Invoice                                     $121,778.85

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

| Date | Cost Type | Description | Qty | Amount |
|------|-----------|-------------|-----|--------|
| 03/24/21 | E101 | Copying (Copitrak - Internal) - Johnson Jr., David Pages: 3 | 3.00 | $0.45 |
| 03/24/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 29 | 29.00 | 36.25 |
| 03/25/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 20 | 20.00 | 3.00 |
| 03/25/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 22 | 22.00 | 3.30 |
| **Total for E101 - Copying (Copitrak - Internal)** | | | | **$43.00** |
| | | | | |
| 03/22/21 | E103 | Text Editing / Proofreading TEXT EDITING / PROOFREADING - JOB NUMBER: 194596 - CMP - Unknown - Create index for K. Zhu - Zhu, Kai - kaizhu@omm.com | 0.83 | $37.35 |
| **Total for E103 - Text Editing / Proofreading** | | | | **$37.35** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| DAVID J. JOHNSON JR. | Partner | 1,475.00 | 13.7 | 20,207.50 |
| DANIEL S. SHAMAH | Partner | 1,180.00 | 18.5 | 21,830.00 |
| ADAM P. HABERKORN | Counsel | 980.00 | 27.9 | 27,342.00 |
| ZACH GREENBERG | Counsel | 980.00 | 5.2 | 5,096.00 |
| KAI ZHU | Associate | 810.00 | 58.3 | 47,223.00 |
| **Total** | | | **123.6** | **121,698.50** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**



O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA  90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

Taxpayer ID: 95-1066597

# Remittance Page

JIM LACHANCE
BREAKPOINT ASSET MANAGEMENT
30 E 39TH ST, FL 2,
NEW YORK CITY, NY 10016

OMM Matter:  0264910-00001

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through March 31, 2021

| | |
|---|---|
| Total Fees | $121,698.50 |
| Total Disbursements | $80.35 |
| **Total Current Invoice** | **$121,778.85** |

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

For questions, please contact Rachel Chan
rchan@omm.com
(213) 430-6459

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / \*\*\*\*\*\* number and/or D JOHNSON JR. in Advice**

Century City • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |
| | § | |
| | § | |

**MONTHLY FEE STATEMENT OF O'MELVENY & MYERS LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSE AS
SPECIAL COUNSEL TO THE RESTRUCTURING COMMITTEE FOR THE PERIOD
FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), O'Melveny & Myers LLP ("**OMM**"), special counsel to the restructuring committee of the Board of Directors (the "**Restructuring Committee**") of the Debtors, submits this monthly statement of services rendered and expenses incurred in this case for the period from April 1, 2021 through April 30, 2021 (the "**Statement Period**").

**Itemization of Services Rendered by OMM**

1.      The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

rates and the total number of hours spent by each individual providing services during the Statement Period for which OMM seeks compensation.

| Name | Role | Bar Admission | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| David J. Johnson Jr. | Partner | 1985 - CA<br><br>2005 - DC<br><br>2006 - NY<br><br>2013 - HK | 19.40 | $1,475.00 | $28,615.00 |
| Daniel S. Shamah | Partner | 2007 - NY | 12.10 | $1,180.00 | $14,278.00 |
| Chris Del Rosso | Partner | 2004 - NY<br><br>2008 - CA | 0.30 | $1,155.00 | $346.50 |
| Adam P. Haberkorn | Counsel | 2015 - NY | 17.30 | $980.00 | $16,954.00 |
| Kai Zhu | Associate | 2018 - NY | 37.80 | $810.00 | $30,618.00 |
| Kristin Godfrey | Paralegal | N/A | 4.60 | $415.00 | $1,909.00 |
| Ciara Charpié | Paralegal | N/A | 10.30 | $340.00 | $3,502.00 |
| Leah J. Kates | Project Assistant | N/A | 3.40 | $190.00 | $646.00 |

2.      The time records of OMM consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Statement.

**Itemization of Services Rendered and Disbursements Incurred By Category**

3.      The following itemization presents the services rendered by OMM by task categories, and provides a summary of disbursements incurred by category of disbursement. The following services rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Case Administration | 0.60 | $588.00 |

| Fee/Employment Applications | 59.20 | $43,265.00 |
| Restructuring Committee | 35.40 | $42,125.50 |
| Plan and Disclosure Statement | 3.20 | $3,468.00 |
| Hearing | 6.80 | $7,422.00 |

4.      A detailed itemization of the services rendered in each of the above Task Categories

is set forth in **Exhibit A**.

5.      The disbursements incurred by OMM for this Statement are as follows:

| Expense Category | Total Expenses |
| --- | --- |
| Copying/Printing | $57.35 |
| Text Editing | $3.15 |
| Total | $60.50 |

6.      Accordingly, the amount of compensation and expenses payable for this Statement

Period is $77,555.30 which is calculated as follows:

| | |
| --- | --- |
| Total Fees for Services Rendered During Statement Period | $96,868.50 |
| 20% Holdback | $19,373.70 |
| 80% of Fees | $77,494.80 |
| Costs (100%) | $60.50 |
| Total | $77,555.30 |

7.      WHEREFORE, pursuant to the Interim Compensation Order, OMM requests

payment of compensation in the amount of (i) $77,494.80 (80% of $96,868.50) on account of

actual, reasonable and necessary professional services rendered to the Restructuring Committee

by OMM and (ii) reimbursement of actual and necessary costs and expenses in the amount of $60.50 incurred on behalf of the Restructuring Committee by OMM.

Dated:  June 22, 2021                              Respectfully Submitted,

By: _/s/ Daniel S. Shamah_____
      O'MELVENY & MYERS LLP
      Daniel S. Shamah (admitted _pro hac vice_)
      Adam P. Haberkorn (admitted _pro hac vice_)
      Kai Zhu (admitted _pro hac vice_)

      Times Square Tower
      Seven Times Square
      New York, New York 10036
      Telephone: (212) 326-2000
      Facsimile: (212) 326-2061

      _Attorneys for the_
      _Restructuring Committee_

**Exhibit A**



O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA  90067-6035

T:  +1 310 553 6700
F:  +1 310 246 6779
omm.com

Taxpayer ID: 95-1066597

JIM LACHANCE
BREAKPOINT ASSET MANAGEMENT
30 E 39TH ST, FL 2,
NEW YORK CITY, NY 10016

OMM Matter:  0264910-00001

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through April 30, 2021

| | |
|---|---|
| Total Fees | $96,868.50 |
| Total Disbursements | $60.50 |
| **Total Current Invoice** | **$96,929.00** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

## *PENDING*/SPECIAL COMMITTEE ADVICE

For Professional Services Rendered Through April 30, 2021

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| **B110 CASE ADMINISTRATION** | | | | | |
| 04/04/21 | A HABERKORN | ATTENTION TO REVISED SUMMARY OF RESTRUCTURING DOCUMENTS. | 0.6 | 980.00 | 588.00 |
| **Total** | **B110 CASE ADMINISTRATION** | | **0.6** | | **588.00** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 04/01/21 | K ZHU | CORRESPONDENCES WITH PARALEGAL REGARDING ANALYSIS OF CONFLICTS REPORTS FOR OMM RETENTION APPLICATION. | 0.4 | 810.00 | 324.00 |
| 04/01/21 | K GODFREY | REVIEW CONFLICT OF INTEREST REPORT AND PREPARE TABLE OF CLIENTS AND CLIENT AFFILIATES AND RELATIONSHIPS WITH DEBTOR AND OMM AND EMAILS WITH K. ZHU REGARDING THE SAME | 0.8 | 415.00 | 332.00 |
| 04/01/21 | L KATES | COMMUNICATE WITH K. ZHU IN REGARDS TO IDENTIFYING THE RELATIONSHIP TO OMM COLUMN FOR THE CONFLICT REPORT | 0.3 | 190.00 | 57.00 |
| 04/01/21 | L KATES | IDENTIFY THE RELATIONSHIP TO THE DEBTOR AND THE RELATIONSHIP TO OMM WITHIN FIELDWOOD REPORT #29 | 2.0 | 190.00 | 380.00 |
| 04/01/21 | K ZHU | CORRESPONDENCES WITH A. NADLER REGARDING ANALYSIS OF CONFLICTS REPORTS. | 0.2 | 810.00 | 162.00 |
| 04/01/21 | K ZHU | REVIEW CONFLICTS REPORTS FOR OMM RETENTION APPLICATION. | 8.1 | 810.00 | 6,561.00 |
| 04/02/21 | C CHARPIÉ | ATTEND TEAM CALL REGARDING CONFLICTS OF INTEREST SEARCH | 0.5 | 340.00 | 170.00 |
| 04/02/21 | A HABERKORN | ATTENTION TO CORRESPONDENCE REGARDING THE RETENTION APPLICATION AND CONFLICTS. | 0.3 | 980.00 | 294.00 |
| 04/02/21 | K GODFREY | CONFER WITH K. ZHU REGARDING REVIEW OF CONFLICT REPORTS AND REVIEW AND SUMMARIZE THE SAME | 2.6 | 415.00 | 1,079.00 |
| 04/02/21 | K ZHU | REVIEW CONFLICTS REPORTS FOR OMM RETENTION APPLICATION. | 7.8 | 810.00 | 6,318.00 |
| 04/03/21 | K ZHU | REVIEW CONFLICTS REPORTS FOR OMM RETENTION APPLICATION. | 2.3 | 810.00 | 1,863.00 |
| 04/05/21 | K GODFREY | REVIEW CONFLICT REPORT AND PREPARE SUMMARY OF THE SAME FOR K. ZHU | 0.9 | 415.00 | 373.50 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 04/05/21 | D SHAMAH | UPDATE ON RETENTION APPLICATION | 0.2 | 1,180.00 | 236.00 |
| 04/05/21 | L KATES | IDENTIFY THE RELATIONSHIP TO THE DEBTOR AND THE RELATIONSHIP TO OMM WITHIN FIELDWOOD REPORT #30 | 0.6 | 190.00 | 114.00 |
| 04/05/21 | L KATES | IDENTIFY THE RELATIONSHIP TO THE DEBTOR AND THE RELATIONSHIP TO OMM WITHIN FIELDWOOD REPORT #31 | 0.5 | 190.00 | 95.00 |
| 04/05/21 | K ZHU | REVIEW CONFLICTS REPORTS FOR OMM RETENTION APPLICATION. | 6.8 | 810.00 | 5,508.00 |
| 04/06/21 | K ZHU | FINALIZE REVIEW OF CONFLICTS REPORTS FOR OMM RETENTION APPLICATION (2.7); PERFORM QC OF SEARCHED NAMES AGAINST PARTIES IN INTEREST LIST (1.5); REVISE OMM RETENTION APPLICATION (0.8); RESEARCH 5TH CIRCUIT/ SDTX CASE LAW REGARDING SECTION 327(E) (0.5). | 5.5 | 810.00 | 4,455.00 |
| 04/06/21 | K GODFREY | REVIEW CONFLICT REPORT AND PREPARE SUMMARY OF THE SAME FOR K. ZHU | 0.3 | 415.00 | 124.50 |
| 04/06/21 | C CHARPIÉ | REVIEW CONFLICTS OF INTEREST REPORTS | 6.0 | 340.00 | 2,040.00 |
| 04/06/21 | D SHAMAH | REVIEWING/REVISING RETENTION APPLICATION | 0.8 | 1,180.00 | 944.00 |
| 04/07/21 | D JOHNSON JR. | ATTENTION TO ENGAGEMENT MATERIALS; REVISE AND CORRESPONDENCE RE SAME (0.4); ATTENTION TO FEE APPLICATION; REVIEW, ANALYZE AND COMMENT ON SAME (0.5); REVISIONS TO SAME (0.2) | 1.1 | 1,475.00 | 1,622.50 |
| 04/07/21 | C CHARPIÉ | REVIEW CONFLICTS OF INTEREST REPORTS | 3.8 | 340.00 | 1,292.00 |
| 04/07/21 | K ZHU | FINALIZE RETENTION APPLICATION. | 1.0 | 810.00 | 810.00 |
| 04/07/21 | D SHAMAH | REVIEWING FINAL RETENTION APPLICATION | 0.3 | 1,180.00 | 354.00 |
| 04/12/21 | D JOHNSON JR. | ATTENTION TO RETENTION COMMITTEE MATTERS; CORRESPONDENCE W/ DEBTOR COUNSEL ER SAME (0.3); CONFER RE SAME W/ OMM TEAM (0.2); [B260] REVIEW AND ANALYZE MATERIALS RE AMENDMENT TO DISCLOSURE STATEMENT (0.4); CONFER RE SAME (0.2) | 1.1 | 1,475.00 | 1,622.50 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name: *PENDING*/SPECIAL COMMITTEE ADVICE
Matter: 0264910-00001

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 04/13/21 | D JOHNSON JR. | ATTENTION TO RETENTION APPLICATION; REVIEW MATERIALS RE SAME (0.3); CONF CALL W/ WEIL TEAM RE SAME AND RE STATUS (0.6); FOLLOW UP CALLS (0.3) | 2.0 | 1,475.00 | 2,950.00 |
| 04/22/21 | K ZHU | REVIEW WEIL COMMENTS TO RETENTION APPLICATION. | 1.3 | 810.00 | 1,053.00 |
| 04/22/21 | D SHAMAH | EMPLOYMENT APPLICATIONS - REVIEWING WEIL COMMENTS TO RETENTION APPLICATION | 0.4 | 1,180.00 | 472.00 |
| 04/23/21 | D JOHNSON JR. | ATTENTION TO DRAFT RETENTION APPLICATION; REVIEW AND COMMENT ON SAME (0.6); CORRESPONDENCE RE SAME (0.2) | 0.8 | 1,475.00 | 1,180.00 |
| 04/23/21 | K ZHU | CORRESPONDENCE WITH CLIENT REGARDING OMM RETENTION APPLICATION. | 0.1 | 810.00 | 81.00 |
| 04/25/21 | D SHAMAH | UPDATE ON RETENTION APPLICATION | 0.2 | 1,180.00 | 236.00 |
| 04/26/21 | K ZHU | FINALIZE OMM RETENTION APPLICATION. | 0.2 | 810.00 | 162.00 |
| **Total** | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **59.2** | | **43,265.00** |
| **B260 RESTRUCTURING COMMITTEE** | | | | | |
| 04/01/21 | D JOHNSON JR. | ATTENTION TO COMMITTEE CALL; ATTEND CALL W/ MEMBERS, D. SHAMAH (0.6); FOLLOW UP CORRESPONDENCE (0.3) | 0.9 | 1,475.00 | 1,327.50 |
| 04/01/21 | A HABERKORN | ATTENTION TO PROPOSED RESTRUCTURING TRANSACTION DOCUMENTS AND SETTLEMENTS. | 2.4 | 980.00 | 2,352.00 |
| 04/01/21 | D SHAMAH | CALL WITH SPECIAL COMMITTEE RE STATUS UPDATE, STRATEGY | 0.7 | 1,180.00 | 826.00 |
| 04/03/21 | D JOHNSON JR. | REVIEW AND ANALYZE COMMENTS ON ENGAGEMENT MATERIALS (0.4); CORRESPONDENCE RE SAME | 0.3 | 1,475.00 | 442.50 |
| 04/04/21 | D JOHNSON JR. | REVIEW AND ANALYZE FURTHER COMMENTS ON ENGAGEMENT MATERIALS (0.3); CORRESPONDENCE AND ANALYSIS RE SAME (0.3) | 0.6 | 1,475.00 | 885.00 |
| 04/05/21 | D JOHNSON JR. | ATTENTION TO REVISIONS TO ENGAGEMENT LETTER; REVISE SAME (0.6); FOLLOW UP CORRESPONDENCE (0.4); OTHER ENGAGEMENT MATTERS (0.3) | 1.3 | 1,475.00 | 1,917.50 |
| 04/05/21 | A HABERKORN | ATTENTION TO REVISED SUMMARY OF RESTRUCTURING DOCUMENTS. | 1.9 | 980.00 | 1,862.00 |
| 04/06/21 | D SHAMAH | REVIEWING BACKGROUND MEMO | 0.7 | 1,180.00 | 826.00 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 04/06/21 | A HABERKORN | ATTENTION TO QUESTIONS AND UPDATES REGARDING THE RESTRUCTURING TRANSACTIONS AND DOCUMENTATION AND REVIEWED REVISED SCHEDULING ORDER. | 1.0 | 980.00 | 980.00 |
| 04/07/21 | A HABERKORN | ATTENTION TO INQUIRIES AND APPLICABLE EDITS REGARDING THE RESTRUCTURING TRANSACTIONS AND BACKGROUND DOCUMENTS SUMMARY. | 0.6 | 980.00 | 588.00 |
| 04/13/21 | D SHAMAH | CALL WITH COMPANY RE RESTRUCTURING COMMITTEE ISSUES, PREP FOR DISCLOSURE STATEMENT HEARING | 0.6 | 1,180.00 | 708.00 |
| 04/14/21 | D JOHNSON JR. | REVIEW AND COMMENT ON SAME (0.5) | 0.5 | 1,475.00 | 737.50 |
| 04/20/21 | D JOHNSON JR. | CONF CALL AMONG WEIL TEAM AND OMM (D. SHAMAH) RE BOARD UPDATE (0.6); ATTENTION TO UPDATE TO SC; CONFER W/ D. SHAMAH RE SAME (0.1); ATTENTION TO CORRESPONDENCE W/ SC (0.5); ATTENTION TO DOCUMENTS FOR BOARD CALL; REVIEW AND ANALYZE SAME (0.6); ATTEND BOARD CALL RE UPDATE AND CERTAIN APPROVALS (1.0); ATTENTION TO DRAFT MINUTES; REVIEW AND ANALYZE SAME (0.4); CORRESPONDENCE RE SAME (0.5); CALLS W/ D. SHAMAH TO DISCUSS SAME (0.3) | 4.0 | 1,475.00 | 5,900.00 |
| 04/20/21 | K ZHU | CONFERENCE CALL WITH D. JOHNSON, D. SHAMAH, A. HABERKORN, AND WEIL TEAM REGARDING BOARD MEETING. | 0.5 | 810.00 | 405.00 |
| 04/20/21 | D SHAMAH | PREP FOR BOARD CALL (.5); BOARD CALL (1); FOLLOW UP EMAILS RE BOARD MINUTES (.7) | 2.2 | 1,180.00 | 2,596.00 |
| 04/20/21 | A HABERKORN | CALL WITH WEIL, J. JOHNSON, AND D. SHAMAH REGARDING THE UPCOMING BOARD MEETING. | 0.7 | 980.00 | 686.00 |
| 04/21/21 | D SHAMAH | CALLS WITH WEIL, TEAM RE 3/16 BOARD MEETING MINUTES | 0.8 | 1,180.00 | 944.00 |
| 04/21/21 | A HABERKORN | REVIEWED AND COMMENTED ON MEETING MINUTES, DISCUSSED THE SAME WITH CLIENTS AND THE INTERNAL OMM TEAM. | 1.7 | 980.00 | 1,666.00 |
| 04/21/21 | A HABERKORN | CONF. CALL WITH WEIL TEAM, J. JOHNSON, AND D. SHAMAH REGARDING BOARD MEETING. | 0.4 | 980.00 | 392.00 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 04/22/21 | D JOHNSON JR. | ATTENTION TO GOVERNANCE MATTERS; REVIEW PROPOSED CHANGES TO DRAFT APPLICATION (0.4) | 0.4 | 1,475.00 | 590.00 |
| 04/22/21 | A HABERKORN | REVISED COMMENTS TO BOARD MEETING MINUTES AND CIRCULATED FOR FURTHER REVIEW. | 0.7 | 980.00 | 686.00 |
| 04/22/21 | D SHAMAH | BOARD MATTERS - REVIEWING/REVISING DRAFT MINUTES OF 3/16 EXECUTIVE SESSION | 0.7 | 1,180.00 | 826.00 |
| 04/27/21 | D JOHNSON JR. | ATTENTION TO CORRESPONDENCE WITH RC; REVIEW RE SAME (0.4); AND CORRESPONDENCE W/ SHAMAH RE SAME (0.2) | 0.6 | 1,475.00 | 885.00 |
| 04/28/21 | D JOHNSON JR. | ATTENTION TO MEETING PLANNING; CORRESPONDENCE WITH OMM TEAM RE SAME (0.2); [B260] REVIEW MATERIALS FROM FILINGS RE STRUCTURE (0.6) | 0.8 | 1,475.00 | 1,180.00 |
| 04/29/21 | C DEL ROSSO | ATTENTION TO COMMITTEE COMP MATTERS; CONFER WITH D. JOHNSON RE SAME | 0.3 | 1,155.00 | 346.50 |
| 04/29/21 | A HABERKORN | CONF. CALL WITH WEIL, K. ZHU, D. JOHNSON, AND D. SHAMAH. | 0.6 | 980.00 | 588.00 |
| 04/29/21 | A HABERKORN | PREPARING FOR RESTRUCTURING COMMITTEE MEETING AND ATTENTION TO CORRESPONDENCE REGARDING THE SAME. | 1.5 | 980.00 | 1,470.00 |
| 04/29/21 | D JOHNSON JR. | CONF CALL W/ DEBTOR COUNSEL, D. SHAMAH AND A. HABERKORN RE STATUS AND NEXT STEPS (0.5); CONFER W/ D. SHAMAH RE DE LAW ISSUES (0.3); REVIEW MATERIALS RE SAME (0.4); ATTENTION TO COMMITTEE COMP MATTERS; CONFER W/ C. DEL ROSSO RE SAME (0.3) | 1.5 | 1,475.00 | 2,212.50 |
| 04/29/21 | K ZHU | SUMMARIZE WEIL CALL FOR BOARD MEETING. | 0.6 | 810.00 | 486.00 |
| 04/29/21 | D SHAMAH | CALL WITH WEIL RE BOARD UPDATES; REVIEWING TALKING POINTS FOR RESTRUCTURING COMMITTEE CALL RE SAME | 1.1 | 1,180.00 | 1,298.00 |
| 04/29/21 | K ZHU | CONFERENCE CALL WITH D. JOHNSON, D. SHAMAH, A. HABERKORN, AND WEIL REGARDING BOARD MEETING. | 0.5 | 810.00 | 405.00 |
| 04/30/21 | K ZHU | CONFERENCE CALL WITH OMM TEAM (D. SHAMAH, D. JOHNSON, A. HABERKORN) AND RESTRUCTURING COMMITTEE. | 0.5 | 810.00 | 405.00 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name: *PENDING*/SPECIAL COMMITTEE ADVICE
Matter: 0264910-00001

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 04/30/21 | D SHAMAH | CALL WITH RESTRUCTURING COMMITTEE RE STATUS (.8); PREP FOR RESTRUCTURING COMMITTEE CALL (.4) | 1.2 | 1,180.00 | 1,416.00 |
| 04/30/21 | D JOHNSON JR. | ATTENTION TO PREPARATION FOR BOARD MEETING; REVIEW CORP GOVERNANCE ISSUES AND PREPARE MATERIALS RE SAME (0.6); CONFER W/ D. SHAMAH IN CALLS RE SAME (0.3); ATTEND COMMITTEE CALL W/ D. SHAMAH, A. HABERKORN RE UPDATE AND CORP GOVERNANCE MATTERS (0.6) | 1.5 | 1,475.00 | 2,212.50 |
| 04/30/21 | A HABERKORN | UPDATED AND CIRCULATED BOARD MEETING MINUTES APPROVED BY THE RESTRUCTURING COMMITTEE. | 0.2 | 980.00 | 196.00 |
| 04/30/21 | A HABERKORN | RESTRUCTURING COMMITTEE MEETING. | 0.7 | 980.00 | 686.00 |
| 04/30/21 | A HABERKORN | CIRCULATED REVISED AGENDA FOR RESTRUCTURING COMMITTEE MEETING AND PROVIDED UPDATES TO THE OMM TEAM RE: TALKING POINTS. | 0.2 | 980.00 | 196.00 |
| **Total** | **B260 RESTRUCTURING COMMITTEE** | | **35.4** | | **42,125.50** |
| **B320 PLAN & DISCLOSURE STATEMENT** | | | | | |
| 04/04/21 | D SHAMAH | REVISING DISCLOSURE STATEMENT OBJECTION | 0.1 | 1,180.00 | 118.00 |
| 04/06/21 | D JOHNSON JR. | CONFER W/ D. SHAMAH RE DRAFT ORDER; CORRESPONDENCE W/ WEIL TEAM RE SAME | 0.3 | 1,475.00 | 442.50 |
| 04/06/21 | D JOHNSON JR. | ATTENTION TO DRAFT ORDER; REVIEW AND ANALYZE | 0.3 | 1,475.00 | 442.50 |
| 04/12/21 | A HABERKORN | ATTENTION TO THE REVISED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION. | 1.0 | 980.00 | 980.00 |
| 04/12/21 | D SHAMAH | REVIEWING AMENDED PLAN DOCUMENTS AND EMAILS WITH CLIENT RE SAME | 0.5 | 1,180.00 | 590.00 |
| 04/13/21 | A HABERKORN | CONFERENCE CALL WITH D. JOHNSON, D. SHAMAH, Z. GREENBERG, K. ZHU, AND WEIL TEAM REGARDING DISCLOSURE STATEMENT HEARING AND OMM RETENTION APPLICATION. | 0.5 | 980.00 | 490.00 |
| 04/13/21 | K ZHU | CONFERENCE CALL WITH D. JOHNSON, D. SHAMAH, A. HABERKORN, Z. GREENBERG, AND WEIL TEAM REGARDING DISCLOSURE STATEMENT HEARING AND OMM RETENTION APPLICATION. | 0.5 | 810.00 | 405.00 |
| **Total** | **B320 PLAN & DISCLOSURE STATEMENT** | | **3.2** | | **3,468.00** |

Due upon receipt. Please remit to:
By Mail: O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
By Wire Transfer: Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
Beneficiary: O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| **L450 HEARING** | | | | | |
| 04/01/21 | A HABERKORN | DISCOVERY CONFERENCE | 0.5 | 980.00 | 490.00 |
| 04/09/21 | K ZHU | ATTEND FWE COURT HEARING. | 1.0 | 810.00 | 810.00 |
| 04/09/21 | D SHAMAH | ATTENDING STATUS CONFERENCE, EXCLUSIVITY HEARING | 0.6 | 1,180.00 | 708.00 |
| 04/09/21 | A HABERKORN | ATTENDED PLANNING HEARING ON DISCLOSURE STATEMENT HEARING. | 0.7 | 980.00 | 686.00 |
| 04/14/21 | K ZHU | ATTEND DISCLOSURE STATEMENT HEARING. | 0.5 | 810.00 | 405.00 |
| 04/14/21 | A HABERKORN | ATTENTION TO THE DISCLOSURE STATEMENT APPROVAL HEARING. | 1.1 | 980.00 | 1,078.00 |
| 04/14/21 | D SHAMAH | ATTENDING DISCLOSURE STATEMENT HEARING | 1.0 | 1,180.00 | 1,180.00 |
| 04/14/21 | D JOHNSON JR. | ATTEND T/PHONIC HEARING RE DISCLOSURE STATEMENT (1.0); REVIEW MATERIALS IN RELATION TO SAME (0.4); ATTENTION TO PROPOSED RC MANDATE MESSAGE; | 1.4 | 1,475.00 | 2,065.00 |
| **Total** | **L450 HEARING** | | **6.8** | | **7,422.00** |
| **Total** | | | **105.2** | | **$96,868.50** |

## Disbursements

| | |
|---|---|
| Lasertrak Color Printing | $42.50 |
| Lasertrak Printing | 14.85 |
| Text Editing / Proofreading | 3.15 |
| **Total Disbursements** | **$60.50** |

## Total Current Invoice                                    $96,929.00

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice



Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

| Date | Cost Type | Description | Qty | Amount |
|------|-----------|-------------|-----|--------|
| 04/05/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 8 | 8.00 | $1.20 |
| 04/05/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 13 | 13.00 | 16.25 |
| 04/06/21 | E101 | Lasertrak Printing – Haberkorn, Adam Pages: 26 | 26.00 | 3.90 |
| 04/07/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 14 | 14.00 | 17.50 |
| 04/07/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 38 | 38.00 | 5.70 |
| 04/20/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 7 | 7.00 | 8.75 |
| 04/20/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 27 | 27.00 | 4.05 |
| **Total for E101 - Lasertrak Color Printing** | | | | **$57.35** |
| | | | | |
| 04/06/21 | E103 | TEXT EDITING / PROOFREADING - JOB NUMBER: 214485 - Sort table for K. Zhu - Zhu, Kai - kaizhu@omm.com | 0.07 | $3.15 |
| **Total for E103 - Text Editing / Proofreading** | | | | **$3.15** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| DAVID J. JOHNSON JR. | Partner | 1,475.00 | 19.4 | 28,615.00 |
| DANIEL S. SHAMAH | Partner | 1,180.00 | 12.1 | 14,278.00 |
| CHRIS DEL ROSSO | Partner | 1,155.00 | 0.3 | 346.50 |
| ADAM P. HABERKORN | Counsel | 980.00 | 17.3 | 16,954.00 |
| KAI ZHU | Associate | 810.00 | 37.8 | 30,618.00 |
| KRISTIN GODFREY | Paralegal | 415.00 | 4.6 | 1,909.00 |
| CIARA CHARPIÉ | Paralegal | 340.00 | 10.3 | 3,502.00 |
| LEAH J. KATES | Project Assistant | 190.00 | 3.4 | 646.00 |
| **Total** | | | **105.2** | **96,868.50** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**



O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA  90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

Taxpayer ID: 95-1066597

# Remittance Page

JIM LACHANCE
BREAKPOINT ASSET MANAGEMENT
30 E 39TH ST, FL 2,
NEW YORK CITY, NY 10016

OMM Matter:  0264910-00001

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through April 30, 2021

| | |
|---|---:|
| Total Fees | $96,868.50 |
| Total Disbursements | $60.50 |
| **Total Current Invoice** | **$96,929.00** |

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

For questions, please contact Rachel Chan
rchan@omm.com
(213) 430-6459

---

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice

Century City · Los Angeles · Newport Beach · New York · San Francisco · Silicon Valley · Washington, DC
Beijing · Brussels · Hong Kong · London · Seoul · Shanghai · Singapore · Tokyo

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | Case No. 20-33948 (MI) |
|  | § |  |
| Debtors.[1] | § | (Jointly Administered) |
|  | § |  |
|  | § |  |

**MONTHLY FEE STATEMENT OF O'MELVENY & MYERS LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSE AS
SPECIAL COUNSEL TO THE RESTRUCTURING COMMITTEE FOR THE PERIOD
FROM MAY 1, 2021 THROUGH MAY 31, 2021**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), O'Melveny & Myers LLP ("**OMM**"), special counsel to the restructuring committee of the Board of Directors (the "**Restructuring Committee**") of the Debtors, submits this monthly statement of services rendered and expenses incurred in this case for the period from May 1, 2021 through May 31, 2021 (the "**Statement Period**").

**Itemization of Services Rendered by OMM**

1.     The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

rates and the total number of hours spent by each individual providing services during the Statement Period for which OMM seeks compensation.

| Name | Role | Bar Admission | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| David J. Johnson Jr. | Partner | 1985 - CA<br><br>2005 - DC<br><br>2006 - NY<br><br>2013 - HK | 10.80 | $1,475.00 | $15,930.00 |
| Daniel S. Shamah | Partner | 2007 - NY | 7.00 | $1,180.00 | $8,260.00 |
| Adam P. Haberkorn | Counsel | 2015 - NY | 7.00 | $980.00 | $6,860.00 |
| Kai Zhu | Associate | 2018 - NY | 0.90 | $810.00 | $729.00 |

2.      The time records of OMM consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Statement.

**Itemization of Services Rendered and Disbursements Incurred By Category**

3.      The following itemization presents the services rendered by OMM by task categories, and provides a summary of disbursements incurred by category of disbursement. The following services rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Case Administration | 1.00 | $1,080.00 |
| Fee/Employment Applications | 1.10 | $925.00 |
| Restructuring Committee | 23.30 | $29,480.00 |
| Hearing | 0.30 | $294.00 |

4.      A detailed itemization of the services rendered in each of the above Task Categories is set forth in **Exhibit A**.

5.      The disbursements incurred by OMM for this Statement are as follows:

| Expense Category | Total Expenses |
|---|---|
| Copying/Printing | $270.90 |
| Text Editing | $30.60 |
| Total | $301.50 |

6.      Accordingly, the amount of compensation and expenses payable for this Statement Period is $25,724.70 which is calculated as follows:

| | |
|---|---|
| Total Fees for Services Rendered During Statement Period | $31,779.00 |
| 20% Holdback | $6,355.80 |
| 80% of Fees | $25,423.20 |
| Costs (100%) | $301.50 |
| Total | $25,724.70 |

7.      WHEREFORE, pursuant to the Interim Compensation Order, OMM requests payment of compensation in the amount of (i) $25,423.20 (80% of $31,779.00) on account of actual, reasonable and necessary professional services rendered to the Restructuring Committee by OMM and (ii) reimbursement of actual and necessary costs and expenses in the amount of $301.50 incurred on behalf of the Restructuring Committee by OMM.

Dated:  June 23, 2021                    Respectfully Submitted,

                                         By: _/s/ Daniel S. Shamah_____
                                             O'MELVENY & MYERS LLP
                                             Daniel S. Shamah (admitted *pro hac vice*)
                                             Adam P. Haberkorn (admitted *pro hac vice*)
                                             Kai Zhu (admitted *pro hac vice*)

                                             Times Square Tower
                                             Seven Times Square
                                             New York, New York 10036
                                             Telephone: (212) 326-2000
                                             Facsimile: (212) 326-2061

                                             *Attorneys for the*
                                             *Restructuring Committee*

**Exhibit A**

**O'Melveny**

O'Melveny & Myers LLP          T: +1 310 553 6700                    Taxpayer ID: 95-1066597
1999 Avenue of the Stars       F: +1 310 246 6779
8th Floor                      omm.com
Los Angeles, CA  90067-6035

JIM LACHANCE                                    June 23, 2021
BREAKPOINT ASSET MANAGEMENT                     OMM Matter:  0264910-00001
30 E 39TH ST, FL 2,                             Invoice:  ******
NEW YORK CITY, NY 10016                         Contact:  DAVID J. JOHNSON JR.

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through May 31, 2021

Total Fees                                                          $31,779.00

Total Disbursements                                                   $301.50

**Total Current Invoice**                                         **$32,080.50**

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**

Century City  •  Los Angeles  •  Newport Beach  •  New York  •  San Francisco  •  Silicon Valley  •  Washington, DC
Beijing  •  Brussels  •  Hong Kong  •  London  •  Seoul  •  Shanghai  •  Singapore  •  Tokyo

**O'Melveny**

---

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name: *PENDING*/SPECIAL COMMITTEE ADVICE
Matter: 0264910-00001

06/23/21
Invoice: ******
Page No.   2

## *PENDING*/SPECIAL COMMITTEE ADVICE

For Professional Services Rendered Through May 31, 2021

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| **B110 CASE ADMINISTRATION** | | | | | |
| 05/25/21 | D SHAMAH | UPDATE ON CASE STATUS, EMAILS WITH WEIL RE SAME | 0.3 | 1,180.00 | 354.00 |
| 05/27/21 | A HABERKORN | ATTENTION TO CORRESPONDENCE WITH OMM TEAM AND RESPONDING TO VARIOUS INQUIRIES | 0.5 | 980.00 | 490.00 |
| 05/27/21 | D SHAMAH | REVIEWING BANKRUPTCY DOCKET UPDATES | 0.2 | 1,180.00 | 236.00 |
| **Total** | **B110 CASE ADMINISTRATION** | | **1.0** | | **1,080.00** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 05/10/21 | K ZHU | INCORPORATE UST COMMENTS IN RETENTION APPLICATION | 0.5 | 810.00 | 405.00 |
| 05/11/21 | K ZHU | PREPARE DOCUMENTS FOR WEIL TO BE DOCKETED | 0.4 | 810.00 | 324.00 |
| 05/28/21 | A HABERKORN | ATTENTION TO CORRESPONDENCE REGARDING RETENTION APPLICATION | 0.2 | 980.00 | 196.00 |
| **Total** | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **1.1** | | **925.00** |
| **B260 RESTRUCTURING COMMITTEE** | | | | | |
| 05/03/21 | D JOHNSON JR. | ATTENTION TO BOARD MATTERS; CONF CALL AMONG OMM (D. SHAMAH, A. HABERKORN) AND WEIL TEAM RE SAME (0.6); FOLLOW UP CALLS W./ D. SHAMAH (0.4); CORRESPONDENCE W/ COMMITTEE MEMBERS (0.3) | 1.3 | 1,475.00 | 1,917.50 |
| 05/03/21 | D SHAMAH | CALL WITH M. BOYADJIAN AND WEIL RE BOARD MATTERS (MINUTES, RESTRUCTURING COMMITTEE FEES) | 0.8 | 1,180.00 | 944.00 |
| 05/04/21 | D SHAMAH | CALLS WITH J. LACHANCE, M. BOYADJIAN, WEIL RE RESTRUCTURING COMMITTEE FEES AND 3/16 MEETING MINUTES | 1.5 | 1,180.00 | 1,770.00 |
| 05/04/21 | A HABERKORN | ATTENTION TO CORRESPONDENCE WITH D. SHAMAH AND D. JOHNSON | 0.2 | 980.00 | 196.00 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**

**O'Melveny**

---

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

06/23/21
Invoice:  ******
Page No.  3

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 05/04/21 | D JOHNSON JR. | ATTENTION TO CORP GOVERNANCE MATTERS; REVIEW COMPANY GOVERNING DOCUMENTS RE SAME (0.6); CORRESPONDENCE W/ OMM TEAM RE SAME (0.3); PREPARE FOR BOARD CALL; REVIEW MATERIALS RE SAME (0.5); CONF CALL AMONG D. SHAMAH AND J. LACHANCE (0.6) RE BOARD MATTERS; FOLLOW UP CALLS (0.3); [B110] ATTENTION DOCUMENTS RELATED TO OMM RETENTION (0.2) | 2.5 | 1,475.00 | 3,687.50 |
| 05/05/21 | D SHAMAH | REVIEWING COMMENTS TO 3/16 MEETING MINUTES | 0.2 | 1,180.00 | 236.00 |
| 05/05/21 | D JOHNSON JR. | ATTENTION TO CORP GOVERNANCE MATTERS; CONFER W/ MEMBERS OF SC RE GOVERNANCE MATTERS (0.4); REVIEW, ANALYZE AND COMMENT ON PROPOSED REVISIONS TO GOVERNANCE MATTERS (0.4); FOLLOW UP CORRESPONDENCE (0.2); ATTENTION TO REVISIONS TO CORPORATE GOVERNMENT MATTERS; REVIEW AND ANALYZE SAME (0.3) | 1.3 | 1,475.00 | 1,917.50 |
| 05/06/21 | D SHAMAH | UPDATE ON ENI SETTLEMENT (.3); UPDATE ON 3/16 MINUTES (.2) | 0.5 | 1,180.00 | 590.00 |
| 05/06/21 | A HABERKORN | REVIEWED COMMENTS TO BOARD MEETING MINUTES AND BEGAN CONSOLIDATED MARK-UP | 0.6 | 980.00 | 588.00 |
| 05/06/21 | A HABERKORN | CONF. CALL WITH RX COMMITTEE, D. JOHNSON, AND D. SHAMAH | 0.3 | 980.00 | 294.00 |
| 05/06/21 | D JOHNSON JR. | ATTENTION TO CORP GOVERNANCE MATTERS; REVIEW AND ANALYZE MATERIALS RELATED TO SAME (0.4); CONF CALL W/ MEMBERS OF SC, D. SHAMAH AND A. HABERKORN OF OMM RE SAME (0.5) | 0.9 | 1,475.00 | 1,327.50 |
| 05/10/21 | D SHAMAH | CALL WITH RESTRUCTURING COMMITTEE RE 3/16 MINUTES (0.7); CALL WITH COMPANY, WEIL, RESTRUCTURING COMMITTEE RE ENI RESOLUTION (1.0) | 1.7 | 1,180.00 | 2,006.00 |
| 05/10/21 | A HABERKORN | CONF. CALL WITH D. SHAMAH, D. JOHNSON, AND CERTAIN MEMBERS OF THE RESTRUCTURING COMMITTEE RE: BOARD MEETING MINUTES | 0.5 | 980.00 | 490.00 |
| 05/10/21 | A HABERKORN | REVISED AND CIRCULATED BOARD MEETING MINUTES FOR FURTHER COMMENT | 0.5 | 980.00 | 490.00 |

---

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name: *PENDING*/SPECIAL COMMITTEE ADVICE
Matter: 0264910-00001

06/23/21
Invoice: ******
Page No.   4

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 05/10/21 | D JOHNSON JR. | ATTENTION TO DRAFT MINUTES; CONF CALL W/ MEMBERS OF COMMITTEE AND D. SHAMAH, A. HABERKORN RE SAME (0.5); REVIEW AND COMMENT ON REVISIONS TO SAME (0.7) | 1.2 | 1,475.00 | 1,770.00 |
| 05/10/21 | A HABERKORN | CONF. CALL WITH WEIL, D. JOHNSON, D. SHAMAH AND MEMBERS OF THE RESTRUCTURING COMMITTEE TO DISCUSS A PROPOSED PREDECESSOR SETTLEMENT | 1.0 | 980.00 | 980.00 |
| 05/11/21 | A HABERKORN | ATTENTION TO CLIENT CORRESPONDENCE | 0.3 | 980.00 | 294.00 |
| 05/11/21 | D SHAMAH | EMAILS WITH A. HABERKORN, D. JOHNSON RE 3/16 MINUTE REVISIONS | 0.3 | 1,180.00 | 354.00 |
| 05/14/21 | D JOHNSON JR. | REVIEW DRAFT MINUTES AND CONFER RE SAME (0.5) | 0.5 | 1,475.00 | 737.50 |
| 05/14/21 | D SHAMAH | UPDATE ON MEETING MINUTES RE 3/16 BOARD MEETING | 0.2 | 1,180.00 | 236.00 |
| 05/17/21 | A HABERKORN | CALL WITH D. JOHNSON | 0.1 | 980.00 | 98.00 |
| 05/17/21 | D JOHNSON JR. | ATTENTION TO BOARD MATERIALS; CORRESPONDENCE W/ A. HABERKORN AND OTHER OMM TEAM RE SAME (0.3); CONFER W/ COMMITTEE MEMBER RE DRAFT MATERIALS (0.2) | 0.5 | 1,475.00 | 737.50 |
| 05/18/21 | A HABERKORN | ATTENTION TO EXECUTIVE SESSION OF THE BOARD OF DIRECTORS | 0.8 | 980.00 | 784.00 |
| 05/18/21 | A HABERKORN | ATTENTION TO CORRESPONDENCE FOLLOWING THE EXECUTIVE SESSION | 0.3 | 980.00 | 294.00 |
| 05/18/21 | D JOHNSON JR. | ATTENTION TO BOARD MEETING; REVIEW MATERIALS IN ADVANCE OF MEETING (0.3); CONFER W/ COMMITTEE MEMBERS RE SAME (0.2); CORRESPONDENCE W/ A. HABERKORN AND OTHER OMM TEAM RE SAME (0.3); ATTEND BOARD MEETING CALL (0.5) | 1.3 | 1,475.00 | 1,917.50 |
| 05/18/21 | D SHAMAH | UPDATES ON BOARD MEETING, 3/16 MINUTES, RESTRUCTURING FEES | 0.4 | 1,180.00 | 472.00 |
| 05/19/21 | D SHAMAH | UPDATES ON HUNT SETTLEMENT | 0.2 | 1,180.00 | 236.00 |
| 05/19/21 | D JOHNSON JR. | ATTENTION TO CORRESPONDENCE FROM DEBTOR'S COUNSEL RE BOARD MATTERS; CONFER RE SAME | 0.4 | 1,475.00 | 590.00 |
| 05/19/21 | A HABERKORN | DISCUSSING BOARD MEETING MINUTES WITH C. CARLSON (WEIL) AND REVIEWED REVISED DOCUMENT | 0.4 | 980.00 | 392.00 |
| 05/20/21 | D SHAMAH | EMAILS RE HUNT TERM SHEET | 0.3 | 1,180.00 | 354.00 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**

O'Melveny

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC  
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE  
Matter:  0264910-00001

06/23/21  
Invoice:  ******  
Page No.  5

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 05/20/21 | A HABERKORN | ATTENTION TO HUNT SETTLEMENT TERM SHEET | 0.7 | 980.00 | 686.00 |
| 05/28/21 | D JOHNSON JR. | ATTENTION TO UPDATE MATTERS; REVIEW MATERIALS RE SAME (0.3); CONF CALL W/ D. SHAMAH AND WEIL TEAM RE SAME (0.5); CONFER RE SAME (0.1) | 0.9 | 1,475.00 | 1,327.50 |
| 05/28/21 | A HABERKORN | CONF. CALL WITH D. SHAMAH, D. JOHNSON, AND WEIL TEAM REGARDING UPDATES AHEAD OF BOARD MEETING | 0.3 | 980.00 | 294.00 |
| 05/28/21 | D SHAMAH | CALL WITH J. LIOU RE BANKRUPTCY UPDATE AHEAD OF BOARD CALL | 0.4 | 1,180.00 | 472.00 |
| **Total** | **B260 RESTRUCTURING COMMITTEE** | | **23.3** | | **29,480.00** |
| **L450 HEARING** | | | | | |
| 05/28/21 | A HABERKORN | ATTENTION TO HEARING ON THE EQUITY RIGHTS OFFERING PROCEDURES AND THE BACKSTOP COMMITMENT AGREEMENTS | 0.3 | 980.00 | 294.00 |
| **Total** | **L450 HEARING** | | **0.3** | | **294.00** |
| **Total** | | | **25.7** | | **$31,779.00** |

### Disbursements

| | |
|---|---|
| Copying (Copitrak - Internal) | $3.00 |
| Lasertrak Color Printing | 210.00 |
| Lasertrak Printing | 57.90 |
| Text Editing / Proofreading | 30.60 |
| **Total Disbursements** | **$301.50** |

### Total Current Invoice            $32,080.50

Due upon receipt. Please remit to:  
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436  
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33  
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224  
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**

O'Melveny

---

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

06/23/21
Invoice:  ******
Page No.   6

| Date | Cost Type | Description | Qty | Amount |
|------|-----------|-------------|-----|--------|
| 05/04/21 | E101 | Copying (Copitrak - Internal) - Johnson Jr., David Pages: 2 | 2.00 | $0.30 |
| 05/12/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 3 | 3.00 | 3.75 |
| 05/12/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 95 | 95.00 | 14.25 |
| 05/12/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 3 | 3.00 | 3.75 |
| 05/12/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 54 | 54.00 | 8.10 |
| 05/12/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 22 | 22.00 | 27.50 |
| 05/12/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 99 | 99.00 | 14.85 |
| 05/13/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 24 | 24.00 | 3.60 |
| 05/13/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 25 | 25.00 | 3.75 |
| 05/13/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 3 | 3.00 | 3.75 |
| 05/13/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 2 | 2.00 | 2.50 |
| 05/24/21 | E101 | Copying (Copitrak - Internal) - Johnson Jr., David Pages: 18 | 18.00 | 2.70 |
| 05/25/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 77 | 77.00 | 96.25 |
| 05/25/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 6 | 6.00 | 0.90 |
| 05/26/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 19 | 19.00 | 23.75 |
| 05/26/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 69 | 69.00 | 10.35 |
| 05/27/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 13 | 13.00 | 16.25 |
| 05/27/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 26 | 26.00 | 32.50 |
| 05/27/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 14 | 14.00 | 2.10 |
| **Total for E101 - Lasertrak Color Printing** | | | | **$270.90** |
| | | | | |
| 05/10/21 | E103 | TEXT EDITING / PROOFREADING - JOB NUMBER: 266041 - Revise file for K. Zhu. - Zhu, Kai - kaizhu@omm.com | 0.50 | $22.50 |
| 05/11/21 | E103 | TEXT EDITING / PROOFREADING - JOB NUMBER: 268669 - Redline PDFs for K. Zhu - Zhu, Kai - kaizhu@omm.com | 0.18 | 8.10 |
| **Total for E103 - Text Editing / Proofreading** | | | | **$30.60** |

---

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

06/23/21
Invoice:  ******
Page No.   7

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| DAVID J. JOHNSON JR. | Partner | 1,475.00 | 10.8 | 15,930.00 |
| DANIEL S. SHAMAH | Partner | 1,180.00 | 7.0 | 8,260.00 |
| ADAM P. HABERKORN | Counsel | 980.00 | 7.0 | 6,860.00 |
| KAI ZHU | Associate | 810.00 | 0.9 | 729.00 |
| **Total** | | | **25.7** | **31,779.00** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / ****** number and/or D JOHNSON JR. in Advice**



O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA  90067-6035

T:  +1 310 553 6700
F:  +1 310 246 6779
omm.com

Taxpayer ID: 95-1066597

# Remittance Page

JIM LACHANCE
BREAKPOINT ASSET MANAGEMENT
30 E 39TH ST, FL 2,
NEW YORK CITY, NY 10016

June 23, 2021
OMM Matter:  0264910-00001
Invoice:  ******
Contact:  DAVID J. JOHNSON JR.

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through May 31, 2021

| | |
|---|---|
| Total Fees | $31,779.00 |
| Total Disbursements | $301.50 |
| **Total Current Invoice** | **$32,080.50** |

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

For questions, please contact Rachel Chan
rchan@omm.com
(213) 430-6459

---

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / \*\*\*\*\*\* number and/or D JOHNSON JR. in Advice**

Century City  •  Los Angeles  •  Newport Beach  •  New York  •  San Francisco  •  Silicon Valley  •  Washington, DC
Beijing  •  Brussels  •  Hong Kong  •  London  •  Seoul  •  Shanghai  •  Singapore  •  Tokyo

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |
| | § | |

**MONTHLY FEE STATEMENT OF O'MELVENY & MYERS LLP FOR**
**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSE AS**
**SPECIAL COUNSEL TO THE RESTRUCTURING COMMITTEE FOR THE PERIOD**
**FROM JUNE 1, 2021 THROUGH JUNE 30, 2021**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), O'Melveny & Myers LLP ("**OMM**"), special counsel to the restructuring committee of the Board of Directors (the "**Restructuring Committee**") of the Debtors, submits this monthly statement of services rendered and expenses incurred in this case for the period from June 1, 2021 through June 30, 2021 (the "**Statement Period**").

**Itemization of Services Rendered by OMM**

1.    The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

rates and the total number of hours spent by each individual providing services during the Statement Period for which OMM seeks compensation.

| Name | Role | Bar Admission | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| David J. Johnson Jr. | Partner | 1985 - CA<br><br>2005 - DC<br><br>2006 - NY<br><br>2013 - HK | 2.60 | $1,475.00 | $3,835.00 |
| Daniel S. Shamah | Partner | 2007 - NY | 18.00 | $1,180.00 | $21,240.00 |
| Adam P. Haberkorn | Counsel | 2015 - NY | 24.80 | $980.00 | $24,304.00 |
| Kai Zhu | Associate | 2018 - NY | 50.00 | $810.00 | $8,181.00 |

2.     The time records of OMM consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Statement.

**Itemization of Services Rendered and Disbursements Incurred By Category**

3.     The following itemization presents the services rendered by OMM by task categories, and provides a summary of disbursements incurred by category of disbursement. The following services rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Case Administration | 0.40 | $324.00 |
| Restructuring Committee | 3.00 | $3,953.00 |
| Hearing | 37.00 | $37,336.00 |
| Plan & Disclosure Statement | 15.10 | $15,947.00 |

4.     A detailed itemization of the services rendered in each of the above Task Categories

is set forth in **Exhibit A**.

5.     The disbursements incurred by OMM for this Statement are as follows:

| Expense Category | Total Expenses |
|---|---|
| Copying/Printing | $142.45 |
| Text Editing | $11.25 |
| Total | $153.70 |

6.     Accordingly, the amount of compensation and expenses payable for this Statement

Period is $46,201.70 which is calculated as follows:

| | |
|---|---|
| Total Fees for Services Rendered During Statement Period | $57,560.00 |
| 20% Holdback | $11,512.00 |
| 80% of Fees | $46,048.00 |
| Costs (100%) | $153.70 |
| Total | $46,201.70 |

7.     WHEREFORE, pursuant to the Interim Compensation Order, OMM requests

payment of compensation in the amount of (i) $46,048.00 (80% of $57,560.00) on account of

actual, reasonable and necessary professional services rendered to the Restructuring Committee

by OMM and (ii) reimbursement of actual and necessary costs and expenses in the amount of

$153.70 incurred on behalf of the Restructuring Committee by OMM.

Dated:  August 2, 2021

Respectfully Submitted,

By: */s/ Daniel S. Shamah*
    O'MELVENY & MYERS LLP
    Daniel S. Shamah (admitted *pro hac vice*)
    Adam P. Haberkorn (admitted *pro hac vice*)
    Kai Zhu (admitted *pro hac vice*)

    Times Square Tower
    Seven Times Square
    New York, New York 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061

    *Attorneys for the*
    *Restructuring Committee*

**Exhibit A**



O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA  90067-6035

T:  +1 310 553 6700
F:  +1 310 246 6779
omm.com

Taxpayer ID: 95-1066597

JIM LACHANCE
BREAKPOINT ASSET MANAGEMENT
30 E 39TH ST, FL 2,
NEW YORK CITY, NY 10016

July 29, 2021
OMM Matter:  0264910-00001
Invoice:  1093698
Contact:  DAVID J. JOHNSON JR.

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through June 30, 2021

Total Fees                                                                  $57,560.00

Total Disbursements                                                     $153.70

**Total Current Invoice**                                          **$57,713.70**

### Outstanding Invoices as of 07/29/21

| Invoice | Date | Amount | Payments | Adjustments | Balance |
|---------|------|--------|----------|-------------|---------|
| 1091160 | 06/23/21 | $96,929.00 | $(78,940.30) | $0.00 | $17,988.70 |
| 1091161 | 06/23/21 | 32,080.50 | 0.00 | 0.00 | 32,080.50 |

**Total Outstanding Invoices**                                **$50,069.20**

**Total Amount Due**                                            **$107,782.90**

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093698 number and/or D JOHNSON JR. in Advice**

Austin • Century City • Dallas • Los Angeles • New York • Newport Beach • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name: *PENDING*/SPECIAL COMMITTEE ADVICE
Matter: 0264910-00001

07/29/21
Invoice: 1093698
Page No. 2

## *PENDING*/SPECIAL COMMITTEE ADVICE

For Professional Services Rendered Through June 30, 2021

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| **B110 CASE ADMINISTRATION** | | | | | |
| 06/01/21 | K ZHU | ATTENTION TO CORRESPONDENCE W/ WEIL. | 0.3 | 810.00 | 243.00 |
| 06/30/21 | K ZHU | CORRESPONDENCE W/ WEIL TEAM RE FEE APPLICATION. | 0.1 | 810.00 | 81.00 |
| **Total** | **B110 CASE ADMINISTRATION** | | **0.4** | | **324.00** |
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 06/01/21 | A HABERKORN | CALL WITH K. ZHU REGARDING RETENTION ORDER AND FEE APPLICATION. | | No Charge | |
| 06/02/21 | K ZHU | CALL W/ A. HABERKORN (0.3); REVIEW INTERIM COMP ORDER, UST FEE GUIDELINES (1.5); RESEARCH INTERIM FEE APPLICATION PRECEDENT (1.7); DRAFT INTERIM FEE APPLICATION (5.0). | | No Charge | |
| 06/03/21 | K ZHU | DRAFT INTERIM FEE STATEMENT. | | No Charge | |
| 06/03/21 | K ZHU | ATTENTION TO CORRESPONDENCES RE BILLING DETAILS. | | No Charge | |
| 06/05/21 | K ZHU | DRAFT INTERIM FEE APPLICATION. | | No Charge | |
| 06/06/21 | K ZHU | DRAFT FEE APPLICATION. | | No Charge | |
| 06/07/21 | K ZHU | DRAFT FEE APPLICATION. | | No Charge | |
| 06/08/21 | K ZHU | REVIEW BILLING ENTRIES RE FEE APPLICATION. | | No Charge | |
| 06/08/21 | A HABERKORN | REVIEWING DRAFT FEE APPLICATION AND TIME DETAIL REPORT. | | No Charge | |
| 06/09/21 | K ZHU | ATTENTION TO CORRESPONDENCES RE FEE APPLICATION. | | No Charge | |
| 06/09/21 | A HABERKORN | FURTHER ATTENTION TO TIME ENTRIES FOR FEE APPLICATION. | | No Charge | |
| 06/10/21 | K ZHU | ATTENTION TO CORRESPONDENCES RE BILLING ENTRIES. | | No Charge | |
| 06/10/21 | A HABERKORN | FINALIZED INITIAL COMMENTS TO THE DRAFT FEE APPLICATION AND TIME ENTRIES. | | No Charge | |
| 06/11/21 | K ZHU | ATTENTION TO RECONCILING BILLING ENTRIES FOR FEE APPLICATION. | | No Charge | |
| 06/12/21 | K ZHU | REVISE FEE APPLICATION. | | No Charge | |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA 90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093698 number and/or D JOHNSON JR. in Advice**

**O'Melveny**

---

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC 07/29/21
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE Invoice: 1093698
Matter:  0264910-00001 Page No.  3

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 06/14/21 | K ZHU | CORRESPONDENCE TO M. ARMBRUSTER RE REVISIONS TO BILLING SPREADSHEET. | | No Charge | |
| 06/14/21 | K ZHU | REVIEW BILLING SPREADSHEET FROM M. ARMBRUSTER. | | No Charge | |
| 06/15/21 | K ZHU | CORRESPONDENCES W/ A. HABERKORN RE FEE STATEMENTS. | | No Charge | |
| 06/15/21 | K ZHU | REVIEW BILLING SPREADSHEET TO CONSOLIDATE FIGURES FOR FEE APPLICATION. | | No Charge | |
| 06/15/21 | K ZHU | REVISE FEE APPLICATION. | | No Charge | |
| 06/15/21 | K ZHU | REVISE FEE APPLICATION FOR A. HABERKORN. | | No Charge | |
| 06/15/21 | K ZHU | CONF W/ A. HABERKORN AND M. ARMBRUSTER RE BILLING INFORMATION. | | No Charge | |
| 06/16/21 | K ZHU | REVIEW ACCOUNTING SPREADSHEETS FOR FEE STATEMENTS. | | No Charge | |
| 06/16/21 | A HABERKORN | RESPONDING TO EMAILS REGARDING FEE APPLICATION. | | No Charge | |
| 06/16/21 | K ZHU | CORRESPONDENCES W/ PARAPROFESSIONALS RE FEE STATEMENT. | | No Charge | |
| 06/16/21 | K ZHU | CALCULATE FIGURES RE FEE STATEMENT EXHIBITS. | | No Charge | |
| 06/16/21 | K ZHU | REVISE DRAFT FEE STATEMENT IN ACCORDANCE W/ COMMENTS. | | No Charge | |
| 06/18/21 | A HABERKORN | WORKING ON EDITS TO THE FEE APPLICATION AND MONTHLY FEE STATEMENTS, CORRESPONDING WITH THE BILLING TEAM. | | No Charge | |
| 06/19/21 | K ZHU | ATTENTION TO MAY MONTHLY FEE STATEMENT. | | No Charge | |
| 06/21/21 | D SHAMAH | REVISING MONTHLY FEE STATEMENTS | | No Charge | |
| 06/21/21 | K ZHU | ADDITIONAL REVISIONS TO FEE STATEMENTS. | | No Charge | |
| 06/22/21 | K ZHU | REVIEW REVISED BILLING MATERIAL. | | No Charge | |
| 06/22/21 | K ZHU | REVISE FEE STATEMENTS IN ACCORDANCE WITH REVISED BILLING ENTRIES. | | No Charge | |
| 06/23/21 | K ZHU | FINAL REVISIONS TO FEE APPLICATIONS. | | No Charge | |
| 06/30/21 | K ZHU | FINALIZE FEE APPLICATION. | | No Charge | |

---

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093698 number and/or D JOHNSON JR. in Advice**

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC          07/29/21
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE                                Invoice: 1093698
Matter:  0264910-00001                                                          Page No.   4

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 06/30/21 | A HABERKORN | REVIEWED REVISED INTERIM FEE APPLICATION. | | No Charge | |
| **Total** | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **0.0** | | **0.00** |
| **B260 BOAD OF DIRECTORS MATTERS** | | | | | |
| 06/01/21 | D SHAMAH | ATTENDING BOARD MEETING | 1.1 | 1,180.00 | 1,298.00 |
| 06/01/21 | D JOHNSON JR. | ATTENTION TO BOARD CONSIDERATIONS; REVIEW MATERIALS RE SAME (0.3); ATTENTION TELEPHONIC BOARD MEETING W/ BOARD, WEIL REPRESENTATIVES, D. SHAMAH OF OMM (1.0); CORRESPONDENCE RE SAME (0.1) | 1.4 | 1,475.00 | 2,065.00 |
| 06/08/21 | D SHAMAH | UPDATE ON BANKRUPTCY PROCEEDINGS | 0.3 | 1,180.00 | 354.00 |
| 06/19/21 | D SHAMAH | UPDATE ON CONFIRMATION | 0.2 | 1,180.00 | 236.00 |
| **Total** | **B260 BOAD OF DIRECTORS MATTERS** | | **3.0** | | **3,953.00** |
| **B320 PLAN & DISCLOSURE STATEMENT** | | | | | |
| 06/03/21 | D SHAMAH | REVIEWING RESERVATION OF RIGHTS RE MOTION TO AMEND, EMAILS WITH TEAM RE SAME | 0.6 | 1,180.00 | 708.00 |
| 06/03/21 | A HABERKORN | REVIEWED OBJECTIONS TO CONFIRMATION OF THE PLAN OF REORGANIZATION. | 2.2 | 980.00 | 2,156.00 |
| 06/04/21 | D SHAMAH | REVIEWING FILED DRAFT RESERVATION OF RIGHTS RE FAIRFIELD COMPLAINT | 0.4 | 1,180.00 | 472.00 |
| 06/04/21 | A HABERKORN | FINISHED REVIEW OF OBJECTIONS TO CONFIRMATION OF THE PLAN. | 2.7 | 980.00 | 2,646.00 |
| 06/07/21 | D SHAMAH | UPDATE ON CONFIRMATION PROCEEDINGS | 0.4 | 1,180.00 | 472.00 |
| 06/11/21 | D SHAMAH | CALL WITH J. LIOU RE STATUS UPDATE ON CONFIRMATION | 0.5 | 1,180.00 | 590.00 |
| 06/14/21 | D SHAMAH | REVIEWING CONFIRMATION BRIEFS | 0.8 | 1,180.00 | 944.00 |
| 06/16/21 | D SHAMAH | REVIEWING UPDATES ON CONFIRMATION | 1.3 | 1,180.00 | 1,534.00 |
| 06/17/21 | D SHAMAH | UPDATES ON CONFIRMATION HEARING FROM TEAM | 0.5 | 1,180.00 | 590.00 |
| 06/17/21 | K ZHU | REVISIONS TO FEE STATEMENT. | 2.5 | 810.00 | 2,025.00 |
| 06/17/21 | A HABERKORN | WORKING ON EDITS TO THE FEE APPLICATION AND MONTHLY FEE STATEMENTS. | 1.6 | 980.00 | 1,568.00 |
| 06/20/21 | D SHAMAH | EMAILS RE DRAFT CONFIRMATION ORDER | 0.4 | 1,180.00 | 472.00 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093698 number and/or D JOHNSON JR. in Advice**

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC      07/29/21
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE      Invoice: 1093698
Matter:  0264910-00001      Page No.   5

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| 06/24/21 | D JOHNSON JR. | ATTENTION TO CONFIRMATION HEARING MATTERS; ATTEND PORTIONS; CORRESPONDENCE RE SAME; CONFER RE SAME | 1.2 | 1,475.00 | 1,770.00 |
| **Total** | **B320 PLAN & DISCLOSURE STATEMENT** | | **15.1** | | **15,947.00** |
| **L450 TRIAL AND HEARING ATTENDANCE** | | | | | |
| 06/08/21 | K ZHU | SUMMARIZE 6/8 HEARING. | 0.5 | 810.00 | 405.00 |
| 06/08/21 | K ZHU | ATTEND 6/8 HEARING. | 2.6 | 810.00 | 2,106.00 |
| 06/15/21 | D SHAMAH | EMAILS WITH WEIL, BOARD RE BOARD CALL AND CONFIRMATION HEARING | 0.3 | 1,180.00 | 354.00 |
| 06/17/21 | K ZHU | ATTEND 6/17/2021 PRETRIAL CONFERENCE | 1.1 | 810.00 | 891.00 |
| 06/21/21 | A HABERKORN | ATTENDED THE FIRST DAY OF THE PLAN CONFIRMATION HEARING. | 7.0 | 980.00 | 6,860.00 |
| 06/21/21 | K ZHU | ATTEND CONFIRMATION HEARING. | 3.0 | 810.00 | 2,430.00 |
| 06/21/21 | D SHAMAH | ATTENDING CONFIRMATION HEARING (PARTIAL) | 5.3 | 1,180.00 | 6,254.00 |
| 06/22/21 | A HABERKORN | ATTENDED DAY 2 OF THE PLAN CONFIRMATION HEARING, PROVIDED AN UPDATE TO THE CLIENTS. | 3.0 | 980.00 | 2,940.00 |
| 06/22/21 | D SHAMAH | ATTENDING CONFIRMATION HEARING (PARTIAL) | 1.2 | 1,180.00 | 1,416.00 |
| 06/23/21 | A HABERKORN | ATTENDED DAY 3 OF THE PLAN CONFIRMATION HEARING. | 4.0 | 980.00 | 3,920.00 |
| 06/23/21 | D SHAMAH | ATTENDING CONFIRMATION HEARING (PARTIAL) | 4.2 | 1,180.00 | 4,956.00 |
| 06/24/21 | A HABERKORN | REVIEWED THE REVISED PROPOSED CONFIRMATION ORDER AND ATTENDED DAY 4 OF THE PLAN CONFIRMATION HEARING, PROVIDED A BRIEF UPDATE THE CLIENTS. | 2.5 | 980.00 | 2,450.00 |
| 06/24/21 | D SHAMAH | ATTENDING CONFIRMATION HEARING (PARTIAL) | 0.5 | 1,180.00 | 590.00 |
| 06/25/21 | A HABERKORN | REVIEWED REVISED PROPOSED CONFIRMATION ORDER AND ATTENDED THE FINAL DAY OF THE PLAN CONFIRMATION HEARING. | 1.8 | 980.00 | 1,764.00 |
| **Total** | **L450 TRIAL AND HEARING ATTENDANCE** | | **37.0** | | **37,336.00** |
| **Total** | | | **55.5** | | **$57,560.00** |

## Disbursements

| | |
|---|---|
| Lasertrak Color Printing | $126.25 |
| Lasertrak Printing | 16.20 |
| Text Editing / Proofreading | 11.25 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093698 number and/or D JOHNSON JR. in Advice**

O'Melveny

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC          07/29/21
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE                                 Invoice:  1093698
Matter:  0264910-00001                                                          Page No.   6

**Total Disbursements**                                                          **$153.70**

**Total Current Invoice**                                                        **$57,713.70**

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093698 number and/or D JOHNSON JR. in Advice**

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

07/29/21
Invoice:  1093698
Page No.  7

| Date | Cost Type | Description | Qty | Amount |
|------|-----------|-------------|-----|--------|
| 06/02/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 61 | 61.00 | $76.25 |
| 06/15/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 20 | 20.00 | 25.00 |
| 06/15/21 | E101 | Lasertrak Color Printing - Johnson Jr., David Pages: 20 | 20.00 | 25.00 |
| 06/15/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 54 | 54.00 | 8.10 |
| 06/15/21 | E101 | Lasertrak Printing - Johnson Jr., David Pages: 54 | 54.00 | 8.10 |
| **Total for E101 - Lasertrak Color Printing** | | | | **$142.45** |
| 06/17/21 | E103 | TEXT EDITING / PROOFREADING - JOB NUMBER: 329982 - Format Excel to Print for M. Armbruster - Armbruster, Madison - marmbruster@omm.com | 0.25 | $11.25 |
| **Total for E103 - Text Editing / Proofreading** | | | | **$11.25** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093698 number and/or D JOHNSON JR. in Advice**

O'Melveny

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC     07/29/21
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE     Invoice:  1093698
Matter:  0264910-00001     Page No.   8

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| DAVID J. JOHNSON JR. | Partner | 1,475.00 | 2.6 | 3,835.00 |
| DANIEL S. SHAMAH | Partner | 1,180.00 | 18.0 | 21,240.00 |
| ADAM P. HABERKORN | Counsel | 980.00 | 24.8 | 24,304.00 |
| KAI ZHU | Associate | 810.00 | 10.1 | 8,181.00 |
| **Total** | | | **55.5** | **57,560.00** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093698 number and/or D JOHNSON JR. in Advice**



O'Melveny & Myers LLP      T: +1 310 553 6700
1999 Avenue of the Stars   F: +1 310 246 6779
8th Floor                  omm.com
Los Angeles, CA  90067-6035

Taxpayer ID: 95-1066597

# Remittance Page

JIM LACHANCE                              July 29, 2021
BREAKPOINT ASSET MANAGEMENT               OMM Matter:  0264910-00001
30 E 39TH ST, FL 2,                       Invoice:  1093698
NEW YORK CITY, NY 10016                   Contact:  DAVID J. JOHNSON JR.

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through June 30, 2021

Total Fees                                                    $57,560.00

Total Disbursements                                              $153.70

**Total Current Invoice**                                    **$57,713.70**

### Outstanding Invoices as of 07/29/21

| Invoice | Date | Amount | Payments | Adjustments | Balance |
|---|---|---|---|---|---|
| 1091160 | 06/23/21 | $96,929.00 | $(78,940.30) | $0.00 | $17,988.70 |
| 1091161 | 06/23/21 | 32,080.50 | 0.00 | 0.00 | 32,080.50 |

**Total Outstanding Invoices**                              **$50,069.20**

**Total Amount Due**                                        **$107,782.90**

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**For questions, please contact Rachel Chan**
**rchan@omm.com**
**(213) 430-6459**

---

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093698 number and/or D JOHNSON JR. in Advice**

---

Austin • Century City • Dallas • Los Angeles • New York • Newport Beach • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |
| | § | |

**MONTHLY FEE STATEMENT OF O'MELVENY & MYERS LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSE AS
SPECIAL COUNSEL TO THE RESTRUCTURING COMMITTEE FOR THE PERIOD
FROM JULY 1, 2021 THROUGH JULY 31, 2021**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), O'Melveny & Myers LLP ("**OMM**"), special counsel to the restructuring committee of the Board of Directors (the "**Restructuring Committee**") of the Debtors, submits this monthly statement of services rendered and expenses incurred in this case for the period from July 1, 2021 through July 31, 2021 (the "**Statement Period**").

**Itemization of Services Rendered by OMM**

1.     The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

rates and the total number of hours spent by each individual providing services during the Statement Period for which OMM seeks compensation.

| Name | Role | Bar Admission | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| David J. Johnson Jr. | Partner | 1985 - CA<br><br>2005 - DC<br><br>2006 - NY<br><br>2013 - HK | 1.20 | $1,475.00 | $1,770.00 |
| Daniel S. Shamah | Partner | 2007 - NY | 0.50 | $1,180.00 | $590.00 |
| Adam P. Haberkorn | Counsel | 2015 - NY | 1.80 | $980.00 | $1,764.00 |
| Kai Zhu | Associate | 2018 - NY | 2.30 | $810.00 | $1,863.00 |

2.      The time records of OMM consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Statement.

**Itemization of Services Rendered and Disbursements Incurred By Category**

3.      The following itemization presents the services rendered by OMM by task categories, and provides a summary of disbursements incurred by category of disbursement. The following services rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Case Administration | 0.60 | $671.00 |
| Restructuring Committee | 1.60 | $2,162.00 |
| Hearing | 3.6 | $3,154.00 |

4.      A detailed itemization of the services rendered in each of the above Task Categories is set forth in **Exhibit A**.

2

5.      No disbursements were incurred for this Statement.

6.      Accordingly, the amount of compensation and expenses payable for this Statement

Period is $4,789.60 which is calculated as follows:

| Total Fees for Services Rendered During Statement Period | $5,987.00 |
|---|---|
| 20% Holdback | $1,197.00 |
| 80% of Fees | $4,789.60 |
| Costs (100%) | $0 |
| Total | $4,789.60 |

7.      WHEREFORE, pursuant to the Interim Compensation Order, OMM requests

payment of compensation in the amount of $4,789.60 (80% of $5,987.00) on account of actual,

reasonable and necessary professional services rendered to the Restructuring Committee by OMM.

Dated:  August 2, 2021                     Respectfully Submitted,

                                           By: */s/ Daniel S. Shamah*
                                               O'MELVENY & MYERS LLP
                                               Daniel S. Shamah (admitted *pro hac vice*)
                                               Adam P. Haberkorn (admitted *pro hac vice*)
                                               Kai Zhu (admitted *pro hac vice*)

                                               Times Square Tower
                                               Seven Times Square
                                               New York, New York 10036
                                               Telephone: (212) 326-2000
                                               Facsimile: (212) 326-2061

                                               *Attorneys for the*
                                               *Restructuring Committee*

**Exhibit A**

**O'Melveny**

O'Melveny & Myers LLP    T: +1 310 553 6700                Taxpayer ID: 95-1066597
1999 Avenue of the Stars    F: +1 310 246 6779
8th Floor                  omm.com
Los Angeles, CA  90067-6035

JIM LACHANCE                          July 30, 2021
BREAKPOINT ASSET MANAGEMENT        OMM Matter:  0264910-00001
30 E 39TH ST, FL 2,                   Invoice:  1093657
NEW YORK CITY, NY 10016            Contact:  DAVID J. JOHNSON JR.

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through July 28, 2021

Total Fees                                             $5,987.00

**Total Current Invoice**                              **$5,987.00**

### Outstanding Invoices as of 07/30/21

| Invoice | Date | Amount | Payments | Adjustments | Balance |
|---------|------|--------|----------|-------------|---------|
| 1085772 | 06/23/21 | $121,778.85 | $(121,778.85) | 0.00 | 0.00 |
| 1091160 | 06/23/21 | $96,929.00 | $(78,940.30) | 0.00 | $17,988.70 |
| 1091161 | 06/23/21 | 32,080.50 | 0.00 | 0.00 | 32,080.50 |
| 1093698 | 07/30/21 | 57,713.70 | 0.00 | 0.00 | 57,713.70 |

**Total Outstanding Invoices**                         **$107,782.90**

**Total Amount Due**                                   **$113,769.90**

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093657 number and/or D JOHNSON JR. in Advice**

Austin • Century City • Dallas • Los Angeles • New York • Newport Beach • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

07/30/21
Invoice:  1093657
Page No.   2

## *PENDING*/SPECIAL COMMITTEE ADVICE

For Professional Services Rendered Through July 28, 2021

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| **B110 CASE ADMINISTRATION** | | | | | |
| 07/06/21 | K ZHU | CORRESPONDENCES RE MOTION SEEKING STAY PENDING APPEAL. | 0.1 | 810.00 | 81.00 |
| 07/09/21 | D SHAMAH | UPDATE FROM A. HABERKORN ON LITIGATION IN BANKRUPTCY CASE | 0.2 | 1,180.00 | 236.00 |
| 07/15/21 | D SHAMAH | UPDATE ON INSURER ISSUES, CLOSING | 0.3 | 1,180.00 | 354.00 |
| **Total** | **B110 CASE ADMINISTRATION** | | **0.6** | | **671.00** |
| **B260 BOAD OF DIRECTORS MATTERS** | | | | | |
| 07/14/21 | A HABERKORN | REVIEWED D&O POLICIES AND SUMMARY PER CLIENT REQUEST. | 0.4 | 980.00 | 392.00 |
| 07/14/21 | D JOHNSON JR. | ATTENTION TO BOARD MATTERS; REVIEW MATERIALS AND CORRESPONDENCE RE SAME; CONFER RE SAME | 1.2 | 1,475.00 | 1,770.00 |
| **Total** | **B260 BOAD OF DIRECTORS MATTERS** | | **1.6** | | **2,162.00** |
| **L450 TRIAL AND HEARING ATTENDANCE** | | | | | |
| 07/06/21 | K ZHU | ATTEND HEARING RE MOTION SEEKING STAY PENDING APPEAL. | 2.2 | 810.00 | 1,782.00 |
| 07/09/21 | A HABERKORN | ATTENDED OMNIBUS HEARING REGARDING LIFT STAY MOTION AND RULE 2004 DISPUTE. | 1.4 | 980.00 | 1,372.00 |
| **Total** | **L450 TRIAL AND HEARING ATTENDANCE** | | **3.6** | | **3,154.00** |
| **Total** | | | **5.8** | | **$5,987.00** |

**Total Current Invoice**                                      **$5,987.00**

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093657 number and/or D JOHNSON JR. in Advice**

O'Melveny

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name: *PENDING*/SPECIAL COMMITTEE ADVICE
Matter: 0264910-00001

07/30/21
Invoice: 1093657
Page No.  3

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|-----:|------:|-------:|
| DAVID J. JOHNSON JR. | Partner | 1,475.00 | 1.2 | 1,770.00 |
| DANIEL S. SHAMAH | Partner | 1,180.00 | 0.5 | 590.00 |
| ADAM P. HABERKORN | Counsel | 980.00 | 1.8 | 1,764.00 |
| KAI ZHU | Associate | 810.00 | 2.3 | 1,863.00 |
| **Total** | | | **5.8** | **5,987.00** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093657 number and/or D JOHNSON JR. in Advice**



O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA  90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

Taxpayer ID: 95-1066597

# Remittance Page

JIM LACHANCE
BREAKPOINT ASSET MANAGEMENT
30 E 39TH ST, FL 2,
NEW YORK CITY, NY 10016

July 30, 2021
OMM Matter:  0264910-00001
Invoice:  1093657
Contact:  DAVID J. JOHNSON JR.

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through July 28, 2021

Total Fees                                                                                    $5,987.00

**Total Current Invoice**                                                          **$5,987.00**

### Outstanding Invoices as of 07/30/21

| Invoice | Date | Amount | Payments | Adjustments | Balance |
|---|---|---|---|---|---|
| 1085772 | 06/23/21 | $121,778.85 | $(121,778.85) | 0.00 | 0.00 |
| 1091160 | 06/23/21 | $96,929.00 | $(78,940.30) | 0.00 | 17,988.70 |
| 1091161 | 06/23/21 | 32,080.50 | 0.00 | 0.00 | 32,080.50 |
| 1093698 | 07/30/21 | 57,713.70 | 0.00 | 0.00 | 57,713.70 |

**Total Outstanding Invoices**                                              **$107,782.90**

**Total Amount Due**                                                              **$113,769.90**

#### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

For questions, please contact Rachel Chan
rchan@omm.com
(213) 430-6459

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1093657 number and/or D JOHNSON JR. in Advice**

Austin • Century City • Dallas • Los Angeles • New York • Newport Beach • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |
| | § | |

**MONTHLY FEE STATEMENT OF O'MELVENY & MYERS LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSE AS
SPECIAL COUNSEL TO THE RESTRUCTURING COMMITTEE FOR THE PERIOD
FROM AUGUST 1, 2021 THROUGH AUGUST 27, 2021**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), O'Melveny & Myers LLP ("**OMM**"), special counsel to the restructuring committee of the Board of Directors (the "**Restructuring Committee**") of the Debtors, submits this monthly statement of services rendered and expenses incurred in this case for the period from August 1, 2021 through August 27, 2021 (the "**Statement Period**").

**Itemization of Services Rendered by OMM**

1.      The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

rates and the total number of hours spent by each individual providing services during the Statement Period for which OMM seeks compensation.

| Name | Role | Bar Admission | Hours | Hourly Rate | Total |
|------|------|--------------|-------|-------------|-------|
| Daniel S. Shamah | Partner | 2007 - NY | 0.90 | $1,180.00 | $1,062.00 |
| David J. Johnson Jr. | Partner | 1985 - CA<br>2005 - DC<br>2006 - NY<br>2013 - HK | 1.10 | $1,475.00 | $1,622.50 |
| Kai Zhu | Associate | 2018 - NY | 12.00 | $810.00 | $9,720.00 |

2.      The time records of OMM consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Statement.

**Itemization of Services Rendered and Disbursements Incurred By Category**

3.      The following itemization presents the services rendered by OMM by task categories, and provides a summary of disbursements incurred by category of disbursement. The following services rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---------------|-------|-------------|
| Restructuring Committee | 2.00 | $2,684.50 |
| Fee/Employment Applications | 12.00 | $9,720.00 |

4.      A detailed itemization of the services rendered in each of the above Task Categories is set forth in **Exhibit A**.

5.      No disbursements were incurred for this Statement.

6.      Accordingly, the amount of compensation and expenses payable for this Statement Period is $9,923.60 which is calculated as follows:

| | |
|---|---|
| Total Fees for Services Rendered During Statement Period | $12,404.50 |
| 20% Holdback | $2,480.90 |
| 80% of Fees | $9,923.60 |
| Costs (100%) | $0 |
| Total | $9,923.60 |

7.     WHEREFORE, pursuant to the Interim Compensation Order, OMM requests payment of compensation in the amount of $9,923.60 (80% of $12,404.50) on account of actual, reasonable and necessary professional services rendered to the Restructuring Committee by OMM.

Dated:  September 8, 2021

Respectfully Submitted,

By: _/s/ Daniel S. Shamah_
     O'MELVENY & MYERS LLP
     Daniel S. Shamah (admitted *pro hac vice*)
     Adam P. Haberkorn (admitted *pro hac vice*)
     Kai Zhu (admitted *pro hac vice*)

     Times Square Tower
     Seven Times Square
     New York, New York 10036
     Telephone: (212) 326-2000
     Facsimile: (212) 326-2061

     *Attorneys for the*
     *Restructuring Committee*

**Exhibit A**



O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA  90067-6035

T:  +1 310 553 6700
F:  +1 310 246 6779
omm.com

Taxpayer ID: 95-1066597

JIM LACHANCE
BREAKPOINT ASSET MANAGEMENT
30 E 39TH ST, FL 2,
NEW YORK CITY, NY 10016

October 7, 2021
OMM Matter:  0264910-00001
Invoice:  1098948
Contact:  DAVID J. JOHNSON JR.

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through August 27, 2021

| | |
|---|---:|
| Total Fees | $12,404.50 |
| **Total Current Invoice** | **$12,404.50** |

**Outstanding Invoices as of 10/07/21**

| Invoice | Date | Amount | Payments | Adjustments | Balance |
|---|---|---:|---:|---:|---:|
| 1095865 | 09/08/21 | $1,245.00 | $(354.00) | $0.00 | $891.00 |
| 1098949 | 10/07/21 | 2,217.00 | 0.00 | 0.00 | 2,217.00 |

| | |
|---|---:|
| **Total Outstanding Invoices** | **$15,512.50** |
| **Total Amount Due** | **$15,512.50** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1098948 number and/or D JOHNSON JR. in Advice**

**O'Melveny**

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE
Matter:  0264910-00001

10/07/21
Invoice:  1098948
Page No.   2

## *PENDING*/SPECIAL COMMITTEE ADVICE

For Professional Services Rendered Through August 27, 2021

| Date | Name | Description | Hours | Bill Rate | Amount |
|------|------|-------------|-------|-----------|--------|
| **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 08/09/21 | K ZHU | ATTENTION TO FEE APPLICATION (0.6); CORRESPONDENCE W/ A. HABERKORN RE SAME (0.1). | 0.7 | 810.00 | 567.00 |
| 08/19/21 | K ZHU | CORRESPONDENCE W/ ALIXPARTNERS RE FINAL INVOICE. | 0.1 | 810.00 | 81.00 |
| 08/23/21 | K ZHU | CORRESPONDENCES RE FINAL INVOICE FOR ALIXPARTNERS. | 0.2 | 810.00 | 162.00 |
| 08/24/21 | K ZHU | DRAFT FINAL FEE APPLICATION. | 1.0 | 810.00 | 810.00 |
| 08/24/21 | K ZHU | ATTENTION TO INVOICE DISCREPANCIES RE FINAL INVOICE. | 1.0 | 810.00 | 810.00 |
| 08/25/21 | K ZHU | DRAFT FINAL FEE STATEMENT. | 1.5 | 810.00 | 1,215.00 |
| 08/26/21 | K ZHU | REVIEW BILLING DETAILS FOR FINAL FEE APPLICATION. | 3.5 | 810.00 | 2,835.00 |
| 08/27/21 | K ZHU | ATTENTION TO BILLING DETAILS RE FINAL FEE APPLICATION | 4.0 | 810.00 | 3,240.00 |
| **Total** | **B160 FEE/EMPLOYMENT APPLICATIONS** | | **12.0** | | **9,720.00** |
| **B260 BOAD OF DIRECTORS MATTERS** | | | | | |
| 08/23/21 | D SHAMAH | REVIEWING DRAFT MINUTES AHEAD OF BOARD MEETING | 0.5 | 1,180.00 | 590.00 |
| 08/24/21 | D JOHNSON JR. | ATTEND BOARD MEETING VIA CONF CALL (0.5); REVIEW MATERIALS RE SAME (0.6) | 1.1 | 1,475.00 | 1,622.50 |
| 08/24/21 | D SHAMAH | ATTENDING BOARD MEETING | 0.4 | 1,180.00 | 472.00 |
| **Total** | **B260 BOAD OF DIRECTORS MATTERS** | | **2.0** | | **2,684.50** |
| **Total** | | | **14.0** | | **$12,404.50** |

## Total Current Invoice                                           $12,404.50

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1098948 number and/or D JOHNSON JR. in Advice**

O'Melveny

Client: SPECIAL COMMITTEE OF BOARD OF DIRECTORS OF FIELDWOOD ENERGY LLC          10/07/21
Matter Name:  *PENDING*/SPECIAL COMMITTEE ADVICE          Invoice:  1098948
Matter:  0264910-00001          Page No.   3

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|-----:|------:|-------:|
| DAVID J. JOHNSON JR. | Partner | 1,475.00 | 1.1 | 1,622.50 |
| DANIEL S. SHAMAH | Partner | 1,180.00 | 0.9 | 1,062.00 |
| KAI ZHU | Associate | 810.00 | 12.0 | 9,720.00 |
| **Total** | | | **14.0** | **12,404.50** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1098948 number and/or D JOHNSON JR. in Advice**



O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA  90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

Taxpayer ID: 95-1066597

# Remittance Page

JIM LACHANCE
BREAKPOINT ASSET MANAGEMENT
30 E 39TH ST, FL 2,
NEW YORK CITY, NY 10016

October 7, 2021
OMM Matter:  0264910-00001
Invoice:  1098948
Contact:  DAVID J. JOHNSON JR.

**\*PENDING\*/SPECIAL COMMITTEE ADVICE**

For Professional Services Rendered Through August 27, 2021

Total Fees                                                                                    $12,404.50

**Total Current Invoice**                                                          **$12,404.50**

### Outstanding Invoices as of 10/07/21

| Invoice | Date | Amount | Payments | Adjustments | Balance |
|---|---|---|---|---|---|
| 1095865 | 09/08/21 | $1,245.00 | $(354.00) | $0.00 | $891.00 |
| 1098949 | 10/07/21 | 2,217.00 | 0.00 | 0.00 | 2,217.00 |

**Total Outstanding Invoices**                                              **$15,512.50**

**Total Amount Due**                                                               **$15,512.50**

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

For questions, please contact Rachel Chan
rchan@omm.com
(213) 430-6459

O'Melveny & Myers LLP will never request changes to the banking information via email. Should you receive such a request via email, please contact Rachel Chan.

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #4078-0224
**Please include 0264910-00001 / 1098948 number and/or D JOHNSON JR. in Advice**

Austin  •  Century City  •  Dallas  •  Los Angeles  •  New York  •  Newport Beach  •  San Francisco  •  Silicon Valley  •  Washington, DC
Beijing  •  Brussels  •  Hong Kong  •  London  •  Seoul  •  Shanghai  •  Singapore  •  Tokyo