UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*[1] | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING FINAL FEE APPLICATION OF RYAN, LLC

Upon consideration of the Final Fee Application of Ryan, LLC ("Ryan") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred Postpetition (the "Application") for allowance of compensation for services rendered and reimbursement of expenses incurred as tax consultant to the debtors and debtors in possession in the above-captioned chapter 11 case (collectively, the "Debtors") for the period from August 3, 2020 through September 1, 2021 (the "Application Period"); and the Court having reviewed the Application; and all applicable requirements of the Bankruptcy Code and the Bankruptcy Rules having been satisfied; and sufficient notice of the Application having been provided and no other or further notice being required; and the Court having read and considered the Application, objections to the Application, if any, and arguments of counsel, if any; and any objections to the Application having been resolved or overruled; and for good cause shown; and after due deliberation thereon and good and sufficient notice appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Order - Page 1

**IT IS HEREBY ORDERED THAT**:

1.      Ryan is allowed, on a final basis, compensation in the amount of $906,359.80 for professional services rendered as tax consultant to the debtors during the Application Period. This amount represents 100% of the fees requested through September 1, 2021.

2.      The post-petition date payments made by Debtors to Ryan in the amount of $727,212.81 for post-petition services rendered by Ryan are allowed, on a final basis, as compensation for professional services rendered during the Application Period.

3.      The Debtors are authorized and directed to remit payment to Ryan in the amount identified in paragraph 1 above.

4.      The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

5.      This Order shall be effective immediately upon entry.

SIGNED this ___ day of _____, 2021

_____
THE HONORABLE MARVIN P. ISGUR
UNITED STATES BANKRUPTCY JUDGE