UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*[1] | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING RYAN, LLC**
**TO FILE EXHIBIT TO FEE APPLICATION UNDER SEAL**

Upon consideration of the Motion of Ryan, LLC for Order Authorizing Ryan, LLC To File Fee Application Attachments Under Seal (the "Motion") for an order (i) authorizing Ryan to file under seal and to redact certain information included in Exhibit A to the Ryan Fee Application and (ii) related relief, all as more fully set forth in the Motion; and upon consideration of the Travis Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and it appearing that venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and a hearing, if any, having been held to consider the relief requested in the Motion; and all objections, if any, to the Motion, having been withdrawn, resolved, or overruled; and this Court being satisfied based on the representations made in the Motion and the Travis Declaration that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**Order - Page 1**

the Protected Information is confidential commercial information as that term is used in section 107(b)(1) of the Bankruptcy Code and Bankruptcy Rule 9018; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is necessary is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Ryan is authorized to file Exhibit A to the Ryan Fee Application under seal and to redact the Protected Information therefrom pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Bankruptcy Local Rule 9037-1.

2. The unredacted copy of Exhibit A to the Ryan Fee Application is confidential and shall remain under seal, and shall not be made available to anyone, except that the unredacted copy of Exhibit A to the Ryan Fee Application shall be shared with counsel for the Creditors' Committee and United States Trustee on a strictly confidential, "professional eyes only" basis.

3. Any party who receives the unredacted Exhibit A to the Ryan Fee Application in accordance with this Order shall not disclose or otherwise disseminate such document, or the information contained therein.

4. Ryan is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5. The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

**SIGNED** this ___ day of _____, 2021

                                                                                   _____
                                                                                   **THE HONORABLE MARVIN P. ISGUR**
                                                                                   **UNITED STATES BANKRUPTCY JUDGE**