**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | |
| **Post-Effective Date Debtors.**[1] | § | |

## AFFIDAVIT OF SERVICE

I, Frank O'Dowd, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Post-Effective Date Debtors in the above-captioned chapter 11 cases.

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on MMLID: 12248015, Ambius, Rentokil North America, Attn: Bankruptcy Team & Tara Conrad, 1125 Berkshire Blvd, Suite 150, Reading, PA 19610

- FWE - Letter to Cure Recipients - Ambius, attached hereto as **Exhibit A**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on MMLID: 11533824, AT&T Corp, P.O. Box 5019, Carol Stream, IL 60197-5019

- FWE - Letter to Cure Recipients – AT&T Corp, attached hereto as **Exhibit B**

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on MMLID: 11533825, AT&T Mobility, P.O. Box 6463, Carol Stream, IL 60197-6463

- FWE - Letter to Cure Recipients – AT&T Mobility, attached hereto as **Exhibit C**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on MMLID: 11538286, CGG Services (U.S.) Inc., Attn: Crystal Young, 10300 Town Park Drive, Houston, TX 77072

- FWE - Letter to Cure Recipients – CGG Services, attached hereto as **Exhibit D**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on MMLID: 11538468, Coupa Software, Inc., Attn: Elaine Chapman, 1855 South Grant St, San Mateo, CA 94139-8396

- FWE - Letter to Cure Recipients – Coupa Software, Inc., attached hereto as **Exhibit E**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on MMLID: 11537300, Energy Information Inc, Attn: Ann Schroeder, 12121 Wickchester Lane #150, Houston, TX 77079

- FWE - Letter to Cure Recipients – Energy Information Inc., attached hereto as **Exhibit F**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on MMLID: 11533860, Entergy Louisiana LLC, 639 Loyola Ave, New Orleans, LA 70113

- FWE - Letter to Cure Recipients – Entergy Louisiana LLC, attached hereto as **Exhibit G**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on MMLID: 11537353, Epic Insurance Brokers & Consultants, Attn: Michel Aguilar, 3000 Executive Parkway, Ste 325, San Ramon, CA 94583

- FWE - Letter to Cure Recipients – Epic Insurance, attached hereto as **Exhibit H**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on MMLID: 12409244, Filetrail Inc., 2505 E 6th St, Suite D, Austin, TX 78702

- FWE - Letter to Cure Recipients – Filetrail Inc., attached hereto as **Exhibit I**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on MMLID: 11537507, Francis Janitorial Services Inc., Attn: Joycelin Francis, 817 Pitt Rd, Scott, LA 70583

- FWE - Letter to Cure Recipients – Francis Janitorial Services Inc., attached hereto as **Exhibit J**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 12409997) HGC Consulting, 36 Sunrise Way, Priddis, AB, T0L 1W0, Canada

- FWE - Letter to Cure Recipients - HGC Consulting, attached hereto as **Exhibit K**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 11535893) Imagenet Consulting LLC, Attn: Kim Savage, 913 North Broadway Ave, Oklahoma City, OK 73102

- FWE - Letter to Cure Recipients - Imagenet Consulting LLC, attached hereto as **Exhibit L**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 11535931) Iron Mountain, 1 Federal St, 7th Fl, Boston, MA 02110

- FWE - Letter to Cure Recipients - Iron Mountain, attached hereto as **Exhibit M**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 11533852) Jackson Electric Coop Inc, PO Box 1189, Edna, TX 77957-1189

- FWE - Letter to Cure Recipients - Jackson Electric, attached hereto as **Exhibit N**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 12139810) Lafayette Utilities System, Attn: Lisa F Chiasson, 1875 W Pinhook Rd #B, Lafayette, LA 70508

- FWE - Letter to Cure Recipients – Lafayette Utilities, attached hereto as **Exhibit O**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 12248062) Microsoft Licensing GP, Fox Rothschild LLP, c/o Maria A. Milano, 1001 4th Ave., Suite 4500, Seattle, WA 98154

- FWE - Letter to Cure Recipients – Microsoft Licensing GP, attached hereto as **Exhibit P**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 11539220) N Darlene Walker & Associates, Attn: N. Darlene Walker, 1425 Blalock Road, Suite #200, Houston, TX 77055

SRF 57185

- FWE - Letter to Cure Recipients – N. Darlene Walker & Associates, attached hereto as **Exhibit Q**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 11537815) OSIsoft LLC, Attn: Lynda Himes, 1600 Alvarado Street, San Leandro, CA 94577

- FWE - Letter to Cure Recipients – OSIsoft LLC, attached hereto as **Exhibit R**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 12139198) Pelican Waste & Debris LLC, Attn: Teresa Reymundo & Kevin Barthelem, 172 N. Lacarpe Circle, Houma, LA 70360

- FWE - Letter to Cure Recipients – Pelican Waste & Debris LLC, attached hereto as **Exhibit S**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 12952676) Peregrine Oil & Gas LP, Attn: Timothy A. Austin, 675 Bering Drive, Suite 620, Houston, TX 77057

- FWE - Letter to Cure Recipients – Peregrine Oil & Gas LP, attached hereto as **Exhibit T**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 11537968) Pitney Bowes Postage by Phone, 1245 E. Brickyard Rd., Ste 250, Salt Lake City, UT 84106-4278

- FWE - Letter to Cure Recipients – Pitney Bowes, attached hereto as **Exhibit U**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 13048891) Quorum Business Solutions, Attn: Ingrid Schultz, 811 Main St, Ste 2000, Houston, TX 77002

- FWE - Letter to Cure Recipients – Quorum Business Solutions, attached hereto as **Exhibit V**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 11536749) Ryan LLC, Attn: Elisa Cruz, Three Galleria Tower, 13155 Noel Rd., Ste 100, Dallas, TX 75240

- FWE - Letter to Cure Recipients – Ryan LLC, attached hereto as **Exhibit W**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 11536776) San Leon Municipal Utility District, 443 24th Street, San Leon, TX 77539

- FWE - Letter to Cure Recipients - San Leon Muni Utility District, attached hereto as **Exhibit X**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 11536939) Solex, Attn: Gioia Rubino, 4 Piedmont Center, Suite 340, Atlanta, GA 30305

- FWE - Letter to Cure Recipients - Solex, attached hereto as **Exhibit Y**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 11533830) Waste Connections Bayou, Inc, 310 Lexington Dr, District No 6187, Rayne, LA 70578-7540

- FWE - Letter to Cure Recipients - Waste Connections Bayou, attached hereto as **Exhibit Z**

On October 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail (MMLID: 12138949) Waste Management, Inc, 1001 Fannin, Suite 4000, Houston, TX 77002

- FWE - Letter to Cure Recipients - Waste Management, attached hereto as **Exhibit AB**


Dated: October 12, 2021

*/s/ Frank O'Dowd*
Frank O'Dowd

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 12, 2021, by Frank O'Dowd, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 57185

# **Exhibit A**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax: 212.806.6006
gsasson@stroock.com

Ambius
Tara Conard
Rentokil North America
Attn: Bankruptcy Team
1125 Berkshire Blvd, Suite 150
Reading, PA, 19610

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Ms. Conard:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $3,494.77. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Ambius
October 8, 2021


Sincerely,


Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

2

**<u>Exhibit B</u>**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

AT&T Corp
P.O. BOX 5019
CAROL STREAM, IL, 60197

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $1,109.42. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP   New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

AT&T Corp
October 8, 2021

Sincerely,


Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

2

# Exhibit C

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

AT&T Mobility
PO BOX 6463
CAROL STREAM, IL, 60197

Re:  *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $14,234.87. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

AT&T Mobility
October 8, 2021

Sincerely,

Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York · Los Angeles · Miami · Washington, DC

180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

## Exhibit D

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

CGG SERVICES (U.S.) INC.
ATTN: CRYSTAL YOUNG
10300 TOWN PARK DRIVE
HOUSTON, TX, 77072

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Ms. Young:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $801.23. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

CGG SERVICES (U.S.) INC.
October 8, 2021

Sincerely,

Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

**<u>Exhibit E</u>**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

**Via E-mail**

Coupa Software Inc.
ELAINE CHAPMAN
1855 SOUTH GRANT ST
SAN MATEO, CA, 94139

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Ms. Chapman:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $4,052.19. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Coupa Software Inc.
October 8, 2021

Sincerely,

Gabriel Sasson

Cc      David Dunn

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2

## Exhibit F

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

ENERGY INFORMATION INC
Ann Schroeder
12121 WICKCHESTER LANE #150
HOUSTON, TX, 77079

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Ms. Schroeder:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $1,500.00. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

ENERGY INFORMATION INC
October 8, 2021

Sincerely,


Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

2

# **Exhibit G**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

ENTERGY LOUISIANA LLC
639 LOYOLA AVE
NEW ORLEANS, LA, 70113

Re:   *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $2,830.22. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

Entergy Louisiana LLC
October 8, 2021

Sincerely,

Gabriel Sasson

Cc     David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

2

## **<u>Exhibit H</u>**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

EPIC INSURANCE BROKERS & CONSULTANTS
MICHEL AGUILAR
3000 EXECUTIVE PARKWAY, STE 325
SAN RAMON, CA, 94583

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Mr. Aguilar:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $145.16. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

EPIC INSURANCE BROKERS & CONSULTANTS
October 8, 2021


Sincerely,


Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

**Exhibit I**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

FILETRAIL INC
2505 E 6TH ST,  SUITE D
AUSTIN, TX, 78702

Re:      *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $2,344.52. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

FILETRAIL INC
October 8, 2021


Sincerely,


Gabriel Sasson

Cc       David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2

# Exhibit J

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

Francis Janitorial Services Inc.
Joycelin Francis
817 Pitt Road
Scott, LA, 70583

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $2,632.26. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

Francis Janitorial Services Inc.
October 8, 2021

Sincerely,


Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP** New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2

**<u>Exhibit K</u>**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax: 212.806.6006
gsasson@stroock.com

HGC Consulting
36 Sunrise Way
Priddis, AB, T0L 1W0
Canada

Re:    *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $16,500. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you. Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

HGC Consulting
October 8, 2021


Sincerely,


Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2

## Exhibit L

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

IMAGENET CONSULTING LLC
Kim Savage
913 NORTH BROADWAY AVE
OKLAHOMA CITY, OK, 73102

Re:   *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Ms. Savage:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $26,751.95. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

Imagenet Consulting LLC
October 8, 2021


Sincerely,


Gabriel Sasson

Cc        David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

2

**<u>Exhibit M</u>**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

Iron Mountain
1 Federal Street, 7th Floor
Boston, MA, 02110

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "<u>Plan</u>")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "<u>Confirmation Order</u>") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "<u>Effective Date</u>"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "<u>Cure Notice</u>").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "<u>Cure Amount</u>"), is $37,318.16. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

Iron Mountain
October 8, 2021


Sincerely,


Gabriel Sasson

Cc      David Dunn

# Exhibit N

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

Jackson Electric Coop Inc.
PO Box 1189
Edna, TX, 77957

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $473.87. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

Jackson Electric Coop Inc.
October 8, 2021


Sincerely,


Gabriel Sasson

Cc      David Dunn

STROOCK & STROOCK & LAVAN LLP  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

# **Exhibit O**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

LAFAYETTE UTILITIES SYSTEM
Lisa F Chaisson
1875 W Pinhook Rd #B
Lafayette, LA, 70501

Re:      *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Ms. Chaisson:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $43.32. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

LAFAYETTE UTILITIES SYSTEM
October 8, 2021

Sincerely,


Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

## Exhibit P

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

MICROSOFT LICENSING, GP
Fox Rothschild LLP
c/o Maria A. Milano
1001 4th Ave., Suite 4500
Seattle, WA, 98154

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")¹ of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $293.97. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

¹ Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

MICROSOFT LICENSING, GP
October 8, 2021


Sincerely,


Gabriel Sasson

Cc     David Dunn

# Exhibit Q

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

N DARLENE WALKER & ASSOCIATES
N. Darlene Walker
1425 BLALOCK ROAD, SUITE #200
Houston, TX, 77055

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Ms. Walker:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $17,500.00. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

N Darlene Walker & Associates
October 8, 2021

Sincerely,

Gabriel Sasson

Cc      David Dunn

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2

## Exhibit R

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

OSIsoft LLC
Lynda Himes
1600 Alvarado Street
San Leandro, CA, 94577

Re:    *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Lynda:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")¹ of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $10,443.49. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

¹ Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

OSIsoft LLC
October 8, 2021

Sincerely,


Gabriel Sasson

Cc      David Dunn

STROOCK & STROOCK & LAVAN LLP   New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2

# **Exhibit S**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

PELICAN WASTE AND DEBRIS LLC
TERESA REYMUNDO, KEVIN BARTHELEM
172 N. LACARPE CIRCLE
HOUMA, LA, 70360

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Ms. Reymundo and Mr. Barthelem:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")¹ of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $104.19. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

¹ Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

PELICAN WASTE AND DEBRIS LLC
October 8, 2021

Sincerely,


Gabriel Sasson

Cc      David Dunn

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2

## Exhibit T

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax: 212.806.6006
gsasson@stroock.com

Peregrine Oil & Gas
Timothy A. Austin
675 Bering Drive, Suite 620
Houston, TX, 77057

Re:   *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Mr. Austin:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $62,197.36. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you. Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP   New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

Peregrine Oil & Gas
October 8, 2021


Sincerely,


Gabriel Sasson

Cc      David Dunn

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2

**Exhibit U**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

Pitney Bowes Postage By Phone
1245 E. BRICKYARD RD., STE. 250
SALT LAKE CITY, UT, 84106

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $2,799.78. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

Pitney Bowes Postage By Phone
October 8, 2021


Sincerely,


Gabriel Sasson

Cc      David Dunn

**<u>Exhibit V</u>**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

QUORUM BUSINESS SOLUTIONS
ATTN: INGRID SCHULTZ
811 MAIN ST, STE 2000
HOUSTON, TX, 77002

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Ms. Schultz:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $57,818.45. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

QUORUM BUSINESS SOLUTIONS
October 8, 2021

Sincerely,


Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

2

## **Exhibit W**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

Ryan, LLC
ELISA CRUZ
THREE GALLERIA TOWER
13155 NOEL RD., STE 100
DALLAS, TX, 75240

Re:     *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear Ms. Cruz:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $1,294,629.12. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

Ryan, LLC
October 8, 2021

Sincerely,

Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

2

## Exhibit X

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

San Leon Municipal Utility District
443 24th Street
San Leon, TX, 77539

Re:    *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "<u>Plan</u>")¹ of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "<u>Confirmation Order</u>") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "<u>Effective Date</u>"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "<u>Cure Notice</u>").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "<u>Cure Amount</u>"), is $597.80. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

¹ Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

San Leon Municipal Utility District
October 8, 2021


Sincerely,


Gabriel Sasson

Cc      David Dunn

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

**<u>Exhibit Y</u>**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

SOLEX
GIOIA RUBINO
4 PIEDMONT CENTER SUITE 340
ATLANTA, GA, 30305

Re:    *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $50,165.13. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

SOLEX
October 8, 2021

Sincerely,


Gabriel Sasson

Cc      David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

# **Exhibit Z**

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

Waste Connections Bayou, Inc.
310 Lexington Drive, District No. 6187
Rayne, LA, 70578

Re:     _In re Fieldwood Energy LLC, et al._, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the _Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors_ [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the _Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief_ [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the _Amended Schedule of Assumed Contracts and Cure Amounts_ [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $27.33. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

Waste Connections Bayou, Inc.
October 8, 2021

Sincerely,


Gabriel Sasson

Cc      David Dunn

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2

# Exhibit AB

# STROOCK

October 8, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

Waste Management, Inc.
1001 Fannin, Suite 4000
Houston, TX, 77002

Re:      *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

      In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

      As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $1,433.59. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

      The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you.  Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

STROOCK & STROOCK & LAVAN LLP  New York  ·  Los Angeles  ·  Miami  ·  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  ·  T. 212.806.5400  ·  F. 212.806.6006  ·  www.stroock.com

Waste Management, Inc.
October 8, 2021


Sincerely,


Gabriel Sasson

Cc      David Dunn

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2