United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 15, 2021

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 20-33948** |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | |
| | § | **CHAPTER 11** |
| Debtors. | § | |
| | § | |
| **QUARTERNORTH ENERGY LLC AND** | § | |
| **CERTAIN OF ITS AFFILIATES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 20-3476** |
| | § | |
| **ATLANTIC MARITIME SERVICES LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court orders:

1.      Counts I, V, VII, and VIII are dismissed.

2.      Counts II, III, IV, VI and IX are not dismissed.

3.      Summary judgment is denied as to Counts II, III, and VI.

SIGNED 10/15/2021

_____
Marvin Isgur
United States Bankruptcy Judge