United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 25, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY, LLC, *et al.*, [1] | § § | Case No. **20-33948 (MI)** |
| Debtor. | § § § | (Jointly Administered) |

**ORDER GRANTING FOURTH AND FINAL FEE APPLICATION OF CONWAY MACKENZIE, LLC[2] FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2021 THROUGH AND INCLUDING AUGUST 27, 2021**

Upon consideration of the fourth and final fee application (the "Fourth and Final Fee Application or the "Final Fee Application") of Conway MacKenzie, LLC ("Conway MacKenzie") for allowance of compensation for services rendered and reimbursement of expenses incurred as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for the period from May 1, 2021 through August 27, 2021 (the "Application Period"); and the Court having reviewed the Final Fee Application; and all applicable requirements of the Bankruptcy Code and the Bankruptcy Rules having been satisfied; and sufficient notice of the Fourth and Final Fee Application having been provided and no other or further notice being required; and the Court having read and considered the Final Fee Application. No objections to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Conway MacKenzie, LLC changed its name to Riveron RTS, LLC effective September 1, 2021.

Final Fee Application have been filed.

IT IS HEREBY ORDERED THAT:

1. Conway MacKenzie is allowed, on an interim and final basis, compensation in the amount of $637,062.00 for professional services rendered as Financial Advisor to the Committee during the Application Period.

2. Conway MacKenzie is allowed the reimbursement of reasonable and necessary expenses incurred during the Application Period in connection with its services to the Committee in the amount of $7,888.99.

3. Conway MacKenzie is allowed, on a final basis, compensation for professional services rendered since the Petition Date in the amount of $4,454,424.00.

4. Conway MacKenzie is allowed, on a final basis, reimbursement for expenses incurred since the Petition date in the amount of $27,222.24.

5. The Debtors are authorized to remit payment to Conway MacKenzie in the above amounts, less all amounts, if any, that the Debtors previously paid to Conway MacKenzie on account of such fees and expenses.

6. The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Signed: October 25, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

_____