# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CHAPTER 11 |
| FIELDWOOD ENERGY LLC, *et al.*, § | |
| § | CASE NO. 20-33948 (MI) |
| Debtors. § | |
| § | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew B. Levin, do hereby certify that on October 26, 2021, I caused a copy of the **STIPULATION REGARDING RESPONSE DEADLINE TO FEE APPLICATIONS** to be served by first class mail, postage prepaid, to all parties addressed as follows:

| | |
|---|---|
| James W. Walker<br>COLE SCHOTZ P.C.<br>901 Main Street<br>Suite 4120<br>Dallas, TX 75202<br>T: (469) 557-9391<br>F: (496) 557-0361<br>Email: jwalker@coleschotz.com | Daniel F.X. Geoghan<br>COLE SCHOTZ P.C.<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>T: (646) 563-8925<br>F: (646) 563-7925<br>Email: dgeoghan@coleschotz.com |
| Michael D. Warner<br>Benjamin L. Wallen<br>PACHULSKI STANG ZIEHL & JONES LLP<br>440 Louisiana Street<br>Suite 900<br>Houston, TX 77002<br>T: (713) 691-9385<br>F: (713) 691-9407<br>Email: mwarner@pszjlaw.com;<br>bwallen@pszjlaw.com | Kenneth Pasquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>T: (212) 806-5562<br>F: (212) 806-6006<br>Email: kpasquale@stroock.com |

| | |
|---|---|
| Eric W. Wortmann<br>MANI, LITTLE & WORTMANN, PLLC<br>300 Austin Highway<br>Suite 150<br>San Antonio, TX 78209<br>T: (210) 403-9461<br>F: (210) 403-9264<br>Email: ewortmann@mlwenergylaw.com | Robert D. Albergotti<br>ALIXPARTNERS, LLP<br>1221 McKinney Street<br>Suite 3275<br>Houston, TX 77010<br>T: (713) 276-4900<br>F: (713) 276-4901<br>Email: ralbergotti@alixpartners.com |
| John-Paul Hanson<br>HOULIHAN LOKEY CAPITAL, INC<br>1001 Fannin St.<br>Suite 4650<br>Houston, TX 77002<br>T: (832) 319-5150<br>F: (832) 319-5151<br>Email: jhanson@hl.com | James Noe<br>JONES WALKER LLP<br>811 Main Street<br>Suite 2900<br>Houston, TX 77002<br>T: (713) 437-1800<br>F: (713) 437-1801<br>Email: jnoe@joneswalker.com |
| Mark A. Mintz<br>JONES WALKER LLP<br>201 St. Charles Avenue<br>49th Floor<br>New Orleans, LA 70170<br>T: (504) 582-8368<br>F: (504) 589-8368<br>Email: mmintz@joneswalker.com | Heather H. Jobe<br>Troy Hales<br>BELL NUNNALLY & MARTIN LLP<br>2323 Ross Ave.<br>Suite 1900<br>Dallas, TX 75201<br>T: (214) 740-1462<br>F: (214) 740-1499<br>Email: hjobe@bellnunnally.com;<br>          thales@bellnunnally.com |

DATED:  October 26, 2021

Andrew B. Levin
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

117745005v.1