UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

In re: Fieldwood Energy Inc.　　　　　　　　§　　Case No. 20-33949
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§　　Lead Case No. 20-33948
　　　　　　　　Debtor(s)　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　☒ Jointly Administered

# Post-confirmation Report　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

Quarter Ending Date: 09/30/2021　　　　　　　　　　　Petition Date: 08/03/2020

Plan Confirmed Date: 06/25/2021　　　　　　　　　　Plan Effective Date: 08/27/2021

This Post-confirmation Report relates to:　○ Reorganized Debtor

　　　　　　　　　　　　　　　　　　　　　⦿ Other Authorized Party or Entity: Plan Administrator
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of Authorized Party or Entity

/s/ Joseph R. Dunn　　　　　　　　　　　　　　　Joseph R. Dunn
Signature of Responsible Party　　　　　　　　　Printed Name of Responsible Party

10/28/2021
Date　　　　　　　　　　　　　　　　　　　　　Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
　　　　　　　　　　　　　　　　　　　　　　　3580 Carmel Mountain Road, Ste 300
　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92130
　　　　　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)　　　　　　　　　1

Debtor's Name Fieldwood Energy Inc.   Case No. 20-33949

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $12,467,433 | $12,467,433 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $12,467,433 | $12,467,433 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | $4,079,766 | $4,079,766 | $4,079,766 | $4,079,766 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Weil Gotshal & Manges LLP | Lead Counsel | $4,079,766 | $4,079,766 | $4,079,766 | $4,079,766 |
| ii | | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | $1,218,026 | $1,218,026 | $1,218,026 | $1,218,026 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Mintz Levin Cohn Ferris | Other | $577,792 | $577,792 | $577,792 | $577,792 |
| ii | Province, LLC | Other | $578,961 | $578,961 | $578,961 | $578,961 |
| iii | Shannon Martin Finkelstein | Other | $61,273 | $61,273 | $61,273 | $61,273 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $6,316,644 | $6,316,644 | $9,655,961 | 65% |
| b. Secured claims | $0 | $0 | $0 | $6,850,000 | 0% |
| c. Priority claims | $0 | $0 | $0 | $250,000 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $1,058,500 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?   Yes ◯   No ⦿

  If yes, give date Final Decree was entered:

  If no, give date when the application for Final Decree is anticipated: 12/31/2022

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ◯

| | |
|---|---|
| Debtor's Name Fieldwood Energy Inc. | Case No. 20-33949 |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ | David Dunn |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator | 10/28/2021 |
| Title | Date |

*In re Fieldwood Energy Inc.* [1]
Case No. 20-33949

**Notes to Post-Confirmation Report for the Quarter Ended September 30th**

Part 2

The aggregate total of "Professional fees & expenses (bankruptcy and non-bankruptcy) incurred by or on behalf of the debtor" reflects all payments made by the Plan Administrator to professionals for the pre-effective date period after the effective date.

Part 3

"Total Anticipated Payments Under Plan" are currently unknown at this time and are subject to change based on, among other things, operating expenses of the Plan Administrator and/or the estates.

The claims reconciliation process is ongoing and reporting with respect to "Allowed Claims" is premature at this time. Accordingly, all of the amounts listed with respect to "Allowed Claims" of all priority levels reflect the estimates set forth in the Disclosure Statement and any and all amounts are subject to change as the reconciliation process evolves. Therefore, the "% Paid of Allowed Claims" may be inaccurate as a result.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). While the cases of the Debtors remain open for administrative purposes, as provided by the confirmed plan, all payments and distributions have been made from accounts in the name of Fieldwood Energy III LLC or Fieldwood Energy Inc.