IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,* | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE OF UNITED STATES TRUSTEE
TO OBJECT TO WEIL, GOTSHAL & MANGES LLPs
FOURTH INTERIM AND FINAL FEE APPLICATION**

Weil, Gotshal & Manges ("**Applicant**") and the United States Trustee for Region 7 (the "**U.S. Trustee**") hereby enter into this stipulation (the "**Stipulation**") as follows:

WHEREAS, on October 12, 2021, the Applicant filed the **FOURTH AND FINAL FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP, ATTORNEYS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING (I) FOURTH FEE PERIOD OF MAY 1, 2021, THROUGH AND INCLUDING AUGUST 27, 2021, AND (II) FINAL COMPENSATION PERIOD OF AUGUST 3, 2020 THROUGH AND INCLUDING AUGUST 27, 2021** (the "Application") **(**Docket No. 2093);

WHEREAS the deadline to object to the Application is on November 2, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

WHEREAS the Applicant has agreed to extend the United States Trustee's deadline to object to the Application until November 16, 2021.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:**

1. The U.S. Trustee's deadline to file an objection to the Application is extended through and including November 16, 2021.

Date: November 1, 2021
Houston, Texas


  /s/ Alfredo R Perez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:   (713) 546-5000
Facsimile:   (713) 224-9511
Email:  Alfredo.Perez@weil.com
        Clifford.Carlson@weil.com

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Matt.Barr@weil.com
        Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

*/s/ Stephen D. Statham*
OFFICE OF THE UNITED STATES TRUSTEE
Stephen D. Statham
515 Rusk Street, Suite 3516
Houston, Texas 77002
Telephone:     (713) 718-4650
Facsimile:      (713) 718-4670
Email:  Hector Duran@usdoj.gov
            Stephen.Statham@usdoj.gov

## Certificate of Service

I hereby certify that on November 1, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Stephen D. Statham*
Stephen D. Statham