# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC**, *et al*.[1] | **Case No. 20-33948 (MI)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF COUNSEL TO SECOND INTERIM AND FINAL FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 20, 2021 THROUGH AUGUST 27, 2021

(Related Docket No. 2084)

The undersigned hereby certifies as follows:

1. On October 11, 2021, the *Second Interim and Final Fee Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation for Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 20, 2021 through August 27, 2021* [Docket No. 2084] (the "Application") was filed with the Court Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as counsel to the Official Committee of Unsecured Creditors. The deadline to file objections to the relief requested in the Application was November 1, 2021 (the "Objection Deadline").

2. After the filing of the Application, PSZJ received informal comments to the proposed order approving the Application, which informal comments were addressed and resolved

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

DOCS_NY:44373.1 27968/001

-1-

through revisions reflected in the attached revised proposed order attached hereto as **Exhibit 1**.  A redline reflecting changes to the proposed order is also attached hereto as **Exhibit 2**.

3. The undersigned counsel hereby certifies that the revised proposed order attached hereto resolves all known formal and informal comments that PSZJ received, and that no answer, objection, or other responsive pleading to the Application appears on the Court's docket.

Dated: November 2, 2021

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner, Esq.
(TX Bar No. 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile:  (713) 691-9407
Email: mwarner@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Warner*
Michael D. Warner, Esq.