**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC,** *et al.*[1] | **Case No. 20-33948 (MI)** |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF NO OBJECTION TO FOURTH AND FINAL FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIELDWOOD ENERGY LLC, ET AL., FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED DURING (I) THE INTERIM PERIOD FROM MAY 1, 2021 THROUGH AND INCLUDING AUGUST 27, 2021, AND (II) THE FINAL APPLICATION PERIOD OF AUGUST 19, 2020 THROUGH AND INCLUDING AUGUST 27, 2021**
(Related Docket No. 2085)

The undersigned hereby certifies as follows:

1. On October 11, 2021, the *Fourth And Final Fee Application Of Stroock & Stroock & Lavan LLP, As Counsel To The Official Committee Of Unsecured Creditors Of Fieldwood Energy LLC, et al., For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred During (I) The Interim Period From May 1, 2021 Through And Including August 27, 2021, And (II) The Final Application Period Of August 19, 2020 Through And Including August 27, 2021* [Docket No. 2085] (the "Application") was filed with the Court by Stroock & Stroock & Lavan LLP, as counsel to the Official Committee of Unsecured Creditors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

DOCS_NY:44427.1 27968/001

2. Responses, if any, to the Application were required to have been filed with the Court on or before November 1, 2021 (the "Response Deadline").

3. The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel. Accordingly, the undersigned respectfully requests that the form of Order granting the Application attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

Dated: November 3, 2021

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner, Esq.
(TX Bar No. 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Warner*
Michael D. Warner, Esq.