UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC**, *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| Post-Effective Date Debtors.[1] | § | |

**STIPULATION AND AGREED ORDER EXTENDING RESPONSE
DEADLINE TO CLAIM OBJECTION**

The administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors (collectively, the "Debtors," as applicable, and after the effective date of their plan of reorganization, the "Reorganized Debtors") and the Claimants (defined below) hereby stipulate and agree as follows:

**WHEREAS**, on October 6, 2021, the Plan Administrator filed that certain *Third Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Multi-Debtor Claims)* [Docket No. 2078] (this "Objection"), which, *inter alia*, seeks the disallowance of certain

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

claims filed against the Debtors, including certain claims filed by RLI Insurance Company (the "Claimant", and together with the Plan Administrator, the "Parties"), all as more fully set forth in the Objection;

**WHEREAS**, the deadline for the Claimant to object or otherwise respond to the Objection is currently November 5, 2021 (the "Response Deadline"); and

**WHEREAS**, the Parties are engaging in certain informal discussions regarding the Objection and have agreed, subject to approval of this Court, to extend the Response Deadline.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereinafter.

2. The Response Deadline for the Claimant is extended to November 19, 2021.

Dated: _____
Honorable Marvin Isgur
United States Bankruptcy Judge

**AGREED AS TO FORM AND CONTENT:**

Dated: November 4, 2021

BY: */s/ Michael D. Warner*

Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
bwallen@pszjlaw.com

-and-

Gabriel Sasson, Esq. (Admitted *pro hac vice*)
John F. Iaffaldano, Esq. (Admitted *pro hac vice*)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
gsasson@stroock.com
jiaffaldano@stroock.com

*Counsel for the Plan Administrator*

Dated: November 4, 2021

BY: */s/ Ryan D. Dry*

Ryan D. Dry (TX No. 24050532)
Elliot Scharfenberg (La. No. 35304) (*pro hac vice*)
Jonathan Ord (La. No. 35274) (*pro hac vice*)
**KREBS FARLEY & DRY, PLLC**
400 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
rdry@krebsfarley.com
escharfenberg@krebsfarley.com
jord@krebsfarley.com

-and-

Chad L. Schexnayder (AZ No. 009832)
(*pro hac vice)*
**JENNINGS, HAUG & CUNNINGHAM, LLP**
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
Telephone: (602) 234-7800
Facsimile: (602) 277-5595
CLS@JHC.Law

*Counsel for RLI Insurance Company*