IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIELDWOOD ENERGY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-33948 (MI)<br><br>(Jointly Administered) |

**ORDER GRANTING FINAL APPLICATION OF MANI LITTLE & WORTMANN, PLLC, SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM OCTOBER 21, 2020 THROUGH AND INCLUDING MARCH 31, 2021**

Upon consideration of the application (the "Application")[2] of Mani Little & Wortmann, PLLC ("Mani Little & Wortmann") as special counsel to the Official Committee of Unsecured Creditors (the "Committee"); and upon the record of the Hearing, if necessary, and upon the Court's consideration of the Application and all objections and related pleadings with respect thereto; and after due deliberation and sufficient good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Mani Little & Wortmann is hereby awarded the interim allowance of $10,212.50 for compensation for professional services and $0.00 for reimbursement of expenses for the period of January 1, 2021 through March 31, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

2. Mani Little & Wortmann is hereby awarded final allowance for the Final Compensation Period of $123,065.00 for professional services rendered to the Committee and $28,205.50 out-of-pocket expenses incurred in connection with the rendering of such services during the period from October 21, 2020 through and including March 31, 2021.

3. For the avoidance of doubt, nothing here modifies the Retention Order.

4. The Debtors are hereby authorized to immediately pay Mani Little & Wortmann any unpaid portion of such allowed fees and expenses.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2021
      Houston, Texas

THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE