## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC**, *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Post-Effective Date Debtors.**[1] | § | |

### STIPULATION AND AGREED ORDER EXTENDING RESPONSE DEADLINE TO CLAIM OBJECTION

The administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors (collectively, the "Debtors," as applicable, and after the effective date of their plan of reorganization, the "Reorganized Debtors") and the Claimants (defined below) hereby stipulate and agree as follows:

**WHEREAS**, on September 8, 2021, the Court entered that certain *Order Approving Omnibus Claims Objection Proceudres and Filing of Omnibus Claims Objections* [Docket No. 2068], which, *inter alia*, approved of certain procuedres (the "Procedures") in connection with the filing of omnibus claim objections;

**WHEREAS**, on October 6, 2021, the Plan Administrator filed that certain *Second Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the*

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

*Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Multi-Debtor Claims)* [Docket No. 2077] (this "Objection"), which, *inter alia*, seeks the disallowance of certain claims, including but not limited to Claim Nos. 747, 748, 754, 755, 759, 764, 766, 767, 768, 769, 770, 771, and 774, filed against the Debtors, including certain claims filed by Cox Oil, LLC and related entities (the "Claimants", and together with the Plan Administrator, the "Parties"), all as more fully set forth in the Objection;

**WHEREAS**, the deadline for the Claimants to object or otherwise respond to the Objection is currently November 5, 2021 (the "Response Deadline");

**WHEREAS**, the Objection is currently set to for hearing with the Court on December 8, 2021 at 10:00 a.m. (Central Time) (the "Hearing"); and

**WHEREAS**, the Parties are engaging in certain informal discussions regarding the Objection and have agreed, subject to approval of this Court, to extend the Response Deadline and adjourn the Hearing.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1.      The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereinafter.

2.      Purusant to paragraph 7 of the Procedures, the Parties have agreed to adjourn the Hearing on the Objection, solely with respect to the Claimants, to a later date to be determined, notice of which may be filed with the Court by any of the Parties, *provided*, *that*, no less than 10 buiness days notice of any continued Hearing (a "Continued Hearing") shall be provided.

3.      Claimants' Response Deadline shall be 5 business days prior to the Continued

Hearing.

Dated:                                      _____

                                            Honorable Marvin Isgur
                                            United States Bankruptcy Judge


**AGREED AS TO FORM AND CONTENT:**

Dated: November 4, 2021                      Dated: November 4, 2021

BY:   */s/ Michael D. Warner*                BY:   */s/ Michael B. Kind*

Michael D. Warner, Esq.                      **LOCKE LORD LLP**
(TX Bar No. 00792304)                        Jonathan W. Young
Benjamin L. Wallen, Esq.                     (admitted *pro hac vice*)
(TX Bar No. 24102623)                        111 Huntington Avenue
**PACHULSKI STANG ZIEHL & JONES LLP**        Boston, MA 02199
440 Louisiana Street, Suite 900              Telephone: 617-239-0367
Houston, TX 77002                            Facsimile: 855-595-1190
Telephone: (713) 691-9385                    jonathan.young@lockelord.com
mwarner@pszjlaw.com
bwallen@pszjlaw.com                          Michael B. Kind
                                             (admitted pro hac vice)
-and-                                        111 South Wacker Drive
                                             Chicago, IL 60606
Gabriel Sasson, Esq.                         Telephone: (312) 443-0700
(Admitted *pro hac vice*)                    Facsimile: (855) 595-1192
John F. Iaffaldano, Esq.                     michael.kind@lockelord.com
(Admitted *pro hac vice*)
**STROOCK & STROOCK & LAVAN LLP**            Stephen J. Humeniuk
180 Maiden Lane                              (TX Bar No. 24087770)
New York, NY 10038                           600 Congress Ave., Suite 2200
Telephone: (212) 806-5400                    Austin, TX 78701
gsasson@stroock.com                          Telephone: (512) 305-4700
jiaffaldano@stroock.com                      Facsimile: (512) 305-4800
                                             stephen.humeniuk@lockelord.com
*Counsel for the Plan Administrator*
                                             Chelsey Rosenbloom
                                             (admitted *pro hac vice*)
                                             200 Vesey Street
                                             New York, NY 10281
                                             Telephone: (212) 912-2824

3

Facsimile: (212) 812-8394
chelsey.rosenbloom@lockelord.com

*Counsel for the Claimants*