UNITED STATES DISTRICT COURT

EASTERN DISTICT OF LOUISIANA

| | | |
|---|---|---|
| **MELVIN SIGURE** | § | CIV. ACTION NO. 2:21-CV-155-SM-JVM |
| | § | |
| **VERSUS** | § | JUDGE MORGAN |
| | § | |
| **FIELDWOOD ENERGY, LLC,** | § | MAG. JUDGE VAN MEERVELD |
| **FIELDWOOD ENERGY OFFSHORE,** | § | |
| **WOOD GROUP PSN, INC., and WOOD** | § | |
| **GROUP USA, INC.** | § | |

### NOTICE OF SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that commencing August 3, 2020, Defendant Fieldwood Energy Offshore LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), each filed voluntary petitions for relief in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors' cases are being jointly administered under Case No. 20-33948. Copies of the Debtor's chapter 11 voluntary petition is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. §§ 362(a)(1), 362(a)(3).

{N1854814 -}

**EXHIBIT 2**

**PLEASE BE FURTHER ADVISED** that any action against any of the Debtors without obtaining from the Bankruptcy Court relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory rights to seek relief in the Bankruptcy Court from any action by Plaintiff or other parties to this litigation or any judgment, order, or ruling entered in violation of the Automatic Stay.

In the event the Court or any parties has questions regarding the Debtor's bankruptcy cases, please contact Debtors' counsel:

**WEIL, GOTSHAL & MANGES LLP**
Matthew S. Barr (Matt.Barr@weil.com)
Alfredo Pérez (Alfredo.Perez@weil.com)
Jessica Liou (Jessica.Liou@weil.com)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

New Orleans, Louisiana
This 2nd day of March, 2021

Respectfully submitted:

/s/ James D. Bercaw
James D. Bercaw, T.A. (20492)
**KING & JURGENS, L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Email: jbercaw@kingkrebs.com

Counsel for defendants,
Fieldwood Energy LLC and
Fieldwood Energy Offshore LLC

{N1854814 -}