**Prime Clerk**
Grand Central Station, PO Box 4850
New York, NY 10163-4850

9 APR 2021 PM 12 L

U.S. POSTAGE >> PITNEY BOWES

ZIP 10165  $ 000.51⁰
02 4W
0000349747 APR 08 2021

In re Fieldwood Energy LLC
Case No. 20-33948
United States Bankruptcy Court for the Southern District of Texas (Houston)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 3/31/2021
Proof of Claim No.: 957

For additional information, please visit http://cases.primeclerk.com/FieldwoodEnergy, or call us at 855-631-5346.

Melvin Sigure
David C. Whitmore
701 Poydras Street, Suite 4100
New Orleans, LA 70139



EXHIBIT 3