# David Whitmore

| | |
|---|---|
| **From:** | Choi, Erin <Erin.Choi@weil.com> |
| **Sent:** | Wednesday, March 31, 2021 10:38 PM |
| **To:** | Perez, Alfredo; David Whitmore |
| **Subject:** | RE: In Re: Fieldwood Energy, LLC - Our client:  Melvin Sigure |

Hi David,

I will give you a call tomorrow to discuss.

Best,
Erin

**Weil**

Erin M. Choi

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
erin.choi@weil.com
+1 214 746 8184 Direct
+1 732 357 5080 Cell
+1 214 746 7777 Fax

**From:** Perez, Alfredo <alfredo.perez@weil.com>
**Sent:** Wednesday, March 31, 2021 5:50 PM
**To:** David Whitmore <dcw@nola-law.com>
**Cc:** Choi, Erin <Erin.Choi@weil.com>
**Subject:** RE: In Re: Fieldwood Energy, LLC - Our client: Melvin Sigure

David,

Got your voicemail.  Copying Erin, who has been handling the lift stays.

**Weil**

Alfredo R Pérez

Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1700
Houston, TX 77002-2755
alfredo.perez@weil.com
+1 713 546 5040 Direct
+1 713 825 6643 Mobile



EXHIBIT 4

1

**From:** David Whitmore <dcw@nola-law.com>
**Sent:** Wednesday, March 31, 2021 3:29 PM
**To:** Perez, Alfredo <alfredo.perez@weil.com>
**Subject:** In Re: Fieldwood Energy, LLC - Our client: Melvin Sigure

Mr. Perez:

I left a voicemail for you today. I represent Melvin Sigure in a personal injury action in the Eastern District of Louisiana in which Fieldwood Energy and Fieldwood Energy Offshore have been named as defendants; Jim Bercaw has filed a Notice of Bankruptcy in that matter. He also indicated that there may be no opposition to lifting the stay.

In that regard, I have drafted the attached Motion and Order. Please give me call to discuss or otherwise respond with your thoughts. I recently had a claim in the Hornbeck Offshore bankruptcy in the Southern District and there was a provision in that proceeding that they stay would not affect certain personal injury matters; I don't know if there is a similar provision in the current Fieldwood bankruptcy or if there is some other way other than the attached motion by which you would suggest to proceed.

Please give me a call to discuss. I am still working remotely for the most part (although I have started to go to the office more now that I have been vaccinated). The best way to reach me is by e-mail or cell: (504) 415-1088.

Best regards,

# David C. Whitmore, Esq.
**Blake Jones Law Firm, LLC**
701 Poydras St., Ste. 4100
New Orleans, Louisiana 70139
**Office:** 504.525.4361
**Fax:** 504.525.4380
**Cell:** 504.415.1088
**Email:** dcw@nola-law.com

**Confidentiality Notice**

This electronic transmission (and/or the documents accompanying it) contains confidential information belonging to the sender which may also be privileged and which is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure of the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-4361 to arrange for return of document(s).

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

# David Whitmore

| | |
|---|---|
| From: | Choi, Erin <Erin.Choi@weil.com> |
| Sent: | Wednesday, April 7, 2021 10:15 AM |
| To: | David Whitmore |
| Cc: | Miller, Ron; Simmons, Kevin |
| Subject: | In Re: Fieldwood Energy, LLC - Melvin Sigure |
| Attachments: | FWE  Proposed Stipulated Order Lifting Automatic Stay - Sigure-v2.docx |

Hi David,

As discussed, attached please find a draft stipulation to lift the stay based on the template we have been using in Fieldwood's bankruptcy case.  Please let us know if we have permission to affix your electronic signature and get this on file, and feel free to call me on my cell at 732.357.5080 with any questions.

Best,
Erin

**Weil**

Erin M. Choi

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
erin.choi@weil.com
+1 214 746 8184 Direct
+1 732 357 5080 Cell
+1 214 746 7777 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.