**United States Bankruptcy Court**
**For the Southern District of Texas**

In re: Fieldwood Energy LLC

Chapter 11

Case No. 20-33948

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that United Fire & Safety LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
United Fire & Safety LLC
2804 West Admiral Doyle Drive
New Iberia, LA 70560

Additional Former Address
United Fire & Safety LLC
PO Box 9714
New Iberia, LA 70562

New Address
United Fire & Safety LLC
c/0 Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012
Email address:
bbrager@bradfordcapitalmgmt.com

I declare that the foregoing is true and correct.

Authorized Signatory for:

United Fire & Safety LLC

By: _____
Name: Hayden LeBeuve
Title: CEO
Date: 11/10/21