**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Post-Effective Date Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**CERTIFICATE OF NO OBJECTION TO THE FOURTH AND FINAL
FEE APPLICATION OF JONES WALKER LLP FOR ALLOWANCE
AND PAYMENT OF FEES AND EXPENSES AS SPECIAL COUNSEL FOR
DEBTORS FOR THE PERIOD MAY 1, 2021 THROUGH AUGUST 27, 2021**
**[Relates to Docket No. 2089]**

1.      On October 12, 2021, Jones Walker LLP ("Jones Walker"), special counsel for Fieldwood Energy LLC and its affiliated debtors and debtors in possession in the above-referenced jointly administered chapter 11 cases (collectively, the "Debtors"), filed the *Fourth and Final Fee Application of Jones Walker LLP for Allowance and Payment of Fees and Expenses as Special Counsel for Debtors for the Period May 1, 2021 through August 27, 2021* [Docket No. 2089] (the "Application").

2.      In accordance with the *Stipulation Regarding Response Deadline to Fee Applications* [Docket No. 2103], objections to the final relief sought under the Application were

---

[1]      The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

{HD119627.1}

required to be filed by November 2, 2021 (the "Objection Deadline").

3.      In accordance with paragraph 44 of the *Procedures for Complex Chapter 11 Cases of the Southern District of Texas*, Jones Walker files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed; (ii) Jones Walker is unaware of any objection to the Application; and (iii) Jones Walker has reviewed the Court's docket, and no objection to the Application appears thereon.

4.      Therefore, Jones Walker respectfully requests entry of the proposed form of order attached hereto at the earliest convenience of the Court.

[*The remainder of this page is intentionally left blank.*]

Dated:  November 10, 2021

Respectfully submitted,

**JONES WALKER LLP**

 /s/ James Noe
James Noe (TX Bar No. 24040178)
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:   713-437-1800
Fax:   713-437-1801
Email: jnoe@joneswalker.com

-and-

Mark A. Mintz (SDTX No. 1140193)
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel:   504-582-8368
Fax:   504-589-8368
Email: mmintz@joneswalker.com

***Special Counsel for Fieldwood Energy, LLC et al.***


## CERTIFICATE OF SERVICE

I certify that on November 10, 2021 a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.


/s/ Alfredo R. Pérez
Alfredo R. Pérez