IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] | § § § | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Post-Effective Date Debtors in the above-captioned chapter 11 cases.

On November 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on HGC Consulting (MMLID: 12409997), 36 Sunrise Way, Priddis Greens, AB, T0L 1W3, Canada:

- FWE - Letter to Cure Recipients - HGC Consulting, attached hereto as **Exhibit A**

On November 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Order Approving Omnibus Claims Objection Procedures and Filing of Omnibus Claims Objections [Docket No. 2068]

- Plan Administrator's Third Omnibus Objection to Claims Seeking to Disallow Certain Claims (Multi-Debtor Claims) [Docket No. 2078]

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

Dated: November 5, 2021

                                                                      */s/ Nuno Cardoso*
                                                                      Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 5, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 57691

## **EXHIBIT A**

# STROOCK

September 21, 2021

Gabriel Sasson
Direct Dial: 212.806.5669
Fax: 212.806.6006
gsasson@stroock.com

HGC Consulting
36 Sunrise Way
Priddis, AB, T0L 1W0
Canada

Re:   *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

To Whom it May Concern:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] of the above-captioned Debtors, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Court on June 25, 2021, and the occurrence of the effective date on August 27, 2021 (the "Effective Date"), you are entitled to receive payment for the amount set forth in the *Amended Schedule of Assumed Contracts and Cure Amounts* [Docket No. 1456] (the "Cure Notice").

As specified in the Cure Notice, the amount due in order to "cure" all "defaults" under your applicable agreements, within the meaning of section 365(b) of the Bankruptcy Code (the "Cure Amount"), is $16,500. Upon the occurrence of the Effective Date, entry of the Confirmation Order constituted approval of the contract assumptions and Cure Amounts specified in the Cure Notice.

The Plan Administrator intends to make distributions of the Cure Amounts in the coming days. By response to this letter, please (i) confirm that the Cure Amount set forth herein is correct, and (ii) provide payment information (either (a) wiring instructions, or (b) your mailing address for payment by check) for the Plan Administrator to disburse the Cure Amount to you. Responses and payment information should be sent to Josh Pupkin at AlixPartners (jpupkin@alixpartners.com) in order to process and initiate payment of the Cure Amount.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

HGC Consulting
September 21, 2021

Sincerely,

Gabriel Sasson

Cc    David Dunn

**STROOCK & STROOCK & LAVAN LLP**  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2

# **EXHIBIT B**

Exhibit B

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 12338118 | Arena Offshore, LP | General Counsel | 2103 Research Forest Drive | Suite 200 | The Woodlands | TX | 77380 |
| 12278256 | HCC International Insurance Company LLC | c/o Tokio Marine HCC | Martyn David Ward, Managing Director- Credit & Sure | 13403 Northwest Freeway | Houston | TX | 77040 |
| 12340077 | Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., Talos Production Inc. | Deborah Huston | 3861 Ambassador Caffery Parkway | Suite 200 | Lafayette | LA | 70503 |

In re: Fieldwood Energy III LLC, *et al.*
Case No. 20-33948 (MI)