2100 B (12/15)

# United States Bankruptcy Court

Southern District of Texas
Case No. 20-33948
Chapter 11

In re: Debtor(s) (including Name and Address)

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200
Houston TX 77042

The Official Committee of Unsecured Cred
2000 W Sam Houston Pkwy S
Suite 1200
Houston TX 77042

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/10/2021.

Name and Address of Alleged Transferor(s):

Claim No. : United Fire & Safety LLC, PO Box 9714, New Iberia, LA 70562

Name and Address of Transferee:

Bradford Capital Holdings, LP
P.O. Box 4353
Clifton, NJ 07012

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/12/21

**CLERK OF THE COURT**

United States Bankruptcy Court

Southern District of Texas

In re:  Case No. 20-33948-mi

Fieldwood Energy LLC  Chapter 11

The Official Committee of Unsecured Cred

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 11979747 | + | United Fire & Safety LLC, PO Box 9714, New Iberia, LA 70562-9714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron James Power | on behalf of Interested Party Subsea 7 LLC apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com |
| Abigail V. O'Brient | on behalf of Other Prof. David M. Dunn  as Plan Administrator aobrient@mintz.com, DEHashimoto@mintz.com;docketing@mintz.com |
| Alfredo R Perez | on behalf of Debtor Fieldwood SD Offshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Bandon Oil and Gas GP  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |

District/off: 0541-4                           User: ADIuser                              Page 2 of 16
Date Rcvd: Nov 10, 2021                        Form ID: trc                               Total Noticed: 1

| Alfredo R Perez | |
|---|---|
| | on behalf of Debtor Fieldwood Energy Inc. alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Plaintiff Fieldwood Energy  LLC and GOM Shelf LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Plan Administrator and Certain Post-Effective Date Debtors alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Fieldwood Energy Offshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Galveston Bay Processing LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Interested Party QuarterNorth Energy LLC and certain of its affiliates alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Fieldwood Energy LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Galveston Bay Pipeline LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor FW GOM Pipeline  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Bandon Oil and Gas  LP alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor GOM Shelf LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Dynamic Offshore Resources NS  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Fieldwood Energy SP LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Fieldwood Offshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Fieldwood Onshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Plaintiff Fieldwood Energy LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil. |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Andrew A Braun
    on behalf of Creditor TGS-NOPEC Geophysical Company abraun@glllaw.com

Andrew A Braun
    on behalf of Creditor A2D TECHNOLOGIES INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES abraun@glllaw.com

Andrew A Braun
    on behalf of Creditor TGS AP Investments AS abraun@glllaw.com

Andrew A Braun
    on behalf of Creditor Westerngeco LLC abraun@glllaw.com

Andrew A Braun
    on behalf of Creditor TGS-NOPEC Geophysical Company ASA abraun@glllaw.com

Audrey Lorene Hornisher
    on behalf of Creditor Martin Energy Services LLC audrey.hornisher@clarkhillstrasburger.com mina.alvarez@clarkhillstrasburger.com

Barnet B Skelton, Jr
    on behalf of Creditor Houston Energy Deepwater Ventures I barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor Red Willow Offshore LLC barnetbjr@msn.com

Ben L Aderholt
    on behalf of Creditor DeepSea Quality Consulting Inc. baderholt@coatsrose.com, vhernandez@coatsrose.com

Benjamin W Kadden
    on behalf of Creditor Heartland Compression Services L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Warrior Energy Services Corporation bkadden@lawla.com mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Wild Well Control Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Deligans Valves Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Superior Energy Services L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Workstrings International LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor HB Rentals LC bkadden@lawla.com, mnguyen@lawla.com

Bradley Clay Knapp
    on behalf of Creditor ConocoPhillips Company bknapp@lockelord.com Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor Merit Energy Company bknapp@lockelord.com Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor W&T Offshore Inc. bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor McMoran Oil & Gas LLC bknapp@lockelord.com Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor Burlington Resources Offshore bknapp@lockelord.com Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor The Louisiana Land & Exploration Company bknapp@lockelord.com Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor Freeport-McMoRan Oil & Gas LLC bknapp@lockelord.com Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor W&T Energy VI LLC bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor U.S. Specialty Insurance Company bknapp@lockelord.com Yamille.Harrison@lockelord.com

Brandon Kevin Bains
    on behalf of Creditor Liberty Mutual Insurance Company bbains@l-llp.com langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

Brandon Kevin Bains
  on behalf of Creditor Travelers Casualty and Surety Company of America bbains@l-llp.com
  langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
  on behalf of Creditor XL Specialty Insurance Co bbains@l-llp.com
  langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
  on behalf of Creditor The Hanover Insurance Company bbains@l-llp.com
  langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker
  on behalf of Creditor XL Systems L.P. brian.baker@stacybakerlaw.com

Brian A. Baker
  on behalf of Creditor National Oilwell Varco L.P. brian.baker@stacybakerlaw.com

Brian A. Baker
  on behalf of Defendant Renaissance Offshore LLC brian.baker@stacybakerlaw.com

Brian A. Baker
  on behalf of Creditor NOV Process & Flow Technologies US Inc. brian.baker@stacybakerlaw.com

Brian A. Baker
  on behalf of Creditor Renaissance Offshore LLC brian.baker@stacybakerlaw.com

Bruce J Ruzinsky
  on behalf of Creditor Aker Solutions Inc. bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
  on behalf of Interested Party Jackson Walker LLP bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Buffey E Klein
  on behalf of Creditor 2M Oilfield Group Inc. buffey.klein@huschblackwell.com
  christine.deacon@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

C Brannon Robertson
  on behalf of Defendant Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
  gabrielle.martinez@trialattorneytx.com

C Brannon Robertson
  on behalf of Counter-Claimant Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
  gabrielle.martinez@trialattorneytx.com

C Brannon Robertson
  on behalf of Creditor Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
  gabrielle.martinez@trialattorneytx.com

Catherine Allyn Diktaban
  on behalf of Interested Party Apache Corporation cdiktaban@huntonak.com

Charles A Beckham, Jr
  on behalf of Interested Party Cantor Fitzgerald Securities as DIP Agent beckhamc@haynesboone.com,
  kenneth.rusinko@haynesboone.com

Charles A Beckham, Jr
  on behalf of Creditor Ad Hoc Group of Secured Lenders beckhamc@haynesboone.com kenneth.rusinko@haynesboone.com

Charles Brittain Walther
  on behalf of Creditor George Canjar bwalther@wwmlawyers.com

Charles Brittain Walther
  on behalf of Creditor John A Sansbury Jr bwalther@wwmlawyers.com

Charles Brittain Walther
  on behalf of Creditor Jeffrey W Faw bwalther@wwmlawyers.com

Charles Brittain Walther
  on behalf of Creditor Mark Howard Gillespie bwalther@wwmlawyers.com

Charles Brittain Walther
  on behalf of Creditor Michael Howard Clark bwalther@wwmlawyers.com

Charles Brittain Walther
  on behalf of Creditor Edward C Stengel bwalther@wwmlawyers.com

Charles Michael Rubio
  on behalf of Creditor Island Operating Company Inc crubio@parkinslee.com
  7485062420@filings.docketbird.com;arodriguez@parkinslee.com

Charles Stephen Kelley
  on behalf of Creditor Welltec Inc. ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Case 20-33948   Document 2195   Filed in TXSB on 11/12/21   Page 6 of 17

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

Christopher Joseph Piasecki
    on behalf of Creditor Universal Equipment  Inc. cpiasecki@davidsonmeaux.com

Clay Marshall Taylor
    on behalf of Creditor Marathon Oil Company clay.taylor@bondsellis.com  krista.hillman@bondsellis.com

Constantine Z Pamphilis
    on behalf of Creditor Committee SLTL Ad Hoc Committee dpamphilis@kasowitz.com  courtnotices@kasowitz.com

Craig A Ryan
    on behalf of Creditor Callon Petroleum Company ryanc@onebane.com  stoutej@onebane.com

Cynthia Castanon
    on behalf of Creditor Renaissance Offshore  LLC Cynthia.castanon@stacybakerlaw.com

Cynthia Castanon
    on behalf of Defendant Renaissance Offshore LLC Cynthia.castanon@stacybakerlaw.com

Danielle Rushing
    on behalf of Creditor Valero Marketing and Supply Company drushing@dykema.com

Danielle Rushing
    on behalf of Counter-Claimant Valero Marketing and Supply Company drushing@dykema.com

David Christopher Whitmore
    on behalf of Creditor Melvin Sigure dcw@nola-law.com

David S Elder
    on behalf of Creditor Oceaneering International Inc. dselder@foley.com  rdiep@foley.com;david-elder-1574@ecf.pacerpro.com

Deborah Daywood Williamson
    on behalf of Creditor Valero Marketing and Supply Company dwilliamson@dykema.com  maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson
    on behalf of Counter-Claimant Valero Marketing and Supply Company dwilliamson@dykema.com  maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson
    on behalf of Defendant Valero Marketing and Supply Company dwilliamson@dykema.com  maraiza@dykema.com;lvasquez@dykema.com

Deirdre Carey Brown, pllc
    on behalf of Creditor XTO Energy  Inc. dbrown@forsheyprostok.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com

Deirdre Carey Brown, pllc
    on behalf of Creditor ExxonMobil Corporation dbrown@forsheyprostok.com  dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com

Devan Joan Dal Col
    on behalf of Creditor Hess Corporation ddalcol@reedsmith.com

Diane Wade Sanders
    on behalf of Creditor Lavaca County austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor Live Oak CAD austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor Starr County austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor Rio Grande City CISD austin.bankruptcy@publicans.com

Donna T Parkinson
    on behalf of Creditor R360 Environmental Solutions  LLC donna@parkinsonphinney.com

Douglas Saul Friedman
    on behalf of Creditor Renaissance Offshore  LLC doug.friedman@stacybakerlaw.com

Douglas Saul Friedman
    on behalf of Defendant Renaissance Offshore LLC doug.friedman@stacybakerlaw.com

Duane J Brescia
    on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com

Duane J Brescia
    on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

Duane J Brescia
    on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Edward L Ripley
    on behalf of Creditor Texaco Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley
    on behalf of Creditor Noble Energy  Inc. eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley
    on behalf of Creditor Chevron U.S.A. Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley
    on behalf of Creditor Union Oil Company of California eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley
    on behalf of Creditor Unocal Pipeline Company eripley@andrewsmyers.com  sray@andrewsmyers.com

Elizabeth M Guffy
    on behalf of Creditor HCC International Insurance Company PLC eguffy@lockelord.com  eguffy@ecf.axosfs.com

Elizabeth M Guffy
    on behalf of Defendant HCC International Insurance Company PLC eguffy@lockelord.com  eguffy@ecf.axosfs.com

Elliot W Scharfenberg
    on behalf of Interested Party RLI Insurance Company escharfenberg@kfplaw.com

Emilio Fernando DeAyala
    on behalf of Plaintiff Fieldwood Energy Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
    on behalf of Plaintiff Fieldwood Energy LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
    on behalf of Plaintiff Fieldwood SD Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
    on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates DeAyala@buckkeenan.com  myers@buckkeenan.com

Eric Michael English
    on behalf of Creditor Talos Energy LLC eenglish@porterhedges.com
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Eric Michael English
    on behalf of Creditor Talos Energy Inc. eenglish@porterhedges.com
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Florence Bonaccorso-Saenz
    on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov

H Kent Aguillard
    on behalf of Creditor DLS  LLC kent@aguillardlaw.com, gina@aguillardlaw.com

Heather Helene Jobe
    on behalf of Creditor Ryan  LLC heatherj@bellnunnally.com, agreen@bellnunnally.com

Hector Duran, Jr
    on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Helen Hemingway McLaughlin
    on behalf of Plaintiff Fieldwood SD Offshore LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
    on behalf of Plaintiff Fieldwood Energy LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
    on behalf of Plaintiff Fieldwood Energy Offshore LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
    on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates hmclaughlin@buckkeenan.com

J Robert Forshey
    on behalf of Creditor XH LLC bforshey@forsheyprostok.com
    calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
    ;jjones@forsheyprostok.com

J Robert Forshey
    on behalf of Creditor XTO Offshore  Inc. bforshey@forsheyprostok.com,
    calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
    ;jjones@forsheyprostok.com

J Robert Forshey
    on behalf of Creditor ExxonMobil Corporation bforshey@forsheyprostok.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com;jjones@forsheyprostok.com

J Robert Forshey
    on behalf of Creditor XTO Energy Inc. bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com;jjones@forsheyprostok.com

J Robert Forshey
    on behalf of Creditor HHE Energy Company bforshey@forsheyprostok.com calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com;jjones@forsheyprostok.com

J. David Forsyth
    on behalf of Interested Party Helis Oil & Gas Company LLC jdf@sessions-law.com

James B. Bailey
    on behalf of Creditor Bedrock Petroleum Consultants LLC jbailey@bradley.com, jbailey@ecf.courtdrive.com

James Harmon Hall
    on behalf of Creditor Aubrey Wild James@chzfirm.com

James R Prince
    on behalf of Creditor Hunt Oil Company Chieftain International (U.S.) L.L.C., and Hunt Chieftain Development, L.P. jim.prince@bakerbotts.com, BankruptcyDallas@bakerbotts.com;jim-prince-2090@ecf.pacerpro.com

James Robert MacNaughton
    on behalf of Creditor Gibson Applied Technology & Enginnering robert@porterpowers.com

James W Walker
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jwalker@coleschotz.com ahickey@coleschotz.com;amacias@coleschotz.com

Jameson Joseph Watts
    on behalf of Creditor 2M Oilfield Group Inc. jameson.watts@huschblackwell.com penny.keller@huschblackwell.com;jameson-watts-4163@ecf.pacerpro.com;Christine.deacon@huschblackwell.com

Jan M Hayden
    on behalf of Creditor Samson Contour Energy E & P LLC jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Jan M Hayden
    on behalf of Creditor Samson Offshore Mapleleaf LLC jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Jason George
    on behalf of Debtor Fieldwood Energy LLC jason.george@weil.com

Jason B. Binford
    on behalf of Interested Party Texas General Land Office Jason.binford@oag.texas.gov

Jason B. Binford
    on behalf of Interested Party Railroad Commission of Texas Jason.binford@oag.texas.gov

Jason M Rudd
    on behalf of Interested Party TC Oil Louisiana LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M Rudd
    on behalf of Interested Party Tana Exploration Company LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jeffery Dayne Carruth
    on behalf of Creditor Halliburton Energy Services Inc. jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Jeri Leigh Miller
    on behalf of Interested Party ILX Prospect Katmai LLC jeri.miller@sidley.com, jeri-leigh-miller-8108@ecf.pacerpro.com

Jeri Leigh Miller
    on behalf of Interested Party Ridgewood Katmai LLC jeri.miller@sidley.com, jeri-leigh-miller-8108@ecf.pacerpro.com

Jeri Leigh Miller
    on behalf of Creditor Ridgewood Energy Corporation jeri.miller@sidley.com jeri-leigh-miller-8108@ecf.pacerpro.com

Jerome Harold Moroux
    on behalf of Creditor Claboryan Lewis jerome@broussard-david.com

Jerome Harold Moroux
    on behalf of Creditor Duane Landry jerome@broussard-david.com

Jessica Liou
    on behalf of Debtor Fieldwood Energy LLC Jessica.Liou@weil.com

Joel Cameron Simon

| | |
|---|---|
| | on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com |
| Joel Cameron Simon | |
| | on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com |
| John A Mouton, III | |
| | on behalf of Creditor Process Piping Materials Inc. john@jmoutonlaw.com |
| John A Mouton, III | |
| | on behalf of Creditor Derrick Daniels john@jmoutonlaw.com |
| John A Mouton, III | |
| | on behalf of Creditor Intracoastal Liquid Mud Inc. john@jmoutonlaw.com |
| John E Mitchell | |
| | on behalf of Creditor Sea Robin Pipeline Company LLC john.mitchell@katten.com |
| John E Mitchell | |
| | on behalf of Creditor Florida Gas Transmission Company LLC john.mitchell@katten.com |
| John E Mitchell | |
| | on behalf of Creditor Trunkline Gas Company LLC john.mitchell@katten.com |
| John E Mitchell | |
| | on behalf of Creditor Stingray Pipeline Company LLC john.mitchell@katten.com |
| John E.W. Baay, II | |
| | on behalf of Creditor LLOG Exploration Offshore L.L.C. jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor TGS AP Investments AS jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor A2D TECHNOLOGIES INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor TGS-NOPEC Geophysical Company ASA jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor LLOG Energy L.L.C. jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor Westerngeco LLC jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor TGS-NOPEC Geophysical Company jbaay@glllaw.com |
| John F Higgins, IV | |
| | on behalf of Interested Party Kilgore Marine jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John P Dillman | |
| | on behalf of Creditor Starr County houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Harris County houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Live Oak CAD houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Jefferson County houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Lavaca County houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Matagorda County houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Galveston County houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Rio Grande City CISD houston_bankruptcy@publicans.com |
| John S Mayer | |
| | on behalf of Creditor Solar Turbines Incorporated jmayer@rossbanks.com |
| John T Banks | |

Case 20-33948   Document 2195   Filed in TXSB on 11/12/21   Page 10 of 17

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 9 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Colorado County jbanks@pbfcm.com  jbanks@ecf.inforuptcy.com |
| John Zachary Balasko | |
| | on behalf of Creditor U.S. Department of the Interior john.z.balasko@usdoj.gov |
| Jonathan Steven Ord | |
| | on behalf of Interested Party RLI Insurance Company jord@krebsfarley.com |
| Joseph Lomax Jordan, Jr | |
| | on behalf of Creditor AGI Industries Inc maxjordanlaw@lusfiber.net  maxjordan@cox.net |
| Joseph Lomax Jordan, Jr | |
| | on behalf of Creditor AGI Packaged Pump Systems maxjordanlaw@lusfiber.net  maxjordan@cox.net |
| Joseph R. Dunn | |
| | on behalf of Other Prof. David M. Dunn  as Plan Administrator jrdunn@mintz.com, TLMayo@mintz.com;docketing@mintz.com |
| Joshua Nielson Eppich | |
| | on behalf of Creditor EOG Resources  Inc. Joshua@BondsEllis.com, Joyce.Rehill@BondsEllis.com |
| Joshua W. Wolfshohl | |
| | on behalf of Creditor Diverse Safety & Scaffolding  LLC jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com |
| Juan M Castillo | |
| | on behalf of Creditor Macquarie Corporate and Asset Funding Inc. jcastillo@fcbtxlaw.com  anichols@fcbtxlaw.com |
| Karl Daniel Burrer | |
| | on behalf of Interested Party BP Exploration & Production Inc. burrerk@gtlaw.com  jamrokg@gtlaw.com, |
| Kelly Singer | |
| | on behalf of Interested Party Ecopetrol America LLC Kelly.singer@squirepb.com sarah.conley@squirepb.com,kelly-e-singer-8448@ecf.pacerpro.com |
| Kenneth P. Green | |
| | on behalf of Creditor SBM Gulf Production LLC ken@snow-green.com  janis@snow-green.com;laura@snow-green.com |
| Kevin Chiu | |
| | on behalf of Creditor EnVen Energy Ventures  LLC kevin.chiu@bakerbotts.com |
| Kevin M Maraist | |
| | on behalf of Creditor Archrock Services  LP kmaraist@albmlaw.com |
| Kevin M Maraist | |
| | on behalf of Creditor Archrock Partners Operating  LLC and Archrock Service LP kmaraist@albmlaw.com |
| Kim Bernard Battaglini | |
| | on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company kbattaglini@strongpipkin.com |
| Kim Bernard Battaglini | |
| | on behalf of Creditor North American Specialty Insurance Company kbattaglini@strongpipkin.com |
| Lacey E. Rochester | |
| | on behalf of Creditor Fugro USA Marine  Inc. lrochester@bakerdonelson.com, cbretz@bakerdonelson.com |
| Lambert M Laperouse | |
| | on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited laperouse@glllaw.com  hherrick@glllaw.com |
| Larry Preston Walton | |
| | on behalf of Creditor Deep Sea Development Services  Inc. larrypwalton@larrypwalton.com |
| Leann Opotowsky Moses | |
| | on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited moses@carverdarden.com Langley@carverdarden.com;8167471420@filings.docketbird.com |
| Leann Opotowsky Moses | |
| | on behalf of Creditor C-Dive  L.L.C. moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com |
| Lee E Woodard | |
| | on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company LWoodard@HarrisBeach.com, efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com |
| Lee E Woodard | |
| | on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., Endurance American Insurance Company, Ironshore Specialty Insurance Company LWoodard@HarrisBeach.com, efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com |
| Lee E Woodard | |
| | on behalf of Creditor Lexon Insurance Company and Endurance American Insurance Company LWoodard@HarrisBeach.com efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com |

Case 20-33948   Document 2195   Filed in TXSB on 11/12/21   Page 11 of 17

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 10 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

Lisa Ann Powell
    on behalf of Creditor Oil States Energy Services  LLC Lisa.Powell@fisherbroyles.com

Lisa M. Norman
    on behalf of Creditor Noble Energy  Inc. lnorman@andrewsmyers.com, kbocco@andrewsmyers.com

Lisa M. Norman
    on behalf of Creditor Chevron U.S.A. Inc. lnorman@andrewsmyers.com  kbocco@andrewsmyers.com

Lloyd A. Lim
    on behalf of Creditor ITC Global  Inc. llim@balch.com, rkubanda@balch.com;nmata@balch.com;smckitt@balch.com

Lynda Lee Lankford
    on behalf of Creditor XTO Energy  Inc. llankford@forsheyprostok.com, calendar@forsheyprostok.com;jjones@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com

Lynda Lee Lankford
    on behalf of Creditor ExxonMobil Corporation llankford@forsheyprostok.com calendar@forsheyprostok.com;jjones@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com

Mark Alan Platt
    on behalf of Creditor CGG Services (U.S.) Inc. mplatt@fbtlaw.com  dwillliams@fbtlaw.com;mluna@fbtlaw.com

Mark Alan Platt
    on behalf of Creditor CCG Services (U.S.) Inc. mplatt@fbtlaw.com  dwillliams@fbtlaw.com;mluna@fbtlaw.com

Mark D Sherrill
    on behalf of Interested Party Nautilus Pipeline Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark D Sherrill
    on behalf of Interested Party Manta Ray Offshore Gathering Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark S. Finkelstein
    on behalf of Creditor Trendsetter Engineering  Inc. mfinkelstein@smfadlaw.com, rjones@smfadlaw.com

Marvin E Sprouse, III
    on behalf of Creditor Cortex Business Solutions USA LLC msprouse@sprousepllc.com  sprouselawfirm@gmail.com

Matthew D Cavenaugh
    on behalf of Creditor Valaris plc mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh
    on behalf of Defendant Atlantic Maritime Services LLC mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh
    on behalf of Creditor Atlantic Maritime Services  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com

Matthew J. Pyeatt
    on behalf of Creditor Goldman Sachs Bank USA mpyeatt@velaw.com

Melissa E Valdez
    on behalf of Creditor Sheldon Independent School District mvaldez@pbfcm.com osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com

Melissa E Valdez
    on behalf of Creditor Sheldon Independent School District  et al mvaldez@pbfcm.com, osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com

Michael Fishel
    on behalf of Interested Party Ridgewood Katmai  LLC mfishel@sidley.com, michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel
    on behalf of Interested Party ILX Prospect Katmai  LLC mfishel@sidley.com, michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel
    on behalf of Creditor Ridgewood Energy Corporation mfishel@sidley.com michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael D Warner
    on behalf of Interested Party The Official Committee of Unsecured Creditors mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Other Prof. David M. Dunn  as Plan Administrator mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael Edward Collins
    on behalf of Defendant Philadelphia Indemnity Insurance Company mcollins@manierherod.com  rmiller@manierherod.com

Michael Edward Collins

Case 20-33948   Document 2195   Filed in TXSB on 11/12/21   Page 12 of 17

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 11 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Philadelphia Indemnity Insurance Company mcollins@manierherod.com   rmiller@manierherod.com |
| Michael P Ridulfo | |
| | on behalf of Creditor Multiklient Invest AS mridulfo@krcl.com   rcoles@krcl.com |
| Michael P Ridulfo | |
| | on behalf of Creditor Sparrows Offshore  LLC mridulfo@krcl.com, rcoles@krcl.com |
| Millard A Johnson | |
| | on behalf of Creditor Ankor E&P Holdings Corporation mjohnson@jdkglaw.com tjorge-borges@jdkglaw.com;ssherman@jdkglaw.com |
| Millard A Johnson | |
| | on behalf of Creditor Ankor Energy LLC mjohnson@jdkglaw.com   tjorge-borges@jdkglaw.com;ssherman@jdkglaw.com |
| Nicolette Zulli | |
| | on behalf of Creditor Moodys Investors Service  Inc. njzulli@duanemorris.com, mlara@duanemorris.com;ANieto@duanemorris.com |
| Omar Jesus Alaniz | |
| | on behalf of Creditor Hess Corporation oalaniz@reedsmith.com omar-alaniz-2648@ecf.pacerpro.com;rstanbery@reedsmith.com;srhea@reedsmith.com |
| Omer F Kuebel, III | |
| | on behalf of Creditor ConocoPhillips Company rkuebel@lockelord.com   Yamille.harrison@lockelord.com |
| Omer F Kuebel, III | |
| | on behalf of Creditor McMoran Oil & Gas LLC rkuebel@lockelord.com   Yamille.harrison@lockelord.com |
| Omer F Kuebel, III | |
| | on behalf of Creditor Freeport-McMoRan Oil & Gas LLC rkuebel@lockelord.com   Yamille.harrison@lockelord.com |
| Omer F Kuebel, III | |
| | on behalf of Creditor All Aboard Development Corporation rkuebel@lockelord.com   Yamille.harrison@lockelord.com |
| Owen Mark Sonik | |
| | on behalf of Creditor Trinity Bay Conservation District osonik@pbfcm.com   osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen Mark Sonik | |
| | on behalf of Creditor Dickinson Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen Mark Sonik | |
| | on behalf of Creditor Sheldon Independent School District  et al osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen Mark Sonik | |
| | on behalf of Creditor Bay City Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen Mark Sonik | |
| | on behalf of Creditor Chambers County osonik@pbfcm.com   osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen Mark Sonik | |
| | on behalf of Creditor Anahuac Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Patricia Williams Prewitt | |
| | on behalf of Creditor Plains Gas Solutions Patti@pprewittlaw.com   pattiprewittlaw@gmail.com |
| Patrick Andrew Kelly | |
| | on behalf of Creditor Chevron U.S.A. Inc. pkelly@andrewsmyers.com |
| Patrick Andrew Kelly | |
| | on behalf of Creditor Noble Energy  Inc. pkelly@andrewsmyers.com |
| Patrick M. Shelby | |
| | on behalf of Creditor A-Port LLC rick.shelby@phelps.com   trisha.crombie@phelps.com |
| Patrick M. Shelby | |
| | on behalf of Creditor Linear Controls  Inc. rick.shelby@phelps.com, trisha.crombie@phelps.com |
| Paul Joseph Goodwine | |
| | on behalf of Creditor Ankor E&P Holdings Corporation pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
| | on behalf of Creditor Ankor Energy LLC pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
| | on behalf of Interested Party Apache Corporation pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |

Case 20-33948   Document 2195   Filed in TXSB on 11/12/21   Page 13 of 17

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 12 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| Paul Joseph Goodwine | on behalf of Creditor LLOG Exploration Company LLC pgoodwine@loopergoodwine.com, hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | on behalf of Creditor Walter Oil & Gas Corporation pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | on behalf of Creditor LLOG Exploration Offshore L.L.C. pgoodwine@loopergoodwine.com, hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | on behalf of Creditor Marubeni Oil & Gas (USA) LLC pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul R. Genender | on behalf of Interested Party QuarterNorth Energy LLC and certain of its affiliates paul.genender@weil.com paul-genender-5536@ecf.pacerpro.com,Da.Docket@weil.com |
| Paul R. Genender | on behalf of Debtor Fieldwood Energy LLC paul.genender@weil.com paul-genender-5536@ecf.pacerpro.com,Da.Docket@weil.com |
| Peter C D'Apice | on behalf of Creditor CNOOC Petroleum Offshore U.S.A. Inc. dapice@sbep-law.com |
| Philip G Eisenberg | on behalf of Creditor HCC International Insurance Company PLC peisenberg@lockelord.com |
| Philip G Eisenberg | on behalf of Creditor W&T Energy VI LLC peisenberg@lockelord.com |
| Philip G Eisenberg | on behalf of Creditor U.S. Specialty Insurance Company peisenberg@lockelord.com |
| Philip G Eisenberg | on behalf of Creditor W&T Offshore Inc. peisenberg@lockelord.com |
| Philip T DeBaillon | on behalf of Creditor Infinity Valve & Supply LLC phil@philyourlawyer.com |
| Phillip W Nelson | on behalf of Creditor Cortland Capital Market Services LLC phillip.nelson@hklaw.com |
| Rafael Rodriguez | on behalf of Creditor Ignition Systems & Controls Inc. rrodriguez@toddlawfirm.com |
| Randall A Rios | on behalf of Creditor Sirius America Insurance Company Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com |
| Randall A Rios | on behalf of Creditor Berkley Insurance Company Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com |
| Randall A Rios | on behalf of Creditor Everest Reinsurance Company Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com |
| Randall A Rios | on behalf of Creditor Aspen American Insurance Company Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com |
| Randy W Williams | on behalf of Creditor Lewis Andrews rww@bymanlaw.com rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net |
| Randy W Williams | on behalf of Creditor Patrick Burnett rww@bymanlaw.com rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net |
| Randy W Williams | on behalf of Creditor Brian Cloyd rww@bymanlaw.com rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net |
| Reese W Baker | on behalf of Creditor Regis Southern courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| Richard A. Kincheloe | on behalf of Creditor U.S. Department of the Interior Richard.Kincheloe@usdoj.gov caseview.ecf@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov |
| Richard Andrew Howell | on behalf of Defendant Sanare Energy Partners LLC RAHowell@JW.com mmcclenathen@jw.com;kgradney@jw.com;dtrevino@jw.com |

District/off: 0541-4 | User: ADIuser | Page 13 of 16
Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1

| | |
|---|---|
| Richard M Gaal | on behalf of Creditor Core Industries  Inc. rgaal@mcdowellknight.com, pholder@mcdowellknight.com;mkrscourtdocs@gmail.com;ctiblier@mcdowellknight.com;cjoiner@mcdowellknight.com |
| Robert Bernard Bruner | on behalf of Creditor Anadarko Petroleum Corp. bob.bruner@nortonrosefulbright.com |
| Robert Bernard Bruner | on behalf of Creditor Anadarko E&P Company bob.bruner@nortonrosefulbright.com |
| Robert Bernard Bruner | on behalf of Creditor Anadarko U.S. Offshore LLC bob.bruner@nortonrosefulbright.com |
| Robert L Paddock | on behalf of Plaintiff Fieldwood SD Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Plaintiff Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Counter-Defendant Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Plaintiff Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Counter-Defendant Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Counter-Defendant Fieldwood SD Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L. Marrero | office@bobmarrero.com |
| Robert P Franke | on behalf of Creditor Martin Energy Services LLC bfranke@clarkhill.com  malvarez@clarkhill.com;ahornisher@clarkhill.com |
| Robin Russell | on behalf of Defendant Apache Shelf Exploration LLC rrussell@HuntonAK.com |
| Robin Russell | on behalf of Interested Party Apache Corporation rrussell@HuntonAK.com |
| Robin Russell | on behalf of Defendant Apache Corporation rrussell@HuntonAK.com |
| Robin Russell | on behalf of Defendant Apache Shelf  Inc. rrussell@HuntonAK.com |
| Robin Russell | on behalf of Defendant Apache Deepwater LLC rrussell@HuntonAK.com |
| Ryan Dodson Dry | on behalf of Interested Party RLI Insurance Company rdry@krebsfarley.com  khaley@krebsfarley.com |
| Ryan E Chapple | on behalf of Creditor Brian Cloyd rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Lewis Andrews rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Patrick Burnett rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Manns | on behalf of Creditor Shell Offshore  Inc. ryan.manns@nortonrosefulbright.com |
| Ryan Michael Seidemann | on behalf of Creditor State of Louisiana  Department of Natural Resources seidemannr@ag.state.la.us, lentoc@ag.state.la.us |
| Scott A Zuber | on behalf of Creditor Everest Reinsurance Company szuber@csglaw.com |
| Scott A Zuber | on behalf of Counter-Defendant Fieldwood Energy LLC szuber@csglaw.com |
| Sean B Davis | on behalf of Creditor SM Energy Company sbdavis@winstead.com  mmingo@winstead.com |
| Sean B Davis | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 14 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor Japex (U.S.) Corp. sbdavis@winstead.com  mmingo@winstead.com

Serajul F Ali

on behalf of Creditor U.S. Department of the Interior serajul.ali@usdoj.gov

Shari L Heyen

on behalf of Interested Party BP Exploration & Production Inc. heyens@gtlaw.com  jamrokg@gtlaw.com

Shelley B Marmon

on behalf of Creditor Republic Helicopters  Inc. samarmon@cjmhlaw.com

Simon Richard Mayer

on behalf of Creditor U.S. Specialty Insurance Company simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer

on behalf of Creditor HCC International Insurance Company PLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer

on behalf of Defendant HCC International Insurance Company PLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Stanwood R Duval

on behalf of Creditor Magnum Mud Equipment Co.  Inc. stan@duvallawfirm.com

Stephen A Roberts

on behalf of Creditor Zurich American Insurance Company stephen.roberts@clarkhillstrasburger.com
donna.jaenike@clarkhillstrasburger.com;ckclark@clarkhill.com

Stephen Douglas Statham

on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Stephen Jacob Humeniuk

on behalf of Creditor Cox Oil  LLC, Cox Operating LLC, Energy XXI GOM, LLC, Energy XXI Gulf Coast, Inc., Energy XXI Onshore, LLC, Energy XXI Pipeline, LLC, Energy XXI Pipeline I, LLC, Energy XXI Pipeline II, LLC, M21K, LLC Stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com

Steven W Soule

on behalf of Creditor Venice Energy Services Company  L.L.C. ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor WFS Liquids LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Performance Energy Services  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Targa Midstream Services  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Gulfstar One LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Discovery Gas Transmission LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Williams Field Services-Gulf Coast Company LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Transcontinental Gas Pipe Line Company  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Targa Liquids Marketing and Trade  LLC ssoule@hallestill.com, smccormick@hallestill.com

Stewart F Peck

on behalf of Defendant Atlantic Maritime Services LLC speck@lawla.com

Stewart F Peck

on behalf of Creditor Atlantic Maritime Services  LLC speck@lawla.com

Suzanne K. Rosen

on behalf of Creditor XTO Energy  Inc. srosen@forsheyprostok.com,
calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Suzanne K. Rosen

on behalf of Creditor ExxonMobil Corporation srosen@forsheyprostok.com
calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Sylvia Ann Mayer

on behalf of Creditor Louisiana Safety Systems  Inc. smayer@smayerlaw.com

Sylvia Ann Mayer

on behalf of Creditor Superior Performance  Inc. smayer@smayerlaw.com

T. Josh Judd

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 15 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

|  |  |
|---|---|
| | on behalf of Creditor Edward Randall Individually and as Representative of the Estate of Christopher Todd Randall, Deceased jjudd@andrewsmyers.com, sray@andrewsmyers.com |
| T. Josh Judd | |
| | on behalf of Creditor Enterprise Gas Processing LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com |
| Taylor Romero | |
| | on behalf of Creditor Patrick Burnett tromero@cstrial.com aprentice@cstrial.com |
| Taylor Romero | |
| | on behalf of Creditor Lewis Andrews tromero@cstrial.com aprentice@cstrial.com |
| Taylor Romero | |
| | on behalf of Creditor Brian Cloyd tromero@cstrial.com aprentice@cstrial.com |
| Thomas A Howley | |
| | on behalf of Creditor Genesis Energy L.P. tom@howley-law.com, roland@howley-law.com |
| Thomas Alan Zabel | |
| | on behalf of Creditor Genesis Energy L.P. tzabel@zflawfirm.com, cturner@zflawfirm.com;pdupuis@zflawfirm.com |
| Thomas G Gruenert | |
| | on behalf of Creditor AGGREKO LLC tgruenert@gruenertlawgroup.com |
| Thomas Scott Leo | |
| | on behalf of Creditor North American Specialty Insurance Company sleo@leolawpc.com emartinez@leolawpc.com |
| Timothy Aaron Million | |
| | on behalf of Defendant Everest Reinsurance Company tim.million@huschblackwell.com tim-million-3360@ecf.pacerpro.com |
| Timothy Aaron Million | |
| | on behalf of Creditor Sirius America Insurance Company tim.million@huschblackwell.com tim-million-3360@ecf.pacerpro.com |
| Timothy Aaron Million | |
| | on behalf of Creditor Aspen American Insurance Company tim.million@huschblackwell.com tim-million-3360@ecf.pacerpro.com |
| Timothy Aaron Million | |
| | on behalf of Creditor Everest Reinsurance Company tim.million@huschblackwell.com tim-million-3360@ecf.pacerpro.com |
| Timothy Aaron Million | |
| | on behalf of Creditor Berkley Insurance Company tim.million@huschblackwell.com tim-million-3360@ecf.pacerpro.com |
| Tony L. Draper | |
| | on behalf of Creditor Michael Howard Clark tdraper@wwmlawyers.com |
| Tony L. Draper | |
| | on behalf of Creditor John A Sansbury Jr tdraper@wwmlawyers.com |
| Tony L. Draper | |
| | on behalf of Creditor Jeffrey W Faw tdraper@wwmlawyers.com |
| Tony L. Draper | |
| | on behalf of Creditor Mark Howard Gillespie tdraper@wwmlawyers.com |
| Tony L. Draper | |
| | on behalf of Creditor George Canjar tdraper@wwmlawyers.com |
| Tony L. Draper | |
| | on behalf of Creditor Edward C Stengel tdraper@wwmlawyers.com |
| Travis McRoberts | |
| | on behalf of Creditor Ecopetrol America LLC travis.mcroberts@squirepb.com sarah.conley@squirepb.com |
| Travis McRoberts | |
| | on behalf of Interested Party Ecopetrol America LLC travis.mcroberts@squirepb.com sarah.conley@squirepb.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |
| Victoria Duncan Vonder Haar | |
| | on behalf of Creditor Aldine ISD bnkatty@aldineisd.org |
| Victoria V Theriot | |
| | on behalf of Creditor Broussard Brothers Inc. ttheriot@acadiancontractors.com |
| Victoria V Theriot | |
| | on behalf of Creditor Acadian Contractors Inc ttheriot@acadiancontractors.com |
| Wayne Kitchens | |
| | on behalf of Attorney Petro Amigos Supply Inc. jwk@hwallp.com, dkokenes@hwallp.com |
| William Alfred Wood, III | |

| | |
|---|---|
| District/off: 0541-4 | User: ADIuser | Page 16 of 16 |
| Date Rcvd: Nov 10, 2021 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Eni US Operating Co. Inc. Trey.Wood@bracewell.com mary.kearney@bracewell.com |
| William Alfred Wood, III | |
| | on behalf of Interested Party Eni Petroleum US LLC Trey.Wood@bracewell.com mary.kearney@bracewell.com |
| William R. Howell, Jr. | |
| | on behalf of Creditor Marathon Oil Company william.howell@bondsellis.com williamhowell@utexas.edu |
| William Ross Spence | |
| | on behalf of Creditor Supreme Service & Specialty Co. Inc. ross@sdllaw.com brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com |
| William S. Robbins | |
| | on behalf of Creditor Partco LLC wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com |
| Yelena Archiyan | |
| | on behalf of Creditor Sea Robin Pipeline Company LLC yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor West Cameron Dehydration Company L.L.C. yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor Florida Gas Transmission Company LLC yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor Stingray Pipeline Company LLC yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor Florida Gas Transmission LLC, yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor Trunkline Gas Company LLC yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor Trunkline Field Services LLC yelena.archiyan@katten.com |
| Zachary S McKay | |
| | on behalf of Creditor TETRA Technologies Inc. zmckay@dorelawgroup.net, chymel@dorelawgroup.net |
| Zachary S McKay | |
| | on behalf of Creditor Expro Americas L.L.C. zmckay@dorelawgroup.net, chymel@dorelawgroup.net |
| Zachary S McKay | |
| | on behalf of Creditor Diversified Well Logging LLC zmckay@dorelawgroup.net, chymel@dorelawgroup.net |
| Zachary S McKay | |
| | on behalf of Creditor Tetra Applied Technologies Inc. zmckay@dorelawgroup.net, chymel@dorelawgroup.net |
| Zachary S McKay | |
| | on behalf of Creditor Irongate Rental Services LLC zmckay@dorelawgroup.net, chymel@dorelawgroup.net |

TOTAL: 369