# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | |
| | § | CASE NO. 20-33948 (MI) |
| Post-Effective Date Debtors. | § | |
| | § | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew B. Levin, do hereby certify that on November 15, 2021, a copy of the **SECOND STIPULATION REGARDING RESPONSE DEADLINE TO WEIL, GOTSHAL & MANGES LLP FEE APPLICATION** was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

DATED:  November 15, 2021

Andrew B. Levin
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

117745005v.1

1