## **Exhibit 2**

*Cash Consideration Exchange Agreement in respect of Mississippi Canyon Block 562*

(FILED UNDER SEAL per ECF No. 1829)