UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

ORDER SUSTAINING PLAN ADMINISTRATOR'S FOURTH OMNIBUS OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND
RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
SEEKING TO DISALLOW CERTAIN CLAIMS

(AMENDED AND SUPERSEDED CLAIMS)

[Related Docket No. 2079]

Upon the *Plan Administrator's Fourth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Amended and Superseded Claims)* (the "Objection")[2] of the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors (collectively, the "Debtors," as applicable, and after the effective date of their plan of

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494); Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

2

reorganization, the "Reorganized Debtors"), seeking entry of an order (this "Order") disallowing the Amended and Superseded Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Amended and Superseded Claim identified as a "Claim To Be Disallowed" on **Schedule 1** to this Order is disallowed in its entirety. Nothing in this Order shall affect the corresponding claims which amended and superseded the Amended and Superseded Claims (each such claim, a "Remaining Claim", as identified in **Schedule 1**); *provided that*, that the Plan Administrator reserves the right to object to any Remaining Claim on **Schedule 1** on any applicable grounds.

2. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Each claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Amended and Superseded Claim.

4. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

2

DOCS_NY:44162.4 27968/002

5. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

6. The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2021

                                                _____
                                                MARVIN ISGUR
                                                UNITED STATES BANKRUPTCY JUDGE

# Schedule 1

Amended and Superseded Claims

In re: Fieldwood Energy LLC, et. Al.

## Schedule 1
## Amended and Superseded Claims

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 69 | Dynamic Offshore Resources NS, LLC | **Creditor:**<br><br>CYPRESS-FAIRBANKS ISD<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064<br>HOUSTON, TX 77253-3064 | $29,413.99 | $0.00 | $0.00 | $0.00 | $29,413.99 |
| **Filed On:** | 8/20/2020 | | | | | | | |
| **Comments:** | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | 960 | Dynamic Offshore Resources NS, LLC | Cypress-Fairbanks ISD<br><br>Linebarger Goggan Blair & Sampson, LLP PO Box 3064<br>Houston, TX 77253-3064 | $32,012.95 | $0.00 | $0.00 | $0.00 | $32,012.95 |
| **Filed On:** | 4/26/2021 | | | | | | | |

Page 1

Amended and Superseded Claims

In re: Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

## Schedule 1
## Amended and Superseded Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 224 | Fieldwood Energy LLC | **Creditor:** Department of Treasury - Internal Revenue Service<br><br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | $0.00 | $0.00 | $10,579,101.82 | $2,799.32 | $10,581,901.14 |
| **Filed On:** 10/7/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Claim To Be Disallowed** | 225 | Fieldwood Energy LLC | **Creditor:** Department of Treasury - Internal Revenue Service<br><br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | $0.00 | $0.00 | $10,575,651.26 | $2,799.32 | $10,578,450.58 |
| **Filed On:** 10/9/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 940 | Fieldwood Energy LLC | Department of Treasury - Internal Revenue Service<br><br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | $0.00 | $0.00 | $0.00 | $2,799.32 | $2,799.32 |
| **Filed On:** 2/16/2021 | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Amended and Superseded Claims | | | | **Schedule 1** | | | | In re: Fieldwood Energy LLC, et. Al. |
| | | | | **Amended and Superseded Claims** | | | | Case No 20-33948 Jointly Administered |

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 14 | Fieldwood Energy LLC | **Creditor:**<br>Diversified Well Logging, LLC<br><br>711 W 10th St<br>Reserve, LA  70084 | $0.00 | $0.00 | $0.00 | $515,180.10 | $515,180.10 |
| **Filed On:** 8/7/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 453 | Fieldwood Energy LLC | Diversified Well Logging, LLC<br><br>c/o Dore Rothberg McKay, P.C. 17171 Park Row, Suite 160<br>Houston, TX  77084 | $379,561.40 | $0.00 | $0.00 | $135,618.70 | $515,180.10 |
| **Filed On:** 11/20/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 185 | Fieldwood Energy LLC | **Creditor:**<br>Fleet Supply Warehouse, L.L.C.<br><br>P. O. Box 9055<br>Houma, LA  70361 | $0.00 | $0.00 | $0.00 | $52,073.86 | $52,073.86 |
| **Filed On:** 9/21/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 471 | Fieldwood Energy LLC | Fleet Supply Warehouse, L.L.C.<br><br>P. O. Box 9055<br>Houma, LA  70361 | $0.00 | $0.00 | $0.00 | $52,820.64 | $52,820.64 |
| **Filed On:** 11/23/2020 | | | | | | | | |

Amended and Superseded Claims

## Schedule 1
## Amended and Superseded Claims

In re: Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

|  | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 71 | Dynamic Offshore Resources NS, LLC | **Creditor:** Harris County et al. John P. Dillman Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX  77253-3064 | $16,838.97 | $0.00 | $0.00 | $0.00 | $16,838.97 |
| **Filed On:** 8/20/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 961 | Dynamic Offshore Resources NS, LLC | HARRIS COUNTY, ET AL LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON, TX  77253-3064 | $18,220.22 | $0.00 | $0.00 | $0.00 | $18,220.22 |
| **Filed On:** 4/26/2021 | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Amended and Superseded Claims | | | | **Schedule 1** | | | | In re: Fieldwood Energy LLC, et. Al. |
| | | | | **Amended and Superseded Claims** | | | | Case No 20-33948 Jointly Administered |

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 757 | Fieldwood Energy LLC | **Creditor:** Hess Corporation<br><br>Reed Smith LLP Attn: Omar J Alaniz 2850 N Harwood Street, Suite 1500<br>Dallas, TX  75201 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 943 | Fieldwood Energy LLC | Hess Corporation<br><br>Reed Smith LLP Attn: Omar J. Alaniz 2850 N. Harwood Street, Suite 1500<br>Dallas, TX  75201 | $0.00 | $0.00 | $0.00 | $140,807,921.00 | $140,807,921.00 |
| **Filed On:** 2/24/2021 | | | | | | | | |
| **Claim To Be Disallowed** | 761 | Fieldwood Energy SP LLC | **Creditor:** Hess Corporation<br><br>Reed Smith LLP Attn: Omar J. Alaniz 2850 N. Harwood Street,Suite 1500<br>Dallas, TX  75201 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 944 | Fieldwood Energy SP LLC | Hess Corporation<br><br>Reed Smith LLP Attn: Omar J. Alaniz 2850 N. Harwood Street, Suite 1500<br>Dallas, TX  75201 | $0.00 | $0.00 | $0.00 | $140,807,921.00 | $140,807,921.00 |
| **Filed On:** 2/24/2021 | | | | | | | | |

Amended and Superseded Claims

In re: Fieldwood Energy LLC, et. Al.

## Schedule 1
## Amended and Superseded Claims

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 30 | Fieldwood Energy LLC | **Creditor:**<br>Hill and Knowlton Strategies LLC<br>Attn: Chris Heim 500 West 5th Street Suite 100<br>Austin, TX  78701 | $0.00 | $0.00 | $0.00 | $24,000.00 | $24,000.00 |
| **Filed On:** | 8/12/2020 | | | | | | | |
| **Comments:** | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | 189 | Fieldwood Energy LLC | Hill and Knowlton Strategies LLC<br>Attn: Chris Heim 500 West 5th Street Suite 1000<br>Austin, TX  78701 | $0.00 | $0.00 | $0.00 | $36,000.00 | $36,000.00 |
| **Filed On:** | 9/25/2020 | | | | | | | |
| **Claim To Be Disallowed** | 298 | Fieldwood Energy LLC | **Creditor:**<br>Infinity Valve & Supply, LLC<br>DeBaillon Law Firm, LLC 111 Concord St., Suite B<br>Abbeville, LA  70510 | $0.00 | $34,039.97 | $0.00 | $26,414.84 | $60,454.81 |
| **Filed On:** | 10/30/2020 | | | | | | | |
| **Comments:** | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | 977 | Fieldwood Energy LLC | Infinity Valve & Supply, L.L.C.<br>Ryan Goudelocke 3936 Bienville Street<br>New Orleans, LA  70119 | $0.00 | $34,039.97 | $0.00 | $26,414.84 | $60,454.81 |
| **Filed On:** | 6/11/2021 | | | | | | | |

| Amended and Superseded Claims | | | | Schedule 1<br>Amended and Superseded Claims | | | | | In re: Fieldwood Energy LLC, et. Al.<br>Case No 20-33948 Jointly Administered |
|---|---|---|---|---|---|---|---|---|---|

| | | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | | 946 | Fieldwood Energy LLC | **Creditor:**<br><br>Louisiana Department of Revenue<br><br>P.O. Box 66658<br>Baton Rouge, LA  70896 | $0.00 | $0.00 | $6,454.05 | $3,088.56 | $9,542.61 |
| | Filed On: | 3/2/2021 | | | | | | | |
| | Comments: | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | | 978 | Fieldwood Energy LLC | Louisiana Department of Revenue<br><br>PO Box 66658<br>Baton Rouge, LA  70896 | $0.00 | $0.00 | $9,542.61 | $0.00 | $9,542.61 |
| | Filed On: | 6/15/2021 | | | | | | | |
| **Claim To Be Disallowed** | | 389 | Fieldwood Energy LLC | **Creditor:**<br><br>MACQUARIE CORPORATE AND ASSET FUNDING INC.<br><br>John M. Castillo 130 E. Travis, Suite 350<br>San Antonio, TX  78205 | $0.00 | $0.00 | $0.00 | $17,357,100.07 | $17,357,100.07 |
| | Filed On: | 11/16/2020 | | | | | | | |
| | Comments: | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | | 853 | Fieldwood Energy LLC | Macquarie Corporate and Asset Funding Inc<br><br>John M. Castillo 130 E. Travis, Suite 350<br>San Antonio, TX  78205 | $0.00 | $0.00 | $0.00 | $17,357,100.07 | $17,357,100.07 |
| | Filed On: | 12/3/2020 | | | | | | | |

| Amended and Superseded Claims | | | | Schedule 1 | | | | | In re: Fieldwood Energy LLC, et. Al. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Amended and Superseded Claims** | | | | | Case No 20-33948 Jointly Administered |

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 248 | Fieldwood Energy LLC | **Creditor:**<br>Magnum Mud Equipment Co., Inc.<br>Stanwood R. Duval 101 Wilson Avenue<br>Houma, LA  70364 | $0.00 | $0.00 | $0.00 | $138,005.95 | $138,005.95 |
| **Filed On:** 10/15/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 665 | Fieldwood Energy LLC | Magnum Mud Equipment Co., Inc.<br><br>Stanwood R. Duval 101 Wilson Avenue<br>Houma, LA  70364 | $83,442.80 | $0.00 | $0.00 | $93,596.67 | $177,039.47 |
| **Filed On:** 11/24/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 68 | Fieldwood Energy LLC | **Creditor:**<br>Mississippi Department of Revenue<br><br>Bankruptcy Section P.O. Box 22808<br>Jackson, MS  39225-2808 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 8/20/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 882 | Fieldwood Energy Inc. | Mississippi Department of Revenue<br><br>Bankruptcy Section P.O. Box 22808<br>Jackson, MS  39225-2808 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 1/8/2021 | | | | | | | | |

| Amended and Superseded Claims | | | | Schedule 1<br>Amended and Superseded Claims | | | | | In re: Fieldwood Energy LLC, et. Al.<br>Case No 20-33948 Jointly Administered |
|---|---|---|---|---|---|---|---|---|---|

| | | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | | 286 | Fieldwood Energy LLC | **Creditor:**<br>Reliable Machine Services Inc.<br>809 Cajundome Blvd.<br>Lafayette, LA  70506 | $0.00 | $0.00 | $0.00 | $20,876.08 | $20,876.08 |
| **Filed On:** | 10/26/2020 | | | | | | | | |
| **Comments:** | Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | | 289 | Fieldwood Energy LLC | Reliable Machine Services Inc.<br>809 Cajundome Blvd<br>Lafayette, LA  70506 | $0.00 | $9,261.52 | $0.00 | $11,614.56 | $20,876.08 |
| **Filed On:** | 10/27/2020 | | | | | | | | |
| **Claim To Be Disallowed** | | 300 | Fieldwood Energy LLC | **Creditor:**<br>RIver Rental Tools, Inc.<br>109 Derrick Road<br>Belle Chasse , LA  70037 | $0.00 | $0.00 | $0.00 | $505,586.68 | $505,586.68 |
| **Filed On:** | 11/2/2020 | | | | | | | | |
| **Comments:** | Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | | 949 | Fieldwood Energy LLC | River Rental Tools, Inc.<br>Joseph P. Briggett 601 Poydras Street Suite 2775<br>New Orleans, LA  70130 | $220,115.75 | $0.00 | $0.00 | $285,470.93 | $505,586.68 |
| **Filed On:** | 3/8/2021 | | | | | | | | |

| Amended and Superseded Claims | | | | **Schedule 1**<br>**Amended and Superseded Claims** | | | | | In re: Fieldwood Energy LLC, et. Al.<br>Case No 20-33948 Jointly Administered |
|---|---|---|---|---|---|---|---|---|---|
| | | **Claim #** | **Debtor** | **Name and Address of Claimant** | **Secured** | **Administrative** | **Priority** | **Unsecured** | **Total** |
| **Claim To Be Disallowed** | | 27 | Fieldwood Energy LLC | **Creditor:**<br><br>Robin Instrument & Specialty, LLC<br><br>205 N Luke<br>Lafayette, LA  70506 | $0.00 | $0.00 | $0.00 | $19,777.38 | $19,777.38 |
| | **Filed On:** | 8/13/2020 | | | | | | | |
| | **Comments:** | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | | 134 | Fieldwood Energy LLC | Robin Instrument & Specialty, LLC<br><br>205 N Luke St<br>Lafayette, LA  70506 | $0.00 | $0.00 | $0.00 | $19,777.38 | $19,777.38 |
| | **Filed On:** | 9/4/2020 | | | | | | | |
| **Claim To Be Disallowed** | | 565 | Fieldwood Energy Offshore LLC | **Creditor:**<br><br>Samson Contour Energy E&P, LLC<br><br>Attn: Chace Daley 15 East 5th Street  Suite 1000<br>Tulsa, OK  74103 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| | **Filed On:** | 11/23/2020 | | | | | | | |
| | **Comments:** | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | | 954 | Fieldwood Energy Offshore LLC | Samson Contour Energy E&P, LLC<br><br>Attn: Chace Daley 15 East 5th Street, Suite 1000<br>Tulsa, OK  74103 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| | **Filed On:** | 3/23/2021 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Amended and Superseded Claims | | | **Schedule 1**<br>**Amended and Superseded Claims** | | | | | In re: Fieldwood Energy LLC, et. Al.<br>Case No 20-33948 Jointly Administered |

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 78 | Fieldwood Energy LLC | **Creditor:**<br><br>T&B Repairs, Inc<br><br>PO Box 80308<br>Lafayette, LA  70598 | $0.00 | $0.00 | $0.00 | $64,365.70 | $64,365.70 |
| **Filed On:** | 8/24/2020 | | | | | | | |
| **Comments:** | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | 252 | Fieldwood Energy LLC | T&B Repairs, Inc.<br><br>P.O. Box 80308<br>Lafayette, LA  70598 | $0.00 | $0.00 | $0.00 | $65,949.38 | $65,949.38 |
| **Filed On:** | 10/16/2020 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Claims To Be Disallowed Totals** | | | 19 | $46,252.96 | $34,039.97 | $21,161,207.13 | $18,732,067.86 | $39,973,567.92 |