United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 16, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | |
| | § | CASE NO. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] | § | |
| | § | (Jointly Administered) |

**SECOND STIPULATION REGARDING RESPONSE DEADLINE TO**
**WEIL, GOTSHAL & MANGES LLP FEE APPLICATION**

This *Second Stipulation Regarding Response Deadline to Weil, Gotshal & Manges LLP Fee Application* (the "Stipulation") is entered into by and between David M. Dunn, Plan Administrator (the "Plan Administrator") in the above-captioned cases, and Weil, Gotshal & Manges LLP ("Weil" and, together with the Plan Administrator, the "Parties"), by and through their respective counsel, if any, with reference to the following facts:

WHEREAS, on October 12, 2021, Weil filed its *Fourth and Final Fee Application of Weil, Gotshal & Manges LLP, Attorneys for Debtors, for Allowance of Compensation for*

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification numbers, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

1

*Professional Sevices Rendered and Reimbursement of Actual and Necessary Expenses Incurred During (I) Fourth Fee Period of May 1, 2021 Through and Including August 27, 2021, and (II) Final Compensation Period of August 3, 2020 Through and Including August 27, 2021* [Dkt. 2093] (the "Fee Application");

WHEREAS, on November 1, 2021, the Parties entered into a stipulation, approved by the Court on November 3, 2021 [Dkt. 2132], extending the deadline to file and serve any response to the Fee Application through and including November 16, 2021 (the "Response Deadline");

WHEREAS, the Plan Administrator has requested a further extension of his deadline to file and serve any response to the Fee Application;

WHEREAS, the Parties have agreed, subject to approval of this Court, to stipulate to a further extension of the Response Deadline through and including November 19, 2021, solely as to the Plan Administrator;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1.      The Response Deadline is extended through and including November 19, 2021, solely as to the Plan Administrator.

Signed: November 16, 2021

_____
                        Marvin Isgur
                United States Bankruptcy Judge

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and

year first below written.

Dated: November 15, 2021

MINTZ LEVIN COHN FERRIS GLOVSKY AND
POPEO, P.C.

*/s/ Joseph R. Dunn*

By:  Joseph R. Dunn (*Pro Hac Vice*)
     CA State Bar No. 238069
     jrdunn@mintz.com
     3580 Carmel Mountain Rd., Suite 300
     San Diego, California 93210
     T: (858) 314-1500
     F: (858) 314-1501

     -and-

     Abigail V. O'Brient (*Pro Hac Vice*)
     CA State Bar No. 265704
     aobrient@mintz.com
     2029 Century Park East, Suite 3100
     Los Angeles, California 90067
     T: (310) 586-3200
     F: (310) 586-3202
     *Counsel for David M. Dunn, in his capacity as*
     *Plan Administrator*

Dated: November 15, 2021

WEIL, GOTSHAL & MANGES

*/s/ Jessica Liou*

By:  Alfredo R. Perez (Texas Bar No. 15776275)
     700 Louisiana Street, Suite 1700
     Houston, TX 77002
     T: (713) 546-5000
     F: (713) 224-9511
     Email:   Alfredo.Perez@weil.com

     -and-

     Matthew S. Barr (*Pro Hac Vice*)
     Jessica Liou (*Pro Hac Vice*)
     767 Fifth Avenue
     New York, New York
     T: (212) 310-8000
     F: (212) 310-8007
     Email:   Matt.Barr@weil.com
               Jessica.Liou@weil.com