## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et. al*, | § | Case No. 20-33948(MI) |
| | § | |
| | § | |
| **Post-Effective Date Debtors.**[1] | § | (Jointly Administered) |
| | § | |

### STIPULATION EXTENDING DEADLINE OF UNITED STATES TRUSTEE TO OBJECT TO WEIL, GOTSHAL & MANGES LLP'S FOURTH INTERIM AND FINAL FEE APPLICATION

This stipulation (the "**Stipulation**") is entered into by and between Weil, Gotshal & Manges LLP ("**Weil**") and the United States Trustee for Region 7 (the "**U.S. Trustee**" and, together with Weil, the "**Parties**").  The Parties hereby stipulate and agree as follows:

WHEREAS, on October 12, 2021, Weil filed the *Fourth and Final Fee Application of Weil, Gotshal & Manges LLP, Attorneys for Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During (i) Fourth Fee Period of May 1, 2021 Through and Including August 27, 2021, and (ii) Final Compensation Period of August 3, 2020 Through and Including August 27, 2021* (the "**Weil Fee Application**") (ECF No. 2093);

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

WHEREAS, on November 1, 2021, the Parties stipulated and agreed to extend the U.S. Trustee's deadline to object to the Weil Fee Application (the "**UST Objection Deadline**") from November 2, 2021 to November 16, 2021 (ECF No. 2120); and

WHEREAS, the Parties hereby stipulate and agree to further extend the UST Objection Deadline to November 19, 2021.

**NOW, THEREFORE,** the Parties hereby stipulate and agree as follows**:**

1.       The UST Objection Deadline is extended through and including November 19, 2021.

Date:   November 16, 2021
Houston, Texas


  _/s/ Alfredo R. Pérez_
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:     (713) 546-5000
Facsimile:      (713) 224-9511
Email: Alfredo.Perez@weil.com
          Clifford.Carlson@weil.com

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:     (212) 310-8000
Facsimile:      (212) 310-8007
Email: Matt.Barr@weil.com
          Jessica.Liou@weil.com

/s/ *Stephen D. Statham*

OFFICE OF THE UNITED STATES TRUSTEE
Stephen D. Statham
515 Rusk Street, Suite 3516
Houston, Texas 77002
Telephone:     (713) 718-4650
Facsimile:     (713) 718-4670
Email:  Hector Duran@usdoj.gov
            Stephen.Statham@usdoj.gov

### **Certificate of Service**

I hereby certify that on November 16, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/ Alfredo R. Pérez_
Alfredo R. Pérez