**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY III LLC, *et al.*,**[1] | **Case No. 20-33948 (MI)** |
| **Post-Effective Date Debtors.** | |

**ORDER GRANTING FINAL FEE APPLICATION OF COLE SCHOTZ P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR THE PERIOD FROM**
**AUGUST 20, 2020 THROUGH MARCH 31, 2021**

(Related Docket No. ___)

Leave is granted to file an amended cover sheet and an amended proposed form of order as required by the complex procedures and posted on the Court's web site.

Signed: November 17, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

61821/0001-41734438v1

objections to Application, if any, and arguments of counsel, if any; and any objections to the Application having been resolved or overruled; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. Cole Schotz is hereby awarded the final allowance of $324,490.00 for compensation for professional services and $951.19 for reimbursement of expenses for the period of August 20, 2020 through March 31, 2021.

2. The Debtors are hereby authorized to immediately pay Cole Schotz any unpaid portion of such allowed fees and expenses.

3. The Court shall retain jurisdiction with respect to all maters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2021        _____
                                             THE HONORABLE MARVIN ISGUR
                                             UNITED STATES BANKRUPTCY JUDGE

61821/0001-41734438v1