UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re. FW GOM Pipeline, Inc. § Case No. 20-33953
§
§ Lead Case No. 20-33948
Debtor(s) §
☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/26/2021   Petition Date: 08/03/2020
Months Pending: 13   Industry Classification: 2 1 1 1
Reporting Method:   Accrual Basis ●   Cash Basis ○
Debtor's Full-Time Employees (current): 0
Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael D. Warner                           Michael D. Warner
Signature of Responsible Party                  Printed Name of Responsible Party
11/17/2021
Date
                                                440 Louisiana Street, Suite 900, Houston, TX 77002
                                                Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                    1

Debtor's Name: FW GOM Pipeline, Inc.  Case No. 20-33953

### Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $0 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. | Cash balance end of month (a+b-c) | $0 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

### Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◉   Market ○   Other ○   (attach explanation)) | $0 |
| d. | Total current assets | $-787,449 |
| e. | Total assets | $-779,596 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $-779,596 |

### Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

### Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $13 | |
| c. | Gross profit (a-b) | $-13 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-13 | $111,154 |

UST Form 11-MOR (06/07/2021)  2

Debtor's Name: FW GOM Pipeline, Inc.    Case No. 20-33953

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | $0 | $0 | $0 | $0 |
| | ii | | $0 | $0 | $0 | $0 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | $0 | $0 | $0 | $0 |
| | ii | | $0 | $0 | $0 | $0 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ⦿ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿ No ○ N/A ○ | |
| i. | Do you have: Worker's compensation insurance? | Yes ⦿ No ○ | |
| | If yes, are your premiums current? | Yes ⦿ No ○ N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿ No ○ | |
| | If yes, are your premiums current? | Yes ⦿ No ○ N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ⦿ No ○ | |
| | If yes, are your premiums current? | Yes ⦿ No ○ N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ⦿ No ○ | |

UST Form 11-MOR (06/07/2021)        3

Debtor's Name: FW GOM Pipeline, Inc.  Case No. 20-33953

| | | |
|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ● No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ William Swingle | William Swingle |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CAO | 11/17/2021 |
| Title | Date |

UST Form 11-MOR (06/07/2021)         4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
Houston Division

[1] **Case Name:** FIELDWOOD ENERGY LLC, et al.    **Petition Date:** August 3, 2020
**Case Number:** 20-33948
**Month:** August 2021

**MONTHLY OPERATING REPORT NOTES FOR AUGUST 2021**

**INTRODUCTION:**

This monthly operating report ("MOR") is unaudited and does not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("GAAP"), and it is not intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Information contained in this MOR has been derived from the Debtors' books and records, but does not reflect in all circumstances presentation for GAAP or SEC reporting purposes. Therefore, in order to comply with their obligations to provide MORs during these chapter 11 cases, the Debtors have prepared this MOR using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. Accordingly, this MOR is true and accurate to the best of the Debtors' knowledge, information, and belief, based on currently-available data. The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any period other than the period ending August 26, 2021, or for the full year, and may not necessarily reflect the Debtors' future consolidated results of operations and financial position.

**RESERVATION OF RIGHTS:**

This MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Debtors' chapter 11 cases. The unaudited financial statements have been derived from the Debtors' books and records. The information presented herein has not been subject to all procedures that typically would be applied to financial information presented in accordance with GAAP. Upon the application of such procedures, the Debtors believe that the financial information could be subject to material change. The information furnished in this MOR includes normal recurring adjustments, but does not include all of the adjustments that typically would be made for interim financial statements presented in accordance with GAAP.

**GLOBAL NOTES:**

Given the complexity of the Debtors' business, inadvertent errors or omissions may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in this MOR. Further, the Debtors reserve the right to amend or supplement this MOR, if necessary, but shall be under no obligation to do so.

The financial statements provided through August 26, 2021 reflect the Debtor's financials prior to the Effective Date (August 27, 2021) with the exception of the Debtor's cash balances which reflect certain funding and disbursements made on the Effective Date. The financial statements and cash balances exclude certain professional fee payments made on the Effective Date totaling $4.0 million.

Asset retirement obligations are considered prepetition unsecured debt.

**NOTES TO SUPPORTING DOCUMENTATION:**

Supporting documentation is presented on a consolidated basis for the Debtors.

**SUPPORTING DOCUMENTATION - BALANCE SHEET:**

Liabilities Subject to Compromise ("LSTC"): LSTC represent the Debtors' estimate of pre-petition claims to be resolved in connection with the chapter 11 cases. As a result of the chapter 11 filings, the payment of pre-petition liabilities are subject to compromise or other treatment under a plan of reorganization. The determination of how such liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Prepetition liabilities that are subject to compromise under ASC 852 are preliminary and may be subject to, among other things, future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

Values in the consolidated balance sheet represent rounded numbers. Accordingly, subtotals may not agree to the summation of the rounded numbers presented.

**SUPPORTING DOCUMENTATION - CONSOLIDATED INCOME STATEMENT:**

The income statement is presented on a consolidated basis for the Debtors. The information provided in the income statements reflect activity for the period ending August 26, 2021.

Values in the consolidated income statement represent rounded numbers. Accordingly, subtotals may not agree to the summation of the rounded numbers presented.

**SUPPORTING DOCUMENTATION - PAYMENTS MADE ON PREPETITION DEBTS:**

Although payment of prepetition claims is generally not permitted, the Bankruptcy Court has authorized the Debtors to pay certain prepetition claims in designated categories. This relief generally was designed to preserve the value of the Debtors' business and assets. The Debtors have paid and continue to pay undisputed postpetition obligations in the ordinary course of business.

**SUPPORTING DOCUMENTATION - PAYMENTS TO INSIDERS:**

The list of insiders is consistent with public disclosures and other filings associated with the Debtors' chapter 11 cases. The listing of any party as an "insider" is neither intended to be nor should be construed as a legal characterization of such party as an "insider," as such term is defined in section 101(31) of the Bankruptcy Code, and it does not act as an admission or waiver of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Notes:**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
Houston        Division

Case Name: FIELDWOOD ENERGY LLC, et al.                                  Petition Date:   August 3, 2020
Case Number: 20-33948
Month: August 2021

**CONSOLIDATED BALANCE SHEET**
Ending Balance at August 26, 2021

*in $ thousands*

| Current assets: | Aug-21 |
|---|---:|
| Cash and cash equivalents [1] | $ 1,975 |
| Accounts receivable-operating revenues | 87,147 |
| Accounts receivable-jib [2] | 33,081 |
| Accounts receivable - other [3] | (330) |
| Inventory | 37,118 |
| Prepaids | 6,091 |
| Other current assets | 16,368 |
| **Total current assets** | **$ 181,450** |
| | |
| *Other assets:* | |
| Property, plant and equipment | $ 4,376,446 |
| Accumulated depreciation, depletion, amortization, and impairment | (3,652,742) |
| Restricted cash | 257,602 |
| Long-term contractual receivable | 55,423 |
| Other assets | 63,428 |
| **Total noncurrent assets** | **$ 1,100,157** |
| | |
| **Total assets** | **$ 1,281,607** |

**Notes:**
[1] Cash balance is net of certain Effective Date funding and disbursements
[2] AR balance includes certain clearing accounts and is shown net of allowance for doubtful accounts
[3] Other accounts receivable includes operating expenses incurred by Fieldwood Energy LLC that have not yet been charged to expense or capital or billed to working interest parties

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
Houston     Division

| | |
|---|---|
| Case Name: FIELDWOOD ENERGY LLC, et al. | Petition Date: August 3, 2020 |
| Case Number: 20-33948 | |
| Month: August 2021 | |

**CONSOLIDATED BALANCE SHEET**
**Ending Balance at August 26, 2021**

*in $ thousands*

| | Aug-21 |
|---|---:|
| **Current liabilities:** | |
| Trade accounts payable | $ 64,965 |
| Trade accounts payable clearing [1] | (45,542) |
| Accounts payable | 19,423 |
| Accrued liabilities | 60,759 |
| Accrued interest | 10 |
| Derivative liabilities - current | 15,041 |
| Current portion of asset retirement obligations | 322,938 |
| DIP financing | - |
| Other current liabilities | 250 |
| **Total current liabilities** | **$ 418,421** |
| | |
| **Other liabilities:** | |
| Asset retirement obligations | $ 957,663 |
| Deferred income taxes [2] | 53,934 |
| Derivative liabilities | 344 |
| Other long-term obligations | 940 |
| Liabilities subject to compromise | 1,945,696 |
| **Total liabilities** | **$ 3,376,998** |
| | |
| **Members' capital:** | |
| Contributions | $ 696,552 |
| Earnings | (2,849,853) |
| Other members' capital | (84) |
| Noncash stock compensation | 57,994 |
| **Total members' equity** | **(2,095,391)** |
| | |
| **Total liabilities and members' equity** | **$ 1,281,607** |

**Notes:**
[1] Temporary clearing account for transactions that are to be transferred to another account. This account does not reflect true accounts payable liabilities.
[2] Deferred income tax is net of a valuation allowance of $614.3 million

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
Houston Division

Case Name: FIELDWOOD ENERGY LLC, et al.  
Case Number: 20-33948  
Month: August 2021  
Petition Date: August 3, 2020

**CONSOLIDATED INCOME STATEMENT**
For the period ending August 26, 2021

*in $ thousands*

| | Aug-21 |
|---|---:|
| ***Oil and gas revenues:*** | |
| Oil revenues | $ 61,333 |
| Gas revenues | 7,210 |
| Liquids revenues | 2,467 |
| Other revenues | 2,471 |
| **Total revenues** | **$ 73,481** |
| | |
| ***Costs and expenses:*** | |
| Lease operating expense | $ 26,941 |
| Repairs and maintenance | 8,694 |
| Severance Tax | 40 |
| Transportation expense | 1,965 |
| Workover expense | 362 |
| Depreciation, depletion and amortization | 14,798 |
| Accretion expense | 7,144 |
| Other operating | (56) |
| Insurance expense | 2,402 |
| Restructuring charges | 6,477 |
| General and administrative expense [1] | (3,849) |
| **Total costs and expenses** | **$ 64,918** |
| | |
| **Income from operations** | **$ 8,563** |
| | |
| ***Other income (expense):*** | |
| Interest income | $ 336 |
| Interest expense | (1,034) |
| Commodity derivative income (expense) - unrealized | 19,901 |
| Reorganization items | (3,845) |
| Other | - |
| Net income | $ 23,921 |
| Income tax (expense) benefit | (14) |
| **Net income** | **$ 23,907** |

**Notes:**
[1] Includes reversal of prior bonus accrual

4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
Houston   Division

**Case Name: FIELDWOOD ENERGY LLC, et al.**   **Petition Date:** **August 3, 2020**
**Case Number: 20-33948**
**Month: August 2021**

**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**
For the period ending August 26, 2021

*in $ thousands*

| | |
|---|---:|
| ***Operating Receipts:*** | |
| Receipts | $ 114,966 |
| **Total Operating Receipts** | **114,966** |
| | |
| ***Operating Disbursements:*** | |
| Payroll | 5,629 |
| Benefits | 2,027 |
| Independent Director / BOD Fees | 3 |
| Interest Owner | 7,515 |
| JIB Non-Operating | 5,478 |
| Capex | 1,315 |
| LOE | 65,173 |
| Transportation | 3,667 |
| Taxes | 52 |
| Insurance/Surety | 8,572 |
| G&A | 1,489 |
| Other | - |
| **Total Operating Disbursements** | **$ 100,922** |
| | |
| **Operating Cash Flow** | **$ 14,044** |
| | |
| Interest & Fees | - |
| Hedging | 4,015 |
| Restructuring Professional Fees | - |
| Interest Earned | (0) |
| Cash Call | - |
| **Total Operating Disbursements [1]** | **$ 104,936** |
| | |
| **Net Cash Flow** | **$ 10,029** |
| | |
| **Beginning Book Cash Balance** | **$ 374,734** |
| Net Cash Flow Operating Account | 10,029 |
| Transaction Related Funding [2] | 8,310 |
| Transaction Related Disbursements [3] | (133,666) |
| Plus: Voided Checks | 168 |
| **Ending Book Cash Balance [4]** | **$ 259,576** |

**Notes:**
[1] Includes voided checks
[2] Reflects initial funding from QNE related to Effective Date transactions
[3] Reflects 8/27 funds flow Effective Date transactions related to paydown of debt, professional fee payments, settlement payments, and claims escrow account funding included in ending book cash balance
[4] Ending book cash balance excludes $4.0 million of restructuring professional fee payments paid from Fieldwood Energy LLC

5

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

**Case Name: FIELDWOOD ENERGY LLC, et al.**            **Petition Date:** August 3, 2020
**Case Number: 20-33948**
**Month: August 2021**

**PAYMENTS MADE ON PREPETITION DEBTS**
**For the period ending August 26, 2021**

*in $ actuals*

Prepetition payments made in accordance with ECF No. 342 *FINAL ORDER (I) AUTHORIZING DEBTORS TO PAY (A) PREPETITION INTEREST OWNER OBLIGATIONS, JOINT INTEREST BILLINGS, AND E&P OPERATING EXPENSES AND (B) 503(b)(9) CLAIMS; AND (II) GRANTING RELATED RELIEF*

| Payment Type | Pymt Date | Amount |
|---|---|---|
| Joint Interest Billings | 8/4/2021 | $ 26,424 |
| **Total** | | **$ 26,424** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
Houston    Division

Case Name: FIELDWOOD ENERGY LLC, et al.                                                                                   August 3, 2020
Case Number: 20-33948
Month: August 2021

**CASH ACCOUNT RECONCILIATION**

*In $ thousands*

| Account Type | Operating | Revenue | FSA | Bankruptcy-Related Utilities | Restricted Cash Trust "A" | Escrow Account – Fieldwood Energy LLC | Escrow Account – Fieldwood Energy LLC | FINCO Collections Account | FWE EE RELIEF FUND | Deposits - Long Term [1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | Capital One | Capital One | Capital One | Capital One | Wilmington Trust | US Bank | J.P. Morgan | Deutsche Bank | | N/A | |
| Account Number | x2209 | x4666 | x2306 | x0534 | x5000 | x6000 | x5624 | x2558 | x8297 | N/A | |
| **Bank Balance** | $ 55,875 | $ 75,093 | $ (0) | $ 342 | $ 238,493 | $ 792 | $ 8,250 | $ - | $ 5 | $ 6,144 | $ 384,995 |
| Plus: Deposits in Transit | - | | - | - | - | - | 0 | - | - | - | 0 |
| Less: Outstanding Checks | (23) | (39) | - | - | - | - | - | - | - | - | (62) |
| Plus: Transaction Related Funding [2] | 4,394 | | | | 3,916 | | | | | | 8,310 |
| Less: Transaction Related Disbursements [3] | (133,666) | | | | | | | | | | (133,666) |
| **Book Balance** | $ (73,420) | $ 75,054 | $ (0) | $ 342 | $ 242,410 | $ 792 | $ 8,250 | $ - | $ 5 | $ 6,144 | $ 259,577 |
| | | | | | | | | | | | |
| **Beginning Cash Balance (Per Books)** | $ 46,492 | $ 74,216 | $ (0) | $ 342 | $ 238,493 | $ 792 | $ 8,250 | $ - | $ 5 | $ 6,144 | $ 374,734 |
| Plus: Receipts | 16,215 | 103,144 | - | - | - | - | 0 | - | - | - | 119,359 |
| Transfers Between Accounts | (3,924) | - | 8 | - | 3,916 | - | - | - | - | - | - |
| Less: Disbursements | (132,203) | (102,307) | (8) | - | - | - | - | - | - | - | (234,518) |
| **Ending Cash (Per Books)** | $ (73,421) | $ 75,054 | $ (0) | $ 342 | $ 242,410 | $ 792 | $ 8,250 | $ - | $ 5 | $ 6,144 | $ 259,576 |

**Notes:**
[1] Reflects long-term deposits the Company has made with primarily pipeline companies as a requirement of conducting business with these companies
[2] Reflects initial funding from QNE related to Effective Date transactions
[3] Reflects 8/27 funds flow Effective Date transactions related to paydown of debt, professional fee payments, settlement payments, and claims escrow account funding included in ending book cash balance

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

Case Name: FIELDWOOD ENERGY LLC, et al.  
Case Number: 20-33948  
Month: August 2021

Petition Date: August 3, 2020

**AGING OF POST-PETITION LIABILITIES [1]**

*in $ thousands*

| | DAYS | TOTAL | TRADE ACCTS | SEVERANCE TAX | STATE INCOME TAX | OTHER TAXES |
|---|---|---|---|---|---|---|
| | 0-30 | $ 58,145 | $ 57,601 | 0 | 213 | 331 |
| [2] | 31-60 | 661 | 661 | | | |
| [3] | 61-90 | 135 | 135 | | | |
| [4] | 91+ | 6,569 | 6,569 | | | |
| | Total | $ 65,509 | $ 64,965 | $ 0 | $ 213 | $ 331 |

**AGING OF ACCOUNTS RECEIVABLE [5]**

*in $ thousands*

| Month | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 |
|---|---|---|---|---|---|---|
| 0-30 | $ 10,475 | $ 11,796 | $ 12,732 | $ 15,898 | $ 11,055 | $ 22,558 |
| 31-60 | 9,461 | 4,686 | 5,443 | 6,509 | 9,292 | 2,297 |
| 61-90 | 2,111 | 2,243 | 564 | 1,274 | 963 | 1,165 |
| 91+ | 16,500 | 12,876 | 10,560 | 9,312 | 9,332 | 6,313 |
| Total | $ 38,548 | $ 31,602 | $ 29,298 | $ 32,993 | $ 30,642 | $ 32,332 |

Notes:
[1] Excludes the Trade Accounts Payable Clearing Account
[2] $445k of JIB and transport invoices not yet reconciled, $212K related to G&A and LOE expenses paid post confirmation the following month
[3] Related to $135k of JIB and transport invoices not yet reconciled
[4] $3.0 million related to postpetition insurance/surety premium renewals related to prepetition contracts and $3.6 million of JIB and transport invoices not yet reconciled
[5] Excludes operating revenues receivable and other accounts receivable. The operating revenues receivable account reflects 2 months of estimated accrued receivables for the Company's operating and non-operating interests. Other accounts receivable primarily includes operating expenses incurred by the Company that have not yet been charged to expense or capital, or billed to working interest parties.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
Houston Division

Case Name: FIELDWOOD ENERGY LLC, et al.  
Case Number: 20-33948  
Month: August 2021  

Petition Date: August 3, 2020

**PAYMENTS TO INSIDERS**

*in $ thousands*

| INSIDERS | Type | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 |
|---|---|---|---|---|---|---|---|
| Employee 1 | Salary | $ 31 | $ 47 | $ 31 | $ 31 | $ 31 | $ 31 |
| Employee 2 | Salary | 28 | 42 | 28 | 28 | 28 | 28 |
| Employee 3 | Salary | 23 | 34 | 23 | 23 | 23 | 23 |
| Employee 4 | Salary | 26 | 39 | 26 | 26 | 26 | 7 |
| Employee 5 | Salary | 23 | 34 | 23 | 23 | 23 | 23 |
| Employee 6 | Salary | 24 | 36 | 24 | 24 | 24 | 24 |
| Director 1 [1] | BOD Fees | 55 | 85 | 85 | 63 | 50 | 1,019 |
| Director 2 | BOD Fees | - | 25 | - | - | 8 | 2 |
| Director 3 | BOD Fees | - | 25 | - | - | 8 | 2 |
| **TOTAL INSIDERS (MOR-1)** | | $ 209 | $ 367 | $ 239 | $ 217 | $ 221 | $ 1,158 |

Notes:
[1] Includes payments made to board member on the Effective Date