United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 18, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.,* | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Post-Effective Date Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**STIPULATION AND ORDER BETWEEN AND AMONG
QUARTERNORTH ENERGY LLC, THE PLAN ADMINISTRATOR, AND
CGG SERVICES (U.S.) INC. RESOLVING ADJOURNED ASSUMPTION DISPUTE**

This stipulation and order (the "**Stipulation and Order**") is entered into by and between (i) QuarterNorth Energy LLC ("**QuarterNorth**"), (ii) the Plan Administrator in the above-captioned cases, and (iii) CGG Services (U.S.) Inc. ("**CGG**", and together with QuarterNorth and the Plan Administrator, the "**Parties**").[2]  The Parties hereby stipulate and agree as follows:

WHEREAS, commencing on August 3, 2020 (the "**Petition Date**"), each of the Debtors filed a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**");

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan (as defined herein).

WHEREAS, Fieldwood Energy III LLC[3] ("**Fieldwood**") and CGG are party to that certain *Master Geophysical Data-Use License (Multiple Transactions)* effective June 27, 2014 (together with any and all supplements thereto, the "**CGG License Agreements**") that are identified[4] on the Schedule of Assumed Contracts for assumption and assignment to QuarterNorth pursuant to the terms of the Debtors' *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* (ECF No. 2008) (the "**Plan**");

WHEREAS, the Debtors' proposed Cure Amount for the CGG License Agreements is $801.23;

WHEREAS, on June 2, 2021, CGG filed *CCG Services (U.S.) Inc.'s Objection to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* (ECF No. 1439) (the "**CGG Objection**");

WHEREAS, the CGG Objection asserts that the CGG License Agreements cannot be assumed and assigned to QuarterNorth absent CGG's consent because (i) the CGG License Agreements contain change in control provisions, and (ii) CGG is excused from accepting performance from QuarterNorth under Section 365(c)(1)(A) of the Bankruptcy Code;

WHEREAS, on June 25, 2021, the Bankruptcy Court entered its *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors and (II) Granting Related Relief* (ECF No. 1751) (the "**Confirmation Order**") confirming the Debtors' *Eighth Amended Joint Chapter 11 Plan of*

---

[3] As contemplated by the Plan, Fieldwood Energy LLC changed its name to Fieldwood Energy III LLC following a Divisive Merger pursuant to the Initial Plan of Merger.

[4] The CGG License Agreements are collectively described at line no. 272 of the Schedule of Assumed Contracts as a "Perpetual Software License Agreement."

*Fieldwood Energy LLC and Its Affiliated Debtors* (ECF No. 1742) (as modified at ECF No. 2008, the "**Plan**");

WHEREAS, pursuant to paragraph 38 of the Confirmation Order and Section 8.2 of the Plan, the Debtors and CGG agreed to adjourn the hearing on the CGG Objection to a time after the Confirmation Hearing (the "**CGG Adjourned Assumption Dispute**");

WHEREAS, the Parties have negotiated in good faith to resolve the CGG Assumption Dispute on the terms and conditions set forth in this Stipulation and Order.

**NOW, THEREFORE,** in consideration of the foregoing recitals, which are incorporated into this Stipulation and Order, the Parties hereby stipulate and agree as follows**:**

1.      Upon the Bankruptcy Court's approval of this Stipulation and Order, the CGG Objection and the CGG Adjourned Assumption Dispute shall be deemed resolved.

2.      Upon entry of this Stipulation and Order, the CGG License Agreements set forth on **Exhibit A** hereto (the "**Assigned CGG License Agreements**") shall be deemed assumed and assigned to QuarterNorth as of the Effective Date of the Plan pursuant to the terms of the Plan Documents, which include the Confirmation Order and the Plan.

3.      The Cure Amount with respect to the Assigned CGG License Agreements is $0.00

4.      Adequate assurance of future performance of the Assigned CGG License Agreements has been provided.

5.       Upon entry of this Stipulation and Order, the CGG License Agreements set forth on **Exhibit B** hereto shall be deemed rejected as of the Effective Date of the Plan.

6.      This Stipulation and Order shall not be modified, altered, amended or supplemented except by a writing executed by all Parties through their authorized representatives.

7.      The terms and conditions of this Stipulation and Order shall be immediately effective and enforceable upon entry by the Bankruptcy Court.

8.      The Bankruptcy Court retains jurisdiction over all matters related to this Stipulation and Order.

**IT IS SO ORDERED.**

Signed: November 18, 2021

Marvin Isgur
United States Bankruptcy Judge

IN WITNESS WHEREOF, this Stipulation and Order has been executed and delivered as of the day and year first below written.

 Dated: November 17, 2021


/s/  Mark A. Platt
**FROST BROWN TODD, LLC**
Mark A. Platt
2101 Cedar Springs Road
Suite 900
Dallas, TX 75201
Telephone (214) 580-5852
Facsimile (214) 545-3473

*Counsel for CGG Services (U.S.) Inc.*

 -and-

/s/ Abigail V. O'Brient
**MINTZ LEVIN COHN FERRIS GLOVSKY &
POPEO, PC**
Joseph R. Dunn (admitted pro hac vice)
Abigail V. O'Brient (admiuggtted pro hac vice)
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501
Email: JRDunn@mintz.com
AOBrient@mintz.com

*Attorneys for the Plan Administrator and certain
Post-Effective Date Debtors*

/s/ Jessica Liou
**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
Clifford.Carlson@weil.com

Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
 Jessica.Liou@weil.com

*Attorneys for QuarterNorth LLC*

## EXHIBIT A
Assigned CGG License Agreements

| | |
|---|---|
| CGG-GOM 001 | CGG-BAG (WEK) (Final Velocity Model) |
| | CGG-BAG (WEK) (Gathers Kirchhoff PSDM) (wo RMO) |
| | CGG-BAG (WEK) (Migration Kirchhoff PSDM) (Final) |
| | CGG-BAG (WEK) (Migration WEM PSDM) (Final) |
| | CGG-BAG (WEK) (Sediment Velocity Model) |
| | CGG-Green Canyon I-II-III (Gathers PSTM) (wo NMO) (Inlines Divided by 2) |
| | CGG-Green Canyon I-II-III (Migration PSTM) (Raw) |
| | CGG-Green Canyon I-II-III (Stacking Velocity - ASCII) |
| | CGG-Green Canyon I-II-III (Stacking Velocity -SEGY) |
| | CGG-Green Canyon IV (Gathers PSTM) (wo NMO) |
| | CGG-Green Canyon IV (Migration PSTM (Final) (GC4 + GC5) |
| | CGG-Green Canyon IV (Migration PSTM) (Raw) |
| | CGG-Green Canyon V (Migration PSTM) (Final) |
| | CGG-Green Canyon - Atwater Valley (Migration PSTM) (Final) |
| | CGG-Mississippi Canyon - Atwater Valley (Gathers PSTM) |
| | CGG-Mississippi Canyon - Atwater Valley (Migration Final) |
| | CGG-Phase C (PSDM) (Final Velocity Model - Cut) |
| | CGG-Phase C (PSDM) (Kirchhoff PSDM Migration) (Final) |
| | CGG-Phase D) (WEK) (Final Velocity Model) |
| | CGG-Phase D) (WEK) (Kirchhoff Gathers without RMO) |
| | CGG-Phase D) (WEK) (Kirchhoff PSDM Migration) (Final) |
| | CGG-Phase D) (WEK) (Kirchhoff Sediment Flood Velocity Model |
| | CGG-Phase D) (WEK) (Sediment Flood Velocity Model |
| | CGG-Phase D) (WEK) (WEM PSDM Migration) |

**EXHIBIT B**
Rejected CGG License Agreements

| CGG-GOM 001 | Main Pass/Viosca Knoll Phase I-IV (Migration Conventional) |
|---|---|
| | MPVK I-IV  Moves (Migration PTSM Moves) |
| CGG-GOM-002 | MPVK I-IV (Nav Merge Data) |
| | MPVK I-IV (Conventional Migration) |
| | MPVK Time Reprocessing 2013 (Final Kirchhoff Pre-Stack Time Migration Stack) (Filtered) |
| | MPVK Time Reprocessing 2013 (Final Kirchhoff Pre-Stack Time Migration Stack) (Raw) |
| | MPVK Time Reprocessing 2013 (Final Velocity Model) |
| | MPVK Time Reprocessing 2013 (Final Kirchhoff Pre-Stack Time Migration Gathers) (Raw) (with RMO) |
| CGG-GOM-003 | MPVK I-IV (Conventional Migration) |
| | MPVK Time Reprocessing 2013 (Final Kirchhoff Pre-Stack Time Stack) (Filtered) |
| | MPVK Time Reprocessing 2013 (Final Kirchhoff Pre-Stack Time Migration Stack) (Raw) |
| | MPVK Time Reprocessing 2013 (Final Velocity Model) |
| | MPVK Time Reprocessing 2013 (Final Kirchhoff Pre-Stack Time Migration Gathers) (Raw) (with RMO) |

United States Bankruptcy Court
Southern District of Texas

In re:                                                                    Case No. 20-33948-mi

Fieldwood Energy LLC                                                      Chapter 11

The Official Committee of Unsecured Cred

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                    User: ADIuser                    Page 1 of 21

Date Rcvd: Nov 18, 2021                 Form ID: pdf002                   Total Noticed: 132

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bandon Oil and Gas GP, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Bandon Oil and Gas, LP, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Dynamic Offshore Resources NS, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy SP LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Offshore LLC, 2000 W. Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Onshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood SD Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | GOM Shelf LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Pipeline LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Processing LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| aty | + | Charles M Rush, 202 Magnate Drive, Lafayette, LA 70508-3830 |
| aty | + | Clark Hill Strasburger, Attn: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| aty | + | Darryl T. Landwehr, 935 Gravier Street, Suite 835, New Orleans, LA 70112-1727 |
| aty | + | Emile Joseph, Jr., Allen & Gooch, P O Box 81129, Lafayette, LA 70598-1129 |
| aty | + | Peter J. Segrist, Carver Darden et al, 1100 Poydras St., Ste 3100, New Orleans, LA 70163-1102 |
| aty | + | Petro Amigos Supply, Inc., c/o Wayne Kitchens, Total Plaza, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| aty | + | Ralph J Kooy, 100 N LaSalle St, Suite #514, Chicago, IL 60602-3551 |
| aty | + | Ronald Savoie, Jackson & Jackson, P.L.L.C., 111 Founders Drive, Suite 400, Baton Rouge, LA 70810-8959 |
| aty | + | William S Piper, 100 N LaSalle St, Suite #514, Chicago, IL 60602-3551 |
| cr | + | A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Aker Solutions Inc., Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037 |
| cr | + | All Aboard Development Corporation, 601 Poydras Street, Suite 1726, New Orleans, LA 70130-6039 |
| cr | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Anahuac Independent School District, c/o Owen M. Sonik, 1235 North Loop West, Houston, TX 77008-1758 |
| cr | + | Ankor E&P Holdings Corporation, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | Ankor Energy LLC, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| intp | + | Apache Corporation, Hunton Andrews Kurth LLP, Attn: Robin Russell, 600 Travis Street, Suite 4200 Houston, TX 77002-2929 |
| cr | + | Archrock Services, LP, 16666 North Chase Dr., Houston, TX 77060-6014 |
| cr | + | Aspen American Insurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| intp | + | BP Exploration & Production Inc., c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | + | Bay City Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Bedrock Petroleum Consultants, LLC, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Brian Cloyd, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | CETCO Energy Services Company, LLC, c/o Rudy Urban, Credit Manager, Cetco Energy Services., LLC, 635 Brake Ridge Court, Seymour, TN 37865 |
| cr | + | Callon Petroleum Company, 2000 W. Sam Houston Parkway S., Suite 2000, Houston, TX 77042, UNITED STATES 77042-3622 |
| cr | + | Chambers County, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Claboryan Lewis, Broussard & David, 557 Jefferson street, Lafayette, LA 70501-6905 |

| | | |
|---|---|---|
| cr | + | Colorado County, c/o John T. Banks, 3301 Northland Drive, Ste. 505, Austin, TX 78731-4954 |
| cr | + | ConocoPhillips Company, c/o Locke Lord LLP, c/o Bradley C. Knapp, 601 Poydras Street, Suite 2660 New Orleans, LA 70130-6032 |
| cr | + | Core Industries, Inc., PO Box 350, Mobile, AL 36601-0350 |
| cr | + | Cortex Business Solutions USA LLC, c/o Sprouse Law Firm, 901 Mopac Expressway South, Building 1, Suite 300 Austin, TX 78746-5883 |
| cr | + | DLS, LLC, P.O. Box 309, Lydia, LA 70569-0309 |
| cr | + | DeepSea Quality Consulting, Inc., c/o Ben L. Aderholt, Coats Rose, P.C., 9 Greenway, Suite 1000 Houston, TX 77046-0900 |
| cr | + | Dickinson Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Discovery Gas Transmission LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Diversified Well Logging, LLC, C/O Dore Rothberg McKay, PC, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Duane Landry, 105 Wild Iris Drive, Evangeline, LA 70537-3203 |
| cr | + | EOG Resources, Inc., c/o Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton St., Ste 1000, Fort Worth, TX 76102-3727 |
| cr | + | EnVen Energy Ventures, LLC, 609 Main Street, Suite 3200, Houston, TX 77002-3276 |
| cr | + | Everest Reinsurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| cr | + | Expro Americas, L.L.C., c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | | Gibson Applied Technology & Enginnering, 1630 Park Ten Place, Suite 206, Houston, TX 77084 |
| cr | + | Gulfstar One LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| intp | + | Helis Oil & Gas Company, LLC, c/o J. David Forsyth, 400 Poydras Street, Suite 2550, New Orleans, LA 70130-3292 |
| cr | + | Ignition Systems & Controls, Inc., c/o Todd Barron Thomason Hudman & Bebout, Attn: Rafael Rodriguez, 3800 E. 42nd Street, Suite 409, Odessa, TX 79762-5928 |
| cr | + | Irongate Rental Services, LLC, c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Island Operating Company Inc, 770 S Post Oak Lane, Suite 400, Houston, TX 77056-6666 |
| cr | + | JX Nippon Oil Exploration (U.S.A.) Limited, c/o GIEGER, LABORDE & LAPEROUSE, L.L.C., 5151 SAN FELIPE, SUITE 750, Houston, TX 77056-3646 |
| intp | + | Jackson Walker LLP, c/o Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| cr | + | LLOG Exploration Company, LLC, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine, New Orleans, LA 70130-6171 |
| cr | + | Lewis Andrews, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Lexon Insurance Company and Endurance American Ins, Harris Beach PLLC, c/o Lee E. Woodard, Esq., 333 West Washing St., Ste. 200, Syracuse, NY 13202-5202 |
| cr | + | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC, c/o Lee E. Woodard, 333 West Washington Street, Suite 200 Syracuse, NY 13202-5202 |
| cr | + | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC c/o Lee E. Woodard, 333 West Washington Street, Suite 200, Syracuse, NY 13202 UNITED STATES 13202-9204 |
| cr | + | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802 UNITED STATES OF AMERICA 70821-4064 |
| cr | + | Macquarie Corporate and Asset Funding Inc., c/o John M. Castillo, 130 E Travis Street, Suite 350, San Antonio, TX 78205-1784 |
| cr | + | Magnum Mud Equipment Co., Inc., Post Office Box 4258, Houma, LA 70361, UNITED STATES 70361-4258 |
| cr | + | Marathon Oil Company, c/o Clay M. Taylor, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |
| cr | + | Martin Energy Services LLC, c/o Robert P. Franke, Clark Hill Strasburger, 901 Main St., Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Marubeni Oil & Gas (USA) LLC, Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | McMoran Oil & Gas, 1615 Poydras Street, Suite 600, New Orleans, LA 70112-1238 |
| cr | + | Melvin Sigure, c/o David C. Whitmore, 701 Poydras Street, Suite 4100, New Orleans, LA 70139 UNITED STATES 70139-7773 |
| cr | + | Merit Energy Company, Locke Lord Bissell & Liddell LLP, Attn: Philip Eisenberg, 600 Travis Street, Suite 3400 Houston, TX 77002-2926 |
| cr | #+ | Milorad Raicevic, 3701 Kirby Drive, Suite 1000, Houston, TX 77098-3928 |
| cr | + | Noble Energy, Inc., c/o Andrews Myers, PC, 1885 Saint James Place, 15th Floor, Houston, Tx 77056-4175 |
| cr | + | Patrick Burnett, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Performance Energy Services, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| intp | | Railroad Commission of Texas, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Red Willow Offshore, LLC, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Regis Southern, c/o Reese Baker, 950 Echo Lane Ste 300, Houston, TX 77024-2824 |
| cr | + | Ryan, LLC, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| cr | + | SBM Gulf Production LLC, c/o Ken Green, Snow Spence Green LLP, P O Box 549, Hockley, TX 77447-0549 |
| cr | + | Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | + | Sheldon Independent School District, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Suite 600, Houston, TX 77008-1772 |
| cr | + | Sheldon Independent School District, et al, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Ste 600, Houston, TX 77008-1772 |
| cr | + | Shell Offshore, Inc., 200 N. Dairy Ashford, Houston, TX 77079-1101 |
| cr | + | Shell Oil Company, c/o Sara M. Keith, 150 N. Dairy Ashford Rd., Building F, Houston, TX 77079-1128 |
| cr | + | Solar Turbines Incorporated, 100 N.E. Adams, Peoria, IL 61629-0001 |
| cr | + | Superior Performance, Inc., c/o S. Mayer Law, P.O. Box 6542, Houston, TX 77265, UNITED STATES 77265-6542 |
| intp | + | TC Oil Louisiana, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |

District/off: 0541-4                        User: ADIuser                                    Page 3 of 21

Date Rcvd: Nov 18, 2021                     Form ID: pdf002                                   Total Noticed: 132

| | | |
|---|---|---|
| cr | + | TETRA Technologies, Inc., Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, c/o Zachary McKay, Houston, TX 77084-4927 |
| cr | + | TGS AP Investments AS, c/o Andrew A Braun, Geiger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company, c/o Andrew A Braun, Gieger, Laborde & Laperouse, LLC, Suite 4800, 701 Poydras St., New Orleans, LA 70139 US 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company ASA, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| intp | + | Tana Exploration Company, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | Targa Liquids Marketing and Trade, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Targa Midstream Services, LLC, c/o Steven W. Soule, Hall Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Tetra Applied Technologies, Inc., c/o Zachary S. McKay, Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| intp | | Texas General Land Office, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| cr | + | Transcontinental Gas Pipe Line Company, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Trinity Bay Conservation District, c/o Owen M.Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Trunkline Field Services LLC, 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | U.S. Specialty Insurance Company, c/o Locke Lord LLP, ATTN: Philip Eisenberg, 600 Travis Street, Suite 2800, Houston, TX 77002-2914 |
| cr | | Universal Equipment, Inc., c/o Christopher J. Piasecki, Davidson Meaux, Post Office Box 2908, Lafayette, La 70502-2908 |
| cr | + | Valaris plc, Matthew D. Cavenaugh, Jackson Walker LLP, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| cr | + | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | WFS Liquids LLC, c/o Steven W. Soule', Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Walter Oil & Gas Corporation, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine New Orleans, LA 70130-6171 |
| cr | + | West Cameron Dehydration Company, L.L.C., 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | Westerngeco LLC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Williams Field Services-Gulf Coast Company LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| br | + | XCLAIM Inc., XCLAIM Inc., 2261 Market Street #4385, San Francisco, CA 94114-1612 |
| cr | + | Zurich American Insurance Company, c/o Duane Brescia, 720 Brazos Street, Suite 700, Austin, TX 78701-2531 |

TOTAL: 118

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnkatty@aldineisd.org | Nov 18 2021 19:58:00 | Aldine ISD, Legal Department, 2520 WWThorne Dr., Houston, TX 77073-3406 |
| cr | + | Email/Text: SPECK@LAWLA.COM | Nov 18 2021 19:58:00 | Atlantic Maritime Services, LLC, c/o Stewart F. Peck, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130, UNITED STATES 70130-6041 |
| cr | | Email/Text: toriet@broussardbrothers.com | Nov 18 2021 19:58:00 | Broussard Brothers, Inc., 501 S. Main St., Abbeville, LA 70510, US |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Nov 18 2021 19:58:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, Tx 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Nov 18 2021 19:58:00 | Deligans Valves, Inc., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Nov 18 2021 19:58:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Nov 18 2021 19:58:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | | |

District/off: 0541-4                     User: ADIuser                              Page 4 of 21
Date Rcvd: Nov 18, 2021                  Form ID: pdf002                            Total Noticed: 132

|  |  | Nov 18 2021 19:58:00 | Heartland Compression Services, L.L.C., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr |  | Email/Text: houston_bankruptcy@LGBS.com |  |
|  |  | Nov 18 2021 19:58:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr |  | Email/Text: houston_bankruptcy@LGBS.com |  |
|  |  | Nov 18 2021 19:58:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| op |  | Email/Text: EBN@primeclerk.com |  |
|  |  | Nov 18 2021 19:58:00 | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165 |
| cr | + | Email/Text: pwp@pattiprewittlaw.com |  |
|  |  | Nov 18 2021 19:58:00 | Plains Gas Solutions, c/o Law Ofc Patricia Williams Prewitt, 10953 Vista Lake Ct., Navasota, TX 77868, UNITED STATES 77868-6981 |
| cr |  | Email/Text: ar@supremeservices.com |  |
|  |  | Nov 18 2021 19:58:00 | Supreme Service & Specialty Co. Inc., Attn: Freddy Bourgeois, 204 Industrial Ave. C, Houma, LA 70363 |
| cr | + | Email/Text: n.gault@trendsetterengineering.com |  |
|  |  | Nov 18 2021 19:58:00 | Trendsetter Engineering, Inc., 10430 Rodgers Road, Houston, TX 77070, UNITED STATES 77070-1642 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db |  | Fieldwood Energy III LLC |
| db |  | Plan Administrator and Certain Post-Effective Date |
| cr |  | 2M Oilfield Group Inc. |
| cr |  | A-Port LLC |
| cr |  | AGGREKO, LLC |
| cr |  | AGI Industries Inc |
| cr |  | AGI Packaged Pump Systems |
| cr |  | Acadian Contractors, Inc |
| cr |  | Ad Hoc Group of Secured Lenders |
| cr |  | Anadarko E&P Company |
| cr |  | Anadarko Petroleum Corp. |
| cr |  | Anadarko U.S. Offshore LLC |
| cr |  | Archrock Partners Operating, LLC and Archrock Serv |
| cr |  | Aubrey Wild |
| cr |  | Berkley Insurance Company |
| cr |  | Burlington Resources Offshore |
| cr |  | CCG Services (U.S.) Inc. |
| cr |  | CGG Services (U.S.) Inc. |
| cr |  | CNOOC Petroleum Offshore U.S.A. Inc. |
| cr |  | CTD Legacy LLC |
| intp |  | Cantor Fitzgerald Securities, as DIP Agent |
| cr |  | Chevron U.S.A. Inc. |
| cr |  | Cortland Capital Market Services LLC |
| cr |  | Cox Oil, LLC, Cox Operating LLC, Energy XXI GOM, L |
| op |  | David M. Dunn, as Plan Administrator |
| cr |  | Deep Sea Development Services, Inc., 19219Katy Freeway, Suite 260, Houston, UNITED STATES |
| cr |  | Derrick Daniels |
| cr |  | Diamond Oil Field Supply Inc |
| cr |  | Diverse Safety & Scaffolding, LLC |
| intp |  | Ecopetrol America LLC |
| cr |  | Ecopetrol America LLC |
| cr |  | Edward C Stengel |

| | |
|---|---|
| cr | Edward Randall, Individually and as Representative |
| intp | Eni Petroleum US LLC |
| intp | Eni US Operating Co. Inc. |
| cr | Enterprise Gas Processing, LLC |
| cr | ExxonMobil Corporation |
| intp | Facilities Consulting Group, LLC |
| cr | Florida Gas Transmission Company, LLC |
| cr | Florida Gas Transmission, LLC, |
| cr | Freeport-McMoRan Oil & Gas LLC |
| cr | Fugro USA Marine, Inc. |
| cr | George Canjar |
| cr | Goldman Sachs Bank USA |
| cr | HB Rentals, LC |
| cr | HCC International Insurance Company PLC |
| cr | HHE Energy Company |
| cr | Halliburton Energy Services, Inc. |
| cr | Hess Corporation |
| cr | Houston Energy Deepwater Ventures I |
| cr | Hunt Oil Company, Chieftain International (U.S.) L |
| cr | ITC Global, Inc. |
| cr | Infinity Valve & Supply LLC |
| cr | Intracoastal Liquid Mud, Inc., UNITED STATES |
| cr | Japex (U.S.) Corp. |
| cr | Jeffrey W Faw |
| cr | John A Sansbury, Jr |
| intp | Kilgore Marine |
| cr | LLOG Energy, L.L.C. |
| cr | LLOG Exploration Offshore, L.L.C. |
| cr | Lavaca County |
| cr | Liberty Mutual Insurance Company |
| cr | Linear Controls, Inc. |
| cr | Live Oak CAD |
| cr | Louisiana Safety Systems, Inc. |
| intp | Manta Ray Offshore Gathering Company, L.L.C. |
| cr | Mark Howard Gillespie |
| cr | Michael Howard Clark |
| cr | Moodys Investors Service, Inc. |
| cr | Multiklient Invest AS |
| cr | NOV Process & Flow Technologies US, Inc. |
| cr | National Oilwell Varco, L.P. |
| intp | Nautilus Pipeline Company, L.L.C. |
| cr | North American Specialty Insurance Company |
| cr | Oceaneering International Inc. |
| cr | Oil States Energy Services, LLC |
| cr | Partco, LLC |
| cr | Philadelphia Indemnity Insurance Company |
| cr | Process Piping Materials, Inc. |
| intp | QuarterNorth Energy LLC and certain of its affilia |
| cr | R360 Environmental Solutions, LLC |
| intp | RLI Insurance Company |
| cr | Renaissance Offshore, LLC |
| cr | Republic Helicopters, Inc. |
| cr | Ridgewood Energy Corporation |
| cr | Rio Grande City CISD |
| crcm | SLTL Ad Hoc Committee |
| cr | SM Energy Company |
| cr | Samson Contour Energy E & P, LLC |
| cr | Samson Offshore Mapleleaf, LLC |
| cr | Sea Robin Pipeline Company, LLC |
| cr | Shell GOM Pipeline Company, LLC |
| cr | Shell Pipeline, LLC |
| cr | Sirius America Insurance Company |
| cr | Sparrows Offshore, LLC |

| | | |
|---|---|---|
| cr | | Starr County |
| cr | | State of Louisiana, Department of Natural Resource |
| cr | | Stingray Pipeline Company, LLC |
| intp | | Subsea 7 LLC |
| cr | | Superior Energy Services, L.L.C. |
| cr | | Talos Energy Inc. |
| cr | | Talos Energy LLC |
| cr | | Texaco Inc. |
| cr | | The Hanover Insurance Company |
| cr | | The Louisiana Land & Exploration Company |
| crcm | | The Official Committee of Unsecured Creditors |
| cr | | Toys O'Neil |
| cr | | Travelers Casualty and Surety Company of America |
| cr | | Trunkline Gas Company, LLC |
| cr | | U.S. Department of the Interior |
| cr | | Union Oil Company of California |
| cr | | Unocal Pipeline Company |
| cr | | Valero Marketing and Supply Company |
| cc | | Valero Marketing and Supply Company |
| cr | | W&T Energy VI, LLC |
| cr | | W&T Offshore, Inc. |
| cr | | Warrior Energy Services Corporation |
| cr | | Welltec, Inc. |
| cr | | Wild Well Control, Inc. |
| cr | | Workstrings International, LLC |
| cr | | XH LLC |
| cr | | XL Specialty Insurance Co |
| cr | | XL Systems, L.P. |
| cr | | XTO Energy, Inc. |
| cr | | XTO Offshore, Inc. |
| db | *+ | Fieldwood Energy Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cd | *+ | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |

TOTAL: 125 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021                              Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron James Power | |
| | on behalf of Interested Party Subsea 7 LLC apower@porterhedges.com  egarfias@porterhedges.com;ysanders@porterhedges.com |
| Abigail V. O'Brient | |
| | on behalf of Other Prof. David M. Dunn  as Plan Administrator aobrient@mintz.com, DEHashimoto@mintz.com;docketing@mintz.com |
| Alfredo R Perez | |

District/off: 0541-4
User: ADIuser
Page 7 of 21

Date Rcvd: Nov 18, 2021
Form ID: pdf002
Total Noticed: 132

on behalf of Debtor Fieldwood Offshore LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Plaintiff Fieldwood Energy LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood Energy SP LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood Onshore LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood SD Offshore LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Bandon Oil and Gas GP  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood Energy Inc. alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Plaintiff Fieldwood Energy  LLC and GOM Shelf LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Plan Administrator and Certain Post-Effective Date Debtors alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood Energy Offshore LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Galveston Bay Processing LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Interested Party QuarterNorth Energy LLC and certain of its affiliates alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood Energy LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Galveston Bay Pipeline LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood Energy III LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor FW GOM Pipeline  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Bandon Oil and Gas  LP alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.
com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

District/off: 0541-4                                   User: ADIuser                                          Page 8 of 21
Date Rcvd: Nov 18, 2021                                Form ID: pdf002                                     Total Noticed: 132

| | |
|---|---|
| Alfredo R Perez | on behalf of Debtor GOM Shelf LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Dynamic Offshore Resources NS  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Andrew A Braun | on behalf of Creditor Westerngeco LLC abraun@glllaw.com |
| Andrew A Braun | on behalf of Creditor TGS-NOPEC Geophysical Company ASA abraun@glllaw.com |
| Andrew A Braun | on behalf of Creditor TGS-NOPEC Geophysical Company abraun@glllaw.com |
| Andrew A Braun | on behalf of Creditor A2D TECHNOLOGIES  INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES abraun@glllaw.com |
| Andrew A Braun | on behalf of Creditor TGS AP Investments AS abraun@glllaw.com |
| Audrey Lorene Hornisher | on behalf of Creditor Martin Energy Services LLC audrey.hornisher@clarkhillstrasburger.com mina.alvarez@clarkhillstrasburger.com |
| Barnet B Skelton, Jr | on behalf of Creditor Houston Energy Deepwater Ventures I barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor Red Willow Offshore  LLC barnetbjr@msn.com |
| Ben L Aderholt | on behalf of Creditor DeepSea Quality Consulting  Inc. baderholt@coatsrose.com, vhernandez@coatsrose.com |
| Benjamin W Kadden | on behalf of Creditor Deligans Valves  Inc. bkadden@lawla.com, mnguyen@lawla.com |
| Benjamin W Kadden | on behalf of Creditor Superior Energy Services  L.L.C. bkadden@lawla.com, mnguyen@lawla.com |
| Benjamin W Kadden | on behalf of Creditor Workstrings International  LLC bkadden@lawla.com, mnguyen@lawla.com |
| Benjamin W Kadden | on behalf of Creditor HB Rentals  LC bkadden@lawla.com, mnguyen@lawla.com |
| Benjamin W Kadden | on behalf of Creditor Heartland Compression Services  L.L.C. bkadden@lawla.com, mnguyen@lawla.com |
| Benjamin W Kadden | on behalf of Creditor Warrior Energy Services Corporation bkadden@lawla.com  mnguyen@lawla.com |
| Benjamin W Kadden | on behalf of Creditor Wild Well Control  Inc. bkadden@lawla.com, mnguyen@lawla.com |
| Bradley Clay Knapp | on behalf of Creditor ConocoPhillips Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com |
| Bradley Clay Knapp | on behalf of Creditor Merit Energy Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com |
| Bradley Clay Knapp | on behalf of Creditor W&T Offshore  Inc. bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| Bradley Clay Knapp | on behalf of Creditor McMoran Oil & Gas LLC bknapp@lockelord.com  Yamille.Harrison@lockelord.com |
| Bradley Clay Knapp | on behalf of Creditor Burlington Resources Offshore bknapp@lockelord.com  Yamille.Harrison@lockelord.com |
| Bradley Clay Knapp | on behalf of Creditor The Louisiana Land & Exploration Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com |

District/off: 0541-4        User: ADIuser        Page 9 of 21
Date Rcvd: Nov 18, 2021        Form ID: pdf002        Total Noticed: 132

Bradley Clay Knapp
on behalf of Creditor Freeport-McMoRan Oil & Gas LLC bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor W&T Energy VI  LLC bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor U.S. Specialty Insurance Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Brandon Kevin Bains
on behalf of Creditor The Hanover Insurance Company bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
on behalf of Creditor Liberty Mutual Insurance Company bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
on behalf of Creditor Travelers Casualty and Surety Company of America bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
on behalf of Creditor XL Specialty Insurance Co bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker
on behalf of Creditor Renaissance Offshore  LLC brian.baker@stacybakerlaw.com

Brian A. Baker
on behalf of Creditor XL Systems  L.P. brian.baker@stacybakerlaw.com

Brian A. Baker
on behalf of Creditor National Oilwell Varco  L.P. brian.baker@stacybakerlaw.com

Brian A. Baker
on behalf of Defendant Renaissance Offshore LLC brian.baker@stacybakerlaw.com

Brian A. Baker
on behalf of Creditor NOV Process & Flow Technologies US  Inc. brian.baker@stacybakerlaw.com

Bruce J Ruzinsky
on behalf of Creditor Aker Solutions Inc. bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
on behalf of Interested Party Jackson Walker LLP bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Buffey E Klein
on behalf of Creditor 2M Oilfield Group Inc. buffey.klein@huschblackwell.com
christine.deacon@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

C Brannon Robertson
on behalf of Defendant Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
gabrielle.martinez@trialattorneytx.com

C Brannon Robertson
on behalf of Counter-Claimant Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
gabrielle.martinez@trialattorneytx.com

C Brannon Robertson
on behalf of Creditor Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
gabrielle.martinez@trialattorneytx.com

Catherine Allyn Diktaban
on behalf of Interested Party Apache Corporation cdiktaban@huntonak.com

Charles A Beckham, Jr
on behalf of Creditor Ad Hoc Group of Secured Lenders beckhamc@haynesboone.com  kenneth.rusinko@haynesboone.com

Charles A Beckham, Jr
on behalf of Interested Party Cantor Fitzgerald Securities  as DIP Agent beckhamc@haynesboone.com,
kenneth.rusinko@haynesboone.com

Charles Brittain Walther
on behalf of Creditor Michael Howard Clark bwalther@wwmlawyers.com

Charles Brittain Walther
on behalf of Creditor Edward C Stengel bwalther@wwmlawyers.com

Charles Brittain Walther
on behalf of Creditor George Canjar bwalther@wwmlawyers.com

Charles Brittain Walther
on behalf of Creditor John A Sansbury  Jr bwalther@wwmlawyers.com

Charles Brittain Walther
on behalf of Creditor Jeffrey W Faw bwalther@wwmlawyers.com

Charles Brittain Walther
on behalf of Creditor Mark Howard Gillespie bwalther@wwmlawyers.com

Charles Michael Rubio
on behalf of Creditor Island Operating Company Inc crubio@parkinslee.com
7485062420@filings.docketbird.com;arodriguez@parkinslee.com

Charles Stephen Kelley
on behalf of Creditor Welltec  Inc. ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Christopher Joseph Piasecki
on behalf of Creditor Universal Equipment  Inc. cpiasecki@davidsonmeaux.com

Clay Marshall Taylor
on behalf of Creditor Marathon Oil Company clay.taylor@bondsellis.com  krista.hillman@bondsellis.com

Constantine Z Pamphilis
on behalf of Creditor Committee SLTL Ad Hoc Committee dpamphilis@kasowitz.com  courtnotices@kasowitz.com

Craig A Ryan
on behalf of Creditor Callon Petroleum Company ryanc@onebane.com  stoutej@onebane.com

Cynthia Castanon
on behalf of Defendant Renaissance Offshore LLC Cynthia.castanon@stacybakerlaw.com

Cynthia Castanon
on behalf of Creditor Renaissance Offshore  LLC Cynthia.castanon@stacybakerlaw.com

Danielle Rushing
on behalf of Creditor Valero Marketing and Supply Company drushing@dykema.com

Danielle Rushing
on behalf of Counter-Claimant Valero Marketing and Supply Company drushing@dykema.com

David Christopher Whitmore
on behalf of Creditor Melvin Sigure dcw@nola-law.com

David S Elder
on behalf of Creditor Oceaneering International Inc. dselder@foley.com  rdiep@foley.com;david-elder-1574@ecf.pacerpro.com

Deborah Daywood Williamson
on behalf of Creditor Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson
on behalf of Counter-Claimant Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson
on behalf of Defendant Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deirdre Carey Brown, pllc
on behalf of Creditor XTO Energy  Inc. dbrown@forsheyprostok.com,
dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtd
rive.com,dcb@dcbfirm.com

Deirdre Carey Brown, pllc
on behalf of Creditor ExxonMobil Corporation dbrown@forsheyprostok.com
dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtd
rive.com,dcb@dcbfirm.com

Devan Joan Dal Col
on behalf of Creditor Hess Corporation ddalcol@reedsmith.com

Diane Wade Sanders
on behalf of Creditor Rio Grande City CISD austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor Lavaca County austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor Live Oak CAD austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor Starr County austin.bankruptcy@publicans.com

Donna T Parkinson
on behalf of Creditor R360 Environmental Solutions  LLC donna@parkinsonphinney.com

District/off: 0541-4                    User: ADIuser                         Page 11 of 21
Date Rcvd: Nov 18, 2021                 Form ID: pdf002                        Total Noticed: 132

Douglas Saul Friedman
on behalf of Creditor Renaissance Offshore  LLC doug.friedman@stacybakerlaw.com

Douglas Saul Friedman
on behalf of Defendant Renaissance Offshore LLC doug.friedman@stacybakerlaw.com

Duane J Brescia
on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane J Brescia
on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com
djaenike@clarkhill.com;ckclark@clarkhill.com

Duane J Brescia
on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com

Edward L Ripley
on behalf of Creditor Unocal Pipeline Company eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley
on behalf of Creditor Texaco Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley
on behalf of Creditor Noble Energy  Inc. eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley
on behalf of Creditor Chevron U.S.A. Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley
on behalf of Creditor Union Oil Company of California eripley@andrewsmyers.com  sray@andrewsmyers.com

Elizabeth M Guffy
on behalf of Defendant HCC International Insurance Company PLC eguffy@lockelord.com  eguffy@ecf.axosfs.com

Elizabeth M Guffy
on behalf of Creditor HCC International Insurance Company PLC eguffy@lockelord.com  eguffy@ecf.axosfs.com

Elliot W Scharfenberg
on behalf of Interested Party RLI Insurance Company escharfenberg@kfplaw.com

Emilio Fernando DeAyala
on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
on behalf of Plaintiff Fieldwood Energy Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
on behalf of Plaintiff Fieldwood Energy LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
on behalf of Plaintiff Fieldwood SD Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Eric Michael English
on behalf of Creditor Talos Energy Inc. eenglish@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Eric Michael English
on behalf of Creditor Talos Energy LLC eenglish@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Florence Bonaccorso-Saenz
on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov

H Kent Aguillard
on behalf of Creditor DLS  LLC kent@aguillardlaw.com, gina@aguillardlaw.com

Heather Helene Jobe
on behalf of Creditor Ryan  LLC heatherj@bellnunnally.com, agreen@bellnunnally.com

Hector Duran, Jr
on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Helen Hemingway McLaughlin
on behalf of Plaintiff Fieldwood SD Offshore LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
on behalf of Plaintiff Fieldwood Energy LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
on behalf of Plaintiff Fieldwood Energy Offshore LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates hmclaughlin@buckkeenan.com

J Robert Forshey
                        on behalf of Creditor HHE Energy Company bforshey@forsheyprostok.com
                        calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
                        ;jjones@forsheyprostok.com

J Robert Forshey
                        on behalf of Creditor XH LLC bforshey@forsheyprostok.com
                        calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
                        ;jjones@forsheyprostok.com

J Robert Forshey
                        on behalf of Creditor XTO Offshore  Inc. bforshey@forsheyprostok.com,
                        calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
                        ;jjones@forsheyprostok.com

J Robert Forshey
                        on behalf of Creditor ExxonMobil Corporation bforshey@forsheyprostok.com
                        calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
                        ;jjones@forsheyprostok.com

J Robert Forshey
                        on behalf of Creditor XTO Energy  Inc. bforshey@forsheyprostok.com,
                        calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
                        ;jjones@forsheyprostok.com

J. David Forsyth
                        on behalf of Interested Party Helis Oil & Gas Company  LLC jdf@sessions-law.com

James B. Bailey
                        on behalf of Creditor Bedrock Petroleum Consultants  LLC jbailey@bradley.com, jbailey@ecf.courtdrive.com

James Harmon Hall
                        on behalf of Creditor Aubrey Wild James@chzfirm.com

James R Prince
                        on behalf of Creditor Hunt Oil Company  Chieftain International (U.S.) L.L.C., and Hunt Chieftain Development, L.P.
                        jim.prince@bakerbotts.com, BankruptcyDallas@bakerbotts.com;jim-prince-2090@ecf.pacerpro.com

James Robert MacNaughton
                        on behalf of Creditor Gibson Applied Technology & Enginnering robert@porterpowers.com

James W Walker
                        on behalf of Creditor Committee The Official Committee of Unsecured Creditors jwalker@coleschotz.com
                        ahickey@coleschotz.com;amacias@coleschotz.com

Jameson Joseph Watts
                        on behalf of Creditor 2M Oilfield Group Inc. jameson.watts@huschblackwell.com
                        penny.keller@huschblackwell.com;jameson-watts-4163@ecf.pacerpro.com;Christine.deacon@huschblackwell.com

Jan M Hayden
                        on behalf of Creditor Samson Contour Energy E & P  LLC jhayden@bakerdonelson.com,
                        gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Jan M Hayden
                        on behalf of Creditor Samson Offshore Mapleleaf  LLC jhayden@bakerdonelson.com,
                        gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Jason George
                        on behalf of Debtor Fieldwood Energy LLC jason.george@weil.com

Jason B. Binford
                        on behalf of Interested Party Railroad Commission of Texas Jason.binford@oag.texas.gov

Jason B. Binford
                        on behalf of Interested Party Texas General Land Office Jason.binford@oag.texas.gov

Jason M Rudd
                        on behalf of Interested Party Tana Exploration Company  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M Rudd
                        on behalf of Interested Party TC Oil Louisiana  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jeffery Dayne Carruth
                        on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com,
                        jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Jeri Leigh Miller
                        on behalf of Creditor Ridgewood Energy Corporation jeri.miller@sidley.com  jeri-leigh-miller-8108@ecf.pacerpro.com

Jeri Leigh Miller
                        on behalf of Interested Party ILX Prospect Katmai  LLC jeri.miller@sidley.com, jeri-leigh-miller-8108@ecf.pacerpro.com

Jeri Leigh Miller

District/off: 0541-4

Date Rcvd: Nov 18, 2021

User: ADIuser

Form ID: pdf002

Page 13 of 21

Total Noticed: 132

on behalf of Interested Party Ridgewood Katmai  LLC jeri.miller@sidley.com, jeri-leigh-miller-8108@ecf.pacerpro.com

Jerome Harold Moroux

on behalf of Creditor Duane Landry jerome@broussard-david.com

Jerome Harold Moroux

on behalf of Creditor Claboryan Lewis jerome@broussard-david.com

Jessica Liou

on behalf of Debtor Fieldwood Energy LLC Jessica.Liou@weil.com

Joel Cameron Simon

on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com

Joel Cameron Simon

on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com

John A Mouton, III

on behalf of Creditor Process Piping Materials  Inc. john@jmoutonlaw.com

John A Mouton, III

on behalf of Creditor Derrick Daniels john@jmoutonlaw.com

John A Mouton, III

on behalf of Creditor Intracoastal Liquid Mud  Inc. john@jmoutonlaw.com

John E Mitchell

on behalf of Creditor Stingray Pipeline Company  LLC john.mitchell@katten.com

John E Mitchell

on behalf of Creditor Sea Robin Pipeline Company  LLC john.mitchell@katten.com

John E Mitchell

on behalf of Creditor Florida Gas Transmission Company  LLC john.mitchell@katten.com

John E Mitchell

on behalf of Creditor Trunkline Gas Company  LLC john.mitchell@katten.com

John E.W. Baay, II

on behalf of Creditor LLOG Energy  L.L.C. jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor Westerngeco LLC jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor TGS-NOPEC Geophysical Company jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor LLOG Exploration Offshore  L.L.C. jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor TGS AP Investments AS jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor A2D TECHNOLOGIES  INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor TGS-NOPEC Geophysical Company ASA jbaay@glllaw.com

John F Higgins, IV

on behalf of Interested Party Kilgore Marine jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John P Dillman

on behalf of Creditor Galveston County houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Rio Grande City CISD houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Starr County houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Live Oak CAD houston_bankruptcy@publicans.com

John P Dillman

District/off: 0541-4
Date Rcvd: Nov 18, 2021

User: ADIuser
Form ID: pdf002

Page 14 of 21
Total Noticed: 132

John P Dillman

on behalf of Creditor Jefferson County houston_bankrupty@publicans.com

on behalf of Creditor Lavaca County houston_bankrupty@publicans.com

John P Dillman

on behalf of Creditor Matagorda County houston_bankrupty@publicans.com

John S Mayer

on behalf of Creditor Solar Turbines Incorporated jmayer@rossbanks.com

John T Banks

on behalf of Creditor Colorado County jbanks@pbfcm.com  jbanks@ecf.inforuptcy.com

John Zachary Balasko

on behalf of Creditor U.S. Department of the Interior john.z.balasko@usdoj.gov

Jonathan Steven Ord

on behalf of Interested Party RLI Insurance Company jord@krebsfarley.com

Joseph Lomax Jordan, Jr

on behalf of Creditor AGI Industries Inc maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joseph Lomax Jordan, Jr

on behalf of Creditor AGI Packaged Pump Systems maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joseph R. Dunn

on behalf of Other Prof. David M. Dunn  as Plan Administrator jrdunn@mintz.com, TLMayo@mintz.com;docketing@mintz.com

Joshua Nielson Eppich

on behalf of Creditor EOG Resources  Inc. Joshua@BondsEllis.com, Joyce.Rehill@BondsEllis.com

Joshua W. Wolfshohl

on behalf of Creditor Diverse Safety & Scaffolding  LLC jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Juan M Castillo

on behalf of Creditor Macquarie Corporate and Asset Funding Inc. jcastillo@fcbtxlaw.com  anichols@fcbtxlaw.com

Karl Daniel Burrer

on behalf of Interested Party BP Exploration & Production Inc. burrerk@gtlaw.com  jamrokg@gtlaw.com,

Kelly Singer

on behalf of Interested Party Ecopetrol America LLC Kelly.singer@squirepb.com sarah.conley@squirepb.com,kelly-e-singer-8448@ecf.pacerpro.com

Kenneth P. Green

on behalf of Creditor SBM Gulf Production LLC ken@snow-green.com  janis@snow-green.com;brenda@snow-green.com

Kevin Chiu

on behalf of Creditor EnVen Energy Ventures  LLC kevin.chiu@bakerbotts.com

Kevin M Maraist

on behalf of Creditor Archrock Services  LP kmaraist@albmlaw.com

Kevin M Maraist

on behalf of Creditor Archrock Partners Operating  LLC and Archrock Service LP kmaraist@albmlaw.com

Kim Bernard Battaglini

on behalf of Creditor North American Specialty Insurance Company kbattaglini@strongpipkin.com

Kim Bernard Battaglini

on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company kbattaglini@strongpipkin.com

Lacey E. Rochester

on behalf of Creditor Fugro USA Marine  Inc. lrochester@bakerdonelson.com, cbretz@bakerdonelson.com

Lambert M Laperouse

on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited laperouse@glllaw.com  hherrick@glllaw.com

Larry Preston Walton

on behalf of Creditor Deep Sea Development Services  Inc. larrypwalton@larrypwalton.com

Leann Opotowsky Moses

on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited moses@carverdarden.com Langley@carverdarden.com;8167471420@filings.docketbird.com

Leann Opotowsky Moses

on behalf of Creditor C-Dive  L.L.C. moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com

Lee E Woodard

|  |  |
|---|---|
| | on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company LWoodard@HarrisBeach.com, efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com |
| Lee E Woodard | |
| | on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., Endurance American Insurance Company, Ironshore Specialty Insurance Company LWoodard@HarrisBeach.com, efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com |
| Lee E Woodard | |
| | on behalf of Creditor Lexon Insurance Company and Endurance American Insurance Company LWoodard@HarrisBeach.com, efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com |
| Lisa Ann Powell | |
| | on behalf of Creditor Oil States Energy Services  LLC Lisa.Powell@fisherbroyles.com |
| Lisa M. Norman | |
| | on behalf of Creditor Noble Energy  Inc. lnorman@andrewsmyers.com, kbocco@andrewsmyers.com |
| Lisa M. Norman | |
| | on behalf of Creditor Chevron U.S.A. Inc. lnorman@andrewsmyers.com  kbocco@andrewsmyers.com |
| Lloyd A. Lim | |
| | on behalf of Creditor ITC Global  Inc. llim@balch.com, rkubanda@balch.com;nmata@balch.com;smckitt@balch.com |
| Lynda Lee Lankford | |
| | on behalf of Creditor XTO Energy  Inc. llankford@forsheyprostok.com, calendar@forsheyprostok.com;jjones@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com |
| Lynda Lee Lankford | |
| | on behalf of Creditor ExxonMobil Corporation llankford@forsheyprostok.com calendar@forsheyprostok.com;jjones@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com |
| Mark Alan Platt | |
| | on behalf of Creditor CCG Services (U.S.) Inc. mplatt@fbtlaw.com  dwillliams@fbtlaw.com;mluna@fbtlaw.com |
| Mark Alan Platt | |
| | on behalf of Creditor CGG Services (U.S.) Inc. mplatt@fbtlaw.com  dwillliams@fbtlaw.com;mluna@fbtlaw.com |
| Mark D Sherrill | |
| | on behalf of Interested Party Nautilus Pipeline Company  L.L.C. marksherrill@eversheds-sutherland.com |
| Mark D Sherrill | |
| | on behalf of Interested Party Manta Ray Offshore Gathering Company  L.L.C. marksherrill@eversheds-sutherland.com |
| Mark S. Finkelstein | |
| | on behalf of Creditor Trendsetter Engineering  Inc. mfinkelstein@smfadlaw.com, rjones@smfadlaw.com |
| Marvin E Sprouse, III | |
| | on behalf of Creditor Cortex Business Solutions USA LLC msprouse@sprousepllc.com  sprouselawfirm@gmail.com |
| Matthew D Cavenaugh | |
| | on behalf of Defendant Atlantic Maritime Services LLC mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com |
| Matthew D Cavenaugh | |
| | on behalf of Creditor Atlantic Maritime Services  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com |
| Matthew D Cavenaugh | |
| | on behalf of Creditor Valaris plc mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com |
| Matthew J. Pyeatt | |
| | on behalf of Creditor Goldman Sachs Bank USA mpyeatt@velaw.com |
| Melissa E Valdez | |
| | on behalf of Creditor Sheldon Independent School District mvaldez@pbfcm.com osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com |
| Melissa E Valdez | |
| | on behalf of Creditor Sheldon Independent School District  et al mvaldez@pbfcm.com, osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com |
| Michael Fishel | |
| | on behalf of Interested Party Ridgewood Katmai  LLC mfishel@sidley.com, michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com |
| Michael Fishel | |
| | on behalf of Interested Party ILX Prospect Katmai  LLC mfishel@sidley.com, michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com |
| Michael Fishel | |
| | on behalf of Creditor Ridgewood Energy Corporation mfishel@sidley.com michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com |
| Michael D Warner | |

on behalf of Interested Party The Official Committee of Unsecured Creditors mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner

on behalf of Other Prof. David M. Dunn  as Plan Administrator mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner

on behalf of Creditor Committee The Official Committee of Unsecured Creditors mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael Edward Collins

on behalf of Defendant Philadelphia Indemnity Insurance Company mcollins@manierherod.com  rmiller@manierherod.com

Michael Edward Collins

on behalf of Creditor Philadelphia Indemnity Insurance Company mcollins@manierherod.com  rmiller@manierherod.com

Michael P Ridulfo

on behalf of Creditor Multiklient Invest AS mridulfo@krcl.com  rcoles@krcl.com

Michael P Ridulfo

on behalf of Creditor Sparrows Offshore  LLC mridulfo@krcl.com, rcoles@krcl.com

Millard A Johnson

on behalf of Creditor Ankor Energy LLC mjohnson@jdkglaw.com  tjorge-borges@jdkglaw.com;ssherman@jdkglaw.com

Millard A Johnson

on behalf of Creditor Ankor E&P Holdings Corporation mjohnson@jdkglaw.com  tjorge-borges@jdkglaw.com;ssherman@jdkglaw.com

Nicolette Zulli

on behalf of Creditor Moodys Investors Service  Inc. njzulli@duanemorris.com, mlara@duanemorris.com;ANieto@duanemorris.com

Omar Jesus Alaniz

on behalf of Creditor Hess Corporation oalaniz@reedsmith.com omar-alaniz-2648@ecf.pacerpro.com;rstanbery@reedsmith.com;srhea@reedsmith.com

Omer F Kuebel, III

on behalf of Creditor ConocoPhillips Company rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Omer F Kuebel, III

on behalf of Creditor McMoran Oil & Gas LLC rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Omer F Kuebel, III

on behalf of Creditor Freeport-McMoRan Oil & Gas LLC rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Omer F Kuebel, III

on behalf of Creditor All Aboard Development Corporation rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Owen Mark Sonik

on behalf of Creditor Anahuac Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Bay City Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Chambers County osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Trinity Bay Conservation District osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Dickinson Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Sheldon Independent School District  et al osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Patricia Williams Prewitt

on behalf of Creditor Plains Gas Solutions Patti@pprewittlaw.com  pattiprewittlaw@gmail.com

Patrick Andrew Kelly

on behalf of Creditor Chevron U.S.A. Inc. pkelly@andrewsmyers.com  sray@andrewsmyers.com

Patrick Andrew Kelly

on behalf of Creditor Noble Energy  Inc. pkelly@andrewsmyers.com, sray@andrewsmyers.com

Patrick M. Shelby

on behalf of Creditor A-Port LLC rick.shelby@phelps.com  trisha.crombie@phelps.com

Patrick M. Shelby

on behalf of Creditor Linear Controls  Inc. rick.shelby@phelps.com, trisha.crombie@phelps.com

Paul Joseph Goodwine
on behalf of Creditor Ankor Energy LLC pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine
on behalf of Creditor Ankor E&P Holdings Corporation pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine
on behalf of Interested Party Apache Corporation pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine
on behalf of Creditor LLOG Exploration Company  LLC pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine
on behalf of Creditor Walter Oil & Gas Corporation pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine
on behalf of Creditor LLOG Exploration Offshore  L.L.C. pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine
on behalf of Creditor Marubeni Oil & Gas (USA) LLC pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul R. Genender
on behalf of Interested Party QuarterNorth Energy LLC and certain of its affiliates paul.genender@weil.com
paul-genender-5536@ecf.pacerpro.com,Da.Docket@weil.com

Paul R. Genender
on behalf of Debtor Fieldwood Energy LLC paul.genender@weil.com
paul-genender-5536@ecf.pacerpro.com,Da.Docket@weil.com

Peter C D'Apice
on behalf of Creditor CNOOC Petroleum Offshore U.S.A. Inc. dapice@sbep-law.com

Philip G Eisenberg
on behalf of Creditor W&T Offshore  Inc. peisenberg@lockelord.com

Philip G Eisenberg
on behalf of Creditor HCC International Insurance Company PLC peisenberg@lockelord.com

Philip G Eisenberg
on behalf of Creditor W&T Energy VI  LLC peisenberg@lockelord.com

Philip G Eisenberg
on behalf of Creditor U.S. Specialty Insurance Company peisenberg@lockelord.com

Philip T DeBaillon
on behalf of Creditor Infinity Valve & Supply LLC phil@philyourlawyer.com

Phillip W Nelson
on behalf of Creditor Cortland Capital Market Services LLC phillip.nelson@hklaw.com

Rafael Rodriguez
on behalf of Creditor Ignition Systems & Controls  Inc. rrodriguez@toddlawfirm.com

Randall A Rios
on behalf of Creditor Aspen American Insurance Company Randy.Rios@huschblackwell.com
randy-rios-2903@ecf.pacerpro.com

Randall A Rios
on behalf of Creditor Sirius America Insurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Randall A Rios
on behalf of Creditor Berkley Insurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Randall A Rios
on behalf of Creditor Everest Reinsurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Randy W Williams
on behalf of Creditor Patrick Burnett rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

Randy W Williams
on behalf of Creditor Brian Cloyd rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

Randy W Williams
on behalf of Creditor Lewis Andrews rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

Reese W Baker

District/off: 0541-4
Date Rcvd: Nov 18, 2021
User: ADIuser
Form ID: pdf002
Page 18 of 21
Total Noticed: 132

| | |
|---|---|
| | on behalf of Creditor Regis Southern courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| Richard A. Kincheloe | on behalf of Creditor U.S. Department of the Interior Richard.Kincheloe@usdoj.gov caseview.ecf@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov |
| Richard Andrew Howell | on behalf of Defendant Sanare Energy Partners LLC RAHowell@JW.com mmcclenathen@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Richard M Gaal | on behalf of Creditor Core Industries  Inc. rgaal@mcdowellknight.com, pholder@mcdowellknight.com;mkrscourtdocs@gmail.com;ctiblier@mcdowellknight.com;cjoiner@mcdowellknight.com |
| Robert Bernard Bruner | on behalf of Creditor Anadarko Petroleum Corp. bob.bruner@nortonrosefulbright.com |
| Robert Bernard Bruner | on behalf of Creditor Anadarko E&P Company bob.bruner@nortonrosefulbright.com |
| Robert Bernard Bruner | on behalf of Creditor Anadarko U.S. Offshore LLC bob.bruner@nortonrosefulbright.com |
| Robert L Paddock | on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Plaintiff Fieldwood SD Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Plaintiff Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Counter-Defendant Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Plaintiff Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Counter-Defendant Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Counter-Defendant Fieldwood SD Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L. Marrero | office@bobmarrero.com |
| Robert P Franke | on behalf of Creditor Martin Energy Services LLC bfranke@clarkhill.com  malvarez@clarkhill.com;ahornisher@clarkhill.com |
| Robin Russell | on behalf of Defendant Apache Corporation rrussell@HuntonAK.com |
| Robin Russell | on behalf of Defendant Apache Shelf Exploration LLC rrussell@HuntonAK.com |
| Robin Russell | on behalf of Interested Party Apache Corporation rrussell@HuntonAK.com |
| Robin Russell | on behalf of Defendant Apache Shelf  Inc. rrussell@HuntonAK.com |
| Robin Russell | on behalf of Defendant Apache Deepwater LLC rrussell@HuntonAK.com |
| Ryan Dodson Dry | on behalf of Interested Party RLI Insurance Company rdry@krebsfarley.com  khaley@krebsfarley.com |
| Ryan E Chapple | on behalf of Creditor Patrick Burnett rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Brian Cloyd rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Lewis Andrews rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Manns | on behalf of Creditor Shell Offshore  Inc. ryan.manns@nortonrosefulbright.com |

District/off: 0541-4                                   User: ADIuser                                        Page 19 of 21
Date Rcvd: Nov 18, 2021                              Form ID: pdf002                                   Total Noticed: 132

Ryan Michael Seidemann
on behalf of Creditor State of Louisiana  Department of Natural Resources seidemannr@ag.state.la.us, lentoc@ag.state.la.us

Scott A Zuber
on behalf of Creditor Everest Reinsurance Company szuber@csglaw.com

Scott A Zuber
on behalf of Counter-Defendant Fieldwood Energy LLC szuber@csglaw.com

Sean B Davis
on behalf of Creditor SM Energy Company sbdavis@winstead.com  mmingo@winstead.com

Sean B Davis
on behalf of Creditor Japex (U.S.) Corp. sbdavis@winstead.com  mmingo@winstead.com

Serajul F Ali
on behalf of Creditor U.S. Department of the Interior serajul.ali@usdoj.gov

Shari L Heyen
on behalf of Interested Party BP Exploration & Production Inc. heyens@gtlaw.com  jamrokg@gtlaw.com

Shelley B Marmon
on behalf of Creditor Republic Helicopters  Inc. samarmon@cjmhlaw.com

Simon Richard Mayer
on behalf of Creditor U.S. Specialty Insurance Company simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer
on behalf of Creditor HCC International Insurance Company PLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer
on behalf of Defendant HCC International Insurance Company PLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Stanwood R Duval
on behalf of Creditor Magnum Mud Equipment Co.  Inc. stan@duvallawfirm.com

Stephen A Roberts
on behalf of Creditor Zurich American Insurance Company stephen.roberts@clarkhillstrasburger.com
donna.jaenike@clarkhillstrasburger.com;ckclark@clarkhill.com

Stephen Douglas Statham
on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Stephen Jacob Humeniuk
on behalf of Creditor Cox Oil  LLC, Cox Operating LLC, Energy XXI GOM, LLC, Energy XXI Gulf Coast, Inc., Energy XXI
Onshore, LLC, Energy XXI Pipeline, LLC, Energy XXI Pipeline I, LLC, Energy XXI Pipeline II, LLC, M21K, LLC
Stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com

Steven W Soule
on behalf of Creditor Discovery Gas Transmission LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule
on behalf of Creditor Transcontinental Gas Pipe Line Company  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule
on behalf of Creditor Targa Liquids Marketing and Trade  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule
on behalf of Creditor Venice Energy Services Company  L.L.C. ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule
on behalf of Creditor WFS Liquids LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule
on behalf of Creditor Performance Energy Services  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule
on behalf of Creditor Targa Midstream Services  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule
on behalf of Creditor Gulfstar One LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule
on behalf of Creditor Williams Field Services-Gulf Coast Company LLC ssoule@hallestill.com  smccormick@hallestill.com

Stewart F Peck
on behalf of Defendant Atlantic Maritime Services LLC speck@lawla.com

Stewart F Peck
on behalf of Creditor Atlantic Maritime Services  LLC speck@lawla.com

Suzanne K. Rosen
on behalf of Creditor ExxonMobil Corporation srosen@forsheyprostok.com

| | |
|---|---|
| | calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com |
| Suzanne K. Rosen | |
| | on behalf of Creditor XTO Energy  Inc. srosen@forsheyprostok.com, |
| | calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com |
| Sylvia Ann Mayer | |
| | on behalf of Creditor Superior Performance  Inc. smayer@smayerlaw.com |
| Sylvia Ann Mayer | |
| | on behalf of Creditor Louisiana Safety Systems  Inc. smayer@smayerlaw.com |
| T. Josh Judd | |
| | on behalf of Creditor Edward Randall  Individually and as Representative of the Estate of Christopher Todd Randall, Deceased |
| | jjudd@andrewsmyers.com, sray@andrewsmyers.com |
| T. Josh Judd | |
| | on behalf of Creditor Enterprise Gas Processing  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com |
| Taylor Romero | |
| | on behalf of Creditor Patrick Burnett tromero@cstrial.com  aprentice@cstrial.com |
| Taylor Romero | |
| | on behalf of Creditor Lewis Andrews tromero@cstrial.com  aprentice@cstrial.com |
| Taylor Romero | |
| | on behalf of Creditor Brian Cloyd tromero@cstrial.com  aprentice@cstrial.com |
| Thomas A Howley | |
| | on behalf of Creditor Genesis Energy  L.P. tom@howley-law.com, roland@howley-law.com |
| Thomas Alan Zabel | |
| | on behalf of Creditor Genesis Energy  L.P. tzabel@zflawfirm.com, cturner@zflawfirm.com;pdupuis@zflawfirm.com |
| Thomas G Gruenert | |
| | on behalf of Creditor AGGREKO  LLC tgruenert@gruenertlawgroup.com |
| Thomas Scott Leo | |
| | on behalf of Creditor North American Specialty Insurance Company sleo@leolawpc.com  emartinez@leolawpc.com |
| Timothy Aaron Million | |
| | on behalf of Defendant Everest Reinsurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com |
| Timothy Aaron Million | |
| | on behalf of Creditor Sirius America Insurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com |
| Timothy Aaron Million | |
| | on behalf of Creditor Aspen American Insurance Company tim.million@huschblackwell.com |
| | tim-million-3360@ecf.pacerpro.com |
| Timothy Aaron Million | |
| | on behalf of Creditor Everest Reinsurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com |
| Timothy Aaron Million | |
| | on behalf of Creditor Berkley Insurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com |
| Tony L. Draper | |
| | on behalf of Creditor John A Sansbury  Jr tdraper@wwmlawyers.com |
| Tony L. Draper | |
| | on behalf of Creditor Mark Howard Gillespie tdraper@wwmlawyers.com |
| Tony L. Draper | |
| | on behalf of Creditor George Canjar tdraper@wwmlawyers.com |
| Tony L. Draper | |
| | on behalf of Creditor Edward C Stengel tdraper@wwmlawyers.com |
| Tony L. Draper | |
| | on behalf of Creditor Michael Howard Clark tdraper@wwmlawyers.com |
| Tony L. Draper | |
| | on behalf of Creditor Jeffrey W Faw tdraper@wwmlawyers.com |
| Travis McRoberts | |
| | on behalf of Interested Party Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com |
| Travis McRoberts | |
| | on behalf of Creditor Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |

District/off: 0541-4
Date Rcvd: Nov 18, 2021

User: ADIuser
Form ID: pdf002

Page 21 of 21
Total Noticed: 132

Victoria Duncan Vonder Haar
on behalf of Creditor Aldine ISD bnkatty@aldineisd.org

Victoria V Theriot
on behalf of Creditor Acadian Contractors  Inc ttheriot@acadiancontractors.com

Victoria V Theriot
on behalf of Creditor Broussard Brothers  Inc. ttheriot@acadiancontractors.com

Wayne Kitchens
on behalf of Attorney Petro Amigos Supply  Inc. jwk@hwallp.com, dkokenes@hwallp.com

William Alfred Wood, III
on behalf of Interested Party Eni Petroleum US LLC Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William Alfred Wood, III
on behalf of Interested Party Eni US Operating Co. Inc. Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William R. Howell, Jr.
on behalf of Creditor Marathon Oil Company william.howell@bondsellis.com  williamhowell@utexas.edu

William Ross Spence
on behalf of Creditor Supreme Service & Specialty Co. Inc. ross@sdllaw.com
brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com

William S. Robbins
on behalf of Creditor Partco  LLC wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Yelena Archiyan
on behalf of Creditor Trunkline Field Services LLC yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Creditor Sea Robin Pipeline Company  LLC yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Creditor West Cameron Dehydration Company  L.L.C. yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Creditor Florida Gas Transmission Company  LLC yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Creditor Stingray Pipeline Company  LLC yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Creditor Florida Gas Transmission  LLC, yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Creditor Trunkline Gas Company  LLC yelena.archiyan@katten.com

Zachary S McKay
on behalf of Creditor Tetra Applied Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay
on behalf of Creditor Irongate Rental Services  LLC zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay
on behalf of Creditor TETRA Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay
on behalf of Creditor Expro Americas  L.L.C. zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay
on behalf of Creditor Diversified Well Logging  LLC zmckay@dorelawgroup.net, chymel@dorelawgroup.net

TOTAL: 370