United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 23, 2021
Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Post-Effective Date Debtors.[1]** | § | |

### STIPULATION AND AGREED ORDER EXTENDING RESPONSE DEADLINE TO CLAIM OBJECTION AND ADJOURNING HEARING DATE

The administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors (collectively, the "Debtors," as applicable, and after the effective date of their plan of reorganization, the "Reorganized Debtors") and the Claimant (defined below) hereby stipulate and agree as follows:

**WHEREAS**, on October 6, 2021, the Plan Administrator filed the *First Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Duplicate Claims)* [Docket No. 2076] and the *Third Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain*

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

*Claims (Multi-Debtor Claims)* [Docket No. 2078] (together, the "<u>Objections</u>"), which, *inter alia*, seeks the disallowance of certain claims filed against the Debtors, including certain claims filed by Zurich American Insurance Company (the "<u>Claimant</u>", and together with the Plan Administrator, the "<u>Parties</u>"), all as more fully set forth in the Objections;

**WHEREAS**, the deadline for the Claimant to object or otherwise respond to the Objections was initially November 5, 2021 (the "<u>Response Deadline</u>");

**WHEREAS**, on November 4, 2021, the Court entered the *Stipulation and Agreed Order Extending Response Deadline to Claim Objection* [Docket No. 2142], which extended the Response Deadline for Claimant to November 19, 2021 with respect to the Objections;

**WHEREAS**, the Objections are currently set to for a hearing with the Court on December 8, 2021 at 10:00 a.m. (Central Time) (the "<u>Hearing</u>"); and

**WHEREAS**, the Parties are continuing to engage in certain informal discussions regarding the Objections and have agreed, subject to approval of this Court, to extend the Response Deadline and adjourn the Hearing.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1.      The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereinafter.

2.      Pursuant to paragraph 7 of the Procedures, the Parties have agreed to adjourn the Hearing on the Objections, solely with respect to the Claimant, to a later date to be determined in consultation with the Court's Case Manager, notice of which may be filed with the Court by any of the Parties, *provided*, *that*, no less than 20 days' notice of any continued Hearing (a "<u>Continued Hearing</u>") shall be provided.

3.      Claimant's Response Deadline shall be 5 business days prior to the Continued Hearing.

Signed:  November 22, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

**AGREED AS TO FORM AND CONTENT:**

Dated: November 18, 2021

BY:__/s/ Michael D. Warner_____

Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
bwallen@pszjlaw.com

-and-

Gabriel Sasson, Esq. (Admitted *pro hac vice*)
John F. Iaffaldano, Esq. (Admitted *pro hac vice*)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
gsasson@stroock.com
jiaffaldano@stroock.com

*Counsel for the Plan Administrator*

Dated: November 18, 2021

BY:__/s/ Duane J. Brescia_____

Duane J. Brescia, Esq.
**CLARK HILL**
720 Brazos Street, Suite 700
Austin, TX  78738
Telephone:  (512) 499-3647
Fax:  (512) 535-5702
dbrescia@clarkhill.com

*Counsel for Zurich American Insurance Company*