**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY III LLC**, *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Post-Effective Date Debtors.[1]** | § | |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S SECOND OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SEEKING TO DISALLOW CERTAIN CLAIMS**

**(MULTI-DEBTOR CLAIMS)**

[Related Docket No. ——2077]

Upon the *Plan Administrator's Second Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Multi-Debtor Claims)* (the "Objection")[2] of the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors (collectively, the "Debtors," as applicable, and after the effective date of their plan of reorganization, the "Reorganized Debtors"), seeking entry of an order (this "Order")

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

disallowing the Multi-Debtor Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1.      Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Multi-Debtor Claim identified as a "Claim To Be Disallowed" on **Schedule 1** to this Order is disallowed in its entirety; *provided* that this Order will not affect the claims identified as a "Remaining Claim" on **Schedule 1**; *provided further*, that the Plan Administrator reserves the right to object to any Proof of Claim identified as a "Remaining Claim" on **Schedule 1** on any applicable grounds.

2.      The hearing on the Objection as to the Multi-Debtor Claims identified in **Schedule 2** has been adjourned to a later date to be determined in consultation with the Court's Case Manager.

3.      2. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

4.      3. Each claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Multi-Debtor Claim.

5.      4. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any

DOCS_NY:44165.144165.3 27968/002

prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

6.    5.   The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

7.    6.   The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

8.    7.   This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.


Dated: _____, 2021

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**<u>Schedule 1</u>**

DOCS_NY:44165.144165.3 27968/002

Multi-Debtor Claims

**Schedule 1**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

**Multi-Debtor Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 682 | Fieldwood SD Offshore LLC | **Creditor:** | | | | | |
| | | | CNOOC Petroleum Offshore U.S.A., Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| Filed On: | 11/24/2020 | | Peter D'Apice, Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX  75201 | | | | | |
| Comments: | Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | | | | | |
| **Remaining Claim** | 681 | Fieldwood Energy LLC | CNOOC Petroleum Offshore U.S.A., Inc. | | | | | |
| Filed On: | 11/24/2020 | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| | | | Peter D'Apice; Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX  75201 | | | | | |
| **Claim To Be Disallowed** | 688 | Fieldwood Energy LLC | **Creditor:** | | | | | |
| | | | CNOOC Petroleum Offshore U.S.A., Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| Filed On: | 11/24/2020 | | Peter D'Apice; Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX  75201 | | | | | |
| Comments: | Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | | | | | |
| **Remaining Claim** | 690 | Fieldwood SD Offshore LLC | CNOOC Petroleum Offshore U.S.A., Inc. | | | | | |
| Filed On: | 11/24/2020 | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| | | | Peter D'Apice; Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX  75201 | | | | | |

Multi-Debtor Claims

**Schedule 1**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

**Multi-Debtor Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 747 | Fieldwood Energy Inc. | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/25/2020 | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** | Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | Boston, MA  02199 | | | | | |
| **Claim To Be Disallowed** | 748 | Dynamic Offshore Resources NS, LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/25/2020 | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** | Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | Boston, MA  02199 | | | | | |
| **Claim To Be Disallowed** | 754 | Fieldwood SD Offshore LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/25/2020 | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** | Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | Boston, MA  02199 | | | | | |

Multi-Debtor Claims

**Schedule 1**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

**Multi-Debtor Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim To Be Disallowed | 755 | Fieldwood Onshore LLC | Creditor: | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| Filed On: | 11/25/2020 | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| Comments: | Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | Boston, MA  02199 | | | | | |
| Claim To Be Disallowed | 759 | Fieldwood Energy Offshore LLC | Creditor: | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| Filed On: | 11/25/2020 | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| Comments: | Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | Boston, MA  02199 | | | | | |
| Claim To Be Disallowed | 764 | Bandon Oil and Gas GP, LLC | Creditor: | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| Filed On: | 11/25/2020 | | Locke Lord LLP Jonathan W Young 111 Huntington Avenue | | | | | |
| Comments: | Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | Boston, MA  02199 | | | | | |

Multi-Debtor Claims

## Schedule 1

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

## Multi-Debtor Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 766 | FW GOM Pipeline, Inc. | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |
| **Claim To Be Disallowed** | 767 | Fieldwood Offshore LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |
| **Claim To Be Disallowed** | 768 | Galveston Bay Processing LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |

**Schedule 1**

**Multi-Debtor Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 769 | Bandon Oil and Gas, LP | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| | | | Boston, MA  02199 | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | | | | | | |
| **Claim To Be Disallowed** | 770 | Galveston Bay Pipeline LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| | | | Boston, MA  02199 | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | | | | | | |
| **Claim To Be Disallowed** | 771 | Fieldwood Energy SP LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| | | | Boston, MA  02199 | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | | | | | | |

Multi-Debtor Claims | Schedule 1 | In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

## Multi-Debtor Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 774 | GOM Shelf LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| | | | Boston, MA  02199 | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | | | | | | |
| | | | | | | | | |
| **Remaining Claim** | 753 | Fieldwood Energy LLC | Cox Oil, LLC and related entities | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W Young 111 Huntington Avenue | | | | | |
| | | | Boston, MA  02199 | | | | | |

Multi-Debtor Claims

# Schedule 1

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

## Multi-Debtor Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | Claim To |
|---|---|---|---|---|---|---|---|---|---|
| Be Disallowed | 461 | Dynamic Offshore Resources NS, LLC | **Creditor:** | | | | | | |
| | | | Eni Petroleum US LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated | |
| **Filed On:** 11/20/2020 | | | Bracewell LLP Attn: Jonathan Lozano 111 Congress Avenue, Suite 2300 | | | | | | |
| | | | Austin, TX  78701 | | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | | | | | | | |
| **Remaining Claim** | 462 | Fieldwood Energy Offshore LLC | Eni Petroleum US LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated | |
| **Filed On:** 11/20/2020 | | | Bracewell LLP Attn: Jonathan Lozano 111 Congress Avenue, Suite 2300 Austin, TX  78701 | | | | | | |
| **Claim To Be Disallowed** | 693 | Fieldwood Energy LLC | **Creditor:** | | | | | | |
| | | | Eni Petroleum US LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated | |
| **Filed On:** 11/24/2020 | | | Bracewell LLP Attn: Jonathan Lozano 111 Congress Avenue, Suite 2300 Austin, TX  78701 | | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | | | | | | | |
| **Remaining Claim** | 497 | Fieldwood Energy Offshore LLC | Eni Petroleum US LLC | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated | |
| **Filed On:** 11/20/2020 | | | Bracewell LLP, Attn: Jonathan Lozano 111 Congress  Ave, Suite 2300 Austin, TX  78701 | | | | | | |
| **Claims To Be Disallowed Totals** | 17 | | | $1,789,972,092.74 1 | $0.00 | $0.00 | $0.00 | $1,789,972,092.74 0.00     $0.00 | |

**Schedule 2**

5

## Schedule 2

## Multi-Debtor Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Claim To Be Disallowed | 747 | Fieldwood Energy Inc. | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA 02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |
| Claim To Be Disallowed | 748 | Dynamic Offshore Resources NS, LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA 02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |
| Claim To Be Disallowed | 754 | Fieldwood SD Offshore LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA 02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |

**Schedule 2**

**Multi-Debtor Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 755 | Fieldwood Onshore LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |
| **Claim To Be Disallowed** | 759 | Fieldwood Energy Offshore LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |
| **Claim To Be Disallowed** | 764 | Bandon Oil and Gas GP, LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |

## Schedule 2

## Multi-Debtor Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 766 | FW GOM Pipeline, Inc. | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |
| **Claim To Be Disallowed** | 767 | Fieldwood Offshore LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |
| **Claim To Be Disallowed** | 768 | Galveston Bay Processing LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |

## Schedule 2

## Multi-Debtor Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 769 | Bandon Oil and Gas LP | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |
| **Claim To Be Disallowed** | 770 | Galveston Bay Pipeline LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |
| **Claim To Be Disallowed** | 771 | Fieldwood Energy SP LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/25/2020 | | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| **Comments:** Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | Boston, MA  02199 | | | | | |
| Stipulated ordered continuation Docket No. 2144. | | | | | | | | |

Multi-Debtor Claims

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

## Schedule 2

## Multi-Debtor Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 774 | GOM Shelf LLC | **Creditor:** | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | Cox Oil, LLC and related entities | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/25/2020 | | Locke Lord LLP Jonathan W. Young 111 Huntington Avenue | | | | | |
| | | | Boston, MA  02199 | | | | | |
| **Comments:** | | | Claim to be Disallowed is redundant and identical to the Remaining Claim in all aspects except for Debtor entity. | | | | | |
| | | | Stipulated ordered continuation Docket No. 2144. | | | | | |
| **Remaining Claim** | 753 | Fieldwood Energy LLC | Cox Oil, LLC and related entities | $137,690,160.98 | $0.00 | $0.00 | $0.00 | $137,690,160.98 |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** | 11/25/2020 | | Locke Lord LLP Jonathan W Young 111 Huntington Avenue | | | | | |
| | | | Boston, MA  02199 | | | | | |
| **Claims To Be Disallowed Totals** | | | 13 | $1,789,972,092.74 | $0.00 | $0.00 | $0.00 | $1,789,972,092.74 |

Page 5

10