**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.* | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Post-Effective Date Debtors.**[1] | § | **(Jointly Administered)** |
| | § | Re: ECF Nos. 2093, 2256 |
| | § | |

**NOTICE OF FILING OF REVISED PROPOSED ORDER APPROVING FOURTH AND
FINAL FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP, ATTORNEYS
FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED DURING (I) FOURTH FEE PERIOD OF MAY 1, 2021
THROUGH AND INCLUDING AUGUST 27, 2021, AND (II) FINAL COMPENSATION
PERIOD OF AUGUST 3, 2020 THROUGH AND INCLUDING AUGUST 27, 2021**

  **PLEASE TAKE NOTICE** that on October 12, 2021, Weil, Gotshal & Manges LLP ("**Weil**")

filed the *Fourth and Final Fee Application of Weil, Gotshal & Manges LLP, Attorneys for Debtors,*

*for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual*

*and Necessary Expenses Incurred During (i) Fourth Fee Period of May 1, 2021 Through and*

*Including August 27, 2021, and (ii) Final Compensation Period of August 3, 2020 Through and*

*Including August 27, 2021* (the "**Final Fee Application**") (ECF No. 2093).

  **PLEASE TAKE FURTHER NOTICE** that on November 22, 2021, in accordance with

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

WEIL:\98272448\3\45327.0008

paragraph 45 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas* (the "**Complex Procedures**"), Weil filed a *Certificate of Counsel* regarding the Final Fee Application (ECF No. 2250) (the "**Certificate of Counsel**"), stating that all known objections to the Final Fee Application have been resolved by the agreed form of order attached thereto (the "**Proposed Order**").

PLEASE TAKE FURTHER NOTICE that on November 23, 2021, the Court entered an *Order to Supplement*, granting Weil leave to file a proposed form of order in the form required by the Complex Procedures (the "**Revised Proposed Order**").

PLEASE TAKE FURTHER NOTICE that the Revised Proposed Order is annexed hereto as **Exhibit A**. A blackline of the Revised Proposed Order marked against the Proposed Order filed with the Certificate of Counsel is attached hereto as **Exhibit B**.

Date:   November 24, 2021
Houston, Texas

/s/ *Alfredo R. Pérez*
**WEIL, GOTSHAL & MANGES LLP**                      Matthew S. Barr (admitted *pro hac vice*)
Alfredo R. Pérez (15776275)                                  Jessica Liou (admitted *pro hac vice*)
Clifford W. Carlson (24090024)                            WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700                           767 Fifth Avenue
Houston, Texas 77002                                          New York, New York 10153
Telephone: (713) 546-5000                                   Telephone: (212) 310-8000
Facsimile:  (713) 224-9511                                   Facsimile: (212) 310-8007
Email: Alfredo.Perez@weil.com                            Email: Matt.Barr@weil.com
Clifford.Carlson@weil.com                                    Jessica.Liou@weil.com

WEIL:\98272448\3\45327.0008

## Certificate of Service

I hereby certify that on November 24, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


*/s/ Alfredo R. Pérez*
Alfredo R. Pérez

WEIL:\98272448\3\45327.0008