# BP EXHIBIT 1

PREVIOUSLY FILED UNDER
SEAL AT DKT. NO. 1607-27