# BP EXHIBIT 2

PREVIOUSLY FILED UNDER
SEAL AT DKT. NO. 1607-28