# BP EXHIBIT 9

**From:** Carlson, Clifford <Clifford.Carlson@weil.com>
**Sent:** Monday, July 26, 2021 3:17 PM
**To:** Burrer, Karl (Shld-HOU-Bky); Perez, Alfredo
**Cc:** Heyen, Shari L. (Shld-Hou-Bky)
**Subject:** RE: BP Setoff Motion: notice of Withdrawal

**\*EXTERNAL TO GT\***

Karl,

The Debtors do not oppose withdrawal of the motion.

Thanks,



**Clifford Carlson**

Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002-2755
clifford.carlson@weil.com
+1 713 546 5248 Direct
+1 708 308 1971 Mobile (preferred)
+1 713 224 9511 Fax

---

**From:** burrerk@gtlaw.com <burrerk@gtlaw.com>
**Sent:** Monday, July 26, 2021 2:53 PM
**To:** Perez, Alfredo <alfredo.perez@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>
**Cc:** HeyenS@gtlaw.com
**Subject:** FW: BP Setoff Motion: notice of Withdrawal

Alfredo and Cliff,

Please advise if the Debtors are opposed to the withdrawal of the motion for relief from stay per the attached.

Thanks,

Karl

**Karl Burrer**
Shareholder

Greenberg Traurig, LLP
1000 Louisiana Street | Suite 1700 | Houston, TX 77002

1

T +1 713.374.3612  |  F +1 713.583.9502  |  C +1 713.366.1114
burrerk@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT** GreenbergTraurig

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.