BP EXHIBIT  10

**From:** Carlson, Clifford <Clifford.Carlson@weil.com>
**Sent:** Friday, September 10, 2021 9:01 AM
**To:** Burrer, Karl (Shld-HOU-Bky)
**Subject:** RE: Fieldwood: Revised Purchase Agreement Setoff Provisions

Karl,

QuarterNoth Energy LLC and its affiliates confirm that none of the changes to the Credit Bid PSA filed with the Plan Supplement at Docket No. 2013, including the change to section 11.1(n), impairs any setoff and recoupment rights reserved by the BP Entities under the Confirmation Order (Docket No. 1751).

Please confirm this resolves any concerns.

Thanks,
Cliff



**Clifford Carlson**

Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002-2755
clifford.carlson@weil.com
+1 713 546 5248 Direct
+1 708 308 1971 Mobile (preferred)
+1 713 224 9511 Fax

---

**From:** burrerk@gtlaw.com <burrerk@gtlaw.com>
**Sent:** Friday, September 10, 2021 8:50 AM
**To:** Carlson, Clifford <Clifford.Carlson@weil.com>
**Subject:** RE: Fieldwood: Revised Purchase Agreement Setoff Provisions

Cliff—checking back in on this request.

Thanks,

Karl

**Karl Burrer**
Shareholder

Greenberg Traurig, LLP
1000 Louisiana Street | Suite 1700 | Houston, TX 77002

T +1 713.374.3612 | F +1 713.583.9502 | C +1 713.366.1114
burrerk@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

---

**From:** Carlson, Clifford <Clifford.Carlson@weil.com>
**Sent:** Wednesday, September 8, 2021 8:50 AM
**To:** Burrer, Karl (Shld-HOU-Bky) <burrerk@gtlaw.com>
**Subject:** RE: Fieldwood: Revised Purchase Agreement Setoff Provisions

**\*EXTERNAL TO GT\***

Hi Karl,

Are you free to discuss this afternoon?  I am free all afternoon except for 3-3:30 pm CT.



**Clifford Carlson**

Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002-2755
clifford.carlson@weil.com
+1 713 546 5248 Direct
+1 708 308 1971 Mobile (preferred)
+1 713 224 9511 Fax

---

**From:** burrerk@gtlaw.com <burrerk@gtlaw.com>
**Sent:** Wednesday, September 8, 2021 8:46 AM
**To:** Carlson, Clifford <Clifford.Carlson@weil.com>
**Subject:** Fieldwood: Revised Purchase Agreement Setoff Provisions

Cliff,

Per my voicemail, please give me a ring regarding the setoff provisions in the revised Fieldwood purchase agreement included in the Plan Supplement filed shortly before the Notice of Effective of Date.

Thanks,

Karl

**Karl Burrer**
Shareholder

Greenberg Traurig, LLP
1000 Louisiana Street | Suite 1700 | Houston, TX 77002
T +1 713.374.3612 | F +1 713.583.9502 | C +1 713.366.1114
burrerk@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.