IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 20-33948 (MI) |
| | § | |
| Fieldwood Energy, et al., [1] | § | (Chapter 11) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## WITHDRAWAL OF CLAIM NO. 92 FILED BY PETRO AMIGOS SUPPLY INCORPORATED

**COMES NOW,** Petro Amigos Supply Incorporated, ("Petro") a creditor herein, and files this withdrawal of its Secured Claim No. 92 in the amount of $494,725.02 filed on November 25, 2020 on the Court's Official Claims Register.

Date: November 30, 2021

Respectfully submitted,

 /s/ Wayne Kitchens
Wayne Kitchens        TBN: 11541110
wkitchens@hwa.com
 /s/ Alexander Perez
Alexander Perez       TBN: 24074879
aperez@hwa.com
Hughes Watters Askanase, LLP
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
**COUNSEL FOR
PETRO AMIGOS SUPPLY, INC.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Holdings LLC (9264); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore hLLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.