**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| **Post-Effective Date Debtors.¹** | § | |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S FIFTH OMNIBUS OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND
RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
SEEKING TO DISALLOW CERTAIN CLAIMS**

**(LATE FILED CLAIMS)**

[Related Docket No. 2080]

Upon the *Plan Administrator's Fifth Omnibus Objection to Claims Pursuant to Section*

*502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure*

*Seeking to Disallow Certain Claims (Late Filed Claims)* [Docket No. 2080] (the "Objection")² of

the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned

reorganized debtors (collectively, the "Debtors," as applicable, and after the effective date of

their plan of reorganization, the "Reorganized Debtors"), seeking entry of an order (this "Order")

---

**¹** The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

² Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

disallowing the Late Filed Claims identified on **Schedule 1** attached hereto, it is **HEREBY**

**ORDERED THAT**:

1.      Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007,

each Late Filed Claim identified as a "Claim To Be Disallowed" on **Schedule 1** to this Order is

disallowed in its entirety.

2.      The Debtors' Claims Agent is authorized and directed to update the claims

register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3.      Each claim and the objections by the Plan Administrator to each claim identified

in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.

This Order will be deemed a separate order with respect to each Late Filed Claim.

4.      Except as otherwise provided in this Order, nothing in this Order shall be deemed:

(a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor

entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds;

(c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that

any particular claim is of a type specified or defined in this Objection or any order granting the

relief requested by this Objection; (e) a request or authorization to assume any prepetition

agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of

the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

5.      The terms and conditions of this Order will be immediately effective and

enforceable upon its entry.

6.      The Plan Administrator, the Claims Agent, and the Clerk of the Court are

authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in

accordance with the Objection.

3

7.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or

related to this Order.


Dated: _____, 2021

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

3

## Schedule 1

4

**Schedule 1**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

## Late Filed Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 929 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** BrandSafway Solutions LLC | $0.00 | $0.00 | $0.00 | $29,282.60 | $29,282.60 |
| **Filed On:** 2/12/2021 | | | Attn.:  Brendan Dunphy 22-08 Route 208 South | | | | | |
| **Applicable Bar Date:** 11/25/2020 | | | Fair Lawn, NJ  07410 | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |
| **Claim To Be Disallowed** | 948 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** Galvotec Corrosion Services, LLC | $0.00 | $0.00 | $0.00 | $10,569.81 | $10,569.81 |
| **Filed On:** 3/5/2021 | | | 300 Bark Dr. | | | | | |
| **Applicable Bar Date:** 11/25/2020 | | | Harvey, LA  70058 | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |
| **Claim To Be Disallowed** | 884 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** KBC Advanced Technologies, Inc. | $0.00 | $0.00 | $0.00 | $22,254.80 | $22,254.80 |
| **Filed On:** 1/15/2021 | | | 15021 Katy Freeway, Suite 600 | | | | | |
| **Applicable Bar Date:** 11/25/2020 | | | Houston, TX  77094 | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |
| **Claim To Be Disallowed** | 892 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** Loyens & Loeff N.V. | $0.00 | $0.00 | $0.00 | $37,239.98 | $37,239.98 |
| **Filed On:** 1/29/2021 | | | Parnassusweg 300 | | | | | |
| **Applicable Bar Date:** 11/25/2020 | | | Amsterdam, 1081 LC | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |

Page 1

Late Filed Claims

**Schedule 1**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

**Late Filed Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 926 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** Nolan Power Group | $0.00 | $0.00 | $0.00 | $14,561.21 | $14,561.21 |

**Filed On:** 2/5/2021

SBS Nolan Power Group, Inc. 21448 Marion Ln
Mandeville, LA  70471

**Applicable Bar Date:** 11/25/2020

**Comments:** Claim was filed after Applicable Bar Date.

---

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| ~~Claim To Be Disallowed~~ | ~~957~~ | ~~20-33948 (MI) Fieldwood Energy LLC~~ | ~~Creditor: Sigure, Melvin~~ | ~~Unliquidated~~ | ~~Unliquidated~~ | ~~Unliquidated~~ | ~~Unliquidated~~ | ~~Unliquidated~~ |

~~**Filed On:** 3/31/2021~~

~~David C. Whitmore 701 Poydras Street, Suite 4100~~

~~**Applicable Bar Date:** 11/25/2020~~ ~~New Orleans, LA  70139~~

~~**Comments:** Claim was filed after Applicable Bar Date.~~

---

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 955 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** Vegetation Management Speicialist, Inc. | $0.00 | $0.00 | $0.00 | $2,164.00 | $2,164.00 |

**Filed On:** 3/25/2021

Marlene Robin P.O. Box 213
Duson, LA  70529

**Applicable Bar Date:** 11/25/2020

**Comments:** Claim was filed after Applicable Bar Date.

---

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 958 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** Wellbore Integrity Solutions, LLC | $0.00 | $0.00 | $0.00 | $1,732.40 | $1,732.40 |

**Filed On:** 4/12/2021

1310 Rankin Rd. Building 18
Houston, TX  77073

**Applicable Bar Date:** 11/25/2020

**Comments:** Claim was filed after Applicable Bar Date.

~~Page 2~~

Late Filed Claims

**Schedule 1**

In re:Fieldwood Energy LLC, et. Al.

Case No 20-33948 Jointly Administered

**Late Filed Claims**

| Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---------|--------|------------------------------|---------|----------------|----------|-----------|-------|
| **Claims To Be Disallowed Totals** | | 8<u>7</u> | $0.00 | $0.00 | $0.00 | $117,804.80 | $117,804.80 |

Page 3<u>2</u>