# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, November 30, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Nicole | Bakare | Greenberg Traurig | BP |
| Duane | Brescia | Clark Hill, PLC | Zurich American Ins. Co. |
| Clifford | Carlson | Weil, Gotshal & Manges LLP | QuarterNorth Energy LLC |
| Erin | Choi | Weil, Gotshal & Manges LLP | QuarterNorth Energy LLC |
| Paul | Genender | Weil, Gotshal & Manges LLP | QuarterNorth Energy LLC |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Limited |
| Alfredo | Perez | Weil, Gotshal & Manges LLP | QuarterNorth Energy LLC |
| Kevin | Simmons | Weil, Gotshal & Manges LLP | QuarterNorth Energy LLC |
| Barnet | Skelton | Barnet B. Skelton, Jr., Attorney at Law | Red Willow Offshore, LLC and Houston Energy Deepwater Development I, LLC |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Co. |