IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Post-Effective Date Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Docket Nos. 293 & 413 |

**NOTICE OF PAYMENTS TO ORDINARY COURSE
PROFESSIONALS DURING QUARTER ENDING OCTOBER 31, 2021**

**PLEASE TAKE NOTICE THAT**, on September 3, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 293) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 413) (the "**Order**") granting the Motion. Pursuant to the Order, at three-month intervals during the pendency of their chapter 11 cases (each, a "**Quarter**") beginning with the Quarter ending October 31, 2020, the Debtors are required to file with the Court and serve on the Reviewing Parties[2] no later than 30 days after the conclusion of a Quarter a statement including the following information for each Ordinary Course Professional: (a) the name of the Ordinary Course Professional; (b) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that Ordinary Course Professional during the reported Quarter; (c) the aggregate amount of postpetition payments made

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

to that Ordinary Course Professional to date; and (d) a general description of the services rendered by that Ordinary Course Professional (each such statement, a "**Quarterly Report**").

      **PLEASE TAKE FURTHER NOTICE THAT**, annexed hereto as **Exhibit A** is the Quarterly Report for the quarter ending October 31, 2021.

| | |
|---|---|
| Date:  November 30, 2021<br>   Houston, Texas | _/s/ Jessica Liou_<br>WEIL, GOTSHAL & MANGES LLP<br>Alfredo R. Pérez (15776275)<br>Clifford W. Carlson (24090024)<br>700 Louisiana Street, Suite 1700<br>Houston, Texas  77002<br>Telephone: (713) 546-5000<br>Facsimile:  (713) 224-9511<br><br>Emails:  Alfredo.Perez@weil.com<br>    Clifford.Carlson@weil.com<br>-and-<br><br>WEIL, GOTSHAL & MANGES LLP<br>Matthew S. Barr (admitted *pro hac vice*)<br>Jessica Liou (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007<br>Emails:  Matt.Barr@weil.com<br>    Jessica.Liou@weil.com<br><br>*Counsel for Plan Administrator and certain Post-Effective Date Debtors* |

## Certificate of Service

I hereby certify that on November 30, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                               */s/ Jessica Liou*
                                                               Jessica Liou

**Exhibit A**

Ordinary Course Professional Payments (8/1/21 - 10/31/21)

| Ordinary Course Professional | Aggregate Amount Paid during Reported Quarter | Aggregate Amount Paid to Date | Service |
|---|---|---|---|
| LISKOW & LEWIS APLC | 333,445.30[1] | 527,850.05 | Legal services related to consideration of objections to proof of claims |
| ERNST & YOUNG LLP | 150,000.00 | 1,300,000.00 | Services related to 2020 Fieldwood Energy Inc. audit |
| HOLMAN FENWICK WILLAN USA LLP | 6,496.50 | 24,828.48 | Legal services related to regulatory investigation |
| MILLER & CHEVALIER CHARTERED | 5,897.50 | 7,497.50 | Legal services relating to anti-corruption compliance |
| POST & SCHELL PC | 5,460.00 | 5,460.00 | Legal advice and representation related to federal regulation of certain pipelines |
| THOMPSON COBURN LLP | 3,185.18 | 19,211.36 | Legal services related to Five-Year Review of Oil Pipeline Index |
| JOHN & HENGERER | 2,719.49 | 7,927.61 | Professional services related to drafting monitoring reports |
| OPPORTUNE LLP | 1,950.00 | 75,421.99 | Accounting services and supporting software services |
| LAW OFFICE OF KEVIN M SWEENEY | 638.03 | 1,785.34 | Prepare memo to Monitoring Group |
| JACKSON LEWIS P.C. | 120.20 | 522.00 | Legal services related to employment issues |
| FLOOM ENERGY LAW PLLC | 67.90 | 1,137.65 | Legal services related to negotiated rate agreements and monitoring memos |
| SCHIFFER HICKS JOHNSON PLLC | 60.00 | 2,397.16 | Legal services related to drafting Notice of Bankruptcy |
| BAKER, DONELSON, BEARMAN, CALDWELL, B | – | 86,698.25 | Services related to ongoing litigation |
| RYDER SCOTT COMPANY LP | – | 330,467.50 | Year end reserves studies, mid-year and/or off cycle evaluation services |
| PRICEWATERHOUSECOOPERS LLP | – | 217,232.00 | Services related to 2019 tax return filing |
| KING KREBS & JURGENS | – | 59,430.92 | Legal and litigation services |
| LOYENS & LOEFF | – | 42,645.82 | Dutch tax and legal services |
| CAPITELLI & WICKER | – | 36,175.00 | Legal services related to ongoing litigation |
| STANCIL PROPERTY TAX, LLC. | – | 27,228.26 | Property tax services |
| BUCK KEENAN LP | – | 46,299.73 | Legal services related to various contracts and joint operating agreements |
| SUSMAN GODFREY LLP | – | 109,062.22 | Legal services related to ongoing litigation |
| HARTLINE DACUS BARGER DREYER LLP | – | 6,895.00 | Legal services related to ongoing litigation |
| CORBETT & SCHRECK, P.C. | – | 1,433.75 | Provide representation before the FERC |
| BECK REDDEN LLP | – | 3,659.66 | Legal services related to ongoing litigation |
| CAPITOL SERVICES, INC | – | 1,510.00 | Provide commercial registered agent, corporate, and UCC filing services |
| BLANK ROME LLP | – | 78.83 | Legal services related to Discovery Monitoring |
| CHAFFE MCCALL, LLP | – | 29,270.19 | Representing Fieldwood employees in government investigation |
| THOMPSON & KNIGHT LLP | – | 7,315.61 | Legal services related to various tax matters |
| BRI CONSULTING GROUP, INC. | – | 8,400.00 | Provide joint venture and contract compliance auditing services |
| WILLIS TOWERS WATSON US, LLC | – | 14,387.55 | Provide benefits and compensation consulting services |

[1] Payments to Liskow & Lewis during the quarter ending October 31, 2021 exceeded the Tier 2 Monthly Cap. In accordance with paragraph 1.(vi) of the OCP Order, the Post-Effective Date Debtors have requested that Liskow & Lewis file a Notice of Excess Fees.