IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, e*t al.*, | § § | Case No. 20-33948 (MI) |
| Debtors | § | |

## NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES, PLEASE TAKE NOTICE that the undersigned counsel for Brian Cloyd, Lewis Andrews and Patrick Burnett hereby notifies the Court and all parties of a change of mailing address in the above-captioned case and requests that all future mailings in this case be directed to the following address:

>Ryan E. Chapple
>**CAIN & SKARNULIS PLLC**
>303 Colorado Street, Suite 2850
>Austin, Texas 78701
>512-477-5000
>512-477-5011—Facsimile
>Email: rchapple@cstrial.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

Respectfully submitted this 1st day of December 2021.

      */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
Email:rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEYS FOR BRIAN CLOYD, LEWIS ANDREWS AND PATRICK BURNETT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Change of Address has been served on counsel for Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 1st day of December 2021.

      */s/ Ryan E. Chapple*
Ryan E. Chapple