UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>**FIELDWOOD ENERGY III LLC**, *et al.*,[1]<br><br>Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 20-33948 (MI) |

**Complex Case Fee Application Coversheet (Hourly)**

| | |
|---|---|
| **Name of Applicant:** | Cole Schotz P.C. |
| **Applicant's Role in Case:** | Co-Counsel to The Official Committee of Unsecured Creditors |
| **Docket No. of Employment Order(s):** | 470 |
| **Interim Application ( )   No. _____**<br>**Final Application    ( X )** | Indicate whether this is an interim or final Application. If interim, indicate the number (1st, 2nd, 3rd, etc.) |

| | **Beginning Date** | **End Date** |
|---|---|---|
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | 08/20/2020 | 03/31/2021 |
| Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case? ( Y ) Y/N | | |
| Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? ( Y ) Y/N | | |
| Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? ( Y ) Y/N | | |

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

THIS FORM SHOULD NOT BE ALTERED

61542/0001-41992330v1

| **Do expense reimbursements represent actual and necessary expenses incurred? ( Y ) Y/N** | |
|---|---|
| **Compensation Breakdown for Time Period Covered by this Application** | |
| **Total professional fees requested in this Application:** | $305,805.00 |
| **Total professional hours covered by this Application:** | 592.30 |
| **Average hourly rate for professionals:** | $516.00 |
| **Total paraprofessional fees requested in this Application:** | $18,685.00 |
| **Total paraprofessional hours covered by this Application:** | 66.60 |
| **Average hourly rate for paraprofessionals:** | $281.00 |
| **Total fees requested in this Application:** | $324,490.00 |
| **Total expense reimbursements requested in this Application:** | $951.19 |
| **Total fees and expenses requested in this Application:** | $325,441.19 |
| **Total fees and expenses awarded in all prior Applications:** | $312,456.19 |
| **Plan Status:** (Provide a short narrative of status if a plan has not confirmed; date of hearing and docket number of confirmation order if plan has been confirmed; if confirmed, whether the plan has gone effective.) | |
| **Primary Benefits:** (Provide a short narrative [less than 100 words] of the most significant benefits your client received from your services during the application period.) | |

THIS FORM SHOULD NOT BE ALTERED