IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.* | § § | Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.¹ | § § § | (Jointly Administered)<br>Re: ECF Nos. 2088, 2292 |

**NOTICE OF FILING OF REVISED ORDER GRANTING FOURTH INTERIM AND FINAL FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC. AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF (I) COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED FOR (A) THE FOURTH INTERIM PERIOD OF THE PERIOD OF MAY 1, 2021 THROUGH AUGUST 27, 2021 AND (B) THE FINAL COMPENSATION PERIOD OF AUGUST 3, 2020 THROUGH AUGUST 27, 2021, (II) COMPENSATION RELATED TO THE EXIT FINANCINGS, AND (III) THE RESTRUCTURING TRANSACTION FEE**

**PLEASE TAKE NOTICE** that on October 12, 2021, Houlihan Lokey Capital, Inc. ("**Houlihan**") filed the *Fourth Interim and Final Fee Application of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors for Allowance of (I) Compensation for Services Rendered and Reimbursement of Out-of-Pocket Expenses Incurred for (A) the Fourth Interim Period of the Period of May 1, 2021 through August 27, 2021 and (B) the Final Compensation*

---

¹ The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

*Period Of August 3, 2020 Through August 27, 2021, (II) Compensation Related to the Exit Financings, and (III) the Restructuring Transaction Fee* (ECF No. 2088) (the "**Final Fee Application**").

**PLEASE TAKE FURTHER NOTICE** that the deadline to file an objection to the Final Fee Application passed on November 2, 2021, and no objections or responses to the Final Fee Application were received.

**PLEASE TAKE FURTHER NOTICE** that on December 1, 2021, the Court entered an *Order to Supplement* (ECF No. 2292) with respect to the Final Fee Application, granting Houlihan leave to file a proposed form of order in the form required by the Complex Procedures (the "**Revised Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that the Revised Proposed Order is annexed hereto as **Exhibit A**. A blackline of the Revised Proposed Order marked against the proposed order filed with the Final Fee Application is attached hereto as **Exhibit B**.

Date:   December 2, 2021
Houston, Texas

/s/ *Alfredo R. Pérez*
**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email: Alfredo.Perez@weil.com
Clifford.Carlson@weil.com

Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
Jessica.Liou@weil.com

*Attorneys for the Plan Administrator and certain Post-Effective Date Debtors*

## Certificate of Service

I hereby certify that on December 2, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    */s/ Alfredo R. Pérez*
                                                    Alfredo R. Pérez