UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.¹ | § | |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S FIRST OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SEEKING TO DISALLOW CERTAIN CLAIMS**

**(DUPLICATE CLAIMS)**

[Related Docket No. ──2076]

Upon the *Plan Administrator's First Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Duplicate Claims)* (the "Objection")² of the administrator of the chapter 11 plan [Docket No. 2076] (the "Plan Administrator") of the above-captioned reorganized debtors (collectively, the "Debtors," as applicable, and after the effective date of their plan of reorganization, the "Reorganized Debtors"), seeking entry of an order (this "Order")

---

¹ The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

² Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

disallowing the Duplicate Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Duplicate Claim identified as a "Claim To Be Disallowed" on **Schedule 1** to this Order is disallowed in its entirety; *provided* that this Order will not affect the claims identified as a "Remaining Claim" on **Schedule 1**; *provided further*, that the Plan Administrator reserves the right to object to any Proof of Claim identified as a "Remaining Claim" on **Schedule 1** on any applicable grounds.

2. The hearing on the Objection as to the Duplicate Claim referenced in the *Stipulation and Agreed Order Extending Response Deadline to Claim Objection and Adjourning Hearing Date* [Docket No. 2255], has been adjourned to a later date to be determined in consultation with the Court's Case Manager, as more fully set forth therein.

3. ~~2.~~ The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

4. ~~3.~~ Each claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Duplicate Claim.

5. ~~4.~~ Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any

DOCS_NY:44163.3 27968/002

prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

5.  ~~The terms and conditions of this Order will be immediately effective and enforceable upon its entry.~~

6.  The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7.  This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2021

                                                     _____
                                                     MARVIN ISGUR
                                                     UNITED STATES BANKRUPTCY JUDGE

Duplicate Claims      **Schedule 1**     In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

## Duplicate Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 863 | Fieldwood Energy LLC | **Creditor:** Abshire, Calvin<br>c/o Brian Colomb 2505 Verot School Rd. Lafayette, LA  70508 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Filed On:** 12/10/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 295 | Fieldwood Energy LLC | Abshire, Calvin<br>c/o Brian Colomb  2505 Verot School Rd. Lafayette, LA  70508 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Filed On:** 10/29/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 346 | Fieldwood Energy LLC | **Creditor:** Alexander/Ryan Marine & Safety<br>2000 Wayside Dr. Houston, TX  77011 | $0.00 | $0.00 | $0.00 | $9,983.19 | $9,983.19 |
| **Filed On:** 11/10/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 345 | Fieldwood Energy LLC | Alexander/Ryan Marine & Safety<br>2000 Wayside Dr. Houston, TX  77011 | $0.00 | $0.00 | $0.00 | $9,983.19 | $9,983.19 |
| **Filed On:** 11/10/2020 | | | | | | | | |

| Duplicate Claims | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

## Schedule 1

## Duplicate Claims

In re: Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 184 | Fieldwood Energy LLC | **Creditor:**<br><br>American Pollution Control Corporation<br><br>Andrew H. Meyers, Breaud & Meyers 420 Oil Center Drive<br>Lafayette, LA  70503 | $0.00 | $0.00 | $0.00 | $9,125.00 | $9,125.00 |
| **Filed On:** 9/18/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 121 | Fieldwood Energy LLC | American Pollution Control Corporation<br><br>Andrew H. Meyers, Breaud & Meyers 420 Oil Center Drive<br>Lafayette, LA  70503 | $0.00 | $0.00 | $0.00 | $9,125.00 | $9,125.00 |
| **Filed On:** 9/22/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 980 | Fieldwood Energy LLC | **Creditor:**<br><br>Arkos Field Services, LP<br><br>19750 FM 362 Road, Suite 100<br>Waller, TX  77484 | $0.00 | $0.00 | $0.00 | $6,301.55 | $6,301.55 |
| **Filed On:** 6/21/2021 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 340 | Fieldwood Energy LLC | ARKOS FIELD SERVICES, LP<br><br>ATTN: TERRY PICOU 19750 FM 362, SUITE 100<br><br>WALLER, TX  77484 | $0.00 | $0.00 | $0.00 | $6,301.55 | $6,301.55 |
| **Filed On:** 11/9/2020 | | | | | | | | |

| | | | Schedule 1 | | | | | In re:Fieldwood Energy LLC, et. Al. |
|---|---|---|---|---|---|---|---|---|

**Duplicate Claims**

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 40 | Fieldwood Energy LLC | **Creditor:** BRI Consulting Group, INc. 1616 S. Voss Road, Suite 845 Houston, TX  77057 | $0.00 | $0.00 | $0.00 | $51,720.00 | $51,720.00 |
| **Filed On:** 8/13/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 15 | Fieldwood Energy LLC | BRI Consulting Group, Inc. 1616 S. Voss Road, Suite 845 Houston, TX  77057 | $0.00 | $0.00 | $0.00 | $51,720.00 | $51,720.00 |
| **Filed On:** 8/10/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 341 | Fieldwood Energy LLC | **Creditor:** CHAMPAGNES SUPERMARKET INC. 202 SOUTH KIBBE STREET ERATH, LA  70533 | $0.00 | $0.00 | $0.00 | $3,505.42 | $3,505.42 |
| **Filed On:** 11/9/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 257 | Fieldwood Energy LLC | CHAMPAGNES SUPERMARKET INC. 202 SOUTH KIBBE STREET ERATH, LA  70533 | $0.00 | $0.00 | $0.00 | $3,505.42 | $3,505.42 |
| **Filed On:** 10/20/2020 | | | | | | | | |

| Duplicate Claims | | | | | | | | | In re:Fieldwood Energy LLC, et. Al. |
|---|---|---|---|---|---|---|---|---|---|
| | | | Schedule 1 | | | | | | Case No 20-33948 Jointly Administered |
| | | | **Duplicate Claims** | | | | | | |

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 682 | Fieldwood SD Offshore LLC | **Creditor:** | | | | | |
| | | | CNOOC Petroleum Offshore U.S.A., Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | Peter D'Apice; Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX 75201 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 681 | Fieldwood Energy LLC | CNOOC Petroleum Offshore U.S.A., Inc. | | | | | |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | Peter D'Apice; Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX 75201 | | | | | |
| **Claim To Be Disallowed** | 690 | Fieldwood SD Offshore LLC | **Creditor:** | | | | | |
| | | | CNOOC Petroleum Offshore U.S.A., Inc. | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | Peter D'Apice; Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX 75201 | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 688 | Fieldwood Energy LLC | CNOOC Petroleum Offshore U.S.A., Inc. | | | | | |
| | | | | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | Peter D'Apice; Stutzman, Bromberg, Esserman 2323 Bryan Street, Suite 2200 Dallas, TX 75201 | | | | | |

~~Duplicate Claims~~ **Schedule 1** ~~In re:Fieldwood Energy LLC, et. Al.~~
~~Case No 20-33948 Jointly Administered~~

**~~Duplicate Claims~~**

| | ~~Claim #~~ | ~~Debtor~~ | ~~Name and Address of Claimant~~ | ~~Secured~~ | ~~Administrative~~ | ~~Priority~~ | ~~Unsecured~~ | ~~Total~~ |
|---|---|---|---|---|---|---|---|---|
| ~~Claim To Be Disallowed~~ | ~~762~~ | Fieldwood Energy LLC | **Creditor:** GEL Offshore Pipeline, LLC<br>Anthony Shih 919 Milam Ste. 2100<br>Houston, TX 77002 | $0.00 | $0.00 | $0.00 | $13,727.21 | $13,727.21 |
| **Filed On:** 11/24/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 588 | Fieldwood Energy LLC | GEL Offshore Pipeline, LLC<br>Anthony Shih 919 Milam, Ste. 2100<br>Houston, TX 77002 | $0.00 | $0.00 | $0.00 | $13,727.21 | $13,727.21 |
| **Filed On:** 11/24/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 670 | Fieldwood Energy LLC | **Creditor:** Louisiana Machinery Company, LLC<br>3799 West Airline Hwy.-P.O. Drawer 536<br>Reserve, LA 70084-0536 | $0.00 | $0.00 | $0.00 | $45,602.83 | $45,602.83 |
| **Filed On:** 11/24/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 590 | Fieldwood Energy LLC | Louisiana Machinery Company, LLC<br>Benjamin W. Kadden 601 Poydras Street, Suite 2775<br>New Orleans, LA 70130 | $0.00 | $0.00 | $0.00 | $45,602.83 | $45,602.83 |
| **Filed On:** 11/24/2020 | | | | | | | | |

Page ~~5~~4

| Duplicate Claims | | | | | | | | In re:Fieldwood Energy LLC, et. Al. |
|---|---|---|---|---|---|---|---|---|
| | | | **Schedule 1** | | | | | Case No 20-33948 Jointly Administered |
| | | | **Duplicate Claims** | | | | | |

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 812 | Fieldwood Energy LLC | **Creditor:**<br>O'NEIL, TOYS<br>BROUSSARD & DAVID, LLC P.O. BOX 3524<br>LAFAYETTE, LA  70502 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 737 | Fieldwood Energy LLC | O'NEIL, TOYS<br>BROUSSARD & DAVID, LLC P.O. BOX 3524<br>LAFAYETTE, LA  70502 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 82 | Fieldwood Energy LLC | **Creditor:**<br>Precision Rental Services, LLC<br>2103 Coteau Rd<br>Houma, LA  70364 | $0.00 | $0.00 | $0.00 | $352,086.02 | $352,086.02 |
| **Filed On:** 8/20/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 4 | Fieldwood Energy LLC | Precision Rental Services, LLC<br>2103 Coteau Rd<br>Houma, LA  70364 | $0.00 | $0.00 | $0.00 | $352,086.02 | $352,086.02 |
| **Filed On:** 8/13/2020 | | | | | | | | |

| Duplicate Claims | | | | Schedule 1 | | | | In re:Fieldwood Energy LLC, et. Al. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | **Duplicate Claims** | | | | Case No 20-33948 Jointly Administered |

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Claim To Be Disallowed** | 83 | Fieldwood Energy LLC | **Creditor:**<br><br>PRECISION RENTAL SERVICES, LLC.<br><br>2103 COTEAU RD<br>HOUMA, LA  70364 | $0.00 | $0.00 | $0.00 | $352,086.02 | $352,086.02 |
| **Filed On:** 8/20/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 4 | Fieldwood Energy LLC | Precision Rental Services, LLC<br><br>2103 Coteau Rd<br>Houma, LA  70364 | $0.00 | $0.00 | $0.00 | $352,086.02 | $352,086.02 |
| **Filed On:** 8/13/2020 | | | | | | | | |
| ~~**Claim To Be Disallowed**~~ | ~~903~~ | ~~GOM Shelf LLC~~ | ~~**Creditor:**~~<br><br>~~US Department of the Interior/ Office of Natural Resource Revenue~~<br><br>~~PO Box 25165 MS 64200B~~<br>~~Denver, CO  80225~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$287,720.34~~ | ~~$287,720.34~~ |
| ~~**Filed On:** 2/2/2021~~ | | | | | | | | |
| ~~**Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim.~~ | | | | | | | | |
| ~~**Remaining Claim**~~ | ~~893~~ | ~~GOM Shelf LLC~~ | ~~US Department of the Interior/Office of Natural Resources Revenue~~<br><br>~~PO Box 25165, MS 64200B~~<br>~~Denver, CO  80225~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$287,720.34~~ | ~~$287,720.34~~ |
| ~~**Filed On:** 2/1/2021~~ | | | | | | | | |

**Schedule 1**

In re: Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

**Duplicate Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 904 | Fieldwood Energy LLC | Creditor: US Department of the Interior/Office of Natural Resources Revenue PO Box 25165 MS 64200B Denver, CO 80225 | $0.00 | $0.00 | $0.00 | $1,007,504.37 | $1,007,504.37 |
| **Filed On:** 2/2/2021 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 894 | Fieldwood Energy LLC | US Department of the Interior/Office of Natural Resources Revenue PO Box 25165, MS 64200B Denver, CO 80225 | $0.00 | $0.00 | $0.00 | $1,007,504.37 | $1,007,504.37 |
| **Filed On:** 2/1/2021 | | | | | | | | |

Page 8

**Duplicate Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 210 | Fieldwood Energy LLC | Creditor: Weatherford Artificial Lift Systems LLC Greg Koush 2000 St. James Place Houston, TX 77056 | $0.00 | $0.00 | $0.00 | $40,712.41 | $40,712.41 |
| **Filed On:** 10/1/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 153 | Fieldwood Energy LLC | Weatherford Artificial Lift Systems LLC Greg Koush 2000 St. James Place Houston, TX 77056 | $0.00 | $0.00 | $0.00 | $40,712.41 | $40,712.41 |
| **Filed On:** 9/22/2020 | | | | | | | | |

~~**Schedule 1**~~

~~**Duplicate Claims**~~  ~~In re: Fieldwood Energy LLC, et. Al.~~
~~Case No 20-33948 Jointly Administered~~

~~**Duplicate Claims**~~

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| ~~Claim To Be Disallowed~~ | ~~176~~ | ~~Fieldwood Energy LLC~~ | ~~Creditor:~~ ~~Zurich American Insurance~~ ~~PO Box 68549~~ ~~Schaumburg, IL  60196~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$1.00~~ | ~~$1.00~~ |
| ~~Filed On:~~ | ~~9/8/2020~~ | | | | | | | |
| ~~Comments:~~ | ~~Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim.~~ | | | | | | | |
| ~~Remaining Claim~~ | ~~175~~ | ~~Fieldwood Energy LLC~~ | ~~Zurich American Insurance~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$1.00~~ | ~~$1.00~~ |
| ~~Filed On:~~ | ~~9/8/2020~~ | | ~~PO Box 68549~~ ~~Schaumburg, IL  60196~~ | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Claims To Be Disallowed Totals** | ~~17~~12 | | | $0.00 | $0.00 | $0.00 | ~~$12,180,075.36~~~~$12,180,075.36~~10,884,849.65 $10,884,849.65 |

Page ~~9~~6