IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY III LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | |
| Post-Effective Date Debtors.[1] | § | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Hunter Neal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Post-Effective Date Debtors in the above-captioned chapter 11 cases.

On December 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Ron Cendrowski (MMLID: 12409049), at an address that is being redacted on the interest of privacy:

- Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Occurrence of Effective Date [Docket No. 2016]

On December 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on W&T Offshore, Inc. (MMLID: 11532903), Attn: Tracy W. Krohn, CEO, 5718 Westheimer Rd. Ste. 700, Houston, TX 77057-5785:

- Stipulation and Agreed Order Extending Response Deadline to Claim Objection [Docket No. 2133]

On December 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on RLI Insurance Company (MMLID: 12138744), 9025 N. Lindbergh Dr., Peoria, IL 61615-1499:

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

- Stipulation and Agreed Order Extending Response Deadline to Claim Objection [Docket No. 2155]

Dated: December 7, 2021

                                                                                     */s/ Hunter Neal*
                                                                                       Hunter Neal

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 7, 2021, by Hunter Neal, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 58362