IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

### AFFIDAVIT OF SERVICE

I, Nicholas DeFranco, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing, and solicitation agent for the Post-Effective Date Debtors in the above-captioned chapter 11 cases.

On December 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by first class mail on the Claim Withdrawal Recipients Service List attached hereto as **Exhibit A**:

- Claim Withdrawal Letter, attached hereto as **Exhibit B**. Each party received a customized version including name, address and claim number.

- Claim Withdrawal Form, attached here to as **Exhibit C**.

[*Remainder of page intentionally left blank*]

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

Dated: December 14, 2021

*/s/ Nicholas DeFranco*
Nicholas DeFranco

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 14, 2021, by Nicholas DeFranco, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

# **Exhibit A**

Exhibit A
Claim Withdrawal Recipients Service List
Served as set forth below

| MMLID | NAME | ADDRESS |
|---|---|---|
| 11541531 | Chatagnier, Cecile Hebert | Address on File |
| 11539398 | Falls, Andre | Address on File |
| 11537260 | Gilliam Sr., Edward | Address on File |
| 11537377 | Haynes, Ethel Gilliam | Address on File |
| 11534223 | Louthan, Terri | Address on File |
| 11536782 | Moore Carr, Sandra Jean | Address on File |
| 12224543 | Weiss, Beverly Joan | Address on File |
| 12349106 | Young Jr, Tom | Address on File |

# **Exhibit B**



**Via First Class Mail**

December 7, 2021

Gabriel Sasson
Direct Dial:  212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

**Via First Class Mail**

Re:    *In re Fieldwood Energy LLC, et al.*, No. 20-33948 (MI)

Dear                :

    In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "Plan")[1] in the above-captioned Chapter 11 Cases, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") entered by the Bankruptcy Court on June 25, 2021, and the occurrence of the effective date of the Plan on August 27, 2021 (the "Effective Date"), the Plan Administrator is conducting a reconciliation process in respect of Claims filed against the Debtors.

    You filed a Proof of Claim in the Chapter 11 Cases for an unliquidated amount [Claim No.     ].  However, prior to the Petition Date and in the ordinary course of business, the Debtors maintained books and records (the "Books and Records") that reflect, among other things, the Debtors' outstanding royalty liabilities.  The Plan Administrator has reviewed the Books and Records and has concluded, based upon that review, that your Claim should be expunged because it did not exist as of the Petition Date or has been satisfied through direct payment and/or treatment under the Plan.

    Accordingly, within ten (10) business days of the date hereof, please (i) reply to John Iaffaldano (jiaffaldano@stroock.com) and Christine Xu (axu@stroock.com) with supporting information for your Claim, or (ii) complete, execute and submit a Withdrawal of Claim Form, a copy of which (including instructions) is attached hereto. **Absent the receipt of supporting information or a Withdrawal of Claim**

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

**STROOCK & STROOCK & LAVAN LLP**  New York  •  Los Angeles  •  Miami  •  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  •  T. 212.806.5400  •  F. 212.806.6006  •  www.stroock.com

December 7, 2021

**Form, the Plan Administrator will seek disallowance of your Claim.**

Thank you in advance for your timely response.

Sincerely,

*/s/ Gabriel Sasson*

Gabriel Sasson
**Stroock & Stroock & Lavan LLP**

Cc:     David Dunn, Province LLC
        Benjamin L. Wallen, Pachulski Stang Ziehl & Jones LLP
        Clayton Gring, AlixPartners, LLP

STROOCK & STROOCK & LAVAN LLP  New York • Los Angeles • Miami • Washington, DC
180 Maiden Lane, New York, NY 10038-4982 • T. 212.806.5400 • F. 212.806.6006 • www.stroock.com

2

# **Exhibit C**

# United States Bankruptcy Court for the Southern District of Texas

**Fill in this information to identify the debtor**

- Fieldwood Energy LLC (Case No. 20-33948)
- Dynamic Offshore Resources NS, LLC (Case No. 20-33947)
- Fieldwood Energy Inc. (Case No. 20-33949)
- Fieldwood Energy Offshore LLC (Case No. 20-33950)
- Fieldwood Onshore LLC (Case No. 20-33951)
- Fieldwood SD Offshore LLC (Case No. 20-33952)
- FW GOM Pipeline, Inc. (Case No. 20-33953)
- GOM Shelf LLC (Case No. 20-33954)
- Bandon Oil and Gas GP, LLC (Case No. 20-33955)
- Bandon Oil and Gas, LP (Case No. 20-33956)
- Fieldwood Energy SP LLC (Case No. 20-33958)
- Galveston Bay Pipeline LLC (Case No. 20-33959)
- Galveston Bay Processing LLC (Case No. 20-33960)
- Fieldwood Offshore LLC (Case No. 20-33961)

# Claim Withdrawal Form

## Part 1: Identify the Claim

**Creditor Name and Address:**
- Name: _____
- Address: _____
- City / State / Zip Code: _____
- Contact Phone: _____
- Contact Email: _____

**Claim Number (if known):** _____

**Date Claim Filed:** _____ (mm/dd/yyyy)

**Total Amount of Claim Filed:** $_____

## Part 2: Sign Below

**The person completing this form must sign and date it.**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date _____ (mm/dd/yyyy)

_____
Signature

_____
Print Name

_____
Title (if applicable)

### DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

---

**Completed claim withdrawal forms can be sent to the following address:**

Fieldwood Energy LLC Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Or by email to:

fieldwoodinfo@primeclerk.com