United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## STIPULATION AND AGREED ORDER BY AND BETWEEN THE PLAN ADMINISTRATOR AND BENOIT PREMIUM THREADING, LLC

David Dunn, the administrator of the chapter 11 plan (the "**Plan Administrator**") of the above-captioned reorganized debtors, and Benoit Premium Threading, LLC ("**Benoit**," and together with the Plan Administrator, the "**Parties**"), hereby stipulate and agree as follows:

**WHEREAS**, on August 3 and 4, 2020, Fieldwood Energy LLC, and certain of its affiliates (collectively, the "**Debtors**," as applicable, and after the effective date of their plan of reorganization, the "**Reorganized Debtors**") each commenced a case by filing a petition for relief under Chapter 11 of the Bankruptcy Code;

**WHEREAS**, on August 19, 2020, Benoit filed one proof of claim, as Claim No. 48 (the "**Benoit Claim**");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**WHEREAS**, on June 25, 2021, the Court confirmed the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "**Plan**");

**WHEREAS**, on October 14, 2021, the Parties executed the ongoing trade agreement for unsecured trade creditors (the "**Trade Agreement**") substantially in the form attached as Exhibit 6-A of the *Amended Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Approving Procedures for Objections to the Assignment and Transfer of Property of the Estate; and (VII) Granting Related Relief*;

**WHEREAS**, pursuant to the Trade Agreement and in accordance with the treatment specified in section 4.6 of the Plan for holders of Class 6A: Unsecured Trade Claims, the Parties have agreed upon an allowed amount in respect of the Benoit Claim (the "**Agreed Prepetition Claim**") as set forth in the Trade Agreement, including any applicable Agreed 503(b)(9) Claim, and have further agreed that the Plan Administrator shall make a distribution on account of the Agreed Prepetition Claim in full satisfaction of the Benoit Claim contemporaneous with the execution of the Trade Agreement and this stipulation.

**Based on the foregoing recitals, the Parties hereby Stipulate and Agree as follows:[2]**

1. Upon execution of this stipulation and the Trade Agreement, Benoit Claim shall be deemed fully satisfied and withdrawn.

2.       Notwithstanding anything to the Contrary in the Bankruptcy Code, Bankruptcy Rules, or Local Bankruptcy Rules, neither the Bankruptcy Court's approval of this stipulation nor the effectiveness of this stipulation shall be stayed in any respect. This stipulation shall be effective immediately upon entry.

3.       This stipulation is binding upon the Parties, their successors, assigns, affiliates, officers, directors, shareholders, investors, members, employees, agents, and processionals.

4.       The Bankruptcy Court shall retain exclusive jurisdiction with respect to all matters arising from or relating to the interpretation and/or enforcement of this stipulation.

**IT IS SO ORDERED.**

Signed:  December 21, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

**AGREED AS TO FORM AND CONTENT:**

Dated: December 21, 2021

| | |
|---|---|
| */s/ Michael D. Warner*_____ | */s/ Joseph G. Epstein*_____ |
| Michael D. Warner, Esq. (TX Bar No. 00792304) | Joseph G. Epstein, Esq. (TX. Bar No. 06639320) |
| Benjamin L. Wallen, Esq. (TX Bar No. 24102623) | **JOSEPH G. EPSTEIN PLLC** |
| **PACHULSKI STANG ZIEHL & JONES** | P.O. BOX 1228 |
| 440 Louisiana Street | Bellaire, Texas 77402 |
| Suite 900 | Telephone: (713) 222-8400 |
| Houston, TX 77002 | Facsimile: (713) 621-0046 |
| Telephone: (713) 691-9385 | Email: joe@epsteintexaslaw.com |
| Facsimile: (713) 691-9401 | |
| Email: mwarner@pszjlaw.com | |

---

[2] The preceding recitals are intended to be factual recitations of the Parties and are therefore incorporated into the stipulated terms herein and are intended to be incorporated into the Court's order approving the stipulation.

- and –

Kristopher M. Hansen, Esq. (admitted *pro hac vice*)
Kenneth Pasquale, Esq. (admitted *pro hac vice*)
Gabriel Sasson, Esq. (admitted *pro hac vice*)
John F. Iaffaldano, Esq. (admitted *pro hac vice*)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile:  (212) 806-6006
Email: khansen@stroock.com
kpasquale@stroock.com
gsasson@stroock.com
jiaffaldano@stroock.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Warner*_____
Michael D. Warner