IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] | § § § | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Hunter Neal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Post-Effective Date Debtors in the above-captioned chapter 11 cases.

On December 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on RLI Insurance Company (MMLID: 12138744), 9025 N. Lindbergh Dr., Peoria, IL 61615-1499:

- Stipulation and Agreed Order Extending Response Deadline to Claim Objection and Adjourning Hearing Date [Docket No. 2254]

On December 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Law Office of Kevin M. Sweeney (MMLID: 11765357), 651 N. Jackson St., Arlington, VA 22201-2211:

- Notice of Payments to Ordinary Course Professionals During Quarter Ending October 31, 2021 [Docket No. 2285]

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

Dated: December 16, 2021

                                          */s/ Hunter Neal*
                                          Hunter Neal

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 16, 2021, by Hunter Neal, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024