**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

ORDER SUSTAINING PLAN ADMINISTRATOR'S SEVENTH OMNIBUS
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
<u>SEEKING TO DISALLOW CERTAIN CLAIMS</u>

**(AMENDED AND SUPERSEDED CLAIMS)**

[Related Docket No. _____]

Upon the *Plan Administrator's Seventh Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Amended and Superseded Claims)* (the "<u>Objection</u>")[2] of the administrator of the chapter 11 plan (the "<u>Plan Administrator</u>") of the above-captioned reorganized debtors (collectively, the "<u>Debtors</u>," as applicable, and after the effective date of their plan of

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494); Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "<u>Post-Effective Date FWE I Subsidiaries</u>") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

reorganization, the "Reorganized Debtors"), seeking entry of an order (this "Order") disallowing the Amended and Superseded Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Amended and Superseded Claim identified as a "Claim To Be Disallowed" on **Schedule 1** to this Order is disallowed in its entirety. Nothing in this Order shall affect the corresponding claims which amended and superseded the Amended and Superseded Claims (each such claim, a "Remaining Claim", as identified in **Schedule 1**); *provided that*, that the Plan Administrator reserves the right to object to any Remaining Claim on **Schedule 1** on any applicable grounds.

2. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Each claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Amended and Superseded Claim.

4. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

5. The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2022

                                                                  _____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**<u>Schedule 1</u>**

| Amended and Superseded Claims | | | | Schedule 1 | | | | | In re: Fieldwood Energy LLC, et. Al. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Amended and Superseded Claims | | | | | Case No 20-33948 Jointly Administered |

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 743 | Fieldwood Energy Offshore LLC | **Creditor:**<br>Anadarko E&P Company LP<br><br>Norton Rose Fulbright US LLP Attn: Bob Bruner<br>1301 McKinney, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 888 | Fieldwood Onshore LLC | Anadarko E&P Company LP<br><br>Norton Rose Fulbright US LLP Attn: Bob B. Bruner 1301 McKinney, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 1/18/2021 | | | | | | | | |
| **Claim To Be Disallowed** | 739 | Fieldwood Energy LLC | **Creditor:**<br>Anadarko E&P Company LP<br><br>Norton Rose Fulbright US LLP Attn: Bob Bruner<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 890 | Fieldwood Energy LLC | Anadarko E&P Company LP<br><br>Norton Rose Fulbright US LLP Attn: Bob B. Bruner 1301 McKinney, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 1/18/2021 | | | | | | | | |

| Amended and Superseded Claims | | | **Schedule 1**<br>**Amended and Superseded Claims** | | | | | In re: Fieldwood Energy LLC, et. Al.<br>Case No 20-33948 Jointly Administered |
|---|---|---|---|---|---|---|---|---|

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 777 | Fieldwood Energy LLC | **Creditor:**<br>Anadarko Petroleum Corp.<br>Norton Rose Fulbright US LLP Attn: Bob Bruner<br>1301 McKinney, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 885 | Fieldwood Energy LLC | Anadarko Petroleum Corp.<br>Norton Rose Fulbright US, LLP Attn: Bob B. Bruner 1301 McKinney Street, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 1/18/2021 | | | | | | | | |
| **Claim To Be Disallowed** | 758 | Fieldwood Energy Offshore LLC | **Creditor:**<br>Anadarko Petroleum Corp.<br>Norton Rose Fulbright US LLP Attn: Bob Bruner<br>1301 McKinney, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 886 | Fieldwood Onshore LLC | Anadarko Petroleum Corp.<br>Norton Rose Fulbright US, LLP Attn: Bob B. Bruner 1301 McKinney, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 1/18/2021 | | | | | | | | |

Amended and Superseded Claims

### Schedule 1
### Amended and Superseded Claims

In re: Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 773 | Fieldwood Energy LLC | **Creditor:**<br>Anadarko U.S. Offshore LLC<br>Norton Rose Fulbright US LLP  Attn: Bob Bruner<br>1301 McKinney, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 887 | Fieldwood Energy LLC | Anadarko U.S. Offshore LLC<br>Norton Rose Fulbright US LLP Attn: Bob B. Bruner 1301 McKinney, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 1/18/2021 | | | | | | | | |
| **Claim To Be Disallowed** | 749 | Fieldwood Energy Offshore LLC | **Creditor:**<br>Anadarko U.S. Offshore LLC<br>Norton Rose Fulbright US LLP Attn: Bob Bruner<br>1301 McKinney, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 889 | Fieldwood Onshore LLC | Anadarko U.S. Offshore LLC<br>Norton Rose Fulbright US, LLP Attn: Bob B. Bruner 1301 McKinney, Suite 5100<br>Houston, TX  77010 | $0.00 | $0.00 | $0.00 | $528,925,158.00 | $528,925,158.00 |
| **Filed On:** 1/18/2021 | | | | | | | | |

**Amended and Superseded Claims**

### Schedule 1
### Amended and Superseded Claims

In re: Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 1001 | Fieldwood Energy LLC | **Creditor:** BP Exploration & Production Inc. | $30,000,000.00 | $0.00 | $0.00 | $0.00 | $30,000,000.00 |
| **Filed On:** 9/27/2021 | | | Karl D. Burrer - Greenberg Traurig, LLP 1000 Louisiana Street, Suite 1700 Houston, TX  77002 | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 1033 | Fieldwood Energy LLC | BP Exploration & Production Inc. | $0.00 | $0.00 | $0.00 | $23,029,183.60 | $23,029,183.60 |
| **Filed On:** 10/29/2021 | | | Karl D. Burrer - Greenberg Traurig, LLP 1000 Louisiana Street, Suite 1700 Houston, TX  77002 | | | | | |
| **Claim To Be Disallowed** | 94 | Fieldwood Energy LLC | **Creditor:** Deepsea Quality Consulting Inc. | $0.00 | $0.00 | $0.00 | $109,415.11 | $109,415.11 |
| **Filed On:** 8/24/2020 | | | 13111 Rummel Creek Houston, TX  77079 | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 292 | Fieldwood Energy LLC | Deepsea Quality Consulting Inc. | $109,415.11 | $30,440.53 | $0.00 | $0.00 | $109,415.11 |
| **Filed On:** 10/27/2020 | | | 13111 Rummel Creek Houston, TX  77079 | | | | | |

Amended and Superseded Claims

## Schedule 1
## Amended and Superseded Claims

In re: Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

|  | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 34 | Fieldwood Energy LLC | **Creditor:**<br>EBI Liftboats, LLC<br>124 Finish Line Lane<br>Houma, LA  70360 | $0.00 | $0.00 | $0.00 | $195,095.00 | $195,095.00 |
| Filed On: 8/17/2020 |  |  |  |  |  |  |  |  |
| Comments: Claim was amended and superseded by a later filed claim. |  |  |  |  |  |  |  |  |
| **Remaining Claim** | 10 | Fieldwood Energy LLC | EBI Liftboats, LLC<br>124 Finish Line Lane<br>Houma, LA  70360 | $0.00 | $0.00 | $0.00 | $273,685.00 | $273,685.00 |
| Filed On: 8/20/2020 |  |  |  |  |  |  |  |  |
| **Claim To Be Disallowed** | 95 | Fieldwood Energy LLC | **Creditor:**<br>ENVIRO-TECH SYSTEMS LLC<br>17327 NORWELL DRIVE<br>COVINGTON, LA  70435 | $0.00 | $18,715.00 | $0.00 | $56,436.36 | $75,151.36 |
| Filed On: 9/4/2020 |  |  |  |  |  |  |  |  |
| Comments: Claim was amended and superseded by a later filed claim. |  |  |  |  |  |  |  |  |
| **Claim To Be Disallowed** | 133 | Fieldwood Energy LLC | **Creditor:**<br>Enviro-Tech Systems LLC<br>17327 Norwell Drive<br>Covington, LA  70435 | $0.00 | $18,715.00 | $0.00 | $56,436.36 | $75,151.36 |
| Filed On: 9/4/2020 |  |  |  |  |  |  |  |  |
| Comments: Claim was amended and superseded by a later filed claim. |  |  |  |  |  |  |  |  |
| **Remaining Claim** | 367 | Fieldwood Energy LLC | ENVIRO-TECH SYSTEMS LLC<br>17327 NORWELL DRIVE<br>COVINGTON, LA  70435 | $0.00 | $18,715.00 | $0.00 | $48,389.36 | $67,104.36 |
| Filed On: 11/16/2020 |  |  |  |  |  |  |  |  |

Amended and Superseded Claims

## Schedule 1
## Amended and Superseded Claims

In re: Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 466 | Fieldwood Energy LLC | **Creditor:** Liberty Mutual Insurance Company<br><br>Brandon K. Bains PO Box 94075<br>Southlake, TX  76092 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/19/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 502 | Fieldwood Energy LLC | Liberty Mutual Insurance Company<br><br>Brandon K. Bains PO Box 94075<br>Southlake, TX  76092 | $0.00 | $0.00 | $0.00 | $69,393,178.00 | $69,393,178.00 |
| **Filed On:** 11/20/2020 | | | | | | | | |

| Amended and Superseded Claims | | | | Schedule 1<br>Amended and Superseded Claims | | | | | In re: Fieldwood Energy LLC, et. Al.<br>Case No 20-33948 Jointly Administered |
|---|---|---|---|---|---|---|---|---|---|
| | | **Claim #** | **Debtor** | **Name and Address of Claimant** | **Secured** | **Administrative** | **Priority** | **Unsecured** | **Total** |
| **Claim To Be Disallowed** | | 924 | Fieldwood Energy Inc. | **Creditor:**<br>Louisiana Department of Revenue<br>P.O. Box 66658<br>Baton Rouge, LA 70896 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| | Filed On: | 2/3/2021 | | | | | | | |
| | Comments: | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | | 951 | Fieldwood Energy Inc. | Louisiana Department of Revenue<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | $0.00 | $8,266.80 | $0.00 | $39,392.50 | $47,659.30 |
| | Filed On: | 3/10/2021 | | | | | | | |
| **Claim To Be Disallowed** | | 923 | Fieldwood Energy LLC | **Creditor:**<br>Louisiana Department of Revenue<br>P.O. Box 66658<br>Baton Rouge, LA 70896 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| | Filed On: | 2/3/2021 | | | | | | | |
| | Comments: | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | | 978 | Fieldwood Energy LLC | Louisiana Department of Revenue<br>PO Box 66658<br>Baton Rouge, LA 70896 | $0.00 | $0.00 | $9,542.61 | $0.00 | $9,542.61 |
| | Filed On: | 6/15/2021 | | | | | | | |

| Amended and Superseded Claims | | | | **Schedule 1** | | | | | In re: Fieldwood Energy LLC, et. Al. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Amended and Superseded Claims** | | | | | Case No 20-33948 Jointly Administered |

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 55 | Fieldwood Energy LLC | **Creditor:** Petroleum Solutions International, LLC  401 Audubon Blvd, Bldg. 39B Suite 103A  Lafayette, LA  70503 | $0.00 | $0.00 | $0.00 | $23,044.00 | $23,044.00 |
| **Filed On:** | 8/19/2020 | | | | | | | |
| **Comments:** | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | 141 | Fieldwood Energy LLC | Petroleum Solutions International, LLC  401 Audubon Blvd., Bldg. 39B Suite 103A  Lafayette, LA  70503 | $0.00 | $0.00 | $0.00 | $27,524.00 | $27,524.00 |
| **Filed On:** | 9/9/2020 | | | | | | | |
| **Claim To Be Disallowed** | 242 | Fieldwood Energy LLC | **Creditor:** Pinnacle Engineering, Inc.  7660 Woodway, Ste. 350  Houston, TX  77063 | $0.00 | $0.00 | $0.00 | $13,308.17 | $13,308.17 |
| **Filed On:** | 10/16/2020 | | | | | | | |
| **Comments:** | Claim was amended and superseded by a later filed claim. | | | | | | | |
| **Remaining Claim** | 241 | Fieldwood Energy LLC | Pinnacle Engineering, Inc.  7660 Woodway, Ste. 350  Houston, TX  77063 | $0.00 | $0.00 | $0.00 | $13,308.17 | $13,308.17 |
| **Filed On:** | 10/16/2020 | | | | | | | |

Amended and Superseded Claims

In re: Fieldwood Energy LLC, et. Al.

## Schedule 1
## Amended and Superseded Claims

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 33 | Fieldwood Energy LLC | Creditor:<br>Specialty Equipment Sales, Inc.<br>303 Mecca Drive<br>Lafayette, LA 70508 | $0.00 | $0.00 | $0.00 | $4,870.25 | $4,870.25 |
| **Filed On:** 8/12/2020 | | | | | | | | |
| **Comments:** Claim was amended and superseded by a later filed claim. | | | | | | | | |
| **Remaining Claim** | 37 | Fieldwood Energy LLC | Specialty Equipment Sales, Inc.<br>303 Mecca Drive<br>Lafayette, LA 70508 | $0.00 | $0.00 | $0.00 | $4,870.25 | $4,870.25 |
| **Filed On:** 8/12/2020 | | | | | | | | |
| **Claims To Be Disallowed Totals** | | | 17 | $30,000,000.00 | $37,430.00 | $8,266.80 | $3,174,048,945.75 | $3,204,046,983.25 |