UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*<sup>1</sup> | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING**
(Related Docket Nos. 2318 and 2319)

**PLEASE TAKE NOTICE** that on December 23, 2021, the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors, filed the (i) *Seventh Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Amended and Superseded Claims)* [Docket No. 2318]; and (ii) *Eighth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Late Filed Claims)* [Docket No. 2319] (collectively, the "Omnibus Claim Objections").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Omnibus Claim Objections has been reset for **February 8, 2022** at **10:00 a.m. (Central Time)**. The hearing will

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

be conducted on a hybrid basis (remote or in-person) in accordance with the Notice Regarding Reopening of Houston Courthouse, effective November 8, 2021.

**PLEASE TAKE FURTHER NOTICE** that it is anticipated that the hearing will be conducted in-person in Courtroom 404, 515 Rusk, Houston, Texas 77002, and telephonically with the option to also appear by video. For persons appearing telephonically, audio communication will be by use of the court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954-554. You may view video via GoToMeeting. To use GoToMeeting, the Bankruptcy Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "judgeisgur" in the GoToMeeting app or click the link on Judge Isgur's home page (https://www.gotomeet.me/JudgeIsgur) on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated:  December 27, 2021            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael D. Warner*
　　　　　　　　　　　　　　　　　　　　　　　　Michael D. Warner, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　(TX Bar No. 00792304)
　　　　　　　　　　　　　　　　　　　　　　　　**PACHULSKI STANG ZIEHL & JONES LLP**
　　　　　　　　　　　　　　　　　　　　　　　　440 Louisiana Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (713) 691-9385
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (713) 691-9407
　　　　　　　　　　　　　　　　　　　　　　　　Email: mwarner@pszjlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Plan Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

/s/ Michael D. Warner
Michael D. Warner, Esq.