# **EXHIBIT A**



October 28, 2021

**<u>Via E-mail</u>**

Gabriel Sasson
Direct Dial:  212.806.5669
Fax:  212.806.6006
gsasson@stroock.com

**<u>Via E-mail</u>**

Wood Mackenzie Inc.
Merari.Mendoza@woodmac.com; WMI.Invoicing@woodmac.com

Re:  <u>In re Fieldwood Energy LLC, et al.</u>, No. 20-33948 (MI)

Dear Wood Mackenzie Inc.:

In connection with the confirmation of the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 2008] (the "<u>Plan</u>")[1] in the above-captioned Chapter 11 Cases, and pursuant to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "<u>Confirmation Order</u>") entered by the Bankruptcy Court on June 25, 2021, and the occurrence of the effective date of the Plan on August 27, 2021 (the "<u>Effective Date</u>"), the Plan Administrator is conducting a reconciliation process in respect of Claims filed against the Debtors.

You filed a Proof of Claim in the Chapter 11 Cases in the amount of $74,576.29 [Claim No. 21].  However, prior to the Petition Date and in the ordinary course of business, the Debtors maintained books and records (the "<u>Books and Records</u>") that reflect, among other things, the Debtors' outstanding liabilities.  The Plan Administrator has reviewed the Books and Records and has concluded, based upon that review, that your Claim should be (i) reduced and/or reclassified to comport with the Books and Records, or (ii) expunged because it did not exist as of the Petition Date or has been satisfied through direct payment and/or treatment under the Plan.

Accordingly, within ten (10) business days of the date hereof, please (i) reply to John Iaffaldano (jiaffaldano@stroock.com) and Christine Xu (axu@stroock.com) with supporting information for your Claim, or (ii) complete, execute and submit a Withdrawal of Claim Form, a copy of which (including instructions) is attached hereto.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

**STROOCK & STROOCK & LAVAN LLP**  New York  •  Los Angeles  •  Miami  •  Washington, DC
180 Maiden Lane, New York, NY 10038-4982  •  T. 212.806.5400  •  F. 212.806.6006  •  www.stroock.com

Wood Mackenzie Inc.
October 28, 2021

**Absent the receipt of supporting information or a Withdrawal of Claim Form, the Plan Administrator will seek reduction, reclassification or disallowance of all or part of your Claim.**

Thank you in advance for your timely response.

Sincerely,

*/s/ Gabriel Sasson*

Gabriel Sasson
**Stroock & Stroock & Lavan LLP**

Cc:   David Dunn, Province LLC
      Benjamin L. Wallen, Pachulski Stang Ziehl & Jones LLP
      Clayton Gring, AlixPartners, LLP

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com

2