**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

**NOTICE OF HEARING ON PLAN ADMINISTRATOR'S FIRST OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SEEKING TO DISALLOW CERTAIN CLAIMS (DUPLICATE CLAIMS)**

(Related Docket Nos. 2076 and 2255)

**PLEASE TAKE NOTICE** that on October 6, 2021, the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors, filed the *Plan Administrator's First Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Duplicate Claims)* [Docket No. 2076] (the "First Omnibus Objection"), which included a claim filed by Zurich American Insurance Company (the "Claimant").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Stipulation and Agreed Order Extending Response Deadline to Claim Objection and Adjourning Hearing Date* [Docket No. 2255] (the "Stipulation"), the hearing on, *inter alia*, the First Omnibus Objection was a later date to be determined in consultation with the Court's Case Manager, provided that no less than 20

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

DOCS_NY:44805.1 27968/002

-1-

days' notice of any such continued hearing be provided. The Stipulation further provided that the Claimant's deadline to file a response to the First Omnibus Objection was five business days prior to any continued hearing set thereon.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Stipulation, and in consultation with the Court's Case Manager, the hearing on First Omnibus Objection to Claimant's claim is set for **February 8, 2022** at **10:00 a.m. (Central Time)**.[2] The hearing will be conducted on a hybrid basis (remote or in-person) in accordance with the *Notice Regarding Reopening of Houston Courthouse*, effective November 8, 2021.

**PLEASE TAKE FURTHER NOTICE** that it is anticipated that the hearing will be conducted in-person in Courtroom 404, 515 Rusk, Houston, Texas 77002, and telephonically with the option to also appear by video. For persons appearing telephonically, audio communication will be by use of the court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954-554. You may view video via GoToMeeting. To use GoToMeeting, the Bankruptcy Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "judgeisgur" in the GoToMeeting app or click the link on Judge Isgur's home page (https://www.gotomeet.me/JudgeIsgur) on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: January 5, 2022                     Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner, Esq.
(TX Bar No. 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**

---

[2] Nothing herein is intended to set a hearing on *Third Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Multi-Debtor Claims) [Docket No. 2078]*, which remains subject to the Stipulation in every respect.
DOCS_NY:44805.1 27968/002

440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com

*Counsel for the Plan Administrator*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2022, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Warner*
Michael D. Warner, Esq.