IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | CHAPTER 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § | |
| | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 709

Valero Marketing and Supply Company hereby withdraws, with prejudice against refiling, its Proof of Claim No. 709.

Respectfully Submitted,

By: */s/ C. Brannon Robertson*

FERNELIUS SIMON MACE
ROBERTSON PERDUE PLLC

C. Robert Mace
State Bar No. 12771300
Southern District No. 1415
BMace@trialattorneytx.com
C. Brannon Robertson
State Bar No. 24002852
S.D. Tex No. 22131
BRobertson@trialattorneytx.com
4119 Montrose Blvd., Suite 500
Houston, Texas 77006
Telephone: (713) 654-1200
Facsimile: (713) 654-4039

DYKEMA GOSSETT PLLC

Deborah D. Williamson
State Bar No. 21617500
dwilliamson@dykema.com
Danielle N. Rushing

State Bar No. 24086961
drushing@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

ATTORNEYS FOR
VALERO MARKETING
AND SUPPLY COMPANY

## CERTIFICATE OF SERVICE

I certify that on January 6, 2022, a true and correct copy of the foregoing has been served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ C. Brannon Robertson*
C. Brannon Robertson