United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-33948 |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

### ORDER FOR BRIEFING ON BANKRUPTCY RULE 7001 COMPLIANCE

1. In its objection submitted on November 29, 2021, BP argues that QuarterNorth failed to comply with Federal Rule of Bankruptcy Procedure 7001 in its emergency motion to enforce the Confirmation Order and Plan. (ECF No. 2278 at 17–18).

2. QuarterNorth did not address this argument in its November 30, 2021 reply. (ECF No. 2280).

3. Neither the Parties nor the Court addressed this argument at the November 30, 2021 hearing.

4. The parties must file briefs on (i) whether QuarterNorth failed to comply with Federal Rule of Bankruptcy Procedure 7001; and (ii) if so, the consequences of such failure. Briefs must be filed by February 2, 2022 and are limited to 10 pages, double spaced. No replies are permitted.

SIGNED 01/19/2022

Marvin Isgur
United States Bankruptcy Judge