United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. : 20-33948 |
| FIELDWOOD ENERGY LLC, *et al.*, | § | |
| | § | CHAPTER 11 |
| Debtors. | § | |
| | § | |
| _____ | § | |
| QUARTERNORTH ENERGY LLC AND | § | |
| CERTAIN OF ITS AFFILIATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | ADVERSARY NO. 20-03497 |
| | § | |
| VALERO MARKETING AND  SUPPLY | § | |
| COMPANY | § | |
| | § | |
| Defendant. | § | |

## AGREED FINAL JUDGMENT

Before the Court is Parties' Joint Motion for Entry of an Agreed Final Judgment, filed by Plaintiff QuarterNorth Energy LLC and Defendant Valero Marketing and Supply Company.  The Court GRANTS the motion and ORDERS that the parties take nothing by way of this suit.  All relief not expressly granted herein is hereby denied. This order fully and finally resolves all remaining claims and parties.  Each party shall bear their own costs, interests, and attorneys' fees.  This is a final judgment.

Signed:  January 21, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

APPROVED AS TO FORM AND SUBSTANCE:

BUCK KEENAN LLP

By:  /s/Robert L. Paddock
ROBERT L. PADDOCK
State Bar No. 24002723
E. F. MANO DEAYALA
State Bar No. 00783946
HELEN H. MCLAUGHLIN
State Bar No. 24087706
2229 San Felipe, Suite 1000
Houston, Texas 77019
(713) 225-4500
(713) 225-3719 - Telecopier
rpaddock@buckkeenan.com
deayala@buckkeenan.com
hmclaughlin@buckkeenan.com

ATTORNEYS FOR PLAINTIFF
QUARTERNORTH ENERGY LLC


FERNELIUS SIMON MACE
ROBERTSON PERDUE PLLC

By: /s/ C. Brannon Robertson
C. Robert Mace
State Bar No. 12771300
Southern District No. 1415
bmace@trialattorneytx.com
C. Brannon Robertson
State Bar No. 24002852
S.D. Tex No. 22131
brannon.robertson@trialattorneytx.com
4119 Montrose Blvd., Suite 500
Houston, Texas 77006
Telephone: 713-654-1200
Fax: 713-654-4039

DYKEMA GOSSETT PLLC

By:  */s/ Deborah D. Williamson*
Deborah D. Williamson
State Bar No. 21617500
dwilliamson@dykema.com
Danielle N. Rushing
State Bar No. 24086961
drushing@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: 210.554.5500
Facsimile: 210.226.8395

ATTORNEYS FOR VALERO MARKETING
AND SUPPLY COMPANY