UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S EIGHTH OMNIBUS OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND
RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
SEEKING TO DISALLOW CERTAIN CLAIMS**

**(LATE FILED CLAIMS)**

[Related Docket No. 2319]

Upon the *Plan Administrator's Eighth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Late Filed Claims)* [Docket No. 2319] (the "Objection")[2] of the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors (collectively, the "Debtors," as applicable, and after the effective date of their plan of reorganization, the "Reorganized Debtors"), seeking entry of an order (this "Order")

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

DOCS_NY:45013.145013.2 27968/002

disallowing the Late Filed Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Late Filed Claim identified as a "Claim To Be Disallowed" on **Schedule 1** to this Order is disallowed in its entirety.

2. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Each claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Late Filed Claim.

4. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

[*Remainder of Page Intentionally Left Blank*]

5. The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

3

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2022

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**Schedule 1**

| | | | | Schedule 1 | | | | In re:Fieldwood Energy LLC, et. Al. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Late Filed Claims

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Claim To Be Disallowed** | 856 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** All Industrial Medical Services 855 Belanger Street, Suite 108 Houma, LA 70360 | $0.00 | $0.00 | $0.00 | $395.07 | $395.07 |
| **Filed On:** 12/3/2020 | | | | | | | | |
| **Applicable Bar Date:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |
| **Claim To Be Disallowed** | 857 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** All Industrial Medical Services 855 Belanger Street Suite 108 Houma, LA 70360 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 12/3/2020 | | | | | | | | |
| **Applicable Bar Date:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |
| **Claim To Be Disallowed** | 851 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** Berkley Oil & Gas 2107 CityWest Blvd 8th Floor Houston, TX 77042 | $0.00 | $0.00 | $0.00 | $1,053.00 | $1,053.00 |
| **Filed On:** 12/3/2020 | | | | | | | | |
| **Applicable Bar Date:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |
| **Claim To Be Disallowed** | 987 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** Gulf Coast Chemical, LLC Attn: Jim Fusilier 220 Jacqulyn Street Abbeville, LA 70510 | $0.00 | $0.00 | $0.00 | $338.80 | $338.80 |
| **Filed On:** 9/22/2021 | | | | | | | | |
| **Applicable Bar Date:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |

Late Filed Claims | Schedule 1 | In re:Fieldwood Energy LLC, et. Al.

## Late Filed Claims

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 842 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** LARRY DOIRON, LLC ATTN: LARRY DOIRON PO BOX 1640 MORGAN CITY, LA 70381 | $0.00 | $0.00 | $0.00 | $860.00 | $860.00 |
| **Filed On:** 11/27/2020 | | | | | | | | |
| **Applicable Bar Date:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |
| **Claim To Be Disallowed** | 847 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** LEWIS, CLAYBORYAN PLAINTIFF'S COUNSEL: BROUSSARD & DAVID, LLC P.O. BOX 3524 LAFAYETTE, LA 70502-3524 | $0.00 | $0.00 | $0.00 | $3,000,000.00 | $3,000,000.00 |
| **Filed On:** 12/1/2020 | | | | | | | | |
| **Applicable Bar Date:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |
| **Claim To Be Disallowed** | 982 | 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** Martin International, Inc. 133 Woodland Dr. LaPlace, LA 70068 | $0.00 | $0.00 | $0.00 | $3,590.00 | $3,590.00 |
| **Filed On:** 8/24/2021 | | | | | | | | |
| **Applicable Bar Date:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |
| **Claim To Be Disallowed** | ~~873~~ 838 | ~~20-33948~~ 20-33948 (MI) Fieldwood Energy LLC | **Creditor:** ~~Moody's Investors Service~~ Omimex Resources, Inc. ~~c/o Duane Morris LLP Attn: Christopher R Belmonte / Pamela A Bosswick 230 Park Avenue Suite 1130 New York, ~~NY~~ TX ~~10169~~ 76120 7950 John T White Road Fort Worth, TX 76120 | ~~$0.00~~ $0.00 | ~~$0.00~~ $0.00 | ~~$0.00~~ $0.00 | ~~$0.00~~ $0.00 | ~~$145,000.00~~ $122,684.68 |
| **Filed On:** ~~12/23/2020~~ 11/30/2020 | | | | | | | | |
| **Applicable Bar Date:** ~~11/25/2020~~ 11/25/2020 | | | | | | | | |
| **Comments:** Claim was filed after Applicable Bar Date. | | | | | | | | |

Late Filed Claims                              **Schedule 1**                              In re:Fieldwood Energy LLC, et. Al.

                                               **Late Filed Claims**                       Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | ~~838~~ | ~~20-33948 (MI) Fieldwood Energy LLC~~ | ~~Creditor: Omimex Resources, Inc.~~ | ~~$122,684.68~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$122,684.68~~ |
| ~~Filed On:~~ | ~~11/30/2020~~ | | | | | | | |
| ~~Applicable Bar Date:~~ | ~~11/25/2020~~ | | ~~7950 John T White Road Fort Worth, TX  76120~~ | | | | | |
| ~~Comments:~~ | ~~Claim was filed after Applicable Bar Date.~~ | | | | | | | |
| **Claim To Be Disallowed** | 850 | 20-33948 (MI) Fieldwood Energy LLC | Creditor: PetroQuest Energy | $0.00 | $0.00 | $0.00 | $28,026.22 | $28,026.22 |
| Filed On: | 12/2/2020 | | | | | | | |
| Applicable Bar Date: | 11/25/2020 | | Attn: Angelle Perret 400 East Kaliste Saloom Road Suite 6000 Lafayette, LA  70508 | | | | | |
| Comments: | Claim was filed after Applicable Bar Date. | | | | | | | |
| **Claim To Be Disallowed** | 861 | 20-33948 (MI) Fieldwood Energy LLC | Creditor: Quorum Business Solutions (U.S.A.), Inc. | $0.00 | $0.00 | $0.00 | $1,311.73 | $1,311.73 |
| Filed On: | 12/9/2020 | | | | | | | |
| Applicable Bar Date: | 11/25/2020 | | 811 Main Street Suite 2200 Houston, TX  77002 | | | | | |
| Comments: | Claim was filed after Applicable Bar Date. | | | | | | | |
| **Claim To Be Disallowed** | 849 | 20-33948 (MI) Fieldwood Energy LLC | Creditor: Texas Eastern Transmission, LP | $0.00 | $0.00 | $0.00 | $33,120.80 | $33,120.80 |
| Filed On: | 12/2/2020 | | | | | | | |
| Applicable Bar Date: | 11/25/2020 | | Katherine O'Connor 5400 Westheimer Court Houston, TX  77056 | | | | | |
| Comments: | Claim was filed after Applicable Bar Date. | | | | | | | |

~~Late Filed Claims~~

**Schedule 1**

~~In re:Fieldwood Energy LLC, et. Al.~~

~~Case No 20-33948 Jointly Administered~~

~~Late Filed Claims~~

| ~~Claim #~~ | ~~Debtor~~ | ~~Name and Address of Claimant~~ | ~~Secured~~ | ~~Administrative~~ | ~~Priority~~ | ~~Unsecured~~ | ~~Total~~ |
|---|---|---|---|---|---|---|---|
| **Claims To Be Disallowed Totals** | | ~~12~~11 | $122,684.68 | $0.00 | $0.00 | ~~$3,232,295.62~~~~$3,336,380.30~~3,087,295.62 | ~~$3,191,380.30~~ |