# **Schedule 1**

**Fieldwood Energy LLC and its
affiliated Debtors
Case No. 20-33948**

| CreditorName | Address | Claim #(s) | Asserted Secured | Asserted Admin | Asserted Priority | Asserted Unsecured | Asserted Total |
|---|---|---|---|---|---|---|---|
| Ascension Alpha Fund LLC | Michael Janowitz<br>299 Park Avenue<br>New York, NY  10171 | 644 | $4,826,871.07 | $0.00 | $0.00 | $0.00 | $4,826,871.07 |
| Ascension Healthcare Master Pension Trust | Michael Janowitz<br>299 Park Avenue<br>New York, NY  10171 | 641 | $728,304.82 | $0.00 | $0.00 | $0.00 | $728,304.82 |
| Brown University | Attn: Erica Nourjian<br>121 South Main Street 9th floor<br>Providence, RI  02903 | 443 | $3,470,769.04 | $0.00 | $0.00 | $0.00 | $3,470,769.04 |
| Cantor Fitzgerald Securities | Attn. Nils Horning<br>1801 N. Military Trail, Suite 202<br>Boca Raton, FL  33431 | 638 | $1,182,059,390.12 | $0.00 | $0.00 | $0.00 | $1,182,059,390.12 |
| Cortland Capital Market Services LLC, as administrative agent and collateral agent | Holland & Knight LLP<br>Phillip W. Nelson<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL  60606 | 750 | $543,603,148.75 | $0.00 | $0.00 | $0.00 | $543,603,148.75 |
| Eversource Retirement Plan Master Trust | Michael Janowitz<br>299 Park Avenue<br>New York, NY  10171 | 653 | $4,655,168.41 | $0.00 | $0.00 | $0.00 | $4,655,168.41 |
| Franciscan Alliance, Inc. | Michael Janowitz<br>299 Park Avenue<br>New York, NY  10171 | 643 | $161,045.31 | $0.00 | $0.00 | $0.00 | $161,045.31 |
| Goldman Sachs Bank USA | Vinson & Elkins LLP<br>William L. Wallander & Bradley R. Foxman<br>2001 Ross Ave., Ste. 3900<br>Dallas, TX  75201 | 819 | $147,601,297.00 | $0.00 | $0.00 | $0.00 | $147,601,297.00 |
| Halcyon Loan Advisors Funding 2014-3 Ltd | Michael Janowitz<br>299 Park Avenue<br>New York, NY  10171 | 636 | $2,244,473.47 | $0.00 | $0.00 | $0.00 | $2,244,473.47 |
| Halcyon Loan Advisors Funding 2015-1 Ltd. | Michael Janowitz<br>299 Park Ave<br>New York, NY  10171 | 637 | $2,471,596.94 | $0.00 | $0.00 | $0.00 | $2,471,596.94 |
| Halcyon Loan Advisors Funding 2015-2 Ltd. | Michael Janowitz<br>299 Park Ave<br>New York, NY  10171 | 630 | $2,494,486.76 | $0.00 | $0.00 | $0.00 | $2,494,486.76 |
| Halcyon Loan Advisors Funding 2015-3 Ltd. | 10 Cathay Road<br>East Rockaway, NY  10022 | 632 | $2,501,797.38 | $0.00 | $0.00 | $0.00 | $2,501,797.38 |
| Halcyon Loan Advisors Funding 2017-1 Ltd | Bardin Hill<br>Michael Janowitz<br>299 Park Ave<br>New York, NY  10171 | 626 | $2,007,973.93 | $0.00 | $0.00 | $0.00 | $2,007,973.93 |
| Halcyon Loan Advisors Funding 2017-2 Ltd. | Michael Janowitz<br>299 Park Ave<br>New York, NY  10171 | 627 | $2,259,226.28 | $0.00 | $0.00 | $0.00 | $2,259,226.28 |
| Halcyon Loan Advisors Funding 2018-1 Ltd. | Michael Janowitz<br>299 Park Avenue<br>New York, NY  10171 | 628 | $2,387,065.00 | $0.00 | $0.00 | $0.00 | $2,387,065.00 |
| Halcyon Loan Advisors Funding 2018-2 Ltd | Michael Janowitz<br>299 Park Avenue<br>New York, NY  10171 | 629 | $2,500,000.00 | $0.00 | $0.00 | $0.00 | $2,500,000.00 |

| CreditorName | Address | Claim #(s) | Asserted Secured | Asserted Admin | Asserted Priority | Asserted Unsecured | Asserted Total |
|---|---|---|---|---|---|---|---|
| Halcyon Loan Trading Fund LLC | Michael Janowitz<br>299 Park Avenue<br>New York, NY  10171 | 633 | $37,566,064.55 | $0.00 | $0.00 | $0.00 | $37,566,064.55 |
| HCN LP | Michael Janowitz<br>299 Park Avenue<br>New York, NY  10171 | 634 | $18,039,618.74 | $0.00 | $0.00 | $0.00 | $18,039,618.74 |
| Partners Capital Osprey Fund, L.P. – Halcyon Energy Loan Series | Michael Janowitz<br>299 Park Ave<br>New York, NY  10171 | 651 | $945,955.51 | $0.00 | $0.00 | $0.00 | $945,955.51 |
| Partners Capital Phoenix Fund II Ltd – Diversified Income Fund | Michael Janowitz<br>299 Park Ave<br>New York, NY  10171 | 648 | $1,046,141.16 | $0.00 | $0.00 | $0.00 | $1,046,141.16 |
| Rock Bluff Strategic Fixed Income Partnership, L.P | Michael Janowitz<br>299 Park Avenue<br>New York, NY  10171 | 647 | $3,264,544.03 | $0.00 | $0.00 | $0.00 | $3,264,544.03 |