United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 28, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

### STIPULATION AND AGREED ORDER EXTENDING RESPONSE DEADLINE TO CLAIM OBJECTION AND ADJOURNING HEARING DATE

The administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors (collectively, the "Debtors," as applicable, and after the effective date of their plan of reorganization, the "Reorganized Debtors") and the ITC Global, Inc. (the "Claimant", and together with the Plan Administrator, the "Parties") hereby stipulate and agree as follows:

**WHEREAS**, on January 6, 2022, the Plan Administrator filed that certain *Objection Pursuant to Section 502(b) of the Bankruptcy Code to Claim Number 831 Filed by ITC Global, Inc.* [Docket No. 2333] (the "Objection"), which seeks the disallowance of Claim No. 831 filed against the Debtors by the Claimant, all as more fully set forth in the Objection;

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

1

**WHEREAS**, the deadline for the Claimants to object or otherwise respond to the Objection is February 7, 2022 (the "Response Deadline");

**WHEREAS**, the Objection is currently set to for a hearing with the Court on February 8, 2022 at 10:00 a.m. (Central Time) (the "Hearing"); and

**WHEREAS**, the Parties have agreed, subject to approval of this Court and after conferring with the Court's Case Manager, to adjourn the Hearing and to an attendant extention of the Response Deadline.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereinafter.

2. The Hearing is adjourned to **March 2, 2022 at 10:00 a.m. (Central Time)**.

3. The Claimant's Response Deadline shall be February 25, 2022.

Signed: January 28, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

**AGREED AS TO FORM AND CONTENT:**

Dated: January 27, 2022

BY: __/s/ Michael D. Warner_____

Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
bwallen@pszjlaw.com

-and-

Gabriel Sasson, Esq. (Admitted *pro hac vice*)
John F. Iaffaldano, Esq. (Admitted *pro hac vice*)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
gsasson@stroock.com
jiaffaldano@stroock.com

*Counsel for the Plan Administrator*

Dated: January 27, 2022

BY: __/s/ Lloyd Lim_____

Lloyd Lim, Esq.
**KEAN MILLER LLP**
711 Louisiana Street, Suite 1800 South Tower
Houston, TX 77002
Telephone:  (713) 844-3070
lloyd.lim@keanmiller.com

*Counsel for ITC Global, Inc.*