**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC,** *et al.*<sup>1</sup> | **Case No. 20-33948 (MI)** |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF NO OBJECTION TO PLAN ADMINISTRATOR'S OBJECTION PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE TO CLAIM NUMBER 21 FILED BY WOOD MACKENZIE INC (NO BASIS)**
(Related Docket No. 2329)

The undersigned hereby certifies as follows:

1. On January 3, 2022, the *Plan Administrator's Objection Pursuant to Section 502(b) of the Bankruptcy Code to Claim Number 21 Filed by Wood MacKenzie Inc (No Basis)* [Docket No. 2329] (the "Objection to MacKenzie Claim") was filed with the Court by the administrator of the chapter 11 plan of the above-captioned reorganized debtors.

2. Responses, if any, to the Objection to MacKenzie Claim were required to have been filed with the Court on or before February 2, 2022 (the "Response Deadline").

3. The Response Deadline has passed and no responsive pleading to the Objection to MacKenzie Claim has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel. Accordingly, the undersigned respectfully requests that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

DOCS_NY:45004.1 27968/002

the form of Order granting the Objection to MacKenzie Claim attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

Dated: February 3, 2022                                  Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner, Esq.
(TX Bar No. 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile:  (713) 691-9407
Email: mwarner@pszjlaw.com

*Counsel for the Plan Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2022, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Warner*
Michael D. Warner, Esq.