UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

ORDER SUSTAINING PLAN ADMINISTRATOR'S FIRST OMNIBUS OBJECTION TO
CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND
RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
<u>SEEKING TO DISALLOW CERTAIN CLAIMS</u>

(DUPLICATE CLAIMS)

[Related Docket No. 2076]

Upon the *Plan Administrator's First Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Duplicate Claims)* [Docket No. 2076] (the "<u>Objection</u>")[2] of the administrator of the chapter 11 plan (the "<u>Plan Administrator</u>") of the above-captioned reorganized debtors (collectively, the "<u>Debtors</u>," as applicable, and after the effective date of their

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

plan of reorganization, the "<u>Reorganized Debtors</u>"), seeking entry of an order (this "<u>Order</u>") disallowing certain duplicate claims, it is **HEREBY ORDERED THAT**:

1. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, Claim No. 176 (the "<u>Duplicate Claim</u>") filed by Zurich American Insurance ("<u>Zurich</u>") is disallowed in its entirety; *provided* that this Order will not affect Claim No. 175 (the "<u>Remaining Claim</u>") filed by Zurich; *provided further*, that the Plan Administrator reserves the right to object to the Remaining Claim on any applicable grounds.

2. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Objection or any order granting the relief requested by the Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

[*Remainder of Page Intentionally Left Blank*]

4. The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

5. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2022

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**Schedule 1**

Duplicate Claims

## Schedule 1
## Duplicate Claims

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 863 | Fieldwood Energy LLC | **Creditor:** Abshire, Calvin<br>c/o Brian Colomb 2505 Verot School Rd.<br>Lafayette, LA  70508 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Filed On:** 12/10/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 295 | Fieldwood Energy LLC | Abshire, Calvin<br>c/o Brian Colomb  2505 Verot School Rd.<br>Lafayette, LA  70508 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Filed On:** 10/29/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 346 | Fieldwood Energy LLC | **Creditor:** Alexander/Ryan Marine & Safety<br>2000 Wayside Dr.<br>Houston, TX  77011 | $0.00 | $0.00 | $0.00 | $9,983.19 | $9,983.19 |
| **Filed On:** 11/10/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 345 | Fieldwood Energy LLC | Alexander/Ryan Marine & Safety<br>2000 Wayside Dr.<br>Houston, TX  77011 | $0.00 | $0.00 | $0.00 | $9,983.19 | $9,983.19 |
| **Filed On:** 11/10/2020 | | | | | | | | |

Duplicate Claims | | | Schedule 1<br>Duplicate Claims | | In re:Fieldwood Energy LLC, et. Al.<br>Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 184 | Fieldwood Energy LLC | **Creditor:**<br>American Pollution Control Corporation<br><br>Andrew H. Meyers, Breaud & Meyers 420 Oil Center Drive<br>Lafayette, LA  70503 | $0.00 | $0.00 | $0.00 | $9,125.00 | $9,125.00 |
| **Filed On:** | 9/18/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 121 | Fieldwood Energy LLC | American Pollution Control Corporation<br><br>Andrew H. Meyers, Breaud & Meyers 420 Oil Center Drive<br>Lafayette, LA  70503 | $0.00 | $0.00 | $0.00 | $9,125.00 | $9,125.00 |
| **Filed On:** | 9/22/2020 | | | | | | | |
| **Claim To Be Disallowed** | 980 | Fieldwood Energy LLC | **Creditor:**<br>Arkos Field Services, LP<br><br>19750 FM 362 Road, Suite 100<br>Waller, TX  77484 | $0.00 | $0.00 | $0.00 | $6,301.55 | $6,301.55 |
| **Filed On:** | 6/21/2021 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 340 | Fieldwood Energy LLC | ARKOS FIELD SERVICES, LP<br><br>ATTN: TERRY PICOU 19750 FM 362, SUITE 100<br>WALLER, TX  77484 | $0.00 | $0.00 | $0.00 | $6,301.55 | $6,301.55 |
| **Filed On:** | 11/9/2020 | | | | | | | |

Page 2

Duplicate Claims

## Schedule 1
## Duplicate Claims

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 40 | Fieldwood Energy LLC | **Creditor:**<br>BRI Consulting Group, INc.<br><br>1616 S. Voss Road, Suite 845<br>Houston, TX  77057 | $0.00 | $0.00 | $0.00 | $51,720.00 | $51,720.00 |
| **Filed On:** | 8/13/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 15 | Fieldwood Energy LLC | BRI Consulting Group, Inc.<br><br>1616 S. Voss Road, Suite 845<br>Houston, TX  77057 | $0.00 | $0.00 | $0.00 | $51,720.00 | $51,720.00 |
| **Filed On:** | 8/10/2020 | | | | | | | |
| **Claim To Be Disallowed** | 341 | Fieldwood Energy LLC | **Creditor:**<br>CHAMPAGNES SUPERMARKET INC.<br><br>202 SOUTH KIBBE STREET<br>ERATH, LA  70533 | $0.00 | $0.00 | $0.00 | $3,505.42 | $3,505.42 |
| **Filed On:** | 11/9/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 257 | Fieldwood Energy LLC | CHAMPAGNES SUPERMARKET INC.<br><br>202 SOUTH KIBBE STREET<br>ERATH, LA  70533 | $0.00 | $0.00 | $0.00 | $3,505.42 | $3,505.42 |
| **Filed On:** | 10/20/2020 | | | | | | | |

Duplicate Claims  ## Schedule 1
## Duplicate Claims
In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 682 | Fieldwood Energy LLC | **Creditor:** CNOOC Petroleum Offshore U.S.A., Inc.  Peter D'Apice; Stutzman, Bromberg, Esserman  2323 Bryan Street, Suite 2200  Dallas, TX  75201 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 681 | Fieldwood Energy LLC | CNOOC Petroleum Offshore U.S.A., Inc.  Peter D'Apice; Stutzman, Bromberg, Esserman  2323 Bryan Street, Suite 2200  Dallas, TX  75201 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 690 | Fieldwood Energy LLC | **Creditor:** CNOOC Petroleum Offshore U.S.A., Inc.  Peter D'Apice; Stutzman, Bromberg, Esserman  2323 Bryan Street, Suite 2200  Dallas, TX  75201 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 688 | Fieldwood Energy LLC | CNOOC Petroleum Offshore U.S.A., Inc.  Peter D'Apice; Stutzman, Bromberg, Esserman  2323 Bryan Street, Suite 2200  Dallas, TX  75201 | Unliquidated | Unliquidated | Unliquidated | Unliquidated | Unliquidated |
| **Filed On:** 11/24/2020 | | | | | | | | |

| Duplicate Claims | | | | | | | | In re:Fieldwood Energy LLC, et. Al. |
|---|---|---|---|---|---|---|---|---|

## Schedule 1
## Duplicate Claims

Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 762 | Fieldwood Energy LLC | **Creditor:**<br>GEL Offshore Pipeline, LLC<br>Anthony Shih 919 Milam Ste. 2100<br>Houston, TX  77002 | $0.00 | $0.00 | $0.00 | $13,727.21 | $13,727.21 |
| **Filed On:** | 11/24/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 588 | Fieldwood Energy LLC | GEL Offshore Pipeline, LLC<br>Anthony Shih 919 Milam, Ste. 2100<br>Houston, TX  77002 | $0.00 | $0.00 | $0.00 | $13,727.21 | $13,727.21 |
| **Filed On:** | 11/24/2020 | | | | | | | |
| **Claim To Be Disallowed** | 670 | Fieldwood Energy LLC | **Creditor:**<br>Louisiana Machinery Company, LLC<br>3799 West Airline Hwy.-P.O. Drawer 536<br>Reserve, LA  70084-0536 | $0.00 | $0.00 | $0.00 | $45,602.83 | $45,602.83 |
| **Filed On:** | 11/24/2020 | | | | | | | |
| **Comments:** | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | 590 | Fieldwood Energy LLC | Louisiana Machinery Company, LLC<br>Benjamin W. Kadden 601 Poydras Street, Suite 2775<br>New Orleans, LA  70130 | $0.00 | $0.00 | $0.00 | $45,602.83 | $45,602.83 |
| **Filed On:** | 11/24/2020 | | | | | | | |

Duplicate Claims

## Schedule 1
## Duplicate Claims

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 812 | Fieldwood Energy LLC | **Creditor:**<br>O'NEIL, TOYS<br>BROUSSARD & DAVID, LLC P.O. BOX 3524<br>LAFAYETTE, LA  70502 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 737 | Fieldwood Energy LLC | O'NEIL, TOYS<br>BROUSSARD & DAVID, LLC P.O. BOX 3524<br>LAFAYETTE, LA  70502 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 |
| **Filed On:** 11/25/2020 | | | | | | | | |
| **Claim To Be Disallowed** | 82 | Fieldwood Energy LLC | **Creditor:**<br>Precision Rental Services, LLC<br>2103 Coteau Rd<br>Houma, LA  70364 | $0.00 | $0.00 | $0.00 | $352,086.02 | $352,086.02 |
| **Filed On:** 8/20/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Claim To Be Disallowed** | 83 | Fieldwood Energy LLC | **Creditor:**<br>PRECISION RENTAL SERVICES, LLC.<br>2103 COTEAU RD<br>HOUMA, LA  70364 | $0.00 | $0.00 | $0.00 | $352,086.02 | $352,086.02 |
| **Filed On:** 8/20/2020 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 4 | Fieldwood Energy LLC | Precision Rental Services, LLC<br>2103 Coteau Rd<br>Houma, LA  70364 | $0.00 | $0.00 | $0.00 | $352,086.02 | $352,086.02 |
| **Filed On:** 8/13/2020 | | | | | | | | |

Duplicate Claims

## Schedule 1
## Duplicate Claims

In re:Fieldwood Energy LLC, et. Al.
Case No 20-33948 Jointly Administered

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 903 | GOM Shelf LLC | **Creditor:** US Department of the Interior/ Office of Natural Resource Revenue PO Box 25165 MS 64200B Denver, CO  80225 | $0.00 | $0.00 | $0.00 | $287,720.34 | $287,720.34 |
| **Filed On:** 2/2/2021 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 893 | GOM Shelf LLC | US Department of the Interior/Office of Natural Resources Revenue PO Box 25165, MS 64200B Denver, CO  80225 | $0.00 | $0.00 | $0.00 | $287,720.34 | $287,720.34 |
| **Filed On:** 2/1/2021 | | | | | | | | |
| **Claim To Be Disallowed** | 904 | Fieldwood Energy LLC | **Creditor:** US Department of the Interior/Office of Natural Resources Revenue PO Box 25165 MS 64200B Denver, CO  80225 | $0.00 | $0.00 | $0.00 | $1,007,504.37 | $1,007,504.37 |
| **Filed On:** 2/2/2021 | | | | | | | | |
| **Comments:** Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | | |
| **Remaining Claim** | 894 | Fieldwood Energy LLC | US Department of the Interior/Office of Natural Resources Revenue PO Box 25165, MS 64200B Denver, CO  80225 | $0.00 | $0.00 | $0.00 | $1,007,504.37 | $1,007,504.37 |
| **Filed On:** 2/1/2021 | | | | | | | | |

| Duplicate Claims | | | | | | | | Schedule 1<br>Duplicate Claims | | | In re:Fieldwood Energy LLC, et. Al.<br>Case No 20-33948 Jointly Administered |

| | | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | | 210 | Fieldwood Energy LLC | **Creditor:**<br>Weatherford Artificial Lift Systems LLC | $0.00 | $0.00 | $0.00 | $40,712.41 | $40,712.41 |
| | Filed On: | 10/1/2020 | | Greg Koush 2000 St. James Place<br>Houston, TX  77056 | | | | | |
| | Comments: | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | | 153 | Fieldwood Energy LLC | Weatherford Artificial Lift Systems LLC | $0.00 | $0.00 | $0.00 | $40,712.41 | $40,712.41 |
| | Filed On: | 9/22/2020 | | Greg Koush 2000 St. James Place<br>Houston, TX  77056 | | | | | |
| **Claim To Be Disallowed** | | 176 | Fieldwood Energy LLC | **Creditor:**<br>Zurich American Insurance | $0.00 | $0.00 | $0.00 | $1.00 | $1.00 |
| | Filed On: | 9/8/2020 | | PO Box 68549<br>Schaumburg, IL  60196 | | | | | |
| | Comments: | Claim to be Disallowed is asserted against the same Debtor and is identical to the Remaining Claim. | | | | | | | |
| **Remaining Claim** | | 175 | Fieldwood Energy LLC | Zurich American Insurance | $0.00 | $0.00 | $0.00 | $1.00 | $1.00 |
| | Filed On: | 9/8/2020 | | PO Box 68549<br>Schaumburg, IL  60196 | | | | | |
| **Claims To Be Disallowed Totals** | | | | 17 | $0.00 | $0.00 | $0.00 | $12,180,075.36 | $12,180,075.36 |