UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

## PLAN ADMINISTRATOR'S FIRST OMNIBUS NOTICE OF SATISFACTION OF CERTAIN CLASS 6A UNSECURED TRADE CLAIMS

**PLEASE TAKE NOTICE** that, on June 25, 2021, the Honorable Marvin Isgur, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas, entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] confirming the *Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1742] (including any exhibits and schedules thereto and as may be further amended, supplemented, or modified, including at Docket No. 2008, the "Plan").[2] The Effective Date of the Plan occurred on August 27, 2021. *See* Docket No. 2016.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with section 4.6 of the Plan, the Unsecured Trade Creditors identified in **Schedule 1** hereto entered into certain Trade Agreements and stipulations with, *inter alia*, the Plan Administrator, pursuant to which the Claims

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Plan.

1

of such Unsecured Trade Creditors, as identified in **Schedule 1**, have been satisfied and withdrawn by agreement.

Dated: February 8, 2022

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
bwallen@pszjlaw.com

-and-

Gabriel Sasson, Esq. (Admitted *pro hac vice*)
John F. Iaffaldano, Esq. (Admitted *pro hac vice*)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
gsasson@stroock.com
jiaffaldano@stroock.com

*Counsel for the Plan Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2022, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases, as well as upon the parties identified in Schedule 1 hereto.

*/s/ Michael D. Warner*
Michael D. Warner, Esq.

## Schedule 1

| CLAIMANT NAME | CLAIM/ SCHEDULE NUMBER | DEBTOR | TOTAL ASSERTED | DATE OF TRADE AGREEMENT | DATE OF STIPULATION | DATE OF PAYMENT |
|---|---|---|---|---|---|---|
| ALL COAST LLC | 4886054 | Fieldwood Energy LLC | $284,106.50 | 10/13/2021 | 12/2/2021 | 12/23/2021 |
| BENOIT PREMIUM THREADING, LLC | 48 | Fieldwood Energy LLC | $203,019.46 | 10/14/2021 | 10/15/2021 | 12/20/2021 |
| C&B PUMPS AND COMPRESSORS LLC | 4885003 | Fieldwood Energy LLC | $4,207.32 | 10/21/2021 | 11/4/2021 | 12/20/2021 |
| CERTEX USA | 60 | Fieldwood Energy LLC | $149,066.20 | 10/14/2021 | 10/15/2021 | 12/20/2021 |
| CORTEC, LLC | 251 | Fieldwood Energy LLC | $7,528.28 | 10/12/2021 | 10/18/2021 | 12/20/2021 |
| DEEP SEA DEVELOPMENT SERVICES | 355 | Fieldwood Energy LLC | $216,239.25 | 10/21/2021 | 10/21/2021 | 12/20/2021 |
| FACTSET RESEARCH SYSTEMS INC. | 364 | Fieldwood Energy LLC | $29,935.72 | 11/1/2021 | 10/13/2021 | 12/20/2021 |
| GULF COAST TRAINING TECHNOLOGIES, LLC | 53 | Fieldwood Energy LLC | $607.42 | 10/15/2021 | 10/15/2021 | 12/20/2021 |
| GULF-PRO SERVICES | 81 | Fieldwood Energy LLC | $62,057.90 | 11/1/2021 | 10/18/2021 | 12/20/2021 |
| INTERNATIONAL TRAINING SERVICES DBA WELL CONTROL SCHOOL | 243 | Fieldwood Energy LLC | $2,550.00 | 11/1/2021 | 10/15/2021 | 12/20/2021 |

| CLAIMANT NAME | CLAIM/ SCHEDULE NUMBER | DEBTOR | TOTAL ASSERTED | DATE OF TRADE AGREEMENT | DATE OF STIPULATION | DATE OF PAYMENT |
|---|---|---|---|---|---|---|
| M&J VALVE SERVICES, INC | 854 | Fieldwood Energy LLC | $71,177.99 | 11/1/2021 | 10/25/2021 | 12/20/2021 |
| MAJOR EQUIPMENT & REMEDIATION SERVICES, INC. | 182 | Fieldwood Energy LLC | $91,192.58 | 10/18/2021 | 10/25/2021 | 1/11/2022 |
| MPS GROUP, INC | 163 | Fieldwood Energy LLC | $16,303.75 | 11/1/2021 | 10/28/2021 | 12/20/2021 |
| POWELL ELECTRICAL SYSTEMS, INC. | 285 | Fieldwood Energy LLC | $65,981.00 | 11/1/2021 | 10/25/2021 | 12/20/2021 |
| PRODUCED WATER SOLUTIONS, LLC | 54 | Fieldwood Energy LLC | $111,170.80 | 10/13/2021 | 10/13/2021 | 12/20/2021 |
| REGULATORY ECONOMICS GROUP, LLC | 111 | Fieldwood Energy LLC | $3,958.75 | 10/13/2021 | 10/15/2021 | 12/20/2021 |
| SURVIVAL-CRAFT OFFSHORE SERVICES INC. | 36 | Fieldwood Energy LLC | $107,560.45 | 11/1/2021 | 10/18/2021 | 12/20/2021 |
| ASSURED FLOW SOLUTIONS LLC | 136 | Fieldwood Energy LLC | $95,927.50 | 10/25/2021 | 10/26/2021 | 1/20/2022 |
| AXIP ENERGY SERVICES, LP | 365 | Fieldwood Energy LLC | $7,076.33 | 12/22/2021 | 10/22/2021 | 1/20/2022 |
| CHALMERS, COLLINS & ALWELL, INC. | 267 | Fieldwood Energy LLC | $37,997.60 | 11/30/2021 | 11/30/2021 | 1/20/2022 |
| DAI ENGINEERING MANAGEMENT GROUP, INC. | 179 | Fieldwood Energy LLC | $178,847.83 | 10/28/2021 | 10/28/2021 | 1/20/2022 |

| CLAIMANT NAME | CLAIM/ SCHEDULE NUMBER | DEBTOR | TOTAL ASSERTED | DATE OF TRADE AGREEMENT | DATE OF STIPULATION | DATE OF PAYMENT |
|---|---|---|---|---|---|---|
| DEEP SOUTH CHEMICAL INC | 4885616 | Fieldwood Energy LLC | $30,545.27 | 11/16/2021 | 11/30/2021 | 1/20/2022 |
| HEAT TRANSFER SYSTEMS, INC. | 75 | Fieldwood Energy LLC | $3,178.49 | 11/30/2021 | 12/1/2021 | 1/20/2022 |
| J SCHNEIDER AND ASSOCIATES, LTD | 301 | Fieldwood Energy LLC | $8,950.88 | 12/22/2021 | 12/16/2021 | 1/20/2022 |
| MATHERNE INSTRUMENTATION SPECIALISTS, INC. | 303 | Fieldwood Energy LLC | $1,197.92 | 12/16/2021 | 12/13/2021 | 1/20/2022 |
| MOORES PUMP & SERVICES INC | 88 | Fieldwood Energy LLC | $301,441.67 | 12/22/2021 | 11/22/2021 | 1/20/2022 |
| NUTEC, INC. | 236 | Fieldwood Energy LLC | $124,917.68 | 11/3/2021 | 11/10/2021 | 1/20/2022 |
| OVATION DATA SERVICES, INC | 205 | Fieldwood Energy LLC | $8,171.04 | 10/28/2021 | 10/29/2021 | 1/20/2022 |
| OVATION DATA SERVICES, INC | 302 | Fieldwood Energy LLC | $1,361.85 | 10/28/2021 | 10/29/2021 | 1/20/2022 |
| RELIABLE MACHINE SERVICES INC. | 289 | Fieldwood Energy LLC | $41,752.16 | 12/22/2021 | 12/13/2021 | 1/20/2022 |
| ROP VENTURES LP | 4885353 | Fieldwood Energy LLC | $24,882.00 | 12/1/2021 | 12/1/2021 | 1/20/2022 |
| SPARROWS OFFSHORE, LLC | 151 | Fieldwood Energy LLC | $535,814.50 | 12/9/2021 | 12/9/2021 | 1/20/2022 |

| CLAIMANT NAME | CLAIM/ SCHEDULE NUMBER | DEBTOR | TOTAL ASSERTED | DATE OF TRADE AGREEMENT | DATE OF STIPULATION | DATE OF PAYMENT |
|---|---|---|---|---|---|---|
| SPARROWS OFFSHORE, LLC | 152 | GOM Shelf LLC | $5,486.52 | 12/9/2021 | 12/9/2021 | 1/20/2022 |
| TAYLORS INTERNATIONAL SERVICES, INC. | 279 | Fieldwood Energy LLC | $271,950.37 | 10/29/2021 | 11/2/2021 | 1/20/2022 |
| VYSUS MODUSPEC INC. F/K/A LLOYD'S REGISTER DRILLING SERVICES, INC. | 403 | Fieldwood Energy LLC | $666,478.35 | 12/22/2021 | 10/25/2021 | 1/20/2022 |
| WEST CAMERON DEHYDRATION COMPANY, L.L.C. | 803 | Fieldwood Energy LLC | $9,401.16 | 12/2/2021 | 1/3/2021 | 1/20/2022 |