# EXHIBIT 1



# Karl D. Burrer

SHAREHOLDER

burrerk@gtlaw.com

HOUSTON
D +1 713.374.3612
T +1 713.374.3500

Karl D. Burrer focuses his practice on corporate financial restructuring. Karl has represented corporate debtors and senior and junior secured creditors in all phases of corporate debt restructurings, including negotiating out-of-court workouts and litigating in-court chapter 11 bankruptcy cases with assets ranging from $20 million to over $1 billion. In this capacity, Karl often advises parties on debt and equity financing as well as asset sales.

Prior to joining Greenberg Traurig, Karl served as a law clerk to the Honorable Marvin Isgur of the U.S. Bankruptcy Court for the Southern District of Texas.

## Concentrations

- Distressed assets
- Energy
- Power and natural resources
- Global energy and infrastructure

## Capabilities

Restructuring & Bankruptcy   |   Infrastructure   |   Opportunity Zone Funds

## Recognition & Leadership

### Awards & Accolades

- Member, Winning Team, Global M&A Network's Turnaround Atlas Awards, "Energy Services Restructuring of the Year (Mid-Markets)" for Shale Support Global Holdings, 2021
- Recommended, *The Legal 500 United States*, Finance - Restructuring (Including Bankruptcy) - Corporate, 2017
- Member, Winning Team, Global M&A Network's Turnaround Atlas Awards, "Corporate Turnaround of the Year" for the Chapter 11 plan of reorganization for C&J Energy Services, 2017
- Listed, *Super Lawyers* magazine, *Texas Super Lawyers*, "Rising Stars," 2009, 2012-2017

### Professional & Community Involvement

- Member, Houston Bar Association
- Member, Texas Bar Association
- Member, Turnaround Management Association
- Member, The Honorable Arthur L. Moller/David B. Foltz, Jr. American Inn of Court

# Credentials

## Education

- J.D., *cum laude*, University of Houston Law Center, 2003
- B.S., University of Houston, 2000

## Clerkships

- Hon. Marvin Isgur, U.S. Bankruptcy Court for the Southern District of Texas, 2004-2005

## Admissions

- Texas
- U.S. District Court for the Eastern District of Texas
- U.S. District Court for the Northern District of Texas
- U.S. District Court for the Southern District of Texas
- U.S. District Court for the Western District of Texas

# News, Insights & Events

January 26, 2021    PRESS RELEASE

### Greenberg Traurig Named Restructuring Law Firm of the Year– Middle Markets at Turnaround Atlas Awards

August 20, 2019    MEDIA COVERAGE

### Fracking Supply Co. Proposes $80M Ch. 11 Debt-Equity Swap

*Law360*

October 19, 2017    PRESS RELEASE

### 13 Greenberg Traurig Texas Attorneys Named to Super Lawyers' 2017 'Texas Rising Stars' List

October 18, 2017    PRESS RELEASE

### 38 Greenberg Traurig Texas Attorneys Named 2017 Texas Super Lawyers