**United States Bankruptcy Court,** Southern **District of** Texas (Houston Division)

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Fieldwood Energy, LLC

**Case Number:** 20-33948

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). **Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

ITC Global, Inc.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Lloyd A. Lim, Partner
Balch & Bingham LLP
811 Louisiana St.,
Suite 1010
Houston, Texas 77002
Fax: (866) 760-5342

Contact phone (713) 362-2557
Contact email llim@balch.com

**Where should payments to the creditor be sent?** (if different)

Adelina Hernandez
ITC Global, Inc.
3430 S. Houston Pkwy East,
Suite 500
Houston, Texas 77047

Contact phone (949) 462-1972
Contact email hernandeza1@itcglobal.com

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

<span style="color:red">Exhibit A</span>

Claim Number: 831      Proof of Claim      page 1

| | |
|---|---|
| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. **How much is the claim?** | $ __10,760.00__. **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>See Attached Addendum. |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**: $ _____<br><br>**Amount of the claim that is secured:** $ _____<br><br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) ____%<br>☐ Fixed<br>☐ Variable |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br><br>☐ Yes. *Check one:*<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies.<br><br>\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$ _____<br><br>$ _____<br><br>$ _____<br><br>$ _____<br><br>$ _____<br><br>$ _____ |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☒ No<br><br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $ _____ |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ EllenAnn Sands, Vice President, Senior Counsel

**Name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | EllenAnn | | Sands |
| | First name | Middle name | Last name |
| Title | Vice President, Senior Counsel | | |
| Company | ITC Global, Inc. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 3430 S. Sam Houston Pkwy East, Suite 500 | | |
| | Number     Street | | |
| | Houston | TX | 77047 |
| | City | State | ZIP Code |
| Contact phone | (281) 501-4733 | Email | ellenann.sands@itcglobal.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## ADDENDUM TO PROOF OF CLAIM
## FILED BY ITC GLOBAL, INC.

**Claimant:**

ITC Global, Inc. ("ITC"), as creditor in the above-styled case ("Case") files this addendum in support of its proof of claim (the "Claim") against Debtor Fieldwood Energy LLC (hereinafter, the "Debtor").

**Basis, Description, and Amount of Claim:**

ITC provided certain equipment and services to the Debtor, as evidenced by the attached invoice, which the Debtor has failed to pay. See **Exhibit A** (Invoice). As of August 4, 2020 (hereinafter, the "Petition Date"), ITC asserts a general unsecured Claim against the Debtor in the amount of not less than **$10,760.00**.

ITC reserves all rights and remedies as may be permitted under contract or by law. ITC further reserves the right to assert attorneys' fees that have been incurred in enforcing its Claim against the Debtor.

The setting forth of claims and classifications of claims by ITC herein is not a concession or admission as to the correct characterization or treatment of any such claims or a waiver of the rights of ITC. The execution and filing of this Claim is not: (a) a waiver or release of any of ITC's rights or remedies against any other entity liable for all or any part of the claims asserted herein; (b) consent by ITC to the jurisdiction of the Bankruptcy Court with respect to any proceeding commenced in this or any other case against or otherwise involving ITC; (c) consent by ITC to the treatment of any non-core claim against it as a core claim; (d) a waiver of the right to withdraw the reference with respect to the subject matter of the claims asserted herein, or of any claims asserted by the Debtor or any other entity against ITC; (e) an election of remedy which waives or otherwise affects any other remedy; or (f) a waiver or relinquishment of any other rights, claims,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**ADDENDUM TO PROOF OF CLAIM
FILED BY ITC GLOBAL, INC.**     **PAGE 1 OF 2**

defenses, counterclaims, crossclaims, third party claims, or any other matter or thing whatsoever, or a waiver or relinquishment of any claim of ITC set forth in the schedules and statements of affairs filed by the Debtor with the Bankruptcy Court.

**Notices:** All notices to ITC in connection with this Claim shall be sent to:

> Lloyd A. Lim
> Balch & Bingham LLP
> 811 Louisiana St., Suite 1010
> Houston, Texas 77002
> Phone: (713) 469–2557
> Email: LLim@Balch.com

**Payments:** All payments to ITC in connection with this Claim shall be sent to:

> ITC Global, Inc.
> Attn: Adelina C. Hernandez
> 3430 S. Sam Houston Parkway East, Suite 500
> Houston, Texas, 77047
> Email: Hernandeza1@itcglobal.com
> Phone: (949) 462-1972

**Amendments:** ITC reserves the right to amend and/or supplement this Claim, this addendum to the Claim, and any other attachments to its Claim.

**Dated**: November 24, 2020

> Counsel:
>
> Lloyd A. Lim – SBT # 24056871
> Rachel T. Kubanda – SBT # 24093258
> Balch & Bingham LLP
> 811 Louisiana St., Suite 1010
> Houston, Texas 77002
> Phone: (713) 469–2557
> Fax: (866) 760-5342
> Email: LLim@Balch.com
> Email: RKubanda@Balch.com
>
> *COUNSEL TO ITC GLOBAL, INC.*



# S T A T E M E N T

Page: 1/1  
Date: 10/7/2020  
Account: FIELDWOOD ENERG

@

**ITC GLOBAL**

Attn: Accounts Payable  
3303 Monte Villa Parkway  
Bothell WA   98021  
(000) 000-0000  Ext. 0000

FIELDWOOD ENERGY, LLC  
FIELDWOOD ENERGY E&P MEXICO S DE RL DE CV  
FISCAL NO. (RFC) FEE151020SI0  
COL. CUAUHTEMOC. DELEG. CUAUHTEMOC C.P. 06500  
EMAIL TO: FACTURAS@FWELLC.COM

Payment Terms: NET 60

@

| Document No. | Date | Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| INV0007094 | 4/1/2015 | SLS | INV0007094 | $2,690.00 | $2,690.00 |
| INV0007483 | 5/1/2015 | SLS | INV0007483 | $2,690.00 | $5,380.00 |
| INV0007661 | 6/1/2015 | SLS | INV0007661 | $2,690.00 | $8,070.00 |
| INV0007934 | 7/1/2015 | SLS | INV0007934 | $2,690.00 | $10,760.00 |

Amount Due:  $10,760.00

| Current | 1-30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 180 Days | 181 - 360 Days | 361 and Over |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,760.00 |

Codes:  
SLS = Sales / Invoices  FIN = Finance Charges  CR = Credit Memos  
SCH = Scheduled Payments  SVC = Service / Repairs  RTN = Returns  
DR = Debit Memos  WRN = Warranties  PMT = Payments

@

Exhibit A

@

@

@