IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| | § § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

# AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Post-Effective Date Debtors in the above-captioned chapter 11 cases.

On February 21, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Master Service Email List attached hereto as **Exhibit A**:

- QuarterNorth Energy LLC's Witness and Exhibit List for Hearing on February 23, 2022, at 4:00 p.m. (CT) [Docket No. 2390] (the "***QuarterNorth Exhibit List***")

- Stipulation and Order Between and Among the Plan Administrator, QuarterNorth Energy LLC, the FWE I Sole Manager and the Exxon/XTO Entities Resolving Exxon/XTO Cure Amount [Docket No. 2391] (the "***QuarterNorth Stipulation & Order***")

On February 21, 2022, at my direction and under my supervision, employees of Prime Clerk caused the QuarterNorth Stipulation & Order to be served via email on the Notice Parties Email Service List attached hereto as **Exhibit B**:

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

On February 22, 2022, at my direction and under my supervision, employees of Prime Clerk caused the QuarterNorth Exhibit List and the QuarterNorth Stipulation & Order to be served via first class mail on the Master Service List attached hereto as **Exhibit C**:

On February 22, 2022, at my direction and under my supervision, employees of Prime Clerk caused the QuarterNorth Stipulation & Order to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit D**:

Dated: February 24, 2022

/s/ *Shunte Jones*
Shunte Jones

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 24, 2022, by Shunte Jones, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

# **Exhibit A**

Exhibit A
Master Service Email List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ALEXANDER DUBOSE & JEFFERSON LLP | ATTN: WILLIAM J. BOYCE, KEVIN DUBOSE | KDUBOSE@ADJTLAW.COM |
| ALLEN & GOOCH, A LAW CORPORATION | ATTN: EMILE JOSEPH, JR. | EMILEJOSEPH@ALLENGOOCH.COM |
| ANDERSON, LEHRMAN, BARRE & MARAIST, LLP | ATTN: KEVIN M. MARAIST | KMARAIST@ALBMLAW.COM |
| ANDREWS MYERS, P.C | ATTN: EDWARD L. RIPLEY & PATRICK A. KELLY | ERIPLEY@ANDREWSMYERS.COM PKELLY@ANDREWSMYERS.COM |
| BAKER BOTTS L.L.P. | ATTN: EMANUEL C. GRILLO | EMANUEL.GRILLO@BAKERBOTTS.COM |
| BAKER BOTTS L.L.P. | ATTN: JAMES R. PRINCE | JIM.PRINCE@BAKERBOTTS.COM |
| BAKER BOTTS L.L.P. | ATTN: KEVIN CHIU | KEVIN.CHIU@BAKERBOTTS.COM |
| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC | ATTN: JAN M. HAYDEN | JHAYDEN@BAKERDONELSON.COM |
| BALCH & BINGHAM LLP | ATTN: LLOYD A. KIM & RACHEL T. KUBANDA | LLIM@BALCH.COM RKUBANDA@BALCH.COM |
| BARNET B. SKELTON, JR. | BARNET B. SKELTON, JR. | BARNETBJR@MSN.COM |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ATTN: CLAY M. TAYLOR, J. ROBERTSON CLARKE, JOSHUA N. EPPICH | CLAY.TAYLOR@BONDSELLIS.COM ROBBIE.CLARKE@BONDSELLIS.COM JOSHUA@BONDSELLIS.COM |
| BRACEWELL LLP | ATTN: MARK E. DENDINGER | MARK.DENDINGER@BRACEWELL.COM |
| BRACEWELL LLP | ATTN: WILLIAM A. (TREY) WOOD III & BOB P. GRATTAN | TREY.WOOD@BRACEWELL.COM BOB.GRATTAN@BRACEWELL.COM |
| BUCK KEENAN LLP | ATTN: HELEN H. MCLAUGHLIN | HMCLAUGHLIN@BUCKKEENAN.COM |
| CAIN & SKARNULIS PLLC | ATTN: RYAN E. CHAPPLE | RCHAPPLE@CSTRIAL.COM |
| CARVER, DARDEN, KORETZKY, TESSIER, | ATTN: LEANN OPOTOWSKY MOSES & PETER J. | MOSES@CARVERDARDEN.COM |
| CHIESA SHAHINIAN & GIANTOMASI | ATTN: DARREN M. GRZYB, ARMEN SHAHINIAN, TERRI JANE FREEDMAN & SCOTT ZUBER | ASHAHINIAN@CSGLAW.COM TFREEDMAN@CSGLAW.COM SZUBER@CSGLAW.COM |
| CLARK HILL | ATTN: DUANE J. BRESCIA, STEPHEN A. ROBERTS | DBRESCIA@CLARKHILL.COM SROBERTS@CLARKHILL.COM |

Exhibit A
Master Service Email List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CLARK HILL STRASBURGER | ATTN: DUANE J. BRESCIA | DBRESCIA@CLARKHILL.COM |
| CLARK HILL STRASBURGER | ATTN: ROBERT P. FRANKE & AUDREY L. HORNISHER | BFRANKE@CLARKHILL.COM<br>AHORNISHER@CLARKHILL.COM |
| COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER | MWARNER@COLESCHOTZ.COM |
| CRADY JEWETT MCCULLEY & HOUREN LLP | ATTN: SHELLEY BUSH MARMON & WILLIAM SUDELA | SMARMON@CJMHLAW.COM<br>WSUDELA@CJMHLAW.COM |
| DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT, GIDEON & EDWARDS | ATTN: CHRISTOPHER J. PIASECKI | CPIASECKI@DAVIDSONMEAUX.COM |
| DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM<br>MICHAEL.PERA@DAVISPOLK.COM<br>JOSHUA.STURM@DAVISPOLK.COM |
| DLS, LLC | ATTN: H. KENT AGUILLARD | KENT@AGUILLARDLAW.COM |
| DORE ROTHBERG MCKAY, P.C. | ATTN: ZACHARY S. MCKAY | MBARTLETT@DORELAW.COM<br>ZMCKAY@DORELAW.COM |
| DUANE MORRIS LLP | ATTN: CHRISTOPHER R. BELMONTE, PAMELA A. BOSSWICK | CRBELMONTE@DUANEMORRIS.COM<br>PABOSSWICK@DUANEMORRIS.COM |
| DUANE MORRIS LLP | ATTN: NICOLETTE J. ZULLI | NJZULLI@DUANEMORRIS.COM |
| DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKINS | ATTN: STANWOOD R. DUVAL | STAN@DUVALLAWFIRM.COM |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL | MARKSHERRILL@EVERSHEDS-SUTHERLAND.US |
| FARRIMOND CASTILLO & BRESNAHAN, PC | ATTN: JOHN M. CASTILLO | JCASTILLO@FCBTXLAW.COM |
| FISHERBROYLES, LLP | ATTN: LISA A. POWELL | LISA.POWELL@FISHERBROYLES.COM |
| FOLEY & LARDNER LLP | ATTN: DAVID S. ELDER | DSELDER@FOLEY.COM |
| FORSHEY & PROSTOCK, LLP | ATTN: J. ROBERT FORSHEY, LYNDA L. LANKFORD, SUZANNE K. ROSEN | BFORSHEY@FORSHEYPROSTOK.COM<br>LLANKFORD@FORSHEYPROSTOK.COM<br>SROSEN@FORSHEYPROSTOK.COM |

Exhibit A
Master Service Email List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| FORSHEY & PROSTOK, LLP | ATTN: DEIRDRE CAREY BROWN | DBROWN@FORSHEYPROSTOK.COM |
| FROST BROWN TODD LLC | ATTN: MARK A. PLATT | MPLATT@FBTLAW.COM |
| GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: ANDREW A. BRAUN | ABRAUN@GLLLAW.COM |
| GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: JOHN E. W. BAAY II | JBAAY@GLLLAW.COM |
| GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: JOHN E. W. BAAY II | JBAAY@GLLLAW.COM |
| GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: LAMBERT M. LAPEROUSE | LAPEROUSE@GLLLAW.COM |
| GREENBERG TRAURIG, LLP | ATTN: P. WILLIAM STARK | STARKB@GTLAW.COM |
| GREENBERG TRAURIG, LLP | ATTN: SHARI L. HEYEN, KARL D. BURNER, KATIE TIPPER-MCWHORTER | HEYENS@GTLAW.COM<br>BURRERK@GTLAW.COM<br>TIPPERK@GTLAW.COM |
| HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | ATTN: STEVEN W. SOULÉ | SSOULE@HALLESTILL.COM |
| HARRIS BEACH LLC | ATTN: LEE E. WOODARD | BKEMAIL@HARRISBEACH.COM |
| HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK | CHARLES.BECKHAM@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM |
| HOLLAND & KNIGHT LLP | ATTN: JOSHUA SPENCER, ESQ. AND ANASTASIA SOTIROPOLOUS, ESQ. | JOSHUA.SPENCER@HKLAW.COM<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM |
| HOLLAND & KNIGHT LLP | ATTN: PHILLIP W. NELSON | PHILLIP.NELSON@HKLAW.COM |
| HOWLEY LAW PLLC | ATTN: TOM A. HOWLEY & ERIC TERRY | TOM@HOWLEY-LAW.COM<br>ERIC@HOWLEY-LAW.COM |
| HUGHES WATTERS ASKANASE, L.L.P. | ATTN: WAYNE KITCHENS & ALEXANDER PEREZ | WKITCHENS@HWA.COM<br>APEREZ@HWA.COM |
| HUNTON ANDREWS KURTH LLP | ATTN: ROBIN RUSSELL, TIMOTHY A. ("TAD") DAVIDSON II, CATHERINE A. DIKTABAN | RRUSSELL@HUNTONAK.COM<br>TADDAVIDSON@HUNTONAK.COM<br>CDIKTABAN@HUNTONAK.COM |
| HUSCH BLACKWELL LLP | ATTN: BUFFEY E. KLEIN | BUFFEY.KLEIN@HUSCHBLACKWELL.COM |
| HUSCH BLACKWELL LLP | ATTN: JAMESON J. WATTS | JAMESON.WATTS@HUSCHBLACKWELL.COM |

Exhibit A
Master Service Email List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| HUSCH BLACKWELL LLP | ATTN: RANDALL A. RIOS | RANDY.RIOS@HUSCHBLACKWELL.COM |
| JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY & VICTORIA N. ARGEROPLOS | BRUZINSKY@JW.COM<br>VARGEROPLOS@JW.COM |
| JENNINGS HAUG CUNNINGHAM | ATTN: CHAD L. SCHEXNAYDER | CLS@JHC.LAW |
| JOHNSON DELUCA KURISKY & GOULD, P.C. | ATTN: MILLARD A. JOHNSON, SARA J. SHERMAN, GEORGE A. KURISKY, JR. | MJOHNSON@JDKGLAW.COM<br>SSHERMAN@JDKGLAW.COM<br>GKURISKY@JDKGLAW.COM |
| KANE RUSSELL COLEMAN LOGAN PC | ATTN: MICHAEL P. RIDULFO | MRIDULFO@KRCL.COM |
| KASOWITZ BENSON TORRES LLP | ATTN: CONSTANTINE Z. PAMPHILIS | DPAMPHILIS@KASOWITZ.COM |
| KASOWITZ BENSON TORRES LLP | ATTN: DAVID S. ROSNER, MATTHEW B. STEIN | DROSNER@KASOWITZ.COM |
| KREBS FARLEY & DRY, PLLC | ATTN: ELLIOT SCHARFENBERG & JON ORD | ESCHARFENBERG@KREBSFARLEY.COM<br>JORD@KREBSFARLEY.COM |
| KREBS FARLEY & DRY, PLLC | ATTN: RYAN D. DRY | RDRY@KREBSFARLEY.COM |
| LANDWEHR LAW FIRM | ATTN: DARRYL T. LANDWEHR | DTLANDWEHR@ATT.NET |
| LANGLEY LLP | ATTN: BRANDON K. BAINS | BBAINS@L-LLP.COM |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | PWP@PATTIPREWITTLAW.COM |
| LAW OFFICES OF JOHN A. MOUTON, III | ATTN: JOHN A. MOUTON, III | JOHN@JMOUTONLAW.COM |
| LAW OFFICES OF LARRY P. WALTON | ATTN: LARRY P. WALTON | LARRYPWALTON@LARRYPWALTON.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | AUSTIN.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LOCKE LORD LLP | ATTN: CHELSEY ROSENBLOOM | CHELSEY.ROSENBLOOM@LOCKELORD.COM |
| LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG | JONATHAN.YOUNG@LOCKELORD.COM |
| LOCKE LORD LLP | ATTN: MICHAEL B. KIND | MICHAEL.KIND@LOCKELORD.COM |
| LOCKE LORD LLP | ATTN: OMER F. KUEBEL, III & BRADLEY C. KNAPP | RKUEBEL@LOCKELORD.COM<br>BKNAPP@LOCKELORD.COM |

Exhibit A
Master Service Email List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| LOCKE LORD LLP | ATTN: PHILIP G. EISENBERG, ELIZABETH GUFFY, SIMON MAYER & ERIC BOYLAN | PEISENBERG@LOCKELORD.COM<br>EGUFFY@LOCKELORD.COM<br>SIMON.MAYER@LOCKELORD.COM<br>ERIC.BOYLAN@LOCKELORD.COM |
| LOCKE LORD LLP | ATTN: STEPHEN J. HUMENIUK | STEPHEN.HUMENIUK@LOCKELORD.COM |
| LOOPER GOODWINE P.C. | ATTN: PAUL J. GOODWINE, LINDSEY M. JOHNSON | PGOODWINE@LOOPERGOODWINE.COM<br>LJOHNSON@LOOPERGOODWINE.COM |
| LOOPER GOODWINE P.C. | ATTN: PAUL J. GOODWINE, TAYLOR P. MOULEDOUX,<br>LINDSEY M. JOHNSON, TAYLOR P. GAY & ADDIE L. DANOS | PGOODWINE@LOOPERGOODWINE.COM<br>TMOULEDOUX@LOOPERGOODWINE.COM<br>LJOHNSON@LOOPERGOODWINE.COM<br>TGAY@LOOPERGOODWINE.COM<br>ADANOS@LOOPERGOODWINE.COM |
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | ATTN: STEWART F. PECK & BENJAMIN W. KADDEN | SPECK@LAWLA.COM<br>BKADDEN@LAWLA.COM |
| MAHTOOK & LAFLEUR, LLC | ATTN: WARD LAFLEUR | WLAFLEUR@MANDLLAW.COM |
| MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS & ROBERT W. MILLER | MCOLLINS@MANIERHEROD.COM<br>RMILLER@MANIERHEROD.COM |
| MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C. | ATTN: RICHARD M. GAAL | RGAAL@MCDOWELLKNIGHT.COM |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, PC | ATTN: JOSEPH R. DUNN, ABIGAIL V. O'BRIENT | JRDUNN@MINTZ.COM<br>AOBRIENT@MINTZ.COM |
| MORROW SHEPPARD LLP | ATTN: JOHN D. SHEPPARD | JSHEPPARD@MORROWSHEPPARD.COM |
| NORTON ROSE FULBRIGHT US, LLP | ATTN: RYAN E. MANNS | RYAN.MANNS@NORTONROSEFULBRIGHT.COM |
| O'MELVENY & MYERS LLP | ATTN: DANIEL S. SHAMAH, ADAM P. HABERKORN, KAI ZHU | DSHAMAH@OMM.COM<br>AHABERKORN@OMM.COM<br>KAIZHU@OMM.COM |

Exhibit A
Master Service Email List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD | JASON.BINFORD@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM | STEPHEN.STATHAM@USDOJ.GOV<br>HECTOR.DURAN.JR@USDOJ.GOV<br>USTPREGION07.HU.ECF@USDOJ.GOV |
| ONEBANE LAW FIRM | ATTN: ROGER E. ISHEE, CRAIG A. RYAN | ISHEER@ONEBANE.COM<br>RYANC@ONEBANE.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: MICHAEL D. WARNER, BENJAMIN L. WALLEN | MWARNER@PSZJLAW.COM<br>BWALLEN@PSZJLAW.COM |
| PAMELA H. WALTERS | ATTN: PAMELA H. WALTERS | BNKATTY@ALDINEISD.ORG |
| PARKINS LEE & RUBIO LLP | ATTN: CHARLES M. RUBIO | CRUBIO@PARKINSLEE.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: JOHN T. BANKS | JBANKS@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ & OWEN M. SONIK | MVALDEZ@PBFCM.COM<br>OSONIK@PBFCM.COM |
| PHELPS DUNBAR LLP | ATTN: PATRICK "RICK" M. SHELBY | RICK.SHELBY@PHELPS.COM |
| PORTER & POWERS, PLLC | ATTN: J. ROBERT MACNAUGHTON | ROBERT@PORTERPOWERS.COM |
| PORTER HEDGES LLP | ATTN: ERIC M. ENGLISH | EENGLISH@PORTERHEDGES.COM |
| PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN N. YOUNG-JOHN & AARON J. POWER | JHIGGINS@PORTERHEDGES.COM<br>SJOHNSON@PORTERHEDGES.COM<br>MYOUNG-JOHN@PORTERHEDGES.COM<br>APOWER@PORTERHEDGES.COM |
| REED SMITH LLP | ATTN: OMAR J. ALANIZ | OALANIZ@REEDSMITH.COM |
| ROSS, BANKS, MAY, CRON & CAVIN, P.C. | ATTN: JOHN MAYER | JMAYER@ROSSBANKS.COM |
| RUSH, RUSH & CALOGERO | ATTN: CHARLES M. RUSH | CMRUSH@CHARLESMRUSHESQ.COM |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |

Exhibit A
Master Service Email List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV |
| SENIOR COUNSEL - GENESIS ENERGY, L.P. | ATTN: ANTHONY SHIH | TONY.SHIH@GENLP.COM |
| SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | ATTN: J. DAVID FORSYTH | JDF@SESSIONS-LAW.COM |
| SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. | ATTN: MARK S. FINKELSTEIN, REGAN S. JONES | MFINKELSTEIN@SMFADLAW.COM RJONES@SMFADLAW.COM |
| SHIPMAN & GOODWIN LLP | ATTN: NATHAN PLOTKIN, ESQ. | NPLOTKIN@GOODWIN.COM |
| SHIPMAN & GOODWIN LLP | ATTN: KATHLEEN LAMANNA, KIMBERLY COHEN | KLAMANNA@GOODWIN.COM KCOHEN@GOODWIN.COM |
| SIDLEY AUSTIN LLP | ATTN: DUSTON K. MCFAUL & MICHAEL FISCHEL | DMCFAUL@SIDLEY.COM MFISHEL@SIDLEY.COM |
| SNOW SPENCE GREEN LLP | ATTN: KENNETH P. GREEN | KGREEN@SNOWSPENCELAW.COM |
| SPENCE, DESENBERG & LEE, PLLC | ATTN: ROSS SPENCE; HENRY W KNIGHT | ROSS@SDLLAW.COM HENRY@SDLLAW.COM |
| SPROUSE LAW FIRM | ATTN: MARVIN E. SPROUSE III | MSPROUSE@SPROUSEPLLC.COM |
| STACY & BAKER, P.C. | ATTN: BRIAN A. BAKER, DOUGLAS S. FRIEDMAN, CYNTHIA CASTANON | BRIAN.BAKER@STACYBAKERLAW.COM DOUG.FRIEDMAN@STACYBAKERLAW.COM CYNTHIA.CASTANON@STACYBAKERLAW.COM |
| STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT | PERMITSMAIL@ADEM.STATE.AL.US |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT | AC@TCEQ.TEXAS.GOV |
| STEWART ROBBINS BROWN & ALTAZAN, LLC | ATTN: WILLIAM S. ROBBINS & PAUL DOUGLAS STEWART, JR. | WROBBINS@STEWARTROBBINS.COM DSTEWART@STEWARTROBBINS.COM |
| STRONG PIPKIN BISSELL & LEDYARD LLP | ATTN: K.B. BATTAGLINI | KBATTAGLINI@STRONGPIPKIN.COM |

In re: Fieldwood Energy III LLC, *et al.*
Case No. 20-33948 (MI)

Page 7 of 9

Exhibit A
Master Service Email List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER M. HANSEN, FRANK A. MEROLA, JONATHAN D. CANFIELD, SHERRY J. MILLMAN, KENNETH PASQUALE, GABRIEL SASSON & JOHN F. IAFFALDANO | KHANSEN@STROOCK.COM<br>FMEROLA@STROOCK.COM<br>JCANFIELD@STROOCK.COM<br>SMILLMAN@STROOCK.COM<br>KPASQUALE@STROOCK.COM<br>GSASSON@STROOCK.COM<br>JIAFFALDANO@STROOCK.COM |
| STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C. | ATTN: PETER C. D'APICE | DAPICE@SBEP-LAW.COM |
| TODD, BARRON, THOMASON, HUDMAN & BEBOUT, P.C. | ATTN: RAFAEL RODRIGUEZ | RRODRIGUEZ@TODDLAWFIRM.COM |
| U.S. DEPARTMENT OF JUSTICE | ATTN: SERAJUL F. ALI, J. ZACHARY BALASKO | SERAJUL.ALI@USDOJ.GOV<br>JOHN.Z.BALASKO@USDOJ.GOV |
| VICTORIA V. THERIOT | ATTN: VICTORIA V. THERIOT | TTHERIOT@ACADIANCONTRACTORS.COM<br>TORIET@BROUSSARDBROTHERS.COM |
| VINSON & ELKINS LLP | ATTN: CHRISTOPHER J. DEWAR, ESQ. WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ. | CDEWAR@VELAW.COM<br>BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM |
| VINSON & ELKINS LLP | ATTN: WILLIAM L. WALLANDER, BRADLEY R. FOXMAN & MATTHEW J. PYEATT | BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM<br>MPYEATT@VELAW.COM |
| WALKER WILCOX MATOUSEK LLP | ATTN: TONY L. DRAPER, CHARLES B. WALTHER | TDRAPER@WALKERWILCOX.COM<br>BWALTHER@WALKERWILCOX.COM |
| WEIL GOTSHAL & MANGES LLP | ATTN: PAUL R. GENENDER, ERIN M. CHOI | PAUL.GENENDER@WEIL.COM<br>ERIN.CHOI@WEIL.COM |

Exhibit A
Master Service Email List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ, CLIFFORD W. CARLSON | ALFREDO.PEREZ@WEIL.COM<br>BRENDA.FUNK@WEIL.COM<br>CLIFFORD.CARLSON@WEIL.COM<br>RENE.OLVERA@WEIL.COM<br>CHRISTOPHER.JALOMO@WEIL.COM<br>ERIN.CHOI@WEIL.COM<br>JAKE.RUTHERFORD@WEIL.COM |
| WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU | MATT.BARR@WEIL.COM<br>JESSICA.LIOU@WEIL.COM |
| WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH | JCARRUTH@WKPZ.COM |
| WICK PHILLIPS GOULD & MARTIN, LLP | ATTN: JASON M. RUDD, SCOTT LAWRENCE | JASON.RUDD@WICKPHILLIPS.COM<br>SCOTT.LAWRENCE@WICKPHILLIPS.COM |
| WINSTEAD PC | ATTN: Sean B. Davis, Steffen R. Sowell | SBDAVIS@WINSTEAD.COM<br>SSOWELL@WINSTEAD.COM |

# **Exhibit B**

Exhibit B
Notice Parties Email Service List
Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 13046358 | QuarterNorth Energy LLC | rpaddock@buckkeenan.com, deayala@buckkeenan.com, hmclaughlin@buckkeenan.com |
| 12899259 | QUARTERNORTH ENERGY LLC AND CERTAIN OF ITS AFFILIATES | ALFREDO.PEREZ@WEIL.COM, CLIFFORD.CARLSON@WEIL.COM |
| 12899277 | QUARTERNORTH ENERGY LLC AND CERTAIN OF ITS AFFILIATES | MATT.BARR@WEIL.COM, JESSICA.LIOU@WEIL.COM |
| 12899281 | QUARTERNORTH ENERGY LLC AND CERTAIN OF ITS AFFILIATES | PAUL.GENENDER@WEIL.COM, ERIN.CHOI@WEIL.COM |

# **Exhibit C**

Exhibit C
Master Service List
Served via first class mail

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: SHRADDHA BHARATIA<br>PO BOX 3001<br>MALVERN PA 19355-0701 | | First Class Mail |
| CETCO ENERGY SERVICES COMPANY, LLC | CETCO ENERGY SERVICES COMPANY, LLC | ATTN: RUDY URBAN, CREDIT MANAGER<br>635 BRAKE RIDGE COURT<br>SEYMOUR TN 37865 | | First Class Mail |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM<br>MICHAEL.PERA@DAVISPOLK.COM<br>JOSHUA.STURM@DAVISPOLK.COM | First Class Mail |
| COUNSEL TO MAGNUM MUD EQUIPMENT CO., INC. | DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKINS | ATTN: STANWOOD R. DUVAL<br>101 WILSON AVENUE (70364)<br>PO BOX 3017<br>HOUMA LA 70361 | STAN@DUVALLAWFIRM.COM | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT<br>ATLANTA FEDERAL CENTER, 61 FORSYTH STREET<br>ATLANTA GA 30303-3104 | | First Class Mail |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS AND CANTOR FITZGERALD SECURITIES, AS DIP AGENT | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM | First Class Mail |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE SLTL CREDIT AGREEMENT | HOLLAND & KNIGHT LLP | ATTN: JOSHUA SPENCER, ESQ. AND ANASTASIA SOTIROPOLOUS, ESQ.<br>150 N. RIVERSIDE PLAZA<br>CHICAGO IL 60606 | JOSHUA.SPENCER@HKLAW.COM<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO THE STATE OF LOUISIANA, OFFICE OF MINERAL RESOURCES | LOUISIANA DEPARTMENT OF JUSTICE | ATTN: RYAN M. SEIDEMANN<br>CIVIL DIVISION/LANDS & NATURAL RESOURCES<br>P.O. BOX 94005<br>BATON ROUGE LA 70804-9005 | | First Class Mail |
| COUNSEL TO MACQUARIE CORPORATE AND ASSET FUNDING INC | MACQUARIE CORPORATE AND ASSET FUNDING INC | ATTN: KRYSTEN AUGELLO<br>222 2ND AVE SOUTH<br>SUITE 1250<br>NASHVILLE TN 37201 | | First Class Mail |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM<br>515 RUSK AVE.<br>STE. 3516<br>HOUSTON TX 77002 | STEPHEN.STATHAM@USDOJ.GOV<br>HECTOR.DURAN.JR@USDOJ.GOV<br>USTPREGION07.HU.ECF@USDOJ.GOV | First Class Mail |

In re: Fieldwood Energy III LLC, et al.
Case No. 20-33948 (MI)

Page 1 of 3

Exhibit C
Master Service List
Served via first class mail

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | First Class Mail |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, ADMINISTRATIVE AND | SHIPMAN & GOODWIN LLP | ATTN: NATHAN PLOTKIN, ESQ. | NPLOTKIN@GOODWIN.COM | First Class Mail |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT<br>1400 COLISEUM BOULEVARD<br>MONTGOMERY AL 36110-2400 | PERMITSMAIL@ADEM.STATE.AL.US | First Class Mail |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>602 N. FIFTH STREET<br>BATON ROUGE LA 70802 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 2261<br>JACKSON MS 39225 | | First Class Mail |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>P O BOX 13087<br>AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV | First Class Mail |
| SUPREME SERVICE & SPECIALTY CO., INC. | SUPREME SERVICE & SPECIALTY CO., INC. | FREDDY BOURGEOIS, CONTROLLER<br>204 INDUSTRIAL AVE C<br>HOUMA LA 70363 | | First Class Mail |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK<br>1000 LOUISIANA, STE 2300<br>HOUSTON TX 77002 | | First Class Mail |

In re: Fieldwood Energy III LLC, et al.
Case No. 20-33948 (MI)

Page 2 of 3

Exhibit C
Master Service List
Served via first class mail

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN: CHRISTOPHER J. DEWAR, ESQ. WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ. TRAMMELL CROW CENTER 2001 ROSS AVENUE SUITE 3700 DALLAS TX 75201 | CDEWAR@VELAW.COM BWALLANDER@VELAW.COM BFOXMAN@VELAW.COM | First Class Mail |
| COUNSEL TO MARK HOWARD GILLESPIE, MICHAEL HOWARD CLARK, JOHN A. SANSBURY, JR., EDWARD C. STENGEL, JEFFREY W. FAW, AND GEORGE CANJAR | WALKER WILCOX MATOUSEK LLP | ATTN: TONY L. DRAPER, CHARLES B. WALTHER 1001 MCKINNEY, SUITE 2000 HOUSTON TX 77002 | TDRAPER@WALKERWILCOX.COM BWALTHER@WALKERWILCOX.COM | First Class Mail |

# **Exhibit D**

Exhibit D
Master Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| 13046358 | QuarterNorth Energy LLC | c/o Buck Keenan LLP | Attn: Robert L. Paddock, E. F. Mano DeAyala | Helen H. McLaughlin | 2229 San Felipe, Suite 1000 | Houston | TX | 77019 |
| 12899259 | QUARTERNORTH ENERGY LLC AND CERTAIN OF | C/O WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ, CLIFFORD W. CARLSON | 700 LOUISIANA STREET, SUITE 1700 | | HOUSTON | TX | 77002 |
| 12899277 | QUARTERNORTH ENERGY LLC AND CERTAIN OF | C/O WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU | 767 FIFTH AVENUE | | NEW YORK | NY | 10153 |
| 12899281 | QUARTERNORTH ENERGY LLC AND CERTAIN OF | C/O WEIL GOTSHAL & MANGES LLP | ATTN: PAUL R. GENENDER, ERIN M. CHOI | 200 CRESCENT COURT, SUITE 300 | | DALLAS | TX | 75201 |