UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-33948 (MI) |
| **FIELDWOOD ENERGY, LLC, ET AL** | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |
| | § | (Jointly Administered) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE MARVIN ISGUR, U.S. BANKRUPTCY JUDGE:**

Martin Seidler respectfully files his notice of appearance and states that he will be acting as Counsel for the Creditor Joan Seidler and requests notice as follows:

Martin Seidler
c/o Law Offices of Martin Seidler
One Elm Place, Suite E-504
11107 Wurzbach Road
San Antonio, Texas 78230
Email: marty@seidlerlaw.com

and

Joan Seidler
412 Happy Trail
San Antonio, Texas 78231

Pursuant to Rule 2002 and 9007, of the Rules of Bankruptcy Procedure, Joan Seidler, by and through her Counsel, hereby requests that copies of notices of any actions taken, or Motions filed by any other Parties-in-Interest, including the Debtors, be sent to her and to her attorney at the addresses set forth above in addition to her individually.

Further, her request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, required monthly operating reports, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of other documents brought before this Court with respect to these proceedings, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Counsel for Joan Seidler herewith notifies the Creditors and all parties-in-interest that he intends to protect all rights to which she is entitled and requests that the Bankruptcy Clerk add the undersigned to the mailing matrix.

DATED this 8th day of March, 2022.

    Respectfully submitted,

    LAW OFFICES OF MARTIN W. SEIDLER
    11107 Wurzbach Road, Suite 504
    San Antonio, Texas 78230
    Tel:  (210) 694-0300
    Fax:  (210) 690-9886
    Email: marty@seidlerlaw.com

    By: /s/ *Martin Seidler*
    MARTIN SEIDLER, #18000800
    ATTORNEY FOR JOAN SEIDLER

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2022 a true and correct copy of the above and foregoing was served by electronic transmission to all registered CM/ECF users appearing in these cases.

                                           /s/ *Martin Seidler*
                                           MARTIN SEIDLER