United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 10, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.*,[1] | Case No. 20-33948 (MI) |
| Post-Effective Date Debtors. | (Jointly Administered) |
| QUARTERNORTH ENERGY LLC, | |
| Plaintiff, | Adv. Proc. No. 20-03476 |
| v. | Re: Docket Nos. 24, 84, 153 |
| ATLANTIC MARITIME SERVICES LLC, | |
| Defendant. | |

## FINAL JUDGMENT

**IT IS HEREBY ORDERED** that:

1. Judgment is entered in favor of QuarterNorth Energy LLC ("**QuarterNorth**") on Count VI of the *Amended Adversary Complaint* [ECF No. 24] (the "**Complaint**").[2] The Court

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494); Fieldwood Energy Inc. (4991); GOM Shelf LLC (8107); and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Complaint.

1

declares that upon the Effective Date of the Plan, Fieldwood Energy, LLC's prepetition obligations to Atlantic Maritime Services, LLC ("**Atlantic**") became extinct, thereby extinguishing any alleged privileges securing such obligations (the "**Privileges**") under the Louisiana Oil Well Lien Act ("**LOWLA**"), including any Privileges against property owned by entities other than the Debtors.

2. Judgment is entered in favor of QuarterNorth on Count IX. Atlantic is hereby permanently enjoined from pursuing its Privileges, including, without limitation, seeking to enforce its alleged *in rem* rights against Ecopetrol America, LLC, Talos Energy Offshore LLC, Ridgewood Katmai, LLC, ILX Prospect Katmai, LLC, Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC.

3. Count I is hereby dismissed with prejudice.

4. Counts II, III, IV, V, VII, and VIII are dismissed as moot.

Signed: March 10, 2022

_____
Marvin Isgur
United States Bankruptcy Judge