# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

-------------------------------------------------------- x
:
In re:                                                   :          **Chapter 11**
:
**FIELDWOOD ENERGY III LLC,** *et al.*,                  :          **Case No. 20-33948 (MI)**
:
:
**Post-Effective Date Debtors.**[1]                      :          **(Jointly Administered)**
:
-------------------------------------------------------- x

## CERTIFICATE OF PUBLICATION

I, Nathan Chien, do declare and state as follows:

I am employed by Prime Clerk LLC, the claims, noticing, and solicitation agent for the Post-Effective Date Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a sworn statement verifying that the *Notice of Deadline for Filing Requests for Payment of Administrative Expense Claims*, as conformed for publication, was published on February 25, 2022, (1) in the *Houston Chronicle* as described in the sworn statement attached hereto as **Exhibit A**; and (2) in the national edition of *USA Today* as described in the sworn statement attached hereto as **Exhibit B**.

Dated: March 2, 2022

                                                          */s/ Nathan Chien*
                                                          Nathan Chien

State of New York
County of New York

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

## Exhibit A



**MEDIA GROUP**

HEARST corporation

## AFFIDAVIT OF PUBLICATION

### STATE OF TEXAS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

FIELDWOOD ENERGY III LLC      0034184863
RAN A LEGAL NOTICE
SIZE BEING:   4 x7.50 l   (30.00l)

| Product | Date | Class | Page |
|---------|------|-------|------|
| HOU Chronicle | Feb 25 2022 | Legal Notices | B 4 |
| HOU Chronicle | Feb 25 2022 | Legal Notices | B 4 |

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this 25th Day of February A.D. 2022

VERONICA TYRONE STOVALL
NOTARY PUBLIC
STATE OF TEXAS
7163357
EXPIRES FEBRUARY 11, 2024

Notary Public in and for the State of Texas

Houston
CLASSIFIEDS

**0034184863  FIELDWOOD ENERGY III LLC**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION
In re:  §  Chapter 11
FIELDWOOD ENERGY III LLC, *et al.*,  §  Case No. 20-33948 (MI)
Post-Effective Date Debtors.[1]  §  (Jointly Administered)

**NOTICE OF DEADLINE FOR FILING REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

The United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") has entered an order (the "**Administrative Expense Bar Date Order**") [ECF No. 2387] establishing **March 25, 2022** at 5:00 p.m. (prevailing Central Time) (the "**Administrative Expense Bar Date**") as the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, trusts, and Governmental Units) asserting a claim constituting a cost or expense of administration during the Chapter 11 Cases of the kind specified under section 503(b) of the Bankruptcy Code and entitled to administrative priority under sections 507(a)(2), 507(b), or 1114(e)(2) of the Bankruptcy Code, including the actual and necessary costs and expenses incurred on or after the Petition Date and through the Effective Date of preserving the Estates and operating the businesses of the Debtors, to file such claims (each, an "**Administrative Expense Claim**" and, collectively, the "**Administrative Expense Claims**") in the Chapter 11 Cases.[2]

The Administrative Expense Bar Date and the procedures set forth below for filing Administrative Expense Proofs of Claim apply to all holders of Administrative Expense Claims in the Chapter 11 Cases, except for the claims listed in Section 4 below that are specifically excluded from the filing requirement.

The Administrative Expense Bar Date Order, the Administrative Expense Bar Date, and the procedures set forth below for filing Administrative Expense Proofs of Claim apply to Administrative Expense Claims against any of the following Debtors (information in a parenthetical after a Debtor's name states EIN, Case No., and Petition Date for that particular Debtor in that order): Dynamic Offshore Resources NS, LLC (35-2190158, 20-33947, August 3, 2020); Fieldwood Energy Inc. (46-1694991, 20-33949, August 3, 2020); Fieldwood Energy LLC (46-1326778, 20-33948, August 3, 2020); Fieldwood Energy Offshore LLC (26-1084494, 20-33950, August 3, 2020); Fieldwood Onshore LLC (47-0953489, 20-33951, August 3, 2020); Fieldwood SD Offshore LLC (11-3758786, 20-33952, August 3, 2020); FW GOM Pipeline, Inc. (38-3718440, 20-33953, August 3, 2020); Bandon Oil and Gas GP, LLC (20-4889172, 20-33955, August 4, 2020); Bandon Oil and Gas, LP (20-4889266, 20-33956, August 4, 2020); Fieldwood Energy SP LLC (16-1671971, 20-33958, August 4, 2020); Fieldwood Offshore LLC (35-2492930, 20-33961, August 4, 2020); Galveston Bay Pipeline LLC (76-0595702, 20-33959, August 4, 2020); Galveston Bay Processing LLC (76-0370422, 20-33960, August 4, 2020); and GOM Shelf LLC (76-0648107, 20-33954, August 4, 2020).

**1.** **WHO MUST FILE AN ADMINISTRATIVE EXPENSE PROOF OF CLAIM.** You **MUST** file an Administrative Expense Proof of Claim if (i) you seek payment of a claim constituting a cost or expense of administration during the Chapter 11 Cases of the kind specified under section 503(b) of the Bankruptcy Code and entitled to administrative priority under sections 507(a)(2), 507(b), or 1114(e)(2) of the Bankruptcy Code, including the actual and necessary costs and expenses incurred on or after the Petition Date and through the Effective Date of preserving the Estates and operating the businesses of the Debtors, and (ii) your claim is not one of the types described in Section 4 below, whether or not such claim is fixed, liquidated or certain.

**2.** **WHAT TO FILE.** A form for filing Administrative Expense Proofs of Claim (the "**Administrative Expense Claim Form**") and instructions for completing and submitting such Form may be obtained at (a) the website established by the Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://cases.primeclerk.com/fieldwoodenergy/ (the "**Case Website**") or (b) the Bankruptcy Court's website located at www.txscourts.gov/forms/bankruptcy-forms.

All Administrative Expense Claim Forms must be **signed** by the holder or, if the holder is not an individual, by an authorized agent of the holder. They must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the applicable Petition Date). You must set forth with specificity the legal and factual bases for your Administrative Expense Claim. You also should attach to your completed Administrative Expense Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Your Administrative Expense Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (only the last four (4) digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

IF YOU ARE ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM AGAINST MORE THAN ONE DEBTOR OR HAVE ADMINISTRATIVE EXPENSE CLAIMS AGAINST DIFFERENT DEBTORS, SEPARATE ADMINISTRATIVE EXPENSE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR ADMINISTRATIVE EXPENSE PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S CHAPTER 11 CASE. IF YOU LIST MULTIPLE DEBTORS ON YOUR ADMINISTRATIVE EXPENSE PROOF OF CLAIM, THEN SUCH CLAIM WILL BE TREATED AS IF IT WAS FILED AGAINST THE FIRST LISTED DEBTOR.

**3.** **WHEN AND WHERE TO FILE.** All Administrative Expense Proofs of Claim must be filed on or before **March 25, 2022 at 5:00 p.m.** (prevailing Central Time) as follows: IF ELECTRONICALLY: The portal available on the Case Website, at https://cases.primeclerk.com/fieldwoodenergy/

(the "**Electronic Filing System**"), and following the instructions provided; or PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov. IF BY U.S. POSTAL SERVICE MAIL: Fieldwood Claims Processing Center, c/o Prime Clerk LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

Administrative Expense Proofs of Claim will be deemed filed only when: (i) if filed electronically, at the time of filing through Prime Clerk's website or PACER, or (ii) if filed by mail, overnight delivery service, or hand delivery, at the time Prime Clerk receives the original completed Administrative Expense Claim Form at the above address.

If you wish to receive acknowledgement of receipt of your Administrative Expense Proof of Claim, you must submit concurrently with submitting your Administrative Expense Proof of Claim (i) a copy of the original Administrative Expense Proof of Claim, and (ii) a self-addressed, postage prepaid return envelope.

**4.** **WHO NEED NOT FILE AN ADMINISTRATIVE EXPENSE CLAIM.** The following persons or entities need **not** file an Administrative Expense Proof of Claim on or prior to the Administrative Expense Bar Date:

a. any person or entity that has already filed an Administrative Expense Proof of Claim against a Debtor in a form substantially similar to the Administrative Expense Claim Form and otherwise in compliance with the Procedures so long as the holder does not wish to assert such claim against a Debtor who was not named in the original claim, in which case such Administrative Expense Proof of Claim must be filed;

b. any holder of an Administrative Expense Claim that has been allowed by order of the Court entered on or before the Administrative Expense Bar Date;

c. any person or entity whose Administrative Expense Claim has been paid in full, whether by any of the Debtors, the Post-Effective Date Debtors (including Fieldwood Energy III LLC), Quarternorth Energy LLC, Fieldwood Energy I LLC, or Fieldwood Energy IV LLC, as applicable;

d. any holder of an Administrative Expense Claim that is asserted against a person or entity that is not one of the Debtors, including, without limitation, any claim that has been (i) assumed by or assigned to QuarterNorth Energy LLC pursuant to the Credit Bid Purchase Agreement or (ii) allocated to either Fieldwood Energy I LLC (now GOM Shelf LLC) or Fieldwood Energy IV LLC pursuant to either the Initial Plan of Merger or the Subsequent Plan of Merger;

e. any holder of a DIP Claim, Postpetition Hedge Claim, or Fee Claim;

f. any holder of an Administrative Expense Claim for which specific deadlines previously have been fixed by this Court, including, without limitation, holders of claims under section 503(b)(9) of the Bankruptcy Code and holders of cure claims to assumed executory agreements; and

g. the Office of the U.S. Trustee, including any requests for payment of quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6).

**5.** **CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE EXPENSE PROOF OF CLAIM BY THE ADMINISTRATIVE EXPENSE BAR DATE.** ANY HOLDER OF AN ADMINISTRATIVE EXPENSE CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ADMINISTRATIVE EXPENSE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE AN ADMINISTRATIVE EXPENSE PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A HOLDER WITH RESPECT TO SUCH ADMINISTRATIVE EXPENSE CLAIM FOR THE PURPOSE OF PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM AND SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR ESTATES, THE POST-EFFECTIVE DATE DEBTORS, THE PLAN ADMINISTRATOR, AND THEIR RESPECTIVE PROPERTY.

Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Prime Clerk through email at fieldwoodinfo@primeclerk.com. Please note that neither Prime Clerk's staff, counsel to the Debtors or the Post-Effective Date Debtors, the Plan Administrator, counsel to the Plan Administrator, nor the Clerk of the Court's Office is permitted to give you legal advice. Prime Clerk cannot advise you how to file, or whether you should file, a proof of claim.

A holder of a potential Administrative Expense Claim against the Debtors should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file an Administrative Expense Proof of Claim.

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Ten Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Administrative Expense Bar Date Order or the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [ECF No. 2008] (the "**Plan**"), as applicable.

# Legal Notices

To place legal notices
email legals@chron.com or call 713.224.6868.

Legals/Public Notices

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **FIELDWOOD ENERGY III LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| **Post-Effective Date Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINE FOR FILING REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

The United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") has entered an order (the "**Administrative Expense Bar Date Order**") [ECF No. 2387] establishing **March 25, 2022 at 5:00 p.m. (prevailing Central Time)** (the "**Administrative Expense Bar Date**") as the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, trusts, and Governmental Units) asserting a claim constituting a cost or expense of administration during the Chapter 11 Cases of the kind specified under section 503(b) of the Bankruptcy Code and entitled to administrative priority under sections 507(a)(2), 507(b), or 1114(e)(2) of the Bankruptcy Code, including the actual and necessary costs and expenses incurred on or after the Petition Date and through the Effective Date of preserving the Estates and operating the businesses of the Debtors, to file such claims (each, an "**Administrative Expense Claim**" and, collectively, the "**Administrative Expense Claims**") in the Chapter 11 Cases.[2]

The Administrative Expense Bar Date and the procedures set forth below for filing Administrative Expense Proofs of Claim apply to all holders of Administrative Expense Claims in the Chapter 11 Cases, except for the claims listed in Section 4 below that are specifically excluded from the filing requirement.

The Administrative Expense Bar Date Order, the Administrative Expense Bar Date, and the procedures set forth below for filing Administrative Expense Proofs of Claim apply to Administrative Expense Claims against any of the following Debtors (information in a parenthetical after a Debtor's name states EIN, Case No., and Petition Date for that particular Debtor in that order): Dynamic Offshore Resources NS, LLC (35-2190158, 20-33947, August 3, 2020); Fieldwood Energy Inc. (46-1694991, 20-33949, August 3, 2020); Fieldwood Energy LLC (46-1326778, 20-33948, August 3, 2020); Fieldwood Energy Offshore LLC (26-1084494, 20-33950, August 3, 2020); Fieldwood Onshore LLC (47-0953489, 20-33951, August 3, 2020); Fieldwood SD Offshore LLC (11-3758786, 20-33952, August 3, 2020); FW GOM Pipeline, Inc. (38-3718440, 20-33953, August 3, 2020); Bandon Oil and Gas GP, LLC (20-4839172, 20-33955, August 4, 2020); Bandon Oil and Gas, LP (20-4839266, 20-33956, August 4, 2020); Fieldwood Energy SP LLC (16-1671971, 20-33958, August 4, 2020); Fieldwood Offshore LLC (35-2492930, 20-33961, August 4, 2020); Galveston Bay Pipeline LLC (76-0595703, 20-33959, August 4, 2020); Galveston Bay Processing LLC (76-0570422, 20-33960, August 4, 2020); and GOM Shelf LLC (76-0648107, 20-33954, August 4, 2020).

**1. WHO MUST FILE AN ADMINISTRATIVE EXPENSE PROOF OF CLAIM.** You **MUST** file an Administrative Expense Proof of Claim if (i) you seek payment of a claim constituting a cost or expense of administration during the Chapter 11 Cases of the kind specified under section 503(b) of the Bankruptcy Code and entitled to administrative priority under sections 507(a)(2), 507(b), or 1114(e)(2) of the Bankruptcy Code, including the actual and necessary costs and expenses incurred on or after the Petition Date and through the Effective Date of preserving the Estates and operating the businesses of the Debtors, and (ii) your claim is not one of the types described in Section 4 below, whether or not such claim is fixed, liquidated or certain.

**2. WHAT TO FILE.** A form for filing Administrative Expense Proofs of Claim (the "**Administrative Expense Claim Form**") and instructions for completing and submitting such Form may be obtained at (a) the website established by the Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://cases.primeclerk.com/fieldwoodenergy/ (the "**Case Website**") or (b) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

All Administrative Expense Claim Forms must be **signed** by the holder or, if the holder is not an individual, by an authorized agent of the holder. They must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the applicable Petition Date). You must set forth with specificity the legal and factual bases for your Administrative Expense Claim. You also should attach to your completed Administrative Expense Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Your Administrative Expense Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (only the last four (4) digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

IF YOU ARE ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM AGAINST MORE THAN ONE DEBTOR OR HAVE ADMINISTRATIVE EXPENSE CLAIMS AGAINST DIFFERENT DEBTORS, SEPARATE ADMINISTRATIVE EXPENSE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR ADMINISTRATIVE EXPENSE PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S CHAPTER 11 CASE. IF YOU LIST MULTIPLE DEBTORS ON YOUR ADMINISTRATIVE EXPENSE PROOF OF CLAIM, THEN SUCH CLAIM WILL BE TREATED AS IF IT WAS FILED AGAINST THE FIRST LISTED DEBTOR.

**3. WHEN AND WHERE TO FILE.** All Administrative Expense Proofs of Claim must be filed on or before **March 25, 2022 at 5:00 p.m. (prevailing Central Time)** as follows: IF ELECTRONICALLY: The portal available on the Case Website, at https://cases.primeclerk.com/fieldwoodenergy/ (the "**Electronic Filing System**"), and following the instructions provided; or PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov. IF BY U.S. POSTAL SERVICE MAIL: Fieldwood Claims Processing Center, c/o Prime Clerk LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

Administrative Expense Proofs of Claim will be deemed filed only when: (i) if filed electronically, at the time of filing through Prime Clerk's website or PACER, or (ii) if filed by mail, overnight delivery service, or hand delivery, at the time Prime Clerk receives the original completed Administrative Expense Claim Form at the above address.

If you wish to receive acknowledgement of receipt of your Administrative Expense Proof of Claim, you must submit concurrently with submitting your Administrative Expense Proof of Claim (i) a copy of the original Administrative Expense Proof of Claim, and (ii) a self-addressed, postage prepaid return envelope.

**4. WHO NEED NOT FILE AN ADMINISTRATIVE EXPENSE CLAIM.** The following persons or entities need **not** file an Administrative Expense Proof of Claim on or prior to the Administrative Expense Bar Date:

a. any person or entity that has already filed an Administrative Expense Proof of Claim against a Debtor in a form substantially similar to the Administrative Expense Claim Form and otherwise in compliance with the Procedures so long as the holder does not wish to assert such claim against a Debtor who was not named in the original claim, in which case another Administrative Expense Proof of Claim must be filed;

b. any holder of an Administrative Expense Claim that has been allowed by order of the Court entered on or before the Administrative Expense Bar Date;

c. any person or entity whose Administrative Expense Claim has been paid in full, whether by any of the Debtors, the Post-Effective Date Debtors (including Fieldwood Energy III LLC), QuarterNorth Energy LLC, Fieldwood Energy I LLC, or Fieldwood Energy IV LLC, as applicable;

d. any holder of an Administrative Expense Claim that is asserted against a person or entity that is not one of the Debtors, including, without limitation, any claim that has been (i) assumed by or assigned to QuarterNorth Energy LLC pursuant to the Credit Bid Purchase Agreement or (ii) allocated to either Fieldwood Energy I LLC (now GOM Shelf LLC) or Fieldwood Energy IV LLC pursuant to either the Initial Plan of Merger or the Subsequent Plan of Merger;

e. any holder of a DIP Claim, Postpetition Hedge Claim, or Fee Claim;

f. any holder of an Administrative Expense Claim for which specific deadlines previously have been fixed by this Court, including, without limitation, holders of claims under section 503(b)(9) of the Bankruptcy Code and holders of cure claims for assumed executory agreements; and

g. the Office of the U.S. Trustee, including any requests for payment of quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6).

**5. CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE EXPENSE PROOF OF CLAIM BY THE ADMINISTRATIVE EXPENSE BAR DATE. ANY HOLDER OF AN ADMINISTRATIVE EXPENSE CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ADMINISTRATIVE EXPENSE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE AN ADMINISTRATIVE EXPENSE PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A HOLDER WITH RESPECT TO SUCH ADMINISTRATIVE EXPENSE CLAIM FOR THE PURPOSE OF PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM AND SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR ESTATES, THE POST-EFFECTIVE DATE DEBTORS, THE PLAN ADMINISTRATOR, AND THEIR RESPECTIVE PROPERTY.**

Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Prime Clerk through email at fieldwoodinfo@primeclerk.com. Please note that neither Prime Clerk's staff, counsel to the Debtors or the Post-Effective Date Debtors, the Plan Administrator, counsel to the Plan Administrator, nor the Clerk of the Court's Office is permitted to give you legal advice. Prime Clerk cannot advise you how to file, or whether you should file, a proof of claim.

**A holder of a potential Administrative Expense Claim against the Debtors should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file an Administrative Expense Proof of Claim.**

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Administrative Expense Bar Date Order or the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [ECF No. 2008] (the "**Plan**"), as applicable.

Legal Bids & Proposals

**ADVERTISEMENT FOR BIDS**

**CITY OF HOUSTON**

The City Secretary for the City of Houston will receive bids at 900 Bagby, Room P101, Houston, Texas for the following project:

**IAH – TB & TC SKYWAY STATION CARPET REPLACMENT**
**ITB No. HJA-SKYWY-2022-013; PN. 255**

**Bid Due Date/Time:** Thursday, April 14, 2022 at 10:30 A.M. (CST)

**Project Location:** Terminal B and Terminal C Skyway Station @ George Bush Intercontinental Airport (IAH), Houston, Texas

**Senior Procurement Specialist:** Jorge Ardines, 281-233-1620 jorge.ardines@houstontx.gov

**Pre-bid Meeting:** Thursday, March 10, 2022 at 10:00 A.M. (CST); Video Conference via Microsoft Teams link:

**https://bit.ly/34EnCWw**

**Site Visit**: A site visit will take place Thursday, March 10, 2022, at 1:30 P.M. (CST). Attendees meet at IAH-Terminal B Baggage Level near HPD Office. The site visit is the only opportunity for bidders to see the site before Bid Due Date. For the health and safety of our employees and visitors, all individuals participating in the site visit must wear face covers that cover the nose and mouth and maintain social distance.

The Bid Document and related materials are available at the Houston Airport System's website **http://www.fly2houston.com/biz/opportunities/solicitations/**

**Contract Goal**: 21% (MBE - 15%; WBE - 6%)

Bid Documents in **electronic format** may be examined at plan rooms listed on the City plan holders' list or listed in Document 00210 – Supplementary Instructions to Bidders.

Dated: ______________________
(Publish Fridays, February 25, 2022, and March 4, 2022) ______________________ Pat J. Daniel, City Secretary

Legals/Public Notices

Advertisementfor 02/25/2022 and 03/04/2022:
**Notice to Proposers**
Sealed Request for Proposals will be received by Lone Star College for:
• RFP # 794 – Sign Language Interpreting Services. Electronic bids due by 11:00AM, Wednesday, March 30th. Online WebEx pre-proposal meeting will be held on Tuesday, March 8th, 10:00AM; call-in number 1-408-792-6300, Meeting # 2620 943 7902# Contact: **Pamela.Johnson@lonestar.edu** or (832)813-6782. Must Register to Bid: **http://wwwappsdstc.lonestar.edu/istar/supplier.htm** . If registered, please ensure your registration is up to date. For assistance with the on-line registration process, contact **vendors@lonestar.edu**.

**PUBLIC HEARING WITHOUT VARIANCE OR SPECIAL EXCEPTION (both Virtual Meeting and Face-to-Face Meeting)**

The Houston Planning Commission has received an application to allow the partial replatting of Craig Woods being all or part of lot 55, block J, as recorded in Volume 32, Page 66, of the Harris County Map Records for the purpose of creating 2 single family lots. The new subdivision name is Craig Woods Partial Replat No 37
This is the written notice of a public hearing the City send to all owners of property within 250' of the boundary of the plat and all parcels along or across from a blockface that abuts any street or private roadway extending 500 feet from the plat as measured along the centerline of any street or private roadway that abuts the boundary of the plat.
The Houston Planning Commission will hold a public meeting and public hearing on this replat. The Commission is the non-legislative body authorized to review and render decisions on subdivision applications and requests. The meeting at which this item will first be considered is listed below. A sign with this information has also been posted on the project site.

**PLANNING COMMISSION MEETING INFORMATION:**
**Thursday, March 17, 2022, beginning at 2:30 p.m.**
City Hall Annex Building, 900 Bagby Street
City Council Chamber, Public Level, Houston, Texas

Members of the public may make comments or express concerns about the proposed project by either attending the meeting at City Council Chamber listed above or attending the meeting via Microsoft Teams. The Microsoft Teams meeting will allow for a two-way video/ audio communication with the Houston Planning Commission. **For instruction on how to join the meeting, interested persons are advised to check our website 72 hours prior to the Planning Commission meeting: www.houstonplanning.com or Call: 832-393-6624.**

You may submit comments to: **speakercomments.pc@houstontx.gov**

Contact the applicant at 281-479-8719 or the City of Houston Planning Department at (832)393-6600 for any additional information

Email **legals@chron.com** or call **713.224.6868**
HOUSTON CHRONICLE
HoustonChronicle.com

Notice to Creditors

**Cause No. 500503**
IN THE ESTATE OF
JAN VIKTOR BODORFF
DECEASED
§
§
§
§
§
IN THE PROBATE COURT
NUMBER TWO
HARRIS COUNTY, TEXAS

**NOTICE TO ALL PERSONS HAVING CLAIMS AGAINST THE ESTATE JAN VIKTOR BODORFF**

Notice is hereby given that original Letters Testamentary for the Estate of JAN VIKTOR BODORFF were issued on the 15th day of February in Cause No. 500503 in the Probate Court Number 2 of Harris County, Texas to: Natasha Ulla Bodorff
Mailing address is:
Natasha Ulla Bodorff
c/o Kathleen Macaulay
Flaherty Jones Thompson, PLLC
7800 N. Mopac, Ste. 101
Austin, TX 78759
All persons having claims against this Estate which is currently being administered are required to present them within the time and in the manner prescribed by law.
By: ______________________
Kathleen L. Macaulay
State Bar No. 24032817
FLAHERTY JONES THOMPSON PLLC
7800 N. Mopac, Ste 101
Austin, Texas 78759
(512) 476-2929 direct
(512) 407-9871 x 103 main
(512) 872-5085 fax
**kathleen@fjt-law.com**

Notice to Creditors

Notice To Creditors Ad $74.00*
Call the Legals Team
713-224-6868
Ext. 6435 or 4204
*$74.00 includes first 36 lines and 1 Affidavit of Publication
*$1.92 per line over 36 lines

Email
legals@chron.com
or call
713.224.6868
HOUSTON CHRONICLE
HoustonChronicle.com

CITY OF HOUSTON, TEXAS, NOTICE AS TO CONTENTS OF ORDINANCE PROPOSING TO GRANT THE AUTHORITY FOR USE OF THE PUBLIC WAY OF THE CITY OF HOUSTON, TEXAS, PURSUANT TO ARTICLE VII, CHAPTER 39, CODE OF ORDINANCES, HOUSTON, TEXAS.

Notice as to the contents of ordinance proposing to make such grant is hereby given. The caption of such ordinance is as follows:

2022-127 – AN ORDINANCE granting to SHEP BOYS WASTE MGMT & SITE SERVICES LLC, a Texas Limited Liability Company, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions; and making certain findings related thereto. – **PASSED FIRST READING**

The entire ordinances may be found and inspected in the Office of the City Secretary, 900 Bagby, Room P-101, City Hall Annex, Houston, Texas.

Pat Jefferson-Daniel
City Secretary

Publish: 2/18, 2/25 and 2/28/2022

**NOTICE OF SALE**

**GALVESTON COUNTY MUNICIPAL UTILITY DISTRICT NO. 54**
**(A political subdivision of the State of Texas located within Galveston County)**

**$1,300,000**

**Unlimited Tax Road Bonds, Series 2022**

**"Qualified Tax-Exempt Obligations"**

The Board of Directors of Galveston County Municipal Utility District No. 54 (the "District") will publicly receive sealed bids on up to $1,300,000 Unlimited Tax Road Bonds, Series 2022 (the "Bonds") on Wednesday, March 9, 2022 at 9:00 A.M., Houston Time, at the offices of Masterson Advisors LLC, 3 Greenway Plaza, Suite 1100, Houston, Texas 77046. At a Board of Directors meeting on Wednesday, March 9, 2022 at 9:00 A.M., Houston Time, at the District's official meeting place, Allen Boone Humphries Robinson LLP, 3200 Southwest Freeway, Suite 2600, Houston, Texas 77027, the Board will immediately take action to reject any and all bids or accept the bid resulting in the lowest net interest cost to the District.

A bid for the Bonds, may be delivered to the District electronically, by telephone or delivered directly to the District in a sealed envelope addressed to the "President and Board of Directors, Galveston County Municipal Utility District No. 54" at the above address of Masterson Advisors LLC. All bidders must submit a signed "Official Bid Form" and a bank Cashier's Check in the amount of $26,000 payable to the order of "Galveston County Municipal Utility District No. 54" as a Good Faith Deposit. Additional terms and conditions related to the submission of a bid for the Bonds are included in the "Official Notice of Sale."

The Bonds will mature serially on December 1, 2023 through 2047 and will be dated April 1, 2022. The "Official Notice of Sale," "Preliminary Official Statement," and "Official Bid Form" may be obtained from the District's Financial Advisor, Masterson Advisors LLC, 3 Greenway Plaza, Suite 1100, Houston, Texas 77046. This notice does not constitute an offer to sell the Bonds but is merely notice of sale of the Bonds as required by Texas law. The offer to sell the Bonds will be made by means of the "Official Notice of Sale," "Preliminary Official Statement," and "Official Bid Form."

Mr. Rick Harsch
President, Board of Directors
Galveston County Municipal Utility District No. 54
Galveston County, Texas

**NOTICE OF SALE**

**HARRIS COUNTY MUNICIPAL UTILITY DISTRICT NO. 404**
(A political subdivision of the State of Texas located within Harris County, Texas)
**$750,000**
**UNLIMITED TAX BONDS, SERIES 2022**

"Qualified Tax-Exempt Obligations"

The Board of Directors of Harris County Municipal Utility District No. 404 (the "District") will publicly receive sealed bids on the $750,000 Unlimited Tax Bonds, Series 2022 (the "Bonds"), until 10:30 a.m. Central Time, Thursday, March 10, 2022, at the offices of Blitch Associates, Inc., 11111 Katy Freeway, Suite 820, Houston, Texas 77079-2118. At a meeting to be held on Thursday, March 10, 2022 at 12:00 Noon, Central Time, at 1980 Post Oak Boulevard, Suite 1380, Houston, Texas 77056, the Board of Directors of the District will thereupon either accept or reject the best bid.

Sealed bids, plainly marked "Bid for Bonds," should be addressed to the President and Board of Directors of the District and delivered to the offices of Blitch Associates, Inc., at the address noted above, prior to 10:30 a.m., Central Time, Thursday, March 10, 2022. All bids must be submitted on the "Official Bid Form" and accompanied by a bank Cashier's Check in the amount of $15,000 payable to the order of the District as a Good Faith Deposit.

Bonds will mature serially on August 1 in each of the years 2049 and 2050, and will be dated April 1, 2022. The "Official Notice of Sale," the "Preliminary Official Statement" and the "Official Bid Form" may be obtained from the District's Financial Advisor, Blitch Associates, Inc., at the address noted above. The District reserves the right to reject any and all bids and to waive any and all irregularities except time of filing. This notice does not constitute an offer to sell the Bonds but is merely notice of sale of the Bonds as required by Texas law. The offer to sell the Bonds will only be made by means of the "Official Notice of Sale," the "Preliminary Official Statement" and the "Official Bid Form."

Dated this February 25, 2022

Xochytl Greer
President, Board of Directors
Harris County Municipal Utility District No. 404

**PUBLIC HEARING WITHOUT VARIANCE OR SPECIAL EXCEPTION (both Virtual Meeting and Face-to-Face Meeting)**

The Houston Planning Commission has received an application to allow the replating (or partial replating) of Usener Addition being all or part of lot 8 Block 2 as recorded in Vol 474 Page 224 of the Harris County Map/Deed Records for the purpose of creating 2 Single Family Residential Lots 1 Block.

The new subdivision name is Usener Addition Partial Replat No.4.

This is the written notice of a public hearing the City send to all owners of property within 250' of the boundary of the plat and all parcels along or across from a block face that abuts any street or private roadway extending 500 feet from the plat as measured along the centerline of any street or private roadway that abuts the boundary of the plat.

The Houston Planning Commission will hold a public meeting and public hearing on this replat. The Commission is the non-legislative body authorized to review and render decisions on subdivision applications and requests. The meeting at which this item will first be considered is listed below. A sign with this information has also been posted on the project site.

**PLANNING COMMISSION MEETING INFORMATION:**
**Thursday, March 17, 2022, beginning at 2:30 p.m.**
City Hall Annex Building, 900 Bagby Street
City Council Chamber, Public Level, Houston, Texas

Members of the public may make comments or express concerns about the proposed project by either attending the meeting at City Council Chamber listed above or attending the meeting via Microsoft Teams. The Microsoft Teams meeting will allow for a two-way video/ audio communication with the Houston Planning Commission. **For instruction on how to join the meeting, interested persons are advised to check our website 72 hours prior to the Planning Commission meeting: www.houstonplanning.com or Call: 832-393-6624.**

You may submit comments to: **speakercomments.pc@houstontx.gov**

Contact the applicant at (281)741-1998 or the City of Houston Planning Department at (832)393-6600 for any additional information

To place a legal notice e-mail **legals@chron.com**

Legal Bids & Proposals

**LEGAL NOTICE**
Harris County Department of Education (HCDE) will be accepting proposals for the following:
**Request for Proposal – # 22/028EJ Classroom Equipment – Large Monitors with Computers. All proposals are due: Tuesday, March 29, 2022, at 2:00 P.M. (CST)**
Interested proposers may go to https://hcdeebid.ionwave.net/Login.aspx and register to download the solicitation or call 713-696-2104. It is HCDE policy not to discriminate on the basis of race, color, national origin, gender, limited English proficiency or handicapping condition in its programs.

**NOTICE OF COMPETITIVE BIDS**

Harris County is requesting offers for the projects listed below. Offer requirements, including item description(s), submission due dates and times, type of pricing, payment method, and any bonding requirements, may be obtained online at https://purchasing.harriscountytx.gov, or in the Purchasing Agent's office. Return offers to Harris County Purchasing Agent, 1111 Fannin, 12th Floor, Houston, Texas 77002, no later than 2:00 p.m. local time in Houston, Texas on specified due dates.

**Bids/Proposals Due Feb 28, 2022**

| | | |
|---|---|---|
| Job | 21/0429 | Image Based Transaction Processing Support Services |
| Job | 22/0017 | Local Rule 9 and the O'Donnell Consent Decree Compliance Training Course |
| Job | 22/0008 | Computer Hardware, Software, Services, Supplies, Consumables and Related Items (Federal/Grant Related Projects) |
| Job | 22/0026 | Perimeter Security Fencing and Gates |
| Job | 22/0032 | Horticultural Chemicals and Related Items |
| Job | 22/0033 | Advertising Services and Related Items |
| Job | 22/0037 | Mowing and Maintenance of Various Parks in the West Zone, Precinct 2 |
| Job | 22/0040 | Construction of Sidewalks Project at Waterford, Alief 6 and Danish (Phase II), Precinct 3 |
| Job | 22/0043 | Supplemental Tires, Tubes and Related Items |
| Job | 22/0055 | Refurbishment of the Houston Downtown Tunnel System at Caroline Street, Precinct 1 |

**Bids/Proposals Due March 7, 2022**

| | | |
|---|---|---|
| Job | 22/0011 | Audit of Clinical Trial Billing Process |
| Job | 22/0041 | Excavation of the Crenshaw Stormwater Detention (Phase II) |
| Job | 22/0045 | Bedding Soil, Mulch and Related Items |
| Job | 22/0046 | Job Order Contracting for Small and Large Construction and/or Construction Related Projects |
| Job | 22/0047 | Construction of Sidewalks, Trails and Related Items at Various Locations, Precinct 2 |
| Job | 22/0049 | Mowing and Maintenance Services of Right-Of-Ways and Esplanades at the Spring Camp and Related Items, Precinct 3 |
| Job | 22/0051 | Multi-Family Acquisition Real Estate Advisory Services |
| Job | 22/0052 | Brokerage Services for Single Family Acquisition and Resale Services |
| Job | 22/0054 | Treasury American Rescue Plan Act Affordable Housing Portfolio Program Guidelines Consulting Services |

**Bids/Proposals Due March 14, 2022**

| | | |
|---|---|---|
| Job | 22/0002 | Painting Services and Related Work |
| Job | 22/0056 | Construction Manager at Risk for the Construction of the Lyndon B. Johnson Hospital Replacement Project **(Mandatory Pre-Submittal Conference on March 1, 2022)** |
| Job | 22/0059 | Drainage Improvements in the Cedar Bayou Park East and West Subdivisions, Precinct 2 |
| Job | 22/0060 | Community Engagement and Support Services |
| Job | 22/0063 | Maintenance, Repair and Operations of Wastewater Treatment Plants and Related Items at Various Locations |
| Job | 22/0064 | New Construction and Maintenance of Sidewalks and Related Items |
| Job | 22/0065 | Mowing and Maintenance Services of Right-Of-Ways and Esplanades at the Crosby Camp and Related Items, Precinct 3 |
| Job | 22/0066 | Mowing and Maintenance Services of Right-Of-Ways and Esplanades at the Humble Camp and Related Items, Precinct 3 |
| Job | 22/0069 | Professional Engineering and Consulting Services for feasibility and design of Westfield Estates Wastewater |
| Job | 22/0072 | Dispatching Application System and Related Items |
| Job | 22/0074 | Removal of Solid Waste in Right-of-Ways and Related Items in the North Zone |

**Bids/Proposals Due March 21, 2022**

| | | |
|---|---|---|
| Job | 22/0038 | Modernization of Elevators at 406 Caroline Street |
| Job | 22/0044 | Compliance Coding Audit Services |
| Job | 22/0048 | Professional Engineering Services for Design and Evaluation of On-Site Sewage Faculties **(Mandatory Pre-Proposal Conference on March 15, 2022)** |
| Job | 22/0058 | Community Flood Resilience Task Force (CFRTF) Facilitator and Communication Services |
| Job | 22/0067 | Review of Jail Operations |
| Job | 22/0073 | Construction of Additional Parking Spaces for Harris County Child Protective Services located at 6425 Chimney Rock |
| Job | 22/0078 | Design and Implementation of Audio/Visual System |
| Job | 22/0080 | Professional Architectural and/or Engineering Services for feasibility and design of the Evergreen Woods Subdivision Wastewate |

**Bids/Proposals Due March 28, 2022**

| | | |
|---|---|---|
| Job | 22/0050 | Drainage Improvements in the Forest Manor and Lake Houston Woodland Terrace Subdivisions, Precinct 2 |
| Job | 22/0071 | Invasive Cardiac Mapping System and Disposables |

______________________
DeWight Dopslauf, C.P.M., CPPO
Purchasing Agent

**The HARRIS CENTER For Mental Health and IDD** (formally known as Mental Health Mental Retardation Authority of Harris County) will be accepting Request for Proposal for the following:

**PROVISION OF RETAIL ELECTRIC SERVICES**

**Specifications may be secured** from The HARRIS CENTER, Purchasing Department located at 9401 SW Freeway, Houston, Texas 77074; telephone (713) 970-7116 and/or via The HARRIS CENTER website **www.theharriscenter.org** or the Electronic State Business Daily Site **https://portal.cpa.state.tx.us/**, **beginning Monday, February 28, 2022**. Questions regarding the RFP will be answered by and no later than **Thursday, March 10, 2022**. Solicitation documents must be submitted to Jim A. Eggebrecht, 1000 Goode Drive, College Station, TX. 77840, by **10:00 A.M., Wednesday, March 16, 2022**, in a sealed envelope marked **"THE HARRIS CENTER PROPOSAL FOR ELECTRICITY PURCHASE" - DO NOT OPEN UNTIL - WEDNESDAY, MARCH 16, 2022 AT 10:00 A.M.** Any questions pertaining to this solicitation should be addressed in writing to Jim A. Eggebrecht, or E-mail questions to **jegge@tamu.edu**. Historically Underutilized Businesses, including Minority-Owned Businesses and Women-Owned Businesses, are encouraged to participate. The HARRIS CENTER reserves all rights to reject any and/or all proposals, to waive formalities and reasonable irregularities in submitted documents as it deems to be in its best interests and is not obligated to accept the lowest proposal.

The Texas City Housing Authority (TCHA) is requesting qualified bidders to submit bids for re-placement of exterior soffit materials and components. The project consists of the partial renova-tion of 25 Duplex's totaling 50 Living Units. The units consist of 1 bedroom, 2 bedroom, 3 bed-room and 4 bedroom units.

Project Identification: Scattered Housing Soffit Replacements R110117.

Project Contact Person: Benjamin A. Davis
bdavis@tchousing.net
817 Second Avenue North
Texas City, Texas 77590
(409) 945-4011

The TCHA will receive sealed bids until 3:00pm, local time on April 5, 2022 at the TCHA office: 817 2nd Avenue North, Texas City, TX 77590. Owner will consider bids prepared in compliance with the Instructions to Bidders issued by Owner. Bids will be thereafter publicly opened and read aloud.

Bid security shall be submitted with each bid in the amount of 5 percent of the bid amount. No bids may be withdrawn for a period of 60 days after opening of bids. Owner reserves the right to reject any and all bids and to waive informalities and irregularities.

A prebid conference for all bidders will be held at Texas City Housing Authority, 817 2nd Avenue North, Texas City, Tx 77590 on March 11, 2022, at 9:00 a.m., local time. Prospective bidders are requested to attend.

Printed Procurement and Contracting Documents can be obtained after February 25, 2022, by con-tacting Smith & Company Architects. Documents will be provided to prime bidders only; only complete sets of documents will be issued. Smith & Company Architects, 12603 SW FWY, Ste 415, Houston, Texas, 77477; (713) 524-4202.

Online Procurement and Contracting Documents: Obtain access after February 25, 2022, by con-tacting Smith & Company Architects. Online access will be provided to prime bidders only.

Bidders must be properly licensed under the laws governing their respective trades and be able to obtain insurance and bonds required for the Work. A Performance Bond, a separate Labor and Ma-terial Payment Bond, and Insurance in a form acceptable to Owner will be required of the success-ful Bidder.

IF YOU THINK LEGAL NOTICES ARE PAINFUL, WAIT UNTIL YOU PLACE ONE IN THE WRONG PAPER.

Stay legal and get noticed by emailing our team at legals@chron.com or calling 713.224.6868

HOUSTON CHRONICLE
HoustonChronicle.com

**Exhibit B**



**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

_____

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, February 25, 2022**, the following legal advertisement – **FIELDWOOD ENERGY III LLC** was published in the national edition of **USA TODAY.**

_Vanessa Salvo_
_____
Principal Clerk of USA TODAY
February 25, 2022

# Stockton's son left team before invasion

**Jeff Zillgitt**
USA TODAY

The impact of Russia's invasion of Ukraine has impacted European sports, including basketball.

Michael Stockton, the son of NBA Hall of Famer John Stockton who was playing professional basketball in Ukraine, was able to leave the country last week and return to his home in Spokane, Washington, his agent, Mike Main, told USA TODAY Sports.

Stockton, 32, played for Budivelnyk Kyiv in Ukraine's SuperLeague and averaged 10.2 points, a team-high 6.2 assists, 3.3 rebounds and 1.1 steals. This was his first season with Budivelnyk, which is in second place.

Stockton's teammate, Archie Goodwin, the No. 29 pick in the 2013 NBA draft, left Ukraine days ago and signed a deal to play in Israel, his agent, Eric Fleisher, told USA TODAY Sports.

"The team kept saying, 'Everything is fine, everything is going to be OK,'" Fleisher said. "Having been through similar situations in Ukraine and Israel in the past when there was a conflict, there is a timeliness and build-up, and it was clear to me it was time to leave. The more knowledge you have, the easier it is to sift through what's real and not real. I said to Archie, 'It's time to leave.'"

Fleisher said he believes a few American-born players remain in Ukraine. There are approximately 60 American men on Ukrainian rosters, according to basketball.realgm.com.

Prometey, the first-place team based in Kamianske, Ukraine, relocated its men's and women's teams to Prague.

Taylor Jones, who played for a Ukrainian professional women's team, left the country last week and made it to Finland. "Let's just say I've been able to sleep a little better," Jones told Detroit TV station WXYZ.

As recently as last week, Maine's Troy Barnies, who played for MBC Mykolaiv, planned to stay. But Sunday he flew to Norway with his wife. He told TV station WMTW that friends were describing long lines at gas stations and ATMs. "So there's a lot of panic, more now than a few days ago, and the situation was insane," he said.

Several Americans play for Russian teams.

## Impact on hoops teams, events

Last week, a FIBA World Cup qualifying game between Spain and Ukraine in Kyiv was postponed amid security concerns, and on Thursday, a FIBA World Cup qualifying game between England and Belarus was also postponed. "The decision is based on the evaluation of the current security situation in the region," FIBA said in a statement.

Also, Spanish powerhouse FC Barcelona, the top team in the 18-team Euroleague, on Thursday canceled a trip to Russia, where it was scheduled to play games in St. Petersburg on Friday and Moscow on Sunday. Other games involving Russian teams were postponed.

The Euroleague said games will be played "unless the integrity of all participating teams is at risk and/or there are governmental decisions that prevent any games from taking place under normal circumstances."

Estonia's BC Kalev/Cramo, a team in the Russian-dominated VTB United League, released a statement saying, "Due to Russian aggression that led to war in Ukraine, BC Kalev/Cramo will terminate their membership with VTB United League as we do not see a possibility to continue after the moves made by Russia. Our team is against every sort of violence and war activity."

The statement ended with #standwithukraine.

---

ROUNDUP

# Djokovic to be replaced at No. 1 by Medvedev after Dubai loss

**The Associated Press**

DUBAI, United Arab Emirates – Novak Djokovic will fall from No. 1 in the ATP rankings and be replaced by Daniil Medvedev after losing 6-4, 7-6 (7-4) to Czech qualifier Jiri Vesely in the Dubai Championships quarterfinals Thursday.

Djokovic's latest stay atop the tennis rankings began on Feb. 3, 2020, and his total of 361 weeks there are the most for any man since the tour's computerized rankings began in 1973.

Medvedev will move up from No. 2 for the first time and become the 27th man to reach No. 1 Monday. He won the US Open in September and was Australian Open runner-up the past two years.

Djokovic congratulated Medvedev on Twitter, saying the Russian was "very deserving" of the No. 1 spot.

"It's great for tennis, I think, to have



Novak Djokovic's reign as men's No. 1 will end Monday after 361 weeks.
KARIM SAHIB/AFP VIA GETTY IMAGES

somebody new at world No. 1 again," Vesely said in his on-court interview. "Tennis needs, of course, new No. 1s. A new generation is coming up."

It was the 34-year-old Djokovic's first tournament since being deported from Australia last month for not being vaccinated against the coronavirus, preventing him from being able to defend his Australian Open title.

Medvedev is playing at the Mexican Open.

## F1's Vettel won't race in Russia

Sebastian Vettel said Thursday he will not race in the Russian Grand Prix on Sept. 25 following Russia's attack on Ukraine, and the Haas F1 team removed the logos of its Russian sponsor from its cars.

Formula 1 is in Barcelona this week for preseason testing and Vettel, the four time champion, said he woke up "shocked" by the news that President Vladimir Putin had launched a military operation against neighboring Ukraine.

"My own opinion is I should not go, I will not go," Vettel said. "I think it's wrong to race in the country. I'm sorry for the innocent people that are losing

their lives, that are getting killed (for) stupid reasons and a very strange and mad leadership."

F1 said Thursday it is "closely watching the very fluid developments."

## MLB labor talks continue

JUPITER, Fla. – With less than 4½ days until MLB's deadline for a labor deal to salvage opening day and a 162-game season, the sides met for the fourth straight day Thursday.

The union made proposals in two small areas, narrowing the number of young players who could earn additional major league service for accomplishments and loosening the union's proposed restrictions on high amateur draft picks in consecutive years. The latter would be an attempt to assist lower revenue teams. They scheduled another day of talks on Friday.

MLB told the union that it will cancel regular-season games if a contract is not agreed to by the end of Monday.

---

**MARKETPLACE TODAY**

For advertising information: 1.800.397.0070    www.russelljohns.com/usat

To view more Classified listings, visit: classifieds.usatoday.com

---

**GET NOTICED!**
Advertise in USA TODAY's Marketplace! **Call:1-800-397-0070**

Place your advertisement in USA TODAY's Marketplace!
**Call: 800-397-0070**

**Official Approved Notice from U.S. Bankruptcy Court for the District of Connecticut**

**Sexual Abuse and General Claims in The Roman Catholic Diocese of Norwich, Connecticut Bankruptcy**

The Norwich Roman Catholic Diocesan Corporation, a/k/a the Roman Catholic Diocese of Norwich ("Diocese" or "Debtor") has filed bankruptcy in order to restructure its nonprofit organization. Please read this notice carefully as it may impact your rights against the Diocese and provides information about the case. *In re The Norwich Roman Catholic Diocesan Corporation* (Bankr. D. Conn.). This notice is a short summary.

**Who Should File a Sexual Abuse Claim?**

Anyone who was sexually abused, on or before July 15, 2021, and believes the Diocese may be responsible for the sexual abuse must file a claim. This includes sexual abuse in connection with any entity or activity associated with the Diocese. Sexual Abuse Claims include but are not limited to: sexual misconduct, touching, inappropriate contact, or sexual comments about a person or other behaviors that led to abuse, and regardless of whether you thought the behavior was sexual abuse or not.

**When Should I File a Sexual Abuse Claim?**

Regardless of how old you are today or when the sexual abuse occurred, you need to file your claim so that it is received by 5 p.m. (prevailing Eastern Time) on March 15, 2022.

If you do not file a timely Sexual Abuse Claim, you may lose rights against the Diocese and against Diocese Related Entities, including any right to compensation.

Your information will be kept private. For a list of names of clergy that have been identified in connection with sexual abuse claims, go to https://www.norwichdiocese.org/Find/Accused-Clergy. For more information on the bankruptcy case, go to https://dm.epiq11.com/case/rcdn or call 1-855-654-0902.

The Sexual Abuse Bar Date of March 15, 2022 is not subject to further extension, even if there is a change in the applicable statute of limitations. You should consider submitting a proof of claim even if you believe your claim may be subject to an affirmative defense such as a statute of limitations.

**When Should I File a General Bar Date Claim?**

If you have a non-sexual abuse claim, you will need to file so that it is received by 5 p.m. (prevailing Eastern Time) on March 15, 2022. More information is available at https://dm.epiq11.com/case/rcdn.

**ACT NOW Before Time Runs Out:**

You can download and file a claim at the website or call the toll-free number listed below for help on how to file a claim by mail.

 File a Proof of Claim.

 Have questions? Call or visit the website for more information.

 If your claim is approved, you may receive compensation from the bankruptcy.

**https://dm.epiq11.com/case/rcdn**    **1-855-654-0902**

NOTICES — LEGAL NOTICE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

[Legal notice text regarding Chapter 11 bankruptcy proceedings — FIELDWOOD ENERGY III LLC, et al., Case No. 20-33948 (MI), Notice of Deadline for Filing Requests for Payment of Administrative Expense Claims — small print legal text not fully legible.]