IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | Case No. 20-33948 (MI) |
| **Fieldwood Energy LLC,** *et al.*, | § | |
| | § | Chapter 11 |
| **Debtors.** | § | |
| | § | Jointly Administered |

### UNITED STATES' MOTION FOR WITHDRAWAL
### OF SERAJUL ALI AS COUNSEL

The United States, on behalf of the United States Department of the Interior, hereby moves this Court for an order withdrawing Serajul Ali as counsel for the United States given his impending transfer out of the Civil Division of the United States Department of Justice.

J. Zachary Balasko will continue as counsel for the United States, on behalf of the United States Department of the Interior, in this case following Mr. Ali's withdrawal.

*[signature page follows]*

Dated: March 17, 2022

Respectfully submitted,

**JENNIFER LOWERY**
United States Attorney

**BRIAN BOYNTON**
Principal Deputy Assistant Attorney General
Civil Division
U.S. Department of Justice

**RUTH A. HARVEY**
Director
**MARGARET M. NEWELL**
Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice

/s/ *Serajul F. Ali*
**SERAJUL F. ALI**
Admitted *Pro Hac Vice*
DC Bar No.: 478505
Trial Attorney

/s/ *J. Zachary Balasko*
**J. ZACHARY BALASKO**
Admitted *Pro Hac Vice*
W. Va. State Bar No.: 12954
Trial Attorney

Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-0488
           (202) 514-7162
Facsimile: (202) 514-9163
E-mail: serajul.ali@usdoj.gov
        john.z.balasko@usdoj.gov

**Attorneys for the United States of America, on behalf of the United States Department of the Interior**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he served a true and correct copy of the foregoing United States' Motion for Withdrawal of Serajul Ali as Counsel on the parties receiving ECF notification in this case on March 17, 2022.

                                                   */s/ Serajul F. Ali*
                                                   Serajul F. Ali