IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-33948 (MI) |
| **Fieldwood Energy LLC,** *et al.***,** | § | |
| | § | Chapter 11 |
| **Debtors.** | § | |
| | § | Jointly Administered |

## ORDER GRANTING UNITED STATES' MOTION FOR WITHDRAWAL OF SERAJUL ALI AS COUNSEL

For good cause shown, the United States' motion is granted and Serajul F. Ali is hereby withdrawn as an attorney of record for the United States, on behalf of the United States Department of the Interior, in the above-captioned bankruptcy case.

J. Zachary Balasko remains an attorney of record for the United States, on behalf of the United States Department of the Interior, in the above-captioned bankruptcy case.

Entered:  Houston, Texas

Signed: _____, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

1