IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Post-Effective Date Debtors.[1] | § | (Jointly Administered) |
| | § | |

**STIPULATION AND AGREEMENT BETWEEN
THE PLAN ADMINISTRATOR, THE APACHE PARTIES, AND GOM SHELF LLC
TO EXTEND DEADLINE TO FILE ADMINISTRATIVE EXPENSE CLAIMS**

This stipulation and agreement (the "**Stipulation**") is entered into by and among (i) the plan administrator (the "**Plan Administrator**") appointed pursuant to the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [ECF No. 2008] (the "**Plan**"),[2] (ii) Apache Corporation, Apache Shelf, Inc., Apache Deepwater LLC, and Apache Shelf Exploration LLC (collectively, the "**Apache Parties**"), and (iii) GOM Shelf LLC ("**GOM Shelf**" and, together with the Plan Administrator and the Apache Parties, the "**Parties**"). The Parties hereby stipulate and agree as follows:

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III, LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtor), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Plan.

**WHEREAS**, the deadline for a party to file an Administrative Expense Claim is March 25, 2022, at 5:00 p.m. (prevailing Central Time) (the "**Administrative Expense Claim Bar Date**");

**WHEREAS**, the Parties are engaged in discussions with respect to seismic data (the "**Seismic Data Discussion**");

**WHEREAS**, the Plan Administrator has agreed to extend the Administrative Expense Claim Bar Date for the Apache Parties and GOM Shelf to **April 15, 2022, at 11:59 p.m. (prevailing Central Time)** solely with respect to any claim(s) regarding seismic data while the Parties continue the Seismic Data Discussion.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:**

1. The Administrative Expense Claim Bar Date, as it pertains to the Apache Parties and GOM Shelf, is hereby extended to **April 15, 2022 at 11:59 p.m. (prevailing Central Time)** solely with respect to claim(s) regarding seismic data, if any.

2. The Parties agree to continue the Seismic Data Discussion, including holding a meeting the week of March 28, 2022 (unless such meeting is rescheduled or cancelled upon the Parties' mutual agreement).

3. This Stipulation may not be modified, amended, or vacated other than by a signed writing executed by the Parties.

4. Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party.

5. Entry into this Stipulation is without prejudice to the Parties' rights, arguments, claims or defenses for all purposes.

6. The Parties agree that this Court shall retain jurisdiction to interpret, implement and enforce the provisions of this Stipulation.

Dated: March 25, 2022
Houston, Texas

| | |
|---|---|
| /s/ Alfredo R. Pérez | /s/ Robin Russell |

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email: Alfredo.Perez@weil.com
     Clifford.Carlson@weil.com

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
Email: Matt.Barr@weil.com
     Jessica.Liou@weil.com

*Attorneys for the Plan Administrator and certain Post-Effective Date Debtors*

HUNTON ANDREWS KURTH LLP
Robin Russell (17424001)
Catherine Diktaban (24109810)
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone:   (713) 220-4086
Email: rrussell@HuntonAK.com
     cdiktaban@HuntonAK.com

*Attorneys for the Apache Parties*

 /s/ Jason S. Brookner
GRAY REED & MCGRAW LLP
Jason S. Brookner (24033684)
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:   (469) 320-6132
Email: jbrookner@grayreed.com

*Attorney for GOM Shelf*

**Certificate of Service**

I hereby certify that on March 25, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ Alfredo R. Pérez*
                                                 Alfredo R. Pérez