United States Bankruptcy Court
Southern District of Texas

**ENTERED**

April 01, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.,* | § | **Case No. 20-33948 (MI)** |
| | § | |
| Post-Effective Date Debtors.[1] | § | **(Jointly Administered)** |
| | § | Re: Docket Nos. 1489, 1751 |

### STIPULATION AND ORDER BETWEEN AND AMONG QUARTERNORTH ENERGY LLC, THE PLAN ADMINISTRATOR, THE FWE I SOLE MANAGER, AND ENERGY TRANSFER RESOLVING ADJOURNED CURE DISPUTE

This stipulation and order (the "**Stipulation and Order**") is entered into between and among (i) QuarterNorth Energy LLC ("**QuarterNorth**"), (ii) the Plan Administrator of the above-captioned cases, (iii) Jon Graham, solely in his capacity as the sole manager of GOM Shelf LLC and FW GOM Pipeline (the "**FWE I Sole Manager**"), and (iv) Sea Robin Pipeline Company, LLC, West Cameron Dehydration Company, L.L.C., Florida Gas Transmission, LLC, Stingray Pipeline Company, L.L.C., Trunkline Gas Company, LLC and Trunkline Field Services LLC (collectively, "**Energy Transfer**", and together with QuarterNorth, the Plan Administrator, and the FWE I Sole Manager, the "**Parties**").[2]  The Parties hereby stipulate and agree as follows:

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan (as defined herein).

WHEREAS, commencing on August 3, 2020 (the "**Petition Date**"), each of the Debtors filed a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**");

WHEREAS, prior to the Petition Date, Fieldwood posted the following cash deposits, which are currently held by Energy Transfer: $775,000 with Sea Robin Pipeline Company, LLC (the "**Sea Robin Deposit**"); $200,000 with Trunkline Gas Company, LLC (the "**Trunkline Deposit**"); $150,000 with Florida Gas Transmission Company (the "**Florida Gas Deposit**"); and $127,000 with Stingray Pipeline Company, L.L.C. (the "**Stingray Deposit**", and together with the Sea Robin Deposit, the Trunkline Deposit, and the Florida Gas Deposit, the "**Energy Transfer Cash Deposits**");

WHEREAS, Energy Transfer filed proofs of claim nos. 1, 8, 9, 10,[3] 95, 96, 98, 100, and 102 (as amended, supplemented, or modified, the "**Energy Transfer Proofs of Claim**"), which assert, in aggregate, that Energy Transfer is owed $231,852.29[4] in connection with the executory contracts to which it is a party;

WHEREAS, Fieldwood Energy III LLC[5] ("**Fieldwood**") and/or Fieldwood Energy Offshore LLC on the one hand, and one or more Energy Transfer entities, on the other, are party to various agreements which are identified on the Schedule of Assumed Contracts for (i) assumption and assignment to QuarterNorth, (ii) allocation to GOM Shelf LLC and/or FW GOM

---

[3] POC No. 10 was resolved by that certain *Ongoing Trade Agreement for Unsecured Trade Creditor* entered into between the Post-Effective Date Debtors, QuarterNorth and West Cameron Dehydration Company, L.L.C. on December 2, 2021.
[4] The individual breakdown of the amounts asserted in the Energy Transfer Proofs of Claim is as follows: POC No. 1 ($2,624.09); POC No. 8 (contingent/unliquidated); POC No. 9 (contingent/unliquidated); POC No. 10 ($9,401.16); POC No. 95 (contingent/unliquidated); POC No. 96-2 (amending POC No. 96-1, $187,555.01); POC No. 98 (contingent/unliquidated); POC No. 100 ($1,422.55); POC No. 102 ($30,849.48).
[5] As contemplated by the Plan, Fieldwood Energy LLC changed its name to Fieldwood Energy III LLC following a Divisive Merger pursuant to the Initial Plan of Merger.

Pipeline, Inc., as applicable, or (iii) allocation to Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, or Fieldwood Energy Inc., as applicable, pursuant to the terms of the Debtors' *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* (ECF No. 2008) (the "**Plan**");

WHEREAS, the Debtors' proposed Cure Amount listed for each agreement on the Schedule of Assumed Contracts is $0;

WHEREAS, on June 4, 2021, Energy Transfer filed an *Objection to Notice to Contract Parties to Executory Contracts and Unexpired Leases of the Schedule of Assumed Contracts and Cure Amounts and Reservation of Rights* (ECF No. 1489), objecting to the Debtors' proposed $0 Cure Amount for each of the agreements listed on the Schedule of Assumed Contracts (the "**Energy Transfer Cure Dispute**");

WHEREAS, Fieldwood and/or Fieldwood Energy Offshore LLC on the one hand, and one or more Energy Transfer entity, on the other, are party to multiple executory contracts (all such executory contracts, collectively, the "**Energy Transfer Agreements**");

WHEREAS, in connection with entry of the Confirmation Order, the Debtors and Energy Transfer agreed that all determinations with respect to which Energy Transfer Agreements the Debtors would assume, assume and assign, or reject, other than a determination with respect to the Stingray OOA, would be reserved pending resolution of the Energy Transfer Cure Dispute;

WHEREAS, on June 25, 2021, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* (ECF No. 1751) (the "**Confirmation Order**"), confirming the Debtors' Plan;

3

WHEREAS, pursuant to paragraph 38 of the Confirmation Order and Section 8.2 of the Plan, and subject to paragraph 73 of the Confirmation Order, the Debtors and Energy Transfer agreed to adjourn the hearing on the Energy Transfer Cure Dispute to a time after the Confirmation Hearing;

WHEREAS, pursuant to paragraph 73 of the Confirmation Order, Energy Transfer's valid setoff or recoupment rights, if any, with respect to the Energy Transfer Cash Deposits are preserved pending resolution of the Energy Transfer Cure Dispute;

WHEREAS, that certain *Ownership and Operating Agreement for Stingray Pipeline Separation Facilities* (the "**Stingray OOA**"), to which Fieldwood and Energy Transfer are party, was rejected on the Effective Date pursuant to Section 8.1 of the Plan, and Energy Transfer asserted a rejection damages claim in the amount of $84,567.30 (the "**Stingray Rejection Damages Claim**");

WHEREAS, the Parties have negotiated in good faith to resolve the Energy Transfer Cure Dispute and the Stingray Rejection Damages Claim on the terms and conditions set forth in this Stipulation and Order.

**NOW, THEREFORE,** in consideration of the foregoing recitals, which are incorporated into this Stipulation and Order, the Parties hereby stipulate and agree as follows**:**

1.      Adequate assurance of future performance of each of the Energy Transfer Agreements set forth on **Exhibit A** hereto (collectively, the "**Assumed Energy Transfer Agreements**") has been provided.

2.      The total aggregate Cure Amount for the Assumed Energy Transfer Agreements is $194,791.97, which Cure Amount shall be apportioned among the Assumed Energy Transfer Agreements and payable by the applicable entities as set forth on **Exhibit A** hereto.

4

3.      Upon the Bankruptcy Court's approval and entry of this Stipulation and Order, (i) the Assumed Energy Transfer Agreements shall be deemed assumed and assigned or allocated, as applicable, as of the Effective Date of the Plan pursuant to the terms of the Plan Documents, which include the Confirmation Order and the Plan, and (ii) the Energy Transfer Cure Dispute shall be deemed resolved.

4.      Upon the Bankruptcy Court's approval and entry of this Stipulation and Order, the Energy Transfer Agreements set forth on **Exhibit B** (the "**Rejected Energy Transfer Agreements**") hereto shall be deemed rejected as of the Effective Date of the Plan.

5.      Upon the Bankruptcy Court's approval and entry of this Stipulation and Order, in full and complete satisfaction of the Stingray Rejection Damages Claim, Energy Transfer shall be authorized to set off $84,567.30 against the $127,000 in the Stingray Deposit, leaving a balance of $42,432.70 in the Stingray Deposit.

6.      Energy Transfer shall have until thirty (30) days after approval and entry of this Stipulation and Order (*i.e.*, the Cure Dispute Rejection Damages Bar Date) to file with the Bankruptcy Court any proof of claim for damages arising from the rejection of the Rejected Energy Transfer Agreements, except for any damages relating to the rejection of the Stingray OOA which have been fully and finally satisfied and released pursuant to this Stipulation and Order.  Energy Transfer shall serve a copy of any proof of claim filed on counsel for the Plan Administrator on or before the Cure Dispute Rejection Damages Bar Date.  For the avoidance of doubt, other than as set forth in the immediately preceding sentence, Energy Transfer is barred from filing any proofs of claim for rejection damages arising from any Energy Transfer Agreement.

7.     The Energy Transfer Cash Deposits may only be used to set off valid, undisputed amounts that become due after the Effective Date and solely in accordance with the terms of the applicable Assumed Energy Transfer Agreement.

8.     Upon entry of this Stipulation and Order, each of the Energy Transfer Proofs of Claim shall be deemed fully satisfied and released and Prime Clerk, LLC shall be authorized and directed to remove the Energy Transfer Proofs of Claim from the official claims register.

9.     This Stipulation and Order shall not be modified, altered, amended or supplemented except by a writing executed by all Parties through their authorized representatives.

10.     The terms and conditions of this Stipulation and Order shall be immediately effective and enforceable upon entry by the Bankruptcy Court.

11.     The Bankruptcy Court retains jurisdiction over all matters related to this Stipulation and Order.

**IT IS SO ORDERED.**

Signed:  April 01, 2022

Marvin Isgur
United States Bankruptcy Judge

IN WITNESS WHEREOF, this Stipulation and Order has been executed and delivered as of the day and year first below written.

Dated: March 31, 2022

<table>
<tr>
<td>

/s/ Yelena Archiyan
**KATTEN MUCHIN ROSENMAN LLP**
John E. Mitchell, SBN: 00797095
Michaela C. Crocker SBN: 24031985
Yelena Archiyan SBN: 24119035
2121 N. Pearl St., Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
john.mitchell@katten.com
michaela.crocker@katten.com
yelena.archiyan@katten.com

*Counsel for Energy Transfer*

 -and-

/s/ Joseph R. Dunn
**MINTZ LEVIN COHN FERRIS GLOVSKY &
POPEO, PC**
Joseph R. Dunn (admitted pro hac vice)
Abigail V. O'Brient (admitted pro hac vice)
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501
Email: JRDunn@mintz.com
AOBrient@mintz.com

*Attorneys for the Plan Administrator and certain
Post-Effective Date Debtors*

</td>
<td>

/s/ Jessica Liou
**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
Clifford.Carlson@weil.com

 -and-

**WEIL, GOTSHAL & MANGES LLP**
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
Jessica.Liou@weil.com

*Attorneys for QuarterNorth Energy LLC*

 -and-

/s/ Jon Graham
Jon Graham, solely in his capacity as Sole
Manager of the Post-Effective Date FWE I
Subsidiaries

</td>
</tr>
</table>

**EXHIBIT A**

Assumed Energy Transfer Agreements

| # | Date | Category | Contract Description | Known Contract Counterparties | Cure Amount | Applicable Entity | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | FW I | QNE | FW III |
| 865 | 12/1/2013 | Marketing - Transportation | Searobin East - Rertrgrade-Flash- Transport, IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company – 2683 | Fieldwood Energy LLC and Sea Robin Pipeline Company | $1,032.64 | x | | |
| 866 | 12/1/2013 | Marketing - Transportation | Searobin West Transprt, IT max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company – 2666 | Fieldwood Energy LLC and Sea Robin Pipeline Company | $16,626.62 | x | | x |
| 867 | 12/1/2013 | Marketing - Transportation | Searobin West PTR Transprt, max rate - all receipt points by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company – 2669 | Fieldwood Energy LLC and Sea Robin Pipeline Company | $0.00 | x | | |
| 868 | 12/1/2013 | Marketing - Transportation | Searobin Retrograde contract. IT max rate by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company – 2680 | Fieldwood Energy LLC and Sea Robin Pipeline Company | $716.88 | x | | x |
| 869 | 12/1/2013 | Marketing - Transportation | Searobin East - Transport, IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company – 2669 | Fieldwood Energy LLC and Sea Robin Pipeline Company | $52,583.70 | x | | |
| 870 | 8/1/2018 | Marketing - Gathering | IT Retrograde contract Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company | $0.00 | x | x | |
| 871 | 12/1/2013 | Marketing - Transportation | Searobin East - PTR - Transport, IT max Rate. by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company – 2682 | Fieldwood Energy LLC and Sea Robin Pipeline Company | $23,262.74 | x | | |
| 872 | 12/1/2013 | Marketing - Transportation | Searobin East - PTR Transport, IT Discount Life of reserves at ST 292 (FW production- GI 116, ST 295) by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy LLC and Sea Robin Pipeline Company | $0.00 | x | x | |
| 879 | 2/1/2018 | Marketing - Transportation | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC | $9,795.65 | x | | |
| 881 | 5/1/2001 | Marketing - Separation & Stabilization | Retrograde Condensate Separation by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC | $1,313.69 | x | | |
| 884 | 10/1/2004 | Marketing - Transportation | Liquid Hydrocarbons Injector by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC | $0.00 | x | | |
| 888 | 1/19/2012 | Marketing - Separation & Stabilization | Liquid Hydrocarbon Separation Agreement by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC | $0.00 | x | | |
| 890 | 5/1/2015 | Marketing - Transportation | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC | $0.00 | x | | |
| 893 | 5/5/2006 | Marketing - Transportation | LTA by and between Fieldwood Energy LLC and Sea Robin Pipeline Company, LLC and Sea Robin Pipeline Company, LLC | Fieldwood Energy LLC and Sea Robin Pipeline Company, | $0.00 | x | | |

| # | Date | Category | Contract Description | Known Contract Counterparties | Cure Amount | FW I | QNE | FW III |
|---|------|----------|---------------------|------------------------------|-------------|------|-----|--------|
| | | | | LLC | | | | |
| 918 | 1/1/2012 | Marketing - Transportation | Stingray - HI 350, WC 144 WC269 $.10 discount. Reserve Dedicaton agreement 310074 by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating) | Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) | $0.00 | x | | |
| 919 | 12/1/2003 | Marketing - Transportation | Stingray Reserve Dedication VR Block 326 $.10 by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) and Stingray Pipeline Company LLC (MCP Operating) – 103047 | Fieldwood Energy LLC and Stingray Pipeline Company LLC (MCP Operating) | $0.00 | x | | |
| 921 | 1/1/2010 | Marketing – Transportation | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC and Stingray Pipeline Company LLC | Fieldwood Energy LLC and Stingray Pipeline Company LLC | $0.00 | x | | |
| 922 | 2/1/1995 | Marketing – Transportation | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC and Stingray Pipeline Company LLC | Fieldwood Energy LLC and Stingray Pipeline Company LLC | $0.00 | x | | |
| 923 | 1/1/2012 | Marketing – Transportation | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC and Stingray Pipeline Company LLC | Fieldwood Energy LLC and Stingray Pipeline Company LLC | $0.00 | x | | |
| 1064 | 10/1/2011 | Marketing - Transportation | Searobin West Pipeline - sandridge /Dynamic IT transport plus Discount letter for SMI 142 and SMI 40 by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company | $11.96 | | x | |
| 1065 | 10/1/2011 | Marketing - Transportation | Searobin Pipeline - sandridge /Dynamic IT transport by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company – 2325 | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company | $0.00 | x | | |
| 1067 | 8/1/2012 | Marketing - Transportation | Searobin West Discounted Trans =.1758 plus Discounted Gathering .0642 = total discounted rate - $.24 - Discount only for SMI 39 & EI 337 by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company | $0.00 | | | x |
| 1070 | 10/1/2011 | Marketing - Transportation | Searobin West Pipeline - sandridge /Dynamic IT Retrograde by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company | $0.00 | | x | |
| 1071 | 10/1/2011, disocunt letter 9/16/2011 | Marketing - Transportation | Searobin WestIT PTR Contract for Discount SMI 142 and SMI 40 by and between Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Fieldwood Energy Offshore, LLC and Sea Robin Pipeline Company | $0.12 | | x | |
| 1625 | 2/23/2017 | Marketing - Pipeline Transport | Stingray Precedent Agreement by and between Stingray Pipeline Company L.L.C. and Fieldwood Energy LLC | Stingray Pipeline Company L.L.C. and Fieldwood Energy LLC | $0.00 | x | | x |
| 1981 | 8/28/1998 | Marketing - Connection Agreement | Meter 82634 - Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company, LLC | $0.00 | x | | |
| 1982 | Undated | Marketing - Connection Agreement | Meter 80416 - Pipeline Interconnect Agreement | SEA Robin Pipeline Company, LLC | $0.00 | x | | |
| 1983 | 4/2/2015 | Marketing - Connection Agreement | Meter 80261 - Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company, LLC | $19,411.65 | x | | |

| # | Date | Category | Contract Description | Known Contract Counterparties | Cure Amount | FW I | QNE | FW III |
|---|------|----------|---------------------|-------------------------------|-------------|------|-----|--------|
| 1984 | 9/10/2014 | Marketing - Connection Agreement | Meter 82507 - Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company, LLC | $0.00 | x | | |
| 1985 | 9/26/2002 | Marketing - Connection Agreement | Water Saturated Gas Agreement | SEA Robin Pipeline Company, LLC | $0.00 | x | | |
| 1986 | 12/1/2006 | Marketing - Connection Agreement | Meter 94042 - Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company, LLC | $17,594.55 | x | | |
| 1987 | 10/30/1998 | Marketing - Connection Agreement | Measurement Service Agreement for Measurement Facilities at SMI 39 | SEA Robin Pipeline Company, LLC | $4,189.73 | | | x |
| 1988 | 2/1/2008 | Marketing - Connection Agreement | Meter 94124 - Facilities Interconnect and Reimbursement Agreement | SEA Robin Pipeline Company, LLC | $13,577.67 | x | | |
| 1989 | 11/1/2006 | Marketing - Processing | K112032 - Dehydration Agreement | West Cameron Dehydration Company, LLC | $3,936.76 | | x | |
| 1990 | 12/1/2013 | Marketing - Transportation | Florida Gas Transmission - SP - Pooling agreement K 115545 | Fieldwood Energy LLC and Florida Gas Transmission Company LLC | $0.00 | x | | x |
| 1991 | 12/1/2013 | Marketing - Transportation | Florida Gas Transmission - ITS-WD (western division) agreement K 115548 | Fieldwood Energy LLC and Florida Gas Transmission Company LLC | $0.00 | x | | x |
| 1992 | 12/1/2013 | Marketing - Transportation | Florida Gas Transmission - ITS-Market Area - agreement K 115546 | Fieldwood Energy LLC and Florida Gas Transmission Company LLC | $0.00 | x | | x |
| 1993 | 12/1/2013 | Marketing - Transportation | Trunkline Gas company, LLC - IT -29561 - interruptible Agreement | Fieldwood Energy LLC and Trunkline Gas Company, LLC | $0.00 | x | | |
| 1994 | 12/1/2013 | Marketing - Transportation | Trunkline Gas company, LLC - IT -29562 - interruptible Pooling West-LA | Fieldwood Energy LLC and Trunkline Gas Company, LLC | $0.00 | x | | |
| 1995 | 12/1/2013 | Marketing - Transportation | Trunkline Gas company, LLC - IT -29570 - interruptible Pooling East0LA | Fieldwood Energy LLC and Trunkline Gas Company, LLC | $30,713.59 | x | | |
| 1996 | 11/11/2018 | Marketing - Transportation | IT Retrograde contractTransport Contract by and between Fieldwood EnergyLLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company IT-NRCM S-3219 | IT Retrograde contractTransport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company | $0.00 | x | x | |
| 1997 | 12/1/2013 | Marketing - Transportation | Master ITS Flash contract 2668 - Searobin West - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Master ITS Flash contract 2668 - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company | $0.00 | x | x | |
| 1998 | 12/1/2013 | Marketing - Transportation | Master POOL - Pooling contract 2667 - Searobin West pooling agreement - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company and Sea Robin Pipeline Company | Master ITS Flash contract 2667 - Transport Contract by and between Fieldwood Energy LLC and Sea Robin Pipeline Company | $0.00 | x | x | |
| 1999 | 12/1/2012 | Marketing - Transportation | Oil Liquids Transportation Agreement LTA Contract No. 310165 | Liquids Transportation Service by and | $24.02 | | x | |

4

| # | Date | Category | Contract Description | Known Contract Counterparties | Cure Amount | FW I | QNE | FW III |
|---|---|---|---|---|---|---|---|---|
| | | | | between Fieldwood Energy Offshore LLC and Stingray Pipeline Company LLC | | | | |
| 2000 | 1/1/2010 | Marketing - Transportation | Oil Liquids Transportation Agreement LTA Contract No. 115976 | Liquids Transportation Service by and between Fieldwood Energy LLC and Stingray Pipeline Company LLC | $0.00 | x | | |
| 2001 | 2/1/1995 | Marketing - Transportation | Oil Liquids Transportation Agreement LTA Contract No. 102710 | Fieldwood Energy LLC and Stingray Pipeline Company LLC | $0.00 | | x | |
| 2002 | 7/30/2009 | Marketing - Transportation | IT Transport Agreement - Stingray Reserve Dedication and Commodity Discount Rate Agreement k 115637 | Fieldwood Energy LLC and Stingray Pipeline Company LLC | $0.00 | | x | |
| 2003 | 12/1/2016 | Marketing - Transportation | Stingray Pipelline Company LLC - IT Transport - 400017 - HI 330 Discount $.10 | Fieldwood Energy LLC and Stingray Pipeline Company LLC | $0.00 | x | x | |
| | | | | **Total** | **$194,791.97** | | | |

5

**EXHIBIT B**
Rejected Energy Transfer Agreements

| Date | Category | Contract Description | Known Contract Counterparties |
|---|---|---|---|
| 3/6/1974 | Marketing - Operations, Management & Ownership Agreements | Ownership and Operating Agreement - for Stingray Pipeline Separation Facilities – contract # K27094 re: WC 485, WC 269, WC507 | Fieldwood Energy LLC and Stingray Pipeline Company, L.L.C. |
| Unknown | Meter Fee | Meter Fee – contract # 115616 re: VR 326 | Fieldwood Energy LLC and Stingray Pipeline Company, L.L.C. |
| Unknown | Meter Fee | Meter Fee – contract # 115737 re: WC 485 | Fieldwood Energy LLC and Stingray Pipeline Company, L.L.C. |
| 7/1/1997 | Lease of Platform Space | Lease of Offshore Platform Space Gas Measurement Facility, Pipeline Rise, Liquids Scrubber Facility: A-LOPS-SM128 | Fieldwood Energy LLC and Trunkline Gas Company LLC |
| Unknown | Marketing - Operations, Management & Ownership Agreements | Operator agreement by and between GOM Shelf LLC and Florida Gas Transmission | GOM Shelf LLC and Florida Gas Transmission |

United States Bankruptcy Court
Southern District of Texas

In re:                                                                         Case No. 20-33948-mi

Fieldwood Energy LLC                                                           Chapter 11

The Official Committee of Unsecured Cred

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                        User: ADIuser                        Page 1 of 6

Date Rcvd: Apr 01, 2022                     Form ID: pdf002                      Total Noticed: 133

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bandon Oil and Gas GP, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Bandon Oil and Gas, LP, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Dynamic Offshore Resources NS, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy SP LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Offshore LLC, 2000 W. Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Onshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood SD Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | GOM Shelf LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Pipeline LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Processing LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| aty | + | Charles M Rush, 202 Magnate Drive, Lafayette, LA 70508-3830 |
| aty | + | Clark Hill Strasburger, Attn: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| aty | + | Darryl T. Landwehr, 935 Gravier Street, Suite 835, New Orleans, LA 70112-1727 |
| aty | + | Emile Joseph, Jr., Allen & Gooch, P O Box 81129, Lafayette, LA 70598-1129 |
| aty | + | Peter J. Segrist, Carver Darden et al, 1100 Poydras St., Ste 3100, New Orleans, LA 70163-1102 |
| aty | + | Petro Amigos Supply, Inc., c/o Wayne Kitchens, Total Plaza, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| aty | + | Ralph J Kooy, 100 N LaSalle St, Suite #514, Chicago, IL 60602-3551 |
| aty | + | Ronald Savoie, Jackson & Jackson, P.L.L.C., 111 Founders Drive, Suite 400, Baton Rouge, LA 70810-8959 |
| aty | + | William S Piper, 100 N LaSalle St, Suite #514, Chicago, IL 60602-3551 |
| cr | + | A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Aker Solutions Inc., Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037 |
| cr | + | All Aboard Development Corporation, 601 Poydras Street, Suite 1726, New Orleans, LA 70130-6039 |
| cr | + | Anahuac Independent School District, c/o Owen M. Sonik, 1235 North Loop West, Houston, TX 77008-1758 |
| cr | + | Ankor E&P Holdings Corporation, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | Ankor Energy LLC, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| intp | + | Apache Corporation, Hunton Andrews Kurth LLP, Attn: Robin Russell, 600 Travis Street, Suite 4200 Houston, TX 77002-2929 |
| cr | + | Archrock Services, LP, 16666 North Chase Dr., Houston, TX 77060-6014 |
| cr | + | Aspen American Insurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| intp | + | BP Exploration & Production Inc., c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | + | Bay City Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Bedrock Petroleum Consultants, LLC, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | #+ | Brian Cloyd, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | CETCO Energy Services Company, LLC, c/o Rudy Urban, Credit Manager, Cetco Energy Services., LLC, 635 Brake Ridge Court, Seymour, TN 37865 |
| cr | + | Callon Petroleum Company, 2000 W. Sam Houston Parkway S., Suite 2000, Houston, TX 77042, UNITED STATES 77042-3622 |

| | | |
|---|---|---|
| cr | + | Chambers County, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Claboryan Lewis, Broussard & David, 557 Jefferson street, Lafayette, LA 70501-6905 |
| cr | + | Colorado County, c/o John T. Banks, 3301 Northland Drive, Ste. 505, Austin, TX 78731-4954 |
| cr | + | ConocoPhillips Company, c/o Locke Lord LLP, c/o Bradley C. Knapp, 601 Poydras Street, Suite 2660 New Orleans, LA 70130-6032 |
| cr | + | Core Industries, Inc., PO Box 350, Mobile, AL 36601-0350 |
| cr | + | Cortex Business Solutions USA LLC, c/o Sprouse Law Firm, 901 Mopac Expressway South, Building 1, Suite 300 Austin, TX 78746-5883 |
| cr | + | DLS, LLC, P.O. Box 309, Lydia, LA 70569-0309 |
| cr | + | DeepSea Quality Consulting, Inc., c/o Ben L. Aderholt, Coats Rose, P.C., 9 Greenway, Suite 1000 Houston, TX 77046-0900 |
| cr | + | Dickinson Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Discovery Gas Transmission LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Diversified Well Logging, LLC, PC, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Duane Landry, 105 Wild Iris Drive, Evangeline, LA 70537-3203 |
| cr | + | EOG Resources, Inc., c/o Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton St., Ste 1000, Fort Worth, TX 76102-3727 |
| cr | + | EnVen Energy Ventures, LLC, 609 Main Street, Suite 3200, Houston, TX 77002-3276 |
| cr | + | Everest Reinsurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| cr | + | Expro Americas, L.L.C., c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | | Gibson Applied Technology & Enginnering, 1630 Park Ten Place, Suite 206, Houston, TX 77084 |
| cr | + | Gulfstar One LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| intp | + | Helis Oil & Gas Company, LLC, c/o J. David Forsyth, 400 Poydras Street, Suite 2550, New Orleans, LA 70130-3292 |
| cr | + | Ignition Systems & Controls, Inc., c/o Todd Barron Thomason Hudman & Bebout, Attn: Rafael Rodriguez, 3800 E. 42nd Street, Suite 409, Odessa, TX 79762-5928 |
| cr | + | Irongate Rental Services, LLC, c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Island Operating Company Inc, 770 S Post Oak Lane, Suite 400, Houston, TX 77056-6666 |
| cr | + | JX Nippon Oil Exploration (U.S.A.) Limited, c/o GIEGER, LABORDE & LAPEROUSE, L.L.C., 5151 SAN FELIPE, SUITE 750, Houston, TX 77056-3646 |
| intp | + | Jackson Walker LLP, c/o Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| cr | + | Joan Seidler, 412 Happy Trail, San Antonio, TX 78231-1424 |
| op | + | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055-0029 |
| cr | + | LLOG Exploration Company, LLC, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine, New Orleans, LA 70130-6171 |
| cr | #+ | Lewis Andrews, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Lexon Insurance Company and Endurance American Ins, Harris Beach PLLC, c/o Lee E. Woodard, Esq., 333 West Washing St., Ste. 200, Syracuse, NY 13202-5202 |
| cr | + | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC, c/o Lee E. Woodard, 333 West Washington Street, Suite 200 Syracuse, NY 13202-5202 |
| cr | + | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC c/o Lee E. Woodard, 333 West Washington Street, Suite 200, Syracuse, NY 13202 UNITED STATES 13202-9204 |
| cr | + | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802 UNITED STATES OF AMERICA 70821-4064 |
| cr | + | Macquarie Corporate and Asset Funding Inc., c/o John M. Castillo, 130 E Travis Street, Suite 350, San Antonio, TX 78205-1784 |
| cr | + | Magnum Mud Equipment Co., Inc., Post Office Box 4258, Houma, LA 70361, UNITED STATES 70361-4258 |
| cr | + | Marathon Oil Company, c/o Clay M. Taylor, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |
| cr | + | Martin Energy Services LLC, c/o Robert P. Franke, Clark Hill Strasburger, 901 Main St., Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Marubeni Oil & Gas (USA) LLC, Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | McMoran Oil & Gas LLC, 1615 Poydras Street, Suite 600, New Orleans, LA 70112-1238 |
| cr | + | Melvin Sigure, c/o David C. Whitmore, 701 Poydras Street, Suite 4100, New Orleans, LA 70139 UNITED STATES 70139-7773 |
| cr | + | Merit Energy Company, Locke Lord Bissell & Liddell LLP, Attn: Philip Eisenberg, 600 Travis Street, Suite 3400 Houston, TX 77002-2926 |
| cr | + | Noble Energy, Inc., c/o Andrews Myers, PC, 1885 Saint James Place, 15th Floor, Houston, Tx 77056-4175 |
| cr | #+ | Patrick Burnett, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Performance Energy Services, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| intp | | Railroad Commission of Texas, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Red Willow Offshore, LLC, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Regis Southern, c/o Reese Baker, 950 Echo Lane Ste 300, Houston, TX 77024-2824 |
| cr | + | Ryan, LLC, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| cr | + | SBM Gulf Production LLC, c/o Ken Green, Snow Spence Green LLP, P O Box 549, Hockley, TX 77447-0549 |
| cr | + | Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | + | Sheldon Independent School District, c/o Owen M. Sonk, PBFCM, LLP, 1235 N. Loop W., Suite 600, Houston, TX 77008-1772 |
| cr | + | Sheldon Independent School District, et al, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Ste 600, Houston, TX 77008-1772 |
| cr | + | Shell Offshore, Inc., 200 N. Dairy Ashford, Houston, TX 77079-1101 |
| cr | + | Shell Oil Company, c/o Sara M. Keith, 150 N. Dairy Ashford Rd., Building F, Houston, TX 77079-1128 |

| cr | + | Solar Turbines Incorporated, 100 N.E. Adams, Peoria, IL 61629-0001 |
|---|---|---|
| cr | + | Superior Performance, Inc., c/o S. Mayer Law, P.O. Box 6542, Houston, TX 77265, UNITED STATES 77265-6542 |
| intp | + | TC Oil Louisiana, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | TETRA Technologies, Inc., Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, c/o Zachary McKay, Houston, TX 77084-4927 |
| cr | + | TGS AP Investments AS, c/o Andrew A Braun, Geiger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company, c/o Andrew A Braun, Gieger, Laborde & Laperouse, LLC, Suite 4800, 701 Poydras St., New Orleans, LA 70139 US 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company ASA, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| intp | + | Tana Exploration Company, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | Targa Liquids Marketing and Trade, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Targa Midstream Services, LLC, c/o Steven W. Soule, Hall Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Tetra Applied Technologies, Inc., c/o Zachary S. McKay, Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| intp | | Texas General Land Office, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| cr | + | Transcontinental Gas Pipe Line Company, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Trinity Bay Conservation District, c/o Owen M.Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Trunkline Field Services LLC, 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | U.S. Specialty Insurance Company, c/o Locke Lord LLP, ATTN: Philip Eisenberg, 600 Travis Street, Suite 2800, Houston, TX 77002-2914 |
| cr | | Universal Equipment, Inc., c/o Christopher J. Piasecki, Davidson Meaux, Post Office Box 2908, Lafayette, La 70502-2908 |
| cr | + | Valaris plc, Matthew D. Cavenaugh, Jackson Walker LLP, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| cr | + | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | WFS Liquids LLC, c/o Steven W. Soule', Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Walter Oil & Gas Corporation, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine New Orleans, LA 70130-6171 |
| cr | + | West Cameron Dehydration Company, L.L.C., 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | Westerngeco LLC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Williams Field Services-Gulf Coast Company LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| br | + | XCLAIM Inc., XCLAIM Inc., 2261 Market Street #4385, San Francisco, CA 94114-1612 |
| cr | + | Zurich American Insurance Company, c/o Duane Brescia, 720 Brazos Street, Suite 700, Austin, TX 78701-2531 |

TOTAL: 118

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnkatty@aldineisd.org | | |
| | | | Apr 01 2022 20:00:00 | Aldine ISD, Legal Department, 2520 WWThorne Dr., Houston, TX 77073-3406 |
| cr | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Apr 01 2022 20:05:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: SPECK@LAWLA.COM | | |
| | | | Apr 01 2022 20:00:00 | Atlantic Maritime Services, LLC, c/o Stewart F. Peck, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130, UNITED STATES 70130-6041 |
| cr | | Email/Text: toriet@broussardbrothers.com | | |
| | | | Apr 01 2022 20:00:00 | Broussard Brothers, Inc., 501 S. Main St., Abbeville, LA 70510, US |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | | Apr 01 2022 20:00:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, Tx 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | | |
| | | | Apr 01 2022 20:00:00 | Deligans Valves, Inc., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | | Apr 01 2022 20:00:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box |

| | | | | |
|---|---|---|---|---|
| | | | | 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 01 2022 20:00:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Apr 01 2022 20:00:00 | Heartland Compression Services, L.L.C., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 01 2022 20:00:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 01 2022 20:00:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| op | | Email/Text: EBN@primeclerk.com | Apr 01 2022 20:00:00 | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165 |
| cr | + | Email/Text: pwp@pattiprewittlaw.com | Apr 01 2022 20:00:00 | Plains Gas Solutions, c/o Law Ofc Patricia Williams Prewitt, 10953 Vista Lake Ct., Navasota, TX 77868, UNITED STATES 77868-6981 |
| cr | | Email/Text: ar@supremeservices.com | Apr 01 2022 20:00:00 | Supreme Service & Specialty Co. Inc., Attn: Freddy Bourgeois, 204 Industrial Ave. C, Houma, LA 70363 |
| cr | + | Email/Text: n.gault@trendsetterengineering.com | Apr 01 2022 20:00:00 | Trendsetter Engineering, Inc., 10430 Rodgers Road, Houston, TX 77070, UNITED STATES 77070-1642 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Fieldwood Energy III LLC |
| db | | Plan Administrator and Certain Post-Effective Date |
| cr | | 2M Oilfield Group Inc. |
| cr | | A-Port LLC |
| cr | | AGGREKO, LLC |
| cr | | AGI Industries Inc |
| cr | | AGI Packaged Pump Systems |
| cr | | Acadian Contractors, Inc |
| cr | | Ad Hoc Group of Secured Lenders |
| cr | | Anadarko E&P Company |
| cr | | Anadarko Petroleum Corp. |
| cr | | Anadarko U.S. Offshore LLC |
| cr | | Archrock Partners Operating, LLC and Archrock Serv |
| cr | | Aubrey Wild |
| cr | | Berkley Insurance Company |
| cr | | Burlington Resources Offshore |
| cr | | CCG Services (U.S.) Inc. |
| cr | | CGG Services (U.S.) Inc. |
| cr | | CNOOC Petroleum Offshore U.S.A. Inc. |
| cr | | CTD Legacy LLC |
| intp | | Cantor Fitzgerald Securities, as DIP Agent |
| cr | | Chevron U.S.A. Inc. |
| cr | | Cortland Capital Market Services LLC |
| cr | | Cox Oil, LLC, Cox Operating LLC, Energy XXI GOM, L |
| op | | David M. Dunn, as Plan Administrator |
| cr | | Deep Sea Development Services, Inc., 19219Katy Freeway, Suite 260, Houston, UNITED STATES |
| cr | | Derrick Daniels |

| | |
|---|---|
| cr | Diamond Oil Field Supply Inc |
| cr | Diverse Safety & Scaffolding, LLC |
| intp | Ecopetrol America LLC |
| cr | Ecopetrol America LLC |
| cr | Edward C Stengel |
| cr | Edward Randall, Individually and as Representative |
| intp | Eni Petroleum US LLC |
| intp | Eni US Operating Co. Inc. |
| cr | Enterprise Gas Processing, LLC |
| cr | ExxonMobil Corporation |
| intp | Facilities Consulting Group, LLC |
| cr | Florida Gas Transmission Company, LLC |
| cr | Florida Gas Transmission, LLC, |
| cr | Freeport-McMoRan Oil & Gas LLC |
| cr | Fugro USA Marine, Inc. |
| cr | George Canjar |
| cr | Goldman Sachs Bank USA |
| cr | HB Rentals, LC |
| cr | HCC International Insurance Company PLC |
| cr | HHE Energy Company |
| cr | Halliburton Energy Services, Inc. |
| cr | Hess Corporation |
| cr | Houston Energy Deepwater Ventures I |
| cr | Hunt Oil Company, Chieftain International (U.S.) L |
| cr | ITC Global, Inc. |
| cr | Infinity Valve & Supply LLC |
| cr | Intracoastal Liquid Mud, Inc., UNITED STATES |
| cr | Japex (U.S.) Corp. |
| cr | Jeffrey W Faw |
| cr | John A Sansbury, Jr |
| intp | Kilgore Marine |
| cr | LLOG Energy, L.L.C. |
| cr | LLOG Exploration Offshore, L.L.C. |
| cr | Lavaca County |
| cr | Liberty Mutual Insurance Company |
| cr | Linear Controls, Inc. |
| cr | Live Oak CAD |
| cr | Louisiana Safety Systems, Inc. |
| intp | Manta Ray Offshore Gathering Company, L.L.C. |
| cr | Mark Howard Gillespie |
| cr | Michael Howard Clark |
| cr | Moodys Investors Service, Inc. |
| cr | Multiklient Invest AS |
| cr | NOV Process & Flow Technologies US, Inc. |
| cr | National Oilwell Varco, L.P. |
| intp | Nautilus Pipeline Company, L.L.C. |
| cr | North American Specialty Insurance Company |
| cr | Oceaneering International Inc. |
| cr | Oil States Energy Services, LLC |
| cr | Partco, LLC |
| cr | Philadelphia Indemnity Insurance Company |
| cr | Process Piping Materials, Inc. |
| intp | QuarterNorth Energy LLC and certain of its affilia |
| cr | R360 Environmental Solutions, LLC |
| intp | RLI Insurance Company |
| cr | Renaissance Offshore, LLC |
| cr | Republic Helicopters, Inc. |
| cr | Ridgewood Energy Corporation |
| cr | Rio Grande City CISD |
| crcm | SLTL Ad Hoc Committee |
| cr | SM Energy Company |
| cr | Samson Contour Energy E & P, LLC |
| cr | Samson Offshore Mapleleaf, LLC |

| cr | | Sea Robin Pipeline Company, LLC |
|----|----|----|
| cr | | Shell GOM Pipeline Company, LLC |
| cr | | Shell Pipeline, LLC |
| cr | | Sirius America Insurance Company |
| cr | | Sparrows Offshore, LLC |
| cr | | Starr County |
| cr | | State of Louisiana, Department of Natural Resource |
| cr | | Stingray Pipeline Company, LLC |
| intp | | Subsea 7 LLC |
| cr | | Superior Energy Services, L.L.C. |
| cr | | Talos Energy Inc. |
| cr | | Talos Energy LLC |
| cr | | Texaco Inc. |
| cr | | The Hanover Insurance Company |
| cr | | The Louisiana Land & Exploration Company |
| crcm | | The Official Committee of Unsecured Creditors |
| cr | | Toys O'Neil |
| cr | | Travelers Casualty and Surety Company of America |
| cr | | Trunkline Gas Company, LLC |
| cr | | U.S. Department of the Interior |
| cr | | Union Oil Company of California |
| cr | | Unocal Pipeline Company |
| cr | | Valero Marketing and Supply Company |
| cc | | Valero Marketing and Supply Company |
| cr | | W&T Energy VI, LLC |
| cr | | W&T Offshore, Inc. |
| cr | | Warrior Energy Services Corporation |
| cr | | Welltec, Inc. |
| cr | | Wild Well Control, Inc. |
| cr | | Workstrings International, LLC |
| cr | | XH LLC |
| cr | | XL Specialty Insurance Co |
| cr | | XL Systems, L.P. |
| cr | | XTO Energy, Inc. |
| cr | | XTO Offshore, Inc. |
| db | *+ | Fieldwood Energy Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cd | *+ | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cr | ##+ | Milorad Raicevic, 3701 Kirby Drive, Suite 1000, Houston, TX 77098-3928 |

TOTAL: 125 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022                          Signature:        /s/Joseph Speetjens