## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-33948 |
| Fieldwood Energy LLC, *et al.*, | § | |
| | § | Chapter 11 |
| Debtors. | § | |

### United States' Expedited Motion to Withdraw
### Richard A. Kincheloe as Counsel

**Pursuant to BLR 9013-1:**

**This motion seeks an order that may adversely affect you.  If you oppose the motion, you should immediately contact the moving party to resolve the dispute.  If you and the moving party cannot agree, you must file a response and send a copy to the moving party.  You must file and serve your response within 21 days of the date this was served on you.  Your response must state why the motion should not be granted.  If you do not file a timely response, the relief may be granted without further notice to you.   If you oppose the motion and have not reached an agreement, you must attend the hearing.  Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**Expedited relief has been requested.  If the Court considers the motion on an expedited basis, then you will have less than 21 days to answer.  If you object to the requested relief or if you believe that the expedited consideration is not warranted, you should file an immediate response.**

The United States moves to withdraw Richard A. Kincheloe as counsel.

Richard A. Kincheloe appears as counsel to the United States because he assisted with the filing of an application for admission *pro hac vice*.  J. Zachary Balasko is counsel for the United States.

Mr. Kincheloe is resigning the U.S. Attorney's Office for the Southern District of Texas effective May 12, 2022.  It is no longer appropriate for Mr. Kincheloe to appear on the docket as counsel for the United States.

The United States requests that the Court enter an order withdrawing Mr. Kincheloe as counsel to the United States.

Dated: April 28, 2022

Respectfully submitted,

JENNIFER B. LOWERY,
United States Attorney

By:    *s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
Texas Bar No. 24068107
S.D. Tex. ID No. 1132346
1000 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9422
Facsimile: (713) 718-3033
Email:  Richard.Kincheloe@usdoj.gov
**Attorney for the United States**

## Certificate of Service

The undersigned certifies that he served a true and correct copy of the foregoing Motion on the parties receiving ECF notification in this case on April 28, 2022, by ECF notice.

*s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney