IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:** § | |
| § | Case No. 20-33948 |
| **Fieldwood Energy LLC,** *et al.*, § | |
| § | Chapter 11 |
| **Debtors.** § | |

Order

The Court has considered the United States' motion to withdraw Richard A. Kincheloe as counsel, and the Court finds that it should be granted. It is therefore

**ORDERED THAT:**

1. Richard A. Kincheloe is fully withdrawn as counsel.

2. J. Zachary Balasko remains counsel for the United States

Signed this _____ day of _____, 2022.

_____

Marvin Isgur
United States Bankruptcy Judge