United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 09, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-33948 |
| **Fieldwood Energy LLC**, *et al.*, | § | |
| | § | Chapter 11 |
| Debtors. | § | |

## Order

The Court has considered the United States' motion to withdraw Richard A. Kincheloe as counsel, and the Court finds that it should be granted. It is therefore

**ORDERED THAT:**

1. Richard A. Kincheloe is fully withdrawn as counsel.

2. J. Zachary Balasko remains counsel for the United States

Signed: May 06, 2022

_____
Marvin Isgur
United States Bankruptcy Judge