## EXHIBIT B

## Confidential Exhibits

| Exhibit No. | Description |
|---|---|
| A | BP's Notice of Intention to Arbitrate and Supporting Exhibits |
| B | QuarterNorth's Notice of Intention to Arbitrate and Supporting Exhibits |
| C | Chart Comparing the Rule 2004 Requests and QuarterNorth's Notice of Intention to Arbitrate |