# BP EXHIBIT B

FILED UNDER SEAL AT DKT.
NO. 2488-1-4

