# BP EXHIBIT  C

FILED UNDER SEAL AT DKT.
NO. 2488-5-9



BP
Exhibit C
Case No. 20-33498-MI