# BP EXHIBIT D

FILED UNDER SEAL AT DKT. NO. 2488-10

