**To:** Scott, Danielle[Danielle.Scott@bp.com]
**From:** Nathan Vaughn[Nathan.Vaughn@qnenergy.com]
**Sent:** Mon 9/20/2021 4:39:43 PM (UTC)
**Subject:** Genovesa

Case 20-33948 Document 2496-8 Filed in TXSB on 06/03/22 Page 1 of 1

Danielle:

As you may know, the BDSV has finally started working and as such, Genovesa came back online on Sunday.

However, it came back online to a curtailment scenario, limiting us to about [Redacted] boepd, owing to work on the FGC which is likely to persist through the week.

While I understand that MC 519 is behind Host Leases, we are ahead of 3rd party production (i.e. Calliope). My understanding is that Calliope is currently producing, however, according to the PHA MC 519 should have priority over Calliope Production and as such, MC 519 should be afforded the opportunity to ramp all the way up before Calliope can produce.

Can you please check on this and let me know if I am missing anything?

Thanks

Nathan



**Nathan Vaughn**
Sr. Deepwater Land Advisor
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

Office: 713-969-1085

Nathan.Vaughn@qnenergy.com
www.quarternorthenergy.com



BP Exhibit H
Case No. 20-33498-MI