**Exhibit 1**

**PSA**

*Confidential — Filed Under Seal*