UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

### PLAN ADMINISTRATOR'S SECOND OMNIBUS NOTICE OF SATISFACTION OF CERTAIN CLASS 6A UNSECURED TRADE CLAIMS

**PLEASE TAKE NOTICE** that, on June 25, 2021, the Honorable Marvin Isgur, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas, entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] confirming the *Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1742] (including any exhibits and schedules thereto and as may be further amended, supplemented, or modified, including at Docket No. 2008, the "Plan").[2] The Effective Date of the Plan occurred on August 27, 2021. *See* Docket No. 2016.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with section 4.6 of the Plan, the Unsecured Trade Creditors identified in **Schedule 1** hereto entered into certain Trade

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Plan.

1

Agreements and stipulations with, *inter alia*, the Plan Administrator, pursuant to which the Class 6A Claims of such Unsecured Trade Creditors, as identified in **Schedule 1**, have been satisfied and withdrawn by agreement.

Dated: June 7, 2022

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
bwallen@pszjlaw.com

-and-

Kristopher M. Hansen (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
Gabriel Sasson (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6000
krishansen@paulhastings.com
kenpasquale@paulhastings.com
gabesasson@paulhastings.com
jackiaffaldano@paulhastings.com

*Counsel for the Plan Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2022, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases, as well as upon the parties identified in Schedule 1 hereto.

*/s/ Michael D. Warner*
Michael D. Warner, Esq.

## Schedule 1

| CLAIMANT NAME | CLAIM/ SCHEDULE NUMBER | DEBTOR | TOTAL ASSERTED | DATE OF TRADE AGREEMENT | DATE OF STIPULATION | DATE OF PAYMENT |
|---|---|---|---|---|---|---|
| AXIS OILFIELD RENTALS, LLC | 350 | Fieldwood Energy LLC | $19,600.00 | 1/26/2022 | 1/26/2022 | 4/6/2022 |
| CORE LABORATORIES LP | 352 | Fieldwood Energy LLC | $470,589.08 | 12/3/2021 | 12/3/2021 | 4/1/2022 |
| DIAMOND OIL FIELD SUPPLY, INC. | 304 | Fieldwood Energy LLC | $56,101.73 | 1/26/2022 | 1/26/2022 | 4/1/2022 |
| FORCE POWER SYSTEMS, L.L.C. | 672 | Fieldwood Energy LLC | $41,433.56 | 12/22/2021 | 12/22/2021 | 1/25/2022 |
| GULF LAND STRUCTURES, LLC | 229 | Fieldwood Energy LLC | $55,970.31 | 1/26/2022 | 1/26/2022 | 4/1/2022 |
| LOUISIANA MACHINERY COMPANY, LLC | 590 | Fieldwood Energy LLC | $45,602.83 | 12/22/2021 | 12/22/2021 | 1/25/2022 |
| MAERSK TRAINING, INC. | 149 | Fieldwood Energy LLC | $133,020.00 | 12/16/2021 | 12/16/2021 | 4/1/2022 |
| PRECISION RENTAL SERVICES, LLC | 4 | Fieldwood Energy LLC | $352,086.02 | 1/26/2022 | 1/26/2022 | 4/5/2022 |
| PROCESS SOLUTIONS & PRODUCTS LLC | 4884784 | Fieldwood Energy LLC | $14,878.88 | 11/12/2021 | 11/12/2021 | 4/1/2022 |
| QUAIL TOOLS, LLC | 239 | Fieldwood Energy LLC | $364,778.68 | 1/26/2022 | 1/26/2022 | 4/1/2022 |

DOCS_NY:45780.1 27968/002

| CLAIMANT NAME | CLAIM/ SCHEDULE NUMBER | DEBTOR | TOTAL ASSERTED | DATE OF TRADE AGREEMENT | DATE OF STIPULATION | DATE OF PAYMENT |
|---|---|---|---|---|---|---|
| SOLAR TURBINES INCORPORATED | 945 | Fieldwood Energy LLC | $2,278,595.79 | 3/25/2022 | 4/25/2022 | 4/1/2022 |
| WELLBORE FISHING & RENTAL TOOLS LLC | 4886609 | Fieldwood Energy LLC | $47,508.75 | 1/24/2022 | 1/24/2022 | 4/1/2022 |