# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, June 7, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Nicole | Bakare | Greenberg Traurig LLP | BP Exploration & Production Inc. |
| Craig | Duewall | Greenberg Traurig LLP | BP Exploration & Production Inc. |
| Craig | Duewall | Greenberg Traurig, LLP | BP Exploration & Production |
| John | Hutton | Greenberg Traurig, LLP | BP Exploration & Production |
| Ryan | Manns | Norton Rose Fulbright US LLP | Shell Energy North America |
| Ryan | Manns | Norton Rose Fulbright US LLP | Shell Offshore Inc. |
| Jerd | Weir | Greenberg Traurig, LLP | BP Exploration & Production |