United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 20-33948 |
| FIELDWOOD ENERGY LLC, *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

## AMENDED ORDER

In the July 9, 2021 hearing, the Court determined that Shell Offshore Inc. and BP Exploration & Production Inc. should not be able to avoid responding to Fieldwood Energy LLC's Federal Rule of Bankruptcy Procedure 2004 requests based on the passage of time:

> I'm perfectly empowered to allow discovery to occur by the Debtor's successor if I caused the delay, so that it couldn't happen. . . . I don't know that I will do that, but the law allows me to order, you know, pre-suit discovery in any event. So let's not get too worried about who's going to be in possession and control of the right to get information. I don't see that what Shell and BP are doing is trying to run out the clock on you. And I think that, if I say that you're entitled to the information, they're going to give it to you.

(ECF No. 2411 at 56–57). QuarterNorth Energy LLC is the assignee of the Genovesa well and any claims or causes of action related to Genovesa. (ECF No. 2019 at 2). The Court has determined that the discovery requests are reasonable. QuarterNorth may serve BP and Shell with the discovery requests in ECF Nos. 1387 and 1388. As the Court indicated at the July 9, 2021 hearing, the Court could potentially order relief under Rule 2004 or Federal Rule of Civil Procedure 27, which is made available under Rule 7027.

For the time being and until further order of this Court, all discovery responses will be held in confidence on a "professional eyes only" basis and therefore may be disclosed only to QuarterNorth's outside counsel and outside consultants and experts. Nothing in this order controls

ACTIVE 65358972v3

or otherwise decides the admissibility of these discovery responses in the arbitration proceedings currently pending between QuarterNorth and BP.

This Amended Order supersedes and replaces the Order entered on May 24, 2022 [Dkt. 2475].

Signed: June 07, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

AGREED AS TO FORM:

*/s/ Craig A. Duewall*
Craig A. Duewall
*Counsel for BP Exploration & Production Inc.*


*Paul R. Genender*
Paul R. Genender
*Counsel for QuarterNorth Energy LLC*


*/s/ Ryan E. Manns*
Ryan E. Manns
*Counsel for Shell Offshore, Inc.*