IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Post-Effective Date Debtors.[1] | § | (Jointly Administered) |
| | § | |

### STIPULATION AND AGREED ORDER REGARDING RECLASSIFICATION AND ALLOWANCE OF CLAIM FILED BY RIVER RENTAL TOOLS LLC

This stipulation and agreement (the "**Stipulation**") is entered into by and among (i) the plan administrator (the "**Plan Administrator**") appointed pursuant to the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [ECF No. 2008] (the "**Plan**")[2] and (ii) River Rental Tools LLC (the "**Claimant**" and together with the Plan Administrator, the "**Parties**"), regarding the reclassification and allowance of Proof of Claim No. 949 (the "**Claim**"). The Parties hereby stipulate and agree as follows:

**WHEREAS**, on June 25, 2021, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [ECF No. 1751] confirming the Plan;

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III, LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtor), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Plan.

WHEREAS, on March 8, 2021, the Claimant filed the Claim, which asserts a secured claim in the amount of $220,470.93 (the "**Filed Secured Claim**") and an unsecured claim in the amount of $285,470.93 (the "**Filed Unsecured Claim**");

WHEREAS, on or about June 2, 2021, Claimant elected on its *Ballot for Voting to Accept or Reject the Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Debtor Affiliates* to have its Filed Unsecured Claim treated as a Class 6A Unsecured Trade Claim;

WHEREAS, the Parties have stipulated and agreed that, subject to the terms hereof, the Filed Secured Claim should be reclassified as a Class 6A Unsecured Trade Claim;

WHEREAS, to fully resolve the Claim, the Parties have agreed to enter into and jointly submit this Stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The recitals set forth above are incorporated herein by this reference as though set forth herein at length.

2. To fully resolve the Claim, the Plan Administrator and the Claimant stipulate and agree that the Claim (both the Filed Secured Claim and the Filed Unsecured Claim) shall be wholly reclassified as a Class 6A Unsecured Trade Claim and allowed in the amount of $495,990.10 (the "**Allowed Claim**"), and further that the Post-Effective Date Debtors shall pay Claimant in accordance with the treatment specified in Section 4.6 of the Plan for holders of Allowed Unsecured Trade Claims in Class 6A.

3. Upon the Bankruptcy Court's approval and entry of this Stipulation, the Allowed Claim shall be satisfied in accordance with the terms of the Plan.

4. This Stipulation shall be effective upon the Bankruptcy Court's approval.

5. The Clerk of Court and Prime Clerk LLC, as claims agent, are hereby authorized to reflect this Stipulation on the docket for the above-referenced case and the claims register for the Chapter 11 Cases.

6. This Stipulation constitutes the entire agreement between the Parties with respect to the matters addressed herein and may not be modified, amended, or vacated except in a writing signed by the Parties.

7. Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party.

8. This Court retains jurisdiction to interpret, implement and enforce the provisions of this Stipulation.

Signed: June 13, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

,

Dated: June 10, 2022
Houston, Texas

| | |
|---|---|
|   /s/ Jessica Liou<br>WEIL, GOTSHAL & MANGES LLP<br>Alfredo R. Pérez (15776275)<br>Clifford W. Carlson (24090024)<br>700 Louisiana Street, Suite 1700<br>Houston, Texas 77002<br>Telephone:  (713) 546-5000<br>Facsimile:   (713) 224-9511<br>Email:  Alfredo.Perez@weil.com<br>        Clifford.Carlson@weil.com<br><br>– and –<br><br>WEIL, GOTSHAL & MANGES LLP<br>Matthew S. Barr (admitted *pro hac vice*)<br>Jessica Liou (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007<br>Email:  Matt.Barr@weil.com<br>        Jessica.Liou@weil.com<br><br>*Attorneys for the Plan Administrator and certain Post-Effective Date Debtors* |   /s/ Joseph P. Briggett<br>LUGENBUHL, WHEATON, PECK,<br>RANKIN & HUBBARD<br>Joseph P. Briggett (La. #33029)<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>Email: jbriggett@lawla.com<br><br>*Attorneys for Claimant* |

4

## Certificate of Service

I hereby certify that on June 10, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/  Jessica Liou*