# **EXHIBIT B**

**Declaration of Jourdan Janik**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Post-Effective Date Debtors | § | |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

### DECLARATION OF JOURDAN JANIK

I, Jourdan Janik, pursuant to 28 U.S.C. Section 1746, declare that the following is true to the best of my knowledge, information, and belief:

1. I am employed as an Offshore Land Negotiator by BP Exploration & Production, Inc., which maintains offices at 501 Westlake Park Boulevard, Houston, Texas 77079.

2. I submit this declaration (the "Declaration") in Support of the "Brief of BP Exploration & Production, Inc. in Support of its Emergency Motion to Alter or Amend May 24 Order Pursuant to Bankruptcy Rule 9023 and in Response to QuarterNorth Energy's LLC's Statement in Support of Bankruptcy Rule 2004 Requests for Production of Documents From BP

---

[1] According to the Post-Effective Date Debtors, the Post-Effective Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Fieldwood Energy LLC (6778), Fieldwood Energy Offshore LLC (4994); Fieldwood Energy Inc. (4991); GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440). Fieldwood Energy III, LLC, Fieldwood Energy Offshore LLC and Fieldwood Energy Inc. are managed by the Plan Administrator, whose primary mailing address is 16255 Ventura Boulevard, Suite 440, Encino, California 91436, c/o Province, LLC. GOM Shelf LLC and FW GOM Pipeline, Inc., (collectively, the "Post-Effective Date FWE I Subsidiaries) are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLc (3489); Fieldwood SD Offshore, LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline, LLC (5703); and Galveston Bay Processing LLC (0422).

Exploration & Production Inc." which is being filed concurrently herewith in the above-referenced case.

3. I was personally involved in the negotiation of the *Purchase and Sale Agreement by and between BP Exploration & Production Inc. and Fieldwood Energy LLC in respect of Mississippi Canyon Block 519* dated May 17, 2019 (the "PSA").

4. Starting in or around the first quarter of 2019, Fieldwood and BP (the "Parties") engaged in months of commercial discussions relating to the Genovesa well. Ultimately, the Parties agreed that Fieldwood would purchase certain of BP's interests in the MC-519 lease including, but not limited to, BP's interest in the Genovesa well.

5. In the weeks leading up to the execution of the PSA, the Parties were represented by counsel and engaged in extensive, arms-length negotiations surrounding the specific terms of the PSA and numerous redlines were exchanged.

6. I hereby declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: June 15, 2022
Houston. Texas

/s/ *Jourdan R Janik*
Jourdan Janik