## **EXHIBIT C**

**Declaration of Jared Weir**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY III LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Post-Effective Date Debtors | § | |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

### DECLARATION OF JARED WEIR

I, Jared Weir, pursuant to 28 U.S.C. Section 1746, declare that the following is true to the best of my knowledge, information, and belief:

1. I am an associate with Greenberg Traurig, LLP, which maintains an office for the practice of law at 2200 Ross Avenue, Suite 5200, Dallas, Texas 75201. I am an attorney at law, duly admitted and in good standing to practice in the State of Texas and I am admitted to practice before the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas.

2. I represent BP Exploration & Production, Inc. in the above-captioned matter.

3. I submit this declaration (the "Declaration") in Support of the "Brief of BP Exploration & Production, Inc. in Support of its Emergency Motion to Alter or Amend May 24

---

[1] According to the Post-Effective Date Debtors, the Post-Effective Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Fieldwood Energy LLC (6778), Fieldwood Energy Offshore LLC (4994); Fieldwood Energy Inc. (4991); GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440). Fieldwood Energy III, LLC, Fieldwood Energy Offshore LLC and Fieldwood Energy Inc. are managed by the Plan Administrator, whose primary mailing address is 16255 Ventura Boulevard, Suite 440, Encino, California 91436, c/o Province, LLC. GOM Shelf LLC and FW GOM Pipeline, Inc., (collectively, the "Post-Effective Date FWE I Subsidiaries) are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLc (3489); Fieldwood SD Offshore, LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline, LLC (5703); and Galveston Bay Processing LLC (0422).

Order Pursuant to Bankruptcy Rule 9023 and in Response to QuarterNorth Energy LLC's Statement in Support of Bankruptcy Rule 2004 Requests for Production of Documents From BP Exploration & Production Inc." which is being filed concurrently herewith in the above-referenced case.

4. I am a part of the team supervising BP's preservation and collection of documents potentially related to the above-captioned matter.

5. Documents for a limited number of BP custodians have been collected and uploaded to a Relativity review platform.

6. Using the Relativity review platform, I ran a search for the term "Manuel" in a deduplicated population of documents dated on or after January 1, 2018, that were collected from a limited number of potentially relevant custodians, and that search returned over 50,000 documents including families. That amounted to over 60 gigabytes of data and included over 4,000 spreadsheets.

7. I hereby declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: June 15, 2022
Dallas, Texas

/s/ Jared Weir
Jared Weir