IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-33948 (MI) |
| | § | |
| FIELDWOOD ENERGY, LLC | § | THE HON. MARVIN ISGUR |
| | § | |
| Debtor | § | CHAPTER 11 |

### REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING AND MAILING LIST

NOW INTO COURT comes David C. Whitmore, attorney for creditor, MELVIN SIGURE, and upon representing to the Court that Mr. Sigure's claims concerning the debtors herein have been resolved, respectfully requests that the undersigned be removed from the Notice of Electronic Filing in this matter as well as from the mailing list applicable herein.

RESPECTFULLY SUBMITTED:

 s/ David C. Whitmore
DAVID C. WHITMORE
S.D. Tex. Federal ID No. 286591
BLAKE JONES LAW FIRM, LLC
701 Poydras Street, Suite 4100
New Orleans, LA  70139
Telephone:  (504) 525-4361
Facsimile:  (504) 525-4380
dcw@nola-law.com

### CERTIFICATE OF SERVICE

I do hereby certify that on the 16th day of June, 2022 copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record that have elected e-notification by operation of the court's electronic filing system.  I further certify that, on the aforementioned date, I also served a copy of the foregoing pleading upon all counsel of record who are non-CM/ECF

participants via facsimile transmission and/or via hand delivery and/or via the United States mail, postage prepaid and properly addressed.

                                       s/ David C. Whitmore