IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | §   CASE NO: 20-33948 |
| FIELDWOOD ENERGY LLC, *et al.*, | § |
|    Debtors. | §   Jointly Administered |
| | §   CHAPTER 11 |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE NOTICES OF APPEAL AND MOTIONS FOR LEAVE TO APPEAL**

Before the Court is BP and Shell's "Unopposed Motion to Extend Time to File Notices of Appeal and Motions for Leave to Appeal" (the "Motion"). (ECF No. __). After considering the Motion, the Court GRANTS the Motion.

Accordingly, the relevant deadlines are extended as follows: BP and Shell may file their Notices of Appeal and Motions for Leave to Appeal related to the Court's June 21, 2022 *Amended Order* (ECF No. 2530) on or before July 26, 2022.

Signed: _____

_____
Marvin Isgur
United States Bankruptcy Judge