# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 20-33948 |
| FIELDWOOD ENERGY LLC, *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE NOTICES OF APPEAL AND MOTIONS FOR LEAVE TO APPEAL

Before the Court is BP and Shell's "Unopposed Motion to Extend Time to File Notices of Appeal and Motions for Leave to Appeal" (the "Motion"). (ECF No. 2537). After considering the Motion, the Court GRANTS the Motion.

Accordingly, the relevant deadlines are extended as follows: BP and Shell may file their Notices of Appeal and Motions for Leave to Appeal related to the Court's June 21, 2022 *Amended Order* (ECF No. 2530) on or before July 26, 2022.

Signed: July 05, 2022

_____
Marvin Isgur
United States Bankruptcy Judge