UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.¹ | § | |

ORDER SUSTAINING PLAN ADMINISTRATOR'S TWELFTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SEEKING TO PARTIALLY DISALLOW CERTAIN CLAIMS

(PARTIALLY SATISFIED CLAIMS)

[Related Docket No. 2491]

Upon the *Plan Administrator's Twelfth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Partially Disallow Certain Claims (Partially Satisfied Claims)* [Docket No. 2491] (the "Objection")² of the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned post-effective date debtors (collectively, the "Debtors,"

---

¹ The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

² Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

DOCS_NY:45856.3 27968/00245856.4 27968/002

as applicable, and after the effective date of their plan of reorganization, the "Post-Effective Date Debtors"), seeking entry of an order (this "Order") partially disallowing the Partially Satisfied Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Partially Satisfied Claim ~~identified as a "Claim To Be Partially Disallowed" on **Schedule 1** to this Order is disallowed~~ is hereby reduced to the ~~extent specified therein~~ amounts indicated in the columns entitled "Modified Secured," "Modified Admin," "Modified Priority," and "Modified Unsecured."

2. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Each claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Partially Satisfied Claim.

4. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

*[Remainder of Page Intentionally Left Blank]*

5. The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2022

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

## **Schedule 1**

DOCS_NY:45856.3 27968/00245856.4 27968/002

**Fieldwood Energy LLC and its affiliated Debtors**
**Case No. 20-33948**

**Schedule 1 - Partially Satisifed Claims**

| CreditorName | Address | Claim # | Debtor Entity | Asserted Secured | Asserted Admin | Asserted Priority | Asserted Unsecured | Asserted Total | Modified Secured | Modified Admin | Modified Priority | Modified Unsecured | Modified Total | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dagen Personnel, LLC | 14002 Fosters Creek Dr Cypress, TX  77429 | 604 | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 8,419.99 | 8,419.99 | 0.00 | 0.00 | 0.00 | 849.40 | 849.40 | Filed claim included $7,570.59 worth of invoices that were satisifed during the contract cure assumption process |
| G.E.O. Heat Exchanger's, LLC | 3650 Cypress Ave St. Gabriel, LA  70776 | 46 | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 127,828.24 | 127,828.24 | 0.00 | 0.00 | 0.00 | 89,100.74 | 89,100.74 | Filed claim included $38,727.50 worth of invoices that were postpetition and paid in the ordinary course |
| HUDSON SERVICES INC | DAIGLE FISSE & KESSENICH JOHN M. DUBREUIL 227 HIGHWAY 21 MADISONVILLE, LA  70447 | 499 | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 159,360.60 | 159,360.60 | 0.00 | 0.00 | 0.00 | 76,772.40 | 76,772.40 | Filed claim included $82,588.20 worth of invoices that were postpetition and paid in the ordinary course |
| PDI Solutions, LLC | Duris L. Holmes 755 Magazine St. New Orleans, LA  70130 | 200 | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 71,060.80 | 71,060.80 | 0.00 | 0.00 | 0.00 | 64,178.20 | 64,178.20 | Filed claim included $6,882.60 worth of invoices that were postpetition and paid in the ordinary course |
| Powerpro Texas, LLC | PO Box 3459 Edinburg, TX 78540 | 181 | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 23,855.00 | 23,855.00 | 0.00 | 0.00 | 0.00 | 12,355.00 | 12,355.00 | Filed claim included $11,500.00 worth of invoices that were postpetition and paid in the ordinary course |
| Relevant Industrial, LLC | 9750 W Sam Houston Pkwy N Ste 190 Houston, TX  77064 | 208 | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 31,266.54 | 31,266.54 | 0.00 | 0.00 | 0.00 | 22,997.54 | 22,997.54 | Filed claim included $8,269 worth of invoices that were postpetition and paid in the ordinary course |
| RPS Group, Inc | 20405 Tomball Parkway, Ste. 200 Houston, TX  77070 | 172 | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 124,758.18 | 124,758.18 | 0.00 | 0.00 | 0.00 | 119,118.18 | 119,118.18 | Incorrect total was stated on face of claim form.  Five invoices totaling $159,538.18 were included in the POC.  One invoice totaling $40,420.00 was for a postpetition invoice and paid in the ordinary course.  Claim reduced to $119,118.18, totaling the |
| TREND SERVICES INC | PO BOX 747 BROUSSARD, LA  70518 | 191 | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 47,954.22 | 47,954.22 | 0.00 | 0.00 | 0.00 | 36,853.14 | 36,853.14 | Filed claim included $11,101.08 worth of invoices that were postpetition and paid in the ordinary course |
| X-Pro, LLC. | PO Box 3585 Houma, LA  70361 | 45 | Fieldwood Energy LLC | 0.00 | 25,024.05 | 0.00 | 257,762.50 | 282,786.55 | 0.00 | 25,024.05 | 0.00 | 193,347.30 | 218,371.35 | Filed claim included $46,614.20 worth of invoices that were postpetition and paid in the ordinary course |