United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 19, 2022
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.¹ | § | |

**STIPULATION AND AGREED ORDER BY AND BETWEEN THE PLAN ADMINISTRATOR AND MICHAEL STEWART MCCLAREN LIQUIDATING CLAIM**

The administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned post-effective date debtors (the "Post Effective Date Debtors," and prior to the effective date of the Plan (defined below), as applicable, the "Debtors") and Michael Stewart McClaren ("Claimant," and together with the Plan Administrator, the "Parties") hereby enter into this stipulation and agreed order (this "Stipulation"), and stipulate and agree as follows:

**WHEREAS**, on August 3, 2020 and August 4, 2020, (the "Petition Dates"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

---

¹ The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

**WHEREAS**, on November 13, 2020, Claimant filed that certain Proof of Claim [Claim No. 373] (the "Claim"), against Debtor Fieldwood Energy LLC based upon royalties owed from February 2018 through September 2018.  The Claim was filed in the unliquidated amount of "+/- $1500." The Claim was filed in the name of "Stewart M. McClaren," due to non-substantive error in the Debtors' records as contained in the prefilled poof of claim form, but the Claim was executed by "Michael Stewart McClaren."

**WHEREAS**, on June 25, 2021, the Bankruptcy Court entered the *Findings of Facts, Conclusions of Law, and Order Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1751] confirming, as modified therein, the *Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* (the "Plan").

**WHEREAS**, on August 27, 2021, the effective date of the Plan occurred and the Debtors filed the *Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors and (II) Occurrence of Effective Date* [Docket No. 2016], and David Dunn of Province, Inc. was appointed to serve as the Plan Administrator pursuant to the Plan.

**WHEREAS**, the Parties have agreed, subject to approval of this Bankruptcy Court, to liquidate the Claim without the need for litigation.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1.   The above recitals are incorporated herein by reference with the same force and effect as if fully set forth hereinafter.

2.      The Claim is hereby liquidated and allowed as a Class 6B general unsecured claim in the amount of $1,500.00.  Claimant shall have no other or further claims of any kind against the Debtors or Post-Effective Date Debtors.

3.      The Plan Administrator, Clerk of Court, and the Debtors' Claims and Noticing Agent are authorized to update the claim register to reflect the terms of this Stipulation.

4.      The Bankruptcy Court retains the exclusive jurisdiction and power to interpret and enforce the terms of this Stipulation.

**IT IS SO ORDERED.**

Signed:  July 19, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

**AGREED TO FORM AND SUBSTANCE**:

Dated: July 18, 2022

| | |
|---|---|
| */s/ Michael D. Warner* | */s/ Michael Stewart McClaren* |
| Michael D. Warner, Esq. | Michael Stewart McClaren |
| (TX Bar No. 00792304) | 6996 S. Poplar Way |
| Benjamin L. Wallen, Esq. | Centennial, CO 80112 |
| (TX Bar No. 24102623) | Telephone: (303) 217-1679 |
| **PACHULSKI STANG ZIEHL & JONES LLP** | Email: msmclaren@aol.com |
| 440 Louisiana Street | |
| Houston, TX 77002 | |
| Telephone: (713) 691-9385 | |
| Facsimile:  (713) 691-9401 | |
| Email:mwarner@pszjlaw.com | |
|         bwallen@pszjlaw.com | |

- and -

Kristopher M. Hansen (admitted *pro hac vice*)
Kenneth Pasquale (admitted *pro hac vice*)
Gabriel Sasson (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6000
Email: krishansen@paulhastings.com
 kenpasquale@paulhastings.com
 gabesasson@paulhastings.com
 jackiaffaldano@paulhastings.com

*Counsel for the Plan Administrator*