UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

In re: Fieldwood Energy Inc.

Debtor(s)

Case No. 20-33949

Lead Case No. 20-33948

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2022

Petition Date: 08/03/2020

Plan Confirmed Date: 06/25/2021

Plan Effective Date: 08/27/2021

This Post-confirmation Report relates to:  ○ Reorganized Debtor

● Other Authorized Party or Entity: Plan Administrator

Name of Authorized Party or Entity

/s/ Joseph R. Dunn
Signature of Responsible Party

07/20/2022
Date

Joseph R. Dunn
Printed Name of Responsible Party

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Ste 300
San Diego, CA 92130
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Fieldwood Energy Inc.    Case No. 20-33949

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $2,730,111 | $46,830,685 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $2,730,111 | $46,830,685 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $27,015,708 | $0 | $27,015,708 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | Weil Gotshal & Manges LLP | Lead Counsel | $0 | $14,775,703 | $0 | $14,775,703 |
| ii | | AlixPartners LLP | Financial Professional | $0 | $1,034,092 | $0 | $1,034,092 |
| iii | | Houlihan Lokey Capital, Inc. | Financial Professional | $0 | $8,892,248 | $0 | $8,892,248 |
| iv | | Jones Walker LLP | Special Counsel | $0 | $759,949 | $0 | $759,949 |
| v | | Stroock & Stroock & Lavan LL | Local Counsel | $0 | $924,918 | $0 | $924,918 |
| vi | | Conway MacKenzie, LLC | Financial Professional | $0 | $468,738 | $0 | $468,738 |
| vii | | Pachulski Stang Ziehl & Jones L | Co-Counsel | $0 | $142,578 | $0 | $142,578 |
| viii | | Mani Little & Wortmann, PLLC | Special Counsel | $0 | $10,213 | $0 | $10,213 |
| ix | | Prime Clerk LLC | Other | $0 | $7,270 | $0 | $7,270 |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |
| xv | | | | | | | |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |

Debtor's Name Fieldwood Energy Inc.                                                                 Case No. 20-33949

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| xxx |  |  |  |  |  |
| xxxi |  |  |  |  |  |
| xxxii |  |  |  |  |  |
| xxxiii |  |  |  |  |  |
| xxxiv |  |  |  |  |  |
| xxxv |  |  |  |  |  |
| xxxvi |  |  |  |  |  |
| xxxvii |  |  |  |  |  |
| xxxvii |  |  |  |  |  |
| xxxix |  |  |  |  |  |
| xl |  |  |  |  |  |
| xli |  |  |  |  |  |
| xlii |  |  |  |  |  |
| xliii |  |  |  |  |  |
| xliv |  |  |  |  |  |
| xlv |  |  |  |  |  |
| xlvi |  |  |  |  |  |
| xlvii |  |  |  |  |  |
| xlviii |  |  |  |  |  |
| xlix |  |  |  |  |  |
| l |  |  |  |  |  |
| li |  |  |  |  |  |
| lii |  |  |  |  |  |
| liii |  |  |  |  |  |
| liv |  |  |  |  |  |
| lv |  |  |  |  |  |
| lvi |  |  |  |  |  |
| lvii |  |  |  |  |  |
| lviii |  |  |  |  |  |
| lix |  |  |  |  |  |
| lx |  |  |  |  |  |
| lxi |  |  |  |  |  |
| lxii |  |  |  |  |  |
| lxiii |  |  |  |  |  |
| lxiv |  |  |  |  |  |
| lxv |  |  |  |  |  |
| lxvi |  |  |  |  |  |
| lxvii |  |  |  |  |  |
| lxviii |  |  |  |  |  |
| lxix |  |  |  |  |  |
| lxx |  |  |  |  |  |
| lxxi |  |  |  |  |  |

Debtor's Name  Fieldwood Energy Inc.                                                        Case No.   20-33949

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $1,246,523 | $0 | $1,246,523 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Mintz Levin Cohn Ferris | Other | $0 | $577,792 | $0 | $577,792 |
| | ii | Province, LLC | Other | $0 | $578,961 | $0 | $578,961 |
| | iii | Shannon Martin Finkelstein | Other | $0 | $61,273 | $0 | $61,273 |
| | iv | Cole Schotz P.C. | Co-Counsel | $0 | $12,985 | $0 | $12,985 |
| | v | O'Melveny & Myers LLP | Special Counsel | $0 | $15,513 | $0 | $15,513 |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)                                    4

Debtor's Name Fieldwood Energy Inc.                                    Case No. 20-33949

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| vii |  |  |  |  |  |
| viii |  |  |  |  |  |
| ix |  |  |  |  |  |
| x |  |  |  |  |  |
| xi |  |  |  |  |  |
| xii |  |  |  |  |  |
| xiii |  |  |  |  |  |
| xiv |  |  |  |  |  |
| xv |  |  |  |  |  |
| xvi |  |  |  |  |  |
| xvii |  |  |  |  |  |
| xviii |  |  |  |  |  |
| xix |  |  |  |  |  |
| xx |  |  |  |  |  |
| xxi |  |  |  |  |  |
| xxii |  |  |  |  |  |
| xxiii |  |  |  |  |  |
| xxiv |  |  |  |  |  |
| xxv |  |  |  |  |  |
| xxvi |  |  |  |  |  |
| xxvii |  |  |  |  |  |
| xxviii |  |  |  |  |  |
| xxix |  |  |  |  |  |
| xxx |  |  |  |  |  |
| xxxi |  |  |  |  |  |
| xxxii |  |  |  |  |  |
| xxxiii |  |  |  |  |  |
| xxxiv |  |  |  |  |  |
| xxxv |  |  |  |  |  |
| xxxvi |  |  |  |  |  |
| xxxvii |  |  |  |  |  |
| xxxvii |  |  |  |  |  |
| xxxix |  |  |  |  |  |
| xl |  |  |  |  |  |
| xli |  |  |  |  |  |
| xlii |  |  |  |  |  |
| xliii |  |  |  |  |  |
| xliv |  |  |  |  |  |
| xlv |  |  |  |  |  |
| xlvi |  |  |  |  |  |
| xlvii |  |  |  |  |  |
| xlviii |  |  |  |  |  |

Debtor's Name Fieldwood Energy Inc.                                                                 Case No. 20-33949

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Fieldwood Energy Inc.  Case No. 20-33949

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $77,411 | $0 | $77,411 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $9,219,256 | $9,655,961 | 95% |
| b. Secured claims | $0 | $0 | $0 | $6,850,000 | 0% |
| c. Priority claims | $0 | $0 | $0 | $250,000 | 0% |
| d. General unsecured claims | $0 | $0 | $583,191 | $1,058,500 | 55% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?  Yes ◯  No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: 12/31/2022

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ◯

Debtor's Name Fieldwood Energy Inc.                              Case No. 20-33949

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/                                                                                   David Dunn
Signature of Responsible Party                                  Printed Name of Responsible Party

Plan Administrator                                                     07/20/2022
Title                                                                           Date

Debtor's Name Fieldwood Energy Inc.                                   Case No.  20-33949


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                        9

Debtor's Name Fieldwood Energy Inc.  Case No. 20-33949



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)  10