## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | ) |
| | ) |
| | ) Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## ORDER SUSTAINING LIQUIDATING TRUSTEE'S

## NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RESOLVED CLAIMS)

(Related Docket No. ~~——~~ 2492)

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (the "Order")

disallowing and expunging the claims identified on **Schedule 1** attached hereto, it is **HEREBY**

**ORDERED THAT**:

1. The Objection is sustained as set forth herein.

2. Each claim identified on **Schedule 1** to this Order is (i) disallowed in its entirety

~~as identified on~~ or (ii) reduced and allowed, as set forth in **Schedule 1** to this Order.

---

[1]   The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.[1]

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Nineteenth Omnibus Objection to Claims (Resolved Claims)*.

3.      Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

4.      Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

5.      Nothing in this Order affects administrative, secured, or priority amounts in the claims identified on **Schedule 1**, and the Reorganized Debtors reserve the right to object to the administrative, secured, or priority amounts on any basis whatsoever.

6.      ~~5.~~ Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

7.      ~~6.~~ The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

[*Remainder of Page Intentionally Left Blank*]

8.     7. The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9.     8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Date:_____, 2021

_____
THE HONORABLE DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY
JUDGE

DOCS_NY:43190.243190.3 59944/004

**<u>Schedule 1</u>**

| Ref # | Name of Claimant | Debtor Name | Schedule / Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 1 | 360I LLC | The Neiman Marcus Group LLC | 2052 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $347,475.99<br><br>Total: $347,475.99 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 2 | ACCERTIFY, INC | The Neiman Marcus Group LLC | 1859 | 7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $96,695.27<br><br>Total: $96,695.27 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 3 | ADOBE INC. | Neiman Marcus Group LTD LLC | 1385 | 6/24/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $120,256.48<br><br>Total: $120,256.48 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 4 | ALORICA INC. | Neiman Marcus Group LTD LLC | 785 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $748,495.03<br><br>Total: $748,495.03 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 5 | AMAZON WEB SERVICES, INC. | The Neiman Marcus Group LLC | 2198 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $988,124.54<br><br>Total: $988,124.54 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 6 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC | The Neiman Marcus Group LLC | 1626 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $532.62<br><br>Total: $532.62 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 7 | AVERY DENNISON | The Neiman Marcus Group LLC | 219531 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $50,993.77<br><br>Total: $50,993.77 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 8 | BARRACUDA NETWORKS INC. | The Neiman Marcus Group LLC | 1701 | 7/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $128,107.62<br><br>Total: $128,107.62 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 9 | BINARY TREE INC | The Neiman Marcus Group LLC | 219626 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $800.00<br><br>Total: $800.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 10 | CHANEL, INC. | The Neiman Marcus Group LLC | 2245 | 7/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured:<br><br>$11,253,513.88 Total:<br><br>$11,253,513.88 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 11 | CHANEL, INC. | Bergdorf Goodman Inc. | 2243 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,121,578.36<br><br>Total: $3,121,578.36 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |

-1-

| Ref # | Name of Claimant | Debtor Name | Schedule / Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 12 | CHECKPOINT SYSTEMS INC | The Neiman Marcus Group LLC | 219812 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,253.81<br><br>Total: $1,253.81 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 13 | EQUIFAX CHECK SERVICES LLC | The Neiman Marcus Group LLC | 220196 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $23,151.74<br><br>Total: $23,151.74 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 14 | EVERGAGE, INC. | Neiman Marcus Group LTD LLC | 689 | 5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $246,094.39<br><br>Total: $246,094.39 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 15 | FORBES TAUBMAN ORLANDO LLC | The Neiman Marcus Group LLC | 220299 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,500.00<br><br>Total: $7,500.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 16 | IPROSPECT.COM, INC. | The Neiman Marcus Group LLC | 2296 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $232,072.08<br><br>Total: $232,072.08 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 17 | JP MORGAN PCARD | The Neiman Marcus Group LLC | 220746 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $278,383.55<br><br>Total: $278,383.55 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 18 | MATTHEWS INTERNATIONAL | Neiman Marcus Group LTD LLC | 1448 | 7/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $220.00<br><br>Total: $220.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 19 | NIAGARA BOTTLING LLC | The Neiman Marcus Group LLC | 221278 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $36,172.80<br><br>Total: $36,172.80 | Administrative:<br>$0.00 Secured:<br>$0.00 Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 20 | NICKLAS ASSOCIATES D/B/A THE BOSS GROUP | Neiman Marcus Group LTD LLC | 1392 | 6/25/2020 | Administrative:<br>$0.00 Secured:<br>$0.00 Priority: $0.00<br>General Unsecured: $22,515.97<br><br>Total: $22,515.97 | Administrative:<br>$0.00 Secured:<br>$0.00 Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 21 | OAKBROOK SHOPPING CENTER LLC | The Neiman Marcus Group LLC | 221314 | | Administrative:<br>$0.00 Secured:<br>$0.00 Priority: $0.00<br>General Unsecured: $116,895.54<br><br>Total: $116,895.54 | Administrative:<br>$0.00 Secured:<br>$0.00 Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 22 | RYAN, LLC | Neiman Marcus Group LTD LLC | 2284 | 7/20/2020 | Administrative:<br>$0.00 Secured:<br>$0.00 Priority: $0.00<br>General Unsecured: $84,342.23<br><br>Total: $84,342.23 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |

| Ref # | Name of Claimant | Debtor Name | Schedule / Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|

DOCS_NY:43190.2 43190.3 59944/004

| Ref # | Name of Claimant | Debtor Name | Schedule / Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 23 | TALX CORPORATION | The Neiman Marcus Group LLC | 221978 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $86,033.33<br><br>Total: $86,033.33 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 24 | TALX UC EXPRESS | The Neiman Marcus Group LLC | 221979 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $9,909.56<br><br>Total: $9,909.56 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 25 | TAMPA WESTSHORE ASSOCIATES LIMITED PARTNERSHIP | Neiman Marcus Group LTD LLC | 1767 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $40,013.16<br><br>Total: $40,013.16 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 26 | TAUBMAN CHERRY CREEK SHOPPING CENTER, L.L.C. | Neiman Marcus Group LTD LLC | 1766 | 7/17/2020 | Administrative: $2,771.72 Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $279,364.66<br><br>Total: $282,136.38 | Administrative: $2,771.72 Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $2,771.72 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 27 | THE HOME DEPOT PRO | The Neiman Marcus Group LLC | 222043 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,508.95<br><br>Total: $3,508.95 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 28 | THE IRVINE COMPANY LLC | The Neiman Marcus Group LLC | 1537 | 7/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $785,753.46<br><br>Total: $785,753.46 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 29 | THE IRVINE COMPANY LLC | The Neiman Marcus Group LLC | 1539 | 7/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $20,758.08<br><br>Total: $20,758.08 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 30 | THOMSON REUTERS TAX & ACCOUNTING INC | The Neiman Marcus Group LLC | 222080 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $708.42<br><br>Total: $708.42 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 31 | TM WILLOW BEND SHOPS LP | Neiman Marcus Group LTD LLC | 2533 | 7/24/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $27,726.14<br><br>Total: $27,726.14 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 32 | TOPANGA LP | The Neiman Marcus Group LLC | 222108 | | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $96,255.22<br><br>Total: $96,255.22 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 33 | TYSONS GALLERIA LLC | The Neiman Marcus Group LLC | 222161 | | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $13,303.32<br><br>Total: $13,303.32 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |

DOCS_NY:~~43190.~~243190.3 59944/004

| 34 | TYSONS II PROPERTY OWNERS ASSOC INC | The Neiman Marcus Group LLC | 222162 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $175.92<br><br>Total: $175.92 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 35 | WESTFIELD GARDEN STATE PLAZA LIMITED PARTNERSHIP | The Neiman Marcus Group LLC | 2453 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $59,638.24<br><br>Total: $59,638.24 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 36 | WESTFIELD TOPANGA OWNER LLC | The Neiman Marcus Group LLC | 2451 | 7/20/2020 | Administrative: $39,610.11 Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $53,263.84<br><br>Total: $92,873.95 | Administrative: $39,610.11 Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $39,610.11 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 37 | ZEBRA TECHNOLOGIES INTERNATIONAL, LLC. | Neiman Marcus Group LTD LLC | 1179 | 6/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $13,707.54<br><br>Total: $13,707.54 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |

-4-

Document comparison by Workshare 9.5 on Friday, June 25, 2021 11:50:12 AM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://DOCS_NY/43190/2 |
| Description | DOCS_NY-#43190-v2-Neiman_-_19th_Omnibus_Objection_to_Claims_-_Resolved_Claims |
| Document 2 ID | PowerDocs://DOCS_NY/43190/3 |
| Description | DOCS_NY-#43190-v3-Neiman_-_19th_Omnibus_Objection_to_Claims_-_Resolved_Claims |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 12 |
| Deletions | 9 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 21 |