IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*[1] | ) Case No. 20-32519 (DRJ) |
| Debtors. | ) (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On June 22, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Dalpark Partners Ltd., c/o Shapiro Bieging Barber Otteson LLP, Attn: John C. Leininger & William P. Dunner III at 5420 Lyndon B Johnson Fwy, Ste 1225, Dallas, TX 75240-6377, pursuant to USPS forwarding instructions:

- **Stipulation and Agreed Order Resolving Claims of Wilson 151 Worth LLC** (Docket No. 2399)

- **Stipulation and Agreed Order Regarding Assumption of Unexpired Lease with WVF-Paramount 745 Property, L.P.** (Docket No. 2400)

- **Stipulation and Agreed Order Regarding Claim Nos. 150, 324 and 1122 Filed by Joanne Kao as Class Claimant** (Docket No. 2403)

- **Stipulation and Agreed Order Resolving Claims of Wilson 151 Worth LLC** (Docket No. 2404)

- **Stipulation and Agreed Order Regarding Assumption of Unexpired Lease with WVF-Paramount 745 Property, L.P.** (Docket No. 2405)

- **Liquidating Trustee's Ninth Omnibus Objection to Claims (Resolved Claims)** (Docket No. 2456)

- **Liquidating Trustee's Tenth Omnibus Objection to Claims (Waived Claims)** (Docket No. 2457)

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.stretto.com/NMG. The location of Debtor Neiman Marcus Group LTD LLC's principal place of business and the Debtors' service address in these chapter 11 cases is One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

- **Liquidating Trustee's Eleventh Omnibus Objection to Claims (Resolved Claims)** (Docket No. 2458)

- **Liquidating Trustee's Twelfth Omnibus Objection to Claims (Duplicate Claims)** (Docket No. 2459)

- **Reorganized Debtors' Motion for Entry of an Order (I) Approving a Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019 and (II) Granting Related Relief** (Docket No. 2462)

Furthermore, on June 22, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Liquidating Trustee's Sixteenth Omnibus Objection to Claims (Books and Records Claims)** (Docket No. 2489)

Dated: June 25, 2021

    /s/ Sabrina G. Tu
Sabrina G. Tu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800.634.7734
Email: Sabrina.Tu@stretto.com

# **Exhibit A**



# Exhibit A
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CREATIVE VISUAL SYSTEMS | LAURA CHERRY | PO BOX 154 | | BERKELEY HTS | NJ | 07922-0154 |
| WJM PRODUCTIONS, INC | KARA REELS | 667 MADISON AVE | FL 5 | NEW YORK | NY | 10065-8029 |

In re: Neiman Marcus Group LTD LLC, *et al.*
Case No. 20-32519 (DRJ)