**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| **Post-Effective Date Debtors.¹** | § | |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S FOURTEENTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SEEKING TO DISALLOW CERTAIN CLAIMS**

**(SATISFIED CLAIMS)**

[Related Docket No. 2532]

Upon the *Plan Administrator's Fourteenth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Satisfied Claims)* (the "Objection")[2] of the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned post-effective date debtors (collectively, the "Debtors," as applicable, and after the effective date of

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

their plan of reorganization, the "Post-Effective Date Debtors"), seeking entry of an order (this "Order") disallowing the Satisfied Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1.      Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Satisfied Claim identified on **Schedule 1** to this Order is disallowed in its entirety.

2.      The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3.      Each claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Satisfied Claim.

4.      Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

*[Remainder of Page Intentionally Left Blank]*

2

DOCS_NY:45924.1 27968/001

5.      The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6.      This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.


Dated: _____, 2022

                                                    _____
                                                    MARVIN ISGUR
                                                    UNITED STATES BANKRUPTCY JUDGE

**<u>Schedule 1</u>**

4

DOCS_NY:45924.1 27968/001

**Fieldwood Energy LLC and its affiliated**
**Debtors**
**Case No. 20-33948**

Schedule 1 - Satisfied Unsecured Claims
CLAIM TO BE DISALLOWED

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. | Pre-petition amount owed | Date pre-petition obligation paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CNK, LLC 650 POYDRAS ST, STE 2660 NEW ORLEANS, LA 70130 | 11/13/2020 | 370 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | CNK100 | $ 14.04 | 10/26/2020 |
| 2 | DENNIS JOSLIN COMPANY LLC PO BOX 1168 DYERSBURG, TN 38025-1168 | 11/9/2020 | 331 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | DEN100 | $ 52.58 | 10/26/2020 |
| 3 | GORDON B MCLENDON JR TRUST WHITNEY BANK AND DONALD H MCDANIEL TRSTE MANDEVILLE, LA 70448 | 11/23/2020 | 581 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | MCL100 | $ 53.13 | 10/26/2020 |
| 4 | JANETTE MCLENDON MOSS TRUST ATTN: CHRISTIAN FATZER, JR. MANDEVILLE, LA 70448 | 11/23/2020 | 580 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | MOS101 | $ 53.13 | 10/26/2020 |
| 5 | KRISTEN M MCLENDON TRUST WHITNEY BANK AND DONALD H MCDANIEL TRSTEE MANDEVILLE, LA 70448 | 11/23/2020 | 578 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | MCL102 | $ 117.00 | 10/26/2020 |
| 6 | KYSE, BARBARA C 7887 BROADWAY #404 SAN ANTONIO, TX 78209 | 2/9/2021 | 928 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | KYS100 | $ 476.51 | 10/26/20, 2/25/21, 3/25/21, 4/26/21, 6/25/21, 7/26/21 |
| 7 | L & R HARVEY REALTY LLC 109 LARK STREET NEW ORLEANS, LA 70124 | 11/17/2020 | 393 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | LRH100 | $ 37.56 | 10/26/2020 |
| 8 | McLendon, Kristen Margaret 321 Veterans Blvd Ste 107 Metairie, LA 70005 | 11/24/2020 | 624 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | MCL103 | $ 132.48 | 10/26/2020 |
| 9 | McLendon, Kristen Margaret 321 Veterans Blvd Ste 107 Metairie, LA 70005 | 11/24/2020 | 625 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | MCL103 | $ 132.48 | 10/26/2020 |
| 10 | NOE KOCH, CLAIRE LEE C/O N.J. KOCH NEW ORLEANS, LA 70118-6032 | 11/9/2020 | 330 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | KOC100 | $ 51.68 | 10/26/2020 |
| 11 | ON-LINE PRODUCTION LLC 38 MAYMONT WAY SPRING, TX 77382 | 11/13/2020 | 371 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | ONL101 | $ 8,161.22 | 9/25/20,10/26/20, 12/24/20, 4/26/21, 5/25/21 |

**Schedule 1 - Satisfied Unsecured Claims**
**CLAIM TO BE DISALLOWED**

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. | Pre-petition amount owed | Date pre-petition obligation paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | PWK TIMBERLAND LLC<br>1401 RYAN STREET<br>LAKE CHARLES, LA<br>70601 | 11/9/2020 | 336 | Fieldwood Energy LLC | $          - | $          - | $          - | $          - | PWK100 | $          15.83 | 10/26/2020 |
| 13 | Weiss, Beverly Joan<br>8316 Briar Dr<br>Dallas, TX<br>75243 | 11/9/2020 | 342 | Fieldwood Energy LLC | $          - | $          - | $          - | $          - | WEI100 | $          14.67 | 10/26/2020 |
| 14 | YARBOROUGH PRUITT, SAMUEL<br>4503 IHLES ROAD<br>LAKE CHARLES, LA<br>70605 | 11/9/2020 | 332 | Fieldwood Energy LLC | $          - | $          - | $          - | $          - | PRU102 | $          1.28 | 10/26/2020 |