**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | ) |
| | ) Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**ORDER SUSTAINING**
**LIQUIDATING TRUSTEE'S THIRTEENTH OMNIBUS**
**OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**

[Related Docket No. ~~_____~~ 2486]

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (this "Order")

(i) disallowing and expunging or (ii) reducing and allowing, as applicable, the claims identified on

**Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1.       The Objection is sustained as set forth herein.

2.       Each claim identified on **Schedule 1A** to this Order is disallowed in its entirety.

---

[1]     The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Thirteenth Omnibus Objection to Claims (Books and Records Claims)*.

3.      Each claim identified on **Schedule 1B** to this Order is reduced to the allowed amount as identified.

4.      The hearing on the Objection as it relates to the claims identified on **Schedule 2** is hereby adjourned to a later date to be determined.

5.      The Liquidating Trustee's Objection to each of the claims identified on **Schedule 3** is hereby withdrawn without prejudice.[3]

6.      ~~4.~~ Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

7.      ~~5.~~ Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

8.      Nothing in this Order affects administrative, secured, or priority amounts in the claims identified on Schedule 1, and the Reorganized Debtors reserve the right to object to the administrative, secured, or priority amounts on any basis whatsoever.

9.      ~~6.~~ Notwithstanding the relief granted in this Order or any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay

---

[3]   For the avoidance of doubt, certain claim objections originally scheduled on the *Liquidating Trustee's Thirteenth Omnibus Objection to Claims (Books and Records Claims)* were withdrawn by separate notice dated June 10, 2021.  *See Liquidating Trustee's Notice of Withdrawal of Certain Claims Objections* [Docket No. 2536].

any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

10.    7. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

[*Remainder of Page Intentionally Left Blank*]

11.   8. The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

12.   9. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Houston,                              Texas
Date:_____,
2021

_____
THE HONORABLE DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY
JUDGE

**<u>Schedule 1</u>**

## **Schedule 1A**

### **Disallowed Claims**

## Schedule 1A

| Ref Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~1~~ | ~~13BC SARL~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1398~~ | ~~6/26/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $14,304.00 Total: $14,304.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~2~~1 | ABACUS TECHNICAL SERVICES LLC | The Neiman Marcus Group LLC | 962 | 5/28/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $27,470.36 Total: $27,470.36 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~3~~2 | ABYSS & HABIDECOR | Neiman Marcus Group LTD LLC | 68 | 5/8/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $23,520.00 Total: $23,520.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~4~~3 | ALEWEL'S COUNTRY MEATS | Neiman Marcus Group LTD LLC | 222 | 5/11/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $18,384.00 Total: $18,384.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~5~~4 | ~~ALEXANDROS GROUP LLC~~ALLUME | The Neiman Marcus Group ~~LTD~~ LLC | ~~99~~814 | ~~5/8/2020~~5/22/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~19,531.00~~29,508.86 Total: $~~19,531.00~~29,508.86 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~6~~5 | ~~ALLUME~~ARMAN JEWELRY INC | ~~The~~ Neiman Marcus Group ~~LTD~~ LLC | ~~814~~1932 | ~~5/22/2020~~7/16/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~29,508.86~~25,970.00 Total: $~~29,508.86~~25,970.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~7~~6 | ~~AMP CREATIVE~~CHARLES TERHOUT | Neiman Marcus Group LTD LLC | ~~284~~1415 | ~~5/12/2020~~6/25/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~20,092.00~~22,683.04 Total: $~~20,092.00~~22,683.04 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~8~~7 | ~~ARMAN JEWELRY INC~~CODY FOSTER & CO., INC | Neiman Marcus Group LTD LLC | ~~1932~~224 | ~~7/16/2020~~5/11/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~25,970.00~~23,101.50 Total: $~~25,970.00~~23,101.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~9~~8 | ~~ART HEADQUARTERS~~DD KARMA LLC | Neiman Marcus Group LTD LLC | ~~923~~733 | ~~5/27/2020~~5/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~18,627.13~~23,780.90 Total: $~~18,627.13~~23,780.90 | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 1A**

| 10 | BIBA ENTERPRISES | Bergdorf Goodman Inc. | 803 | 5/22/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $36,282.00 Total: $36,282.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 11 | BOLLMAN HAT CO. | Neiman Marcus Group LTD LLC | 767 | 5/21/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $19,881.00 Total: $19,881.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 12 | CASTELLE FURNITURE CO INC | Neiman Marcus Group LTD LLC | 2012 | 7/17/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $34,051.98 Total: $34,051.98 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 13 | CHARLES TERHOUT | Neiman Marcus Group LTD LLC | 1415 | 6/25/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $22,683.04 Total: $22,683.04 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 14 | CODY FOSTER & CO., INC | Neiman Marcus Group LTD LLC | 224 | 5/11/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $23,101.50 Total: $23,101.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 15 | DCM INFOTECH LIMITED | Neiman Marcus Group LTD LLC | 886 | 5/26/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $32,932.80 Total: $32,932.80 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 16 | DD KARMA LLC | Neiman Marcus Group LTD LLC | 733 | 5/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $23,780.90 Total: $23,780.90 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 17 | DR. VRANJES FIRENZE SPA | Neiman Marcus Group LTD LLC | 846 | 5/26/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $29,268.62 Total: $29,268.62 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 18 9 | ELK GROUP INTERNATIONAL | Neiman Marcus Group LTD LLC | 703 | 5/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $38,081.71 Total: $38,081.71 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 19 10 | GP INTERIORS SRLS | Neiman Marcus Group LTD LLC | 184 | 5/11/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $14,310.00 Total: $14,310.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 20 11 | JILL PUMPELLY FINE ART, LLC | Neiman Marcus Group LTD LLC | 202 | 5/15/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $14,580.00 Total: $14,580.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 21 12 | JPT GROUP, LLC | Neiman Marcus Group LTD LLC | 1230 | 6/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $24,633.90<br><br>Total: $24,633.90 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 22 13 | JULIA KNIGHT INC. | Neiman Marcus Group LTD LLC | 13 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $16,257.55<br><br>Total: $16,257.55 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 23 14 | JUST BEE QUEEN | Neiman Marcus Group LTD LLC | 235 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $18,758.56<br><br>Total: $18,758.56 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 24 15 | KALATY RUG CORP. | Neiman Marcus Group LTD LLC | 191 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $44,190.00<br><br>Total: $44,190.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 25 16 | KAT MACONIE LIMITED | Neiman Marcus Group LTD LLC | 620 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $16,851.00<br><br>Total: $16,851.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~26~~17 | LUZ CAMINO | Bergdorf Goodman Inc. | 189 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $40,578.00<br><br>Total: $40,578.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~27~~18 | MARGIELA USA INC | Neiman Marcus Group LTD LLC | 558 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $32,997.00<br><br>Total: $32,997.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~28~~19 | ~~MARION PARKE DESIGNS LLC~~MATRIX RESOURCES, INC. | Neiman Marcus Group LTD LLC | ~~289~~917 | ~~5/12/2020~~5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~19,932.33~~20,999.87<br><br>Total: $~~19,932.33~~20,999.87 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 20 | N. GOGOLICK & SON CORP | Neiman Marcus Group LTD LLC | 1628 | 7/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $14,994.00<br><br>Total: $14,994.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~29~~21 | ~~MATRIX RESOURCES~~OLARTE FOUSSARD & CO, INC. | Neiman Marcus Group LTD LLC | ~~917~~1032 | ~~5/27/2020~~6/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~20,999.87~~14,910.89<br><br>Total: $~~20,999.87~~14,910.89 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~30~~22 | ~~MEMO AMERICA~~REBECCA TAYLOR, INC. | Neiman Marcus Group LTD LLC | ~~415~~520 | ~~5/14/2020~~5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~45,943.20~~18,506.50<br><br>Total: $~~45,943.20~~18,506.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~31~~23 | ~~N. GOGOLICK & SON CORP~~REEM ACRA | Neiman Marcus Group LTD LLC | ~~1628~~1782 | ~~7/15/2020~~7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~14,994.00~~17,065.29<br><br>Total: $~~14,994.00~~17,065.29 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 24 | REWARDSTYLE, INC | Bergdorf Goodman Inc. | 510 | 5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $14,421.19<br><br>Total: $14,421.19 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~32~~25 | ~~OAKVILLE PRODUCE PARTNERS, LLC~~ SIENA LASKER | Neiman Marcus Group LTD LLC | ~~903~~996 | ~~5/27/2020~~5/29/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~20,745.01~~23,400.00 Total: $~~20,745.01~~23,400.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~33~~ | ~~OLARTE FOUSSARD & CO., INC~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1032~~ | ~~6/1/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $14,910.89 Total: $14,910.89~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~34~~26 | ~~PIESZAK~~ SIGNED PIECES | Neiman Marcus Group LTD LLC | ~~1338~~1337 | ~~6/21/2020~~6/19/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~14,751.00~~38,334.15 Total: $~~14,751.00~~38,334.15 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~35~~ | ~~RAGIL G LIMITED~~ | ~~Bergdorf Goodman Inc.~~ | ~~14~~ | ~~5/7/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $14,350.00 Total: $14,350.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~36~~27 | ~~REBECCA TAYLOR~~ SKC & SONS, INC. | Neiman Marcus Group LTD LLC | ~~520~~709 | ~~5/15/2020~~5/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~18,506.50~~32,099.80 Total: $~~18,506.50~~32,099.80 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~37~~28 | ~~REEM ACRA~~ SOL ACE LONDON | Neiman Marcus Group LTD LLC | ~~1782~~832 | ~~7/16/2020~~5/26/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~17,065.29~~22,150.32 Total: $~~17,065.29~~22,150.32 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~38~~ | ~~REWARDSTYLE, INC~~ | ~~Bergdorf Goodman Inc.~~ | ~~510~~ | ~~5/15/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $14,421.19 Total: $14,421.19~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~39~~29 | ~~SIENA LASKER~~ THIERRY MUGLER SAS | Neiman Marcus Group LTD LLC | ~~996~~1496 | ~~5/29/2020~~7/6/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~23,400.00~~23,980.42 Total: $~~23,400.00~~23,980.42 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~40~~30 | ~~SIGNED PIECES~~ US BOX FACTORY | Neiman Marcus Group LTD LLC | ~~1337~~75 | ~~6/19/2020~~5/8/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~38,334.15~~18,841.20 Total: $~~38,334.15~~18,841.20 | Claim is inconsistent with the Reorganized Debtors' books and records |
| | | | | | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $32,099.80~~ | ~~Claim is inconsistent with~~ |

**Schedule 1A**

| 41 | SKC & SONS, INC. | Neiman Marcus Group LTD LLC | 709 | 5/20/2020 | Total: $32,099.80 | the Reorganized Debtors' books and records |
|---|---|---|---|---|---|---|
| 42 | SOLACE LONDON | Neiman Marcus Group LTD LLC | 832 | 5/26/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $22,150.32 Total: $22,150.32 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 43 | STEFANO BEMER SRL | Bergdorf Goodman Inc. | 223 | 5/11/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $22,600.00 Total: $22,600.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 44 | TEAM TOCCIN APPAREL LLC | Neiman Marcus Group LTD LLC | 456 | 5/14/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $31,717.00 Total: $31,717.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 45 | THIERRY MUGLER SAS | Neiman Marcus Group LTD LLC | 1496 | 7/6/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $23,980.42 Total: $23,980.42 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 46 | US BOX FACTORY | Neiman Marcus Group LTD LLC | 75 | 5/8/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $18,841.20 Total: $18,841.20 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 47 | VIVA MODEL MANAGEMENT | Bergdorf Goodman Inc. | 430 | 5/14/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $24,000.00 Total: $24,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 48 | WELLNESS MGMT LLC | Neiman Marcus Group LTD LLC | 484 | 5/15/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $14,633.00 Total: $14,633.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 1A**

## Schedule 1B

## Reduced and Allowed Claims

## Schedule 1B

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | BASTIDE | Neiman Marcus Group LTD LLC | 1274 | 6/18/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $43,697.20 Total: $43,697.20 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $23,463.35 Total: $23,463.35 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 2 | CHEFS CORNER STORE | Neiman Marcus Group LTD LLC | 2666 | 8/12/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $47,085.55 Total: $47,085.55 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $117.00 Total: $117.00 | Claim is inconsistent with the Reorganized Debtors and records |
| 3 | CIRE TRUDON USA INC | Neiman Marcus Group LTD LLC | 700 | 5/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $21,599.50 Total: $21,599.50 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $5,495.89 Total: $5,495.89 | Claim is inconsistent with the Reorganized Debtors and records |
| 4 | CREATIVE GROUP | Neiman Marcus Group LTD LLC | 1913 | 7/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $44,734.21 Total: $44,734.21 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $2,691.74 Total: $2,691.74 | Claim is inconsistent with the Reorganized Debtors and records |
| 5 | ~~DANIEL ROUSSELOT~~ DESIGNS BY ~~TAMARA~~ NOVA COLLECTION | Neiman Marcus Group LTD LLC | ~~437~~10 | ~~5/14/2020~~5/7/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$44,221.74~~16,331.00 Total: ~~$44,221.74~~16,331.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$26,542.76~~1,511.00 Total: ~~$26,542.76~~1,511.00 | Claim is inconsistent with the Reorganized Debtors and records |
| 6 | ~~DESIGNS BY TAMARA NOVA COLLECTION~~D EVINE CORPORATION | Neiman Marcus Group LTD LLC | ~~10~~1010 | ~~5/7/2020~~6/1/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$16,331.00~~21,273.14 Total: ~~$16,331.00~~21,273.14 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$1,511.00~~945.45 Total: ~~$1,511.00~~945.45 | Claim is inconsistent with the Reorganized Debtors and records |
| 7 | ~~DEVINE CORPORATION~~D EVON LEIGH DESIGNS, INC. | Neiman Marcus Group LTD LLC | ~~10~~1256 | ~~6/1/2020~~5/12/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$21,273.14~~20,182.00 Total: ~~$21,273.14~~20,182.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$945.45~~4,668.00 Total: ~~$945.45~~4,668.00 | Claim is inconsistent with the Reorganized Debtors and records |
| 8 | ~~DEVON LEIGH DESIGNS, INC.~~DR. LIVINGSTONE I PRESUME | Neiman Marcus Group LTD LLC | ~~256~~169 | ~~5/12/2020~~5/13/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$20,182.00~~36,213.12 Total: ~~$20,182.00~~36,213.12 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$4,668.00~~11,634.36 Total: ~~$4,668.00~~11,634.36 | Claim is inconsistent with the Reorganized Debtors and records |
| 9 | ~~DR. LIVINGSTON E I PRESUME~~EU GENIA KIM INC | Neiman Marcus Group LTD LLC | ~~169~~366 | 5/13/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$36,213.12~~42,125.00 Total: ~~$36,213.12~~42,125.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$11,634.36~~27,343.85 Total: ~~$11,634.36~~27,343.85 | Claim is inconsistent with the Reorganized Debtors and records |
| 10 | ~~DUGUD LAB~~FOUR HANDS, LLC | Neiman Marcus Group LTD LLC | ~~109~~12394 | ~~6/4/2020~~7/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$28,217.36~~31,457.68 Total: ~~$28,217.36~~31,457.68 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: ~~$10,735.84~~15,271.92 Total: ~~$10,735.84~~15,271.92 | Claim is inconsistent with the Reorganized Debtors' books and records |
| | EUGENIA | | | | Administrative: $0.00 Secured: $0.00 Priority: $0.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 | Claim is |

SMRH:~~4823-4897-3552.1~~4837-9135-5376.2

**Schedule 1B**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 11 | KIM INC~~GILMAR DIVISIONE INDUSTRI A.S.P.A.~~ | ~~Neiman Marcus Group LTD LLC~~Bergdorf Goodman Inc. | ~~366~~844 | ~~5/13/20~~5/25/2020 | General Unsecured: $~~42,125.00~~44,403.95<br><br>Total: $~~42,125.00~~44,403.95 | General Unsecured: $~~27,343.85~~22,891.40<br><br>Total: $~~27,343.85~~22,891.40 | inconsistent with the Reorganized Debtors' books and records |
| 12 | ~~FOUR HANDS, LLC~~GROWN ALCHEMIST | Neiman Marcus Group LTD LLC | ~~2394~~956 | ~~7/20/20~~5/28/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~31,457.68~~48,385.15<br><br>Total: $~~31,457.68~~48,385.15 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~15,271.92~~30,311.00<br><br>Total: $~~15,271.92~~30,311.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 13 | ~~GILMAR DIVISIONE INDUSTRIA S.P.A.~~H.O.B. LLC DBA LEE BREVARD | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | 844~~655~~ | ~~5/25/20~~5/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~44,403.95~~21,519.00<br><br>Total: $~~44,403.95~~21,519.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~22,891.40~~255.00<br><br>Total: $~~22,891.40~~255.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 14 | ~~GROWN ALCHEMIST~~JETSETGO, LLC | Neiman Marcus Group LTD LLC | 956~~285~~ | ~~5/28/20~~5/12/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~48,385.15~~19,886.78<br><br>Total: $~~48,385.15~~19,886.78 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~30,311.00~~1,624.56<br><br>Total: $~~30,311.00~~1,624.56 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 15 | ~~H.O.B. LLC DBA LEE BREVARD~~JOULES USA INC | Neiman Marcus Group LTD LLC | 655~~1183~~ | ~~5/20/20~~6/10/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~21,519.00~~27,786.26<br><br>Total: $~~21,519.00~~27,786.26 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~255.00~~7,792.23<br><br>Total: $~~255.00~~7,792.23 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 16 | ~~HALBERT USA INC./DBA TATEOSSIANK~~OH GEN DO AMERICAS LLC | Neiman Marcus Group LTD LLC | 2062~~226~~ | ~~5/13/20~~7/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~32,566.78~~46,654.19<br><br>Total: $~~32,566.78~~46,654.19 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~12,964.00~~10,082.71<br><br>Total: $~~12,964.00~~10,082.71 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 17 | ~~JETSETGO, LLC~~LE CREUSET OF AMERICA, INC. | Neiman Marcus Group LTD LLC | 285~~439~~ | ~~5/12/20~~5/14/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~19,886.78~~42,525.73<br><br>Total: $~~19,886.78~~42,525.73 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~1,624.56~~3,846.40<br><br>Total: $~~1,624.56~~3,846.40 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 18 | ~~JOULES USA INC~~LENOX CORP. | Neiman Marcus Group LTD LLC | 1183~~2034~~ | ~~6/10/20~~7/17/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~27,786.26~~33,501.70<br><br>Total: $~~27,786.26~~33,501.70 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~7,792.23~~1,022.65<br><br>Total: $~~7,792.23~~1,022.65 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 19 | ~~KOH GEN DO AMERICAS LLC~~LIFETECH RESOURCES , LLC | Neiman Marcus Group LTD LLC | 222~~649~~ | ~~7/20/20~~5/7/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~46,654.19~~16,142.74<br><br>Total: $~~46,654.19~~16,142.74 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~10,082.71~~1,753.21<br><br>Total: $~~10,082.71~~1,753.21 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 20 | ~~LE CREUSET OF AMERICA, INC.~~LUCAS + MCKEARN, LLC | Neiman Marcus Group LTD LLC | 439~~489~~ | ~~5/14/20~~5/15/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~42,525.73~~40,547.50<br><br>Total: $~~42,525.73~~40,547.50 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~3,846.40~~5,959.68<br><br>Total: $~~3,846.40~~5,959.68 | Claim is inconsistent with the Reorganized Debtors' books and records |
| | | | | | Administrative: $0.00 Secured: $0.00 Priority: $0.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 | Claim is |

## Schedule 1B

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 21 | ~~LENOX CORP.~~MIRROR IMAGEHOME | Neiman Marcus Group LTD LLC | ~~203~~495 | ~~7/17/2020~~5/8/2020 | General Unsecured: $~~33,501.70~~34,969.00<br><br>Total: $~~33,501.70~~34,969.00 | General Unsecured: $~~1,022.65~~20,515.00<br><br>Total: $~~1,022.65~~20,515.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 22 | ~~LIFETECH RESOURCES, LLC~~MONTINO | Neiman Marcus Group LTD LLC | ~~4~~973 | ~~6/7/2020~~5/8/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~16,142.74~~46,000.00<br><br>Total: $~~16,142.74~~46,000.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~1,753.21~~18,503.25<br><br>Total: $~~1,753.21~~18,503.25 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 23 | ~~LOCALISED INC~~NUNA BABY ESSENTIALS, INC | Neiman Marcus Group LTD LLC | ~~260~~776 | ~~5/12/2020~~5/21/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~40,220.09~~33,565.87<br><br>Total: $~~40,220.09~~33,565.87 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~17,928.70~~3,869.64<br><br>Total: $~~17,928.70~~3,869.64 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 24 | ~~LUCAS + MCKEARN, LLC~~ONE JEANSWEAR GROUP LLC | The Neiman Marcus Group ~~LTD~~ LLC | ~~489~~2148 | ~~5/15/2020~~7/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~40,547.50~~23,794.70<br><br>Total: $~~40,547.50~~23,794.70 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~5,959.68~~6,045.00<br><br>Total: $~~5,959.68~~6,045.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 25 | ~~MIRROR IMAGE HOME~~PENINSULA HOME COLLECTION CO. | Neiman Marcus Group LTD LLC | ~~95~~25 | ~~5/8/2020~~5/7/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~34,969.00~~26,266.00<br><br>Total: $~~34,969.00~~26,266.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~20,515.00~~2,202.00<br><br>Total: $~~20,515.00~~2,202.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 26 | ~~MONTINO~~PETITE PLUMELLC | Neiman Marcus Group LTD LLC | ~~73~~869 | ~~5/8/2020~~5/26/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~46,000.00~~17,999.35<br><br>Total: $~~46,000.00~~17,999.35 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~18,503.25~~918.60<br><br>Total: $~~18,503.25~~918.60 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 27 | ~~NEST JEWELRY~~PLS/MAISON LABICHE | Neiman Marcus Group LTD LLC | ~~23~~1636 | ~~5/11/2020~~7/14/2020 | Administrative: $~~0.00~~32,140.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~32,264.00~~32,140.00<br><br>Total: $~~32,264.00~~64,280.00 | Administrative: $~~0.00~~32,140.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~11,191.50~~0.00<br><br>Total: $~~11,191.50~~32,140.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 28 | ~~NUNA BABY ESSENTIALS~~R ARE BEAUTY BRANDS, INC. | Neiman Marcus Group LTD LLC | ~~776~~808 | ~~5/21/2020~~5/22/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~33,565.87~~19,433.20<br><br>Total: $~~33,565.87~~19,433.20 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~3,869.64~~3,715.42<br><br>Total: $~~3,869.64~~3,715.42 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 29 | ~~ONE JEANSWEAR GROUP LLC~~ROOTS SAS | The Neiman Marcus Group LTD LLC | ~~2148~~2112 | 7/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $~~0.00~~16,675.00 General Unsecured: $~~23,794.70~~22,318.00<br><br>Total: $~~23,794.70~~38,993.00 | Administrative: $0.00 Secured: $0.00 Priority: $~~0.00~~16,675.00 General Unsecured: $~~6,045.00~~0.00<br><br>Total: $~~6,045.00~~16,675.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 30 | ~~PENINSULA HOME COLLECTION CO.~~ROYAL-PEDIC MATTRESS MFG. | Neiman Marcus Group LTD LLC | ~~25~~391 | ~~5/7/2020~~5/13/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~26,266.00~~19,216.00<br><br>Total: $~~26,266.00~~19,216.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~2,202.00~~1,700.00<br><br>Total: $~~2,202.00~~1,700.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 31 | ~~PETITE PLUME LLC~~SAVOY HOUSE | Neiman Marcus Group LTD LLC | ~~869~~835 | 5/26/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~17,999.35~~23,938.93<br><br>Total: $~~17,999.35~~23,938.93 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~918.60~~74.00<br><br>Total: $~~918.60~~74.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

SMRH:~~4823-4897-3552.1~~4837-9135-5376.2

**Schedule 1B**

| 32 | PLS/MAISON LABICHES WIMWEAR ANYWHERE | Neiman Marcus Group LTD LLC | 16361184 | 7/14/20206/10/2020 | Administrative: $32,140.000.00 Secured: $0.00 Priority: $0.00 General Unsecured: $32,140.0039,813.84 Total: $64,280.0039,813.84 | Administrative: $32,140.000.00 Secured: $0.00 Priority: $0.00 General Unsecured: $0.0021,692.80 Total: $32,140.0021,692.80 | Claim is inconsistent with the Reorganized Debtors' books and records |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 33 | RARE BEAUTY BRANDS, INC. TAI JEWELRY | Neiman Marcus Group LTD LLC | 8081017 | 5/22/20206/1/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $19,433.2039,365.00 Total: $19,433.2039,365.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $3,715.4240.00 Total: $3,715.4240.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

SMRH:4823-4897-3552.14837-9135-5376.2

## Schedule 1B

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 34 | ~~RFID SHERPAS,TAY~~ LOR JAMES LLC | Neiman Marcus Group LTD LLC | ~~380~~397 | 5/13/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~33,782.10~~20,385.00 Total: $~~33,782.10~~20,385.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~5,390.34~~4,182.41 Total: $~~5,390.34~~4,182.41 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 35 | ~~ROOTS SAS~~THULE INC | Neiman Marcus Group LTD LLC | ~~2112~~1377 | ~~7/20/2020~~6/24/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~16,675.00~~0.00 General Unsecured: $~~22,318.00~~19,829.03 Total: $~~38,993.00~~19,829.03 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~16,675.00~~0.00 General Unsecured: $~~0.00~~708.00 Total: $~~16,675.00~~708.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~36~~ | ~~ROYAL-PEDIC MATTRESS MFG.~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~391~~ | ~~5/13/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $19,216.00 Total: $19,216.00~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $1,700.00 Total: $1,700.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~37~~ | ~~SAVOY HOUSE~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~835~~ | ~~5/26/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $23,938.93 Total: $23,938.93~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $74.00 Total: $74.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~38~~ | ~~SWIMWEAR ANYWHERE~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1184~~ | ~~6/10/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $39,813.84 Total: $39,813.84~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $21,692.80 Total: $21,692.80~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~39~~ | ~~TAI JEWELRY~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1017~~ | ~~6/1/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $39,365.00 Total: $39,365.00~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $40.00 Total: $40.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~40~~ | ~~TAYLOR JAMES LLC~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~397~~ | ~~5/13/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $20,385.00 Total: $20,385.00~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $4,182.41 Total: $4,182.41~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~41~~36 | ~~THULE INC~~WILD AND WOLF, INC. | Neiman Marcus Group LTD LLC | ~~1377~~1978 | ~~6/24/2020~~7/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~19,829.03~~35,497.80 Total: $~~19,829.03~~35,497.80 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~708.00~~10,762.30 Total: $~~708.00~~10,762.30 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~42~~37 | ~~WILD AND WOLF, INC.~~WILLIAM ARTHUR INC*61567* | Neiman Marcus Group LTD LLC | ~~1978~~2558 | ~~7/20/2020~~7/28/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~35,497.80~~16,244.02 Total: $~~35,497.80~~16,244.02 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~10,762.30~~154.60 Total: $~~10,762.30~~154.60 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~43~~38 | ~~WILLIAM ARTHUR INC*61567*~~WIN WARD INTERNATIONAL INC. | Neiman Marcus Group LTD LLC | ~~2558~~985 | ~~7/28/2020~~5/29/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~16,244.02~~30,033.10 Total: $~~16,244.02~~30,033.10 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~154.60~~560.00 Total: $~~154.60~~560.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| | | | | | Administrative: $0.00 Secured: $0.00 Priority: $0.00 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 | Claim is |

## Schedule 1B

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4439 | WINWARD INTERNATIONAL WOLF DESIGNS, INC. | Neiman Marcus Group LTD LLC | 985705 | 5/29/20205/20/2020 | General Unsecured: $30,033.1044,838.94<br><br>Total: $30,033.1044,838.94 | General Unsecured: $560.003,453.54<br><br>Total: $560.003,453.54 | inconsistent with the Reorganized Debtors' books and records |

**Schedule 2**

**Adjourned Claim Objections**

**Schedule 2**

| Ref Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | ALEXANDROS GROUP LLC | Neiman Marcus Group LTD LLC | 99 | 5/8/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $19,531.00 <br><br> Total: $19,531.00 | | Claim is inconsistent with the Reorganized Debtors' books and records |
| 46 WOLF DESIGNS, INC 2 | LOCALISED INC | Neiman Marcus Group LTD LLC | 5/20/2020 25 0 | 5/12/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $44,838.94 40,220.09 <br><br> Total: $44,838.94 40,220.09 | | Claim is inconsistent with the Reorganized Debtors' books and records |
| 3 | MARION PARKE DESIGNS LLC | 705 Neiman Marcus Group LTD LLC | 289 | 5/12/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $3,453.54 19,932.33 <br><br> Total: $3,453.54 19,932.33 | | Claim is inconsistent with the Reorganized Debtors' books and records |
| 4 | MEMO AMERICA INC. | Neiman Marcus Group LTD LLC | 415 | 5/14/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $45,943.20 <br><br> Total: $45,943.20 | | Claim is inconsistent with the Reorganized Debtors' books and records |
| 6 | WELLNESS MGMT LLC | Neiman Marcus Group LTD LLC | 484 | 5/15/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $14,633.00 <br><br> Total: $14,633.00 | | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 3**

**Withdrawn Claim Objections**

**Schedule 3**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 1 | DCM INFOTECH LIMITED | Neiman Marcus Group LTD LLC | 886 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $32,932.80<br><br>Total: $32,932.80 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 2 | VIVA MODEL MANAGEMENT | Bergdorf Goodman Inc. | 430 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $24,000.00<br><br>Total: $24,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 3 | DUGUD LAB | Neiman Marcus Group LTD LLC | 1091 | 6/4/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $28,217.36<br><br>Total: $28,217.36 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 4 | HALBERT USA INC./DBA TATEOSSIAN | Neiman Marcus Group LTD LLC | 206 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $32,566.78<br><br>Total: $32,566.78 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 5 | 13BC SARL | Neiman Marcus Group LTD LLC | 1398 | 6/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $14,304.00<br><br>Total: $14,304.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 6 | AMP CREATIVE | Neiman Marcus Group LTD LLC | 284 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $20,092.00<br><br>Total: $20,092.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 7 | ART HEADQUARTERS LLC | Neiman Marcus Group LTD LLC | 923 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $18,627.13<br><br>Total: $18,627.13 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 8 | DR. VRANJES FIRENZE SPA | Neiman Marcus Group LTD LLC | 846 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $29,268.62<br><br>Total: $29,268.62 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Summary report: Litera® Change-Pro for Word 10.13.0.36 Document comparison done on 6/27/2021 11:17:38 PM | |
|---|---|
| **Style name:** SMRH Standard | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** nd://4823-4897-3552/1/NMG- 13th Omni - CNO Original Order.docx | |
| **Modified DMS:** nd://4837-9135-5376/2/NMG - 13th Omni - CNO Revised Order.docx | |
| **Changes:** | |
| Add | 443 |
| Delete | 402 |
| Move From | 4 |
| Move To | 4 |
| Table Insert | 13 |
| Table Delete | 22 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 888 |