**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*, [1] | ) |
| | ) Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**ORDER SUSTAINING**
**LIQUIDATING TRUSTEE'S FOURTEENTH OMNIBUS**
**OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**

[Related Docket No. ~~_____~~. 2487]

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (this "<u>Order</u>")

(i) disallowing and expunging or (ii) reducing and allowing, as applicable, the claims identified

on **<u>Schedule 1</u>** attached hereto, it is **HEREBY ORDERED THAT**:

1.    The Objection is sustained as set forth herein.

2.    Each claim identified on **<u>Schedule 1A</u>** to this Order is disallowed in its entirety.

3.    Each claim identified on **<u>Schedule 1B</u>** to this Order is reduced to the allowed

amount as identified.

---

[1]    The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Fourteenth Omnibus Objection to Claims (Books and Records Claims)*.

4.      The hearing on the Objection as it relates to the claims identified on **Schedule 2** is hereby adjourned to a later date to be determined.

5.      The Liquidating Trustee's Objection to each of the claims identified on **Schedule 3** is hereby withdrawn without prejudice.[3]

~~4.~~6.      Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

~~5.~~7.      Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

~~6.~~8.      Notwithstanding the relief granted in this Order or any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

---

[3]   For the avoidance of doubt, certain claim objections originally scheduled on the *Liquidating Trustee's Fourteenth Omnibus Objection to Claims (Books and Records Claims)* were withdrawn by separate notice dated June 10, 2021. *See Liquidating Trustee's Notice of Withdrawal of Certain Claims Objections* [Docket No. 2536].

9.      Nothing in this Order affects administrative, secured, or priority amounts in the claims identified on Schedule 1, and the Reorganized Debtors reserve the right to object to the administrative, secured, or priority amounts on any basis whatsoever.

7.10.   The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

*[Remainder of Page Intentionally Left Blank]*

8.11.   The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9.12.   This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Houston,                              Texas
Date:_____, 2021

_____
THE  HONORABLE  DAVID  R.  JONES
CHIEF UNITED STATES BANKRUPTCY
JUDGE

## **Schedule 1**

**Schedule 1A**

**Disallowed Claims**

## Schedule 1A

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 1 | 55HAITAO | Neiman Marcus Group LTD LLC | 317 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $13,000.00<br><br>Total: $13,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~2~~ | ~~ACCOUNTEMPS~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1911~~ | ~~7/20/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00~~<br>~~General Unsecured: $9,464.44~~<br>~~Total: $9,464.44~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~3~~ | ~~AD-N-ART INC.~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~874~~ | ~~5/26/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00~~<br>~~General Unsecured: $7,562.69~~<br>~~Total: $7,562.69~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~4~~2 | AEFFE USA, INC. | Bergdorf Goodman Inc. | 1866 | 7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,916.00<br><br>Total: $6,916.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~5~~3 | ALLUME | Neiman Marcus Group LTD LLC | 815 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $10,785.01<br><br>Total: $10,785.01 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~6~~ | ~~AM DESIGN SAS~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~840~~ | ~~5/25/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00~~<br>~~General Unsecured: $13,334.20~~<br>~~Total: $13,334.20~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~7~~4 | AMERR RUGS | Neiman Marcus Group LTD LLC | 378 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,720.00<br><br>Total: $6,720.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~8~~5 | ~~ANCIENT GREEK SANDALS LIMITED~~BILL BLASS DESIGN LLC | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~2208~~2016 | 7/~~20~~17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~12,904.00~~9,280.23<br><br>Total: $~~12,904.00~~9,280.23 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~9~~6 | ~~ART REMEDY, LLC~~CAMDE N J ROBINSON | Neiman Marcus Group LTD LLC | ~~892~~1871 | ~~5/26~~7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,~~391.89~~000.00<br><br>Total: $11,~~391.89~~000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 1A**

| | | | | | | |
|---|---|---|---|---|---|---|
| ~~10~~7 | ~~BETA SPA~~CLOSED US INC | Neiman Marcus Group LTD LLC | ~~854~~1670 | ~~5/26~~7/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~13,695~~10,918.00<br><br>Total: $~~13,695~~10,918.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~11~~8 | ~~BILL BLASS DESIGN~~COOPERS DIY LLC | Neiman Marcus Group LTD LLC | ~~2016~~1309 | ~~7/17~~6/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~9,280.23~~6,955.00<br><br>Total: $~~9,280.23~~6,955.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

### Schedule 1A

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~12~~9 | ~~BOGDON CANDY COMPANY INC~~ DREAM PROJECTS LLC DBA RTA BRAND | Neiman Marcus Group LTD LLC | ~~1705~~820 | ~~7/15~~5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~6,968.46~~11,997.95<br><br>Total: $~~6,968.46~~11,997.95 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~13~~10 | ~~CAMDEN J ROBINSON~~ ELAINE HEDAYA | ~~Neiman Marcus Group LTD LLC~~ Bergdorf Goodman Inc. | ~~1871~~1510 | 7/~~16~~7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~118~~8,000.00<br><br>Total: $~~118~~8,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~14~~11 | ~~CARLO MORETTI VENEZIA SRL~~ EVERCOR FACILITY MANAGEMENT | Neiman Marcus Group LTD LLC | ~~1291~~992 | ~~6/16~~5/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~11,924.59~~8,095.23<br><br>Total: $~~11,924.59~~8,095.23 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~15~~12 | ~~CHANTAL ROMANO~~ FISHER SIGERSON MORRISON LLC | ~~Bergdorf Goodman Inc.~~ Neiman Marcus Group LTD LLC | ~~1228~~21 | ~~6/14~~5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $9,~~886~~674.00<br><br>Total: $9,~~886~~674.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~16~~13 | ~~CLOSED US INC~~ FUSION MODELING AGENCY LLC | Neiman Marcus Group LTD LLC | ~~1670~~3363 | ~~7~~1/15/~~2020~~2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~10,918~~9,000.00<br><br>Total: $~~10,918~~9,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~17~~14 | ~~COOPERS DIY~~ GARRETT LEIGHT LLC | Neiman Marcus Group LTD LLC | ~~1309~~348 | ~~6/18~~5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,~~955.00~~818.54<br><br>Total: $6,~~955.00~~818.54 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~18~~15 | ~~CRIMSON BUSINESS EDUCATION GROUP~~ GBS ENTERPRISES D.B.A. BRITTANY LYNN DESIGN CO. | Neiman Marcus Group LTD LLC | ~~1469~~938 | ~~7/15~~5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~13,500.00~~6,782.85<br><br>Total: $~~13,500.00~~6,782.85 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~19~~ | ~~DREAM PROJECTS LLC DBA RTA BRAND~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~820~~ | ~~5/22/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $11,997.95 Total: $11,997.95~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |

## Schedule 1A

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 16 | DSS FIREGUARD GLOBAL CROSSING TELECOMMUNICATIONS, INC. | Neiman Marcus Group LTD LLC | 332 1612 | 6 7/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,978.06 9,175.94<br><br>Total: $6,978.06 9,175.94 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 21 | ELAINE HEDAYA | Bergdorf Goodman Inc. | 1510 | 7/7/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $8,000.00 Total: $8,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 22 | EME POSATERIE SRL | Neiman Marcus Group LTD LLC | 141 | 5/11/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $10,100.00 Total: $10,100.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

-4-

## Schedule 1A

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 23 | ~~EVERCOR FACILITY MANAGEMENT~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~992~~ | ~~5/29/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $8,095.23 Total: $8,095.23~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~24~~17 | ~~F. SCHUMACHER& CO~~ KASSL BV | ~~Bergdorf Goodman Inc.~~ Neiman Marcus Group LTD LLC | ~~1103~~1049 | 6/~~3~~/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $13,~~349.00~~127.19 Total: $13,~~349.00~~127.19 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~25~~18 | ~~FISHER SIGERSON MORRISON LLC~~ KASSL BV | Neiman Marcus Group LTD LLC | ~~24~~919 | 5/~~27~~2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~9,674.00~~11,334.58 Total: $~~9,674.00~~11,334.58 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~26~~19 | ~~FUSION MODELING AGENCY LLC~~KELKOO GROUP LTD | Neiman Marcus Group LTD LLC | ~~3363~~753 | ~~1/15/2021~~5/21/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~9,000.00~~11,238.62 Total: $~~9,000.00~~11,238.62 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~27~~20 | ~~GAMMA STEEL SRL~~LONDONTOWN NUSA INC. | Neiman Marcus Group LTD LLC | ~~130~~708 | 5/~~11~~20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~11,565.00~~10,956.59 Total: $~~11,565.00~~10,956.59 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~28~~21 | ~~GARRETT LEIGHT~~LURE ENTERPRISES LLC | Neiman Marcus Group LTD LLC | ~~3481~~1275 | ~~5/13/~~6/18/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $6,~~818.54~~456.69 Total: $6,~~818.54~~456.69 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~29~~22 | ~~GBS ENTERPRISES D.B.A. BRITTANYLYNN DESIGN CO~~ M.B. FISHER LLC | Neiman Marcus Group LTD LLC | ~~938~~24 | 5/~~27~~7/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $6,~~782.85~~982.70 Total: $6,~~782.85~~982.70 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 30 | ~~GLOBAL CROSSING TELECOMMUNICATIONS, INC.~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1612~~ | ~~7/13/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $9,175.94 Total: $9,175.94~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |

**Schedule 1A**

| 31~~23~~ | ~~INGRAM PUBLISHER SERVICES~~ MERCER US INC | Neiman Marcus Group LTD LLC | ~~1535~~438 | ~~7/8~~5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $12,~~705.70~~992.00<br><br>Total: $12,~~705.70~~992.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 32 | ~~JENNIFER ZEUNER JEWLERY~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~249~~ | ~~5/12/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $10,695.00 Total: $10,695.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| 33~~24~~ | ~~JOANNA TYPEK~~MISSONI S.P.A. | Bergdorf Goodman Inc. | ~~759~~1599 | ~~5/21~~7/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~12,300~~13,368.00<br><br>Total: $~~12,300~~13,368.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

### Schedule 1A

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~34~~25 | ~~KASSL BV~~MUSE IMPORTS | ~~Neiman Marcus Group LTD LLC~~Bergdorf Goodman Inc. | ~~1049~~1134 | 6/~~3~~8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~13,127.19~~8,998.00<br><br>Total: $~~13,127.19~~8,998.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~35~~26 | ~~KASSL BV~~NOXS INC. | Neiman Marcus Group LTD LLC | ~~9191~~524 | ~~5/27~~7/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~11,334.58~~8,655.00<br><br>Total: $~~11,334.58~~8,655.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~36~~27 | ~~KELKOO GROUP LTD~~PEPLO SRL | ~~Neiman Marcus Group LTD LLC~~Bergdorf Goodman Inc. | ~~753~~248 | 5/~~21~~11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~11,238.62~~9,408.00<br><br>Total: $~~11,238.62~~9,408.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~37~~28 | ~~KEMISTRE8~~RODARTE LLC | Neiman Marcus Group LTD LLC | ~~1042~~807 | 6/~~25~~22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,~~588~~930.00<br><br>Total: $7,~~588~~930.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~38~~29 | ~~L'ACCESSORIO S.R.L.~~SATYA TWENALLC | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~1280~~1580 | 6/~~15~~7/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~6,476.69~~9,982.38<br><br>Total: $~~6,476.69~~9,982.38 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~39~~30 | ~~LANDINI Inc.~~SHIRTS SELECT MIAMI,INC. | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~490~~1775 | 6/~~15~~7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~11,953.76~~8,028.47<br><br>Total: $~~11,953.76~~8,028.47 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~40~~31 | ~~LEE MATHEWS WORKROOM PTY LTD~~SIGNORIA DI FIRENZE LLC | Neiman Marcus Group LTD LLC | ~~691~~1016 | 5/~~20~~6/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~13,047.10~~11,027.00<br><br>Total: $~~13,047.10~~11,027.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~41~~ | ~~LONDONTOWN USA INC.~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~708~~ | ~~5/20/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $10,956.59 Total: $10,956.59~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |

**Schedule 1A**

| 42 | LURE ENTERPRISESLLC | Neiman Marcus Group LTD LLC | 1275 | 6/18/2020 | Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $6,456.69 Total: $6,456.69 | Claim is inconsistentwith the ReorganizedDebtors' books and records |
|---|---|---|---|---|---|---|
| 43 | M.B. FISHER LLC | Neiman Marcus Group LTD LLC | 24 | 5/7/2020 | Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $6,982.70 Total: $6,982.70 | Claim is inconsistentwith the ReorganizedDebtors' books and records |
| 4432 | MEMO AMERICA INC.SWISSCOSMETCORP. | Bergdorf Goodman Inc. | 4192876 | 5/149/23/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $10,354.209,945.00 Total: $10,354.209,945.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

## Schedule 1A

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~45~~33 | ~~MERCER US INC~~TIA MAZZA | ~~Neiman Marcus Group LTD LLC~~Bergdorf Goodman Inc. | ~~4381~~295 | ~~5/14~~6/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~12,992~~8,525.00<br><br>Total: $~~12,992~~8,525.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~46~~34 | ~~MISSONI S.P.A.~~TITLE OF WORK | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~1599~~146 | ~~7/10~~5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~13,368~~8,112.00<br><br>Total: $~~13,368~~8,112.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~47~~35 | ~~MOGIMO INC~~TOWN OF PALMBEACH | Neiman Marcus Group LTD LLC | ~~2535~~2861 | ~~7/24~~9/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~9,000.00~~11,842.75<br><br>Total: $~~9,000.00~~11,842.75 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~48~~36 | ~~MUSE IMPORTS~~V.P. DESIGNSLTD | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~1134~~1302 | 6/~~8~~19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $8,~~998~~320.00<br><br>Total: $8,~~998~~320.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~49~~37 | ~~NOXS INC~~VISUAL COMFORT & CO | Neiman Marcus Group LTD LLC | ~~1524~~625 | ~~7/75~~/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~8,655.00~~12,347.06<br><br>Total: $~~8,655.00~~12,347.06 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~50~~38 | ~~OTSUMO CO LTD~~WALDIN LLC | Neiman Marcus Group LTD LLC | ~~318~~900 | 5/~~12~~26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~11,304.74~~6,658.80<br><br>Total: $~~11,304.74~~6,658.80 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~51~~39 | ~~PAI SKINCARE LTD~~WELLE NORTHAMERICA INC | Neiman Marcus Group LTD LLC | ~~1909~~825 | ~~7/20~~5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~8,856~~10,206.00<br><br>Total: $~~8,856~~10,206.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~52~~ | ~~PEPLO SRL~~ | ~~Bergdorf Goodman Inc.~~ | ~~248~~ | ~~5/11/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $9,408.00 Total: $9,408.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |

**Schedule 1A**

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | PRESTIGE SASDI CASTANO CARLO E C. | Bergdorf Goodman Inc. | 525 | 5/15/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $6,698.04 <br><br> Total: $6,698.04 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 54 | PROSPETTIVE | Neiman Marcus Group LTD LLC | 533 | 5/16/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $11,622.38 <br><br> Total: $11,622.38 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 55~~~40 | ~~RFID SHERPAS LLC~~WENDY M MCMURTREY | Neiman Marcus Group LTD LLC | ~~1170~~656 | ~~6/11~~5/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~6,897~~8,807.50 <br><br> Total: $~~6,897~~8,807.50 | Claim is inconsistent with the Reorganized Debtors' books and records |

SMRH:4829-8663-8312.5 062521

75FF-323489

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~56~~41 | ~~RODARTE~~WILL-RICH SHOE COMPANY, LLC | The ~~Neiman Marcus Group LTD~~ LLC | ~~807~~1975 | ~~5/22~~7/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~7,930.00~~10,644.26<br><br>Total: $~~7,930.00~~10,644.26 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~57~~ | ~~SABELL'S SNOW PLOWING & LANDSCAPE SERVICE INC~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~901~~ | ~~5/26/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $7,484.00 Total: $7,484.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~58~~ | ~~SAM INTERNATIONAL~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~242~~ | ~~5/11/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $9,824.43 Total: $9,824.43~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~59~~ | ~~SATYA TWENALLC~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1580~~ | ~~7/10/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $9,982.38 Total: $9,982.38~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~60~~ | ~~SELECT MIAMI, INC.~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1775~~ | ~~7/16/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $8,028.47 Total: $8,028.47~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~61~~ | ~~SIGNORIA DI FIRENZE LLC~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1016~~ | ~~6/1/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $11,027.00 Total: $11,027.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~62~~ | ~~SWISSCOSMET CORP.~~ | ~~Bergdorf Goodman Inc.~~ | ~~2876~~ | ~~9/23/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $9,945.00 Total: $9,945.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~63~~ | ~~THE LOCALE GROUP PTY LTD~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~2678~~ | ~~8/18/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $11,438.35 Total: $11,438.35~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~64~~ | ~~TIA MAZZA~~ | ~~Bergdorf Goodman Inc.~~ | ~~1295~~ | ~~6/16/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $8,525.00 Total: $8,525.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~65~~ | ~~TITLE OF WORK~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~146~~ | ~~5/11/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $8,112.00 Total: $8,112.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |

~~-~~11~~-~~

**Schedule 1A**

| 66 | TL AT HOME | Neiman Marcus Group LTD LLC | 255 | 5/12/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $6,530.76  Total: $6,530.76 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 67 | TOWN OF PALM BEACH | Neiman Marcus Group LTD LLC | 2861 | 9/22/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $11,842.75 Total: $11,842.75 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 68 | V.P. DESIGNS LTD | Neiman Marcus Group LTD LLC | 1302 | 6/19/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $8,320.00 Total: $8,320.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 69 | VISUAL COMFORT & CO | Neiman Marcus Group LTD LLC | 625 | 5/19/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $12,347.06 Total: $12,347.06 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 70 | WALDIN LLC | Neiman Marcus Group LTD LLC | 900 | 5/26/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $6,658.80 Total: $6,658.80 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 71 | WELLE NORTH AMERICA INC | Neiman Marcus Group LTD LLC | 825 | 5/22/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $10,206.00 Total: $10,206.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 72 | WENDY M MCMURTREY | Neiman Marcus Group LTD LLC | 656 | 5/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $8,807.50 Total: $8,807.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 73 | WILL-RICH SHOE COMPANY, LLC | The Neiman Marcus Group LLC | 1975 | 7/18/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $10,644.26 Total: $10,644.26 | Claim is inconsistent with the Reorganized Debtors' books and records |

## **Schedule 1B**

## **Reduced and Allowed Claims**

## Schedule 1B

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | AMBELLA HOME COLLECTION, INC. | Neiman Marcus Group LTD LLC | 53 | 5/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $19,094.00<br><br>Total: $19,094.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,725.00<br><br>Total: $6,725.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 2 | AVCON ENGINEERING PC | Neiman Marcus Group LTD LLC | 949 | 5/28/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $15,456.00<br><br>Total: $15,456.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,781.00<br><br>Total: $4,781.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 3 | BEN-AMUN | Neiman Marcus Group LTD LLC | 2594 | 8/3/2020 | Administrative: $2,728.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $12,012.00<br><br>Total: $14,740.00 | Administrative: $2,728.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,576.00<br><br>Total: $4,304.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 4 | CELCIA INC | Neiman Marcus Group LTD LLC | 1472 | 7/2/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $12,807.49<br><br>Total: $12,807.49 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $470.00<br><br>Total: $470.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 5 | CLERGERIE | Bergdorf Goodman Inc. | 979 | 5/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $42,089.90<br><br>Total: $42,089.90 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $30,923.00<br><br>Total: $30,923.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 6 | COLOMBIER HACOT, INC. | Neiman Marcus Group LTD LLC | 787 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $15,063.69<br><br>Total: $15,063.69 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,662.64<br><br>Total: $2,662.64 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 7 | ~~DAVID SCHINMANDIANE JAMES DESIGNS, INC.~~ | Neiman Marcus Group LTD LLC | ~~428~~205 | 5/1~~4~~13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $~~11,700~~00.00<br>General Unsecured: $~~9,874.76~~27,915.00<br><br>Total: $~~21,574.76~~27,915.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $~~11,700~~00.00<br>General Unsecured: $0~~14,750~~.00<br><br>Total: $~~11,700~~14,750.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 8 | ~~DIANE JAMES DESIGNS, INC.~~GIGIAND CICILLC. | Neiman Marcus Group LTD LLC | ~~20~~560 | 5/1~~3~~8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~27,915~~15,331.00<br><br>Total: $~~27,915~~15,331.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~14,750~~4,847.00<br><br>Total: $~~14,750~~4,847.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 9 | ~~GIGIANDCICI LLC~~GRAPHIC IMAGE INC. | ~~The~~ Neiman Marcus Group ~~LTD~~ LLC | ~~6~~044 | 5/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~15,331.00~~19,414.81<br><br>Total: $~~15,331.00~~19,414.81 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~4,847~~6,402.00<br><br>Total: $~~4,847~~6,402.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 10 | ~~GRAPHIC IMAGE INC.~~KIKI DE MONTPARNASSE | ~~The~~ Neiman Marcus Group ~~LTD~~ LLC | ~~44~~977 | 5/7~~29~~/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~19,414.81~~17,664.00<br><br>Total: $~~19,414.81~~17,664.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,~~402.00~~902.56<br><br>Total: $6,~~402.00~~902.56 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 11 | ~~KIKI DE MONTPARNASSE~~LADORADA | Neiman Marcus Group LTD LLC | ~~977~~214 | 5/2~~9~~11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~17,664~~19,311.00<br><br>Total: $~~17,664~~19,311.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,~~902.56~~187.30<br><br>Total: $6,~~902.56~~187.30 | Claim is inconsistent with the Reorganized Debtors' books and records |

## Schedule 1B

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 12 | ~~LADORADA LASH STAR BEAUTY~~ | Neiman Marcus Group LTD LLC | ~~2141~~532 | ~~5/11~~7/8/2020 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$19,311.00~~13,173.18 <br><br> Total: ~~$19,311.00~~13,173.18 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$6,187.30~~1,695.55 <br><br> Total: ~~$6,187.30~~1,695.55 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 13 | ~~LASH STAR BEAUTY~~LEXINGTON INTERNATIONAL LLC | Neiman Marcus Group LTD LLC | ~~1532~~1174 | ~~7/8~~6/10/2020 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$13,173.18~~44,249.50 <br><br> Total: ~~$13,173.18~~44,249.50 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$1,695.55~~31,794.08 <br><br> Total: ~~$1,695.55~~31,794.08 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 14 | ~~LEXINGTON INTERNATIONAL LLC~~LLADRO USA INC | Neiman Marcus Group LTD LLC | ~~1174~~666 | ~~6/10~~5/19/2020 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$44,249.50~~15,435.58 <br><br> Total: ~~$44,249.50~~15,435.58 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$31,794.08~~2,132.10 <br><br> Total: ~~$31,794.08~~2,132.10 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 15 | ~~LLADRO USA INC~~MAGGIE LOUISE CONFECTIONS LLC | Neiman Marcus Group LTD LLC | ~~666~~1463 | ~~5/19~~6/30/2020 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$15,435.58~~20,354.00 <br><br> Total: ~~$15,435.58~~20,354.00 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$2,132.10~~9,991.00 <br><br> Total: ~~$2,132.10~~9,991.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 16 | ~~MAGGIE LOUISE CONFECTIONS LLC~~MOTTAHEDEH &CO.., INC. | Neiman Marcus Group LTD LLC | ~~1463~~1109 | 6/30~~5~~/2020 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$20,354.00~~21,172.56 <br><br> Total: ~~$20,354.00~~21,172.56 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: $~~9,991~~10,735.00 <br><br> Total: $~~9,991~~10,735.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 17 | ~~MIZY ME LLC~~GOLD WORLD DESIGN | Neiman Marcus Group LTD LLC | ~~2161~~147 | ~~5/11~~6/9/2020 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$14,740.00~~24,923.20 <br><br> Total: ~~$14,740.00~~24,923.20 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: $~~570.00~~14,163.20 <br><br> Total: $~~570.00~~14,163.20 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 18 | ~~MOTTAHEDEH & CO..~~PEACOCK ALLEY, INC. | Neiman Marcus Group LTD LLC | ~~1109~~609 | 6/5~~/13~~/2020 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$21,172.56~~43,686.87 <br><br> Total: ~~$21,172.56~~43,686.87 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: $~~10,735.00~~33,687.30 <br><br> Total: $~~10,735.00~~33,687.30 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 19 | ~~OLD WORLD DESIGNS~~ & G HAMPTONSUN LLC | Neiman Marcus Group LTD LLC | ~~1147~~2702 | 6/9~~8/20~~/2020 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$24,923.20~~17,073.60 <br><br> Total: ~~$24,923.20~~17,073.60 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: $~~14,163.20~~4,413.61 <br><br> Total: $~~14,163.20~~4,413.61 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 20 | ~~PEACOCK ALLEY, INC.~~SELETTI NORTH AMERICA | Neiman Marcus Group LTD LLC | ~~609~~93 | 5/13~~8~~/2020 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$43,686.87~~17,851.40 <br><br> Total: ~~$43,686.87~~17,851.40 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: $~~33,687.30~~6,589.50 <br><br> Total: $~~33,687.30~~6,589.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 21 | ~~S & G HAMPTON SUN LLC~~SUBATO MICDIGITAL | Neiman Marcus Group LTD LLC | ~~2702~~1038 | 8/20~~6/2~~/2020 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: ~~$17,073.60~~23,398.00 <br><br> Total: ~~$17,073.60~~23,398.00 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: $~~4,413.61~~10,410.00 <br><br> Total: $~~4,413.61~~10,410.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 1B**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 22 | ~~SELETTI NORTH AMERICA~~ TEA FORTE INC | Neiman Marcus Group LTD LLC | ~~939~~951 | 5/8~~28~~/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~44,098~~.17,~~851.40~~<br><br>Total: $~~44,098~~.17,~~851.40~~ | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~6,589.50~~30,637.47<br><br>Total: $~~6,589.50~~30,637.47 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 23 | ~~SUBATOMIC DIGITAL~~VICI ~~ENTERPRISES, INC.~~ | Neiman Marcus Group LTD LLC | ~~1038~~872 | 6/25/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~23,398~~13,619.00<br><br>Total: $~~23,398~~13,619.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~10,410~~140.00<br><br>Total: $~~10,410~~140.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~24~~ | ~~TDX COMPANIES, LLC~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~2669~~ | ~~8/13/2020~~ | ~~Administrative: $0.00~~<br>~~Secured: $0.00~~<br>~~Priority: $0.00~~<br>~~General Unsecured: $11,826.73~~<br><br>~~Total: $11,826.73~~ | ~~Administrative: $0.00~~<br>~~Secured: $0.00~~<br>~~Priority: $0.00~~<br>~~General Unsecured: $1,934.70~~<br><br>~~Total: $1,934.70~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~25~~ | ~~TEA FORTE INC~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~951~~ | ~~5/28/2020~~ | ~~Administrative: $0.00~~<br>~~Secured: $0.00~~<br>~~Priority: $0.00~~<br>~~General Unsecured: $44,098.17~~<br><br>~~Total: $44,098.17~~ | ~~Administrative: $0.00~~<br>~~Secured: $0.00~~<br>~~Priority: $0.00~~<br>~~General Unsecured: $30,637.47~~<br><br>~~Total: $30,637.47~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~26~~ | ~~VICI ENTERPRISES, INC.~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~872~~ | ~~5/26/2020~~ | ~~Administrative: $0.00~~<br>~~Secured: $0.00~~<br>~~Priority: $0.00~~<br>~~General Unsecured: $13,619.00~~<br><br>~~Total: $13,619.00~~ | ~~Administrative: $0.00~~<br>~~Secured: $0.00~~<br>~~Priority: $0.00~~<br>~~General Unsecured: $140.00~~<br><br>~~Total: $140.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |

**Schedule 2**

**Adjourned Claim Objections**

**Schedule 2**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 1 | MEMO AMERICA INC. | Bergdorf Goodman Inc. | 419 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $10,354.20<br><br>Total: $10,354.20 | Claim is inconsistent with the Reorganized Debtors' books and records |

SMRH:4829-8663-8312.5
062521

75FF-323489

**<u>Schedule 3</u>**

**<u>Withdrawn Claim Objections</u>**

**Schedule 3**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTEMPS | Neiman Marcus Group LTD LLC | 1911 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $9,464.44<br><br>Total: $9,464.44 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 2 | CRIMSON BUSINESS EDUCATION GROUP | Neiman Marcus Group LTD LLC | 1469 | 7/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $13,500.00<br><br>Total: $13,500.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 3 | LEE MATHEWS WORKROOM PTY LTD | Neiman Marcus Group LTD LLC | 691 | 5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $13,047.10<br><br>Total: $13,047.10 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 4 | PROSPECTIVE | Neiman Marcus Group LTD LLC | 533 | 5/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,622.38<br><br>Total: $11,622.38 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 5 | TL AT HOME | Neiman Marcus Group LTD LLC | 255 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,530.76<br><br>Total: $6,530.76 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 6 | DAVID SCHINMAN | Neiman Marcus Group LTD LLC | 428 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $11,700.00<br>General Unsecured: $9,874.76<br><br>Total: $21,574.76 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 7 | TDX COMPANIES, LLC | Neiman Marcus Group LTD LLC | 2669 | 8/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,826.73<br><br>Total: $11,826.73 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 8 | ART REMEDY, LLC | Neiman Marcus Group LTD LLC | 892 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,391.89<br><br>Total: $11,391.89 | Claim is inconsistent with the Reorganized Debtors' books and records |

SMRH:4829-8663-8312.5
062521

75FF-323489

**Schedule 3**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 9 | BOGDON CANDY COMPANY INC | Neiman Marcus Group LTD LLC | 1705 | 7/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,968.46<br><br>Total: $6,968.46 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 10 | MOGIMO INC | Neiman Marcus Group LTD LLC | 2535 | 7/24/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $9,000.00<br><br>Total: $9,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

SMRH:4841-7342-4872.74829-8663-8312.5
062521

75FF-323489