**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*, [1] | ) |
|  | ) Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

**ORDER SUSTAINING LIQUIDATING TRUSTEE'S FIFTEENTH**
**OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**

[Related Docket No. ~~———~~]. 2488]

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (this "Order")

(i) disallowing and expunging or (ii) reducing and allowing, as applicable, the claims identified

on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1.       The Objection is sustained as set forth herein.

2.       Each claim identified on **Schedule 1A** to this Order is disallowed in its entirety.

3.       Each claim identified on **Schedule 1B** to this Order is reduced to the allowed

amount as identified.

---

[1]    The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Fifteenth Omnibus Objection to Claims (Books and Records Claims)*.

4.     The Liquidating Trustee's Objection to each of the claims identified on **Schedule 2** is hereby withdrawn without prejudice[3].

~~4.~~5.     Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

~~5.~~6.     Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

7.     Nothing in this Order affects administrative, secured, or priority amounts in the claims identified on Schedule 1, and the Reorganized Debtors reserve the right to object to the administrative, secured, or priority amounts on any basis whatsoever.

~~6.~~8.     Notwithstanding the relief granted in this Order or  any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

---

[3]   For the avoidance of doubt, certain claim objections originally scheduled on the *Liquidating Trustee's Fifteenth Omnibus Objection to Claims (Books and Records Claims)* were withdrawn by separate notice dated June 10, 2021.  *See Liquidating Trustee's Notice of Withdrawal of Certain Claims Objections* [Docket No. 2536].

7.9.     The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

*[Remainder of Page Intentionally Left Blank]*

8.10.    The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9.11.    This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.


Houston,                                     Texas
Date:_____, 2021

_____
THE  HONORABLE  DAVID  R.  JONES
CHIEF UNITED STATES BANKRUPTCY
JUDGE

## Schedule -1

## Schedule 1A

## Disallowed Claims

## Schedule 1A

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~1~~ | ~~19RM LTD~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1386~~ | ~~6/25/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $4,608.00 Total: $4,608.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~2~~ | ~~A DE R SAS~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1312~~ | ~~6/16/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $4,755.00 Total: $4,755.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~3~~1 | AFFIL-MK OFFICE OF SERVICES LLC | Neiman Marcus Group LTD LLC | 1195 | 6/10/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $5,086.07 Total: $5,086.07 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~4~~2 | AIMÉ LEON DORE | Bergdorf Goodman Inc. | 3319 | 11/5/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $4,668.00 Total: $4,668.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~5~~3 | ~~ALBERT TOGUT, NOT INDIVIDUALLY, BUT SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF SONIA RYKIEL, INC.~~ AMUSEMINTS | ~~Bergdorf Goodman Inc.~~ Neiman Marcus Group LTD LLC | ~~677~~1550 | ~~5/19~~7/9/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $4,~~412.00~~581.50 Total: $4,~~412.00~~581.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~6~~4 | ~~AMUSEMINTS~~ATLANTIC FOLKLTD | ~~Neiman Marcus Group LTD LLC~~Bergdorf Goodman Inc. | ~~1550~~1625 | 7/~~9~~14/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~4,581.50~~5,066.88 Total: $~~4,581.50~~5,066.88 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~7~~5 | ~~ANKE DRECHSEL~~BREAK POINTMEDIA LLC | Neiman Marcus Group LTD LLC | ~~838~~495 | 5/~~26~~15/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~3,049.68~~5,000.00 Total: $~~3,049.68~~5,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~8~~6 | ~~APERTURE TALENT~~CANDER INC | Bergdorf Goodman Inc. | ~~1971~~356 | 7/~~17~~5/13/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~6,000~~3,157.00 Total: $~~6,000~~3,157.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 1A**

| 9̶7 | AQUIS INC CARL TALLENT | Neiman Marcus Group LTD LLC Bergdorf Goodman Inc. | 28869 | 9/24 5/7/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $3,438 100.00 <br><br> Total: $3,438 100.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
|---|---|---|---|---|---|---|
| 10̶8 | ATLANTIC FOLKLTD CASEY HESS | Bergdorf Goodman Inc. Neiman Marcus Group LTD LLC | 1625 388 | 7/14 5/13/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $5,066.88 2,850.00 <br><br> Total: $5,066.88 2,850.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

**<u>Schedule 1A</u>**

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~11~~ | ~~AVCON ENGINEERINGPC~~ | ~~Bergdorf Goodman Inc.~~ | ~~953~~ | ~~5/28/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $5,464.59~~ ~~Total: $5,464.59~~ | ~~Claim is inconsistent with the ReorganizedDebtors' books and records~~ |
| ~~1~~29 | ~~BARAM INTERNATIONALCO. LTD~~CIRCLE UG (HAFTUNGSBES CHRÄNKT) | Neiman Marcus Group LTD LLC | ~~1048~~1127 | 6/~~3~~8/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~4,239.00~~6,270.57 Total: $~~4,239.00~~6,270.57 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~13~~10 | ~~BARBARA BERTUZZI~~CLOUD NOLA,INC | Neiman Marcus Group LTD LLC | ~~616~~424 | 5/~~19~~14/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $3,~~610~~420.00 Total: $3,~~610~~420.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~14~~11 | ~~BEGUM KIROGLUBK DIS TICARET~~COMPASS GROUP USA | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~1571~~431 | 5/11~~6/30~~/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $~~5,150.00~~2,565.83 Total: $~~5,150.00~~2,565.83 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~15~~12 | ~~BLANG FASHION~~DECREE SIGNS& GRAPHICS D/B/A MANHATTAN SIGNS | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~1045~~1165 | 6/~~2~~10/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $3,~~880.80~~034.67 Total: $3,~~880.80~~034.67 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~16~~13 | ~~BONTONI SRL~~DORFMAN-PACIFIC CO. | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~920~~1214 | 5/27~~6/11~~/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $2,~~605~~807.00 Total: $2,~~605~~807.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~17~~14 | ~~BREAK POINTMEDIA LLC~~ELEVENTY USA | Neiman Marcus Group LTD LLC | ~~495~~1011 | 5/15~~6/1~~/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $5,~~000.00~~897.52 Total: $5,~~000.00~~897.52 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~18~~15 | ~~BRYAN BANTRY FASHIO~~ANTA INC | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~3052~~1270 | 10/8~~6/17~~/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $3,~~850.16~~6,171.22 Total: $3,~~850.16~~6,171.22 | Claim is inconsistent with the Reorganized Debtors' books and records |

## Schedule 1A

| No. | Creditor | Debtor | Claim # | Date Filed | Amount | Reason |
|---|---|---|---|---|---|---|
| ~~19~~16 | ~~CADOGAN TATE FINE ART STORAGE LTD~~ FG FOOD SERVICE LLC | ~~Bergdorf Goodman Inc.~~ Neiman Marcus Group LTD LLC | ~~1021~~626 | ~~7/16~~5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~2,820.00~~6,261.69<br><br>Total: $~~2,820.00~~6,261.69 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~20~~ | ~~CANDER INC~~ | ~~Bergdorf Goodman Inc.~~ | ~~356~~ | ~~5/13/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $3,157.00 Total: $3,157.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~21~~ | ~~CARL TALLENT~~ | ~~Bergdorf Goodman Inc.~~ | ~~8~~ | ~~5/7/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $3,100.00 Total: $3,100.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |

Case 20-32519   Document 2576-2   Filed in TXSB on 06/28/21   Page 12 of 29

## Schedule 1A

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~22~~17 | ~~CASEY HESS~~GENERATIONJOY LLC | Neiman Marcus Group LTD LLC | ~~3881~~221 | ~~5/13~~6/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~2,850.00~~6,334.80<br><br>Total: $~~2,850.00~~6,334.80 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~23~~18 | ~~CIRCLE UG (HAFTUNGSBESCHRÄNKT)~~GILMAR DIVISIONE INDUSTRIA S.P.A. | Neiman Marcus Group LTD LLC | ~~1127~~843 | ~~6/8~~5/25/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~6,270.57~~4,997.10<br><br>Total: $~~6,270.57~~4,997.10 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~24~~19 | ~~CLOUDNOLA, INC~~HANAMINT CORP. | Neiman Marcus Group LTD LLC | ~~424~~526 | 5/~~14~~15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,~~420~~271.00<br><br>Total: $3,~~420~~271.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~25~~20 | ~~COMPASS GROUP USA~~HIGH TECH LANDSCAPES | Neiman Marcus Group LTD LLC | ~~1431~~1366 | 6/~~30~~23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~2,565.83~~4,910.21<br><br>Total: $~~2,565.83~~4,910.21 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~26~~21 | HUNZA G LTD., A PRIVATE LIMITED COMPANY REGISTERED IN THE UNITED KINGDOM<br><br>~~CONTEMPORAR Y APPLIED ARTS~~ | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~1050~~1169 | 6/~~3~~11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~5,266.00~~3,169.68<br><br>Total: $~~5,266.00~~3,169.68 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~27~~22 | ~~CONTI ALEXANDRA~~JONATHAN Y DESIGN'S INC | Neiman Marcus Group LTD LLC | ~~408~~1072 | ~~5/14~~6/4/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~6,354.00~~5,370.94<br><br>Total: $~~6,354.00~~5,370.94 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~28~~23 | ~~DB AUTONOLEGGIO CON CONDUCENTE DI DANIELE BANFI~~KARO STUDIOS INC. | Neiman Marcus Group LTD LLC | ~~1075~~673 | 6/~~3~~5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~4,057.63~~5,000.00<br><br>Total: $~~4,057.63~~5,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~29~~ | ~~DEADLY PONIES2010 LTD~~ | ~~Bergdorf Goodman Inc.~~ | ~~687~~ | ~~5/19/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $5,266.38 Total: $5,266.38~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |

**Schedule 1A**

| 30~~24~~ | ~~DECREE SIGNS& GRAPHICS D/B/A MANHATTAN SIGNS~~ KAT BURKI SKINCARE INC | Neiman Marcus Group LTD LLC | ~~1165~~973 | ~~6/10~~5/28/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,~~034.67~~379.50<br><br>Total: $3,~~034.67~~379.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
|---|---|---|---|---|---|---|
| 31 | ~~DORFMAN PACIFIC CO.~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1214~~ | ~~6/11/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00~~ ~~General Unsecured: $2,807.00~~ ~~Total: $2,807.00~~ | ~~Claim is inconsistentwith the ReorganizedDebtors' books and records~~ |
| 32 | ~~ELEVENTY USA~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1011~~ | ~~6/1/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00~~ ~~General Unsecured: $5,897.52~~ ~~Total: $5,897.52~~ | ~~Claim is inconsistentwith the ReorganizedDebtors' books and records~~ |

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~33~~25 | ~~EMILIO PUCCI S.R.L~~ KIYASA CORPORATION | ~~The~~ Neiman Marcus Group ~~LTD~~ LLC | ~~1547~~811 | ~~7/9~~5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~3,348.48~~2,685.00<br>Total: $~~3,348.48~~2,685.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~34~~26 | ~~EMPORIO LE SIRENUSE SRL~~ LADORADA | ~~Bergdorf Goodman Inc.~~ Neiman Marcus Group LTD LLC | ~~7921~~369 | ~~5/22~~6/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~5,673.00~~4,029.30<br>Total: $~~5,673.00~~4,029.30 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~35~~27 | ~~ESPRO, INC. (REGAL WARE, INC.)~~ LIPAULT | Neiman Marcus Group LTD LLC | ~~2127~~113 | ~~7/20~~5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~6,046.32~~4,542.08<br>Total: $~~6,046.32~~4,542.08 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~36~~28 | ~~FABRA CLEENCARPET & FABRIC SPECIALISTS,INC.~~ LSA INTERNATIONAL INC | ~~Bergdorf Goodman Inc.~~ Neiman Marcus Group LTD LLC | ~~772~~441 | 5/~~21~~14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~5,356.66~~4,726.50<br>Total: $~~5,356.66~~4,726.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~37~~29 | ~~FASHIOANTA~~ MAGI CLINKS. INC | Neiman Marcus Group LTD LLC | ~~1270~~657 | ~~6/17~~5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~6,171.22~~4,968.18<br>Total: $~~6,171.22~~4,968.18 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~38~~30 | ~~FG FOOD SERVICE LLC~~ MAINSTREAM SWIMSUITS, INC. | Neiman Marcus Group LTD LLC | ~~6261~~506 | ~~5/19~~7/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~6,261.69~~3,091.75<br>Total: $~~6,261.69~~3,091.75 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~39~~31 | ~~G.E.A. SRL~~ MIFANLI INC | Neiman Marcus Group LTD LLC | ~~335~~291 | 5/~~13~~12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~5,522.56~~4,256.14<br>Total: $~~5,522.56~~4,256.14 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 40 | ~~GÃ©RALDINE GONZALEZ~~ | ~~Bergdorf Goodman Inc.~~ | ~~1201~~ | ~~6/11/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $2,636.36 Total: $2,636.36~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |

**Schedule 1A**

| | | | | | |
|---|---|---|---|---|---|
| 41<u>32</u> | ~~GAMEZ TPS LLCDBA TEXAS PERSONNEL SERVICE~~ <br><br> <u>MOCKINGBIRD FOOD CO</u> | Neiman Marcus Group LTD LLC | ~~728~~<u>473</u> | 5/~~20~~<u>14</u>/2020 | Administrative: $0.00 <br> Secured: $0.00 <br> Priority: $0.00 <br> General Unsecured: $~~4,920~~<u>2,797</u>.25 <br><br> Total: $~~4,920~~<u>2,797</u>.25 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~42~~ | ~~GARDA CL GREAT LAKES, INC. (GARDAWORLD)~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~2274~~ | ~~7/20/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $6,387.45~~ <br><br> ~~Total: $6,387.45~~ | ~~Claim is inconsistent with the ReorganizedDebtors' books and records~~ |
| ~~43~~ | ~~GENERATIONJOY LLC~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1221~~ | ~~6/12/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $6,334.80~~ <br><br> ~~Total: $6,334.80~~ | ~~Claim is inconsistent with the ReorganizedDebtors' books and records~~ |

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~44~~33 | ~~GILMAR DIVISIONE INDUSTRIAS P.A.~~ NANCY PRICE INTERIOR DESIGN | Neiman Marcus Group LTD LLC | ~~8431~~669 | ~~5/25~~7/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~4,997.10~~5,025.00<br><br>Total: $~~4,997.10~~5,025.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~45~~34 | ~~HANAMINT CORP.~~ NEPENTHES AMERICA INC. | ~~Neiman Marcus Group LTD LLC~~ Bergdorf Goodman Inc. | ~~5261~~262 | ~~6/15~~6/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~3,271.00~~6,182.78<br><br>Total: $~~3,271.00~~6,182.78 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~46~~35 | ~~HAROUNIAN RUGS INTERNATIONAL CO.~~ NOXS INC. | Neiman Marcus Group LTD LLC | ~~1124~~1522 | ~~6~~7/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~3,534.08~~5,133.28<br><br>Total: $~~3,534.08~~5,133.28 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~47~~36 | ~~HIGH TECH LANDSCAPES~~ ONE FASHIONHOUSE, INC | Neiman Marcus Group LTD LLC | ~~1366~~1243 | 6/~~23~~16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~4,910.21~~2,815.11<br><br>Total: $~~4,910.21~~2,815.11 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~48~~37 | ORIGINAL MADRAS TRADING CO ~~HUNZA G LTD., A PRIVATE LIMITED COMPANY REGISTERED IN THE UNITED KINGDOM~~ | ~~Neiman Marcus Group LTD LLC~~ Bergdorf Goodman Inc. | ~~1169~~1167 | 6/~~11~~10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~3,169.68~~5,436.00<br><br>Total: $~~3,169.68~~5,436.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~49~~38 | ~~IM-LINK CORP.~~ PLANT PEOPLE, INC. | The Neiman Marcus Group ~~LTD~~ LLC | ~~1085~~493 | 6/~~45~~15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,~~687.03~~545.20<br><br>Total: $2,~~687.03~~545.20 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~50~~39 | ~~JONATHAN Y DESIGN'S INC.~~ QOSINA CORP. | Neiman Marcus Group LTD LLC | ~~1072~~775 | 6/~~45~~21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,~~370.94~~316.50<br><br>Total: $5,~~370.94~~316.50 | Claim is inconsistent with the Reorganized Debtors' books and records |

## Schedule 1A

| | | | | | | |
|---|---|---|---|---|---|---|
| ~~51~~40 | ~~KARO STUDIOS INC~~ ROJAS LIFESTYLE LLC | Neiman Marcus Group LTD LLC | ~~673~~743 | 5/~~10~~20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,~~000.00~~431.50<br><br>Total: $5,~~000.00~~431.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~52~~ | ~~KAT BURKI SKINCARE INC~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~973~~ | ~~5/28/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $3,379.50 Total: $3,379.50~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~53~~ | ~~KIYASA CORPORATION~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~811~~ | ~~5/22/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $2,685.00 Total: $2,685.00~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~54~~ | ~~LADORADA~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1369~~ | ~~6/23/2020~~ | ~~Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $4,029.30 Total: $4,029.30~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| ~~55~~41 | ~~LAZYPANTS/08~~SARR EID LTD | Neiman Marcus Group LTD LLC | ~~981~~1287 | ~~5/29~~6/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~5,279.11~~4,704.00<br><br>Total: $~~5,279.11~~4,704.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~56~~42 | ~~LIPAULT~~SHOP IT TO ME,INC. | Neiman Marcus Group LTD LLC | ~~113~~509 | 5/~~11~~15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,~~542.08~~878.69<br><br>Total: $4,~~542.08~~878.69 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~57~~43 | ~~LONG ISLAND CARPET CLEANERS INC.DBA FABRA CLEEN~~ THE BOATMAN GROUP | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~302~~203 | 5/~~1~~15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~4,617.99~~3,916.10<br><br>Total: $~~4,617.99~~3,916.10 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~58~~44 | ~~LOULOU STUDIO~~TINA CHEN DESIGN COMPANY | Bergdorf Goodman Inc. | ~~363~~243 | 5/~~13~~12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $~~5,773~~4,806.00<br><br>Total: $~~5,773~~4,806.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~59~~45 | ~~LSA INTERNATIONAL~~ VITA KIN, INC. | Neiman Marcus Group LTD LLC | ~~441~~148 | 5/~~11~~11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,~~726~~702.50<br><br>Total: $4,~~726~~702.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~60~~46 | ~~MACKENZIE AUTOMATICDOORS INC~~WANGS ALLIANCE CORP. | ~~Bergdorf Goodman Inc.~~Neiman Marcus Group LTD LLC | ~~334~~671 | 5/~~13~~19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,~~960.86~~888.66<br><br>Total: $2,~~960.86~~888.66 | Claim is inconsistent with the Reorganized Debtors' books and records |
| ~~61~~ | ~~MAGICLINKS,INC~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~657~~ | ~~5/20/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $4,968.18 Total: $4,968.18~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~62~~ | ~~MAINSTREAM SWIMSUITS, INC.~~ | ~~Neiman Marcus Group LTD LLC~~ | ~~1506~~ | ~~7/7/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $3,091.75 Total: $3,091.75~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |
| ~~63~~ | ~~MARGARET HOWELL LTD~~ | ~~Bergdorf Goodman Inc.~~ | ~~1433~~ | ~~6/30/2020~~ | ~~Administrative: $0.00Secured: $0.00 Priority: $0.00 General Unsecured: $2,980.90 Total: $2,980.90~~ | ~~Claim is inconsistent with the Reorganized Debtors' books and records~~ |

**Schedule 1A**

| 64 | MAUI EPICURE LLC | Neiman Marcus Group LTD LLC | 783 | 5/21/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $2,527.42 Total: $2,527.42 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 65 | MICHAEL HALPERN LIMITED | Neiman Marcus Group LTD LLC | 1181 | 6/10/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $5,162.05 Total: $5,162.05 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 66 | MIFANLI INC | Neiman Marcus Group LTD LLC | 291 | 5/12/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $4,256.14 Total: $4,256.14 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 67 | MOCKINGBIRD FOOD CO | Neiman Marcus Group LTD LLC | 473 | 5/14/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $2,797.25 Total: $2,797.25 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 68 | NANCY PRICE INTERIOR DESIGN | Neiman Marcus Group LTD LLC | 1669 | 7/15/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $5,025.00 Total: $5,025.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 69 | NEPENTHES AMERICA INC. | Bergdorf Goodman Inc. | 1262 | 6/17/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $6,182.78 Total: $6,182.78 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 70 | NOXS INC. | Neiman Marcus Group LTD LLC | 1522 | 7/7/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $5,133.28 Total: $5,133.28 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 71 | NTRONIXCORP | Neiman Marcus Group LTD LLC | 1367 | 6/23/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $4,813.97 Total: $4,813.97 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 72 | OLO | Neiman Marcus Group LTD LLC | 1435 | 6/30/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $3,882.10 Total: $3,882.10 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 73 | ONE FASHION HOUSE, INC | Neiman Marcus Group LTD LLC | 1243 | 6/16/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $2,815.11 Total: $2,815.11 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 74 | ORIGINAL MADRAS TRADING CO. | Bergdorf Goodman Inc. | 1167 | 6/10/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $5,436.00 Total: $5,436.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

13

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 75 | PENN KARN | Neiman Marcus Group LTD LLC | 406 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,091.25<br><br>Total: $5,091.25 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 76 | PLANT PEOPLE, INC. | The Neiman Marcus Group LLC | 493 | 5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,545.20<br><br>Total: $2,545.20 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 77 | PRESIDENT F.R.S. SRL | Bergdorf Goodman Inc. | 149 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,688.60<br><br>Total: $5,688.60 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 78 | QOSINA CORP. | Neiman Marcus Group LTD LLC | 775 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,316.50<br><br>Total: $5,316.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 79 | RATTI SPA | Neiman Marcus Group LTD LLC | 1546 | 7/9/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,030.00<br><br>Total: $5,030.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 80 | ROJAS LIFESTYLE LLC | Neiman Marcus Group LTD LLC | 743 | 5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,431.50<br><br>Total: $5,431.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 81 | SARREID LTD | Neiman Marcus Group LTD LLC | 1287 | 6/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,704.00<br><br>Total: $4,704.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 82 | SHOP IT TO ME, INC. | Neiman Marcus Group LTD LLC | 509 | 5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,878.69<br><br>Total: $4,878.69 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 83 | TESSILARTE DI PAOLA MARTINETTI | Bergdorf Goodman Inc. | 904 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,576.88<br><br>Total: $3,576.88 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 84 | THE BOATMAN GROUP | Neiman Marcus Group LTD LLC | 203 | 5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,916.10<br><br>Total: $3,916.10 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 85 | TINA CHEN DESIGN COMPANY | Bergdorf Goodman Inc. | 243 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,806.00<br><br>Total: $4,806.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 1A**

| 86 | TRIBRIDGE HOLDINGS, LLC | Neiman Marcus Group LTD LLC | 544 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,200.00<br><br>Total: $5,200.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
|---|---|---|---|---|---|---|
| 87 | UTZON A/S | Neiman Marcus Group LTD LLC | 708 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,660.00<br><br>Total: $3,660.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 88 | VITA KIN, INC. | Neiman Marcus Group LTD LLC | 148 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,702.50<br><br>Total: $4,702.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 89 | WANGS ALLIANCE CORP. | Neiman Marcus Group LTD LLC | 671 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,888.66<br><br>Total: $2,888.66 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 90 | WOMENMANAGE MENTWOMEN MANAGEMENT | Neiman Marcus Group LTD LLC | 1240 | 6/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,320.00<br><br>Total: $3,320.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 91 | ZERO11SRL | Bergdorf Goodman Inc. | 693 | 5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,022.00<br><br>Total: $3,022.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

<u>**Schedule 1B**</u>

**Reduced and Allowed Claims**

SMRH:4838-5059-9400.7

**Schedule 1B**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | AMBIUS | Neiman Marcus Group LTD LLC | 2727 | 8/25/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,822.84<br><br>Total: $7,822.84 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,429.79<br><br>Total: $1,429.79 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 2 | BIGELOW TRADING LTD*INACTIVE* | Neiman Marcus Group LTD LLC | 2420 | 7/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $9,921.00<br><br>Total: $9,921.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,239.16<br><br>Total: $6,239.16 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 3 | CAMFIL USA INC | Neiman Marcus Group LTD LLC | 2549 | 7/28/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $18,837.71<br><br>Total: $18,837.71 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $14,473.51<br><br>Total: $14,473.51 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 4 | INDIVIDUALIZED SHIRT COMPANY | The Neiman Marcus Group LLC | 2832 | 9/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,876.59<br><br>Total: $11,876.59 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,497.75<br><br>Total: $6,497.75 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 5 | KIN COLLECTIVE LLC | Neiman Marcus Group LTD LLC | 2697 | 8/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $17,686.50<br><br>Total: $17,686.50 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $14,471.70<br><br>Total: $14,471.70 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 6 | LBV INC. | Neiman Marcus Group LTD LLC | 1887 | 7/16/2020 | Administrative: $12,097.98<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,540.00<br><br>Total: $15,637.98 | Administrative: $12,097.98<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $12,097.98 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 7 | LUCKY SCENT INC. | Bergdorf Goodman Inc. | 2648 | 8/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $30,186.00<br><br>Total: $30,186.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $25,948.30<br><br>Total: $25,948.30 | Claim is inconsistent with the Reorganized Debtors' books and records |

**<u>Schedule 2</u>**

**<u>Withdrawn Claim Objections</u>**

**Schedule 2**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Rea O |
|---|---|---|---|---|---|---|
| 1 | A DE R SAS | Neiman Marcus Group LTD LLC | 1312 | 6/16/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $4,755.00<br>Total: $4,755.00 | Claim with th Debto |
| 2 | G.E.A. SRL | Neiman Marcus Group LTD LLC | 335 | 5/13/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $5,522.56<br>Total: $5,522.56 | Claim with th Debto |
| 3 | GÃ©RALDINE GONZALEZ | Bergdorf Goodman Inc. | 1201 | 6/11/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $2,636.36<br>Total: $2,636.36 | Claim with th Debto |
| 4 | GAMEZ TPS LLC DBA TEXAS PERSONNEL SERVICE | Neiman Marcus Group LTD LLC | 728 | 5/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $4,920.25<br>Total: $4,920.25 | Claim with th Debto |
| 5 | GARDA CL GREAT LAKES, INC. (GARDAWORLD) | Neiman Marcus Group LTD LLC | 2274 | 7/20/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $6,387.45<br>Total: $6,387.45 | Claim with th Debto |
| 6 | NTRONIXCORP | Neiman Marcus Group LTD LLC | 1367 | 6/23/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $4,813.97<br>Total: $4,813.97 | Claim with th Debto |
| 7 | OLO | Neiman Marcus Group LTD LLC | 1435 | 6/30/2020 | Administrative: $0.00 Secured: $0.00 Priority: $0.00<br>General Unsecured: $3,882.10<br>Total: $3,882.10 | Claim with th Debto |
| 8 | NEXGEN PACKAGING LTD | Neiman Marcus Group LTD LLC | 2700 | 8/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $12,528.43<br>Total: $12,528.43 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: $7,575.92 Total: $7,575.92 — Claim with th Debto |

**Schedule 2**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 9 | MAUI EPICURE LLC | Neiman Marcus Group LTD LLC | 783 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,527.42<br><br>Total: $2,527.42 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 10 | LAZYPANTS/08 | Neiman Marcus Group LTD LLC | 981 | 5/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,279.11<br><br>Total: $5,279.11 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 11 | FABRA CLEEN CARPET & FABRIC SPECIALISTS, INC. | Bergdorf Goodman Inc. | 772 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,356.66<br><br>Total: $5,356.66 | Claim is inconsistent with the Reorganized Debtors' books and records |

SMRH:4838-5059-9400.7