## Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>NEIMAN MARCUS GROUP LTD LLC, *et al.*, [1]<br><br>Reorganized Debtors. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 20-32519 (DRJ)<br>)<br>) (Jointly Administered)<br>) |

**ORDER SUSTAINING LIQUIDATING TRUSTEE'S SIXTEENTH
OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**

[Related Docket No. 2489]

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (this "<u>Order</u>")

(i) disallowing and expunging or (ii) reducing and allowing, as applicable, the claims identified

on **<u>Schedule 1</u>** attached hereto, it is **HEREBY ORDERED THAT**:

1.     The Objection is sustained as set forth herein.

2.     Each claim identified on **<u>Schedule 1A</u>** to this Order is disallowed in its entirety.

3.     Each claim identified on **<u>Schedule 1B</u>** to this Order is reduced to the allowed

amount as identified.

---

[1]     The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Sixteenth Omnibus Objection to Claims (Books and Records Claims).*

4.     The Liquidating Trustee's Objection to each of the claims identified on **Schedule 2** is hereby withdrawn without prejudice.[3]

5.     Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

6.     Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

7.     Notwithstanding the relief granted in this Order or any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

8.     Nothing in this Order affects administrative, secured, or priority amounts in the claims identified on Schedule 1, and the Reorganized Debtors reserve the right to object to the administrative, secured, or priority amounts on any basis whatsoever.

---

[3]   For the avoidance of doubt, certain claim objections originally scheduled on the *Liquidating Trustee's Sixteenth Omnibus Objection to Claims (Books and Records Claims)* were withdrawn by separate notice dated June 10, 2021.  *See Liquidating Trustee's Notice of Withdrawal of Certain Claim Objections* [Docket No. 2536].

9.      The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

10.     The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

11.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Houston,                        Texas
Date:_____, 2021

                                            _____
                                            THE HONORABLE DAVID R. JONES
                                            CHIEF UNITED STATES BANKRUPTCY
                                            JUDGE

**<u>Schedule 1A</u>**

**Disallowed Claims**

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 1 | 1 ABOVE ELEVATOR INSPECTIONS | Neiman Marcus Group LTD LLC | 1009 | 6/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,150.00<br><br>Total: $1,150.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 2 | ABBCH OUSTERHOUT, LTD DBA O'MY GOODNESS! | Neiman Marcus Group LTD LLC | 845 | 5/25/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,220.00<br><br>Total: $1,220.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 3 | AGI SUPREMELLC | Neiman Marcus Group LTD LLC | 2069 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,871.78<br><br>Total: $1,871.78 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 4 | ALLIED FLOW SPECIALISTS, INC. | Neiman Marcus Group LTD LLC | 1646 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,436.69<br><br>Total: $2,436.69 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 5 | ALLUME | Bergdorf Goodman Inc. | 816 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,143.77<br><br>Total: $2,143.77 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 6 | ANAHEIM GLASS INC | Neiman Marcus Group LTD LLC | 1905 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,311.30<br><br>Total: $1,311.30 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 7 | CANON SOLUTIONS AMERICA, INC. | Neiman Marcus Group LTD LLC | 2418 | 7/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,412.96<br><br>Total: $1,412.96 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 8 | CELIA FRANCES | Neiman Marcus Group LTD LLC | 1217 | 6/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,034.26<br><br>Total: $1,034.26 | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|-------|------------------|-------------|---------|------------|---------------|-------------------------|
| 9 | CELINA LEUNG | Bergdorf Goodman Inc. | 16 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,193.75<br><br>Total: $1,193.75 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 10 | CELMOL INC. DBA MARK ROBERTS | Neiman Marcus Group LTD LLC | 471 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,812.00<br><br>Total: $1,812.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 11 | CHAITNATH HARDUAR (LASER TECH JEWELRY REPAIR INC) | Neiman Marcus Group LTD LLC | 1365 | 6/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,280.00<br><br>Total: $1,280.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 12 | CITY OF SUNRISE, A FLORIDA MUNICIPAL CORPORATION | Neiman Marcus Group LTD LLC | 2040 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,200.00<br><br>Total: $1,200.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 13 | CITY OF TAMPA - ORACLE LOCKBOX | Neiman Marcus Group LTD LLC | 2612 | 8/5/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,714.00<br><br>Total: $1,714.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 14 | CLEANERS SUPPLY, INC. | Neiman Marcus Group LTD LLC | 1161 | 6/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,218.69<br><br>Total: $1,218.69 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 15 | CLOUDNOLAINC. | Neiman Marcus Group LTD LLC | 298 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,416.00<br><br>Total: $1,416.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 16 | FRANK NEW | Neiman Marcus Group LTD LLC | 368 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,322.00<br><br>Total: $2,322.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 17 | HUM NUTRITION | Neiman Marcus Group LTD LLC | 812 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,165.50<br><br>Total: $1,165.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 18 | JFA DESIGNS, INC | Neiman Marcus Group LTD LLC | 1226 | 6/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,415.00<br><br>Total: $2,415.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 19 | LIVIN, LLC | Neiman Marcus Group LTD LLC | 641 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,343.00<br><br>Total: $1,343.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 20 | MAYA CHIA | Neiman Marcus Group LTD LLC | 152 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,771.20<br><br>Total: $1,771.20 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 21 | MILK MANAGEMENT LIMITED | Neiman Marcus Group LTD LLC | 417 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,837.50<br><br>Total: $1,837.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 22 | ON TIMES SALES LLC | Neiman Marcus Group LTD LLC | 1813 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,066.80<br><br>Total: $1,066.80 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 23 | PHILLIP KADOWAKI | Bergdorf Goodman Inc. | 15 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,487.50<br><br>Total: $1,487.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 24 | POETIC PILLOW | Neiman Marcus Group LTD LLC | 764 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,016.00<br><br>Total: $1,016.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|-------|------------------|-------------|---------|------------|---------------|-------------------------|
| 25 | PRSB LLC | The Neiman Marcus GroupLLC | 742 | 5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,055.00<br><br>Total: $1,055.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 26 | RADAR PROMOTIONS | Neiman Marcus Group LTD LLC | 1428 | 6/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,795.12<br><br>Total: $1,795.12 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 27 | RUFFLEBUTTS, INC | Neiman Marcus Group LTD LLC | 1249 | 6/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,092.75<br><br>Total: $1,092.75 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 28 | SAFETY-KLEEN/CLEANHARBORS | Bergdorf Goodman Inc. | 1155 | 6/5/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,998.40<br><br>Total: $1,998.40 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 29 | SRS SECUIRTY AGENCY, LLC | Neiman Marcus Group LTD LLC | 1286 | 6/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,791.30<br><br>Total: $1,791.30 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 30 | STÃ©PHANIE JACQUET | Neiman Marcus Group LTD LLC | 413 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,294.00<br><br>Total: $1,294.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 31 | STUDIO GALA | Neiman Marcus Group LTD LLC | 425 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,375.16<br><br>Total: $2,375.16 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 32 | SUNNYLIFE LLC | Neiman Marcus Group LTD LLC | 1271 | 6/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,507.54<br><br>Total: $2,507.54 | Claim is inconsistent with the Reorganized Debtors' books and records |

**Schedule 1A**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 33 | SWEET STREET DESSERTS INC | The Neiman Marcus GroupLLC | 20 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,587.80<br><br>Total: $1,587.80 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 34 | THE CAROLING PARTY INC | Neiman Marcus Group LTD LLC | 1764 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,000.00<br><br>Total: $1,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 35 | THE CLUTTS AGENCY, INC | Neiman Marcus Group LTD LLC | 200 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,950.00<br><br>Total: $1,950.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 36 | THIS WORKS PRODUCTS LTD | Neiman Marcus Group LTD LLC | 909 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,248.16<br><br>Total: $2,248.16 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 37 | UNIVERSAL TAG, INC. | Neiman Marcus Group LTD LLC | 1362 | 6/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,717.00<br><br>Total: $1,717.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 38 | WILLIAM G. BURNS' BUSINESS EXPRESS PRESS | Neiman Marcus Group LTD LLC | 773 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,195.08<br><br>Total: $2,195.08 | Claim is inconsistent with the Reorganized Debtors' books and records |

## Schedule 1B

**Reduced and Allowed Claims**

## Schedule 1B

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | BALLIN INTERNATIONAL | Neiman Marcus Group LTD LLC | 2641 | 8/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,950.00<br><br>Total: $7,950.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,576.04<br><br>Total: $6,576.04 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 2 | ELITE MODEL MANAGEMENT LLC | Neiman Marcus Group LTD LLC | 2531 | 7/24/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $17,871.13<br><br>Total: $17,871.13 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $16,200.00<br><br>Total: $16,200.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 3 | SENSISTUDIO S.A. | Neiman Marcus Group LTD LLC | 986 | 5/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $6,000.00<br>General Unsecured: $2,171.28<br><br>Total: $8,171.28 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $6,000.00<br>General Unsecured: $0.00<br><br>Total: $6,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 4 | UN CADEAU DE LA PROVIDENCE | Bergdorf Goodman Inc. | 2538 | 7/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,845.00<br><br>Total: $2,845.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,261.00<br><br>Total: $1,261.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 5 | XPO LOGISTICS | Bergdorf Goodman Inc. | 2663 | 8/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,491.01<br><br>Total: $4,491.01 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,020.10<br><br>Total: $2,020.10 | Claim is inconsistent with the Reorganized Debtors' books and records |

**<u>Schedule 2</u>**

**Withdrawn Claims**

## Schedule 2

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 1 | DENVER MODEL & TALENT LTD DBA DONNA BALDWIN AGENCY | Neiman Marcus Group LTD LLC | 1304 | 6/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,854.40<br><br>Total: $1,854.40 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 2 | MERRICK CULP DESIGNS LLC | Neiman Marcus Group LTD LLC | 112 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,536.30<br><br>Total: $1,536.30 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 3 | PASOTTI OMBRELLI S.R.L. | Bergdorf Goodman Inc. | 151 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,241.00<br><br>Total: $1,241.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 4 | PETER DUDGEON INT'L | Neiman Marcus Group LTD LLC | 911 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,017.43<br><br>Total: $2,017.43 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 5 | WJM PRODUCTIONS, INC | Neiman Marcus Group LTD LLC | 1658 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,500.00<br><br>Total: $2,500.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 6 | SENSISTUDIO S.A. | Bergdorf Goodman Inc. | 1082 | 6/4/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $1,050.00<br>General Unsecured: $1,106.00<br><br>Total: $2,156.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 7 | 2HYPE INC | Neiman Marcus Group LTD LLC | 3362 | 1/12/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,077.50<br><br>Total: $1,077.50 | Claim is inconsistent with the Reorganized Debtors' books and records |