**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) )  ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | ) ) ) Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | ) ) (Jointly Administered) ) |

**ORDER SUSTAINING LIQUIDATING TRUSTEE'S SEVENTEENTH
OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTS CLAIMS)**

[Related Docket No. 2490]

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (the "Order") disallowing and expunging the claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. The Objection is sustained as set forth herein.

2. Each claim identified on **Schedule 1** to this Order is disallowed in its entirety as identified on **Schedule 1** to this Order.

3. The Liquidating Trustee's Objection to each of the claims identified on **Schedule 2** is hereby withdrawn without prejudice.[3]

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Seventeenth Omnibus Objection to Claims (No Supporting Documents Claims)*.

-1-

4. Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

5. Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

6. Notwithstanding the relief granted in this Order or any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

7. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

[*Remainder of Page Intentionally Left Blank*]

---

[3] For the avoidance of doubt, certain claim objections originally scheduled on the *Liquidating Trustee's Seventeenth Omnibus Objection to Claims (No Supporting Documents Claims)* were withdrawn by separate notice dated June 10, 2021. *See Liquidating Trustee's Notice of Withdrawal of Certain Claim Objections* [Docket No. 2536].

-3-

8. The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Houston, Texas
Date:_____, 2021

                                    THE HONORABLE DAVID R. JONES
                                    CHIEF UNITED STATES BANKRUPTCY
                                    JUDGE

## **Schedule 1**

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|---|
| 1 | BEFRUGAL | Neiman Marcus Group LTD LLC | 1330 | 6/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $37,594.95<br><br>Total: $37,594.95 | Claim does not include supporting documentation |
| 2 | BRAD'S DEALS LLC | The Neiman Marcus Group LLC | 888 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,203.77<br><br>Total: $3,203.77 | Claim does not include supporting documentation |
| 3 | CENTRAL TELEPHONE COMPANY-NEVADA DBA CENTURYLINK | Neiman Marcus Group LTD LLC | 1593 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,159.26<br><br>Total: $1,159.26 | Claim does not include supporting documentation |
| 4 | CENTRAL TELEPHONE COMPANY-NEVADA DBA CENTURYLINK | Neiman Marcus Group LTD LLC | 1592 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $666.91<br><br>Total: $666.91 | Claim does not include supporting documentation |
| 5 | CESAR DUENAS | Neiman Marcus Group LTD LLC | 828 | 5/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $700.00<br><br>Total: $700.00 | Claim does not include supporting documentation |
| 6 | DLNY, LLC A DIVISION OF JERRY LEIGH OF CALIFORNIA, INC | Neiman Marcus Group LTD LLC | 564 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,275.00<br><br>Total: $6,275.00 | Claim does not include supporting documentation |
| 8 | JAMES JEANS | Neiman Marcus Group LTD LLC | 960 | 5/28/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,632.00<br><br>Total: $3,632.00 | Claim does not include supporting documentation |
| 9 | POMEROY | Neiman Marcus Group LTD LLC | 755 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $38,081.71<br><br>Total: $38,081.71 | Claim does not include supporting documentation |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|---|
| 10 | TOGAS HOUSE OF TEXTILES | Neiman Marcus Group LTD LLC | 636 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,551.00<br><br>Total: $3,551.00 | Claim does not include supporting documentation |
| 13 | DERRALL BROWN | Neiman Marcus Group LTD LLC | 1618 | 7/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |
| 14 | EBONE BOWLES | Neiman Marcus Group LTD LLC | 1655 | 7/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |
| 15 | MONICA WRIGHT SAPARI | Neiman Marcus Group LTD LLC | 2365 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |
| 16 | OSCAR ALVAREZ | Neiman Marcus Group LTD LLC | 1746 | 7/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |
| 17 | SA-LA LLC | Neiman Marcus Group LTD LLC | 1229 | 6/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |
| 18 | WESLYN BRIGNONI | Neiman Marcus Group LTD LLC | 1617 | 7/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |

## **Schedule 2**

## **Withdrawn Claims**

-1-

## Schedule 2

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|---|
| 1 | TOOTIE PIE CO. | Neiman Marcus Group LTD LLC | 38 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $13,708.00<br><br>Total: $13,708.00 | Claim does not include supporting documentation |
| 2 | WHITLOCK (AUDIO FIDELITY COMMUNICATIONS CORP) | Neiman Marcus Group LTD LLC | 2585 | 8/3/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $17,243.20<br><br>Total: $17,243.20 | Claim does not include supporting documentation |