

ENTERED
06/29/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | ) |
|  | ) Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

## ORDER SUSTAINING
## LIQUIDATING TRUSTEE'S TWENTY-FIRST OMNIBUS
## OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)

[Related Docket No. 2498]

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (this "Order") (i) disallowing and expunging or (ii) reducing and allowing, as applicable, the claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. The Objection is sustained as set forth herein.

2. Each claim identified on **Schedule 1A** to this Order is disallowed in its entirety.

3. Each claim identified on **Schedule 1B** to this Order is reduced to the allowed amount as identified.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Twenty-First Omnibus Objection to Claims (Books and Records Claims)*.

4.     The hearing on the Objection as it relates to the claims identified on **Schedule 2** is hereby adjourned to a later date to be determined.

5.     The Liquidating Trustee's Objection to each of the claims identified on **Schedule 3** is hereby withdrawn without prejudice.[3]

6.     Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

7.     Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

8.     Nothing in this Order affects administrative, secured, or priority amounts in the claims identified on Schedule 1, and the Reorganized Debtors reserve the right to object to the administrative, secured, or priority amounts on any basis whatsoever.

9.     Notwithstanding the relief granted in this Order or any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to

---

[3]   For the avoidance of doubt, certain claim objections originally scheduled on the *Liquidating Trustee's Twenty-First Omnibus Objection to Claims (Books and Records Claims)* were withdrawn by separate notice dated June 10, 2021. *See Liquidating Trustee's Notice of Withdrawal of Certain Claims Objections* [Docket No. 2536].

section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

10. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

11. The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

12. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Signed: June 29, 2021.

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**<u>Schedule 1</u>**

## Schedule 1A

**Disallowed Claims**

## Schedule 1A

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to Be Disallowed | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 1 | ALLSAINTS WHOLESALE LIMITED | Neiman Marcus Group LTD LLC | 1545 | 7/9/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $75,359.95<br><br>Total: $75,359.95 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 2 | AQUAZZURA ITALIA SRL | Neiman Marcus Group LTD LLC | 842 | 5/25/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $57,814.00<br><br>Total: $57,814.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 3 | BIOEFFECT USA INC. | Bergdorf Goodman Inc. | 694 | 5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,641.00<br><br>Total: $7,641.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 4 | BLACKHAWK TRANSPORT, INC. | Neiman Marcus Group LTD LLC | 1360 | 6/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $122,070.42<br><br>Total: $122,070.42 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 5 | BRANDON VANCE LLC | Bergdorf Goodman Inc. | 395 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $62,223.00<br><br>Total: $62,223.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 6 | CO COLLECTION LLC | Bergdorf Goodman Inc. | 781 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $26,406.20<br><br>Total: $26,406.20 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 7 | CRAWFORD AND CO PRODUCTIONS INC | Neiman Marcus Group LTD LLC | 661 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $80,067.97<br><br>Total: $80,067.97 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 8 | DNA MODEL MANAGEMENT LLC | Bergdorf Goodman Inc. | 279 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $39,000.00<br><br>Total: $39,000.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |

## Schedule 1A

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to Be Disallowed | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 9 | DYSON, INC. | Bergdorf Goodman Inc. | 2266 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $12,039.57<br><br>Total: $12,039.57 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 10 | HUNTING SEASON LLC | Neiman Marcus Group LTD LLC | 944 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $58,082.50<br><br>Total: $58,082.50 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 11 | IMAX CORPORATION | Neiman Marcus Group LTD LLC | 1581 | 7/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $59,416.01<br><br>Total: $59,416.01 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 12 | INES DI SANTO CORP | Bergdorf Goodman Inc. | 926 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $44,174.00<br><br>Total: $44,174.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 13 | INES DI SANTO CORP | Neiman Marcus Group LTD LLC | 924 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,720.00<br><br>Total: $7,720.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 14 | JM-BMM, LLC | The Neiman Marcus Group LLC | 1656 | 7/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $212,077.99<br><br>Total: $212,077.99 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 15 | JOOR, INC | Neiman Marcus Group LTD LLC | 344 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $250,000.00<br><br>Total: $250,000.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 16 | JORGE ADELER COLLECTION | Neiman Marcus Group LTD LLC | 809 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $79,526.00<br><br>Total: $79,526.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |

## Schedule 1A

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to Be Disallowed | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 17 | LIFETIME BRANDS INC. | Neiman Marcus Group LTD LLC | 1039 | 6/2/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $79,690.00<br><br>Total: $79,690.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 18 | LUBIAM | The Neiman Marcus Group LLC | 220984 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $72,244.70<br><br>Total: $72,244.70 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 19 | PROCTER & GAMBLE DISTRIBUTING LLC | The Neiman Marcus Group LLC | 1803 | 7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $168,538.20<br><br>Total: $168,538.20 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 20 | PUIG NORTH AMERICA INC | Neiman Marcus Group LTD LLC | 572 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $199,559.40<br><br>Total: $199,559.40 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 21 | RECOLOGY | Neiman Marcus Group LTD LLC | 1423 | 6/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $43,051.26<br><br>Total: $43,051.26 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 22 | TANYA FARAH | Neiman Marcus Group LTD LLC | 940 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $71,150.00<br><br>Total: $71,150.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 23 | THE COLLECTED GROUP LLC | Neiman Marcus Group LTD LLC | 595 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $224,613.86<br><br>Total: $224,613.86 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 24 | TIBI, LLC | Bergdorf Goodman Inc. | 2000 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $87,769.96<br><br>Total: $87,769.96 | Claim is inconsistent with the Reorganized Debtors' Books and Records |

## Schedule 1A

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to Be Disallowed | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 25 | VALEXTRA S.P.A. | The Neiman Marcus Group LLC | 1982 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $38,228.00<br><br>Total: $38,228.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 26 | VERITIV OPERATING COMPANY | Neiman Marcus Group LTD LLC | 1757 | 7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $181,399.16<br><br>Total: $181,399.16 | Claim is inconsistent with the Reorganized Debtors' Books and Records |

## Schedule 1B

## Reduced and Allowed Claims

## Schedule 1B

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | 10005111 OMOROVICZA COSMETICS INC | The Neiman Marcus Group LLC | 512 | 5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $135,660.00<br><br>Total: $135,660.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $89,423.15<br><br>Total: $89,423.15 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 2 | 21ST CENTURY BRANDS LIMITED | The Neiman Marcus Group LLC | 219319 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $96,480.25<br><br>Total: $96,480.25 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,940.25<br><br>Total: $7,940.25 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 3 | AEFFE USA, INC | The Neiman Marcus Group LLC | 1867 | 7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $89,892.00<br><br>Total: $89,892.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,708.52<br><br>Total: $6,708.52 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 4 | AG ADRIANO GOLDSCHMIED | The Neiman Marcus Group LLC | 219376 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $409,679.05<br><br>Total: $409,679.05 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $99,205.59<br><br>Total: $99,205.59 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 5 | ALEXANDRE VAUTHIER SARL | Neiman Marcus Group LTD LLC | 174 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $114,099.38<br><br>Total: $114,099.38 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $35,736.46<br><br>Total: $35,736.46 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 6 | ALYN ENTERPRISES, LLC DBA SCANTEXAS | Neiman Marcus Group LTD LLC | 308 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $133,621.03<br><br>Total: $133,621.03 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $48,461.90<br><br>Total: $48,461.90 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 7 | ASHS LTD | Neiman Marcus Group LTD LLC | 420 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $189,091.86<br><br>Total: $189,091.86 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $131,290.00<br><br>Total: $131,290.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 8 | BIOEFFECT USA INC. | Neiman Marcus Group LTD LLC | 399 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $96,047.10<br><br>Total: $96,047.10 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,681.75<br><br>Total: $11,681.75 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 9 | BIZZDESIGN UNITED STATES INC. | The Neiman Marcus Group LLC | 628 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $44,400.00<br><br>Total: $44,400.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $14,892.00<br><br>Total: $14,892.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 10 | BRANDON VANCE LLC | Neiman Marcus Group LTD LLC | 396 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $181,302.71<br><br>Total: $181,302.71 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $150,265.00<br><br>Total: $150,265.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 11 | CALERES | Neiman Marcus Group LTD LLC | 2638 | 8/6/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,161,406.79<br><br>Total: $1,161,406.79 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $413,262.00<br><br>Total: $413,262.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |

## Schedule 1B

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 12 | CAROLEE DESIGNS | Neiman Marcus Group LTD LLC | 1346 | 6/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $159,291.90<br><br>Total: $159,291.90 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $542.80<br><br>Total: $542.80 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 13 | DUTCH LLC JOIE EQUIPMENT | The Neiman Marcus Group LLC | 220122 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $355,699.21<br><br>Total: $355,699.21 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $153,333.58<br><br>Total: $153,333.58 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 14 | DYSON, INC. | The Neiman Marcus Group LLC | 2265 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $139,990.00<br><br>Total: $139,990.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $54,981.18<br><br>Total: $54,981.18 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 15 | EUROPERFUMES | Bergdorf Goodman Inc. | 1327 | 6/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $59,272.55<br><br>Total: $59,272.55 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $17,228.16<br><br>Total: $17,228.16 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 16 | FRANK & EILEEN LLC | Neiman Marcus Group LTD LLC | 315 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $68,946.95<br><br>Total: $68,946.95 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $13,685.68<br><br>Total: $13,685.68 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 17 | GRANITE TELECOMMUNICATIONS LLC | Neiman Marcus Group LTD LLC | 1209 | 6/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $99,511.07<br><br>Total: $99,511.07 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $69,070.62<br><br>Total: $69,070.62 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 18 | HARBOR BRANDS GROUP | Neiman Marcus Group LTD LLC | 1151 | 6/9/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $135,479.00<br><br>Total: $135,479.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $19,059.75<br><br>Total: $19,059.75 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 19 | KASSATEX | The Neiman Marcus Group LLC | 220773 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $81,993.50<br><br>Total: $81,993.50 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $17,262.15<br><br>Total: $17,262.15 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 20 | KINGDOM ANIMALIA LLC | Neiman Marcus Group LTD LLC | 1361 | 6/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $117,312.49<br><br>Total: $117,312.49 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $74,026.51<br><br>Total: $74,026.51 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 21 | LEFTBANK ART | Neiman Marcus Group LTD LLC | 801 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $141,916.00<br><br>Total: $141,916.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $81,929.00<br><br>Total: $81,929.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 22 | LYST LTD | Neiman Marcus Group LTD LLC | 1139 | 6/9/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $13,650.00<br>General Unsecured: $96,286.36<br><br>Total: $109,936.36 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $13,650.00<br>General Unsecured: $0.00<br><br>Total: $13,650.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |

## Schedule 1B

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 23 | NEI FASHIONS LLC D/B/A PENNY PREVILLE | Neiman Marcus Group LTD LLC | 1343 | 6/22/2020 | Administrative: $0.00<br>Secured: $47,334.64<br>Priority: $0.00<br>General Unsecured: $128,503.68<br><br>Total: $175,838.32 | Administrative: $0.00<br>Secured: $47,334.64<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $47,334.64 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 24 | OLD HICKORY TANNERY, INC. | Neiman Marcus Group LTD LLC | 1552 | 7/9/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $51,800.84<br><br>Total: $51,800.84 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $28,390.00<br><br>Total: $28,390.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 25 | ORLANE INC | Neiman Marcus Group LTD LLC | 185 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $194,426.00<br><br>Total: $194,426.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,583.99<br><br>Total: $11,583.99 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 26 | PACIFIC ALLIANCE USA INC | The Neiman Marcus Group LLC | 221381 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $82,794.70<br><br>Total: $82,794.70 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $17,369.98<br><br>Total: $17,369.98 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 27 | PERRICONE MD | Neiman Marcus Group LTD LLC | 707 | 5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $65,625.60<br><br>Total: $65,625.60 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $29,517.29<br><br>Total: $29,517.29 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 28 | QUANTUM METRIC, INC. | The Neiman Marcus Group LLC | 1784 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $97,254.54<br><br>Total: $97,254.54 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $60,679.92<br><br>Total: $60,679.92 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 29 | REPUBLIC CLOTHING GROUP | The Neiman Marcus Group LLC | 221599 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $185,809.20<br><br>Total: $185,809.20 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $133,151.42<br><br>Total: $133,151.42 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 30 | ROBERT GRAHAM DESIGNS LLC | The Neiman Marcus Group LLC | 221627 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $384,441.46<br><br>Total: $384,441.46 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $212,618.64<br><br>Total: $212,618.64 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 31 | SIRIUS COMPUTER SOLUTIONS, INC | Neiman Marcus Group LTD LLC | 1269 | 6/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $69,547.94<br><br>Total: $69,547.94 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $46,388.00<br><br>Total: $46,388.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 32 | SOPHIA WEBSTER | The Neiman Marcus Group LLC | 221836 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $92,598.00<br><br>Total: $92,598.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $23,761.00<br><br>Total: $23,761.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 33 | SPANX | The Neiman Marcus Group LLC | 221844 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $111,543.56<br><br>Total: $111,543.56 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $25,069.31<br><br>Total: $25,069.31 | Claim is inconsistent with the Reorganized Debtors' Books and Records |

## Schedule 1B

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 34 | TEREZ UNIVERSE LLC | The Neiman Marcus Group LLC | 1187 | 6/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $142,237.52<br><br>Total: $142,237.52 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $52,703.88<br><br>Total: $52,703.88 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 35 | THE LEVY GROUP INC | The Neiman Marcus Group LLC | 222047 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $85,995.70<br><br>Total: $85,995.70 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $16,524.86<br><br>Total: $16,524.86 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 36 | TIBI, LLC | Neiman Marcus Group LTD LLC | 1999 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $114,246.07<br><br>Total: $114,246.07 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $33,979.17<br><br>Total: $33,979.17 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 37 | VALEXTRA S.P.A. | Bergdorf Goodman Inc. | 1983 | | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $91,899.00<br><br>Total: $91,899.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $37,197.00<br><br>Total: $37,197.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |

## **Schedule 2**

**Adjourned Claim Objections**

## Schedule 2

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to Be Disallowed | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 1 | ADVANGEN LLC | Neiman Marcus Group LTD LLC | 498 | 5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $60,737.10<br><br>Total: $60,737.10 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 2 | BERNHARDT FURNITURE CO | Neiman Marcus Group LTD LLC | 1934 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $53,578.45<br><br>Total: $53,578.45 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 3 | CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | Neiman Marcus Group LTD LLC | 1974 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $143,125.45<br><br>Total: $143,125.45 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 4 | HEIDI KLEIN INC | Neiman Marcus Group LTD LLC | 584 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $64,979.20<br><br>Total: $64,979.20 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 5 | PROJECT 1920, INC. D/B/A SENREVE | The Neiman Marcus Group LLC | 2262 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $66,903.07<br><br>Total: $66,903.07 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 6 | PUIG USA INC | Bergdorf Goodman Inc. | 573 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $24,312.81<br><br>Total: $24,312.81 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 7 | PUIG USA INC | Neiman Marcus Group LTD LLC | 774 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $205,559.40<br><br>Total: $205,559.40 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 8 | UNIVERSAL FURNITURE INTERNATIONAL INC | Neiman Marcus Group LTD LLC | 2580 | 8/3/2020 | Administrative: $16,985.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $189,049.75<br><br>Total: $206,034.75 | Claim is inconsistent with the Reorganized Debtors' Books and Records |

**Schedule 3**

**Withdrawn Claim Objections**

## Schedule 3

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to Be Disallowed | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 1 | BORDERX LAB, INC. | Neiman Marcus Group LTD LLC | 599 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $257,955.00<br><br>Total: $257,955.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 2 | BOSSI HOLDING INC | Neiman Marcus Group LTD LLC | 3310 | 10/29/2020 | Administrative: $4,673.88<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $124,071.80<br><br>Total: $128,745.68 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 3 | CYRANO SARL MADEMOISELLE | Neiman Marcus Group LTD LLC | 545 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $54,000.00<br><br>Total: $54,000.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 4 | FUZZI SPA | Neiman Marcus Group LTD LLC | 1301 | 6/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $308,894.00<br><br>Total: $308,894.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |
| 5 | STONE ISLAND USA INC | Neiman Marcus Group LTD LLC | 1300 | 6/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $248,119.00<br><br>Total: $248,119.00 | Claim is inconsistent with the Reorganized Debtors' Books and Records |