# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) <br> ) <br> ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | ) <br> ) <br> ) Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | ) <br> ) (Jointly Administered) <br> ) |

## CERTIFICATE OF NO OBJECTION TO LIQUIDATING TRUSTEE'S TWENTIETH OMNIBUS OBJECTION TO CLAIMS (RESOLVED CLAIMS)

[Related Docket No. 2493]

The undersigned hereby certifies as follows:

1. On May 21, 2021, the *Liquidating Trustee's Twentieth Omnibus Objection to Claims (Resolved Claims)* [Docket No. 2493] (the "Objection") was filed with the Court by the trustee for the Liquidating GUC Trust (the "Liquidating Trustee").

2. Responses, if any, to the Objection were required to have been filed with the Court on or before June 21, 2021 (the "Response Deadline").

3. The Response Deadline has passed and no responsive pleading to the Objection has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel with respect to the claims listed on **Schedule 1** to **Exhibit A**.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

4840-3954-9424.2

Accordingly, the undersigned respectfully requests that the form of Order granting the Objection attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

Dated: June 29, 2021

*/s/ Paul D. Moak*
Paul D. Moak (TX Bar No. 00794316)
Amber M. Carson (TX Bar No. 24075610)
Matthew W. Bourda (TX Bar No. 24091948)
**GRAY REED**
1300 Post Oak Blvd., Suite 2000
Houston, TX 77002
Telephone:   (713) 986-7000
Facsimile:   (713) 986-7100
Email:       pmoak@grayreed.com
             acarson@grayreed.com
             mbourda@grayreed.com

*Counsel for the Liquidating GUC Trust and Mohsin Meghji, in his capacity as trustee of the Liquidating GUC Trust*

4840-3954-9424.2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Paul D. Moak*
Paul D. Moak

4840-3954-9424.2