## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | Chapter 11 |
| Neiman Marcus Group Ltd LLC. et al., Debtors. | Case No. 20-32519 |
| | (Jointly Administered) |

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Next Management LLC, holder of the following general unsecured claims (the "Claims") against the above captioned debtors ("Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the Claims and hereby request that services of any pleadings, notices, correspondence and distributions relating to such Claims be sent to the New Address set forth below, effective as of the date hereof.

**Former Address:**
Next Management LLC
15 Watts Street.
New York, NY 10013

**New Address:**

| **Address for all Payments/Distributions:** | **Address for all Communications/Notice:** |
|---|---|
| Contrarian Funds, LLC | Contrarian Funds, LLC |
| ATTN: 392426 | 411 West Putnam Avenue, Suite - 425 |
| 500 Ross St 154-0455 | Greenwich, CT 06830 |
| Pittsburgh, PA 15262 | |

Thank you.

Next Management LLC

By: _J Reidy_ _____
Name: J Reidy
Title:
Date: June 29, 2021

**PROOF OF SERVICE**

  I, Ashley Frisch, am an employee with the firm of RIMON, P.C., and hereby certify that on July 1, 2021, the **NOTICE OF CHANGE OF ADDRESS** was served by electronic transmission via the Court's CM/ECF System on all counsel of record who are authorized to receive Notices.

DATED:  July 1, 2021

Ashley N. Frisch