

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/01/2021

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEIMAN MARCUS GROUP LTD LLC, *et al.,* | ) | Case No. 20-32519 (DRJ) |
| | ) | |
| Reorganized Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| MARIPOSA INTERMEDIATE HOLDINGS LLC, NEIMAN MARCUS GROUP LTD LLC, and THE NEIMAN MARCUS GROUP LLC, | ) ) ) ) | Adv. Proc. No. 20-03402 |
| Plaintiffs, | ) | |
| v. | ) | |
| MARBLE RIDGE CAPITAL LP and MARBLE RIDGE MASTER FUND LP, | ) ) ) | |
| Defendants | ) ) | |

**STIPULATION AND ORDER
FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), applicable through Federal Rule of Bankruptcy Procedure 7041, Plaintiffs Mariposa Intermediate Holdings LLC, Neiman Marcus Group LTD LLC, and The Neiman Marcus Group LLC (collectively, "Plaintiffs") and Defendants Marble Ridge Capital LP and Marble Ridge Master Fund LP (collectively,

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

1

"Defendants"), acting through their undersigned counsel, hereby stipulate, in consideration of the negotiated settlement agreement executed by them and approved by this Court by Order dated June 7, 2021, that the above-captioned adversary proceeding (Adv. Proc. No. 20-03402) and all claims asserted therein are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees, costs and expenses.

IT IS SO ORDERED.

Signed:  July 01, 2021.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

Dated: June 24, 2021
Houston, Texas

Agreed:

*/s/ Zachary D. Rosenbaum*
Michael S. Kim (admitted *pro hac vice*)
Zachary D. Rosenbaum (admitted *pro hac vice*)
Daniel J. Saval (admitted *pro hac vice*)
Leif T. Simonson (admitted *pro hac vice*)
Alexandra Fellowes (admitted *pro hac vice*)
**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone: +1 212 488 1200
Facsimile: +1 212 488 1220
Email:
Michael.Kim@kobrekim.com
Zachary.Rosenbaum@kobrekim.com
Daniel.Saval@kobrekim.com
Leif.Simonson@kobrekim.com
Alexandra.Fellowes@kobrekim.com

-and-

**HEDRICK KRING, PLLC**
Joshua L. Hedrick
Texas State Bar No. 24061123
Mark A. Fritsche
Texas State Bar No. 24100095
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Telephone: (214) 880-9600
Fax: (214) 481-1844
Email: Josh@HedrickKring.com
Email: Mark@HedrickKring.com

*Attorneys for Marble Ridge Master Fund LP*

*/s/ T. Michael Wall*
John P. Melko
State Bar No. 13919600
T. Michael Wall
State Bar No. 20757300
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
Houston, Texas 77002-2099
Telephone: 713-276-5500
Email: jmelko@foley.com
Email: tmwall@foley.com

*Attorneys for Marble Ridge Capital LP*


*/s/ Matthew D. Cavenaugh*
**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Kristhy M. Peguero (TX Bar No. 24102776)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: mcavenaugh@jw.com
jwertz@jw.com
kpeguero@jw.com
vpolnick@jw.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: anup.sathy@kirkland.com
chad.husnick@kirkland.com

-and-

Matthew C. Fagen (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: matthew.fagen@kirkland.com

*Co-Counsel to the Plaintiffs*