

ENTERED
06/29/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: <br><br> NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] <br><br> Reorganized Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 20-32519 (DRJ) <br> ) <br> ) (Jointly Administered) <br> ) |

## ORDER SUSTAINING LIQUIDATING TRUSTEE'S SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTS CLAIMS)

[Related Docket No. 2490]

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (the "Order") disallowing and expunging the claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1.  The Objection is sustained as set forth herein.

2.  Each claim identified on **Schedule 1** to this Order is disallowed in its entirety as identified on **Schedule 1** to this Order.

3.  The Liquidating Trustee's Objection to each of the claims identified on **Schedule 2** is hereby withdrawn without prejudice.[3]

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Seventeenth Omnibus Objection to Claims (No Supporting Documents Claims)*.

4. Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

5. Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

6. Notwithstanding the relief granted in this Order or any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

7. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

[*Remainder of Page Intentionally Left Blank*]

---

[3] For the avoidance of doubt, certain claim objections originally scheduled on the *Liquidating Trustee's Seventeenth Omnibus Objection to Claims (No Supporting Documents Claims)* were withdrawn by separate notice dated June 10, 2021. *See Liquidating Trustee's Notice of Withdrawal of Certain Claim Objections* [Docket No. 2536].

8. The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**Signed:  June 29, 2021.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**<u>Schedule 1</u>**

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|---|
| 1 | BEFRUGAL | Neiman Marcus Group LTD LLC | 1330 | 6/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $37,594.95<br><br>Total: $37,594.95 | Claim does not include supporting documentation |
| 2 | BRAD'S DEALS LLC | The Neiman Marcus Group LLC | 888 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,203.77<br><br>Total: $3,203.77 | Claim does not include supporting documentation |
| 3 | CENTRAL TELEPHONE COMPANY-NEVADA DBA CENTURYLINK | Neiman Marcus Group LTD LLC | 1593 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,159.26<br><br>Total: $1,159.26 | Claim does not include supporting documentation |
| 4 | CENTRAL TELEPHONE COMPANY-NEVADA DBA CENTURYLINK | Neiman Marcus Group LTD LLC | 1592 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $666.91<br><br>Total: $666.91 | Claim does not include supporting documentation |
| 5 | CESAR DUENAS | Neiman Marcus Group LTD LLC | 828 | 5/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $700.00<br><br>Total: $700.00 | Claim does not include supporting documentation |
| 6 | DLNY, LLC A DIVISION OF JERRY LEIGH OF CALIFORNIA, INC | Neiman Marcus Group LTD LLC | 564 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,275.00<br><br>Total: $6,275.00 | Claim does not include supporting documentation |
| 8 | JAMES JEANS | Neiman Marcus Group LTD LLC | 960 | 5/28/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,632.00<br><br>Total: $3,632.00 | Claim does not include supporting documentation |
| 9 | POMEROY | Neiman Marcus Group LTD LLC | 755 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $38,081.71<br><br>Total: $38,081.71 | Claim does not include supporting documentation |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|---|
| 10 | TOGAS HOUSE OF TEXTILES | Neiman Marcus Group LTD LLC | 636 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,551.00<br><br>Total: $3,551.00 | Claim does not include supporting documentation |
| 13 | DERRALL BROWN | Neiman Marcus Group LTD LLC | 1618 | 7/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |
| 14 | EBONE BOWLES | Neiman Marcus Group LTD LLC | 1655 | 7/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |
| 15 | MONICA WRIGHT SAPARI | Neiman Marcus Group LTD LLC | 2365 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |
| 16 | OSCAR ALVAREZ | Neiman Marcus Group LTD LLC | 1746 | 7/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |
| 17 | SA-LA LLC | Neiman Marcus Group LTD LLC | 1229 | 6/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |
| 18 | WESLYN BRIGNONI | Neiman Marcus Group LTD LLC | 1617 | 7/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Claim does not include supporting documentation |

## Schedule 2

**Withdrawn Claims**

## Schedule 2

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|---|
| 1 | TOOTIE PIE CO. | Neiman Marcus Group LTD LLC | 38 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $13,708.00<br><br>Total: $13,708.00 | Claim does not include supporting documentation |
| 2 | WHITLOCK (AUDIO FIDELITY COMMUNICATIONS CORP) | Neiman Marcus Group LTD LLC | 2585 | 8/3/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $17,243.20<br><br>Total: $17,243.20 | Claim does not include supporting documentation |

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 20-32519-drj |
| Neiman Marcus Group LTD LLC | Chapter 11 |
| Mariposa Intermediate Holdings LLC | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: VrianaPor | Page 1 of 9 |
| Date Rcvd: Jun 29, 2021 | Form ID: pdf002 | Total Noticed: 219 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BG Productions, Inc., 745 Fifth Avenue, New York, NY 10151-0099 |
| db | + | Bergdorf Goodman Inc., 745 Fifth Avenue, New York, NY 10151-0098 |
| db | + | Bergdorf Graphics, Inc., 754 Fifth Avenue, New York, NY 10019-2503 |
| db | + | Mariposa Borrower, Inc., One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | Mariposa Intermediate Holdings LLC, 2000 Avenue of the Stars, Los Angeles, CA 90067-4700 |
| db |   | NEMA Beverage Corporation, One Marcus Square, Dallas, TX 75201 |
| db | + | NEMA Beverage Holding Corporation, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | NEMA Beverage Parent Corporation, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | NM Bermuda, LLC, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | NM Financial Services, Inc., 3200 Las Vegas Boulevard, Las Vegas, NV 89109-2612 |
| db | + | NM Nevada Trust, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db |   | NMG California Salon LLC, One Marcus Square, 16181Main Street, Dallas, TX 75201 |
| db | + | NMG Florida Salon LLC, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | NMG Global Mobility, Inc., One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | NMG Notes PropCo LLC, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | NMG Salon Holdings, LLC, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | NMG Salons LLC, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | NMG Term Loan PropCo LLC, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | NMG Texas Salon LLC, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | NMGP, LLC, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | Neiman Marcus Group LTD LLC, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | The NMG Subsidiary LLC, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| db | + | Worth Avenue Leasing Company, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| aty | + | Adam L Rosen, Adam L. Rosen PLLC, 2-8 Haven Ave Ste1 220, Port Washington, NY 11050-3614 |
| aty | + | Benjamin M Rattner, Cermele & Wood LLP, 2 Westchester Park Drive, White Plains, NY 10604-3498 |
| aty | + | Blake Horwitz, 111 W Washington St, Ste 1611, Chicago, IL 60602-3439 |
| aty | + | Caitlin A Halpern, Gibbs Bruns LLP, 1100 Louisiana, Ste 5300, Houston, TX 77002-5215 |
| aty | + | Cliff Palefsky, McGuinn, HIllsman & Palefsky, 535 Pacific Ave, San Francisco, CA 94133-4628 |
| aty | + | David D Langfitt, P O Box 302, Gladwyne, PA 19035-0302 |
| aty | + | Eric Leon, Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022-4874 |
| aty | + | Ernie Zachary Park, Bewley Lassleben and Miller LLP, 13215 E. Penn St, Ste 510, Whittier, CA 90602-1797 |
| aty | + | Eugene C Kelley, Kelley Polishan & Solfanelli, LLC, 259 S Keyser Avenue, Old Forge, PA 18518-1177 |
| aty |   | Frank V Floriani, Sulllivan Papain Black et al, 120 Broadway, New York, NY 10271-0002 |
| aty | + | H. Howard Browne, 100 SAS Campus Drive, Cary, NC 27513-2414 |
| aty | + | Jeff Grossich, Horwitz Law Firm, 111 W Washington St, Ste 1611, Chicago, IL 60602-3439 |
| aty | + | Jordan D Weiss, 1350 Broadway, Suite 1420, New York, NY 10018-7714 |
| aty | + | Judy D. Thompson, JD Thompson Law, PO Box 33127, Charlotte, NC 28233-3127 |
| aty | + | Keith Ehrman, McGuinn, Hillsman & Palefsky, 535 Pacific Avenue, San Francisco, CA 94133-4628 |
| aty |   | Leonard M Weiner, Law Office of Leonard M. Weiner LLC, New York, NY 10016 |
| aty | + | Linda D Reece, Perdue, Brandon, Fielder, Collins & Mott, 1919 S. Shiloh Rd., Suite 310, Garland, TX 75042-8293 |
| aty | + | Matthew J. Murray, Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, CA 94108-4797 |

| District/off: 0541-4 | User: VrianaPor | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: pdf002 | Total Noticed: 219 |

| | | |
|---|---|---|
| aty | + | Michael Nicolella, Orrick, Herrington & Suticliffe LLP, 2121 Main St, Wheeling, WV 26003-2809 |
| aty | + | Michael R Wood, Cermele & Wood, 2 Westchester Park Drive, White Plains, NY 10604-3498 |
| aty | + | Olivera Medenica, Dunnington Batholow & Miller LLP, 230 Park Avenue, 21st Floor, New York, NY 10169-2403 |
| aty | + | Robert S. Friedman, Sheppard Mullin Richter and Hampton, 30 Rockefeller Plaza, New York, NY 10112-0079 |
| cr | + | 3.1 Phillip Lim, c/o VonWin Capital Management, LP, 261 Fifth Avenue, 2nd Floor, New York, NY 10016-7601 |
| cr | + | 360i, LLC, Underwood Perkins, PC, 5420 LBJ Freeway, Suite 1900, Dallas, TX 75240-6230 |
| cr | + | 64 Facets, Inc., c/o Susan C. Mathews, Baker Donelson, 1301 McKinney St., Suite 3700, Houston, TX 77010-3034 |
| cr | + | A. Link Jewelry Co., LLC, c/o Susan C. Mathews, Baker Donelson, 1301 McKinney St., Suite 3700, Houston, TX 77010-3034 |
| cr | + | AJD Platinum Inc. d/b/a American Jewelry Designs, c/o Foley Mansfield, 250 Marquette Ave., Suite 1200, Minneapolis, MN 55401-1874 |
| cr | #+ | ASM Capital X LLC, 7600 Jericho Turnpike, Suite 302, Woodbury, NY 11797-1705 |
| cr | | Accertify, Inc, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| intp | + | Ad Hoc Group of Term Loan Lenders, 1001 Fannin St., Suite 2500, Houston, TX 77002-6710 |
| cr | | Alanui SRL, Via Manin 13, Milano (MI), 20121, ITALY |
| cr | + | Alta Construction East Inc, Contrarian Funds LLC, Attn: 392426, 500 Ross St 154-0455, Pittsburgh, PA 15262-0001 |
| cr | #+ | American Electric Power, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Ann Keenes, 38945 Palm Valley Drive, Palm Desert, CA 92211-5060 |
| cr | + | Ann P. Stordahl, 3712 Cragmont Avenue, Dallas, TX 75205-4313 |
| cr | + | Ariela E. Shani, 12349 Deer Mountain Boulevard, Kamas, UT 84036-9336 |
| cr | + | BMC Software, Inc., 2101 CityWest Blvd., Houston, Tx 77042-2828 |
| intp | + | Baker Donelson Bearman Caldwell & Berkowitz, 1301 McKinney St., Suite 3700, Houston, TX 77010-3034 |
| cr | + | Bally Americas, Inc., c/o Lowenstein Sandler LLP, Attn: Jeffrey Prol, Esq., Attn: Bruce S. Nathan, Esq., One Lowenstein Drive Roseland, NJ 07068-1740 |
| cr | + | Barbara Boettigheimer, 24 Glenmeadow Place, Dallas, TX 75225-2081 |
| cr | + | Bernard D. Feiwus, 3516 Twin Lakes Way, Plano, TX 75093-7555 |
| cr | + | Beth Pine, 812 Harbour Isles Place, North Palm Beach, FL 33410-4408 |
| cr | + | Bexar County, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | Bill L. Earnheart, 847 Chalfont Place, Coppell, TX 75019-2877 |
| cr | + | Bill Williams, 1200 Beach Drive, #207, Gulfport, MS 39507-1407 |
| cr | + | Billy Payton, 6338 Meadow Road, Dallas, TX 75230-5141 |
| cr | + | CMS Payments Intelligenc, Inc., c/o Stromberg Stock, PLLC, 8350 N Central Expy, Ste 1225, Dallas, TX 75206-1600 |
| cr | + | CRG Financial LLC, 100 Union Avenue, Cresskill, NJ 07626-2141 |
| cr | + | Canon Financial Services, Inc., Platzer, Swergold, Levine, et al., c/o Teresa Sadutto-Carley, 475 Park Avenue, South, 18th Floor New York, NY 10016-6901 |
| cr | + | Catherine Goddard, 5816 Sky Park Drive, Plano, TX 75093-4538 |
| cr | + | City of Grapevine, Grapevine-Colleyville ISD, Dallas Utility and Reclamation District, c/o EBONEY COBB, 500 E. Border Street, Suite 640, Arlington, TX 76010-7457 |
| cr | + | City of Katy, c/o Owen M. Sonik, PBFCM, LLP, 1235 North Loop West, Suit 600, Houston, TX 77008-1772 |
| cr | + | Colby McWilliams, 3921 Inwood Road #1012, Dallas, TX 75209-5755 |
| cr | + | Colormark L. C., Contrarian Funds LLC, 500 Ross St. 154-455, Pittsburgh, PA 15262-0001 |
| cr | #+ | Commonwealth Edison Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | #+ | Consolidated Edison Company of New York, Inc., c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| trnsfee | + | Contrarian Funds LLC, 411 West Putnam Ave, Suite 225, Greenwich, CT 06830-6261 |
| cr | + | Contrarian Funds, LLC, PilyQ LLC, 411 West Putnam Avenue, Ste. 225, Greenwich, CT 06830-6261 |
| cr | + | Contrarian Funds, LLC, Att: 392426, 500 Ross St. 154-0455, Pittsburgh, PA 15262-0001 |
| cr | | Cynthia Marcus Bolene, 326 E. Colorado Road, Santa Fe, NM 87505 |
| cr | + | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N. Stemmons Freeway, Suite 1000 Dallas, TX 75207-2328 |
| cr | + | David Hargreaves, 29 Hidden Glen Road, Scarsdale, NY 10583-1230 |
| cr | + | Davidson Kempner Capital Management LLC, c/o Patricia B. Tomasco, 711 Louisiana, Suite 500, Houston, TX 77002-2721 |
| cr | + | Deborah A. McGinnis, 40 Marina Gardens Drive, Palm Beach Gardens, FL 33410-3503 |
| cr | | Dell Marketing, L.P., c/o Streusand Landon Ozburn & Lemmon, 1801 S. MoPac Expressway, Suite 320, Austin, TX 78746 |
| cr | + | Dena Kemp, Inc., c/o Susan C. Mathews, Baker Donelson, 1301 McKinney Street, Suite 3700, Houston, TX 77010-3034 |
| cr | #+ | ESTELLE DIEHL, c/o Small Law PC, 1350 Columbia Street, Suite 700, San Diego, CA 92101 UNITED STATES 92101-3456 |
| cr | + | Eton Fashion, c/o VonWin Capital Management, LP, 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701 |
| cr | + | Eton, Inc, c/o VonWin Capital Management, LP, 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701 |
| cr | + | Fair Harbor Capital, LLC, PO Box 237037, New York, NY 10023, US 10023-0028 |
| cr | #+ | Florida Power & Light Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Four Hands LLC, Richards Rodriguez & Skeith, 816 CONGRESS AVENUE, SUITE 1200, AUSTIN, TX 78701-2672 |
| intp | + | Gene Baldwin, c/o Husch Blackwell, Buffey Klein, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-2467 |
| cr | + | George E. Maas, 3412 Emerald Cove Drive, Flower Mound, TX 75022-7852 |
| cr | #+ | Georgia Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX |

Case 20-33948   Document   Filed in TXSB on 07/01/21   Page 11 of 17

| | | |
|---|---|---|
| District/off: 0541-4 | User: VrianaPor | Page 3 of 9 |
| Date Rcvd: Jun 29, 2021 | Form ID: pdf002 | Total Noticed: 219 |

| | | |
|---|---|---|
| | | 75205-7326 |
| cr | + | Greg M. Voorhis, 1110 Campbell Avenue, Wheaton, IL 60189-6506 |
| cr | + | Gregg County, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Gregory G. Shields, 16798 Malibu Drive, Flint, TX 75762-9231 |
| cr | + | Hazel Wyatt, 612 Garcia Street, Santa Fe, NM 87505-2858 |
| cr | + | Hila M. Ekelman, 3621 Turtle Creek Boulevard, #3B, Dallas, TX 75219-5548 |
| cr | + | Hilldun Corporation, c/o Lowenstein Sandler LLP, Attn: Jeffrey Prol, Esq., Attn: Bruce Nathan, Esq., One Lowenstein Drive Roseland, NJ 07068-1740 |
| cr | + | IProspect.com, Inc., Underwood Perkins, PC, 5420 LBJ Freeway, Suite 1900, Dallas, TX 75240-6230 |
| cr | + | ISS Facility Services, Inc., c/o Allen M. DeBard, Langley & Banack, Inc., 745 E. Mulberry Avenue, Ste. 700 San Antonio, Tx 78212-3172 |
| cr | + | Ignaz Gorischek, 9502 Bill Browne Lane, Dallas, TX 75243-6203 |
| cr | + | Iron Mountain Information Management, Inc., c/o Frank F. McGinn, Esq., Hackett Feinberg P.C., 155 Federal Street, 9th Floor, Boston, MA 02110-1610 |
| cr | + | JM-BMM LLC, c/o Adam L. Rosen PLLC, 2-8 Haven Avenue, Ste 220, Port Washington, NY 11050-3636 |
| intp | + | James Scott Douglass, 1811 Bering Dr., Suite 420, Houston, TX 77057-3186 |
| cr | + | Jeanie D. Galvin, 6822 Westlake Avenue, Dallas, TX 75214-3445 |
| cr | + | Jemma Wynne Jewellery, LLC, c/o Susan C. Mathews, Baker Donelson, 1301 McKinney St., Suite 3700, Houston, TX 77010-3034 |
| cr | + | Jennifer H. Robinson, 5428 Richard Avenue, Dallas, TX 75206-6714 |
| cr | #+ | Jersey Central Power & Light Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Jimmy R. Howell, 4306 Windrush Boulevard, Longview, TX 75604-0601 |
| cr | + | Jo Lynn Payton, 6338 Meadow Road, Dallas, TX 75230-5141 |
| cr | #+ | Joan M. Kaner, 1771 Ringling Boulevard, Unit 1005, Sarasota, FL 34236-6870 |
| cr | + | John Collins, 1658 Agadir St, Concord, CA 94518-3331 |
| cr | + | John Martens, 1309 Cordell Place, Los Angeles, CA 90069-1721 |
| cr | + | John R. Weiler, 235 Chenery Street, San Francisco, CA 94131-2764 |
| cr | + | Joseph E. McElroy, 834 NE 14th Place, Fort Lauderdale, FL 33304-1232 |
| cr | + | Joseph P. Feczko, 1241 Fairfield Beach Road, Fairfield, CT 06824-6516 |
| cr | | Julia Beren-Sosnick, 1000 Abrams Street, Hollywood, FL 33019 |
| cr | + | KONE, Inc., 4225 Naperville Road, Naperville, IL 60532-3699 |
| cr | | KPG SRL, Via Daniele Manin 13, MIlano (MI), 20121, ITALY |
| cr | + | Katie May LLC, Contrarian Funds LLC, 500 Ross St 154-455, ATTN: 39246, Pittsburgh, PA 15262-0001 |
| cr | + | Kellermeyer Bergensons Services, LLC, 1575 Henthorne Dr., Maumee, OH 43537-1385 |
| intp | + | Kyung S. Lee, 22 Blooming Grove Lane, Houston, TX 77077-1955 |
| cr | + | L&B Depp Inwood Village, L.P., c/o Will Bassham, 3333 Lee Parkway, Eighth Floor, Dallas, TX 75219-5111 |
| cr | + | LCFRE Austin Brodie Oaks, LLC, Sprouse Law Firm, 401 Congress Avenue, Suite 1540, Austin, TX 78701-3851 |
| cr | + | Lana and Nathaniel Grey d/b/a Lomden Estate, c/o Susan C. Mathews, Baker Donelson, 1301 McKinney Street, Ste 3700, Houston, TX 77010-3034 |
| cr | + | Larry Neal Skinner, 3320 Starlight Trail, Plano, TX 75023-6138 |
| cr | #+ | Lawrence Elkin, 1690 Foard Drive, Frisco, TX 75034-1829 |
| cr | + | Leslie L. Freytag, 2051 Broadleaf Court, Wenatchee, WA 98801-8212 |
| cr | + | Lexon Insurance Company and Endurance Assurance Co, c/o Harris Beach PLLC, Lee E. Woodard, Esq., 333 West Washington St., Ste. 200, Syracuse, NY 13202-9204 |
| cr | + | Lisa Kazor, c/o Quilling, Selander, Lownds, et al, Attn: Timothy A. York, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3071 |
| cr | + | Lomden Distributors, Inc., c/o Susan C. Mathews, Baker Donelson, 1301 McKinney Street, Ste 3700, Houston, TX 77010-3034 |
| cr | + | Luz Parrado, c/o Husch Blackwell, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-2467 |
| cr | + | Lyndy Carreiro, 1332 Sealawn Boulevard, Freeland, WA 98249-9778 |
| cr | + | Lynn C. Roberts Hoover, 3930 NW 27th Terrace, Boca Raton, FL 33434-4452 |
| intp | + | Marit Baldwin, c/o Husch Blackwell, Buffey Klein, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-2467 |
| cr | + | Mark Boraski, 2710 Green Oak Court, Highland Village, TX 75077-8661 |
| cr | + | Marvette Johnson Gattman, 3259 King George Drive, Orlando, FL 32835-5903 |
| cr | + | Mary B. Wenner, 4051 Killion Drive, Dallas, TX 75229-6226 |
| cr | + | Mary Hill, 3275 Schlottmann Road, Brenham, TX 77833-7549 |
| cr | + | Mattia Cielo, Inc., c/o Barclay Damon LLP, Attn: Robert K. Gross, 1270 Avenue of the Americas, Suite 501 New York, NY 10020-1702 |
| cr | + | Microsoft Corporation, c/o David Papiez, Fox Rothschild LLP, 1001 4th Ave, Suite 4500 Seattle, WA 98154-1192 |
| cr | | Nanushka International Zrt., Rakoczi ut 42., V. Floor, Budapest, 1072, HUNGARY |
| cr | + | Nicola Tamburrino, 16415 Amberwood Road, Dallas, TX 75248-2815 |
| cr | #+ | Nstar Electric Compa Western Nstar Electric Compan, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| intp | + | Office of Unemployment Compensation Tax Services, c/o Deb Secrest, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| trnsfor | #+ | Onzie, Inc, 42 Brooks Ave, Venice, CA 90291-3226 |
| cr | + | Oracle America, Inc., Buchalter, A Professional Corporation, c/o Shawn M. Christianson, 55 2nd St. 17th Fl., San Francisco, CA 94105-3493 |
| cr | #+ | Orlando Utilities Commission, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX |

Case 20-33948    Document    Filed in TXSB on 07/01/21    Page 12 of 17

| District/off: 0541-4 | User: VrianaPor | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: pdf002 | Total Noticed: 219 |

| | | |
|---|---|---|
| | | 75205-7326 |
| cr | | PA Department of Revenue, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | PLDSPE, LLC, c/o Faegre Drinker Biddle & Reath LLP, 1717 Main Street Suite 5400, Dallas, TX 75201-7367 |
| cr | + | Pat Morgan-McEvoy, 3817 Stratford Avenue, Dallas, TX 75205-2814 |
| cr | + | Peggy L. Trowbridge, 2220 Canton, #408, Dallas, TX 75201-5928 |
| cr | + | Photon Interactive Services, Inc., 12300 Ford Road, B#270, c/o Sanjiv Lochan, Dallas, TX 75234-8132 |
| cr | + | Prime Chevy Chase Asset I LLC, Attn: Kevin J. Nash, Esq., Goldberg et al LLP, 1501 Broadway, 22nd Floor, New York, NY 10036-5686 |
| cr | + | Project 1920 dba Senreve, c/o Joseph Acosta, 300 Crescent Court, Suite 400, Dallas, TX 75201-7847 |
| cr | + | RBC 100 LLC D/B/A ROBERTO COIN CENTO COLLECTION, 579 5th Avenue, Floor 17, New York, NY 10017-8760, UNITED STATES 10017-8760 |
| cr | + | Rachel A. Goldberg, 3140 Harvard Avenue, #1207, Dallas, TX 75205-3723 |
| cr | + | Richard Bowes, 2100 South Ocean Drive, #11F, Fort Lauderdale, FL 33316-3818 |
| cr | + | Richard Samuelson, 5927 Prospect Avenue, Dallas, TX 75206-7241 |
| cr | + | Richline Group, Inc., c/o Susan C. Mathews, Baker Donelson, 1301 McKinney St., Suite 3700, Houston, TX 77010-3034 |
| cr | + | Riverwalk Marketplace (New Orleans) LLC, c/o Howard Marc Spector, Spector & Cox, PLLC, 12770 Coit Road, Suite 1100 Dallas, TX 75251-1329 |
| cr | + | Robert Browning, c/o Vanguard Law, PO Box 939, Poulsbo, WA 98370, UNITED STATES 98370-0017 |
| cr | + | Robert E Ackerman, 4439 Fairfax Avenue, Dallas, TX 75205-3005 |
| cr | + | Robert K. Devlin, 5122 Morningside Drive, Apt. 601, Houston, TX 77005-2548 |
| cr | + | Roberto Coin Inc., 579 5th Avenue, Floor 17, New York, NY 10017-8760, UNITED STATES 10017-8760 |
| cr | + | Robin R. Fradin, P.O. Box 984, Carmel, CA 93921-0984 |
| cr | + | Ron Goddard, 5816 Sky Park Drive, Plano, TX 75093-4538 |
| cr | + | Rosenthal Sambonet USA Ltd, Contrarian Funds LLC, 500 Ross St 154-0455, Attn: 392426, Pittsburgh, PA 15262-0001 |
| cr | + | Rudd C. Johnson, 1815 Crown Avenue, Medford, OR 97504-7617 |
| cr | + | Ryan, LLC, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| cr | #+ | Salt River Project, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | #+ | San Diego Gas and Electric Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Santina Kornajcik, 6944 Santa Barbara Drive, Dallas, TX 75214-2561 |
| cr | + | Scott Howard Fradin, P.O. Box 984, Carmel, CA 93921-0984 |
| cr | + | Sharen J. Turney, One Bottomley Crescent, New Albany, OH 43054-8965 |
| cr | + | Simon Property Group, Inc., Attn: Ronald M. Tucker, Esq., 225 West Washington Street, Indianapolis, IN 46204-3438 |
| cr | + | Sonia Chae United States Securities & Exchange Com, 175 W. Jackson Blvd., Suite 1450, Chicago, IL 60604-2710 |
| cr | #+ | Southern California Gas Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Spend Management Experts, LLC, c/o VonWin Capital Management, L.P., 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701 |
| cr | + | Stacy J. Staiger, 561 Columbia Drive, Prosper, TX 75078-8765 |
| intp | | State of Texas, c/o Texas Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| cr | + | Steven Kornajcik, 6944 Santa Barbara Drive, Dallas, TX 75214-2561 |
| op | + | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |
| cr | + | Sugarfina Inc, Contrarian Funds LLC, 500 Ross St. 154-0455, Pittsburgh, PA 15262-0001 |
| cr | + | Sysco Corporation, c/o Stromberg Stock, PLLC, 8350 N Central Expy, Ste 1225, Dallas, TX 75206-1600 |
| cr | + | TOCKR LLC, 809 Avenue J, Marble Falls, TX 78654-5161 |
| cr | + | TR Pinnacle Corp, c/o Brian Smith, Holland & Knight LLP, 200 Crescent Court, Suite 1600, Dallas, TX 75201-1829 |
| cr | + | Tarrant County, Linebarger, Goggan, Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207 UNITED STATES 75207-2328 |
| cr | + | Taubman Landlords, The Taubman Landlords, c/o Andrew S. Conway, Esq., 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304-2324 |
| cr | + | Terri Anne Monsour, 5651 Benevento Court, Las Vegas, NV 89141-3978 |
| cr | | Texas Comptroller of Public Accounts, Courtney J. Hull, P.O. Box 12548, Austin, TX 78711-2548 |
| intp | | Texas Comptroller of Public Accounts, Unclaimed Pr, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| intp | + | The Disinterested Manager of Mariposa Intermediate, 575 Madison Avenue, New York, NY 10022, UNITED STATES 10022-2511 |
| cr | #+ | The Potomac Electric Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | The Shops At The Bravem LLC, Attn: Kevin J. Nash, Esq., Goldberg et al LLP, 1501 Broadway, 22nd Floor, New York, NY 10036-5686 |
| cr | + | Thomas P. Stangle, 5917 Kensington Drive, Plano, TX 75093-4796 |
| cr | + | Thomas P. Wensinger, 111 Oak Glen, San Antonio, TX 78209-2332 |
| cr | + | Tom Lind, 300 Summit Loop, Wimberley, TX 78676-5745 |
| cr | + | Tracy A. Bradford, 511 Stonebury Drive, Southlake, TX 76092-6917 |
| cr | + | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |
| trnsfor | + | Trish McEvoy LTD, c/o Contrarian Funds LLC, Attn: 392426, 500 Ross St 154-0455, Pittsburgh, PA 15262-0001 |
| cr | + | Virginia Ann Richardson, 1976 Cerros Colorados, Santa Fe, NM 87501-8334 |
| cr | #+ | Virginia Electric and Power Company d/b/a Dominion, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, |

| | | |
|---|---|---|
| District/off: 0541-4 | User: VrianaPor | Page 5 of 9 |
| Date Rcvd: Jun 29, 2021 | Form ID: pdf002 | Total Noticed: 219 |

| | | |
|---|---|---|
| | | Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Wayne Allen Hussey, 3840 Pawnee Pass North, Lakeway, TX 78738-1622 |
| cr | + | William Baum, 720 Hawks Ridge Drive, Ball Ground, GA 30107-6438 |
| cr | + | William R. Terry, Jr., 2221 Scarlet Rose Drive, Las Vegas, NV 89134-5905 |
| cr | + | Wolff Shoe MFG Co., c/o VonWin Capital Management, LP, 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701 |
| intp | + | Womble Bond Dickinson (US) LLP, 1313 N. Market Street, Ste. 1200, Wilmington, DE 19801-6103 |

TOTAL: 214

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@abernathy-law.com | Jun 29 2021 20:11:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jun 29 2021 20:11:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: arapoport@haincapital.com | Jun 29 2021 20:11:00 | Hain Capital Group, 301 Route 17 North, 7th Floor, Rutherford, NJ 07070-2575 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jun 29 2021 20:11:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: wendy.montoya@miamidade.gov | Jun 29 2021 20:10:00 | Miami-Dade County Tax Collector, Peter K. Cam, Tax Collector, 200 NW 2ND Avenue, #430, Miami, FL |

TOTAL: 5

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Selendy & Gay PLLC |
| tr | | Liquidating Trustee, Mohsin Meghji |
| tr | | Mohsin Meghji |
| cr | | 1125 Globe Avenue LLC |
| cr | | 18 Karat Appraisers InC |
| cr | | 210 Muni, LLC |
| cr | | 5th Avenue Salon LLC |
| cr | | 737 North Michigan Avenue Retail Investors LLC |
| cr | | ACREG 5300 Wisconsin LLC |
| intp | | Ad Hoc Secured Noteholders Committee |
| cr | | Administrative Expense Creditors |
| intp | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Akris, Inc. and Akris Pret-a-Porter AG |
| cr | | Alejandra Gonzalez |
| cr | | Allen Williams |
| intp | | Alter Domus Products Corp. |
| cr | | Amazon Web Services, Inc. |
| cr | | Amazon.com, Inc. |
| cr | | Ankura Trust Company, LLC |
| intp | | Annaly CRE LLC |
| cr | | Annette Colarusso |
| intp | | Ares Management, L.P. |
| intp | | Arzz International Inc. |
| cr | | Bal Harbour Shops, LLC |
| cr | | Barracuda Networks Inc. |
| cr | | Barry Meyrowitz, Inc. |
| cr | | Beth Larson |

| | | |
|---|---|---|
| District/off: 0541-4 | User: VrianaPor | Page 6 of 9 |
| Date Rcvd: Jun 29, 2021 | Form ID: pdf002 | Total Noticed: 219 |

| | |
|---|---|
| intp | Bicoastal Retail Ventures LLC |
| cr | Boward County, Florida |
| intp | Brigade Capital Management LP |
| cr | Brookfield Properties Retail, Inc. |
| cr | Brookfield Property REIT, Inc. |
| intp | Brown Rudnick LLP, Seven Times Square, New York |
| cr | Burberry Limited |
| intp | CPP Investment Board USRE, Inc. |
| intp | Calgary Albert Canada |
| cr | Camilla Galluzzo |
| cr | Capital One, N.A. |
| cr | Carolina Herrera LTD |
| cr | Carrollton-Farmers Branch ISD,, City of Garland, Garland ISD, |
| cr | Champion Energy Services, LLC |
| cr | Chanel, Inc. |
| cr | Charlotte Tibury Beauty, Inc |
| cr | Clay Johnson |
| cr | Cloudiyan, LLC |
| cr | Cognizant Technology Solutions U.S. Corporation |
| cr | Congressional Plaza Associates, LLC |
| cr | Costis/Panjo Trading LLC |
| cr | Coty Inc. |
| cr | Credit Suisse AG, Cayman Islands Branch |
| cr | Criteo Corp. |
| cr | Crown Color US LLC |
| cr | DG Premium Brands LLC |
| cr | Dalpark Partners Ltd. |
| intp | Daniel B Kamensky |
| cr | Daniel Kamensky |
| cr | David Gonzalez |
| cr | David Yurman Enterprises LLC |
| cr | Davidor, LLC |
| cr | Delta Galil USA, Inc. |
| cr | Determine, LLC |
| cr | Deutsche Bank AG New York Branch |
| op | Disinterested Manager of Neiman Marcus Group LTD L |
| cr | Donna D. Denise |
| cr | ELJM Consulting LLC |
| cr | ERY Realty Podium, LLC |
| intp | Edward Weisfelner, Brown Rudnick LLP, Seven Times Square, New York |
| cr | Emsaru Jewels Corp. |
| cr | Estee Lauder Companies |
| intp | Etro USA, Inc. |
| cr | Excel Elevator and Escalator Corporation |
| cr | Faith Ann Kiely Inc |
| cr | Federal Realty Investment Trust |
| cr | Ferragamo USA Inc. |
| cr | Fibernet Direct Texas LLC N/K/A Crown Castle Fiber |
| cr | Franck Mueller USA Inc |
| cr | Franck Muller USA, Inc. |
| cr | Furla (U.S.A.), Inc. |
| cr | G&C Stewart Corporation |
| cr | Giorgio Armani Corporation |
| cr | Google LLC |
| cr | Gorski Group, Ltd. |
| cr | Graphic Packaging International, LLC |
| cr | Hanro, USA , Ltd. |
| cr | Heron Preston |
| cr | Hitachi Vantara LLC |
| intp | Hitachi Vantara LLC |
| intp | Independent Managers of Neiman Marcus Group LTD LL |
| cr | Infosys Limited |
| intp | Interested Party |

| | | |
|---|---|---|
| District/off: 0541-4 | User: VrianaPor | Page 7 of 9 |
| Date Rcvd: Jun 29, 2021 | Form ID: pdf002 | Total Noticed: 219 |

| | |
|---|---|
| cr | International Fidelity Insurance Company |
| cr | J. Choo Limited |
| cr | JM-BMM LLC |
| cr | James Mabry |
| cr | Jefferies Leveraged Credit Products, LLC |
| cr | Jessica B. Weiland |
| cr | Jo Marie Lilly |
| cr | Jones Lang LaSalle Americas, Inc. |
| cr | Karen Katz |
| cr | Kering Americas, Inc. and affiliated brands |
| cr | Kering Americas, Inc. and affiliated brands, LVMH |
| cr | Kering Americas, Inc. and each of its affiliated b |
| cr | Kering Americas, Inc. and its affiliated brands an |
| cr | Keystone-Florida Property Holding Corp. |
| cr | Kristine Viscovich |
| cr | LVMH Moet Hennessy Louis Vuitton Inc. and certain |
| cr | Lagos, Inc. |
| cr | Lana Unlimited, Co. |
| cr | Larry Skinner |
| cr | Lieselotte Mesher, Stewart Mesher |
| cr | Lombardi S.R.L. |
| cr | Lorraine E. Schwartz, Inc. |
| cr | Louis Vuitton USA Inc. |
| cr | MRC Luxembourg S.A.R.L. |
| cr | Maceoo, LLC |
| intp | Manolo Blahnik Americas LLC |
| cr | Marble Ridge Capital LP |
| cr | Marble Ridge Capital LP and Marble Ridge Master Fu |
| cr | Marco Bicego USA, Inc. |
| cr | Margo Morrison Jewelry Design, Inc. |
| cr | Margot McKinney Jewellery |
| cr | Martha Perez, c/o Hodge Law Firm, PLLC, 2211 Strand St., Suite 302, Galveston |
| op | Matrix Absence Management, Inc., Reliance Standard |
| cr | Mericle 325 Research Drive LLC |
| cr | Michael Kors (USA) Inc. |
| cr | Michael Occhiogrosso |
| cr | Moncler USA, Inc. |
| cr | Mudrick Capital Management, L.P. |
| cr | Nakamol Design LLC |
| intp | Neiman Marcus Group, Inc. |
| cr | Neva Hall |
| cr | New York-New Jersey Regional Joint Board |
| cr | Nina Ricci USA, Inc |
| cr | NorthPark Partners, LP |
| cr | Off White Operating SRL |
| cr | Otis Elevator Company |
| cr | Paco Rabanne, SAS |
| intp | Paris Inman-Clark |
| cr | Park Place Technologies, LLC |
| cr | Pasquale Bruni (USA), Ltd., c/o Susan C. Mathews, Baker Donelson |
| intp | Paul Hastings LLP |
| cr | PayPal Inc |
| cr | Peacock Alley, Inc |
| cr | Pension Benefit Guaranty Corporation |
| cr | Picchiotti S.R.L. |
| cr | Pitney Bowes, Inc. |
| cr | Premier Brands Group Holding LLC |
| cr | Preston Shephard Retail LP |
| cr | Puig USA, Inc |
| cr | RTB House Inc |
| cr | Ralph Lauren Corporation |
| cr | RetailMeNot, Inc |
| cr | Richemont North America, Inc. and affiliated brand |

| | | | |
|---|---|---|---|
| District/off: 0541-4 | | User: VrianaPor | Page 8 of 9 |
| Date Rcvd: Jun 29, 2021 | | Form ID: pdf002 | Total Noticed: 219 |

| | | |
|---|---|---|
| cr | | Robert Archer |
| cr | | SAS Institute Inc. |
| cr | | Saboo Fine Jewels |
| cr | | San Marcos CISD |
| cr | | ShopperTrak RCT Corporation, a division of Johnson |
| cr | | Sobe Luxury Services LLC d/b/a Gismondi 1754 S.P.A |
| cr | | Solow Building Company III LLC |
| cr | | Spinelli Kilcollin, Inc. |
| cr | | Sunbeam Development Corporation |
| cr | | Susan Archer |
| cr | | Sydney Evan |
| cr | | THREE GALLERIA OFFICE BUILDINGS, LLC |
| cr | | TPG Specialty Lending, Inc. |
| intp | | TR Capital Management LLC, US |
| cr | | Tamara Comolli Fine Jewelry Limited Inc |
| cr | | Tata Consultancy Services Limited |
| intp | | Tayler Bayer |
| cr | | Teresa Gradidge |
| cr | | The Apparel Group, Ltd. |
| cr | | The Boston Consulting Group |
| cr | | The Irvine Company LLC |
| cr | | The Macerich Company |
| crcm | | The Official Committee of Unsecured Creditors |
| cr | | The Shops at the Bravern LLC |
| cr | | The Taubman Company LLC |
| cr | | Tiffany Tran |
| cr | | Tom Ford International, LLC and Tom Ford Distribut |
| cr | | Tory Burch LLC |
| cr | | UMB Bank, N. A |
| cr | | Unibail Rodamco Westfield |
| cr | | United States of America |
| cr | | Venice SRL |
| cr | | Verdeveleno, S.L. |
| cr | | Versace USA, Inc. |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB |
| cr | | WVF-Paramount 745 Property, L.P. |
| intp | | Wendy Yue LLC |
| cr | | Westwood Contractors, Inc. |
| cr | | Wilmington Trust, National Association, as Indentu |
| cr | | Wilson 151 Worth LLC |
| cr | | Wilson 151 Worth, LLC |
| cr | | Windsor Jewelers Inc. |
| cr | | Y. Hats & Co |
| cr | | Yeprem Jewelry, SARL |
| db | *+ | The Neiman Marcus Group LLC, One Marcus Square, 1618 Main Street, Dallas, TX 75201-4720 |
| trnsfee | *+ | Contrarian Funds, LLC, 411 West Putnam Avenue, Ste. 225, Greenwich, CT 06830-6261 |
| aty | ##+ | Nathan F Coco, McDermott Will & Emery LLP, 1000 Louisiana Street, Suite 3900, Houston, TX 77002-5035 |

TOTAL: 197 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0541-4 | User: VrianaPor | Page 9 of 9 |
| Date Rcvd: Jun 29, 2021 | Form ID: pdf002 | Total Noticed: 219 |

Date: Jul 01, 2021　　　　　　　　Signature:　　/s/Joseph Speetjens