UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**FILED**
JUN 28 2021
Nathan Ochsner, Clerk of Court

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

| Division | **Houston** | Main Case Number | 20-32519 |
|---|---|---|---|
| Debtor | In Re: **NEIMAN MARCUS GROUP LTD LLC, et al.** | | |

This lawyer, who is admitted to the State Bar of **Massachusetts**:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jonathan D. Marshall<br>Choate Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Tel: (617) 248-4799   Fax: (617) 502-4799<br>Email: jmarshall@choate.com<br>MA 680723 |
|---|---|

Seeks to appear as the attorney for this party:

| **LIBERTY MUTUAL INSUARNCE COMPANY** |
|---|
| Dated: **June 24, 2021**     Signed: _[signature]_ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:     Signed: _____<br>                                  Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                                      United States Bankruptcy Judge