

ENTERED
07/06/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | ) |
|  | ) Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

## ORDER SUSTAINING LIQUIDATING TRUSTEE'S
## NINTH OMNIBUS OBJECTION TO CLAIMS (RESOLVED CLAIMS)

[Related Docket No. 2456]

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (this "Order") disallowing and expunging the claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. The Objection is sustained as set forth herein.

2. Each claim identified on **Schedule 1** to this Order is disallowed in its entirety.

3. The hearing on the Objection as it relates to the claims identified on **Schedule 2** is hereby adjourned to a later date to be determined.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Ninth Omnibus Objection to Claims (Resolved Claims)*.

4. Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

5. Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

7. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

[*Remainder of Page Intentionally Left Blank*]

Case 20-33948   Document   Filed in TXSB on 07/06/21   Page 3 of 18

-3-

8.      The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**Signed:  July 01, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

## Schedule 1

**Sustained Claim Objections**

**Schedule 1**

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 1 | 1125 GLOBE AVENUE LLC | The Neiman Marcus Group LLC | 219314 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $55,013.92<br><br>Total: $55,013.92 | The Debtors are not liable because the claim has been resolved |
| 2 | 4676 WESTCHESTER MALL LLC | The Neiman Marcus Group LLC | 219330 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $10,428.45<br><br>Total: $10,428.45 | The Debtors are not liable because the claim has been resolved |
| 3 | 4692 SPG CENTER LLC | The Neiman Marcus Group LLC | 219331 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $342,651.99<br><br>Total: $342,651.99 | The Debtors are not liable because the claim has been resolved |
| 4 | ACTIONIQ | The Neiman Marcus Group LLC | 219364 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $84,500.00<br><br>Total: $84,500.00 | The Debtors are not liable because the claim has been resolved |
| 5 | ALIGHT SOLUTIONS LLC | The Neiman Marcus Group LLC | 219405 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $435,841.09<br><br>Total: $435,841.09 | The Debtors are not liable because the claim has been resolved |
| 6 | ARANDELL CORPORATION | The Neiman Marcus Group LLC | 219478 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $224,018.20<br><br>Total: $224,018.20 | The Debtors are not liable because the claim has been resolved |
| 7 | BLUECORE INC | The Neiman Marcus Group LLC | 219643 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $53,299.17<br><br>Total: $53,299.17 | The Debtors are not liable because the claim has been resolved |
| 8 | BROWSERSTACK INC | The Neiman Marcus Group LLC | 219698 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,750.56<br><br>Total: $2,750.56 | The Debtors are not liable because the claim has been resolved |

**Schedule 1**

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 9 | BULKLEY DUNTON | The Neiman Marcus Group LLC | 219713 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $169,240.70<br><br>Total: $169,240.70 | The Debtors are not liable because the claim has been resolved |
| 10 | CGS PUBLISHING TECHNOLOGIES | The Neiman Marcus Group LLC | 219797 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,989.42<br><br>Total: $7,989.42 | The Debtors are not liable because the claim has been resolved |
| 11 | CLEAR TECHNOLOGIES | The Neiman Marcus Group LLC | 219872 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $173,265.49<br><br>Total: $173,265.49 | The Debtors are not liable because the claim has been resolved |
| 12 | CORAL COMMERCIAL CENTER | The Neiman Marcus Group LLC | 219923 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,981.72<br><br>Total: $11,981.72 | The Debtors are not liable because the claim has been resolved |
| 13 | CULLUM THOMAS | The Neiman Marcus Group LLC | 219973 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $8,406.00<br><br>Total: $8,406.00 | The Debtors are not liable because the claim has been resolved |
| 14 | CUSTOM STAFFING SOLUTIONS LLC | The Neiman Marcus Group LLC | 219978 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,243.65<br><br>Total: $11,243.65 | The Debtors are not liable because the claim has been resolved |
| 15 | EASTWIND ORIENTIAL RUG CARE INC | The Neiman Marcus Group LLC | 220138 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $364.36<br><br>Total: $364.36 | The Debtors are not liable because the claim has been resolved |

**Schedule 1**

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 16 | EMC CORPORATION | The Neiman Marcus Group LLC | 220182 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $93,050.69<br><br>Total: $93,050.69 | The Debtors are not liable because the claim has been resolved |
| 17 | ESRP ADVISORY DALLAS LLC | The Neiman Marcus Group LLC | 220206 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $15,357.80<br><br>Total: $15,357.80 | The Debtors are not liable because the claim has been resolved |
| 18 | FIRST DATA CORPORATION | The Neiman Marcus Group LLC | 220275 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $64,760.56<br><br>Total: $64,760.56 | The Debtors are not liable because the claim has been resolved |
| 19 | GOTWWW LLC | The Neiman Marcus Group LLC | 220421 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,035.00<br><br>Total: $3,035.00 | The Debtors are not liable because the claim has been resolved |
| 20 | GOYARD INC | The Neiman Marcus Group LLC | 220427 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $33,403.00<br><br>Total: $33,403.00 | The Debtors are not liable because the claim has been resolved |
| 21 | HANGER CORP | The Neiman Marcus Group LLC | 220479 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $13,237.36<br><br>Total: $13,237.36 | The Debtors are not liable because the claim has been resolved |
| 22 | HYPR | The Neiman Marcus Group LLC | 220568 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,000.00<br><br>Total: $6,000.00 | The Debtors are not liable because the claim has been resolved |

Schedule 1

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 23 | INFOR (US) INC | The Neiman Marcus Group LLC | 220598 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $182,877.40<br><br>Total: $182,877.40 | The Debtors are not liable because the claim has been resolved |
| 24 | INTELLICHECK INC | The Neiman Marcus Group LLC | 220606 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $50,000.00<br><br>Total: $50,000.00 | The Debtors are not liable because the claim has been resolved |
| 25 | INTERTRADE SYSTEMS INC | The Neiman Marcus Group LLC | 220620 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,920.00<br><br>Total: $3,920.00 | The Debtors are not liable because the claim has been resolved |
| 26 | IPPOLITA | The Neiman Marcus Group LLC | 220622 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,338.65<br><br>Total: $1,338.65 | The Debtors are not liable because the claim has been resolved |
| 27 | JGK INDUSTRIES LLC | The Neiman Marcus Group LLC | 220688 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $83,512.75<br><br>Total: $83,512.75 | The Debtors are not liable because the claim has been resolved |
| 28 | JOHNSON CONTROLS | The Neiman Marcus Group LLC | 220721 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,678.50<br><br>Total: $3,678.50 | The Debtors are not liable because the claim has been resolved |
| 29 | JOHNSON CONTROLS FIRE PROTECTION LP | The Neiman Marcus Group LLC | 220722 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,936.22<br><br>Total: $4,936.22 | The Debtors are not liable because the claim has been resolved |

**Schedule 1**

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 30 | JONES DAY | The Neiman Marcus Group LLC | 220735 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $14,087.50<br><br>Total: $14,087.50 | The Debtors are not liable because the claim has been resolved |
| 31 | KAREN HARVEY CONSULTING SERVICES LLC | The Neiman Marcus Group LLC | 220767 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $67,052.84<br><br>Total: $67,052.84 | The Debtors are not liable because the claim has been resolved |
| 32 | KARTHIK, VIJAY | The Neiman Marcus Group LLC | 220771 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $97.44<br><br>Total: $97.44 | The Debtors are not liable because the claim has been resolved |
| 33 | KRK TECHNOLOGIES INC | The Neiman Marcus Group LLC | 220841 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,135.34<br><br>Total: $2,135.34 | The Debtors are not liable because the claim has been resolved |
| 34 | LA CANTERA RETAIL LIMITED PARTNERSHIP | The Neiman Marcus Group LLC | 220849 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,413.84<br><br>Total: $6,413.84 | The Debtors are not liable because the claim has been resolved |
| 35 | LEE HECHT HARRISON LLC | The Neiman Marcus Group LLC | 220911 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $96,000.00<br><br>Total: $96,000.00 | The Debtors are not liable because the claim has been resolved |
| 36 | LEXISNEXIS RISK MANAGEMENT INC | The Neiman Marcus Group LLC | 220925 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,536.99<br><br>Total: $3,536.99 | The Debtors are not liable because the claim has been resolved |

**Schedule 1**

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 37 | LEXISNEXIS RISK SOLUTIONS FLORIDA INC | The Neiman Marcus Group LLC | 220926 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,942.22<br><br>Total: $11,942.22 | The Debtors are not liable because the claim has been resolved |
| 38 | LIBERTY GREENLEAF | The Neiman Marcus Group LLC | 220929 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $15,379.20<br><br>Total: $15,379.20 | The Debtors are not liable because the claim has been resolved |
| 39 | LOCAL 210 | The Neiman Marcus Group LLC | 220957 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,668.00<br><br>Total: $2,668.00 | The Debtors are not liable because the claim has been resolved |
| 40 | LOOMIS FARGO & COMPANY | The Neiman Marcus Group LLC | 220970 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,133.05<br><br>Total: $1,133.05 | The Debtors are not liable because the claim has been resolved |
| 41 | MAINETTI CANADA INC | The Neiman Marcus Group LLC | 221026 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,140.48<br><br>Total: $1,140.48 | The Debtors are not liable because the claim has been resolved |
| 42 | MATRIX ABSENCE MANAGEMENT INC | The Neiman Marcus Group LLC | 221083 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $152,841.78<br><br>Total: $152,841.78 | The Debtors are not liable because the claim has been resolved |
| 43 | MCWILLIAMS GOVERNMENTAL | The Neiman Marcus Group LLC | 221103 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,500.00<br><br>Total: $6,500.00 | The Debtors are not liable because the claim has been resolved |

**Schedule 1**

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 44 | MICROSOFT ONLINE INC | The Neiman Marcus Group LLC | 221150 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $389,442.35<br><br>Total: $389,442.35 | The Debtors are not liable because the claim has been resolved |
| 45 | MISSION LINEN SUPPLY | The Neiman Marcus Group LLC | 221170 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,645.03<br><br>Total: $7,645.03 | The Debtors are not liable because the claim has been resolved |
| 46 | NAHAN PRINTING INC | The Neiman Marcus Group LLC | 221232 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $25,384.08<br><br>Total: $25,384.08 | The Debtors are not liable because the claim has been resolved |
| 47 | NARVAR INC | The Neiman Marcus Group LLC | 221245 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $81,665.76<br><br>Total: $81,665.76 | The Debtors are not liable because the claim has been resolved |
| 48 | NCR CORPORATION | The Neiman Marcus Group LLC | 221258 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $9,588.35<br><br>Total: $9,588.35 | The Debtors are not liable because the claim has been resolved |
| 49 | NEW YORK-NEW JERSEY REGIONAL JOINT BOARD | The Neiman Marcus Group LLC | 221272 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,481.60<br><br>Total: $2,481.60 | The Debtors are not liable because the claim has been resolved |
| 50 | NORTHPARK MERCHANT ASSOC INC | The Neiman Marcus Group LLC | 221298 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $50,282.94<br><br>Total: $50,282.94 | The Debtors are not liable because the claim has been resolved |

**Schedule 1**

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 51 | NORTHPARK PARTNERS LP | The Neiman Marcus Group LLC | 221299 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,231,881.22<br><br>Total: $2,231,881.22 | The Debtors are not liable because the claim has been resolved |
| 52 | NPO 1495 LP | The Neiman Marcus Group LLC | 221302 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,610.74<br><br>Total: $2,610.74 | The Debtors are not liable because the claim has been resolved |
| 53 | ONE VISION SOLUTIONS | The Neiman Marcus Group LLC | 221340 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,562.45<br><br>Total: $5,562.45 | The Debtors are not liable because the claim has been resolved |
| 54 | PACIFIC PLACE SITE LLC | The Neiman Marcus Group LLC | 221384 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,575.00<br><br>Total: $1,575.00 | The Debtors are not liable because the claim has been resolved |
| 55 | PLAZA FRONTENAC ACQUISITION LLC | The Neiman Marcus Group LLC | 221473 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,296.11<br><br>Total: $6,296.11 | The Debtors are not liable because the claim has been resolved |
| 56 | PREMIUM OUTLET PARTNERS LP | The Neiman Marcus Group LLC | 221503 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $63,576.64<br><br>Total: $63,576.64 | The Debtors are not liable because the claim has been resolved |
| 57 | PRESENTATION BOX & DISPLAY | The Neiman Marcus Group LLC | 221504 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,073.00<br><br>Total: $5,073.00 | The Debtors are not liable because the claim has been resolved |

**Schedule 1**

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 58 | PROLOGIS | The Neiman Marcus Group LLC | 221519 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $21,733.64<br><br>Total: $21,733.64 | The Debtors are not liable because the claim has been resolved |
| 59 | PROOFPOINT INC | The Neiman Marcus Group LLC | 221521 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $103,615.20<br><br>Total: $103,615.20 | The Debtors are not liable because the claim has been resolved |
| 60 | RIVERON CONSULTING LP | The Neiman Marcus Group LLC | 221622 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $179,351.18<br><br>Total: $179,351.18 | The Debtors are not liable because the claim has been resolved |
| 61 | ROCKBOT INC | The Neiman Marcus Group LLC | 221638 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,465.50<br><br>Total: $2,465.50 | The Debtors are not liable because the claim has been resolved |
| 62 | ROUSE FS LLC | The Neiman Marcus Group LLC | 221660 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $382,255.24<br><br>Total: $382,255.24 | The Debtors are not liable because the claim has been resolved |
| 63 | S WALTER PACKAGING CORP | The Neiman Marcus Group LLC | 221689 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,680.00<br><br>Total: $4,680.00 | The Debtors are not liable because the claim has been resolved |
| 64 | SCANTEXAS | The Neiman Marcus Group LLC | 221730 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $85,400.42<br><br>Total: $85,400.42 | The Debtors are not liable because the claim has been resolved |

**Schedule 1**

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 65 | SENDGRID INC | The Neiman Marcus Group LLC | 221755 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $391.84<br><br>Total: $391.84 | The Debtors are not liable because the claim has been resolved |
| 66 | SENSITECH INC | The Neiman Marcus Group LLC | 221756 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $9,125.40<br><br>Total: $9,125.40 | The Debtors are not liable because the claim has been resolved |
| 67 | SESAC INC | The Neiman Marcus Group LLC | 221763 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $110.04<br><br>Total: $110.04 | The Debtors are not liable because the claim has been resolved |
| 68 | SIGMA ENTERPRISES LLC | The Neiman Marcus Group LLC | 221787 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $533.25<br><br>Total: $533.25 | The Debtors are not liable because the claim has been resolved |
| 69 | SIGMA SUPPLY OF NORTH AMERICA | The Neiman Marcus Group LLC | 221788 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,941.60<br><br>Total: $1,941.60 | The Debtors are not liable because the claim has been resolved |
| 70 | SIMON MANAGEMENT ASSOCIATES II LLC | The Neiman Marcus Group LLC | 221796 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $25,076.66<br><br>Total: $25,076.66 | The Debtors are not liable because the claim has been resolved |
| 71 | SLACK TECHNOLOGIES INC | The Neiman Marcus Group LLC | 221813 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $29,526.75<br><br>Total: $29,526.75 | The Debtors are not liable because the claim has been resolved |

**Schedule 1**

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 72 | SM MOTOR SERVICE | The Neiman Marcus Group LLC | 221820 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,567.00<br><br>Total: $2,567.00 | The Debtors are not liable because the claim has been resolved |
| 73 | SOMERSET COLLECTION LTD PARTNERS | The Neiman Marcus Group LLC | 221835 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $94,466.57<br><br>Total: $94,466.57 | The Debtors are not liable because the claim has been resolved |
| 74 | STONE BRIDGE PERSONNEL | The Neiman Marcus Group LLC | 221886 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,905.69<br><br>Total: $11,905.69 | The Debtors are not liable because the claim has been resolved |
| 75 | STRIBBONS INC | The Neiman Marcus Group LLC | 221892 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,721.25<br><br>Total: $1,721.25 | The Debtors are not liable because the claim has been resolved |
| 76 | STYLESAGE INC | The Neiman Marcus Group LLC | 221902 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $100,000.00<br><br>Total: $100,000.00 | The Debtors are not liable because the claim has been resolved |
| 77 | TECH PLAN INC | The Neiman Marcus Group LLC | 222005 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $596.46<br><br>Total: $596.46 | The Debtors are not liable because the claim has been resolved |
| 78 | TECHNOLOGY SERVICE PROFESSIONALS | The Neiman Marcus Group LLC | 222007 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $12,878.00<br><br>Total: $12,878.00 | The Debtors are not liable because the claim has been resolved |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 79 | TELECHECK SERVICES INC | The Neiman Marcus Group LLC | 222013 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,892.95<br><br>Total: $6,892.95 | The Debtors are not liable because the claim has been resolved |
| 80 | THE BOX FACTORY INC | The Neiman Marcus Group LLC | 222028 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $18,341.20<br><br>Total: $18,341.20 | The Debtors are not liable because the claim has been resolved |
| 81 | THE DALLAS FOUNDATION | The Neiman Marcus Group LLC | 222037 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $12,500.00<br><br>Total: $12,500.00 | The Debtors are not liable because the claim has been resolved |
| 82 | THE MACERICH PARTNERSHIP LP | The Neiman Marcus Group LLC | 222050 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $49,725.84<br><br>Total: $49,725.84 | The Debtors are not liable because the claim has been resolved |

## Schedule 2

**Adjourned Claim Objections**

**Schedule 2**

| Ref # | Name of Claimant | Debtor Name | Schedule # | Scheduled Claim to be Disallowed | Reason for Objection |
|---|---|---|---|---|---|
| 1 | MONCLER USA INC | The Neiman Marcus Group LLC | 221191 | Administrative: $0.00<br>Secured: $0.00 Priority: $0.00<br>General Unsecured: $639,708.76<br><br>Total: $639,708.76 | The Debtors are not liable because the claim has been resolved |