# EXHIBIT B

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims

**CLAIM # 405**

*Fieldwood Energy LLC*                                                                                238690

| | | VENDOR | CHECK DATE | | | |
|---|---|---|---|---|---|---|
| CHAMBERS COUNTY | | 700559 | 01/22/21 | | | |
| INVOICE NUMBER | INVOICE DATE | | | | DISCOUNT TAKEN | AMOUNT PAID |
| POSCR1347 | 01/14/21 | 1232415 | | | $0.00 | $1,841.46 |
| | | | | Total: | $0.00 | $1,841.46 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston  TX 77042
713-969-1000

Capital One Bank, N.A.

35-2491 / 1130

**238690**

DATE  01/22/21

PAY   *****************1,841 Dollars and 46 Cents

$   ****1,841.46

TO
THE
ORDER
OF

CHAMBERS COUNTY
P.O. BOX 522
ANAHUAC, TX 77514

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈000 238690⑈

# CHECK REQUEST

*Accounting Purposes Only:*
Vendor No. _____
Invoice No. CR _____


**FIELDWOOD ENERGY**

**Department:** Tax _____

**Date:** 1/14/2021 _____

## EMPLOYEE INFORMATION

**Name: Bridget Harris** _____     **Phone:** X1112 _____

## VENDOR INFORMATION

**Name: Chambers County Tax Office #700559**

**Date Check Is Needed:** 1/26/2021

**Address:** Denise Hutter, Tax Assessor/Collector

Chambers County Tax Office

P.O. Box 519

Anahuac, TX 77514

**Federal Taxpayer ID:**

*(if needed)*

## Payment Description

| Reason for Check | Amount |
|---|---|
|  | 1,841.46 |
| **2020 Ad Valorem Taxes** |  |
| **See Attached Support** |  |
|  |  |
| **Total Check Amount** | **$   1,841.46** |

**Coding:**

**Main Acct:** 7200          **Sub Acct:** 180          **Well or Dept:** Accounting

**Please select:**          ☐ To be mailed          ☒ Hand deliver

**Requester:** Bridget A. Harris          **Manager:** Bridget G Harris

**Date:** 1/14/2021          **Date:** 1/14/2021

**Authorized Approval:** _(signature)_

**Date:** 1/14/21

| Payment Report for: | Chambers County Vendor | | | Payment Due 1/31/2021 | Payment Due 1/31/2020 | |
|---|---|---|---|---|---|---|
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference |
| 2199343 | | 2199343 | Fieldwood Energy LLC | 1,841.46 | 1,861.13 | (19.67) |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | **Payment Due** | **1,841.46** | 1,861.13 | (19.67) |

Bridget Harris, Tax Manager

1/14/2021
Date

Bill Swingle, VP of Accounting & CAO

1/14/21
Date

Please return check to Bridget Harris for processing and mailing

**Tax Bill Transmittal**
**Statement 1 of 1**
November 17, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

---

| **Client:** | **Fieldwood Energy LLC** | Assessor: | Chambers County Appraisal District |
| | **Sandridge Offshore LLC** | Lien Date: | |
| **Property:** | **Various Properties** | Tax Year: | 2020 |

| Make Checks Payable To: | | Jurisdiction | Tax Rate |
|---|---|---|---|
| | | Anahuac ISD | 0.976400 |
| Chambers County Tax Office | | Anahuac ISD I&S | 0.410000 |
| P.O. Box 519 | | Chambers Co FM & FC | 0.080275 |
| Anahuac, TX  77514 | | Chambers Co I&S | 0.058323 |
| | | Chambers Co Special | 0.006339 |
| | | Chambers County | 0.352259 |
| | | Chambers County Hosp Dist | 0.478697 |
| | | Chambers County School Equalization | 0.042294 |
| | | Trinity Bay Conservation District | 0.394937 |
| | | **Total Tax Rate** | **2.799524** |

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | **Jan/31/2021** | **Feb/01/2021** | **1,841.46** |

---

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ■■■■<br>1.300 MI, 4" 1999 Line | PP | PPL | 100% | 7,824 | 7,824 | 219.03 | |
| ■■■■<br>4.790 MI, 8" 1977 Line | PP | PPL | 100% | 6,458 | 6,458 | 180.80 | |
| ■■■■<br>1.170 MI, 2" 1998 Line | PP | PPL | 100% | 4,536 | 4,536 | 126.99 | |
| ■■■■<br>1.170 MI, 6" 1998 Line | PP | PPL | 100% | 9,946 | 9,946 | 278.44 | |
| ■■■■<br>5.130 MI, 8" 1977 Line | PP | PPL | 100% | 6,917 | 6,917 | 193.65 | |
| ■■■■<br>5.000 MI, 4" 1999 Line | PP | PPL | 100% | 30,096 | 30,096 | 842.55 | |
| 6 Bills Included with this Transmittal | | | | **65,777** | **65,777** | **$ 1,841.46** | **N/A** |

[15319]

*Stancil*

## 2020 YEAR TAX STATEMENT



**DENISE HUTTER, PCC,CTOP,PCAC**
**CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR**
PO Box 519
ANAHUAC, TEXAS 77514
PHONE NO.  (409) 267-2763

**Mail To:**
SANDRIDGE OFFSHORE LLC
TAX DEPT / STE 1200
2000 W SAM HOUSTON PKWY S
HOUSTON, TX  77042-0000

**Legal Description:**
1.300 MI 4 IN 1999 T CAG MOVED TO
647157-000060 LEASE # 55 MIN INT 1

Legal Acres:        .0000
Parcel Address: 0

**Account No:** ▮▮▮▮
**CAD No:** 646758000055

As of Date: 11/17/2020
Print Date: 11/17/2020   Printed By: ACT  INQ

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | AG/TIM Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $7,824 | $7,824 | $7,824 | $0 | $0 | $0 | $7,824 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Value | | | |
| CHAMBERS COUNTY | $7,824 | | $0 | $7,824 | 0.352259 | $27.56 |
| CHAMBERS COUNTY I&S | $7,824 | | $0 | $7,824 | 0.058323 | $4.56 |
| CHAMBERS CO FM&FC | $7,824 | | $0 | $7,824 | 0.080275 | $6.28 |
| CHAMBERS CO SCHOOL EQUAL | $7,824 | | $0 | $7,824 | 0.042294 | $3.31 |
| CHAMBERS CO SPECIAL | $7,824 | | $0 | $7,824 | 0.006339 | $0.50 |
| TBCD | $7,824 | | $0 | $7,824 | 0.394937 | $30.90 |
| HOSPITAL DIST | $7,824 | | $0 | $7,824 | 0.478697 | $37.45 |
| ANAHUAC ISD | $7,824 | | $0 | $7,824 | 0.976400 | $76.39 |
| ANAHUAC ISD I&S | $7,824 | | $0 | $7,824 | 0.410000 | $32.08 |

| | |
|---|---|
| Total 2020 Tax: | $219.03 |
| Total 2020 Levy Paid To Date: | $0.00 |
| 2020 Levy Due: | $219.03 |
| Total 2020 Due: | $219.03 |

**Exemptions:**

| AMOUNT DUE IF PAID BY THE END OF: | | Taxes become delinquent on February 02, 2021. | | | |
|---|---|---|---|---|---|
| 11/30/2020 0% | 12/31/2020 0% | 02/01/2021 0% | 03/01/2021 7% | 03/31/2021 9% | 04/30/2021 11% |
| $219.03 | $219.03 | $219.03 | $234.37 | $238.76 | $243.12 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**TO PAY BY CREDIT CARD VISIT  WWW.CHAMBERSCOUNTYTAX.org**
**CREDIT CARD PAYMENTS ARE CHARGED 2.25% CONVENIENCE FEE PER ACCOUNT BY CERTIFIED PAYMENTS.**

PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.        7.1.53 ✄

Print Date:  11/17/2020
**AMOUNT DUE IF PAID BY THE END OF:**

| 11/30/2020 0% | 12/31/2020 0% | 02/01/2021 0% | 03/01/2021 7% | 03/31/2021 9% | 04/30/2021 11% |
|---|---|---|---|---|---|
| $219.03 | $219.03 | $219.03 | $234.37 | $238.76 | $243.12 |

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**
DENISE HUTTER, PCC,CTOP,PCAC
CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR
PO BOX 519
ANAHUAC, TX 77514



**SANDRIDGE OFFSHORE LLC**
**TAX DEPT / STE 1200**
**2000 W SAM HOUSTON PKWY S**
**HOUSTON, TX  77042-0000**

**AMOUNT PAID:**

$ _____._____

## 2020 YEAR TAX STATEMENT



**DENISE HUTTER, PCC,CTOP,PCAC**
**CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR**
PO Box 519
ANAHUAC, TEXAS 77514
PHONE NO.  (409) 267-2763

Mail To:
SANDRIDGE OFFSHORE LLC
TAX DEPT / STE 1200
2000 W SAM HOUSTON PKWY S
HOUSTON, TX 77042-0000

**Legal Description:**
4.790 MI 8 IN 1977 T CAG MOVED TO
647157-000020 LEASE # 20 MIN INT 1

Legal Acres:      .0000
Parcel Address:  0

Account No: ▇▇▇▇

CAD No:  646758000020

As of Date: 11/17/2020

Print Date: 11/17/2020   Printed By: ACT INQ

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | AG/TIM Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $6,458 | $6,458 | $6,458 | $0 | $0 | $0 | $6,458 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Value | | | |
| CHAMBERS COUNTY | $6,458 | | $0 | $6,458 | 0.352259 | $22.75 |
| CHAMBERS COUNTY I&S | $6,458 | | $0 | $6,458 | 0.058323 | $3.77 |
| CHAMBERS CO FM&FC | $6,458 | | $0 | $6,458 | 0.080275 | $5.18 |
| CHAMBERS CO SCHOOL EQUAL | $6,458 | | $0 | $6,458 | 0.042294 | $2.73 |
| CHAMBERS CO SPECIAL | $6,458 | | $0 | $6,458 | 0.006339 | $0.41 |
| TBCD | $6,458 | | $0 | $6,458 | 0.394937 | $25.51 |
| HOSPITAL DIST | $6,458 | | $0 | $6,458 | 0.478697 | $30.91 |
| ANAHUAC ISD | $6,458 | | $0 | $6,458 | 0.976400 | $63.06 |
| ANAHUAC ISD I&S | $6,458 | | $0 | $6,458 | 0.410000 | $26.48 |

| | |
|---|---|
| Total 2020 Tax: | $180.80 |
| Total 2020 Levy Paid To Date: | $0.00 |
| 2020 Levy Due: | $180.80 |
| Total 2020 Due: | $180.80 |

**Exemptions:**

| AMOUNT DUE IF PAID BY THE END OF: | | Taxes become delinquent on February 02, 2021. | | | |
|---|---|---|---|---|---|
| 11/30/2020 0% | 12/31/2020 0% | 02/01/2021 0% | 03/01/2021 7% | 03/31/2021 9% | 04/30/2021 11% |
| $180.80 | $180.80 | $180.80 | $193.44 | $197.09 | $200.69 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

TO PAY BY CREDIT CARD VISIT  WWW.CHAMBERSCOUNTYTAX.org
CREDIT CARD PAYMENTS ARE CHARGED 2.25% CONVENIENCE FEE PER ACCOUNT BY CERTIFIED PAYMENTS.

PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.          7.1.53 ✂

Print Date: 11/17/2020

| AMOUNT DUE IF PAID BY THE END OF: | | | | | |
|---|---|---|---|---|---|
| 11/30/2020 0% | 12/31/2020 0% | 02/01/2021 0% | 03/01/2021 7% | 03/31/2021 9% | 04/30/2021 11% |
| $180.80 | $180.80 | $180.80 | $193.44 | $197.09 | $200.69 |

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:
DENISE HUTTER, PCC,CTOP,PCAC
CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR
PO BOX 519
ANAHUAC, TX 77514



▇▇▇▇
**SANDRIDGE OFFSHORE LLC**
**TAX DEPT / STE 1200**
**2000 W SAM HOUSTON PKWY S**
**HOUSTON, TX  77042-0000**

AMOUNT PAID:

$ _____._____

## 2020 YEAR TAX STATEMENT



**DENISE HUTTER, PCC,CTOP,PCAC**
**CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR**
PO Box 519
ANAHUAC, TEXAS 77514
PHONE NO.  (409) 267-2763

**Mail To:**
SANDRIDGE OFFSHORE LLC
TAX DEPT / STE 1200
2000 W SAM HOUSTON PKWY S
HOUSTON, TX  77042-0000

**Legal Description:**
1.170 MI 2 IN 1998 T CAG MOVED TO
647157-000090 LEASE # 80 MIN INT 1

Legal Acres:      .0000
Parcel Address: 0

**Account No:** ▮▮▮▮▮
**CAD No:** 646758000080

**As of Date:** 11/17/2020

**Print Date:** 11/17/2020 **Printed By:** ACT INQ

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | AG/TIM Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $4,536 | $4,536 | $4,536 | $0 | $0 | $0 | $4,536 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Value | | | |
| CHAMBERS COUNTY | $4,536 | | $0 | $4,536 | 0.352259 | $15.98 |
| CHAMBERS COUNTY I&S | $4,536 | | $0 | $4,536 | 0.058323 | $2.65 |
| CHAMBERS CO FM&FC | $4,536 | | $0 | $4,536 | 0.080275 | $3.64 |
| CHAMBERS CO SCHOOL EQUAL | $4,536 | | $0 | $4,536 | 0.042294 | $1.92 |
| CHAMBERS CO SPECIAL | $4,536 | | $0 | $4,536 | 0.006339 | $0.29 |
| TBCD | $4,536 | | $0 | $4,536 | 0.394937 | $17.91 |
| HOSPITAL DIST | $4,536 | | $0 | $4,536 | 0.478697 | $21.71 |
| ANAHUAC ISD | $4,536 | | $0 | $4,536 | 0.976400 | $44.29 |
| ANAHUAC ISD I&S | $4,536 | | $0 | $4,536 | 0.410000 | $18.60 |

| | |
|---|---|
| Total 2020 Tax: | $126.99 |
| Total 2020 Levy Paid To Date: | $0.00 |
| 2020 Levy Due: | $126.99 |
| Total 2020 Due: | $126.99 |

**Exemptions:**

| AMOUNT DUE IF PAID BY THE END OF: | | Taxes become delinquent on February 02, 2021. | | | |
|---|---|---|---|---|---|
| 11/30/2020 0% | 12/31/2020 0% | 02/01/2021 0% | 03/01/2021 7% | 03/31/2021 9% | 04/30/2021 11% |
| $126.99 | $126.99 | $126.99 | $135.87 | $138.42 | $140.96 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

TO PAY BY CREDIT CARD VISIT  WWW.CHAMBERSCOUNTYTAX.org
CREDIT CARD PAYMENTS ARE CHARGED 2.25% CONVENIENCE FEE PER ACCOUNT BY CERTIFIED PAYMENTS.

- - - - - - - - - - **PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.** - - - - - - - 7.1.53 ✂

**Print Date:** 11/17/2020

| AMOUNT DUE IF PAID BY THE END OF: | | | | | |
|---|---|---|---|---|---|
| 11/30/2020 0% | 12/31/2020 0% | 02/01/2021 0% | 03/01/2021 7% | 03/31/2021 9% | 04/30/2021 11% |
| $126.99 | $126.99 | $126.99 | $135.87 | $138.42 | $140.96 |

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**
DENISE HUTTER, PCC,CTOP,PCAC
CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR
PO BOX 519
ANAHUAC, TX 77514



**SANDRIDGE OFFSHORE LLC**
**TAX DEPT / STE 1200**
**2000 W SAM HOUSTON PKWY S**
**HOUSTON, TX  77042-0000**

| AMOUNT PAID: |
|---|
| $                    . |

# 2020 YEAR TAX STATEMENT



**DENISE HUTTER, PCC,CTOP,PCAC**
**CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR**
PO Box 519
ANAHUAC, TEXAS 77514
PHONE NO.  (409) 267-2763

Mail To:
SANDRIDGE OFFSHORE LLC
TAX DEPT / STE 1200
2000 W SAM HOUSTON PKWY S
HOUSTON, TX  77042-0000

**Legal Description:**
1.170 MI 6 IN 1999 T CAG MOVED TO
647157-000080 LEASE # 70 MIN INT 1

Legal Acres:        .0000
Parcel Address: 0

Account No: ▮
CAD No: 646758000070

As of Date: 11/17/2020       Print Date: 11/17/2020   Printed By: ACT  INQ

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | AG/TIM Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $9,946 | $9,946 | $9,946 | $0 | $0 | $0 | $9,946 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Value | | | |
| CHAMBERS COUNTY | $9,946 | | $0 | $9,946 | 0.352259 | $35.04 |
| CHAMBERS COUNTY I&S | $9,946 | | $0 | $9,946 | 0.058323 | $5.80 |
| CHAMBERS CO FM&FC | $9,946 | | $0 | $9,946 | 0.080275 | $7.98 |
| CHAMBERS CO SCHOOL EQUAL | $9,946 | | $0 | $9,946 | 0.042294 | $4.21 |
| CHAMBERS CO SPECIAL | $9,946 | | $0 | $9,946 | 0.006339 | $0.63 |
| TBCD | $9,946 | | $0 | $9,946 | 0.394937 | $39.28 |
| HOSPITAL DIST | $9,946 | | $0 | $9,946 | 0.478697 | $47.61 |
| ANAHUAC ISD | $9,946 | | $0 | $9,946 | 0.976400 | $97.11 |
| ANAHUAC ISD I&S | $9,946 | | $0 | $9,946 | 0.410000 | $40.78 |

| | |
|---|---|
| Total 2020 Tax: | $278.44 |
| Total 2020 Levy Paid To Date: | $0.00 |
| 2020 Levy Due: | $278.44 |
| Total 2020 Due: | $278.44 |

Exemptions:

AMOUNT DUE IF PAID BY THE END OF:        Taxes become delinquent on February 02, 2021.

| 11/30/2020 0% | 12/31/2020 0% | 02/01/2021 0% | 03/01/2021 7% | 03/31/2021 9% | 04/30/2021 11% |
|---|---|---|---|---|---|
| $278.44 | $278.44 | $278.44 | $297.92 | $303.50 | $309.07 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

TO PAY BY CREDIT CARD VISIT  WWW.CHAMBERSCOUNTYTAX.org
CREDIT CARD PAYMENTS ARE CHARGED 2.25% CONVENIENCE FEE PER ACCOUNT BY CERTIFIED PAYMENTS.

PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.        7.1.53

Print Date: 11/17/2020

AMOUNT DUE IF PAID BY THE END OF:

| 11/30/2020 0% | 12/31/2020 0% | 02/01/2021 0% | 03/01/2021 7% | 03/31/2021 9% | 04/30/2021 11% |
|---|---|---|---|---|---|
| $278.44 | $278.44 | $278.44 | $297.92 | $303.50 | $309.07 |

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:
DENISE HUTTER, PCC,CTOP,PCAC
CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR
PO BOX 519
ANAHUAC, TX 77514



**SANDRIDGE OFFSHORE LLC**
**TAX DEPT / STE 1200**
**2000 W SAM HOUSTON PKWY S**
**HOUSTON, TX  77042-0000**

AMOUNT PAID:

$_____._____

## 2020 YEAR TAX STATEMENT



**DENISE HUTTER, PCC,CTOP,PCAC**
**CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR**
**PO Box 519**
**ANAHUAC, TEXAS 77514**
**PHONE NO.  (409) 267-2763**

Mail To:
SANDRIDGE OFFSHORE LLC
TAX DEPT / STE 1200
2000 W SAM HOUSTON PKWY S
HOUSTON, TX  77042-0000

**Legal Description:**
5.130 MI 8 IN 1977 T CAG MOVED TO
647157-000010 LEASE # 10 MIN INT 1

Account No: ▮▮▮▮
CAD No: 646758000010

Legal Acres:          .0000
Parcel Address:  0

As of Date:  11/17/2020        Print Date: 11/17/2020  Printed By: ACT  INQ

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | AG/TIM Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $6,917 | $6,917 | $6,917 | $0 | | $0 | $6,917 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Value | | | |
| CHAMBERS COUNTY | $6,917 | | $0 | $6,917 | 0.352259 | $24.37 |
| CHAMBERS COUNTY I&S | $6,917 | | $0 | $6,917 | 0.058323 | $4.03 |
| CHAMBERS CO FM&FC | $6,917 | | $0 | $6,917 | 0.080275 | $5.55 |
| CHAMBERS CO SCHOOL EQUAL | $6,917 | | $0 | $6,917 | 0.042294 | $2.93 |
| CHAMBERS CO SPECIAL | $6,917 | | $0 | $6,917 | 0.006339 | $0.44 |
| TBCD | $6,917 | | $0 | $6,917 | 0.394937 | $27.32 |
| HOSPITAL DIST | $6,917 | | $0 | $6,917 | 0.478697 | $33.11 |
| ANAHUAC ISD | $6,917 | | $0 | $6,917 | 0.976400 | $67.54 |
| ANAHUAC ISD I&S | $6,917 | | $0 | $6,917 | 0.410000 | $28.36 |

Total 2020 Tax:  $193.65
Total 2020 Levy Paid To Date:  $0.00
2020 Levy Due:  $193.65
Total 2020 Due:  $193.65

**Exemptions:**

| AMOUNT DUE IF PAID BY THE END OF: | | Taxes become delinquent on February 02, 2021. | | | |
|---|---|---|---|---|---|
| 11/30/2020 0% | 12/31/2020 0% | 02/01/2021 7% | 03/01/2021 9% | 03/31/2021 9% | 04/30/2021 11% |
| $193.65 | $193.65 | $193.65 | $207.22 | $211.07 | $214.95 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE
HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE
PAYMENT OF THESE TAXES.

TO PAY BY CREDIT CARD VISIT  WWW.CHAMBERSCOUNTYTAX.org
CREDIT CARD PAYMENTS ARE CHARGED 2.25% CONVENIENCE FEE PER ACCOUNT BY CERTIFIED PAYMENTS.

✂ - - - - - - PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.     7.1.53

Print Date:  11/17/2020

| AMOUNT DUE IF PAID BY THE END OF: | | | | | |
|---|---|---|---|---|---|
| 11/30/2020 0% | 12/31/2020 0% | 02/01/2021 0% | 03/01/2021 7% | 03/31/2021 9% | 04/30/2021 11% |
| $193.65 | $193.65 | $193.65 | $207.22 | $211.07 | $214.95 |

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**
DENISE HUTTER, PCC,CTOP,PCAC
CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR
PO BOX 519
ANAHUAC, TX 77514



**SANDRIDGE OFFSHORE LLC**
**TAX DEPT / STE 1200**
**2000 W SAM HOUSTON PKWY S**
**HOUSTON, TX  77042-0000**

| AMOUNT PAID: |
|---|
| $_____._____ |

# 2020 YEAR TAX STATEMENT



**DENISE HUTTER, PCC,CTOP,PCAC**
**CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR**
PO Box 519
ANAHUAC, TEXAS 77514
PHONE NO.  (409) 267-2763

Mail To:
SANDRIDGE OFFSHORE LLC
TAX DEPT / STE 1200
2000 W SAM HOUSTON PKWY S
HOUSTON, TX  77042-0000

**Legal Description:**
5.000 MI 4 IN 1999 T CAG MOVED TO
647157-000070 LEASE # 60 MIN INT 1

Legal Acres:      .0000
Parcel Address:  0

Account No: ▮
CAD No: 646758000060      As of Date:  11/17/2020      Print Date: 11/17/2020  Printed By: ACT  INQ

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | AG/TIM Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $30,096 | $30,096 | $30,096 | $0 | $0 | $0 | $30,096 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Value | | | |
| CHAMBERS COUNTY | $30,096 | | $0 | $30,096 | 0.352259 | $106.02 |
| CHAMBERS COUNTY I&S | $30,096 | | $0 | $30,096 | 0.058323 | $17.55 |
| CHAMBERS CO FM&FC | $30,096 | | $0 | $30,096 | 0.080275 | $24.16 |
| CHAMBERS CO SCHOOL EQUAL | $30,096 | | $0 | $30,096 | 0.042294 | $12.73 |
| CHAMBERS CO SPECIAL | $30,096 | | $0 | $30,096 | 0.006339 | $1.91 |
| TBCD | $30,096 | | $0 | $30,096 | 0.394937 | $118.86 |
| HOSPITAL DIST | $30,096 | | $0 | $30,096 | 0.478697 | $144.07 |
| ANAHUAC ISD | $30,096 | | $0 | $30,096 | 0.976400 | $293.86 |
| ANAHUAC ISD I&S | $30,096 | | $0 | $30,096 | 0.410000 | $123.39 |

Total 2020 Tax: $842.55
Total 2020 Levy Paid To Date: $0.00
2020 Levy Due: $842.55
Total 2020 Due: $842.55

Exemptions:

| AMOUNT DUE IF PAID BY THE END OF: | | Taxes become delinquent on February 02, 2021. | | | |
|---|---|---|---|---|---|
| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
| $842.55 | $842.55 | $842.55 | $901.52 | $918.39 | $935.22 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

TO PAY BY CREDIT CARD VISIT  WWW.CHAMBERSCOUNTYTAX.org
CREDIT CARD PAYMENTS ARE CHARGED 2.25% CONVENIENCE FEE PER ACCOUNT BY CERTIFIED PAYMENTS.

**PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**       7.1.53 ✂

AMOUNT DUE IF PAID BY THE END OF:       Print Date:  11/17/2020

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| $842.55 | $842.55 | $842.55 | $901.52 | $918.39 | $935.22 |

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:
DENISE HUTTER, PCC,CTOP,PCAC
CHAMBERS COUNTY TAX ASSESSOR/COLLECTOR
PO BOX 519
ANAHUAC, TX 77514



SANDRIDGE OFFSHORE LLC
TAX DEPT / STE 1200
2000 W SAM HOUSTON PKWY S
HOUSTON, TX  77042-0000

AMOUNT PAID:

$ _____ . ____

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims

**CLAIM # 296**

*Fieldwood Energy LLC*

238698

| INVOICE NUMBER | INVOICE DATE | VENDOR 700847 | | CHECK DATE 01/22/21 | | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|---|---|
| COLORADO COUNTY CENTRAL APPRAI | | | | | | | |
| POSCR1348 | 01/14/21 | 1232416 | | | | $0.00 | $776.26 |
| | | | Total: | | | $0.00 | $776.26 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston  TX 77042
713-969-1000

Capital One Bank, N.A.

35-2491
1130

**238698**

DATE 01/22/21

PAY     *******************776 Dollars and 26 Cents

$     ****776.26

TO
THE
ORDER
OF

COLORADO COUNTY CENTRAL APPRAISAL DISTRICT
ROBERT MAES, CHIEF APPRAISER
P.O. BOX 10
COLUMBUS, TX 78934-0010

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈"000 238698"⑈

# CHECK REQUEST

*Accounting Purposes Only:*
*Vendor No.* _____
*Invoice No.* CR _____



**Department: Tax** _____

**Date:** ___1/14/2021___

## EMPLOYEE INFORMATION

**Name: Bridget Harris** _____     **Phone:** X1112 _____

## VENDOR INFORMATION

**Name: Colorado County Central Appraisal District** ___

**Date Check Is**
**Needed:** 1/26/2021

**Address:** Colorado County Central Appraisal District
Robert Maes, Chief Appraiser
P.O. Box 10
Columbus, TX 78934-0010

**Federal**
**Taxpayer ID:** _____

*(if needed)*

## Payment Description

| Reason for Check | Amount |
|---|---|
|  | 776.26 |
| 2020 Ad Valorem Taxes |  |
| See Attached Support |  |
|  |  |
| **Total Check Amount** | **$ 776.26** |

**Coding:**

**Main Acct: 7200**          **Sub Acct: 180**          **Well or Dept: Accounting**

**Please select:**          ☐ **To be mailed**          ☒ **Hand deliver**

**Requester:** Bridget A. Harris          **Manager:** Bridget A. Harris

**Date:** 1/14/21          **Date:** 1/14/21

**Authorized Approval:** _____

**Date:** 1/14/21

| Payment Report for: | Colorado County | | | Payment Due | Payment Due | |
|---|---|---|---|---|---|---|
| | Vendor     700847 | | | 1/31/2021 | 1/31/2020 | |
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference |
| 8288 | A-138 J Cassady TR 59 | 25857 | Fieldwood Energy LLC | 776.26 | 767.80 | 8.46 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | **Payment Due** | **776.26** | 767.80 | 8.46 |

Bridget Harris, Tax Manager

Date   1/14/2⊘

Bill Swingle, VP of Accounting & CAO

Date   1/14/21

Please return check to Bridget Harris for processing and mailing

**Tax Bill Transmittal**
**Statement 1 of 1**
October 21, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

| | | | |
|---|---|---|---|
| **Client:** | **Fieldwood Energy LLC** | Assessor: | Colorado County Appraisal District |
| | **Fieldwood Energy LLC** | Lien Date: | |
| **Property:** | **Various Properties** | Tax Year: | 2020 |

| Jurisdiction | Tax Rate |
|---|---|
| Colorado County | 0.520000 |
| Colorado County GCD | 0.009250 |
| Rice CISD | 1.191400 |
| Rice Hospital District | 0.220000 |
| **Total Tax Rate** | **1.940650** |

**Make Checks Payable To:**

Colorado County Appraisal District
P.O. Box 10
Columbus, TX  78934-0010

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | **Jan/31/2021** | **Feb/01/2021** | **776.26** |

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ██████ | RE | RE | 100% | 40,000 | 40,000 | 776.26 | |
| A-138 J Cassady Tr 59 - 8 acres Sandy Creek | | | | | | | |
| 1 Bill Included with this Transmittal | | | | **40,000** | **40,000** | **$ 776.26** | **N/A** |

[13631]                                                                 *Stancil*

**Phone:** 979-732-8222

**Fax:** 979-732-6485

www.coloradocad.org

# 2020 TAX STATEMENT

| | |
|---|---|
| STATEMENT NUMBER | |
| PROPERTY ID NUMBER | 25857 |

| NAME AND ADDRESS | | PROPERTY DESCRIPTION | PROPERTY GEOGRAPHICAL ID |
|---|---|---|---|
| Owner ID: 73769 | Pct: 100.000% | A-138 J CASSADY TR 59 SANDY CREEK | 2013801300000 |
| FIELDWOOD ENERGY LLC | | 8.000 AC | **PROPERTY SITUS / LOCATION** |
| 2000 WEST SAM HOUSTON PKWY SOUTH | | Acreage: 8.0000    Type: R | |
| SUITE 1200 | | | |
| HOUSTON, TX 77042 US | | | |

| LAND MARKET VALUE | IMP MARKET VALUE | AG/TIMBER USE VALUE | AG/TIMBER MARKET | ASSESSED VALUE |
|---|---|---|---|---|
| 40,000 | 0 | 0 | 0 | 40,000 |

100% Assessment Ratio                    Appraised Value:        40,000

| Taxing Unit | Assessed | Homestead Exemption | Over 65 or DP Exemption | Other Exemptions | Freeze Year and Ceiling | Taxable Value | Rate Per $100 | Tax Due |
|---|---|---|---|---|---|---|---|---|
| RICE CISD | 40,000 | 0 | 0 | 0 | | 40,000 | 1.191400 | 476.56 |
| COLORADO COUNTY | 40,000 | 0 | 0 | 0 | | 40,000 | 0.520000 | 208.00 |
| RICE HOSPITAL DISTRICT | 40,000 | 0 | 0 | 0 | | 40,000 | 0.220000 | 88.00 |
| COLORADO CO GCD | 40,000 | 0 | 0 | 0 | | 40,000 | 0.009250 | 3.70 |

COUNTY TAXES REDUCED BY SALES TAX  34.53

| AMOUNT DUE BY JAN 31, 2021 | $776.26 |
|---|---|

| PENALTY AND INTEREST IF PAID AFTER JAN 31, 2021 | | |
|---|---|---|
| IF PAID IN MONTH | P&I RATE | TOTAL TAX DUE* |
| FEB 2021 | 7% | $830.60 |
| MAR 2021 | 9% | $846.12 |
| APR 2021 | 11% | $861.65 |
| MAY 2021 | 13% | $877.17 |
| JUN 2021 | 15% | $892.71 |

Property taxes in Texas are assessed as of January 1st each year and cover a period of one year from that date. Tax statutes make no provisions for proration; therefore, a change of address during the year would have no effect on the tax liability established on January 1st of the calendar year. These tax statutes also make no provisions for proration in case the property is disposed of during the calendar year. Also, if you owned personal property described on the tax statement on January 1st, then you are personally liable for the taxes.  IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.
*Total Tax Due may include Additional Penalty up to 20% incurred on April 1 or July 1 of the year of delinquency [Tax Code Sec 33.11] or Additional Late filing Penalty of 10% [Tax Code Sec 23.54, Tax Code Sec 21.10].

--- DETACH HERE AND RETURN WITH PAYMENT ---

*Make checks payable to:*

COLORADO COUNTY CENTRAL APPRAISAL DISTRICT
ROBERT MAES, CHIEF APPRAISER
PO BOX 10
COLUMBUS TX 78934-0010

RETURN SERVICE REQUESTED

| STATEMENT NUMBER | | IF PAID IN MONTH | TAX DUE | BEFORE FEBRUARY PAY |
|---|---|---|---|---|
| PROP ID NUMBER | 25857 | OCT 2020 | $776.26 | |
| | | NOV 2020 | $776.26 | $776.26 |
| | | DEC 2020 | $776.26 | |
| GEOGRAPHICAL ID | | JAN 2021 | $776.26 | Taxes are payable |
| 2013801300000 | | FEB 2021 | $830.60 | October 1, 2020 |
| | | MAR 2021 | $846.12 | and become |
| | | APR 2021 | $861.65 | delinquent on |
| | | MAY 2021 | $877.17 | February 1, 2021 |
| | | JUN 2021 | $892.71 | |

CCS01006420 ******** ALL FOR AADC 773
SEQ 6420   L 2   TR 17

FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON, TX  77042-3623

Remit Payment to:

COLORADO COUNTY CENTRAL APPRAISAL DISTRICT
ROBERT MAES, CHIEF APPRAISER
PO BOX 10
COLUMBUS TX 78934-0010

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims


**CLAIM # 84**

*Fieldwood Energy LLC*                                                                    238697

| | | VENDOR | CHECK DATE | | | |
| --- | --- | --- | --- | --- | --- | --- |
| CYPRESS FAIRBANKS INDEPENDENT | | 700815 | 01/22/21 | | | |
| INVOICE NUMBER | INVOICE DATE | | | | DISCOUNT TAKEN | AMOUNT PAID |
| POSCR1349 | 01/14/21 | 1232417 | | | $0.00 | $179,258.75 |
| | | | | Total: | $0.00 | $179,258.75 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston  TX 77042
713-969-1000

Capital One Bank, N.A.          35-2491          **238697**
                                1130

                                DATE 01/22/21

PAY ****************179,258 Dollars and 75 Cents                    $ ****179,258.75

TO
THE          CYPRESS-FAIRBANKS ISD
ORDER        TAX ASSESSOR-COLLECTOR
OF           10494 JONES ROAD
             SUITE # 106
             HOUSTON, TX 77065

THE BACK OF THIS DOCUMENT **CONTAINS AN ARTIFICIAL WATERMARK—HOLD** AT AN ANGLE TO VIEW

⑈000 238697⑈

# CHECK REQUEST

*Accounting Purposes Only:*
Vendor No. _____
Invoice No. CR_____

 **FIELDWOOD ENERGY**

**Department:** Tax

**Date:** 1/14/2021

## EMPLOYEE INFORMATION

**Name:** Bridget Harris

**Phone:** X1112

## VENDOR INFORMATION

**Name:** Cypress-Fairbanks ISD #700815

**Date Check Is**
**Needed:** 1/26/2021

**Address:** Cypress-Fairbanks ISD

10494 Jones Rd., Suite 106

Houston, TX 77065

**Federal**
**Taxpayer ID:**

*(if needed)*

---

**Payment Description: Payable to David Piwonka**

| Reason for Check | Amount |
|---|---|
|  | 179,258.75 |
| **2020 Ad Valorem Taxes** |  |
| **See Attached Support** |  |
|  |  |
| **Total Check Amount** | **$ 179,258.75** |

**Coding:**

**Main Acct:** 7200          **Sub Acct:** 180          **Well or Dept:** Accounting

**Please select:**          ☐ **To be mailed**          ☒ **Hand deliver**

**Requester:** Bridget A. Harris

**Date:** 1/14/21

**Manager:** Bridget A. Harris

**Date:** 1/14/21

**Authorized Approval:**

**Date:** 1/14/21

| Payment Report for: | Cypress Fairbanks ISD | | | Payment Due 1/31/2021 | Payment Due 1/31/2020 | | |
|---|---|---|---|---|---|---|---|
| | Vendor | 700815 | | | | | |
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference | |
| 2166252 | | 2166252 | Fieldwood Energy LLC | 137,243.71 | 149,726.96 | (12,483.25) | Dril-Quip |
| 2197011 | | 2197011 | Fieldwood Energy LLC | 7,074.35 | 7,150.03 | (75.68) | Dril-Quip |
| 2202713 | | 2202713 | Fieldwood Energy LLC | 4,474.17 | | 4,474.17 | Archer Oil Tools |
| 2327970 | | 2221910 | Fieldwood Energy LLC | 4,167.62 | | 4,167.62 | Master Flo Valve |
| 2306751 | | 2306751 | Fieldwood Energy LLC | 26,298.90 | 26,580.22 | (281.32) | Proserv |
| | | | **Payment Due** | **179,258.75** | **183,457.21** | **(4,198.46)** | |

Bridget Harris, Tax Manager

Date 1/14/21

Bill Swingle, VP of Accounting & CAO

Date 1/14/21

Please return check to Dean Manuel for processing and mailing

**Tax Bill Transmittal**
**Statement 1 of 1**
November 4, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

| | | |
|---|---|---|
| **Client:** | **Fieldwood Energy LLC** | |
| | **Fieldwood Energy LLC** | |
| **Property:** | **Various Properties** | |

Assessor:  Harris County Appraisal District
Lien Date:
Tax Year:  2020

| **Make Checks Payable To:** |
|---|
| Cypress-Fairbanks ISD TAC |
| 10494 Jones Rd., Suite 106 |
| Houston, TX  77065 |

| Jurisdiction | Tax Rate |
|---|---|
| Cypress-Fairbanks ISD | 1.355500 |
| **Total Tax Rate** | **1.355500** |

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | **Jan/31/2021** | **Feb/01/2021** | **179,258.75** |

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ██████ Inventory @ Dril-Quip Located @ 6401 N Eldridge Pkwy 77041 | PP | Stored Inv | 100% | 10,124,951 | 10,124,951 | 137,243.71 | |
| ██████ Inventory @ Dril-Quip Located @ 13550 Hempstead Rd | PP | Stored Inv | 100% | 521,900 | 521,900 | 7,074.35 | |
| ██████ Inventory @ Proserv Located @ 15151 Sommermeyer St 77041 | PP | Stored Inv | 100% | 1,940,162 | 1,940,162 | 26,298.90 | |
| ██████ Inventory @ Archer Oil Tools Locted @ 5510 Clara Rd Houston | PP | Inventory | 100% | 330,075 | 330,075 | 4,474.17 | |
| ██████ Inventory @ Master Flo Valve USA Located @ 8726 Fallbrook Dr Houston | PP | Inventory | 100% | 307,460 | 307,460 | 4,167.62 | |
| 5 Bills Included with this Transmittal | | | | 13,224,548 | 13,224,548 | $ 179,258.75 | N/A |

# 2020 TAX STATEMENT



CYPRESS-FAIRBANKS

**DAVID PIWONKA**
**CYPRESS-FAIRBANKS ISD TAX ASSESSOR - COLLECTOR**
**10494 JONES RD, SUITE 106**
**HOUSTON, TEXAS 77065**
**(281) 664-6300**

**Certified Owner:**
FIELDWOOD ENERGY LLC
FKA DYNAMIC OFFSHORE
%PROPERTY TAX DEPT
123 ROBERT S KERR AVE
OKLAHOMA CITY, OK  73102-6406

**Legal Description:**
Stored Pipe
INV
AT DRIL QUIP INC

**Legal Acres:**     0

**Parcel Address:**  6401  N  ELDRIDGE PKY

**Account No:** ▮▮▮▮▮▮

**As of Date:** 11/04/2020     **Print Date:**  11/04/2020

| Market Value | | Market Value | Appraised Value | | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $10,124,951 | $10,124,951 | $10,124,951 | | $0 | $0 | $10,124,951 |

| Taxing Unit | Delinq. Date | Appraised Value | Exemptions | | Taxable Value | Tax Rate | 2020 Tax |
|---|---|---|---|---|---|---|---|
| | | | Code | Value | | | |
| CYPRESS-FAIRBANKS ISD | 02/01/21 | $10,124,951 | | $0 | $10,124,951 | 1.355500 | $137,243.71 |

**2020 Total Due:**     $137,243.71

**Exemptions :**

**AMOUNT DUE IF PAID BY THE END OF:**

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| $137,243.71 | $137,243.71 | $137,243.71 | $146,850.77 | $149,595.64 | $152,340.52 |

*PLEASE CONTACT THE HARRIS COUNTY APPRAISAL DISTRICT AT 713 957-7800 CONCERNING ANY CORRECTIONS OF OWNERSHIP, VALUATION OR EXEMPTIONS.    OFFICE HOURS AT CYPRESS-FAIRBANKS ISD TAX OFFICE ARE: 7:30 AM-4:30 PM MONDAY THRU THURSDAY, 7:30 AM-4:00 PM FRIDAY. IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

**School Information :**
**CYPRESS-FAIRBANKS ISD    2020 M&O .95550000 I&S .40000000 Total 1.3555000  2019 M&O .97000000 I&S .40000000 Total 1.3700000**

**TO PAY BY CREDIT CARD: WWW.CFISDTAX.COM OR 1-866-728-2168 (ENGLISH), 1-866-728-2169 (SPANISH)**

v19.1.4

PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.

**Print Date:**  11/04/2020

**Due by JAN 31:**    $137,243.71


CYPRESS-FAIRBANKS

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

**DAVID PIWONKA, TAX ASSESSOR-COLLECTOR**





**FIELDWOOD ENERGY LLC**
**FKA DYNAMIC OFFSHORE**
**%PROPERTY TAX DEPT**
**123 ROBERT S KERR AVE**
**OKLAHOMA CITY, OK  73102-6406**

| AMOUNT PAID: |
|---|
| $                    . |

# 2020 TAX STATEMENT



**CYPRESS-FAIRBANKS**

**DAVID PIWONKA**
**CYPRESS-FAIRBANKS ISD TAX ASSESSOR - COLLECTOR**
**10494 JONES RD, SUITE 106**
**HOUSTON, TEXAS 77065**
**(281) 664-6300**

<u>Certified Owner</u>:
FIELDWOOD ENERGY
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON, TX 77042-3623

<u>Legal Description</u>:
Stored Pipe
INV
AT DRIL-QUIP

**Legal Acres:**  0
**Parcel Address:** 13550  HEMPSTEAD RD

Account No: ███ ███

**As of Date:** 11/04/2020     **Print Date:** 11/04/2020

| Market Value | | Market Value | Appraised Value | | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $521,900 | $521,900 | $521,900 | | $0 | $0 | $521,900 |

| Taxing Unit | Delinq. Date | Appraised Value | Exemptions | | Taxable Value | Tax Rate | 2020 Tax |
|---|---|---|---|---|---|---|---|
| | | | Code | Value | | | |
| CYPRESS-FAIRBANKS ISD | 02/01/21 | $521,900 | | $0 | $521,900 | 1.355500 | $7,074.35 |

**2020 Total Due:**   $7,074.35

<u>Exemptions :</u>

**AMOUNT DUE IF PAID BY THE END OF:**

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| $7,074.35 | $7,074.35 | $7,074.35 | $7,569.55 | $7,711.04 | $7,852.53 |

*PLEASE CONTACT THE HARRIS COUNTY APPRAISAL DISTRICT AT 713 957-7800 CONCERNING ANY CORRECTIONS OF OWNERSHIP, VALUATION OR EXEMPTIONS.    OFFICE HOURS AT CYPRESS-FAIRBANKS ISD TAX OFFICE ARE: 7:30 AM-4:30 PM MONDAY THRU THURSDAY, 7:30 AM-4:00 PM FRIDAY. IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

School Information :
**CYPRESS-FAIRBANKS ISD     2020 M&O .95550000 I&S .40000000 Total 1.3555000  2019 M&O .97000000 I&S .40000000 Total 1.3700000**

**TO PAY BY CREDIT CARD: WWW.CFISDTAX.COM OR 1-866-728-2168 (ENGLISH), 1-866-728-2169 (SPANISH)**

✂ ........................................................................................................................................
**PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**                    v19.1.4

Print Date:  11/04/2020
Due by JAN 31:   **$7,074.35**



CYPRESS-FAIRBANKS

<u>PLEASE NOTE YOUR ACCOUNT NUMBER ON **YOUR** CHECK AND MAKE CHECKS PAYABLE TO:</u>

**DAVID PIWONKA, TAX ASSESSOR-COLLECTOR**



███ ██

**FIELDWOOD ENERGY**
**2000 W SAM HOUSTON PKWY S STE 1200**
**HOUSTON, TX  77042-3623**

| AMOUNT PAID: |
|---|
| $_____._____ |

# 2020 TAX STATEMENT



CYPRESS-FAIRBANKS

**DAVID PIWONKA**
**CYPRESS-FAIRBANKS ISD TAX ASSESSOR - COLLECTOR**
**10494 JONES RD, SUITE 106**
**HOUSTON, TEXAS 77065**
**(281) 664-6300**

<u>Certified Owner:</u>
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKY S STE 1200
HOUSTON, TX  77042-3623

<u>Legal Description:</u>
Stored Pipe
INV
AT PROSERV OPERATIONS INC

Legal Acres:      0

Parcel Address:  15151  SOMMERMEYER ST

As of Date: 11/04/2020      Print Date:  11/04/2020



Account No:

| Market Value | | Market Value | Appraised Value | | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $1,940,162 | $1,940,162 | $1,940,162 | | $0 | $0 | $1,940,162 |

| Taxing Unit | Delinq. Date | Appraised Value | Exemptions | | Taxable Value | Tax Rate | 2020 Tax |
|---|---|---|---|---|---|---|---|
| | | | Code | Value | | | |
| CYPRESS-FAIRBANKS ISD | 02/01/21 | $1,940,162 | | $0 | $1,940,162 | 1.355500 | $26,298.90 |

**2020 Total Due:**    $26,298.90

<u>Exemptions :</u>

**AMOUNT DUE IF PAID BY THE END OF:**

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| $26,298.90 | $26,298.90 | $26,298.90 | $28,139.82 | $28,665.80 | $29,191.78 |

*PLEASE CONTACT THE HARRIS COUNTY APPRAISAL DISTRICT AT 713 957-7800 CONCERNING ANY CORRECTIONS OF OWNERSHIP, VALUATION OR EXEMPTIONS.    OFFICE HOURS AT CYPRESS-FAIRBANKS ISD TAX OFFICE ARE: 7:30 AM-4:30 PM MONDAY THRU THURSDAY, 7:30 AM-4:00 PM FRIDAY. IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

School Information :
**CYPRESS-FAIRBANKS ISD     2020 M&O .95550000 I&S .40000000 Total 1.3555000  2019 M&O .97000000 I&S .40000000 Total 1.3700000**

**TO PAY BY CREDIT CARD: WWW.CFISDTAX.COM OR 1-866-728-2168 (ENGLISH), 1-866-728-2169 (SPANISH)**

v19.1.4

Print Date:   11/04/2020    **PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

Due by JAN 31:    **$26,298.90**

CYPRESS-FAIRBANKS

<u>PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:</u>

**DAVID PIWONKA, TAX ASSESSOR-COLLECTOR**



| AMOUNT PAID: |
|---|
| $                              . |

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKY S STE 1200**
**HOUSTON, TX  77042-3623**



# 2020 TAX STATEMENT



**DAVID PIWONKA**
**CYPRESS-FAIRBANKS ISD TAX ASSESSOR - COLLECTOR**
**10494 JONES RD, SUITE 106**
**HOUSTON, TEXAS 77065**
**(281) 664-6300**

**Certified Owner:**
FIELDWOOD ENERGY LLC
FIELDWOD ENERGY LLC
2000 W SAM HOUSTON PKWY S STE 1600
HOUSTON, TX  77042-3625

**Legal Description:**
Stored Products (WHSE)
INV
AT ARCHER OILTOOLS LLC

**Legal Acres:**   0

**Parcel Address:**  5510  CLARA RD

**Account No:**  ▮▮▮▮▮▮

**As of Date:**  11/04/2020      **Print Date:**  11/04/2020

| Market Value | | Market Value | Appraised Value | | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $330,075 | $330,075 | $330,075 | | $0 | $0 | $330,075 |

| Taxing Unit | Delinq. Date | Appraised Value | Exemptions | | Taxable Value | Tax Rate | 2020 Tax |
|---|---|---|---|---|---|---|---|
| | | | Code | Value | | | |
| CYPRESS-FAIRBANKS ISD | 02/01/21 | $330,075 | | $0 | $330,075 | 1.355500 | $4,474.17 |

**2020 Total Due:**     $4,474.17

**Exemptions :**

### AMOUNT DUE IF PAID BY THE END OF:

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| $4,474.17 | $4,474.17 | $4,474.17 | $4,787.36 | $4,876.85 | $4,966.33 |

*PLEASE CONTACT THE HARRIS COUNTY APPRAISAL DISTRICT AT 713 957-7800 CONCERNING ANY CORRECTIONS OF OWNERSHIP, VALUATION OR EXEMPTIONS.    OFFICE HOURS AT CYPRESS-FAIRBANKS ISD TAX OFFICE ARE: 7:30 AM-4:30 PM MONDAY THRU THURSDAY, 7:30 AM-4:00 PM FRIDAY. IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

**School Information :**
**CYPRESS-FAIRBANKS ISD     2020 M&O .95550000 I&S .40000000 Total 1.3555000  2019 M&O .97000000 I&S .40000000 Total 1.3700000**

---

**TO PAY BY CREDIT CARD: WWW.CFISDTAX.COM OR 1-866-728-2168 (ENGLISH), 1-866-728-2169 (SPANISH)**

v19.1.4
**PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

Print Date:   11/04/2020

**Due by JAN 31:**     **$4,474.17**



**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

DAVID PIWONKA, TAX ASSESSOR-COLLECTOR

**AMOUNT PAID:**

$ _____.____

FIELDWOOD ENERGY LLC
FIELDWOD ENERGY LLC
2000 W SAM HOUSTON PKWY S STE 1600
HOUSTON, TX  77042-3625

# 2020 TAX STATEMENT



CYPRESS-FAIRBANKS

**DAVID PIWONKA**
**CYPRESS-FAIRBANKS ISD TAX ASSESSOR - COLLECTOR**
**10494 JONES RD, SUITE 106**
**HOUSTON, TEXAS 77065**
**(281) 664-6300**

**Certified Owner:**
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON, TX 77042-3623

**Legal Description:**
Stored Pipe
INV
AT MASTER FLO VALVE USA INC

**Legal Acres:** 0

**Parcel Address:** 8726 FALLBROOK DR

**Account No:** ▮▮▮▮▮▮

**As of Date:** 11/04/2020   **Print Date:** 11/04/2020

| Market Value | | Market Value | Appraised Value | | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $307,460 | $307,460 | $307,460 | | $0 | $0 | $307,460 |

| Taxing Unit | Delinq. Date | Appraised Value | Exemptions | | Taxable Value | Tax Rate | 2020 Tax |
|---|---|---|---|---|---|---|---|
| | | | Code | Value | | | |
| CYPRESS-FAIRBANKS ISD | 02/01/21 | $307,460 | | $0 | $307,460 | 1.355500 | $4,167.62 |

**2020 Total Due:** $4,167.62

**Exemptions :**

**AMOUNT DUE IF PAID BY THE END OF:**

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| $4,167.62 | $4,167.62 | $4,167.62 | $4,459.35 | $4,542.71 | $4,626.06 |

*PLEASE CONTACT THE HARRIS COUNTY APPRAISAL DISTRICT AT 713 957-7800 CONCERNING ANY CORRECTIONS OF OWNERSHIP, VALUATION OR EXEMPTIONS.   OFFICE HOURS AT CYPRESS-FAIRBANKS ISD TAX OFFICE ARE: 7:30 AM-4:30 PM MONDAY THRU THURSDAY, 7:30 AM-4:00 PM FRIDAY. IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

**School Information :**
**CYPRESS-FAIRBANKS ISD     2020 M&O .95550000 I&S .40000000 Total 1.3555000  2019 M&O .97000000 I&S .40000000 Total 1.3700000**

**TO PAY BY CREDIT CARD: WWW.CFISDTAX.COM OR 1-866-728-2168 (ENGLISH), 1-866-728-2169 (SPANISH)**

✂ v19.1.4

**PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

**Print Date:** 11/04/2020

**Due by JAN 31:** $4,167.62

CYPRESS-FAIRBANKS

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

**DAVID PIWONKA, TAX ASSESSOR-COLLECTOR**



**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY S STE 1200**
**HOUSTON, TX 77042-3623**

| AMOUNT PAID: |
|---|
| $ _____._____ |

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims

**CLAIM # 85**

*Fieldwood Energy LLC*                                                      **238670**

| | | VENDOR | | CHECK DATE | | | |
|---|---|---|---|---|---|---|---|
| GALVESTON COUNTY TAX  ASSESSOR | | 500373 | | 01/22/21 | | | |
| INVOICE NUMBER | INVOICE DATE | | | | | DISCOUNT TAKEN | AMOUNT PAID |
| POSCR1350 | 01/14/21 1232412 | | | | | $0.00 | $18,490.13 |
| | | | | Total: | | $0.00 | $18,490.13 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston  TX 77042
713-969-1000

Capital One Bank, N.A.          35-2491 / 1130          **238670**

DATE  01/22/21

PAY   ****************18,490 Dollars and 13 Cents          $   ****18,490.13

TO
THE
ORDER
OF

GALVESTON COUNTY TAX  ASSESSOR-COLLECTOR
CHERYL E. JOHNSON, RTA
722 MOODY (21ST STREET)
GALVESTON, TX 77550

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈000 238670⑈

# CHECK REQUEST

Accounting Purposes Only:
Vendor No. _____
Invoice No. CR _____

 **FIELDWOOD ENERGY**

**Department:** Tax _____

**Date:** 1/14/2021 _____

## EMPLOYEE INFORMATION

**Name:** Bridget Harris                           **Phone:** X1112

## VENDOR INFORMATION

**Name:** Galveston County Appraisal District #500373

**Date Check Is
Needed:** 1/26/2021

**Address:** Galveston County Tax Assessor Collector

722 Moody

Galveston, TX 77550

**Federal
Taxpayer ID:**

*(if needed)*

**Payment Description :** Galveston County Tax Office

| Reason for Check | Amount |
|---|---|
| | 18,490.13 |
| 2020 Ad Valorem Taxes | |
| See Attached Support | |
| | |
| **Total Check Amount** | **$  18,490.13** |

**Coding:**

**Main Acct:** 7200          **Sub Acct:** 180          **Well or Dept:  Accounting**

**Please select:**          ☐ To be mailed          ☒ Hand deliver

**Requester:** Bridget A. Harris          **Manager:** Bridget A. Harris

**Date:** 1/14/21          **Date:** 1/14/21

**Authorized Approval:**

**Date:** 1/14/21

| Payment Report for: | | Galveston County Appraisal District | | Payment Due | Payment Due | |
|---|---|---|---|---|---|---|
| | | Vendor     500373 | | 1/31/2021 | 1/31/2020 | |
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference |
| R151019 | | R151019 | Fieldwood Energy LLC | 155.21 | 165.79 | (10.58) |
| R151011 | | R151011 | Fieldwood Energy LLC | 369.17 | 394.29 | (25.12) |
| R391299 | | R391299 | Fieldwood Energy LLC | 52.44 | 56.01 | (3.57) |
| R151014 | | R151014 | Fieldwood Energy LLC | 184.58 | 197.15 | (12.57) |
| R148969 | | R148969 | Fieldwood Energy LLC | | | - |
| R150993 | | R150993 | Fieldwood Energy LLC | 641.83 | 685.53 | (43.70) |
| R150992 | | R150992 | Fieldwood Energy LLC | 427.89 | 457.03 | (29.14) |
| R150999 | | R150999 | Fieldwood Energy LLC | 427.89 | 457.03 | (29.14) |
| R151016 | | R151016 | Fieldwood Energy LLC | 620.86 | 663.13 | (42.27) |
| R150994 | | R150994 | Fieldwood Energy LLC | 213.94 | 228.52 | (14.58) |
| R150995 | | R150995 | Fieldwood Energy LLC | 213.94 | 228.52 | (14.58) |
| R151009 | | R151009 | Fieldwood Energy LLC | 369.17 | 394.29 | (25.12) |
| R151008 | | R151008 | Fieldwood Energy LLC | 553.74 | 591.45 | (37.71) |
| R151007 | | R151007 | Fieldwood Energy LLC | 553.74 | 591.45 | (37.71) |
| P506097 | | P506097 | Fieldwood Energy LLC | | | - |
| P300094 | | P300094 | Fieldwood Energy LLC | 321.70 | 402.69 | (80.99) |
| R151003 | | R151003 | Fieldwood Energy LLC | 738.32 | 788.60 | (50.28) |
| R151002 | | R151002 | Fieldwood Energy LLC | 1,107.48 | 1,182.89 | (75.41) |
| R151005 | | R151005 | Fieldwood Energy LLC | 369.17 | 394.29 | (25.12) |
| R151006 | | R151006 | Fieldwood Energy LLC | 369.17 | 394.29 | (25.12) |
| R151015 | | R151015 | Fieldwood Energy LLC | 184.58 | 197.15 | (12.57) |
| R151012 | | R151012 | Fieldwood Energy LLC | 184.58 | 197.15 | (12.57) |
| R151004 | | R151004 | Fieldwood Energy LLC | 369.17 | 394.29 | (25.12) |
| R151001 | | R151001 | Fieldwood Energy LLC | 369.17 | 394.29 | (25.12) |
| R151017 | | R151017 | Fieldwood Energy LLC | 3,104.28 | 3,315.66 | (211.38) |
| R151023 | | R151023 | Fieldwood Energy LLC | 310.43 | 331.56 | (21.13) |
| R150991 | | R150991 | Fieldwood Energy LLC | 855.78 | 914.04 | (58.26) |
| 185633 | | 185633 | Fieldwood Energy LLC | | | - |
| 191681 | | 191681 | Fieldwood Energy LLC | | | - |
| 227360 | | 227360 | Fieldwood Energy LLC | | | - |
| 186891 | | 186891 | Fieldwood Energy LLC | | | - |
| 269151 | | 269151 | Fieldwood Energy LLC | | | - |
| R150990 | | R150990 | Fieldwood Energy LLC | 427.89 | 457.03 | (29.14) |
| R510001 | | R510001 | Fieldwood Energy LLC | | | |
| M500126 | | M500126 | Fieldwood Energy LLC | 260.21 | 555.88 | (295.67) |
| M500127 | | M500127 | Fieldwood Energy LLC | 260.49 | 556.44 | (295.95) |
| M501053 | | M501053 | Fieldwood Energy LLC | | | |
| R151010 | | R151010 | Fieldwood Energy LLC | 1,292.06 | 1,380.04 | (87.98) |
| R151013 | | R151013 | Fieldwood Energy LLC | 1,845.79 | 1,971.47 | (125.68) |
| 207398 | | 207398 | Fieldwood Energy LLC | | | - |
| 255675 | | 255675 | Fieldwood Energy LLC | | | - |
| P506097 | | P506097 | Fieldwood Energy LLC | | | - |
| 185633 | | 185633 | Fieldwood Energy LLC | | | - |
| 508995 | | 508995 | Fieldwood Energy LLC | 431.44 | 460.81 | (29.37) |
| 510001 | | 510001 | Fieldwood Energy LLC | 641.83 | 685.53 | (43.70) |
| 713875 | | 713875 | Fieldwood Energy LLC | 262.19 | 560.08 | (297.89) |
| 9908958 | | 9908958 | Fieldwood Energy LLC | | | - |
| 9909048 | | 9909048 | Fieldwood Energy LLC | | | - |
| 9909049 | | 9909049 | Fieldwood Energy LLC | | | - |
| | | | **Payment Due** | **18,490.13** | 20,644.37 | (2,154.24) |

Bridget Harris, Tax Manager                    Date   1/14/21

Bill Swingle, VP of Accounting & CAO           Date   1/14/21

Please return check to **Bridget** Harris for **processing** and mailing



**Tax Bill Transmittal**
**Statement 1 of 1**
November 3, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

---

| | | | |
|---|---|---|---|
| **Client:** | **Fieldwood Energy LLC** | Assessor: | Galveston County Appraisal District |
| | **Fieldwood Energy LLC** | Lien Date: | |
| **Property:** | **Various Properties** | Tax Year: | 2020 |

| Make Checks Payable To: |
|---|
| Galveston County Tax Assessor Collector |
| P.O. Box 1169 |
| Galveston, TX  77553 |

| Jurisdiction | Tax Rate |
|---|---|
| Dickinson ISD | 1.344000 |
| Galveston County | 0.465128 |
| Galveston Road & Flood | 0.010772 |
| Mainland College | 0.241963 |
| San Leon MUD | 0.560000 |
| **Total Tax Rate** | **2.621863** |

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | Jan/31/2021 | Feb/01/2021 | 18,490.13 |

---

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ▉▉▉ | RE | RE | 100% | 16,320 | 16,320 | 427.89 | |
| San Leon Real Estate ABST 10 A Edwards Lot 1 & 2 Blk 138 | | | | | | | |
| ▉▉▉ | RE | RE | 100% | 32,640 | 32,640 | 855.78 | |
| San Leon Real Estate ABST 10 A Edwards Lot 3 thru 6 Blk 138 | | | | | | | |
| ▉▉▉ | RE | RE | 100% | 16,320 | 16,320 | 427.89 | |
| San Leon Real Estate ABST 10 A Edwards Lot 7 & 8 Blk 138 | | | | | | | |
| ▉▉▉ | RE | RE | 100% | 24,480 | 24,480 | 641.83 | |
| San Leon Real Estate ABST 10 A Edwards Lot 9 & 10 & 11 Blk 138 | | | | | | | |
| ▉▉▉ | RE | RE | 100% | 8,160 | 8,160 | 213.94 | |
| San Leon Real Estate ABST 10 A Edwards Lot12 Blk 138 | | | | | | | |
| ▉▉▉ | RE | RE | 100% | 8,160 | 8,160 | 213.94 | |
| San Leon Real Estate ABST 10 A Edwards Lot 13 Blk 138 | | | | | | | |

Client: **Fieldwood Energy LLCFieldwood Energy LLC**

Property: **Various Properties**

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| San Leon Real Estate ABST 10 A Edwards Lot 19 & 20 Blk 138 | RE | RE | 100% | 16,320 | 16,320 | 427.89 | |
| San Leon Real Estate ABST 10 A Edwards Lots 25 & 26 Blk 138 | RE | RE | 100% | 14,080 | 14,080 | 369.17 | |
| San Leon Real Estate ABST 10 A Edwards Lot 27 to 32 Blk 138 | RE | RE | 100% | 42,240 | 42,240 | 1,107.48 | |
| San Leon Real Estate ABST 10 A Edwards Lots 33 to 36 Blk 138 | RE | RE | 100% | 28,160 | 28,160 | 738.32 | |
| San Leon Real Estate ABST 10 A Edwards Lots 37 & 38 Blk 138 | RE | RE | 100% | 14,080 | 14,080 | 369.17 | |
| San Leon Real Estate ABST 10 A Edwards Lots 39 & 40 Blk  138 | RE | RE | 100% | 14,080 | 14,080 | 369.17 | |
| San Leon Real Estate ABST 10 A Edwards Lots 41 & 42 Blk  138 | RE | RE | 100% | 14,080 | 14,080 | 369.17 | |
| San Leon Real Estate ABST 10 A Edwards Lots 43-44 & 45 Blk 138 | RE | RE | 100% | 21,120 | 21,120 | 553.74 | |
| San Leon Real Estate ABST 10 A Edwards Lots 46-47-48 Blk 138 | RE | RE | 100% | 21,120 | 21,120 | 553.74 | |
| San Leon Real Estate ABST 10 A Edwards Lots 1& 2 Blk 139 | RE | RE | 100% | 14,080 | 14,080 | 369.17 | |
| San Leon Real Estate ABST 10 A Edwards Lots 3 to 9  Blk 139 | RE | RE | 100% | 49,280 | 49,280 | 1,292.06 | |
| San Leon Real Estate ABST 10 A Edwards Lots 10-11 Blk 139 | RE | RE | 100% | 14,080 | 14,080 | 369.17 | |
| San Leon Real Estate ABST 10 A Edwards Lot 12 Blk 139 | RE | RE | 100% | 7,040 | 7,040 | 184.58 | |
| San Leon Real Estate ABST 10 A Edwards Lo 13 to 22 Blk 139 | RE | RE | 100% | 70,400 | 70,400 | 1,845.79 | |
| San Leon Real Estate ABST 10 A Edwards Lot 23 Blk 139 | RE | RE | 100% | 7,040 | 7,040 | 184.58 | |

[14476]                                                                  *Stancil*

**Client:**  Fieldwood Energy LLCFieldwood Energy LLC

**Property:**  Various Properties

Page 3 of 3

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ███ San Leon Real Estate ABST 10 A Edwards Lot 24 Blk 139 | RE | RE | 100% | 7,040 | 7,040 | 184.58 | |
| ███ San Leon Real Estate ABST 10 A Edwards Lots 25 thru 28 Blk 139 | RE | RE | 100% | 23,680 | 23,680 | 620.86 | |
| ███ San Leon Real Estate ABST 10 A Edwards Lots 29 to 48 Blk 139 | RE | RE | 100% | 118,400 | 118,400 | 3,104.28 | |
| ███ San Leon Real Estate ABST 10 A Edwards Lot 6 Blk 140 | RE | RE | 100% | 5,920 | 5,920 | 155.21 | |
| ███ San Leon Real Estate ABST 10 A Edwards Lots 15-16 Blk 140 | RE | RE | 100% | 11,840 | 11,840 | 310.43 | |
| ███ San Leon Office Business Personal Property 757 9th St San Leon | PP | FA | 100% | 12,270 | 12,270 | 321.70 | |
| ███ San Leon Real Estate ABST 10 A Edwards Sur ABND ROW BTWN Blks 139 | RE | RE | 100% | 2,000 | 2,000 | 52.44 | |
| ███ Mobile Home 2001 Holiday Big Foot16x72 Grey mobile home757 9th St., San | RE | MH | 100% | 9,925 | 9,925 | 260.21 | |
| ███ Mobile Home 2001 Palm Harbor Windsor16x76 Beige Mobil Home757 9th St., San | RE | MH | 100% | 9,935 | 9,935 | 260.49 | |
| ███ San Leon Real Estate ABST 10 A Edwards Lot 27 Blk 20 | RE | RE | 100% | 16,455 | 16,455 | 431.44 | |
| ███ San Leon Real Estate (National Onshore LP) ABST 10 A Edwards lots 21 to 24 Blk 13875% undivided intere | RE | RE | 100% | 24,480 | 24,480 | 641.83 | |
| ███ Mobile Home 1999 Champion Redmon16x80 mobile home757 9th St., San | RE | MH | 100% | 10,000 | 10,000 | 262.19 | |

| 33 Bills Included with this Transmittal | | 705,225 | 705,225 | $ 18,490.13 | N/A |
|---|---|---|---|---|---|

[14476]  *Stancil*

## 2020 TAX STATEMENT



**CHERYL E. JOHNSON, PCC**
**GALVESTON COUNTY TAX ASSESSOR-COLLECTOR**
722 Moody
Galveston, TX  77550

**Certified Owner:**
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON, TX  77042-3615

**Legal Description:**
ABST 10 A EDWARDS LOT 1 & 2 BLK 138 SAN
LEON

Legal Acres:   .1469

Account No. ____990          Appr. Dist. No.:624001380001000          Parcel Address:

As of Date: 11/03/2020          Print Date: 11/03/2020

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $16,320 | $0 | $16,320 | $16,320 | $0 | $0 | $0 | $16,320 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Amount | | | |
| GALVESTON CO | $16,320 | | $0.00 | $16,320 | 0.4651280 | $75.91 |
| ROAD & FLOOD | $16,320 | | $0.00 | $16,320 | 0.0107720 | $1.76 |
| DICKINSON ISD | $16,320 | | $0.00 | $16,320 | 1.3440000 | $219.34 |
| COLL OF THE MAINLAND | $16,320 | | $0.00 | $16,320 | 0.2419630 | $39.49 |
| SAN LEON MUD | $16,320 | | $0.00 | $16,320 | 0.5600000 | $91.39 |

|  | | |
|---|---|---|
| | Total Tax: | $427.89 |
| | Total Tax Paid to date: | $0.00 |
| | Total Tax Remaining: | $427.89 |

**Exemptions:**

AMOUNT DUE IF PAID BY:

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| $427.89 | $427.89 | $427.89 | $457.83 | $466.40 | $474.95 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE
HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN
THE PAYMENT OF THESE TAXES.

School Information:
DICKINSON ISD          2020 M&O .87400000 I&S .47000000 Total 1.3440000 2019 M&O .97000000 I&S .48000000 Total 1.4500000

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

4.1.69

PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.

Print Date:   11/03/2020

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:

Galveston County Tax Office
722 Moody
Galveston, Texas 77550
409-766-2481, 1-877-766-2284





FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON, TX  77042-3615

| AMOUNT PAID: |
|---|
| $                        . |

## 2020 TAX STATEMENT



CHERYL E. JOHNSON, PCC
**GALVESTON COUNTY TAX ASSESSOR-COLLECTOR**
722 Moody
Galveston, TX  77550

**Certified Owner:**
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON, TX  77042-3615

**Legal Description:**
ABST 10 A EDWARDS LOT 13 TO 22 BLK 139
SAN LEON

Legal Acres:  .7346

**Account No:** ████013          **Appr. Dist. No.:** 624001390013000

Parcel Address:

**As of Date:** 11/03/2020

**Print Date:** 11/03/2020

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $70,400 | $0 | $70,400 | $70,400 | $0 | $0 | $0 | $70,400 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Amount | | | |
| GALVESTON CO | $70,400 | | $0.00 | $70,400 | 0.4651280 | $327.45 |
| ROAD & FLOOD | $70,400 | | $0.00 | $70,400 | 0.0107720 | $7.58 |
| DICKINSON ISD | $70,400 | | $0.00 | $70,400 | 1.3440000 | $946.18 |
| COLL OF THE MAINLAND | $70,400 | | $0.00 | $70,400 | 0.2419630 | $170.34 |
| SAN LEON MUD | $70,400 | | $0.00 | $70,400 | 0.5600000 | $394.24 |

| | |
|---|---|
| Total Tax: | $1,845.79 |
| Total Tax Paid to date: | $0.00 |
| Total Tax Remaining: | $1,845.79 |

**Exemptions:**

**AMOUNT DUE IF PAID BY:**

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| $1,845.79 | $1,845.79 | $1,845.79 | $1,974.99 | $2,011.91 | $2,048.83 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**School Information:**
**DICKINSON ISD**     2020 M&O .87400000 I&S .47000000 Total 1.3440000  2019 M&O .97000000 I&S .48000000 Total 1.4500000

--------------------------------------------------------------------------------

PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.          4.1.69 ✂

**Print Date:**  11/03/2020

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:

**Galveston County Tax Office**
**722 Moody**
**Galveston, Texas 77550**
**409-766-2481, 1-877-766-2284**



1 3 *

████013
**FIELDWOOD ENERGY LLC**
**PROPERTY TAX DEPT**
**2000 W SAM HOUSTON PKWY S, STE 1200**
**HOUSTON, TX  77042-3615**

| AMOUNT PAID: |
|---|
| $             . |

# 2020 TAX STATEMENT



**CHERYL E. JOHNSON, PCC**
**GALVESTON COUNTY TAX ASSESSOR-COLLECTOR**
722 Moody
Galveston, TX 77550

**Certified Owner:**
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON, TX 77042-3615

**Legal Description:**
ABST 10 A EDWARDS LOTS 3 TO 9 BLK 139
SAN LEON

**Account No:** ▉010

**Appr. Dist. No.:** 624001390003000

**Legal Acres:** .5142
**Parcel Address:**

**As of Date:** 11/03/2020

**Print Date:** 11/03/2020

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $49,280 | $0 | $49,280 | $49,280 | $0 | $0 | $0 | $49,280 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Amount | | | |
| GALVESTON CO | $49,280 | | $0.00 | $49,280 | 0.4651280 | $229.22 |
| ROAD & FLOOD | $49,280 | | $0.00 | $49,280 | 0.0107720 | $5.31 |
| DICKINSON ISD | $49,280 | | $0.00 | $49,280 | 1.3440000 | $662.32 |
| COLL OF THE MAINLAND | $49,280 | | $0.00 | $49,280 | 0.2419630 | $119.24 |
| SAN LEON MUD | $49,280 | | $0.00 | $49,280 | 0.5600000 | $275.97 |

Total Tax: $1,292.06
Total Tax Paid to date: $0.00
Total Tax Remaining: $1,292.06

**Exemptions:**

**AMOUNT DUE IF PAID BY:**

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| | $1,292.06 | $1,292.06 | $1,382.51 | $1,408.35 | $1,434.19 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**School Information:**
DICKINSON ISD    2020 M&O .87400000 I&S .47000000 Total 1.3440000  2019 M&O .97000000 I&S .48000000 Total 1.4500000

---

PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.    4.1.69

**Print Date:** 11/03/2020

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:

**Galveston County Tax Office**
**722 Moody**
**Galveston, Texas 77550**
**409-766-2481, 1-877-766-2284**




1 0 *

▉0
**FIELDWOOD ENERGY LLC**
**PROPERTY TAX DEPT**
**2000 W SAM HOUSTON PKWY S, STE 1200**
**HOUSTON, TX 77042-3615**

| AMOUNT PAID: |
|---|
| $ |

## 2020 TAX STATEMENT



**CHERYL E. JOHNSON, PCC**
**GALVESTON COUNTY TAX ASSESSOR-COLLECTOR**
722 Moody
Galveston, TX  77550

**Certified Owner:**
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON, TX  77042-3615

**Legal Description:**
BUSINESS PERSONAL PROPERTYP300094757
9TH ST, SAN LEON, TX
775398600-0676-9645-000AGENT: STB
003631 R USE: L2
Legal Acres:     .0000

**Account No.** ████094
**As of Date:** 11/03/2020

**Appr. Dist. No.:**A084202580025800000**Parcel Address:**757  9TH ST
**Print Date:**  11/03/2020

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $12,270 | $12,270 | $12,270 | $0 | $0 | $0 | $12,270 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Amount | | | |
| GALVESTON CO | $12,270 | | $0.00 | $12,270 | 0.4651280 | $57.07 |
| ROAD & FLOOD | $12,270 | | $0.00 | $12,270 | 0.0107720 | $1.32 |
| DICKINSON ISD | $12,270 | | $0.00 | $12,270 | 1.3440000 | $164.91 |
| COLL OF THE MAINLAND | $12,270 | | $0.00 | $12,270 | 0.2419630 | $29.69 |
| SAN LEON MUD | $12,270 | | $0.00 | $12,270 | 0.5600000 | $68.71 |

|  | |
|---|---|
| Total Tax: | $321.70 |
| Total Tax Paid to date: | $0.00 |
| Total Tax Remaining: | $321.70 |

**Exemptions:**

**AMOUNT DUE IF PAID BY:**

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| $321.70 | $321.70 | $321.70 | $344.21 | $350.65 | $357.10 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**School Information:**
**DICKINSON ISD**     2020 M&O .87400000 I&S .47000000 Total 1.3440000  2019 M&O .97000000 I&S .48000000 Total 1.4500000

----------------------------------------------------------------------------

PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.     4.1.69

**Print Date:**  11/03/2020

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:

**Galveston County Tax Office**
**722 Moody**
**Galveston, Texas 77550**
**409-766-2481, 1-877-766-2284**



████094
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON, TX  77042-3615

| AMOUNT PAID: |
|---|
| $ |

# 2020 TAX STATEMENT



**CHERYL E. JOHNSON, PCC**
**GALVESTON COUNTY TAX ASSESSOR-COLLECTOR**
722 Moody
Galveston, TX  77550

**Certified Owner:**
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON, TX  77042-3615

**Legal Description:**
ABST 10 A EDWARDS LOTS 21 TO 24 BLK 138
SAN LEON

**Legal Acres:**   .2938
**Parcel Address:**

**Account N**[redacted]          **Appr. Dist. No.:** 624001380021001
**As of Date:** 11/03/2020          **Print Date:** 11/03/2020

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $24,480 | $0 | $24,480 | $24,480 | $0 | $0 | $0 | $24,480 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Amount | | | |
| GALVESTON CO | $24,480 | | $0.00 | $24,480 | 0.4651280 | $113.86 |
| ROAD & FLOOD | $24,480 | | $0.00 | $24,480 | 0.0107720 | $2.64 |
| DICKINSON ISD | $24,480 | | $0.00 | $24,480 | 1.3440000 | $329.01 |
| COLL OF THE MAINLAND | $24,480 | | $0.00 | $24,480 | 0.2419630 | $59.23 |
| SAN LEON MUD | $24,480 | | $0.00 | $24,480 | 0.5600000 | $137.09 |

| | |
|---|---|
| Total Tax: | $641.83 |
| Total Tax Paid to date: | $0.00 |
| Total Tax Remaining: | $641.83 |

**Exemptions:**
**AMOUNT DUE IF PAID BY:**

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| $641.83 | $641.83 | $641.83 | $686.76 | $699.60 | $712.43 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**School Information:**
**DICKINSON** ISD     2020 M&O .87400000 I&S .47000000 Total 1.3440000  2019 M&O .97000000 I&S .48000000 Total 1.4500000

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.          4.1.69

**Print Date:**   11/03/2020

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:

**Galveston County Tax Office**
**722 Moody**
**Galveston, Texas 77550**
**409-766-2481, 1-877-766-2284**



[redacted]
**FIELDWOOD ENERGY LLC**
**PROPERTY TAX DEPT**
**2000 W SAM HOUSTON PKWY S, STE 1200**
**HOUSTON, TX  77042-3615**

| AMOUNT PAID: |
|---|
| $ |

# 2020 TAX STATEMENT



**CHERYL E. JOHNSON, PCC**
**GALVESTON COUNTY TAX ASSESSOR-COLLECTOR**
722 Moody
Galveston, TX  77550

**Certified Owner:**
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON, TX  77042-3615

**Legal Description:**
ABST 10 A EDWARDS LOT 27 BLK 20 SAN LEON

**Account No.** ▪▪▪▪

Legal Acres:  .0775
Parcel Address: 203  AVE A

**As of Date:** 11/03/2020

Appr. Dist. No.: **624000200027001**

Print Date:  11/03/2020

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $16,455 | $0 | $16,455 | $16,455 | $0 | $0 | $0 | $16,455 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Amount | | | |
| GALVESTON CO | $16,455 | | $0.00 | $16,455 | 0.4651280 | $76.54 |
| ROAD & FLOOD | $16,455 | | $0.00 | $16,455 | 0.0107720 | $1.77 |
| DICKINSON ISD | $16,455 | | $0.00 | $16,455 | 1.3440000 | $221.16 |
| COLL OF THE MAINLAND | $16,455 | | $0.00 | $16,455 | 0.2419630 | $39.82 |
| SAN LEON MUD | $16,455 | | $0.00 | $16,455 | 0.5600000 | $92.15 |

| | |
|---|---|
| Total Tax: | $431.44 |
| Total Tax Paid to date: | $0.00 |
| Total Tax Remaining: | $431.44 |

**Exemptions:**

**AMOUNT DUE IF PAID BY:**

| 11/30/2020  0% | 12/31/2020  0% | 02/01/2021  0% | 03/01/2021  7% | 03/31/2021  9% | 04/30/2021  11% |
|---|---|---|---|---|---|
| $431.44 | $431.44 | $431.44 | $461.64 | $470.26 | $478.90 |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE
HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN
THE PAYMENT OF THESE TAXES.

**School Information:**
**DICKINSON ISD**      2020 M&O .87400000 I&S .47000000 Total 1.3440000  2019 M&O .97000000 I&S .48000000 Total 1.4500000

---

PLEASE CUT  AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.                    4.1.69

**Print Date:**   11/03/2020

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:

**Galveston County Tax Office**
**722 Moody**
**Galveston, Texas 77550**
**409-766-2481, 1-877-766-2284**



▪▪▪ FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON, TX  77042-3615

| AMOUNT PAID: |
|---|
| $ |

**STANCIL & COMPANY, PLLC** **2020** Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** 150991

D02501030000333-P131

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .2938
Legal Description:
ABST 10 A EDWARDS LOT 3 THRU 6 BLK 138
SAN LEON

Appraised Land Value: $32,640
Improvements/Personal Property Value:+
Total Market Value: $32,640
Homestead Cap Adjustment:
MTG/Agent: 5976
Sales Tax Savings: 100% Assessment Ratio

| Entity | Market Value | − Exemptions | = Taxable Value ÷ 100 x Tax Rate | = Total Taxes |
|---|---|---|---|---|
| GALVESTON CO | $32,640 | $0 | $32,640 | .46512800 | $151.82 |
| ROAD & FLOOD | $32,640 | $0 | $32,640 | .01077200 | $3.52 |
| DICKINSON ISD | $32,640 | $0 | $32,640 | 1.3440000 | $438.68 |
| COLL OF THE MAINLAND | $32,640 | $0 | $32,640 | .24196300 | $78.98 |
| SAN LEON MUD | $32,640 | $0 | $32,640 | .56000000 | $182.78 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $855.78

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD — see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*



2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021     ¼ by May 31, 2021
   ¼ by March 31, 2021       ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $855.78 | $.00 | $855.78 | If paid by February 1 | $855.78 | $.00 | $855.78 |
| If paid in November | $855.78 | $.00 | $855.78 | If paid by March 1 | $915.69 | $.00 | $915.69 |
| If paid in December | $855.78 | $.00 | $855.78 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $151.82 |
| ROAD & FLOOD | $3.52 |
| COLL OF THE MAINLAND | $78.98 |
| SAN LEON MUD | $182.78 |

1ˢᵀ payment due by November 30, 2020 — $208.55
2ᴺᴰ payment due by June 30, 2021: — $208.55

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $438.68 |

**Total Due February 1, 2021:** $438.68

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below) of those qualified (see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #:** ███991
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



**GALVESTON COUNTY JOHN SONNY CLC** **2020** Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** ▮▮▮▮

0023501030000333-P052

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .1469
Legal Description:
ABST 10 A EDWARDS LOT 7 & 8 BLK 138 SAN
LEON

| | |
|---|---|
| Appraised Land Value: | $16,320 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $16,320 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | − Exemptions | = Taxable Value ÷ 100 x Tax Rate | = Total Taxes |
|---|---|---|---|---|
| GALVESTON CO | $16,320 | $0 | $16,320 | .46512800 | $75.91 |
| ROAD & FLOOD | $16,320 | $0 | $16,320 | .01077200 | $1.76 |
| DICKINSON ISD | $16,320 | $0 | $16,320 | 1.3440000 | $219.34 |
| COLL OF THE MAINLAND | $16,320 | $0 | $16,320 | .24196300 | $39.49 |
| SAN LEON MUD | $16,320 | $0 | $16,320 | .56000000 | $91.39 |
| | | | | | |
| | | | | | |
| | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $427.89

**Disaster pay this year!** **Various Payment Options—Easy as 1–2–3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*



2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021    ¼ by May 31, 2021
   ¼ by March 31, 2021    ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2ⁿᵈ)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $427.89 | $.00 | $427.89 | If paid by February 1 | $427.89 | $.00 | $427.89 |
| If paid in November | $427.89 | $.00 | $427.89 | If paid by March 1 | $457.83 | $.00 | $457.83 |
| If paid in December | $427.89 | $.00 | $427.89 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $75.91 |
| ROAD & FLOOD | $1.76 |
| COLL OF THE MAINLAND | $39.49 |
| SAN LEON MUD | $91.39 |
| | |
| | |
| | |
| 1ˢᵀ payment due by November 30, 2020: | $104.28 |
| 2ᴺᴰ payment due by June 30, 2021: | $104.27 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $219.34 |
| | |
| **Total Due February 1, 2021:** | **$219.34** |

**CURRENT EXEMPTIONS:**

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below) of those qualified (see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink)*. Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #:** ▮▮▮

FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

**Check all applicable boxes**

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims





**GALVESTON COUNTY - CHERYL E. JOHNSON, PCC**
Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**2020** Consolidated Tax Statement

**ACCOUNT #:** ▮▮▮▮
D02501030000333-P053

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .2204
Legal Description:
ABST 10 A EDWARDS LOT 9 & 10 & 11 BLK
138 SAN LEON

Appraised Land Value: $24,480
Improvements/Personal Property Value:+
Total Market Value: $24,480
Homestead Cap Adjustment:
MTG/Agent: 5976
Sales Tax Savings: 100% Assessment Ratio

| Entity | Market Value | – Exemptions | = Taxable Value ÷ 100 x | Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $24,480 | $0 | $24,480 | .46512800 | $113.86 |
| ROAD & FLOOD | $24,480 | $0 | $24,480 | .01077200 | $2.64 |
| DICKINSON ISD | $24,480 | $0 | $24,480 | 1.3440000 | $329.01 |
| COLL OF THE MAINLAND | $24,480 | $0 | $24,480 | .24196300 | $59.23 |
| SAN LEON MUD | $24,480 | $0 | $24,480 | .56000000 | $137.09 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $641.83

**Disaster pay this year!** **Various Payment Options—Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**
1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021     ¼ by May 31, 2021
   ¼ by March 31, 2021     ¼ by August 2, 2021



**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $641.83 | $.00 | $641.83 | If paid by February 1 | $641.83 | $.00 | $641.83 |
| If paid in November | $641.83 | $.00 | $641.83 | If paid by March 1 | $686.76 | $.00 | $686.76 |
| If paid in December | $641.83 | $.00 | $641.83 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $113.86 |
| ROAD & FLOOD | $2.64 |
| COLL OF THE MAINLAND | $59.23 |
| SAN LEON MUD | $137.09 |

1ST **payment due by November 30, 2020:** $156.41
2ND **payment due by June 30, 2021:** $156.41

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $329.01 |
| **Total Due February 1, 2021:** | **$329.01** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit cards checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

**Check all applicable boxes**

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



**GALVESTON COUNTY, JOHNSON, PCC**
2020 Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** ███████

02120103000000333-P054

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .0735
Legal Description:
ABST 10 A EDWARDS LOT 12 BLK 138 SAN
LEON

| | |
|---|---|
| Appraised Land Value: | $8,160 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $8,160 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | – Exemptions | = Taxable Value ÷ 100 x Tax Rate | = Total Taxes |
|---|---|---|---|---|
| GALVESTON CO | $8,160 | $0 | $8,160 | .46512800 | $37.95 |
| ROAD & FLOOD | $8,160 | $0 | $8,160 | .01077200 | $.88 |
| DICKINSON ISD | $8,160 | $0 | $8,160 | 1.3440000 | $109.67 |
| COLL OF THE MAINLAND | $8,160 | $0 | $8,160 | .24196300 | $19.74 |
| SAN LEON MUD | $8,160 | $0 | $8,160 | .56000000 | $45.70 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $213.94

**Disaster pay this year!** **Various Payment Options – Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 Coupon mailed in April.



2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021     ¼ by May 31, 2021
   ¼ by March 31, 2021       ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $213.94 | $.00 | $213.94 | If paid by February 1 | $213.94 | $.00 | $213.94 |
| If paid in November | $213.94 | $.00 | $213.94 | If paid by March 1 | $228.92 | $.00 | $228.92 |
| If paid in December | $213.94 | $.00 | $213.94 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $37.95 |
| ROAD & FLOOD | $.88 |
| COLL OF THE MAINLAND | $19.74 |
| SAN LEON MUD | $45.70 |
| | |
| | |
| 1ST payment due by November 30, 2020: | $52.14 |
| 2ND payment due by June 30, 2021: | $52.13 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $109.67 |
| | |
| **Total Due February 1, 2021:** | **$109.67** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink)*. Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**



**ACCOUNT #** ███████
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



**THE STATE OF TEXAS / COUNTY OF GALVESTON**

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**2020** Consolidated Tax Statement

**ACCOUNT #:** ███████
D02501030000333-P055

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .0735
Legal Description:
ABST 10 A EDWARDS LOT 13 BLK 138 SAN LEON

| | |
|---|---|
| Appraised Land Value: | $8,160 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $8,160 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | - Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $8,160 | $0 | $8,160 | .46512800 | $37.95 |
| ROAD & FLOOD | $8,160 | $0 | $8,160 | .01077200 | $.88 |
| DICKINSON ISD | $8,160 | $0 | $8,160 | 1.3440000 | $109.67 |
| COLL OF THE MAINLAND | $8,160 | $0 | $8,160 | .24196300 | $19.74 |
| SAN LEON MUD | $8,160 | $0 | $8,160 | .56000000 | $45.70 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $213.94

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding option 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 Coupon mailed in April.

2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021      ¼ by May 31, 2021
   ¼ by March 31, 2021        ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $213.94 | $.00 | $213.94 | If paid in February | $213.94 | $.00 | $213.94 |
| If paid in November | $213.94 | $.00 | $213.94 | If paid in March | $228.92 | $.00 | $228.92 |
| If paid in December | $213.94 | $.00 | $213.94 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $37.95 |
| ROAD & FLOOD | $.88 |
| COLL OF THE MAINLAND | $19.74 |
| SAN LEON MUD | $45.70 |

| | |
|---|---|
| 1ST payment due by November 30, 2020: | $52.14 |
| 2ND payment due by June 30, 2021: | $52.13 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $109.67 |
| **Total Due February 1, 2021:** | **$109.67** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink)*. Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**



**ACCOUNT #** ███████
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



**CHERYL E. JOHNSON, PCC**
2020 Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** ▮▮▮▮▮
D02501030000333-P056

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .1469
Legal Description:
ABST 10 A EDWARDS LOT 19 & 20 BLK 138
SAN LEON

| | |
|---|---|
| Appraised Land Value: | $16,320 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $16,320 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | – Exemptions | = Taxable Value + 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $16,320 | $0 | $16,320 | .46512800 | $75.91 |
| ROAD & FLOOD | $16,320 | $0 | $16,320 | .01077200 | $1.76 |
| DICKINSON ISD | $16,320 | $0 | $16,320 | 1.3440000 | $219.34 |
| COLL OF THE MAINLAND | $16,320 | $0 | $16,320 | .24196300 | $39.49 |
| SAN LEON MUD | $16,320 | $0 | $16,320 | .56000000 | $91.39 |
| | | | | | |
| | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $427.89

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
    **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
    First ½ by November 30, 2020
    Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021

3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
    ¼ by February 1, 2021   ¼ by May 31, 2021
    ¼ by March 31, 2021   ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $427.89 | $.00 | $427.89 | If paid by February 1 | $427.89 | $.00 | $427.89 |
| If paid in November | $427.89 | $.00 | $427.89 | If paid by March 1 | $457.83 | $.00 | $457.83 |
| If paid in December | $427.89 | $.00 | $427.89 | Delinquent taxes are due for tax years: 0000 - 0000 |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $75.91 |
| ROAD & FLOOD | $1.76 |
| COLL OF THE MAINLAND | $39.49 |
| SAN LEON MUD | $91.39 |
| | |
| | |

| | |
|---|---|
| 1ST payment due by November 30, 2020: | $104.28 |
| 2ND payment due by June 30, 2021: | $104.27 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $219.34 |
| | |
| | |
| **Total Due February 1, 2021:** | **$219.34** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* **of those qualified** *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #:** ▮▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



STANCIL PROPERTY TAX LLC, PCC

**2020** Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** ▇▇▇▇

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .1469
Legal Description:
ABST 10 A EDWARDS LOTS 25 & 26 BLK 138
SAN LEON

Appraised Land Value: $14,080
Improvements/Personal Property Value:+
Total Market Value: $14,080
Homestead Cap Adjustment:
MTG/Agent: 5976
Sales Tax Savings: 100% Assessment Ratio

| Entity | Market Value | − Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $14,080 | $0 | $14,080 | .46512800 | $65.49 |
| ROAD & FLOOD | $14,080 | $0 | $14,080 | .01077200 | $1.52 |
| DICKINSON ISD | $14,080 | $0 | $14,080 | 1.3440000 | $189.24 |
| COLL OF THE MAINLAND | $14,080 | $0 | $14,080 | .24196300 | $34.07 |
| SAN LEON MUD | $14,080 | $0 | $14,080 | .56000000 | $78.85 |
| | | | | | |
| | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $369.17

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*



2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021   ¼ by May 31, 2021
   ¼ by March 31, 2021   ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $369.17 | $.00 | $369.17 | If paid by February 1 | $369.17 | $.00 | $369.17 |
| If paid in November | $369.17 | $.00 | $369.17 | If paid by March 1 | $395.01 | $.00 | $395.01 |
| If paid in December | $369.17 | $.00 | $369.17 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $65.49 |
| ROAD & FLOOD | $1.52 |
| COLL OF THE MAINLAND | $34.07 |
| SAN LEON MUD | $78.85 |
| | |
| | |
| 1ST payment due by November 30, 2020 | $89.97 |
| 2ND payment due by June 30, 2021: | $89.96 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

DICKINSON ISD $189.24

**Total Due February 1, 2021:** $189.24

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ▇▇▇▇
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims





Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**2020** Consolidated Tax Statement

Property Location:
Acreage: .4408
Legal Description:
ABST 10 A EDWARDS LOT 27 TO 32 BLK 138
SAN LEON

**ACCOUNT #:**

D02501030000333-P058

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

| | |
|---|---|
| Appraised Land Value: | $42,240 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $42,240 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | – Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $42,240 | $0 | $42,240 | .46512800 | $196.47 |
| ROAD & FLOOD | $42,240 | $0 | $42,240 | .01077200 | $4.55 |
| DICKINSON ISD | $42,240 | $0 | $42,240 | 1.3440000 | $567.71 |
| COLL OF THE MAINLAND | $42,240 | $0 | $42,240 | .24196300 | $102.21 |
| SAN LEON MUD | $42,240 | $0 | $42,240 | .56000000 | $236.54 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $1,107.48

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**
1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. Dickinson & DISD in full by February 1, 2021
3. <u>Four installments</u> On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021     ¼ by May 31, 2021
   ¼ by March 31, 2021       ¼ by August 2, 2021



**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $1,107.48 | $.00 | $1,107.48 | If paid by February 1 | $1,107.48 | $.00 | $1,107.48 |
| If paid in November | $1,107.48 | $.00 | $1,107.48 | If paid by March 1 | $1,185.00 | $.00 | $1,185.00 |
| If paid in December | $1,107.48 | $.00 | $1,107.48 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $196.47 |
| ROAD & FLOOD | $4.55 |
| COLL OF THE MAINLAND | $102.21 |
| SAN LEON MUD | $236.54 |
| | |
| | |
| 1ST payment due by November 30, 2020: | $269.89 |
| 2ND payment due by June 30, 2021: | $269.88 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $567.71 |
| **Total Due February 1, 2021:** | **$567.71** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS** postmark as payment date!

**ACCOUNT #:**

FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims





**GALVESTON COUNTY, JOHN KENNY, PCC**

**2020** Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** ▮▮▮▮

D02501030000333-P059

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .2938
Legal Description:
ABST 10 A EDWARDS LOTS 33 TO 36 BLK 138
SAN LEON

| | |
|---|---|
| Appraised Land Value: | $28,160 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $28,160 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | − Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $28,160 | $0 | $28,160 | .46512800 | $130.98 |
| ROAD & FLOOD | $28,160 | $0 | $28,160 | .01077200 | $3.03 |
| DICKINSON ISD | $28,160 | $0 | $28,160 | 1.3440000 | $378.47 |
| COLL OF THE MAINLAND | $28,160 | $0 | $28,160 | .24196300 | $68.14 |
| SAN LEON MUD | $28,160 | $0 | $28,160 | .56000000 | $157.70 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** | **$738.32**

**Disaster pay this year!** | **Various Payment Options — Easy as 1– 2– 3!** | **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021    ¼ by May 31, 2021
   ¼ by March 31, 2021      ¼ by August 2, 2021



**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $738.32 | $.00 | **$738.32** | If paid by February 1 | $738.32 | $.00 | $738.32 |
| If paid in November | $738.32 | $.00 | **$738.32** | If paid by March 1 | $790.00 | $.00 | $790.00 |
| If paid in December | $738.32 | $.00 | **$738.32** | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $130.98 |
| ROAD & FLOOD | $3.03 |
| COLL OF THE MAINLAND | $68.14 |
| SAN LEON MUD | $157.70 |
| | |
| 1ST payment due by November 30, 2020: | $179.93 |
| 2ND payment due by June 30, 2021: | $179.92 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $378.47 |
| **Total Due February 1, 2021:** | **$378.47** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink). Returned checks incur a $25.00 fee!* **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #:** ▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims




Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**2020** Consolidated Tax Statement

**ACCOUNT #:** ███████

D02501030000333-P060

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .1469
Legal Description:
ABST 10 A EDWARDS LOTS 37 & 38 BLK 138
SAN LEON

| | |
|---|---|
| Appraised Land Value: | $14,080 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $14,080 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | - Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $14,080 | $0 | $14,080 | .46512800 | $65.49 |
| ROAD & FLOOD | $14,080 | $0 | $14,080 | .01077200 | $1.52 |
| DICKINSON ISD | $14,080 | $0 | $14,080 | 1.3440000 | $189.24 |
| COLL OF THE MAINLAND | $14,080 | $0 | $14,080 | .24196300 | $34.07 |
| SAN LEON MUD | $14,080 | $0 | $14,080 | .56000000 | $78.85 |
| | | | | | |
| | | | | | |
| | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $369.17

**Disaster pay this year!** **Various Payment Options — Easy as 1–2–3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. Dickinson & DISD in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021   ¼ by May 31, 2021
   ¼ by March 31, 2021   ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $369.17 | $.00 | $369.17 | If paid by February 1 | $369.17 | $.00 | $369.17 |
| If paid in November | $369.17 | $.00 | $369.17 | If paid by March 1 | $395.01 | $.00 | $395.01 |
| If paid in December | $369.17 | $.00 | $369.17 | Delinquent taxes are due for tax years: 0000 - 0000 |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $65.49 |
| ROAD & FLOOD | $1.52 |
| COLL OF THE MAINLAND | $34.07 |
| SAN LEON MUD | $78.85 |
| | |
| | |
| 1ST payment due by November 30, 2020: | $89.97 |
| 2ND payment due by June 30, 2021: | $89.96 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $189.24 |
| | |
| Total Due February 1, 2021: | $189.24 |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |



**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #:** ███████
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



GALVESTON COUNTY TAX ASSESSOR, P C C

**2020** Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284  or  409-766-2481

**ACCOUNT #:** ▮▮▮▮▮
D02501030000333-P061

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage:     .1469
Legal Description:
ABST 10 A EDWARDS LOTS 39 & 40 BLK 138
SAN LEON

Appraised Land Value:                          $14,080
Improvements/Personal Property Value:+
Total Market Value:                            $14,080
Homestead Cap Adjustment:
MTG/Agent:  5976
Sales Tax Savings:                100% Assessment Ratio

| Entity | Market Value | – Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $14,080 | $0 | $14,080 | .46512800 | $65.49 |
| ROAD & FLOOD | $14,080 | $0 | $14,080 | .01077200 | $1.52 |
| DICKINSON ISD | $14,080 | $0 | $14,080 | 1.3440000 | $189.24 |
| COLL OF THE MAINLAND | $14,080 | $0 | $14,080 | .24196300 | $34.07 |
| SAN LEON MUD | $14,080 | $0 | $14,080 | .56000000 | $78.85 |
| | | | | | |
| | | | | | |
| | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY**        **$369.17**

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments**  On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021          ¼ by May 31, 2021
   ¼ by March 31, 2021           ¼ by August 2, 2021



**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $369.17 | $.00 | $369.17 | If paid by February 1 | $369.17 | $.00 | $369.17 |
| If paid in November | $369.17 | $.00 | $369.17 | If paid by March 1 | $395.01 | $.00 | $395.01 |
| If paid in December | $369.17 | $.00 | $369.17 | Delinquent taxes are due for tax years:  0000 - 0000 | | | |

**2.a.  Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $65.49 |
| ROAD & FLOOD | $1.52 |
| COLL OF THE MAINLAND | $34.07 |
| SAN LEON MUD | $78.85 |
| | |
| | |
| 1ST payment due by November 30, 2020: | $89.97 |
| 2ND payment due by June 30, 2021: | $89.96 |

**2.b.  DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $189.24 |

**Total Due February 1, 2021:**            **$189.24**

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3.  Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit cards checks)* payable to GCTO *(please use black or blue ink).*  Returned checks incur a $25.00 fee!    **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #:** ▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**2020** Consolidated Tax Statement

**ACCOUNT #:** ▓▓▓▓

D02501030000333-P082

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .1469
Legal Description:
ABST 10 A EDWARDS LOTS 41 & 42 BLK 138
SAN LEON

Appraised Land Value: $14,080
Improvements/Personal Property Value:+ _____
Total Market Value: $14,080
Homestead Cap Adjustment:
MTG/Agent: 5976
Sales Tax Savings: 100% Assessment Ratio

| Entity | Market Value | − Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $14,080 | $0 | $14,080 | .46512800 | $65.49 |
| ROAD & FLOOD | $14,080 | $0 | $14,080 | .01077200 | $1.52 |
| DICKINSON ISD | $14,080 | $0 | $14,080 | 1.3440000 | $189.24 |
| COLL OF THE MAINLAND | $14,080 | $0 | $14,080 | .24196300 | $34.07 |
| SAN LEON MUD | $14,080 | $0 | $14,080 | .56000000 | $78.85 |
| | | | | | |
| | | | | | |
| | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $369.17

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   (USPS postmark not postage meter)
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 Coupon mailed in April.

2.b. **Dickinson & DISD** in full by February 1, 2021

3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021     ¼ by May 31, 2021
   ¼ by March 31, 2021     ¼ by August 2, 2021



**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $369.17 | $.00 | **$369.17** | If paid by February 1 | $369.17 | $.00 | **$369.17** |
| If paid in November | $369.17 | $.00 | **$369.17** | If paid by March 1 | $395.01 | $.00 | **$395.01** |
| If paid in December | $369.17 | $.00 | **$369.17** | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $65.49 |
| ROAD & FLOOD | $1.52 |
| COLL OF THE MAINLAND | $34.07 |
| SAN LEON MUD | $78.85 |
| | |
| | |
| 1ST payment due by November 30, 2020: | $89.97 |
| 2ND payment due by June 30, 2021: | $89.96 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| DICKINSON ISD | $189.24 |
|---|---|

Total Due February 1, 2021: $189.24

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #:** ▓▓▓▓
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



**GALVESTON COUNTY, JOHN C. VON, PCC** **2020** Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** ▮▮▮▮▮▮

DC230-030000333-P063

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .2204
Legal Description:
ABST 10 A EDWARDS LOTS 43-44 & 45 BLK
138 SAN LEON

| | |
|---|---|
| Appraised Land Value: | $21,120 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $21,120 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | − Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $21,120 | $0 | $21,120 | .46512800 | $98.24 |
| ROAD & FLOOD | $21,120 | $0 | $21,120 | .01077200 | $2.28 |
| DICKINSON ISD | $21,120 | $0 | $21,120 | 1.3440000 | $283.85 |
| COLL OF THE MAINLAND | $21,120 | $0 | $21,120 | .24196300 | $51.10 |
| SAN LEON MUD | $21,120 | $0 | $21,120 | .56000000 | $118.27 |
| | | | | | |
| | | | | | |
| | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** **$553.74**

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD -- see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*



2.b. **Dickinson & DISD** in full by February 1, 2021

3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021     ¼ by May 31, 2021
   ¼ by March 31, 2021     ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $553.74 | $.00 | $553.74 | If paid by February 1 | $553.74 | $.00 | $553.74 |
| If paid in November | $553.74 | $.00 | $553.74 | If paid by March 1 | $592.51 | $.00 | $592.51 |
| If paid in December | $553.74 | $.00 | $553.74 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $98.24 |
| ROAD & FLOOD | $2.28 |
| COLL OF THE MAINLAND | $51.10 |
| SAN LEON MUD | $118.27 |
| | |
| | |
| 1ST payment due by November 30, 2020: | $134.95 |
| 2ND payment due by June 30, 2021: | $134.94 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $283.85 |
| | |
| **Total Due February 1, 2021:** | **$283.85** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below) of those qualified (see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ▮▮▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284  or  409-766-2481

**2020** Consolidated Tax Statement

**ACCOUNT #:**

D02501030000333-P064

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .2204
Legal Description:
ABST 10 A EDWARDS LOTS 46-47- 48 BLK
138 SAN LEON

Appraised Land Value: $21,120
Improvements/Personal Property Value:+_____
Total Market Value: $21,120
Homestead Cap Adjustment:
MTG/Agent: 5976
Sales Tax Savings: 100% Assessment Ratio

| Entity | Market Value | - Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $21,120 | $0 | $21,120 | .46512800 | $98.24 |
| ROAD & FLOOD | $21,120 | $0 | $21,120 | .01077200 | $2.28 |
| DICKINSON ISD | $21,120 | $0 | $21,120 | 1.3440000 | $283.85 |
| COLL OF THE MAINLAND | $21,120 | $0 | $21,120 | .24196300 | $51.10 |
| SAN LEON MUD | $21,120 | $0 | $21,120 | .56000000 | $118.27 |
| | | | | | |
| | | | | | |
| | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $553.74

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments**  On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021      ¼ by May 31, 2021
   ¼ by March 31, 2021      ¼ by August 2, 2021



**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $553.74 | $.00 | $553.74 | If paid by February 1 | $553.74 | $.00 | $553.74 |
| If paid in November | $553.74 | $.00 | $553.74 | If paid by March 1 | $592.51 | $.00 | $592.51 |
| If paid in December | $553.74 | $.00 | $553.74 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $98.24 |
| ROAD & FLOOD | $2.28 |
| COLL OF THE MAINLAND | $51.10 |
| SAN LEON MUD | $118.27 |
| | |
| | |

1ST payment due by November 30, 2020: $134.95
2ND payment due by June 30, 2021: $134.94

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

DICKINSON ISD $283.85

Total Due February 1, 2021: $283.85

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #**

FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



GALVESTON COUNTY, TEXAS
Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**2020 Consolidated Tax Statement**

**ACCOUNT #:** ████████

D02501030000333-P085

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .1469
Legal Description:
ABST 10 A EDWARDS LOTS 1 & 2 BLK 139
SAN LEON

Appraised Land Value: $14,080
Improvements/Personal Property Value:+
Total Market Value: $14,080
Homestead Cap Adjustment:
MTG/Agent: 5976
Sales Tax Savings: 100% Assessment Ratio

| Entity | Market Value | - Exemptions | = Taxable Value | ÷ 100 x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $14,080 | $0 | $14,080 | .46512800 | $65.49 |
| ROAD & FLOOD | $14,080 | $0 | $14,080 | .01077200 | $1.52 |
| DICKINSON ISD | $14,080 | $0 | $14,080 | 1.3440000 | $189.24 |
| COLL OF THE MAINLAND | $14,080 | $0 | $14,080 | .24196300 | $34.07 |
| SAN LEON MUD | $14,080 | $0 | $14,080 | .56000000 | $78.85 |
| | | | | | |
| | | | | | |
| | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $369.17

**Disaster pay this year!** **Various Payment Options — Easy as 1- 2- 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021   ¼ by May 31, 2021
   ¼ by March 31, 2021   ¼ by August 2, 2021



**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $369.17 | $.00 | $369.17 | If paid by February 1 | $369.17 | $.00 | $369.17 |
| If paid in November | $369.17 | $.00 | $369.17 | If paid by March 1 | $395.01 | $.00 | $395.01 |
| If paid in December | $369.17 | $.00 | $369.17 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $65.49 |
| ROAD & FLOOD | $1.52 |
| COLL OF THE MAINLAND | $34.07 |
| SAN LEON MUD | $78.85 |
| | |
| | |
| 1ST payment due by November 30, 2020: | $89.97 |
| 2ND payment due by June 30, 2021: | $89.96 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to these entities by February 1, 2021, is shown below.

| DICKINSON ISD | $189.24 |
|---|---|
| | |
| **Total Due February 1, 2021:** | **$189.24** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #:** ████████
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



GALVESTON COUNTY TAX OFFICE, PCC

**2020** Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284  or  409-766-2481

**ACCOUNT #:** ▮▮▮▮

D02501030000333-P066

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage:           .1469
Legal Description:
ABST 10 A EDWARDS LOTS 10-11 BLK 139
SAN LEON TEXAS

| | |
|---|---|
| Appraised Land Value: | $14,080 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $14,080 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | - Exemptions | = Taxable Value | ÷ 100 x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $14,080 | $0 | $14,080 | .46512800 | $65.49 |
| ROAD & FLOOD | $14,080 | $0 | $14,080 | .01077200 | $1.52 |
| DICKINSON ISD | $14,080 | $0 | $14,080 | 1.3440000 | $189.24 |
| COLL OF THE MAINLAND | $14,080 | $0 | $14,080 | .24196300 | $34.07 |
| SAN LEON MUD | $14,080 | $0 | $14,080 | .56000000 | $78.85 |
| | | | | | |
| | | | | | |
| | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $369.17

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1.   **Pay in full** by February 1, 2021
     (USPS postmark not postage meter)
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
     First ½ by November 30, 2020
     Second ½ by June 30, 2021 *Coupon mailed in April.*



2.b. **Dickinson & DISD** in full by February 1, 2021
3.   **Four installments**  On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
     ¼ by February 1, 2021      ¼ by May 31, 2021
     ¼ by March 31, 2021        ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $369.17 | $.00 | **$369.17** | If paid by February 1 | $369.17 | $.00 | **$369.17** |
| If paid in November | $369.17 | $.00 | **$369.17** | If paid by March 1 | $395.01 | $.00 | **$395.01** |
| If paid in December | $369.17 | $.00 | **$369.17** | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a.  Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $65.49 |
| ROAD & FLOOD | $1.52 |
| COLL OF THE MAINLAND | $34.07 |
| SAN LEON MUD | $78.85 |
| | |
| | |
| | |
| 1ST payment due by November 30, 2020: | $89.97 |
| 2ND payment due by June 30, 2021: | $89.96 |

**2.b.  DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $189.24 |
| | |
| **Total Due February 1, 2021:** | **$189.24** |

**CURRENT EXEMPTIONS:**

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #:** ▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims





**STANCIL & DICKINSON, PLLC**

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**2020** Consolidated Tax Statement

**ACCOUNT #:** ▮▮▮▮▮
D025010300000333-P067

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .0735
Legal Description:
ABST 10 A EDWARDS LOT 12 BLK 139 SAN
LEON

| | |
|---|---|
| Appraised Land Value: | $7,040 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $7,040 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | - Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $7,040 | $0 | $7,040 | .46512800 | $32.75 |
| ROAD & FLOOD | $7,040 | $0 | $7,040 | .01077200 | $.76 |
| DICKINSON ISD | $7,040 | $0 | $7,040 | 1.3440000 | $94.62 |
| COLL OF THE MAINLAND | $7,040 | $0 | $7,040 | .24196300 | $17.03 |
| SAN LEON MUD | $7,040 | $0 | $7,040 | .56000000 | $39.42 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $184.58

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021    ¼ by May 31, 2021
   ¼ by March 31, 2021    ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $184.58 | $.00 | $184.58 | If paid by February 1 | $184.58 | $.00 | $184.58 |
| If paid in November | $184.58 | $.00 | $184.58 | If paid by March 1 | $197.49 | $.00 | $197.49 |
| If paid in December | $184.58 | $.00 | $184.58 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $32.75 |
| ROAD & FLOOD | $.76 |
| COLL OF THE MAINLAND | $17.03 |
| SAN LEON MUD | $39.42 |
| | |
| | |
| 1ST payment due by November 30, 2020 | $44.98 |
| 2ND payment due by June 30, 2021: | $44.98 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow **split** payment of taxes. **If this applies to you, the full amount to those entities by February 1, 2021, is shown below.**

| | |
|---|---|
| DICKINSON ISD | $94.62 |
| **Total Due February 1, 2021:** | **$94.62** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink)*. Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ▮▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



**LINEBARGER, PCC**

### 2020 Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** ████ 1030000333-P068

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .0735
Legal Description:
ABST 10 A EDWARDS LOT 23 BLK 139 SAN
LEON

Appraised Land Value: $7,040
Improvements/Personal Property Value:+
Total Market Value: $7,040
Homestead Cap Adjustment:
MTG/Agent: 5976
Sales Tax Savings: 100% Assessment Ratio

| Entity | Market Value | − Exemptions | = Taxable Value | ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|---|
| GALVESTON CO | $7,040 | $0 | $7,040 | | .46512800 | $32.75 |
| ROAD & FLOOD | $7,040 | $0 | $7,040 | | .01077200 | $.76 |
| DICKINSON ISD | $7,040 | $0 | $7,040 | | 1.3440000 | $94.62 |
| COLL OF THE MAINLAND | $7,040 | $0 | $7,040 | | .24196300 | $17.03 |
| SAN LEON MUD | $7,040 | $0 | $7,040 | | .56000000 | $39.42 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $184.58

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*



2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021    ¼ by May 31, 2021
   ¼ by March 31, 2021    ¼ by August 2, 2021

### 1. Pay in Full by February 1, 2021 *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $184.58 | $.00 | $184.58 | If paid by February 1 | $184.58 | $.00 | $184.58 |
| If paid in November | $184.58 | $.00 | $184.58 | If paid by March 1 | $197.49 | $.00 | $197.49 |
| If paid in December | $184.58 | $.00 | $184.58 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

### 2.a. Split Pay (first 1/2 due November 30, 2020)

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $32.75 |
| ROAD & FLOOD | $.76 |
| COLL OF THE MAINLAND | $17.03 |
| SAN LEON MUD | $39.42 |
| | |
| | |
| 1ST payment due by November 30, 2020: | $44.98 |
| 2ND payment due by June 30, 2021: | $44.98 |

### 2.b. DISD & Dickinson (due by February 1, 2021)

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $94.62 |
| | |
| **Total Due February 1, 2021:** | **$94.62** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

### 3. Four Installments Plan *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ████
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



**CITY OF JOHNSON, PCC**

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** ███████
030000333-P069

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

**2020** Consolidated Tax Statement

Property Location:
Acreage: .0735
Legal Description:
ABST 10 A EDWARDS LOT 24 BLK 139 SAN LEON

| | |
|---|---|
| Appraised Land Value: | $7,040 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $7,040 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | – Exemptions | = Taxable Value ÷ 100 x | Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $7,040 | $0 | $7,040 | .46512800 | $32.75 |
| ROAD & FLOOD | $7,040 | $0 | $7,040 | .01077200 | $.76 |
| DICKINSON ISD | $7,040 | $0 | $7,040 | 1.3440000 | $94.62 |
| COLL OF THE MAINLAND | $7,040 | $0 | $7,040 | .24196300 | $17.03 |
| SAN LEON MUD | $7,040 | $0 | $7,040 | .56000000 | $39.42 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $184.58

**Disaster pay this year!** **Various Payment Options—Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*



2.b. **Dickinson & DISD** in full by February 1, 2021

3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021    ¼ by May 31, 2021
   ¼ by March 31, 2021    ¼ by August 2, 2021

### 1. Pay in Full by February 1, 2021 *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $184.58 | $.00 | $184.58 | If paid by February 1 | $184.58 | $.00 | $184.58 |
| If paid in November | $184.58 | $.00 | $184.58 | If paid by March 1 | $197.49 | $.00 | $197.49 |
| If paid in December | $184.58 | $.00 | $184.58 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

### 2.a. Split Pay (first 1/2 due November 30, 2020)

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $32.75 |
| ROAD & FLOOD | $.76 |
| COLL OF THE MAINLAND | $17.03 |
| SAN LEON MUD | $39.42 |
| | |
| | |
| 1ST payment due by November 30, 2020: | $44.98 |
| 2ND payment due by June 30, 2021: | $44.98 |

### 2.b. DISD & Dickinson (due by February 1, 2021)

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $94.62 |
| **Total Due February 1, 2021:** | **$94.62** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

### 3. Four Installments Plan *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ███████
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims




STANCIL & JOHNSON, P.C.C

**2020** Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** ▮▮▮▮▮

00230 030000333-P070

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .2938
Legal Description:
ABST 10 A EDWARDS LOTS 25 THRU 28 BLK
139 SAN LEON

Appraised Land Value: $23,680
Improvements/Personal Property Value:+
Total Market Value: $23,680
Homestead Cap Adjustment:
MTG/Agent: 5976
Sales Tax Savings: 100% Assessment Ratio

| Entity | Market Value | − Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $23,680 | $0 | $23,680 | .46512800 | $110.14 |
| ROAD & FLOOD | $23,680 | $0 | $23,680 | .01077200 | $2.55 |
| DICKINSON ISD | $23,680 | $0 | $23,680 | 1.3440000 | $318.26 |
| COLL OF THE MAINLAND | $23,680 | $0 | $23,680 | .24196300 | $57.30 |
| SAN LEON MUD | $23,680 | $0 | $23,680 | .56000000 | $132.61 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $620.86

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021    ¼ by May 31, 2021
   ¼ by March 31, 2021    ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $620.86 | $.00 | $620.86 | If paid by February 1 | $620.86 | $.00 | $620.86 |
| If paid in November | $620.86 | $.00 | $620.86 | If paid by March 1 | $664.32 | $.00 | $664.32 |
| If paid in December | $620.86 | $.00 | $620.86 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $110.14 |
| ROAD & FLOOD | $2.55 |
| COLL OF THE MAINLAND | $57.30 |
| SAN LEON MUD | $132.61 |
| | |
| 1ST payment due by November 30, 2020: | $151.30 |
| 2ND payment due by June 30, 2021: | $151.30 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| DICKINSON ISD | $318.26 |
|---|---|

**Total Due February 1, 2021:** $318.26

**CURRENT EXEMPTIONS:**

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ▮▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims





# STANCIL & COMPANY PC

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284  or  409-766-2481

**2020** Consolidated Tax Statement

**ACCOUNT #:** ▮▮▮▮

DG2501030000333-P071

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage:  1.4692
Legal Description:
ABST 10 A EDWARDS LOT 29 TO 48 BLK 139
SAN LEON

| | |
|---|---|
| Appraised Land Value: | $118,400 |
| Improvements/Personal Property Value:+ | _____ |
| Total Market Value: | $118,400 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $118,400 | $0 | $118,400 | .46512800 | $550.71 |
| ROAD & FLOOD | $118,400 | $0 | $118,400 | .01077200 | $12.75 |
| DICKINSON ISD | $118,400 | $0 | $118,400 | 1.3440000 | $1,591.30 |
| COLL OF THE MAINLAND | $118,400 | $0 | $118,400 | .24196300 | $286.48 |
| SAN LEON MUD | $118,400 | $0 | $118,400 | .56000000 | $663.04 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $3,104.28

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   (USPS postmark not postage meter)
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021

3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021    ¼ by May 31, 2021
   ¼ by March 31, 2021    ¼ by August 2, 2021



## 1. Pay in Full by February 1, 2021 *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $3,104.28 | $.00 | $3,104.28 | If paid in February 1 | $3,104.28 | $.00 | $3,104.28 |
| If paid in November | $3,104.28 | $.00 | **$3,104.28** | If paid in March 1 | $3,321.57 | $.00 | $3,321.57 |
| If paid in December | $3,104.28 | $.00 | **$3,104.28** | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

## 2.a. Split Pay (first 1/2 due November 30, 2020)

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $550.71 |
| ROAD & FLOOD | $12.75 |
| COLL OF THE MAINLAND | $286.48 |
| SAN LEON MUD | $663.04 |
| | |
| | |
| 1ST payment due by November 30, 2020 | $756.49 |
| 2ND payment due by June 30, 2021: | $756.49 |

## 2.b. DISD & Dickinson (due by February 1, 2021)

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $1,591.30 |
| | |
| **Total Due February 1, 2021** | **$1,591.30** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

## 3. Four Installments Plan *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims





**GALVESTON COUNTY, TEXAS**     **2020**   Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** ██████ 030000333-P072

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage: .0735
Legal Description:
ABST 10 A EDWARDS LOT 6 BLK 140 SAN LEON

| | |
|---|---|
| Appraised Land Value: | $5,920 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $5,920 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | – Exemptions | = Taxable Value | ÷ 100 x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $5,920 | $0 | $5,920 | .46512800 | $27.54 |
| ROAD & FLOOD | $5,920 | $0 | $5,920 | .01077200 | $.64 |
| DICKINSON ISD | $5,920 | $0 | $5,920 | 1.3440000 | $79.56 |
| COLL OF THE MAINLAND | $5,920 | $0 | $5,920 | .24196300 | $14.32 |
| SAN LEON MUD | $5,920 | $0 | $5,920 | .56000000 | $33.15 |
| | | | | | |
| | | | | | |
| | | | | | |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY**    **$155.21**

**Disaster pay this year!**   **Various Payment Options — Easy as 1 – 2 – 3!**   **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021

3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021    ¼ by May 31, 2021
   ¼ by March 31, 2021    ¼ by August 2, 2021



**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $155.21 | $.00 | **$155.21** | If paid by February 1 | $155.21 | $.00 | **$155.21** |
| If paid in November | $155.21 | $.00 | **$155.21** | If paid by March 1 | $166.07 | $.00 | **$166.07** |
| If paid in December | $155.21 | $.00 | **$155.21** | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $27.54 |
| ROAD & FLOOD | $.64 |
| COLL OF THE MAINLAND | $14.32 |
| SAN LEON MUD | $33.15 |
| | |
| | |
| 1ST payment due by November 30, 2020 | $37.83 |
| 2ND payment due by June 30, 2021: | $37.82 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $79.56 |
| **Total Due February 1, 2021:** | **$79.56** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink)*. Returned checks incur a $25.00 fee!   **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ██████
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims







**STANCIL & COMPANY, JOHN NIXON, PLLC**

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284   or   409-766-2481

**2020** Consolidated Tax Statement

**ACCOUNT #:** ▮▮▮▮

D02501030000333-P073

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location:
Acreage:        .1469
Legal Description:
ABST 10 A EDWARDS LOTS 15-16 BLK 140
SAN LEON

Appraised Land Value:                              $11,840
Improvements/Personal Property Value:+ _____
Total Market Value:                                   $11,840
Homestead Cap Adjustment:
MTG/Agent:  5976
Sales Tax Savings:                    100% Assessment Ratio

| Entity | Market Value | − Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $11,840 | $0 | $11,840 | .46512800 | $55.07 |
| ROAD & FLOOD | $11,840 | $0 | $11,840 | .01077200 | $1.28 |
| DICKINSON ISD | $11,840 | $0 | $11,840 | 1.3440000 | $159.13 |
| COLL OF THE MAINLAND | $11,840 | $0 | $11,840 | .24196300 | $28.65 |
| SAN LEON MUD | $11,840 | $0 | $11,840 | .56000000 | $66.30 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY**        $310.43

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1.   **Pay in full** by February 1, 2021
        **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
        First ½ by November 30, 2020
        Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021
3.   **Four installments**  On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
        ¼ by February 1, 2021       ¼  by May 31, 2021
        ¼ by March 31, 2021       ¼  by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $310.43 | $.00 | **$310.43** | If paid by February 1 | $310.43 | $.00 | **$310.43** |
| If paid in November | $310.43 | $.00 | **$310.43** | If paid by March 1 | $332.16 | $.00 | **$332.16** |
| If paid in December | $310.43 | $.00 | **$310.43** | Delinquent taxes are due for tax years:  0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $55.07 |
| ROAD & FLOOD | $1.28 |
| COLL OF THE MAINLAND | $28.65 |
| SAN LEON MUD | $66.30 |

1ST payment due by November 30, 2020:      $75.65
2ND payment due by June 30, 2021:              $75.65

**2.b.  DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $159.13 |

Total Due February 1, 2021:              $159.13

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink)*. Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**



**ACCOUNT #** ▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



**STANCIL PROPERTY DR JOHNSON, PLLC** **2020** Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

Property Location:
Acreage: .8260
Legal Description:
ABST 10 A EDWARDS SUR ABND ROW BTWN
BLKS 139 SAN LEON

**ACCOUNT #:** ▮▮▮▮
002501030000333-P074

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

| | |
|---|---|
| Appraised Land Value: | $2,000 |
| Improvements/Personal Property Value:+ | |
| Total Market Value: | $2,000 |
| Homestead Cap Adjustment: | |
| MTG/Agent: 5976 | |
| Sales Tax Savings: | 100% Assessment Ratio |

| Entity | Market Value | Exemptions | = Taxable Value ÷ 100 x | Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $2,000 | $0 | $2,000 | .46512800 | $9.30 |
| ROAD & FLOOD | $2,000 | $0 | $2,000 | .01077200 | $.22 |
| DICKINSON ISD | $2,000 | $0 | $2,000 | 1.3440000 | $26.88 |
| COLL OF THE MAINLAND | $2,000 | $0 | $2,000 | .24196300 | $4.84 |
| SAN LEON MUD | $2,000 | $0 | $2,000 | .56000000 | $11.20 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $52.44

**Disaster pay this year!** **Various Payment Options — Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*

2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021    ¼ by May 31, 2021
   ¼ by March 31, 2021    ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $52.44 | $.00 | $52.44 | If paid by February 1 | $52.44 | $.00 | $52.44 |
| If paid in November | $52.44 | $.00 | $52.44 | If paid by March 1 | $56.11 | $.00 | $56.11 |
| If paid in December | $52.44 | $.00 | $52.44 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $9.30 |
| ROAD & FLOOD | $.22 |
| COLL OF THE MAINLAND | $4.84 |
| SAN LEON MUD | $11.20 |
| | |
| 1ST payment due by November 30, 2020: | $12.78 |
| 2ND payment due by June 30, 2021: | $12.78 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $26.88 |
| **Total Due February 1, 2021:** | $26.88 |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below) of those qualified (see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit cards checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



GALVESTON COUNTY JOHNSON PC LLC 2020 Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**ACCOUNT #:** ▮▮▮▮▮

D025C103000C0333-P075

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location: 750 7TH ST 77539
Acreage: .0000
Legal Description:
MH #CHVM160167617983 #RAD1317475
HOLIDAY/BIG FOOT 2001 16X72 GREY

Appraised Land Value:
Improvements/Personal Property Value: + $9,925
Total Market Value: $9,925
Homestead Cap Adjustment:
MTG/Agent: 5976
Sales Tax Savings: 100% Assessment Ratio

| Entity | Market Value | Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $9,925 | $0 | $9,925 | .46512800 | $46.16 |
| ROAD & FLOOD | $9,925 | $0 | $9,925 | .01077200 | $1.07 |
| DICKINSON ISD | $9,925 | $0 | $9,925 | 1.3440000 | $133.39 |
| COLL OF THE MAINLAND | $9,925 | $0 | $9,925 | .24196300 | $24.01 |
| SAN LEON MUD | $9,925 | $0 | $9,925 | .56000000 | $55.58 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $260.21

**Disaster pay this year!** **Various Payment Options— Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1.   **Pay in full** by February 1, 2021
      **(USPS postmark not postage meter)**
2.a.   **Split Pay** (except Dickinson & DISD—see 2b)
      First ½ by November 30, 2020
      Second ½ by June 30, 2021 *Coupon mailed in April.*



2.b.   **Dickinson & DISD** in full by February 1, 2021
3.   **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
      ¼ by February 1, 2021    ¼ by May 31, 2021
      ¼ by March 31, 2021    ¼ by August 2, 2021

**1.   Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $260.21 | $.00 | $260.21 | If paid by February 1 | $260.21 | $.00 | $260.21 |
| If paid in November | $260.21 | $.00 | $260.21 | If paid by March 1 | $278.42 | $.00 | $278.42 |
| If paid in December | $260.21 | $.00 | $260.21 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a.  Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $46.16 |
| ROAD & FLOOD | $1.07 |
| COLL OF THE MAINLAND | $24.01 |
| SAN LEON MUD | $55.58 |

1ST payment due by November 30, 2020    $63.41
2ND payment due by June 30, 2021:    $63.41

**2.b.  DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $133.39 |

Total Due February 1, 2021:    $133.39

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3.  Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ▮▮▮▮▮
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims



**GALVESTON COUNTY, JOHNSON, PCC**

**2020** Consolidated Tax Statement

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284  or  409-766-2481

**ACCOUNT #:** ████████

D02501030000333-P076

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Property Location: 750 7TH ST 77539
Acreage:         .0000
Legal Description:
MH #PH229324 #PS0733034 PALM
HARBOR/WINDSOR 2001 16X76 BEIGE

Appraised Land Value:
Improvements/Personal Property Value: + $9,935
Total Market Value:         $9,935
Homestead Cap Adjustment:
MTG/Agent: 5976
Sales Tax Savings:         100% Assessment Ratio

| Entity | Market Value | – Exemptions | = Taxable Value ÷ 100 | x Tax Rate | = Total Taxes |
|---|---|---|---|---|---|
| GALVESTON CO | $9,935 | $0 | $9,935 | .46512800 | $46.21 |
| ROAD & FLOOD | $9,935 | $0 | $9,935 | .01077200 | $1.07 |
| DICKINSON ISD | $9,935 | $0 | $9,935 | 1.3440000 | $133.53 |
| COLL OF THE MAINLAND | $9,935 | $0 | $9,935 | .24196300 | $24.04 |
| SAN LEON MUD | $9,935 | $0 | $9,935 | .56000000 | $55.64 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY**         **$260.49**

**Disaster pay this year!** **Various Payment Options—Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**

1. **Pay in full** by February 1, 2021
   **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
   First ½ by November 30, 2020
   Second ½ by June 30, 2021 *Coupon mailed in April.*



2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments**  On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
   ¼ by February 1, 2021      ¼ by May 31, 2021
   ¼ by March 31, 2021      ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $260.49 | $.00 | $260.49 | If paid by February 1 | $260.49 | $.00 | $260.49 |
| If paid in November | $260.49 | $.00 | $260.49 | If paid by March 1 | $278.71 | $.00 | $278.71 |
| If paid in December | $260.49 | $.00 | $260.49 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $46.21 |
| ROAD & FLOOD | $1.07 |
| COLL OF THE MAINLAND | $24.04 |
| SAN LEON MUD | $55.64 |
| | |
| 1ST payment due by November 30, 2020 | $63.48 |
| 2ND payment due by June 30, 2021: | $63.48 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| | |
|---|---|
| DICKINSON ISD | $133.53 |
| **Total Due February 1, 2021:** | **$133.53** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**



**ACCOUNT #** ████
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes



☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims

**CHERYL E. JOHNSON, PCC**

Galveston County Tax Assessor Collector
Post Office Box 1169, Galveston, Texas 77553
(Toll Free) 877-766-2284 or 409-766-2481

**2020** Consolidated Tax Statement

Property Location: 750 7TH ST 77539
Acreage: .0000
Legal Description:
MH CHAMPION/REDMON 1999 16X80

**ACCOUNT #** ~~0420G030000333-P077~~

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968

Appraised Land Value:
Improvements/Personal Property Value:+ $10,000
Total Market Value: $10,000
Homestead Cap Adjustment:
MTG/Agent: 5976
Sales Tax Savings: 100% Assessment Ratio

| Entity | Market Value | – Exemptions | = Taxable Value ÷ 100 x Tax Rate | = Total Taxes |
|---|---|---|---|---|
| GALVESTON CO | $10,000 | $0 | $10,000 | .46512800 | $46.51 |
| ROAD & FLOOD | $10,000 | $0 | $10,000 | .01077200 | $1.08 |
| DICKINSON ISD | $10,000 | $0 | $10,000 | 1.3440000 | $134.40 |
| COLL OF THE MAINLAND | $10,000 | $0 | $10,000 | .24196300 | $24.20 |
| SAN LEON MUD | $10,000 | $0 | $10,000 | .56000000 | $56.00 |

*See below for unpaid balances from earlier years. Rendition penalty or escrow payments may have been applied to total at right.*

**2020 TAXES ONLY** $262.19

**Disaster pay this year!** **Various Payment Options—Easy as 1– 2– 3!** **No bill if under $10!**

Select a plan that works for you **after checking with mortgage company regarding Options 2 and 3!**
1. **Pay in full** by February 1, 2021
    **(USPS postmark not postage meter)**
2.a. **Split Pay** (except Dickinson & DISD—see 2b)
    First ½ by November 30, 2020
    Second ½ by June 30, 2021 *Coupon mailed in April.*



2.b. **Dickinson & DISD** in full by February 1, 2021
3. **Four installments** On homesteads of those over 65, disabled persons, disabled vets, surviving spouses of disabled vets and disaster affected properties. *Remaining coupons mailed in March.*
    ¼ by February 1, 2021      ¼ by May 31, 2021
    ¼ by March 31, 2021      ¼ by August 2, 2021

**1. Pay in Full by February 1, 2021** *(total amount will change if delinquent taxes owed or become delinquent February 2nd)*

| Month | 2020 Taxes | Delinquent | Total Due | Month | 2020 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $262.19 | $.00 | $262.19 | If paid by February 1 | $262.19 | $.00 | $262.19 |
| If paid in November | $262.19 | $.00 | $262.19 | If paid by March 1 | $280.55 | $.00 | $280.55 |
| If paid in December | $262.19 | $.00 | $262.19 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.a. Split Pay (first 1/2 due November 30, 2020)**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $46.51 |
| ROAD & FLOOD | $1.08 |
| COLL OF THE MAINLAND | $24.20 |
| SAN LEON MUD | $56.00 |
| | |
| | |
| 1ST payment due by November 30, 2020: | $63.90 |
| 2ND payment due by June 30, 2021: | $63.89 |

**2.b. DISD & Dickinson (due by February 1, 2021)**

Dickinson and Dickinson ISD do NOT allow split payment of taxes. If this applies to you, the full amount due to those entities by February 1, 2021, is shown below.

| DICKINSON ISD | $134.40 |
|---|---|
| **Total Due February 1, 2021:** | **$134.40** |

CURRENT EXEMPTIONS:

Those over 65 or disabled may apply at the appraisal district to defer payment of taxes on their homestead.

**3. Four Installments Plan** *(due dates shown below)* of those qualified *(see #3 under payment options)*

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| February 1, 2021 | | March 31, 2021 | | May 31, 2021 | | August 2, 2021 | |

**RETURN THIS COUPON** with check, cashiers check or money order *(no credit card checks)* payable to GCTO *(please use black or blue ink).* Returned checks incur a $25.00 fee! **NOTE: We use USPS postmark as payment date!**

**ACCOUNT #** ~~■■■■■■~~
FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S, STE 1200
HOUSTON TX 77042-3615

Check all applicable boxes

☐ First half split payment *no later than November 30, 2020*

☐ Payment in full *no later than February 1, 2021*

☐ One quarter (¼) payment *no later than February 1, 2021* for O65/DP/DV/DV Surviving Spouse/Disaster Victims





Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims


**CLAIM # 87**

*Fieldwood Energy LLC*

238689

| | VENDOR | CHECK DATE | | |
|---|---|---|---|---|
| MIKE SULLIVAN | 700405 | 01/22/21 | | |

| INVOICE NUMBER | INVOICE DATE | | | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| POSCR1351 | 01/14/21 | 1232419 | | $0.00 | $242,041.62 |
| | | | Total: | $0.00 | $242,041.62 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston TX 77042
713-969-1000

Capital One Bank, N.A.

35-2491
1130

**238689**

DATE 01/22/21

PAY  ***************242,041 Dollars and 62 Cents

$ ****242,041.62

TO
THE
ORDER
OF

MIKE SULLIVAN
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON,TX 77253-3547

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑆000 238689⑆

# CHECK REQUEST



**FIELDWOOD ENERGY**

**Department: Tax** _____

**Date:** <u>1/14/2021</u>

## EMPLOYEE INFORMATION

**Name: Bridget Harris**

**Phone:** <u>X1112</u>

## VENDOR INFORMATION

**Name: Harris County Appraisal District #700405**

**Date Check Is
Needed:** <u>1/26/2021</u>

**Address:** Harris County Tax Assessor-Collector

P.O. Box 4622

Houston, TX 77210-4622

**Federal
Taxpayer ID:**

*(if needed)*

### Payment Description

| Reason for Check | Amount |
|---|---|
|  | 242,041.62 |
| **2020 Ad Valorem Taxes** |  |
| **See Attached Support** |  |
|  |  |
| **Total Check Amount** | **$ 242,041.62** |

**Coding:** 8000      150      43,933,24

**Main Acct: 7200**    **Sub Acct: 180**    **Well or Dept: Accounting**    198,108.38

**Please select:**    ☐ **To be mailed**    ☒ **Hand deliver**

**Requester:** Bridget A. Harris

**Date:** 1/14/21

**Manager:** Bridget A Harris

**Date:** 1/14/21

**Authorized Approval:**

**Date:** 1/14/21

| Payment Report for: | | Harris County Appraisal District | | Payment Due | Payment Due | |
|---|---|---|---|---|---|---|
| | | Vendor    700405 | | 1/31/2021 | 1/31/2020 | |
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference |
| 2198128 | | 2198128 | Fieldwood Energy LLC | 43,576.55 | 34,505.05 | 9,071.50 | Office FF&E |
| 2197011 | | 2197011 | Fieldwood Energy LLC | 6,648.13 | 6,745.13 | (97.00) | Dril-Quip |
| 2212613 | | 2212613 | Fieldwood Energy LLC | 356.69 | | 356.69 | Vehicles |
| 2216300 | | 2216300 | Fieldwood Energy LLC | 12,815.25 | 531.22 | 12,284.03 | Superior Energy |
| 2166252 | | 2166252 | Fieldwood Energy LLC | 78,112.49 | 85,715.96 | (7,603.47) | Dril-Quip |
| 2240919 | | 2240919 | Fieldwood Energy LLC | 3,316.33 | 3,346.98 | (30.65) | TIW |
| 2275406 | | 2275406 | Fieldwood Energy LLC | | 3,804.90 | (3,804.90) | |
| 2306751 | | 2306751 | Fieldwood Energy LLC | 24,714.42 | 25,075.03 | (360.61) | Proserv |
| 2306753 | | 2306753 | Fieldwood Energy LLC | | 13,306.21 | (13,306.21) | |
| 2306762 | | 2306762 | Fieldwood Energy LLC | | 46,178.66 | (46,178.66) | |
| 2306765 | | 2306765 | Fieldwood Energy LLC | 56,227.56 | 70,237.18 | (14,009.62) | Arctic |
| 2327713 | | 2327713 | Fieldwood Energy LLC | 2,546.48 | | 2,546.48 | Archer Tools |
| 2327970 | | 2327970 | Fieldwood Energy LLC | 2,599.04 | | 2,599.04 | Master Flo Valve |
| 2336072 | | 2336072 | Fieldwood Energy LLC | 11,128.68 | | 11,128.68 | 6120 E Orem Dr. |
| | | | **Payment Due** | 242,041.62 | 289,446.32 | (47,404.70) |

Bridget Harris, Tax Manager

Date   1/14/21

Bill Swingle, VP of Accounting & CAO

Date   1/14/21

Please return check to **Bridget** Harris for **processing** and mailing

**Tax Bill Transmittal**
**Statement 1 of 1**
December 2, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

---

| | | | |
|---|---|---|---|
| **Client:** | Fieldwood Energy LLC<br>Fieldwood Energy LLC | **Assessor:** | Harris County Appraisal District |
| **Property:** | Various Properties | Lien Date:<br>Tax Year: | <br>2020 |

**Make Checks Payable To:**

Harris County Tax Assessor-Collector
P.O. Box 4622
Houston, TX  77210-4622

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | Jan/31/2021 | Feb/01/2021 | 242,041.62 |

| Jurisdiction | Tax Rate |
|---|---|
| City of Houston | 0.561840 |
| Harris Co. ESD # 2 | 0.030000 |
| Harris Co. ESD # 9 | 0.059492 |
| Harris Co. ESD #11 | 0.033334 |
| Harris Co. ESD #13 | 0.100000 |
| Harris Co. ESD #60 | 0.050000 |
| Harris County | 0.391160 |
| Harris County Education Dept | 0.004993 |
| Harris County Flood Control | 0.031420 |
| Harris County Hospital District | 0.166710 |
| Houston Community College | 0.100263 |
| Houston ISD | 1.133100 |
| Lone Star College System - Harris | 0.107800 |
| Port of Houston Authority | 0.009910 |
| San Jacinto Junior College | 0.169358 |
| **Total Tax Rate** | **2.949380** |

---

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ▮▮▮<br>Inventory @ Dril-Quip<br>Located @ 6401 N Eldridge Pkwy 77041 | PP | Stored Inv | 100% | 10,124,951 | 10,124,951 | 78,112.49 | |
| ▮▮▮<br>Inventory @ Dril-Quip<br>Located @ 13550 Hempstead Rd | PP | Stored Inv | 100% | 521,900 | 521,900 | 6,648.13 | |
| ▮▮▮<br>Office FFE<br>Located @ 2000 W Sam Houston Pkwy S, #1200 | PP | FA | 100% | 1,816,147 | 1,816,147 | 43,576.55 | |
| ▮▮▮<br>Vehicles<br>Located @ 2000 W Sam Houston Pkwy S, #1200 | PP | AUTO | 100% | 14,866 | 14,866 | 356.69 | |

[15794]  *Stancil*

**Client:**     **Fieldwood Energy LLCFieldwood Energy LLC**
**Property:**     **Various Properties**

Page 2 of 2

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ▆ Inventory @ Superior Energy Services Located @ 16610 Aldine Westfield Rd | PP | Stored Inv | 100% | 1,006,038 | 1,006,038 | 12,815.25 | |
| ▆ Inventory @ TIW Located @ 5151 Gasmer Dr | PP | Stored Inv | 100% | 138,215 | 138,215 | 3,316.33 | |
| ▆ Inventory @ Proserv Located @ 15151 Sommermeyer St 77041 | PP | Stored Inv | 100% | 1,940,162 | 1,940,162 | 24,714.42 | |
| ▆ Inventory @ Arctic Located @ 9500 Sheldon Rd 77049 | PP | Stored Inv | 100% | 6,587,487 | 6,587,487 | 56,227.56 | |
| ▆ Inventory @ Archer Oil Tools Locted @ 5510 Clara Rd Houston | PP | Inventory | 100% | 330,075 | 330,075 | 2,546.48 | |
| ▆ Inventory @ Master Flo Valve USA Located @ 8726 Fallbrook Dr Houston | PP | Inventory | 100% | 307,460 | 307,460 | 2,599.04 | |
| ▆ Inventory located @ 6120 E Orem Dr | PP | Inventory | 100% | 421,647 | 421,647 | 11,128.68 | |
| 11 Bills Included with this Transmittal | | | | 23,208,948 | 23,208,948 | $ 242,041.62 | N/A |

[15794]                     *Stancil*

**Tax Bill Transmittal**
**Statement 1 of 1**
December 2, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

---

| | | | |
|---|---|---|---|
| **Client:** | **Fieldwood Energy LLC** | Assessor: | Harris County Appraisal District |
| | **Fieldwood Energy LLC** | Lien Date: | |
| **Property:** | **Various Properties** | Tax Year: | 2020 |

| Jurisdiction | Tax Rate |
|---|---|
| City of Houston | 0.561840 |
| Harris Co. ESD # 2 | 0.030000 |
| Harris Co. ESD # 9 | 0.059492 |
| Harris Co. ESD #11 | 0.033334 |
| Harris Co. ESD #13 | 0.100000 |
| Harris Co. ESD #60 | 0.050000 |
| Harris County | 0.391160 |
| Harris County Education Dept | 0.004993 |
| Harris County Flood Control | 0.031420 |
| Harris County Hospital District | 0.166710 |
| Houston Community College | 0.100263 |
| Houston ISD | 1.133100 |
| Lone Star College System - Harris | 0.107800 |
| Port of Houston Authority | 0.009910 |
| San Jacinto Junior College | 0.169358 |
| **Total Tax Rate** | **2.949380** |

**Make Checks Payable To:**

Harris County Tax Assessor-Collector
P.O. Box 4622
Houston, TX  77210-4622

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | **Jan/31/2021** | **Feb/01/2021** | **242,041.62** |

---

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ███ Inventory @ Dril-Quip Located @ 6401 N Eldridge Pkwy 77041 | PP | Stored Inv | 100% | 10,124,951 | 10,124,951 | 78,112.49 | |
| ███ Inventory @ Dril-Quip Located @ 13550 Hempstead Rd | PP | Stored Inv | 100% | 521,900 | 521,900 | 6,648.13 | |
| ███ Office FFE Located @ 2000 W Sam Houston Pkwy S, #1200 | PP | FA | 100% | 1,816,147 | 1,816,147 | 43,576.55 | |
| ███ Vehicles Located @ 2000 W Sam Houston Pkwy S, #1200 | PP | AUTO | 100% | 14,866 | 14,866 | 356.69 | |

[15794]                                     *Stancil*

**Client:** Fieldwood Energy LLCFieldwood Energy LLC

**Property:** Various Properties

Page 2 of 2

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ▉ Inventory @ Superior Energy Services Located @ 16610 Aldine Westfield Rd | PP | Stored Inv | 100% | 1,006,038 | 1,006,038 | 12,815.25 | |
| ▉ Inventory @ TIW Located @ 5151 Gasmer Dr | PP | Stored Inv | 100% | 138,215 | 138,215 | 3,316.33 | |
| ▉ Inventory @ Proserv Located @ 15151 Sommermeyer St 77041 | PP | Stored Inv | 100% | 1,940,162 | 1,940,162 | 24,714.42 | |
| ▉ Inventory @ Arctic Located @ 9500 Sheldon Rd 77049 | PP | Stored Inv | 100% | 6,587,487 | 6,587,487 | 56,227.56 | |
| ▉ Inventory @ Archer Oil Tools Locted @ 5510 Clara Rd Houston | PP | Inventory | 100% | 330,075 | 330,075 | 2,546.48 | |
| ▉ Inventory @ Master Flo Valve USA Located @ 8726 Fallbrook Dr Houston | PP | Inventory | 100% | 307,460 | 307,460 | 2,599.04 | |
| ▉ Inventory located @ 6120 E Orem Dr | PP | Inventory | 100% | 421,647 | 421,647 | 11,128.68 | |
| 11 Bills Included with this Transmittal | | | | 23,208,948 | 23,208,948 | $ 242,041.62 | N/A |

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547
TEL: 713-274-8000



**2020 Property Tax Statement**
**Web Statement**

| Statement Date: | December 2, 2020 |
|---|---|
| **Account Number** | |



FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKY S STE 1200
HOUSTON TX 77042-3623

Our records indicate that your statement has been
requested by a tax agent.
Taxes in Litigation - Other Fees May Be Due Call
713-274-8000 for Final Balance

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | 0 | 1,940,162 | 0.391160 | $7,589.14 |
| Harris County Flood Control Dist | 0 | 1,940,162 | 0.031420 | $609.60 |
| Port of Houston Authority | 0 | 1,940,162 | 0.009910 | $192.27 |
| Harris County Hospital District | 0 | 1,940,162 | 0.166710 | $3,234.44 |
| Harris County Dept. of Education | 0 | 1,940,162 | 0.004993 | $96.87 |
| Lone Star College System | 0 | 1,940,162 | 0.107800 | $2,091.49 |
| City of Houston | 0 | 1,940,162 | 0.561840 | $10,900.61 |

| Property Description |
|---|
| 15151 SOMMERMEYER ST 77041 Stored Pipe INV AT PROSERV OPERATIONS INC |

| Appraised Values | |
|---|---|
| Land - Market Value | 0 |
| Impr - Market Value | 1,940,162 |
| Total Market Value | 1,940,162 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 1,940,162 |

| Exemptions/Deferrals |
|---|
| Taxes in Bankruptcy |

*Page:  1  of  1*

| Total 2020 Taxes Due By January 31, 2021: | $24,714.42 |
|---|---|
| Payments Applied To 2020 Taxes | $0.00 |
| Total Current Taxes Due (Including Penalties) | $24,714.42 |
| Prior Year(s) Delinquent Taxes Due (If Any) | $0.00 |
| **Total Amount Due For January 2021** | **$24,714.42** |



| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By Febuary 28, 2021 | 7% | $26,444.42 | $0.00 | $26,444.42 |
| By March 31, 2021 | 9% | $26,938.70 | $0.00 | $26,938.70 |
| By April 30, 2021 | 11% | $27,433.02 | $0.00 | $27,433.02 |
| By May 31, 2021 | 13% | $27,927.30 | $0.00 | $27,927.30 |
| By June 30, 2021 | 15% | $28,421.58 | $0.00 | $28,421.58 |

Tax Bill Increase (Decrease) from 2015 to 2020:   Appraised Value  0%,   Taxable Value 0%,   Tax Rate 0%,   Tax Bill 0%.

---

PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.



**PAYMENT COUPON**

| Account Number |
|---|
| |
| **Amount Enclosed** |
| $ |

FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKY S STE 1200
HOUSTON TX 77042-3623

Make check payable to:

Web Statement - Date Printed: 12-02-2020

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547
TEL: 713-274-8000



**2020 Property Tax Statement**
**Web Statement**

| Statement Date: | December 2, 2020 |
|---|---|
| **Account Number** | |



FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON TX 77042-3623

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Houston ISD | 0 | 421,647 | 1.133100 | $4,777.68 |
| Harris County | 0 | 421,647 | 0.391160 | $1,649.31 |
| Harris County Flood Control Dist | 0 | 421,647 | 0.031420 | $132.48 |
| Port of Houston Authority | 0 | 421,647 | 0.009910 | $41.79 |
| Harris County Hospital District | 0 | 421,647 | 0.166710 | $702.93 |
| Harris County Dept. of Education | 0 | 421,647 | 0.004993 | $21.05 |
| Houston Community College System | 0 | 421,647 | 0.100263 | $422.76 |
| City of Houston | 0 | 421,647 | 0.561840 | $2,368.98 |
| Rendition Penalty - All Tax Units | 0 | 0 | 0.000000 | $1,011.70 |

| Property Description |
|---|
| 6120 E OREM DR 77048 |
| Stored Products (WHSE) INV @ OIL STATES IND |

| Appraised Values | |
|---|---|
| Land - Market Value | 0 |
| Impr - Market Value | 421,647 |
| Total Market Value | 421,647 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 421,647 |

**Exemptions/Deferrals**

*Page: 1 of 1*

| | |
|---|---|
| **Total 2020 Taxes Due By January 31, 2021:** | **$11,128.68** |
| **Payments Applied To 2020 Taxes** | **$0.00** |
| **Total Current Taxes Due (Including Penalties)** | **$11,128.68** |
| **Prior Year(s) Delinquent Taxes Due (If Any)** | **$0.00** |
| **Total Amount Due For January 2021** | **$11,128.68** |

| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By Febuary 28, 2021 | 7% | $11,907.69 | $0.00 | $11,907.69 |
| By March 31, 2021 | 9% | $12,130.25 | $0.00 | $12,130.25 |
| By April 30, 2021 | 11% | $12,352.83 | $0.00 | $12,352.83 |
| By May 31, 2021 | 13% | $12,575.41 | $0.00 | $12,575.41 |
| By June 30, 2021 | 15% | $12,797.98 | $0.00 | $12,797.98 |

Tax Bill Increase (Decrease) from 2015 to 2020: Appraised Value 0%, Taxable Value 0%, Tax Rate 0%, Tax Bill 0%.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.

**PAYMENT COUPON**

FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON TX 77042-3623

Make check payable to:

| Account Number |
|---|
| 000 |
| **Amount Enclosed** |
| $ . |

Web Statement - Date Printed: 12-02-2020

IF YOU ARE 65 YEARS OF AGE OR OLDER OR
ARE DISABLED AND THE PROPERTY
DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD
CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY
HAVE TO A POSTPONEMENT IN THE
PAYMENT OF THESE TAXES.

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547
TEL: 713-274-8000



**2020 Property Tax Statement**
**Web Statement**

| Statement Date: | December 2, 2020 |
|---|---|
| **Account Number** | |

Our records indicate that your statement has been requested by a tax agent.



FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON TX 77042-3623

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | 0 | 307,460 | 0.391160 | $1,202.66 |
| Harris County Flood Control Dist | 0 | 307,460 | 0.031420 | $96.60 |
| Port of Houston Authority | 0 | 307,460 | 0.009910 | $30.47 |
| Harris County Hospital District | 0 | 307,460 | 0.166710 | $512.57 |
| Harris County Dept. of Education | 0 | 307,460 | 0.004993 | $15.35 |
| Lone Star College System | 0 | 307,460 | 0.107800 | $331.44 |
| Emergency Service Dist #13 (Fire) | 0 | 307,460 | 0.100000 | $307.46 |
| Emergency Service Dist #11 (EMS) | 0 | 307,460 | 0.033334 | $102.49 |

| Property Description |
|---|
| 8726 FALLBROOK DR 77064 |
| Stored Pipe INV AT MASTER FLO VALVE |
| USA INC |

| Appraised Values | |
|---|---|
| Land - Market Value | 0 |
| Impr - Market Value | 307,460 |
| Total Market Value | 307,460 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 307,460 |

*Page:  1  of  1*

| | |
|---|---|
| Total 2020 Taxes Due By January 31, 2021: | $2,599.04 |
| Payments Applied To 2020 Taxes | $0.00 |
| Total Current Taxes Due (Including Penalties) | $2,599.04 |
| Prior Year(s) Delinquent Taxes Due (If Any) | $0.00 |
| **Total Amount Due For January 2021** | **$2,599.04** |

| Exemptions/Deferrals |
|---|
| |



| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By Febuary 28, 2021 | 7% | $2,780.96 | $0.00 | $2,780.96 |
| By March 31, 2021 | 9% | $2,832.94 | $0.00 | $2,832.94 |
| By April 30, 2021 | 11% | $2,884.93 | $0.00 | $2,884.93 |
| By May 31, 2021 | 13% | $2,936.92 | $0.00 | $2,936.92 |
| By June 30, 2021 | 15% | $2,988.90 | $0.00 | $2,988.90 |

Tax Bill Increase (Decrease) from 2015 to 2020:   Appraised Value 0%,   Taxable Value 0%,   Tax Rate 0%,   Tax Bill 0%.

- - - - - - - - - - - - - - - - - - - - - - - - PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT. - - - - - - - - - - - - - - - - - - - -

**PAYMENT COUPON**

FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON TX 77042-3623

Make check payable to:

| Account Number | |
|---|---|
| | 000 |
| **Amount Enclosed** | |
| $ | . |

Web Statement - Date Printed: 12-02-2020

IF YOU ARE 65 YEARS OF AGE OR OLDER OR
ARE DISABLED AND THE PROPERTY
DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD
CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY
HAVE TO A POSTPONEMENT IN THE
PAYMENT OF THESE TAXES.

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547
TEL: 713-274-8000



**2020 Property Tax Statement**
**Web Statement**

| Statement Date: | December 2, 2020 |
|---|---|
| **Account Number** | |
| | |

Our records indicate that your statement has been requested by a tax agent.



FIELDWOOD ENERGY LLC
FIELDWOD ENERGY LLC
2000 W SAM HOUSTON PKWY S STE 1600
HOUSTON TX 77042-3625

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | 0 | 330,075 | 0.391160 | $1,291.12 |
| Harris County Flood Control Dist | 0 | 330,075 | 0.031420 | $103.71 |
| Port of Houston Authority | 0 | 330,075 | 0.009910 | $32.71 |
| Harris County Hospital District | 0 | 330,075 | 0.166710 | $550.27 |
| Harris County Dept. of Education | 0 | 330,075 | 0.004993 | $16.48 |
| Lone Star College System | 0 | 330,075 | 0.107800 | $355.82 |
| Emergency Serv Dist #9-EMS/Fire | 0 | 330,075 | 0.059492 | $196.37 |

| Property Description |
|---|
| 5510 CLARA RD 77041 |
| Stored Products (WHSE) INV AT ARCHER |
| OILTOOLS LLC |

| Appraised Values | |
|---|---|
| Land - Market Value | 0 |
| Impr - Market Value | 330,075 |
| Total Market Value | 330,075 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 330,075 |

| Exemptions/Deferrals |
|---|
| |

*Page:  1  of  1*

| | |
|---|---|
| Total 2020 Taxes Due By January 31, 2021: | $2,546.48 |
| Payments Applied To 2020 Taxes | $0.00 |
| Total Current Taxes Due (Including Penalties) | $2,546.48 |
| Prior Year(s) Delinquent Taxes Due (If Any) | $0.00 |
| Total Amount Due For January 2021 | $2,546.48 |



| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By Febuary 28, 2021 | 7% | $2,724.74 | $0.00 | $2,724.74 |
| By March 31, 2021 | 9% | $2,775.64 | $0.00 | $2,775.64 |
| By April 30, 2021 | 11% | $2,826.59 | $0.00 | $2,826.59 |
| By May 31, 2021 | 13% | $2,877.53 | $0.00 | $2,877.53 |
| By June 30, 2021 | 15% | $2,928.46 | $0.00 | $2,928.46 |

Tax Bill Increase (Decrease) from 2015 to 2020:   Appraised Value 0%,   Taxable Value 0%,   Tax Rate 0%,   Tax Bill 0%.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.

**PAYMENT COUPON**

FIELDWOOD ENERGY LLC
FIELDWOD ENERGY LLC
2000 W SAM HOUSTON PKWY S STE 1600
HOUSTON TX 77042-3625

| Account Number |
|---|
| )00 |
| **Amount Enclosed** |
| $ |

Make check payable to:

Web Statement - Date Printed: 12-02-2020

IF YOU ARE 65 YEARS OF AGE OR OLDER OR
ARE DISABLED AND THE PROPERTY
DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD
CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY
HAVE TO A POSTPONEMENT IN THE
PAYMENT OF THESE TAXES.

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547
TEL: 713-274-8000



## 2020 Property Tax Statement
## Web Statement

| Statement Date: | December 2, 2020 |
|---|---|
| **Account Number** | |
| | |

Our records indicate that your statement has been requested by a tax agent.
Taxes in Litigation - Other Fees May Be Due Call
713-274-8000 for Final Balance


*

FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKY S STE 1200
HOUSTON TX 77042-3623

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | 0 | 6,587,487 | 0.391160 | $25,767.61 |
| Harris County Flood Control Dist | 0 | 6,587,487 | 0.031420 | $2,069.79 |
| Port of Houston Authority | 0 | 6,587,487 | 0.009910 | $652.82 |
| Harris County Hospital District | 0 | 6,587,487 | 0.166710 | $10,982.00 |
| Harris County Dept. of Education | 0 | 6,587,487 | 0.004993 | $328.91 |
| San Jacinto College District | 0 | 6,587,487 | 0.169358 | $11,156.44 |
| Emergency Service Dist #60 (Fire) | 0 | 6,587,487 | 0.050000 | $3,293.74 |
| Emergency Service Dist #2 (EMS) | 0 | 6,587,487 | 0.030000 | $1,976.25 |

| Property Description |
|---|
| 9500 SHELDON RD 77049 |
| Stored Pipe INV |

| Appraised Values | |
|---|---|
| Land - Market Value | 0 |
| Impr - Market Value | 6,587,487 |
| Total Market Value | 6,587,487 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 6,587,487 |

| Exemptions/Deferrals |
|---|
| Taxes in Bankruptcy |

*Page: 1 of 1*

| | |
|---|---|
| **Total 2020 Taxes Due By January 31, 2021:** | **$56,227.56** |
| **Payments Applied To 2020 Taxes** | **$0.00** |
| **Total Current Taxes Due (Including Penalties)** | **$56,227.56** |
| **Prior Year(s) Delinquent Taxes Due (If Any)** | **$0.00** |
| **Total Amount Due For January 2021** | **$56,227.56** |

| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By Febuary 28, 2021 | 7% | $60,163.49 | $0.00 | $60,163.49 |
| By March 31, 2021 | 9% | $61,288.03 | $0.00 | $61,288.03 |
| By April 30, 2021 | 11% | $62,412.60 | $0.00 | $62,412.60 |
| By May 31, 2021 | 13% | $63,537.15 | $0.00 | $63,537.15 |
| By June 30, 2021 | 15% | $64,661.70 | $0.00 | $64,661.70 |

Tax Bill Increase (Decrease) from 2015 to 2020:   Appraised Value 0%,   Taxable Value 0%,   Tax Rate 0%,   Tax Bill 0%.

---

PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.

**PAYMENT COUPON**

*

FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKY S STE 1200
HOUSTON TX 77042-3623

| Account Number |
|---|
| |
| **Amount Enclosed** |
| $ . |

Web Statement - Date Printed: 12-02-2020

Make check payable to:

IF YOU ARE 65 YEARS OF AGE OR OLDER OR
ARE DISABLED AND THE PROPERTY
DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD
CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY
HAVE TO A POSTPONEMENT IN THE
PAYMENT OF THESE TAXES.

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547
TEL: 713-274-8000



**2020 Property Tax Statement**
**Web Statement**

| Statement Date: | December 2, 2020 |
|---|---|
| **Account Number** | |

Our records indicate that your statement has been
requested by a tax agent.
Taxes in Litigation - Other Fees May Be Due Call
713-274-8000 for Final Balance



FIELDWOOD ENERGY LLC
FKA DYNAMIC OFFSHORE
%PROPERTY TAX DEPT
123 ROBERT S KERR AVE

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | 0 | 10,124,951 | 0.391160 | $39,604.76 |
| Harris County Flood Control Dist | 0 | 10,124,951 | 0.031420 | $3,181.26 |
| Port of Houston Authority | 0 | 10,124,951 | 0.009910 | $1,003.38 |
| Harris County Hospital District | 0 | 10,124,951 | 0.166710 | $16,879.31 |
| Harris County Dept. of Education | 0 | 10,124,951 | 0.004993 | $505.54 |
| Lone Star College System | 0 | 10,124,951 | 0.107800 | $10,914.70 |
| Emergency Serv Dist #9-EMS/Fire | 0 | 10,124,951 | 0.059492 | $6,023.54 |

**Property Description**

6401 N ELDRIDGE PKY 77041
Stored Pipe INV AT DRIL QUIP INC

**Appraised Values**

| Land - Market Value | 0 |
|---|---|
| Impr - Market Value | 10,124,951 |
| Total Market Value | 10,124,951 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 10,124,951 |

**Exemptions/Deferrals**

Taxes in Bankruptcy

*Page: 1 of 1*

| | |
|---|---|
| Total 2020 Taxes Due By January 31, 2021: | $78,112.49 |
| Payments Applied To 2020 Taxes | $0.00 |
| Total Current Taxes Due (Including Penalties) | $78,112.49 |
| Prior Year(s) Delinquent Taxes Due (If Any) | $0.00 |
| **Total Amount Due For January 2021** | **$78,112.49** |



| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By Febuary 28, 2021 | 7% | $83,580.37 | $0.00 | $83,580.37 |
| By March 31, 2021 | 9% | $85,142.61 | $0.00 | $85,142.61 |
| By April 30, 2021 | 11% | $86,704.86 | $0.00 | $86,704.86 |
| By May 31, 2021 | 13% | $88,267.11 | $0.00 | $88,267.11 |
| By June 30, 2021 | 15% | $89,829.37 | $0.00 | $89,829.37 |

Tax Bill Increase (Decrease) from 2015 to 2020:   Appraised Value 25484%,    Taxable Value 25484%,    Tax Rate -3%,    Tax Bill 24624%.

---

PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.

**PAYMENT COUPON**

| **Account Number** |
|---|
| |
| **Amount Enclosed** |
| $                              . |

Web Statement - Date Printed: 12-02-2020

FIELDWOOD ENERGY LLC
FKA DYNAMIC OFFSHORE
%PROPERTY TAX DEPT
123 ROBERT S KERR AVE
OKLAHOMA CITY OK 73102-6406

Make check payable to:

IF YOU ARE 65 YEARS OF AGE OR OLDER OR
ARE DISABLED AND THE PROPERTY
DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD
CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY
HAVE TO A POSTPONEMENT IN THE
PAYMENT OF THESE TAXES.

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547
TEL: 713-274-8000



**2020 Property Tax Statement**
**Web Statement**

| Statement Date: | December 2, 2020 |
|---|---|
| **Account Number** | |
| ████████████ | |

Our records indicate that your statement has been
requested by a tax agent.
Taxes in Litigation - Other Fees May Be Due Call
713-274-8000 for Final Balance



FIELDWOOD ENERGY
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON TX 77042-3623

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Houston ISD | 0 | 138,215 | 1.133100 | $1,566.11 |
| Harris County | 0 | 138,215 | 0.391160 | $540.64 |
| Harris County Flood Control Dist | 0 | 138,215 | 0.031420 | $43.43 |
| Port of Houston Authority | 0 | 138,215 | 0.009910 | $13.70 |
| Harris County Hospital District | 0 | 138,215 | 0.166710 | $230.42 |
| Harris County Dept. of Education | 0 | 138,215 | 0.004993 | $6.90 |
| Houston Community College System | 0 | 138,215 | 0.100263 | $138.58 |
| City of Houston | | 138,215 | 0.561840 | $776.55 |

| Property Description |
|---|
| 5151 GASMER DR 77035 |
| Stored Pipe INV AT TIW CORP |

| Appraised Values | |
|---|---|
| Land - Market Value | 0 |
| Impr - Market Value | 138,215 |
| Total Market Value | 138,215 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 138,215 |

| Exemptions/Deferrals |
|---|
| Taxes in Bankruptcy |

*Page:  1  of  1*

| | |
|---|---|
| **Total 2020 Taxes Due By January 31, 2021:** | **$3,316.33** |
| **Payments Applied To 2020 Taxes** | **$0.00** |
| **Total Current Taxes Due (Including Penalties)** | **$3,316.33** |
| **Prior Year(s) Delinquent Taxes Due (If Any)** | **$0.00** |
| **Total Amount Due For January 2021** | **$3,316.33** |



| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By Febuary 28, 2021 | 7% | $3,548.47 | $0.00 | $3,548.47 |
| By March 31, 2021 | 9% | $3,614.80 | $0.00 | $3,614.80 |
| By April 30, 2021 | 11% | $3,681.13 | $0.00 | $3,681.13 |
| By May 31, 2021 | 13% | $3,747.45 | $0.00 | $3,747.45 |
| By June 30, 2021 | 15% | $3,813.79 | $0.00 | $3,813.79 |

Tax Bill Increase (Decrease) from 2015 to 2020:   Appraised Value 0%,   Taxable Value 0%,   Tax Rate 0%,   Tax Bill 0%.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.

**PAYMENT COUPON**

| **Account Number** |
|---|
| ████████████ |
| **Amount Enclosed** |
| $ _____ . ____ |

FIELDWOOD ENERGY
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON TX 77042-3623

Make check payable to:

Web Statement - Date Printed: 12-02-2020

IF YOU ARE 65 YEARS OF AGE OR OLDER OR
ARE DISABLED AND THE PROPERTY
DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD
CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY
HAVE TO A POSTPONEMENT IN THE
PAYMENT OF THESE TAXES.

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547
TEL: 713-274-8000



## 2020 Property Tax Statement
### Web Statement

| Statement Date: | December 2, 2020 |
|---|---|
| **Account Number** | |



*
FIELDWOOD ENERGY LLC
2000 N SAM HOUSTON PKWY S STE 1200
HOUSTON TX 77042

Our records indicate that your statement has been
requested by a tax agent.
Taxes in Litigation - Other Fees May Be Due Call
713-274-8000 for Final Balance

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | 0 | 1,006,038 | 0.391160 | $3,935.22 |
| Harris County Flood Control Dist | 0 | 1,006,038 | 0.031420 | $316.10 |
| Port of Houston Authority | 0 | 1,006,038 | 0.009910 | $99.70 |
| Harris County Hospital Dist | 0 | 1,006,038 | 0.166710 | $1,677.17 |
| Harris County Dept. of Education | 0 | 1,006,038 | 0.004993 | $50.23 |
| Lone Star College System | 0 | 1,006,038 | 0.107800 | $1,084.51 |
| City of Houston | 0 | 1,006,038 | 0.561840 | $5,652.32 |

### Property Description

16610 ALDINE WESTFIELD RD 77032
Stored Products (WHSE) INV AT SUPERIOR
ENERGY SERVICES

### Appraised Values

| Land - Market Value | 0 |
|---|---|
| Impr - Market Value | 1,006,038 |
| Total Market Value | 1,006,038 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 1,006,038 |

### Exemptions/Deferrals

Taxes in Bankruptcy

*Page: 1 of 1*

| | |
|---|---|
| **Total 2020 Taxes Due By January 31, 2021:** | **$12,815.25** |
| **Payments Applied To 2020 Taxes** | **$0.00** |
| **Total Current Taxes Due (Including Penalties)** | **$12,815.25** |
| **Prior Year(s) Delinquent Taxes Due (If Any)** | **$0.00** |
| **Total Amount Due For January 2021** | **$12,815.25** |



| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By Febuary 28, 2021 | 7% | $13,712.33 | $0.00 | $13,712.33 |
| By March 31, 2021 | 9% | $13,968.63 | $0.00 | $13,968.63 |
| By April 30, 2021 | 11% | $14,224.94 | $0.00 | $14,224.94 |
| By May 31, 2021 | 13% | $14,481.23 | $0.00 | $14,481.23 |
| By June 30, 2021 | 15% | $14,737.55 | $0.00 | $14,737.55 |

Tax Bill Increase (Decrease) from 2015 to 2020:   Appraised Value 1154%,   Taxable Value 1154%,   Tax Rate -5%,   Tax Bill 1088%.

- - - - - - - - - - - - PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT. - - - - - - - - - - - -

**PAYMENT COUPON**

FIELDWOOD ENERGY LLC
2000 N SAM HOUSTON PKWY S STE 1200
HOUSTON TX 77042

| **Account Number** |
|---|
| |
| **Amount Enclosed** |
| $_____ . ___ |

Make check payable to:

IF YOU ARE 65 YEARS OF AGE OR OLDER OR
ARE DISABLED AND THE PROPERTY
DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD
CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY
HAVE TO A POSTPONEMENT IN THE
PAYMENT OF THESE TAXES.

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

Web Statement - Date Printed: 12-02-2020

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547
TEL: 713-274-8000



**2020 Property Tax Statement**
**Web Statement**

| Statement Date: | December 2, 2020 |
|---|---|
| **Account Number** | |



FIELDWOOD ONSHORE LLC
2000 W SAM HOUSTON PKWY S
HOUSTON TX 77042-3615

Our records indicate that your statement has been requested by a tax agent.
Taxes in Litigation - Other Fees May Be Due Call 713-274-8000 for Final Balance

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Houston ISD | 0 | 14,866 | 1.133100 | $168.45 |
| Harris County | 0 | 14,866 | 0.391160 | $58.15 |
| Harris County Flood Control Dist | 0 | 14,866 | 0.031420 | $4.67 |
| Port of Houston Authority | 0 | 14,866 | 0.009910 | $1.47 |
| Harris County Hospital District | 0 | 14,866 | 0.166710 | $24.78 |
| Harris County Dept. of Education | 0 | 14,866 | 0.004993 | $0.74 |
| Houston Community College System | 0 | 14,866 | 0.100263 | $14.91 |
| City of Houston | 0 | 14,866 | 0.561840 | $83.52 |

| Property Description |
|---|
| 2000 W SAM HOUSTON PKY S 77042 Vehicles VHCLS |

| Appraised Values | |
|---|---|
| Land - Market Value | 0 |
| Impr - Market Value | 14,866 |
| Total Market Value | 14,866 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 14,866 |

| Exemptions/Deferrals |
|---|
| Taxes in Bankruptcy |

*Page:  1  of  1*

| | |
|---|---|
| Total 2020 Taxes Due By January 31, 2021: | $356.69 |
| Payments Applied To 2020 Taxes | $0.00 |
| Total Current Taxes Due (Including Penalties) | $356.69 |
| Prior Year(s) Delinquent Taxes Due (If Any) | $0.00 |
| Total Amount Due For January 2021 | $356.69 |



| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By Febuary 28, 2021 | 7% | $381.65 | $0.00 | $381.65 |
| By March 31, 2021 | 9% | $388.79 | $0.00 | $388.79 |
| By April 30, 2021 | 11% | $395.93 | $0.00 | $395.93 |
| By May 31, 2021 | 13% | $403.07 | $0.00 | $403.07 |
| By June 30, 2021 | 15% | $410.20 | $0.00 | $410.20 |

Tax Bill Increase (Decrease) from 2015 to 2020:   Appraised Value -59%,   Taxable Value-59%,   Tax Rate -5%,   Tax Bill -61%.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.



**PAYMENT COUPON**

FIELDWOOD ONSHORE LLC
2000 W SAM HOUSTON PKWY S
HOUSTON TX 77042-3615

| Account Number |
|---|
| |
| **Amount Enclosed** |
| $ |

Make check payable to:

Web Statement - Date Printed: 12-02-2020

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547
TEL: 713-274-8000



**2020 Property Tax Statement**
**Web Statement**

| Statement Date: | December 2, 2020 |
|---|---|
| Account Number | |



Our records indicate that your statement has been
requested by a tax agent.
Taxes in Litigation - Other Fees May Be Due Call
713-274-8000 for Final Balance

FIELDWOOD ENERGY LLC
PO BOX 149
RICHMOND TX 77406-0004

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Houston ISD | 0 | 1,816,147 | 1.133100 | $20,578.76 |
| Harris County | 0 | 1,816,147 | 0.391160 | $7,104.04 |
| Harris County Flood Control Dist | 0 | 1,816,147 | 0.031420 | $570.63 |
| Port of Houston Authority | 0 | 1,816,147 | 0.009910 | $179.98 |
| Harris County Hospital District | 0 | 1,816,147 | 0.166710 | $3,027.70 |
| Harris County Dept. of Education | 0 | 1,816,147 | 0.004993 | $90.68 |
| Houston Community College System | 0 | 1,816,147 | 0.100263 | $1,820.92 |
| City of Houston | 0 | 1,816,147 | 0.561840 | $10,203.84 |

| Property Description |
|---|
| 2000 W SAM HOUSTON PKY S 77042 |
| Business Personal Property CMP F&F M&E SUP |

| Appraised Values | |
|---|---|
| Land - Market Value | 0 |
| Impr - Market Value | 1,816,147 |
| Total Market Value | 1,816,147 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 1,816,147 |

| Exemptions/Deferrals |
|---|
| Taxes in Bankruptcy |

*Page:  1  of  1*

| | |
|---|---|
| **Total 2020 Taxes Due By January 31, 2021:** | **$43,576.55** |
| **Payments Applied To 2020 Taxes** | **$0.00** |
| **Total Current Taxes Due (Including Penalties)** | **$43,576.55** |
| **Prior Year(s) Delinquent Taxes Due (If Any)** | **$0.00** |
| **Total Amount Due For January 2021** | **$43,576.55** |

| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By Febuary 28, 2021 | 7% | $46,626.90 | $0.00 | $46,626.90 |
| By March 31, 2021 | 9% | $47,498.44 | $0.00 | $47,498.44 |
| By April 30, 2021 | 11% | $48,369.96 | $0.00 | $48,369.96 |
| By May 31, 2021 | 13% | $49,241.51 | $0.00 | $49,241.51 |
| By June 30, 2021 | 15% | $50,113.04 | $0.00 | $50,113.04 |

Tax Bill Increase (Decrease) from 2015 to 2020:   Appraised Value  -48%,   Taxable Value -48%,   Tax Rate -5%,   Tax Bill -51%.

PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.



**PAYMENT COUPON**

FIELDWOOD ENERGY LLC
PO BOX 149
RICHMOND TX 77406-0004

Make check payable to:

| Account Number |
|---|
| |
| Amount Enclosed |

$ _____ . ____

Web Statement - Date Printed: 12-02-2020

IF YOU ARE 65 YEARS OF AGE OR OLDER OR
ARE DISABLED AND THE PROPERTY
DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD
CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY
HAVE TO A POSTPONEMENT IN THE
PAYMENT OF THESE TAXES.

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547
TEL: 713-274-8000



### 2020 Property Tax Statement
### Web Statement

| Statement Date: | December 2, 2020 |
|---|---|
| **Account Number** | |

Our records indicate that your statement has been requested by a tax agent.
Taxes in Litigation - Other Fees May Be Due Call
713-274-8000 for Final Balance

FIELDWOOD ENERGY
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON TX 77042-3623

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | 0 | 521,900 | 0.391160 | $2,041.46 |
| Harris County Flood Control Dist | 0 | 521,900 | 0.031420 | $163.98 |
| Port of Houston Authority | 0 | 521,900 | 0.009910 | $51.72 |
| Harris County Hospital District | 0 | 521,900 | 0.166710 | $870.06 |
| Harris County Dept. of Education | 0 | 521,900 | 0.004993 | $26.06 |
| Lone Star College System | 0 | 521,900 | 0.107800 | $562.61 |
| City of Houston | 0 | 521,900 | 0.561840 | $2,932.24 |

| Property Description |
|---|
| 13550 HEMPSTEAD RD 77040 |
| Stored Pipe INV AT DRIL-QUIP |

| Appraised Values | |
|---|---|
| Land - Market Value | 0 |
| Impr - Market Value | 521,900 |
| Total Market Value | 521,900 |
| Less Capped Mkt Value | 0 |
| Appraised Value | 521,900 |

| Exemptions/Deferrals |
|---|
| Taxes in Bankruptcy |

*Page:  1  of  1*

| | |
|---|---|
| **Total 2020 Taxes Due By January 31, 2021:** | $6,648.13 |
| **Payments Applied To 2020 Taxes** | $0.00 |
| **Total Current Taxes Due (Including Penalties)** | $6,648.13 |
| **Prior Year(s) Delinquent Taxes Due (If Any)** | $0.00 |
| **Total Amount Due For January 2021** | $6,648.13 |



| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By Febuary 28, 2021 | 7% | $7,113.49 | $0.00 | $7,113.49 |
| By March 31, 2021 | 9% | $7,246.46 | $0.00 | $7,246.46 |
| By April 30, 2021 | 11% | $7,379.44 | $0.00 | $7,379.44 |
| By May 31, 2021 | 13% | $7,512.39 | $0.00 | $7,512.39 |
| By June 30, 2021 | 15% | $7,645.36 | $0.00 | $7,645.36 |

Tax Bill Increase (Decrease) from 2015 to 2020:   Appraised Value 13%,   Taxable Value 13%,   Tax Rate -5%,   Tax Bill 7%.

---

PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.



**PAYMENT COUPON**

FIELDWOOD ENERGY
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON TX 77042-3623

| Account Number |
|---|
| |
| **Amount Enclosed** |
| $ |

Make check payable to:

Web Statement - Date Printed: 12-02-2020

IF YOU ARE 65 YEARS OF AGE OR OLDER OR
ARE DISABLED AND THE PROPERTY
DESCRIBED IN THIS DOCUMENT IS YOUR
RESIDENCE HOMESTEAD, YOU SHOULD
CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY
HAVE TO A POSTPONEMENT IN THE
PAYMENT OF THESE TAXES.

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims

**CLAIM # 98**

*Fieldwood Energy LLC*                                                                238708

| | VENDOR | CHECK DATE | | |
|---|---|---|---|---|
| LIVE OAK COUNTY TX | 777648 | 01/22/21 | | |

| INVOICE NUMBER | INVOICE DATE | | | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| POSCR1352 | 01/14/21 | 1232420 | | $0.00 | $28,588.49 |
| | | | Total: | $0.00 | $28,588.49 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston  TX 77042
713-969-1000

Capital One Bank, N.A.

35-2491
1130

**238708**

DATE 01/22/21

PAY   ****************28,588 Dollars and 49 Cents                              $   ****28,588.49

TO
THE
ORDER
OF

LIVE OAK COUNTY TX
COUNTY APPRAISAL DISTRICT
PO BOX 2370
GEORGE WEST, TX 78022

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈000 238 708⑈

# CHECK REQUEST

*Accounting Purposes Only:*
Vendor No. _____
Invoice No. CR _____


## FIELDWOOD ENERGY

**Department: Tax** _____

**Date:**   1/14/2021 _____

---

### EMPLOYEE INFORMATION

**Name:** Bridget Harris

**Phone:** X1112

### VENDOR INFORMATION

**Name: Live Oak County Appraisal District**

**Date Check Is
Needed:** 1/26/2021

**Address:** Live Oak County Appraisal District

205 Bowie Street, PO Box 2370

George West, TX 78022

**Federal
Taxpayer ID:** _____

*(if needed)*

---

### Payment Description

| Reason for Check | Amount |
|---|---|
|  | 28,588.49 |
| **2020 Ad Valorem Taxes** |  |
| **See Attached Support** |  |
|  |  |
| **Total Check Amount** | **$  28,588.49** |

**Coding:**

**Main Acct:** 7200      **Sub Acct:** 180      **Well or Dept:** Accounting

---

**Please select:**      ☐ **To be mailed**      ☒ **Hand deliver**

**Requester:** Bridget A. Harris          **Manager:** Bridget A. Harris

**Date:** 1/14/21          **Date:** 1/14/21

**Authorized Approval:** _(signature)_

**Date:** 1/14/21

| Payment Report for: | Live Oak County | | | Payment Due 1/31/2021 | Payment Due 10/31/2019 | |
|---|---|---|---|---|---|---|
| | Vendor | | | | | |
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference |
| 9934 | | 9934 | Fieldwood Energy LLC | 28,588.49 | 68,285.57 | (39,697.08) Tex Isle |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | **Payment Due** | **28,588.49** | 68,285.57 | (39,697.08) |

Budget Ai Harri

Bridget Harris, Tax Manager

Date  1/14/21

Bill Swingle, VP of Accounting & CAO

Date  1/14/21

Please return check to Bridget Harris for processing and mailing

**Tax Bill Transmittal**
**Statement 1 of 1**
October 21, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

---

| Client: | **Fieldwood Energy LLC** | | Assessor: | Live Oak County Appraisal District |
|---|---|---|---|---|
| | **Fieldwood Energy LLC** | | Lien Date: | |
| **Property:** | **Various Properties** | | Tax Year: | 2020 |

### Discounts Available

| Jurisdiction | Tax Rate |
|---|---|
| George West ISD | 1.198350 |
| Live Oak County | 0.301630 |
| Live Oak County ESD # 1 | 0.044500 |
| Live Oak County Road | 0.193440 |
| Live Oak County UWCD | 0.001800 |
| **Total Tax Rate** | **1.739720** |

| Make Checks Payable To: |
|---|
| Live Oak County Appraisal District |
| P.O. Box 2370 |
| George West, TX  78022 |

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | **Jan/31/2021** | **Feb/01/2021** | **28,588.49** |

---

| | Account | Type | Market / Ass'd | 3.00% Discount if paid by Oct/31/2020 | 2.00% Discount if paid by Nov/30/2030 | 1.00% Discount if paid by Dec/31/2020 | Total Taxes |
|---|---|---|---|---|---|---|---|
| PP | ▮▮▮▮▮▮ | Stored Inv | 1,643,282 | 27,730.83 | 28,016.71 | 28,302.60 | 28,588.49 |
| | Inventory @ Tex Isle Yard 3455 Highway 281, George West | | 1,643,282 | | | | |
| | 1 Bill Included with this Transmittal | | | **$ 27,730.83** | **$ 28,016.71** | **$ 28,302.60** | **$ 28,588.49** |

**TAX STATEMENT**

**Prepared By:**
LIVE OAK COUNTY APPRAISAL DISTRICT
205 BOWIE STREET/P O BOX 2370
GEORGE WEST, TX 78022
PHONE:  (361) 449-2641

FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S
STE 1200
HOUSTON TX 77042-3615

10/01/2020
**Tax Year:**   2020

**Owner No.**  57470

**Status:**   Current

* * * * FOR RECEIPT SEND SELF-ADDRESSED STAMPED ENVELOPE. * * * *
CREDIT CARD PAYMENTS: TO PAY ONLINE VISIT WWW.LIVEOAKAPPRAISAL.COM
TO PAY BY PHONE CALL 1-866-549-1010.    USE BUREAU CODE 4512685,
CERTIFIED PAYMENTS, THE SERVICE PROVIDER, CHARGES A FEE FOR THIS SERVICE.

| Legal Description |
| --- |
| PIPESTOCK |
| TEXISLE YEAR |
| AGENT: STB 003631 R     Use: L2 |

**Assessment Ratio is 100%**
**Exemptions:**

Agent Code: STB

| Value Type | Value |
| --- | --- |
| Land-HS | |
| Land-Other/Minr | |
| Ag-Mkt | |
| Ag-Prod | |
| Imp/Pers-HS | |
| Imp/Pers-Other | 1,643,282 |
| HS-Cap | |
| Appraised | 1,643,282 |
| Assessed | 1,643,282 |

(*) Discounts Allowed

(#) Taxes reduced by $82.16 due to local sales tax.

| Jurisdiction | Assessed | Exemption Amount | Taxable | Rate/100 | Unpaid Tax |
| --- | --- | --- | --- | --- | --- |
| *# LIVE OAK COUNTY | 1,643,282 | | 1,643,282 | .301630 | 4,956.63 |
| *  GEORGE WEST ISD | 1,643,282 | | 1,643,282 | 1.198350 | 19,692.27 |
| *  LIVE OAK CO RD | 1,643,282 | | 1,643,282 | .194390 | 3,178.75 |
| *  LIVE OAK ESD #1 | 1,643,282 | | 1,643,282 | .044500 | 731.26 |
| *  LIVE OAK UWCD | 1,643,282 | | 1,643,282 | .001800 | 29.58 |
| **Total Unpaid Tax (*** See schedule below for early payment discounts ***)** | | | | | **28,588.49** |

GEORGE WEST ISD        2020 M&O / I&S Rates:    .959100 / .239250    2019 M&O / I&S Rates:    .970000 / .268580

**Statement No:** 10506        10/01/2020        **Tax Year:** 2020
**Owner ID:** 57470

**Account:** 2-019055-000010 (65591/57470)

| Detach This Stub And Return With Payment |
| --- |

Accoun ████████████        **Statement No:** 10506        10/01/2020        **Tax Year:** 2020
**Owner ID:** 57470

**Remit to:**
LIVE OAK COUNTY APPRAISAL DISTRICT
205 BOWIE STREET/P O BOX 2370
GEORGE WEST, TX 78022
PHONE:  (361) 449-2641

See Reverse Side For
Previous Year Information

**Total Unpaid Tax and Payment Amounts**
are only for the tax year indicated above.
**PAY FROM SCHEDULE BELOW**

| If Paid in | Pen/Int/Att Fee | Pay This Amount |
| --- | --- | --- |
| Oct 2020 | 857.66- | 27,730.83 |
| Nov 2020 | 571.78- | 28,016.71 |
| Dec 2020 | 285.89- | 28,302.60 |
| Jan 2021 | .00 | 28,588.49 |
| Feb 2021 | 2,001.21 | 30,589.70 |
| Mar 2021 | 2,572.97 | 31,161.46 |
| Apr 2021 | 9,491.38 | 38,079.87 |
| May 2021 | 10,177.49 | 38,765.98 |
| Jun 2021 | 10,863.62 | 39,452.11 |
| Jul 2021 | 11,892.84 | 40,481.33 |
| Aug 2021 | 12,235.87 | 40,824.36 |
| Sep 2021 | 12,578.93 | 41,167.42 |

8053  1 AB 0.419***AUTO**ALL FOR AADC 773 AADC 2 FT 29

FIELDWOOD ENERGY LLC
PROPERTY TAX DEPT
2000 W SAM HOUSTON PKWY S
STE 1200
HOUSTON TX 77042-3615

9805

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims


**CLAIM # 978**

# CHECK REQUEST

*Accounting Purposes Only:*
Vendor No. _____
Invoice No. CR _____



**Department: Tax** _____

**Date:** _____3/10/2021_____

## EMPLOYEE INFORMATION

**Name: Bridget Harris** _____   **Phone:** X1112 _____

## VENDOR INFORMATION

**Name: Louisiana Sales Tax** _____

**Date Check Is** 30 days
**Needed:** 3/18/2021

**Address:** Audit Review and Appeals Division _____

Louisiana Department of Revenue _____

**Taxpayer ID:** _____

*(if needed)*

PO Box 4936 _____

Baton Rouge, LA 70821-4936 _____

### Payment Description

| Reason for Check | Amount |
|---|---|
| | 9,542.61 |
| LA Sales Tax Audit  03/01/18 - 03/01/20 | |
| Fieldwood Energy LLC | |
| | |
| **Total Check Amount** | **$  9,542.61** |

**Coding:**

**Main Acct:** 8000     **Sub Acct:** 151     **Well or Dept:** Tax

**Please select:**     ☐ **To be mailed**     ☒ **Hand deliver**

**Requester:** Bridget A. Harris _____     **Manager:** *Bridget A. Harris*

**Date:** _____3/10/2021_____     **Date:** _____3/10/2021_____

**Authorized Approval:** _____

**Date:** __3/22/2021__

*Fieldwood Energy LLC*                                                                           **239051**

| | | VENDOR | | CHECK DATE | |
|---|---|---|---|---|---|
| LOUISIANA DEPARTMENT OF REVENU | | 700388 | | 03/25/21 | |

| INVOICE NUMBER | INVOICE DATE | | | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| PRECR1363 | 03/10/21 | 1255733 | | $0.00 | $9,542.61 |
| | | | Total: | $0.00 | $9,542.61 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston TX 77042
713-969-1000

Capital One Bank, N.A.

35-2491
1130

**239051**

DATE 03/25/21

PAY     *****************9,542 Dollars and 61 Cents                          $    ****9,542.61

TO
THE
ORDER
OF

LOUISIANA DEPARTMENT OF REVENUE
AUDIT REVIEW AND APPEALS DIVISION
PO BOX 4936
BATON ROUGE, LA 70821-4936

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈000239051⑈

**LOUISIANA**
DEPARTMENT *of* REVENUE

Post Office Box 4936
Baton Rouge, LA 70821-4936

⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON TX  77042-3623

| | |
|---|---|
| **Date of Notice:** | 08-Mar-2021 |
| **Letter ID:** | L 1956528096 |
| **Account ID:** | ██████400 |
| **Tax Type:** | Sales |

You have **30 days** from the date of this notice for your response or payment to reach this office. Please give this statement your prompt attention to avoid further penalty, interest, and fees.

**NOTICE OF PROPOSED TAX DUE - PLEASE DO NOT IGNORE THIS NOTICE**

Taxable Periods: March 01, 2018 - March 31, 2020

| | | |
|---|---|---|
| 1. Tax Due: | | 5,692.70 |
| 2. Interest to: | 03/23/2021 | 761.35 |
| 3. Delinquent filing penalty to: | 03/23/2021 | 1,380.73 |
| 4. Late payment penalty to: | | 0.00 |
| 5. Negligence penalty: | | 1,138.54 |
| 6. Understatement penalty: | | 569.29 |
| 7. Other charges: | | 0.00 |
| 8. Total of lines 1 - 7: | | 9,542.61 |
| 9. Less payments and credits: | | 0.00 |
| **10. Total amount due and payable:** | | **9,542.61** |

*Kirsten A Penn*

Kirsten Penn, Revenue Tax Auditor Specialist
(225) 219-2442
Kirsten.penn@la.gov

**Please see the reverse side for important information about responding to this notice.**

In accordance with the provisions of **L.S.A - R.S. 47:1562**, the Department of Revenue proposes to assess the above-named taxpayer for the tax, interest, and penalty (if any) shown above. The amount due was determined by a field audit.

**A bankruptcy case has been noted on this account and the federal automatic stay is in effect as set forth in Section 362 of the Bankruptcy Code.  This is a Notice of Tax Deficiency and is not an attempt to collect.  If you have any questions in reference to this notice, please contact us for additional tax information or contact your attorney for legal advice.  When your bankruptcy case has been closed (discharged or dismissed) any period that has not been paid by the trustee or discharged through your bankruptcy may become collectible.**

# Important Information

Please do not ignore this notice of proposed tax due. The Louisiana Department of Revenue proposes to collect, in accordance with R.S. 47:1561, the amounts shown on the reverse side. Louisiana law allows a taxpayer 30 days from the date of this notice to do one of the following: (1) pay the additional tax, interest, and penalties; (2) file a written protest of the proposed tax due with the Department of Revenue; (3) request an extension of time to file a written protest of the proposed tax due with the Department of Revenue; or (4) pay the proposed total amount due and payable under protest and within 30 days either file suit or file a petition with the Louisiana Board of Tax Appeals. If you do NOT pay the amount due within 30 days of the date of this notice, additional late payment penalties may be assessed pursuant to R.S. 47:1604(A)(4).

# Interest and Penalties

### R.S. 47:1601 - Interest
This statute provides that when a taxpayer fails to pay any tax before the statutory due date, interest will be added to the amount of tax due and shall be computed from the due date until the tax is paid. The annual interest rate is variable and is posted on LDR's website on Form R-1111, Interest Rate Schedule Collected on Unpaid Taxes. Also, LDR announces the current year's interest rate in a Revenue Information Bulletin that also includes the rate for prior years.

Computation of interest on notices of tax due shall be fifteen (15) days after the issue date of the notice. If payment is received on or before the fifteenth day after the issue date of the notice, no refund of interest shall be made. If payment is received after the fifteenth day but on or before the thirtieth day, no additional interest will be assessed.

### R.S 47:1602(A)(1) – Delinquent filing penalty
This statute imposes a delinquent filing penalty when a taxpayer fails to file a return on time. The delinquent filing penalty is 5 percent of the tax due if the delinquency is for 30 days or less. An additional 5 percent must be imposed for each additional 30 days or fraction thereof during which the delinquency continues, not to exceed 25 percent of the original tax due.

### R.S. 47:1602(A)(2) – Late payment penalty for taxes other than individual income tax
This statute imposes a late payment penalty when a taxpayer files a return but fails to pay the tax due on the return by the statutory due date, determined without regard to any extension of time for filing the return. The penalty is 5 percent of the unremitted tax if the failure to remit is for 30 days or less and an additional 5 percent for each additional 30 days or fraction thereof that the unremitted tax is not paid. This penalty will not be imposed for any 30-day period for which a delinquent filing penalty is due and cannot be imposed for more than five 30-day periods in total for each return required to be filed.

### R.S. 47:1602(A)(3) – Late payment penalty for individual income tax
This statute imposes a late payment penalty when a taxpayer files a return but fails to pay the tax due on the return by the statutory due date, determined without regard to any extension of time for filing the return. The penalty is 0.5 percent of the unremitted tax if the failure to remit is for 30 days or less and an additional 0.5 percent for each additional 30 days or fraction thereof that the unremitted tax is not paid. This penalty will not be imposed for any 30-day period for which a delinquent filing penalty is due. The penalty imposed by this statute for each 30-day period shall be calculated only on the amount remaining unpaid.

### R.S. 47:1602(A)(4) - Late payment penalty for additional taxes due
This statute imposes a late payment penalty when a taxpayer pays the amount reported on the return, but additional amounts are determined to be due by the Department of Revenue. The penalty is 0.5 percent of the additional tax due if not paid within 30 days of this notice and an additional 0.5 percent for each additional 30 days or fraction thereof that the additional tax is not paid. This penalty will not be imposed for any 30-day period for which a penalty is due under R.S. 47:1602(A)(1), (2), or (3).

### R.S. 47:1604.1(A) - Accuracy-related penalty
This statute provides that if a taxpayer fails to make a reasonable attempt to comply with the tax laws, rules or regulations, or shows a careless or reckless disregard for the tax laws, a penalty of 20 percent of the tax deficiency may be imposed. The penalty is presumed to apply if the taxpayer understates tax liability by 10 percent or more.

### R.S. 47:1604.1(C) - Understatement of tax penalty for taxes other than individual income tax
This statute provides that if a taxpayer understates tax liability by 25 percent or more, an accuracy-related penalty of 10 percent of the deficiency may be imposed. This penalty can be assessed in addition to the 20 percent accuracy-related penalty.

### R.S. 47:1604.1(B) - Understatement of tax penalty for individual income tax
This statute provides that if a taxpayer understates their tax table income by 25 percent or more of their Adjusted Gross Income, an accuracy-related penalty of 10 percent of the deficiency may be imposed. This penalty can be assessed in addition to the 20 percent accuracy-related penalty.

### R.S. 47:1604.1(D) - Penalty for willful disregard
This statute provides that if a taxpayer demonstrates a willful disregard of the tax laws, a penalty of 40 percent of the tax deficiency may be imposed. This penalty is presumed to apply when a taxpayer fails to timely pay tax withheld or collected from others, absent good cause. If this penalty applies, the penalties under R.S. 47:1604.1(A) - (C) will not.

### R.S. 47:1604.2 – Returned payment penalty (NSF fee) This statute
provides that a returned payment penalty must be imposed if a check or electronic debit used to make payment of a tax, penalty, interest, or fee is returned unpaid by the bank on which it is drawn. The penalty is 1 percent of the amount of the check or electronic debt, or $20, whichever is greater. In addition, a returned payment will be considered a failure to pay the tax and will give rise to interest and the late payment penalty.

If your check was returned unpaid, send your payment in the form of a cashier's check, money order, or certified check.

### R.S. 47:1605 - Examination and hearing costs
This statute provides that if a taxpayer fails to file a required return, or files a grossly incorrect, false, or fraudulent return, and the Louisiana Department of Revenue audits the taxpayer, a specific penalty may be added to the amount of tax found to be due, in addition to any other penalty provided.

The interest and specific penalties described above are by law an obligation that must be collected and accounted for in the same manner as if they were part of the tax due, and can be enforced either in a separate action or in the same action for the collection of the tax.

## Notice

### Your Appeal Rights Have Changed!

Act 198 of the 2014 Regular Legislative Session amended several sections of the Administrative Provisions in Chapter 18 of Subtitle II of Title 47 of the Louisiana Revised Statutes of 1950, as amended.   Taxpayers may legally take any of the following actions within 30 days of the date of the Notice of Proposed Tax Due:

1. Pay the additional tax, interest, and penalties;

2. File a written protest of the proposed tax due with the Louisiana Department of Revenue;

3. Request an extension of time to file a written protest of the proposed tax due with the Louisiana Department of Revenue; or

4. Pay the proposed total amount due under protest and within 30 days either file suit or file a petition with the Louisiana Board of Tax Appeals for recovery of the payment.

A protest filed with the Louisiana Department of Revenue must be in writing and should fully disclose the reasons, together with supporting facts and figures, for objecting to the Notice of Proposed Tax Due.  A properly filed written protest shall be considered by the Louisiana Department of Revenue.  Upon request, the taxpayer may be granted a private hearing.  Please mail any questions regarding this Notice of Proposed Tax Due in sufficient time to allow action prior to the expiration of the 30-day period following the date of the Notice of Proposed Tax Due.

Any taxpayer who elects to pay under protest and either file suit or file a petition with the Louisiana Board of Tax Appeals must give notice to the Louisiana Department of Revenue of their intention at the time of payment.  Suit must be filed within 30 days of payment of the tax. A petition must be filed with the Louisiana Board of Tax Appeals within 30 days of payment of the tax.

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims

**CLAIM # 86**

*Fieldwood Energy LLC*                                                                                  238691

| VENDOR | CHECK DATE | | | |
|---|---|---|---|---|
| MATAGORDA COUNTY TAX ASSESSOR | 700641 | 01/22/21 | | |

| INVOICE NUMBER | INVOICE DATE | | | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| POSCR1353 | 01/14/21 | 1232421 | | $0.00 | $48,144.54 |
| | | | Total: | $0.00 | $48,144.54 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston  TX 77042
713-969-1000

Capital One Bank, N.A.

$\frac{35\text{-}2491}{1130}$

238691

DATE 01/22/21

PAY   ****************48,144 Dollars and 54 Cents                                    $   ****48,144.54

TO
THE
ORDER
OF

CRISTYN E. HALLMARK, PCC
MATAGORDA COUNTY TAX ASSESSOR-COLLECTOR
1700 SEVENTH STREET - ROOM 203
BAY CITY, TX 77414-5091

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈000 238691⑈

# CHECK REQUEST

*Accounting Purposes Only:*
Vendor No. _____
Invoice No. CR _____

 **FIELDWOOD ENERGY**

**Department:** Tax _____

**Date:** 1/14/2021 _____

## EMPLOYEE INFORMATION

**Name:** Bridget Harris

**Phone:** X1112

## VENDOR INFORMATION

**Name:** Matagorda County Appraisal District #700641

**Date Check Is Needed:** 1/26/2021

**Address:** Matagorda County Tax Assessor-Collector

1700 Seventh Street, Room 203

Bay City, TX 77414-5091

**Federal Taxpayer ID:**

*(if needed)*

Payment Description: **Payable to Cristyn E. Hallmark, PCC**

| Reason for Check | Amount |
|---|---|
| | 48,144.54 |
| **2020 Ad Valorem Taxes** | |
| **See Attached Support** | |
| | |
| **Total Check Amount** | **$ 48,144.54** |

**Coding:**

**Main Acct:** 7200        **Sub Acct:** 180        **Well or Dept:** Accounting

Please select:        ☐ **To be mailed**        ☑ **Hand deliver**

**Requester:** *Bridget A. Harris*        **Manager:** *Bridget A. Harris*

**Date:** 1/14/21        **Date:** 1/14/21

**Authorized Approval:** _____

**Date:** 1/14/21

| Payment Report for: | | Matagorda County Appraisal District | | Payment Due 1/31/2021 | Payment Due 1/31/2020 | |
|---|---|---|---|---|---|---|
| | Vendor | 700641 | | | | |
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference |
| 14527 | MI 5198BAY | 117848 | Fieldwood Energy LLC | 47,353.47 | 109,943.40 | (62,589.93) |
| | MI519L3SL0 | | Fieldwood Energy LLC | - | - | - |
| 14528 | P Kestler AB 347 5.6 | 121827 | Fieldwood Energy LLC | 791.07 | 752.06 | 39.01 |
| | | | **Payment Due** | **48,144.54** | 110,695.46 | (62,550.92) |

Bridget Harris, Tax Manager

1/14/21
Date

Bill Swingle, VP of Accounting & CAO

1/14/21
Date

Please return check to Bridget Harris for processing and mailing

**Tax Bill Transmittal**
**Statement 1 of 1**
October 16, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

| | | |
|---|---|---|
| **Client:** | **Fieldwood Energy LLC** | **Assessor:**  Matagorda County Appraisal District |
| | **Fieldwood Energy LLC** | Lien Date: |
| **Property:** | **Various Properties** | Tax Year:   2020 |

**Make Checks Payable To:**

Matagorda County Tax Assessor-Collector
1700 Seventh Street, Room 203
Bay City, TX  77414-5091

| Jurisdiction | Tax Rate |
|---|---|
| Bay City ISD | 1.431400 |
| Matagorda Coastal Plains GWD | 0.004650 |
| Matagorda County | 0.422230 |
| Matagorda County C & R District | 0.008310 |
| Matagorda County Hospital District | 0.318150 |
| Matagorda DD #1 | 0.042010 |
| Port of Bay City | 0.056280 |
| **Total Tax Rate** | **2.283030** |

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | **Jan/31/2021** | **Feb/01/2021** | **48,144.54** |

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ██████████ Bay City Compressor Station RE P Kestler AB347 5.694 Acres | RE | RE | 100% | 34,650 | 34,650 | 791.07 | |
| ████████ Bay City Compressor Station Compr, Pump, Mtr, Sta & Dehy | PP | 0.000000 COMP | 100% | 2,074,150 | 2,074,150 | 47,353.47 | |
| 2 Bills Included with this Transmittal | | | | **2,108,800** | **2,108,800** | **$ 48,144.54** | **N/A** |

[13111]

*Stancil*

CRISTYN E. HALLMARK, PCC
Phone: 979-244-7670
Fax: 979-244-7678

www.co.matagorda.tx.us

## 2020 TAX STATEMENT

**STATEMENT NUMBER**

**PROPERTY ID NUMBER**
117848

| NAME & ADDRESS | PROPERTY DESCRIPTION | PROPERTY GEOGRAPHICAL ID |
|---|---|---|
| Owner ID: 211163        Pct: 100.000%<br>FIELDWOOD ENERGY<br>%PROPERTY TAX DEPARTMENT<br>2000 W SAM HOUSTON PKWY S STE<br>HOUSTON, TX 77042-3623 US | BAY CITY COMPRESSOR<br>STATION,COMPRESSORES ARE LEASED | 9990-0010-7118850 |
| | | PROPERTY SITUS / LOCATION |
| | Acreage: 0.0000              Type: P | |

| LAND MARKET VALUE | IMPROVEMENT MARKET VALUE | AG/TIMBER USE VALUE | AG/TIMBER MARKET | ASSESSED VALUE |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 2,074,150 |

100% Assessment Ratio

Appraised Value:            2,074,150

| Taxing Unit | Assessed | Homestead Exemption | OV65 or DP Exemption | Other Exemptions | Freeze Year and Ceiling | Taxable Value | Rate Per $100 | Tax Due |
|---|---|---|---|---|---|---|---|---|
| PORT OF BAY CITY | 2,074,150 | 0 | 0 | 0 | | 2,074,150 | 0.056280 | 1,167.33 |
| CONS & RECL DISTRICT | 2,074,150 | 0 | 0 | 0 | | 2,074,150 | 0.008310 | 172.36 |
| COASTAL PLAINS GROU | 2,074,150 | 0 | 0 | 0 | | 2,074,150 | 0.004650 | 96.45 |
| BAY CITY ISD | 2,074,150 | 0 | 0 | 0 | | 2,074,150 | 1.431400 | 29,689.38 |
| DRAINAGE DISTRICT #1 | 2,074,150 | 0 | 0 | 0 | | 2,074,150 | 0.042010 | 871.35 |
| MATAGORDA COUNTY | 2,074,150 | 0 | 0 | 0 | | 2,074,150 | 0.422230 | 8,757.69 |
| MATAGORDA CO HOSPIT | 2,074,150 | 0 | 0 | 0 | | 2,074,150 | 0.318150 | 6,598.91 |

| Total Taxes Due By Jan 31, 2021 | 47,353.47 |
|---|---|

**Penalty & Interest if paid after Jan 31, 2021**

| If Paid in Month | P&I Rate | Tax Due* |
|---|---|---|
| February 2021 | 7% | 50,668.19 |
| March 2021 | 9% | 51,615.30 |
| April 2021 | 11% | 52,562.37 |
| May 2021 | 13% | 53,509.40 |
| June 2021 | 15% | 54,456.52 |

Property taxes in Texas are assessed as of January 1st each year and cover a period of one year from that date. Tax statutes make no provisions for proration; therefore, a change of address during the year would have no effect on the tax liability established on January 1st of the calendar year. These tax statutes also make no provisions for proration in case the property is disposed of during the calendar year. Also, if you owned personal property described on the tax statement on January 1st, then you are personally liable for the taxes. IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

*Total Tax Due may include Additional Penalty up to 20% incurred on April 1 or July 1 of the year of delinquency [Tax Code Sec 33.11] or Additional Late Filing Penalty of 10% [Tax Code Sec 23.54, Tax Code Sec 21.10].

True Automation, Inc.

* DETACH HERE AND RETURN WITH PAYMENT *

Make checks payable to:

**CRISTYN E. HALLMARK, PCC**

**MATAGORDA COUNTY TAX ASSESSOR-COLLECTOR**
**1700 SEVENTH STREET, ROOM 203**
**BAY CITY, TX 77414-5091**

**RETURN SERVICE REQUESTED**



*47353 47*

| Owner Name and Address | Statement Number |
|---|---|
| FIELDWOOD ENERGY<br>%PROPERTY TAX DEPARTMENT<br>2000 W SAM HOUSTON PKWY S S<br>HOUSTON, TX 77042-3623 US | **Prop ID Number**<br>117848<br>**Geographical ID**<br>9990-0010-7118850 |

**STANCIL PROPERTY TAX LLC**
**PO BOX 968**
**KATY, TX 77492-0968 US**

See payment schedule below for tax due.

| If Paid in Month | Tax Due |
|---|---|
| October 2020 | 47,353.47 |
| November 2020 | 47,353.47 |
| December 2020 | 47,353.47 |
| January 2021 | 47,353.47 |
| February 2021 | 50,668.19 |
| March 2021 | 51,615.30 |
| April 2021 | 52,562.37 |
| May 2021 | 53,509.40 |
| June 2021 | 54,456.52 |

**In January Pay**
**47,353.47**

Taxes are payable October 1, 2020 and become delinquent on February 1, 2021

www.co.matagorda.tx.us

## 2020 TAX STATEMENT

**STATEMENT NUMBER**

**PROPERTY ID NUMBER**
121827

| NAME & ADDRESS | PROPERTY DESCRIPTION | PROPERTY GEOGRAPHICAL ID |
|---|---|---|
| Owner ID: 216901          Pct: 100.000%<br>FIELDWOOD ENERGY LLC<br>2000 WEST SAM HOUSTON PARKWAY S STE 12<br>HOUSTON, TX 77042 | P KESTLER   AB 347   5.694 ACRES | 0347-0000-0006A0 |
| | | **PROPERTY SITUS / LOCATION** |
| | Acreage: 5.6940                        Type: R | |

| LAND MARKET VALUE | IMPROVEMENT MARKET VALUE | AG/TIMBER USE VALUE | AG/TIMBER MARKET | ASSESSED VALUE |
|---|---|---|---|---|
| 34,650 | 0 | 0 | 0 | 34,650 |

100% Assessment Ratio

Appraised Value:                 34,650

| Taxing Unit | Assessed | Homestead Exemption | OV65 or DP Exemption | Other Exemptions | Freeze Year and Ceiling | Taxable Value | Rate Per $100 | Tax Due |
|---|---|---|---|---|---|---|---|---|
| PORT OF BAY CITY | 34,650 | 0 | 0 | 0 | | 34,650 | 0.056280 | 19.50 |
| CONS & RECL DISTRICT | 34,650 | 0 | 0 | 0 | | 34,650 | 0.008310 | 2.88 |
| COASTAL PLAINS GROU | 34,650 | 0 | 0 | 0 | | 34,650 | 0.004650 | 1.61 |
| BAY CITY ISD | 34,650 | 0 | 0 | 0 | | 34,650 | 1.431400 | 495.98 |
| DRAINAGE DISTRICT #1 | 34,650 | 0 | 0 | 0 | | 34,650 | 0.042010 | 14.56 |
| MATAGORDA COUNTY | 34,650 | 0 | 0 | 0 | | 34,650 | 0.422230 | 146.30 |
| MATAGORDA CO HOSPIT | 34,650 | 0 | 0 | 0 | | 34,650 | 0.318150 | 110.24 |

| Total Taxes Due By Jan 31, 2021 | 791.07 |
|---|---|

**Penalty & Interest if paid after Jan 31, 2021**

| If Paid in Month | P&I Rate | Tax Due* |
|---|---|---|
| February 2021 | 7% | 846.44 |
| March 2021 | 9% | 862.27 |
| April 2021 | 11% | 878.10 |
| May 2021 | 13% | 893.91 |
| June 2021 | 15% | 909.73 |

Property taxes in Texas are assessed as of January 1st each year and cover a period of one year from that date. Tax statutes make no provisions for proration; therefore, a change of address during the year would have no effect on the tax liability established on January 1st of the calendar year. These tax statutes also make no provisions for proration in case the property is disposed of during the calendar year. Also, if you owned personal property described on the tax statement on January 1st, then you are personally liable for the taxes. IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

*Total Tax Due may include Additional Penalty up to 20% incurred on April 1 or July 1 of the year of delinquency [Tax Code Sec 33.11] or Additional Late Filing Penalty of 10% [Tax Code Sec 23.54, Tax Code Sec 21.10]

True Automation, Inc.

* DETACH HERE AND RETURN WITH PAYMENT *

Make checks payable to:

CRISTYN E. HALLMARK, PCC

MATAGORDA COUNTY TAX ASSESSOR-COLLECTOR
1700 SEVENTH STREET, ROOM 203
BAY CITY, TX 77414-5091

RETURN SERVICE REQUESTED

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY, TX 77492-0968 US



*791.07*

**Statement Numbe**

| Owner Name and Address | |
|---|---|
| FIELDWOOD ENERGY LLC<br>2000 WEST SAM HOUSTON PARK<br>HOUSTON, TX 77042 | **Prop ID Number**<br>121827<br>**Geographical ID**<br>0347-0000-0006A0 |

See payment schedule below for tax due.

| If Paid in Month | Tax Due | |
|---|---|---|
| October 2020 | 791.07 | **In January Pay** |
| November 2020 | 791.07 | |
| December 2020 | 791.07 | **791.07** |
| January 2021 | 791.07 | |
| February 2021 | 846.44 | Taxes are payable |
| March 2021 | 862.27 | October 1, 2020 and |
| April 2021 | 878.10 | become delinquent |
| May 2021 | 893.91 | on February 1, 2021 |
| June 2021 | 909.73 | |

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims

**CLAIM # 169**

*Fieldwood Energy LLC*

**238699**

| | VENDOR | CHECK DATE | | |
|---|---|---|---|---|
| RIO GRANDE CITY CISD TAX OFFIC | 700849 | 01/22/21 | | |

| INVOICE NUMBER | INVOICE DATE | | | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| POSCR1354 | 01/14/21 | 1232422 | | $0.00 | $29.00 |
| | | | Total: | $0.00 | $29.00 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston TX 77042
713-969-1000

Capital One Bank, N.A.

35-2491
1130

**238699**

DATE 01/22/21

PAY    ********************29 Dollars and 00 Cents

$    ****29.00

TO
THE
ORDER
OF

RIO GRANDE CITY CISD TAX OFFICE
P.O. BOX 91
RIO GRANDE CITY, TX 78582

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈000 238699⑈

# CHECK REQUEST

*Accounting Purposes Only:*
Vendor No. _____
Invoice No. CR _____

 **FIELDWOOD ENERGY**

**Department:** Tax _____

**Date:** 1/14/2021 _____

## EMPLOYEE INFORMATION

**Name:** Bridget Harris

**Phone:** X1112

## VENDOR INFORMATION

**Name:** Rio Grande City C.I.S.D. Tax Office

**Date Check Is Needed:** 1/26/2021

**Address:** Rio Grande City C.I.S.D. Tax Assessor - Collector

PO Box 91

Rio Grande Ciy, TX 78582

**Federal Taxpayer ID:**

*(if needed)*

## Payment Description

| Reason for Check | Amount |
|---|---|
|  | 29.00 |
| **2020 Ad Valorem Taxes** |  |
| **See Attached Support** |  |
|  |  |
| **Total Check Amount** | $    29.00 |

**Coding:**

**Main Acct:** 8000      **Sub Acct:** 150      **Well or Dept:** Accounting

**Please select:**      ☐ To be mailed      ☒ Hand deliver

**Requester:** *Bridget H. Harris*      **Manager:** *Budget al Harris*

**Date:** 1/14/21      **Date:** 1/14/21

**Authorized Approval:** *(signature)*

**Date:** 1/14/21

| Payment Report for: | RIO Grande City ISD | | | Payment Due 1/31/2021 | Payment Due 1/31/2020 | |
|---|---|---|---|---|---|---|
| | Vendor | 700849 | | | | |
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference |
| 0712229-1-0099214 | Mineral Interests | | Fieldwood Energy LLC | 29.00 | 104.73 | (75.73) |
| 0712326-1-0005700 | Mineral Interests | | Fieldwood Energy LLC | - | 420.39 | (420.39) |
| | | | **Payment Due** | **29.00** | **525.12** | (496.12) |

Bridget Harris, Tax Manager

Date 1/14/21

Bill Swingle, VP of Accounting & CAO

Date 1/14/21

Please return check to **Bridget** Harris for processing and mailing

**Tax Bill Transmittal**
**Statement 1 of 1**
December 9, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

---

| | | |
|---|---|---|
| **Client:** | **Fieldwood Energy LLC** | |
| | **Fieldwood Energy LLC** | |
| **Property:** | **Various Properties** | |

Assessor:  Starr County Appraisal District
Lien Date:
Tax Year:  2020

**Make Checks Payable To:**

Rio Grande City CISD Tax Assessor-Collector
P.O. Box 91
Rio Grande City, TX  78582

| Jurisdiction | Tax Rate |
|---|---|
| Rio Grande City ISD | 1.300600 |
| **Total Tax Rate** | **1.300600** |

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | **Jan/31/2021** | **Feb/01/2021** | **29.00** |

---

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ███████ | MIN | .004772 RI | 100% | 2,230 | 2,230 | 29.00 | |
| Sheerin #1H | | | | | | | |
| Metano Energy | | | | | | | |
| 1 Bill Included with this Transmittal | | | | **2,230** | **2,230** | **$ 29.00** | **N/A** |

[16017]                                                                 *Stancil*



**LAURA V GARCIA, RTA**
**RIO GRANDE CITY CISD TAX ASSESSOR - COLLECTOR**
**PO BOX 91**
**RIO GRANDE CITY, TX 78582**
**PHONE NO. (956) 487-3297 , FAX (956) 487-0667**

Certified Owner:
FIELDWOOD ONSHORE LLC
2000 W SAM HOUSTON PKWY S STE 1200
HOUSTON, TX 77042-USA

Legal Description:
SHEERIN #1H (W99214); OPR: METANO
ENERGY III, LP. (0.004771970 - R)

Legal Acres:      .0000
Parcel Address:

Account No: ▮▮▮▮▮▮▮▮
CAD No: 998410       As of Date: 12/09/2020       Print Date: 12/09/2020

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | AG/TIM Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $0 | $2,230 | $2,230 | $2,230 | $0 | $0 | $0 | $2,230 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Value | | | |
| RIO GRANDE CITY CISD | $2,230 | | $0 | $2,230 | 1.300600 | $29.00 |

Total 2020 Tax: $29.00
Total 2020 Levy Paid To Date: $0.00
2020 Levy Due: $29.00
Total 2020 Due: $29.00

Exemptions:

| AMOUNT DUE IF PAID BY THE END OF: | | Taxes become delinquent on February 01, 2021. | | | |
|---|---|---|---|---|---|
| 12/31/2020 0% | 02/01/2021 0% | 03/01/2021 7% | 03/31/2021 9% | 04/30/2021 11% | 05/31/2021 13% |
| $29.00 | $29.00 | $31.03 | $31.61 | $32.19 | $32.77 |

School Information :
RIO GRANDE CITY CISD    2020 M&O .99890000 I&S .30170000 Total 1.3006000 2019 M&O 1.0125000 I&S .30990000 Total 1.3224000

TO PAY ONLINE GO TO: HTTPS://WWW.RGCCISD.ORG/167069_2

- - - - - - - - - - - - - - - - - - - **PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.** 7.1.53 - - - - - - - ✂

Print Date: 12/09/2020

AMOUNT DUE IF PAID BY THE END OF:

| 12/31/2020 0% | 02/01/2021 0% | 03/01/2021 7% | 03/31/2021 9% | 04/30/2021 11% | 05/31/2021 13% |
|---|---|---|---|---|---|
| $29.00 | $29.00 | $31.03 | $31.61 | $32.19 | $32.77 |

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**
LAURA V GARCIA, RTA
RIO GRANDE CITY CISD TAX ASSESSOR - COLLECTOR
PO BOX 91
RIO GRANDE CITY, TX 78582



**FIELDWOOD ONSHORE LLC**
**2000 W SAM HOUSTON PKWY S STE 1200**
**HOUSTON, TX 77042-USA**

| AMOUNT PAID: |
|---|
| $_____. |

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims


**CLAIM # 407**

*Fieldwood Energy LLC*

238695

| INVOICE NUMBER | INVOICE DATE | | | | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|---|
| SHELDON INDEPENDENT SCHOOL DIS | | VENDOR 700777 | | CHECK DATE 01/22/21 | | |
| POSCR1356 | 01/14/21 | 1232424 | | | $0.00 | $98,917.70 |
| | | | | Total: | $0.00 | $98,917.70 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston  TX 77042
713-969-1000

Capital One Bank, N.A.

35-2491
1130

238695

DATE  01/22/21

PAY    ***************98,917 Dollars and 70 Cents

$    ****98,917.70

TO
THE
ORDER
OF

SHELDON INDEPENDENT SCHOOL DISTRICT
11411 C.E. KING PARKWAY, SUITE A
HOUSTON,TX 77044-7109

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈000238695⑈

# CHECK REQUEST

*Accounting Purposes Only:*
Vendor No. _____
Invoice No. CR _____

 **FIELDWOOD ENERGY**

Department: **Tax** _____

Date: **1/14/2021** _____

## EMPLOYEE INFORMATION

Name: **Bridget Harris** _____

Phone: X1112 _____

## VENDOR INFORMATION

Name: **Sheldon ISD - Tax Office #700777** _____

Date Check Is
Needed: 1/26/2021

Address: Sheldon ISD Tax Office _____

11411 C.E. King Parkway, Suite A _____

Houston, TX 77044-7192 _____

Federal
Taxpayer ID:

*(if needed)*

## Payment Description

| Reason for Check | Amount |
|---|---|
|  | 98,917.70 |
| **2020 Ad Valorem Taxes** |  |
| **See Attached Support** |  |
|  |  |
| **Total Check Amount** | **$ 98,917.70** |

Coding:

Main Acct: **7200**      Sub Acct: **180**      Well or Dept: **Accounting**

Please select:      ☐ To be mailed      ☒ Hand deliver

Requester: Bridget A Harris

Date: 1/14/21

Manager: Budget Gilmer

Date: 1/14/21

Authorized Approval:

Date: 1/14/21

| | | | | Payment Due | Payment Due | |
|---|---|---|---|---|---|---|
| **Payment Report for:** | Sheldon ISD | | | 1/31/2021 | 1/31/2020 | |
| | Vendor | 700777 | | | | |
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference |
| 2275406 | Inv. @ Technip | | Fieldwood Energy LLC | - | 6,299.24 | (6,299.24) |
| 2306765 | Inv. @ Arctic | | Fieldwood Energy LLC | 98,917.70 | 116,282.01 | (17,364.31) |
| | | | **Payment Due** | **98,917.70** | **122,581.25** | (23,663.55) |

Bridget a. Harris
Bridget Harris, Tax Manager

Bill Swingle, VP of Accounting & CAO

1/14/21
Date

1/14/21
Date

Please return check to Bridget Harris for processing and mailing



**Tax Bill Transmittal**
**Statement 1 of 1**
November 13, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

---

**Client:**  **Fieldwood Energy LLC**
**Fieldwood Energy LLC**

**Property:**  **Various Properties**

**Assessor:**  Harris County Appraisal District
Lien Date:
Tax Year:  2020

| Jurisdiction | Tax Rate |
|---|---|
| Sheldon ISD | 1.501600 |
| **Total Tax Rate** | **1.501600** |

**Make Checks Payable To:**

Sheldon ISD - Tax Office
11411 C.E. King Parkway, Suite A
Houston, TX  77044-7192

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | **Jan/31/2021** | **Feb/01/2021** | **98,917.70** |

---

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ███ Inventory @ Technip FMC Located @ 13460 Lockwood Dr | PP | Stored Inv | 100% | 0 | 0 | 0.00 | |
| ███ Inventory @ Arctic Located @ 9500 Sheldon Rd 77049 | PP | Stored Inv | 100% | 6,587,487 | 6,587,487 | 98,917.70 | |
| 2 Bills Included with this Transmittal | | | | **6,587,487** | **6,587,487** | **$ 98,917.70** | **N/A** |

**SHELDON I.S.D. Tax Office**
**Tax Assessor-Collector**
11411 C.E. King Parkway Suite A
Houston, TX 77044
Phone: (281) 727-2036

**2020 Tax Statement 11/02/2020**



**PROPERTY ACCOUNT NUMBER**



**OWNER NAME AND MAILING ADDRESS**

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY,TX 77492-0968

**PROPERTY DESCRIPTION**
0009500 SHELDON RD

0.000000 Acres       Assessment Ratio 100%

| LAND VALUE | IMPROVEMENT | NON-HOMESITE LAND | NON-HOMESITE IMPROVEMENT | PERSONAL PROPERTY | APPRAISED VALUE | AG VALUE |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 6,587,487 | 6,587,487 | 0 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|
| SHELDON I.S.D. | 0 | 6,587,487 | 1.501600 | $98,917.70 |
| | | | TOTAL BASE TAX | $98,917.70 |
| | | | TOTAL BASE PAID | 98,917.70 |

**Exemptions:**

| SCHOOL TAX CEILING YEAR/AMOUNT | | **TOTAL AMOUNT DUE** | **$98,917.70** |
|---|---|---|---|

| OVER 65/DISABLED INSTALLMENTS | | | |
|---|---|---|---|
| | FEB 2021 | 7% | **$105,841.94** |
| | MAR 2021 | 9% | **$107,820.29** |
| | APR 2021 | 11% | **$109,798.65** |
| | MAY 2021 | 13% | **$111,777.00** |

**TAXES ARE DUE UPON RECEIPT.  TAXES WILL BECOME DELINQUENT ON FEBRUARY 1, 2021,**
**with penalty and interest as follows: February 7%, March 9%, April 11%, May 13%, June 15%, July 18% + up to 20%.**
If your mortgage company escrows money for payment of taxes, place your loan number on our statement and mail to them for payment.
**General information and payment options located on reverse side of this statement.**

------------------------------------------------------------------------------------
Please detach and return bottom portion with your payment - DO NOT STAPLE

**CURRENT YEAR RECEIPT AVAILABLE ON WEBSITE**

## SHELDON I.S.D TAX STATEMENT

| ACCOUNT NUMBER | | PAY BY | AMOUNT DUE |
|---|---|---|---|
| | | 01/31/2021 | $98,917.70 |
| | | AMOUNT OF YOUR CHECK | |



STANCIL PROPERTY TAX LLC
PO BOX 968
KATY,TX 77492-0968

PAY TO:
SHELDON I.S.D, TAX OFFICE
Tax Assessor-Collector
11411 C.E, King Parkway, Suite A
Houston, Texas 77044-7192
Phone (281) 727-2036

0001 0072

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims

**CLAIM # 97**

# CHECK REQUEST

*Accounting Purposes Only:*
Vendor No. _____
Invoice No. CR _____

## FIELDWOOD ENERGY

**Department: Tax** _____

**Date:**   **1/14/2021** _____

### EMPLOYEE INFORMATION

**Name: Bridget Harris**

**Phone:** X1112

### VENDOR INFORMATION

**Name: Starr County Tax Office**

**Date Check Is Needed:** 1/26/2021

**Address:** Starr County Tax Office

100 N. FM 3167, Suite 201

Rio Grande City, TX 78582

**Federal Taxpayer ID:**

*(if needed)*

## Payment Description

| Reason for Check | Amount |
|---|---|
|  | 27.08 |
| 2020 Ad Valorem Taxes |  |
| See Attached Support |  |
|  |  |
| **Total Check Amount** | **$      27.08** |

**Coding:**

**Main Acct: 7200**      **Sub Acct:  180**      **Well or Dept:  Accounting**

Please select:          ☐ To be mailed          ☑ Hand deliver

**Requester:** *Bridget A. Harris*          **Manager:** *Bridget Gilberti*

**Date:** 1/14/21          **Date:** 1/14/21

**Authorized Approval:** *[signature]*

**Date:** 1/14/21

*Fieldwood Energy LLC*                                                                                    **238787**

| | | VENDOR | CHECK DATE | | |
|---|---|---|---|---|---|
| STARR COUNTY TAX OFFICE | | 700851 | 02/05/21 | | |
| INVOICE NUMBER | INVOICE DATE | | | DISCOUNT TAKEN | AMOUNT PAID |
| POSCR1357 | 01/14/21 | 1232425 | | $0.00 | $27.08 |
| | | | Total: | $0.00 | $27.08 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston  TX 77042
713-969-1000

Capital One Bank, N.A.

35-2491
1130

**238787**

DATE  02/05/21

PAY     *******************27 Dollars and 08 Cents                              $     ****27.08

TO
THE      **STARR COUNTY TAX OFFICE**
ORDER    CARMEN A. PENA, RTA
OF       100 N. FM 3167 - SUITE 201
         RIO GRANDE CITY,TX 78582

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑆000 238 78 7⑆

| Payment Report for: | Starr County | | | Payment Due 1/31/2021 | Payment Due 1/31/2020 | |
|---|---|---|---|---|---|---|
| | Vendor       700851 | | | 2020 Taxes | 2019 Taxes | |
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference |
| ...712326 | Lease #5700 | | Fieldwood Energy LLC | - | | - |
| | Sheerin #1H | | Fieldwood Energy LLC | 27.08 | 96.30 | (69.22) |
| | Brock J D -A- | | Fieldwood Energy LLC | - | 386.52 | |
| | | | **Payment Due** | **27.08** | **482.82** | (69.22) |

Bridget Harris, Tax Manager

Bill Swingle, VP of Accounting & CAO

1/14/21
Date

1/14/21
Date

Please return check to Bridget Harris for processing and mailing

**Tax Bill Transmittal**
**Statement 1 of 1**
October 21, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

---

| | | |
|---|---|---|
| **Client:** | **Fieldwood Energy LLC** | |
| | **Fieldwood Energy LLC** | |
| **Property:** | **Various Properties** | |

Assessor:   Starr County Appraisal District
Lien Date:
Tax Year:   2020

## Discounts Available

| Jurisdiction | Tax Rate |
|---|---|
| South Texas College (Starr) | 0.171800 |
| Starr County | 0.525900 |
| Starr County Drainage District | 0.012500 |
| Starr County Farm Road | 0.240000 |
| Starr County Hospital District | 0.264146 |
| Starr County I&S | 0.000000 |
| Starr County M&O | 0.525900 |
| STCC Annual Maintenance | 0.171800 |
| **Total Tax Rate** | **1.912046** |

**Make Checks Payable To:**

Starr County Tax Office
100 N. FM 3167 Suite 201
Rio Grande City, TX  78582

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | **Jan/31/2021** | **Feb/01/2021** | **27.08** |

---

| | Account | Type | Market / Ass'd | 3.00% Discount if paid by Oct/31/2020 | 2.00% Discount if paid by Nov/30/2020 | 1.00% Discount if paid by Dec/31/2020 | Total Taxes |
|---|---|---|---|---|---|---|---|
| MIN | ▮▮▮▮▮ | .004772 RI | 2,230 | 26.39 | 26.62 | 26.85 | 27.08 |
| | Sheerin #1H Metano Energy | | 2,230 | | | | |
| MIN | ▮▮▮▮▮ | .111112 RI | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Brock J D -A- Remco Oil & Gas Production | | 0 | | | | |
| | 2 Bills Included with this Transmittal | | | **$ 26.39** | **$ 26.62** | **$ 26.85** | **$ 27.08** |

[13635]                                                    *Stancil*

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims

**CLAIM # 981**

**ADP, Inc.**
Employment Tax
Tax & Financial Services
AVS
400 W. Covina Blvd
San Dimas, CA 91773
( 909) 592-6411, 9093946605

FIELDWOOD ENERGY
ATTN: SUITE 1200 LINDA FAUBION
2000 W SAM HOUSTON PARKWAY S
HOUSTON, TX 77042

**DATE**              Jul 29 , 2021
**FEDERAL ID**        ██████
**BRANCH/CO**       S2-RXW5

## TAX NOTICE UPDATE

**NOTICE REFERENCE ID**
DU14077V1

**RELATED NOTICE REFERENCE ID**

**JURISDICTION**
TEXAS WORKFORCE COMMISSION

**TAX TYPE**
Unemployment Tax

**JURISDICTION ID**
141959379

**NOTICE AMOUNT**
$4,070.23



**RESOLVED**
We received your request to pay the outstanding amount due on the account.

**Your Actions Required**
• There is no additional action required by you.

**ADP Actions Taken**
• We've sent a payment on your behalf. You will receive an invoice under a separate cover detailing
  the debit to your account.

**DATE ON NOTICE**
07/05/2021

**YEAR / QUARTER**
2021/1

**DATE NOTICE RECEIVED BY ADP**
07/29/2021

Thanks for your help in resolving this notice. For questions, feel free to call your ADP Representative.

Sincerely,

ADP, Inc.

1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re: Fieldwood Energy LLC           Account No. xx-xxx937-9
                                        Case No. 20-33948

ADMINISTRATIVE EXPENSE PROOF OF CLAIM
AND REQUEST FOR PAYMENT

Creditor:           Texas Workforce Commission Regulatory Integrity Division – SAU
Send Notice to:      Office of the Attorney General, Bankruptcy - Collections Division MC 008
                    P.O. Box 12548 Austin, TX 78711-2548, (512) 463-2173

The undersigned declares:
1. I am an employee of the Texas Workforce Commission and authorized to submit this proof of claim on its behalf.
2. The Debtor was, subsequent to the Petition Date, and still is, indebted to Creditor in the sum of $4,070.23 (Four Thousand Seventy and 23/100).
3. The basis for this debt is tax, interest, penalty, and other charges due under the Texas Unemployment Compensation Act, Texas Labor Code, Chapter 201 et seq.
4. Attached is detailed information concerning the amount of tax, interest, penalty and other charges owed.
5. All payments of this claim have been credited. Creditor reserves all setoff rights under Texas law, including those arising from audits, credits, refunds or payments due for goods and services provided to the State of Texas.
6. No security interest is held for this claim.
7. This claim is filed as an Administrative Expense Claim pursuant to 11 U.S.C. Section 503. Payment is hereby requested pursuant to 11 U.S.C. Section 503(a) and 28 U.S.C. Section 960.

$4,070.23
Total Amount Claimed

Dated at Austin, Texas, this 22 nd day of July, 2021.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Signed:         /s/ Janaha Crawford
              Regulatory Integrity Division, Texas Workforce Commission
              (512) 463-2782

              Penalty for Presenting Fraudulent Claim. Fine of not more than $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. Sections 152 and 3571.

CC:          ☐ Office of the Attorney General ☐ Trustee ☐ Debtor's Attorney

XX-XXX937-9
004

AUSTIN, TEXAS 78778

CERTIFICATION OF DELINQUENT CONTRIBUTIONS, TAXES, ASSESSMENTS, PENALTIES
AND/OR INTEREST DUE BY EMPLOYER NAMED BELOW FOR PERIODS SHOWN

Employer  FIELDWOOD ENERGY LLC

| INQUIRIES, NOTICES & CORRESPONDENCE: | PAYMENTS |
|---|---|
| Attorney General, State of Texas | Texas Workforce Commission |
| Collection Div., Bankruptcy Sec. | Regulatory Integrity Div., Special Action Unit |
| P.O. Box 12548 | 101 E 15th Street  Rm. 556 |
| Austin, Texas 78711 | Austin, Texas 78778-0001 |

| PERIOD (CALENDAR QUARTER) | TOTAL TAXABLE WAGES | TAX RATE (%) | CONTRIBUTION DUE | DELINQUENCY DATE | SEC. 213.021 LATE PAYMENT INTEREST RATE(%) | SEC. 213.021 LATE PAYMENT INTEREST | SEC. 213.025 JUDGMENT/ ASSESSMENT INTEREST RATE (%) | SEC. 213.025 JUDGMENT/ ASSESSMENT INTEREST DUE | SEC 213.022 PENALTIES, FEES & OTHER CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 1/21 (Bal) | $2,035,110.71 | 3.51 | $4,070.23 | 8/3/2021 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| xxx | xxx | xx | $4,070.23 | xxx | xx | $0.00 | xx | $0.00 | $0.00 |

TOTAL AMOUNT DUE AS OF  July-2021             FOR PERIODS SHOWN ABOVE:          $4,070.23

Amounts claimed for wages paid subsquent to petition filing date. Late payment interest accumulates at 1.5% per month on the unpaid tax balance per § 213.021(a) Texas Labor Code.

#(NOTE:  T.U.C.A., LABOR CODE, Sec. 213.021 and 213.025 provides for late payment interest on delinquent contributions or taxes and interest on contributions or taxes reduced to judgment or final assessment.  Section 213.022 provides that penalties are assessed for late submission of or failure to submit Employer's Quarterly Report.)

THE STATE OF TEXAS §

COUNTY OF TRAVIS §

The undersigned, an authorized representative of the Texas Workforce Commission, hereby certifies in accordance with T.U.C.A., LABOR CODE, Sec. 213.034, that the foregoing statement was made from reports or audits of the employer named above which are on file in the  offices of the Texas Workforce Commission. The contributions, taxes, assessments, penalties, or interest shown to be due by the above statement are past due and unpaid and all just and lawful offsets, payments, and credits have been allowed.



/s/ Janaha Crawford
Regulatory Integrity Division, Texas Workforce Commission

EXHIBIT  A

C-100 (0696)
FORM C100S

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the Administrative Expense Proof of Claim was served on 07/22/2021, either by first class mail, postage paid or electronic notice in accordance with the Bankruptcy Rule to the following:

The Debtors:

**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

Attorney for the Debtor via Electronic Notice:

**Paul Richard Genender**
Weil, Gotshal & Manges L.L.P
200 Crescent Court
Suite 300
Dallas, TX 75201-6950
Email: paul.genender@weil.com

**Alfredo R Perez**
Weil Gotshal et al
700 Louisiana
Ste 1700
Houston, TX 77002
Email: alfredo.perez@weil.com

Trustee via Electronic Notice:

**Hector Duran, Jr**
U.S. Trustee
515 Rusk
Ste 3516
Houston, Tx 77002
Email: Hector.Duran.Jr@usdoj.gov

Janaha Crawford
Special Actions Unit, Accounts Examiner
Texas Workforce Commission
Regulatory Enforcement Division
101 E 15th Street, Room 556
Austin TX 78778-0001
Email: janaha.crawford@twc.state.tx.us

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims

**CLAIM # 839**

*Fieldwood Energy LLC*                                                                238458

| | | VENDOR | CHECK DATE | | | |
|---|---|---|---|---|---|---|
| VERMILION PARISH SHERIFF'S OFF | | 700829 | 12/17/20 | | | |
| INVOICE NUMBER | INVOICE DATE | | | | DISCOUNT TAKEN | AMOUNT PAID |
| POSCR1323 | 12/08/20 | 1220437 | | | $0.00 | $101,576.52 |
| | | | | Total: | $0.00 | $101,576.52 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston  TX 77042
713-969-1000

Capital One Bank, N.A.

35-2491
1130

**238458**

DATE  12/17/20

PAY   ***************101,576 Dollars and 52 Cents                              $  ****101,576.52

TO
THE
ORDER
OF

**VERMILION PARISH TAX COLLECTOR**
P. O. BOX 307
ABBEVILLE, LA 70511-0307

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈000 238458⑈

# CHECK REQUEST

*Accounting Purposes Only:*
*Vendor No.* _____
*Invoice No.* CR _____

 **FIELDWOOD ENERGY**

**Department: Tax** _____

**Date:** __12/8/2020__

| EMPLOYEE INFORMATION | |
|---|---|
| **Name: Bridget Harris** | **Phone:** X1112 |

| VENDOR INFORMATION | |
|---|---|
| **Name: Vermilion Parish Tax Collector #700829** | **Date Check Is Needed:** 12/18/2020 |
| **Address:** Vermilion Parish Tax Collector | **Federal Taxpayer ID:** |
| P.O. Box 307 | *(if needed)* |
| Abbeville, LA 70511-0307 | |

## Payment Description

| Reason for Check | Amount |
|---|---|
| | 101,576.52 |
| 2020 Ad Valorem Taxes | |
| See Attached Support | |
| | |
| **Total Check Amount** | **$ 101,576.52** |

**Coding:**

| Main Acct: 7200 | Sub Acct: 180 | Well or Dept: Accounting |
|---|---|---|

**Please select:**  ☐ **To be mailed**   ☒ **Hand deliver**

**Requester:** Bridget A. Harris

**Date:** 12/9/2020

**Manager:** Bridget Gilleran

**Date:** 12/9/2020

**Authorized Approval:** _(signature)_

**Date:** 12/9/2020

| Payment Report for: | | | Vermilion Parish | Payment Due 12/31/2020 | Payment Due 12/31/2019 | |
|---|---|---|---|---|---|---|
| | | | Vendor        700829 | | | |
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference |
| M2000800 | | | Fieldwood Energy LLC | 43,754.24 | 45,031.59 | (1,277.35) |
| M9002200 | | | Fieldwood Energy LLC | 2,009.57 | 1,941.32 | 68.25 |
| M6000810 | | | Fieldwood Energy LLC | 6,639.53 | 6,462.86 | 176.67 |
| M9002200 | | | Fieldwood Energy LLC | 2,370.58 | 2,291.82 | 78.76 |
| M6000810 | | | Fieldwood Energy LLC | 14,058.36 | 13,693.71 | 364.65 |
| M9002200 | | | Fieldwood Energy LLC | 2,796.80 | 2,704.62 | 92.18 |
| M6000810 | | | Fieldwood Energy LLC | 18,830.33 | 18,008.38 | 821.95 |
| M7005000 | | | Fieldwood Energy LLC | 5,984.17 | 5,830.96 | 153.21 |
| M7005000 | | | Fieldwood Energy LLC | 986.64 | 951.80 | 34.84 |
| M60004330 | | | Fieldwood Energy LLC | 2,786.80 | 2,769.32 | 17.48 |
| M2000200B | | | Fieldwood Energy LLC | 1,359.50 | 1,350.90 | 8.60 |
| | | | **Payment Due** | **101,576.52** | **101,037.28** | **539.24** |

Bridget Harris, Tax Manager

Bill Swingle, VP of Accounting & CAO

12/9/2020
Date

12/9/2020
Date

Please return check to Bridget Harris for processing and mailing

**Tax Bill Transmittal**
**Statement 1 of 1**
November 16, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

| | |
|---|---|
| Client: | **Fieldwood Energy LLC**<br>**Fieldwood Energy LLC** |
| Property: | **Various Properties** |

Assessor:  Vermilion Parish
Lien Date:
Tax Year:  2020

**Make Checks Payable To:**

Vermilion Parish
P.O. Box 307
Abbeville, LA  70511-0307

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | **Dec/31/2020** | **Jan/01/2021** | **101,576.52** |

| Jurisdiction | Tax Rate |
|---|---|
| Isle Maronne (Vermilion) | 33.210000 |
| Vermilion ABBV Har & Term | 3.280000 |
| Vermilion Kaplan Hospital | 7.410000 |
| Vermilion P I Fire # 16 | 12.860000 |
| Vermilion Parish | 67.210000 |
| Vermilion Prarie Gregg | 35.880000 |
| Vermilion RD # 4A | 6.930000 |
| Vermilion RD # 6 | 6.270000 |
| Vermilion RD # 7 | 8.620000 |
| Vermilion Twin Parish Port | 5.000000 |
| **Total Tax Rate** | **186.670000** |

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| Sea Robin Condensate Removal Facility 5533 Aristide Rd, Erath | PP | BPP | 15% | 2,520,260 | 378,039 | 43,754.24 | |
| 3.90 Miles 18 Pipe Line - 1982 (TSMA Dehy Station) | PP | BPP | 15% | 547,207 | 82,081 | 6,639.53 | |
| 7.00 Miles 20 Pipeline - 1982 (TSMA Dehy Station) | PP | BPP | 15% | 1,158,640 | 173,796 | 14,058.36 | |
| 7.80 Miles 22 Pipe Line - 1982 7.80 Miles 22 Pipe Line - 1982 | PP | BPP | 15% | 1,523,187 | 228,478 | 18,830.33 | |
| VR76 Shorescrubber, Platform 2000 Inprovements VR76 Shorescrubber, Platform 2000 Inprovements(acquired from Energy Partner | PP | BPP | 15% | 161,806 | 24,271 | 2,786.80 | |
| 15 Mi. 20 Pipeline @ TSMA Station 15 Mi. 20 Pipeline @ TSMA Station | PP | BPP | 15% | 398,767 | 59,815 | 5,984.17 | |

[15287]

*Stancil*

**Client:**     **Fieldwood Energy LLCFieldwood Energy LLC**
**Property:**    **Various Properties**                                                Page 2 of 2

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓<br>3 Mi. 10 Pipeline - OFFSHORE (TSMA Stn)<br>3 Mi. 10 Pipeline - OFFSHORE (TSMA Stn) | PP | BPP | 15% | 66,187 | 9,928 | 986.64 | |
| ▓▓▓▓▓<br>1.00 Miles 18 Pipe Line - 1982 (TSMA Line from Dehy Stn. to Kaplan Stn) | PP | BPP | 15% | 140,313 | 21,047 | 2,009.57 | |
| ▓▓▓▓▓<br>1.00 Miles 20 Pipe Line - 1982 (TSMA Line from Dehy Stn. to Kaplan Stn) | PP | BPP | 15% | 165,520 | 24,828 | 2,370.58 | |
| ▓▓▓▓▓<br>1.00 Miles 22 Pipe Line - 1982 (TSMA Line from Dehy Stn. to Kaplan Stn) | PP | BPP | 15% | 195,280 | 29,292 | 2,796.80 | |
| ▓▓▓▓▓<br>Inventory at  Acadian Contractors<br>17102 LA-330 Abbeville, LA | PP | Inventory | 15% | 79,595 | 11,939 | 1,359.50 | |
| 11 Bills Included with this Transmittal | | | | 6,956,762 | 1,043,514 | $ 101,576.52 | N/A |

*Tax bill total:*

| |
|---:|
| 1,359.50 |
| 43,754.24 |
| 39,528.22 |
| 2,786.80 |
| 6,970.81 |
| 7,176.95 |
| **101,576.52** |

29049|1|6



**VERMILION PARISH TAX COLLECTOR**
PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

PAGE 1 OF 6

# 2020
# TAX STATEMENT

PAY YOUR PROPERTY TAX BILL
ONLINE AT www.vpso.net
OR AT THE FOLLOWING LOCATIONS
101 S STATE ST ABBEVILLE, LA 70510 (ANNEX BUILDING) OR AT
OUR DRIVE THRU (OLD HIBERINA BANK)
LOCATED AT
407 CHARITY ST, ABBEVILLE, LA 70510

BY LAW, YOUR TAX BECOMES DELINQUENT AFTER DECEMBER 31, 2020. INTEREST WILL BE CHARGED AT THE RATE OF ONE PERCENT (1%) PER MONTH BEGINNING ON JANUARY 1.

**NO EXCEPTIONS!**
**WE DO NOT ACCEPT POST MARKS**

TAXES UNPAID AFTER MARCH 31ST, 2021 DELINQUENT TAXES WILL INCUR THE COST OF A DELINQUENT RESEARCH FEE.

028924



FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

29049
M2000200B

| | |
|---|---|
| TAX NOTICE # | M2000200B |
| ASSESSMENT #: | M2000200B |

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| MACHINERY & EQUIPMENT | 11,939 | 0 | ABBV HAR & TERM | 3.28 | 37.37 |
| | | | ASSESSMENT DIST | 2.68 | 32.00 |
| Assessed Value: | 11,939 | | CONS SCHOOLS-10M | 10.00 | 119.39 |
| Homestead Exemption: | 0 | | CONS SCHOOLS-25M | 25.00 | 298.48 |
| Taxable Value: | 11,939 | | HEALTH UNIT | 2.62 | 31.28 |
| | | | LAW ENFORCEMENT | 9.52 | 113.66 |
| | | | LIBRARY-M | 4.46 | 53.24 |
| | | | PARISH (EX A&K) | 4.14 | 49.43 |
| | | | PARISH ROAD | 3.34 | 39.88 |
| | | | PARISH SCHOOL | 4.76 | 56.83 |
| | | | PRAIRIE GREGG-A | 21.16 | 216.93 |
| | | | PRAIRIE GREGG-B | 17.71 | 211.44 |
| | | | ROAD DIST 4A | 7.39 | 82.74 |
| | | | T-V-F-W DIST | 1.41 | 16.83 |

**Property Description:**

UNKNOWN

| TOTAL TAXES DUE: | $1,359.50 |
|---|---|

*Questions must be resolved by December, 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

---



**VERMILION PARISH TAX COLLECTOR**
PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

PAY YOUR PROPERTY TAX BILL
ONLINE AT vpso.net

DETACH AND KEEP TOP PORTION

# 2020
# TAX STATEMENT

| | |
|---|---|
| TAX NOTICE # | M2000200B |
| ASSESSMENT #: | M2000200B |

| TOTAL TAX DUE: | $1,359.50 |
|---|---|

*Questions must be resolved by December 31



**TAXPAYER:**
FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

**MAKE CHECKS PAYABLE TO:**
VERMILION PARISH TAX COLLECTOR
PO BOX 307
ABBEVILLE, LA 70511-0307

CHECK HERE IF OWNER OR ADDRESS IS INCORRECT, MAKE CORRECTIONS ON BACK

29049|1|6

29049|2|6

## VERMILION PARISH TAX COLLECTOR

PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

PAGE 2 OF 6

PAY YOUR PROPERTY TAX BILL
ONLINE AT www.vpso.net
OR AT THE FOLLOWING LOCATIONS
101 S STATE ST ABBEVILLE, LA 70510 (ANNEX BUILDING) OR AT
OUR DRIVE THRU (OLD HIBERINA BANK)
LOCATED AT
407 CHARITY ST, ABBEVILLE, LA 70510

# 2020
# TAX STATEMENT

BY LAW, YOUR TAX BECOMES DELINQUENT AFTER DECEMBER 31, 2020. INTEREST WILL BE CHARGED AT THE RATE OF ONE PERCENT (1%) PER MONTH BEGINNING ON JANUARY 1.

## NO EXCEPTIONS!
## WE DO NOT ACCEPT POST MARKS

TAXES UNPAID AFTER MARCH 31ST, 2021 DELINQUENT TAXES WILL INCUR THE COST OF A DELINQUENT RESEARCH FEE.

028924

FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

29049
M2000800

TAX NOTICE #          M2000800
ASSESSMENT #:        M2000800

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| MACHINERY & EQUIPMENT | 377,226 | 0 | ASSESSMENT DIST | 2.68 | 1,013.14 |
| BUSINESS FURNITURE & FIXTURES | 813 | 0 | CONS SCHOOLS-10M | 10.00 | 3,780.39 |
| | | | CONS SCHOOLS-25M | 25.00 | 9,450.98 |
| Assessed Value: | 378,039 | | HEALTH UNIT | 2.62 | 990.46 |
| Homestead Exemption: | 0 | | LAW ENFORCEMENT | 9.52 | 3,598.93 |
| Taxable Value: | 378,039 | | LIBRARY-M | 4.46 | 1,686.05 |
| | | | PARISH (EX A&K) | 4.14 | 1,565.08 |
| | | | PARISH ROAD | 3.34 | 1,262.65 |
| | | | PARISH SCHOOL | 4.76 | 1,799.47 |
| | | | PRAIRIE GREGG-A | 21.16 | 6,868.97 |
| | | | PRAIRIE GREGG-B | 17.71 | 6,695.07 |
| | | | ROAD DIST 4A | 7.39 | 2,619.81 |
| | | | T-V-F-W DIST | 1.41 | 533.04 |
| | | | TWIN PARISH PORT-1M | 1.00 | 378.04 |
| | | | TWIN PARISH PORT-4M | 4.00 | 1,512.16 |

**Property Description:**

UNKNOWN

| TOTAL TAXES DUE: | $43,754.24 |
|---|---|

*Questions must be resolved by December, 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.



DETACH AND KEEP TOP PORTION

## VERMILION PARISH TAX COLLECTOR

PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

PAY YOUR PROPERTY TAX BILL
ONLINE AT vpso.net

# 2020
# TAX STATEMENT

TAX NOTICE #          M2000800
ASSESSMENT #:        M2000800

| TOTAL TAX DUE: | $43,754.24 |
|---|---|

*Questions must be resolved by December 31



**TAXPAYER:**

FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

**MAKE CHECKS PAYABLE TO:**
VERMILION PARISH TAX COLLECTOR
PO BOX 307
ABBEVILLE, LA 70511-0307

CHECK HERE IF OWNER OR ADDRESS IS INCORRECT, MAKE CORRECTIONS ON BACK

29049|2|6

29049|3|6

## VERMILION PARISH TAX COLLECTOR

PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

PAGE 3 OF 6

# 2020 TAX STATEMENT

**PAY YOUR PROPERTY TAX BILL**
ONLINE AT www.vpso.net
OR AT THE FOLLOWING LOCATIONS
101 S STATE ST ABBEVILLE, LA 70510 (ANNEX BUILDING) OR AT
OUR DRIVE THRU (OLD HIBERINA BANK)
LOCATED AT
407 CHARITY ST, ABBEVILLE, LA 70510

BY LAW, YOUR TAX BECOMES DELINQUENT
AFTER DECEMBER 31, 2020. INTEREST WILL
BE CHARGED AT THE RATE OF ONE PERCENT
(1%) PER MONTH BEGINNING ON JANUARY 1.

**NO EXCEPTIONS!**
**WE DO NOT ACCEPT POST MARKS**

TAXES UNPAID AFTER MARCH 31ST, 2021
DELINQUENT TAXES WILL INCUR THE COST OF
A DELINQUENT RESEARCH FEE.

028924

FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

29049
M6000810

TAX NOTICE #        M6000810
ASSESSMENT #:       M6000810

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| PIPELINES OTHER THAN PUBLIC SER | 484,355 | 0 | ASSESSMENT DIST | 2.68 | 1,298.07 |
| | | | CONS SCHOOLS-10M | 10.00 | 4,843.55 |
| Assessed Value: | 484,355 | | CONS SCHOOLS-25M | 25.00 | 12,108.88 |
| Homestead Exemption: | 0 | | HEALTH UNIT | 2.62 | 1,269.01 |
| Taxable Value: | 484,355 | | KAPLAN HOSPITAL | 7.41 | 3,589.07 |
| | | | LAW ENFORCEMENT | 9.52 | 4,611.06 |
| | | | LIBRARY-M | 4.46 | 2,160.22 |
| | | | PARISH (EX A&K) | 4.14 | 2,005.23 |
| | | | PARISH ROAD | 3.34 | 1,617.75 |
| | | | PARISH SCHOOL | 4.76 | 2,305.53 |
| | | | ROAD DIST 6 | 6.64 | 3,036.91 |
| | | | T-V-F-W DIST | 1.41 | 682.94 |

**Property Description:**

**TOTAL TAXES DUE:**     **$39,528.22**

UNKNOWN

*Questions must be resolved by December, 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

DETACH AND KEEP TOP PORTION

## VERMILION PARISH TAX COLLECTOR

PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

**PAY YOUR PROPERTY TAX BILL**
**ONLINE AT vpso.net**

# 2020 TAX STATEMENT

TAX NOTICE #        M6000810
ASSESSMENT #:       M6000810

| TOTAL TAX DUE: | $39,528.22 |
|---|---|

*Questions must be resolved by December 31



**TAXPAYER:**
FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

**MAKE CHECKS PAYABLE TO:**
VERMILION PARISH TAX COLLECTOR
PO BOX 307
ABBEVILLE, LA 70511-0307

☐ CHECK HERE IF OWNER OR ADDRESS IS INCORRECT, MAKE CORRECTIONS ON BACK

29049|3|6

## VERMILION PARISH TAX COLLECTOR

PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

PAGE 4 OF 6

**PAY YOUR PROPERTY TAX BILL**
ONLINE AT www.vpso.net
OR AT THE FOLLOWING LOCATIONS
101 S STATE ST ABBEVILLE, LA 70510 (ANNEX BUILDING) OR AT
OUR DRIVE THRU (OLD HIBERINA BANK)
LOCATED AT
407 CHARITY ST, ABBEVILLE, LA 70510

# 2020
# TAX STATEMENT

BY LAW, YOUR TAX BECOMES DELINQUENT AFTER DECEMBER 31, 2020. INTEREST WILL BE CHARGED AT THE RATE OF ONE PERCENT (1%) PER MONTH BEGINNING ON JANUARY 1.

**NO EXCEPTIONS!**
**WE DO NOT ACCEPT POST MARKS**

TAXES UNPAID AFTER MARCH 31ST, 2021 DELINQUENT TAXES WILL INCUR THE COST OF A DELINQUENT RESEARCH FEE.

028924

FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

29049
M6004330

TAX NOTICE #          M6004330
ASSESSMENT #:        M6004330

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| OIL & GAS SURFACE EQUIPMENT | 10,346 | 0 | ASSESSMENT DIST | 2.68 | 65.05 |
| LEASE LINES | 1,325 | 0 | CONS SCHOOLS-10M | 10.00 | 242.71 |
| MACHINERY & EQUIPMENT | 12,450 | 0 | CONS SCHOOLS-25M | 25.00 | 606.78 |
| OTHER | 150 | 0 | HEALTH UNIT | 2.62 | 63.59 |
| Assessed Value: | 24,271 | | ISLE MARONNE | 35.42 | 806.04 |
| Homestead Exemption: | 0 | | KAPLAN HOSPITAL | 7.41 | 179.85 |
| Taxable Value: | 24,271 | | LAW ENFORCEMENT | 9.52 | 231.06 |
| | | | LIBRARY-M | 4.46 | 108.24 |
| | | | PARISH (EX A&K) | 4.14 | 100.48 |
| | | | PARISH ROAD | 3.34 | 81.07 |
| | | | PARISH SCHOOL | 4.76 | 115.53 |
| | | | ROAD DIST 6 | 6.64 | 152.18 |
| | | | T-V-F-W DIST | 1.41 | 34.22 |

**Property Description:**

UNKNOWN

**TOTAL TAXES DUE:**          **$2,786.80**

*Questions must be resolved by December, 31.

---

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.



## VERMILION PARISH TAX COLLECTOR

PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

**PAY YOUR PROPERTY TAX BILL**
**ONLINE AT vpso.net**

DETACH AND KEEP TOP PORTION

# 2020
# TAX STATEMENT

TAX NOTICE #          M6004330
ASSESSMENT #:        M6004330

| TOTAL TAX DUE: | $2,786.80 |
|---|---|

*Questions must be resolved by December 31



**TAXPAYER:**
FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

**MAKE CHECKS PAYABLE TO:**
VERMILION PARISH TAX COLLECTOR
PO BOX 307
ABBEVILLE, LA 70511-0307

☐ CHECK HERE IF OWNER OR ADDRESS IS INCORRECT, MAKE CORRECTIONS ON BACK

29049|4|6

29049|5|6

## VERMILION PARISH TAX COLLECTOR

PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

PAGE 5 OF 6

**PAY YOUR PROPERTY TAX BILL
ONLINE AT www.vpso.net
OR AT THE FOLLOWING LOCATIONS
101 S STATE ST ABBEVILLE, LA 70510 (ANNEX BUILDING) OR AT
OUR DRIVE THRU (OLD HIBERINA BANK)
LOCATED AT
407 CHARITY ST, ABBEVILLE, LA 70510**

# 2020
# TAX STATEMENT

BY LAW, YOUR TAX BECOMES DELINQUENT AFTER DECEMBER 31, 2020. INTEREST WILL BE CHARGED AT THE RATE OF ONE PERCENT (1%) PER MONTH BEGINNING ON JANUARY 1.

## NO EXCEPTIONS!
## WE DO NOT ACCEPT POST MARKS

TAXES UNPAID AFTER MARCH 31ST, 2021 DELINQUENT TAXES WILL INCUR THE COST OF A DELINQUENT RESEARCH FEE.

028924



FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

29049
M7005000

| TAX NOTICE # | M7005000 |
| ASSESSMENT #: | M7005000 |

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| PIPELINES OTHER THAN PUBLIC SER 69,743 | | 0 | ABBV HAR & TERM | 3.28 | 218.30 |
| | | | ASSESSMENT DIST | 2.68 | 186.91 |
| Assessed Value: | 69,743 | | CONS SCHOOLS-10M | 10.00 | 697.43 |
| Homestead Exemption: | 0 | | CONS SCHOOLS-25M | 25.00 | 1,743.58 |
| Taxable Value: | 69,743 | | HEALTH UNIT | 2.62 | 182.73 |
| | | | KAPLAN HOSPITAL | 7.41 | 516.80 |
| | | | LAW ENFORCEMENT | 9.52 | 663.95 |
| | | | LIBRARY-M | 4.46 | 311.04 |
| | | | P I FIRE #16 | 14.02 | 896.89 |
| | | | PARISH (EX A&K) | 4.14 | 288.74 |
| | | | PARISH ROAD | 3.34 | 232.94 |
| | | | PARISH SCHOOL | 4.76 | 331.98 |
| | | | ROAD DIST 7 | 8.62 | 601.18 |
| | | | T-V-F-W DIST | 1.41 | 98.34 |

**Property Description:**

UNKNOWN

| TOTAL TAXES DUE: | **$6,970.81** |
|---|---|

*Questions must be resolved by December, 31.

---

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

DETACH AND KEEP TOP PORTION

## VERMILION PARISH TAX COLLECTOR

PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

**PAY YOUR PROPERTY TAX BILL
ONLINE AT vpso.net**

# 2020
# TAX STATEMENT

| TAX NOTICE # | M7005000 |
| ASSESSMENT #: | M7005000 |

| **TOTAL TAX DUE:** | **$6,970.81** |
|---|---|

*Questions must be resolved by December 31



**TAXPAYER:**
FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

**MAKE CHECKS PAYABLE TO:**
VERMILION PARISH TAX COLLECTOR
PO BOX 307
ABBEVILLE, LA 70511-0307

CHECK HERE IF OWNER OR ADDRESS IS INCORRECT, MAKE CORRECTIONS ON BACK

29049|5|6

29049|6|6

# VERMILION PARISH TAX COLLECTOR

PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

PAGE 6 OF 6

**PAY YOUR PROPERTY TAX BILL**
**ONLINE AT www.vpso.net**
**OR AT THE FOLLOWING LOCATIONS**
**101 S STATE ST ABBEVILLE, LA 70510 (ANNEX BUILDING) OR AT**
**OUR DRIVE THRU (OLD HIBERINA BANK)**
**LOCATED AT**
**407 CHARITY ST, ABBEVILLE, LA 70510**

# 2020
# TAX STATEMENT

BY LAW, YOUR TAX BECOMES DELINQUENT AFTER DECEMBER 31, 2020. INTEREST WILL BE CHARGED AT THE RATE OF ONE PERCENT (1%) PER MONTH BEGINNING ON JANUARY 1.

**NO EXCEPTIONS!**
**WE DO NOT ACCEPT POST MARKS**

TAXES UNPAID AFTER MARCH 31ST, 2021 DELINQUENT TAXES WILL INCUR THE COST OF A DELINQUENT RESEARCH FEE.

028924

FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

29049
M9002200

| TAX NOTICE # | M9002200 |
|---|---|
| ASSESSMENT #: | M9002200 |

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| PIPELINES OTHER THAN PUBLIC SER | 75,167 | 0 | ASSESSMENT DIST | 2.68 | 201.45 |
| | | | CONS SCHOOLS-10M | 10.00 | 751.67 |
| Assessed Value: | 75,167 | | CONS SCHOOLS-25M | 25.00 | 1,879.18 |
| Homestead Exemption: | 0 | | COULEE DES JONC | 16.00 | 866.68 |
| Taxable Value: | 75,167 | | HEALTH UNIT | 2.62 | 196.94 |
| | | | KAPLAN HOSPITAL | 7.41 | 556.99 |
| | | | LAW ENFORCEMENT | 9.52 | 715.59 |
| | | | LIBRARY-M | 4.46 | 335.23 |
| | | | PARISH (EX A&K) | 4.14 | 311.19 |
| | | | PARISH ROAD | 3.34 | 251.06 |
| | | | PARISH SCHOOL | 4.76 | 357.79 |
| | | | SUB ROAD 4 OF 2 | 8.59 | 647.19 |
| | | | T-V-F-W DIST | 1.41 | 105.99 |

**Property Description:**

UNKNOWN

| TOTAL TAXES DUE: | **$7,176.95** |
|---|---|

*Questions must be resolved by December, 31.

---

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

DETACH AND KEEP TOP PORTION



# VERMILION PARISH TAX COLLECTOR

PO BOX 307
ABBEVILLE, LA 70511-0307
PHONE: (337) 898-4419

**PAY YOUR PROPERTY TAX BILL**
**ONLINE AT vpso.net**

# 2020
# TAX STATEMENT

| TAX NOTICE # | M9002200 |
|---|---|
| ASSESSMENT #: | M9002200 |
| **TOTAL TAX DUE:** | **$7,176.95** |

*Questions must be resolved by December 31



**TAXPAYER:**

FIELDWOOD ENERGY LLC
% STANCIL PROPERTY TAX LLC
400 LAS COLINAS BLVD E STE 700
IRVING TX 75039-5622

**MAKE CHECKS PAYABLE TO:**
VERMILION PARISH TAX COLLECTOR
PO BOX 307
ABBEVILLE, LA 70511-0307

CHECK HERE IF OWNER OR ADDRESS IS INCORRECT, MAKE CORRECTIONS ON BACK

29049|6|6

Fieldwood Energy LLC and its affiliated Debtors
Case No. 20-33948
Satisfied Tax Claims


**CLAIM # 311**

# CHECK REQUEST

*Accounting Purposes Only:*
Vendor No. _____
Invoice No. CR _____


**FIELDWOOD ENERGY**

**Department: Tax**

**Date:**   1/14/2021

## EMPLOYEE INFORMATION

**Name: Bridget Harris**          **Phone:** X1112

## VENDOR INFORMATION

**Name: West Harris County MUD #21**

**Date Check Is Needed:** 2/26/2021

**Address:** West Harris County MUD #21

Catherine Wheeler, Tax A/C

PO Box 4383

Houston, TX 77210

**Federal Taxpayer ID:**

*(if needed)*

## Payment Description

| Reason for Check | Amount |
|---|---|
|  | 1,383.57 |
| **2020 Ad Valorem** |  |
| **See Attached Support** |  |
|  |  |
| **Total Check Amount** | **$   1,383.57** |

**Coding:**

**Main Acct:  7200**          **Sub Acct:  180**          **Well or Dept:  Accounting**

**Please select:**          ☐ **To be mailed**          ☑ **Hand deliver**

**Requester:** Bridget A. Harris          **Manager:** Bridget A. Harris

**Date:** 1/14/21          **Date:** 1/14/21

**Authorized Approval:** _(signature)_

**Date:** 1/14/21

*Fieldwood Energy LLC* 238788

| INVOICE NUMBER | INVOICE DATE | | | | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|---|
| WEST HARRIS COUNTY MUD #21 | | VENDOR 778082 | | CHECK DATE 02/05/21 | | |
| POSCR1358 | 01/14/21 | 1233147 | | | $0.00 | $1,383.57 |
| | | | | Total: | $0.00 | $1,383.57 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Fieldwood Energy LLC**
2000 West Sam Houston Pkwy South
Suite 1200
Houston TX 77042
713-969-1000

Capital One Bank, N.A.

35-2491
1130

**238788**

DATE 02/05/21

PAY ****************1,383 Dollars and 57 Cents

$ ****1,383.57

TO
THE
ORDER
OF

WEST HARRIS COUNTY MUD #21
CATHERINE WHEELER, TAX A/C
P.O. BOX 4383
HOUSTON,TX 77210

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈000 238 788⑈

| Payment Report for: | West Harris County MUD #21 | | | Payment Due 1/31/2021 | Payment Due 1/31/2020 | |
| --- | --- | --- | --- | --- | --- | --- |
| | Vendor | | | | | |
| Statement No. | Property Name | State Code | Company Name | 2020 Taxes | 2019 Taxes | Difference |
| 2327970 | Inventory at Master Flo | | Fieldwood Energy LLC | 1,383.57 | | 1,383.57 |
| | | | **Payment Due** | **1,383.57** | - | 1,383.57 |

Bridget Harris, Tax Manager

Date   1/14/21

Bill Swingle, VP of Accounting & CAO

Date   1/14/21

Please return check to Bridget Harris for processing and mailing



**Tax Bill Transmittal**
**Statement 1 of 1**
November 4, 2020

Fieldwood Energy LLC
Attn: Bridget Harris
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, TX  77042

713.969.1112
bridget.harris@fwellc.com

---

| | | |
|---|---|---|
| **Client:** | **Fieldwood Energy LLC** | |
| | **Fieldwood Energy LLC** | |
| **Property:** | **Various Properties** | |

| | |
|---|---|
| Assessor: | Harris County Appraisal District |
| Lien Date: | |
| Tax Year: | 2020 |

| Jurisdiction | Tax Rate |
|---|---|
| West Harris Co. MUD #21 | 0.450000 |
| **Total Tax Rate** | **0.450000** |

**Make Checks Payable To:**

West Harris Co. MUD # 21
P.O. Box 4383
Houston, TX  77210

| | Due | Delinquent | Amount |
|---|---|---|---|
| **Total Taxes** | **Jan/31/2021** | **Feb/01/2021** | **1,383.57** |

---

| Account | RE/PP | Type | Assessment Ratio | Market Value | Ass'd | Tax Amount | Discounted Amount |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | PP | Inventory | 100% | 307,460 | 307,460 | 1,383.57 | |
| Inventory @ Master Flo Valve USA Located @ 8726 Fallbrook Dr Houston | | | | | | | |
| 1 Bill Included with this Transmittal | | | | **307,460** | **307,460** | **$ 1,383.57** | **N/A** |

WEST HARRIS COUNTY MUD #21
Catherine Wheeler, Tax A/C
6935 Barney Rd. #110
Houston TX 77092
(713) 462-8906
www.wheelerassoc.com

**2020
TAX STATEMENT**



| Orig. Billing Date | 10/26/2020 |
|---|---|
| Delinquent Date | 2/1/2021 |
| Jurisdiction Code | 879 |
| CAD No | 2327970 |
| Billing Type | ORIGINAL |

**Property Information**

Stored Pipe INV AT MASTER FLO VALVE USA INC

Acreage:

**Owner Name and Address:**

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY TX 77492-

*Fieldwood Energy LLC*

**Service Address**

08726 FALLBROOK DR  77064

| Tax Unit | Assessment Ratio | Taxable Value | Tax Rate Per $100 |
|---|---|---|---|
| W HC MUD #21 | 100% | $307,460 | 0.45000 |
| Tax Levied | | | $1,383.57 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Valuation**

| | |
|---|---|
| Personal Property | $307,460 |
| **Total Taxable** | **$307,460** |

| **Total Amount Due Upon Receipt** | **$1,383.57** |
|---|---|

| Tax Year | Appraised Value | Taxable Value | Tax Rate | Tax Amount | Diff. |
|---|---|---|---|---|---|
| | 5 Year History With Tax Amount Percent Gain/Loss | | | | |
| 2020 | $307,460 | $307,460 | 0.45000 | $1,383.57 | 100% |
| 2019 | Data not available | | | | |
| 2018 | Data not available | | | | |
| 2017 | Data not available | | | | |
| 2016 | Data not available | | | | |
| 2015 | Data not available | | | | |

**TAXES ARE DUE UPON RECEIPT**

**TAXES WILL BECOME DELINQUENT AFTER JANUARY 31ST. MAIL MUST BE POST-MARKED ON OR BEFORE JANUARY 31 TO AVOID PENALTY AND INTEREST.**

Payments received after January 31st are subjected to the following penalty and interest schedule. Add 1% interest each month thereafter.

**Feb** 6%+1%     **Apr** 8%+3% **     **Jun** 10%+5% **

**Mar** 7%+2%     **May** 9%+4% **     **Jul** 12%+6% **

** An additional one time charge of 20% for collection will be added after March 31.

Please contact the appraisal district concerning any corrections in ownership, address changes, valuation protests or exemptions. Value is based on 100% market value. Late application for Ag Open Space, Timber - 10% penalty. Late filing of renditions - 10% penalty.
Note 1: Property Owners in the State of Texas are entitled to certain exemptions that reduce the amount of taxes that they pay. There may be a general homestead exemption for persons who own and occupy their home on or before January 1. There may be an exemption available on the homestead for persons over 65 years of age or are disabled. These exemptions vary depending upon the governing body. Disabled veterans may file a partial exemption on their property.
YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT, DEFERMENT OR EXEMPTIONS YOU MAY HAVE. IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT WEST HARRIS COUNTY MUD #21 REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH WEST HARRIS COUNTY MUD #21 FOR THE PAYMENT OF THESE TAXES.

– – – – – – – – – – **Please mail this portion and payment in the enclosed envelope.** – – – – – – – – – –
* If you escrow, please verify with your Mortgage Company that they have received this information. Otherwise, this is your tax bill. *

**2020 ORIGINAL TAX STATEMENT**

STANCIL PROPERTY TAX LLC
PO BOX 968
KATY TX 77492-

| Orig. Billing Date | 10/26/2020 | |
|---|---|---|
| Delinquent Date | 2/1/2021 | |
| Jurisdiction Code | 879 | |
| CAD No | 2327970 | |
| Billing Type | ORIGINAL | |

| If Paid | Penalty | Interest | Collection | Amount Due |
|---|---|---|---|---|
| In Oct 2020 | | | | $1,383.57 |
| In Nov 2020 | | | | $1,383.57 |
| In Dec 2020 | | | | $1,383.57 |
| In Jan 2021 | | | | $1,383.57 |
| In Feb 2021 | 6% | 1% | | $1,480.42 |
| In Mar 2021 | 7% | 2% | | $1,508.09 |
| **Amount of Your Payment** | | | | |

**MAKE CHECKS PAYABLE TO:**

**WEST HARRIS COUNTY MUD #21**
Catherine Wheeler, Tax A/C
P. O. BOX 4383
HOUSTON TX 77210