SHARI L. FREIDENRICH, CPA
TREASURER-TAX COLLECTOR
Office of the Treasurer-Tax Collector
County of Orange
P.O. Box 4515
Santa Ana, CA 92702-4515
Telephone: (714) 834-7625
Facsimile: (714) 834-2912

United States Courts
Southern District of Texas
FILED

JUL 0 2 2021

Nathan Ochsner, Clerk of Court

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS, HOUSTON

In re:   Neiman Marcus Group LTD LLC

Case No.: 20-32519
Chapter:   11

**WITHDRAWAL OF PROOF OF CLAIM
FILED BY COUNTY OF ORANGE**

**[NO HEARING DATE]**

Debtor(s).

TO ALL INTERESTED PERSONS AND THEIR COUNSEL OF RECORD, IF ANY:

The undersigned claimant hereby withdraws that certain proof of claim:

Dated  09/15/2020   CLAIM# 204  in the amount of $ 2,722.50
Dated this June 29, 2021.

SHARI L. FREIDENRICH
Orange County Treasurer-Tax Collector

By: _____
Armando Azpeitia
Bankruptcy Unit

WITHDRAWAL OF PROOF OF CLAIM

1

PROOF OF SERVICE BY MAIL

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is County of Orange P.O. Box 4515, Santa Ana, CA 92702-4515.

DOCUMENT(S) SERVED:    Withdrawal of Proof of Claim

On June 29, 2021, I served the documents named above on the parties in this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with this office's practice for collecting and processing correspondence for mailing, said practice for collecting and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is place for.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 29, 2021 at Santa Ana, California by _____
Armando Azpeitia, Bankruptcy Unit

NAME AND ADDRESS OF PERSON(S) SERVED:

*Attorney for the Debtor*
Matthew D Cavenaugh
Jackson Walker LLP
1401 McKinney Street
Ste 1900
Houston, TX 77010

*Bankruptcy Court*
Clerk's Office
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208