**Change of Address**

UNITED STATES BANKRUPTCY COURT

Southern District of Texas

| | |
|---|---|
| In re: | ) |
| | ) |
| Neiman Marcus Group LTD LLC, et al | ) |
| | ) |
| | ) Chapter 11 Proceeding |
| | ) Case No. 20-32519 |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Phase 3 Media, LLC, a Creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court, and any representatives (including the claims and distribution agent appointed in these cases) to change its address for purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Phase 3 Media, LLC
3560 Atlanta Industrial Dr
Atlanta, GA 30331

**New Address**
Phase 3 Media, LLC
c/o TRC Master Fund LLC
P.O. Box 633
Woodmere, NY 11598
516-255-1801

Phase 3 Media, LLC

By: _Aji Abraham_ (DocuSigned)
Title: SVP/Controller
Date: 7/6/2021