# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE BY HARRY A. PERRIN

**PLEASE TAKE NOTICE** that Harry A. Perrin hereby withdraws his appearance as counsel for the Ad Hoc Group of Term Loan Lenders in the above referenced chapter 11 cases. This notice does not affect the appearance of the other attorneys of record for the Ad Hoc Group of Term Loan Lenders who have appeared in these cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that all future service of notices and pleadings, electronically or otherwise, is discontinued as of the date hereof, and further requests that he is removed from the electronic (ECF) service list as counsel of record for the Ad Hoc Group of Term Loan Lenders.

---

[1] The Reorganized Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings, LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes Propco LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan Propco LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

US 8100756

Dated: July 7, 2021

Respectfully submitted,

*/s/ Harry A. Perrin*
**VINSON & ELKINS LLP**

Harry A. Perrin (TX 15796800)
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel: 713.758.2222
Fax: 713.758.2346
hperrin@velaw.com

## **CERTIFICATE OF SERVICE**

I certify that on July 7, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Kiran Vakamudi*

US 8100756