

UNITED STATES BANKRUPTCY COURT           SOUTHERN DISTRICT OF TEXAS

ENTERED
07/07/2021

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | **Houston** | Main Case Number | 20-32519 |
|---|---|---|---|
| Debtor | In Re: **NEIMAN MARCUS GROUP LTD LLC, et al.** | | |

This lawyer, who is admitted to the State Bar of _____**Massachusetts**_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jonathan D. Marshall<br>Choate Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Tel: (617) 248-4799   Fax: (617) 502-4799<br>Email: jmarshall@choate.com<br>MA 680723 |
|---|---|

Seeks to appear as the attorney for this party:

| **LIBERTY MUTUAL INSUARNCE COMPANY** |
|---|
| Dated: **June 24, 2021**       Signed: /s/ Jonathan D. Marshall |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order   (Docket No. 2601)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

Signed:  July 07, 2021

/s/ David R. Jones
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE