# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*[1] | ) Case No. 20-32519 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On June 29, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Order Authorizing the Reorganized Debtors to File Under Seal the Confidential Settlement and Release Agreement as Exhibit 1 to the Stipulation and Order Approving the Settlement and Release Between the Reorganized Debtors, Liquidating GUC Trust, and Marit and Gene Baldwin** (Docket No. 2529)

- **Stipulation and Order Approving the Settlement and Release Between the Reorganized Debtors, Liquidating GUC Trust, and Marit and Gene Baldwin** (Docket No. 2532)

Dated: July 2, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Serina Tran*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Serina Tran
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　STRETTO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　410 Exchange, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92602
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 800-634-7734
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Serina.Tran@Stretto.com

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.stretto.com/NMG. The location of Debtor Neiman Marcus Group LTD LLC's principal place of business and the Debtors' service address in these chapter 11 cases is One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Balmain USA LLC | Attn: Ardiana Bytyqi - AR Specialist | 667 Madison Ave | Fl 4 | | New York | NY | 10065-8029 |
| Estelle Diehl | c/o Small Law PC | Attn: Kelly Ann Tran | 501 W Broadway | Ste 1360 | San Diego | CA | 92101-8566 |