# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC., *et al.*,[1] | § § § | Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | § § § | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE BY HAYNES AND BOONE, LLP

**PLEASE TAKE NOTICE** that Haynes and Boone, LLP ("Haynes and Boone") hereby withdraws its appearance as counsel for Daniel B. Kamensky ("Kamensky") in the above-captioned jointly administered chapter 11 cases. The matters have been concluded by the Court's approval and the closing of the settlements.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby request that all future service of notices and pleadings, electronically or otherwise, is discontinued as of the date hereof, and further requests that they be removed from electronic (ECF) notices or paper mailings in these cases as counsel of record for Daniel B. Kamensky.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

DATED:  July 8, 2021	Respectfully submitted,

**HAYNES AND BOONE, LLP**

By: */s/ Patrick L. Hughes* .
Patrick L. Hughes
Texas State Bar No. 10227300
David Trausch
Texas State Bar No. 24113513
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone.: (713) 547-2000
Facsimile: (713) 547-2600
Email:  patrick.hughes@haynesboone.com
Email:  david.trausch@haynesboone.com

**ATTORNEYS FOR DANIEL B. KAMENSKY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on July 8, 2021.

*/s/ Patrick L. Hughes*
PATRICK L. HUGHES.