United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 15, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of __Massachusetts__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Timothy J. McKeon, Esq.<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.<br>One Financial Center<br>Boston, MA  02111<br>Tel: 617-542-6000 / Fax: 617-542-2241<br>Licensed: Massachusetts 569395 |

Seeks to appear as the attorney for this party:

| The Plan Administrator and Certain Post-Effective Date Debtors |
|---|
| Dated: August 11, 2022    Signed: /s/ Timothy J. McKeon |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:                Signed: _____
                              Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 15, 2022

_____
Marvin Isgur
United States Bankruptcy Judge