## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Post-Effective Date Debtors.**[1] | § | |

## DECLARATION OF WALTER BOWSER IN SUPPORT OF PLAN ADMINISTRATOR'S MOTION TO EXPAND OMNIBUS CLAIM OBJECTION PROCEDURES

Pursuant to 28 U.S.C. § 1746, I, Walter Bowser, solely in my capacity as advisor to the Plan Administrator, hereby declare as follows:

1.     I am a Director at Province, Inc., an industry-leading, nationally recognized consulting firm of senior business leaders specializing in financial advisory, corporate reorganization, and trustee-related services that enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

2.      Contemporaneously with the filing of this Declaration, the Plan Administrator filed the *Plan Administrator's Motion to Expand Omnibus Claim Objection Procedures* (the "Motion").[2] Except as otherwise specified herein, the facts set forth in this Declaration are based upon my personal knowledge or upon records kept in the ordinary course of the Debtors' business that were, as appropriate, reviewed by me or others under my supervision and direction.

3.      Since his appointment, the Plan Administrator and his advisors have been working to review and reconcile the administrative, secured, priority, and general unsecured claims filed against the Debtors' estates.  Among these claims are approximately ninety-three claims filed by Interest Owners.  Given that the Interest Owner Claims make up a material number of the overall number of claims filed against the Debtors, the Plan Administrator has devoted significant time and resources reviewing, understanding, and reconciling the Interest Owner Claims.  In addition, the Interest Owner Claims frequently contain incomplete information and little to no supporting documentation, making reviewing and reconciling such claims particularly challenging.

4.      However, using the Debtors' historical accounting and operational data as maintained by QuarterNorth Energy, LLC ("QNE"), as well as information published by state and federal agencies, the Plan Administrator has been able to reconcile the Interest Owner Claims and the bases and validity thereof.  In particular, at my direction, searches were conducted regarding each individual Interest Owner names in reports generated by the Debtors' accounting database, "OG SYS," in order to identify the owner or vendor numbers of each Interest Owner.  An owner or vendor number is a unique identification number assigned by the Debtors to each of the Debtors' Interest Owner.  If an Interest Owner holds an interest in a prospect or other non-producing property, the Interest Owner is assigned a "vendor number."  Interest Owners for developed or

---

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

commercially producing properties are assigned an "owner number."  I understand that determining each of the Interest Owners' respective owner or vendor numbers is crucial to accessing operational and payment information which is indexed by, *inter alia*, owner and vendor number.  Each Interest Owner's owner or vendor number is identified in **Schedule 1 and 2** to the Motion.

5.      Once the owner or vendor number for each Interest Owner was identified, I was able to determine from reports generated by OG SYS (i) what interest each Interest Owner held, (ii) each of the properties in which they hold/held an interest, (iii) the historical hydrocarbon production and costs attributable to each such property, and (iv) the historical payments made to the Interest Owner by the Debtors, including whether any amounts had accrued but remained unpaid.  I understand that this data formed the basis of the accounting and revenue statements that were periodically provided to Interest Owners from producing properties.  In addition, this information also corresponds with the Debtors' exploration and development choices with respect to undeveloped prospect properties for potential future development, including the Debtors' determination of whether to continue to pay periodic rental payments (and therefore maintain the underlying Lease) for such prospect properties.

6.      After identifying each of the properties in which the Interest Owners held an interest, I reviewed the Debtors' ownership and disposition data and files regarding each such property, including information regarding whether the Debtors' developed the underlying property and whether the Debtors sold or otherwise transferred the underling Leases.  Finally, at my direction such information was compared to information published by state and federal agencies where available, on a property by property basis, in order to verify the Debtors' ownership and production data.  With respect to federal offshore properties, the Debtors' ownership and

3

production information was compared to corresponding information periodically published by the Bureau of Ocean Energy Management and the Bureau of Safety and Environmental Enforcement, as aggregated in the proprietary "OWL 7 Database" maintained by Lexco and subscribed to by QNE.  With respect to onshore properties, the Debtors' ownership and production information was compared to ownership and production information published by the Texas Railroad Commission and Louisiana Department of Natural Resources, where such information is available.[3]  Examples of the reporting published by the Texas and Louisiana regulatory agencies are attached hereto as **Exhibit B-1**.   By verifying the Debtors' information, I was able to verify the production and ownership history of each property underlying the Interest Owner Claims.

7.      As a result of the foregoing diligence process, I was able to determine that each Transferred Lease Claim was sold or otherwise transferred to another operator pre-petition, who then became liable for future amounts under the transferred Leases.  I also reviewed applicable sale and other transfer documents for the properties underlying the Transferred Lease Claims.  In this regard, **Schedule 1** clearly identifies each property, the date of transfer of the applicable Lease, and the subsequent operator.   In addition, after reviewing the Debtors' production and payment information maintained by QNE with respect to the Transferred Lease Claims, as verified by the government regulatory operational and ownership data, I examined reports generated by OG SYS and determined that all amounts due to each Interest Owner by the Debtors for the periods prior to the transfer of the underlying Lease were paid.  The date and amount of final payment is also included in **Schedule 1**.

---

[3] Due to the nature of the reporting requirements of the Debtors and other operators, no governmental ownership or production data was available for review with respect to non-producing or undeveloped prospect properties.

8.      With respect to the Terminated Lease Claims, I confirmed that the Debtors intentionally allowed the Leases with respect to the properties underling the Terminated Lease Claims to lapse where (a) there was not commercial production or (b) there was no longer a desire to develop such properties.  For example, I learned from one of the Debtors former employees (now a QNE employee) that certain of the Interest Owners leased acreage to the Debtors in Iberia Parrish, Louisiana generally referred to by the Debtors as the "Section 20" or "Catapult" property. The Catapult property was a prospect property that was never drilled or developed by the Debtors. I understand that in order to cut costs, beginning in the spring of 2019, the Debtors determined to cease making rental payments for the Leased Catapult properties in order to allow the underlying Leases to lapse under their own terms.

9.      In addition to determining that the Leases had terminated, I was able to determine that, after reviewing the Debtors' production and payment information maintained by QNE and verified by the government regulatory operational and ownership data, all amounts due to each Interest Owner with respect to the Terminated Lease Claims were paid though the termination date of such Lease.  Accordingly, **Schedule 2** reflects, on an Interest Owner by Interest Owner basis, (i) the properties attributable to each Interest Owner, (ii) the dates the applicable Lease terminated, and (iii) the date and amount of final payment to the Interest Owner.

10.      Based on this substantial level of diligence, I was able to determine that the Post-Effective Date Debtors' estates are not liable to the Interest Owners on account of the Transferred Lease Claims or the Terminated Lease Claims.

11.      I believe that the Plan Administrator should be authorized to file omnibus claim objection on the Expanded Grounds.  I believe that authorizing the filing of omnibus claim objections based upon the expanded grounds will provide the benefit of efficient administration of

5

the Post-Effective Date Debtors' estates without any downside for any party.  As detailed above, the Plan Administrator and his professionals have gone to great lengths to evaluate and conduct diligence with respect to the Interest Owner Claims to identify appropriate objections.  These diligence efforts are reflected in the substantial detailed factual allegations incorporated into **Schedule 1 and 2**.  Absent authorizing the filing of omnibus objections based on the Expanded Grounds, I believe that the Plan Administrator will be forced to file individualized claim objections at exponentially greater costs, without any commensurate benefit to any party.

12.     Accordingly, I believe that the Bankruptcy Court should authorize the Plan Administrator to file omnibus claim objections based upon the Expanded Grounds, subject to the myriad of safeguards set forth the Bankruptcy Rules, Local Rules, Complex Case Guidelines, and the Omnibus Objection Procedures.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 26, 2022                                    */s/Walter Bowser*
                                                        Walter Bowser

**Exhibit B-1**



## Oil & Gas Production Data Query

Production Data    FAQs    PDQ Help

General Production Query    **Specific Lease Query**

### Specific Lease Query Results

| | |
|---|---|
| **Query Path:** | Search Criteria > District 03, Lease: SAN LEON GAS UNIT |
| **Date Range:** | Jan ∨ 2012 ∨ to Jan ∨ 2021 ∨ Submit |

**Related Links**

O&G Directory

O&G Proration Schedule

Offshore County Map

View by: **Production and Total Disposition**   Disposition Details   County Production

**Lease Name: SAN LEON GAS UNIT, Lease No: 185633, Well No: 1ST**
District 03
Lease Production and Disposition
Jan 2012 - Jan 2021

View Page By Page

| Date | GW Gas (MCF) Production | Disposition | Condensate (BBL) Production | Disposition | Operator Name | Operator No. | Field Name | Field No. |
|---|---|---|---|---|---|---|---|---|
| **Jan 2012** | 5,754 | 5,754 | 24 | 22 | SANDRIDGE ONSHORE, LLC | 748007 | EAGLE BAY (VICKSBURG) | 27068470 |
| **Feb 2012** | 0 | 0 | 0 | 0 | | | | |
| **Mar 2012** | 1,331 | 1,331 | 89 | 86 | | | | |
| **Apr 2012** | 0 | 0 | 0 | 0 | | | | |
| **May 2012** | 4,816 | 4,816 | 149 | 122 | | | | |
| **Jun 2012** | 4,493 | 4,493 | 57 | 58 | | | | |
| **Jul 2012** | 3,863 | 3,863 | 0 | 0 | | | | |
| **Aug 2012** | 0 | 0 | 0 | 34 | | | | |
| **Sep 2012** | 0 | 0 | 9 | 8 | | | | |
| **Oct 2012** | 0 | 0 | 0 | 1 | | | | |
| **Nov 2012** | 16 | 16 | 0 | 0 | | | | |
| **Dec 2012** | 0 | 0 | 0 | 0 | | | | |
| **Jan 2013** | 34 | 34 | 0 | 0 | | | | |
| **Feb 2013** | 0 | 0 | 0 | 0 | | | | |
| **Mar 2013** | 2,142 | 2,142 | 127 | 116 | | | | |
| **Apr 2013** | 0 | 0 | 0 | 11 | | | | |
| | 1,482 | 1,482 | 24 | 13 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **May 2013** | | | | | | | |
| **Jun 2013** | 0 | 0 | 0 | 11 | | | |
| **Jul 2013** | 341 | 341 | 13 | 12 | | | |
| **Aug 2013** | 0 | 0 | 0 | 1 | | | |
| **Sep 2013** | 0 | 0 | 0 | 0 | | | |
| **Oct 2013** | 114 | 114 | 9 | 7 | | | |
| **Nov 2013** | 0 | 0 | 1 | 3 | | | |
| **Dec 2013** | 1,915 | 1,915 | 1 | 1 | | | |
| **Jan 2014** | 2,354 | 2,354 | 28 | 0 | | | |
| **Feb 2014** | 3,171 | 3,171 | 188 | 101 | | | |
| **Mar 2014** | 4,817 | 4,817 | 38 | 126 | | | |
| **Apr 2014** | 2,147 | 2,147 | 30 | 30 | | | |
| **May 2014** | 0 | 0 | 0 | 27 | | | |
| **Jun 2014** | 10,242 | 10,242 | 29 | 15 | | | |
| **Jul 2014** | 12,752 | 12,752 | 20 | 5 | FIELDWOOD ONSHORE LLC | 267774 | EAGLE BAY (VICKSBURG) | 27068470 |
| **Aug 2014** | 2,787 | 2,787 | 12 | 33 | | | |
| **Sep 2014** | 0 | 0 | 0 | 8 | | | |
| **Oct 2014** | 0 | 0 | 0 | 0 | | | |
| **Nov 2014** | 0 | 0 | 0 | 0 | | | |
| **Dec 2014** | 679 | 679 | 7 | 4 | | | |
| **Jan 2015** | 2,190 | 2,190 | 6 | 7 | | | |
| **Feb 2015** | 0 | 0 | 0 | 2 | | | |
| **Mar 2015** | 244 | 244 | 3 | 1 | | | |
| **Apr 2015** | 0 | 0 | 0 | 1 | | | |
| **May 2015** | 0 | 0 | 0 | 1 | | | |
| **Jun 2015** | 0 | 0 | 0 | 0 | | | |
| **Jul 2015** | 0 | 0 | 0 | 0 | | | |
| **Aug 2015** | 0 | 0 | 0 | 0 | | | |
| | 0 | 0 | 0 | 0 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sep 2015** | | | | | | | | |
| **Oct 2015** | 0 | 0 | 0 | 0 | | | | |
| **Nov 2015** | 0 | 0 | 0 | 0 | | | | |
| **Dec 2015** | 0 | 0 | 0 | 0 | | | | |
| **Jan 2016** | 0 | 0 | 0 | 0 | | | | |
| **Feb 2016** | 0 | 0 | 0 | 0 | | | | |
| **Mar 2016** | 0 | 0 | 0 | 0 | | | | |
| **Apr 2016** | 0 | 0 | 0 | 0 | | | | |
| **May 2016** | 0 | 0 | 0 | 0 | | | | |
| **Jun 2016** | 0 | 0 | 0 | 0 | | | | |
| **Jul 2016** | 0 | 0 | 0 | 0 | | | | |
| **Aug 2016** | 0 | 0 | 0 | 0 | | | | |
| **Sep 2016** | 0 | 0 | 0 | 0 | | | | |
| **Oct 2016** | 0 | 0 | 0 | 0 | | | | |
| **Nov 2016** | 0 | 0 | 0 | 0 | | | | |
| **Dec 2016** | 0 | 0 | 0 | 0 | | | | |
| **Jan 2017** | 0 | 0 | 0 | 0 | | | | |
| **Feb 2017** | 0 | 0 | 0 | 0 | | | | |
| **Mar 2017** | 0 | 0 | 0 | 0 | | | | |
| **Apr 2017** | 0 | 0 | 0 | 0 | | | | |
| **May 2017** | 0 | 0 | 0 | 0 | | | | |
| **Jun 2017** | 0 | 0 | 0 | 0 | | | | |
| **Jul 2017** | 0 | 0 | 0 | 0 | | | | |
| **Aug 2017** | 0 | 0 | 0 | 0 | | | | |
| **Sep 2017** | 0 | 0 | 0 | 0 | | | | |
| **Oct 2017** | 0 | 0 | 0 | 0 | | | | |
| **Nov 2017** | 0 | 0 | 0 | 0 | | | | |
| **Dec 2017** | 0 | 0 | 0 | 0 | | | | |
| | 0 | 0 | 0 | 0 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jan 2018 | | | | | | | | |
| Feb 2018 | 0 | 0 | 0 | 0 | | | | |
| Mar 2018 | 0 | 0 | 0 | 0 | | | | |
| Apr 2018 | 0 | 0 | 0 | 0 | | | | |
| May 2018 | 0 | 0 | 0 | 0 | | | | |
| Jun 2018 | 0 | 0 | 0 | 0 | | | | |
| Jul 2018 | 0 | 0 | 0 | 0 | | | | |
| Aug 2018 | 0 | 0 | 0 | 0 | | | | |
| Sep 2018 | 0 | 0 | 0 | 0 | | | | |
| Oct 2018 | 0 | 0 | 0 | 0 | | | | |
| Nov 2018 | 0 | 0 | 0 | 0 | | | | |
| Dec 2018 | 0 | 0 | 0 | 0 | | | | |
| Jan 2019 | 0 | 0 | 0 | 0 | | | | |
| Feb 2019 | 0 | 0 | 0 | 0 | | | | |
| Mar 2019 | 0 | 0 | 0 | 0 | | | | |
| Apr 2019 | 0 | 0 | 0 | 0 | | | | |
| May 2019 | 0 | 0 | 0 | 0 | | | | |
| Jun 2019 | 0 | 0 | 0 | 0 | | | | |
| Jul 2019 | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| Aug 2019 | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| Sep 2019 | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| Oct 2019 | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| Nov 2019 | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| Dec 2019 | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| Jan 2020 | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| Feb 2020 | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| Mar 2020 | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| Apr 2020 | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| | NO RPT | NO RPT | NO RPT | NO RPT | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **May 2020** | | | | | | | | |
| **Jun 2020** | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| **Jul 2020** | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| **Aug 2020** | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| **Sep 2020** | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| **Oct 2020** | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| **Nov 2020** | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| **Dec 2020** | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| **Jan 2021** | NO RPT | NO RPT | NO RPT | NO RPT | | | | |
| **Total** | 67,684 | 67,684 | 864 | 867 | | | | |

[View Page By Page](#)

[Disclaimer](#) | [RRC Interactive Home](#) | [RRC Home](#) | [Contact](#)



SONRIS Data Portal

Row text contains '230220'

| | Well Serial Num | Well Name | Well Num | Field ID | Field Name | Operator ID | Operator Name | Operation Type Code | Operation Type Code Description | Well Status Code | Well Status Code Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ↴ | 230220 | L CRIS I RB SUA;K F STEWART | 002-ALT | 8703 | STELLA | S3340 | SEI OPERATING, LLC | 01 | PRODUCER/OPERATOR | 10 | ACTIVE - PRODUCING | 01-MAR-2018 | 05-OCT-2 |

1 - 1 of 1

## 230220 - L CRIS I RB SUA;K F STEWART - 002-ALT

Go    Actions ∨

| Effective Date | End Date | Operator ID | |
|---|---|---|---|
| 29-SEP-2004 | 29-OCT-2004 | 2746 | HUNT OIL COMPANY |
| 30-OCT-2004 | 13-DEC-2004 | 2746 | HUNT OIL COMPANY |
| 14-DEC-2004 | 31-JUL-2012 | 2746 | HUNT OIL COMPANY |
| 01-AUG-2012 | 31-DEC-2013 | D216 | DYNAMIC OFFSHORE RESOURCES, LLC |
| 01-JAN-2014 | 31-JUL-2014 | S437 | SANDRIDGE ENERGY OFFSHORE, LLC |
| 01-AUG-2014 | 30-JUL-2016 | T297 | THREE RIVERS OPERATING, LLC |
| 31-JUL-2016 | 30-NOV-2016 | T297 | THREE RIVERS OPERATING, LLC |
| 01-DEC-2016 | 28-DEC-2017 | S3340 | SEI OPERATING, LLC |
| 29-DEC-2017 | 28-FEB-2018 | S3340 | SEI OPERATING, LLC |
| 01-MAR-2018 | - | S3340 | SEI OPERATING, LLC |

1 - 10 of 10



# SONRIS Data Portal

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ↧ | HEATHER DOLPHIN | - | HDOLPHIN@SANDRIDGEENERGY.COM | 1301 MCKINNEY STREET | SUITE 900 | HOUSTON | TX | 770100000 | - | 01 | MAILING |
| 🔍 | JAMES BROKMEYER | - | JBROKMEYER@SANDRIDGEENERGY.COM | 1301 MCKINNEY STREET | SUITE 900 | HOUSTON | TX | 770100000 | - | 11 | EMERGENCY CONTACT |
| 🔍 | HEATHER DOLPHIN | - | HDOLPHIN@SANDRIDGEENERGY.COM | 1301 MCKINNEY STREET | SUITE 900 | HOUSTON | TX | 770100000 | - | 05 | PRODUCTION AUDIT |
| 🔍 | HEATHER DOLPHIN | - | HDOLPHIN@SANDRIDGEENERGY.COM | 1301 MCKINNEY STREET | SUITE 900 | HOUSTON | TX | 770100000 | - | 03 | COMPLIANCE CORRESPONDEN |
| 🔍 | HEATHER DOLPHIN | - | HDOLPHIN@SANDRIDGEENERGY.COM | 1301 MCKINNEY STREET | SUITE 900 | HOUSTON | TX | 770100000 | - | 06 | INJECTION & MINING |

1 - 5 of 5

## Contact Phone Numbers

| 🔍 ⌄ | | Go | Actions ⌄ |
|---|---|---|---|

| Phone Number | | | Extension | | Phone |
|---|---|---|---|---|---|
| 7134238086 | - | 01 | OFFICE | | |
| 7134238106 | - | 02 | FAX-OFFICE | | |

1 - 2 of 2



**Schedule 1**

**Fieldwood Energy LLC and its affiliated Debtors**
**Case No. 20-33948**

SCHEDULE 1 - TRANSFERRED LEASE
CLAIM TO BE DISALLOWED

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Property description | Transfer date | Last payment date and amount | Subsequent Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BROWN, JAMES R<br>W895 CONCORD CENTER DRIVE<br>SULLIVAN, WI<br>53178 | 11/23/2020 | 561 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | BRO113 | Glaze Gas Unit 1, 2 and 4<br>Wharton County, TX | 6/1/2016 | 10/25/2018<br>$18.07 | Navidad Petroleum LLC |
| 2 | CARTER, THELMA<br>1744 WESTMINSTER BLVD<br>MARRERO, LA<br>70072 | 3/29/2022 | 1132 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | CAR116 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 10/25/2019<br>$113.89 | TROG I LLC |
| 3 | CHATAGNIER, CECILE HEBERT<br>10124 LA HIGHWAY 13<br>KAPLAN, LA<br>70548 | 11/16/2020 | 381 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | CHA109 | MEAUX Estate #1 well<br>Vermillion Parish, LA | 7/16/2014 | 10/25/2019<br>$0.18 | White Oak Resources VI, LLC |
| 4 | CHRISTENSEN, MICHAEL R<br>3850 Cobblestone Ln NW<br>Rochester, MN<br>55901 | 3/29/2021 | 956 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | CHR106 | McDermott #4<br>Colorado County, TX | 6/1/2016 | 10/25/2017<br>$62.13 | Navidad Petroleum LLC |
| 5 | Darcy Trust 1<br>c/o Travis Property Management LLC<br>PO Box 56429<br>Houston, TX<br>77256 | 8/24/2020 | 160 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | DAR106 | PC Gas Unit1<br>PC Gas Unit 6<br>PC Gas Unit 5<br>Lavaca County, TX | 6/1/2016 | 10/25/2019<br>$0.83 | Navidad Petroleum LLC |
| 6 | Delone, Verna Homer<br>4801 Warren Drive<br>New Orleans, LA<br>70127 | 3/21/2022 | 1055 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | DEL104 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 12/15/2015<br>$7.45 | TROG I LLC |
| 7 | ECKERT, CHARLES E<br>5908 FLOWER DRIVE<br>METAIRIE, LA<br>70003 | 1/22/2021 | 891 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | ECK100 | TRAHAN1 well in Vermillion Parish, LA | 7/16/2014 | 10/25/2019<br>$1.16 | White Oak Resources VI, LLC |
| 8 | HARANG III, WARREN J<br>1343 HIGHWAY 1 SOUTH<br>DONALDSONVILLE, LA<br>70346 | 11/16/2020 | 380 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HAR115 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 10/25/2019<br>$4.81 | South River Partners LLC |
| 9 | HARANG, BRYAN H<br>PO BOX 637<br>LABADIEVILLE, LA<br>70372 | 11/9/2020 | 334 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HAR130 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 10/25/2019<br>$4.81 | South River Partners LLC |
| 10 | Lawrence, Freddy<br>1415 Suffolk Drive<br>Baton Rouge, LA<br>70810 | 3/24/2022 | 1087 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LAW104 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 10/23/2014<br>$180.07 | TROG I LLC |
| 11 | LAWRENCE SR , SHERMAN<br>1109 WYNDHAM NORTH<br>GRETNA, LA<br>70056 | 3/18/2022 | 1053 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LAW104 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 10/23/2014<br>$196.72 | TROG I LLC |
| 12 | PELTIER MENDEL, AUDREY<br>1500 W ESPLANADE AVE APT 28E<br>KENNER, LA<br>70065-8346 | 3/11/2022 | 1039 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MEN102 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 12/9/2015<br>$50.99 | South River Partners LLC |
| 13 | PELTIER, TIMOTHY J<br>200 GARDEN DRIVE<br>THIBODAUX, LA<br>70301 | 2/5/2021 | 927 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | PEL103 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 10/25/2019<br>$4.99 | South River Partners LLC |

SCHEDULE 1 - TRANSFERRED LEASE
CLAIM TO BE DISALLOWED

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Property description | Transfer date | Last payment date and amount | Subsequent Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | RYAN, NANCY CORNELSON<br>P O BOX 255<br>EL CAMPO, TX<br>77437 | 11/17/2020 | 395 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | RYA102 | Steinman Alfred 3 and 6<br>Lavaca County, TX | 6/1/2016 | 10/25/2019<br>$2.03 | Navidad Petroleum LLC |
| 15 | Schexnider, Bernice Williams<br>3102 Spain Street<br>New Orleans, LA<br>70122 | 3/25/2022 | 1120 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | SCH117 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 12/15/2015<br>$11.58 | TROG I LLC |
| 16 | Scott Family Living Trust FBO John Ballenger<br>c/o Travis Property Management LLC<br>PO Box 56429<br>Houston, TX<br>77256 | 8/24/2020 | 158 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | SCO107 | PC Gas Unit1<br>PC Gas Unit 6<br>PC Gas Unit 5<br>Lavaca County, TX | 6/1/2016 | 10/25/2017<br>$31.19 | Navidad Petroleum LLC |
| 17 | Scott Family Living Trust FBO Scott Darcy<br>c/o Travis Property Management LLC<br>PO Box 56429<br>Houston, TX<br>77256 | 8/24/2020 | 159 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | SCO106 | PC Gas Unit1<br>PC Gas Unit 6<br>PC Gas Unit 5<br>Lavaca County, TX | 6/1/2016 | 10/25/2017<br>$31.19 | Navidad Petroleum LLC |
| 18 | TALBOT, BERNICE HARANG<br>306 BAYOU LANE<br>THIBODAUX, LA<br>70301 | 11/9/2020 | 339 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | TAL102 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 10/25/2019<br>$4.81 | South River Partners LLC |
| 19 | Tate, Penny Peltier<br>304 Bayou Ln<br>Thibodaux, LA<br>70301-3623 | 11/19/2020 | 417 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | TAT100 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 10/25/2019<br>$4.99 | South River Partners LLC |
| 20 | Watson, Leah L<br>2627 S Cherry St, APT #345<br>Tomball, TX<br>77375 | 3/25/2022 | 1105 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | WAT102 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 10/23/2014<br>$180.07 | TROG I LLC |

**Schedule 2**

**Fieldwood Energy LLC and its affiliated**
**Debtors**
**Case No. 20-33948**

SCHEDULE 2 - TERMINATED LEASE
CLAIM TO BE DISALLOWED

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Berry Myles, Angela Marie<br>117 Fawn Lane<br>Broussard, LA<br>70518 | 11/25/2020 | 765 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MYL100 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 4/24/2019 $411.00 |
| 2 | Bradford, Samuel<br>15219 Huckleberry Harvest Trail<br>Cypress, TX<br>77429 | 11/21/2020 | 507 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | BRA126 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $52.73 |
| 3 | CLARK, MARY FLY<br>256 ST. PAUL DRIVE<br>ALAMO, CA<br>94507 | 11/9/2020 | 344 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | CLA117 | Offshore block VR 313 | 11/30/2020 | 8/26/2019 $13.74 |
| 4 | DURONSLET, MARCEL J AND SHIRLEY R<br>P O BOX 852<br>BACLIFF, TX<br>77518-0852 | 11/23/2020 | 583 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $200.00 | DUR104 | San Leon Gas Unit 1-ST2, Lots 41 - 44, Galvston County,Texas | 1/5/2018 | 10/25/2018 $54.58 |
| 5 | FALLS, ANDRE<br>38121 25TH STREET EAST<br>PALMDALE, CA<br>93550 | 1/6/2021 | 881 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | FAL106 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $5.00 |
| 6 | Falls, LaTonya<br>4315 Dacca Drive<br>Houston, TX<br>77047 | 11/22/2020 | 483 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | FAL104 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $5.00 |
| 7 | FLY, ROBERT A.<br>18 OLD SAN ANTONIO RD APT B30<br>BOERNE, TX<br>78006 | 11/24/2020 | 702 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | FLY100 | Offshore block VR 313 | 11/30/2020 | 5/28/2019 $1,217.65 |
| 8 | Gunter, Sarita Lee<br>20738 Hardwick Oaks Drive<br>Houston, TX<br>77073 | 11/16/2020 | 377 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | GUN102 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 9/1/2020 | 8/15/2019 $431.25 |
| 9 | HAYNES, ETHEL GILLIAM<br>5318 BUNGALOW LANE<br>HOUSTON, TX<br>77048 | 11/30/2020 | 844 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HAY110 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 4/1/2021 | 3/12/2020 $9.59 |
| 10 | HEIDEN, BILLIE JEAN<br>3533 RICHWOOD PLACE<br>TEXARKANA, TX<br>75503 | 11/6/2020 | 323 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEI101 | San Leon Gas Unit 1-ST2 Galvston County,Texas | 1/5/2018 | 10/25/2018 $14.89 |

**SCHEDULE 2 - TERMINATED LEASE**
**CLAIM TO BE DISALLOWED**

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Hendershot, Paul G 2724 Ferndale Street Houston, TX 77098 | 11/16/2020 | 387 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEN117 | Offshore blocks West Delta 79, 80, 85, 86 | 10/26/21 | 7/26/2021 $834.44 |
| 12 | HENDERSHOTT, PAUL G 2724 FERNDALE STREET HOUSTON, TX 77098-1114 | 11/16/2020 | 384 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEN117 | Offshore blocks West Delta 79, 80, 85, 86 | 10/26/21 | 7/26/2021 $834.44 |
| 13 | Hendershott, Paul G. 2724 Ferndale Street Houston, TX 77098-1114 | 11/16/2020 | 369 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEN117 | Offshore blocks West Delta 79, 80, 85, 86 | 10/26/21 | 7/26/2021 $834.44 |
| 14 | JOHNSON ARMSTEAD, MAGDALENE 618 DASPIT ROAD NEW IBERIA, LA 70560 | 11/9/2020 | 333 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | ARM106 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019 $205.50 |
| 15 | JOHNSON GUIDRY, BENJILINA CLAIRE 1314 WESTERLAGE ST LEMARQUE, TX 77568 | 11/17/2020 | 397 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | GUI125 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/18/2020 | 5/13/2019 $25.69 |
| 16 | JOHNSON THOMAS, SANDY NADINE 2006 CYPRESS STREET LAKE CHARLES, LA 70601 | 11/25/2020 | 734 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | THO139 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019 $12.84 |
| 17 | JOHNSON, DWAIN MICHAEL 602 E 8TH STREET KAPLAN, LA 70548 | 11/10/2020 | 348 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | JOH139 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019 $25.69 |
| 18 | Jones, Dynell 4207 Captain Cade Road Youngsville, LA 70592 | 12/1/2020 | 846 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $5,062.50 | JON121 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 4/1/2021 | 3/12/2020 $5.00 |
| 19 | Jones, Tiffany Williams 4603 COUNTRYCROSSING DRIVE SPRING, TX 77388 | 12/28/2020 | 876 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | JON122 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $7.03 |
| 20 | Jones, Tiffany Williams 4603 COUNTRYCROSSING DRIVE SPRING, TX 77388 | 12/28/2020 | 877 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | JON122 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $7.03 |
| 21 | KULWICKI, DIANA 7421 LONG S DRIVE CORPUS CHRISTI, TX 78414 | 11/25/2020 | 775 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | KUL100 | Offshore block West Cameron 163, Lease OCS-G05299 | 12/1/2015 | 8/25/2016 $161.91 |

**SCHEDULE 2 - TERMINATED LEASE**
**CLAIM TO BE DISALLOWED**

| Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 LEE, FRANCHESKA MARIE 209 LONG PLANTATION BLVD, UNIT F LAFAYETTE, LA 70508 | 11/24/2020 | 699 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LEE114 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $19.17 |
| 23 LINE, JOHNEBELLE P O BOX 962 GATESVILLE, TX 76528 | 11/19/2020 | 418 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LIN107 | San Leon Gas Unit 1-ST2 Galvston County,Texas | 1/5/2018 | 10/25/2018 $39.82 |
| 24 LINZER, GLENN DALE 807 ARLENE STREET NEW IBERIA, LA 70560 | 11/23/2020 | 480 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LIN110 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $5.00 |
| 25 LOUTHAN, TERRI P O BOX 841 BACLIFF, TX 77518 | 11/13/2020 | 372 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LOU103 | San Leon Gas Unit 1-ST2 Galvston County,Texas | 1/5/2018 | 10/25/2018 $18.66 |
| 26 MAP99A-NET, a Texas general partnership 101 N Robinson, Suite 1000 Oklahoma City, OK 73102 | 11/23/2020 | 491 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MAP100 | San Leon Gas Unit 1-ST2 Eagle Bay Gas Unit AKA State Tract 329 1 State Tract 330 03 Trahan 1 Galvston County, Texas | 1/5/2018 | 8/27/2018 $2,225.13 |
| 27 MARY F. CLARK SURVIVOR'S TRUST MARY F. CLARK, TRUSTEE 256 SAINT PAUL DR ALAMO, CA 94507-1648 | 11/9/2020 | 343 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | CLA118 | Offshore block VR 313 | 11/30/2020 | 7/26/21 $0.05 |
| 28 MCCANN, JOHN D PO BOX 982 FULSHEAR, TX 77441 | 11/5/2020 | 320 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MCC101 | Offshore block West Cameron 68, Lease OCS-G33555 | 9/3/2014 | 10/1/2017 $67.33 |
| 29 McZeal, Johnaton James 377 Napoleon Ave Sunset, LA 70584 | 9/14/2020 | 178 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MCZ100 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 7/12/19 $21.56 |
| 30 MOORE CARR, SANDRA JEAN P. O. BOX 391 PATTERSON, LA 70392 | 11/27/2020 | 841 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | Car130 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 3/1/2021 | 3/1/2020 $52.20 |
| 31 ORTEGO, ELLIS J 606 BAYOU CREST DRIVE DICKINSON, TX 77539 | 11/17/2020 | 396 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | ORT102 | San Leon Gas Unit 1-ST2 Galvston County,Texas | 1/5/2018 | 10/25/2018 $19.78 |

**SCHEDULE 2 - TERMINATED LEASE**
**CLAIM TO BE DISALLOWED**

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | Pratt Jr., James (Deceased) Deneese L Pratt 3868 Central Pike Apt 1310 Hermitage, TN 37076 | 3/25/2022 | 1121 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | PRA112 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 2/25/2020 $8.79 |
| 33 | PRESTON, VAN R 2514 PERRYTON DR. DALLAS, TX 75224 | 11/18/2020 | 410 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $50,620.50 | PRE109 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/15/2020 | 4/15/19 $70.31 |
| 34 | ROMAN, MICHAEL WAYNE 720 MCARTHUR DRIVE JEANERETTE, LA 70544 | 11/6/2020 | 325 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | ROM105 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $13.18 |
| 35 | Roman, Michael Wayne 720 McArthur Drive Jeanerette, LA 70544 | 3/11/2022 | 1040 | Fieldwood Energy LLC | $10,000.00 | $0.00 | $0.00 | $0.00 | ROM105 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $13.18 |
| 36 | SMITH, KENNETH W PO BOX 77836 BATON ROUGE, LA 70879 | 3/14/2022 | 1044 | Fieldwood Energy Offshore LLC | $1,000.00 | $0.00 | $0.00 | $0.00 | SMI143 | Offshore block Eugene Island 342 | 10/28/2020 | 10/25/2019 $98.79 |
| 37 | THE QUANAH LIMITED PARTNERSHIP PO BOX 77836 BATON ROUGE, LA 70879-7836 | 3/14/2022 | 1050 | Fieldwood Energy Offshore LLC | $1,000.00 | $0.00 | $0.00 | $0.00 | QUA100 | Offshore blocks Vermillion 313 | 3/23/2021 | 7/26/2021 $19.15 |
| | | | | | | | | | | Offshore blocks Ship Shoal 247, 248, 249 | 11/30/2020 | 7/26/2021 $0.12 |
| 38 | VILLERE BOURGEOIS, IRMA JAN 3703 OLD JEANERETTE ROAD NEW IBERIA, LA 70563 | 11/27/2020 | 837 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | BOU141 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019 $27.40 |
| 39 | VILLERE MARTIN, HILDA MAE 3703 OLD JEANERETTE ROAD NEW IBERIA, LA 70563 | 11/20/2020 | 523 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MAR168 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019 $27.40 |
| 40 | Young Jr, Tom 425 Arthur St Lafayette, LA 70501 | 12/3/2020 | 855 | Fieldwood Onshore LLC | $0.00 | $843.75 | $0.00 | $0.00 | MAR168 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 11/21/2019 $843.75 |