United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 16, 2022
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

**ORDER GRANTING PLAN ADMINISTRATOR'S MOTION TO EXPAND
OMNIBUS CLAIM OBJECTION PROCEDURES**
(Related Docket Nos. 2068 & 2576)

Upon the motion (the "Motion")[2] of the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors (collectively, the "Debtors," as applicable, and after the Effective Date of the Plan, the "Post-Effective Date Debtors") for entry of an order (this "Order"), approving the expansion of the Additional Grounds set forth in the Omnibus Objection Procedures to include the Expanded Grounds, all as more fully set forth in the Motion; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interest of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Plan Administrator's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion and Bowser Declaration establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. Pursuant to sections 105(a) and 502(a) of the Bankruptcy Code and Bankruptcy Rule 3007(c), the Additional Grounds set forth in the Omnibus Objection Procedures are hereby expanded to include the following bases for filing and prosecuting omnibus objections to claims (collectively, the "Expanded Grounds"):

    a. Leases which were transferred to another operator where no amounts are due and owing to the applicable claimant by the Debtors; and

    b. Leases which terminated where no amounts are due and owing to the applicable claimant by the Debtors.

2. The Plan Administrator is authorized to file and prosecute omnibus claim objections based upon the Expanded Grounds in accordance with the Omnibus Objection Procedures, and the other procedural safeguards set forth in Bankruptcy Rule 3007(e), Bankruptcy Local Rule 3007-1, and the Complex Case Guidelines.

DOCS_NY:46078.4 27968/002

3. The Plan Administrator or the Post-Effective Date Debtors, as applicable, are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion

4. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the Requirements of Bankruptcy Rules and the Local Rules are satisfied by such notice.

5. This Court retains exclusive jurisdiction and power to resolve any dispute arising from or related to this Order.

Signed: August 16, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

DOCS_NY:46078.4 27968/002