United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Post Effective Date Debtors.[1] | § | (Jointly Administered) |

### ORDER AUTHORIZING BP EXPLORATION & PRODUCTION INC. TO FILE CONFIDENTIAL ARBITRATION EXHIBITS UNDER SEAL
[RELATES TO DOCKET NOS. 2598 and 2599]

Upon the *Motion of BP Exploration & Production Inc. to File Confidential Arbitration Exhibits Under Seal* (the "Motion");[2] due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that there exists just cause for the relief granted herein; and upon the record of the hearing before the Court, if any, and any responses to the Motion having been withdrawn, resolved, or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED** that:

1. Omitted.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them in the Motion.

2. To the extent it has not already done so, BP is authorized, but not directed, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9037-1, to file an unredacted version of the Confidential Exhibits under seal with the Court.

3. The Confidential Exhibits are confidential and shall remain under seal and shall not be made available to anyone, except with prior written consent of BP; provided, however, to the extent it has not already done so, BP shall serve upon QuarterNorth and the U.S. Trustee unredacted copies of the Confidential Exhibits.

4. Any party who receives the Confidential Exhibits in accordance with this Order shall not disclose or otherwise disseminate them, or the information contained therein, to any other person or entity without the prior written consent of BP.

5. BP is hereby authorized to take all actions necessary to effectuate the relief granted in this Order.

Signed: August 25, 2022

_____
Marvin Isgur
United States Bankruptcy Judge