# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| *FIELDWOOD ENERGY III LLC, et al.*, | ) | Case No. 20-33948 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the undersigned counsel for Plains Gas Solutions hereby notifies the Court and all parties of a change of mailing address and requests that all future orders, pleadings, motions, and any other correspondence in this case be directed to the following address:

> Patricia Williams Prewitt
> Law Office of Patricia Williams Prewitt
> 2456 FM 112
> Taylor, Texas  76574
> Telephone: (512) 352-6760
> Email:  Patti @pprewittlaw.com

Respectfully submitted this 29th day of August 2022

/s/ Patricia Williams Prewitt

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
2456 FM 112
Taylor, Texas
Telephone:  (512) 352-6760
Facsimile:  (713) 583-2833
*Attorney for Plains Gas Solutions*

{00131340.DOC}

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Change of Address was served on all parties receiving electronic notice on this the 29th day of August 2022.

/s/ Patricia Williams Prewitt

{00131340.DOC}