United States Courts
Southern District of Texas
FILED

AUG 29 2022

Nathan Ochsner, Clerk of Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:                                                    Chapter 11

FIELDWOOD ENERGY III LLC, et al.,                         CASE NO. 20-33948 (MI)

Post-Effective Date Debtors[1]                            (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS AND REQUEST FOR SERVICE OF PAPERS

Darryl T. Landwehr and the Landwehr Law Firm, LLC, attorneys for Aubrey Wild in connection with the above-referenced proceeding, hereby give notice of their new office and mailing address as follows:

Darryl T. Landwehr
Landwehr Law Firm, LLC
650 Poydras Street, Suite 2519
New Orleans, Louisiana 70130

The telephone number (i.e., (504) 561-8086) and facsimile number (i.e., (504) 561-8088) of said attorney and law firm remain the same.

In addition, pursuant to Bankruptcy Rule 2002, the undersigned requests that all notices given or required to be served in this case be given to and served upon the following:

**DARRYL T. LANDWEHR**
**LANDWEHR LAW FIRM, LLC**
650 Poydras Street, Suite 2519
New Orleans, Louisiana 70130
Email: dtlandwehr@att.net

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

By filing this Notice of Appearance and Request for Service of Papers, Aubrey Wild does not intend to waive any rights nor does he consent to the jurisdiction of the U. S. Bankruptcy Court for the Southern District of Texas in this case or in any other action or adversary proceeding in this case.

DATED: August 25, 2022.

Respectfully submitted,

/s/ Darryl T Landwehr
DARRYL T. LANDWEHR (17677)
LANDWEHR LAW FIRM, LLC
650 Poydras Street, Suite 2519
New Orleans, Louisiana 70130
Telephone: (504) 561-8086
Email: dtlandwehr@att.net
Attorneys for Aubrey Wild
(Admitted pro hac vice)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2022, a true and correct copy of the foregoing document was served the following parties, via electronic mail, to-wit:

**Jason George**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: jason.george@weil.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: Jessica.Liou@weil.com

**Alfredo R Perez**
Weil Gotshal et al
700 Louisiana, Ste 1700
Houston, TX 77002
Email: alfredo.perez@weil.com

2

**Hector Duran, Jr**
U.S. Trustee
515 Rusk,Ste 3516
Houston, Tx 77002
Email: Hector.Duran.Jr@usdoj.gov

**Stephen Douglas Statham**
Office of US Trustee
515 Rusk, Ste 3516
Houston, TX 77002
Email: stephen.statham@usdoj.gov

**Michael D Warner**
Cole Schotz P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Email: mwarner@coleschotz.com

**Kristopher M. Hansen**
PAUL HASTINGS LLP
200 Park Avenue New York, NY 10166
Email: krishansen@paulhastings.com


_/s/ Darryl T Landwehr_
DARRYL T. LANDWEHR (17677)
(Admitted pro hac vice)