UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

## WITNESS AND EXHIBIT LIST

The administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned Post-Effective Date Debtors hereby submits the following *Witness and Exhibit List* (the "Witness and Exhibit List") with respect to the hearing scheduled on September 2, 2022 at 10:00 am. (CT), in the above-captioned bankruptcy cases (the "Cases"), pending before the Honorable Marvin Isgur, United States Bankruptcy Judge, Courtroom 404, 515 Rusk, Houston, Texas 77002.

## WITNESS LIST

The Plan Administrator may call the following witnesses:

1. Walter Bowser.

2. Any witness listed, offered, or called by any other party.

3. Any witness required for rebuttal or impeachment.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

2

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | *Declaration of Walter Bowser in Support of Motion to Further Extend the Deadline to File Claim Objections to Specified Claims* [Docket No. 2646] | | | | |
| 2. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 3. | Any exhibits necessary for rebuttal. | | | | |
| 4. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases and related adversary proceedings | | | | |

The Plan Administrator reserves the right to modify, amend or supplement this Witness and Exhibit List at any time. The Plan Administrator reserves the right to ask the Court to take judicial notice of pleadings, orders, transcripts and/or documents filed in or in connection with these Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the September 2, 2022 hearing. Designation of any exhibit above does not waive any objections the Plan Administrator may have to any exhibit listed on any other party's exhibit list.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 31, 2022

Respectfully submitted,

By:/s/ *Michael D. Warner*
Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
mwarner@pszjlaw.com
bwallen@pszjlaw.com

-and-

Gabriel Sasson, Esq. (Admitted *pro hac vice*)
John F. Iaffaldano, Esq. (Admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
gabesasson@paulhastings.com
jackiaffaldano@paulhastings.com

*Counsel for the Plan Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2022, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

/s/ *Michael D. Warner*
Michael D. Warner