UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Ryan M. Goudelocke<br>Goudelocke Law<br>130 S. Audubon Boulevard, Suite 105<br>Lafayette, LA 70503<br>337-345-1985<br>Louisiana Bar Roll No. 30525 |
|---|---|

Seeks to appear as the attorney for this party:    Infinity Valve & Supply, L.L.C.

Dated: August 29, 2022     Signed: _____

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                   United States Bankruptcy Judge