United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 07, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| | |
|---|---|
| Name | Ryan M. Goudelocke |
| Firm | Goudelocke Law |
| Street | 130 S. Audubon Boulevard, Suite 105 |
| City & Zip Code | Lafayette, LA 70503 |
| Telephone | 337-345-1985 |
| Licensed: State & Number | Louisiana Bar Roll No. 30525 |

Seeks to appear as the attorney for this party:     Infinity Valve & Supply, L.L.C.

Dated: August 29, 2022     Signed: [signature]

COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____.

Dated:     Signed: _____
                                 Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: September 07, 2022

[signature]
Marvin Isgur
United States Bankruptcy Judge