United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 08, 2022

Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Post-Effective Date Debtors.**[1] | § | |

### ORDER SUSTAINING PLAN ADMINISTRATOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE <u>SEEKING TO DISALLOW CERTAIN CLAIMS</u>

### (AMENDED AND SUPERSEDED CLAIMS)

[Related Docket No. 2556]

Upon the *Plan Administrator's Fifteenth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Amended and Superseded Claims)* (the "<u>Objection</u>")[2] of the administrator of the chapter 11 plan (the "<u>Plan Administrator</u>") of the above-captioned post-effective date debtors (collectively, the "<u>Debtors</u>," as applicable, and after the effective date of

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "<u>Post-Effective Date FWE I Subsidiaries</u>") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

their plan of reorganization, the "Post-Effective Debtors"), seeking entry of an order (this "Order") disallowing the Amended and Superseded Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1.    Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Amended and Superseded Claim identified as a "Superseded Claim" on **Schedule 1** to this Order is disallowed in its entirety. Nothing in this Order shall affect the corresponding claims which amended and superseded the Amended and Superseded Claims (each such claim, a "Surviving Claim", as identified in **Schedule 1**); *provided that*, that the Plan Administrator reserves the right to object to any Surviving Claim on **Schedule 1** on any applicable grounds.

2.    The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3.    Each claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Amended and Superseded Claim.

4.    Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

5.     The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6.     This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.


Signed:  September 08, 2022

Marvin Isgur
United States Bankruptcy Judge

**<u>Schedule 1</u>**

Fieldwood Energy LLC and its
affiliated Debtors
Case No. 20-33948

Schedule 1 - Amended and
Superseded Claims

| CreditorName | Address | Superseded Claim | Superseded Debtor Entity | Superseded Claim Secured | Superseded Claim Admin | Superseded Claim Priority | Superseded Claim Unsecured | Superseded Claim Total | Surviving Claim | Surviving Claimant | Surviving Debtor Entity | Surviving Claim Secured | Surviving Claim Admin | Surviving Claim Priority | Surviving Claim Unsecured | Surviving Claim Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Axis Compressor Services, LLC | Atten: Nathan Tourney 2704 Southwest Drive New Iberia, LA 70560 | 31 | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 45,067.68 | 45,067.68 | 146 | Axis Compressor Services, LLC | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 76,187.24 | 76,187.24 |
| Everest Reinsurance Company | Anthony Manganiello, Director - Surety Claim Warren Corporate Center 100 Everest Way Warren, NJ 07059 | 1109 | Fieldwood Energy LLC | 0.00 | 3,187,940.10 | 0.00 | 0.00 | 3,187,940.10 | 1133 | Everest Reinsurance Company | Fieldwood Energy LLC | 0.00 | 5,637,940.10 | 0.00 | 0.00 | 5,637,940.10 |
| Louisiana Environmental Monitoring, Inc. | 301 Turn Row Lafayette, LA 70508 | 108 | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 19,867.74 | 19,867.74 | 112 | Louisiana Environmental Monitoring, Inc. | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 12,734.03 | 12,734.03 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 433 | GOM Shelf LLC | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 969 | North American Specialty Insurance Company | GOM Shelf LLC | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 434 | Galveston Bay Processing LLC | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 971 | North American Specialty Insurance Company | Galveston Bay Processing LLC | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 435 | Fieldwood Energy Inc. | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 976 | North American Specialty Insurance Company | Fieldwood Energy Inc. | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 436 | FW GOM Pipeline, Inc. | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 967 | North American Specialty Insurance Company | FW GOM Pipeline, Inc. | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 437 | Bandon Oil and Gas GP, LLC | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 973 | North American Specialty Insurance Company | Bandon Oil and Gas GP, LLC | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 486 | Dynamic Offshore Resources NS, LLC | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 964 | North American Specialty Insurance Company | Dynamic Offshore Resources NS, LLC | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 488 | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 963 | North American Specialty Insurance Company | Fieldwood Energy LLC | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 492 | Fieldwood Onshore LLC | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 965 | North American Specialty Insurance Company | Fieldwood Onshore LLC | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 493 | Fieldwood Energy Offshore LLC | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 975 | North American Specialty Insurance Company | Fieldwood Energy Offshore LLC | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 494 | Fieldwood SD Offshore LLC | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 966 | North American Specialty Insurance Company | Fieldwood SD Offshore LLC | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 515 | Fieldwood Offshore LLC | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 974 | North American Specialty Insurance Company | Fieldwood Offshore LLC | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 518 | Galveston Bay Pipeline LLC | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 968 | North American Specialty Insurance Company | Galveston Bay Pipeline LLC | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 519 | Fieldwood Energy SP LLC | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 970 | North American Specialty Insurance Company | Fieldwood Energy SP LLC | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. 100 N. LaSalle St., Ste # 514 Chicago, IL 60602 | 520 | Bandon Oil and Gas, LP | 0.00 | 0.00 | 0.00 | 43,265,000.00 | 43,265,000.00 | 972 | North American Specialty Insurance Company | Bandon Oil and Gas, LP | 0.00 | 0.00 | 0.00 | 39,000,000.00 | 39,000,000.00 |