**<u>Exhibit B</u>**

**Demands**



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

FM-FS
Mail Stop 63220B

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

**DEMAND FOR PAYMENT**
**Lease Terms Violations**

The enclosed statement identifies underpayment or nonpayment of financial obligation such as advance royalty, minimum royalty, or rent.

**<u>Payment Instructions</u>**

All payments to ONRR must be made via electronic funds transfer (EFT) with the exception of payments made to tribal lockboxes.  Your EFT payment must include your Customer Number and the invoice number on the Pay.gov payment form, in the "Originator to Beneficiary Information" field of a Fedwire payment message, or in the addenda record for an ACH payment.  Detailed payment information can be found on our website at: http://www.onrr.gov/ReportPay/payments.htm.

Payments received by the ONRR after the due date of the financial obligation or the due date of the invoice are subject to further interest charges.

**<u>Appeal Rights</u>**

You may appeal this demand, order, or decision under 30 CFR § 1290. Appeal instructions are enclosed.

**<u>Administrative Costs</u>**

If your debt is referred to the Department of Treasury for collection, a $436.00 fee will be added to cover administrative costs incurred as a result of your failure to pay the debt.

**<u>Questions Regarding the Invoice</u>**

Please call Financial Services at (800) 433-9801 or (303) 231-3563 with questions regarding this invoice, or to request a copy of the records related to the debt.

Financial Services Manager

Enclosures

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah

United States Department of the Interior
Office of Natural Resources Revenue (ONRR)
Appeal from Federal Demand or Order

## **Appeal Instructions**

To commence the appeal process, an appellant must file a notice of appeal to the Director, Office of Natural Resources Revenue within 30 days from service of the demand or order. An appellant may not request and will not receive an extension of time for filing its notice of appeal.

Within the same 30-day period, an appellant also must file a written argument or brief that includes the facts or laws (i.e., a statement of reasons) to justify reversal or modification of the demand or order. To request additional time to file a statement of reasons, please see 30 C.F.R. § 1290.109.

A notice of appeal, statement of reasons, and any request for extension of time must be filed with ONRR via email as a PDF attachment or in paper form at the following addresses:

- ONRR's email address: ONRRAppealsMailbox@onrr.gov.
- ONRR's physical and mailing addresses:

| | |
|---|---|
| Office of Natural Resources Revenue | Office of Natural Resources Revenue |
| Appeals & Regulations | Appeals & Regulations |
| Denver Federal Center, Bldg. 85 | P.O. Box 25165, MS 64400B |
| 6th Avenue and Kipling Street | Denver, CO 80225-0165 |
| Room A322, Document Processing | |
| Denver, CO  80225 | |

For appeal questions, call (303) 231-3047.

## **Suspension of Compliance and Required Payment**

To suspend compliance with a demand or order for $10,000 or more pending the outcome of an appeal, an appellant must post a bond or other adequate surety instrument, or demonstrate financial solvency, within 60 days from service of the demand or order. See 30 C.F.R. part 1243 and the enclosed forms and instructions. If the demand or order being appealed does not involve the payment of a specified amount, an appellant is not required to post a bond or other surety instrument, nor is it required to demonstrate financial solvency.

An appellant must maintain a bond or other surety instrument in the amount and manner that ONRR prescribes, or must demonstrate financial solvency, for the pendency of the appeal. Alternatively, an appellant may pay the amount due under protest to mitigate the accrual of late-payment interest during the pendency of its appeal. See 30 C.F.R. part 1243.

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

Please Remit To:

  ONRR using Pay.gov or another type of Electronic Funds Transfer.

| | |
|---|---|
| Page: | FED01 |
| | 1 |
| Invoice No: | FIN100085298 |
| Invoice Date: | 08/30/2021 |
| Customer Number: | 96958 |
| Due Date: | 10/04/2021 |

## INVOICE

Customer:

FIELDWOOD ENERGY OFFSHORE LLC
LAUREN JONES
LAUREN JONES
2000 W SAM HOUSTON PKWY S
STE 1200
HOUSTON TX 77042

**TOTAL AMOUNT DUE :**      57,439.13

For billing questions, please call   MARK.MORENO@ONRR.GOV

| Description | Line<br>MMS Lease No. | Orig Due Dt<br>Agency Lease | Obligation Amount<br>Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC PAYMENT SUBMISSION DATA. | | | | | |
| Underpaid Minimum Royalty | 1<br>0540094780 | 04/30/2021<br>OCS-G 9478 | 15,000.00 | 0.00 | 15,000.00 |
| Underpaid Minimum Royalty | 2<br>0540107940 | 04/30/2021<br>OCS-G 10794 | 15,000.00 | 0.00 | 15,000.00 |
| Underpaid Minimum Royalty | 3<br>0540248700 | 04/30/2021<br>OCS-G 24870 | 15,385.00 | 3,510.87 | 11,874.13 |
| Underpaid Minimum Royalty | 4<br>0540248720 | 04/30/2021<br>OCS-G 24872 | 15,565.00 | 0.00 | 15,565.00 |
| | | **SUBTOTAL:** | | | 57,439.13 |

FIN

Original

# INVOICE

Bill To:

FIELDWOOD ENERGY OFFSHORE LLC
LAUREN JONES

| | | |
|---|---|---|
| Page: | 2 |
| Invoice No: | FIN100085298 |
| Invoice Date: | 08/30/2021 |

| Description | Line | Orig Due Dt | Obligation Amount | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| | MMS Lease No. | Agency Lease | Lease Name | | |

| | |
|---|---|
| TOTAL AMOUNT DUE : | 57,439.13 |

FIN

Original



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

FM-FS
Mail Stop 63220B

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

**DEMAND FOR PAYMENT**
**Lease Terms Violations**

The enclosed invoice identifies underpayment or nonpayment of financial obligations such as advance royalty, minimum royalty, minimum royalty payable in advance or rent.

**<u>Payment Instructions</u>**

All payments to the Office of Natural Resources Revenue (ONRR) must be made via electronic funds transfer (EFT) with the exception of payments made to tribal lockboxes.  Your EFT payment must include your payor code, the invoice number, Federal/Indian indicator, and Distributee Code (if Indian): (1) on the Pay.gov payment form, (2) in the "Originator to Beneficiary Information" field of a Fedwire payment message, or (3) in the addenda record for an ACH payment. Detailed payment information can be found on our website at: http://www.onrr.gov/ReportPay/payments.htm.

To discuss the option of an installment agreement because of an inability to pay the debt in full immediately, please submit a request via email to onrrinstallments@onrr.gov.

**<u>Appeal Rights</u>**

You may appeal this demand, order, or decision under 30 CFR § 1290. Appeal instructions are enclosed as Enclosure 1.

**<u>Surety Posting</u>**

If you choose to appeal without paying the debt, you may need to post a surety as stated on Enclosure 1.  If you have any questions about sureties, please contact Financial Services at (800) 433-9801 (ext. 1-3801), or (303) 231-3801.  **If you do not pay the amount demanded herein or appeal and post the required surety, you may be subject to civil penalties under 30 CFR Part 1241.**

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

**Interest**

The Federal Oil and Gas Royalty Management Act of 1982 requires ONRR to charge interest on late payments and underpayments from the date the original invoice was due until paid in full. 30 U.S.C. § 1721 Interest on late or underpaid obligations arising from solid mineral and geothermal leases is calculated as simple interest using the United States Treasury Current Balance of Funds Rate. Interest on late or underpaid obligations arising from oil and gas leases is calculated as compound interest using the Internal Revenue Service underpayment rate for corporate taxpayers. ONRR will assess interest as prescribed by 30 CFR Part 1218. **Interest, while not monetized on Enclosure 2, is accruing and will continue to accrue until the debt is paid in full. Once the debt is paid, ONRR will generate a Demand for Payment identifying the interest you owe.**

**Enforced Collection Actions**

If you fail to pay the full amount by the due date on the invoice, or if this Demand for Payment is not timely appealed, ONRR may take some or all of the following actions, as necessary and at ONRR's discretion, to enforce compliance: (1) Issue a Notice of Noncompliance under 30 CFR § 1241.50; (2) demand payment from the surety associated with the lease(s); (3) recommend to the leasing agency that they commence shutting-in the wells and canceling your lease(s), rights-of-way, permits, or licenses; or, (4) write off the debt and, if collection actions cease, report the debt as taxable income. ONRR also reserves the right to assess an Immediate Liability Civil Penalty under 30 CFR 1240.60(b)(1)(i) if you knowingly or willfully fail to make any royalty payment by the date specified by statute, regulation, order, or a term of the lease.

**Referral to Treasury, Fees, and Administrative Costs**

If you have not appealed and also fail to pay the debt in full within 60 days from the date of this Demand for Payment, ONRR may refer your debt to the U.S. Department of the Treasury's Debt Management Services (DMS) for collection. If a referral to DMS is made, a fee for Treasury's collection services will be added to your debt (the "Treasury fee"). Currently, the Treasury fee is 30% of the outstanding balance (including interest and administrative fees) for most debts and 32% for debts that have been delinquent for more than two years. As stated above, interest will continue to accrue until the debt is paid in full.

After referral, DMS may take any or all of the following actions:

- Reduce (offset) any eligible Federal and State payments due to you.
- Refer the debt to a private collection agency.
- Refer the debt to the U.S. Department of Justice to initiate litigation.



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

- Report the debt to national credit bureaus.
- Report the debt to the IRS as potential income.

In addition to the Treasury fee, ONRR will assess a $436.00 fee to the debt to cover administrative costs incurred by ONRR.

Should you appeal, ONRR may also assess an additional $436.00 for administrative costs that accrue during the appeal process if: (1) the notice we provide you under 30 CFR § 1218.703 grants you the right to appeal the debt, (2) you exercise your right to appeal; and (3) your appeal is denied and, thereafter, we refer the debt to DMS. Such assessments shall be made against you unless we determine otherwise under the criteria of the Federal Claims Collection Standards (31 CFR Parts 900 through 904) or other applicable law.

If the Department of Justice (DOJ) assists ONRR to collect the debt, an additional fee for DOJ's civil debt collection litigation activities will be added to your debt (PL. 103-121). Currently, DOJ's fee is 3% of the outstanding balance (including interest and administrative fees).

To resolve any and all debts referred to DMS, you will be responsible for paying: 1) the Treasury fee, 2) ONRR's administrative fee(s), and 3) the principal (including interest) in order to clear the debt. Once a debt is referred to DMS, payment must be made to DMS and cannot be paid to ONRR.

You have the right to inspect and copy records relating to this debt. If you wish to exercise this right, ONRR must receive your request on or before 60 days from the date of this Demand for Payment.

## **Questions Regarding the Invoice**

If you have questions related to this invoice or want to request a copy of the records related to your debt, please contact Financial Services at (800) 433-9801 or (303) 231-3563.

Financial Services Manager

Enclosures:
1. Appeal Instructions
2. Invoice

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah

United States Department of the Interior
Office of Natural Resources Revenue (ONRR)
Appeal from Federal Demand or Order

**Appeal Instructions**

To commence the appeal process, an appellant must file a notice of appeal to the Director, Office of Natural Resources Revenue within 30 days from service of the demand or order. An appellant may not request and will not receive an extension of time for filing its notice of appeal.

Within the same 30-day period, an appellant also must file a written argument or brief that includes the facts or laws (i.e., a statement of reasons) to justify reversal or modification of the demand or order. To request additional time to file a statement of reasons, please see 30 CFR § 1290.109 and 43 CFR § Part 4, Subpart E.

A notice of appeal, statement of reasons, and any request for extension of time must be filed with ONRR via email as a PDF attachment or in paper form. documents filed by email must be received at this email address by 11:59 p.m. MST on the date they are due to be timely filed. If you file a document in paper, please also email it in PDF format to the email address below within three business days of when it is filed.

- ONRR's email address: ONRRAppealsMailbox@onrr.gov.
- ONRR's physical and mailing addresses:

| | |
|---|---|
| Office of Natural Resources Revenue | Office of Natural Resources Revenue |
| Appeals Program | Appeals Program |
| Denver Federal Center – Bldg. 85 | PO Box 25165, MS64400B |
| 6th Avenue and Kipling Street | Denver, CO 80225-0165 |
| Denver, CO 80225 | |

For appeal questions, call (303) 231-3047.

**Suspension of Compliance and Required Payment**

To suspend compliance with a demand or order for $10,000 or more pending the outcome of an appeal, an appellant must post a bond or other adequate surety instrument, or demonstrate financial solvency, within 60 days from service of the demand or order. See 30 CFR part 1243. Detailed instructions on posting your surety can be found on our website at https://www.onrr.gov/compliance/appeals.htm.

An appellant must maintain a bond or other surety instrument in the amount and manner that ONRR prescribes, or must demonstrate financial solvency, for the pendency of the appeal. Alternatively, an appellant may pay the amount due under protest to mitigate the accrual of late-payment interest during the pendency of its appeal. See 30 CFR part 1243.

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

| | |
|---|---|
| Page: | FED01 |
| Invoice No: | 1 |
| | FIN100085876 |
| Invoice Date: | 10/04/2021 |
| Customer Number: | 96961 |
| Due Date: | 11/08/2021 |

Please Remit To:

ONRR using Pay.gov or another type of Electronic Funds Transfer.

## INVOICE

Customer:

DYNAMIC OFFSHORE RESOURCES NS  LLC
LAUREN JONES
2000 W SAM HOUSTON PKWY S
STE 1200
HOUSTON TX 77042

**TOTAL AMOUNT DUE :**              7,334.30

For billing questions, please call   MEGAN.KEIM@ONRR.GOV

| Description | Line<br>MMS Lease No. | Orig Due Dt<br>Agency Lease | Obligation Amount<br>Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC PAYMENT SUBMISSION DATA. | | | | | |
| **Underpaid Minimum Royalty** | 1<br>0540105940 | 04/30/2021<br>OCS-G 10594 | 7,500.00 | 165.70 | 7,334.30 |
| | | **SUBTOTAL:** | | | 7,334.30 |
| | | **TOTAL AMOUNT DUE :** | | | 7,334.30 |

FIN                                                                                          Original



# United States Department of the Interior

OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

FM-FS
Mail Stop 63220B

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

## DEMAND FOR PAYMENT
### Lease Terms Violations

The enclosed invoice identifies underpayment or nonpayment of financial obligations such as advance royalty, minimum royalty, minimum royalty payable in advance or rent.

**<u>Payment Instructions</u>**

All payments to the Office of Natural Resources Revenue (ONRR) must be made via electronic funds transfer (EFT) with the exception of payments made to tribal lockboxes. Your EFT payment must include your payor code, the invoice number, Federal/Indian indicator, and Distributee Code (if Indian): (1) on the Pay.gov payment form, (2) in the "Originator to Beneficiary Information" field of a Fedwire payment message, or (3) in the addenda record for an ACH payment. Detailed payment information can be found on our website at: http://www.onrr.gov/ReportPay/payments.htm.

To discuss the option of an installment agreement because of an inability to pay the debt in full immediately, please submit a request via email to onrrinstallments@onrr.gov.

**<u>Appeal Rights</u>**

You may appeal this demand, order, or decision under 30 CFR § 1290. Appeal instructions are enclosed as Enclosure 1.

**<u>Surety Posting</u>**

If you choose to appeal without paying the debt, you may need to post a surety as stated on Enclosure 1. If you have any questions about sureties, please contact Financial Services at (800) 433-9801 (ext. 1-3801), or (303) 231-3801. **If you do not pay the amount demanded herein or appeal and post the required surety, you may be subject to civil penalties under 30 CFR Part 1241.**

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah

Enclosure 1

United States Department of the Interior
Office of Natural Resources Revenue (ONRR)
Appeal from Federal Demand or Order

## Appeal Instructions

To commence the appeal process, an appellant must file a notice of appeal to the Director, Office of Natural Resources Revenue within 30 days from service of the demand or order. An appellant may not request and will not receive an extension of time for filing its notice of appeal.

Within the same 30-day period, an appellant also must file a written argument or brief that includes the facts or laws (i.e., a statement of reasons) to justify reversal or modification of the demand or order.  To request additional time to file a statement of reasons, please see 30 CFR § 1290.109 and 43 CFR § Part 4, Subpart E.

A notice of appeal, statement of reasons, and any request for extension of time must be filed with ONRR via email as a PDF attachment or in paper form. documents filed by email must be received at this email address by 11:59 p.m. MST on the date they are due to be timely filed. If you file a document in paper, please also email it in PDF format to the email address below within three business days of when it is filed.

- ONRR's email address: ONRRAppealsMailbox@onrr.gov.
- ONRR's physical and mailing addresses:

Office of Natural Resources Revenue
Appeals Program
Denver Federal Center – Bldg. 85
6th Avenue and Kipling Street
Denver, CO 80225

Office of Natural Resources Revenue
Appeals Program
PO Box 25165, MS64400B
Denver, CO 80225-0165

For appeal questions, call (303) 231-3047.

## Suspension of Compliance and Required Payment

To suspend compliance with a demand or order for $10,000 or more pending the outcome of an appeal, an appellant must post a bond or other adequate surety instrument, or demonstrate financial solvency, within 60 days from service of the demand or order.  See 30 CFR part 1243. Detailed instructions on posting your surety can be found on our website at https://www.onrr.gov/compliance/appeals.htm.

An appellant must maintain a bond or other surety instrument in the amount and manner that ONRR prescribes, or must demonstrate financial solvency, for the pendency of the appeal. Alternatively, an appellant may pay the amount due under protest to mitigate the accrual of late-payment interest during the pendency of its appeal.  See 30 CFR part 1243.

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

Please Remit To:

ONRR using Pay.gov or another type of Electronic Funds Transfer.

| | |
|---|---|
| Page: | FED01 1 |
| Invoice No: | FIN100085590 |
| Invoice Date: | 09/14/2021 |
| Customer Number: | 96958 |
| Due Date: | 10/19/2021 |

**INVOICE**

Customer:

FIELDWOOD ENERGY OFFSHORE LLC
LAUREN JONES
LAUREN JONES
2000 W SAM HOUSTON PKWY S
STE 1200
HOUSTON TX 77042

**TOTAL AMOUNT DUE :**              119,631.61

For billing questions, please call  MARK.MORENO@ONRR.GOV

| Description | Line MMS Lease No. | Orig Due Dt Agency Lease | Obligation Amount Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| | | AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC PAYMENT SUBMISSION DATA. | | | |
| Underpaid Minimum Royalty | 1 0540010270 | 05/31/2021 OCS-G 01027 | 15,000.00 | 0.00 | 15,000.00 |
| Underpaid Minimum Royalty | 2 0540010280 | 05/31/2021 OCS-G 1028 | 12,657.00 | 0.00 | 12,657.00 |
| Underpaid Minimum Royalty | 3 0540010290 | 05/31/2021 OCS-G 1029 | 3,984.00 | 0.00 | 3,984.00 |
| Underpaid Minimum Royalty | 4 0540010300 | 05/31/2021 OCS-G 1030 | 2,346.00 | 0.00 | 2,346.00 |
| Underpaid Minimum Royalty | 5 0540010370 | 05/31/2021 OCS-G 1037 | 471.00 | 0.00 | 471.00 |
| Underpaid Minimum Royalty | 6 0540010380 | 05/31/2021 OCS-G 1038 | 8,205.00 | 0.00 | 8,205.00 |

Original

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | FIN100085590 |
| Invoice Date: | 09/14/2021 |
| Customer Number: | 96958 |
| Due Date: | 10/19/2021 |

FED01

Please Remit To:

ONRR using Pay.gov or another type of Electronic Funds Transfer.

## INVOICE

**TOTAL AMOUNT DUE :**          119,631.61

Customer:

FIELDWOOD ENERGY OFFSHORE LLC
LAUREN JONES
LAUREN JONES
2000 W SAM HOUSTON PKWY S
STE 1200
HOUSTON TX 77042

For billing questions, please call   MARK.MORENO@ONRR.GOV

| Description | Line<br>MMS Lease No. | Orig Due Dt<br>Agency Lease | Obligation Amount<br>Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| | | | AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC PAYMENT SUBMISSION DATA. | | |
| Underpaid Minimum Royalty | 1<br>0540010270 | 05/31/2021<br>OCS-G 01027 | 15,000.00 | 0.00 | 15,000.00 |
| Underpaid Minimum Royalty | 2<br>0540010280 | 05/31/2021<br>OCS-G 1028 | 12,657.00 | 0.00 | 12,657.00 |
| Underpaid Minimum Royalty | 3<br>0540010290 | 05/31/2021<br>OCS-G 1029 | 3,984.00 | 0.00 | 3,984.00 |
| Underpaid Minimum Royalty | 4<br>0540010300 | 05/31/2021<br>OCS-G 1030 | 2,346.00 | 0.00 | 2,346.00 |
| Underpaid Minimum Royalty | 5<br>0540010370 | 05/31/2021<br>OCS-G 1037 | 471.00 | 0.00 | 471.00 |
| Underpaid Minimum Royalty | 6<br>0540010380 | 05/31/2021<br>OCS-G 1038 | 8,205.00 | 0.00 | 8,205.00 |

FIN                                                                                           Original

# INVOICE

Bill To:

FIELDWOOD ENERGY OFFSHORE LLC
LAUREN JONES

Page: 2
Invoice No: FIN100085590
Invoice Date: 09/14/2021

| Description | Line<br>MMS Lease No. | Orig Due Dt<br>Agency Lease | Obligation Amount<br>Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| Underpaid Minimum Royalty | 7<br>0540011720 | 05/31/2021<br>OCS-G 1172 | 15,000.00 | 0.00 | 15,000.00 |
| Underpaid Minimum Royalty | 8<br>0540012160 | 05/31/2021<br>OCS-G 1216 | 8,283.00 | 0.00 | 8,283.00 |
| Underpaid Minimum Royalty | 9<br>0540012200 | 05/31/2021<br>OCS-G 1220 | 15,000.00 | 504.39 | 14,495.61 |
| Underpaid Minimum Royalty | 10<br>0540017540 | 05/31/2021<br>OCS-G 1754 | 17,280.00 | 0.00 | 17,280.00 |
| Underpaid Minimum Royalty | 11<br>0540238290 | 05/31/2021<br>OCS-G 23829 | 21,910.00 | 0.00 | 21,910.00 |

**SUBTOTAL:** 119,631.61

**TOTAL AMOUNT DUE :** 119,631.61

FIN                                                                                    Original



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

FM-FS
Mail Stop 63220B

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

### DEMAND FOR PAYMENT
### Lease Terms Violations

The enclosed invoice identifies underpayment or nonpayment of financial obligations such as advance royalty, minimum royalty, minimum royalty payable in advance or rent.

## <u>Payment Instructions</u>

All payments to the Office of Natural Resources Revenue (ONRR) must be made via electronic funds transfer (EFT) with the exception of payments made to tribal lockboxes. Your EFT payment must include your payor code, the invoice number, Federal/Indian indicator, and Distributee Code (if Indian): (1) on the Pay.gov payment form, (2) in the "Originator to Beneficiary Information" field of a Fedwire payment message, or (3) in the addenda record for an ACH payment. Detailed payment information can be found on our website at: http://www.onrr.gov/ReportPay/payments.htm.

To discuss the option of an installment agreement because of an inability to pay the debt in full immediately, please submit a request via email to onrrinstallments@onrr.gov.

## <u>Appeal Rights</u>

You may appeal this demand, order, or decision under 30 CFR § 1290. Appeal instructions are enclosed as Enclosure 1.

## <u>Surety Posting</u>

If you choose to appeal without paying the debt, you may need to post a surety as stated on Enclosure 1. If you have any questions about sureties, please contact Financial Services at (800) 433-9801 (ext. 1-3801), or (303) 231-3801. **If you do not pay the amount demanded herein or appeal and post the required surety, you may be subject to civil penalties under 30 CFR Part 1241.**



# United States Department of the Interior

OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

- Report the debt to national credit bureaus.
- Report the debt to the IRS as potential income.

In addition to the Treasury fee, ONRR will assess a $436.00 fee to the debt to cover administrative costs incurred by ONRR. If the Department of Justice (DOJ) assists ONRR to collect the debt, an additional fee for DOJ's civil debt collection litigation activities will be added to your debt (PL. 103-121). Currently, DOJ's fee is 3% of the outstanding balance (including interest and administrative fees).

Should you appeal, ONRR may also assess an additional $436.00 for administrative costs that accrue during the appeal process if: (1) the notice we provide you under 30 CFR § 1218.703 grants you the right to appeal the debt, (2) you exercise your right to appeal; and (3) your appeal is denied and, thereafter, we refer the debt to DMS. Such assessments shall be made against you unless we determine otherwise under the criteria of the Federal Claims Collection Standards (31 CFR Parts 900 through 904) or other applicable law.

To resolve any and all debts referred to DMS, you will be responsible for paying: 1) the Treasury fee, 2) ONRR's administrative fee(s), and 3) the principal (including interest) in order to clear the debt. Once a debt is referred to DMS, payment must be made to DMS and cannot be paid to ONRR.

You have the right to inspect and copy records relating to this debt. If you wish to exercise this right, ONRR must receive your request on or before 60 days from the date of this Demand for Payment.

## Questions Regarding the Invoice

If you have questions related to this invoice or want to request a copy of the records related to your debt, please contact Financial Services at (800) 433-9801 or (303) 231-3563.

Financial Services Manager

Enclosures (2)

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

| | FED01 |
|---|---|
| Page: | 1 |
| Invoice No: | FIN100085591 |
| Invoice Date: | 09/20/2021 |
| Customer Number: | 82999 |
| Due Date: | 10/25/2021 |

**Please Remit To:**

ONRR using Pay.gov or another type of Electronic Funds Transfer.

**INVOICE**

**Customer:**

SPN RESOURCES  LLC
LAUREN JONES
2000 W SAM HOUSTON PKWY S
STE 1200
HOUSTON TX 77042

Hullhullhnuliululullhul

**TOTAL AMOUNT DUE :**          13,704.16

For billing questions, please call  POLA.VIGIL@ONRR.GOV

| escription | Line MMS Lease No. | Orig Due Dt Agency Lease | Obligation Amount Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| | | AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC PAYMENT SUBMISSION DATA. | | | |
| nderpaid Minimum Royalty | 1 0540010310 | 05/31/2021 OCS-G 1031 | 15,000.00 | 1,295.84 | 13,704.16 |
| | | **SUBTOTAL:** | | | 13,704.16 |
| | | **TOTAL AMOUNT DUE :** | | | 13,704.16 |

Original



# United States Department of the Interior

OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

FM-FS
Mail Stop 63220B

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

### DEMAND FOR PAYMENT
### Lease Terms Violations

The enclosed invoice identifies underpayment or nonpayment of financial obligations such as advance royalty, minimum royalty, minimum royalty payable in advance or rent.

## Payment Instructions

All payments to the Office of Natural Resources Revenue (ONRR) must be made via electronic funds transfer (EFT) with the exception of payments made to tribal lockboxes.   Your EFT payment must include your payor code, the invoice number, Federal/Indian indicator, and Distributee Code (if Indian): (1) on the Pay.gov payment form, (2) in the "Originator to Beneficiary Information" field of a Fedwire payment message, or (3) in the addenda record for an   ACH   payment.     Detailed   payment   information   can   be   found   on   our   website   at: http://www.onrr.gov/ReportPay/payments.htm.

To discuss the option of an installment agreement because of an inability to pay the debt in full immediately, please submit a request via email to onrrinstallments@onrr.gov.

## Appeal Rights

You may appeal this demand, order, or decision under 30 CFR § 1290. Appeal instructions are enclosed as Enclosure 1.

## Surety Posting

If you choose to appeal without paying the debt, you may need to post a surety as stated on Enclosure 1.  If you have any questions about sureties, please contact Financial Services at (800) 433-9801 (ext. 1-3801), or (303) 231-3801.  **If you do not pay the amount demanded herein or appeal and post the required surety, you may be subject to civil penalties under 30 CFR Part 1241.**

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah



# United States Department of the Interior

OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

- Report the debt to national credit bureaus.
- Report the debt to the IRS as potential income.

In addition to the Treasury fee, ONRR will assess a $436.00 fee to the debt to cover administrative costs incurred by ONRR. If the Department of Justice (DOJ) assists ONRR to collect the debt, an additional fee for DOJ's civil debt collection litigation activities will be added to your debt (PL. 103-121). Currently, DOJ's fee is 3% of the outstanding balance (including interest and administrative fees).

Should you appeal, ONRR may also assess an additional $436.00 for administrative costs that accrue during the appeal process if: (1) the notice we provide you under 30 CFR § 1218.703 grants you the right to appeal the debt, (2) you exercise your right to appeal; and (3) your appeal is denied and, thereafter, we refer the debt to DMS. Such assessments shall be made against you unless we determine otherwise under the criteria of the Federal Claims Collection Standards (31 CFR Parts 900 through 904) or other applicable law.

To resolve any and all debts referred to DMS, you will be responsible for paying: 1) the Treasury fee, 2) ONRR's administrative fee(s), and 3) the principal (including interest) in order to clear the debt. Once a debt is referred to DMS, payment must be made to DMS and cannot be paid to ONRR.

You have the right to inspect and copy records relating to this debt. If you wish to exercise this right, ONRR must receive your request on or before 60 days from the date of this Demand for Payment.

## Questions Regarding the Invoice

If you have questions related to this invoice or want to request a copy of the records related to your debt, please contact Financial Services at (800) 433-9801 or (303) 231-3563.

Financial Services Manager

Enclosures (2)

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

Please Remit To:
  ONRR using Pay.gov or another type of Electronic Funds Transfer.

| | |
|---|---|
| Page: | FED01 |
| Invoice No: | 1 |
| Invoice Date: | FIN100085594 |
| | 09/14/2021 |
| Customer Number: | 03295 |
| Due Date: | 10/19/2021 |

## INVOICE

Customer:

  FIELDWOOD ENERGY INC
  LAUREN JONES
  2000 W SAM HOUSTON PKWY SOUTH
  SUITE 1200
  HOUSTON TX 77042

**TOTAL AMOUNT DUE :**    80,005.00

For billing questions, please call   MARK.MORENO@ONRR.GOV

| Description | Line<br>MMS Lease No. | Orig Due Dt<br>Agency Lease | Obligation Amount<br>Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| | | AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC PAYMENT SUBMISSION DATA. | | | |
| Underpaid Minimum Royalty | 1<br>0540037820 | 05/31/2021<br>OCS-G 3782 | 15,000.00 | 0.00 | 15,000.00 |
| Underpaid Minimum Royalty | 2<br>0540108830 | 05/31/2021<br>OCS-G 10883 | 15,000.00 | 0.00 | 15,000.00 |
| Underpaid Minimum Royalty | 3<br>0540210960 | 05/31/2021<br>OCS-G 21096 | 25,000.00 | 0.00 | 25,000.00 |
| Underpaid Minimum Royalty | 5<br>0540226790 | 05/31/2021<br>OCS-G 22679 | 25,005.00 | 0.00 | 25,005.00 |
| | | **SUBTOTAL:** | | | 80,005.00 |

FIN

Original

# INVOICE

Bill To:

FIELDWOOD ENERGY INC

| Page: | 2 |
|---|---|
| Invoice No: | FIN100085594 |
| Invoice Date: | 09/14/2021 |

| Description | Line | Orig Due Dt | Obligation Amount | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| | MMS Lease No. | Agency Lease | Lease Name | | |

| | |
|---|---|
| TOTAL AMOUNT DUE : | 80,005.00 |

FIN                                                                                          Original



# United States Department of the Interior

### OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

FM-FS
Mail Stop 63220B

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

**DEMAND FOR PAYMENT**
**Lease Terms Violations**

The enclosed invoice identifies underpayment or nonpayment of financial obligations such as advance royalty, minimum royalty, minimum royalty payable in advance or rent.

**<u>Payment Instructions</u>**

All payments to the Office of Natural Resources Revenue (ONRR) must be made via electronic funds transfer (EFT) with the exception of payments made to tribal lockboxes. Your EFT payment must include your payor code, the invoice number, Federal/Indian indicator, and Distributee Code (if Indian): (1) on the Pay.gov payment form, (2) in the "Originator to Beneficiary Information" field of a Fedwire payment message, or (3) in the addenda record for an ACH payment. Detailed payment information can be found on our website at: http://www.onrr.gov/ReportPay/payments.htm.

To discuss the option of an installment agreement because of an inability to pay the debt in full immediately, please submit a request via email to <u>onrrinstallments@onrr.gov</u>.

**<u>Appeal Rights</u>**

You may appeal this demand, order, or decision under 30 CFR § 1290. Appeal instructions are enclosed as Enclosure 1.

**<u>Surety Posting</u>**

If you choose to appeal without paying the debt, you may need to post a surety as stated on Enclosure 1. If you have any questions about sureties, please contact Financial Services at (800) 433-9801 (ext. 1-3801), or (303) 231-3801. **If you do not pay the amount demanded herein or appeal and post the required surety, you may be subject to civil penalties under 30 CFR Part 1241.**

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah



## United States Department of the Interior

OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

**Interest**

The Federal Oil and Gas Royalty Management Act of 1982 requires ONRR to charge interest on late payments and underpayments from the date the original invoice was due until paid in full. 30 U.S.C. § 1721 Interest on late or underpaid obligations arising from solid mineral and geothermal leases is calculated as simple interest using the United States Treasury Current Balance of Funds Rate. Interest on late or underpaid obligations arising from oil and gas leases is calculated as compound interest using the Internal Revenue Service underpayment rate for corporate taxpayers. ONRR will assess interest as prescribed by 30 CFR Part 1218.  **Interest, while not monetized on Enclosure 2, is accruing and will continue to accrue until the debt is paid in full.  Once the debt is paid, ONRR will generate a Demand for Payment identifying the interest you owe.**

**Enforced Collection Actions**

If you fail to pay the full amount by the due date on the invoice, or if this Demand for Payment is not timely appealed, ONRR may take some or all of the following actions, as necessary and at ONRR's discretion, to enforce compliance: (1) Issue a Notice of Noncompliance under 30 CFR § 1241.50; (2) demand payment from the surety associated with the lease(s); (3) recommend to the leasing agency that they commence shutting-in the wells and canceling your lease(s), rights-of-way, permits, or licenses; or, (4) write off the debt and, if collection actions cease, report the debt as taxable income.  ONRR also reserves the right to assess an Immediate Liability Civil Penalty under 30 CFR 1240.60(b)(1)(i) if you knowingly or willfully fail to make any royalty payment by the date specified by statute, regulation, order, or a term of the lease.

**Referral to Treasury, Fees, and Administrative Costs**

If you have not appealed and also fail to pay the debt in full within 60 days from the date of this Demand for Payment, ONRR may refer your debt to the U.S. Department of the Treasury's Debt Management Services (DMS) for collection. If a referral to DMS is made, a fee for Treasury's collection services will be added to your debt (the "Treasury fee"). Currently, the Treasury fee is 30% of the outstanding balance (including interest and administrative fees) for most debts and 32% for debts that have been delinquent for more than two years.  As stated above, interest will continue to accrue until the debt is paid in full.

After referral, DMS may take any or all of the following actions:

- Reduce (offset) any eligible Federal and State payments due to you.
- Refer the debt to a private collection agency.
- Refer the debt to the U.S. Department of Justice to initiate litigation.

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah



# United States Department of the Interior

OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

- Report the debt to national credit bureaus.
- Report the debt to the IRS as potential income.

In addition to the Treasury fee, ONRR will assess a $436.00 fee to the debt to cover administrative costs incurred by ONRR.

Should you appeal, ONRR may also assess an additional $436.00 for administrative costs that accrue during the appeal process if: (1) the notice we provide you under 30 CFR § 1218.703 grants you the right to appeal the debt, (2) you exercise your right to appeal; and (3) your appeal is denied and, thereafter, we refer the debt to DMS. Such assessments shall be made against you unless we determine otherwise under the criteria of the Federal Claims Collection Standards (31 CFR Parts 900 through 904) or other applicable law.

If the Department of Justice (DOJ) assists ONRR to collect the debt, an additional fee for DOJ's civil debt collection litigation activities will be added to your debt (PL. 103-121). Currently, DOJ's fee is 3% of the outstanding balance (including interest and administrative fees).

To resolve any and all debts referred to DMS, you will be responsible for paying: 1) the Treasury fee, 2) ONRR's administrative fee(s), and 3) the principal (including interest) in order to clear the debt. Once a debt is referred to DMS, payment must be made to DMS and cannot be paid to ONRR.

You have the right to inspect and copy records relating to this debt. If you wish to exercise this right, ONRR must receive your request on or before 60 days from the date of this Demand for Payment.

## Questions Regarding the Invoice

If you have questions related to this invoice or want to request a copy of the records related to your debt, please contact Financial Services at (800) 433-9801 or (303) 231-3563.


Financial Services Manager

Enclosures:
1. Appeal Instructions
2. Invoice


INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah

United States Department of the Interior
Office of Natural Resources Revenue (ONRR)
Appeal from Federal Demand or Order

## Appeal Instructions

To commence the appeal process, an appellant must file a notice of appeal to the Director, Office of Natural Resources Revenue within 30 days from service of the demand or order. An appellant may not request and will not receive an extension of time for filing its notice of appeal.

Within the same 30-day period, an appellant also must file a written argument or brief that includes the facts or laws (i.e., a statement of reasons) to justify reversal or modification of the demand or order.  To request additional time to file a statement of reasons, please see 30 CFR § 1290.109 and 43 CFR § Part 4, Subpart E.

A notice of appeal, statement of reasons, and any request for extension of time must be filed with ONRR via email as a PDF attachment or in paper form. documents filed by email must be received at this email address by 11:59 p.m. MST on the date they are due to be timely filed. If you file a document in paper, please also email it in PDF format to the email address below within three business days of when it is filed.

- ONRR's email address: ONRRAppealsMailbox@onrr.gov.
- ONRR's physical and mailing addresses:

Office of Natural Resources Revenue
Appeals Program
Denver Federal Center – Bldg. 85
6th Avenue and Kipling Street
Denver, CO 80225

Office of Natural Resources Revenue
Appeals Program
PO Box 25165, MS64400B
Denver, CO 80225-0165

For appeal questions, call (303) 231-3047.

## Suspension of Compliance and Required Payment

To suspend compliance with a demand or order for $10,000 or more pending the outcome of an appeal, an appellant must post a bond or other adequate surety instrument, or demonstrate financial solvency, within 60 days from service of the demand or order.  See 30 CFR part 1243. Detailed instructions on posting your surety can be found on our website at https://www.onrr.gov/compliance/appeals.htm.

An appellant must maintain a bond or other surety instrument in the amount and manner that ONRR prescribes, or must demonstrate financial solvency, for the pendency of the appeal. Alternatively, an appellant may pay the amount due under protest to mitigate the accrual of late-payment interest during the pendency of its appeal.  See 30 CFR part 1243.

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

Please Remit To:
ONRR using Pay.gov or another type of Electronic Funds Transfer.

| | |
|---|---|
| Page: | 1 |
| Invoice No: | FIN100086002 |
| Invoice Date: | 10/19/2021 |
| Customer Number: | 03295 |
| Due Date: | 11/23/2021 |

FED01

**INVOICE**

Customer:

FIELDWOOD ENERGY INC
LAUREN JONES
2000 W SAM HOUSTON PKWY SOUTH
SUITE 1200
HOUSTON TX 77042

**TOTAL AMOUNT DUE :**        254,889.88

For billing questions, please call  MARK.MORENO@ONRR.GOV

| Description | Line<br>MMS Lease No. | Orig Due Dt<br>Agency Lease | Obligation Amount<br>Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| | | AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC<br>PAYMENT SUBMISSION DATA. | | | |
| Underpaid Minimum Royalty | 1<br>0540015200 | 06/30/2021<br>OCS-G 1520 | 15,000.00 | 2.02 | 14,997.98 |
| Underpaid Minimum Royalty | 3<br>0540027210 | 06/30/2021<br>OCS-G 2721 | 17,280.00 | 0.00 | 17,280.00 |
| Underpaid Minimum Royalty | 4<br>0540027540 | 06/30/2021<br>OCS-G 2754 | 17,280.00 | 0.00 | 17,280.00 |
| Underpaid Minimum Royalty | 5<br>0540027570 | 06/30/2021<br>OCS-G 2757 | 17,280.00 | 0.00 | 17,280.00 |
| Underpaid Minimum Royalty | 6<br>0540031520 | 06/30/2021<br>OCS-G 3152 | 15,000.00 | 7,060.88 | 7,939.12 |
| Underpaid Minimum Royalty | 7<br>0540055500 | 06/30/2021<br>OCS-G 5550 | 15,000.00 | 0.03 | 14,999.97 |

FIN                                                                                                          Original

# INVOICE

Bill To:
FIELDWOOD ENERGY INC

| | Page: | 2 |
|---|---|---|
| | Invoice No: | FIN100086002 |
| | Invoice Date: | 10/19/2021 |

| Description | Line<br>MMS Lease No. | Orig Due Dt<br>Agency Lease | Obligation Amount<br>Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| Underpaid Minimum Royalty | 8<br>0540055510 | 06/30/2021<br>OCS-G 5551 | 15,000.00 | 0.00 | 15,000.00 |
| Underpaid Minimum Royalty | 9<br>0540107360 | 06/30/2021<br>OCS-G 10736 | 15,000.00 | 295.17 | 14,704.83 |
| Underpaid Minimum Royalty | 10<br>0540107800 | 06/30/2021<br>OCS-G 10780 | 15,000.00 | 0.00 | 15,000.00 |
| Underpaid Minimum Royalty | 11<br>0540136220 | 06/30/2021<br>OCS-G 13622 | 15,000.00 | 0.00 | 15,000.00 |
| Underpaid Minimum Royalty | 12<br>0540150500 | 06/30/2021<br>OCS-G 15050 | 14,460.00 | 13,081.33 | 1,378.67 |
| Underpaid Minimum Royalty | 13<br>0540152630 | 06/30/2021<br>OCS-G 15263 | 25,005.00 | 0.00 | 25,005.00 |
| Underpaid Minimum Royalty | 14<br>0540152880 | 06/30/2021<br>OCS-G 15288 | 25,000.00 | 0.00 | 25,000.00 |
| Underpaid Minimum Royalty | 15<br>0540153120 | 06/30/2021<br>OCS-G 15312 | 25,000.00 | 2,225.71 | 22,774.29 |
| Underpaid Minimum Royalty | 18<br>0540322670 | 06/30/2021<br>OCS-G 32267 | 31,250.00 | 0.00 | 31,250.00 |
| Underpaid Minimum Royalty | 19<br>0540336460 | 06/30/2021<br>OCS-G 33646 | 0.02 | 0.00 | 0.02 |

**SUBTOTAL:** 254,889.88

**TOTAL AMOUNT DUE :** 254,889.88

FIN

Original



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

FM-FS
Mail Stop 63220B

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

**DEMAND FOR PAYMENT**
**Lease Terms Violations**

The enclosed invoice identifies underpayment or nonpayment of financial obligations such as advance royalty, minimum royalty, minimum royalty payable in advance or rent.

## Payment Instructions

All payments to the Office of Natural Resources Revenue (ONRR) must be made via electronic funds transfer (EFT) with the exception of payments made to tribal lockboxes. Your EFT payment must include your payor code, the invoice number, Federal/Indian indicator, and Distributee Code (if Indian): (1) on the Pay.gov payment form, (2) in the "Originator to Beneficiary Information" field of a Fedwire payment message, or (3) in the addenda record for an ACH payment. Detailed payment information can be found on our website at: http://www.onrr.gov/ReportPay/payments.htm.

To discuss the option of an installment agreement because of an inability to pay the debt in full immediately, please submit a request via email to onrrinstallments@onrr.gov.

## Appeal Rights

You may appeal this demand, order, or decision under 30 CFR § 1290. Appeal instructions are enclosed as Enclosure 1.

## Surety Posting

If you choose to appeal without paying the debt, you may need to post a surety as stated on Enclosure 1. If you have any questions about sureties, please contact Financial Services at (800) 433-9801 (ext. 1-3801), or (303) 231-3801. **If you do not pay the amount demanded herein or appeal and post the required surety, you may be subject to civil penalties under 30 CFR Part 1241.**

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah



# United States Department of the Interior

OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

## Interest

The Federal Oil and Gas Royalty Management Act of 1982 requires ONRR to charge interest on late payments and underpayments from the date the original invoice was due until paid in full. 30 U.S.C. § 1721 Interest on late or underpaid obligations arising from solid mineral and geothermal leases is calculated as simple interest using the United States Treasury Current Balance of Funds Rate. Interest on late or underpaid obligations arising from oil and gas leases is calculated as compound interest using the Internal Revenue Service underpayment rate for corporate taxpayers. ONRR will assess interest as prescribed by 30 CFR Part 1218. **Interest, while not monetized on Enclosure 2, is accruing and will continue to accrue until the debt is paid in full. Once the debt is paid, ONRR will generate a Demand for Payment identifying the interest you owe.**

## Enforced Collection Actions

If you fail to pay the full amount by the due date on the invoice, or if this Demand for Payment is not timely appealed, ONRR may take some or all of the following actions, as necessary and at ONRR's discretion, to enforce compliance: (1) Issue a Notice of Noncompliance under 30 CFR § 1241.50; (2) demand payment from the surety associated with the lease(s); (3) recommend to the leasing agency that they commence shutting-in the wells and canceling your lease(s), rights-of-way, permits, or licenses; or, (4) write off the debt and, if collection actions cease, report the debt as taxable income. ONRR also reserves the right to assess an Immediate Liability Civil Penalty under 30 CFR 1240.60(b)(1)(i) if you knowingly or willfully fail to make any royalty payment by the date specified by statute, regulation, order, or a term of the lease.

## Referral to Treasury, Fees, and Administrative Costs

If you have not appealed and also fail to pay the debt in full within 60 days from the date of this Demand for Payment, ONRR may refer your debt to the U.S. Department of the Treasury's Debt Management Services (DMS) for collection. If a referral to DMS is made, a fee for Treasury's collection services will be added to your debt (the "Treasury fee"). Currently, the Treasury fee is 30% of the outstanding balance (including interest and administrative fees) for most debts and 32% for debts that have been delinquent for more than two years. As stated above, interest will continue to accrue until the debt is paid in full.

After referral, DMS may take any or all of the following actions:

- Reduce (offset) any eligible Federal and State payments due to you.
- Refer the debt to a private collection agency.
- Refer the debt to the U.S. Department of Justice to initiate litigation.

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah



# United States Department of the Interior

OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

- Report the debt to national credit bureaus.
- Report the debt to the IRS as potential income.

In addition to the Treasury fee, ONRR will assess a $436.00 fee to the debt to cover administrative costs incurred by ONRR.

Should you appeal, ONRR may also assess an additional $436.00 for administrative costs that accrue during the appeal process if: (1) the notice we provide you under 30 CFR § 1218.703 grants you the right to appeal the debt, (2) you exercise your right to appeal; and (3) your appeal is denied and, thereafter, we refer the debt to DMS. Such assessments shall be made against you unless we determine otherwise under the criteria of the Federal Claims Collection Standards (31 CFR Parts 900 through 904) or other applicable law.

If the Department of Justice (DOJ) assists ONRR to collect the debt, an additional fee for DOJ's civil debt collection litigation activities will be added to your debt (PL. 103-121). Currently, DOJ's fee is 3% of the outstanding balance (including interest and administrative fees).

To resolve any and all debts referred to DMS, you will be responsible for paying: 1) the Treasury fee, 2) ONRR's administrative fee(s), and 3) the principal (including interest) in order to clear the debt. Once a debt is referred to DMS, payment must be made to DMS and cannot be paid to ONRR.

You have the right to inspect and copy records relating to this debt. If you wish to exercise this right, ONRR must receive your request on or before 60 days from the date of this Demand for Payment.

## Questions Regarding the Invoice

If you have questions related to this invoice or want to request a copy of the records related to your debt, please contact Financial Services at (800) 433-9801 or (303) 231-3563.

Financial Services Manager

Enclosures:
1. Appeal Instructions
2. Invoice

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah

United States Department of the Interior
Office of Natural Resources Revenue (ONRR)
Appeal from Federal Demand or Order

## Appeal Instructions

To commence the appeal process, an appellant must file a notice of appeal to the Director, Office of Natural Resources Revenue within 30 days from service of the demand or order. An appellant may not request and will not receive an extension of time for filing its notice of appeal.

Within the same 30-day period, an appellant also must file a written argument or brief that includes the facts or laws (i.e., a statement of reasons) to justify reversal or modification of the demand or order.  To request additional time to file a statement of reasons, please see 30 CFR § 1290.109 and 43 CFR § Part 4, Subpart E.

A notice of appeal, statement of reasons, and any request for extension of time must be filed with ONRR via email as a PDF attachment or in paper form. documents filed by email must be received at this email address by 11:59 p.m. MST on the date they are due to be timely filed. If you file a document in paper, please also email it in PDF format to the email address below within three business days of when it is filed.

- ONRR's email address: ONRRAppealsMailbox@onrr.gov.
- ONRR's physical and mailing addresses:

Office of Natural Resources Revenue          Office of Natural Resources Revenue
Appeals Program                              Appeals Program
Denver Federal Center – Bldg. 85             PO Box 25165, MS64400B
6th Avenue and Kipling Street                Denver, CO 80225-0165
Denver, CO 80225

For appeal questions, call (303) 231-3047.

## Suspension of Compliance and Required Payment

To suspend compliance with a demand or order for $10,000 or more pending the outcome of an appeal, an appellant must post a bond or other adequate surety instrument, or demonstrate financial solvency, within 60 days from service of the demand or order.  See 30 CFR part 1243. Detailed instructions on posting your surety can be found on our website at https://www.onrr.gov/compliance/appeals.htm.

An appellant must maintain a bond or other surety instrument in the amount and manner that ONRR prescribes, or must demonstrate financial solvency, for the pendency of the appeal. Alternatively, an appellant may pay the amount due under protest to mitigate the accrual of late-payment interest during the pendency of its appeal.  See 30 CFR part 1243.

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

Please Remit To:
ONRR using Pay.gov or another type of Electronic Funds Transfer.

| | |
|---|---|
| Page: | FED01<br>1 |
| Invoice No: | FIN100086003 |
| Invoice Date: | 10/19/2021 |
| Customer Number: | 96958 |
| Due Date: | 11/23/2021 |

**INVOICE**

Customer:

FIELDWOOD ENERGY OFFSHORE LLC
LAUREN JONES
LAUREN JONES
2000 W SAM HOUSTON PKWY S
STE 1200
HOUSTON TX 77042

**TOTAL AMOUNT DUE :**            29,566.48

For billing questions, please call  MARK.MORENO@ONRR.GOV

| Description | Line<br>MMS Lease No. | Orig Due Dt<br>Agency Lease | Obligation Amount<br>Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| | | | AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC<br>PAYMENT SUBMISSION DATA. | | |
| Underpaid Minimum Royalty | 2<br>0540027220 | 06/30/2021<br>OCS-G 2722 | 17,280.00 | 0.00 | 17,280.00 |
| Underpaid Minimum Royalty | 3<br>0540130550 | 06/30/2021<br>OCS-G 13055 | 9,642.00 | 0.00 | 9,642.00 |
| Underpaid Minimum Royalty | 4<br>0540237350 | 06/30/2021<br>OCS-G 23735 | 25,000.00 | 22,355.52 | 2,644.48 |
| | | **SUBTOTAL:** | | | 29,566.48 |
| | | **TOTAL AMOUNT DUE :** | | | 29,566.48 |

FIN                                                                                                          Original



# United States Department of the Interior

### OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

FM-FS
Mail Stop 63220B

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

**DEMAND FOR PAYMENT**
**Lease Terms Violations**

The enclosed invoice identifies underpayment or nonpayment of financial obligations such as advance royalty, minimum royalty, minimum royalty payable in advance or rent.

## <u>Payment Instructions</u>

All payments to the Office of Natural Resources Revenue (ONRR) must be made via electronic funds transfer (EFT) with the exception of payments made to tribal lockboxes.  Your EFT payment must include your payor code, the invoice number, Federal/Indian indicator, and Distributee Code (if Indian): (1) on the Pay.gov payment form, (2) in the "Originator to Beneficiary Information" field of a Fedwire payment message, or (3) in the addenda record for an ACH payment. Detailed payment information can be found on our website at: http://www.onrr.gov/ReportPay/payments.htm.

To discuss the option of an installment agreement because of an inability to pay the debt in full immediately, please submit a request via email to onrrinstallments@onrr.gov.

## <u>Appeal Rights</u>

You may appeal this demand, order, or decision under 30 CFR § 1290. Appeal instructions are enclosed as Enclosure 1.

## <u>Surety Posting</u>

If you choose to appeal without paying the debt, you may need to post a surety as stated on Enclosure 1.  If you have any questions about sureties, please contact Financial Services at (800) 433-9801 (ext. 1-3801), or (303) 231-3801.  **If you do not pay the amount demanded herein or appeal and post the required surety, you may be subject to civil penalties under 30 CFR Part 1241.**

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

### Interest

The Federal Oil and Gas Royalty Management Act of 1982 requires ONRR to charge interest on late payments and underpayments from the date the original invoice was due until paid in full. 30 U.S.C. § 1721 Interest on late or underpaid obligations arising from solid mineral and geothermal leases is calculated as simple interest using the United States Treasury Current Balance of Funds Rate. Interest on late or underpaid obligations arising from oil and gas leases is calculated as compound interest using the Internal Revenue Service underpayment rate for corporate taxpayers. ONRR will assess interest as prescribed by 30 CFR Part 1218. **Interest, while not monetized on Enclosure 2, is accruing and will continue to accrue until the debt is paid in full. Once the debt is paid, ONRR will generate a Demand for Payment identifying the interest you owe.**

### Enforced Collection Actions

If you fail to pay the full amount by the due date on the invoice, or if this Demand for Payment is not timely appealed, ONRR may take some or all of the following actions, as necessary and at ONRR's discretion, to enforce compliance: (1) Issue a Notice of Noncompliance under 30 CFR § 1241.50; (2) demand payment from the surety associated with the lease(s); (3) recommend to the leasing agency that they commence shutting-in the wells and canceling your lease(s), rights-of-way, permits, or licenses; or, (4) write off the debt and, if collection actions cease, report the debt as taxable income. ONRR also reserves the right to assess an Immediate Liability Civil Penalty under 30 CFR 1240.60(b)(1)(i) if you knowingly or willfully fail to make any royalty payment by the date specified by statute, regulation, order, or a term of the lease.

### Referral to Treasury, Fees, and Administrative Costs

If you have not appealed and also fail to pay the debt in full within 60 days from the date of this Demand for Payment, ONRR may refer your debt to the U.S. Department of the Treasury's Debt Management Services (DMS) for collection. If a referral to DMS is made, a fee for Treasury's collection services will be added to your debt (the "Treasury fee"). Currently, the Treasury fee is 30% of the outstanding balance (including interest and administrative fees) for most debts and 32% for debts that have been delinquent for more than two years. As stated above, interest will continue to accrue until the debt is paid in full.

After referral, DMS may take any or all of the following actions:

- Reduce (offset) any eligible Federal and State payments due to you.
- Refer the debt to a private collection agency.
- Refer the debt to the U.S. Department of Justice to initiate litigation.



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

- Report the debt to national credit bureaus.
- Report the debt to the IRS as potential income.

In addition to the Treasury fee, ONRR will assess a $436.00 fee to the debt to cover administrative costs incurred by ONRR.

Should you appeal, ONRR may also assess an additional $436.00 for administrative costs that accrue during the appeal process if: (1) the notice we provide you under 30 CFR § 1218.703 grants you the right to appeal the debt, (2) you exercise your right to appeal; and (3) your appeal is denied and, thereafter, we refer the debt to DMS. Such assessments shall be made against you unless we determine otherwise under the criteria of the Federal Claims Collection Standards (31 CFR Parts 900 through 904) or other applicable law.

If the Department of Justice (DOJ) assists ONRR to collect the debt, an additional fee for DOJ's civil debt collection litigation activities will be added to your debt (PL. 103-121). Currently, DOJ's fee is 3% of the outstanding balance (including interest and administrative fees).

To resolve any and all debts referred to DMS, you will be responsible for paying: 1) the Treasury fee, 2) ONRR's administrative fee(s), and 3) the principal (including interest) in order to clear the debt. Once a debt is referred to DMS, payment must be made to DMS and cannot be paid to ONRR.

You have the right to inspect and copy records relating to this debt. If you wish to exercise this right, ONRR must receive your request on or before 60 days from the date of this Demand for Payment.

## **Questions Regarding the Invoice**

If you have questions related to this invoice or want to request a copy of the records related to your debt, please contact Financial Services at (800) 433-9801 or (303) 231-3563.

Financial Services Manager

Enclosures:
1. Appeal Instructions
2. Invoice

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah

United States Department of the Interior
Office of Natural Resources Revenue (ONRR)
Appeal from Federal Demand or Order

**Appeal Instructions**

To commence the appeal process, an appellant must file a notice of appeal to the Director, Office of Natural Resources Revenue within 30 days from service of the demand or order. An appellant may not request and will not receive an extension of time for filing its notice of appeal.

Within the same 30-day period, an appellant also must file a written argument or brief that includes the facts or laws (i.e., a statement of reasons) to justify reversal or modification of the demand or order.  To request additional time to file a statement of reasons, please see 30 CFR § 1290.109 and 43 CFR § Part 4, Subpart E.

A notice of appeal, statement of reasons, and any request for extension of time must be filed with ONRR via email as a PDF attachment or in paper form. documents filed by email must be received at this email address by 11:59 p.m. MST on the date they are due to be timely filed. If you file a document in paper, please also email it in PDF format to the email address below within three business days of when it is filed.

- ONRR's email address: ONRRAppealsMailbox@onrr.gov.
- ONRR's physical and mailing addresses:

Office of Natural Resources Revenue          Office of Natural Resources Revenue
Appeals Program                              Appeals Program
Denver Federal Center – Bldg. 85             PO Box 25165, MS64400B
6th Avenue and Kipling Street                Denver, CO 80225-0165
Denver, CO 80225

For appeal questions, call (303) 231-3047.

**Suspension of Compliance and Required Payment**

To suspend compliance with a demand or order for $10,000 or more pending the outcome of an appeal, an appellant must post a bond or other adequate surety instrument, or demonstrate financial solvency, within 60 days from service of the demand or order.  See 30 CFR part 1243. Detailed instructions on posting your surety can be found on our website at https://www.onrr.gov/compliance/appeals.htm.

An appellant must maintain a bond or other surety instrument in the amount and manner that ONRR prescribes, or must demonstrate financial solvency, for the pendency of the appeal. Alternatively, an appellant may pay the amount due under protest to mitigate the accrual of late-payment interest during the pendency of its appeal.  See 30 CFR part 1243.

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

| | |
|---|---|
| Page: | FED01 |
| Invoice No: | 1 |
| Invoice Date: | FIN100086241 |
| Customer Number: | 11/02/2021 |
| Due Date: | 96961 |
| | 12/07/2021 |

Please Remit To:

ONRR using Pay.gov or another type of Electronic Funds Transfer.

## INVOICE

**TOTAL AMOUNT DUE :**            25,000.00

Customer:

DYNAMIC OFFSHORE RESOURCES NS  LLC

DEIDRE CARRIER

2000 W SAM HOUSTON PKWY S

STE 1200

HOUSTON TX 77042

For billing questions, please call   MEGAN.KEIM@ONRR.GOV

| Description | Line<br>MMS Lease No. | Orig Due Dt<br>Agency Lease | Obligation Amount<br>Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC PAYMENT SUBMISSION DATA. | | | | | |
| Underpaid Minimum Royalty | 1<br>0540211060 | 06/30/2021<br>OCS-G 21106 | 25,000.00 | 0.00 | 25,000.00 |
| | | **SUBTOTAL:** | | | 25,000.00 |
| | | **TOTAL AMOUNT DUE :** | | | 25,000.00 |

FIN                                                                                                    Original



# United States Department of the Interior

### OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

FM-FS
Mail Stop 63220B

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

**DEMAND FOR PAYMENT**
**Lease Terms Violations**

The enclosed invoice identifies underpayment or nonpayment of financial obligations such as advance royalty, minimum royalty, minimum royalty payable in advance or rent.

**<u>Payment Instructions</u>**

All payments to the Office of Natural Resources Revenue (ONRR) must be made via electronic funds transfer (EFT) with the exception of payments made to tribal lockboxes.  Your EFT payment must include your payor code, the invoice number, Federal/Indian indicator, and Distributee Code (if Indian): (1) on the Pay.gov payment form, (2) in the "Originator to Beneficiary Information" field of a Fedwire payment message, or (3) in the addenda record for an ACH payment. Detailed payment information can be found on our website at: http://www.onrr.gov/ReportPay/payments.htm.

To discuss the option of an installment agreement because of an inability to pay the debt in full immediately, please submit a request via email to onrrinstallments@onrr.gov.

**<u>Appeal Rights</u>**

You may appeal this demand, order, or decision under 30 CFR § 1290. Appeal instructions are enclosed as Enclosure 1.

**<u>Surety Posting</u>**

If you choose to appeal without paying the debt, you may need to post a surety as stated on Enclosure 1.  If you have any questions about sureties, please contact Financial Services at (800) 433-9801 (ext. 1-3801), or (303) 231-3801.  **If you do not pay the amount demanded herein or appeal and post the required surety, you may be subject to civil penalties under 30 CFR Part 1241.**

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

## Interest

The Federal Oil and Gas Royalty Management Act of 1982 requires ONRR to charge interest on late payments and underpayments from the date the original invoice was due until paid in full. 30 U.S.C. § 1721 Interest on late or underpaid obligations arising from solid mineral and geothermal leases is calculated as simple interest using the United States Treasury Current Balance of Funds Rate. Interest on late or underpaid obligations arising from oil and gas leases is calculated as compound interest using the Internal Revenue Service underpayment rate for corporate taxpayers. ONRR will assess interest as prescribed by 30 CFR Part 1218. **Interest, while not monetized on Enclosure 2, is accruing and will continue to accrue until the debt is paid in full.  Once the debt is paid, ONRR will generate a Demand for Payment identifying the interest you owe.**

## Enforced Collection Actions

If you fail to pay the full amount by the due date on the invoice, or if this Demand for Payment is not timely appealed, ONRR may take some or all of the following actions, as necessary and at ONRR's discretion, to enforce compliance: (1) Issue a Notice of Noncompliance under 30 CFR § 1241.50; (2) demand payment from the surety associated with the lease(s); (3) recommend to the leasing agency that they commence shutting-in the wells and canceling your lease(s), rights-of-way, permits, or licenses; or, (4) write off the debt and, if collection actions cease, report the debt as taxable income.  ONRR also reserves the right to assess an Immediate Liability Civil Penalty under 30 CFR 1240.60(b)(1)(i) if you knowingly or willfully fail to make any royalty payment by the date specified by statute, regulation, order, or a term of the lease.

## Referral to Treasury, Fees, and Administrative Costs

If you have not appealed and also fail to pay the debt in full within 60 days from the date of this Demand for Payment, ONRR may refer your debt to the U.S. Department of the Treasury's Debt Management Services (DMS) for collection. If a referral to DMS is made, a fee for Treasury's collection services will be added to your debt (the "Treasury fee"). Currently, the Treasury fee is 30% of the outstanding balance (including interest and administrative fees) for most debts and 32% for debts that have been delinquent for more than two years.  As stated above, interest will continue to accrue until the debt is paid in full.

After referral, DMS may take any or all of the following actions:

- Reduce (offset) any eligible Federal and State payments due to you.
- Refer the debt to a private collection agency.
- Refer the debt to the U.S. Department of Justice to initiate litigation.

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

- Report the debt to national credit bureaus.
- Report the debt to the IRS as potential income.

In addition to the Treasury fee, ONRR will assess a $436.00 fee to the debt to cover administrative costs incurred by ONRR.

Should you appeal, ONRR may also assess an additional $436.00 for administrative costs that accrue during the appeal process if: (1) the notice we provide you under 30 CFR § 1218.703 grants you the right to appeal the debt, (2) you exercise your right to appeal; and (3) your appeal is denied and, thereafter, we refer the debt to DMS. Such assessments shall be made against you unless we determine otherwise under the criteria of the Federal Claims Collection Standards (31 CFR Parts 900 through 904) or other applicable law.

If the Department of Justice (DOJ) assists ONRR to collect the debt, an additional fee for DOJ's civil debt collection litigation activities will be added to your debt (PL. 103-121). Currently, DOJ's fee is 3% of the outstanding balance (including interest and administrative fees).

To resolve any and all debts referred to DMS, you will be responsible for paying: 1) the Treasury fee, 2) ONRR's administrative fee(s), and 3) the principal (including interest) in order to clear the debt. Once a debt is referred to DMS, payment must be made to DMS and cannot be paid to ONRR.

You have the right to inspect and copy records relating to this debt. If you wish to exercise this right, ONRR must receive your request on or before 60 days from the date of this Demand for Payment.

## Questions Regarding the Invoice

If you have questions related to this invoice or want to request a copy of the records related to your debt, please contact Financial Services at (800) 433-9801 or (303) 231-3563.

Financial Services Manager

Enclosures:
1. Appeal Instructions
2. Invoice

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah

United States Department of the Interior
Office of Natural Resources Revenue (ONRR)
Appeal from Federal Demand or Order

## Appeal Instructions

To commence the appeal process, an appellant must file a notice of appeal to the Director, Office of Natural Resources Revenue within 30 days from service of the demand or order. An appellant may not request and will not receive an extension of time for filing its notice of appeal.

Within the same 30-day period, an appellant also must file a written argument or brief that includes the facts or laws (i.e., a statement of reasons) to justify reversal or modification of the demand or order.  To request additional time to file a statement of reasons, please see 30 CFR § 1290.109 and 43 CFR § Part 4, Subpart E.

A notice of appeal, statement of reasons, and any request for extension of time must be filed with ONRR via email as a PDF attachment or in paper form. documents filed by email must be received at this email address by 11:59 p.m. MST on the date they are due to be timely filed. If you file a document in paper, please also email it in PDF format to the email address below within three business days of when it is filed.

- ONRR's email address: ONRRAppealsMailbox@onrr.gov.
- ONRR's physical and mailing addresses:

| | |
|---|---|
| Office of Natural Resources Revenue | Office of Natural Resources Revenue |
| Appeals Program | Appeals Program |
| Denver Federal Center – Bldg. 85 | PO Box 25165, MS64400B |
| 6th Avenue and Kipling Street | Denver, CO 80225-0165 |
| Denver, CO 80225 | |

For appeal questions, call (303) 231-3047.

## Suspension of Compliance and Required Payment

To suspend compliance with a demand or order for $10,000 or more pending the outcome of an appeal, an appellant must post a bond or other adequate surety instrument, or demonstrate financial solvency, within 60 days from service of the demand or order.  See 30 CFR part 1243. Detailed instructions on posting your surety can be found on our website at https://www.onrr.gov/compliance/appeals.htm.

An appellant must maintain a bond or other surety instrument in the amount and manner that ONRR prescribes, or must demonstrate financial solvency, for the pendency of the appeal. Alternatively, an appellant may pay the amount due under protest to mitigate the accrual of late-payment interest during the pendency of its appeal.  See 30 CFR part 1243.

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

Please Remit To:

  ONRR using Pay.gov or another type of Electronic Funds Transfer.

| | |
|---|---|
| Page: | FED01 |
| Invoice No: | FIN100086555 |
| Invoice Date: | 11/15/2021 |
| Customer Number: | 96958 |
| Due Date: | 12/20/2021 |

## INVOICE

Customer:

  FIELDWOOD ENERGY OFFSHORE LLC

  LAUREN JONES

  LAUREN JONES

  2000 W SAM HOUSTON PKWY S

  STE 1200

  HOUSTON TX 77042

**TOTAL AMOUNT DUE :**                 15,000.00

For billing questions, please call   MARK.MORENO@ONRR.GOV

| Description | Line<br>MMS Lease No. | Orig Due Dt<br>Agency Lease | Obligation Amount<br>Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| | | | AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC PAYMENT SUBMISSION DATA. | | |
| **Underpaid Minimum Royalty** | 1<br>0540086580 | 07/31/2021<br>OCS-G 8658 | 15,000.00 | 0.00 | 15,000.00 |
| | | **SUBTOTAL:** | | | 15,000.00 |

| TOTAL AMOUNT DUE : | 15,000.00 |
|---|---|

FIN                                                                                                  Original



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

FM-FS
Mail Stop 63220B

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

**DEMAND FOR PAYMENT**
**Lease Terms Violations**

The enclosed invoice identifies underpayment or nonpayment of financial obligations such as advance royalty, minimum royalty, minimum royalty payable in advance or rent.

**<u>Payment Instructions</u>**

All payments to the Office of Natural Resources Revenue (ONRR) must be made via electronic funds transfer (EFT) with the exception of payments made to tribal lockboxes.  Your EFT payment must include your payor code, the invoice number, Federal/Indian indicator, and Distributee Code (if Indian): (1) on the Pay.gov payment form, (2) in the "Originator to Beneficiary Information" field of a Fedwire payment message, or (3) in the addenda record for an ACH payment. Detailed payment information can be found on our website at: http://www.onrr.gov/ReportPay/payments.htm.

To discuss the option of an installment agreement because of an inability to pay the debt in full immediately, please submit a request via email to onrrinstallments@onrr.gov.

**<u>Appeal Rights</u>**

You may appeal this demand, order, or decision under 30 CFR § 1290. Appeal instructions are enclosed as Enclosure 1.

**<u>Surety Posting</u>**

If you choose to appeal without paying the debt, you may need to post a surety as stated on Enclosure 1.  If you have any questions about sureties, please contact Financial Services at (800) 433-9801 (ext. 1-3801), or (303) 231-3801.  **If you do not pay the amount demanded herein or appeal and post the required surety, you may be subject to civil penalties under 30 CFR Part 1241.**



# United States Department of the Interior

### OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

**Interest**

The Federal Oil and Gas Royalty Management Act of 1982 requires ONRR to charge interest on late payments and underpayments from the date the original invoice was due until paid in full. 30 U.S.C. § 1721 Interest on late or underpaid obligations arising from solid mineral and geothermal leases is calculated as simple interest using the United States Treasury Current Balance of Funds Rate. Interest on late or underpaid obligations arising from oil and gas leases is calculated as compound interest using the Internal Revenue Service underpayment rate for corporate taxpayers. ONRR will assess interest as prescribed by 30 CFR Part 1218.  **Interest, while not monetized on Enclosure 2, is accruing and will continue to accrue until the debt is paid in full.  Once the debt is paid, ONRR will generate a Demand for Payment identifying the interest you owe.**

**Enforced Collection Actions**

If you fail to pay the full amount by the due date on the invoice, or if this Demand for Payment is not timely appealed, ONRR may take some or all of the following actions, as necessary and at ONRR's discretion, to enforce compliance: (1) Issue a Notice of Noncompliance under 30 CFR § 1241.50; (2) demand payment from the surety associated with the lease(s); (3) recommend to the leasing agency that they commence shutting-in the wells and canceling your lease(s), rights-of-way, permits, or licenses; or, (4) write off the debt and, if collection actions cease, report the debt as taxable income.  ONRR also reserves the right to assess an Immediate Liability Civil Penalty under 30 CFR 1240.60(b)(1)(i) if you knowingly or willfully fail to make any royalty payment by the date specified by statute, regulation, order, or a term of the lease.

**Referral to Treasury, Fees, and Administrative Costs**

If you have not appealed and also fail to pay the debt in full within 60 days from the date of this Demand for Payment, ONRR may refer your debt to the U.S. Department of the Treasury's Debt Management Services (DMS) for collection. If a referral to DMS is made, a fee for Treasury's collection services will be added to your debt (the "Treasury fee"). Currently, the Treasury fee is 30% of the outstanding balance (including interest and administrative fees) for most debts and 32% for debts that have been delinquent for more than two years.  As stated above, interest will continue to accrue until the debt is paid in full.

After referral, DMS may take any or all of the following actions:

- Reduce (offset) any eligible Federal and State payments due to you.
- Refer the debt to a private collection agency.
- Refer the debt to the U.S. Department of Justice to initiate litigation.



# United States Department of the Interior

## OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

- Report the debt to national credit bureaus.
- Report the debt to the IRS as potential income.

In addition to the Treasury fee, ONRR will assess a $436.00 fee to the debt to cover administrative costs incurred by ONRR.

Should you appeal, ONRR may also assess an additional $436.00 for administrative costs that accrue during the appeal process if: (1) the notice we provide you under 30 CFR § 1218.703 grants you the right to appeal the debt, (2) you exercise your right to appeal; and (3) your appeal is denied and, thereafter, we refer the debt to DMS. Such assessments shall be made against you unless we determine otherwise under the criteria of the Federal Claims Collection Standards (31 CFR Parts 900 through 904) or other applicable law.

If the Department of Justice (DOJ) assists ONRR to collect the debt, an additional fee for DOJ's civil debt collection litigation activities will be added to your debt (PL. 103-121). Currently, DOJ's fee is 3% of the outstanding balance (including interest and administrative fees).

To resolve any and all debts referred to DMS, you will be responsible for paying: 1) the Treasury fee, 2) ONRR's administrative fee(s), and 3) the principal (including interest) in order to clear the debt. Once a debt is referred to DMS, payment must be made to DMS and cannot be paid to ONRR.

You have the right to inspect and copy records relating to this debt. If you wish to exercise this right, ONRR must receive your request on or before 60 days from the date of this Demand for Payment.

## **Questions Regarding the Invoice**

If you have questions related to this invoice or want to request a copy of the records related to your debt, please contact Financial Services at (800) 433-9801 or (303) 231-3563.


Financial Services Manager

Enclosures:
1. Appeal Instructions
2. Invoice


INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah

United States Department of the Interior
Office of Natural Resources Revenue (ONRR)
Appeal from Federal Demand or Order

## Appeal Instructions

To commence the appeal process, an appellant must file a notice of appeal to the Director, Office of Natural Resources Revenue within 30 days from service of the demand or order. An appellant may not request and will not receive an extension of time for filing its notice of appeal.

Within the same 30-day period, an appellant also must file a written argument or brief that includes the facts or laws (i.e., a statement of reasons) to justify reversal or modification of the demand or order.  To request additional time to file a statement of reasons, please see 30 CFR § 1290.109 and 43 CFR § Part 4, Subpart E.

A notice of appeal, statement of reasons, and any request for extension of time must be filed with ONRR via email as a PDF attachment or in paper form. documents filed by email must be received at this email address by 11:59 p.m. MST on the date they are due to be timely filed. If you file a document in paper, please also email it in PDF format to the email address below within three business days of when it is filed.

- ONRR's email address: ONRRAppealsMailbox@onrr.gov.
- ONRR's physical and mailing addresses:

| | |
|---|---|
| Office of Natural Resources Revenue | Office of Natural Resources Revenue |
| Appeals Program | Appeals Program |
| Denver Federal Center – Bldg. 85 | PO Box 25165, MS64400B |
| 6th Avenue and Kipling Street | Denver, CO 80225-0165 |
| Denver, CO 80225 | |

For appeal questions, call (303) 231-3047.

## Suspension of Compliance and Required Payment

To suspend compliance with a demand or order for $10,000 or more pending the outcome of an appeal, an appellant must post a bond or other adequate surety instrument, or demonstrate financial solvency, within 60 days from service of the demand or order.  See 30 CFR part 1243. Detailed instructions on posting your surety can be found on our website at https://www.onrr.gov/compliance/appeals.htm.

An appellant must maintain a bond or other surety instrument in the amount and manner that ONRR prescribes, or must demonstrate financial solvency, for the pendency of the appeal. Alternatively, an appellant may pay the amount due under protest to mitigate the accrual of late-payment interest during the pendency of its appeal.  See 30 CFR part 1243.

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

| | |
|---|---|
| Page: | FED01 |
| Invoice No: | 1 |
| Invoice Date: | FIN100086561 |
| | 01/19/2022 |
| Customer Number: | 72096 |
| Due Date: | 02/23/2022 |

**INVOICE**

Please Remit To:

ONRR using Pay.gov or another type of Electronic Funds Transfer.

**TOTAL AMOUNT DUE :**          25,000.00

Customer:

BANDON OIL AND GAS LP

LAUREN JONES

2000 W SAM HOUSTON PKWY S

STE1200

HOUSTON TX 77042

||||||||||||||||||||||||

For billing questions, please call   JOHN.O'DONOGHUE@ONRR.GOV

| Description | Line<br>MMS Lease No. | Orig Due Dt | Obligation Amount<br>Agency Lease | Total Payment<br>Lease Name | AMOUNT DUE: |
|---|---|---|---|---|---|
| AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC PAYMENT SUBMISSION DATA. | | | | | |
| **Underpaid Minimum Royalty** | 1<br>0540197600 | 07/31/2021 | 25,000.00<br>OCS-G 19760 | 0.00 | 25,000.00 |
| | | **SUBTOTAL:** | | | 25,000.00 |
| | | **TOTAL AMOUNT DUE :** | | | 25,000.00 |

FIN                                                                                                          Original

 **United States Department of the Interior**

OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

FM-FS
Mail Stop 63220B

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

**DEMAND FOR PAYMENT**
**Lease Terms Violations**

The enclosed invoice identifies underpayment or nonpayment of financial obligations such as advance royalty, minimum royalty, minimum royalty payable in advance or rent.

<u>**Payment Instructions**</u>

All payments to the Office of Natural Resources Revenue (ONRR) must be made via electronic funds transfer (EFT) with the exception of payments made to tribal lockboxes. Your EFT payment must include your payor code, the invoice number, Federal/Indian indicator, and Distributee Code (if Indian): (1) on the Pay.gov payment form, (2) in the "Originator to Beneficiary Information" field of a Fedwire payment message, or (3) in the addenda record for an ACH payment. Detailed payment information can be found on our website at: http://www.onrr.gov/ReportPay/payments.htm.

To discuss the option of an installment agreement because of an inability to pay the debt in full immediately, please submit a request via email to onrrinstallments@onrr.gov.

<u>**Appeal Rights**</u>

You may appeal this demand, order, or decision under 30 CFR § 1290. Appeal instructions are enclosed as Enclosure 1.

<u>**Surety Posting**</u>

If you choose to appeal without paying the debt, you may need to post a surety as stated on Enclosure 1. If you have any questions about sureties, please contact Financial Services at (800) 433-9801 (ext. 1-3801), or (303) 231-3801. **If you do not pay the amount demanded herein or appeal and post the required surety, you may be subject to civil penalties under 30 CFR Part 1241.**

INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah



# United States Department of the Interior

### OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

## Interest

The Federal Oil and Gas Royalty Management Act of 1982 requires ONRR to charge interest on late payments and underpayments from the date the original invoice was due until paid in full. 30 U.S.C. § 1721 Interest on late or underpaid obligations arising from solid mineral and geothermal leases is calculated as simple interest using the United States Treasury Current Balance of Funds Rate. Interest on late or underpaid obligations arising from oil and gas leases is calculated as compound interest using the Internal Revenue Service underpayment rate for corporate taxpayers. ONRR will assess interest as prescribed by 30 CFR Part 1218. **Interest, while not monetized on Enclosure 2, is accruing and will continue to accrue until the debt is paid in full. Once the debt is paid, ONRR will generate a Demand for Payment identifying the interest you owe.**

## Enforced Collection Actions

If you fail to pay the full amount by the due date on the invoice, or if this Demand for Payment is not timely appealed, ONRR may take some or all of the following actions, as necessary and at ONRR's discretion, to enforce compliance: (1) Issue a Notice of Noncompliance under 30 CFR § 1241.50; (2) demand payment from the surety associated with the lease(s); (3) recommend to the leasing agency that they commence shutting-in the wells and canceling your lease(s), rights-of-way, permits, or licenses; or, (4) write off the debt and, if collection actions cease, report the debt as taxable income. ONRR also reserves the right to assess an Immediate Liability Civil Penalty under 30 CFR 1240.60(b)(1)(i) if you knowingly or willfully fail to make any royalty payment by the date specified by statute, regulation, order, or a term of the lease.

## Referral to Treasury, Fees, and Administrative Costs

If you have not appealed and also fail to pay the debt in full within 60 days from the date of this Demand for Payment, ONRR may refer your debt to the U.S. Department of the Treasury's Debt Management Services (DMS) for collection. If a referral to DMS is made, a fee for Treasury's collection services will be added to your debt (the "Treasury fee"). Currently, the Treasury fee is 30% of the outstanding balance (including interest and administrative fees) for most debts and 32% for debts that have been delinquent for more than two years. As stated above, interest will continue to accrue until the debt is paid in full.

After referral, DMS may take any or all of the following actions:

- Reduce (offset) any eligible Federal and State payments due to you.
- Refer the debt to a private collection agency.
- Refer the debt to the U.S. Department of Justice to initiate litigation.

INTERIOR REGION 7: UPPER COLORADO BASIN
**Colorado, New Mexico, Wyoming, and Utah**



# United States Department of the Interior

OFFICE OF NATURAL RESOURCES REVENUE

P.O. Box 25165
Denver, Colorado 80225-0165

- Report the debt to national credit bureaus.
- Report the debt to the IRS as potential income.

In addition to the Treasury fee, ONRR will assess a $436.00 fee to the debt to cover administrative costs incurred by ONRR.

Should you appeal, ONRR may also assess an additional $436.00 for administrative costs that accrue during the appeal process if: (1) the notice we provide you under 30 CFR § 1218.703 grants you the right to appeal the debt, (2) you exercise your right to appeal; and (3) your appeal is denied and, thereafter, we refer the debt to DMS. Such assessments shall be made against you unless we determine otherwise under the criteria of the Federal Claims Collection Standards (31 CFR Parts 900 through 904) or other applicable law.

If the Department of Justice (DOJ) assists ONRR to collect the debt, an additional fee for DOJ's civil debt collection litigation activities will be added to your debt (PL. 103-121). Currently, DOJ's fee is 3% of the outstanding balance (including interest and administrative fees).

To resolve any and all debts referred to DMS, you will be responsible for paying: 1) the Treasury fee, 2) ONRR's administrative fee(s), and 3) the principal (including interest) in order to clear the debt. Once a debt is referred to DMS, payment must be made to DMS and cannot be paid to ONRR.

You have the right to inspect and copy records relating to this debt. If you wish to exercise this right, ONRR must receive your request on or before 60 days from the date of this Demand for Payment.

## Questions Regarding the Invoice

If you have questions related to this invoice or want to request a copy of the records related to your debt, please contact Financial Services at (800) 433-9801 or (303) 231-3563.


Financial Services Manager

Enclosures:
1. Appeal Instructions
2. Invoice


INTERIOR REGION 7: UPPER COLORADO BASIN
Colorado, New Mexico, Wyoming, and Utah

United States Department of the Interior
Office of Natural Resources Revenue (ONRR)
Appeal from Federal Demand or Order

## Appeal Instructions

To commence the appeal process, an appellant must file a notice of appeal to the Director, Office of Natural Resources Revenue within 30 days from service of the demand or order. An appellant may not request and will not receive an extension of time for filing its notice of appeal.

Within the same 30-day period, an appellant also must file a written argument or brief that includes the facts or laws (i.e., a statement of reasons) to justify reversal or modification of the demand or order.  To request additional time to file a statement of reasons, please see 30 CFR § 1290.109 and 43 CFR § Part 4, Subpart E.

A notice of appeal, statement of reasons, and any request for extension of time must be filed with ONRR via email as a PDF attachment or in paper form. documents filed by email must be received at this email address by 11:59 p.m. MST on the date they are due to be timely filed. If you file a document in paper, please also email it in PDF format to the email address below within three business days of when it is filed.

- ONRR's email address: ONRRAppealsMailbox@onrr.gov.
- ONRR's physical and mailing addresses:

Office of Natural Resources Revenue                Office of Natural Resources Revenue
Appeals Program                                    Appeals Program
Denver Federal Center – Bldg. 85                   PO Box 25165, MS64400B
6th Avenue and Kipling Street                      Denver, CO 80225-0165
Denver, CO 80225

For appeal questions, call (303) 231-3047.

## Suspension of Compliance and Required Payment

To suspend compliance with a demand or order for $10,000 or more pending the outcome of an appeal, an appellant must post a bond or other adequate surety instrument, or demonstrate financial solvency, within 60 days from service of the demand or order.  See 30 CFR part 1243. Detailed instructions on posting your surety can be found on our website at https://www.onrr.gov/compliance/appeals.htm.

An appellant must maintain a bond or other surety instrument in the amount and manner that ONRR prescribes, or must demonstrate financial solvency, for the pendency of the appeal. Alternatively, an appellant may pay the amount due under protest to mitigate the accrual of late-payment interest during the pendency of its appeal.  See 30 CFR part 1243.

**U.S. Department of the Interior**
**Office of Natural Resources Revenue**

| | |
|---|---|
| Page: | FED01 1 |
| Invoice No: | FIN100086671 |
| Invoice Date: | 12/06/2021 |
| Customer Number: | 82999 |
| Due Date: | 01/10/2022 |

Please Remit To:
ONRR using Pay.gov or another type of Electronic Funds Transfer.

**INVOICE**

Customer:
SPN RESOURCES  LLC
LAUREN JONES
2000 W SAM HOUSTON PKWY S
STE 1200
HOUSTON TX 77042

**TOTAL AMOUNT DUE :**            14,986.30

For billing questions, please call   MEGAN.KEIM@ONRR.GOV

| Description | Line<br>MMS Lease No. | Orig Due Dt<br>Agency Lease | Obligation Amount<br>Lease Name | Total Payment | AMOUNT DUE: |
|---|---|---|---|---|---|
| AMOUNT(S) ASSESSED IN ACCORDANCE WITH LEASE TERMS. PLEASE INCLUDE THE CUSTOMER AND INVOICE NUMBERS ON YOUR ELECTRONIC PAYMENT SUBMISSION DATA. | | | | | |
| Underpaid Minimum Royalty | 1<br>0540015290 | 06/30/2021<br>OCS-G 1529 | 15,000.00<br>SS 252 | 13.70 | 14,986.30 |
| | | **SUBTOTAL:** | | | 14,986.30 |
| | | **TOTAL AMOUNT DUE :** | | | 14,986.30 |

FIN

Original