IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Post-Effective Date Debtors.[1] | § | (Jointly Administered) |
| | § | |

**STIPULATION AND AGREED ORDER REGARDING
RECLASSIFICATION, ALLOWANCE, AND DISALLOWANCE
OF CLAIMS FILED BY WOOD GROUP PSN, INC.**

This stipulation and agreement (the "**Stipulation**") is entered into by and among (i) the plan administrator (the "**Plan Administrator**") appointed pursuant to the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [ECF No. 2008] (the "**Plan**")[2] and (ii) Wood Group PSN, Inc. (the "**Claimant**" and together with the Plan Administrator, the "**Parties**"), regarding the reclassification and allowance of Proofs of Claim Numbered 551, 642, 645, and 646. The Parties hereby stipulate and agree as follows:

**WHEREAS**, on June 25, 2021, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood*

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III, LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtor), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Plan.

*Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [ECF No. 1751] confirming the Plan;

**WHEREAS**, on or about November 24, 2020, the Claimant filed (i) Proof of Claim Numbered 551, which asserts a secured claim in the amount of $608,980.83 ("**POC 551**"), (ii) Proof of Claim Numbered 642, which asserts a secured claim of $1,094,591.11 ("**POC 642**"), (iii) Proof of Claim Numbered 645, which alleges a secured claim in the amount of $3,314,961.71 and an unsecured claim in the amount of $104,452.31 ("**POC 645**"), and (iv) Proof of Claim Numbered 646, which asserts a secured claim of $238,816.23 ("**POC 646**" and together with POC 551, POC 642, and POC 645, the "**Claims**").

**WHEREAS**, on or about June 2, 2021, Claimant elected on its *Ballot for Voting to Accept or Reject the Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Debtor Affiliates* to have POC 642, POC 645, and POC 646 treated as Class 6A Unsecured Trade Claims;

**WHEREAS**, to fully resolve the Claims, the Parties have agreed to enter into and jointly submit this Stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The recitals set forth above are incorporated herein by this reference as though set forth herein at length.

2. To fully resolve POC 645, the Plan Administrator and the Claimant stipulate and agree that POC 645 (both the secured and unsecured portions) shall be wholly reclassified as a Class 6A Unsecured Trade Claim and allowed in the aggregate amount of $3,372,206.43 (the "**Allowed Claim**").

3.  To fully resolve Proofs of Claim 551, 642, and 646, the Plan Administrator and the Claimant stipulate and agree that the each of POC 551, POC, 642, and POC 646 shall be disallowed in their entirety.

4.  Upon the Bankruptcy Court's approval and entry of this Stipulation, the Allowed Claim shall be satisfied in accordance with the terms of the Plan.

5.  This Stipulation shall be effective upon the Bankruptcy Court's approval.

6.  The Clerk of Court and Prime Clerk LLC, as claims agent, are hereby authorized to reflect this Stipulation on the docket for the above-referenced case and the claims register for the Chapter 11 Cases.

7.  This Stipulation constitutes the entire agreement between the Parties with respect to the matters addressed herein and may not be modified, amended, or vacated except in a writing signed by the Parties.

8.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party.

9.  The Parties agree that this Court shall retain jurisdiction to interpret, implement and enforce the provisions of this Stipulation.

*[Signature Pages Follow]*

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first written below.

**IT IS SO ORDERED**

Dated: _____, 2022
Houston, Texas

---------------------------------------------
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

Dated: September 20, 2022
       Houston, Texas

| /s/ Jessica Liou | /s/ Zachary S. McKay |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | Doré Rothberg McKay, P.C. |
| Alfredo R. Pérez (15776275) | Zachary S. McKay |
| Clifford W. Carlson (24090024) | 16225 Park Ten Place Dr., Suite 700 |
| 700 Louisiana Street, Suite 1700 | Houston, Texas, 77084 |
| Houston, Texas 77002 | Telephone: (832) 952-1886 |
| Telephone: (713) 546-5000 | Email: zmckay@dorelaw.com |
| Facsimile: (713) 224-9511 | |
| Email: Alfredo.Perez@weil.com | *Attorneys for Claimant* |
|        Clifford.Carlson@weil.com | |

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
       Jessica.Liou@weil.com

*Attorneys for the Plan Administrator and certain Post-Effective Date Debtors*

**Certificate of Service**

I hereby certify that on September 20, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                             */s/ Jessica Liou*
                                             Jessica Liou