UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE <u>SEEKING TO DISALLOW CERTAIN CLAIMS</u>**

**(SATISFIED TRANSFERRED LEASE CLAIMS)**

[Related Docket No. 2636]

Upon the *Plan Administrator's Seventeenth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Satisfied Transferred Lease Claims)* (the "<u>Objection</u>")[2] of the administrator of the chapter 11 plan (the "<u>Plan Administrator</u>") of the above-captioned post-effective date debtors (collectively, the "<u>Debtors</u>," as applicable, and after the effective date of their plan of reorganization, the "<u>Post-Effective Date Debtors</u>"), seeking entry of

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494); Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "<u>Post-Effective Date FWE I Subsidiaries</u>") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

an order (this "Order") disallowing the Transferred Lease Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Transferred Lease Claim identified on **Schedule 1** to this Order is disallowed in its entirety.

2. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Each Transferred Lease Claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Transferred Lease Claim.

4. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

[*Remainder of Page Intentionally Left Blank*]

5. The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6. This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2022

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

DOCS_NY:46295.1 27968/002

**Fieldwood Energy LLC and its affiliated Debtors**
**Case No. 20-33948**

## SCHEDULE 1 - TRANSFERRED LEASE
## CLAIM TO BE DISALLOWED

| # | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Property description | Transfer date | Last payment date and amount | Subsequent Operator |
|---|------|-----------|---------|--------|----------------------|----------------|--------------------------|--------------------------|----------------------|---------------------|---------------|------------------------------|---------------------|
| 1 | BROWN, JAMES R<br>W895 CONCORD CENTER DRIVE<br>SULLIVAN, WI 53178 | 11/23/2020 | 561 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | BRO113 | Glaze Gas Unit 1, 2 and 4<br>Wharton County, TX | 6/1/2016 | 10/25/2018<br>$18.07 | Navidad Petroleum LLC |
| 2 | CARTER, THELMA<br>1744 WESTMINSTER BLVD<br>MARRERO, LA 70072 | 3/29/2022 | 1132 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | CAR116 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 10/25/2017<br>$113.89 | TROG I LLC |
| 3 | CHATAGNIER, CECILE HEBERT<br>10124 LA HIGHWAY 13<br>KAPLAN, LA 70548 | 11/16/2020 | 381 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | CHA109 | MEAUX Estate #1 well<br>Vermillion Parish, LA | 7/16/2014 | 10/25/2019<br>$0.18 | White Oak Resources VI, LLC |
| 4 | CHRISTENSEN, MICHAEL R<br>3850 Cobblestone Ln NW<br>Rochester, MN 55901 | 3/29/2021 | 956 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | CHR106 | McDermott #4<br>Colorado County, TX | 6/1/2016 | 10/25/2017<br>$62.13 | Navidad Petroleum LLC |
| 5 | Darcy Trust 1<br>c/o Travis Property Management LLC<br>PO Box 56429<br>Houston, TX 77256 | 8/24/2020 | 160 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | DAR106 | PC Gas Unit1<br>PC Gas Unit 6<br>PC Gas Unit 5<br>Lavaca County, TX | 6/1/2016 | 10/25/2019<br>$0.83 | Navidad Petroleum LLC |
| 6 | Delone, Verna Homer<br>4801 Warren Drive<br>New Orleans, LA 70127 | 3/21/2022 | 1055 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | DEL104 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 12/15/2015<br>$7.45 | TROG I LLC |
| 7 | ECKERT, CHARLES E<br>5908 FLOWER DRIVE<br>METAIRIE, LA 70003 | 1/22/2021 | 891 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | ECK100 | TRAHAN1 well in Vermillion Parish, LA | 7/16/2014 | 10/25/2019<br>$1.16 | White Oak Resources VI, LLC |
| 8 | HARANG III, WARREN J<br>1343 HIGHWAY 1 SOUTH<br>DONALDSONVILLE, LA 70346 | 11/16/2020 | 380 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | HAR115 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 10/25/2019<br>$4.81 | South River Partners LLC |
| 9 | HARANG, BRYAN H<br>PO BOX 637<br>LABADIEVILLE, LA 70372 | 11/9/2020 | 334 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | HAR130 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 10/25/2019<br>$4.81 | South River Partners LLC |
| 10 | Lawrence, Freddy<br>1415 Suffolk Drive<br>Baton Rouge, LA 70810 | 3/24/2022 | 1087 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | LAW104 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 10/23/2014<br>$180.07 | TROG I LLC |
| 11 | LAWRENCE, SHERMAN SR<br>1109 WYNDHAM NORTH<br>GRETNA, LA 70056 | 3/18/2022 | 1053 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | LAW104 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 10/23/2014<br>$196.72 | TROG I LLC |
| 12 | PELTIER MENDEL, AUDREY<br>1500 W ESPLANADE AVE APT 28E<br>KENNER, LA 70065-8346 | 3/11/2022 | 1039 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | MEN102 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 12/9/2015<br>$50.99 | South River Partners LLC |
| 13 | PELTIER, TIMOTHY J<br>200 GARDEN DRIVE<br>THIBODAUX, LA 70301 | 2/5/2021 | 927 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | PEL103 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 10/25/2019<br>$4.99 | South River Partners LLC |

**SCHEDULE 1 - TRANSFERRED LEASE**
**CLAIM TO BE DISALLOWED**

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Property description | Transfer date | Last payment date and amount | Subsequent Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | RYAN, NANCY CORNELSON<br>P O BOX 255<br>EL CAMPO, TX<br>77437 | 11/17/2020 | 395 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | RYA102 | Steinman Alfred 3 and 6<br>Lavaca County, TX | 6/1/2016 | 10/25/2019<br>$2.03 | Navidad Petroleum LLC |
| 15 | Schexnider, Bernice Williams<br>3102 Spain Street<br>New Orleans, LA<br>70122 | 3/25/2022 | 1120 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | SCH117 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 12/15/2015<br>$11.58 | TROG I LLC |
| 16 | Scott Family Living Trust FBO John Ballenger<br>c/o Travis Property Management LLC<br>PO Box 56429<br>Houston, TX<br>77256 | 8/24/2020 | 158 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | SCO107 | PC Gas Unit1<br>PC Gas Unit 6<br>PC Gas Unit 5<br>Lavaca County, TX | 6/1/2016 | 10/25/2017<br>$31.19 | Navidad Petroleum LLC |
| 17 | Scott Family Living Trust FBO Scott Darcy<br>c/o Travis Property Management LLC<br>PO Box 56429<br>Houston, TX<br>77256 | 8/24/2020 | 159 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | SCO106 | PC Gas Unit1<br>PC Gas Unit 6<br>PC Gas Unit 5<br>Lavaca County, TX | 6/1/2016 | 10/25/2017<br>$31.19 | Navidad Petroleum LLC |
| 18 | TALBOT, BERNICE HARANG<br>306 BAYOU LANE<br>THIBODAUX, LA<br>70301 | 11/9/2020 | 339 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | TAL102 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 10/25/2019<br>$4.81 | South River Partners LLC |
| 19 | Tate, Penny Peltier<br>304 Bayou Ln<br>Thibodaux, LA<br>70301-3623 | 11/19/2020 | 417 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | TAT100 | Bowie Lumber Co 2 and 3<br>Lafourche Parish, LA | 7/26/2014 | 10/25/2019<br>$4.99 | South River Partners LLC |
| 20 | Watson, Leah L<br>2627 S Cherry St, APT #345<br>Tomball, TX<br>77375 | 3/25/2022 | 1105 | Fieldwood Energy LLC | $ - | $ - | $ - | $ - | WAT102 | KF Stewart #2<br>Plaquemines Parish, LA | 8/1/2014 | 10/23/2014<br>$180.07 | TROG I LLC |