UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.¹ | § | |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE <u>SEEKING TO DISALLOW CERTAIN CLAIMS</u>**

**(SATISFIED TERMINATED LEASE CLAIMS)**

[Related Docket No. 2637]

Upon the *Plan Administrator's Eighteenth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Satisfied Transferred Lease Claims)* (the "<u>Objection</u>")² of the administrator of the chapter 11 plan (the "<u>Plan Administrator</u>") of the above-captioned post-effective date debtors (collectively, the "<u>Debtors</u>," as applicable, and after the effective date of their plan of reorganization, the "<u>Post-Effective Date Debtors</u>"), seeking entry of

---

¹ The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "<u>Post-Effective Date FWE I Subsidiaries</u>") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

² Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

an order (this "Order") disallowing the Terminated Lease Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Terminated Lease Claim identified on **Schedule 1** to this Order is disallowed in its entirety.

2. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Each Transferred Lease Claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Terminated Lease Claim.

4. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

[*Remainder of Page Intentionally Left Blank*]

5.       The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6.       This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2022

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

DOCS_NY:46297.1 27968/001

**Fieldwood Energy LLC and its affiliated Debtors**
Case No. 20-33948

SCHEDULE 1 - TERMINATED LEASE
CLAIM TO BE DISALLOWED

| # | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Berry Myles, Angela Marie<br>117 Fawn Lane<br>Broussard, LA 70518 | 11/25/2020 | 765 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MYL100 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 4/24/2019<br>$411.00 |
| 2 | Bradford, Samuel<br>15219 Huckleberry Harvest Trail<br>Cypress, TX 77429 | 11/21/2020 | 507 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | BRA126 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019<br>$52.73 |
| 3 | CLARK, MARY FLY<br>256 ST. PAUL DRIVE<br>ALAMO, CA 94507 | 11/9/2020 | 344 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | CLA117 | Offshore block VR 313 | 11/30/2020 | 8/26/2019<br>$13.74 |
| 4 | DURONSLET, MARCEL J AND SHIRLEY R<br>P O BOX 852<br>BACLIFF, TX 77518-0852 | 11/23/2020 | 583 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $200.00 | DUR104 | San Leon Gas Unit 1-ST2, Lots 41 - 44, Galvston County, Texas | 1/5/2018 | 10/25/2018<br>$54.58 |
| 5 | FALLS, ANDRE<br>38121 25TH STREET EAST<br>PALMDALE, CA 93550 | 1/6/2021 | 881 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | FAL106 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019<br>$5.00 |
| 6 | Falls, LaTonya<br>4315 Dacca Drive<br>Houston, TX 77047 | 11/22/2020 | 483 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | FAL104 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019<br>$5.00 |
| 7 | FLY, ROBERT A.<br>18 OLD SAN ANTONIO RD APT B30<br>BOERNE, TX 78006 | 11/24/2020 | 702 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | FLY100 | Offshore block VR 313 | 11/30/2020 | 5/28/2019<br>$1,217.65 |
| 8 | Gunter, Sarita Lee<br>20738 Hardwick Oaks Drive<br>Houston, TX 77073 | 11/16/2020 | 377 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | GUN102 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 9/1/2020 | 8/15/2019<br>$431.25 |
| 9 | HAYNES, ETHEL GILLIAM<br>5318 BUNGALOW LANE<br>HOUSTON, TX 77048 | 11/30/2020 | 844 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HAY110 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 4/1/2021 | 3/12/2020<br>$9.59 |

SCHEDULE 1 - TERMINATED LEASE
CLAIM TO BE DISALLOWED

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | HEIDEN, BILLIE JEAN<br>3533 RICHWOOD PLACE<br>TEXARKANA, TX<br>75503 | 11/6/2020 | 323 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEI101 | San Leon Gas Unit 1-ST2<br>Galvston County,Texas | 1/5/2018 | 10/25/2018<br>$14.89 |
| 11 | Hendershot, Paul G<br>2724 Ferndale Street<br>Houston, TX<br>77098 | 11/16/2020 | 387 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEN117 | Offshore blocks West Delta 79, 80, 85, 86 | 10/26/21 | 7/26/2021<br>$834.44 |
| 12 | HENDERSHOTT, PAUL G<br>2724 FERNDALE STREET<br>HOUSTON, TX<br>77098-1114 | 11/16/2020 | 384 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEN117 | Offshore blocks West Delta 79, 80, 85, 86 | 10/26/21 | 7/26/2021<br>$834.44 |
| 13 | Hendershott, Paul G.<br>2724 Ferndale Street<br>Houston, TX<br>77098-1114 | 11/16/2020 | 369 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEN117 | Offshore blocks West Delta 79, 80, 85, 86 | 10/26/21 | 7/26/2021<br>$834.44 |
| 14 | JOHNSON ARMSTEAD, MAGDALENE<br>618 DASPIT ROAD<br>NEW IBERIA, LA<br>70560 | 11/9/2020 | 333 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | ARM106 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019<br>$205.50 |
| 15 | JOHNSON GUIDRY, BENJILINA CLAIRE<br>1314 WESTERLAGE ST<br>LEMARQUE, TX<br>77568 | 11/17/2020 | 397 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | GUI125 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/18/2020 | 5/13/2019<br>$25.69 |
| 16 | JOHNSON THOMAS, SANDY NADINE<br>2006 CYPRESS STREET<br>LAKE CHARLES, LA<br>70601 | 11/25/2020 | 734 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | THO139 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019<br>$12.84 |
| 17 | JOHNSON, DWAIN MICHAEL<br>602 E 8TH STREET<br>KAPLAN, LA<br>70548 | 11/10/2020 | 348 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | JOH139 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019<br>$25.69 |
| 18 | Jones, Dynell<br>4207 Captain Cade Road<br>Youngsville, LA<br>70592 | 12/1/2020 | 846 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $5,062.50 | JON121 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 4/1/2021 | 3/12/2020<br>$5.00 |
| 19 | Jones, Tiffany Williams<br>4603 COUNTRYCROSSING DRIVE<br>SPRING, TX  77388 | 12/28/2020 | 876 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | JON122 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019<br>$7.03 |

SCHEDULE 1 - TERMINATED LEASE
CLAIM TO BE DISALLOWED

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Jones, Tiffany Williams<br>4603 COUNTRYCROSSING DRIVE<br>SPRING, TX  77388 | 12/28/2020 | 877 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | JON122 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019<br>$7.03 |
| 21 | KULWICKI, DIANA<br>7421 LONG S DRIVE<br>CORPUS CHRISTI, TX 78414 | 11/25/2020 | 775 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | KUL100 | Offshore block West Cameron 163, Lease OCS-G05299 | 12/1/2015 | 8/25/2016<br>$161.91 |
| 22 | LEE, FRANCHESKA  MARIE<br>209 LONG PLANTATION BLVD, UNIT F<br>LAFAYETTE, LA 70508 | 11/24/2020 | 699 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LEE114 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019<br>$19.17 |
| 23 | LINE, JOHNEBELLE<br>P O BOX 962<br>GATESVILLE, TX 76528 | 11/19/2020 | 418 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LIN107 | San Leon Gas Unit 1-ST2 Galvston County,Texas | 1/5/2018 | 10/25/2018<br>$39.82 |
| 24 | LINZER, GLENN DALE<br>807 ARLENE STREET<br>NEW IBERIA, LA 70560 | 11/23/2020 | 480 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LIN110 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019<br>$5.00 |
| 25 | LOUTHAN, TERRI<br>P O BOX 841<br>BACLIFF, TX 77518 | 11/13/2020 | 372 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LOU103 | San Leon Gas Unit 1-ST2 Galvston County,Texas | 1/5/2018 | 10/25/2018<br>$18.66 |
| 26 | MAP99A-NET, a Texas general partnership<br>101 N Robinson, Suite 1000<br>Oklahoma City, OK 73102 | 11/23/2020 | 491 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MAP100 | San Leon Gas Unit 1-ST2<br>Eagle Bay Gas Unit AKA State Tract 329 1 State Tract 330 03 Trahan 1 Galveston County, Texas | 1/5/2018 | 8/27/2018<br>$2,225.13 |
| 27 | MARY F. CLARK SURVIVOR'S TRUST<br>MARY F. CLARK, TRUSTEE<br>256 SAINT PAUL DR<br>ALAMO, CA 94507-1648 | 11/9/2020 | 343 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | CLA118 | Offshore block VR 313 | 11/30/2020 | 7/26/21<br>$0.05 |
| 28 | MCCANN, JOHN D<br>PO BOX 982<br>FULSHEAR, TX 77441 | 11/5/2020 | 320 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MCC101 | Offshore block West Cameron 68, Lease OCS-G33555 | 9/3/2014 | 10/1/2017<br>$67.33 |
| 29 | McZeal, Johnaton James<br>377 Napoleon Ave<br>Sunset, LA 70584 | 9/14/2020 | 178 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MCZ100 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 7/12/19<br>$21.56 |

SCHEDULE 1 - TERMINATED LEASE
CLAIM TO BE DISALLOWED

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | MOORE CARR, SANDRA JEAN<br>P. O. BOX 391<br>PATTERSON, LA<br>70392 | 11/27/2020 | 841 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | Car130 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 3/1/2021 | 3/1/2020<br>$52.20 |
| 31 | ORTEGO, ELLIS J<br>606 BAYOU CREST DRIVE<br>DICKINSON, TX<br>77539 | 11/17/2020 | 396 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | ORT102 | San Leon Gas Unit 1-ST2<br>Galvston County,Texas | 1/5/2018 | 10/25/2018<br>$19.78 |
| 32 | Pratt Jr., James (Deceased)<br>Deneese L Pratt<br>3868 Central Pike Apt 1310<br>Hermitage, TN<br>37076 | 3/25/2022 | 1121 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | PRA112 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 2/25/2020<br>$8.79 |
| 33 | PRESTON, VAN R<br>2514 PERRYTON DR.<br>DALLAS, TX<br>75224 | 11/18/2020 | 410 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $50,620.50 | PRE109 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/15/2020 | 4/15/19<br>$70.31 |
| 34 | ROMAN, MICHAEL WAYNE<br>720 MCARTHUR DRIVE<br>JEANERETTE, LA<br>70544 | 11/6/2020 | 325 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | ROM105 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019<br>$13.18 |
| 35 | Roman, Michael Wayne<br>720 McArthur Drive<br>Jeanerette, LA<br>70544 | 3/11/2022 | 1040 | Fieldwood Energy LLC | $10,000.00 | $0.00 | $0.00 | $0.00 | ROM105 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019<br>$13.18 |
| 36 | SMITH, KENNETH W<br>PO BOX 77836<br>BATON ROUGE, LA<br>70879 | 3/14/2022 | 1044 | Fieldwood Energy Offshore LLC | $1,000.00 | $0.00 | $0.00 | $0.00 | SMI143 | Offshore block Eugene Island 342 | 10/28/2020 | 10/25/2019<br>$98.79 |
| 37 | THE QUANAH LIMITED PARTNERSHIP<br>PO BOX 77836<br>BATON ROUGE, LA<br>70879-7836 | 3/14/2022 | 1050 | Fieldwood Energy Offshore LLC | $1,000.00 | $0.00 | $0.00 | $0.00 | QUA100 | Offshore blocks Vermillion 313 | 3/23/2021 | 7/26/2021<br>$19.15 |
| | | | | | | | | | | Offshore blocks Ship Shoal 247, 248, 249 | 11/30/2020 | 7/26/2021<br>$0.12 |

**SCHEDULE 1 - TERMINATED LEASE**
**CLAIM TO BE DISALLOWED**

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | VILLERE BOURGEOIS, IRMA JAN<br>3703 OLD JEANERETTE ROAD<br>NEW IBERIA, LA<br>70563 | 11/27/2020 | 837 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | BOU141 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019<br>$27.40 |
| 39 | VILLERE MARTIN, HILDA MAE<br>3703 OLD JEANERETTE ROAD<br>NEW IBERIA, LA<br>70563 | 11/20/2020 | 523 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MAR168 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019<br>$27.40 |
| 40 | Young Jr, Tom<br>425 Arthur St<br>Lafayette, LA<br>70501 | 12/3/2020 | 855 | Fieldwood Onshore LLC | $0.00 | $843.75 | $0.00 | $0.00 | MAR168 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 11/21/2019<br>$843.75 |