UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

**CERTIFICATE OF COUNSEL TO PLAN ADMINISTRATOR'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SEEKING TO DISALLOW CERTAIN CLAIMS (SATISFIED TERMINATED LEASE CLAIMS)**
(Related Docket Nos. 2637 & 2676)

The undersigned hereby certifies as follows:

1. On August 19, 2022, the *Plan Administrator's Eighteenth Omnibus Objection To Claims Pursuant To Section 502(B) Of The Bankruptcy Code And Rule 3007 Of The Federal Rules Of Bankruptcy Procedure Seeking To Disallow Certain Claims (Satisfied Terminated Lease Claims)* [Docket No. 2637] (the "Objection") was filed with the Court by the administrator of the chapter 11 plan of the above-captioned post-effective date debtors.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).
.
DOCS_NY:46498.2 27968/002

2. Responses, if any, to the Objection were required to have been filed with the Court on or before September 19, 2022 (the "Response Deadline").

3. On September 21, 2022 the Plan Administrator filed a *Certificate Of No Objection To Plan Administrator's Eighteenth Omnibus Objection To Claims Pursuant To Section 502(B) Of The Bankruptcy Code And Rule 3007 Of The Federal Rules Of Bankruptcy Procedure Seeking To Disallow Certain Claims (Satisfied Terminated Lease Claims)* [Docket No. 2672].

4. On September 26, 2022 the Court entered an Order to Amend granting leave to file a revised certificate of service [Docket No. 2676]. On that same date, the *Amended Affidavit of Service* was filed, reflecting that, on August 19, 2022, each of the claimants affected by the Objection was served therewith as well as a copy of the *Order Approving Omnibus Claim Objection Procedures and Filing of Omnibus Claim Objections* [Docket No. 2068], in accordance with the procedures set forth therein.

5. Accordingly, the undersigned respectfully requests that the attached proposed form of order granting the Objection be entered at the earliest convenience of the Court.

Dated: September 27, 2022

*/s/ Michael D. Warner*
Michael D. Warner, Esq.
(TX Bar No. 00792304)
Benjamin L. Wallen, Esq.
(TX Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9401
Email: mwarner@pszjlaw.com
        bwallen@pszjlaw.com

- and -

        Kristopher M. Hansen (admitted *pro hac vice*)
        Kenneth Pasquale (admitted *pro hac vice*)
        Gabriel Sasson (admitted *pro hac vice*)
        John F. Iaffaldano (admitted *pro hac vice*)
        **PAUL HASTINGS LLP**
        200 Park Avenue
        New York, NY 10166
        Tel: (212) 318-6000
        Email: krishansen@paulhastings.com
               kenpasquale@paulhastings.com
               gabesasson@paulhastings.com
               jackiaffaldano@paulhastings.com

        *Counsel for the Plan Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2022, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

        */s/ Michael D. Warner*
        Michael D. Warner, Esq.