United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § § § | **Chapter 11** |
| **FIELDWOOD ENERGY III LLC**, *et al.*, | § § | **Case No. 20-33948 (MI)** |
| **Post-Effective Date Debtors.**[5] | § § § | **(Jointly Administered)** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S NINETEENTH OMNIBUS
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
SEEKING TO RECLASSIFY, MODIFY OR DISALLOW CERTAIN CLAIMS**

**(IMPROPERLY CLASSIFIED, DUPLICATIVE, SATISFIED,
PARTIAL NON-DEBTOR CLAIMS, AND NON-DEBTOR CLAIMS)**

[Related Docket No. 2640]

Upon the *Nineteenth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Reclassify, Modify or Disallow Certain Claims (Improperly Classified, Duplicative, Satisfied, Partial Non-Debtor Claims, and Non-Debtor Claims)* (the "Objection")[6] filed by the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned reorganized debtors

---

[5] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification numbers, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494); Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[6] Capitalized terms used but not defined herein have the meanings ascribed to them in the Objection.

(collectively, the "<u>Debtors</u>," as applicable, and after the effective date of their plan of reorganization, the "<u>Reorganized Debtors</u>"), seeking entry of an order (this "<u>Order</u>") reclassifying, modifying, and/or disallowing the Disputed Claims identified on **Schedule 1**, **Schedule 2**, **Schedule 3**, **Schedule 4** and **Schedule 5** attached hereto, it is **HEREBY ORDERED THAT**:

1.     Each Improperly Classified Claim identified on **Schedule 1** to this Order is modified to reflect a claim in the priority and amount set forth in the column under the heading "Claim as Modified".

2.     Each Duplicative Claim identified on **Schedule 2** to this Order in the column under the heading "Claims to be Disallowed" is disallowed in its entirety. Each claim identified on **Schedule 2** to this Order in the column under the heading "Surviving Claim" is unaffected by the relief granted herein; *provided, however*, that the Plan Administrator right to object to any claim identified as a "Surviving Claim" on **Schedule 2** on any applicable grounds is reserved.

3.     Each Satisfied Claim identified on **Schedule 3** to this Order is disallowed in its entirety.

4.     Each Partial Non-Debtor Claim identified on **Schedule 4** to this Order is disallowed, in part, and modified to reflect the claim in the amount set forth in the column under the heading "Claim Against Debtors' Estates".

5.     Each Non-Debtor Claim identified on **Schedule 5** to this Order is disallowed in its entirety.

6.     The Debtor's claims and noticing agent, Kroll Restructuring Administration LLC (the "<u>Claims Agent</u>"), is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

7.     Each Disputed Claim and the objections by the Plan Administrator to such Disputed

Claim constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Disputed Claim.

8.     Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any Administrative Expense Proof of Claim or any other claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any Administrative Expense Proof of Claim or any other claim on any grounds; (c) a promise or requirement to pay any Administrative Expense Proof of Claim or any other claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

9.     The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

10.     This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Signed: September 26, 2022

Marvin Isgur
United States Bankruptcy Judge

## SCHEDULE 1

**Improperly Classified Claims**

**Fieldwood Energy LLC and its affiliated Debtors**
**Case No. 2033948**

## Schedule 1 - Improperly Classified Claims

| | Claim No. | Claimant | Date Filed | Claim as Filed | Claim as Modified | Reason for Reclassification and/or Modification |
|---|---|---|---|---|---|---|
| 1 | 1066 | OQSG | 3/22/2014 | Administrative Claim: $2,846.73<br>General Unsecured Claim: $0.00<br><br>**Total: $2,846.73** | Administrative Claim: $995.75<br>General Unsecured Claim: $1,850.98<br><br>**Total: $2,846.73** | Certain of the invoices attached to claimant's Administrative Expense Proof of Claim relate to services provided during the pre-petition period. As such, the Bankruptcy Code does not recognize administrative status for the portion of the asserted claim related to these invoices.  As noted on Schedule 4, a portion of claimant's reclassified general unsecured claim is asserted against a non-Debtor entity, and, as such, is subject to partial disallowance. |
| 2 | 1036 | OSSA, LLC | 2/24/2022 | Administrative Claim: $1,625.00<br>General Unsecured Claim: $0.00<br><br>**Total: $1,625.00** | Administrative Claim: $0.00<br>General Unsecured Claim: $1,625.00<br><br>**Total: $1,625.00** | The invoices attached to claimant's Administrative Expense Proof of Claim relate to services provided during the pre-petition period. As such, the Bankruptcy Code does not recognize administrative status for this claim. As noted on Schedule 2, the reclassified general unsecured claim is duplicative of claimant's other proof of claim filed in these cases, which is identified as a "Surviving Claim" on Schedule 2. |

**Fieldwood Energy LLC and its affiliated Debtors**
**Case No. 2033948**

## Schedule 1 - Improperly Classified Claims

| | Claim No. | Claimant | Date Filed | Claim as Filed | Claim as Modified | Reason for Reclassification and/or Modification |
|---|---|---|---|---|---|---|
| 3 | 1042 | Swivel Rental & Supply, LLC | 3/14/2022 | Administrative Claim: $12,260.60<br>General Unsecured Claim: $0.00<br><br>**Total: $12,260.60** | Administrative Claim: $0.00<br>General Unsecured Claim: $12,260.60<br><br>**Total: $12,260.60** | The invoice attached to claimant's Administrative Expense Proof of Claim relates to services provided during the pre-petition period. As such, the Bankruptcy Code does not recognize administrative status for this claim. As noted on Schedule 2, the reclassified general unsecured claim is duplicative of claimant's other proof of claim filed in these cases, which is identified as a "Surviving Claim" on Schedule 2. |
| 4 | 1048 | The Response Group LLC | 3/14/2022 | Administrative Claim: $8,706.56<br>General Unsecured Claim: $0.00<br><br>**Total: $8,706.56** | Administrative Claim: $0.00<br>General Unsecured Claim: $8,706.56<br><br>**Total: $8,706.56** | The invoices attached to claimant's Administrative Expense Proof of Claim relate to services provided during the pre-petition period. As such, the Bankruptcy Code does not recognize administrative status for this claim. |

**Fieldwood Energy LLC and its affiliated Debtors**
**Case No. 2033948**

## Schedule 1 - Improperly Classified Claims

| | Claim No. | Claimant | Date Filed | Claim as Filed | Claim as Modified | Reason for Reclassification and/or Modification |
|---|---|---|---|---|---|---|
| 5 | 1035 | Turnkey Environmental Management Services LLC | 2/24/2022 | Administrative Claim: $168,320.00<br>General Unsecured Claim: $0.00<br><br>**Total: $168,320.00** | Administrative Claim: $0.00<br>General Unsecured Claim: $168,320.00<br><br>**Total: $168,320.00** | Claimant failed to attach invoices to its Administrative Expense Proof of Claim to support its claim; however, the Administrative Expense Proof of Claim indicates that the date the claim was incurred was during the per-petition period. As such, the Bankruptcy Code does not recognize administrative status for this claim. |
| 6 | 1038 | Universal Equipment, Inc. | 3/9/2022 | Administrative Claim: $5,955.85<br>General Unsecured Claim: $0.00<br><br>**Total: $5,955.85** | Administrative Claim: $0.00<br>General Unsecured Claim: $5,955.85<br><br>**Total: $5,955.85** | The invoices attached to claimant's Administrative Expense Proof of Claim relate to services provided during the pre-petition period. Additionally, the Administrative Expense Proof of Claim asserts priority pursuant to section 503(b)(9) of the Bankruptcy Code; however, the invoices attached to the Administrative Expense Proof of Claim demonstrate that any delivery of goods to the Debtors was made outside the statutory 20-day window. As such, the Bankruptcy Code does not recognize administrative status for this claim. As noted on Schedule 2, the reclassified general unsecured claim is duplicative of claimant's other proof of claim filed in these cases, which is identified as a "Surviving Claim" on Schedule 2. |

**Fieldwood Energy LLC and its affiliated Debtors**
**Case No. 2033948**

## Schedule 1 - Improperly Classified Claims

| | Claim No. | Claimant | Date Filed | Claim as Filed | Claim as Modified | Reason for Reclassification and/or Modification |
|---|---|---|---|---|---|---|
| 7 | 1054 | Vegetation Management Specialist Inc. | 3/22/2022 | Administrative Claim: $536.00<br>General Unsecured Claim: $0.00<br><br>**Total: $536.00** | Administrative Claim: $0.00<br>General Unsecured Claim: $536.00<br><br>**Total: $536.00** | The invoices attached to claimant's Administrative Expense Proof of Claim relate to services provided during the pre-petition period. As such, the Bankruptcy Code does not recognize administrative status for this claim. |
| 8 | 1037 | Wireline Repair Service, Inc. | 2/24/2022 | Administrative Claim: $5,508.43<br>General Unsecured Claim: $0.00<br><br>**Total: $5,508.43** | Administrative Claim: $0.00<br>General Unsecured Claim: $5,508.43<br><br>**Total: $5,508.43** | The invoices attached to claimant's Administrative Expense Proof of Claim relate to services provided during the pre-petition period, as well as goods that were provided outside the 20-day statutory period under section 503(b)(9). As such, the Bankruptcy Code does not recognize administrative status for this claim. As noted on Schedule 2, the reclassified general unsecured claim is duplicative of claimant's other proof of claim filed in these cases, which is identified as a "Surviving Claim" on Schedule 2. |

## SCHEDULE 2

**Duplicative Claims**

**Fieldwood Energy LLC and its affiliated Debtors**
**Case No. 2033948**

## Schedule 2 - Duplicative Claims

| | Duplicate Claim No. | Claimant | Claims to be Disallowed | | | Surviving Claim Claim No. | Claimant | Surviving Claim | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Date Filed | Claim Amount | | | | Date Filed | Claim Amount |
| 1 | 1036 | OSSA, LLC | 2/24/2022 | Administrative Claim:     $0.00<br>General Unsecured Claim: $1,625.00*<br><br>**Total: $1,625.00**<br><br>*Claim amount based on reclassification objection identified on Schedule 1 | | 124 | OSSA, LLC | 8/25/2020 | Administrative Claim:     $0.00<br>General Unsecured Claim: $1,625.00<br><br>**Total: $1,625.00** |
| 2 | 1042 | Swivel Rental & Supply, LLC | 3/14/2022 | Administrative Claim:     $0.00<br>General Unsecured Claim: $12,260.60*<br><br>**Total: $12,260.60**<br><br>*Claim amount based on reclassification objection identified on Schedule 1 | | 233 | Swivel Rental & Supply, LLC | 10/14/2020 | Administrative Claim:     $0.00<br>General Unsecured Claim: $12,260.60<br><br>**Total: $12,260.60** |
| 3 | 1038 | Universal Equipment, Inc. | 3/9/2022 | Administrative Claim:     $0.00<br>General Unsecured Claim: $5,955.85*<br><br>**Total: $5,955.85**<br><br>*Claim amount based on reclassification objection identified on Schedule 1 | | 211 | Universal Equipment, Inc. | 10/1/2020 | Administrative Claim:     $0.00<br>General Unsecured Claim: $11,155.88<br><br>**Total: $11,155.88**<br><br>*Proof of Claim includes the invoices attached to the Administrative Expense Proof of Claim |

**Fieldwood Energy LLC and its affiliated Debtors**
**Case No. 2033948**

# Schedule 2 - Duplicative Claims

| | Claims to be Disallowed | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Duplicate Claim No. | Claimant | Date Filed | Claim Amount | | Surviving Claim No. | Claimant | Date Filed | Claim Amount |
| 4 | Wireline Repair Service, Inc. | 2/24/2022 | Administrative Claim: $0.00<br>Secured Claim: $0.00<br>General Unsecured Claim: $5,508.43*<br><br>**Total: $5,508.43**<br><br>*Claim amount based on reclassification objection identified on Schedule 1 | | 288 | Wireline Repair Service, Inc. | 10/26/2020 | Administrative Claim: $0.00<br>Secured Claim: $5,508.43<br>General Unsecured Claim: $0.00<br><br>**Total: $5,508.43** |

## **SCHEDULE 3**

**Reduced Claims**

Fieldwood Energy LLC and its affiliated Debtors
Case No. 2033948

## Schedule 3 - Satisfied Claims

| | Claim No. | Claimant | Date Filed | Claim Amount | Satisfied Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | 1043 | Disa Global Solutions Inc. | 3/14/2022 | $13,629.16 | $7,947.07 | Claimant's claim was satisfied during these chapter 11 cases through the contract assumption process, pursuant to which the Debtors elected to assume or assume and assign claimant's contract(s) by including such contract on the Schedule of Assumed Contracts and satisfying the applicable cure amounts. As noted on Schedule 4, the remainder of claimant's reclassified general unsecured claim is asserted against a non-Debtor entity, and, as such, is subject to disallowance. |
| 2 | 1045 | Louisiana Machinery Company, LLC | 3/14/2022 | $33,807.71 | $33,807.71 | Claimant's claim was satisfied during these chapter 11 cases through the contract assumption process, pursuant to which the Debtors elected to assume or assume and assign claimant's contract(s) by including such contract on the Schedule of Assumed Contracts and satisfying the applicable cure amounts. |
| 3 | 1046 | Louisiana Machinery Company, LLC | 3/14/2022 | $65,138.71 | $65,138.71 | Claimant's claim was satisfied during these chapter 11 cases through the contract assumption process, pursuant to which the Debtors elected to assume or assume and assign claimant's contract(s) by including such contract on the Schedule of Assumed Contracts and satisfying the applicable cure amounts. |

| | | | | |
|---|---|---|---|---|
| 4 | 1041 | Weiss, Joan Beverly | 3/11/2022 | N/A | $20.00 | Claimant's Administrative Expense Proof of Claim asserts a claim in an unspecified, unliquidated amount related to alleged outstanding royalty payments and fails to provide any supporting documentation. Upon review of the Debtor's records of payments made to parties entitled to receive royalty payments, and in consultation with the Credit Bid Purchaser, the Plan Liquidator has determined that claimant was entitled to, and did receive, royalty payments in the amount of $20.00 that became due from May 2021 through and including August 2021 and were paid on May 31, 2021, June 30, 2021, July 31, 2021, and August 31, 2021. |

## **SCHEDULE 4**

**Satisfied Claims**

**Fieldwood Energy LLC and its affiliated Debtors**
**Case No. 2033948**

## Schedule 4 - Partial Non-Debtor Claims

| | Claim No. | Claimant | Date Filed | Claim Amount | Claim Against Debtors' Estates | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | 1043 | Disa Global Solutions Inc. | 3/14/2022 | Administrative Claim: $5,682.09* <br> General Unsecured Claim: $0.00 <br><br> **Total: $5,682.09** <br><br> *Claim amount based on objection identified on Schedule 3 that a portion of the asserted claim has been satisfied | Administrative Claim: $0.00 <br> General Unsecured Claim: $0.00 <br><br> **Total: $0.00** | Certain of the invoices included in the summary of "Outstanding Balances" attached to claimant's Administrative Expense Proof of Claim relate to services provided after the Effective Date, and, therefore, reflect a claim against, and an obligation of, a non-Debtor Entity. |
| 2 | 1066 | OQSG | 3/22/2014 | Administrative Claim: $995.75* <br> General Unsecured Claim: $1,850.98* <br> **Total: $2,846.73** <br><br> *Claim amount based on reclassification objection identifed on Schedule 1 | Administrative Claim: $39.50 <br> General Unsecured Claim: $1,850.98 <br><br> **Total: $1890.48** | Certain of the invoices attached to claimant's Administrative Expense Proof of Claim relate to services provided after the Effective Date, and, therefore, reflect a claim against, and an obligation of, a non-Debtor entity. |

**SCHEDULE 5**

**No Liability Claims**

Fieldwood Energy LLC and its affiliated Debtors
Case No. 2033948

## Schedule 5 - Non-Debtor Claims

| | Claim No. | Claimant | Date Filed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 1 | 1049 | Cernosek, Lawrence J. | 3/14/2022 | N/A | Claimant's Administrative Expense Proof of Claim asserts a claim for royalty payments related to property located at SW/4 of Eugene Island block 53, offshore property, St. Mary's Parish, LA. Such property was included in the sale of the Debtors' assets to the Credit Bid Purchaser, and, therefore, any claims for royalty payments arising from such property is a claim against, and an obligation of, a non-Debtor entity. |
| 2 | 1119 | Holman Fenwick Willan USA, LLP | 3/25/2022 | $513.50 | Claimant's Administrative Expense Proof of Claim indicates that the asserted claim was incurred between October 15, 2021 and January 27, 2022. Such period arose after the Effective Date, and, therefore, the Administrative Expense Proof of Claim reflects a claim against, and an obligation of, a non-Debtor entity. |
| 3 | 1096 | Questor Pipeline Venture | 3/25/2022 | $7,000.00 | The invoice attached to claimant's Administrative Expense Proof of Claim, and the Administrative Expense Proof of Claim itself, indicates that the asserted claim was incurred in February 2022. Such period arose after the Effective Date, and, therefore, the Administrative Expense Proof of Claim reflects a claim against, and an obligation of, a non-Debtor entity. |

**Fieldwood Energy LLC and its affiliated Debtors**
**Case No. 2033948**

## Schedule 5 - Non-Debtor Claims

| | Claim No. | Claimant | Date Filed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 4 | 1106 | Questor Pipeline Venture | 3/25/2022 | $7,000.00 | The invoice attached to claimant's Administrative Expense Proof of Claim, and the Administrative Expense Proof of Claim itself, indicates that the asserted claim was incurred in January 2022. Such period arose after the Effective Date, and, therefore, the Administrative Expense Proof of Claim reflects a claim against, and an obligation of, a non-Debtor entity. |

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                    Case No. 20-33948-mi

Fieldwood Energy LLC                                                                      Chapter 11

The Official Committee of Unsecured Cred

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                          User: ADIuser                              Page 1 of 23

Date Rcvd: Sep 26, 2022                       Form ID: pdf002                            Total Noticed: 134

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bandon Oil and Gas GP, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Bandon Oil and Gas, LP, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Dynamic Offshore Resources NS, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy SP LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Offshore LLC, 2000 W. Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Onshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood SD Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | GOM Shelf LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Pipeline LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Processing LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| aty | + | Charles M Rush, 202 Magnate Drive, Lafayette, LA 70508-3830 |
| aty | + | Clark Hill Strasburger, Attn: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| aty | + | Darryl T. Landwehr, 650 Poydras Street, Ste 2519, New Orleans, LA 70130-6163 |
| aty | + | Emile Joseph, Jr., Allen & Gooch, P O Box 81129, Lafayette, LA 70598-1129 |
| aty | + | Peter J. Segrist, Carver Darden et al, 1100 Poydras St., Ste 3100, New Orleans, LA 70163-1102 |
| aty | + | Petro Amigos Supply, Inc., c/o Wayne Kitchens, Total Plaza, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| aty | + | Ralph J Kooy, 100 N LaSalle St, Suite #514, Chicago, IL 60602-3551 |
| aty | + | Ronald Savoie, Jackson & Jackson, P.L.L.C., 111 Founders Drive, Suite 400, Baton Rouge, LA 70810-8959 |
| aty | + | William S Piper, 100 N LaSalle St, Suite #514, Chicago, IL 60602-3551 |
| cr | + | A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Aker Solutions Inc., Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037 |
| cr | + | All Aboard Development Corporation, 601 Poydras Street, Suite 1726, New Orleans, LA 70130-6039 |
| cr | + | Ankor E&P Holdings Corporation, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | Ankor Energy LLC, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| intp | + | Apache Corporation, Hunton Andrews Kurth LLP, Attn: Robin Russell, 600 Travis Street, Suite 4200 Houston, TX 77002-2929 |
| cr | + | Archrock Services, LP, 16666 North Chase Dr., Houston, TX 77060-6014 |
| cr | + | Aspen American Insurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| cr | + | Aubrey Wild, Landwehr Law Firm, LLC, 650 Poydras Street, Suite 2519, New Orleans, LA 70130-6163 |
| intp | + | BP Exploration & Production Inc., c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | + | Bedrock Petroleum Consultants, LLC, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | #+ | Brian Cloyd, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | CETCO Energy Services Company, LLC, c/o Rudy Urban, Credit Manager, Cetco Energy Services., LLC, 635 Brake Ridge Court, Seymour, TN 37865 |
| cr | + | Callon Petroleum Company, 2000 W. Sam Houston Parkway S., Suite 2000, Houston, TX 77042, UNITED STATES 77042-3622 |
| cr | + | Chambers County, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |

District/off: 0541-4               User: ADIuser                     Page 2 of 23
Date Rcvd: Sep 26, 2022            Form ID: pdf002                  Total Noticed: 134

| | | |
|---|---|---|
| cr | + | Claboryan Lewis, Broussard & David, 557 Jefferson street, Lafayette, LA 70501-6905 |
| cr | + | Colorado County, c/o John T. Banks, 3301 Northland Drive, Ste. 505, Austin, TX 78731-4954 |
| cr | + | ConocoPhillips Company, c/o Locke Lord LLP, c/o Bradley C. Knapp, 601 Poydras Street, Suite 2660 New Orleans, LA 70130-6032 |
| cr | + | Core Industries, Inc., PO Box 350, Mobile, AL 36601-0350 |
| cr | + | Cortex Business Solutions USA LLC, c/o Sprouse Law Firm, 901 Mopac Expressway South, Building 1, Suite 300 Austin, TX 78746-5883 |
| cr | + | DLS, LLC, P.O. Box 309, Lydia, LA 70569-0309 |
| cr | + | DeepSea Quality Consulting, Inc., c/o Ben L. Aderholt, Coats Rose, P.C., 9 Greenway, Suite 1000 Houston, TX 77046-0900 |
| cr | + | Diversified Well Logging, LLC, C/O Dore Rothberg McKay, PC, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Duane Landry, 105 Wild Iris Drive, Evangeline, LA 70537-3203 |
| cr | + | EOG Resources, Inc., c/o Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton St., Ste 1000, Fort Worth, TX 76102-3727 |
| cr | + | EnVen Energy Ventures, LLC, 609 Main Street, Suite 3200, Houston, TX 77002-3276 |
| cr | + | Everest Reinsurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| cr | #+ | Expro Americas, L.L.C., c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | | Gibson Applied Technology & Enginnering, 1630 Park Ten Place, Suite 206, Houston, TX 77084 |
| intp | + | Helis Oil & Gas Company, LLC, c/o J. David Forsyth, 400 Poydras Street, Suite 2550, New Orleans, LA 70130-3292 |
| cr | + | Ignition Systems & Controls, Inc., c/o Todd Barron Thomason Hudman & Bebout, Attn: Rafael Rodriguez, 3800 E. 42nd Street, Suite 409, Odessa, TX 79762-5928 |
| cr | #+ | Irongate Rental Services, LLC, c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Island Operating Company Inc, 770 S Post Oak Lane, Suite 400, Houston, TX 77056-6666 |
| cr | + | JX Nippon Oil Exploration (U.S.A.) Limited, c/o GIEGER, LABORDE & LAPEROUSE, L.L.C., 5151 SAN FELIPE, SUITE 750, Houston, TX 77056-3646 |
| intp | + | Jackson Walker LLP, c/o Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| cr | + | Joan Seidler, 412 Happy Trail, San Antonio, TX 78231-1424 |
| cr | + | LLOG Exploration Company, LLC, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine, New Orleans, LA 70130-6171 |
| cr | #+ | Lewis Andrews, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Lexon Insurance Company and Endurance American Ins, Harris Beach PLLC, c/o Lee E. Woodard, Esq., 333 West Washing St., Ste. 200, Syracuse, NY 13202-5202 |
| cr | + | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC, c/o Lee E. Woodard, 333 West Washington Street, Suite 200 Syracuse, NY 13202-5202 |
| cr | + | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC c/o Lee E. Woodard, 333 West Washington Street, Suite 200, Syracuse, NY 13202 UNITED STATES 13202-9204 |
| cr | + | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802 UNITED STATES OF AMERICA 70821-4064 |
| cr | + | Macquarie Corporate and Asset Funding Inc., c/o John M. Castillo, 130 E Travis Street, Suite 350, San Antonio, TX 78205-1784 |
| cr | + | Magnum Mud Equipment Co., Inc., Post Office Box 4258, Houma, LA 70361, UNITED STATES 70361-4258 |
| cr | + | Marathon Oil Company, c/o Clay M. Taylor, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |
| cr | + | Martin Energy Services LLC, c/o Robert P. Franke, Clark Hill Strasburger, 901 Main St., Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Marubeni Oil & Gas (USA) LLC, Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | McMoran Oil & Gas LLC, 1615 Poydras Street, Suite 600, New Orleans, LA 70112-1238 |
| cr | + | Melvin Sigure, c/o David C. Whitmore, 701 Poydras Street, Suite 4100, New Orleans, LA 70139 UNITED STATES 70139-7773 |
| cr | + | Merit Energy Company, Locke Lord Bissell & Liddell LLP, Attn: Philip Eisenberg, 600 Travis Street, Suite 3400 Houston, TX 77002-2926 |
| cr | + | Noble Energy, Inc., c/o Andrews Myers, PC, 1885 Saint James Place, 15th Floor, Houston, Tx 77056-4175 |
| cr | #+ | Patrick Burnett, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Plains Gas Solutions, c/o Law Ofc Patricia Williams Prewitt, 2456 FM 112, Taylor, TX 76574-4509 |
| cr | + | Red Willow Offshore, LLC, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Regis Southern, c/o Reese Baker, 950 Echo Lane Ste 300, Houston, TX 77024-2824 |
| cr | + | Ryan, LLC, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| cr | + | SBM Gulf Production LLC, c/o Ken Green, Snow Spence Green LLP, P O Box 549, Hockley, TX 77447-0549 |
| cr | + | Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | + | Shell Offshore, Inc., 200 N. Dairy Ashford, Houston, TX 77079-1101 |
| cr | + | Shell Oil Company, c/o Sara M. Keith, 150 N. Dairy Ashford Rd., Building F, Houston, TX 77079-1128 |
| cr | + | Solar Turbines Incorporated, 100 N.E. Adams, Peoria, IL 61629-0001 |
| cr | + | Superior Performance, Inc., c/o S. Mayer Law, P.O. Box 6542, Houston, TX 77265, UNITED STATES 77265-6542 |
| intp | + | TC Oil Louisiana, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | #+ | TETRA Technologies, Inc., Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, c/o Zachary McKay, Houston, TX 77084-4927 |
| cr | + | TGS AP Investments AS, c/o Andrew A Braun, Geiger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company, c/o Andrew A Braun, Gieger, Laborde & Laperouse, LLC, Suite 4800, 701 Poydras St., New Orleans, LA 70139 US 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company ASA, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New |

District/off: 0541-4           User: ADIuser           Page 3 of 23

Date Rcvd: Sep 26, 2022           Form ID: pdf002           Total Noticed: 134

| | | |
|---|---|---|
| | | Orleans, LA 70139 US 70139-7756 |
| intp | + | Tana Exploration Company, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | Tetra Applied Technologies, Inc., c/o Zachary S. McKay, Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Trinity Bay Conservation District, c/o Owen M.Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Trunkline Field Services LLC, 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | U.S. Specialty Insurance Company, c/o Locke Lord LLP, ATTN: Philip Eisenberg, 600 Travis Street, Suite 2800, Houston, TX 77002-2914 |
| cr | | Universal Equipment, Inc., c/o Christopher J. Piasecki, Davidson Meaux, Post Office Box 2908, Lafayette, La 70502-2908 |
| cr | + | Valaris plc, Matthew D. Cavenaugh, Jackson Walker LLP, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| cr | + | Walter Oil & Gas Corporation, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine New Orleans, LA 70130-6171 |
| cr | + | West Cameron Dehydration Company, L.L.C., 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | Westerngeco LLC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| br | + | XCLAIM Inc., XCLAIM Inc., 2261 Market Street #4385, San Francisco, CA 94114-1612 |
| cr | + | Zurich American Insurance Company, c/o Duane Brescia, 720 Brazos Street, Suite 700, Austin, TX 78701-2531 |

TOTAL: 103

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnkatty@aldineisd.org | Sep 26 2022 19:58:00 | Aldine ISD, Legal Department, 2520 WWThorne Dr., Houston, TX 77073-3406 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2022 19:59:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: mvaldez@pbfcm.com | Sep 26 2022 19:58:00 | Anahuac Independent School District, c/o Owen M. Sonik, 1235 North Loop West, Houston, TX 77008-1758 |
| cr | + | Email/Text: SPECK@LAWLA.COM | Sep 26 2022 19:58:00 | Atlantic Maritime Services, LLC, c/o Stewart F. Peck, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130, UNITED STATES 70130-6041 |
| cr | | Email/Text: toriet@broussardbrothers.com | Sep 26 2022 19:57:00 | Broussard Brothers, Inc., 501 S. Main St., Abbeville, LA 70510, US |
| cr | + | Email/Text: mvaldez@pbfcm.com | Sep 26 2022 19:58:00 | Bay City Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 26 2022 19:58:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, Tx 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Sep 26 2022 19:58:00 | Deligans Valves, Inc., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | + | Email/Text: mvaldez@pbfcm.com | Sep 26 2022 19:58:00 | Dickinson Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Email/Text: ssoule@hallestill.com | Sep 26 2022 19:58:00 | Discovery Gas Transmission LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 26 2022 19:58:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: ssoule@hallestill.com | Sep 26 2022 19:58:00 | Gulfstar One LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 26 2022 19:58:00 | Harris County, Linebarger Goggan Blair & |

| | | | | |
|---|---|---|---|---|
| | | | | Sampson LLP, C/O John P. Dillman, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Sep 26 2022 19:58:00 | Heartland Compression Services, L.L.C., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 26 2022 19:58:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 26 2022 19:58:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| op | | Email/Text: EBN@primeclerk.com | Sep 26 2022 19:57:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| op | | Email/Text: EBN@primeclerk.com | Sep 26 2022 19:57:00 | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165 |
| cr | + | Email/Text: ssoule@hallestill.com | Sep 26 2022 19:58:00 | Performance Energy Services, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| intp | | Email/Text: bcd@oag.texas.gov | Sep 26 2022 19:58:00 | Railroad Commission of Texas, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| cr | | Email/Text: ar@supremeservices.com | Sep 26 2022 19:57:00 | Supreme Service & Specialty Co. Inc., Attn: Freddy Bourgeois, 204 Industrial Ave. C, Houma, LA 70363 |
| cr | + | Email/Text: mvaldez@pbfcm.com | Sep 26 2022 19:58:00 | Sheldon Independent School District, c/o Owen M. Sonk, PBFCM, LLP, 1235 N. Loop W., Suite 600, Houston, TX 77008-1772 |
| cr | + | Email/Text: mvaldez@pbfcm.com | Sep 26 2022 19:58:00 | Sheldon Independent School District, et al, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Ste 600, Houston, TX 77008-1772 |
| cr | + | Email/Text: ssoule@hallestill.com | Sep 26 2022 19:58:00 | Targa Liquids Marketing and Trade, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | + | Email/Text: ssoule@hallestill.com | Sep 26 2022 19:58:00 | Targa Midstream Services, LLC, c/o Steven W. Soule, Hall Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| intp | | Email/Text: bcd@oag.texas.gov | Sep 26 2022 19:58:00 | Texas General Land Office, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| cr | + | Email/Text: ssoule@hallestill.com | Sep 26 2022 19:58:00 | Transcontinental Gas Pipe Line Company, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | + | Email/Text: n.gault@trendsetterengineering.com | Sep 26 2022 19:57:00 | Trendsetter Engineering, Inc., 10430 Rodgers Road, Houston, TX 77070, UNITED STATES 77070-1642 |
| cr | + | Email/Text: ssoule@hallestill.com | Sep 26 2022 19:58:00 | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | + | Email/Text: ssoule@hallestill.com | Sep 26 2022 19:58:00 | WFS Liquids LLC, c/o Steven W. Soule', Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | + | Email/Text: ssoule@hallestill.com | Sep 26 2022 19:58:00 | Williams Field Services-Gulf Coast Company LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK |

District/off: 0541-4
User: ADIuser
Page 5 of 23

Date Rcvd: Sep 26, 2022
Form ID: pdf002
Total Noticed: 134

74103-3705

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Fieldwood Energy III LLC |
| db | | Plan Administrator and Certain Post-Effective Date |
| cr | | 2M Oilfield Group Inc. |
| cr | | A-Port LLC |
| cr | | AGGREKO, LLC |
| cr | | AGI Industries Inc |
| cr | | AGI Packaged Pump Systems |
| cr | | Acadian Contractors, Inc |
| cr | | Ad Hoc Group of Secured Lenders |
| cr | | Anadarko E&P Company |
| cr | | Anadarko Petroleum Corp. |
| cr | | Anadarko U.S. Offshore LLC |
| cr | | Archrock Partners Operating, LLC and Archrock Serv |
| cr | | Berkley Insurance Company |
| cr | | Burlington Resources Offshore |
| cr | | CCG Services (U.S.) Inc. |
| cr | | CGG Services (U.S.) Inc. |
| cr | | CNOOC Petroleum Offshore U.S.A. Inc. |
| cr | | CTD Legacy LLC |
| intp | | Cantor Fitzgerald Securities, as DIP Agent |
| cr | | Chevron U.S.A. Inc. |
| cr | | Cortland Capital Market Services LLC |
| cr | | Cox Oil, LLC, Cox Operating LLC, Energy XXI GOM, L |
| op | | David M. Dunn, as Plan Administrator |
| cr | | Deep Sea Development Services, Inc., 19219Katy Freeway, Suite 260, Houston, UNITED STATES |
| cr | | Derrick Daniels |
| cr | | Diamond Oil Field Supply Inc |
| cr | | Diverse Safety & Scaffolding, LLC |
| intp | | Ecopetrol America LLC |
| cr | | Ecopetrol America LLC |
| cr | | Edward C Stengel |
| cr | | Edward Randall, Individually and as Representative |
| intp | | Eni Petroleum US LLC |
| intp | | Eni US Operating Co. Inc. |
| cr | | Enterprise Gas Processing, LLC |
| cr | | ExxonMobil Corporation |
| intp | | Facilities Consulting Group, LLC |
| cr | | Florida Gas Transmission Company, LLC |
| cr | | Florida Gas Transmission, LLC, |
| cr | | Freeport-McMoRan Oil & Gas LLC |
| cr | | Fugro USA Marine, Inc. |
| cr | | George Canjar |
| cr | | Goldman Sachs Bank USA |
| cr | | HB Rentals, LC |
| cr | | HCC International Insurance Company PLC |
| cr | | HHE Energy Company |
| cr | | Halliburton Energy Services, Inc. |
| cr | | Hess Corporation |
| cr | | Houston Energy Deepwater Ventures I |
| cr | | Hunt Oil Company, Chieftain International (U.S.) L |
| cr | | ITC Global, Inc. |
| cr | | Infinity Valve & Supply LLC |
| cr | | Intracoastal Liquid Mud, Inc., UNITED STATES |
| cr | | Japex (U.S.) Corp. |

| | |
|---|---|
| cr | Jeffrey W Faw |
| cr | John A Sansbury, Jr |
| intp | Kilgore Marine |
| cr | LLOG Energy, L.L.C. |
| cr | LLOG Exploration Offshore, L.L.C. |
| cr | Lavaca County |
| cr | Liberty Mutual Insurance Company |
| cr | Linear Controls, Inc. |
| cr | Live Oak CAD |
| cr | Louisiana Safety Systems, Inc. |
| intp | Manta Ray Offshore Gathering Company, L.L.C. |
| cr | Mark Howard Gillespie |
| cr | Michael Howard Clark |
| cr | Moodys Investors Service, Inc. |
| cr | Multiklient Invest AS |
| cr | NOV Process & Flow Technologies US, Inc. |
| cr | National Oilwell Varco, L.P. |
| intp | Nautilus Pipeline Company, L.L.C. |
| cr | North American Specialty Insurance Company |
| cr | Oceaneering International Inc. |
| cr | Oil States Energy Services, LLC |
| cr | Partco, LLC |
| cr | Philadelphia Indemnity Insurance Company |
| cr | Process Piping Materials, Inc. |
| intp | QuarterNorth Energy LLC and certain of its affilia |
| cr | R360 Environmental Solutions, LLC |
| intp | RLI Insurance Company |
| cr | Renaissance Offshore, LLC |
| cr | Republic Helicopters, Inc. |
| cr | Ridgewood Energy Corporation |
| cr | Rio Grande City CISD |
| crcm | SLTL Ad Hoc Committee |
| cr | SM Energy Company |
| cr | Samson Contour Energy E & P, LLC |
| cr | Samson Offshore Mapleleaf, LLC |
| cr | Sea Robin Pipeline Company, LLC |
| cr | Shell GOM Pipeline Company, LLC |
| cr | Shell Pipeline, LLC |
| cr | Sirius America Insurance Company |
| cr | Sparrows Offshore, LLC |
| cr | Starr County |
| cr | State of Louisiana, Department of Natural Resource |
| cr | Stingray Pipeline Company, LLC |
| intp | Subsea 7 LLC |
| cr | Superior Energy Services, L.L.C. |
| cr | Talos Energy Inc. |
| cr | Talos Energy LLC |
| cr | Texaco Inc. |
| cr | The Hanover Insurance Company |
| cr | The Louisiana Land & Exploration Company |
| crcm | The Official Committee of Unsecured Creditors |
| cr | Toys O'Neil |
| cr | Travelers Casualty and Surety Company of America |
| cr | Trunkline Gas Company, LLC |
| cr | U.S. Department of the Interior |
| cr | Union Oil Company of California |
| cr | Unocal Pipeline Company |
| cr | Valero Marketing and Supply Company |
| cc | Valero Marketing and Supply Company |
| cr | W&T Energy VI, LLC |
| cr | W&T Offshore, Inc. |
| cr | Warrior Energy Services Corporation |
| cr | Welltec, Inc. |

| | | |
|---|---|---|
| cr | | Wild Well Control, Inc. |
| cr | | Workstrings International, LLC |
| cr | | XH LLC |
| cr | | XL Specialty Insurance Co |
| cr | | XL Systems, L.P. |
| cr | | XTO Energy, Inc. |
| cr | | XTO Offshore, Inc. |
| db | *+ | Fieldwood Energy Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cd | *+ | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cr | ##+ | Milorad Raicevic, 3701 Kirby Drive, Suite 1000, Houston, TX 77098-3928 |

TOTAL: 124 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Aaron James Power

on behalf of Interested Party Subsea 7 LLC apower@porterhedges.com  egarfias@porterhedges.com;ysanders@porterhedges.com

Abigail V. O'Brient

on behalf of Other Prof. David M. Dunn  as Plan Administrator aobrient@mintz.com, DEHashimoto@mintz.com;docketing@mintz.com

Alfredo R Perez

on behalf of Debtor Fieldwood Offshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Plaintiff Fieldwood Energy LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood Energy SP LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood Onshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood SD Offshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Bandon Oil and Gas GP  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

District/off: 0541-4

Date Rcvd: Sep 26, 2022

User: ADIuser

Form ID: pdf002

Page 8 of 23

Total Noticed: 134

Alfredo R Perez

on behalf of Debtor Fieldwood Energy Inc. alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Plaintiff Fieldwood Energy  LLC and GOM Shelf LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Plan Administrator and Certain Post-Effective Date Debtors alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood Energy Offshore LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Galveston Bay Processing LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Interested Party QuarterNorth Energy LLC and certain of its affiliates alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood Energy LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Galveston Bay Pipeline LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fieldwood Energy III LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor FW GOM Pipeline  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor GOM Shelf LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Bandon Oil and Gas  LP alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Dynamic Offshore Resources NS  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Andrew A Braun

on behalf of Creditor Westerngeco Llc abraun@glllaw.com

Andrew A Braun

on behalf of Creditor TGS-NOPEC Geophysical Company ASA abraun@glllaw.com

Andrew A Braun

on behalf of Creditor TGS-NOPEC Geophysical Company abraun@glllaw.com

Andrew A Braun

on behalf of Creditor A2D TECHNOLOGIES  INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES
abraun@glllaw.com

Andrew A Braun
    on behalf of Creditor TGS AP Investments AS abraun@glllaw.com

Audrey Lorene Hornisher
    on behalf of Creditor Martin Energy Services LLC audrey.hornisher@clarkhillstrasburger.com
mina.alvarez@clarkhillstrasburger.com

Barnet B Skelton, Jr
    on behalf of Creditor Houston Energy Deepwater Ventures I barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor Red Willow Offshore  LLC barnetbjr@msn.com

Ben L Aderholt
    on behalf of Creditor DeepSea Quality Consulting  Inc. baderholt@coatsrose.com, vhernandez@coatsrose.com

Benjamin Lawrence Wallen
    on behalf of Other Prof. David M. Dunn  as Plan Administrator bwallen@pszjlaw.com, klabrada@pszjlaw.com

Benjamin W Kadden
    on behalf of Creditor Deligans Valves  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Superior Energy Services  L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Workstrings International  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor HB Rentals  LC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Heartland Compression Services  L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Warrior Energy Services Corporation bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Wild Well Control  Inc. bkadden@lawla.com, mnguyen@lawla.com

Bradley Clay Knapp
    on behalf of Creditor ConocoPhillips Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor Merit Energy Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor W&T Offshore  Inc. bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor McMoran Oil & Gas LLC bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor Burlington Resources Offshore bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor The Louisiana Land & Exploration Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor Freeport-McMoRan Oil & Gas LLC bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor W&T Energy VI  LLC bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor U.S. Specialty Insurance Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Brandon Kevin Bains
    on behalf of Creditor The Hanover Insurance Company bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
    on behalf of Creditor Liberty Mutual Insurance Company bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
    on behalf of Creditor Travelers Casualty and Surety Company of America bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
    on behalf of Creditor XL Specialty Insurance Co bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker

on behalf of Creditor Renaissance Offshore  LLC brian.baker@stacybakerlaw.com

Brian A. Baker

on behalf of Creditor XL Systems  L.P. brian.baker@stacybakerlaw.com

Brian A. Baker

on behalf of Creditor National Oilwell Varco  L.P. brian.baker@stacybakerlaw.com

Brian A. Baker

on behalf of Defendant Renaissance Offshore LLC brian.baker@stacybakerlaw.com

Brian A. Baker

on behalf of Creditor NOV Process & Flow Technologies US  Inc. brian.baker@stacybakerlaw.com

Bruce J Ruzinsky

on behalf of Creditor Aker Solutions Inc. bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Interested Party Jackson Walker LLP bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Buffey E Klein

on behalf of Creditor 2M Oilfield Group Inc. buffey.klein@huschblackwell.com
toi.pulliam@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

C Brannon Robertson

on behalf of Defendant Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
gabrielle.martinez@trialattorneytx.com

C Brannon Robertson

on behalf of Counter-Claimant Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
gabrielle.martinez@trialattorneytx.com

C Brannon Robertson

on behalf of Creditor Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
gabrielle.martinez@trialattorneytx.com

Catherine Allyn Diktaban

on behalf of Interested Party Apache Corporation cdiktaban@huntonak.com

Charles A Beckham, Jr

on behalf of Creditor Ad Hoc Group of Secured Lenders charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com

Charles A Beckham, Jr

on behalf of Interested Party Cantor Fitzgerald Securities  as DIP Agent charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com

Charles Brittain Walther

on behalf of Creditor Michael Howard Clark bwalther@wwmlawyers.com

Charles Brittain Walther

on behalf of Creditor Edward C Stengel bwalther@wwmlawyers.com

Charles Brittain Walther

on behalf of Creditor George Canjar bwalther@wwmlawyers.com

Charles Brittain Walther

on behalf of Creditor John A Sansbury  Jr bwalther@wwmlawyers.com

Charles Brittain Walther

on behalf of Creditor Jeffrey W Faw bwalther@wwmlawyers.com

Charles Brittain Walther

on behalf of Creditor Mark Howard Gillespie bwalther@wwmlawyers.com

Charles Ignatius Murnane

on behalf of Defendant General Power Limited Inc. cmurnane@bn-lawyers.com

Charles Michael Rubio

on behalf of Creditor Island Operating Company Inc crubio@parkinsrubio.com
7485062420@filings.docketbird.com;arodriguez@parkinslee.com;bmcfadden@parkinslee.com;skimble@parkinslee.com

Charles Stephen Kelley

on behalf of Creditor Welltec  Inc. ckelley@mayerbrown.com,
sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Christopher Joseph Piasecki

on behalf of Creditor Universal Equipment  Inc. cpiasecki@davidsonmeaux.com

Clay Marshall Taylor

on behalf of Creditor Marathon Oil Company clay.taylor@bondsellis.com  krista.hillman@bondsellis.com

District/off: 0541-4
Date Rcvd: Sep 26, 2022
User: ADIuser
Form ID: pdf002
Page 11 of 23
Total Noticed: 134

Constantine Z. Pamphilis

on behalf of Creditor Committee SLTL Ad Hoc Committee dpamphilis@kasowitz.com courtnotices@kasowitz.com

Craig A Ryan

on behalf of Creditor Callon Petroleum Company ryanc@onebane.com stoutej@onebane.com

Cynthia Castanon

on behalf of Defendant Renaissance Offshore LLC Cynthia.castanon@stacybakerlaw.com

Cynthia Castanon

on behalf of Creditor Renaissance Offshore LLC Cynthia.castanon@stacybakerlaw.com

Danielle Rushing

on behalf of Creditor Valero Marketing and Supply Company drushing@dykema.com

Danielle Rushing

on behalf of Counter-Claimant Valero Marketing and Supply Company drushing@dykema.com

David Christopher Whitmore

on behalf of Creditor Melvin Sigure dcw@nola-law.com

David S Elder

on behalf of Creditor Oceaneering International Inc. davidspeedelder@gmail.com
rdiep@foley.com;david-elder-1574@ecf.pacerpro.com

Deborah Daywood Williamson

on behalf of Creditor Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson

on behalf of Counter-Claimant Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson

on behalf of Defendant Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deirdre Carey Brown

on behalf of Creditor XTO Energy  Inc. dbrown@forsheyprostok.com,
dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtd
rive.com,dcb@dcbfirm.com

Deirdre Carey Brown

on behalf of Creditor ExxonMobil Corporation dbrown@forsheyprostok.com
dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtd
rive.com,dcb@dcbfirm.com

Devan Joan Dal Col

on behalf of Creditor Hess Corporation ddalcol@reedsmith.com

Diane Wade Sanders

on behalf of Creditor Rio Grande City CISD austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor Lavaca County austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor Live Oak CAD austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor Starr County austin.bankruptcy@publicans.com

Donna T Parkinson

on behalf of Creditor R360 Environmental Solutions  LLC donna@parkinsonphinney.com

Douglas Saul Friedman

on behalf of Creditor Renaissance Offshore  LLC doug.friedman@stacybakerlaw.com

Douglas Saul Friedman

on behalf of Defendant Renaissance Offshore LLC doug.friedman@stacybakerlaw.com

Duane J Brescia

on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, ckclark@clarkhill.com

Duane J Brescia

on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com  ckclark@clarkhill.com

Duane J Brescia

on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  ckclark@clarkhill.com

Edward L Ripley

on behalf of Creditor Unocal Pipeline Company eripley@andrewsmyers.com  sray@andrewsmyers.com

District/off: 0541-4                           User: ADIuser                                    Page 12 of 23
Date Rcvd: Sep 26, 2022                       Form ID: pdf002                              Total Noticed: 134

Edward L Ripley

on behalf of Creditor Texaco Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley

on behalf of Creditor Noble Energy  Inc. eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley

on behalf of Creditor Chevron U.S.A. Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley

on behalf of Creditor Union Oil Company of California eripley@andrewsmyers.com  sray@andrewsmyers.com

Elizabeth M Guffy

on behalf of Defendant HCC International Insurance Company PLC eguffy@lockelord.com  eguffy@ecf.axosfs.com

Elizabeth M Guffy

on behalf of Creditor HCC International Insurance Company PLC eguffy@lockelord.com  eguffy@ecf.axosfs.com

Elliot W Scharfenberg

on behalf of Interested Party RLI Insurance Company escharfenberg@kfplaw.com

Emilio Fernando DeAyala

on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala

on behalf of Plaintiff Fieldwood Energy Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala

on behalf of Plaintiff Fieldwood Energy LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala

on behalf of Plaintiff Fieldwood SD Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Eric Michael English

on behalf of Creditor Talos Energy Inc. eenglish@porterhedges.com
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Eric Michael English

on behalf of Creditor Talos Energy LLC eenglish@porterhedges.com
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Florence Bonaccorso-Saenz

on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

H Kent Aguillard

on behalf of Creditor DLS  LLC kent@aguillardlaw.com, gina@aguillardlaw.com

Heather Helene Jobe

on behalf of Creditor Ryan  LLC heatherj@bellnunnally.com, agreen@bellnunnally.com

Hector Duran, Jr

on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Helen Hemingway McLaughlin

on behalf of Plaintiff Fieldwood SD Offshore LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin

on behalf of Plaintiff Fieldwood Energy LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin

on behalf of Plaintiff Fieldwood Energy Offshore LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin

on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates hmclaughlin@buckkeenan.com

J Robert Forshey

on behalf of Creditor HHE Energy Company bforshey@forsheyprostok.com
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J Robert Forshey

on behalf of Creditor XH LLC bforshey@forsheyprostok.com
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J Robert Forshey

on behalf of Creditor XTO Offshore  Inc. bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J Robert Forshey

on behalf of Creditor ExxonMobil Corporation bforshey@forsheyprostok.com
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

;jjones@forsheyprostok.com

J Robert Forshey

on behalf of Creditor XTO Energy  Inc. bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J. David Forsyth

on behalf of Interested Party Helis Oil & Gas Company  LLC jdf@sessions-law.com

James B. Bailey

on behalf of Creditor Bedrock Petroleum Consultants  LLC jbailey@bradley.com, jbailey@ecf.courtdrive.com

James Harmon Hall

on behalf of Creditor Aubrey Wild James@chzfirm.com

James R Prince

on behalf of Creditor Hunt Oil Company  Chieftain International (U.S.) L.L.C., and Hunt Chieftain Development, L.P.
jim.prince@bakerbotts.com, BankruptcyDallas@bakerbotts.com;jim-prince-2090@ecf.pacerpro.com

James Robert MacNaughton

on behalf of Creditor Gibson Applied Technology & Enginnering robert@porterpowers.com

James W Walker

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jwalker@coleschotz.com,
ahickey@coleschotz.com;amacias@coleschotz.com

Jameson Joseph Watts

on behalf of Creditor 2M Oilfield Group Inc. jameson.watts@huschblackwell.com
penny.keller@huschblackwell.com;jameson-watts-4163@ecf.pacerpro.com;Christine.deacon@huschblackwell.com

Jan M Hayden

on behalf of Creditor Samson Contour Energy E & P  LLC jhayden@bakerdonelson.com,
gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Jan M Hayden

on behalf of Creditor Samson Offshore Mapleleaf  LLC jhayden@bakerdonelson.com,
gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Jason George

on behalf of Debtor Fieldwood Energy LLC jason.george@weil.com

Jason B. Binford

on behalf of Interested Party Railroad Commission of Texas Jason.binford@oag.texas.gov

Jason B. Binford

on behalf of Interested Party Texas General Land Office Jason.binford@oag.texas.gov

Jason M Rudd

on behalf of Interested Party Tana Exploration Company  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M Rudd

on behalf of Interested Party TC Oil Louisiana  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jeffery Dayne Carruth

on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Jeri Leigh Miller

on behalf of Creditor Ridgewood Energy Corporation jeri.miller@sidley.com  jeri-leigh-miller-8108@ecf.pacerpro.com

Jeri Leigh Miller

on behalf of Interested Party ILX Prospect Katmai  LLC jeri.miller@sidley.com, jeri-leigh-miller-8108@ecf.pacerpro.com

Jeri Leigh Miller

on behalf of Interested Party Ridgewood Katmai  LLC jeri.miller@sidley.com, jeri-leigh-miller-8108@ecf.pacerpro.com

Jerome Harold Moroux

on behalf of Creditor Duane Landry jerome@broussard-david.com

Jerome Harold Moroux

on behalf of Creditor Claboryan Lewis jerome@broussard-david.com

Jessica Liou

on behalf of Debtor Fieldwood Energy LLC Jessica.Liou@weil.com

Joel Cameron Simon

on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com

Joel Cameron Simon

on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com

John A Mouton, III

on behalf of Creditor Process Piping Materials  Inc. john@jmoutonlaw.com

John A Mouton, III

on behalf of Creditor Derrick Daniels john@jmoutonlaw.com

John A Mouton, III

on behalf of Creditor Intracoastal Liquid Mud  Inc. john@jmoutonlaw.com

John E Mitchell

on behalf of Creditor Stingray Pipeline Company  LLC john.mitchell@katten.com

John E Mitchell

on behalf of Creditor Sea Robin Pipeline Company  LLC john.mitchell@katten.com

John E Mitchell

on behalf of Creditor Florida Gas Transmission Company  LLC john.mitchell@katten.com

John E Mitchell

on behalf of Creditor Trunkline Gas Company  LLC john.mitchell@katten.com

John E.W. Baay, II

on behalf of Creditor LLOG Energy  L.L.C. jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor Westerngeco LLC jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor TGS-NOPEC Geophysical Company jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor LLOG Exploration Offshore  L.L.C. jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor TGS AP Investments AS jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor A2D TECHNOLOGIES  INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES
jbaay@glllaw.com

John E.W. Baay, II

on behalf of Creditor TGS-NOPEC Geophysical Company ASA jbaay@glllaw.com

John F Higgins, IV

on behalf of Interested Party Kilgore Marine jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John P Dillman

on behalf of Creditor Galveston County houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Rio Grande City CISD houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Starr County houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Live Oak CAD houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Jefferson County houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Lavaca County houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Matagorda County houston_bankruptcy@publicans.com

John S Mayer

on behalf of Creditor Solar Turbines Incorporated jmayer@rossbanks.com

John T Banks

on behalf of Creditor Colorado County jbanks@pbfcm.com  jbanks@ecf.inforuptcy.com

John Zachary Balasko

on behalf of Creditor U.S. Department of the Interior john.z.balasko@usdoj.gov

Jonathan Steven Ord

on behalf of Interested Party RLI Insurance Company jord@krebsfarley.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff Fieldwood Energy III LLC jsteinfeld@askllp.com

Joseph Lomax Jordan, Jr

on behalf of Creditor AGI Industries Inc maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joseph Lomax Jordan, Jr

on behalf of Defendant Star Measurement Sales and Service  Inc. maxjordanlaw@lusfiber.net, maxjordan@cox.net

Joseph Lomax Jordan, Jr

on behalf of Creditor AGI Packaged Pump Systems maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joseph R. Dunn

on behalf of Other Prof. David M. Dunn  as Plan Administrator jrdunn@mintz.com, MJones@mintz.com;docketing@mintz.com

Joshua Nielson Eppich

on behalf of Creditor EOG Resources  Inc. Joshua@BondsEllis.com, Joyce.Rehill@BondsEllis.com

Joshua W. Wolfshohl

on behalf of Creditor Diverse Safety & Scaffolding  LLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Juan M Castillo

on behalf of Creditor Macquarie Corporate and Asset Funding Inc. jcastillo@fcbtxlaw.com  jmilitello@fcbtxlaw.com

Kara E. Casteel

on behalf of Debtor Fieldwood Energy III LLC kcasteel@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;reding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askl
lp.com;mudem@askllp.com;jchristian@askllp.com;akazmina@askllp

Kara E. Casteel

on behalf of Plaintiff Fieldwood Energy III LLC kcasteel@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;reding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askl
lp.com;mudem@askllp.com;jchristian@askllp.com;akazmina@askllp

Karl Daniel Burrer

on behalf of Interested Party BP Exploration & Production Inc. burrerk@gtlaw.com  jamrokg@gtlaw.com,

Kelly Singer

on behalf of Interested Party Ecopetrol America LLC Kelly.singer@squirepb.com
sarah.conley@squirepb.com,kelly-e-singer-8448@ecf.pacerpro.com

Kenneth P. Green

on behalf of Creditor SBM Gulf Production LLC ken.green@bondsellis.com  laura.terrell@bondsellis.com

Kevin Chiu

on behalf of Creditor EnVen Energy Ventures  LLC kevin.chiu@bakerbotts.com

Kevin M Maraist

on behalf of Creditor Archrock Services  LP kmaraist@albmlaw.com

Kevin M Maraist

on behalf of Creditor Archrock Partners Operating  LLC and Archrock Service LP kmaraist@albmlaw.com

Kim Bernard Battaglini

on behalf of Creditor North American Specialty Insurance Company kbattaglini@strongpipkin.com

Kim Bernard Battaglini

on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company
kbattaglini@strongpipkin.com

Lacey E. Rochester

on behalf of Creditor Fugro USA Marine  Inc. lrochester@bakerdonelson.com, cbretz@bakerdonelson.com

Lambert M Laperouse

on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited laperouse@glllaw.com  hherrick@glllaw.com

Larry Preston Walton

on behalf of Creditor Deep Sea Development Services  Inc. larrypwalton@larrypwalton.com

Leann Opotowsky Moses

on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited moses@carverdarden.com
Langley@carverdarden.com;8167471420@filings.docketbird.com

Leann Opotowsky Moses

on behalf of Creditor C-Dive  L.L.C. moses@carverdarden.com,
Langley@carverdarden.com;8167471420@filings.docketbird.com

Lee E Woodard

on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company
LWoodard@HarrisBeach.com, efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com

Lee E Woodard
on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., Endurance American Insurance Company, Ironshore
Specialty Insurance Company LWoodard@HarrisBeach.com
efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com

Lee E Woodard
on behalf of Creditor Lexon Insurance Company and Endurance American Insurance Company LWoodard@HarrisBeach.com
efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com

Lisa Ann Powell
on behalf of Creditor Oil States Energy Services  LLC Lisa.Powell@fisherbroyles.com

Lisa M. Norman
on behalf of Creditor Noble Energy  Inc. lnorman@andrewsmyers.com, kbocco@andrewsmyers.com

Lisa M. Norman
on behalf of Creditor Chevron U.S.A. Inc. lnorman@andrewsmyers.com  kbocco@andrewsmyers.com

Lloyd A. Lim
on behalf of Creditor ITC Global  Inc. lloyd.lim@keanmiller.com,
rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;smckitt@balch.com

Lynda Lee Lankford
on behalf of Creditor XTO Energy  Inc. llankford@forsheyprostok.com,
calendar@forsheyprostok.com;jjones@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com

Lynda Lee Lankford
on behalf of Creditor ExxonMobil Corporation llankford@forsheyprostok.com
calendar@forsheyprostok.com;jjones@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com

Mark Alan Platt
on behalf of Creditor CCG Services (U.S.) Inc. mplatt@fbtlaw.com  dwilliams@fbtlaw.com;mluna@fbtlaw.com

Mark Alan Platt
on behalf of Creditor CGG Services (U.S.) Inc. mplatt@fbtlaw.com  dwilliams@fbtlaw.com;mluna@fbtlaw.com

Mark D Sherrill
on behalf of Interested Party Nautilus Pipeline Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark D Sherrill
on behalf of Interested Party Manta Ray Offshore Gathering Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark S. Finkelstein
on behalf of Creditor Trendsetter Engineering  Inc. mfinkelstein@smfadlaw.com,
cmattioli@smfadlaw.com;skelly@smfadlaw.com

Martin Warren Seidler
on behalf of Creditor Joan Seidler marty@seidlerlaw.com
ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net

Marvin E Sprouse, III
on behalf of Creditor Cortex Business Solutions USA LLC msprouse@sprousepllc.com  sprouselawfirm@gmail.com

Matthew D Cavenaugh
on behalf of Defendant Atlantic Maritime Services LLC mcavenaugh@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew D Cavenaugh
on behalf of Creditor Atlantic Maritime Services  LLC mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew D Cavenaugh
on behalf of Creditor Valaris plc mcavenaugh@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew J. Pyeatt
on behalf of Creditor Goldman Sachs Bank USA mpyeatt@velaw.com

Melissa E Valdez
on behalf of Creditor Sheldon Independent School District mvaldez@pbfcm.com
osonik@pbfcm.com,mvaldez@ecf.courtdrive.com

Melissa E Valdez
on behalf of Creditor Sheldon Independent School District  et al mvaldez@pbfcm.com,
osonik@pbfcm.com,mvaldez@ecf.courtdrive.com

Michael Fishel
on behalf of Interested Party Ridgewood Katmai  LLC mfishel@sidley.com,
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel
on behalf of Interested Party ILX Prospect Katmai  LLC mfishel@sidley.com,
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel
on behalf of Creditor Ridgewood Energy Corporation mfishel@sidley.com
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael D Warner
on behalf of Debtor Plan Administrator and Certain Post-Effective Date Debtors mwarner@pszjlaw.com klabrada@pszjlaw.com

Michael D Warner
on behalf of Interested Party The Official Committee of Unsecured Creditors mwarner@pszjlaw.com klabrada@pszjlaw.com

Michael D Warner
on behalf of Other Prof. David M. Dunn  as Plan Administrator mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
on behalf of Creditor Committee The Official Committee of Unsecured Creditors mwarner@pszjlaw.com klabrada@pszjlaw.com

Michael Edward Collins
on behalf of Defendant Philadelphia Indemnity Insurance Company mcollins@manierherod.com rmiller@manierherod.com

Michael Edward Collins
on behalf of Creditor Philadelphia Indemnity Insurance Company mcollins@manierherod.com rmiller@manierherod.com

Michael P Ridulfo
on behalf of Creditor Multiklient Invest AS mridulfo@krcl.com rcoles@krcl.com

Michael P Ridulfo
on behalf of Creditor Sparrows Offshore  LLC mridulfo@krcl.com, rcoles@krcl.com

Millard A Johnson
on behalf of Creditor Ankor Energy LLC jmillard@jdkglaw.com sspencer@jdkglaw.com;ssherman@jdkglaw.com

Millard A Johnson
on behalf of Creditor Ankor E&P Holdings Corporation jmillard@jdkglaw.com sspencer@jdkglaw.com;ssherman@jdkglaw.com

Nicolette Zulli
on behalf of Creditor Moodys Investors Service  Inc. njzulli@duanemorris.com,
mlara@duanemorris.com;ANieto@duanemorris.com

Omar Jesus Alaniz
on behalf of Creditor Hess Corporation oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;rstanbery@reedsmith.com;srhea@reedsmith.com

Omer F Kuebel, III
on behalf of Creditor ConocoPhillips Company rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Creditor McMoran Oil & Gas LLC rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Creditor Freeport-McMoRan Oil & Gas LLC rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Creditor All Aboard Development Corporation rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Owen Mark Sonik
on behalf of Creditor Anahuac Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
on behalf of Creditor Bay City Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
on behalf of Creditor Chambers County osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
on behalf of Creditor Trinity Bay Conservation District osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
on behalf of Creditor Dickinson Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
on behalf of Creditor Sheldon Independent School District  et al osonik@pbfcm.com,
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Pamela A. Walters
on behalf of Creditor Aldine ISD bnkatty@aldineisd.org

Patricia Williams Prewitt
on behalf of Creditor Plains Gas Solutions Patti@pprewittlaw.com  pattiprewittlaw@gmail.com

Patrick Andrew Kelly

|  |  |
|---|---|
| | on behalf of Creditor Chevron U.S.A. Inc. pkelly@andrewsmyers.com  sray@andrewsmyers.com,eharrison@andrewsmyers.com |
| Patrick Andrew Kelly | |
| | on behalf of Creditor Noble Energy  Inc. pkelly@andrewsmyers.com, sray@andrewsmyers.com,eharrison@andrewsmyers.com |
| Patrick L Huffstickler | |
| | on behalf of Creditor Griffin Offshore LLC (f/k/a Fieldwood Energy IV LLC) phuffstickler@dykema.com aseifert@dykema.com;mcruz@dykema.com |
| Patrick M. Shelby | |
| | on behalf of Creditor A-Port LLC rick.shelby@phelps.com  trisha.crombie@phelps.com |
| Patrick M. Shelby | |
| | on behalf of Creditor Linear Controls  Inc. rick.shelby@phelps.com, trisha.crombie@phelps.com |
| Paul James Hammer | |
| | on behalf of Defendant General Power Limited Inc. phammer@bn-lawyers.com  gzeh@bn-lawyers.com |
| Paul Joseph Goodwine | |
| | on behalf of Creditor Ankor Energy LLC pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
| | on behalf of Creditor Ankor E&P Holdings Corporation pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
| | on behalf of Interested Party Apache Corporation pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
| | on behalf of Creditor LLOG Exploration Company  LLC pgoodwine@loopergoodwine.com, hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
| | on behalf of Creditor Walter Oil & Gas Corporation pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
| | on behalf of Creditor LLOG Exploration Offshore  L.L.C. pgoodwine@loopergoodwine.com, hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
| | on behalf of Creditor Marubeni Oil & Gas (USA) LLC pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul R. Genender | |
| | on behalf of Interested Party QuarterNorth Energy LLC and certain of its affiliates paul.genender@weil.com paul-genender-5536@ecf.pacerpro.com,da.docket@weil.com;rene.olvera@weil.com;jessica.liou@weil.com |
| Paul R. Genender | |
| | on behalf of Debtor Fieldwood Energy LLC paul.genender@weil.com paul-genender-5536@ecf.pacerpro.com,da.docket@weil.com;rene.olvera@weil.com;jessica.liou@weil.com |
| Peter C D'Apice | |
| | on behalf of Creditor CNOOC Petroleum Offshore U.S.A. Inc. dapice@sbep-law.com |
| Philip G Eisenberg | |
| | on behalf of Creditor W&T Offshore  Inc. peisenberg@lockelord.com |
| Philip G Eisenberg | |
| | on behalf of Creditor HCC International Insurance Company PLC peisenberg@lockelord.com |
| Philip G Eisenberg | |
| | on behalf of Creditor W&T Energy VI  LLC peisenberg@lockelord.com |
| Philip G Eisenberg | |
| | on behalf of Creditor U.S. Specialty Insurance Company peisenberg@lockelord.com |
| Philip T DeBaillon | |
| | on behalf of Creditor Infinity Valve & Supply LLC phil@philyourlawyer.com |
| Phillip W Nelson | |
| | on behalf of Creditor Cortland Capital Market Services LLC phillip.nelson@hklaw.com |
| Rafael Rodriguez | |
| | on behalf of Creditor Ignition Systems & Controls  Inc. rrodriguez@toddlawfirm.com |
| Randall A Rios | |
| | on behalf of Creditor Aspen American Insurance Company Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com |
| Randall A Rios | |

| | |
|---|---|
| | on behalf of Creditor Sirius America Insurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com |
| Randall A Rios | |
| | on behalf of Creditor Berkley Insurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com |
| Randall A Rios | |
| | on behalf of Creditor Everest Reinsurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com |
| Randy W Williams | |
| | on behalf of Creditor Patrick Burnett rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net |
| Randy W Williams | |
| | on behalf of Creditor Brian Cloyd rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net |
| Randy W Williams | |
| | on behalf of Creditor Lewis Andrews rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net |
| Reese W Baker | |
| | on behalf of Creditor Regis Southern courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| Richard Andrew Howell | |
| | on behalf of Defendant Sanare Energy Partners LLC RAHowell@JW.com mmcclenathen@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Richard M Gaal | |
| | on behalf of Creditor Core Industries  Inc. rgaal@mcdowellknight.com, pholder@mcdowellknight.com;mkrscourtdocs@gmail.com;ctiblier@mcdowellknight.com;cjoiner@mcdowellknight.com |
| Robert Bernard Bruner | |
| | on behalf of Creditor Anadarko Petroleum Corp. bob.bruner@nortonrosefulbright.com |
| Robert Bernard Bruner | |
| | on behalf of Creditor Anadarko E&P Company bob.bruner@nortonrosefulbright.com |
| Robert Bernard Bruner | |
| | on behalf of Creditor Anadarko U.S. Offshore LLC bob.bruner@nortonrosefulbright.com |
| Robert L Paddock | |
| | on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Plaintiff Fieldwood SD Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Plaintiff Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Counter-Defendant Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Plaintiff Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Counter-Defendant Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Counter-Defendant Fieldwood SD Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L. Marrero | |
| | office@bobmarrero.com |
| Robert P Franke | |
| | on behalf of Creditor Martin Energy Services LLC bfranke@clarkhill.com  malvarez@clarkhill.com;ahornisher@clarkhill.com |
| Robin Russell | |
| | on behalf of Defendant Apache Corporation rrussell@HuntonAK.com |
| Robin Russell | |
| | on behalf of Defendant Apache Shelf Exploration LLC rrussell@HuntonAK.com |
| Robin Russell | |
| | on behalf of Interested Party Apache Corporation rrussell@HuntonAK.com |
| Robin Russell | |
| | on behalf of Defendant Apache Shelf  Inc. rrussell@HuntonAK.com |
| Robin Russell | |
| | on behalf of Defendant Apache Deepwater LLC rrussell@HuntonAK.com |
| Ryan Goudelocke | |
| | on behalf of Creditor Infinity Valve & Supply LLC ryan@goudelocke.law |

Ryan Dodson Dry

on behalf of Interested Party RLI Insurance Company rdry@krebsfarley.com  khaley@krebsfarley.com

Ryan E Chapple

on behalf of Creditor Patrick Burnett rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Brian Cloyd rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Lewis Andrews rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Manns

on behalf of Creditor Shell Offshore  Inc. ryan.manns@nortonrosefulbright.com

Ryan Michael Seidemann

on behalf of Creditor State of Louisiana  Department of Natural Resources seidemannr@ag.louisiana.gov, lentoc@ag.state.la.us

Scott A Zuber

on behalf of Creditor Everest Reinsurance Company szuber@csglaw.com

Scott A Zuber

on behalf of Counter-Defendant Fieldwood Energy LLC szuber@csglaw.com

Sean B Davis

on behalf of Creditor SM Energy Company sbdavis@winstead.com  mmingo@winstead.com

Sean B Davis

on behalf of Creditor Japex (U.S.) Corp. sbdavis@winstead.com  mmingo@winstead.com

Seth A Nichamoff

on behalf of Defendant Cody Global Consulting  Inc. seth@nichamofflaw.com,
jamie@nichamofflaw.com;christina@nichamofflaw.com

Shari L Heyen

on behalf of Interested Party BP Exploration & Production Inc. heyens@gtlaw.com  jamrokg@gtlaw.com

Shelley B Marmon

on behalf of Creditor Republic Helicopters  Inc. samarmon@cjmhlaw.com

Simon Richard Mayer

on behalf of Creditor U.S. Specialty Insurance Company simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer

on behalf of Creditor HCC International Insurance Company PLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer

on behalf of Defendant HCC International Insurance Company PLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Stanwood R Duval

on behalf of Creditor Magnum Mud Equipment Co.  Inc. stan@duvallawfirm.com

Stephen A Roberts

on behalf of Creditor Zurich American Insurance Company sroberts@srobertslawfirm.com  1222805420@filings.docketbird.com

Stephen Douglas Statham

on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Stephen Jacob Humeniuk

on behalf of Creditor Cox Oil  LLC, Cox Operating LLC, Energy XXI GOM, LLC, Energy XXI Gulf Coast, Inc., Energy XXI
Onshore, LLC, Energy XXI Pipeline, LLC, Energy XXI Pipeline I, LLC, Energy XXI Pipeline II, LLC, M21K, LLC
Stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com

Steven W Soule

on behalf of Creditor Discovery Gas Transmission LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Transcontinental Gas Pipe Line Company  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Targa Liquids Marketing and Trade  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Venice Energy Services Company  L.L.C. ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor WFS Liquids LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Performance Energy Services  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Targa Midstream Services  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Gulfstar One LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Williams Field Services-Gulf Coast Company LLC ssoule@hallestill.com  smccormick@hallestill.com

Stewart F Peck

on behalf of Defendant Atlantic Maritime Services LLC speck@lawla.com

Stewart F Peck

on behalf of Creditor Atlantic Maritime Services  LLC speck@lawla.com

Suzanne K. Rosen

on behalf of Creditor ExxonMobil Corporation srosen@forsheyprostok.com
calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Suzanne K. Rosen

on behalf of Creditor XTO Energy  Inc. srosen@forsheyprostok.com,
calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Sylvia Ann Mayer

on behalf of Creditor Superior Performance  Inc. smayer@smayerlaw.com

Sylvia Ann Mayer

on behalf of Creditor Louisiana Safety Systems  Inc. smayer@smayerlaw.com

T. Josh Judd

on behalf of Creditor Edward Randall  Individually and as Representative of the Estate of Christopher Todd Randall, Deceased
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd

on behalf of Creditor Enterprise Gas Processing  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

Taylor Romero

on behalf of Creditor Patrick Burnett tromero@cstrial.com  aprentice@cstrial.com

Taylor Romero

on behalf of Creditor Lewis Andrews tromero@cstrial.com  aprentice@cstrial.com

Taylor Romero

on behalf of Creditor Brian Cloyd tromero@cstrial.com  aprentice@cstrial.com

Thomas A Howley

on behalf of Creditor Genesis Energy  L.P. tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas Alan Zabel

on behalf of Creditor Genesis Energy  L.P. tzabel@zflawfirm.com, cturner@zflawfirm.com;pdupuis@zflawfirm.com

Thomas G Gruenert

on behalf of Creditor AGGREKO  LLC tgruenert@gruenertlawgroup.com

Thomas Scott Leo

on behalf of Creditor North American Specialty Insurance Company sleo@leolawpc.com  emartinez@leolawpc.com

Timothy Aaron Million

on behalf of Defendant Everest Reinsurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million

on behalf of Creditor Sirius America Insurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million

on behalf of Creditor Aspen American Insurance Company tim.million@huschblackwell.com
tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million

on behalf of Creditor Everest Reinsurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million

on behalf of Creditor Berkley Insurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy J McKeon

on behalf of Debtor Plan Administrator and Certain Post-Effective Date Debtors tjmckeon@mintz.com

Tony L. Draper

on behalf of Creditor John A Sansbury  Jr tdraper@walkerwilcox.com

Tony L. Draper

on behalf of Creditor Mark Howard Gillespie tdraper@walkerwilcox.com

Tony L. Draper

on behalf of Creditor George Canjar tdraper@walkerwilcox.com

Tony L. Draper

on behalf of Creditor Edward C Stengel tdraper@walkerwilcox.com

Tony L. Draper

on behalf of Creditor Michael Howard Clark tdraper@walkerwilcox.com

Tony L. Draper

on behalf of Creditor Jeffrey W Faw tdraper@walkerwilcox.com

Travis A. McRoberts

on behalf of Interested Party Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com

Travis A. McRoberts

on behalf of Creditor Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com

Troy Lee Hales

on behalf of Creditor Ryan  LLC thales@bellnunnally.com, nsummerville@bellnunnally.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Victoria V Theriot

on behalf of Creditor Acadian Contractors  Inc ttheriot@acadiancontractors.com

Victoria V Theriot

on behalf of Creditor Broussard Brothers  Inc. ttheriot@acadiancontractors.com

Wayne Kitchens

on behalf of Attorney Petro Amigos Supply  Inc. jwk@hwallp.com, dkokenes@hwallp.com

William Alfred Wood, III

on behalf of Interested Party Eni Petroleum US LLC Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William Alfred Wood, III

on behalf of Interested Party Eni US Operating Co. Inc. Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William R. Howell, Jr.

on behalf of Creditor Marathon Oil Company williamhowell@utexas.edu

William Ross Spence

on behalf of Creditor Supreme Service & Specialty Co. Inc. ross@sdllaw.com
brittany@sdllaw.com;justin@sdllaw.com;stacey@sdllaw.com

William S. Robbins

on behalf of Creditor Partco  LLC wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Yelena Archiyan

on behalf of Creditor Trunkline Field Services LLC yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor Sea Robin Pipeline Company  LLC yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor West Cameron Dehydration Company  L.L.C. yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor Florida Gas Transmission Company  LLC yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor Stingray Pipeline Company  LLC yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor Florida Gas Transmission  LLC, yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Creditor Trunkline Gas Company  LLC yelena.archiyan@katten.com

Zachary S McKay

on behalf of Creditor Tetra Applied Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelaw.com

Zachary S McKay

on behalf of Creditor Irongate Rental Services  LLC zmckay@dorelawgroup.net, chymel@dorelaw.com

Zachary S McKay

on behalf of Creditor TETRA Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelaw.com

Zachary S McKay

on behalf of Creditor Expro Americas  L.L.C. zmckay@dorelawgroup.net, chymel@dorelaw.com

Zachary S McKay

on behalf of Creditor Diversified Well Logging  LLC zmckay@dorelawgroup.net, chymel@dorelaw.com

District/off: 0541-4                          User: ADIuser                          Page 23 of 23
Date Rcvd: Sep 26, 2022                       Form ID: pdf002                        Total Noticed: 134
TOTAL: 382