United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 28, 2022
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Post-Effective Date Debtors.**[1] | § | |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SEEKING TO DISALLOW CERTAIN CLAIMS**

**(SATISFIED TERMINATED LEASE CLAIMS)**

[Related Docket No. 2637]

Upon the *Plan Administrator's Eighteenth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Satisfied Transferred Lease Claims)* (the "Objection")[2] of the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned post-effective date debtors (collectively, the "Debtors," as applicable, and after the effective date of their plan of reorganization, the "Post-Effective Date Debtors"), seeking entry of

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

an order (this "<u>Order</u>") disallowing the Terminated Lease Claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1.      Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Terminated Lease Claim identified on **Schedule 1** to this Order is disallowed in its entirety.

2.      The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3.      Each Transferred Lease Claim and the objections by the Plan Administrator to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Terminated Lease Claim.

4.      Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Plan Administrator's rights under the Bankruptcy Code or any other applicable law.

[*Remainder of Page Intentionally Left Blank*]

2

5.     The Plan Administrator, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6.     This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Signed: September 28, 2022

Marvin Isgur
United States Bankruptcy Judge

3

**Schedule 1**

4

**Fieldwood Energy LLC and its affiliated**
**Debtors**
**Case No. 20-33948**

SCHEDULE 1 - TERMINATED LEASE
CLAIM TO BE DISALLOWED

| # | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|------|-----------|---------|--------|----------------------|----------------|--------------------------|-------------------------|----------------------|-------------------------------|------------------------|------------------------------|
| 1 | Berry Myles, Angela Marie 117 Fawn Lane Broussard, LA 70518 | 11/25/2020 | 765 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MYL100 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 4/24/2019 $411.00 |
| 2 | Bradford, Samuel 15219 Huckleberry Harvest Trail Cypress, TX 77429 | 11/21/2020 | 507 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | BRA126 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $52.73 |
| 3 | CLARK, MARY FLY 256 ST. PAUL DRIVE ALAMO, CA 94507 | 11/9/2020 | 344 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | CLA117 | Offshore block VR 313 | 11/30/2020 | 8/26/2019 $13.74 |
| 4 | DURONSLET, MARCEL J AND SHIRLEY R P O BOX 852 BACLIFF, TX 77518-0852 | 11/23/2020 | 583 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $200.00 | DUR104 | San Leon Gas Unit 1-ST2, Lots 41 - 44, Galveston County, Texas | 1/5/2018 | 10/25/2018 $54.58 |
| 5 | FALLS, ANDRE 38121 25TH STREET EAST PALMDALE, CA 93550 | 1/6/2021 | 881 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | FAL106 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $5.00 |
| 6 | Falls, LaTonya 4315 Dacca Drive Houston, TX 77047 | 11/22/2020 | 483 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | FAL104 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $5.00 |
| 7 | FLY, ROBERT A. 18 OLD SAN ANTONIO RD APT B30 BOERNE, TX 78006 | 11/24/2020 | 702 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | FLY100 | Offshore block VR 313 | 11/30/2020 | 5/28/2019 $1,217.65 |
| 8 | Gunter, Santa Lee 20738 Hardwick Oaks Drive Houston, TX 77073 | 11/16/2020 | 377 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | GUN102 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 9/1/2020 | 8/15/2019 $431.25 |
| 9 | HAYNES, ETHEL GILLIAM 5318 BUNGALOW LANE HOUSTON, TX 77048 | 11/30/2020 | 844 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HAY110 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 4/1/2021 | 3/12/2020 $9.59 |

SCHEDULE 1 - TERMINATED LEASE
CLAIM TO BE DISALLOWED

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | HEIDEN, BILLIE JEAN 3533 RICHWOOD PLACE TEXARKANA, TX 75503 | 11/6/2020 | 323 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEI101 | San Leon Gas Unit 1-ST2 Galveston County, Texas | 1/5/2018 | 10/25/2018 $14.89 |
| 11 | Hendershot, Paul G 2724 Ferndale Street Houston, TX 77098 | 11/16/2020 | 387 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEN117 | Offshore blocks West Delta 79, 80, 85, 86 | 10/26/21 | 7/26/2021 $834.44 |
| 12 | HENDERSHOTT, PAUL G 2724 FERNDALE STREET HOUSTON, TX 77098-1114 | 11/16/2020 | 384 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEN117 | Offshore blocks West Delta 79, 80, 85, 86 | 10/26/21 | 7/26/2021 $834.44 |
| 13 | Hendershot, Paul G. 2724 Ferndale Street Houston, TX 77098-1114 | 11/16/2020 | 369 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | HEN117 | Offshore blocks West Delta 79, 80, 85, 86 | 10/26/21 | 7/26/2021 $834.44 |
| 14 | JOHNSON ARMSTEAD, MAGDALENE 618 DASPIT ROAD NEW IBERIA, LA 70560 | 11/9/2020 | 333 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | ARM106 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019 $205.50 |
| 15 | JOHNSON GUIDRY, BENILINA CLAIRE 1314 WESTERLAGE ST LEMARQUE, TX 77568 | 11/17/2020 | 397 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | GUI125 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/18/2020 | 5/13/2019 $25.69 |
| 16 | JOHNSON THOMAS, SANDY NADINE 2006 CYPRESS STREET LAKE CHARLES, LA 70601 | 11/25/2020 | 734 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | THO139 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019 $12.84 |
| 17 | JOHNSON, DWAIN MICHAEL 602 E 8TH STREET KAPLAN, LA 70548 | 11/10/2020 | 348 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | JOH139 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019 $25.69 |
| 18 | Jones, Dytrell 4207 Captain Cade Road Youngsville, LA 70592 | 12/1/2020 | 846 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $55,062.50 | JON121 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 4/1/2021 | 3/12/2020 $5.00 |
| 19 | Jones, Tiffany Williams 4603 COUNTRYCROSSING DRIVE SPRING, TX 77388 | 12/28/2020 | 876 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | JON122 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $7.03 |

**SCHEDULE 1 - TERMINATED LEASE CLAIM TO BE DISALLOWED**

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Jones, Tiffany Williams 4603 COUNTRYCROSSING DRIVE SPRING, TX 77388 | 12/28/2020 | 877 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | JON122 | "Section 20" prospect well/"Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $7.03 |
| 21 | KULWICKI, DIANA 7421 LONG S DRIVE CORPUS CHRISTI, TX 78414 | 11/25/2020 | 775 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | KUL100 | Offshore block West Cameron 163, Lease OCS-G05299 | 12/1/2015 | 8/25/2016 $161.91 |
| 22 | LEE, FRANCHESKA MARIE 209 LONG PLANTATION BLVD, UNIT F LAFAYETTE, LA 70508 | 11/24/2020 | 699 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LEE114 | "Section 20" prospect well/"Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $19.17 |
| 23 | LINE, JOHNEBELLE P O BOX 962 GATESVILLE, TX 76528 | 11/19/2020 | 418 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LIN107 | San Leon Gas Unit 1-ST2 Galveton County, Texas | 1/5/2018 | 10/25/2018 $39.82 |
| 24 | LINZER, GLENN DALE 807 ARLENE STREET NEW IBERIA, LA 70560 | 11/23/2020 | 480 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LIN110 | "Section 20" prospect well/"Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $5.00 |
| 25 | LOUTHAN, TERRI P O BOX 841 BACLIFF, TX 77518 | 11/13/2020 | 372 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | LOU103 | San Leon Gas Unit 1-ST2 Galveton County, Texas | 1/5/2018 | 10/25/2018 $18.66 |
| 26 | MAP999A-NET, a Texas general partnership 101 N Robinson, Suite 1000 Oklahoma City, OK 73102 | 11/23/2020 | 491 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MAP100 | San Leon Gas Unit 1-ST2 Eagle Bay Gas Unit AKA State Tract 329 1 State Tract 330 03 Trahan 1 Galveston County, Texas | 1/5/2018 | 8/27/2018 $2,225.13 |
| 27 | MARY F. CLARK SURVIVOR'S TRUST MARY F. CLARK, TRUSTEE 256 SAINT PAUL DR ALAMO CA 94507-1648 | 11/9/2020 | 343 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | CLA118 | Offshore block VR 313 | 11/30/2020 | 7/26/21 $0.05 |
| 28 | MCCANN, JOHN D PO BOX 982 FULSHEAR, TX 77441 | 11/5/2020 | 320 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MCC101 | Offshore block West Cameron 68, Lease OCS-G33555 | 9/3/2014 | 10/1/2017 $67.33 |
| | McZeal, Johnaton James 377 Napoleon Ave Sunset, LA 70584 | 9/14/2020 | 178 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MCZ102 | "Section 20" prospect well/"Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 7/12/19 $21.56 |

**SCHEDULE 1 - TERMINATED LEASE**
**CLAIM TO BE DISALLOWED**

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | MOORE CARR, SANDRA JEAN P. O. BOX 391 PATTERSON, LA 70392 | 11/27/2020 | 841 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | Cal130 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 3/1/2021 | 3/1/2020 $52.20 |
| 31 | ORTEGO, ELLIS J 606 BAYOU CREST DRIVE DICKINSON, TX 77539 | 11/17/2020 | 396 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | ORT102 | San Leon Gas Unit 1-ST2 Galveston County, Texas | 1/5/2018 | 10/25/2018 $19.78 |
| 32 | Pratt Jr., James (Deceased) Deneese L Pratt 3868 Central Pike Apt 1310 Hermitage, TN 37076 | 3/25/2022 | 1121 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | PRA112 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 2/25/2020 $8.79 |
| 33 | PRESTON, IVAN R 2514 PERRYTON DR, DALLAS, TX 75224 | 11/18/2020 | 410 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $50,620.50 | PRE109 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/15/2020 | 4/15/19 $70.31 |
| 34 | ROMAN, MICHAEL WAYNE 720 MCARTHUR DRIVE JEANERETTE, LA 70544 | 11/6/2020 | 325 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | ROM105 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $13.18 |
| 35 | Roman, Michael Wayne 720 McArthur Drive Jeanerette, LA 70544 | 3/11/2022 | 1040 | Fieldwood Energy LLC | $10,000.00 | $0.00 | $0.00 | $0.00 | ROM105 | "Section 20" prospect well/ "Catapult" property, Iberia Parrish, Louisiana | 5/1/2020 | 4/25/2019 $13.18 |
| 36 | SMITH, KENNETH W PO BOX 77836 BATON ROUGE, LA 70879 | 3/14/2022 | 1044 | Fieldwood Energy Offshore LLC | $1,000.00 | $0.00 | $0.00 | $0.00 | SMI143 | Offshore block Eugene Island 342 | 10/28/2020 | 10/25/2019 $98.79 |
| 37 | THE QUANAH LIMITED PARTNERSHIP PO BOX 77836 BATON ROUGE, LA 70879-7836 | 3/14/2022 | 1050 | Fieldwood Energy Offshore LLC | $1,000.00 | $0.00 | $0.00 | $0.00 | QUA100 | Offshore blocks Vermilion 313 | 3/23/2021 | 7/26/2021 $19.15 |
| | | | | | | | | | | Offshore blocks Ship Shoal 247, 248, 249 | 11/30/2020 | 7/26/2021 $0.12 |

SCHEDULE 1 - TERMINATED LEASE
CLAIM TO BE DISALLOWED

| | Name | Date Filed | Claim # | Debtor | Administrative Amount | Secured Amount | Priority Unsecured Amount | General Unsecured Amount | Owner No. / Vendor ID | Lease Property(ies) Description | Lease termination date | Last payment date and amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | VILLERE BOURGEOIS, IRMA JAN 3703 OLD JEANERETTE ROAD NEW IBERIA, LA 70563 | 11/27/2020 | 837 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | BOU141 | "Section 20" prospect well/"Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019 $27.40 |
| 39 | VILLERE MARTIN, HILDA MAE 3703 OLD JEANERETTE ROAD NEW IBERIA, LA 70563 | 11/20/2020 | 523 | Fieldwood Energy LLC | $0.00 | $0.00 | $0.00 | $0.00 | MAR168 | "Section 20" prospect well/"Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 5/13/2019 $27.40 |
| 40 | Young, Jr. Tom 425 Arthur St Lafayette, LA 70501 | 12/3/2020 | 855 | Fieldwood Onshore LLC | $0.00 | $843.75 | $0.00 | $0.00 | MAR168 | "Section 20" prospect well/"Catapult" property, Iberia Parrish, Louisiana | 6/1/2020 | 11/21/2019 $843.75 |

United States Bankruptcy Court
Southern District of Texas

In re:                                          Case No. 20-33948-mi

Fieldwood Energy LLC                            Chapter 11

The Official Committee of Unsecured Cred

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                  User: ADIuser                          Page 1 of 23

Date Rcvd: Sep 28, 2022              Form ID: pdf002                    Total Noticed: 134

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bandon Oil and Gas GP, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Bandon Oil and Gas, LP, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Dynamic Offshore Resources NS, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy SP LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Offshore LLC, 2000 W. Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Onshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood SD Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | GOM Shelf LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Pipeline LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Processing LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| aty | + | Charles M Rush, 202 Magnate Drive, Lafayette, LA 70508-3830 |
| aty | + | Clark Hill Strasburger, Attn: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| aty | + | Darryl T. Landwehr, 650 Poydras Street, Ste 2519, New Orleans, LA 70130-6163 |
| aty | + | Emile Joseph, Jr., Allen & Gooch, P O Box 81129, Lafayette, LA 70598-1129 |
| aty | + | Peter J. Segrist, Carver Darden et al, 1100 Poydras St., Ste 3100, New Orleans, LA 70163-1102 |
| aty | + | Petro Amigos Supply, Inc., c/o Wayne Kitchens, Total Plaza, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| aty | + | Ralph J Kooy, 100 N LaSalle St, Suite #514, Chicago, IL 60602-3551 |
| aty | + | Ronald Savoie, Jackson & Jackson, P.L.L.C., 111 Founders Drive, Suite 400, Baton Rouge, LA 70810-8959 |
| aty | + | William S Piper, 100 N LaSalle St, Suite #514, Chicago, IL 60602-3551 |
| cr | + | A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Aker Solutions Inc., Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037 |
| cr | + | All Aboard Development Corporation, 601 Poydras Street, Suite 1726, New Orleans, LA 70130-6039 |
| cr | + | Ankor E&P Holdings Corporation, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | Ankor Energy LLC, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| intp | + | Apache Corporation, Hunton Andrews Kurth LLP, Attn: Robin Russell, 600 Travis Street, Suite 4200 Houston, TX 77002-2929 |
| cr | + | Archrock Services, LP, 16666 North Chase Dr., Houston, TX 77060-6014 |
| cr | + | Aspen American Insurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| cr | + | Aubrey Wild, Landwehr Law Firm, LLC, 650 Poydras Street, Suite 2519, New Orleans, LA 70130-6163 |
| intp | + | BP Exploration & Production Inc., c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | + | Bedrock Petroleum Consultants, LLC, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | #+ | Brian Cloyd, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | CETCO Energy Services Company, LLC, c/o Rudy Urban, Credit Manager, Cetco Energy Services., LLC, 635 Brake Ridge Court, Seymour, TN 37865 |
| cr | + | Callon Petroleum Company, 2000 W. Sam Houston Parkway S., Suite 2000, Houston, TX 77042, UNITED STATES 77042-3622 |
| cr | + | Chambers County, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |

| | | |
|---|---|---|
| cr | + | Claboryan Lewis, Broussard & David, 557 Jefferson street, Lafayette, LA 70501-6905 |
| cr | + | Colorado County, c/o John T. Banks, 3301 Northland Drive, Ste. 505, Austin, TX 78731-4954 |
| cr | + | ConocoPhillips Company, c/o Locke Lord LLP, c/o Bradley C. Knapp, 601 Poydras Street, Suite 2660 New Orleans, LA 70130-6032 |
| cr | + | Core Industries, Inc., PO Box 350, Mobile, AL 36601-0350 |
| cr | + | Cortex Business Solutions USA LLC, c/o Sprouse Law Firm, 901 Mopac Expressway South, Building 1, Suite 300 Austin, TX 78746-5883 |
| cr | + | DLS, LLC, P.O. Box 309, Lydia, LA 70569-0309 |
| cr | + | DeepSea Quality Consulting, Inc., c/o Ben L. Aderholt, Coats Rose, P.C., 9 Greenway, Suite 1000 Houston, TX 77046-0900 |
| cr | + | Diversified Well Logging, LLC, C/O Dore Rothberg McKay, PC, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Duane Landry, 105 Wild Iris Drive, Evangeline, LA 70537-3203 |
| cr | + | EOG Resources, Inc., c/o Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton St., Ste 1000, Fort Worth, TX 76102-3727 |
| cr | + | EnVen Energy Ventures, LLC, 609 Main Street, Suite 3200, Houston, TX 77002-3276 |
| cr | + | Everest Reinsurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| cr | #+ | Expro Americas, L.L.C., c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | | Gibson Applied Technology & Enginnering, 1630 Park Ten Place, Suite 206, Houston, TX 77084 |
| intp | + | Helis Oil & Gas Company, LLC, c/o J. David Forsyth, 400 Poydras Street, Suite 2550, New Orleans, LA 70130-3292 |
| cr | + | Ignition Systems & Controls, Inc., c/o Todd Barron Thomason Hudman & Bebout, Attn: Rafael Rodriguez, 3800 E. 42nd Street, Suite 409, Odessa, TX 79762-5928 |
| cr | #+ | Irongate Rental Services, LLC, c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Island Operating Company Inc, 770 S Post Oak Lane, Suite 400, Houston, TX 77056-6666 |
| cr | + | JX Nippon Oil Exploration (U.S.A.) Limited, c/o GIEGER, LABORDE & LAPEROUSE, L.L.C., 5151 SAN FELIPE, SUITE 750, Houston, TX 77056-3646 |
| intp | + | Jackson Walker LLP, c/o Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| cr | + | Joan Seidler, 412 Happy Trail, San Antonio, TX 78231-1424 |
| cr | + | LLOG Exploration Company, LLC, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine, New Orleans, LA 70130-6171 |
| cr | #+ | Lewis Andrews, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Lexon Insurance Company and Endurance American Ins, Harris Beach PLLC, c/o Lee E. Woodard, Esq., 333 West Washing St., Ste. 200, Syracuse, NY 13202-5202 |
| cr | + | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC, c/o Lee E. Woodard, 333 West Washington Street, Suite 200 Syracuse, NY 13202-5202 |
| cr | + | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC c/o Lee E. Woodard, 333 West Washington Street, Suite 200, Syracuse, NY 13202 UNITED STATES 13202-9204 |
| cr | + | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802 UNITED STATES OF AMERICA 70821-4064 |
| cr | + | Macquarie Corporate and Asset Funding Inc., c/o John M. Castillo, 130 E Travis Street, Suite 350, San Antonio, TX 78205-1784 |
| cr | + | Magnum Mud Equipment Co., Inc., Post Office Box 4258, Houma, LA 70361, UNITED STATES 70361-4258 |
| cr | + | Marathon Oil Company, c/o Clay M. Taylor, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |
| cr | + | Martin Energy Services LLC, c/o Robert P. Franke, Clark Hill Strasburger, 901 Main St., Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Marubeni Oil & Gas (USA) LLC, Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | McMoran Oil & Gas LLC, 1615 Poydras Street, Suite 600, New Orleans, LA 70112-1238 |
| cr | + | Melvin Sigure, c/o David C. Whitmore, 701 Poydras Street, Suite 4100, New Orleans, LA 70139 UNITED STATES 70139-7773 |
| cr | + | Merit Energy Company, Locke Lord Bissell & Liddell LLP, Attn: Philip Eisenberg, 600 Travis Street, Suite 3400 Houston, TX 77002-2926 |
| cr | + | Noble Energy, Inc., c/o Andrews Myers, PC, 1885 Saint James Place, 15th Floor, Houston, TX 77056-4175 |
| cr | #+ | Patrick Burnett, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Plains Gas Solutions, c/o Law Ofc Patricia Williams Prewitt, 2456 FM 112, Taylor, TX 76574-4509 |
| cr | + | Red Willow Offshore, LLC, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Regis Southern, c/o Reese Baker, 950 Echo Lane Ste 300, Houston, TX 77024-2824 |
| cr | + | Ryan, LLC, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| cr | + | SBM Gulf Production LLC, c/o Ken Green, Snow Spence Green LLP, P O Box 549, Hockley, TX 77447-0549 |
| cr | + | Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | + | Shell Offshore, Inc., 200 N. Dairy Ashford, Houston, TX 77079-1101 |
| cr | + | Shell Oil Company, c/o Sara M. Keith, 150 N. Dairy Ashford Rd., Building F, Houston, TX 77079-1128 |
| cr | + | Solar Turbines Incorporated, 100 N.E. Adams, Peoria, IL 61629-0001 |
| cr | + | Superior Performance, Inc., c/o S. Mayer Law, P.O. Box 6542, Houston, TX 77265, UNITED STATES 77265-6542 |
| intp | + | TC Oil Louisiana, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | #+ | TETRA Technologies, Inc., Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, c/o Zachary McKay, Houston, TX 77084-4927 |
| cr | + | TGS AP Investments AS, c/o Andrew A Braun, Geiger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company, c/o Andrew A Braun, Gieger, Laborde & Laperouse, LLC, Suite 4800, 701 Poydras St., New Orleans, LA 70139 US 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company ASA, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New |

District/off: 0541-4        User: ADIuser        Page 3 of 23

Date Rcvd: Sep 28, 2022        Form ID: pdf002        Total Noticed: 134

| | | |
|---|---|---|
| | | Orleans, LA 70139 US 70139-7756 |
| intp | + | Tana Exploration Company, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | Tetra Applied Technologies, Inc., c/o Zachary S. McKay, Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Trinity Bay Conservation District, c/o Owen M.Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Trunkline Field Services LLC, 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | U.S. Specialty Insurance Company, c/o Locke Lord LLP, ATTN: Philip Eisenberg, 600 Travis Street, Suite 2800, Houston, TX 77002-2914 |
| cr | | Universal Equipment, Inc., c/o Christopher J. Piasecki, Davidson Meaux, Post Office Box 2908, Lafayette, La 70502-2908 |
| cr | + | Valaris plc, Matthew D. Cavenaugh, Jackson Walker LLP, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| cr | + | Walter Oil & Gas Corporation, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine New Orleans, LA 70130-6171 |
| cr | + | West Cameron Dehydration Company, L.L.C., 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | Westerngeco LLC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| br | + | XCLAIM Inc., XCLAIM Inc., 2261 Market Street #4385, San Francisco, CA 94114-1612 |
| cr | + | Zurich American Insurance Company, c/o Duane Brescia, 720 Brazos Street, Suite 700, Austin, TX 78701-2531 |

TOTAL: 103

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnkatty@aldineisd.org | Sep 28 2022 19:52:40 | Aldine ISD, Legal Department, 2520 WWThorne Dr., Houston, TX 77073-3406 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Sep 28 2022 19:55:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: mvaldez@pbfcm.com | Sep 28 2022 19:51:00 | Anahuac Independent School District, c/o Owen M. Sonik, 1235 North Loop West, Houston, TX 77008-1758 |
| cr | + | Email/Text: SPECK@LAWLA.COM | Sep 28 2022 19:51:00 | Atlantic Maritime Services, LLC, c/o Stewart F. Peck, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130, UNITED STATES 70130-6041 |
| cr | | Email/Text: toriet@broussardbrothers.com | Sep 28 2022 19:51:00 | Broussard Brothers, Inc., 501 S. Main St., Abbeville, LA 70510, US |
| cr | + | Email/Text: mvaldez@pbfcm.com | Sep 28 2022 19:51:00 | Bay City Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 28 2022 19:51:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, Tx 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Sep 28 2022 19:52:00 | Deligans Valves, Inc., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | + | Email/Text: mvaldez@pbfcm.com | Sep 28 2022 19:51:00 | Dickinson Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Email/Text: ssoule@hallestill.com | Sep 28 2022 19:51:00 | Discovery Gas Transmission LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 28 2022 19:51:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: ssoule@hallestill.com | Sep 28 2022 19:51:00 | Gulfstar One LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 28 2022 19:51:00 | Harris County, Linebarger Goggan Blair & |

District/off: 0541-4                    User: ADIuser                              Page 4 of 23
Date Rcvd: Sep 28, 2022                 Form ID: pdf002                     Total Noticed: 134

|      |   |                                                 |                        |                                                                                                                        |
|------|---|-------------------------------------------------|------------------------|------------------------------------------------------------------------------------------------------------------------|
|      |   |                                                 |                        | Sampson LLP, C/O John P. Dillman, PO Box 3064, Houston, TX 77253-3064                                                    |
| cr   | + | Email/Text: BKADDEN@LAWLA.COM                   |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:52:00   | Heartland Compression Services, L.L.C., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr   |   | Email/Text: houston_bankruptcy@LGBS.com         |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064      |
| cr   |   | Email/Text: houston_bankruptcy@LGBS.com         |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| op   |   | Email/Text: EBN@primeclerk.com                  |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055     |
| op   |   | Email/Text: EBN@primeclerk.com                  |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165                            |
| cr   | + | Email/Text: ssoule@hallestill.com               |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Performance Energy Services, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| intp |   | Email/Text: bcd@oag.texas.gov                   |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Railroad Commission of Texas, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| cr   |   | Email/Text: ar@supremeservices.com              |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Supreme Service & Specialty Co. Inc., Attn: Freddy Bourgeois, 204 Industrial Ave. C, Houma, LA 70363                     |
| cr   | + | Email/Text: mvaldez@pbfcm.com                   |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Sheldon Independent School District, c/o Owen M. Sonk, PBFCM, LLP, 1235 N. Loop W., Suite 600, Houston, TX 77008-1772    |
| cr   | + | Email/Text: mvaldez@pbfcm.com                   |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Sheldon Independent School District, et al, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Ste 600, Houston, TX 77008-1772 |
| cr   | + | Email/Text: ssoule@hallestill.com               |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Targa Liquids Marketing and Trade, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr   | + | Email/Text: ssoule@hallestill.com               |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Targa Midstream Services, LLC, c/o Steven W. Soule, Hall Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| intp |   | Email/Text: bcd@oag.texas.gov                   |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Texas General Land Office, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| cr   | + | Email/Text: ssoule@hallestill.com               |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Transcontinental Gas Pipe Line Company, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr   | + | Email/Text: n.gault@trendsetterengineering.com  |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Trendsetter Engineering, Inc., 10430 Rodgers Road, Houston, TX 77070, UNITED STATES 77070-1642                          |
| cr   | + | Email/Text: ssoule@hallestill.com               |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr   | + | Email/Text: ssoule@hallestill.com               |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | WFS Liquids LLC, c/o Steven W. Soule', Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705    |
| cr   | + | Email/Text: ssoule@hallestill.com               |                        |                                                                                                                        |
|      |   |                                                 | Sep 28 2022 19:51:00   | Williams Field Services-Gulf Coast Company LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK |

74103-3705

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Fieldwood Energy III LLC |
| db | | Plan Administrator and Certain Post-Effective Date |
| cr | | 2M Oilfield Group Inc. |
| cr | | A-Port LLC |
| cr | | AGGREKO, LLC |
| cr | | AGI Industries Inc |
| cr | | AGI Packaged Pump Systems |
| cr | | Acadian Contractors, Inc |
| cr | | Ad Hoc Group of Secured Lenders |
| cr | | Anadarko E&P Company |
| cr | | Anadarko Petroleum Corp. |
| cr | | Anadarko U.S. Offshore LLC |
| cr | | Archrock Partners Operating, LLC and Archrock Serv |
| cr | | Berkley Insurance Company |
| cr | | Burlington Resources Offshore |
| cr | | CCG Services (U.S.) Inc. |
| cr | | CGG Services (U.S.) Inc. |
| cr | | CNOOC Petroleum Offshore U.S.A. Inc. |
| cr | | CTD Legacy LLC |
| intp | | Cantor Fitzgerald Securities, as DIP Agent |
| cr | | Chevron U.S.A. Inc. |
| cr | | Cortland Capital Market Services LLC |
| cr | | Cox Oil, LLC, Cox Operating LLC, Energy XXI GOM, L |
| op | | David M. Dunn, as Plan Administrator |
| cr | | Deep Sea Development Services, Inc., 19219Katy Freeway, Suite 260, Houston, UNITED STATES |
| cr | | Derrick Daniels |
| cr | | Diamond Oil Field Supply Inc |
| cr | | Diverse Safety & Scaffolding, LLC |
| intp | | Ecopetrol America LLC |
| cr | | Ecopetrol America LLC |
| cr | | Edward C Stengel |
| cr | | Edward Randall, Individually and as Representative |
| intp | | Eni Petroleum US LLC |
| intp | | Eni US Operating Co. Inc. |
| cr | | Enterprise Gas Processing, LLC |
| cr | | ExxonMobil Corporation |
| intp | | Facilities Consulting Group, LLC |
| cr | | Florida Gas Transmission Company, LLC |
| cr | | Florida Gas Transmission, LLC, |
| cr | | Freeport-McMoRan Oil & Gas LLC |
| cr | | Fugro USA Marine, Inc. |
| cr | | George Canjar |
| cr | | Goldman Sachs Bank USA |
| cr | | HB Rentals, LC |
| cr | | HCC International Insurance Company PLC |
| cr | | HHE Energy Company |
| cr | | Halliburton Energy Services, Inc. |
| cr | | Hess Corporation |
| cr | | Houston Energy Deepwater Ventures I |
| cr | | Hunt Oil Company, Chieftain International (U.S.) L |
| cr | | ITC Global, Inc. |
| cr | | Infinity Valve & Supply LLC |
| cr | | Intracoastal Liquid Mud, Inc., UNITED STATES |
| cr | | Japex (U.S.) Corp. |

| | |
|---|---|
| cr | Jeffrey W Faw |
| cr | John A Sansbury, Jr |
| intp | Kilgore Marine |
| cr | LLOG Energy, L.L.C. |
| cr | LLOG Exploration Offshore, L.L.C. |
| cr | Lavaca County |
| cr | Liberty Mutual Insurance Company |
| cr | Linear Controls, Inc. |
| cr | Live Oak CAD |
| cr | Louisiana Safety Systems, Inc. |
| intp | Manta Ray Offshore Gathering Company, L.L.C. |
| cr | Mark Howard Gillespie |
| cr | Michael Howard Clark |
| cr | Moodys Investors Service, Inc. |
| cr | Multiklient Invest AS |
| cr | NOV Process & Flow Technologies US, Inc. |
| cr | National Oilwell Varco, L.P. |
| intp | Nautilus Pipeline Company, L.L.C. |
| cr | North American Specialty Insurance Company |
| cr | Oceaneering International Inc. |
| cr | Oil States Energy Services, LLC |
| cr | Partco, LLC |
| cr | Philadelphia Indemnity Insurance Company |
| cr | Process Piping Materials, Inc. |
| intp | QuarterNorth Energy LLC and certain of its affilia |
| cr | R360 Environmental Solutions, LLC |
| intp | RLI Insurance Company |
| cr | Renaissance Offshore, LLC |
| cr | Republic Helicopters, Inc. |
| cr | Ridgewood Energy Corporation |
| cr | Rio Grande City CISD |
| crcm | SLTL Ad Hoc Committee |
| cr | SM Energy Company |
| cr | Samson Contour Energy E & P, LLC |
| cr | Samson Offshore Mapleleaf, LLC |
| cr | Sea Robin Pipeline Company, LLC |
| cr | Shell GOM Pipeline Company, LLC |
| cr | Shell Pipeline, LLC |
| cr | Sirius America Insurance Company |
| cr | Sparrows Offshore, LLC |
| cr | Starr County |
| cr | State of Louisiana, Department of Natural Resource |
| cr | Stingray Pipeline Company, LLC |
| intp | Subsea 7 LLC |
| cr | Superior Energy Services, L.L.C. |
| cr | Talos Energy Inc. |
| cr | Talos Energy LLC |
| cr | Texaco Inc. |
| cr | The Hanover Insurance Company |
| cr | The Louisiana Land & Exploration Company |
| crcm | The Official Committee of Unsecured Creditors |
| cr | Toys O'Neil |
| cr | Travelers Casualty and Surety Company of America |
| cr | Trunkline Gas Company, LLC |
| cr | U.S. Department of the Interior |
| cr | Union Oil Company of California |
| cr | Unocal Pipeline Company |
| cr | Valero Marketing and Supply Company |
| cc | Valero Marketing and Supply Company |
| cr | W&T Energy VI, LLC |
| cr | W&T Offshore, Inc. |
| cr | Warrior Energy Services Corporation |
| cr | Welltec, Inc. |

| District/off: 0541-4 | User: ADIuser | Page 7 of 23 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: pdf002 | Total Noticed: 134 |

| cr | | Wild Well Control, Inc. |
|---|---|---|
| cr | | Workstrings International, LLC |
| cr | | XH LLC |
| cr | | XL Specialty Insurance Co |
| cr | | XL Systems, L.P. |
| cr | | XTO Energy, Inc. |
| cr | | XTO Offshore, Inc. |
| db | *+ | Fieldwood Energy Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cd | *+ | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cr | ##+ | Milorad Raicevic, 3701 Kirby Drive, Suite 1000, Houston, TX 77098-3928 |

TOTAL: 124 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron James Power | on behalf of Interested Party Subsea 7 LLC apower@porterhedges.com  egarfias@porterhedges.com;ysanders@porterhedges.com |
| Abigail V. O'Brient | on behalf of Other Prof. David M. Dunn  as Plan Administrator aobrient@mintz.com, DEHashimoto@mintz.com;docketing@mintz.com |
| Alfredo R Perez | on behalf of Debtor Fieldwood Offshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Plaintiff Fieldwood Energy LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Fieldwood Energy SP LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Fieldwood Onshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Fieldwood SD Offshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Bandon Oil and Gas GP  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |

Alfredo R Perez
on behalf of Debtor Fieldwood Energy Inc. alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Plaintiff Fieldwood Energy  LLC and GOM Shelf LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Plan Administrator and Certain Post-Effective Date Debtors alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Fieldwood Energy Offshore LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Galveston Bay Processing LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Interested Party QuarterNorth Energy LLC and certain of its affiliates alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Fieldwood Energy LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Galveston Bay Pipeline LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Fieldwood Energy III LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor FW GOM Pipeline  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor GOM Shelf LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Bandon Oil and Gas  LP alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Dynamic Offshore Resources NS  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Andrew A Braun
on behalf of Creditor Westerngeco LLC abraun@glllaw.com

Andrew A Braun
on behalf of Creditor TGS-NOPEC Geophysical Company ASA abraun@glllaw.com

Andrew A Braun
on behalf of Creditor TGS-NOPEC Geophysical Company abraun@glllaw.com

Andrew A Braun
on behalf of Creditor A2D TECHNOLOGIES  INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES
abraun@glllaw.com

Andrew A Braun
on behalf of Creditor TGS AP Investments AS abraun@glllaw.com

Audrey Lorene Hornisher
on behalf of Creditor Martin Energy Services LLC audrey.hornisher@clarkhillstrasburger.com
mina.alvarez@clarkhillstrasburger.com

Barnet B Skelton, Jr
on behalf of Creditor Houston Energy Deepwater Ventures I barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor Red Willow Offshore  LLC barnetbjr@msn.com

Ben L Aderholt
on behalf of Creditor DeepSea Quality Consulting  Inc. baderholt@coatsrose.com, vhernandez@coatsrose.com

Benjamin Lawrence Wallen
on behalf of Other Prof. David M. Dunn  as Plan Administrator bwallen@pszjlaw.com, klabrada@pszjlaw.com

Benjamin W Kadden
on behalf of Creditor Deligans Valves  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Superior Energy Services  L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Workstrings International  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor HB Rentals  LC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Heartland Compression Services  L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Warrior Energy Services Corporation bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Wild Well Control  Inc. bkadden@lawla.com, mnguyen@lawla.com

Bradley Clay Knapp
on behalf of Creditor ConocoPhillips Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor Merit Energy Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor W&T Offshore  Inc. bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor McMoran Oil & Gas LLC bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor Burlington Resources Offshore bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor The Louisiana Land & Exploration Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor Freeport-McMoRan Oil & Gas LLC bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor W&T Energy VI  LLC bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Bradley Clay Knapp
on behalf of Creditor U.S. Specialty Insurance Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Brandon Kevin Bains
on behalf of Creditor The Hanover Insurance Company bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
on behalf of Creditor Liberty Mutual Insurance Company bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
on behalf of Creditor Travelers Casualty and Surety Company of America bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
on behalf of Creditor XL Specialty Insurance Co bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker
 on behalf of Creditor Renaissance Offshore  LLC brian.baker@stacybakerlaw.com

Brian A. Baker
 on behalf of Creditor XL Systems  L.P. brian.baker@stacybakerlaw.com

Brian A. Baker
 on behalf of Creditor National Oilwell Varco  L.P. brian.baker@stacybakerlaw.com

Brian A. Baker
 on behalf of Defendant Renaissance Offshore LLC brian.baker@stacybakerlaw.com

Brian A. Baker
 on behalf of Creditor NOV Process & Flow Technologies US  Inc. brian.baker@stacybakerlaw.com

Bruce J Ruzinsky
 on behalf of Creditor Aker Solutions Inc. bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
 on behalf of Interested Party Jackson Walker LLP bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Buffey E Klein
 on behalf of Creditor 2M Oilfield Group Inc. buffey.klein@huschblackwell.com
 toi.pulliam@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

C Brannon Robertson
 on behalf of Defendant Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
 gabrielle.martinez@trialattorneytx.com

C Brannon Robertson
 on behalf of Counter-Claimant Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
 gabrielle.martinez@trialattorneytx.com

C Brannon Robertson
 on behalf of Creditor Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
 gabrielle.martinez@trialattorneytx.com

Catherine Allyn Diktaban
 on behalf of Interested Party Apache Corporation cdiktaban@huntonak.com

Charles A Beckham, Jr
 on behalf of Creditor Ad Hoc Group of Secured Lenders charles.beckham@haynesboone.com
 kenneth.rusinko@haynesboone.com

Charles A Beckham, Jr
 on behalf of Interested Party Cantor Fitzgerald Securities  as DIP Agent charles.beckham@haynesboone.com,
 kenneth.rusinko@haynesboone.com

Charles Brittain Walther
 on behalf of Creditor Michael Howard Clark bwalther@wwmlawyers.com

Charles Brittain Walther
 on behalf of Creditor Edward C Stengel bwalther@wwmlawyers.com

Charles Brittain Walther
 on behalf of Creditor George Canjar bwalther@wwmlawyers.com

Charles Brittain Walther
 on behalf of Creditor John A Sansbury  Jr bwalther@wwmlawyers.com

Charles Brittain Walther
 on behalf of Creditor Jeffrey W Faw bwalther@wwmlawyers.com

Charles Brittain Walther
 on behalf of Creditor Mark Howard Gillespie bwalther@wwmlawyers.com

Charles Ignatius Murnane
 on behalf of Defendant General Power Limited Inc. cmurnane@bn-lawyers.com

Charles Michael Rubio
 on behalf of Creditor Island Operating Company Inc crubio@parkinsrubio.com
 7485062420@filings.docketbird.com;arodriguez@parkinslee.com;bmcfadden@parkinslee.com;skimble@parkinslee.com

Charles Stephen Kelley
 on behalf of Creditor Welltec  Inc. ckelley@mayerbrown.com,
 sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Christopher Joseph Piasecki
 on behalf of Creditor Universal Equipment  Inc. cpiasecki@davidsonmeaux.com

Clay Marshall Taylor
 on behalf of Creditor Marathon Oil Company clay.taylor@bondsellis.com  krista.hillman@bondsellis.com

| District/off: 0541-4 | User: ADIuser | Page 11 of 23 |
| Date Rcvd: Sep 28, 2022 | Form ID: pdf002 | Total Noticed: 134 |

Constantine Z. Pamphilis
on behalf of Creditor Committee SLTL Ad Hoc Committee dpamphilis@kasowitz.com courtnotices@kasowitz.com

Craig A Ryan
on behalf of Creditor Callon Petroleum Company ryanc@onebane.com stoutej@onebane.com

Cynthia Castanon
on behalf of Defendant Renaissance Offshore LLC Cynthia.castanon@stacybakerlaw.com

Cynthia Castanon
on behalf of Creditor Renaissance Offshore LLC Cynthia.castanon@stacybakerlaw.com

Danielle Rushing
on behalf of Creditor Valero Marketing and Supply Company drushing@dykema.com

Danielle Rushing
on behalf of Counter-Claimant Valero Marketing and Supply Company drushing@dykema.com

David Christopher Whitmore
on behalf of Creditor Melvin Sigure dcw@nola-law.com

David S Elder
on behalf of Creditor Oceaneering International Inc. davidspeedelder@gmail.com
rdiep@foley.com;david-elder-1574@ecf.pacerpro.com

Deborah Daywood Williamson
on behalf of Creditor Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson
on behalf of Counter-Claimant Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson
on behalf of Defendant Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deirdre Carey Brown
on behalf of Creditor XTO Energy  Inc. dbrown@forsheyprostok.com,
dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com

Deirdre Carey Brown
on behalf of Creditor ExxonMobil Corporation dbrown@forsheyprostok.com
dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com

Devan Joan Dal Col
on behalf of Creditor Hess Corporation ddalcol@reedsmith.com

Diane Wade Sanders
on behalf of Creditor Rio Grande City CISD austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor Lavaca County austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor Live Oak CAD austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor Starr County austin.bankruptcy@publicans.com

Donna T Parkinson
on behalf of Creditor R360 Environmental Solutions  LLC donna@parkinsonphinney.com

Douglas Saul Friedman
on behalf of Creditor Renaissance Offshore  LLC doug.friedman@stacybakerlaw.com

Douglas Saul Friedman
on behalf of Defendant Renaissance Offshore LLC doug.friedman@stacybakerlaw.com

Duane J Brescia
on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, ckclark@clarkhill.com

Duane J Brescia
on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com  ckclark@clarkhill.com

Duane J Brescia
on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  ckclark@clarkhill.com

Edward L Ripley
on behalf of Creditor Unocal Pipeline Company eripley@andrewsmyers.com  sray@andrewsmyers.com

District/off: 0541-4                    User: ADIuser                         Page 12 of 23
Date Rcvd: Sep 28, 2022                 Form ID: pdf002                       Total Noticed: 134

Edward L Ripley
on behalf of Creditor Texaco Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley
on behalf of Creditor Noble Energy  Inc. eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley
on behalf of Creditor Chevron U.S.A. Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley
on behalf of Creditor Union Oil Company of California eripley@andrewsmyers.com  sray@andrewsmyers.com

Elizabeth M Guffy
on behalf of Defendant HCC International Insurance Company PLC eguffy@lockelord.com  eguffy@ecf.axosfs.com

Elizabeth M Guffy
on behalf of Creditor HCC International Insurance Company PLC eguffy@lockelord.com  eguffy@ecf.axosfs.com

Elliot W Scharfenberg
on behalf of Interested Party RLI Insurance Company escharfenberg@kfplaw.com

Emilio Fernando DeAyala
on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
on behalf of Plaintiff Fieldwood Energy Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
on behalf of Plaintiff Fieldwood Energy LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
on behalf of Plaintiff Fieldwood SD Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Eric Michael English
on behalf of Creditor Talos Energy Inc. eenglish@porterhedges.com
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Eric Michael English
on behalf of Creditor Talos Energy LLC eenglish@porterhedges.com
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Florence Bonaccorso-Saenz
on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

H Kent Aguillard
on behalf of Creditor DLS  LLC kent@aguillardlaw.com, gina@aguillardlaw.com

Heather Helene Jobe
on behalf of Creditor Ryan  LLC heatherj@bellnunnally.com, agreen@bellnunnally.com

Hector Duran, Jr
on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Helen Hemingway McLaughlin
on behalf of Plaintiff Fieldwood SD Offshore LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
on behalf of Plaintiff Fieldwood Energy LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
on behalf of Plaintiff Fieldwood Energy Offshore LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates hmclaughlin@buckkeenan.com

J Robert Forshey
on behalf of Creditor HHE Energy Company bforshey@forsheyprostok.com
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J Robert Forshey
on behalf of Creditor XH LLC bforshey@forsheyprostok.com
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J Robert Forshey
on behalf of Creditor XTO Offshore  Inc. bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com
;jjones@forsheyprostok.com

J Robert Forshey
on behalf of Creditor ExxonMobil Corporation bforshey@forsheyprostok.com
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

| | |
|---|---|
| | ;jjones@forsheyprostok.com |
| J Robert Forshey | |
| | on behalf of Creditor XTO Energy  Inc. bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com ;jjones@forsheyprostok.com |
| J. David Forsyth | |
| | on behalf of Interested Party Helis Oil & Gas Company  LLC jdf@sessions-law.com |
| James B. Bailey | |
| | on behalf of Creditor Bedrock Petroleum Consultants  LLC jbailey@bradley.com, jbailey@ecf.courtdrive.com |
| James Harmon Hall | |
| | on behalf of Creditor Aubrey Wild James@chzfirm.com |
| James R Prince | |
| | on behalf of Creditor Hunt Oil Company  Chieftain International (U.S.) L.L.C., and Hunt Chieftain Development, L.P. jim.prince@bakerbotts.com, BankruptcyDallas@bakerbotts.com;jim-prince-2090@ecf.pacerpro.com |
| James Robert MacNaughton | |
| | on behalf of Creditor Gibson Applied Technology & Enginnering robert@porterpowers.com |
| James W Walker | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors jwalker@coleschotz.com, ahickey@coleschotz.com;amacias@coleschotz.com |
| Jameson Joseph Watts | |
| | on behalf of Creditor 2M Oilfield Group Inc. jameson.watts@huschblackwell.com penny.keller@huschblackwell.com;jameson-watts-4163@ecf.pacerpro.com;Christine.deacon@huschblackwell.com |
| Jan M Hayden | |
| | on behalf of Creditor Samson Contour Energy E & P  LLC jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com |
| Jan M Hayden | |
| | on behalf of Creditor Samson Offshore Mapleleaf  LLC jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com |
| Jason George | |
| | on behalf of Debtor Fieldwood Energy LLC jason.george@weil.com |
| Jason B. Binford | |
| | on behalf of Interested Party Railroad Commission of Texas Jason.binford@oag.texas.gov |
| Jason B. Binford | |
| | on behalf of Interested Party Texas General Land Office Jason.binford@oag.texas.gov |
| Jason M Rudd | |
| | on behalf of Interested Party Tana Exploration Company  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M Rudd | |
| | on behalf of Interested Party TC Oil Louisiana  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jeffery Dayne Carruth | |
| | on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Jeri Leigh Miller | |
| | on behalf of Creditor Ridgewood Energy Corporation jeri.miller@sidley.com  jeri-leigh-miller-8108@ecf.pacerpro.com |
| Jeri Leigh Miller | |
| | on behalf of Interested Party ILX Prospect Katmai  LLC jeri.miller@sidley.com, jeri-leigh-miller-8108@ecf.pacerpro.com |
| Jeri Leigh Miller | |
| | on behalf of Interested Party Ridgewood Katmai  LLC jeri.miller@sidley.com, jeri-leigh-miller-8108@ecf.pacerpro.com |
| Jerome Harold Moroux | |
| | on behalf of Creditor Duane Landry jerome@broussard-david.com |
| Jerome Harold Moroux | |
| | on behalf of Creditor Claboryan Lewis jerome@broussard-david.com |
| Jessica Liou | |
| | on behalf of Debtor Fieldwood Energy LLC Jessica.Liou@weil.com |
| Joel Cameron Simon | |
| | on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com |
| Joel Cameron Simon | |
| | on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com |
| John A Mouton, III | |

|   |   |
|---|---|
| | on behalf of Creditor Process Piping Materials Inc. john@jmoutonlaw.com |
| John A Mouton, III | |
| | on behalf of Creditor Derrick Daniels john@jmoutonlaw.com |
| John A Mouton, III | |
| | on behalf of Creditor Intracoastal Liquid Mud Inc. john@jmoutonlaw.com |
| John E Mitchell | |
| | on behalf of Creditor Stingray Pipeline Company LLC john.mitchell@katten.com |
| John E Mitchell | |
| | on behalf of Creditor Sea Robin Pipeline Company LLC john.mitchell@katten.com |
| John E Mitchell | |
| | on behalf of Creditor Florida Gas Transmission Company LLC john.mitchell@katten.com |
| John E Mitchell | |
| | on behalf of Creditor Trunkline Gas Company LLC john.mitchell@katten.com |
| John E.W. Baay, II | |
| | on behalf of Creditor LLOG Energy L.L.C. jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor Westerngeco LLC jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor TGS-NOPEC Geophysical Company jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor LLOG Exploration Offshore L.L.C. jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor TGS AP Investments AS jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor A2D TECHNOLOGIES INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES jbaay@glllaw.com |
| John E.W. Baay, II | |
| | on behalf of Creditor TGS-NOPEC Geophysical Company ASA jbaay@glllaw.com |
| John F Higgins, IV | |
| | on behalf of Interested Party Kilgore Marine jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John P Dillman | |
| | on behalf of Creditor Galveston County houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Rio Grande City CISD houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Starr County houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Harris County houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Live Oak CAD houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Jefferson County houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Lavaca County houston_bankruptcy@publicans.com |
| John P Dillman | |
| | on behalf of Creditor Matagorda County houston_bankruptcy@publicans.com |
| John S Mayer | |
| | on behalf of Creditor Solar Turbines Incorporated jmayer@rossbanks.com |
| John T Banks | |
| | on behalf of Creditor Colorado County jbanks@pbfcm.com jbanks@ecf.inforuptcy.com |
| John Zachary Balasko | |
| | on behalf of Creditor U.S. Department of the Interior john.z.balasko@usdoj.gov |
| Jonathan Steven Ord | |

District/off: 0541-4

Date Rcvd: Sep 28, 2022

User: ADIuser

Form ID: pdf002

Page 15 of 23

Total Noticed: 134

on behalf of Interested Party RLI Insurance Company jord@krebsfarley.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff Fieldwood Energy III LLC jsteinfeld@askllp.com

Joseph Lomax Jordan, Jr

on behalf of Creditor AGI Industries Inc maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joseph Lomax Jordan, Jr

on behalf of Defendant Star Measurement Sales and Service  Inc. maxjordanlaw@lusfiber.net, maxjordan@cox.net

Joseph Lomax Jordan, Jr

on behalf of Creditor AGI Packaged Pump Systems maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joseph R. Dunn

on behalf of Other Prof. David M. Dunn  as Plan Administrator jrdunn@mintz.com, MJones@mintz.com;docketing@mintz.com

Joshua Nielson Eppich

on behalf of Creditor EOG Resources  Inc. Joshua@BondsEllis.com, Joyce.Rehill@BondsEllis.com

Joshua W. Wolfshohl

on behalf of Creditor Diverse Safety & Scaffolding  LLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Juan M Castillo

on behalf of Creditor Macquarie Corporate and Asset Funding Inc. jcastillo@fcbtxlaw.com  jmilitello@fcbtxlaw.com

Kara E. Casteel

on behalf of Debtor Fieldwood Energy III LLC kcasteel@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;reding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askl
lp.com;mudem@askllp.com;jchristian@askllp.com;akazmina@askllp

Kara E. Casteel

on behalf of Plaintiff Fieldwood Energy III LLC kcasteel@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;reding@askllp.com;gunderdahl@askllp.com;brubis@askllp.com;bmcgrath@askl
lp.com;mudem@askllp.com;jchristian@askllp.com;akazmina@askllp.com

Karl Daniel Burrer

on behalf of Interested Party BP Exploration & Production Inc. burrerk@gtlaw.com  jamrokg@gtlaw.com,

Kelly Singer

on behalf of Interested Party Ecopetrol America LLC Kelly.singer@squirepb.com
sarah.conley@squirepb.com,kelly-e-singer-8448@ecf.pacerpro.com

Kenneth P. Green

on behalf of Creditor SBM Gulf Production LLC ken.green@bondsellis.com  laura.terrell@bondsellis.com

Kevin Chiu

on behalf of Creditor EnVen Energy Ventures  LLC kevin.chiu@bakerbotts.com

Kevin M Maraist

on behalf of Creditor Archrock Services  LP kmaraist@albmlaw.com

Kevin M Maraist

on behalf of Creditor Archrock Partners Operating  LLC and Archrock Service LP kmaraist@albmlaw.com

Kim Bernard Battaglini

on behalf of Creditor North American Specialty Insurance Company kbattaglini@strongpipkin.com

Kim Bernard Battaglini

on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company
kbattaglini@strongpipkin.com

Lacey E. Rochester

on behalf of Creditor Fugro USA Marine  Inc. lrochester@bakerdonelson.com, cbretz@bakerdonelson.com

Lambert M Laperouse

on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited laperouse@glllaw.com  hherrick@glllaw.com

Larry Preston Walton

on behalf of Creditor Deep Sea Development Services  Inc. larrypwalton@larrypwalton.com

Leann Opotowsky Moses

on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited moses@carverdarden.com
Langley@carverdarden.com;8167471420@filings.docketbird.com

Leann Opotowsky Moses

on behalf of Creditor C-Dive  L.L.C. moses@carverdarden.com,
Langley@carverdarden.com;8167471420@filings.docketbird.com

Lee E Woodard

on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., and Ironshore Specialty Insurance Company
LWoodard@HarrisBeach.com, efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com

Lee E Woodard
  on behalf of Creditor Lexon Insurance Company  Ironshore Indemnity Inc., Endurance American Insurance Company, Ironshore
  Specialty Insurance Company LWoodard@HarrisBeach.com,
  efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com

Lee E Woodard
  on behalf of Creditor Lexon Insurance Company and Endurance American Insurance Company LWoodard@HarrisBeach.com
  efilings@harrisbeach.com,bkemail@harrisbeach.com;broy@harrisbeach.com

Lisa Ann Powell
  on behalf of Creditor Oil States Energy Services  LLC Lisa.Powell@fisherbroyles.com

Lisa M. Norman
  on behalf of Creditor Noble Energy  Inc. lnorman@andrewsmyers.com, kbocco@andrewsmyers.com

Lisa M. Norman
  on behalf of Creditor Chevron U.S.A. Inc. lnorman@andrewsmyers.com  kbocco@andrewsmyers.com

Lloyd A. Lim
  on behalf of Creditor ITC Global  Inc. lloyd.lim@keanmiller.com,
  rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;smckitt@balch.com

Lynda Lee Lankford
  on behalf of Creditor XTO Energy  Inc. llankford@forsheyprostok.com,
  calendar@forsheyprostok.com;jjones@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com

Lynda Lee Lankford
  on behalf of Creditor ExxonMobil Corporation llankford@forsheyprostok.com
  calendar@forsheyprostok.com;jjones@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com

Mark Alan Platt
  on behalf of Creditor CCG Services (U.S.) Inc. mplatt@fbtlaw.com  dwilliams@fbtlaw.com;mluna@fbtlaw.com

Mark Alan Platt
  on behalf of Creditor CGG Services (U.S.) Inc. mplatt@fbtlaw.com  dwilliams@fbtlaw.com;mluna@fbtlaw.com

Mark D Sherrill
  on behalf of Interested Party Nautilus Pipeline Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark D Sherrill
  on behalf of Interested Party Manta Ray Offshore Gathering Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark S. Finkelstein
  on behalf of Creditor Trendsetter Engineering  Inc. mfinkelstein@smfadlaw.com,
  cmattioli@smfadlaw.com;skelly@smfadlaw.com

Martin Warren Seidler
  on behalf of Creditor Joan Seidler marty@seidlerlaw.com
  ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net

Marvin E Sprouse, III
  on behalf of Creditor Cortex Business Solutions USA LLC msprouse@sprousepllc.com  sprouselawfirm@gmail.com

Matthew D Cavenaugh
  on behalf of Defendant Atlantic Maritime Services LLC mcavenaugh@jw.com
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew D Cavenaugh
  on behalf of Creditor Atlantic Maritime Services  LLC mcavenaugh@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew D Cavenaugh
  on behalf of Creditor Valaris plc mcavenaugh@jw.com
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew J. Pyeatt
  on behalf of Creditor Goldman Sachs Bank USA mpyeatt@velaw.com

Melissa E Valdez
  on behalf of Creditor Sheldon Independent School District mvaldez@pbfcm.com
  osonik@pbfcm.com,mvaldez@ecf.courtdrive.com

Melissa E Valdez
  on behalf of Creditor Sheldon Independent School District  et al mvaldez@pbfcm.com,
  osonik@pbfcm.com,mvaldez@ecf.courtdrive.com

Michael Fishel
  on behalf of Interested Party Ridgewood Katmai  LLC mfishel@sidley.com,
  michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel
  on behalf of Interested Party ILX Prospect Katmai  LLC mfishel@sidley.com,
  michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel
on behalf of Creditor Ridgewood Energy Corporation mfishel@sidley.com
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael D Warner
on behalf of Debtor Plan Administrator and Certain Post-Effective Date Debtors mwarner@pszjlaw.com klabrada@pszjlaw.com

Michael D Warner
on behalf of Interested Party The Official Committee of Unsecured Creditors mwarner@pszjlaw.com klabrada@pszjlaw.com

Michael D Warner
on behalf of Other Prof. David M. Dunn as Plan Administrator mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
on behalf of Creditor Committee The Official Committee of Unsecured Creditors mwarner@pszjlaw.com klabrada@pszjlaw.com

Michael Edward Collins
on behalf of Defendant Philadelphia Indemnity Insurance Company mcollins@manierherod.com rmiller@manierherod.com

Michael Edward Collins
on behalf of Creditor Philadelphia Indemnity Insurance Company mcollins@manierherod.com rmiller@manierherod.com

Michael P Ridulfo
on behalf of Creditor Multiklient Invest AS mridulfo@krcl.com rcoles@krcl.com

Michael P Ridulfo
on behalf of Creditor Sparrows Offshore LLC mridulfo@krcl.com, rcoles@krcl.com

Millard A Johnson
on behalf of Creditor Ankor Energy LLC jmillard@jdkglaw.com sspencer@jdkglaw.com;ssherman@jdkglaw.com

Millard A Johnson
on behalf of Creditor Ankor E&P Holdings Corporation jmillard@jdkglaw.com sspencer@jdkglaw.com;ssherman@jdkglaw.com

Nicolette Zulli
on behalf of Creditor Moodys Investors Service Inc. njzulli@duanemorris.com,
mlara@duanemorris.com;ANieto@duanemorris.com

Omar Jesus Alaniz
on behalf of Creditor Hess Corporation oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;rstanbery@reedsmith.com;srhea@reedsmith.com

Omer F Kuebel, III
on behalf of Creditor ConocoPhillips Company rkuebel@lockelord.com Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Creditor McMoran Oil & Gas LLC rkuebel@lockelord.com Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Creditor Freeport-McMoRan Oil & Gas LLC rkuebel@lockelord.com Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Creditor All Aboard Development Corporation rkuebel@lockelord.com Yamille.harrison@lockelord.com

Owen Mark Sonik
on behalf of Creditor Anahuac Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
on behalf of Creditor Bay City Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
on behalf of Creditor Chambers County osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
on behalf of Creditor Trinity Bay Conservation District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
on behalf of Creditor Dickinson Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
on behalf of Creditor Sheldon Independent School District et al osonik@pbfcm.com,
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Pamela A. Walters
on behalf of Creditor Aldine ISD bnkatty@aldineisd.org

Patricia Williams Prewitt
on behalf of Creditor Plains Gas Solutions Patti@pprewittlaw.com pattiprewittlaw@gmail.com

Patrick Andrew Kelly

|  |  |
|---|---|
|  | on behalf of Creditor Chevron U.S.A. Inc. pkelly@andrewsmyers.com  sray@andrewsmyers.com,eharrison@andrewsmyers.com |
| Patrick Andrew Kelly | |
|  | on behalf of Creditor Noble Energy  Inc. pkelly@andrewsmyers.com, sray@andrewsmyers.com,eharrison@andrewsmyers.com |
| Patrick L Huffstickler | |
|  | on behalf of Creditor Griffin Offshore LLC (f/k/a Fieldwood Energy IV LLC) phuffstickler@dykema.com aseifert@dykema.com;mcruz@dykema.com |
| Patrick M. Shelby | |
|  | on behalf of Creditor A-Port LLC rick.shelby@phelps.com  trisha.crombie@phelps.com |
| Patrick M. Shelby | |
|  | on behalf of Creditor Linear Controls  Inc. rick.shelby@phelps.com, trisha.crombie@phelps.com |
| Paul James Hammer | |
|  | on behalf of Defendant General Power Limited Inc. phammer@bn-lawyers.com  gzeh@bn-lawyers.com |
| Paul Joseph Goodwine | |
|  | on behalf of Creditor Ankor Energy LLC pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
|  | on behalf of Creditor Ankor E&P Holdings Corporation pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
|  | on behalf of Interested Party Apache Corporation pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
|  | on behalf of Creditor LLOG Exploration Company  LLC pgoodwine@loopergoodwine.com, hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
|  | on behalf of Creditor Walter Oil & Gas Corporation pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
|  | on behalf of Creditor LLOG Exploration Offshore  L.L.C. pgoodwine@loopergoodwine.com, hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul Joseph Goodwine | |
|  | on behalf of Creditor Marubeni Oil & Gas (USA) LLC pgoodwine@loopergoodwine.com hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com |
| Paul R. Genender | |
|  | on behalf of Interested Party QuarterNorth Energy LLC and certain of its affiliates paul.genender@weil.com paul-genender-5536@ecf.pacerpro.com,da.docket@weil.com;rene.olvera@weil.com;jessica.liou@weil.com |
| Paul R. Genender | |
|  | on behalf of Debtor Fieldwood Energy LLC paul.genender@weil.com paul-genender-5536@ecf.pacerpro.com,da.docket@weil.com;rene.olvera@weil.com;jessica.liou@weil.com |
| Peter C D'Apice | |
|  | on behalf of Creditor CNOOC Petroleum Offshore U.S.A. Inc. dapice@sbep-law.com |
| Philip G Eisenberg | |
|  | on behalf of Creditor W&T Offshore  Inc. peisenberg@lockelord.com |
| Philip G Eisenberg | |
|  | on behalf of Creditor HCC International Insurance Company PLC peisenberg@lockelord.com |
| Philip G Eisenberg | |
|  | on behalf of Creditor W&T Energy VI  LLC peisenberg@lockelord.com |
| Philip G Eisenberg | |
|  | on behalf of Creditor U.S. Specialty Insurance Company peisenberg@lockelord.com |
| Philip T DeBaillon | |
|  | on behalf of Creditor Infinity Valve & Supply LLC phil@philyourlawyer.com |
| Phillip W Nelson | |
|  | on behalf of Creditor Cortland Capital Market Services LLC phillip.nelson@hklaw.com |
| Rafael Rodriguez | |
|  | on behalf of Creditor Ignition Systems & Controls  Inc. rrodriguez@toddlawfirm.com |
| Randall A Rios | |
|  | on behalf of Creditor Aspen American Insurance Company Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com |
| Randall A Rios | |

District/off: 0541-4
Date Rcvd: Sep 28, 2022

User: ADIuser
Form ID: pdf002

Page 19 of 23
Total Noticed: 134

Randall A Rios

on behalf of Creditor Sirius America Insurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Randall A Rios

on behalf of Creditor Berkley Insurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Randall A Rios

on behalf of Creditor Everest Reinsurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Randy W Williams

on behalf of Creditor Patrick Burnett rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

Randy W Williams

on behalf of Creditor Brian Cloyd rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

Randy W Williams

on behalf of Creditor Lewis Andrews rww@bymanlaw.com  rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

Reese W Baker

on behalf of Creditor Regis Southern courtdocs@bakerassociates.net
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Richard Andrew Howell

on behalf of Defendant Sanare Energy Partners LLC RAHowell@JW.com
mmcclenathen@jw.com;kgradney@jw.com;dtrevino@jw.com

Richard M Gaal

on behalf of Creditor Core Industries  Inc. rgaal@mcdowellknight.com,
pholder@mcdowellknight.com;mkrscourtdocs@gmail.com;ctiblier@mcdowellknight.com;cjoiner@mcdowellknight.com

Robert Bernard Bruner

on behalf of Creditor Anadarko Petroleum Corp. bob.bruner@nortonrosefulbright.com

Robert Bernard Bruner

on behalf of Creditor Anadarko E&P Company bob.bruner@nortonrosefulbright.com

Robert Bernard Bruner

on behalf of Creditor Anadarko U.S. Offshore LLC bob.bruner@nortonrosefulbright.com

Robert L Paddock

on behalf of Plaintiff QuarterNorth Energy LLC and certain of its affiliates rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Plaintiff Fieldwood SD Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Plaintiff Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Counter-Defendant Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Plaintiff Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Counter-Defendant Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Counter-Defendant Fieldwood SD Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L. Marrero

office@bobmarrero.com

Robert P Franke

on behalf of Creditor Martin Energy Services LLC bfranke@clarkhill.com  malvarez@clarkhill.com;ahornisher@clarkhill.com

Robin Russell

on behalf of Defendant Apache Corporation rrussell@HuntonAK.com

Robin Russell

on behalf of Defendant Apache Shelf Exploration LLC rrussell@HuntonAK.com

Robin Russell

on behalf of Interested Party Apache Corporation rrussell@HuntonAK.com

Robin Russell

on behalf of Defendant Apache Shelf  Inc. rrussell@HuntonAK.com

Robin Russell

on behalf of Defendant Apache Deepwater LLC rrussell@HuntonAK.com

Ryan Goudelocke

on behalf of Creditor Infinity Valve & Supply LLC ryan@goudelocke.law

District/off: 0541-4
Date Rcvd: Sep 28, 2022

User: ADIuser
Form ID: pdf002

Page 20 of 23
Total Noticed: 134

Ryan Dodson Dry

    on behalf of Interested Party RLI Insurance Company rdry@krebsfarley.com  khaley@krebsfarley.com

Ryan E Chapple

    on behalf of Creditor Patrick Burnett rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Creditor Brian Cloyd rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

    on behalf of Creditor Lewis Andrews rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Manns

    on behalf of Creditor Shell Offshore  Inc. ryan.manns@nortonrosefulbright.com

Ryan Michael Seidemann

    on behalf of Creditor State of Louisiana  Department of Natural Resources seidemannr@ag.louisiana.gov, lentoc@ag.state.la.us

Scott A Zuber

    on behalf of Creditor Everest Reinsurance Company szuber@csglaw.com

Scott A Zuber

    on behalf of Counter-Defendant Fieldwood Energy LLC szuber@csglaw.com

Sean B Davis

    on behalf of Creditor SM Energy Company sbdavis@winstead.com  mmingo@winstead.com

Sean B Davis

    on behalf of Creditor Japex (U.S.) Corp. sbdavis@winstead.com  mmingo@winstead.com

Seth A Nichamoff

    on behalf of Defendant Cody Global Consulting  Inc. seth@nichamofflaw.com,
jamie@nichamofflaw.com;christina@nichamofflaw.com

Shari L Heyen

    on behalf of Interested Party BP Exploration & Production Inc. heyens@gtlaw.com  jamrokg@gtlaw.com

Shelley B Marmon

    on behalf of Creditor Republic Helicopters  Inc. samarmon@cjmhlaw.com

Simon Richard Mayer

    on behalf of Creditor U.S. Specialty Insurance Company simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer

    on behalf of Creditor HCC International Insurance Company PLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer

    on behalf of Defendant HCC International Insurance Company PLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Stanwood R Duval

    on behalf of Creditor Magnum Mud Equipment Co.  Inc. stan@duvallawfirm.com

Stephen A Roberts

    on behalf of Creditor Zurich American Insurance Company sroberts@srobertslawfirm.com  1222805420@filings.docketbird.com

Stephen Douglas Statham

    on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Stephen Jacob Humeniuk

    on behalf of Creditor Cox Oil  LLC, Cox Operating LLC, Energy XXI GOM, LLC, Energy XXI Gulf Coast, Inc., Energy XXI
Onshore, LLC, Energy XXI Pipeline, LLC, Energy XXI Pipeline I, LLC, Energy XXI Pipeline II, LLC, M21K, LLC
Stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com

Steven W Soule

    on behalf of Creditor Discovery Gas Transmission LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

    on behalf of Creditor Transcontinental Gas Pipe Line Company  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

    on behalf of Creditor Targa Liquids Marketing and Trade  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

    on behalf of Creditor Venice Energy Services Company  L.L.C. ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

    on behalf of Creditor WFS Liquids LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

    on behalf of Creditor Performance Energy Services  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule

    on behalf of Creditor Targa Midstream Services  LLC ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule
on behalf of Creditor Gulfstar One LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule
on behalf of Creditor Williams Field Services-Gulf Coast Company LLC ssoule@hallestill.com  smccormick@hallestill.com

Stewart F Peck
on behalf of Defendant Atlantic Maritime Services LLC speck@lawla.com

Stewart F Peck
on behalf of Creditor Atlantic Maritime Services  LLC speck@lawla.com

Suzanne K. Rosen
on behalf of Creditor ExxonMobil Corporation srosen@forsheyprostok.com
calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Suzanne K. Rosen
on behalf of Creditor XTO Energy  Inc. srosen@forsheyprostok.com,
calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Sylvia Ann Mayer
on behalf of Creditor Superior Performance  Inc. smayer@smayerlaw.com

Sylvia Ann Mayer
on behalf of Creditor Louisiana Safety Systems  Inc. smayer@smayerlaw.com

T. Josh Judd
on behalf of Creditor Edward Randall  Individually and as Representative of the Estate of Christopher Todd Randall, Deceased
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd
on behalf of Creditor Enterprise Gas Processing  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

Taylor Romero
on behalf of Creditor Patrick Burnett tromero@cstrial.com  aprentice@cstrial.com

Taylor Romero
on behalf of Creditor Lewis Andrews tromero@cstrial.com  aprentice@cstrial.com

Taylor Romero
on behalf of Creditor Brian Cloyd tromero@cstrial.com  aprentice@cstrial.com

Thomas A Howley
on behalf of Creditor Genesis Energy  L.P. tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas Alan Zabel
on behalf of Creditor Genesis Energy  L.P. tzabel@zflawfirm.com, cturner@zflawfirm.com;pdupuis@zflawfirm.com

Thomas G Gruenert
on behalf of Creditor AGGREKO  LLC tgruenert@gruenertlawgroup.com

Thomas Scott Leo
on behalf of Creditor North American Specialty Insurance Company sleo@leolawpc.com  emartinez@leolawpc.com

Timothy Aaron Million
on behalf of Defendant Everest Reinsurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million
on behalf of Creditor Sirius America Insurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million
on behalf of Creditor Aspen American Insurance Company tim.million@huschblackwell.com
tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million
on behalf of Creditor Everest Reinsurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million
on behalf of Creditor Berkley Insurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy J McKeon
on behalf of Debtor Plan Administrator and Certain Post-Effective Date Debtors tjmckeon@mintz.com

Tony L. Draper
on behalf of Creditor John A Sansbury  Jr tdraper@walkerwilcox.com

Tony L. Draper
on behalf of Creditor Mark Howard Gillespie tdraper@walkerwilcox.com

Tony L. Draper
on behalf of Creditor George Canjar tdraper@walkerwilcox.com

Tony L. Draper

| | |
|---|---|
| | on behalf of Creditor Edward C Stengel tdraper@walkerwilcox.com |
| Tony L. Draper | |
| | on behalf of Creditor Michael Howard Clark tdraper@walkerwilcox.com |
| Tony L. Draper | |
| | on behalf of Creditor Jeffrey W Faw tdraper@walkerwilcox.com |
| Travis A. McRoberts | |
| | on behalf of Interested Party Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com |
| Travis A. McRoberts | |
| | on behalf of Creditor Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com |
| Troy Lee Hales | |
| | on behalf of Creditor Ryan  LLC thales@bellnunnally.com, nsummerville@bellnunnally.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |
| Victoria V Theriot | |
| | on behalf of Creditor Acadian Contractors  Inc ttheriot@acadiancontractors.com |
| Victoria V Theriot | |
| | on behalf of Creditor Broussard Brothers  Inc. ttheriot@acadiancontractors.com |
| Wayne Kitchens | |
| | on behalf of Attorney Petro Amigos Supply  Inc. jwk@hwallp.com, dkokenes@hwallp.com |
| William Alfred Wood, III | |
| | on behalf of Interested Party Eni Petroleum US LLC Trey.Wood@bracewell.com  mary.kearney@bracewell.com |
| William Alfred Wood, III | |
| | on behalf of Interested Party Eni US Operating Co. Inc. Trey.Wood@bracewell.com  mary.kearney@bracewell.com |
| William R. Howell, Jr. | |
| | on behalf of Creditor Marathon Oil Company williamhowell@utexas.edu |
| William Ross Spence | |
| | on behalf of Creditor Supreme Service & Specialty Co. Inc. ross@sdllaw.com brittany@sdllaw.com;justin@sdllaw.com;stacey@sdllaw.com |
| William S. Robbins | |
| | on behalf of Creditor Partco  LLC wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com |
| Yelena Archiyan | |
| | on behalf of Creditor Trunkline Field Services LLC yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor Sea Robin Pipeline Company  LLC yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor West Cameron Dehydration Company  L.L.C. yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor Florida Gas Transmission Company  LLC yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor Stingray Pipeline Company  LLC yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor Florida Gas Transmission  LLC, yelena.archiyan@katten.com |
| Yelena Archiyan | |
| | on behalf of Creditor Trunkline Gas Company  LLC yelena.archiyan@katten.com |
| Zachary S McKay | |
| | on behalf of Creditor Tetra Applied Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelaw.com |
| Zachary S McKay | |
| | on behalf of Creditor Irongate Rental Services  LLC zmckay@dorelawgroup.net, chymel@dorelaw.com |
| Zachary S McKay | |
| | on behalf of Creditor TETRA Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelaw.com |
| Zachary S McKay | |
| | on behalf of Creditor Expro Americas  L.L.C. zmckay@dorelawgroup.net, chymel@dorelaw.com |
| Zachary S McKay | |
| | on behalf of Creditor Diversified Well Logging  LLC zmckay@dorelawgroup.net, chymel@dorelaw.com |

District/off: 0541-4                    User: ADIuser                    Page 23 of 23
Date Rcvd: Sep 28, 2022                 Form ID: pdf002                   Total Noticed: 134
TOTAL: 382