IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
|  | § § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Juan Salazar, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims, noticing, and solicitation agent for the Post-Effective Date Debtors in the above-captioned chapter 11 cases.

On November 14, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Robert A. Fly, (Address ID:22813162), at an address that is being redacted in the interest of privacy:

- Order Approving Omnibus Claims Objection Procedures and Filing of Omnibus Claims Objections [Docket No. 2068]

- Plan Administrator's Eighteenth Omnibus Objection to Claims Seeking to Disallow Certain Claims (Satisfied Terminated Lease Claims) [Docket No. 2637]

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Order Sustaining Plan Administrator's Eighteenth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims [Docket No. 2682]

On November 14, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Hill and Knowlton Strategies LLC (Address ID:23816703), Attn: Chris Heim, The Buckley Building, 49 Clerkenwell Green, London, ECIR 0EB, United Kingdom:

- Motion to Further Extend the Deadline to File Claim Objections to Specified Claims [Docket No.2621]

- Order Granting Plan Administrator's Motion to Further Extend the Deadline to File Claim Objections to Specified Claims [Docket No. 2649]

Dated: November 17, 2022

                */s/ Juan Salazar*
                Juan Salazar

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 17, 2022, by Juan Salazar, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025