UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| Post-Effective Date Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

## NOTICE OF EMERGENCY HEARING

**PLEASE TAKE NOTICE** that on December 7, 2022, the administrator of the chapter 11 plan of the above-captioned post-effective date debtors filed the *Plan Administrator's Emergency Motion for Authority to Sell Certain Assets of Post-Effective Date Debtor Fieldwood Energy III LLC* [Docket No. 2719] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that an emergency hearing on the Motion has been scheduled for **Thursday, December 22, 2022 at 9:00 a.m. (Central Time)**. The hearing will be conducted on a hybrid basis (remote or in-person) in accordance with the *Notice Regarding Reopening of Houston Courthouse*, effective November 8, 2021.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted in-person before the Honorable Marvin Isgur in Courtroom 404, 515 Rusk, Houston, Texas 77002, and telephonically with the option to also appear by video. For persons appearing telephonically, audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954-554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "judgeisgur" in the GoToMeeting app or click the link on Judge Isgur's home page (https://www.gotomeet.me/JudgeIsgur) on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification numbers, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 700 Canal Street, Suite 12E, Stamford CT 06920 of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in the above-captioned bankruptcy case, including the Motion, are available free of charge by visiting https://cases.ra.kroll.com/fieldwoodenergy. Copies of any pleadings or papers filed with the Court, including the Motion, may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: December 8, 2022

Respectfully submitted,

*/s/ Joseph R. Dunn*
Joseph R. Dunn, Esq. (admitted *pro hac vice*)
Abigail V. O'Brient, Esq. (admitted *pro hac vice*)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
3580 Carmel Mountain Rd., Suite 300
San Diego, CA 93210
Telephone: (858) 314-1500
Facsimile: (858) 314-1501
Email: jrdunn@mintz.com
 avobrient@mintz.com

-and-

Timothy J. McKeon, Esq. (admitted *pro hac vice*)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241
Email: tjmckeon@mintz.com

*Counsel for the Plan Administrator*