UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY III LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Post-Effective Date Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF AGENDA OF MATTERS SET FOR
HEARING ON DECEMBER 22, 2022**

The administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned post-effective date debtors (collectively, the "Post-Effective Date Debtors") files this *Agenda of Matters Set for Hearing on **December 22, 2022 at 9:00 a.m. (Central Time***) before the Honorable Marvin Isgur.

1. ***Plan Administrator's Emergency Motion for Authority to Sell Certain Assets of Post-Effective Date Debtor Fieldwood Energy III LLC*** **[Docket No. 2719]**

   Status: This matter is going forward.

   Related Documents:

   A. *Declaration of David M. Dunn In Support of Plan Administrator's Emergency Motion for Authority to Sell Certain Assets of Post-Effective Date Debtor Fieldwood Energy III LLC* [Docket No. 2719-1]; and

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification numbers, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 700 Canal Street, Suite 12E, Stamford CT 06920 of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

    B.    *Plan Administrator's Witness and Exhibit List for Emergency Hearing on December 22, 2022* [Docket No. 2726]

Dated: December 21, 2022         Respectfully submitted,

*/s/ Joseph R. Dunn*
Joseph R. Dunn, Esq. (admitted pro hac vice)
Abigail V. O'Brient, Esq. (admitted pro hac vice)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
3580 Carmel Mountain Rd., Suite 300
San Diego, CA 93210
Telephone: (858) 314-1500
Facsimile: (858) 314-1501
Email: jrdunn@mintz.com
       avobrient@mintz.com

-and-

Timothy J. McKeon, Esq. (admitted pro hac vice)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241
Email: tjmckeon@mintz.com

*Counsel for the Plan Administrator*

## Certificate of Service

   I hereby certify that, on December 21, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

               */s/ Joseph R. Dunn*
               Joseph R. Dunn