IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **FIELDWOOD ENERGY III LLC, et al.,** | Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] | (Jointly Administered) |
|  | **Hearing Date:** December 22, 2022 |
|  | **Hearing Time:** 9:00 a.m. |
|  | **Location:** Courtroom 404 |
|  | 515 Rusk |
|  | Houston, Texas 77002 |
|  | **Judge Presiding:** Marvin Isgur |

### MERIT ENERGY COMPANY, LLC'S COMBINED WITNESS AND EXHIBIT LIST

Merit Energy Company, LLC ("*Merit*") submits the following combined Witness and Exhibit List for the hearing scheduled on **December 22, 2022, at 9:00 a.m. (CDT)**, before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk, Room 404, Houston, Texas. Parties may participate in the hearing either in person or by an audio and video connection.

### WITNESS LIST

1. Any witness designated or called by any party; and

2. Any witness required for rebuttal.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification numbers, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 700 Canal Street, Suite 12E, Stamford CT 06920 of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| | Any rebuttal or impeachment exhibits. | | | | |
| | Any demonstrative exhibits. | | | | |
| | Any exhibit identified or offered by any other party | | | | |
| | Any pleadings or exhibits previously filed on the Court's docket. | | | | |

Merit reserves the right to modify, amend, or supplement this Witness and Exhibit List at its discretion at any time prior to hearing on these matters.

Dated:  December 21, 2022.

Respectfully submitted,

*/s/ Simon R. Mayer*
Philip G. Eisenberg
Texas Bar No. 24033923
Elizabeth M. Guffy
Texas Bar No. 08592525
Simon R. Mayer
Texas Bar No. 24060243
**LOCKE LORD LLP**
600 Travis St., Suite 2800
Houston, TX 77002
Telephone:  (713) 226-1200
Facsimile:  (713) 223-3717
Email:  peisenberg@lockelord.com
eguffy@lockelord.com
simon.mayer@lockelord.com

***Attorneys for Merit Energy Company, LLC***

**CERTIFICATE OF SERVICE**

     I certify that, on December 21, 2022, a true and correct copy of the foregoing Exhibit and Witness List and the corresponding exhibits were served on all parties who receive service in these chapter 11 cases via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Simon R. Mayer*
                                              Simon R. Mayer