# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, December 22, 2022

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Duane | Brescia | Clark Hill, PLC | Zurich American Insurance Company |
| philip | Eisenberg | Locke Lord LLP | Merit Energy |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Benjamin | Wallen | Pachulski Stang Ziehl & Jones | Plan Administrator |