IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] | § § § | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims, noticing, and solicitation agent for the Post-Effective Date Debtors in the above-captioned chapter 11 cases.

On January 24, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on Impact Selector Inc, (ADRID: 26041717), 6740 Horizon Rd, Heath, TX, 75032:

- Notice of Deadline for Filing Requests for Payment of Administrative Expensive Claims, a copy of which is attached hereto as **Exhibit A**

- Administrative Expense Bar Date Proof of Claim Form, a copy of which is attached hereto as **Exhibit B**

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: January 31, 2023

                                                        */s/ Paul Pullo*
                                                        Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 31, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

SRF 58933-66752

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC**, *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| Post-Effective Date Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

### NOTICE OF DEADLINE FOR FILING REQUESTS
### FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

The United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") has entered an order (the "**Administrative Expense Bar Date Order**") [ECF No. 2387] establishing **March 25, 2022 at 5:00 p.m. (prevailing Central Time)** (the "**Administrative Expense Bar Date**") as the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, trusts, and Governmental Units) asserting a claim constituting a cost or expense of administration during the Chapter 11 Cases of the kind specified under section 503(b) of the Bankruptcy Code and entitled to administrative priority under sections 507(a)(2), 507(b), or 1114(e)(2) of the Bankruptcy Code, including the actual and necessary costs and expenses incurred on or after the Petition Date and through the Effective Date of preserving the Estates and operating the businesses of the Debtors, to file such claims (each, an "**Administrative Expense Claim**" and, collectively, the "**Administrative Expense Claims**") in these Chapter 11 Cases.[2]

The Administrative Expense Bar Date and the procedures set forth below for filing Administrative Expense Proofs of Claim apply to all holders of Administrative Expense Claims in these Chapter 11 Cases, except for the claims listed in Section 4 below that are specifically excluded from the filing requirement.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Administrative Expense Bar Date Order or the *Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [ECF No. 2008] (the "**Plan**"), as applicable.

The Administrative Expense Bar Date Order, the Administrative Expense Bar Date, and the procedures set forth below for filing Administrative Expense Proofs of Claim apply to Administrative Expense Claims against any of the Debtors, as listed in the following table:

| DEBTOR | EIN | CASE NO. | Petition Date |
|---|---|---|---|
| Dynamic Offshore Resources NS, LLC | 35-2190158 | 20-33947 | August 3, 2020 |
| Fieldwood Energy Inc. | 46-1694991 | 20-33949 | August 3, 2020 |
| Fieldwood Energy LLC | 46-1326778 | 20-33948 | August 3, 2020 |
| Fieldwood Energy Offshore LLC | 26-1084494 | 20-33950 | August 3, 2020 |
| Fieldwood Onshore LLC | 47-0953489 | 20-33951 | August 3, 2020 |
| Fieldwood SD Offshore LLC | 11-3758786 | 20-33952 | August 3, 2020 |
| FW GOM Pipeline, Inc. | 38-3718440 | 20-33953 | August 3, 2020 |
| Bandon Oil and Gas GP, LLC | 20-4839172 | 20-33955 | August 4, 2020 |
| Bandon Oil and Gas, LP | 20-4839266 | 20-33956 | August 4, 2020 |
| Fieldwood Energy SP LLC | 16-1671971 | 20-33958 | August 4, 2020 |
| Fieldwood Offshore LLC | 35-2492930 | 20-33961 | August 4, 2020 |
| Galveston Bay Pipeline LLC | 76-0595703 | 20-33959 | August 4, 2020 |
| Galveston Bay Processing LLC | 76-0570422 | 20-33960 | August 4, 2020 |
| GOM Shelf LLC | 76-0648107 | 20-33954 | August 4, 2020 |

1. **WHO MUST FILE AN ADMINISTRATIVE EXPENSE PROOF OF CLAIM**

You **MUST** file an Administrative Expense Proof of Claim if (i) you seek payment of a claim constituting a cost or expense of administration during the Chapter 11 Cases of the kind specified under section 503(b) of the Bankruptcy Code and entitled to administrative priority under sections 507(a)(2), 507(b), or 1114(e)(2) of the Bankruptcy Code, including the actual and necessary costs and expenses incurred on or after the Petition Date and through the Effective Date of preserving the Estates and operating the businesses of the Debtors, and (ii) your claim is not one of the types described in Section 4 below, whether or not such claim is fixed, liquidated or certain.

2. **WHAT TO FILE**

Enclosed is a case-specific form for filing Administrative Expense Proofs of Claim for use in these cases (the "**Administrative Expense Claim Form**") and instructions for completing and submitting the Administrative Expense Claim Form. Additional Administrative Expense Claim Forms and instructions may be obtained at (a) the website established by the Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://cases.primeclerk.com/fieldwoodenergy/ (the "**Case Website**") or (b) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

All Administrative Expense Claim Forms must be **signed** by the holder or, if the holder is not an individual, by an authorized agent of the holder. They must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the applicable Petition Date). You must set forth with specificity the legal and factual bases for your Administrative Expense Claim. You also should attach to your completed Administrative Expense Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Your Administrative Expense Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (only the last four (4) digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

IF YOU ARE ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM AGAINST MORE THAN ONE DEBTOR OR HAVE ADMINISTRATIVE EXPENSE CLAIMS AGAINST DIFFERENT DEBTORS, SEPARATE ADMINISTRATIVE EXPENSE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR ADMINISTRATIVE EXPENSE PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S CHAPTER 11 CASE. IF YOU LIST MULTIPLE DEBTORS ON YOUR ADMINISTRATIVE EXPENSE PROOF OF CLAIM, THEN SUCH CLAIM WILL BE TREATED AS IF IT WAS FILED AGAINST THE FIRST LISTED DEBTOR.

3. **WHEN AND WHERE TO FILE**

All Administrative Expense Proofs of Claim must be filed on or before **March 25, 2022 at 5:00 p.m. (prevailing Central Time)** as follows:

IF ELECTRONICALLY:

The portal available on the Case Website, at https://cases.primeclerk.com/fieldwoodenergy/ (the "**Electronic Filing System**"), and following the instructions provided.

or

PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov.

IF BY U.S. POSTAL SERVICE MAIL:

Fieldwood Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Administrative Expense Proofs of Claim will be deemed filed only when: (i) if filed electronically, at the time of filing through Prime Clerk's website or PACER, or (ii) if filed by mail,

overnight delivery service, or hand delivery, at the time Prime Clerk receives the original completed Administrative Expense Claim Form at the above address.

If you wish to receive acknowledgement of receipt of your Administrative Expense Proof of Claim, you must submit concurrently with submitting your Administrative Expense Proof of Claim (i) a copy of the original Administrative Expense Proof of Claim, and (ii) a self-addressed, postage prepaid return envelope.

### 4. WHO NEED **NOT** FILE AN ADMINISTRATIVE EXPENSE CLAIM

The following persons or entities need **not** file an Administrative Expense Proof of Claim on or prior to the Administrative Expense Bar Date:

    a. any person or entity that has already filed an Administrative Expense Proof of Claim against a Debtor in a form substantially similar to the Administrative Expense Claim Form and otherwise in compliance with the Procedures so long as the holder does not wish to assert such claim against a Debtor who was not named in the original claim, in which case another Administrative Expense Proof of Claim must be filed;

    b. any holder of an Administrative Expense Claim that has been allowed by order of the Court entered on or before the Administrative Expense Bar Date;

    c. any person or entity whose Administrative Expense Claim has been paid in full, whether by any of the Debtors, the Post-Effective Date Debtors (including Fieldwood Energy III LLC), QuarterNorth Energy LLC, Fieldwood Energy I LLC, or Fieldwood Energy IV LLC, as applicable;

    d. any holder of an Administrative Expense Claim that is asserted against a person or entity that is not one of the Debtors, including, without limitation, any claim that has been (i) assumed by or assigned to QuarterNorth Energy LLC pursuant to the Credit Bid Purchase Agreement or (ii) allocated to either Fieldwood Energy I LLC (now GOM Shelf LLC) or Fieldwood Energy IV LLC pursuant to either the Initial Plan of Merger or the Subsequent Plan of Merger;

    e. any holder of a DIP Claim, Postpetition Hedge Claim, or Fee Claim;

    f. any holder of an Administrative Expense Claim for which specific deadlines previously have been fixed by this Court, including, without limitation, holders of claims under section 503(b)(9) of the Bankruptcy Code and holders of cure claims for assumed executory agreements; and

    g. the Office of the U.S. Trustee, including any requests for payment of quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6).

This notice may be sent to many persons that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. The fact that you have received this notice does not mean that you have an Administrative Expense Claim or that the Debtors or the Bankruptcy Court believe that you have an Administrative Expense Claim against the Debtors.

5. **CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE EXPENSE PROOF OF CLAIM BY THE ADMINISTRATIVE EXPENSE BAR DATE**

**ANY HOLDER OF AN ADMINISTRATIVE EXPENSE CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ADMINISTRATIVE EXPENSE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE AN ADMINISTRATIVE EXPENSE PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL <u>NOT</u> BE TREATED AS A HOLDER WITH RESPECT TO SUCH ADMINISTRATIVE EXPENSE CLAIM FOR THE PURPOSE OF PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM AND SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR ESTATES, THE POST-EFFECTIVE DATE DEBTORS, THE PLAN ADMINISTRATOR, AND THEIR RESPECTIVE PROPERTY.**

Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Prime Clerk through email at fieldwoodinfo@primeclerk.com. Please note that neither Prime Clerk's staff, counsel to the Debtors or the Post-Effective Date Debtors, the Plan Administrator, counsel to the Plan Administrator, nor the Clerk of the Court's Office is permitted to give you legal advice. Prime Clerk cannot advise you how to file, or whether you should file, a proof of claim.

> **A holder of a potential Administrative Expense Claim against the Debtors should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file an Administrative Expense Proof of Claim.**

> **If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, Prime Clerk, LLC at (855) 631-5346 (toll-free), +1 (917) 460-0913 (international), or by email at Fieldwoodinfo@primeclerk.com.
> You may also find our more information at https://cases.primeclerk.com/fieldwoodenergy.**

**Exhibit B**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS | ADMINISTRATIVE EXPENSE PROOF OF CLAIM | Administrative Expense Bar Date March 25, 2022 at 5:00 p.m. (CT) |
|---|---|---|

- ☐ Bandon Oil and Gas GP, LLC (Case No. 20-33955)
- ☐ Bandon Oil and Gas, LP (Case No. 20-33956)
- ☐ Dynamic Offshore Resources NS, LLC (Case No. 20-33947)
- ☐ Fieldwood Energy Inc. (Case No. 20-33949)
- ☐ Fieldwood Energy LLC (Case No. 20-33948)
- ☐ Fieldwood Energy Offshore LLC (Case No. 20-33950)
- ☐ Fieldwood Energy SP LLC (Case No. 20-33958)
- ☐ Fieldwood Offshore LLC (Case No. 20-33961)
- ☐ Fieldwood Onshore LLC (Case No. 20-33951)
- ☐ Fieldwood SD Offshore LLC (Case No. 20-33952)
- ☐ FW GOM Pipeline, Inc. (Case No. 20-33953)
- ☐ Galveston Bay Pipeline LLC (Case No. 20-33959)
- ☐ Galveston Bay Processing LLC (Case No. 20-33960)
- ☐ GOM Shelf LLC (Case No. 20-33954)

Note: This form should only be used by a Claim Holder asserting an Administrative Expense Claim against a Debtor. THIS FORM SHOULD NOT BE USED FOR ANY CLAIM THAT IS NOT OF A KIND SPECIFIED UNDER 11 U.S.C. § 503(b) AND ENTITLED TO PRIORITY UNDER 11 U.S.C. §§ 507(a)(2), 507(b), or 1114(e)(2).

| Name of Claim Holder (The person or entity to whom the Debtor owes money or property) | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your Administrative Expense Claim. Attach copy of statement giving particulars. | Check here if this Claim: ☐ replaces or ☐ amends a previously filed Administrative Expense Claim. Claim Number (if known): _____ |
|---|---|---|
| Name and Addresses Where Notices Should be Sent: | Name and Addresses Where Payment Should be Sent (if different): | Dated: _____ |

1. BASIS FOR ADMINISTRATIVE EXPENSE CLAIM:

2. DATE ADMINISTRATIVE EXPENSE CLAIM WAS INCURRED:

3. DESCRIPTION OF ADMINISTRATIVE EXPENSE CLAIM:

4. TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM:     $_____ **(Total)**

5. CREDITS AND SETOFFS: The amount of all payments on this Claim has been credited and deducted for the purpose of making this Proof of Claim. In filing this Claim, the Claim Holder has deducted all amounts that it owes to Debtor.

6. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. Do not send original documents. If the documents are not available, attach an explanation for why such documents are not available. If the documents are voluminous, attach a summary.

7. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your Claim, enclose a stamped, self-addressed envelope and copy of this Proof of Claim.

THIS SPACE IS FOR COURT USE ONLY

| Date: | Sign and print the name and title, if any, of the Claim Holder or other person authorized to file this Claim (attach copy of power of attorney, if any). By signing this form, you declare under penalty of perjury that the information contained in this form is true and correct. |
|---|---|

# INSTRUCTIONS FOR FILING ADMINISTRATIVE EXPENSE CLAIM

## DEFINITIONS[1]

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Name of Debtor and Case Number:**
The bankruptcy Debtors' names and case numbers are provided below.

**Bandon Oil and Gas GP, LLC (Case No. 20-33955)**
**Bandon Oil and Gas, LP (Case No. 20-33956)**
**Dynamic Offshore Resources NS, LLC (Case No. 20-33947)**
**Fieldwood Energy Inc. (Case No. 20-33949)**
**Fieldwood Energy LLC (Case No. 20-33948)**
**Fieldwood Energy Offshore LLC (Case No. 20-33950)**
**Fieldwood Energy SP LLC (Case No. 20-33958)**
**Fieldwood Offshore LLC (Case No. 20-33961)**
**Fieldwood Onshore LLC (Case No. 20-33951)**
**Fieldwood SD Offshore LLC (Case No. 20-33952)**
**FW GOM Pipeline, Inc. (Case No. 20-33953)**
**Galveston Bay Pipeline LLC (Case No. 20-33959)**
**Galveston Bay Processing LLC (Case No. 20-33960)**
**GOM Shelf LLC (Case No. 20-33954)**

**Claim Holder**
Any person, corporation, or other entity (including any Governmental Unit) to whom the Debtor owes or allegedly owes an Administrative Expense Claim.

**Administrative Expense Claim**
Any Claim constituting a cost or expense of administration incurred during the Chapter 11 Cases of a kind specified under section 503(b) of the Bankruptcy Code and entitled to priority under sections 507(a)(2), 507(b), or 1114(e)(2) of the Bankruptcy Code, including the actual and necessary costs and expenses of preserving the Estates and operating the Debtors' businesses incurred on or after the Petition Date and through the Effective Date of preserving the Estates and operating the businesses of the Debtors.

**Submitting Administrative Expense Claim**
Submit signed original claim request with any attachments via United States mail or via overnight service or hand delivery to:

**Fieldwood Energy LLC**
**Claims Processing Center**
**c/o Prime Clerk LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**You may also file your claim electronically at https://cases.primeclerk.com/FieldwoodEnergy/EPOC-Index.**

---

### Items to be completed in Administrative Expense Proof of Claim Form (if not already filled in):

**Name of Debtor and Case Number:**
Check the name of the Debtor against which you assert your administrative expense claim. The Debtors' names and case numbers are listed above.

**Information about Claim Holder:**
Complete the section giving the name, address, and telephone number of the Claim Holder to whom the Debtor owes money or property, and the Debtor's account number(s), if any. If anyone else has already filed an Administrative Expense Claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this Administrative Expense Proof of Claim replaces or changes an Administrative Expense Proof of Claim that was already filed, check the appropriate box on the form.

**1. Basis for Administrative Expense Claim:**
Check the type of debt for which the Administrative Expense Proof of Claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the Debtors, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the Debtor first owed the debt.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Administrative Expense Claim:**
Fill in the total amount of the entire Administrative Expense Claim. If interest or other charges in addition to the principal amount of the Claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Brief Description of Administrative Expense Claim:**
Describe the Administrative Expense Claim including, but not limited to, the actual and necessary costs and expenses of operating one or more of the Debtors' Estates or any actual and necessary costs and expenses of operating one or more of the Debtors' businesses.

**6. Credits and Setoffs:**
By signing this Administrative Expense Proof of Claim, you are stating under oath that in calculating the amount of your Claim you have given the Debtors credit for all payments received from the Debtors.

**7. Supporting Documents:**
You must attach to this Administrative Expense Proof of Claim copies of documents that show the Debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available you must attach an explanation of why they are not available.

**8. Date-Stamped Copy:**
To receive an acknowledgment of the filing of your Administrative Expense Proof of Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Expense Proof of Claim.

---

[1] Capitalized terms used but not otherwise defined in these Instructions shall have the meaning ascribed to such terms in the Modified Eighth Amended Joint Plan of Fieldwood Energy LLC and Its Affiliated Debtors, *In re Fieldwood Energy LLC*, Case No. 20-33948 (MI) (Bankr. S.D. Tex. Aug. 25, 2021) [ECF No. 2008].

**PLEASE SEND COMPLETED ADMINISTRATIVE EXPENSE PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE ADMINISTRATIVE EXPENSE BAR DATE:**

<u>Administrative Expense Bar Date</u>**: March 25, 2022 at 5:00 p.m. (prevailing Central Time)**

**Fieldwood Energy LLC Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232**

**If you have any questions with respect to this notice, you may contact the Debtors'
claims agent, Prime Clerk LLC ("Prime Clerk") at (855) 631-5346 or, if calling from outside
the United States or Canada, at (917) 460-0913, by emailing Fieldwoodinfo@PrimeClerk.com,
or visiting https://cases.primeclerk.com/fieldwoodenergy.**

**Please note the staff of Prime Clerk is not permitted to give legal advice. The staff of Prime Clerk cannot advise you how to fill out, or whether you should file, an Administrative Expense Proof of Claim Form.**

**You may also submit your claim electronically by visiting https://cases.primeclerk.com/fieldwoodenergy/EPOC-Index.**