| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Charles J. Keeley<br>Duane Morris LLP<br>230 Park Avenue, Suite 1130<br>New York, NY 10169<br>T: 212-404-8751; CJKeeley@duanemorris.com<br>New York - #4599494 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Moody's Investor Service, Inc. |

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/7/2023 | Signed: | /s/ Charles J. Keeley |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____     _____
United States Bankruptcy Judge