United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 08, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Charles J. Keeley<br>Duane Morris LLP<br>230 Park Avenue, Suite 1130<br>New York, NY 10169<br>T: 212-404-8751; CJKeeley@duanemorris.com<br>New York - #4599494 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Moody's Investor Service, Inc. |

| |
|---|
| Has applicant been sanctioned by any bar association or court?　Yes _____　No ✔____<br><br>On a separate sheet for each sanction, please supply the full particulars. |

| Dated: | 2/7/2023 | Signed: | /s/ Charles J. Keeley |
|---|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: |

**Order**　　　　　　　　　　**This lawyer is admitted *pro hac vice*.**

Signed: February 08, 2023

_____
Marvin Isgur
United States Bankruptcy Judge