United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BP EXPLORATION & PRODUCTION, INC., <br>     Appellant, <br><br> VS. <br><br> QUARTERNORTH ENERGY LLC, <br>     Appellee. | CIVIL ACTION NO. 4:22-CV-02507 |

## ORDER OF DISMISSAL

On February 21, 2023, the Appellant BP Exploration & Production, Inc., filed an Agreed Notice of Settlement stating that the parties to this appeal have fully resolved all of the underlying issues.

Accordingly, it is hereby **ORDERED** that the appeal is **DISMISSED** and this case is closed.

SIGNED at Houston, Texas on February 22, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE