UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | § | |
| | § | Re: Docket No. 2758 |

NOTICE OF FILING OF SCHEDULE OF SPECIFIED
CLAIMS IN CONNECTION WITH MOTION TO FURTHER
EXTEND DEADLINE TO FILE CLAIM OBJECTIONS TO SPECIFIED CLAIMS

**PLEASE TAKE NOTICE THAT**, on February 18, 2023, the administrator of the chapter 11 plan (the "**Plan Administrator**") of the above-captioned Post-Effective Date Debtors (collectively, the "**Post-Effective Date Debtors**") filed the *Motion to Further Extend the Deadline to File Claim Objections to Specified Claims* [Docket No. 2758] (the "**Motion**"),[2] with a proposed order granting the relief requested in the Motion attached thereto as Exhibit A (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, the Motion seeks an extension of the Claims Objection Deadline (as defined therein) through and including August 17, 2023 for

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

certain unresolved claims described in the Motion, including those to be set forth in a schedule to be attached to the proposed order (collectively, the "**Specified Claims**" and such schedule, the "**Schedule of Specified Claims**").

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby file (i) an unchanged version of the Proposed Order, attached hereto as **Exhibit A**, and (ii) the Scheduled of Specified Claims attached as **Schedule 1** to **Exhibit A**.

Dated: March 3, 2023
       Houston, Texas

Respectfully submitted,

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email: Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
       Jessica.Liou@weil.com

*Attorneys for the Plan Administrator and certain Post-Effective Date Debtors*

2

## Certificate of Service

I hereby certify that on March 3, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                       */s/ Alfredo Pérez*
                                                       Alfredo R. Pérez