20-33948

To Whom this may concern,
I, Tre'Jour Hurst
is sending this letter to
Update my information
on file concerning the
Fieldwood Energy III LLC
case.

New Address -
Tre'Jour Hurst
P.O. BOX 81232
Lafayette, La, 70598

Phone Number:

(337) 991-4916

United States Courts
Southern District of Texas
FILED

MAR 10 2023

Nathan Ochsner, Clerk of Court

USA ★ FOREVER

BATON ROUGE LA 707

2 MAR 2023 PM 3 L

Tr Jour Hurst
P.O. Box 812-32
Lafayette, La 70598

United States Bankruptcy
Court
515 rusk, 77002

United States Courts
Southern District of Texas
FILED

MAR 10 2023

Nathan Ochsner, Clerk of Court