# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY III LLC, *et al.*,** | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| **Post-Effective Date Debtors.**[1] | § | |
| | § | Re: Docket No. 2758 |

## ORDER GRANTING PLAN ADMINISTRATOR'S MOTION TO FURTHER EXTEND THE DEADLINE TO FILE CLAIM OBJECTIONS TO SPECIFIED CLAIMS

Upon the motion (the "**Motion**")[2] of the Plan Administrator in the above-referenced chapter 11 cases for entry of an order further extending the deadline to file objections to claims; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2) on which the Court may enter a final order consistent with Article III of the United States Constitution; and venue being properly in this district under 28 U.S.C. §§ 1408 and 1409; and good and adequate notice of the Motion having been given under the circumstances and it appearing that no other or further notice need be provided; and it appearing that the legal and factual bases set forth in the Motion establish just

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1.      The Claims Objection Deadline shall be extended through August 17, 2023 with respect to the Specified Claims identified in Schedule 1 hereto.

2.      This Court retains exclusive jurisdiction to hear and determine all matters arising from the implementation of this Order.


Dated: _____, 2023

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

**Specified Claims**

**Fieldwood Energy LLC and its affiliated debtors**
**Case No. 20-33948**

Schedule 1 - Extension Claims

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Bradford Capital Holdings, LP as Transferee of United Fire & Safety LLC | Attn: Brian L. Brager Clifton,NJ 07012 | 130 | Fieldwood Energy LLC |
| EnLink LIG, LLC | c/o Legal Dallas,TX 75201 | 1084 | Fieldwood Energy LLC |
| Hill, Sherman Isacc Recardo | 3401 Cavendish Pl Harvey,LA 70058 | 1091 | Fieldwood Energy LLC |
| JERRY A JOINER AND NANCY A JOINER H/W | 709 CC RD RAGLEY,LA 70657 | 1047 | Fieldwood Energy LLC |
| LOVVETT, DOROTHY DEHAVEN | PO BOX 3657 GREENVILLE,DE 19804 | 1051 | Fieldwood Energy LLC |
| Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., & Talos Production Inc. | Porter Hedges LLP Houston,TX 77002 | 1083 | Fieldwood Energy LLC |
| Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., & Talos Production Inc. | Porter Hedges LLP Houston,TX 77002 | 1085 | GOM Shelf LLC |
| Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., & Talos Production Inc. | Porter Hedges LLP Houston,TX 77002 | 1088 | Fieldwood Energy Offshore LLC |
| W&T Energy VI, LLC | Locke Lord, LLP Houston,TX 77002 | 1123 | GOM Shelf LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| W&T Offshore, Inc. | Locke Lord, LLP Houston,TX  77002 | 1097 | Dynamic Offshore Resources NS, LLC |
| W&T Offshore, Inc. | Locke Lord, LLP Houston,TX 77002 | 1099 | GOM Shelf LLC |
| W&T Offshore, Inc. | Locke Lord, LLP Houston,TX  77002 | 1104 | Bandon Oil and Gas, LP |
| W&T Offshore, Inc. | Locke Lord, LLP Houston,TX 77002 | 1098 | Fieldwood Energy LLC |
| W&T Offshore, Inc. | Locke Lord, LLP Houston,TX  77002 | 1100 | Fieldwood Energy Offshore LLC |
| Anadarko E&P Company LP | Norton Rose Fulbright US LLP Houston,TX 77010 | 888 | Fieldwood Onshore LLC |
| Anadarko E&P Company LP | Norton Rose Fulbright US LLP Houston,TX 77010 | 890 | Fieldwood Energy LLC |
| Anadarko Petroleum Corp. | Norton Rose Fulbright US, LLP Houston,TX 77010 | 886 | Fieldwood Onshore LLC |
| Anadarko Petroleum Corp. | Norton Rose Fulbright US, LLP Houston,TX 77010 | 885 | Fieldwood Energy LLC |
| Anadarko U.S. Offshore LLC | Norton Rose Fulbright US, LLP Houston,TX 77010 | 889 | Fieldwood Onshore LLC |
| Anadarko U.S. Offshore LLC | Norton Rose Fulbright US LLP Houston,TX 77010 | 887 | Fieldwood Energy LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| ANKOR E&P Holdings Corporation | Attn: Tae-Gook Lee<br>New Orleans,LA  70112 | 985 | Fieldwood Energy Offshore LLC |
| ANKOR Energy LLC | Attn: Tae-Gook Lee<br>New Orleans,LA  70112 | 984 | Fieldwood Energy Offshore LLC |
| BP Exploration & Production Inc. | Karl D. Burrer - Greenberg Traurig, LLP<br>Houston,TX 77002 | 1033 | Fieldwood Energy LLC |
| Chevron U.S.A. Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1056 | Fieldwood Energy LLC |
| Chevron U.S.A. Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1060 | Bandon Oil and Gas, LP |
| Chevron U.S.A. Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1064 | Fieldwood Energy SP LLC |
| Chevron U.S.A. Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1068 | Fieldwood Energy Offshore LLC |
| Chevron U.S.A. Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1072 | Fieldwood SD Offshore LLC |
| Cheyenne International Corporation | Conner & Winters, LLP<br>Oklahoma City,OK 73102 | 763 | Fieldwood Energy Offshore LLC |
| CNOOC Petroleum Offshore U.S.A., Inc. | Peter D'Apice; Stutzman, Bromberg, Esserman<br>Dallas,TX 75201 | 678 | Fieldwood Energy Offshore LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| CNOOC Petroleum Offshore U.S.A., Inc. | Peter D'Apice; Stutzman, Bromberg, Esserman<br>Dallas,TX 75201 | 681 | Fieldwood Energy LLC |
| CNOOC Petroleum Offshore U.S.A., Inc. | Peter D'Apice; Stutzman, Bromberg, Esserman<br>Dallas,TX 75201 | 684 | GOM Shelf LLC |
| CNOOC Petroleum Offshore U.S.A., Inc. | Peter D'Apice; Stutzman, Bromberg, Esserman<br>Dallas,TX 75201 | 685 | Fieldwood Energy LLC |
| CNOOC Petroleum Offshore U.S.A., Inc. | Peter D'Apice; Stutzman, Bromberg, Esserman<br>Dallas,TX 75201 | 687 | Fieldwood SD Offshore LLC |
| CNOOC Petroleum Offshore U.S.A., Inc. | Peter D'Apice; Stutzman, Bromberg, Esserman<br>Dallas,TX 75201 | 690 | Fieldwood SD Offshore LLC |
| CNOOC Petroleum Offshore U.S.A., Inc. | Peter D'Apice; Stutzman, Bromberg, Esserman<br>Dallas,TX 75201 | 691 | Dynamic Offshore Resources NS, LLC |
| CNOOC Petroleum Offshore U.S.A., Inc. | Peter D'Apice; Stutzman, Bromberg, Esserman<br>Dallas,TX 75201 | 692 | Fieldwood Energy LLC |
| Core Industries, Inc. | c/o McDowell Knight Roedder & Sledge, LLC<br>Mobile,AL 36601 | 993 | Fieldwood Energy LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Cox Oil, LLC and related entities | Jonathan W. Young/ Michael B. Kind Boston,MA 02199 | 1018 | Fieldwood Energy LLC |
| Cox Oil, LLC and related entities | Jonathan W. Young/ Michael B. Kind Boston,MA 02199 | 1019 | Fieldwood Energy Inc. |
| Cox Oil, LLC and related entities | Jonathan W. Young / Michael B. Kind Boston,MA 02199 | 1020 | Dynamic Offshore Resources NS, LLC |
| Cox Oil, LLC and related entities | Jonathan W. Young/ Michael B. Kind Boston,MA 02199 | 1021 | Fieldwood Energy Offshore LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 1022 | Fieldwood SD Offshore LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 1023 | Fieldwood Onshore LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 1024 | FW GOM Pipeline, Inc. |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 1025 | GOM Shelf LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 1026 | Bandon Oil and Gas GP, LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 1027 | Bandon Oil and Gas, LP |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 1028 | Fieldwood Energy SP LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA   02199 | 1029 | Galveston Bay Processing LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA   02199 | 1030 | Fieldwood Offshore LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA   02199 | 1031 | Galveston Bay Pipeline LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 489 | Fieldwood Offshore LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 536 | Dynamic Offshore Resources NS, LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 537 | Fieldwood Energy LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 538 | Fieldwood Onshore LLC |
| Ecopetrol America LLC | Kelly Singer Phoenix,AZ 85004 | 539 | Fieldwood Onshore LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 540 | Fieldwood Energy Offshore LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 541 | Fieldwood Energy Inc. |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 542 | GOM Shelf LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 543 | FW GOM Pipeline, Inc. |
| Ecopetrol America LLC | Squire Patton Boggs (US) LL Phoenix,AZ 85004 | 544 | Fieldwood SD Offshore LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 545 | Fieldwood Energy SP LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 546 | Bandon Oil and Gas, LP |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 547 | Bandon Oil and Gas GP, LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 548 | Galveston Bay Processing LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 549 | Galveston Bay Pipeline LLC |
| Ecopetrol America LLC | Kelly Singer Phoenix,AZ 85004 | 716 | Fieldwood Energy Offshore LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP Phoenix,AZ 85004 | 756 | Fieldwood Energy LLC |
| Eni Petroleum US LLC | Bracewell LLP Austin,TX 78701 | 462 | Fieldwood Energy Offshore LLC |
| Eni Petroleum US LLC | Bracewell LLP, Attn: Jonathan Lozano Austin,TX 78701 | 497 | Fieldwood Energy Offshore LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Eni Petroleum US LLC | Bracewell LLP<br>Austin,TX 78701 | 500 | Fieldwood Energy LLC |
| Eni US Operating Co Inc | Bracewell LLP<br>Austin,TX 78701 | 468 | Fieldwood Energy Offshore LLC |
| Enterprise Gas Processing LLC | Andrews Myers, P.C.<br>Houston,TX 77056 | 983 | Fieldwood Energy LLC |
| EnVen Energy Ventures, LLC | EnVen Energy Corporation<br>Houston,TX 77002 | 559 | Fieldwood Energy LLC |
| Freeport-McMoRan Oil & Gas LLC | Locke Lord, LLP<br>New Orleans,LA  70130 | 1089 | Fieldwood Energy LLC |
| Freeport-McMoRan Oil & Gas LLC | Locke Lord, LLP<br>New Orleans,LA  70130 | 1090 | Fieldwood SD Offshore LLC |
| GEL Offshore Pipeline LLC | Attn: Anthony Shih<br>Houston,TX 77002 | 1004 | Fieldwood Energy LLC |
| GOM Energy Venture I, LLC | Timothy A. Austin<br>Houston,TX 77057 | 729 | Dynamic Offshore Resources NS, LLC |
| Hess Corporation | Reed Smith LLP<br>Dallas,TX 75201 | 943 | Fieldwood Energy LLC |
| Hess Corporation | Reed Smith LLP<br>Dallas,TX 75201 | 944 | Fieldwood Energy SP LLC |
| High Island Offshore System L.L.C. | Attn: Anthony Shih<br>Houston,TX 77002 | 1015 | Fieldwood SD Offshore LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| High Island Offshore System, L.L.C. | Attn: Anthony Shih<br>Houston  ,TX 77002 | 1016 | Fieldwood Energy Offshore LLC |
| Japex (U.S.) Corp. | R. Reese & Associates<br>Houston,TX 77007 | 621 | Fieldwood Energy LLC |
| Macquarie Corporate and Asset Funding Inc | John M. Castillo<br>San Antonio,TX 78205 | 853 | Fieldwood Energy LLC |
| Marubeni Oil & Gas (USA) LLC | Attn: Kirk Kuykendall and Mary Nettles<br>Houston,TX 77024 | 726 | Fieldwood Energy Offshore LLC |
| Marubeni Oil & Gas (USA) LLC | Kirk Kuykendall<br>Houston,TX 77024 | 728 | Fieldwood Energy LLC |
| McMoRan Oil & Gas | Locke Lord LLP<br>New Orleans,LA 70130 | 509 | Dynamic Offshore Resources NS, LLC |
| McMoRan Oil & Gas LLC | Locke Lord LLP<br>New Orleans,LA 70130 | 532 | Fieldwood SD Offshore LLC |
| McMoRan Oil & Gas LLC | Attn: Omer F. Kuebel, III<br>New Orleans,LA 70130 | 533 | Fieldwood Energy Offshore LLC |
| Merit Energy Company, LLC | Locke Lord, LLP<br>Houston,TX 77002 | 469 | Fieldwood Energy Offshore LLC |
| Merit Energy Company, LLC | Locke Lord, LLP<br>Houston,TX 77002 | 481 | Bandon Oil and Gas, LP |
| Merit Energy Company, LLC | Locke Lord, LLP<br>Houston,TX 77002 | 487 | GOM Shelf LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Merit Energy Company, LLC | Locke Lord, LLP<br>Houston,TX 77002 | 535 | Fieldwood Energy LLC |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 440 | Fieldwood Energy Offshore LLC |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 452 | Fieldwood Energy LLC |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1058 | Fieldwood SD Offshore LLC |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1061 | Fieldwood Energy LLC |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1069 | Fieldwood Energy Offshore LLC |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1074 | Bandon Oil and Gas, LP |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1075 | Fieldwood Energy SP LLC |
| Peregrine Oil & Gas II, LLC | Timothy A. Austin<br>Houston,TX 77057 | 731 | Dynamic Offshore Resources NS, LLC |
| Peregrine Oil & Gas II, LLC | Timothy A. Austin<br>Houston,TX 77057 | 744 | Fieldwood Energy Offshore LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Peregrine Oil & Gas, LP | Timothy A. Austin<br>Houston,TX 77057 | 752 | Dynamic Offshore Resources NS, LLC |
| Peregrine Oil & Gas, LP | Timothy A. Austin<br>Houston,TX 77057 | 760 | Fieldwood Energy Offshore LLC |
| Peregrine Oil & Gas, LP | Attn: Timothy A. Austin<br>Houston,TX 77057 | 1009 | Fieldwood Energy Offshore LLC |
| Peregrine Oil & Gas, LP | Attn: Timothy A. Austin<br>Houston,TX 77057 | 1014 | Dynamic Offshore Resources NS, LLC |
| Plains Gas Solutions | Law Ofc Patricia Williams Prewitt<br>Navasota,TX 77868 | 402 | Fieldwood Energy LLC |
| Poseidon Oil Pipeline, L.L.C. | Anthony Shih<br>Houston,TX 77002 | 1003 | Fieldwood Energy Offshore LLC |
| Samson Contour Energy E&P, LLC | Attn: Chace Daley<br>Tulsa,OK 74103 | 954 | Fieldwood Energy Offshore LLC |
| Samson Offshore Mapleleaf, LLC | Elizabeth W. Carroll<br>Tulsa,OK 74119 | 564 | Fieldwood Energy LLC |
| SEITEL DATA, LTD. | 720 BRAZOS STREET<br>AUSTIN ,TX 78701 | 198 | Fieldwood Energy LLC |
| Shell Offshore Inc. and other related affiliates | Shell Oil Company<br>Houston,TX 77079 | 412 | Fieldwood Energy Offshore LLC |
| Texaco Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1062 | Fieldwood Energy LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Texaco Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1063 | Fieldwood Energy SP LLC |
| Texaco Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1070 | Fieldwood Energy Offshore LLC |
| Texaco Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1076 | Fieldwood SD Offshore LLC |
| Texaco Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1077 | Bandon Oil and Gas, LP |
| Throckmorton Energy, LLC, Tana Exploration Company LLC, and TC Oil Louisiana LLC | Wick Phillips Gould & Martin LLP<br>Dallas,TX 75204 | 808 | Fieldwood Energy LLC |
| Union Oil Company of California | Andrews Myers, P.C.<br>Houston,TX 77056 | 1059 | Fieldwood SD Offshore LLC |
| Union Oil Company of California | Andrews Myers, P.C.<br>Houston,TX 77056 | 1065 | Fieldwood Energy LLC |
| Union Oil Company of California | Andrews Myers, P.C.<br>Houston,TX 77056 | 1071 | Fieldwood Energy Offshore LLC |
| Union Oil Company of California | Andrews Myers, P.C.<br>Houston,TX 77056 | 1080 | Bandon Oil and Gas, LP |
| Union Oil Company of California | Andrews Myers, P.C.<br>Houston,TX 77056 | 1081 | Fieldwood Energy SP LLC |
| Unocal Pipeline Company | Andrews Myers, P.C.<br>Houston,TX 77056 | 1057 | Fieldwood Energy Offshore LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Unocal Pipeline Company | Andrews Myers, P.C. Houston,TX 77056 | 1067 | Fieldwood Energy SP LLC |
| Unocal Pipeline Company | Andrews Myers, P.C. Houston,TX 77056 | 1073 | Fieldwood SD Offshore LLC |
| Unocal Pipeline Company | Andrews Myers, P.C. Houston,TX 77056 | 1078 | Bandon Oil and Gas, LP |
| Unocal Pipeline Company | Andrews Myers, P.C. Houston,TX 77056 | 1079 | Fieldwood Energy LLC |
| XTO Offshore Inc., HHE Energy Company and XH LLC | Forshey & Prostok, LLP, c/o J. Robert Forshey Fort Worth,TX 76102 | 666 | Fieldwood Energy Offshore LLC |
| United States Department of the Interior, Bureau of Safety & Environmental Enforcement (BSEE) | Ryan Lamb Washington,DC 20240 | 895 | Fieldwood Energy Offshore LLC |
| United States Department of the Interior, Bureau of Safety & Environmental Enforcement (BSEE) | Ryan Lamb Washington,DC 20240 | 896 | Fieldwood Energy LLC |
| United States Department of the Interior, Bureau of Safety & Environmental Enforcement (BSEE) | Ryan Lamb Washington,DC 20240 | 897 | Dynamic Offshore Resources NS, LLC |
| United States Department of the Interior, Bureau of Safety & Environmental Enforcement (BSEE) | Ryan Lamb Washington,DC 20240 | 898 | Fieldwood SD Offshore LLC |
| United States Department of the Interior, Bureau of Safety & Environmental Enforcement (BSEE) | Ryan Lamb Washington,DC 20240 | 899 | Bandon Oil and Gas, LP |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| United States Department of the Interior, Bureau of Safety & Environmental Enforcement (BSEE) | Ryan Lamb Washington,DC 20240 | 900 | Fieldwood Energy SP LLC |
| United States Department of the Interior, Bureau of Safety & Environmental Enforcement (BSEE) | Ryan Lamb Washington,DC 20240 | 901 | FW GOM Pipeline, Inc. |
| United States Department of the Interior, Bureau of Safety & Environmental Enforcement (BSEE) | Ryan Lamb Washington,DC 20240 | 902 | GOM Shelf LLC |
| GILLIAM SR., EDWARD | 6647 OAK GLEN DRIVE BATON ROUGE,LA 70812 | 840 | Fieldwood Energy LLC |
| OFFSHORE PARAGON PETROLEUM, INC | WILLIAM F HOWELL HOUSTON,TX 77024 | 337 | Fieldwood Energy LLC |
| Abshire, Calvin | c/o Brian Colomb Lafayette,LA 70508 | 295 | Fieldwood Energy LLC |
| Anne Burns as the Chapter 7 Trustee for the bankruptcy estate of Hoactzin Partners LP | c/o Charles B. Hendricks Dallas,TX 75202 | 806 | Fieldwood Energy LLC |
| Edward Randall, Individually and as Rep of the Estate of Christopher Todd Randall, Deceased | T. Josh Judd Houston,TX 77056 | 649 | Fieldwood Energy LLC |
| GIBSON, GLENN | MARK G. ARTALL LAFAYETTE,LA 70505 | 677 | Fieldwood Energy LLC |
| Hart Energy Publishing, LLC | PO Box 301405 Dallas,TX 75303-1405 | 1 | Fieldwood Energy LLC |
| Jones, E. Bartow | 712 Fifth Avenue, 36th Floor New York,NY 10019 | 730 | Fieldwood Energy Inc. |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Lancaster, Jr., N. John | 88 Half Mile Rd<br>Darien,CT 06820 | 732 | Fieldwood Energy Inc. |
| Landry, Duane | Jerome H Moroux<br>Lafayette,LA 70501 | 324 | Fieldwood Energy LLC |
| O'NEIL, TOYS | BROUSSARD & DAVID, LLC<br>LAFAYETTE,LA 70502 | 737 | Fieldwood Energy LLC |
| PEREZ, TOMAS ARCE | MARK G. ARTALL<br>LAFAYETTE,LA 70505 | 683 | Fieldwood Energy LLC |
| Rodi Marine Management, LLC | Bohman | Morse LLC<br>New Orleans,LA 70130 | 781 | Fieldwood Energy LLC |
| ROJAS, GILBERTO GOMEZ | MARK G. ARTALL<br>LAFAYETTE,LA 70505 | 679 | Fieldwood Energy LLC |
| ROSE, LEE BOB | MARK G. ARTALL<br>LAFAYETTE,LA 70505 | 680 | Fieldwood Energy LLC |
| Sigure, Melvin | David C. Whitmore<br>New Orleans,LA 70139 | 957 | Fieldwood Energy LLC |
| Versabar, Inc. | Versabar c/o Phil Rundle<br>Houston,TX 77091 | 6 | Fieldwood Energy LLC |
| VILANO, GABRIEL | MARK G. ARTALL<br>LAFAYETTE,LA 70505 | 675 | Fieldwood Energy LLC |
| Wild, Aubrey | Darryl T. Landwehr<br>New Orleans,LA 70112 | 667 | Fieldwood Energy LLC |

| Creditor Name | Address | Claim # Debtor Entity |
|---|---|---|
| Williams, Ronald | MARK G. ARTALL<br>LAFAYETTE,LA 70505 | 595 Fieldwood Energy LLC |
| Zurich American Insurance | PO Box 68549<br>Schaumburg,IL 60196 | 175 Fieldwood Energy LLC |
| Burlington Resources Offshore, Inc | Locke Lord, LLP<br>New Orleans ,LA 70130 | 607 Dynamic Offshore Resources NS, LLC |
| Burlington Resources Offshore, Inc. | Locke Lord, LLP<br>New Orleans,LA 70130 | 528 Fieldwood Energy SP LLC |
| Burlington Resources Offshore, Inc. | Locke Lord, LLP<br>New Orleans,LA 70130 | 608 Fieldwood Energy LLC |
| Burlington Resources Offshore, Inc. | Locke Lord, LLP<br>New Orleans,LA 70130 | 610 Bandon Oil and Gas, LP |
| Burlington Resources Offshore, Inc. | Locke Lord, LLP<br>New Orleans,LA 70130 | 611 Fieldwood Energy Offshore LLC |
| ConocoPhillips Company | Locke Lord, LLP<br>New Orleans,LA 70130 | 527 GOM Shelf LLC |
| ConocoPhillips Company | Locke Lord, LLP<br>New Orleans,LA 70130 | 593 Fieldwood Energy Offshore LLC |
| ConocoPhillips Company | Locke Lord, LLP<br>New Orleans,LA 70130 | 594 Dynamic Offshore Resources NS, LLC |
| ConocoPhillips Company | Locke Lord, LLP<br>New Orleans,LA 70130 | 596 Bandon Oil and Gas, LP |

| Creditor Name | Address | Claim # Debtor Entity |
|---|---|---|
| ConocoPhillips Company | Locke Lord, LLP<br>New Orleans,LA 70130 | 597 Fieldwood SD Offshore LLC |
| ConocoPhillips Company | Locke Lord, LLP<br>New Orleans,LA 70130 | 599 Fieldwood Energy SP LLC |
| ConocoPhillips Company | Locke Lord LLP<br>New Orleans,LA 70130 | 602 Fieldwood Energy LLC |
| Freeport-McMoRan Oil & Gas | Locke Lord, LLP<br>New Orleans,LA 70130 | 530 Fieldwood Energy LLC |
| Freeport-McMoRan Oil & Gas | Locke Lord, LLP<br>New Orleans,LA 70130 | 531 Fieldwood SD Offshore LLC |
| SM Energy Company | c/o Winstead PC<br>Houston,TX 77002 | 584 Fieldwood Energy Offshore LLC |
| The Louisiana Land & Exploration Company, LLC | Locke Lord, LLP<br>New Orleans,LA 70130 | 598 Dynamic Offshore Resources NS, LLC |
| The Louisiana Land & Exploration Company, LLC | Locke Lord, LLP<br>New Orleans,LA 70130 | 600 Fieldwood Energy SP LLC |
| The Louisiana Land & Exploration Company, LLC | Locke Lord, LLP<br>New Orleans,LA 70130 | 603 GOM Shelf LLC |
| The Louisiana Land & Exploration Company, LLC | Locke Lord, LLP<br>New Orleans,LA 70130 | 605 Fieldwood Energy Offshore LLC |
| The Louisiana Land & Exploration Company, LLC | Locke Lord, LLP<br>New Orleans,LA 70130 | 606 Fieldwood Energy LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Aspen American Insurance Company and Aspen Specialty Insurance Company | Kevin W. Gillen, Sr. V.P./Assoc. G.C. Rocky Hill,CT 06067 | 475 | Fieldwood Energy LLC |
| Berkley Insurance Company and Berkley Regional Insurance Company | Michael J. Hurley, Esq. Morristown,NJ 07960 | 514 | Fieldwood Energy LLC |
| Berkley Insurance Company and Berkley Regional Insurance Company | Michael J. Hurley Morristown,NJ 07960 | 550 | Fieldwood Energy Offshore LLC |
| Berkley Insurance Company and Berkley Regional Insurance Company | Michael J. Hurley Morristown,NJ 07960 | 558 | GOM Shelf LLC |
| Everest Reinsurance Company | Anthony Manganiello, Director - Surety Claims Warren,NJ 07059 | 1133 | Fieldwood Energy LLC |
| Everest Reinsurance Company and Everest National Insurance Company | James J. Real New York,NY 10017-6234 | 635 | Fieldwood Energy LLC |
| Everest Reinsurance Company and Everest National Insurance Company | James J. Real, Financial Lines Claims New York,NY 10017-6234 | 639 | GOM Shelf LLC |
| HCC International Insurance Company LLC | Locke Lord LLP Houston,TX 77002 | 658 | Fieldwood Energy Offshore LLC |
| HCC International Insurance Company Plc | Locke Lord LLP Houston,TX 77002 | 650 | Fieldwood SD Offshore LLC |
| HCC International Insurance Company Plc | Locke Lord LLP Houston,TX 77002 | 652 | Fieldwood Energy LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| HCC International Insurance Company Plc | Locke Lord LLP<br>Houston,TX 77002 | 654 | GOM Shelf LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC<br>Syracuse,NY 13202 | 246 | Fieldwood Energy LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC<br>Syracuse,NY 13202 | 247 | Dynamic Offshore Resources NS, LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC<br>Syracuse,NY 13202 | 250 | Fieldwood Energy Offshore LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC<br>Syracuse,NY 13202 | 253 | Fieldwood Onshore LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC<br>Syracuse,NY 13202 | 254 | Fieldwood SD Offshore LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC<br>Syracuse,NY 13202 | 255 | FW GOM Pipeline, Inc. |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC<br>Syracuse,NY 13202 | 256 | Fieldwood Energy Inc. |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC<br>Syracuse,NY 13202 | 258 | GOM Shelf LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC<br>Syracuse,NY 13202 | 259 | Fieldwood Offshore LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC<br>Syracuse,NY 13202 | 260 | Bandon Oil and Gas GP, LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC Syracuse,NY 13202 | 261 | Fieldwood Energy SP LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC Syracuse,NY 13202 | 262 | Galveston Bay Pipeline LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC Syracuse,NY 13202 | 263 | Galveston Bay Processing LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC Syracuse,NY 13202 | 284 | Bandon Oil and Gas, LP |
| Liberty Mutual Insurance Company | Brandon K. Bains Southlake,TX 76092 | 502 | Fieldwood Energy LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL 60602 | 963 | Fieldwood Energy LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL 60602 | 964 | Dynamic Offshore Resources NS, LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL 60602 | 965 | Fieldwood Onshore LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL 60602 | 966 | Fieldwood SD Offshore LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL 60602 | 967 | FW GOM Pipeline, Inc. |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL  60602 | 968 | Galveston Bay Pipeline LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL  60602 | 969 | GOM Shelf LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL  60602 | 970 | Fieldwood Energy SP LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL  60602 | 971 | Galveston Bay Processing LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL  60602 | 972 | Bandon Oil and Gas, LP |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL  60602 | 973 | Bandon Oil and Gas GP, LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL  60602 | 974 | Fieldwood Offshore LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL  60602 | 975 | Fieldwood Energy Offshore LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C. Chicago,IL  60602 | 976 | Fieldwood Energy Inc. |
| Philadelphia Indemnity Insurance Company | Robert W. Miller Nashville,TN 37203 | 710 | Fieldwood Energy LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 788 | Dynamic Offshore Resources NS, LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 789 | Fieldwood Energy Inc. |

| Creditor Name | Address | Claim # Debtor Entity |
|---|---|---|
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 790 Fieldwood Offshore LLC |
| RLI Insurance Company | Attn: Claim Dept. Peoria,IL 61615 | 792 FW GOM Pipeline, Inc. |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 794 Fieldwood Onshore LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 795 Fieldwood SD Offshore LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 798 Fieldwood Energy Offshore LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 800 Galveston Bay Processing LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 801 Galveston Bay Pipeline LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 802 Fieldwood Energy SP LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 807 Bandon Oil and Gas, LP |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 809 Bandon Oil and Gas GP, LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 813 Fieldwood Energy LLC |

| Creditor Name | Address | Claim # Debtor Entity |
|---|---|---|
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 815 Galveston Bay Processing LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 816 Galveston Bay Pipeline LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 817 FW GOM Pipeline, Inc. |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 818 GOM Shelf LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 820 Fieldwood Onshore LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 821 Fieldwood SD Offshore LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 823 Fieldwood Offshore LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 826 FW GOM Pipeline, Inc. |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 827 Fieldwood Energy SP LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 828 Fieldwood Energy Offshore LLC |
| RLI Insurance Company | Attn: Claim Department Peoria,IL 61615 | 829 Fieldwood Energy Inc. |

| Creditor Name | Address | Claim # Debtor Entity |
|---|---|---|
| RLI Insurance Company | Attn: Claim Department<br>Peoria,IL 61615 | 830 Bandon Oil and Gas, LP |
| RLI Insurance Company | Attn: Claim Department<br>Peoria,IL 61615 | 833 Dynamic Offshore Resources NS, LLC |
| RLI Insurance Company | Attn: Claim Department<br>Peoria,IL 61615 | 835 Bandon Oil and Gas GP, LLC |
| RLI Insurance Company | Attn: Claim Department<br>Peoria,IL 61615 | 836 GOM Shelf LLC |
| RLI Insurance Company | Attn: David Grycz<br>Chicago,IL  60607 | 1122 Fieldwood Energy LLC |
| Sirius America Insurance Company | Catherine Squillace<br>Glastonberry,CT 06033 | 552 Fieldwood Energy Offshore LLC |
| Sirius America Insurance Company | Catherine Squillace<br>Glastonbury,CT 06033 | 553 Bandon Oil and Gas, LP |
| Sirius America Insurance Company | Catherine Squillace<br>Glastonbury,CT 06033 | 554 Fieldwood Energy LLC |
| Sirius America Insurance Company | Robert Kuehn, President and General Counsel<br>New York,NY 10007 | 1111 Bandon Oil and Gas, LP |
| Sirius America Insurance Company | Neal Wasserman, President<br>Glastonberry,CT 06033 | 1112 Fieldwood Energy Offshore LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| The Hanover Insurance Company | Brandon K. Bains<br>Southlake,TX 76092 | 704 | Fieldwood Energy LLC |
| The Hanover Insurance Company | Attn: Brandon K. Bains<br>Southlake,TX 76092 | 705 | Fieldwood Energy LLC |
| Travelers Casualty and Surety Company of America | Kate K. Simon<br>Hartford,CT 06104-2989 | 450 | Fieldwood Energy Inc. |
| Travelers Casualty and Surety Company of America | Kate K. Simon<br>Hartford,CT 06104-2989 | 534 | Fieldwood Energy LLC |
| U.S. Specialty Insurance Company | Locke Lord LLP<br>Houston,TX 77002 | 454 | GOM Shelf LLC |
| U.S. Specialty Insurance Company | Attn: Philip G. Eisenberg<br>Houston,TX 77002 | 459 | Bandon Oil and Gas, LP |
| U.S. Specialty Insurance Company | Attn:  Philip G. Eisenberg<br>Houston,TX 77002 | 460 | Fieldwood Energy Offshore LLC |
| U.S. Specialty Insurance Company | Locke Lord LLP<br>Houston,TX 77002 | 472 | Dynamic Offshore Resources NS, LLC |
| U.S. Specialty Insurance Company | Locke Lord LLP<br>Houston,TX 77002 | 474 | Fieldwood SD Offshore LLC |
| U.S. Specialty Insurance Company | Locke Lord LLP<br>Houston,TX 77002 | 476 | Galveston Bay Pipeline LLC |
| U.S. Specialty Insurance Company | Attn: Philip G. Eisenberg<br>Houston,TX 77002 | 477 | Fieldwood Energy LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| U.S. Specialty Insurance Company | Locke Lord LLP<br>Houston,TX 77002 | 478 | Fieldwood Onshore LLC |
| XL Specialty Insurance Company | Brandon K. Bains<br>Southlake,TX 76092 | 503 | Fieldwood Energy LLC |
| XL Specialty Insurance Company | Brandon K. Bains<br>Southlake,TX 76092 | 521 | Fieldwood Energy LLC |
| Zurich American Insurance Company | Clark Hill Strasburger<br>Austin,TX 78701 | 787 | Fieldwood Energy LLC |
| Zurich American Insurance Company | Duane J. Brescia<br>Austin,TX 78701 | 791 | Fieldwood SD Offshore LLC |
| Zurich American Insurance Company | Clark Hill Strasburger<br>Austin,TX 78701 | 793 | Fieldwood Energy Offshore LLC |
| Zurich American Insurance Company | Clark Hill Strasburger<br>Austin,TX 78701 | 834 | GOM Shelf LLC |
| Aspen American Insurance Company | Kevin W. Gillen, Sr. V.P./Assoc. G.C.<br>Glastonbury,CT 06033 | 1108 | Fieldwood Energy LLC |
| Berkley Insurance Company and Berkley Regional Insurance Company | Michael J. Hurley, Esq.<br>Morristown,NJ 07960 | 1114 | Fieldwood Energy Offshore LLC |
| Berkley Insurance Company and Berkley Regional Insurance Company | Michael J. Hurley, Esq.<br>Morristown,NJ 07960 | 1115 | Fieldwood Energy LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Everest Reinsurance Company | Anthony Manganiello, Director - Surety Claims<br>Warren,NJ 07059 | 1110 | GOM Shelf LLC |
| HCC International Insurance Company PLC | Locke Lord LLP<br>Houston,TX 77002 | 1117 | Fieldwood Energy LLC |
| HCC International Insurance Company PLC | Locke Lord LLP<br>Houston,TX 77002 | 1118 | GOM Shelf LLC |
| Lexon Insurance Company | Harris Beach PLLC<br>Syracuse,NY 13202 | 1101 | Fieldwood Energy LLC |
| Lexon Insurance Company | Harris Beach PLLC<br>Syracuse,NY 13202 | 1102 | GOM Shelf LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Lee. E. Woodard, Esq.<br>Syracuse,NY 13202 | 1103 | Fieldwood Energy Offshore LLC |
| Liberty Mutual Insurance Company | Langley LLP<br>Southlake,TX 76092 | 1129 | Fieldwood Energy LLC |
| North American Specialty Insurance Company | The Law Offices of T. Scott Leo, P.C.<br>Chicago,IL  60602 | 1082 | Fieldwood Energy Offshore LLC |
| RLI Insurance Company | Attn: David Grycz<br>Chicago,IL  60607 | 1116 | Fieldwood Energy Offshore LLC |
| Sirius America Insurance Company | Robert Kuehn, President and General Counsel<br>New York,NY 10007 | 1113 | Fieldwood Energy LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| The Hanover Insurance Company | c/o Langley LLP Southlake,TX 76092 | 1130 | Fieldwood Energy LLC |
| Travelers Casualty & Surety Company of America | Langley LLP Southlake,TX 76092 | 1127 | Fieldwood Energy LLC |
| XL Specialty Insurance Company | c/o Langley LLP Southlake,TX 76092 | 1128 | Fieldwood Energy LLC |
| Zurich American Insurance Company Thomas Finley | Clark Hill PLC Austin,TX 78701 | 1086 | Fieldwood Energy Inc. |
| Partco, LLC | William S. Robbins Baton Rouge,LA 70801 | 804 | Fieldwood Energy LLC |
| Republic Helicopters, Inc. | Crady Jewett McCulley & Houren LLP Houston,TX 77019 | 411 | Fieldwood Energy LLC |
| Core Industries, Inc. | Richard M. Gaal Mobile,AL 36601 | 689 | Fieldwood Energy LLC |
| EOG Resources, Inc. | Attn: Joshua Eppich, Esq. Fort Worth,TX 76102 | 720 | Fieldwood Energy LLC |
| Aries Marine Corporation | Bullen & Plauche Lafayette,LA 70503 | 206 | Fieldwood Energy LLC |
| Superior Performance, Inc. | Duhon Law Firm Lafayette,LA 70505 | 814 | Fieldwood Energy LLC |
| Basic Energy Services, LP | c/o Zachary McKay Houston,TX 77084 | 592 | Fieldwood Energy LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Chevron U.S.A. Inc. | Andrews Myers, P.C. Houston,TX 77056 | 424 | Fieldwood Energy SP LLC |
| Chevron U.S.A. Inc. | Andrews Myers, P.C. Houston,TX 77056 | 425 | Fieldwood Energy Offshore LLC |
| Chevron U.S.A. Inc. | Edward L. Ripley Houston,TX 77056 | 426 | Fieldwood Energy LLC |
| Chevron U.S.A. Inc. | Andrews Myers, P.C. Houston,TX 77056 | 429 | Fieldwood SD Offshore LLC |
| Texaco Inc. | Andrews Myers, P.C. Houston,TX 77056 | 427 | Fieldwood Energy SP LLC |
| Texaco Inc. | Andrews Myers, P.C. Houston,TX 77056 | 428 | Fieldwood Energy Offshore LLC |
| Texaco Inc. | Andrews Myers, P.C. Houston,TX 77056 | 431 | Fieldwood Energy LLC |
| Texaco Inc. | Andrews Myers, P.C. Houston,TX 77056 | 442 | Fieldwood SD Offshore LLC |
| Union Oil Company of California | Andrews Myers, P.C. Houston,TX 77056 | 430 | Fieldwood Energy LLC |
| Union Oil Company of California | Andrews Myers, P.C. Houston,TX 77056 | 444 | Fieldwood SD Offshore LLC |
| Union Oil Company of California | Andrews Myers, P.C. Houston,TX 77056 | 445 | Fieldwood Energy Offshore LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Union Oil Company of California | Andrews Myers, P.C.<br>Houston,TX 77056 | 448 | Fieldwood Energy SP LLC |
| Unocal Pipeline Company | Andrews Myers, P.C.<br>Houston,TX 77056 | 446 | Fieldwood Energy Offshore LLC |
| Unocal Pipeline Company | Andrews Myers, P.C.<br>Houston,TX 77056 | 447 | Fieldwood Energy LLC |
| Unocal Pipeline Company | Andrews Myers, P.C.<br>Houston,TX 77056 | 449 | Fieldwood SD Offshore LLC |
| Unocal Pipeline Company | Andrews Myers, P.C.<br>Houston,TX 77056 | 451 | Fieldwood Energy SP LLC |
| Red Willow Offshore, LLC | c/o Barnet B. Skelton, Jr.<br>Houston,TX 77002 | 725 | Fieldwood Energy Offshore LLC |
| ANKOR E&P Holdings Corporation | Tae-Gook Lee<br>New Orleans,LA 70112 | 508 | Fieldwood Energy Offshore LLC |
| ANKOR Energy LLC | 1615 Poydras Street, Suite 2000<br>New Orleans,LA 70112 | 516 | Fieldwood Energy Offshore LLC |
| Daniels, Derrick | John A. Mouton, III<br>Lafayette,LA 70598 | 351 | Fieldwood Energy LLC |
| Ecopetrol America LLC | Squire Patton Boggs (US) LLP<br>Phoenix,AZ 85004 | 455 | Fieldwood Energy LLC |
| Houston Energy Deepwater Ventures I, LLC | c/o Barnet B. Skelton, Jr.<br>Houston,TX 77002 | 717 | Fieldwood Energy LLC |

| Creditor Name | Address | Claim # Debtor Entity |
|---|---|---|
| Red Willow Offshore, LLC | c/o Barnet B. Skelton, Jr.<br>Houston,TX 77002 | 617 Fieldwood Energy LLC |
| Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., Talos Production Inc. | Porter Hedges LLP<br>Houston,TX 77002 | 724 Fieldwood Energy Offshore LLC |
| Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., Talos Production Inc. | Porter Hedges LLP<br>Houston,TX 77002 | 780 Fieldwood Energy LLC |
| Talos Energy Offshore LLC, Talos Energy LLC, Talos Energy Inc., Talos Production Inc. | Porter Hedges LLP<br>Houston,TX 77002 | 786 GOM Shelf LLC |
| Atlantic Maritime Services LLC | Matthew D. Cavenaugh<br>Houston,TX 77010 | 696 Fieldwood Energy LLC |
| Freeport-McMoRan Oil & Gas LLC | Locke Lord LLP<br>New Orleans,LA 70130 | 1007 Fieldwood SD Offshore LLC |
| Freeport-McMoRan Oil & Gas, LLC | Locke Lord LLP<br>New Orleans,LA 70130 | 991 Fieldwood Energy LLC |
| McMoRan Oil & Gas LLC | Locke Lord LLP, Attn: Omer F. Kuebel, III<br>New Orleans,LA 70130 | 996 Fieldwood SD Offshore LLC |
| McMoRan Oil & Gas, LLC | Locke Lord LLP<br>New Orleans,LA 70130 | 990 Fieldwood Energy LLC |
| McMoRan Oil & Gas, LLC | Locke Lord LLP<br>New Orleans,LA 70130 | 994 Fieldwood Energy Offshore LLC |
| McMoRan Oil & Gas, LLC | Locke Lord LLP<br>New Orleans,LA 70130 | 1006 Dynamic Offshore Resources NS, LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| ILX Prospect Katmai, LLC | Michael Fishel<br>Houston,TX 77002 | 874 | Fieldwood Energy LLC |
| Ridgewood Katmai, LLC | Attn: Michael Fishel<br>Houston,TX 77002 | 875 | Fieldwood Energy LLC |
| McMoRan Oil & Gas | Locke Lord, LLP<br>New Orleans,LA 70130 | 473 | Fieldwood Energy LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP<br>Boston,MA 02199 | 747 | Fieldwood Energy Inc. |
| Cox Oil, LLC and related entities | Locke Lord LLP<br>Boston,MA 02199 | 748 | Dynamic Offshore Resources NS, LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP<br>Boston,MA 02199 | 753 | Fieldwood Energy LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP<br>Boston,MA 02199 | 754 | Fieldwood SD Offshore LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP<br>Boston,MA 02199 | 755 | Fieldwood Onshore LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP<br>Boston,MA 02199 | 759 | Fieldwood Energy Offshore LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP<br>Boston,MA 02199 | 764 | Bandon Oil and Gas GP, LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP<br>Boston,MA 02199 | 766 | FW GOM Pipeline, Inc. |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 767 | Fieldwood Offshore LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 768 | Galveston Bay Processing LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 769 | Bandon Oil and Gas, LP |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 770 | Galveston Bay Pipeline LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 771 | Fieldwood Energy SP LLC |
| Cox Oil, LLC and related entities | Locke Lord LLP Boston,MA 02199 | 774 | GOM Shelf LLC |
| W&T Energy VI, LLC | c/o Locke Lord LLP Houston,TX 77002 | 997 | Fieldwood Energy SP LLC |
| W&T Energy VI, LLC | c/o Locke Lord LLP Houston,TX 77002 | 998 | Bandon Oil and Gas, LP |
| W&T Energy VI, LLC | c/o Locke Lord LLP Houston,TX 77002 | 1002 | Fieldwood Energy LLC |
| W&T Energy VI, LLC | Locke Lord, LLP Houston,TX 77002 | 1005 | GOM Shelf LLC |
| W&T Energy VI, LLC | Locke Lord LLP Houston,TX 77002 | 1012 | Dynamic Offshore Resources NS, LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| W&T Energy VI, LLC | c/o Locke Lord LLP Houston,TX 77002 | 1013 | Fieldwood Energy Offshore LLC |
| W&T Offshore, Inc. | Locke Lord LLP Houston,TX 77002 | 988 | Fieldwood Energy SP LLC |
| W&T Offshore, Inc. | Locke Lord LLP Houston,TX 77002 | 989 | Bandon Oil and Gas, LP |
| W&T Offshore, Inc. | Locke Lord LLP Houston,TX 77002 | 992 | Fieldwood Energy LLC |
| W&T Offshore, Inc. | Locke Lord LLP, Attn: Phillip G. Eisenberg Houston,TX 77002 | 995 | GOM Shelf LLC |
| W&T Offshore, Inc. | Locke Lord LLP Houston,TX 77002 | 1008 | Fieldwood Energy Offshore LLC |
| W&T Offshore, Inc. | c/o Locke Lord LLP Houston,TX 77002 | 1011 | Dynamic Offshore Resources NS, LLC |
| W&T Energy VI, LLC | Locke Lord, LLP Houston,TX 77002 | 555 | Fieldwood Energy LLC |
| W&T Energy VI, LLC | Locke Lord, LLP Houston,TX 77002 | 556 | Bandon Oil and Gas, LP |
| W&T Energy VI, LLC | Locke Lord, LLP Houston,TX 77002 | 562 | Fieldwood Energy LLC |
| W&T Energy VI, LLC | Locke Lord, LLP Houston,TX 77002 | 563 | Dynamic Offshore Resources NS, LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| W&T Energy VI, LLC | Locke Lord, LLP Houston,TX 77002 | 566 | Fieldwood Energy Offshore LLC |
| W&T Energy VI, LLC | Locke Lord, LLP Houston,TX 77002 | 567 | Fieldwood Energy SP LLC |
| W&T Energy VI, LLC | Locke Lord, LLP Houston,TX 77002 | 570 | GOM Shelf LLC |
| W&T Offshore | Locke Lord, LLP Houston,TX 77002 | 573 | Dynamic Offshore Resources NS, LLC |
| W&T Offshore Inc | Locke Lord, LLP Houston,TX 77002 | 576 | Fieldwood Energy SP LLC |
| W&T Offshore, Inc. | Locke Lord, LLP Houston,TX 77002 | 571 | Fieldwood Energy LLC |
| W&T Offshore, Inc. | Locke Lord, LLP Houston,TX 77002 | 572 | Fieldwood Energy Offshore LLC |
| W&T Offshore, Inc. | Locke Lord, LLP Houston,TX 77002 | 574 | GOM Shelf LLC |
| W&T Offshore, Inc. | Locke Lord, LLP Houston,TX 77002 | 575 | Bandon Oil and Gas, LP |
| OMI Environmental Solutions | 952 Echo Lane Houston,TX 77024 | 1135 | Fieldwood Energy LLC |
| Department of the Interior/Office of Natural Resources Revenue | PO Box 25165/MS64200B Denver,CO 80225 | 1134 | Fieldwood Energy LLC |

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Lexon Insurance Company | Lee E. Woodward Esq. Syracuse,NY 13202 | 1136 | Fieldwood Energy LLC |
| Lexon Insurance Company | Lee E. Woodward Esq. Syracuse,NY 13202 | 1137 | GOM Shelf LLC |
| Lexon Insurance Company, Ironshore Specialty Insurance Company and Ironshore Indemnity Inc. | Harris Beach PLLC Syracuse,NY 13202 | 1138 | Fieldwood Energy Offshore LLC |