**Exhibit B**

**Redline**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY III LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Post-Effective Date Debtors.**[1] | § | |
| | § | **Re: Docket No. 2758** |

### ORDER GRANTING PLAN ADMINISTRATOR'S MOTION TO FURTHER EXTEND THE DEADLINE TO FILE CLAIM OBJECTIONS TO SPECIFIED CLAIMS

Upon the motion (the "**Motion**")[2] of the Plan Administrator in the above-referenced chapter 11 cases for entry of an order further extending the deadline to file objections to claims; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2) on which the Court may enter a final order consistent with Article III of the United States Constitution; and venue being properly in this district under 28 U.S.C. §§ 1408 and 1409; and good and adequate notice of the Motion

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

having been given under the circumstances and it appearing that no other or further notice need be provided; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. The Claims Objection Deadline shall be extended through August 17, 2023 with respect to the Specified Claims~~, including those~~ identified in Schedule 1 hereto.

2. This Court retains exclusive jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2023

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

# Schedule 1

# Specified Claims

| Creditor Name | Address | Claim # | Debtor Entity |
|---|---|---|---|
| Merit Energy Company, LLC | Locke Lord, LLP<br>Houston,TX 77002 | 535 | Fieldwood Energy LLC |
| ~~MultiKlient Invest AS~~ | ~~Maria Ragazzo~~<br>~~Houston,TX 77079~~ | ~~779~~ | ~~Fieldwood Energy LLC~~ |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 440 | Fieldwood Energy Offshore LLC |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 452 | Fieldwood Energy LLC |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1058 | Fieldwood SD Offshore LLC |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1061 | Fieldwood Energy LLC |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1069 | Fieldwood Energy Offshore LLC |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1074 | Bandon Oil and Gas, LP |
| Noble Energy, Inc. | Andrews Myers, P.C.<br>Houston,TX 77056 | 1075 | Fieldwood Energy SP LLC |
| Peregrine Oil & Gas II, LLC | Timothy A. Austin<br>Houston,TX 77057 | 731 | Dynamic Offshore Resources NS, LLC |
| Peregrine Oil & Gas II, LLC | Timothy A. Austin<br>Houston,TX 77057 | 744 | Fieldwood Energy Offshore LLC |