United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 20-33948** |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | |
| | § | **CHAPTER 11** |
| Debtors. | § | |
| | § | |
| **FIELDWOOD ENERGY III LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 22-3251** |
| | § | |
| **STAR MEASUREMENT SALES AND SERVICE, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

The motion to dismiss at ECF No. 17 is denied.

SIGNED 05/16/2023

_____
Marvin Isgur
United States Bankruptcy Judge