# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Moody's Investors Service, Inc. ("Moody's"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, requests that copies of all notices or pleadings filed, given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following offices, post office addresses, email addresses, fax and telephone numbers:

Nicolette J. Zulli, Esq.
DUANE MORRIS LLP
1075 Peachtree St NE, Suite 1700
Atlanta, GA 30309
Telephone: 404-253-6903
Facsimile: 404-253-6901

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax indemnification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172), Brandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

DM1\14262033.1

Email: njzulli@duanemorris.com

Charles J. Keeley, Esq.
DUANE MORRIS LLP
230 Park Avenue, Suite 1130
New York, NY 10169-0079
Telephone: 212-818-9200
Facsimile:  212-818-9606
Email: cjkeeley@duanemorris.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Moody's to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such  withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

[*signature on following page*]

Dated: July 12, 2023

Respectfully submitted,

DUANE MORRIS LLP

By: */s/ Charles J. Keeley*
Charles J. Keeley, Esq. (*admitted pro hac vice*)
DUANE MORRIS LLP
230 Park Avenue, Suite 1130
New York, NY 10169-0079
Telephone: 212-818-9200
Facsimile:  212-818-9606
Email: cjkeeley@duanemorris.com

– and –

Nicolette J. Zulli, Esq.
Attorney-in-Charge
Texas Bar No. 24115984
DUANE MORRIS LLP
1075 Peachtree St NE, Suite 1700
Atlanta, GA 30309
Email: njzulli@duanemorris.com
Telephone: 404-253-6903
Facsimile: 404-253-6901

*Attorneys for Moody's Investors Service, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, a copy of the foregoing instrument was served via this Court's CM/ECF notification upon all parties requesting such notice in this proceeding in accordance with the CM/ECF system filing procedures for providing electronic service to all ECF registered counsel/parties by operation of the Court's electronic filing system.

Dated: June 23, 2023

                                        Respectfully submitted,

                                        */s/ Charles J. Keeley*
                                        Charles J. Keeley, Esq. (*admitted pro hac vice*)
                                        DUANE MORRIS LLP
                                        230 Park Avenue, Suite 1130
                                        New York, NY 10169-0079
                                        Telephone: 212-818-9200
                                        Facsimile:  212-818-9606
                                        Email: cjkeeley@duanemorris.com