# **EXHIBIT 2**

6/21/2023 4:46 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76843067
By: Patricia Gonzalez
Filed: 6/21/2023 4:46 PM

CAUSE NO. 2023-38238

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, HCC INTERNATIONAL INSURANCE COMPANY PLC, PHILADELPHIA INDEMNITY INSURANCE COMPANY and EVEREST REINSURANCE COMPANY, | § § § § § § | IN THE DISTRICT COURT OF |
| | § | HARRIS COUNTY, TEXAS |
| *Plaintiffs*, | § § | |
| vs. | § § | |
| APACHE CORPORATION, *Defendant.* | § § § | 281ST JUDICIAL DISTRICT |

## NOTICE OF HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE that Plaintiffs' Application for Temporary Restraining Order is set for an oral hearing on **Thursday**, **June 22, 2023 at 10:30 a.m.** before the 133rd Judicial District Court (Ancillary Court) of Harris County, Texas.

Respectfully submitted,

**CLARK HILL, PLC**

By: */s/ James Kimbell*
James Kimball (TX Bar No. 11420000)
jkimbell@clarkhill.com
Christopher Ward (TX Bar No. 24008233)
cward@clarkhill.com
Duane J. Brescia (TX Bar No. 24025265)
dbrescia@clarkhill.com
Adam Diamond (TX Bar No. 24092344)
adiamond@clarkhilll.com
909 Fannin Street, Suite 2300
Houston, Texas 77010
(713) 951-5600 (Tel.) / (713) 951-5660 (Fax)

**ATTORNEYS FOR PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 21st day of June, 2023, a true and correct copy of this Notice was e-served and e-mailed to all known counsel of record pursuant to Texas Rules of Civil Procedure.

*/s/ James Kimbell*
James M. Kimbell

PLAINTIFFS' VERIFIED ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION - **Page 2 of 2**

272031097.v1-6/21/23

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Becky Delancy on behalf of James Kimbell
Bar No. 11420000
bdelancy@clarkhill.com
Envelope ID: 76843067
Filing Code Description: Notice
Filing Description: Notice of Hearing on Application for Temporary Restraining Order
Status as of 6/22/2023 8:08 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Becky Delancy | | bdelancy@clarkhill.com | 6/21/2023 4:46:09 PM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 6/21/2023 4:46:09 PM | SENT |