# **EXHIBIT 5**

6/22/2023 3:42 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76878197
By: Bonnie Lugo
Filed: 6/22/2023 3:42 PM

CAUSE NO. 2023-38238

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, HCC INTERNATIONAL INSURANCE COMPANY PLC, PHILADELPHIA INDEMNITY INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY, | § § § § § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § § | |
| vs. | § § | HARRIS COUNTY, TEXAS |
| APACHE CORPORATION and DEUTSCHE BANK AG NEW YORK BRANCH, | § § § § | |
| *Defendants*. | § | 281ST JUDICIAL DISTRICT |

**MOTION OF RESIDENT ATTORNEY PHILIP EISENBERG IN SUPPORT OF *PRO HAC VICE* ADMISSION OF JEFFREY S. PRICE**

TO THE HONORABLE JUDGE OF SAID COURT:

I, Philip Eisenberg, file this Motion in Support of Jeffrey S. Price's Sworn Motion to Appear *Pro Hac Vice* in this Court.

I am associated with Mr. Price on this case, and I will actively participate in the hearings and trial.

I am a practicing attorney and member in good standing of the State Bar of Texas. My State Bar number is 24033923. My office address is Locke Lord LLP, 600 Travis Street, Suite 2800, Houston, Texas 77002. My telephone number is (713) 226-1200. My fax number is (713) 223-3717.

I am acquainted with Mr. Price and find him to be a reputable attorney. I recommend that Mr. Price be granted permission to participate in this proceeding before this Court.

WHEREFORE, Philip Eisenberg moves that Jeffrey S. Price be admitted *pro hac vice* before this Court in the above-captioned case.

>Respectfully submitted,
>
>**LOCKE LORD LLP**
>
>By: */s/ Philip Eisenberg*
>    Philip Eisenberg (TX Bar No. 24033923)
>    peisenberg@lockelord.com
>    Christopher A. Verducci (TX Bar No. 24051470)
>    cverducci@lockelord.com
>    600 Travis Street
>    Houston, Texas 77002
>    (713) 226-1200 (Telephone)
>    (713) 223-3717 (Facsimile)
>
>    **ATTORNEYS FOR PLAINTIFF HCC INTERNATIONAL INSURANCE COMPANY PLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June 2023, the foregoing document was filed and served on all counsel of record by electronic case filing in accordance with the Texas Rules of Civil Procedure.

>*/s/ Philip Eisenberg*
>Philip Eisenberg

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rose Ellis on behalf of Phil Eisenberg
Bar No. 24033923
REllis@lockelord.com
Envelope ID: 76878197
Filing Code Description: Motion (No Fee)
Filing Description: Sworn Motion of Non-Resident Attorney Jeffrey S. Price to Appear Pro Hac Vice
Status as of 6/22/2023 3:51 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher RichardWard | | cward@clarkhill.com | 6/22/2023 3:42:46 PM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 6/22/2023 3:42:46 PM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 6/22/2023 3:42:46 PM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 6/22/2023 3:42:46 PM | SENT |