# **<u>EXHIBIT 7</u>**

6/22/2023 1:21 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76870422
By: Adiliani Solis
Filed: 6/22/2023 1:21 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: 2023-38238                                    CURRENT COURT: 281st

Name(s) of Documents to be served: Plaintiffs' Verified Original Petition and Application for Temporary Restraining Order and Temporary and Permanent Injunctions

FILE DATE:      6/21//2023                    Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: Defendant Apache Corporation

Address of Service: 1999 Bryan St., Suite 900

City, State: Dallas, TX 75201

Agent (if applicable) CT Corporation System

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

| XX☐ Citation | ☐ Citation by Posting | ☐ Citation by Publication | ☐ Citations Rule 106 Service |
|---|---|---|---|
| | ☐ Citation Scire Facias | Newspaper_____ | |
| ☐ Temporary Restraining Order | ☐ Precept | | ☐ Notice |
| ☐ Protective Order | | | |
| ☐ Secretary of State Citation ($12.00) | ☐ Capias (not by E-Issuance) | | ☐ Attachment (not by E-Issuance) |
| ☐ Certiorari | ☐ Highway Commission/Texas Department of Transportation ($12.00) | | |
| ☐ Commissioner of Insurance ($12.00) | ☐ Hague Convention ($16.00) | | ☐ Garnishment |
| ☐ Habeas Corpus (not by E-Issuance) | ☐ Injunction | | ☐ Sequestration |
| ☐ Subpoena | | | |
| ☐ Other (Please Describe) _____ | | | |

(See additional Forms for Post Judgment Service)

SERVICE BY (check one):
☐ ATTORNEY PICK-UP (phone) _____        XX☐ E-Issuance by District Clerk
☐ MAIL to attorney   at: _____                  (No Service Copy Fees Charged)
☐ CONSTABLE                                       *Note*: The email registered with EfileTexas.gov must be
☐ CERTIFIED MAIL by CONSTABLE                    used to retrieve the E-issuance Service Documents.
☐ CERTIFIED MAIL by DISTRICT CLERK               Visit www.hcdistrictclerk.com for more instructions.

☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
☐ OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: Adam Diamond Bar # or ID  24092344

Mailing Address:909 Fannin, Suite 2300, Houston, TX 77010

Phone Number 713-951-5600 – adiamond@clarkhill.com

ClarkHill\C2996\A80062\272040130.v1-6/22/23