# **EXHIBIT 8**

6/22/2023 1:01 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76866819
By: Bonnie Lugo
Filed: 6/22/2023 1:01 PM

CAUSE NO. 2023-38238

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, HCC INTERNATIONAL INSURANCE COMPANY PLC, PHILADELPHIA INDEMNITY INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY, | § § § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § § | |
| vs. | § § | HARRIS COUNTY, TEXAS |
| APACHE CORPORATION and DEUTSCHE BANK AG NEW YORK BRANCH, | § § § § | |
| *Defendants*. | § | 281ST JUDICIAL DISTRICT |

### MOTION OF RESIDENT ATTORNEY PHILIP EISENBERG IN SUPPORT OF *PRO HAC VICE* ADMISSION OF SCOTT C. WILLIAMS

TO THE HONORABLE JUDGE OF SAID COURT:

I, Philip Eisenberg, file this Motion in Support of Scott C. Williams' Sworn Motion to Appear *Pro Hac Vice* in this Court.

I am associated with Mr. Williams on this case, and I will actively participate in the hearings and trial.

I am a practicing attorney and member in good standing of the State Bar of Texas. My State Bar number is 24033923. My office address is Locke Lord LLP, 600 Travis Street, Suite 2800, Houston, Texas 77002. My telephone number is (713) 226-1200. My fax number is (713) 223-3717.

I am acquainted with Mr. Williams and find him to be a reputable attorney. I recommend that Mr. Williams be granted permission to participate in this proceeding before this Court.

WHEREFORE, Philip Eisenberg moves that Scott C. Williams be admitted *pro hac vice* before this Court in the above-captioned case.

>Respectfully submitted,
>
>**LOCKE** Lord **LLP**
>
>By: */s/ Philip Eisenberg*
>    Philip G. Eisenberg
>    (TX Bar No. 24033923)
>    peisenberg@lockelord.com
>    Christopher A. Verducci
>    (TX Bar No. 24051470)
>    cverducci@lockelord.com
>    600 Travis Street
>    Houston, Texas 77002
>    (713) 226-1200 (Telephone)
>    (713) 223-3717 (Facsimile)
>
>Attorneys for Plaintiff
>**HCC International Insurance Company PLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2023, the foregoing document was filed and served on all counsel of record by electronic case filing in accordance with the Texas Rules of Civil Procedure.

>*/s/ Philip G. Eisenberg*
>Philip G. Eisenberg

2

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rose Ellis on behalf of Phil Eisenberg
Bar No. 24033923
REllis@lockelord.com
Envelope ID: 76866819
Filing Code Description: Motion (No Fee)
Filing Description: Sworn Motion of Non-Resident Attorney Scott C. Williams to Appear Pro Hac Vice
Status as of 6/22/2023 1:50 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Adam Diamond | | ADiamond@clarkhill.com | 6/22/2023 1:01:20 PM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 6/22/2023 1:01:20 PM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 6/22/2023 1:01:20 PM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 6/22/2023 1:01:20 PM | SENT |