# **EXHIBIT 14**

Case 20-33948   Document 2818-14   Filed in TXSB on 07/26/23   Page 2 of 5

6/22/2023 11:20 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76861503
By: Patricia Gonzalez
Filed: 6/22/2023 11:20 AM

CAUSE NO. 202338238

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, HCC INTERNATIONAL INSURANCE COMPANY PLC, PHILADELPHIA INDEMNITY INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY, | § § § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § § | HARRIS COUNTY, TEXAS |
| vs. | § § | 133rd JUDICIAL DISTRICT |
| APACHE CORPORATION, | § § | |
| *Defendant*. | § § § | |

**MOTION OF RESIDENT ATTORNEY CHRISTOPHER R. WARD
IN SUPPORT OF *PRO HAC VICE* ADMISSION OF JASE A. BROWN**

TO THE HONORABLE COURT:

I, Christopher R. Ward, file this Motion in Support of Jase A. Brown's Sworn Motion to Appear *Pro Hac Vice* in this Court.

I am associated with Mr. Brown on this case, and I will actively participate in the hearings and trial.

I am a practicing attorney and member in good standing of the Star Bar of Texas. My State Bar number is 24008233. My telephone number is (713) 951-5600. My fax number is (713) 951-5660. My e-mail address is cward@clarkhill.com.

I am acquainted with Mr. Brown and find him to be a reputable attorney. I recommend that Mr. Brown be granted permission to participate in this proceeding before this Court.

WHEREFORE, Christopher R. Ward moves that Jase A. Brown be admitted *pro hac vice* before this Court in the above-captioned case.

Dated: June 21, 2023                                        Respectfully submitted,

                                                               **CLARK HILL, PLC**

                                                               By: */s/ Christopher Ward*
                                                                     Christopher R. Ward (TX Bar No. 24008233)
                                                                     cward@clarkhill.com
                                                                     909 Fannin Street, Suite 2300
                                                                     Houston, Texas 77010
                                                                     (713) 951-5600 (Telephone)
                                                                     (713) 951-5660 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2023, the foregoing document was filed and served on all counsel of record by electronic case filing in accordance with the Texas Rules of Civil Procedure.

/s/ Christopher Ward
Christopher R. Ward

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Deborah Durr on behalf of Christopher Richard Ward
Bar No. 24008233
ddurr@clarkhill.com
Envelope ID: 76861503
Filing Code Description: Motion (No Fee)
Filing Description: Motion of Resident Attorney Ward in Support of Pro Hac Vice of Jase Brown
Status as of 6/22/2023 12:12 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Becky Delancy | | bdelancy@clarkhill.com | 6/22/2023 11:20:02 AM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 6/22/2023 11:20:02 AM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 6/22/2023 11:20:02 AM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 6/22/2023 11:20:02 AM | SENT |