# **EXHIBIT 15**

6/22/2023 10:06 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76856802
By: Patricia Gonzalez
Filed: 6/22/2023 10:06 AM

CAUSE NO. 2023-38238

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, HCC INTERNATIONAL INSURANCE COMPANY PLC, PHILADELPHIA INDEMNITY INSURANCE COMPANY and EVEREST REINSURANCE COMPANY, | § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF <br><br> HARRIS COUNTY, TEXAS |
| *Plaintiffs*, | | |
| vs. | | |
| APACHE CORPORATION, *Defendant.* | | 281ST JUDICIAL DISTRICT |

## AMENDED NOTICE OF HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE that Plaintiffs' Application for Temporary Restraining Order is set for an oral hearing on **Thursday**, **June 22, 2023 at 3:30 P.m.** before the 133rd Judicial District Court (Ancillary Court) of Harris County, Texas.

Respectfully submitted,

**CLARK HILL, PLC**

By: */s/ James Kimbell*
James Kimball (TX Bar No. 11420000)
jkimbell@clarkhill.com
Christopher Ward (TX Bar No. 24008233)
cward@clarkhill.com
Duane J. Brescia (TX Bar No. 24025265)
dbrescia@clarkhill.com
Adam Diamond (TX Bar No. 24092344)
adiamond@clarkhilll.com
909 Fannin Street, Suite 2300
Houston, Texas 77010
(713) 951-5600 (Tel.) / (713) 951-5660 (Fax)

**ATTORNEYS FOR PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 22nd day of June, 2023, a true and correct copy of this Notice was e-served and e-mailed to all known counsel of record pursuant to Texas Rules of Civil Procedure.

*/s/ James Kimbell*
James M. Kimbell

PLAINTIFFS' VERIFIED ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION - **Page 2 of 2**

272035928.v1-6/22/23

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Deborah Durr on behalf of Adam Diamond
Bar No. 24092344
ddurr@clarkhill.com
Envelope ID: 76856802
Filing Code Description: Amended Filing
Filing Description: Amended Notice of Hearing on Application for TRO
Status as of 6/22/2023 11:20 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Becky Delancy | | bdelancy@clarkhill.com | 6/22/2023 10:06:36 AM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 6/22/2023 10:06:36 AM | SENT |