# **<u>EXHIBIT 16</u>**

6/22/2023 11:35 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76862861
By: Bonnie Lugo
Filed: 6/22/2023 11:35 AM
Pgs-2
APHVX

CAUSE NO. 202338238

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, HCC INTERNATIONAL INSURANCE COMPANY PLC, PHILADELPHIA INDEMNITY INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY, | § § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § § | |
| vs. | § § | 133rd JUDICIAL DISTRICT |
| APACHE CORPORATION, | § § § | |
| *Defendant*. | § § | HARRIS COUNTY, TEXAS |

**ORDER GRANTING SWORN MOTION OF NON-RESIDENT ATTORNEY DARREN GRZYB TO APPEAR *PRO HAC VICE***

After consideration of the Sworn Motion of Darren Grzyb to Appear *Pro Hac Vice* in this Action (the "Motion"), filed under Rule XIX of the Rules of Admission of the Bar of Texas, the Court finds the Motion to be well taken. It is, therefore, hereby

ORDERED that Darren Grzyb of the law firm Chiesa Shahinian & Giantomasi PC shall be admitted *pro hac vice* in this matter as counsel for Plaintiff Everest Reinsurance Company.

IT IS SO ORDERED.

DATED:_____

Signed: 6/28/2023  [signature]
_____
JUDGE PRESIDING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Deborah Durr on behalf of Christopher Richard Ward
Bar No. 24008233
ddurr@clarkhill.com
Envelope ID: 76862861
Filing Code Description: Motion (No Fee)
Filing Description: Motion of Resident Attorney Ward in Support of Pro Hac Vice of Darren Grzyb
Status as of 6/22/2023 12:32 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Adam Diamond | | ADiamond@clarkhill.com | 6/22/2023 11:35:45 AM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 6/22/2023 11:35:45 AM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 6/22/2023 11:35:45 AM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 6/22/2023 11:35:45 AM | SENT |