# **EXHIBIT 17**

6/22/2023 11:20 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76861503
By: Patricia Gonzalez
Filed: 6/22/2023 11:20 AM

Pgs-2
APHVX

CAUSE NO. 202338238

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, HCC INTERNATIONAL INSURANCE COMPANY PLC, PHILADELPHIA INDEMNITY INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY, | § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF <br><br> HARRIS COUNTY, TEXAS <br><br> 133rd JUDICIAL DISTRICT |
| *Plaintiffs*, | | |
| vs. | | |
| APACHE CORPORATION, | | |
| *Defendant*. | | |

## ORDER GRANTING SWORN MOTION OF NON-RESIDENT ATTORNEY JASE A. BROWN TO APPEAR *PRO HAC VICE*

After consideration of the Sworn Motion of Jase A. Brown to Appear *Pro Hac Vice* in this Action (the "Motion"), filed under Rule XIX of the Rules of Admission of the Bar of Texas, the Court finds the Motion to be well taken. It is, therefore, hereby

ORDERED that Jase A. Brown of the law firm Chiesa Shahinian & Giantomasi PC shall be admitted *pro hac vice* in this matter as counsel for Plaintiff Everest Reinsurance Company.

IT IS SO ORDERED.

DATED:_____

Signed: 6/28/2023

_____
JUDGE PRESIDING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Deborah Durr on behalf of Christopher Richard Ward
Bar No. 24008233
ddurr@clarkhill.com
Envelope ID: 76861503
Filing Code Description: Motion (No Fee)
Filing Description: Motion of Resident Attorney Ward in Support of Pro Hac Vice of Jase Brown
Status as of 6/22/2023 12:12 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher RichardWard | | cward@clarkhill.com | 6/22/2023 11:20:02 AM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 6/22/2023 11:20:02 AM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 6/22/2023 11:20:02 AM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 6/22/2023 11:20:02 AM | SENT |