# **<u>EXHIBIT 18</u>**

6/22/2023 3:42 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76878197
By: Bonnie Lugo
Filed: 6/22/2023 3:42 PM

Pgs-2

APHVX

CAUSE NO. 2023-38238

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, HCC INTERNATIONAL INSURANCE COMPANY PLC, PHILADELPHIA INDEMNITY INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY, | § § § § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § § | |
| vs. | § § | HARRIS COUNTY, TEXAS |
| APACHE CORPORATION and DEUTSCHE BANK AG NEW YORK BRANCH, | § § § § | |
| *Defendants*. | § | 281ST JUDICIAL DISTRICT |

### ORDER GRANTING SWORN MOTION OF NON-RESIDENT ATTORNEY JEFFREY S. PRICE TO APPEAR *PRO HAC VICE*

After consideration of the Sworn Motion of Jeffrey S. Price to Appear *Pro Hac Vice* in this Action (the "Motion"), filed under Rule XIX of the Rules of Admission of the Bar of Texas, the Court finds the Motion to be well taken. It is, therefore, hereby

ORDERED that Jeffrey S. Price of the law firm Manier & Herod shall be admitted *pro hac vice* in this matter as counsel for Plaintiff Philadelphia Indemnity Insurance Company.

IT IS SO ORDERED.

DATED: _____

Signed: 6/28/2023   *[signature]*

JUDGE PRESIDING

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rose Ellis on behalf of Phil Eisenberg
Bar No. 24033923
REllis@lockelord.com
Envelope ID: 76878197
Filing Code Description: Motion (No Fee)
Filing Description: Sworn Motion of Non-Resident Attorney Jeffrey S. Price to Appear Pro Hac Vice
Status as of 6/22/2023 3:51 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Adam Diamond | | ADiamond@clarkhill.com | 6/22/2023 3:42:46 PM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 6/22/2023 3:42:46 PM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 6/22/2023 3:42:46 PM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 6/22/2023 3:42:46 PM | SENT |