# EXHIBIT 20

7/5/2023 10:59 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77207016
By: Patricia Gonzalez
Filed: 7/5/2023 10:59 AM

CAUSE NO. 2023-38238

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, HCC INTERNATIONAL INSURANCE COMPANY PLC, PHILADELPHIA INDEMNITY INSURANCE COMPANY and EVEREST REINSURANCE COMPANY, | § § § § § § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiffs*, | § § | HARRIS COUNTY, TEXAS |
| vs. | § § | |
| APACHE CORPORATION, | § § | 281ST JUDICIAL DISTRICT |
| *Defendant.* | § | |

## AMENDED NOTICE OF HEARING ON APPLICATION
## FOR TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE that Plaintiffs' Application for Temporary Restraining Order is set for an oral hearing on **Friday**, **July 7, 2023 at 12:30 p.m.** before the 281st Judicial District Court (Ancillary Court) of Harris County, Texas.

Respectfully submitted,

**CLARK HILL, PLC**

By: */s/ James Kimbell*
    James Kimball (TX Bar No. 11420000)
    jkimbell@clarkhill.com
    Christopher Ward (TX Bar No. 24008233)
    cward@clarkhill.com
    Duane J. Brescia (TX Bar No. 24025265)
    dbrescia@clarkhill.com
    Adam Diamond (TX Bar No. 24092344)
    adiamond@clarkhilll.com
    909 Fannin Street, Suite 2300
    Houston, Texas 77010
    (713) 951-5600 (Tel.) / (713) 951-5660 (Fax)

    **ATTORNEYS FOR PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY**

272181521.v1-7/5/23

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned certifies that on the 5th day of July, 2023, a true and correct copy of this Notice was e-served and e-mailed to all known counsel of record pursuant to Texas Rules of Civil Procedure.

*/s/ James Kimbell*     

James M. Kimbell

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Becky Delancy on behalf of James Kimbell
Bar No. 11420000
bdelancy@clarkhill.com
Envelope ID: 77207016
Filing Code Description: Notice
Filing Description: Amended Notice of Hearing on Application for
Temporary Restraining Order
Status as of 7/5/2023 11:43 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Becky Delancy | | bdelancy@clarkhill.com | 7/5/2023 10:59:07 AM | SENT |
| Christopher Verducci | 24051470 | cverducci@lockelord.com | 7/5/2023 10:59:07 AM | SENT |
| Philip Guy Eisenberg | 24033923 | peisenberg@lockelord.com | 7/5/2023 10:59:07 AM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 7/5/2023 10:59:07 AM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 7/5/2023 10:59:07 AM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 7/5/2023 10:59:07 AM | SENT |