# **EXHIBIT 21**

7/5/2023 9:56 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77202382
By: Patricia Gonzalez
Filed: 7/5/2023 9:56 AM

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202338238

RECEIPT NO: 960573   TRACKING NO: 74187078
EML

| | |
|---|---|
| Plaintiff:<br>ZURICH AMERICAN INSURANCE COMPANY<br>vs.<br>Defendant:<br>APACHE CORPORATION | In The 281st<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

To:   APACHE CORPORATION (DELAWARE CORPORATION) BY SERVING ITS REGISTERED AGENT
CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201, OR WHEREVER IT MAY BE FOUND

Attached is a copy of: PLAINTIFFS VERIFIED ORIGINAL PETITION AND APPLICATIONFOR TEMPORARY RESTRAINING ORDER AND TEMPORARY AND PERMANENTINJUNCTIONS

This instrument was filed on June 21, 2023 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on June 27, 2023, under my hand and seal of said court.

Issued at the request of:

DIAMOND, ADAM R
909 FANNIN STREET, SUITE 2300
HOUSTON, TX  77010
713-951-5600
Bar Number: 24092344

*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:CYNTHIA CLAUSELL

CAUSE NO. 2023-38238

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL | § § | IN THE COURT OF |
| Plaintiff, | § § | |
| VS. | § § | HARRIS COUNTY, |
| APACHE CORPORATION | § | |
| Defendant. | § | 281ST JUDICIAL DISTRICT COURT |

## AFFIDAVIT OF SERVICE

"The following came to hand on Jun 27, 2023, 10:01 am,

**CITATION CORPORATE, PLAINTIFFS' VERIFIED ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY AND PERMANENT INJUNCTIONS,**

and was executed at **1999 Bryan St #900, Dallas, TX 75201** within the county of **Dallas** at **01:12 PM** on **Tue, Jun 27 2023**, by delivering a true copy to the within named

**APACHE CORPORATION (DELAWARE CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM, BY SERVING ITS EMPLOYEE TERRI THONGSAVAT**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **JEREMY NEW**, my date of birth is **09-17-1980**, and my address is **5999 CUSTER ROAD #110-315, FRISCO, TEXAS 75035**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **COLLIN** County, State of **TEXAS**, on **June 27, 2023**.

JEREMY NEW
Certification Number: 22220
Certification Expiration: 3/31/2025