# **EXHIBIT 26**

7/6/2023 9:16 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77280420
By: Bonnie Lugo
Filed: 7/6/2023 9:16 PM

Cause No. 2023-38238

| | | |
|---|---|---|
| Zurich American Insurance Company, HCC International Insurance Company PLC, Philadelphia Indemnity Insurance Company, Everest Reinsurance Company, | § § § § | In the District Court of |
| Plaintiffs, | § | Harris County, Texas |
| v. | § | |
| Apache Corporation, | § | 281st Judicial District |
| Defendant. | § | |

## MOTION OF RESIDENT ATTORNEY GEOFFREY HARRISON IN SUPPORT OF *PRO HAC VICE* ADMISSION OF WINSTON H LUO

To The Honorable Judge of Said Court:

I, Geoffrey Harrison, file this Motion in Support of Winston Luo's Sworn Motion to Appear Pro Hac Vice in this Court.

I am associated with Mr. Luo on this case, and I will actively participate in the hearings and trial.

I am a practicing attorney and member in good standing of the State Bar of Texas. My State Bar number is 00785947. My office address is Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas 77002-5096. My telephone number is (713) 651-9366. My fax number is (713) 654-6666.

I am acquainted with Mr. Luo and find him to be a reputable attorney. I recommend that Mr. Luo be granted permission to participate in this proceeding before this Court.

WHEREFORE, Geoffrey Harrison moves that Winston H Luo be admitted pro hac vice before this Court in the above-captioned case.

Respectfully submitted,

By: /s/ *Geoffrey L. Harrison*
    Geoffrey L. Harrison
    TX State Bar No. 00785947

11610352v1/017601

        Abigail Noebels
        TX State Bar No. 24083578
        Susman Godfrey L.L.P.
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002-5096
        Telephone: (713) 651-9366
        Facsimile: (713) 654-6666
        gharrison@susmangodfrey.com
        anoebels@susmangodfrey.com

        Nick Spear (*pro hac vice* forthcoming)
        CA State Bar No. 304281
        Susman Godfrey L.L.P.
        1900 Avenue of the Stars, Suite 1400
        Los Angeles, California 90067
        Telephone: (310) 789-3100
        Facsimile: (310) 789-3150
        nspear@susmangodfrey.com

        Winston Luo (*pro hac vice* forthcoming)
        WA State Bar No. 60828
        Susman Godfrey L.L.P.
        401 Union Street, Suite 3000
        Seattle, Washington 98101
        Telephone: (206) 516-3880
        Facsimile: (206) 516-3883
        wluo@susmangodfrey.com

        Counsel for Defendant Apache Corporation

        Certificate of Service

On July 6, 2023, a true and correct copy of this document was served on counsel of record in accordance with the TRCP via electronic filing.

        /s/ *Geoffrey L. Harrison*
        Geoffrey L. Harrison

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charlotte Oxley on behalf of Geoffrey Harrison
Bar No. 00785947
coxley@susmangodfrey.com
Envelope ID: 77280420
Filing Code Description: Motion (No Fee)
Filing Description: Motion
Status as of 7/7/2023 8:04 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Geoffrey L.Harrison | | gharrison@susmangodfrey.com | 7/6/2023 9:16:10 PM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 7/6/2023 9:16:10 PM | SENT |
| Christopher Verducci | 24051470 | cverducci@lockelord.com | 7/6/2023 9:16:10 PM | SENT |
| Michael Edward Collins | 24029006 | mcollins@manierherod.com | 7/6/2023 9:16:10 PM | SENT |
| Philip Guy Eisenberg | 24033923 | peisenberg@lockelord.com | 7/6/2023 9:16:10 PM | SENT |
| Charlotte Oxley | | coxley@susmangodfrey.com | 7/6/2023 9:16:10 PM | SENT |
| Jeff McLaren | | jmclaren@susmangodfrey.com | 7/6/2023 9:16:10 PM | SENT |
| Nicholas Spear | | nspear@susmangodfrey.com | 7/6/2023 9:16:10 PM | SENT |
| Duane Brescia | | dbrescia@clarkhill.com | 7/6/2023 9:16:10 PM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 7/6/2023 9:16:10 PM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 7/6/2023 9:16:10 PM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 7/6/2023 9:16:10 PM | SENT |
| Winston Luo | | wluo@susmangodfrey.com | 7/6/2023 9:16:10 PM | SENT |
| Abigail Noebels | | anoebels@susmangodfrey.com | 7/6/2023 9:16:10 PM | SENT |