# **EXHIBIT 31**

7/6/2023 9:29 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77280473
By: Patricia Gonzalez
Filed: 7/6/2023 9:29 PM

Cause No. 2023-38238

| | | |
|---|---|---|
| Zurich American Insurance Company, HCC International Insurance Company PLC, Philadelphia Indemnity Insurance Company, Everest Reinsurance Company, | § § § § | In the District Court of |
| Plaintiffs, | § | Harris County, Texas |
| v. | § | |
| Apache Corporation, | § | 281st Judicial District |
| Defendant. | § § | |

[PROPOSED]
ORDER GRANTING SWORN MOTION FOR NON-RESIDENT ATTORNEY
NICHOLAS N. SPEAR FOR ADMISSION *PRO HAC VICE*

The Court has considered the unopposed motion of non-resident attorney, Nicholas N. Spear, for admission pro hac vice.

It is ordered that applicant, Nicholas N. Spear, is granted permission to participate in the above-captioned proceeding as counsel for Defendant Apache Corporation.

SIGNED on _____.

_____
The Honorable Christine Weems

11610364v1/017601

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charlotte Oxley on behalf of Geoffrey Harrison
Bar No. 00785947
coxley@susmangodfrey.com
Envelope ID: 77280473
Filing Code Description: Proposed Order
Filing Description: Proposed Order
Status as of 7/7/2023 7:42 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Geoffrey L.Harrison | | gharrison@susmangodfrey.com | 7/6/2023 9:29:12 PM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 7/6/2023 9:29:12 PM | SENT |
| Christopher Verducci | 24051470 | cverducci@lockelord.com | 7/6/2023 9:29:12 PM | SENT |
| Michael Edward Collins | 24029006 | mcollins@manierherod.com | 7/6/2023 9:29:12 PM | SENT |
| Philip Guy Eisenberg | 24033923 | peisenberg@lockelord.com | 7/6/2023 9:29:12 PM | SENT |
| Charlotte Oxley | | coxley@susmangodfrey.com | 7/6/2023 9:29:12 PM | SENT |
| Jeff McLaren | | jmclaren@susmangodfrey.com | 7/6/2023 9:29:12 PM | SENT |
| Nicholas Spear | | nspear@susmangodfrey.com | 7/6/2023 9:29:12 PM | SENT |
| Duane Brescia | | dbrescia@clarkhill.com | 7/6/2023 9:29:12 PM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 7/6/2023 9:29:12 PM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 7/6/2023 9:29:12 PM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 7/6/2023 9:29:12 PM | SENT |
| Winston Luo | | wluo@susmangodfrey.com | 7/6/2023 9:29:12 PM | SENT |
| Abigail Noebels | | anoebels@susmangodfrey.com | 7/6/2023 9:29:12 PM | SENT |