# **EXHIBIT 33**

7/7/2023 1:18 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77301896
By: Bonnie Lugo
Filed: 7/6/2023 9:18 PM

Cause No. 2023-38238

| | | |
|---|---|---|
| Zurich American Insurance Company, HCC International Insurance Company PLC, Philadelphia Indemnity Insurance Company, Everest Reinsurance Company, | § § § § | In the District Court of |
| Plaintiffs, | § | Harris County, Texas |
| v. | § | |
| Apache Corporation, | § | 281st Judicial District |
| Defendant. | § § | |

~~[PROPOSED]~~

ORDER GRANTING UNOPPOSED MOTION FOR NON-RESIDENT ATTORNEY
WINSTON H LUO FOR ADMISSION *PRO HAC VICE*

The Court has considered the unopposed motion of non-resident attorney, Winston H. Luo, for admission pro hac vice.

It is ordered that applicant, Winston H. Luo, is granted permission to participate in the above-captioned proceeding as counsel for Defendant Apache Corporation.

SIGNED on _____.

Signed: 7/7/2023  *[signature]*
_____
THE HONORABLE CHRISTINE WEEMS

/s/ *Geoffrey L. Harrison*
Geoffrey L. Harrison
TX State Bar No. 00785947
Abigail Noebels
TX State Bar No. 24083578
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366

11610197v1/017601

Facsimile: (713) 654-6666
gharrison@susmangodfrey.com
anoebels@susmangodfrey.com

Nicholas N. Spear (*pro hac vice* pending)
CA State Bar No. 304281
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
nspear@susmangodfrey.com

Winston Luo (*pro hac vice* pending)
WA State Bar No. 60828
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
wluo@susmangodfrey.com

Counsel for Defendant Apache Corporation


Certificate of Conference

Counsel for Apache Corporation conferred with counsel for Plaintiffs on July 7, 2023, and counsel for Plaintiffs are unopposed as to the disposition of the matters raised in this motion.

　　　　　　　　　　　　　　　　　　　　　/s/ *Geoffrey L. Harrison*
　　　　　　　　　　　　　　　　　　　　　Geoffrey L. Harrison

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charlotte Oxley on behalf of Geoffrey Harrison
Bar No. 00785947
coxley@susmangodfrey.com
Envelope ID: 77301896
Filing Code Description: Proposed Order
Filing Description: Proposed Order
Status as of 7/7/2023 2:03 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Geoffrey L.Harrison | | gharrison@susmangodfrey.com | 7/7/2023 1:18:57 PM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 7/7/2023 1:18:57 PM | SENT |
| Christopher Verducci | 24051470 | cverducci@lockelord.com | 7/7/2023 1:18:57 PM | SENT |
| Michael Edward Collins | 24029006 | mcollins@manierherod.com | 7/7/2023 1:18:57 PM | SENT |
| Philip Guy Eisenberg | 24033923 | peisenberg@lockelord.com | 7/7/2023 1:18:57 PM | SENT |
| Charlotte Oxley | | coxley@susmangodfrey.com | 7/7/2023 1:18:57 PM | SENT |
| Jeff McLaren | | jmclaren@susmangodfrey.com | 7/7/2023 1:18:57 PM | SENT |
| Nicholas Spear | | nspear@susmangodfrey.com | 7/7/2023 1:18:57 PM | SENT |
| Duane Brescia | | dbrescia@clarkhill.com | 7/7/2023 1:18:57 PM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 7/7/2023 1:18:57 PM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 7/7/2023 1:18:57 PM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 7/7/2023 1:18:57 PM | SENT |
| Winston Luo | | wluo@susmangodfrey.com | 7/7/2023 1:18:57 PM | SENT |
| Abigail Noebels | | anoebels@susmangodfrey.com | 7/7/2023 1:18:57 PM | SENT |