# **EXHIBIT 34**

Case 20-33948   Document 2818-34   Filed in TXSB on 07/26/23   Page 2 of 4

7/10/2023 5:40 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77374214
By: Bonnie Lugo
Filed: 7/10/2023 4:13 PM

Cause No. 2023-38238

| | | |
|---|---|---|
| Zurich American Insurance Company, HCC International Insurance Company PLC, Philadelphia Indemnity Insurance Company, Everest Reinsurance Company, §   Plaintiffs, v. Apache Corporation, §   Defendant. | § § § § § § § § § | In the District Court of Harris County, Texas 281st Judicial District |

Notice of Resetting of Temporary Injunction Hearing

This is notice that per communications with the Clerk of the Court, the temporary injunction hearing that had been scheduled to begin on Tuesday July 11, 2023 at 9am has been moved by one day and has been reset to begin on Wednesday July 12, 2023 at 9am. All parties confirm and agree to this resetting as reflected below.

Dated: July 10, 2023

| Confirmed and Agreed | |
|---|---|
| *[signature]*<br>James Kimbell<br>Counsel for Plaintiff Zurich American Insurance Company and authorized to confirm and agree on behalf of Plaintiffs HCC International Insurance Company PLC, Philadelphia Indemnity Insurance Company, and Everest Reinsurance Company | *[signature]*<br>Geoffrey L. Harrison<br>Counsel for Defendant Apache Corporation |

Certificate of Service

On July 10, 2023, a true and correct copy of this document was served on counsel of record in accordance with the TRCP via electronic filing.

/s/ *Geoffrey L. Harrison*
Geoffrey L. Harrison

11615368v1/017601

Respectfully submitted,

| | |
|---|---|
| James Kimbell<br>TX Bar No. 11420000<br>Clark Hill, PLC<br>909 Fannin Street, Suite 2300<br>Houston, Texas 77010<br>Telephone: (713) 951-5600<br>Facsimile: (713) 951-5660<br>jkimbell@clarkhill.com<br><br>*Counsel for Plaintiff Zurich American Insurance Company and authorized to confirm and agree on behalf of Plaintiffs HCC International Insurance Company PLC, Philadelphia Indemnity Insurance Company, and Everest Reinsurance Company* | Geoffrey L. Harrison<br>TX Bar No. 00785947<br>Susman Godfrey L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>gharrison@susmangodfrey.com<br><br>*Counsel for Defendant Apache Corporation* |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charlotte Oxley on behalf of Geoffrey Harrison
Bar No. 00785947
coxley@susmangodfrey.com
Envelope ID: 77374214
Filing Code Description: Notice
Filing Description: Notice of Resetting of Temporary Injunction Hearing
Status as of 7/11/2023 8:00 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Geoffrey L.Harrison | | gharrison@susmangodfrey.com | 7/10/2023 5:40:04 PM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 7/10/2023 5:40:04 PM | SENT |
| Christopher Verducci | 24051470 | cverducci@lockelord.com | 7/10/2023 5:40:04 PM | SENT |
| Michael Edward Collins | 24029006 | mcollins@manierherod.com | 7/10/2023 5:40:04 PM | SENT |
| Philip Guy Eisenberg | 24033923 | peisenberg@lockelord.com | 7/10/2023 5:40:04 PM | SENT |
| Charlotte Oxley | | coxley@susmangodfrey.com | 7/10/2023 5:40:04 PM | SENT |
| Jeff McLaren | | jmclaren@susmangodfrey.com | 7/10/2023 5:40:04 PM | SENT |
| Nicholas Spear | | nspear@susmangodfrey.com | 7/10/2023 5:40:04 PM | SENT |
| Duane Brescia | | dbrescia@clarkhill.com | 7/10/2023 5:40:04 PM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 7/10/2023 5:40:04 PM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 7/10/2023 5:40:04 PM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 7/10/2023 5:40:04 PM | SENT |
| Winston Luo | | wluo@susmangodfrey.com | 7/10/2023 5:40:04 PM | SENT |
| Abigail Noebels | | anoebels@susmangodfrey.com | 7/10/2023 5:40:04 PM | SENT |