# **EXHIBIT 40**

Case 20-33948   Document 2818-40   Filed in TXSB on 07/26/23   Page 2 of 12

7/11/2023 10:31 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77388987
By: Bonnie Lugo
Filed: 7/11/2023 10:31 AM

CAUSE NO. 202338238

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, HCC INTERNATIONAL INSURANCE COMPANY PLC, PHILADELPHIA INDEMNITY INSURANCE COMPANY and EVEREST REINSURANCE COMPANY, | § § § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § § | HARRIS COUNTY, TEXAS |
| vs. | § § § | |
| APACHE CORPORATION, | § § | |
| *Defendant.* | § | 281st JUDICIAL DISTRICT |

**PLAINTIFFS' PRELIMINARY PROPOSED STIPULATED EXHIBIT LIST**

| Number | Date | Description | Offer | Objection | Admit | Not Admitted |
|---|---|---|---|---|---|---|
| *Apache/Fieldwood-GOM Documents* | | | | | | |
| 1. | 09/30/2013 | Decommissioning Agreement **DX 32** | | | | |
| 2. | 09/30/2013 | First Amendment to Decommissioning Agreement | | | | |
| 3. | 09/30/2013 | Second Amendment to Decommissioning Agreement | | | | |
| 4. | 04/25/2017 | Third Amendment to Decommissioning Agreement | | | | |
| 5. | 09/01/2017 | Fourth Amendment to Decommissioning Agreement | | | | |
| 6. | 04/11/2018 | Fifth Amendment to Decommissioning Agreement **DX 11** | | | | |
| 7. | 07/18/2013 | Purchase and Sale Agreement [Excerpts] **DX 9** | | | | |
| 8. | 09/2023 | Fieldwood Decommissioning Trust A Trust Agreement | | | | |

| Number | Date | Description | Offer | Objection | Admit | Not Admitted |
|---|---|---|---|---|---|---|
| *Bankruptcy Pleadings and Documents* | | | | | | |
| 9. | 01/01/2021 | Restructuring Support Agreement, Apache Implementation Term Sheet, Ex G to Disclosure Statement (ECF 723-1 pp. 197-233) [Excerpts only] | | | | |
| 10. | 04/15/2021 | Amended Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy, LLC and its Affiliates (ECF 1285) [Excerpts only] | | | | |
| 11. | 04/15/2021 | Exhibit O – FWE I Projections, Amended Disclosure Statement (ECF 1285-2 p. 448) **Part of DX 33** | | | | |
| 12. | 06/25/2021 | Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy and its Affiliates (ECF 1732) | | | | |
| 13. | 06/15/2021 | Plan Supplement, Exhibit H, Apache Definitive Documents (ECF 1562) [Excerpts only] | | | | |
| 14. | 06/15/2021 | FWE I LLC Agreement, Plan Supplement, Exhibit H, Apache Definitive Documents, Ex 6 (ECF 1562) [Excerpt only] | | | | |
| 15. | 06/02/2021 | Plan Objection of Zurich American Insurance Company (ECF 1446) [Unredacted, document only, no exhibits] | | | | |
| 16. | 06/11/2021 | Plan Objection of HCC International Insurance Company PLC (ECF 1537) | | | | |
| 17. | 06/02/2021 | Plan Objection of Philadelphia Indemnity Insurance Company (ECF 1449) | | | | |

| Number | Date | Description | Offer | Objection | Admit | Not Admitted |
|---|---|---|---|---|---|---|
| 18. | 06/02/2021 | Plan Objection of Everest Reinsurance Company (ECF 1461) | | | | |
| 19. | 06/20/2021 | Supplemental Plan Objection of Everest Reinsurance (ECF 1664) | | | | |
| 20. | 05/22/21 | Adversary Complaint for Declaratory Judgement – filed by Fieldwood Energy and GOM Shelf against Apache, HCCI, Everest and Philadelphia, Case No. 21-03418-MI in U.S. Bankruptcy Court, S.D. Tex. (ECF 1) | | | | |
| 21. | 06/25/2023 | Findings of Fact, Conclusions of Law and Order Confirming Joint Chapter 11 Plan (ECF 1751) | | | | |
| 22. | 06/25/2021 | Term Sheet between Apache, Sureties and Debtors, Exhibit B to Order Confirming Plan (ECF 1752-2) **DX 13** | | | | |
| 23. | 08/27/2021 | Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Field and its Affiliated Debtors and (II) Occurrence of the Effective Date (ECF 2016) | | | | |
| | | *Zurich Documents* | | | | |
| 24. | 11/12/2015 | Standby Letter of Credit #839BGC1500968, Deutsche Bank AG New York Branch | | | | |
| 25. | 11/12/2015 | Standby Letter of Credit #839BGC1500969, Deutsche Bank AG New York Branch | | | | |
| 26. | 11/12/2015 | Standby Letter of Credit #839BGC1500970, Deutsche Bank AG New York Branch | | | | |

| Number | Date | Description | Offer | Objection | Admit | Not Admitted |
|---|---|---|---|---|---|---|
| 27. | 11/12/2015 | Standby Letter of Credit #839BGC1500971, Deutsche Bank AG New York Branch | | | | |
| 28. | 11/09/2015 | Performance Bond No. LPM9181831, Zurich American Ins. Co. **Part of DX 12** | | | | |
| 29. | 11/09/2015 | Performance Bond No. LPM9181832, Zurich American Ins. Co. **Part of DX 12** | | | | |
| 30. | 11/09/2015 | Performance Bond No. LPM9181833, Zurich American Ins. Co. **Part of DX 12** | | | | |
| 31. | 11/09/2015 | Performance Bond No. LPM9181834, Zurich American Ins. Co. **Part of DX 12** | | | | |
| 32. | 09/18/2014 | General Agreement of Indemnity | | | | |
| 33. | 11/09/2015 | Continuing Agreement for Standby Letters of Credit | | | | |
| *HCCI Documents* | | | | | | |
| 34. | 01/04/2016 | Continuing Agreement for Standby Letter of Credit | | | | |
| 35. | 01/14/2016 | General Indemnity Agreement | | | | |
| 36. | 04/27/2016 | Participation Agreement | | | | |
| 37. | 05/23/2016 | Standby Letter of Credit #839BGC1600430, Deutsche Bank AG New York Branch | | | | |
| *Philadelphia Documents* | | | | | | |
| 38. | 09/27/2018 | Payment Bond No. PB03251500040 **DX 3** | | | | |
| 39. | 09/26/2018 | General Indemnity Agreement Commercial Surety | | | | |
| *Everest Documents* | | | | | | |
| 40. | 09/27/2018 | Bond No. ES00001441 **DX 2** | | | | |

| Number | Date | Description | Offer | Objection | Admit | Not Admitted |
|---|---|---|---|---|---|---|
| 41. | 08/20/2018 | Agreement of Indemnity; Everest Document | | | | |
| | | *Apache/Surety/GOM Settlement Documents* | | | | |
| 42. | 08/27/2021 | Subrogation, Subordination and Payment Agreement **DX 5** | | | | |
| 43. | 08/10/2021 | Information Sharing Letter Agreement | | | | |
| 44. | 08/27/2021 | Apache Surety Consent Letter | | | | |
| 45. | 08/27/2021 | Farmout Agreement | | | | |
| 46. | | **RESERVED** | | | | |
| 47. | 08/17/2021 | Stipulation and Order Dismissing Adversary Proceeding – Case No. 21-03418-MI (ECF 41) | | | | |
| | | *GOM Shelf Post-Bankruptcy Operations (Apache copied on/received all docs)* | | | | |
| 48. | 02/15/2022 | Monthly Operating Report of GOM Shelf – January 2022 | | | | |
| 49. | 02/22/2023 | Monthly Operating Report of GOM Shelf – January 2023 | | | | |
| 50. | 06/22/2023 | Monthly Operating Report of GOM Shelf – May 2023 | | | | |
| 51. | 11/01/2022 | Arena – GOM Purchase & Sale Agreement | | | | |
| | | *Additional Documents* | | | | |
| 52. | | Certification of Rights - Jon Graham | | | | |
| 53. | | **RESERVED** | | | | |
| | | *GOM Shelf/BOEM P&A Default Documents* | | | | |
| 54. | 09/08/2021 | Letter from GOM Shelf to BOEM/BSSE re Notice of Default | | | | |
| 55. | 02/22/2022 | Letter from GOM Shelf to BOEM/BSEE re Additional Notice of Default **DX 19** | | | | |
| 56. | 04/05/2022 | Letter from GOM Shelf to BOEM/BSEE re Amended Notice of Default **DX 20** | | | | |

| Number | Date | Description | Offer | Objection | Admit | Not Admitted |
|---|---|---|---|---|---|---|
| *Apache P&A Default Documents* | | | | | | |
| 56.1 | 01/04/2023 | Email – D Brescia to D. Peterman and J Graham re status request **DX 21** | | | | |
| 57. | 01/23/2023 | Email – B Cupit to D. Brescia re Trust A Reimbursements (w/o attachments) | | | | |
| 58. | 03/01/2023 | Email - B Cupit to D. Brescia re Trust A Reimbursements (w/o attachments) | | | | |
| 59. | 02/28/2022, 03/24/2022, 04/05/2022, 05/20/2022, 01/23/2023 | Secondary Beneficiary Demands for Reimbursement from Trust A | | | | |
| 60. | 06/232022, 07/29/2022, 08/23/2022, 09/22/2022, 10/20/2022, 11/18/2022, 12/21/2022, 01/23/2022 | Letters to Trust A for Reimbursement | | | | |
| 61. | 03/09/2022, 06/07/2022, 07/14/2022, 08/05/2022, 09/07/2022, 10/05/2022, 11/03/2022, 12/06/2022, 01/05/2023 | Seller Notices of Reimbursable Event **Part of DX 40** | | | | |
| 62. | 04/18/2022 | Email – B. Cupit to D. Brescia re expected P&A after defaults / consent request | | | | |
| 63. | 04/19/2022 | Email – B. Cupit to D. Brescia re corrected Leases – Order Received | | | | |

| Number | Date | Description | Offer | Objection | Admit | Not Admitted |
|---|---|---|---|---|---|---|
| 64. | 04/19/2022 | Email – B. Cupit to D. Brescia re (1 of 4) Decommissioning Orders Received | | | | |
| 65. | 04/19/2022 | Email – B. Cupit to D. Brescia re (2 of 4) Decommissioning Orders received | | | | |
| 66. | 04/19/2022 | Email – B. Cupit to D. Brescia re (3 of 4) Decommissioning Orders Received | | | | |
| 67. | 04/19/2022 | Email – B. Cupit to D. Brescia re (4 of 4) Decommissioning Orders Received | | | | |
| 68. | 04/27/2022 | Email – B. Cupit to D. Brescia re justification of consent request | | | | |
| 69. | 06/14/2022 | Email – B. Cupit to D. Brescia re consent request | | | | |
| 70. | 07/05/2023 | Letter – D. Brescia to J. Graham re latest draws on Trust A | | | | |
| 70.1 | 07/05/2023 | Letter – D. Brescia to G. Harrison re latest draws on Trust A | | | | |
| *Correspondence Among Parties re GOM Post-Bankruptcy Performance/Demand* | | | | | | |
| 71. | 02/18/2022 | Letter – D. Brescia to D. Peterman re letter demand | | | | |
| 72. | 04/06/2022 | Letter – D. Peterman to D. Brescia re response to Surety 2-18-22 letter Demand | | | | |
| 73. | 07/06/2022 | Letter – D. Brescia to J. Graham re GOM evaluation **DX 14** | | | | |
| 74. | 09/21/2022 | Email – J. Graham to D. Brescia re new project evaluation | | | | |
| 75. | 10/12/2022 | Email – J. Graham to D. Brescia re new operator and sale of assets | | | | |
| 76. | 11/21/2022 | Email – J. Graham to D. Brescia re status request | | | | |

| Number | Date | Description | Offer | Objection | Admit | Not Admitted |
|---|---|---|---|---|---|---|
| 77. | 03/02/2023 | Letter – D. Brescia to J. Graham re Surety information request | | | | |
| 78. | 04/07/2023 | Email – A. Noebels to D. Brescia re backup for draw requests **DX 31** | | | | |
| 79. | 04/19/2023 | Email – A. Noebels to D. Brescia re backup for draw requests **DX 30** | | | | |
| 80. | 05/05/2023 | Email – exchange between D. Peterman, J. Graham and D. Brescia re GOM refusal to pursue sale effort | | | | |

Respectfully submitted,

**CLARK HILL, PLC**

By:*/s/ Christopher R. Ward*
    James Kimball (TX Bar No. 11420000)
    jkimbell@clarkhill.com
    Christopher R. Ward (TX Bar No. 24008233)
    cward@clarkhill.com
    Duane J. Brescia (TX Bar No. 24025265)
    dbrescia@clarkhill.com
    Adam Diamond (TX Bar No. 24092344)
    adiamond@clarkhilll.com
    909 Fannin Street, Suite 2300
    Houston, Texas 77010
    (713) 951-5600 (Tel.)
    (713) 951-5660 (Fax)

    **ATTORNEYS FOR PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY**

**LOCKE LORD LLP**

By:*/s/ Philip Eisenberg*
   Philip Eisenberg (TX Bar No. 24033923)
   peisenberg@lockelord.com
   Christopher A. Verducci (TX Bar No. 24051470)
   cverducci@lockelord.com
   600 Travis Street
   Houston, Texas 77002
   (713) 226-1200 (Tel.)
   (713) 223-3717 (Fax)

   **ATTORNEYS FOR PLAINTIFF HCC INTERNATIONAL INSURANCE COMPANY PLC**

**MANIER & HEROD**

By:*/s/ Jeff Price*
   Michael E. Collins (TX Bar No. 24029006)
   mcollins@manierherod.com
   Jeff Price (TN Bar No. 019550)
   jprice@manierherod.com
   Scott Williams (TN Bar No. 021757)
   swilliams@manierherod.com
   1201 Demonbreun St, Suite 900
   Nashville, Tennessee 37203
   (615) 244-0300 (Tel.)
   (615) 242-4203 (Fax)

   **ATTORNEYS FOR PLAINTIFF PHILADELPHIA INDEMNITY INSURANCE COMPANY**

**CHIESA, SHAHINIAN & GIANTOMASI, PC**

By: */s/ Darren Gryzb*
Darren Gryzb (NJ Bar No. 016142005)
dgryzb@csglaw.com
Jase A. Brown (NJ Bar No. 225202018)
jbrown@csglaw.com
105 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 325-1500 (Tel.)
(973) 530-2277 (Fax)

**ATTORNEYS FOR PLAINTIFF EVEREST REINSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of this filing has been served on July 11, 2023, on all counsel of record via e-service.

/s/ Adam R. Diamond
Adam R. Diamond

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Becky Delancy on behalf of Christopher Richard Ward
Bar No. 24008233
bdelancy@clarkhill.com
Envelope ID: 77388987
Filing Code Description: No Fee Documents
Filing Description: Plaintiffs' Preliminary Proposed Stipulated Exhibit List
Status as of 7/11/2023 11:26 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Duane Brescia | | dbrescia@clarkhill.com | 7/11/2023 10:31:18 AM | SENT |
| Geoffrey L.Harrison | | gharrison@susmangodfrey.com | 7/11/2023 10:31:18 AM | SENT |
| Charlotte Oxley | | coxley@susmangodfrey.com | 7/11/2023 10:31:18 AM | SENT |
| Jeff McLaren | | jmclaren@susmangodfrey.com | 7/11/2023 10:31:18 AM | SENT |
| Nicholas Spear | | nspear@susmangodfrey.com | 7/11/2023 10:31:18 AM | SENT |
| Winston Luo | | wluo@susmangodfrey.com | 7/11/2023 10:31:18 AM | SENT |
| Abigail Noebels | | anoebels@susmangodfrey.com | 7/11/2023 10:31:18 AM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 7/11/2023 10:31:18 AM | SENT |
| Christopher Verducci | 24051470 | cverducci@lockelord.com | 7/11/2023 10:31:18 AM | SENT |
| Philip Guy Eisenberg | 24033923 | peisenberg@lockelord.com | 7/11/2023 10:31:18 AM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 7/11/2023 10:31:18 AM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 7/11/2023 10:31:18 AM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 7/11/2023 10:31:18 AM | SENT |
| Michael Edward Collins | 24029006 | mcollins@manierherod.com | 7/11/2023 10:31:18 AM | SENT |