# **EXHIBIT 42**

7/11/2023 11:15 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77392356
By: Bonnie Lugo
Filed: 7/11/2023 11:15 AM

Cause No. 2023-38238

| | | |
|---|---|---|
| Zurich American Insurance Company, HCC International Insurance Company PLC, Philadelphia Indemnity Insurance Company, Everest Reinsurance Company, | § § § § | In the District Court of |
| Plaintiffs, | § | |
| v. | § | |
| Apache Corporation, | § | 281st Judicial District |
| Defendant. | § | |

Harris County, Texas

Apache's Injunction Hearing Exhibit List

Apache reserves the right to supplement this exhibit list before and during the proceedings and to offer materials not listed here based on arguments, offering, exhibits, and testimony from the Insurers. Apache reserves the right to use any exhibits on the Insured's list and has tried to avoid listing duplicates here.

| DX # | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 1 | 06/02/2022 | Letter from US Department of Interior to Apache Corporation and others re Decommissioning Order for Lease | | |
| 2 | 08/30/2018 | Payment Bond between Fieldwood Energy LLC, Everest Reinsurance Company, and Apache Corporation | | |
| 3 | 09/27/2018 | Payment Bond between Fieldwood Energy LLC, Philadelphia Indemnity Insurance Company, and Apache Corporation | | |
| 4 | 09/30/2013 | Deutsche Bank AG Standby Letter of Credit No. DBS-20280 | | |
| 5 | 08/07/2021 | Subrogation, Subordination, and Payment Agreement | | |
| 6 | | Department of the Interior BSEE webpage re Decommissioning | | |
| 7 | | Department of the Interior BSEE webpage re Decommissioning | | |
| 8 | 12/11/2018 | BSEE Notice to Lessees and Operators re Idle Iron Decommissioning Guidance for Wells and Platforms | | |
| 9 | 07/18/2013 | Purchase and Sale Agreement between Apache Corporation, Fieldwood Energy and GOM Shelf | | |
| 10 | 06/02/2021 | Excerpts from the deposition of Jon Graham in *In re: Fieldwood Energy, LLC*, Case No. 20-33948 | | |
| 11 | 04/11/2018 | Fifth Amendment to Decommissioning Agreement | | |
| 12 | 11/09/2015 | Payment Bonds between Fieldwood Energy LLC, Zurich American Insurance Company, and Deutsche Bank AG New York Branch | | |

1

| DX # | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 13 | 06/25/2021 | Findings Of Fact, Conclusions Of Law, And Order (I) Confirming Eighth Amended Joint Chapter 11 Plan Of Fieldwood Energy LLC And Its Affiliated Debtors And (Ii) Granting Related Relief in *In re: Fieldwood Energy*, Case No. 20-33948 | | |
| 14 | 07/06/2022 | Letter from Duane Brescia to Jon Graham re Apache Sureties' Evaluation of the GOM Shelf/Apache Production of Documents | | |
| 15 | 08/00/2021 | Letter Agreement Related to GOM Shelf LLC Merger with Fieldwood Energy I signed by Sureties | | |
| 16 | | NOT USED | | |
| 17 | | NOT USED | | |
| 18 | | NOT USED | | |
| 19 | 09/08/2021 | Letter from GOM Shelf LLC to US Department of Interior, BSEE and BOEM re further notice of default | | |
| 20 | 02/22/2022 | Letter from GOM Shelf LLC to US Department of Interior, BSEE and BOEM re further notice of post-Effective Date default | | |
| 21 | 04/05/2022 | Letter from GOM Shelf LLC to US Department of Interior, BSEE and BOEM re further notice of post-Effective Date default | | |
| 22 | 09/08/2021 | Email from Peter Czerniakowski to Gregory Aumann re renewal of Philadelphia Indemnity Insurance Company bond | | |
| 23 | 08/02/2022 | Email from Gregory Aumann to Rose Olmos re renewal of Philadelphia Indemnity Insurance Company bond | | |
| 24 | 07/19/2022 | Email from Tony Romano to Rose Olmos re renewal of the Everest Reinsurance Company bond | | |
| 25 | 08/14/2022 | Bi-weekly Status Report for South Pass Block #89-B Platform (R&M Repair Work) | | |
| 26 | 09/11/2022 | Bi-weekly Status Report for South Pass Block #89-B Platform (R&M Repair Work) | | |
| 27 | 06/06/2022 | Letter from Apache Corporation to GOM Shelf LLC re Seller Notice of Required Decommissioning under Decommissioning Agreement | | |
| 28 | 03/22/2022 | Email from Michelle Hsiao to Rose Olmos re renewal of Deutsche Bank SBLC #839BGC1600430 | | |
| 29 | 03/28/2023 | Email from Konni Geppert to James Snelling re renewal of Deutsche Bank SBLC #839BGC1600430 | | |
| 30 | 04/17/2023 | Email from Abigail Noebels to Duane Brescia and others re courtesy production of documents | | |
| 31 | 04/19/2023 | Email with attachments from Abigail Noebels to Duane Brescia and others re supplemental production of documents | | |
| 32 | 09/30/2013 | Decommissioning Agreement among Apache entities, Fieldwood Energy LLC and GOM Shelf LLC | | |
| 33 | 04/14/2021 | Dkt 1270-2 Exhibit O – FWE I Projections, Amended Disclosure Statement | | |

| DX # | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 34 | 08/27/2021 | Limited Liability Company Agreement of Fieldwood Energy I LLC | | |
| 35 | 08/05/2021 | Letter from Fieldwood Energy LLC to Deutsche Bank AG New York Branch re Letter agreement related to GOM Shelf LLC merger with Fieldwood Energy I | | |
| 36 | 03/21/2023 | Letter from Apache Corporation to Wilmington Trust re Secondary Beneficiary Demand for Reimbursement from Trust A Liquid Trust Asset (APA-SSPA_00163904-00163913 | | |
| 37 | 03/09/2023 | Letter from Jon Graham to Duane Brescia re Apache Sureties' Request for Information from GOM Shelf LLC | | |
| 38 | 05/13/2021 | Deposition of Michael Dane | | |
| 39 | 06/02/2021 | Deposition of Jon Graham | | |
| 40 | | February 2022 through July 2023 Demand letters to GOM Shelf for Reimbursable amounts | | |
| 41 | 09/08/2020 | Email from Duane Brescia to Robin Russell re Fieldwood-Zurich/HCCI bonds | | |
| 42 | 06/29/2023 | Gulf of Mexico Decommissioning Order Map | | |
| 43 | 03/24/2021 | Dkt 1156 Transcript re Status Conference/Disclosure Statement | | |
| 44 | 06/21/2021 | Dkt 1763 Confirmation Hearing Day One Transcript | | |
| 45 | 06/22/2021 | Dkt 1764 Confirmation Hearing Day Two Transcript | | |
| 46 | 06/23/2021 | Dkt 1773 Confirmation Hearing Day Three Transcript | | |
| 47 | 06/24/2021 | Dkt 1789 Amended Confirmation Hearing Day Four Transcript | | |
| 48 | 06/25/2021 | Dkt 1788 Confirmation Hearing Day Five Transcript | | |
| 49 | 05/24/2021 | Expert Report of Lily W. Cheung, P.E., NSAI re FWEI Production Forecasts and Abandonment | | |
| 50 | 08/08/2022 | Letter from Geoffrey Harrison to Duane Brescia re Response to Clark Hill's July 6, 2022 letter to GOM Shelf LLC with attachment | | |
| 51 | | Chart re Decommission order dates and lease termination | | |
| 52 | 04/16/2021 | Letter from Darren Gryzb to Robin Russell re Enervest Reinsurance Company Bond No. ES00001441 | | |
| | | | | |
| 100 | 04/24/2019 | Department of the Interior Decommissioning Order for Lease OCS-G 25933 East Cameron Block 37 | | |
| 101 | 03/07/2023 | Department of the Interior Amendment to Decommissioning Order for Lease OCS-G01030 Ship Shoal Block 249 | | |
| 102 | 09/29/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 32267 Chandeleur Block 42 | | |
| 103 | 09/29/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 17199 High Island Block A545 | | |

3

10940529v1/016567

| DX # | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 104 | 09/30/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 04234 South Pelto Block 1 | | |
| 105 | 09/30/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 05953 North Padre Island Block 969 | | |
| 106 | 09/30/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 05954 North Padre Island Block 976 | | |
| 107 | 10/01/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 07827 Main Pass Block 259 | | |
| 108 | 10/01/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 02924 South Pelto Block 9 | | |
| 109 | 10/01/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 02925 South Pelto Block 10 | | |
| 110 | 07/03/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 14456 South Marsh Island Block 280 | | |
| 111 | 10/07/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 01181 South Marsh Island Block 10 | | |
| 112 | 10/12/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 22679 Eugene Island Block 312 | | |
| 113 | 10/12/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 02317 Eugene Island Block 333 | | |
| 114 | 10/12/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 15263 Eugene Island Block 334 | | |
| 115 | 10/12/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 02589 South Marsh Island Block 137 | | |
| 116 | 10/12/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 10883 West Delta Block 128 | | |
| 117 | 10/19/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 21096 Vermillion Block 326 | | |
| 118 | 10/21/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 03410 Eugene Island Block 352 | | |
| 119 | 10/29/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 13055 Viosca Knoll Block 694 | | |
| 120 | 11/01/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 03328 Vermillion Block 261 | | |
| 121 | 11/01/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 00247 West Cameron Block 102 | | |
| 122 | 11/09/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 07799 South Pass Block 87 | | |
| 123 | 11/09/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 10894 South Pass Block 88 | | |
| 124 | 11/10/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 11383 High Island Block A442 | | |
| 125 | 11/16/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 14576 Main Pass Block 91 | | |
| 126 | 07/07/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 01614 South Pass Block 70 | | |
| 127 | 11/19/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 13563 West Cameron Block 269 | | |

10940529v1/016567

| DX # | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 128 | 12/08/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 12940 Ship Shoal Block 126 | | |
| 129 | 12/09/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 02161 Grand Isle Block 76 | | |
| 130 | 12/09/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 01208 South Marsh Island Block 76 | | |
| 131 | 12/09/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 02588 South Marsh Island Block 136 | | |
| 132 | 12/09/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 00244 West Cameron Block 71 | | |
| 133 | 12/10/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 04481 Main Pass Blocks 77 and 78 | | |
| 134 | 12/10/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 00071 South Pelto Block 11 | | |
| 135 | 12/10/2021 | Department of the Interior Decommissioning Order for Lease OCS-G 01198 South Marsh Island Block 66 | | |
| 136 | 01/12/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 00974 East Cameron Block 278 | | |
| 137 | 01/13/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02110 Eugene Island Block 307 | | |
| 138 | 01/13/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 15740 Galveston Block 151 | | |
| 139 | 01/13/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02279 South Marsh Island Block 106 | | |
| 140 | 01/19/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02282 South Marsh Island Block 132 | | |
| 141 | 01/19/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 16325 South Marsh Island Block 150 | | |
| 142 | 01/19/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 05051 South Pass Block 75 | | |
| 143 | 01/24/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02917 Ship Shoal Block 68 | | |
| 144 | 01/24/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 10775 Ship Shoal Block 190 | | |
| 145 | 07/07/2023 | Department of the Interior Decommissioning Order for Lease OCS 00840 West Delta Block 103 | | |
| 146 | 02/16/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 00049 Eugene Island Block 119 | | |
| 147 | 02/16/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 00050 Eugene Island Block 120 | | |
| 148 | 02/16/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 00051 Eugene Island Block 125 | | |
| 149 | 02/16/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 00052 Eugene Island Block 126 | | |
| 150 | 02/18/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 00972 East Cameron Block 265 | | |
| 151 | 02/23/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 07898 Viosca Knoll Blocks 692 and 693 | | |

10940529v1/016567

| DX # | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 152 | 03/09/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02319 Eugene Island Block 342 | | |
| 153 | 03/22/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 01609 South Pass Block 61 | | |
| 154 | 04/26/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02392 High Island Block A572 | | |
| 155 | 04/26/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02721 High Island Block A595 | | |
| 156 | 04/26/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02722 High Island Block A596 | | |
| 157 | 04/27/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02393 High Island Block A573 | | |
| 158 | 05/12/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 06884 Viosca Knoll Block 780 | | |
| 159 | 05/17/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02112 Eugene Island Block 315 | | |
| 160 | 05/17/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02912 Eugene Island Block 329 | | |
| 161 | 05/26/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 03152 Eugene Island Block 136 | | |
| 162 | 05/27/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 01522 Ship Shoal Block 206 | | |
| 163 | 05/27/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 01523 Ship Shoal Block 207 | | |
| 164 | 05/27/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 01524 Ship Shoal Block 216 | | |
| 165 | 06/01/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02757 High Island Block A382 | | |
| 166 | 06/02/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 01618 South Pass Block 89 | | |
| 167 | 06/08/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 01440 East Cameron Blocks 9 and 14 | | |
| 168 | 06/08/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 13572 East Cameron Block 14 | | |
| 169 | 06/08/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 00438 Eugene Island Block 175 | | |
| 170 | 06/09/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 13622 Eugene Island Block 173 | | |
| 171 | 06/09/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 03782 Eugene Island Block 174 | | |
| 172 | 06/15/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 01220 Eugene Island Block 158 | | |
| 173 | 06/16/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02750 High Island Block A365 | | |
| 174 | 06/16/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02754 High Island Block A376 | | |
| 175 | 06/22/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 01953 West Cameron Block 144 | | |

10940529v1/016567

| DX # | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 176 | 06/30/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 05502 Eugene Island Block 211 | | |
| 177 | 06/30/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 05503 Eugene Island Block 212 | | |
| 178 | 06/30/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 05550 Ship Shoal Block 175 | | |
| 179 | 07/13/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 01182 South Marsh Island Block 11 | | |
| 180 | 07/13/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 15050 West Cameron Block 33 | | |
| 181 | 07/14/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 03228 Galveston Block 180 | | |
| 182 | 07/14/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 03236 High Island Block 179 | | |
| 183 | 07/20/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 15395 Main Pass Block 275 | | |
| 184 | 07/20/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 09614 Ship Shoal Block 105 | | |
| 185 | 07/20/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 12941 Ship Shoal Block 129 | | |
| 186 | 07/22/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 00081 West Cameron Block 110 | | |
| 187 | 07/22/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 00082 West Cameron Block 111 | | |
| 188 | 07/26/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 10736 Eugene Island Block 187 | | |
| 189 | 07/26/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 00423 Eugene Island Block 189 | | |
| 190 | 08/02/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 05000 Matagorda Island Block 622 | | |
| 191 | 08/02/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 03088 Matagorda Island Block 623 | | |
| 192 | 08/16/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02919 Ship Shoal Block 91 | | |
| 193 | 08/16/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 33646 Ship Shoal Block 176 | | |
| 194 | 08/16/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 05551 Ship Shoal Block 178 | | |
| 195 | 08/23/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 03251 West Cameron Block 34 | | |
| 196 | 08/23/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02819 West Cameron Block 35 | | |
| 197 | 08/23/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 01860 West Cameron Block 35 | | |
| 198 | 08/25/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 01955 Vermillion Block 265 | | |
| 199 | 08/29/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 03256 West Cameron Block 67 | | |

10940529v1/016567

| DX # | Date | Description | Offered | Admitted |
|------|------|-------------|---------|----------|
| 200 | 08/30/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 06069 Brazos Block 491 | | |
| 201 | 08/31/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 03332 Eugene Island Block 337 | | |
| 202 | 08/31/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 03783 Eugene Island Block 353 | | |
| 203 | 08/31/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 10752 Eugene Island Block 354 | | |
| 204 | 09/06/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 25524 Galveston Block 210 | | |
| 205 | 09/07/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 15312 Ship Shoal Block 354 | | |
| 206 | 09/07/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02580 Vermillion Block 380 | | |
| 207 | 09/08/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 16314 Vermillion Block 381 | | |
| 208 | 09/12/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 20660 High Island Block 206 | | |
| 209 | 10/26/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 34257 Vermillion Block 262 | | |
| 210 | 11/10/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 00245 West Cameron Block 72 | | |
| 211 | 11/28/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02825 West Cameron Block 65 | | |
| 212 | 11/28/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02826 West Cameron Block 66 | | |
| 213 | 12/02/2022 | Department of the Interior Decommissioning Order for Lease OCS-G 02600 South Marsh Island Block 281 | | |
| 214 | 07/07/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 12360 West Delta Block 103 | | |
| 215 | 01/04/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 05612 South Timbalier Block 205 | | |
| 216 | 01/04/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 05613 South Timbalier Block 206 | | |
| 217 | 02/14/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 03068 Mustang Island Block A111 | | |
| 218 | 03/01/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 02310 South Marsh Island Block 268 | | |
| 219 | 03/20/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 00820 Ship Shoal Block 169 | | |
| 220 | 04/03/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 02968 Mississippi Canyon Block 311 | | |
| 221 | 04/17/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 01520 Ship Shoal Block 204 | | |
| 222 | 04/17/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 24730 West Cameron Block 295 | | |
| 223 | 05/01/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 00333 Ship Shoal Block 30 | | |

10940529v1/016567

| DX # | Date | Description | Offered | Admitted |
|---|---|---|---|---|
| 224 | 05/01/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 00334 Ship Shoal Block 31 | | |
| 225 | 05/01/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 00335 Ship Shoal Block 32 | | |
| 226 | 05/01/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 15288 Ship Shoal Block 194 | | |
| 227 | 05/09/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 19843 West Delta Block 121 | | |
| 228 | 05/09/2023 | Department of the Interior Decommissioning Order for Lease OCS-G 13645 West Delta Block 122 | | |

Dated: July 11, 2023

Respectfully submitted,

By: /s/ *Geoffrey L. Harrison*
Geoffrey L. Harrison
TX State Bar No. 00785947
Abigail Noebels
TX State Bar No. 24083578
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
gharrison@susmangodfrey.com
anoebels@susmangodfrey.com

Nick Spear
Admitted *pro hac vice*
CA State Bar No. 304281
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
nspear@susmangodfrey.com

Winston Luo
Admitted *pro hac vice*
WA State Bar No. 60828
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
wluo@susmangodfrey.com

10940529v1/016567

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Naela Olguin on behalf of Geoffrey Harrison
Bar No. 00785947
nolguin@susmangodfrey.com
Envelope ID: 77392356
Filing Code Description: No Fee Documents
Filing Description: Apache's Injunction Hearing Exhibit List
Status as of 7/11/2023 11:27 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Geoffrey L.Harrison | | gharrison@susmangodfrey.com | 7/11/2023 11:15:07 AM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 7/11/2023 11:15:07 AM | SENT |
| Christopher Verducci | 24051470 | cverducci@lockelord.com | 7/11/2023 11:15:07 AM | SENT |
| Michael Edward Collins | 24029006 | mcollins@manierherod.com | 7/11/2023 11:15:07 AM | SENT |
| Philip Guy Eisenberg | 24033923 | peisenberg@lockelord.com | 7/11/2023 11:15:07 AM | SENT |
| Jeff McLaren | | jmclaren@susmangodfrey.com | 7/11/2023 11:15:07 AM | SENT |
| Nicholas Spear | | nspear@susmangodfrey.com | 7/11/2023 11:15:07 AM | SENT |
| Georgia Seeley | | gseeley@clarkhill.com | 7/11/2023 11:15:07 AM | SENT |
| Charlotte Oxley | | coxley@susmangodfrey.com | 7/11/2023 11:15:07 AM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 7/11/2023 11:15:07 AM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 7/11/2023 11:15:07 AM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 7/11/2023 11:15:07 AM | SENT |
| James MKimbell | | jkimbell@clarkhill.com | 7/11/2023 11:15:07 AM | SENT |
| Duane Brescia | | dbrescia@clarkhill.com | 7/11/2023 11:15:07 AM | SENT |
| Winston Luo | | wluo@susmangodfrey.com | 7/11/2023 11:15:07 AM | SENT |
| Abigail Noebels | | anoebels@susmangodfrey.com | 7/11/2023 11:15:07 AM | SENT |