# **EXHIBIT 43**

7/11/2023 11:57 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77395829
By: Bonnie Lugo
Filed: 7/11/2023 11:57 AM

# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

---

| SUITE 1400 | SUITE 3800 | 32ND FLOOR |
|---|---|---|
| 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE | 1301 AVENUE OF THE AMERICAS |
| LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10019-6023 |
| (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

GEOFFREY L. HARRISON
DIRECT DIAL (713) 653-7807

E-MAIL GHARRISON@SUSMANGODFREY.COM

July 11, 2023

Clerk of Court
Harris County District Court
201 Caroline
Houston, Texas 77002

      Re:    Cause No. 2023-38238; *Zurich American Insurance Company, et al. v. Apache Corporation*; In the 281st Judicial District, Harris County Texas.

Dear Clerk:

Attached please find Certificate of Service to Apache's Injunction Hearing Exhibit List filed today with the court (envelope #77392356).

Sincerely,

/s/ Geoffrey L. Harrison

Geoffrey L. Harrison

11616939v1/017601

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Naela Olguin on behalf of Geoffrey Harrison
Bar No. 00785947
nolguin@susmangodfrey.com
Envelope ID: 77395829
Filing Code Description: No Fee Documents
Filing Description: Certificate of Service
Status as of 7/11/2023 12:00 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Geoffrey L.Harrison | | gharrison@susmangodfrey.com | 7/11/2023 11:57:05 AM | SENT |
| Becky Delancy | | bdelancy@clarkhill.com | 7/11/2023 11:57:05 AM | SENT |
| Christopher Verducci | 24051470 | cverducci@lockelord.com | 7/11/2023 11:57:05 AM | SENT |
| Michael Edward Collins | 24029006 | mcollins@manierherod.com | 7/11/2023 11:57:05 AM | SENT |
| Philip Guy Eisenberg | 24033923 | peisenberg@lockelord.com | 7/11/2023 11:57:05 AM | SENT |
| Jeff McLaren | | jmclaren@susmangodfrey.com | 7/11/2023 11:57:05 AM | SENT |
| Nicholas Spear | | nspear@susmangodfrey.com | 7/11/2023 11:57:05 AM | SENT |
| Georgia Seeley | | gseeley@clarkhill.com | 7/11/2023 11:57:05 AM | SENT |
| Charlotte Oxley | | coxley@susmangodfrey.com | 7/11/2023 11:57:05 AM | SENT |
| Adam Diamond | | ADiamond@clarkhill.com | 7/11/2023 11:57:05 AM | SENT |
| Christopher RichardWard | | cward@clarkhill.com | 7/11/2023 11:57:05 AM | SENT |
| Jase ABrown | | jbrown@csglaw.com | 7/11/2023 11:57:05 AM | SENT |
| James MKimbell | | jkimbell@clarkhill.com | 7/11/2023 11:57:05 AM | SENT |
| Duane Brescia | | dbrescia@clarkhill.com | 7/11/2023 11:57:05 AM | SENT |
| Winston Luo | | wluo@susmangodfrey.com | 7/11/2023 11:57:05 AM | SENT |
| Abigail Noebels | | anoebels@susmangodfrey.com | 7/11/2023 11:57:05 AM | SENT |

7/11/2023 11:57:05 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 77395829
By: LUGO, BONNIE
Filed: 7/11/2023 11:57:05 AM

Cause No. 2023-38238

| | | |
|---|---|---|
| Zurich American Insurance Company, HCC International Insurance Company PLC, Philadelphia Indemnity Insurance Company, Everest Reinsurance Company, Plaintiffs, v. Apache Corporation, Defendant. | § § § § § § § § § § | In the District Court of Harris County, Texas 281st Judicial District |

Certificate of Service

The undersigned hereby certifies that, on July 11, 2023, a true and correct copy of Apache's Injunction Hearing Exhibit List was served on all counsel of record in accordance with the TRCP via electronic filing.

By: /s/ *Geoffrey L. Harrison*
Geoffrey L. Harrison
TX State Bar No. 00785947
Abigail Noebels
TX State Bar No. 24083578
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
gharrison@susmangodfrey.com
anoebels@susmangodfrey.com

Nick Spear (*pro hac vice* forthcoming)
CA State Bar No. 304281
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
nspear@susmangodfrey.com

Winston Luo (*pro hac vice* forthcoming)

1

2

    WA State Bar No. 60828
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
wluo@susmangodfrey.com