# EXHIBIT 48

7/6/2023 3:27:14 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 77268745
By: GONZALEZ, PATRICIA
Filed: 7/6/2023 3:27:14 PM

Cause No. 2023-38238

| | | |
|---|---|---|
| Zurich American Insurance Company, HCC | § | In the District Court of |
| International Insurance Company PLC, | § | |
| Philadelphia Indemnity Insurance Company, | § | |
| Everest Reinsurance Company, | § | Harris County, Texas |
| Plaintiffs, | § | |
| v. | § | |
| Apache Corporation, | § | 281st Judicial District |
| Defendant. | § | |

[Proposed]

Order Denying Plaintiffs' Application for Temporary ~~Restraining Order~~ Injunction

This Court has considered Plaintiffs' Application for Temporary ~~Restraining Order~~ Injunction, has considered Apache's response and cited authorities and evidence (including witness declarations, live witness testimony, and dozens of documents), and has considered heard the parties oral arguments in open Court. The Court ORDERS that Plaintiffs' Application is denied.

The Court FINDS that Plaintiffs are not entitled to a TRO or other injunctive relief because they have not satisfied the requirements for such relief. ~~Plaintiffs have not shown that they have a probable right to relief, and they have not shown that injunctive relief is necessary to prevent an imminent irreparable injury. To the extent that Plaintiffs have a valid claim (and the Court is not now deciding that issue) their alleged injury can be addressed after a trial on the merits with a judgment of money damages if they are so entitled.~~

Dated: July _____, 2023

Signed:
7/20/2023

_____
The Honorable Christine Weems