UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy III LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___Tennessee___:

| | |
|---|---|
| Name | Jeffrey S. Price |
| Firm | Manier & Herod, P.C. |
| Street | 1201 Deomonbrun Street, Suite 900 |
| City & Zip Code | Nashville, TN 37203 |
| Telephone | 615.244.0030 |
| Licensed: State & Number | TN BPR No. 019550 |

Seeks to appear as the attorney for this party:

Philadelphia Indemnity Insurance Company

Dated: 8/3/2023       Signed: /s/ Jeffrey S. Price

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:       Signed: _____
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                United States Bankruptcy Judge