UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy III LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____ Tennessee _____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Scott C. Williams<br>Manier & Herod, P.C.<br>1201 Deomonbrun Street, Suite 900<br>Nashville, TN 37203<br>615.244.0030<br>TN BPR No. 021757 |

Seeks to appear as the attorney for this party:

| Philadelphia Indemnity Insurance Company | |
|---|---|
| Dated: 8/3/2023 | Signed: /s/ Scott C. Williams |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                          United States Bankruptcy Judge