United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 04, 2023

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy III LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____ Tennessee _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey S. Price<br>Manier & Herod, P.C.<br>1201 Deomonbrun Street, Suite 900<br>Nashville, TN 37203<br>615.244.0030<br>TN BPR No. 019550 |
|---|---|

Seeks to appear as the attorney for this party:

| Philadelphia Indemnity Insurance Company | |
|---|---|
| Dated: 8/3/2023 | Signed: /s/ Jeffrey S. Price |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__ . | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed:  August 04, 2023

Marvin Isgur
United States Bankruptcy Judge