United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 04, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy III LLC, et al. | |

This lawyer, who is admitted to the State Bar of __Tennessee__:

| | |
|---|---|
| Name | Scott C. Williams |
| Firm | Manier & Herod, P.C. |
| Street | 1201 Deomonbrun Street, Suite 900 |
| City & Zip Code | Nashville, TN 37203 |
| Telephone | 615.244.0030 |
| Licensed: State & Number | TN BPR No. 021757 |

Seeks to appear as the attorney for this party:

| Philadelphia Indemnity Insurance Company |
|---|
| Dated: 8/3/2023    Signed: /s/ Scott C. Williams |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:    Signed: _____
                              Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 04, 2023

Marvin Isgur
United States Bankruptcy Judge