UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.* | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective date Debtors.[1] | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE pursuant to Rules 2002 and 9010(b) of the FEDERAL BANKRUPTCY RULES OF PROCEDURE and § 1109(b) of Title 11 of the United States Code, that Bonds Ellis Eppich Schafer Jones LLP hereby give notice of their representation as counsel of David Dunn, the Plan Administrator for the Post-Effective Date Debtors, in the above styled and numbered cause, and requests that copies of all notices of meetings, hearings, motions, notices to file claims, pleadings, etc., be provided to the undersigned at the addresses below.

> Aaron Guerrero (Texas State Bar No. 24050698)
> Bonds Ellis Eppich Schafer Jones LLP
> 950 Echo Lane, Suite 120
> Houston, Texas 77024
> (713) 335-4838 telephone
> (817) 405-6902 facsimile
> aaron.guerrero@bondsellis.com

The undersigned consents to service by e-mail.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494); Fieldwood Energy, Inc. (4991, GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore, LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "**Post-Effective Date FWE I Subsidiaries**") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Offshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703; and Galveston Bay Processing LLC (0422).

DATED:  August 18, 2023

                Respectfully submitted,

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

*/s/ Aaron Guerrero*
Aaron Guerrero (Texas State Bar No. 24050698)
Kenneth Green (Texas State Bar No. 24036677)
Bryan Prentice  (Texas State Bar No. 24099787)
950 Echo Lane, Suite 120
Houston, Texas 77024
(713) 335-4990 telephone
(713) 335-4991 facsimile
aaron.guerrero@bondsellis.com
bryan.prentice@bondsellis.com

**ATTORNEYS FOR DAVID DUNN, THE PLAN ADMINISTRATOR FOR THE POST-EFFECTIVE DATE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, a copy of the foregoing document was electronically filed with the Clerk of the Court, which will serve all parties who have appeared in this matter via the Court's CM/ECF system.

                */s/ Aaron Guerrero*
                Aaron Guerrero