IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § | § | Chapter 11 |
| FIELDWOOD ENERGY III LLC, et al., § | § | Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] § | § | (Jointly Administered) |
| § | | |
| ZURICH AMERICAN INSURANCE COMPANY; HCC INTERNATIONAL INSURANCE COMPANY PLC; PHILADELPHIA INDEMNITY INSURANCE COMPANY; and EVEREST REINSURANCE COMPANY, § | § | |
| Plaintiffs, § | § | |
| v. § | § | Adversary No. 23-03137 |
| APACHE CORPORATION, § | § | |
| Defendant. § | § | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Michael E. Collins, Jeffrey S. Price, and Scott C. Williams hereby appear on behalf of Philadelphia Indemnity Insurance Company ("Philadelphia"), party in the above-captioned adversary proceeding (the "Adversary Proceeding") and creditor in the above-captioned bankruptcy case (the "Case"), and request that service and notice of all pleadings,

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc.

motions, objections, responses, papers, and other documents filed in the Adversary Proceeding or Case be provided to the following:

Michael E. Collins
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
(615) 244-0030
mcollins@manierherod.com

Jeffrey S. Price
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
(615) 244-0030
jprice@manierherod.com

Scott C. Williams
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
(615) 244-0030
swilliams@manierherod.com

Respectfully submitted,

MANIER & HEROD, P.C.

*/s/ Michael E. Collins*
Michael E. Collins (TX Bar No. 24029006)
Jeffrey S. Price (admitted *pro hac vice*)
Scott C. Williams (admitted *pro hac vice*)
1201 Demonbreun Street, Suite 900
Nashville, TN  37203
T: (615) 244-0030
F: (615) 242-4203
mcollins@manierherod.com
jprice@manierherod.com
swilliams@manierherod.com

*Attorneys for Philadelphia Indemnity Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 5, 2023, a true and correct copy of the foregoing was served via the Court's CM/ECF System on all parties registered to receive electronic filings in the Adversary Proceeding and Case.

                                                        */s/ Michael E. Collins*  
                                                        Michael E. Collins