**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.* | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective date Debtors.[1] | § | |

**NOTICE OF WITHDRAWAL OF PLAN ADMINISTRATOR'S OBJECTION TO ANADARKO PETROLEUM CORP.'S, ANADARKO U.S. OFFSHORE LLC'S AND ANADARKO E&P COMPANY LP'S PROOFS OF CLAIM**
[Related to POC Nos. 885, 886, 887, 888, 889 and 890]
[Related to Docket No. 2840]

David Dunn ("Administrator"), as Plan Administrator of Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, Fieldwood Energy Inc., GOM Shelf LLC and FW GOM Pipeline, Inc., Debtors (the "Post-Effective Date Debtors") hereby files this notice of withdrawal, without prejudice, of the Administrator's *Objection to Anadarko Petroleum Corp.'s, Anadarko U.S. Offshore LLC's and Anadarko E&P Company LP's Proofs of Claim* [Docket No. 2840], that was filed on August 17, 2023 with respect to Anadarko POC Nos. 885, 886, 887, 888, 889 and 890. The Administrator has confirmed that the claims register has been updated to reflect the withdrawal of the subject Anadarko claims pursuant to paragraphs 60-63 of the Confirmation Order [Docket No. 1751].

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494); Fieldwood Energy, Inc. (4991, GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore, LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Offshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703; and Galveston Bay Processing LLC (0422).

Dated:  September 20, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Ken Green*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Ken Green
　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24036677
　　　　　　　　　　　　　　　　　　　　　　　　Aaron Guerrero
　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24050698
　　　　　　　　　　　　　　　　　　　　　　　　Bryan Prentice
　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24099787
　　　　　　　　　　　　　　　　　　　　　　　　Bonds Ellis Eppich Schafer Jones LLP
　　　　　　　　　　　　　　　　　　　　　　　　950 Echo Lane, Suite 120
　　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77024
　　　　　　　　　　　　　　　　　　　　　　　　(713) 335-4990 telephone
　　　　　　　　　　　　　　　　　　　　　　　　(713) 335-4991 facsimile
　　　　　　　　　　　　　　　　　　　　　　　　ken.green@bondsellis.com
　　　　　　　　　　　　　　　　　　　　　　　　aaron.guerrero@bondsellis.com
　　　　　　　　　　　　　　　　　　　　　　　　bryan.prentice@bondsellis.com

**ATTORNEYS FOR DAVID DUNN, THE PLAN ADMINISTRATOR FOR THE POST-EFFECTIVE DATE DEBTORS**

## CERTIFICATE OF SERVICE

I certify that on this 20th day of September 20, 2023, a true and correct copy of the above and foregoing was served through the Court's electronic case filing system (ECF) upon all parties registered with the ECF and by email to the following:

| | |
|---|---|
| Norton Rose Fulbright US, LLP<br>Attn: Bob B. Bruner<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010<br>Bob.bruner@nortonrosefulbright.com | Anadarko Petroleum Corp.<br>Attn: Ronald Washington Jr.<br>1201 Lake Robbins Drive<br>The Woodlands, TX 77380<br>Ronald_Washington2@oxy.com |

　　　　　　　　　　　　　　　　　　　　　　*/s/ Ken Green*