IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | Case No. 20-33948 (MI) |
| **Fieldwood Energy III LLC,** *et al.*, | § | |
| | § | Chapter 11 |
| **Post-Effective Date Debtors**[1]. | § | |
| | § | Jointly Administered |

**STIPULATION AND AGREED ORDER EXTENDING RESPONSE DATE AND
RESETTING HEARING DATE ON PLAN ADMINISTRATOR'S OBJECTION TO
ADMINISTRATIVE PROOFS OF CLAIM FILED BY
CHEVRON U.S.A. INC.; NOBLE ENERGY, INC.; TEXACO, INC.; UNION OIL
COMPANY OF CALIFORNIA; AND UNOCAL PIPELINE COMPANY**
**[this relates to Dkt. No. 2827]**

This stipulation and agreement (the "**Stipulation**") is entered into by and among (i) David Dunn, the plan administrator (the "**Plan Administrator**") appointed pursuant to the Notice of (I) Entry of Oeder Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [Docket No. 2016])[2]; and (ii) Chevron U.S.A. Inc. ("**CUSA**"); Noble Energy, Inc.("**Noble**"); Texaco Inc. ("**Texaco**"); Union Oil Company of California ("**Union Oil**"); and Unocal Pipeline Company ("**UPC**", collectively, "**Chevron**") regarding the Plan Administrator's Objection to Chevron U.S.A. Inc.; Noble Energy, Inc.; Texaco Inc.; Union Oil Company of California; and Unocal Pipeline Company's Administrative Expenses Proofs of Claim [Docket No. 2827] (the "**Objection**"). The Parties hereby stipulate and agree as follows:

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III, LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtor), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Plan.

**WHEREAS**, on or about March 22, 2022, each of the Chevron entities timely filed separate administrative expense proofs of claim identified as Administrative Expense Claim Numbers 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, and 1081 (collectively, the "**Chevron Administrative Claims**") .

**WHEREAS**, the Plan Administrator filed his Objection on August 15, 2023, which included a response date of September 14, 2023 and an initial pre-trial hearing on October 2, 2023 @10:30 am CT.

**WHEREAS**, the Parties filed a Stipulation and Agreed Order Extending Response Date and Resetting Hearing Date on the Objection on September 6, 2023 [Docket No. 2870] ("<u>Initial Stipulation</u>"), which included a response date of October 20, 2023 and an initial pre-trial hearing on November 6, 2023 @10:30 am CT.

**WHEREAS**, on September 7, 2023, the Court entered the order granting the Initial Stipulation [Docket No. 2871].

**WHEREAS,** the Parties have agreed to enter into and jointly submit this Stipulation further extending Chevron's response date and resetting the date of the initial pre-trial hearing in connection with the Objection.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. Chevron's deadline to respond to the Objection is extended to and through December 13, 2023, subject to further extensions based on the Parties' agreement.

2. The initial pre-trial hearing on the Objection is reset to January 24, 2024 at 9:00 a.m., or such later time as the Court directs.

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first written below.

**IT IS SO ORDERED**

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE
MARVIN ISGUR

**BOND ELLIS EPPICH SCHAFER JONES LLP**

*/s/ Aaron Guerrero*_____
Ken Green
Texas Bar No. 24036677
Aaron Guerrero
Texas Bar No. 24050698
Bryan Prentice
Texas Bar No. 24099787
950 Echo Lane, Suite 120
Houston, Texas 77024
(713) 335-4990 telephone
(713) 335-4991 facsimile
Ken.green@bondsellis.com
Aaron.guerrero@bondsellis.com
Bryan.prentice@bondsellis.com

**ATTORNEYS FOR DAVID DUNN, PLAN ADMINISTRATOR FOR THE POST-EFFECTIVE DATE DEBTORS**

**ANDREWS MYERS, P.C.**

*/s/ Edward L. Ripley*_____
EDWARD L. RIPLEY
Texas Bar No. 16935950
1885 St. James Place, 15th Floor
Houston, Texas 77056
713-850-4200 – Telephone
713-850-4211 – Facsimile
eripley@andrewsmyers.com
lnorman@andrewsmyers.com

**ATTORNEYS FOR CHEVRON U.S.A.; NOBLE ENERGY, INC.; TEXACO, INC.; UNION OIL COMPANY OF CALIFORNIA; AND UNOCAL PIPELINE COMPANY**

## Certificate of Service

    I hereby certify that on the 13th day of October, 2023 a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                          */s/ Aaron Guerrero*
                                          Aaron Guerrero