United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-33948 (MI) |
| | § | |
| **Fieldwood Energy III LLC,** *et al.*, | § | Chapter 11 |
| | § | |
| Post-Effective Date Debtors[1] | § | Jointly Administered |

**STIPULATION AND AGREED ORDER EXTENDING RESPONSE DATE AND
RESETTING HEARING DATE ON PLAN ADMINISTRATOR'S OBJECTION
TO ADMINISTRATIVE PROOFS OF CLAIM FILED BY
ENVEN ENERGY VENTURES, LLC**
[Re: Dkt. No. 2838]

This stipulation and agreement (the "**Stipulation**") is entered into by and among (i) David Dunn, the plan administrator (the "**Plan Administrator**") appointed pursuant to the Notice of Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [Docket No. 2016])[2]; and (ii) EnVen Energy Ventures, LLC ("**EnVen**"); regarding the Plan Administrator's Objection [Docket No. 2838] (the "**Objection"**) to EnVen's Proof of Claim (Proof of Claim No. 559) (the "**EnVen Claim**").  The Parties hereby stipulate and agree as follows:

**WHEREAS**, EnVen filed the EnVen Claim.

**WHEREAS**, the Plan Administrator filed his Objection on August 17, 2023, which included a response date of September 18, 2023, and a hearing on October 2, 2023, at 10:30 a.m.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III, LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtor), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Plan.

**WHEREAS**, the Parties filed a Stipulation and Agreed Order Extending Response Date and Resetting Hearing Date on Objection on September 13, 2023 [Docket No. 2901] ("**Initial Stipulation**"); which included a response date of October 20, 2023 and an initial pre-trial hearing on November 6, 2023 at 10:00 am CT.

**WHEREAS**, on September 14, 2023, the Court entered the order granting the Initial Stipulation [Docket No. 2904].

**WHEREAS**, the Parties have agreed to enter into and jointly submit this Stipulation further extending EnVen's response date and resetting the date of the initial pre-trial hearing in connection with the Objection.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. EnVen's deadline to respond to the Objection is extended to and through December 1, 2023, subject to further extensions based on the Parties' agreement without subsequent approval by this Court.

2. The initial pre-trial hearing on the Objection is reset to January 24, 2023 at 9:00 a.m.

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first written below.

**IT IS SO ORDERED**

Signed:  October 25, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

*/s/ Kevin Chiu*
**BAKER BOTTS L.L.P.**
Jim Prince (Texas State Bar No. 16328780)
Kevin Chiu (Texas State Bar No. 24109723)
2001 Ross Ave, Ste. 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Email: jim.prince@bakerbotts.com
          kevin.chiu@bakerbotts.com

**ATTORNEYS FOR ENVEN ENERGY VENTURES, LLC**

-and-

*/s/ Aaron Guerrero*
Ken Green (Texas State Bar No. 24036677)
Aaron Guerrero (Texas State Bar No. 24050698)
Bryan Prentice (Texas State Bar No. 24099787)
Bonds Ellis Eppich Schafer Jones LLP
950 Echo Lane, Suite 120
Houston, Texas 77024
(713) 335-4990 telephone
(713) 335-4991 facsimile
ken.green@bondsellis.com
aaron.guerrero@bondsellis.com
bryan.prentice@bondsellis.com

**ATTORNEYS FOR DAVID DUNN, THE PLAN ADMINISTRATOR FOR THE POST-EFFECTIVE DATE DEBTORS**

**CERTIFICATE OF SERVICE**

I hereby caused a true and correct copy of the foregoing *Stipulation* to be served on October 24, 2023 upon all parties receiving electronic notification in this case via the Court's Electronic Case Filing system.

>*/s/ Kevin Chiu*
>Kevin Chiu