UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY III LLC, *et al.* | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Post-Effective date Debtors.[1] | § | |

**AMENDED AGENDA FOR HEARING SCHEDULED FOR
NOVEMBER 6, 2023 AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

> **Participation at the hearing will only be permitted by an audio and video connection.**
>
> **Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1-832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page. The meeting code is "JudgeIsgur". Click the settings icon in the upper right corner and enter your name under the personal information setting.**
>
> **Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

David Dunn ("Administrator"), as Plan Administrator of Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, Fieldwood Energy Inc., GOM Shelf LLC and FW GOM Pipeline, Inc., Debtors (the

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494); Fieldwood Energy, Inc. (4991, GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore, LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Offshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703; and Galveston Bay Processing LLC (0422).

"Post-Effective Date Debtors") files his Amended Agenda for matters set for hearing on **November 6, 2023 at 10:00 a.m.** (Prevailing Central Time).

1. Plan Administrator's Objection to Ecopetrol America LLC's Proof of Claim No. 455 [Docket No. 2829]

    Status: The Plan Administrator and Ecopetrol America LLC have agreed to resolve the claim objection as set forth in the Stipulation and Agreed Order at Docket No. 2951.

    Relevant Documents: Stipulation and Agreed Order Granting the Plan Administrator's Objection to Ecopetrol America LLC's Proof of Claim No. 455 [Docket No. 2951].

2. Plan Administrator's Objection to ILX Prospect Katmai, LLC's and Ridgewood Katmai, LLC's Proofs of Claim [Docket No. 2831]

    Status: The Plan Administrator, ILX Prospect Katmai, LLC and Ridgewood Katmai, LLC have agreed to resolve the claim objection as set forth in the Stipulation and Agreed Order at Docket No. 2952.

    Relevant Documents: Stipulation and Agreed Order Granting the Plan Administrator's Objection to ILX Prospect Katmai, LLC's and Ridgewood Katmai, LLC's Proofs of Claim [Docket No. 2952].

3. Plan Administrator's Objection to Cox Oil, LLC, et al.'s Proofs of Claim [Docket No. 2828]

    Status: The Plan Administrator would like to continue the hearing on this Objection until January 24, 2024 at 9:00 a.m.

DATED:  November 3, 2023

Respectfully submitted,

/s/Aaron Guerrero
Ken Green (Texas State Bar No. 24036677)
Aaron Guerrero (Texas State Bar No. 24050698)
Bryan Prentice (Texas State Bar No. 24099787)
Bonds Ellis Eppich Schafer Jones LLP
950 Echo Lane, Suite 120
Houston, Texas 77024
(713) 335-4990 telephone
(832) 740-1411 facsimile
ken.green@bondsellis.com
aaron.guerrero@bondsellis.com
bryan.prentice@bondsellis.com

**ATTORNEYS FOR DAVID DUNN, THE PLAN ADMINISTRATOR FOR THE POST-EFFECTIVE DATE DEBTORS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                */s/ Aaron Guerrero*
                                Aaron Guerrero