# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, November 6, 2023

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Aaron | Guerrero | Bonds Ellis Eppich Schafer | Plan Administrator |
| Kelly | Singer | Squire Patton Boggs (US) LLP | Ecopetrol Americas LLC |