IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-33948 (MI) |
| **Fieldwood Energy III LLC,** *et al.*, | § | |
| | § | Chapter 11 |
| Post-Effective Date Debtors[1]. | § | |
| | § | Jointly Administered |

**STIPULATION AND AGREED ORDER EXTENDING RESPONSE DATE AND
RESETTING HEARING DATE ON PLAN ADMINISTRATOR'S OBJECTION TO
ADMINISTRATIVE PROOFS OF CLAIM FILED BY
CHEVRON U.S.A. INC.; NOBLE ENERGY, INC.; TEXACO, INC.; UNION OIL
COMPANY OF CALIFORNIA; AND UNOCAL PIPELINE COMPANY**
**[this relates to Dkt. No. 2827]**

This stipulation and agreement (the "**Stipulation**") is entered into by and among (i) David Dunn, the plan administrator (the "**Plan Administrator**") appointed pursuant to the Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [Dkt. No. 2016])[2]; and (ii) Chevron U.S.A. Inc. ("**CUSA**"); Noble Energy, Inc. ("**Noble**"); Texaco Inc. ("**Texaco**"); Union Oil Company of California ("**Union Oil**"); and Unocal Pipeline Company ("**UPC**", collectively, "**Chevron**") regarding the Plan Administrator's Objection to Chevron U.S.A. Inc.; Noble Energy, Inc.; Texaco Inc.; Union Oil Company of California; and Unocal Pipeline Company's Administrative Expenses Proofs of Claim [Dkt. No. 2827] (the "**Objection**"). The

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III, LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtor), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Plan.

Parties hereby stipulate and agree as follows:

**WHEREAS**, on or about March 22, 2022, each of the Chevron entities timely filed separate administrative expense proofs of claim identified as Administrative Expense Claim Numbers 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, and 1081 (collectively, the "**Chevron Administrative Claims**") .

**WHEREAS**, the Plan Administrator filed his Objection on August 15, 2023, which included a response date of September 14, 2023, and an initial pre-trial hearing on October 2, 2023 at 10:30am CT.

**WHEREAS**, on October 16, 2023, the Court entered the *Stipulation and Agreed Order Extending Response Date and Resetting Hearing Date on Plan Administrator's Claim Objections* [Dkt. No. 2948].

**WHEREAS**, the initial pre-trial hearing on the Objection is currently set for January 24, 2024 at 9:00a.m. CT and Chevron's response date is currently set for December 13, 2023.

**WHEREAS**, the Parties have agreed to extend the deadline for Chevron to respond to the Objection until Tuesday, March 12, 2024 (the "**Extended Response Deadline**").

**WHEREAS,** for the foregoing reasons, the Plan Administrator and Chevron request a continuance of the January 24, 2024, hearing with respect to the Objection. The Plan Administrator and Chevron request the hearing be continued until after the Extended Response Deadline to a date that the Court is available.

**WHEREAS**, the Parties have agreed to enter into and jointly submit this Stipulation extending Chevron's response date and resetting the date of the initial pre-trial hearing in connection with the Objection.

**NOW, THEREFORE**, based upon the agreement of the Parties, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The date for Chevron to respond to the Objection is continued until March 12, 2024.

2. The hearing on the Plan Administrator's Objection [Dkt. No. 2827] is set for _____, 2024 at \_\_\_:\_\_\_ \_\_\_.m.

Dated: _____

_____
**MARVIN ISGUR**
**UNITED STATES BANKRUPTCY JUDGE**

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first below written.

Dated: December 11, 2023

| BOND ELLIS EPPICH SCHAFER JONES LLP | ANDREWS MYERS, P.C. |
|---|---|
| */s/ Aaron Guerrero*<br>Ken Green<br>Texas Bar No. 24036677<br>Aaron Guerrero<br>Texas Bar No. 24050698<br>Bryan Prentice<br>Texas Bar No. 24099787<br>950 Echo Lane, Suite 120<br>Houston, Texas 77024<br>(713) 335-4990 telephone<br>(713) 335-4991 facsimile<br>Ken.green@bondellis.com<br>Aaron.guerrero@bondellis.com<br>Bryan.prentice@bondellis.com<br><br>**ATTORNEYS FOR DAVID DUNN, PLAN ADMINISTRATOR FOR THE POST-EFFECTIVE DATE DEBTORS** | */s/ Edward L. Ripley*<br>Edward L. Ripley<br>Texas Bar No. 16935950<br>1885 St. James Place, 15th Floor<br>Houston, Texas 77056<br>(713) 850-4200 telephone<br>(713) 850-4211 facsimile<br>eripley@andrewsmyers.com<br>lnorman@andrewsmyers.com<br><br>**ATTORNEYS FOR CHEVRON U.S.A.; NOBLE ENERGY, INC.; TEXACO, INC.; UNION OIL COMPANY OF CALIFORNIA; AND UNOCAL PIPELINE COMPANY** |