United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 12, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-33948 (MI) |
| **Fieldwood Energy III LLC,** *et al.*, | § | |
| | § | Chapter 11 |
| Post-Effective Date Debtors[1]. | § | |
| | § | Jointly Administered |

**SECOND STIPULATION AND AGREED ORDER EXTENDING
MARUBENI OIL & GAS (USA) LLC'S DEADLINE TO RESPOND TO
PLAN ADMINISTRATOR'S OBJECTION TO PROOFS OF CLAIM**
**[Relates to Docket Nos. 2843, 2895]**

This Stipulation and Agreement (the "**Stipulation**") is entered into by and among (i) David Dunn, the plan administrator (the "**Plan Administrator**") appointed pursuant to the Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [Docket No. 2016][2]; and (ii) Marubeni Oil & Gas (USA) LLC ("**MOGUS**") regarding the Plan Administrator's Objection to MOGUS's Proofs of Claim [Docket No. 2843] (the "**Objection**"). The Parties hereby stipulate and agree as follows:

**WHEREAS**, on or about November 25, 2020, MOGUS timely filed separate proofs of claim identified as Claim Numbers 726 and 728 (collectively, the "**MOGUS Proofs of Claim**").

**WHEREAS**, the Plan Administrator filed his Objection on August 17, 2023, which included a response date of September 15, 2023, and a hearing on October 2, 2023, at 10:30 AM CST.

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III, LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtor), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Plan.

LG\359719.1

**WHEREAS**, the Parties previously agreed to extend MOGUS's response deadline to Wednesday, December 13, 2023 and to reset the hearing on the Objection to **Wednesday, January 24, 2024, at 9:00 AM CST**.

**WHEREAS**, the Parties have agreed to enter into and jointly submit this Stipulation further extending MOGUS's response date in connection with the Objection.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. MOGUS's deadline to respond to the Objection is extended to and through **Friday, December 22, 2023**, subject to further extensions based on the Parties' agreement. The hearing is continued to January 24, 2024 at 9:00 a.m.

**IN WITNESS WHEREOF**, this Stipulation has been executed and delivered as of the day and year first written below.

**IT IS SO ORDERED**

Signed: December 12, 2023

_____<br>Marvin Isgur<br>United States Bankruptcy Judge

| | |
|---|---|
| **BOND ELLIS EPPICH SCHAFER JONES LLP** | **LOOPER GOODWINE P.C.** |
| */s/ Aaron Guerrero* | */s/ Paul J. Goodwine* |
| Ken Green | Paul J. Goodwine (La. Bar No. 23757) |
| Texas Bar No. 24036677 | SDTX Federal ID No. 437800 |
| Aaron Guerrero | Lindsey M. Johnson (La. Bar No. 34610) |
| Texas Bar No. 24050698 | SDTX Federal ID No. 2127344 |
| Bryan Prentice | 650 Poydras Street, Suite 2400 |
| Texas Bar No. 24099787 | New Orleans, Louisiana 70130 |
| 950 Echo Lane, Suite 120 | Telephone: (504) 503-1500 |
| Houston, Texas 77024 | Facsimile: (504) 503-1501 |
| (713) 335-4990 telephone | Email: pgoodwine@loopergoodwine.com |
| (713) 335-4991 facsimile | Email: ljohnson@loopergoodwine.com |
| Ken.green@bondellis.com | |
| Aaron.guerrero@bondellis.com | **ATTORNEYS FOR MARUBENI OIL & GAS (USA) LLC** |
| Bryan.prentice@bondellis.com | |
| **ATTORNEYS FOR DAVID DUNN, PLAN ADMINISTRATOR FOR THE POST-EFFECTIVE DATE DEBTORS** | |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 11th day of December, 2023 a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                               */s/ Aaron Guerrero*
                                                               Aaron Guerrero