IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | Case No. 20-33948 (MI) |
| **Fieldwood Energy III LLC,** *et al.*, § | | |
| § | | Chapter 11 |
| **Post-Effective Date Debtors**[1]. § | | |
| § | | Jointly Administered |

**THIRD STIPULATION AND AGREED ORDER EXTENDING RESPONSE DATE AND
RESETTING HEARING DATE ON PLAN ADMINISTRATOR'S OBJECTION TO
<u>HESS CORPORATION'S PROOFS OF CLAIM</u>**
[this relates to Dkt. No. 2837]

This stipulation and agreement (the "**Stipulation**") is entered into by and among (i) David Dunn, the plan administrator (the "**Plan Administrator**") appointed pursuant to the Notice of (I) Entry of Oeder Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [Docket No. 2016][2]; and Hess Corporation ("**Hess**") regarding the Plan Administrator's Objection to the Proofs of Claim of Hess Corporation [Docket No. 2837] (the "**Objection**"). The Parties hereby stipulate and agree as follows:

**WHEREAS**, on or about February 24, 2020, Hess timely filed Proofs of Claim Numbers 943 and 944 (the "**Hess Claims**").

**WHEREAS**, the Plan Administrator filed his Objection on August 17, 2023, which included

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III, LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtor), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Plan.

a response date of September 18, 2023 and an initial pre-trial hearing on October 2, 2023 @10:30 am CT.

**WHEREAS**, on September 13, 2023, the Court entered a Stipulation and Agreed Order Extending Response Date and Resetting Hearing Date on the Objection resetting the initial pre-trial hearing on the Objection to November 6, 2023 at 10:00 a.m.;

**WHEREAS**, on November 3, 2023 Court entered a Stipulation and Agreed Order Extending Response Date to December 13, 2023 and Resetting Hearing Date on the Objection resetting the initial pre-trial hearing on the Objection to January 24, 2024 at 9:00 a.m.;

**WHEREAS**, the Parties have agreed to enter into and jointly submit this third Stipulation extending Hess' response date in connection with the Objection.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. Hess' deadline to respond to the Objection is extended to and through January 10, 2024, subject to further extensions based on the Parties' agreement.

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first written below.

**IT IS SO ORDERED**

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE
MARVIN ISGUR

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first below written.

Dated:  December 13, 2023

| | |
|---|---|
| **BOND ELLIS EPPICH SCHAFER JONES LLP** | **REED SMITH LLP** |
| By: */s/ Aaron Guerrero*<br>Ken Green<br>Texas Bar No. 24036677<br>Aaron Guerrero<br>Texas Bar No. 24050698<br>Bryan Prentice<br>Texas Bar No. 24099787<br>950 Echo Lane, Suite 120<br>Houston, Texas 77024<br>(713) 335-4990 telephone<br>(713) 335-4991 facsimile<br>Ken.green@bondsellis.com<br>Aaron.guerrero@bondsellis.com<br>Bryan.prentice@bondsellis.com | By: : */s/ Omar J. Alaniz*<br>Omar J. Alaniz<br>Texas State Bar No. 24040402<br>2850 N. Harwood St., Suite 1500<br>Dallas, TX  75201<br>Telephone (469) 680-4200<br>Facsimile:  (469) 680-4299<br>Email:  OAlaniz@reedsmith.com<br><br>**ATTORNEYS FOR HESS CORPORATION** |
| **ATTORNEYS FOR DAVID DUNN, PLAN ADMINISTRATOR FOR THE POST-EFFECTIVE DATE DEBTORS** | |