United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 13, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | CASE NO: 20-33948<br><br>CHAPTER 11 |
| Debtors. | § § § | |
| FIELDWOOD ENERGY III LLC, | § § § | |
| Plaintiff, | § § § | |
| VS. | § § § | ADVERSARY NO. 22-3251 |
| STAR MEASUREMENT SALES AND SERVICE, INC., | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

1. Fieldwood Energy III LLC is granted a $26,364.87 judgment (inclusive of pre-judgment interest) against Star Measurement Sales and Services, Inc.

2. Costs are awarded to Fieldwood.

3. Post-judgment interest accrues at a rate of 4.94% per annum from this date.

4. All other relief is denied.

SIGNED 03/12/2024

_____
Marvin Isgur
United States Bankruptcy Judge