# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-33948 (MI)** |
| **Fieldwood Energy III LLC,** *et al.*, | § | |
| | § | **Chapter 11** |
| **Post-Effective Date Debtors**[1]. | § | |
| | § | **Jointly Administered** |

## THIRD STIPULATION AND AGREED ORDER EXTENDING RESPONSE DATE AND RESETTING HEARING DATE ON PLAN ADMINISTRATOR'S OBJECTION TO COX OIL, LLC, ET AL.'S PROOFS OF CLAIM
### [this relates to Dkt. No. 2828]

This stipulation and agreement (the "**Stipulation**") is entered into by and among (i) David Dunn, the plan administrator (the "**Plan Administrator**") appointed pursuant to the Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [Docket No. 2016])[2]; and (ii) Randy Williams, Chapter 7 Trustee of Cox Operating LLC, Energy XXI GOM, LLC, EPL Oil & Gas, LLC and M21K, LLC (the **"Cox Trustee"**) regarding the Plan Administrator's Objection to Cox's Proofs of Claim [Docket No. 2828] (the "**Objection**"). The Parties hereby stipulate and agree as follows:

**WHEREAS**, on or about November 25, 2020, Cox Oil, LLC and related entities[3]

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III, LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtor), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).
[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Plan.
[3] The Claimants include Cox Oil, LLC, Cox Operating LLC, Energy XXI GOM, LLC, Energy XXI Gulf Coast, Inc., Energy XXI Onshore, LLC, Energy XXI Pipeline, LLC, Energy XXI Pipeline I, LLC, Energy XXI Pipeline II, LLC, M21K, LLC, and EPL Oil & Gas, Inc.

(collectively, "**Cox**") timely filed separate Proofs of Claim Nos. 747, 748, 753, 754, 755, 759, 764, 766, 767, 768, 769, 770, 771 and 774 (collectively, the "**Cox Initial Claims**").

      **WHEREAS**, on October 11, 2021, Cox timely filed Proofs of Claim Nos. 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030 and 1031 (collectively, the "**Cox Rejection Damages Claims**").

      **WHEREAS**, on October 11, 2021, Cox also filed an Application of Cox Entities for Allowance of Administrative Claim [Doc. No. 2082 and POC No. 1032] (the "**Cox Administrative Claim**").

      **WHEREAS**, the Plan Administrator filed his Objection on August 15, 2023, which included a response date of September 14, 2023 and an initial pre-trial hearing on October 2, 2023 at 10:30 a.m. CT.

      **WHEREAS**, on May 14, 2023, Claimants Cox Operating, L.L.C., Energy XXI GOM, LLC, EPL Oil & Gas, LLC and M21K, LLC (the "**Cox Debtors**") filed voluntary petitions under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division;

      **WHEREAS**, the Cox Debtors' bankruptcy cases have been jointly administered under Case No. 23-90324; *In re MLCJR LLC* ("**Main Cox Bankruptcy Case**");

      **WHEREAS**, on February 28, 2024, the Main Cox Bankruptcy Case and the Cox Debtors' Bankruptcy Cases were converted to Chapter 7 cases under the Bankruptcy Code;

      **WHEREAS**, on February 29, 2024, the Cox Trustee was appointed as the Chapter 7 Trustee for the Cox Debtors in the Main Cox Bankruptcy Case the Cox Debtors' Bankruptcy Cases; and

      **WHEREAS**, the Parties have agreed to enter into and jointly submit this third Stipulation extending Cox's and the Cox's Trustee response date and resetting the date of the initial pre-trial

hearing in connection with the Objection.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1.       Cox's and the Cox Trustee's deadline to respond to the Objection is extended to and through May 9, 2024, subject to further extensions based on the Parties' agreement.

2.       The initial pre-trial hearing on the Objection is reset to May 21, 2024 at 10:30 a.m. CT, or such later time as the Court directs.

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first written below.

**IT IS SO ORDERED**

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE
MARVIN ISGUR

**BOND ELLIS EPPICH SCHAFER JONES LLP**

*/s/ Aaron Guerrero*
Ken Green
Texas Bar No. 24036677
Aaron Guerrero
Texas Bar No. 24050698
Bryan Prentice
Texas Bar No. 24099787
950 Echo Lane, Suite 120
Houston, Texas 77024
(713) 335-4990 telephone
(713) 335-4991 facsimile
Ken.green@bondsellis.com
Aaron.guerrero@bondsellis.com
Bryan.prentice@bondsellis.com

**ATTORNEYS FOR DAVID DUNN, PLAN ADMINISTRATOR FOR THE POST-EFFECTIVE DATE DEBTORS**

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

*/s/ Michael K. Riordan*
Jarrod B. Martin
Texas Bar No. 24070221
Michael K. Riordan
Texas Bar No. 24070502
Tara T. LeDay
Texas Bar No. 24106701
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.356.1280
F: 713.658.2553
E: jarrod.martin@chamberlainlaw.com
michael.riordan@chamberlainlaw.com
tara.leday@chamberlainlaw.com

**ATTORNEYS FOR RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE**

## <u>Certificate of Service</u>

I hereby certify that on the 19th day of March, 2024 a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/Aaron Guerrero*
Aaron Guerrero