United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | ) Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] | ) (Jointly Administered) |

**STIPULATION AND AGREED ORDER BY AND BETWEEN THE PLAN ADMINISTRATOR AND U.S. SPECIALTY INSURANCE COMPANY RESOLVING CLAIMS**

David Dunn, the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned post-effective date debtors (the "Post Effective Date Debtors", and prior to the effective date of the Plan (defined below), as applicable, the "Debtors") and claimants U.S. Specialty Insurance Company ( "USSIC", and together with the Plan Administrator, the "Parties") hereby enter into this stipulation and agreed order (this "Stipulation and Agreed Order") and stipulate and agree as follows:

**WHEREAS**, on August 3, 2020 and August 4, 2020, (the "Petition Dates"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

**WHEREAS**, on June 25, 2021, the Bankruptcy Court entered the *Findings of Facts, Conclusions of Law, and Order Confirming Eighth Amended Joint Chapter 11 Plan of*

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which has either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

139628335v.1

*Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1751] confirming, as modified therein, the *Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* (the "Plan").[2]

**WHEREAS**, on August 27, 2021, the effective date of the Plan occurred (the "Effective Date") and the Debtors filed the *Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors and (II) Occurrence of Effective Date* [Docket No. 2016], and David Dunn of Province, Inc. was appointed to serve as the Plan Administrator pursuant to the Plan.

**WHEREAS**, on USSIC filed the following claims related to surety bonding and a related indemnity agreement (collectively the "Claims"):

| Claim No. | Filed Date | Creditor | Debtor | Type of Claim |
|---|---|---|---|---|
| 454 | 11/20/2020 | U.S. Specialty Insurance Company | GOM Shelf LLC | Unsecured Claim |
| 459 | 11/20/2020 | U.S. Specialty Insurance Company | Bandon Oil and Gas, LP | Unsecured Claim |
| 460 | 11/20/2020 | U.S. Specialty Insurance Company | Fieldwood Energy Offshore LLC | Unsecured Claim |
| 472 | 11/20/2020 | U.S. Specialty Insurance Company | Dynamic Offshore Resources NS, LLC | Unsecured Claim |
| 474 | 11/20/2020 | U.S. Specialty Insurance Company | Fieldwood SD Offshore LLC | Unsecured Claim |
| 476 | 11/20/2020 | U.S. Specialty Insurance Company | Galveston Bay Pipeline LLC | Unsecured Claim |
| 477 | 11/20/2020 | U.S. Specialty Insurance Company | Fieldwood Energy LLC | Unsecured Claim |
| 478 | 11/20/2020 | U.S. Specialty Insurance Company | Fieldwood Onshore LLC | Unsecured Claim |

**WHEREAS**, to fully resolve the Claims, subject to approval of the Bankruptcy Court, the Parties have agreed to enter into and jointly submit this Stipulation and Agreed Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION AND AGREED ORDER, IT IS SO ORDERED AS FOLLOWS:**

1. The above recitals are incorporated herein by reference with the same force and effect as if fully set forth hereinafter.

2. To fully resolve Claim 477, the Parties stipulate and agree that Claim 477 shall be allowed as a Class 6B General Unsecured Claim in the amount of $74,528,695.

3. Claims 454, 459, 460, 472, 474, 476, and 478 are hereby withdrawn with prejudice.

4. For the avoidance of doubt, nothing in this Stipulation and Agreed Order shall be construed as waiver of the Parties' rights against any person not expressly released herein. Nothing in this Stipulation shall impair, alter or effect USSIC's rights, including rights of subrogation, against any third parties, including, but not limited to, under the bonds and related agreements. Accordingly, USSIC reserves any and all rights it has, whether now or in the future, against all such third parties.

5. The hearing scheduled for January 6, 2025, regarding the Objection is hereby cancelled.

6. The Parties agree that the claim register shall be updated to reflect the terms of this Stipulation and Agreed Order.

7. The Bankruptcy Court retains the exclusive jurisdiction and power to interpret and enforce the terms of this Stipulation and Agreed Order.

**IT IS SO ORDERED.**

Signed: January 06, 2025

_____
Marvin Isgur
United States Bankruptcy Judge

139628335v.1

**AGREED TO FORM AND SUBSTANCE**:

Dated: December 27, 2024

| | |
|---|---|
| */s/ Aaron Guerrero*<br>Ken Green (TX Bar No. 24036677)<br>Aaron Guerrero (TX Bar No. 24050698)<br>Bryan Prentice (TX Bar No. 24099787)<br>Bonds Ellis Eppich Schafer Jones LLP<br>950 Echo Lane, Suite 120<br>Houston, Texas 77024<br>(713) 335-4990 telephone<br>(832) 740-1411 facsimile<br>ken.green@bondsellis.com<br>aaron.guerrero@bondsellis.com<br>bryan.prentice@bondsellis.com<br><br>*Counsel for the Plan Administrator* | */s/ Bradley C. Knapp*<br>Philip Eisenberg (TX Bar No. 24033923)<br>Bradley C. Knapp (TX Bar No. 24099787)<br>**LOCKE LORD LLP**<br>601 Poydras St, Suite 2660<br>New Orleans, LA 70130<br>Telephone: (504) 558-5155<br>Email: peisenberg@lockelord.com<br>        bknapp@lockelord.com<br><br>*Counsel for* U.S. Specialty Insurance Company |

139628335v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of December, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Aaron Guerrero*
AARON GUERRERO

139628335v.1