# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, February 3, 2025

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Aaron | Guerrero | Bonds Ellis Eppich Schafer | David Dunn, Plan Administrator |
| Simon | Mayer | Troutman Pepper Locke LLP | McMoRan Oil and Gas |