United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 13, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FIELDWOOD ENERGY III LLC, *et al.*, | ) |
| | ) Case No. 20-33948 (MI) |
| Post-Effective Date Debtors.[1] | ) |
| | ) (Jointly Administered) |
| | ) |

**STIPULATION AND AGREED ORDER BY AND BETWEEN THE PLAN
ADMINISTRATOR AND ZURICH AMERICAN INSURANCE COMPANY
RESOLVING CLAIM**

David Dunn, the administrator of the chapter 11 plan (the "Plan Administrator") of the above-captioned post-effective date debtors (the "Post Effective Date Debtors", and prior to the effective date of the Plan (defined below), as applicable, the "Debtors") and claimant Zurich American Insurance Company ("Zurich", and together with the Plan Administrator, the "Parties") hereby enter into this stipulation and agreed order (this "Stipulation and Agreed Order") and stipulate and agree as follows:

**WHEREAS**, on August 3, 2020 and August 4, 2020, (the "Petition Dates"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

**WHEREAS**, on June 25, 2021, the Bankruptcy Court entered the *Findings of Facts, Conclusions of Law, and Order Confirming Eighth Amended Joint Chapter 11 Plan of*

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440). Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, and Fieldwood Energy Inc. are managed and operated by the Plan Administrator, whose primary mailing address is 16255 Ventura Blvd., Suite 440, Encino, CA, 91436, C/O of Province LLC. GOM Shelf LLC and FW GOM Pipeline, Inc. (collectively, the "Post-Effective Date FWE I Subsidiaries") are managed and operated by Jon Graham, as sole manager of each Post-Effective Date FWE I Subsidiary. The Debtors in the other nine pending chapter 11 cases (which continue to be jointly administered with the cases of the Post-Effective Date Debtors), each of which has either been dissolved or merged into other entities as of the Effective Date, consist of the following: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

*Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1751] confirming, as modified therein, the *Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* (the "Plan").[2]

**WHEREAS**, on August 27, 2021, the effective date of the Plan occurred (the "Effective Date") and the Debtors filed the *Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors and (II) Occurrence of Effective Date* [Docket No. 2016], and David Dunn of Province, Inc. was appointed to serve as the Plan Administrator pursuant to the Plan.

**WHEREAS**, on March 25, 2022, Zurich filed Proof of Claim No. 1086 asserting an administrative claim in the amount of $4,296,000.00 (the "Subject Claim").

**WHEREAS**, to fully resolve the Subject Claim, subject to approval of the Bankruptcy Court, the Parties have agreed to enter into and jointly submit this Stipulation and Agreed Order.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION AND AGREED ORDER, IT IS SO ORDERED AS FOLLOWS:**

1. The above recitals are incorporated herein by reference with the same force and effect as if fully set forth hereinafter.

2. To fully resolve the Subject Claim, the Parties stipulate and agree that the Subject Claim shall be allowed in the amount of $4,296,000.00. The Subject Claim shall be payable on a *pro rata* basis with any other current allowed and unpaid administrative claims, or pending administrative claims which may become allowed administrative claims; provided however, such *pro rata* payments shall be subject to the Plan Administrator's receipt of funds which may be used for payment of administrative expense claims and are not subject to any liens or otherwise ear-marked or designated for a specific purpose, such as for example the funds which are subject to the Court's *Order Granting Plan Administrator's Emergency Motion for*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

*Authority to Sell Certain Assets of Post-Effective Date Debtor Fieldwood Energy III, LLC* (Docket No. 2732), which provides that the funds comprising the net proceeds from the sale "shall be preserved by Fieldwood Energy III, LLC for the benefit of holders of Allowed General Unsecured Claims (as defined in the Plan) and not expended for administrative purposes."

3.  For the avoidance of doubt, nothing in this Stipulation and Agreed Order shall be construed as waiver of the Parties' rights against any person not expressly released herein. Nothing in this Stipulation shall impair, alter or affect Zurich's rights, including rights of subrogation, against any third parties, including, but not limited to, under the bonds and related agreements. Accordingly, Zurich reserves any and all rights it has, whether now or in the future, against all such third parties.

4.  The Parties agree that the claim register shall be updated to reflect the terms of this Stipulation and Agreed Order.

5.  The Bankruptcy Court retains the exclusive jurisdiction and power to interpret and enforce the terms of this Stipulation and Agreed Order.

**IT IS SO ORDERED.**

Signed: February 13, 2025

_____
Marvin Isgur
United States Bankruptcy Judge

**AGREED TO FORM AND SUBSTANCE**:

Dated: January 22, 2025

| | |
|---|---|
| */s/ Ken Green*<br>Ken Green (TX Bar No. 24036677)<br>Aaron Guerrero (TX Bar No. 24050698)<br>Bryan Prentice (TX Bar No. 24099787)<br>Bonds Ellis Eppich Schafer Jones LLP<br>950 Echo Lane, Suite 120<br>Houston, Texas 77024<br>(713) 335-4990 telephone<br>(832) 740-1411 facsimile<br>ken.green@bondsellis.com<br>aaron.guerrero@bondsellis.com<br>bryan.prentice@bondsellis.com<br><br>*Counsel for the Plan Administrator* | */s/ Duane J. Brescia*<br>Duane J. Brescia<br>720 Brazos, Suite 700<br>Austin, Texas 78701<br>Tel: (512) 499-3647<br>Fax: (512) 499-3660<br>Email: DBrescia@clarkhill.com<br><br>*Counsel for Zurich American Insurance Company* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, 2025 a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Ken Green*
Ken Green

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                     Case No. 20-33948-mi
Fieldwood Energy LLC                                                                       Chapter 11
The Official Committee of Unsecured Cred
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4          User: ADIuser          Page 1 of 9
Date Rcvd: Feb 13, 2025          Form ID: pdf002          Total Noticed: 126

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bandon Oil and Gas GP, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Bandon Oil and Gas, LP, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Dynamic Offshore Resources NS, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | #+ | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | #+ | Fieldwood Energy Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | #+ | Fieldwood Energy SP LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | #+ | Fieldwood Offshore LLC, 2000 W. Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | #+ | Fieldwood Onshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood SD Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | GOM Shelf LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Pipeline LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Processing LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| aty | + | Locke Lord LLP, 600 Travis Street, Ste. 2800, Houston, TX 77002-2914 |
| cr | + | Archrock Services, LP, 16666 North Chase Dr., Houston, TX 77060-6014 |
| cr | + | Bedrock Petroleum Consultants, LLC, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | CETCO Energy Services Company, LLC, c/o Rudy Urban, Credit Manager, Cetco Energy Services., LLC, 635 Brake Ridge Court, Seymour, TN 37865-2506 |
| cr | + | Callon Petroleum Company, 2000 W. Sam Houston Parkway S., Suite 2000, Houston, TX 77042, UNITED STATES 77042-3622 |
| cr | + | Core Industries, Inc., PO Box 350, Mobile, AL 36601-0350 |
| cr | + | DeepSea Quality Consulting, Inc., 13111 Rummel Creek, Attn. Godfried Dekeyser, Houston, TX 77079-6127 |
| cr | + | Diversified Well Logging, LLC, C/O Dore Rothberg McKay, PC, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Energy XXI Onshore, LLC, 1021 Main Street, Suite 2626, Houston, TX 77002-6516 |
| cr | + | Energy XXI Pipeline II, LLC, 1021 Main Street, Suite 2626, Houston, TX 77002-6516 |
| cr | + | Energy XXI Pipeline, LLC, 1021 Main Street, Suite 2626, Houston, TX 77002-6516 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | | Gibson Applied Technology & Enginnering, 1630 Park Ten Place, Suite 206, Houston, TX 77084 |
| cr | + | McMoran Oil & Gas LLC, 1615 Poydras Street, Suite 600, New Orleans, LA 70112-1238 |
| cr | + | Zurich American Insurance Company, c/o Duane Brescia, 720 Brazos Street, Suite 700, Austin, TX 78701-2531 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | | |
| | | Feb 13 2025 20:07:23 | Clark Hill Strasburger, Attn: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| aty | ^ MEBN | | |
| | | Feb 13 2025 20:03:44 | Petro Amigos Supply, Inc., c/o Wayne Kitchens, Total Plaza, 1201 Louisiana, 28th Floor, Houston, |

| District/off: 0541-4 | User: ADIuser | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf002 | Total Noticed: 126 |

| | | | | |
|---|---|---|---|---|
| | | | | TX 77002-5607 |
| aty | | ^ MEBN | Feb 13 2025 20:06:28 | Ronald Savoie, Jackson & Jackson, P.L.L.C., 111 Founders Drive, Suite 400, Baton Rouge, LA 70810-8959 |
| aty | | + Email/Text: wpiper@leolawpc.com | Feb 13 2025 20:11:00 | William S Piper, 100 N LaSalle St, Suite #514, Chicago, IL 60602-3551 |
| cr | | + Email/Text: jbaay@glllaw.com | Feb 13 2025 20:11:00 | A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139, US 70139-7756 |
| cr | | + Email/Text: uslegalnotices@akersolutions.com | Feb 13 2025 20:11:00 | Aker Solutions Inc., Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037 |
| cr | | + Email/Text: bnkatty@aldineisd.org | Feb 13 2025 20:12:00 | Aldine ISD, Legal Department, 2520 WWThorne Dr., Houston, TX 77073-3406 |
| cr | | + Email/Text: jack@overboardholdings.com | Feb 13 2025 20:11:00 | All Aboard Development Corporation, 601 Poydras Street, Suite 1726, New Orleans, LA 70130-6039 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2025 20:26:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | | + Email/Text: mvaldez@pbfcm.com | Feb 13 2025 20:10:00 | Anahuac Independent School District, c/o Owen M. Sonik, 1235 North Loop West, Houston, TX 77008-1758 |
| cr | | + Email/Text: pgoodwine@loopergoodwine.com | Feb 13 2025 20:11:00 | Ankor E&P Holdings Corporation, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | | + Email/Text: pgoodwine@loopergoodwine.com | Feb 13 2025 20:11:00 | Ankor Energy LLC, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| intp | | + Email/Text: tammy.pruett@apachecorp.com | Feb 13 2025 20:11:00 | Apache Corporation, Hunton Andrews Kurth LLP, Attn: Robin Russell, 600 Travis Street, Suite 4200, Houston, TX 77002-2929 |
| cr | | ^ MEBN | Feb 13 2025 20:04:57 | Aspen American Insurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| cr | | + Email/Text: SPECK@LAWLA.COM | Feb 13 2025 20:12:00 | Atlantic Maritime Services, LLC, c/o Stewart F. Peck, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130, UNITED STATES 70130-6041 |
| cr | | + Email/Text: dtlandwehr@gmail.com | Feb 13 2025 20:11:00 | Aubrey Wild, Landwehr Law Firm, LLC, 650 Poydras Street, Suite 2519, New Orleans, LA 70130-6163 |
| cr | | Email/Text: dcw@nola-law.com | Feb 13 2025 20:11:00 | Melvin Sigure, c/o David C. Whitmore, 701 Poydras Street, Suite 4100, New Orleans, LA 70139, UNITED STATES |
| intp | | ^ MEBN | Feb 13 2025 20:06:04 | BP Exploration & Production Inc., c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | | Email/Text: toriet@broussardbrothers.com | Feb 13 2025 20:10:00 | Broussard Brothers, Inc., 501 S. Main St., Abbeville, LA 70510, US |
| cr | | + Email/Text: mvaldez@pbfcm.com | Feb 13 2025 20:10:00 | Bay City Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | | + Email/Text: moses@carverdarden.com | Feb 13 2025 20:11:00 | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA |

Case 20-33948   Document 3381   Filed in TXSB on 02/15/25   Page 8 of 14

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 9 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf002 | Total Noticed: 126 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: mvaldez@pbfcm.com | Feb 13 2025 20:11:00 | 70163-1102<br>Chambers County, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | ^ | MEBN | Feb 13 2025 20:07:28 | Claboryan Lewis, Broussard & David, 557 Jefferson street, Lafayette, LA 70501-6905 |
| cr | + | Email/Text: SGARCIA@PBFCM.COM | Feb 13 2025 20:11:00 | Colorado County, c/o John T. Banks, 3301 Northland Drive, Ste. 505, Austin, TX 78731-4954 |
| cr | ^ | MEBN | Feb 13 2025 20:06:04 | ConocoPhillips Company, c/o Locke Lord LLP, c/o Bradley C. Knapp, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | Email/Text: msprouse@sprousepllc.com | Feb 13 2025 20:11:00 | Cortex Business Solutions USA LLC, c/o Sprouse Law Firm, 901 Mopac Expressway South, Building 1, Suite 300, Austin, TX 78746-5883 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 13 2025 20:12:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, Tx 77253-3064 |
| cr | ^ | MEBN | Feb 13 2025 20:07:32 | DLS, LLC, P.O. Box 309, Lydia, LA 70569-0309 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Feb 13 2025 20:12:00 | Deligans Valves, Inc., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | + | Email/Text: mvaldez@pbfcm.com | Feb 13 2025 20:10:00 | Dickinson Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Email/Text: ssoule@hallestill.com | Feb 13 2025 20:12:00 | Discovery Gas Transmission LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | ^ | MEBN | Feb 13 2025 20:07:03 | Duane Landry, 105 Wild Iris Drive, Evangeline, LA 70537-3203 |
| cr | ^ | MEBN | Feb 13 2025 20:07:33 | EOG Resources, Inc., c/o Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton St., Ste 1000, Fort Worth, TX 76102-3727 |
| cr | ^ | MEBN | Feb 13 2025 20:07:00 | Everest Reinsurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 13 2025 20:12:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: ssoule@hallestill.com | Feb 13 2025 20:12:00 | Gulfstar One LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 13 2025 20:12:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Feb 13 2025 20:12:00 | Heartland Compression Services, L.L.C., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| intp | + | Email/Text: dforsyth@sessions-law.com | Feb 13 2025 20:11:00 | Helis Oil & Gas Company, LLC, c/o J. David Forsyth, 400 Poydras Street, Suite 2550, New Orleans, LA 70130-3292 |
| cr | | Email/Text: kfalgout@islandoperating.com | Feb 13 2025 20:11:00 | Island Operating Company Inc, 770 S Post Oak Lane, Suite 400, Houston, TX 77056 |
| cr | + | Email/Text: SBEBOUT@TODDLAWFIRM.COM | Feb 13 2025 20:11:00 | Ignition Systems & Controls, Inc., c/o Todd Barron Thomason Hudman & Bebout, Attn: Rafael Rodriguez, 3800 E. 42nd Street, Suite 409, |

Case 20-33948   Document 3381   Filed in TXSB on 02/15/25   Page 9 of 14

| District/off: 0541-4 | User: ADIuser | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf002 | Total Noticed: 126 |

| | | | | |
|---|---|---|---|---|
| | | | | Odessa, TX 79762-5928 |
| cr | | Email/Text: seidlerlaw@yahoo.com | Feb 13 2025 20:11:00 | Joan Seidler, 412 Happy Trail, San Antonio, TX 78231 |
| cr | ^ | MEBN | Feb 13 2025 20:07:44 | JX Nippon Oil Exploration (U.S.A.) Limited, c/o GIEGER, LABORDE & LAPEROUSE, L.L.C., 5151 SAN FELIPE, SUITE 750, Houston, TX 77056-3646 |
| intp | + | Email/Text: bruzinsky@jw.com | Feb 13 2025 20:10:00 | Jackson Walker LLP, c/o Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 13 2025 20:12:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| op | | Email/Text: EBN@primeclerk.com | Feb 13 2025 20:10:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| op | | Email/Text: EBN@primeclerk.com | Feb 13 2025 20:10:00 | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165 |
| cr | + | Email/Text: ljohnson@loopergoodwine.com | Feb 13 2025 20:11:00 | LLOG Exploration Company, LLC, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine, New Orleans, LA 70130-6171 |
| cr | + | Email/Text: bkemail@harrisbeach.com | Feb 13 2025 20:11:00 | Lexon Insurance Company and Endurance American Ins, Harris Beach PLLC, c/o Lee E. Woodard, Esq., 333 West Washing St., Ste. 200, Syracuse, NY 13202-5202 |
| cr | + | Email/Text: bkemail@harrisbeach.com | Feb 13 2025 20:11:00 | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC c/o Lee E. Woodard, 333 West Washington Street, Suite 200, Syracuse, NY 13202, UNITED STATES 13202-9204 |
| cr | + | Email/Text: bkemail@harrisbeach.com | Feb 13 2025 20:11:00 | Lexon Insurance Company, Ironshore Indemnity Inc.,, Harris Beach PLLC c/o Lee E. Woodard, 333 West Washington Street, Suite 200, Syracuse, NY 13202-5202 |
| cr | + | Email/Text: LDRBankruptcy.EBN@la.gov | Feb 13 2025 20:10:00 | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802, UNITED STATES OF AMERICA 70821-4064 |
| cr | | Email/Text: garyd@magnummud.com | Feb 13 2025 20:11:00 | Magnum Mud Equipment Co., Inc., Post Office Box 4258, Houma, LA 70361, UNITED STATES |
| cr | + | Email/Text: jcastillo@fcbtxlaw.com | Feb 13 2025 20:11:00 | Macquarie Corporate and Asset Funding Inc., c/o John M. Castillo, 130 E Travis Street, Suite 350, San Antonio, TX 78205-1784 |
| cr | ^ | MEBN | Feb 13 2025 20:07:07 | Marathon Oil Company, c/o Clay M. Taylor, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |
| cr | + | Email/Text: bfranke@clarkhill.com | Feb 13 2025 20:11:00 | Martin Energy Services LLC, c/o Robert P. Franke, Clark Hill Strasburger, 901 Main St., Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Email/Text: pgoodwine@loopergoodwine.com | Feb 13 2025 20:11:00 | Marubeni Oil & Gas (USA) LLC, Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 13 2025 20:12:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: peisenberg@lockelord.com | | |

Case 20-33948   Document 3381   Filed in TXSB on 02/15/25   Page 10 of 14

| District/off: 0541-4 | User: ADIuser | Page 5 of 9 |
| --- | --- | --- |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf002 | Total Noticed: 126 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Feb 13 2025 20:11:00 | Merit Energy Company, Locke Lord Bissell & Liddell LLP, Attn: Philip Eisenberg, 600 Travis Street, Suite 3400, Houston, TX 77002-2926 |
| cr | + | Email/Text: BKNotice@andrewsmyers.com | Feb 13 2025 20:11:00 | Noble Energy, Inc., c/o Andrews Myers, PC, 1885 Saint James Place, 15th Floor, Houston, Tx 77056-4175 |
| cr | + | Email/Text: ssoule@hallestill.com | Feb 13 2025 20:12:00 | Performance Energy Services, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | + | Email/Text: patti@pprewittlaw.com | Feb 13 2025 20:11:00 | Plains Gas Solutions, c/o Law Ofc Patricia Williams Prewitt, 2456 FM 112, Taylor, TX 76574-4509 |
| intp | | Email/Text: bcd@oag.texas.gov | Feb 13 2025 20:10:00 | Railroad Commission of Texas, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: barnetbjr@msn.com | Feb 13 2025 20:12:00 | Red Willow Offshore, LLC, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Email/Text: courtdocs@bakerassociates.net | Feb 13 2025 20:11:00 | Regis Southern, c/o Reese Baker, 950 Echo Lane Ste 300, Houston, TX 77024-2824 |
| cr | + | Email/Text: rmills@bellnunnally.com | Feb 13 2025 20:11:00 | Ryan, LLC, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| cr | ^ | MEBN | Feb 13 2025 20:06:37 | SBM Gulf Production LLC, c/o Ken Green, Snow Spence Green LLP, P O Box 549, Hockley, TX 77447-0549 |
| cr | | Email/Text: ar@supremeservices.com | Feb 13 2025 20:10:00 | Supreme Service & Specialty Co. Inc., Attn: Freddy Bourgeois, 204 Industrial Ave. C, Houma, LA 70363 |
| cr | ^ | MEBN | Feb 13 2025 20:07:35 | Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | + | Email/Text: mvaldez@pbfcm.com | Feb 13 2025 20:10:00 | Sheldon Independent School District, c/o Owen M. Sonk, PBFCM, LLP, 1235 N. Loop W., Suite 600, Houston, TX 77008-1772 |
| cr | + | Email/Text: mvaldez@pbfcm.com | Feb 13 2025 20:10:00 | Sheldon Independent School District, et al, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Ste 600, Houston, TX 77008-1772 |
| cr | + | Email/Text: Bankruptcy-Notices@shell.com | Feb 13 2025 20:10:00 | Shell Offshore, Inc., 200 N. Dairy Ashford, Houston, TX 77079-1101 |
| cr | + | Email/Text: Bankruptcy-Notices@shell.com | Feb 13 2025 20:10:00 | Shell Oil Company, c/o Sara M. Keith, 150 N. Dairy Ashford Rd., Building F, Houston, TX 77079-1128 |
| cr | + | Email/Text: BankruptcyNotices@cat.com | Feb 13 2025 20:11:00 | Solar Turbines Incorporated, 100 N.E. Adams, Peoria, IL 61629-0001 |
| cr | + | Email/Text: smayer@smayerlaw.com | Feb 13 2025 20:11:00 | Superior Performance, Inc., c/o S. Mayer Law, P.O. Box 6542, Houston, TX 77265, UNITED STATES 77265-6542 |
| intp | ^ | MEBN | Feb 13 2025 20:03:48 | TC Oil Louisiana, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | Email/Text: jbaay@glllaw.com | Feb 13 2025 20:11:00 | TGS AP Investments AS, c/o Andrew A Braun, Geiger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139-7756 |
| cr | ^ | MEBN | Feb 13 2025 20:07:06 | TGS-NOPEC Geophysical Company, c/o Andrew A Braun, Gieger, Laborde & Laperouse, LLC, Suite 4800, 701 Poydras St., New Orleans, LA |

Case 20-33948   Document 3381   Filed in TXSB on 02/15/25   Page 11 of 14

| District/off: 0541-4 | User: ADIuser | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf002 | Total Noticed: 126 |

| | | | |
|---|---|---|---|
| cr | ^ MEBN | Feb 13 2025 20:07:07 | TGS-NOPEC Geophysical Company ASA, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139, US 70139-7756 |
| intp | ^ MEBN | Feb 13 2025 20:07:49 | Tana Exploration Company, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + Email/Text: ssoule@hallestill.com | Feb 13 2025 20:12:00 | Targa Liquids Marketing and Trade, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | + Email/Text: ssoule@hallestill.com | Feb 13 2025 20:12:00 | Targa Midstream Services, LLC, c/o Steven W. Soule, Hall Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | ^ MEBN | Feb 13 2025 20:07:40 | Tetra Applied Technologies, Inc., c/o Zachary S. McKay, Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| intp | Email/Text: bcd@oag.texas.gov | Feb 13 2025 20:10:00 | Texas General Land Office, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| cr | + Email/Text: ssoule@hallestill.com | Feb 13 2025 20:12:00 | Transcontinental Gas Pipe Line Company, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | + Email/Text: n.gault@trendsetterengineering.com | Feb 13 2025 20:10:00 | Trendsetter Engineering, Inc., 10430 Rodgers Road, Houston, TX 77070, UNITED STATES 77070-1642 |
| cr | + Email/Text: mvaldez@pbfcm.com | Feb 13 2025 20:11:00 | Trinity Bay Conservation District, c/o Owen M.Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + Email/Text: BankruptcyNotice@energytransfer.com | Feb 13 2025 20:11:00 | Trunkline Field Services LLC, 1300 Main Street, Houston, TX 77002-6803 |
| cr | + Email/Text: peisenberg@lockelord.com | Feb 13 2025 20:11:00 | U.S. Specialty Insurance Company, c/o Locke Lord LLP, ATTN: Philip Eisenberg, 600 Travis Street, Suite 2800, Houston, TX 77002-2914 |
| cr | ^ MEBN | Feb 13 2025 20:06:28 | Universal Equipment, Inc., c/o Christopher J. Piasecki, Davidson Meaux, Post Office Box 2908, Lafayette, La 70502-2908 |
| cr | ^ MEBN | Feb 13 2025 20:07:32 | Valaris plc, Matthew D. Cavenaugh, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| cr | + Email/Text: ssoule@hallestill.com | Feb 13 2025 20:12:00 | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | + Email/Text: ssoule@hallestill.com | Feb 13 2025 20:12:00 | WFS Liquids LLC, c/o Steven W. Soule', Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | + Email/Text: pgoodwine@loopergoodwine.com | Feb 13 2025 20:11:00 | Walter Oil & Gas Corporation, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine, New Orleans, LA 70130-6171 |
| cr | + Email/Text: BankruptcyNotice@energytransfer.com | Feb 13 2025 20:11:00 | West Cameron Dehydration Company, L.L.C., 1300 Main Street, Houston, TX 77002-6803 |
| cr | + Email/Text: jbaay@glllaw.com | Feb 13 2025 20:11:00 | Westerngeco LLC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139, US 70139-7756 |
| cr | + Email/Text: ssoule@hallestill.com | Feb 13 2025 20:12:00 | Williams Field Services-Gulf Coast Company |

| District/off: 0541-4 | User: ADIuser | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf002 | Total Noticed: 126 |

| | | | | |
|---|---|---|---|---|
| br | | ^ MEBN | | LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| | | | Feb 13 2025 20:06:23 | XCLAIM Inc., XCLAIM Inc., 2261 Market Street #4385, San Francisco, CA 94114-1612 |

TOTAL: 98

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Fieldwood Energy III LLC |
| db | | Plan Administrator and Certain Post-Effective Date |
| cr | | 2M Oilfield Group Inc. |
| cr | | A-Port LLC |
| cr | | AGGREKO, LLC |
| cr | | AGI Industries Inc |
| cr | | AGI Packaged Pump Systems |
| cr | | Acadian Contractors, Inc |
| cr | | Ad Hoc Group of Secured Lenders |
| cr | | Anadarko E&P Company |
| cr | | Anadarko Petroleum Corp. |
| cr | | Anadarko U.S. Offshore LLC |
| cr | | Archrock Partners Operating, LLC and Archrock Serv |
| cr | | Berkley Insurance Company |
| cr | | Brian Cloyd |
| cr | | Burlington Resources Offshore |
| cr | | CCG Services (U.S.) Inc. |
| cr | | CGG Services (U.S.) Inc. |
| cr | | CNOOC Petroleum Offshore U.S.A. Inc. |
| cr | | CTD Legacy LLC |
| intp | | Cantor Fitzgerald Securities, as DIP Agent |
| cr | | Chevron U.S.A. Inc. |
| cr | | Cortland Capital Market Services LLC |
| cr | | Cox Oil LLC |
| cr | | Cox Oil, LLC, Cox Operating LLC, Energy XXI GOM, L |
| op | | David M. Dunn, as Plan Administrator |
| cr | | Deep Sea Development Services, Inc., 19219Katy Freeway, Suite 260, Houston, UNITED STATES |
| cr | | Derrick Daniels |
| cr | | Diamond Oil Field Supply Inc |
| cr | | Diverse Safety & Scaffolding, LLC |
| intp | | Ecopetrol America LLC |
| cr | | Ecopetrol America LLC |
| cr | | Edward C Stengel |
| cr | | Edward Randall, Individually and as Representative |
| cr | | Energy XXI Pipeline I, LLC |
| intp | | Eni Petroleum US LLC |
| intp | | Eni US Operating Co. Inc. |
| cr | | Enterprise Gas Processing, LLC |
| cr | | ExxonMobil Corporation |
| intp | | Facilities Consulting Group, LLC |
| cr | | Florida Gas Transmission Company, LLC |
| cr | | Florida Gas Transmission, LLC, |
| cr | | Freeport-McMoRan Oil & Gas LLC |
| cr | | Fugro USA Marine, Inc. |
| cr | | George Canjar |
| cr | | Goldman Sachs Bank USA |
| cr | | HB Rentals, LC |
| cr | | HCC International Insurance Company PLC |
| cr | | HHE Energy Company |
| cr | | Halliburton Energy Services, Inc. |

Case 20-33948   Document 3381   Filed in TXSB on 02/15/25   Page 13 of 14

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 8 of 9 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf002 | Total Noticed: 126 |

| | |
|---|---|
| cr | Hess Corporation |
| cr | Houston Energy Deepwater Ventures I |
| cr | Hunt Oil Company, Chieftain International (U.S.) L |
| cr | ITC Global, Inc. |
| cr | Infinity Valve & Supply LLC |
| cr | Intracoastal Liquid Mud, Inc., UNITED STATES |
| cr | Japex (U.S.) Corp. |
| cr | Jeffrey W Faw |
| cr | John A Sansbury, Jr |
| intp | Kilgore Marine |
| cr | LLOG Energy, L.L.C. |
| cr | LLOG Exploration Offshore, L.L.C. |
| cr | Lavaca County |
| cr | Lewis Andrews |
| cr | Liberty Mutual Insurance Company |
| cr | Linear Controls, Inc. |
| cr | Live Oak CAD |
| cr | Louisiana Safety Systems, Inc. |
| intp | Manta Ray Offshore Gathering Company, L.L.C. |
| cr | Mark Howard Gillespie |
| intp | Michael D. Warner |
| cr | Michael Howard Clark |
| cr | Moodys Investors Service, Inc. |
| cr | Multiklient Invest AS |
| cr | NOV Process & Flow Technologies US, Inc. |
| cr | National Oilwell Varco, L.P. |
| intp | Nautilus Pipeline Company, L.L.C. |
| cr | North American Specialty Insurance Company |
| cr | Oceaneering International Inc. |
| cr | Oil States Energy Services, LLC |
| cr | Partco, LLC |
| cr | Patrick Burnett |
| cr | Philadelphia Indemnity Insurance Company |
| cr | Process Piping Materials, Inc. |
| intp | QuarterNorth Energy LLC and certain of its affilia |
| cr | R360 Environmental Solutions, LLC |
| intp | RLI Insurance Company |
| cr | Renaissance Offshore, LLC |
| cr | Republic Helicopters, Inc. |
| cr | Ridgewood Energy Corporation |
| cr | Rio Grande City CISD |
| crcm | SLTL Ad Hoc Committee |
| cr | SM Energy Company |
| cr | Samson Contour Energy E & P, LLC |
| cr | Samson Offshore Mapleleaf, LLC |
| cr | Sea Robin Pipeline Company, LLC |
| cr | Shell GOM Pipeline Company, LLC |
| cr | Shell Pipeline, LLC |
| cr | Sirius America Insurance Company |
| cr | Sparrows Offshore, LLC |
| cr | Starr County |
| cr | State of Louisiana, Department of Natural Resource |
| cr | Stingray Pipeline Company, LLC |
| intp | Subsea 7 LLC |
| cr | Superior Energy Services, L.L.C. |
| cr | Talos Energy Inc. |
| cr | Talos Energy LLC |
| cr | Talos Production Inc. |
| cr | Texaco Inc. |
| cr | The Hanover Insurance Company |
| cr | The Louisiana Land & Exploration Company |
| crcm | The Official Committee of Unsecured Creditors |
| cr | Toys O'Neil |

| | | | | |
|---|---|---|---|---|
| District/off: 0541-4 | | User: ADIuser | | Page 9 of 9 |
| Date Rcvd: Feb 13, 2025 | | Form ID: pdf002 | | Total Noticed: 126 |

| | | |
|---|---|---|
| cr | | Travelers Casualty and Surety Company of America |
| cr | | Trunkline Gas Company, LLC |
| cr | | U.S. Department of the Interior |
| cr | | Union Oil Company of California |
| cr | | Unocal Pipeline Company |
| cr | | Valero Marketing and Supply Company |
| cc | | Valero Marketing and Supply Company |
| cr | | W&T Energy VI, LLC |
| cr | | W&T Offshore, Inc. |
| cr | | Warrior Energy Services Corporation |
| cr | | Welltec, Inc. |
| cr | | Wild Well Control, Inc. |
| cr | | Workstrings International, LLC |
| cr | | XH LLC |
| cr | | XL Specialty Insurance Co |
| cr | | XL Systems, L.P. |
| cr | | XTO Energy, Inc. |
| cr | | XTO Offshore, Inc. |
| db | *+ | Fieldwood Energy Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cd | *+ | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cr | ##+ | EnVen Energy Ventures, LLC, 609 Main Street, Suite 3200, Houston, TX 77002-3276 |
| cr | ##+ | Expro Americas, L.L.C., c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | ##+ | Irongate Rental Services, LLC, c/o Dore' Rothberg McKay, P.C., Attn: Zachary S. McKay, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | ##+ | Milorad Raicevic, 3701 Kirby Drive, Suite 1000, Houston, TX 77098-3928 |
| cr | ##+ | TETRA Technologies, Inc., Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, c/o Zachary McKay, Houston, TX 77084-4927 |

TOTAL: 131 Undeliverable, 2 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025                    Signature:      /s/Gustava Winters