United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| FIELDWOOD ENERGY III LLC, *et al.*, § | Chapter 11 |
| § | |
| Post-Effective Date Debtors. § | Case No. 20-33948 (MI) |
| § | |
| § | |
| APACHE CORPORATION, § | |
| § | |
| Counter Plaintiff, § | |
| § | |
| v. § | |
| § | |
| ZURICH AMERICAN INSURANCE § | Adversary Case No. 23-03137 |
| COMPANY, HCC INTERNATIONAL § | |
| INSURANCE COMPANY PLC, § | |
| PHILADELPHIA INDEMNITY § | |
| INSURANCE COMPANY, AND § | |
| EVEREST REINSURANCE COMPANY, § | |
| § | |
| Counter Defendants. § | |

**AGREED ORDER: (I) (A) DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE, (B) DIRECTING THE CLERK TO CLOSE THIS ADVERSARY PROCEEDING; AND (II) GRANTING RELATED RELIEF**
[Relates to Docket No. 213]

Before the Court is the *Joint Motion for Entry of an Agreed Order: (I) (A) Dismissing All Claims and Counterclaims with Prejudice, (B) Directing the Clerk to Close this Adversary Proceeding; and (II) Granting Related* Relief (the "Motion")[1] filed by Plaintiff Apache Corporation ("Apache") and Defendants Zurich American Insurance Company ("Zurich"), HCC International Insurance Company PLC ("HCCI"), Philadelphia Indemnity Insurance Company ("Philadelphia"), and Everest Reinsurance Company ("Everest" and together with Zurich, HCCI, and Philadelphia, the "Sureties" and, together with Apache, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c), made applicable to this Adversary Proceeding by Federal Rule of Bankruptcy Procedure 7041. The Court, having considered the Motion and applicable law; and it appearing that the Court has jurisdiction over Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and it appearing that venue is proper in this district pursuant

---

[1] Capitalized terms used, but not otherwise defined herein, have the meaning assigned in the Motions.

-2-

to 28 U.S.C. §§ 1408 and 1409; finds that the relief requested in the Motion should be granted, and, therefore, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. All claims and counterclaims in this Adversary Proceeding, including the Adversary Proceeding Claims, are hereby **DISMISSED WITH PREJUDICE**.

2. All pending motions in this Adversary Proceeding are hereby mooted.

3. Each of the Parties shall bear its own costs and attorneys' fees.

4. The Clerk is directed to close this Adversary Proceeding.

5. The Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Signed: February 25, 2025

_____
Marvin Isgur
United States Bankruptcy Judge

**AGREED AS TO FORM AND SUBSTANCE:**

/s/     *Robin Russell*
Robin Russell
Texas Bar No. 17424001
Michael D. Morfey
Texas Bar No. 24007704
Ashley L. Harper
Texas Bar No. 24065272
Brandon Bell
Texas Bar No. 24127019
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone:  713.220.4200
Email:  rrussell@huntonak.com
            ashleyharper@huntonak.com
            bbell@huntonak.com

Geoffrey L. Harrison
Texas Bar No. 00785947
Abigail C. Noebels
Texas Bar No. 24083578
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas  77002
Telephone:  713-651-9366
Email:  gharrison@susmangodfrey.com
            anoebels@susmangodfrey.com

Nicholas N. Spear
**SUSMAN GODFREY, L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:  310-789-3100
Email:  nspear@susmangodfrey.com

Sarah Hannigan (admitted *pro hac vice*)
**SUSMAN GODFREY, L.L.P.**
One Manhattan West, 50th Floor
New York, New York  10001
Telephone:  212-336-8330
Email:  shannigan@susmangodfrey.com

**COUNSEL FOR APACHE CORPORATION**

/s/     *Duane J. Brescia*
Duane J. Brescia
Texas Bar No. 24025265
**CLARK HILL, PLC**
720 Brazos Street, Suite 700
Austin, Texas  78701
Telephone:  512-499-3647
Email:  dbrescia@clarkhill.com

James Kimbell
Texas Bar No. 11420000
Adam Diamond
Texas Bar No. 24092344
**CLARK HILL PLC**
909 Fannin Street, Suite 2300
Houston, Texas  77010
Telephone:  713-951-5600
Email:  jkimbell@clarkhill.com
          adiamond@clarkhill.com

Christopher Ward
Texas Bar No. 24008233
Audrey Hornisher
Texas Bar No. 24094369
**CLARK HILL, PLC**
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone:  214-651-4300
Email:  cward@clarkhill.com
          ahornisher@clarkhill.com

**ATTORNEYS FOR ZURICH AMERICAN INSURANCE COMPANY**

/s/     *Jeff Price*
Michael E. Collins
Texas Bar No. 24029006
Jeff Price
Tennessee Bar No. 019550
*admitted pro hac vice*
Scott Williams
Tennessee Bar No. 021757
*admitted pro hac vice*
**MANIER & HEROD, PC**
1201 Demonbreun Street, Suite 900
Nashville, Tennessee  37203
Telephone:  615-244-0300
Email:  mcollins@manierherod.com
            jprice@manierherod.com
            swilliams@manierherod.com

**ATTORNEYS FOR PHILADELPHIA INDEMNITY INSURANCE COMPANY**

/s/     *Darren Grzyb*
Darren Grzyb
New Jersey Bar No. 016142005
*Admitted pro hac vice*
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:  973-325-1500
Email:  dgrzyb@csglaw.com

**ATTORNEYS FOR EVEREST REINSURANCE COMPANY**

/s/     *Philip G. Eisenberg*
Philip G. Eisenberg
Texas Bar No. 24033923
Elizabeth M. Guffy
Texas Bar No. 08592525
Christopher A Verducci
Texas Bar No. 24051470
**TROUTMAN PEPPER LOCKE, LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone:  713-226-1200
Email:  Phil.Eisenberg@troutman.com
           Elizabeth.Guffy@troutman.com
           Chris.Verducci@troutman.com

ATTORNEYS FOR HCC INTERNATIONAL INSURANCE COMPANY PLC