UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

In re: Fieldwood Onshore LLC

Debtor(s)

Case No. 20-33951

Lead Case No. 20-33948

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2025

Petition Date: 08/03/2020

Plan Confirmed Date: 06/25/2021

Plan Effective Date: 08/27/2021

This Post-confirmation Report relates to: ○ Reorganized Debtor

● Other Authorized Party or Entity: Plan Administrator

Name of Authorized Party or Entity

/s/ Kenneth Green
Signature of Responsible Party

07/21/2025
Date

Kenneth Green
Printed Name of Responsible Party

Bonds Ellis Eppich Schafer Jones LLP
402 Heights Blvd.
Houston, TX 77007
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                    1

Debtor's Name: Fieldwood Onshore LLC  Case No. 20-33951

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $0 | $0 | $0 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | N/A | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Fieldwood Onshore LLC                                                                 Case No.  20-33951

|       |   |   |   |   |   |   |
|-------|---|---|---|---|---|---|
| xxx   |   |   |   |   |   |   |
| xxxi  |   |   |   |   |   |   |
| xxxii |   |   |   |   |   |   |
| xxxiii|   |   |   |   |   |   |
| xxxiv |   |   |   |   |   |   |
| xxxv  |   |   |   |   |   |   |
| xxxvi |   |   |   |   |   |   |
| xxxvii|   |   |   |   |   |   |
| xxxvii|   |   |   |   |   |   |
| xxxix |   |   |   |   |   |   |
| xl    |   |   |   |   |   |   |
| xli   |   |   |   |   |   |   |
| xlii  |   |   |   |   |   |   |
| xliii |   |   |   |   |   |   |
| xliv  |   |   |   |   |   |   |
| xlv   |   |   |   |   |   |   |
| xlvi  |   |   |   |   |   |   |
| xlvii |   |   |   |   |   |   |
| xlviii|   |   |   |   |   |   |
| xlix  |   |   |   |   |   |   |
| l     |   |   |   |   |   |   |
| li    |   |   |   |   |   |   |
| lii   |   |   |   |   |   |   |
| liii  |   |   |   |   |   |   |
| liv   |   |   |   |   |   |   |
| lv    |   |   |   |   |   |   |
| lvi   |   |   |   |   |   |   |
| lvii  |   |   |   |   |   |   |
| lviii |   |   |   |   |   |   |
| lix   |   |   |   |   |   |   |
| lx    |   |   |   |   |   |   |
| lxi   |   |   |   |   |   |   |
| lxii  |   |   |   |   |   |   |
| lxiii |   |   |   |   |   |   |
| lxiv  |   |   |   |   |   |   |
| lxv   |   |   |   |   |   |   |
| lxvi  |   |   |   |   |   |   |
| lxvii |   |   |   |   |   |   |
| lxviii|   |   |   |   |   |   |
| lxix  |   |   |   |   |   |   |
| lxx   |   |   |   |   |   |   |
| lxxi  |   |   |   |   |   |   |

Debtor's Name Fieldwood Onshore LLC  Case No. 20-33951

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | N/A | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)        4

Debtor's Name Fieldwood Onshore LLC    Case No. 20-33951

| | | | | | | |
|---|---|---|---|---|---|---|
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |

Debtor's Name Fieldwood Onshore LLC                     Case No. 20-33951

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name Fieldwood Onshore LLC                                                     Case No.  20-33951

|     |       |   |   |   |   |   |
|-----|-------|---|---|---|---|---|
|     | xci   |   |   |   |   |   |
|     | xcii  |   |   |   |   |   |
|     | xciii |   |   |   |   |   |
|     | xciv  |   |   |   |   |   |
|     | xcv   |   |   |   |   |   |
|     | xcvi  |   |   |   |   |   |
|     | xcvii |   |   |   |   |   |
|     | xcviii|   |   |   |   |   |
|     | xcix  |   |   |   |   |   |
|     | c     |   |   |   |   |   |
|     | ci    |   |   |   |   |   |
| c.  | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|   | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims   | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims          | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims         | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims| $0 | $0 | $0 | $0 | 0% |
| e. Equity interests        | $0 | $0 | $0 |    |    |

**Part 4: Questionnaire**

a. Is this a final report?                                                                 Yes ○   No ⊙
  If yes, give date Final Decree was entered:  _____
  If no, give date when the application for Final Decree is anticipated:  12/31/2025
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⊙   No ○

UST Form 11-PCR (12/01/2021)                                     7

| Debtor's Name Fieldwood Onshore LLC | Case No. 20-33951 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ David Dunn  
Signature of Responsible Party

Plan Administrator  
Title

David Dunn  
Printed Name of Responsible Party

07/21/2025  
Date

Debtor's Name Fieldwood Onshore LLC                                           Case No.  20-33951



Page 1

Other Page 1

Page 2 Minus Tables

Debtor's Name Fieldwood Onshore LLC                                           Case No.  20-33951

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                              9

Debtor's Name Fieldwood Onshore LLC                                                     Case No.  20-33951



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                    10