United States Courts
Southern District of Texas
FILED

JUN 18 2026

Nathan Ochsner, Clerk of Court

| PRESORTED |
|---|
| FIRST-CLASS MAIL |
| POSTAGE & FEES PAID |
| UNITED STATES COURTS |
| PERMIT NO. G-18 |

**FIRST-CLASS MAIL**

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
In the
UNITED STATES BANKRUPTCY COURT

NIXIE        372   DE 1260      0006/13/26

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 7700226099      *3059-05315-13-44

77002>2600

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 05, 2026

Nathan Ochsner, Clerk



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-33948 |
| FIELDWOOD ENERGY LLC, *et al.*, | § | |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |
| | § | |

## ORDER FOR DISCLOSURE

For the purposes of determining recusal, the Court must determine whether Chevron, or any of its affiliates or subsidiaries, have any continuing interest in the outcome of this case. Not later than June 29, 2026, any party alleging that Chevron, or any of its affiliates or subsidiaries, have a continuing interest in the outcome of this case must file a statement to that effect.

SIGNED 06/05/2026

Marvin Isgur
United States Bankruptcy Judge

25707014318011



SUN-25707 0541-4 pdf002 20-33948
Alfredo R Perez
515 Rusk
Houston, TX  77002

**United States Courts**
**Southern District of Texas**
**FILED**

**JUN 18 2026**

**Nathan Ochsner, Clerk of Court**

014304  14304 1 AB 0.636  37865  2 0  10757-1-14533

CETCO Energy Services Company, LLC
c/o Rudy Urban, Credit Manager
Cetco Energy Services., LLC
635 Brake Ridge Court
Seymour, TN 37865-2506

## Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
**https://bankruptcynotices.uscourts.gov**

014304      2570701 4318011