

United States Courts
Southern District of Texas
FILED

**JUN 1 8 2026**

Nathan Ochsner, Clerk of Court

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

**FIRST-CLASS MAIL**

NIXIE        773    CE  1260        7206/14/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
MANUAL PROC REQ      *0593-03745-13-29

56998>9999

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 05, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: §
§
FIELDWOOD ENERGY LLC, *et* §    **CASE NO: 20-33948**
*al.*, §
   Debtors. §
§    **Jointly Administered**
§    **CHAPTER 11**

### ORDER FOR DISCLOSURE

For the purposes of determining recusal, the Court must determine whether Chevron, or any of its affiliates or subsidiaries, have any continuing interest in the outcome of this case. Not later than June 29, 2026, any party alleging that Chevron, or any of its affiliates or subsidiaries, have a continuing interest in the outcome of this case must file a statement to that effect.

SIGNED 06/05/2026

Marvin Isgur
United States Bankruptcy Judge

004890       65704004894012



SUN-65704 0541-4 pdf002 20-33948
Alfredo R Perez
515 Rusk
Houston, TX 77002

**United States Courts**
**Southern District of Texas**
**FILED**

**JUN 18 2026**

**Nathan Ochsner, Clerk of Court**

004890  4890 1 AB 0.636  77084  7 9  10757-1-4890

Diversified Well Logging, LLC
C/O Dore Rothberg McKay, PC
17171 Park Row, Suite 160
Houston, TX 77084-4927

## Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
<u>https://bankruptcynotices.uscourts.gov</u>

004890     65704004894012