United States Courts
Southern District of Texas
FILED

JUN 18 2026

Nathan Ochsner, Clerk of Court

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

**FIRST-CLASS MAIL**

NIXIE        773    CE  1300       7206/14/26
            RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

UNE    MANUAL PROC REQ    *0236-07256-08-38
56995>9999
7706485048 RC68

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 05, 2026

Nathan Ochsner, Clerk



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

**JUN 18 2026**

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-33948 |
| FIELDWOOD ENERGY LLC, *et al.,* | § | |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |
| | § | |

### ORDER FOR DISCLOSURE

For the purposes of determining recusal, the Court must determine whether Chevron, or any of its affiliates or subsidiaries, have any continuing interest in the outcome of this case. Not later than June 29, 2026, any party alleging that Chevron, or any of its affiliates or subsidiaries, have a continuing interest in the outcome of this case must file a statement to that effect.

SIGNED 06/05/2026

Marvin Isgur
United States Bankruptcy Judge

1 / 1

014300                    6570401431401 4

SUN-65704 0541-4 pdf002 20-33948
Alfredo R Perez
515 Rusk
Houston, TX 77002



014300  559 1 SP 0.740  77084  9 5  10757-1-14300

Gibson Applied Technology & Enginnering
1630 Park Ten Place
Suite 206
Houston, TX 77084

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the street address that the debtor provided contains an error.  To ensure correct delivery of this and future notices:

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. <br> 2. You may sign up for electronic noticing at https://bankruptcynotices.uscourts.gov or <br> 3. You may register a preferred physical address at https://bankruptcynotices.uscourts.gov <br> Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address.  Make sure that you enter the name and address that were on this notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address. <br> 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |