IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIELDWOOD ENERGY LLC, *ET AL.*, | § | CASE NO. 20-33948 (MI) |
| | § | |
| DEBTOR*S*, | § | (JOINTLY ADMINISTERED) |
| | § | CHAPTER 11 |

**CHEVRON'S RESPONSE TO COURT'S ORDER FOR DISCLOSURE**
**[Relates to Docket No. 3450]**

Chevron U.S.A. Inc. ("**CUSA**"), Noble Energy, Inc. ("**Noble**"), Texaco Inc. ("**Texaco**"), Union Oil Company of California ("**Union Oil**"), and Unocal Pipeline Company ("**UPC**" and together with CUSA, collectively, "**Chevron**"), through their undersigned counsel, respectfully submit this Response to the *Court's Order for Disclosure* [Docket No. 3450] (the "**Order**") and state as follows:

1.       Pursuant to the *Stipulation and Agreed Order Resolving Administrative Claims Filed by Chevron U.S.A. Inc. and Affiliates* [Docket No. 3318] (the "**Chevron Admin Claim Order**"),[1] CUSA has an Allowed Administrative Claim against the Debtors' estates in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**") in the amount of $1,863.68 (the "**Allowed CUSA Admin Claim**") and Noble has an Allowed Administrative Claim against the Debtors' estates in the Chapter 11 Cases in the amount of $4,947,413.77 (the "**Allowed Noble Admin Claim**" and together with the Allowed CUSA Admin Claim, collectively, the "**Allowed Chevron Admin Claims**").  *See* Chevron Admin Claim Order, ¶ 2.

---

[1]       Capitalized terms used, but not defined herein, have the meaning assigned in the Chevron Admin Claim Order.

1

2.      Chevron also filed the following proofs of claim asserting general unsecured claims against the Debtors in the Chapter 11 Cases: (i) the following proofs of claim filed by CUSA, (a) Proof of Claim No. 424, in the amount of $329,657.50, filed by CUSA against Debtor Fieldwood Energy SP LLC, (b) Proof of Claim No. 425, in the amount of $329,657.50, filed by CUSA against Debtor Fieldwood Energy Offshore LLC, (c) Proof of Claim No. 426, in the amount of $329,657.50, filed by CUSA against Debtor Fieldwood Energy LLC, and (d) Proof of Claim No. 429, in the amount of $329,657.50, filed by CUSA against Debtor Fieldwood SD Offshore LLC (collectively, the "**CUSA GUC Claims**"); (ii) the following proofs of claim filed by Noble, (a) Proof of Claim No. 440, in the amount of $319,884.00, filed by Noble against Debtor Fieldwood Energy Offshore LLC, and (b) Proof of Claim No. 452, in the amount of $319,884.00, against Debtor Fieldwood Energy LLC (collectively, the "**Noble GUC Claims**"); (iii) the following proofs of claim filed by Texaco, (a) Proof of Claim No. 427, in the amount of $329,657.50, filed by Texaco against Debtor Fieldwood Energy SP LLC, (b) Proof of Claim No. 428, in the amount of $329,657.50, filed by Texaco against Debtor Fieldwood Energy Offshore LLC, (c) Proof of Claim No. 431, in the amount of $329,657.50, filed by Texaco against Debtor Fieldwood Energy LLC, and (d) Proof of Claim No. 442, in the amount of $329,657.50, filed by Texaco against Debtor Fieldwood SD Offshore LLC (collectively, the "**Texaco GUC Claims**"); (iv) the following proofs of claim filed by UPC, (a) Proof of Claim No. 446, in the amount of $329,657.50, filed by UPC against Debtor Fieldwood Energy Offshore LLC, (b) Proof of Claim No. 447, in the amount of $329,657.50, filed by UPC against Debtor Fieldwood Energy LLC, (c) Proof of Claim No. 449, in the amount of $329,657.50, filed by UPC against Debtor Fieldwood SD Offshore LLC, and (d) Proof of Claim No. 451, in the amount of $329,657.50, filed by UPC against Debtor Fieldwood Energy SP LLC (collectively, the "**UPC GUC Claims**"); (v) the following proofs of claim filed

2

by Union Oil, (a) Proof of Claim No. 430, in the amount of $329,657.50, filed by Union Oil against Debtor Fieldwood Energy LLC, (b) Proof of Claim No. 444, in the amount of $329,657.50, filed by Union Oil against Debtor Fieldwood SD Offshore LLC, (c) Proof of Claim No. 445, in the amount of $329,657.50, filed by Union Oil against Debtor Fieldwood Energy Offshore LLC, and (d) Proof of Claim No. 448, in the amount of $329,657.50, filed by Union Oil against Debtor Fieldwood Energy SP LLC (collectively, the "**Union Oil GUC Claims**"); and (vi) the following proof of claim filed by Hess Corporation,[2] (a) Proof of Claim No. 943, in the amount of $137,965,624.19, filed by Hess Corporation against Debtor Fieldwood Energy LLC (the "**Hess Corporation GUC Claim**" and together with the CUSA GUC Claims, the Noble GUC Claims, the Texaco GUC Claims, the UPC GUC Claims, and the Union Oil GUC Claims, collectively, the "**Chevron GUC Claims**" and together with the Chevron Admin Claims, collectively, the "**Chevron Claims**").

3.      To the extent any recovery is available on account of the Chevron Claims, Chevron anticipates it will receive payment, if any, on account of the Chevron Claims in the ordinary course of the Plan administrator's administration of the Chapter 11 Cases.

4.      Based on Chevron's review of the docket and the periodic reports submitted by the Plan Administrator, at this time, Chevron does not anticipate taking further action in the Chapter 11 Cases other than ordinary-course engagement with respect to the Chevron Claims as may be necessary in connection with the Plan Administrator's completion of the ongoing claims-reconciliation process in the Chapter 11 Cases.

5.      Nothing in this Response, including the filing of this Response, is intended to be, nor shall it be construed as, a modification or waiver of any of Chevron's rights, claims (including,

---

[2]      Hess Corporation was acquired by Chevron Corporation on or around July 18, 2025.

without limitation, the Chevron Claims), or defenses in the Chapter 11 Cases, or otherwise, all of

which Chevron expressly reserves.

Dated: June 29, 2026

Respectfully submitted,

ANDREWS MYERS, P.C.
/s/ T. Josh Judd
T. Josh Judd
Texas Bar No. 24036866
jjudd@andrewsmyers.com
Edward L. Ripley
Texas Bar No. 16935950
eripley@andrewsmyers.com
1885 St. James Place, 15th Floor
Houston, Texas 77056
713-850-4200 Telephone
713-850-4211 Facsimile

**ATTORNEYS FOR CHEVRON U.S.A. INC;
NOBLE ENERGY, INC.; TEXACO INC.;
UNION OIL COMPANY OF CALIFORNIA;
AND UNOCAL PIPELINE COMPANY**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 29, 2026, a true and correct copy of the foregoing document was served via the Court's Electronic Notification System on all parties entitled to such notice.

/s/ T. Josh Judd
T. Josh Judd

4