IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-33948 (MI) |
| Fieldwood Energy III LLC, *et al.*, | § | |
| | § | Chapter 11 |
| Post-Effective Date Debtors[1]. | § | |
| | § | Jointly Administered |

PLAN ADMINSTRATOR'S STATEMENT IN
RESPONSE TO COURT'S ORDER FOR DISCLOSURE
[Related to Docket No. 3450]

David Dunn ("Administrator"), as Plan Administrator of Fieldwood Energy III LLC, Fieldwood Energy Offshore LLC, Fieldwood Energy Inc., GOM Shelf LLC and FW GOM Pipeline, Inc., Debtors (the "Post-Effective Date Debtors") files this Statement in Response to the Court's Order for Disclosure [Docket No. 3450] (the "Order") entered on June 5, 2026.

1.      The Order requests that any party alleging that Chevron, or any of its affiliates or subsidiaries, have a continuing interest in the outcome of this case must file a statement no later than June 29, 2026. As set forth below, Chevron and its affiliates and subsidiaries have a continuing interest in in the outcome of this case due to their Allowed Administrative Claims that are treated and paid as Class 6B General Unsecured Claims and through their interest in Fieldwood Energy IV, LLC ("FWE IV") and the decommissioning, plugging and abandonment of the assets and obligations allocated and vested in FWE IV by the Confirmed Plan.

**A. Chevron's Allowed Administrative Claim**

2.      On October 23, 2024, the Court entered the Stipulation and Agreed Order

---

[1] The Post-Effective Date Debtors, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, as applicable, are: Fieldwood Energy III LLC (6778); Fieldwood Energy Offshore LLC (4494), Fieldwood Energy Inc. (4991), GOM Shelf LLC (8107), and FW GOM Pipeline, Inc. (8440).

Resolving Administrative Claims Filed by Chevron U.S.A. Inc. and Affiliates [Doc. No. 3318] (the "Chevron Stipulation").

3.        Chevron U.S.A. Inc. ("CUSA"), Noble Energy, Inc. ("Noble"), Texaco Inc., Union Oil Company of California and Unocal Pipeline Company each filed multiple administrative expense proofs of claim which were resolved by the Chevron Stipulation.

4.        The Chevron Stipulation provides that CUSA has an Allowed Administrative Claim in the amount of $1,863.68 and Noble has an Allowed Administrative Claim in the amount of $4,947,413.77. The Chevron Stipulation further provides that CUSA's and Nobel's Allowed Administrative Claims shall be treated and paid as Class 6B General Unsecured Claims.

**B.  Chevron's Interest in FWE IV**

5.        On June 25, 2021, the Court entered the *Findings of Facts, Conclusions of Law, and Order (I) Confirming Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1751] (the "Confirmation Order") confirming, as modified therein, the *Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1742] (including any exhibits and schedules thereto and as may be further amended, supplemented, or modified, including at Docket No. 2008, the "Confirmed Plan").

6.        On August 27, 2021, the Debtors filed that certain *Notice of (I) Entry of Order Confirming Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and (II) Occurrence of Effective Date* [Docket No. 2016], setting forth that, *inter alia*, the Effective Date occurred on August 27, 2021 (the "Effective Date").

7.        On the Effective Date, David Dunn of Province, Inc. was appointed to serve as the Plan Administrator pursuant to the Confirmed Plan.  *See* Confirmed Plan § 5.9(b).

8.      The Confirmed Plan incorporated the terms of the Chevron Term Sheet attached to the *Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* [Docket No. 1285] (the "Disclosure Statement"), and the Chevron Definitive Documents attached to the Notice of Filing of Sixth Amended Plan Supplement in Connection with Modified Eighth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [Docket No. 2013]. The Chevron Term Sheet is attached hereto as **Exhibit A** and the Chevron Definitive Documents are attached hereto as **Exhibit B**. Collectively, the transactions described in the Chevron Term Sheet and Chevron Definitive Documents, as implemented by the Confirmed Plan and Confirmation Order, will be referred to as the "Chevron Transactions".

9.      Pursuant to the Chevron Transactions, FWE IV was formed via a divisive merger of Fieldwood Energy LLC ("FWE") with all rights, title and interest to the FWE IV Assets[2] being allocated to and vested in FWE IV and the FWE IV Obligations[3] being allocated to and constituting the liabilities and obligations of FWE IV.

10.     FWE IV is a manager-managed Texas limited liability company. The current sole manager of FWE IV is SHA Operating, LLC. FWE IV's sole member is Fieldwood Energy Inc. The Plan Administrator holds the single share of Fieldwood Energy Inc. in trust as custodian for the benefit of the holders of Allowed General Unsecured Claims.

11.     The purpose of FWE IV is to be the named operator for purposes of: (i) decommissioning FWE IV Assets, achieve site clearance and a decommissioning liability

---

[2] The FWE IV Assets is defined as all real estate and other properties described in Part A of Schedule I to the Agreement and Plan of Merger of Fieldwood Energy III LLC, Fieldwood SD Offshore LLC, Bandon Oil and Gas, LP, Fieldwood Offshore LLC and Dynamic Offshore Resources NS, LLC into Fieldwood Energy IV LLC, Fieldwood Energy III LLC, Bandon Oil and Gas, LP, Fieldwood Energy Offshore LLC and Dynamic Offshore Resources NS, LLC [beginning at Pg. 1181 of Docket No. 2013] (the "Plan of Merger")
[3] The FWE IV Obligations is defined as all liabilities and obligations described in Part B of Schedule I of the Plan of Merger.

3

reduction to zero in the Bureau of Ocean Management ("BOEM")/Bureau of Safety and Environmental enforcement ("BSEE") database; and (ii) operating FWE IV Assets prior to their plugging, abandonment and decommissioning.

12. FWE IV is managed, operated and controlled by or under the direction of one manager. *See* Section 7.01 of Limited Liability Company Agreement of Fieldwood Energy IV LLC dated August 27, 2021 (the "Company Agreement") at Pg. 1246 of 1389 of **Exhibit B**. The Sole Manager is designated by the Plan Administrator, as the sole shareholder, director and officer of Fieldwood Energy Inc., with the consent of CUSA. *See* Section 7.02 of the Company Agreement at Pg. 1246 of 1389 of **Exhibit B**.  The Sole Manager of FWE IV could only be removed with CUSA's written consent and a successor Sole Manager can only be appointed by CUSA and the FWE IV agreeing on the replacement or, in the event they cannot agree, FWE IV designating a replacement, which shall be subject to CUSA's approval. *See* Id.  Section 7.04 of the Company Agreement lists numerous restrictions on business and activities that FWE IV cannot engage in without the prior written consent of CUSA. *See* Pg. 1247 of 1389 of **Exhibit B**.

13. As part of the Chevron Transactions, FWE IV, CUSA, and Quarter North entered into an Operating Agreement and Turnkey Removal Agreement in which Quarter North operated and decommissioned the FWE IV Assets after August 27, 2021. The FWE IV Assets were produced, operated, maintained, and decommissioned by Quarter North during this period. Revenue was generated from production and liabilities were reduced by plugging wells, abandoning pipelines, and removing platforms.

14. CUSA ordered that all production cease from the FWE IV Assets in October of 2022 and the last production and revenue from the FWE IV Assets occurred in December 2022. The Operating Agreement was terminated in February of 2023 and Quarter North ceased

operating, maintaining, and decommissioning the assets at that time.

15.     CUSA entered into a Reimbursement Agreement with FWE IV in February 2023 to continue compliance and maintenance on certain of the FWE IV Assets.  CUSA took over certain decommissioning responsibilities on certain of the FWE IV Assets.  This structure continued until CUSA terminated the Reimbursement Agreement in March 2025.  CUSA then took over compliance and maintenance and monitoring at that time.

16.     FWE IV continues to be the last operator of record for certain of the FWE IV Assets and has terminated its third-party contracts and transitioned most services to CUSA due to the lack of funding from CUSA needed to maintain its status as a designated operator.

DATED:  June 29, 2026                Respectfully submitted,

                    /s/ Ken Green
                    Ken Green (Texas State Bar No. 24036677)
                    Aaron Guerrero (Texas State Bar No. 24050698)
                    Bryan Prentice (Texas State Bar No. 24099787)
                    Bonds Ellis Eppich Schafer Jones LLP
                    402 Heights Boulevard
                    Houston, Texas 77007
                    (713) 335-4990 telephone
                    (832) 740-1411 facsimile
                    ken.green@bondsellis.com
                    aaron.guerrero@bondsellis.com
                    bryan.prentice@bondsellis.com

                    **ATTORNEYS FOR DAVID DUNN, THE PLAN ADMINISTRATOR FOR THE POST-EFFECTIVE DATE DEBTORS**

**CERTIFICATE OF SERVICE**

        I hereby certify that on June 29, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                    /s/ Aaron M. Guerrero
                    Aaron M. Guerrero

5