United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 20-33948** |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | **CHAPTER 11** |

**RECUSAL ORDER**

I recuse.

SIGNED 07/01/2026

_____
Marvin Isgur
United States Bankruptcy Judge